# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) |
|  | ) C.A. No. 1:21-cv-01417-RGA |
| v. | ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis"), through the undersigned counsel, hereby moves this Court under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the willful, enhanced and pre-suit damages and induced patent infringement allegations of Counts I and II, as well as Counts III-V, and in support thereof Akoustis submits the Memorandum of Law filed concurrently herewith.

Dated: November 24, 2021

Respectfully submitted,

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com
*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.*

PILLSBURY WINTHROP
SHAW PITTMAN LLP

*Pro Hac Forthcoming

David A. Jakopin
Dianne L. Sweeney
2550 Hanover Street
Palo Alto, CA 94304-1115
(650) 233-4500
david.jakopin@pillsburylaw.com
dianne@pillsburylaw.com

Robert M. Fuhrer
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.*