### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:21-cv-01417-RGA |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

### PROPOSED ORDER

The Court having considered Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ("Akoustis' Motion");

IT IS HEREBY ORDERED THAT, Akoustis' Motion is GRANTED.

Date:

_____
UNITED STATES DISTRICT JUDGE