# EXHIBIT 1

**DEFENDANTS' OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

**C.A. No. 1:21-cv-01417-RGA**



US010256786B1

(12) **United States Patent** (10) Patent No.: **US 10,256,786 B1**
Gibb et al. (45) **Date of Patent:** **Apr. 9, 2019**

(54) **COMMUNICATION FILTER USING SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES**

(71) Applicant: **Akoustis, Inc.**, Huntsville, NC (US)

(72) Inventors: **Shawn R. Gibb**, Huntsville, NC (US); **Ramakrishna Vetury**, Charlotte, NC (US); **Jeffrey B. Shealy**, Davidson, NC (US); **Mark D. Boomgarden**, Huntsville, NC (US); **Michael P. Lewis**, Charlotte, NC (US); **Alexander Y. Feldman**, Huntsville, NC (US)

(73) Assignee: **Akoustis, Inc.**, Huntsville, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 71 days.

(21) Appl. No.: **15/647,098**

(22) Filed: **Jul. 11, 2017**

**Related U.S. Application Data**

(60) Provisional application No. 62/360,904, filed on Jul. 11, 2016.

(51) **Int. Cl.**
| | |
|---|---|
| *H03H 9/02* | (2006.01) |
| *H01L 41/04* | (2006.01) |
| *H03H 9/05* | (2006.01) |
| *H03H 9/13* | (2006.01) |
| *H01L 41/053* | (2006.01) |
| *H03H 3/02* | (2006.01) |
| *H01L 41/047* | (2006.01) |
| *H01L 41/29* | (2013.01) |

(52) **U.S. Cl.**
CPC ........... *H03H 9/02* (2013.01); *H01L 41/0477* (2013.01); *H01L 41/053* (2013.01); *H01L 41/29* (2013.01); *H03H 3/02* (2013.01); *H03H 9/2015* (2013.01); *H03H 9/0514* (2013.01); *H03H 9/133* (2013.01)

(58) **Field of Classification Search**
CPC ............................ H03H 9/02; H03H 9/02007
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,123,885 | B2 * | 9/2015 | Iwamoto .................. H03H 3/02 |
| 9,893,270 | B2 * | 2/2018 | Araki ....................... H03H 3/02 |

(Continued)

*Primary Examiner* — Dean Takaoka
*Assistant Examiner* — Alan Wong
(74) *Attorney, Agent, or Firm* — Richard T. Ogawa; Ogawa P.C.

(57) **ABSTRACT**

A communication system using a single crystal acoustic resonator device. The device includes a piezoelectric substrate with a piezoelectric layer formed overlying a thinned seed substrate. A topside metal electrode is formed overlying the substrate. A topside micro-trench is formed within the piezoelectric layer. A topside metal with a topside metal plug is formed within the topside micro-trench. First and second backside trenches are formed within the seed substrate under the topside metal electrode. A backside metal electrode is formed under the seed substrate, within the first backside trench, and under the topside metal electrode. A backside metal plug is formed under the seed substrate, within the second backside trench, and under the topside micro-trench. The backside metal plug is connected to the topside metal plug and the backside metal electrode. The topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a micro-via.

**20 Claims, 18 Drawing Sheets**





(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2005/0140247 | A1* | 6/2005 | Lee .......................... | H03H 3/04 |
| | | | | 310/320 |
| 2010/0088868 | A1* | 4/2010 | Kando .................. | H01L 41/257 |
| | | | | 29/25.35 |

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 1C

FIG. 1D



FIG. 2



FIG. 3



FIG. 4A



FIG. 4B



FIG. 4C



FIG. 4D

FIG. 4E



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9A



FIG. 9B

FIG. 9C



FIG.10

FIG.11A

FIG.11B



**FIG.12A**



**FIG.12B**



**FIG.12C**



FIG.12D



FIG.12E

1300



FIG.13



FIG. 14A



FIG. 14B



FIG. 14C



FIG. 14D

FIG. 14E



FIG. 14F



FIG. 14G



FIG. 15A



FIG. 15B



FIG. 15C

FIG. 15D

FIG. 15E



FIG. 16

1

# COMMUNICATION FILTER USING SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES

## CROSS-REFERENCES TO RELATED APPLICATIONS

The present application claims priority to U.S. Patent Application No. 62/360,904, titled "COMMUNICATION FILTER FOR LTE BAND 41," filed Jul. 11, 2016.

## BACKGROUND OF THE INVENTION

The present invention relates generally to electronic devices. More particularly, the present invention provides techniques related to bulk acoustic wave resonator devices, single crystal bulk acoustic wave resonator devices, single crystal filter and resonator devices, and the like. Merely by way of example, the invention has been applied to a single crystal resonator device for a communication device, mobile device, computing device, among others.

Mobile telecommunication devices have been successfully deployed world-wide. Over a billion mobile devices, including cell phones and smartphones, were manufactured in a single year and unit volume continues to increase year-over-year. With ramp of 4G/LTE in about 2012, and explosion of mobile data traffic, data rich content is driving the growth of the smartphone segment—which is expected to reach 2B per annum within the next few years. Coexistence of new and legacy standards and thirst for higher data rate requirements is driving RF complexity in smartphones. Unfortunately, limitations exist with conventional RF technology that is problematic, and may lead to drawbacks in the future.

From the above, it is seen that techniques for improving electronic devices are highly desirable.

## BRIEF SUMMARY OF THE INVENTION

The present invention relates generally to electronic devices. More particularly, the present invention provides techniques related to bulk acoustic wave resonator devices, single crystal bulk acoustic wave resonator devices, single crystal filter and resonator devices, and the like. Merely by way of example, the invention has been applied to a single crystal resonator device for a communication device, mobile device, computing device, among others.

In an example, the present invention provides a communication system using a single crystal acoustic resonator device. The device includes a piezoelectric substrate with a piezoelectric layer formed overlying a thinned seed substrate. A topside metal electrode is formed overlying the substrate. A topside micro-trench is formed within the piezoelectric layer. A topside metal with a topside metal plug is formed within the topside micro-trench. First and second backside trenches are formed within the seed substrate under the topside metal electrode. A backside metal electrode is formed under the seed substrate, within the first backside trench, and under the topside metal electrode. A backside metal plug is formed under the seed substrate, within the second backside trench, and under the topside micro-trench. The backside metal plug is connected to the topside metal plug and the backside metal electrode. The topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a micro-via.

In a specific example, the communication filter can be a bandpass RF filter characterized by the following: 50Ω

2

input/output, no external matching requirement, low insertion loss, high interference rejection, −20° C. to +85° C. operation, +31 dBm absolute max input power, 2.0×1.6 mm footprint, 0.90 mm max height, RoHS 6 compliant, halogen free, and Tetrabromobisphenal A (TBBPA) free. This filter can be used in smartphones, tablets, Internet of things (IoT), and other mobile or portable communication devices. Those of ordinary skill in the art will recognize other variations, modifications, and alternatives.

One or more benefits are achieved over pre-existing techniques using the invention. In particular, the present device can be manufactured in a relatively simple and cost effective manner while using conventional materials and/or methods according to one of ordinary skill in the art. Using the present method, one can create a reliable single crystal based acoustic filter or resonator using multiple ways of three-dimensional stacking through a wafer level process. Such single crystal acoustic resonators enable high bandwidth-low loss filters in a miniature form factor, and such filters or resonators can be implemented in an RF filter device, an RF filter system, or the like. In an example, this communication filter can be a miniature filter configured for use in a 2496-2690 MHz wireless frequency spectrum. This filter can operate concurrently with adjacent 2.4 GHz bands including Wi-Fi, WLAN, Bluetooth, ISM, and the like. Depending upon the embodiment, one or more of these benefits may be achieved.

A further understanding of the nature and advantages of the invention may be realized by reference to the latter portions of the specification and attached drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

In order to more fully understand the present invention, reference is made to the accompanying drawings. Understanding that these drawings are not to be considered limitations in the scope of the invention, the presently described embodiments and the presently understood best mode of the invention are described with additional detail through use of the accompanying drawings in which:

FIG. 1A is a simplified diagram illustrating an acoustic resonator device having topside interconnections according to an example of the present invention.

FIG. 1B is a simplified diagram illustrating an acoustic resonator device having bottom-side interconnections according to an example of the present invention.

FIG. 1C is a simplified diagram illustrating an acoustic resonator device having interposer/cap-free structure interconnections according to an example of the present invention.

FIG. 1D is a simplified diagram illustrating an acoustic resonator device having interposer/cap-free structure interconnections with a shared backside trench according to an example of the present invention.

FIGS. 2 and 3 are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention.

FIG. 4A is a simplified diagram illustrating a step for a method creating a topside micro-trench according to an example of the present invention.

FIGS. 4B and 4C are simplified diagrams illustrating alternative methods for conducting the method step of forming a topside micro-trench as described in FIG. 4A.

FIGS. 4D and 4E are simplified diagrams illustrating an alternative method for conducting the method step of forming a topside micro-trench as described in FIG. 4A.

FIGS. **5** to **8** are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention.

FIG. **9A** is a simplified diagram illustrating a method step for forming backside trenches according to an example of the present invention.

FIGS. **9B** and **9C** are simplified diagrams illustrating an alternative method for conducting the method step of forming backside trenches, as described in FIG. **9A**, and simultaneously singulating a seed substrate according to an example of the present invention.

FIG. **10** is a simplified diagram illustrating a method step forming backside metallization and electrical interconnections between top and bottom sides of a resonator according to an example of the present invention.

FIGS. **11A** and **11B** are simplified diagrams illustrating alternative steps for a method of manufacture for an acoustic resonator device according to an example of the present invention.

FIGS. **12A** to **12E** are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device using a blind via interposer according to an example of the present invention.

FIG. **13** is a simplified diagram illustrating a step for a method of manufacture for an acoustic resonator device according to an example of the present invention.

FIGS. **14A** to **14G** are simplified diagrams illustrating method steps for a cap wafer process for an acoustic resonator device according to an example of the present invention.

FIGS. **15A-15E** are simplified diagrams illustrating method steps for making an acoustic resonator device with shared backside trench, which can be implemented in both interposer/cap and interposer free versions, according to examples of the present invention.

FIG. **16** is a simplified block diagram illustrating a communications system using an one or more communication filter devices according to an example of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relates generally to electronic devices. More particularly, the present invention provides techniques related to bulk acoustic wave resonator devices, single crystal bulk acoustic wave resonator devices, single crystal filter and resonator devices, and the like. Merely by way of example, the invention has been applied to a single crystal resonator device for a communication device, mobile device, computing device, among others.

FIG. **1A** is a simplified diagram illustrating an acoustic resonator device **101** having topside interconnections according to an example of the present invention. As shown, device **101** includes a thinned seed substrate **112** with an overlying single crystal piezoelectric layer **120**, which has a micro-via **129**. The micro-via **129** can include a topside micro-trench **121**, a topside metal plug **146**, a backside trench **114**, and a backside metal plug **147**. Although device **101** is depicted with a single micro-via **129**, device **101** may have multiple micro-vias. A topside metal electrode **130** is formed overlying the piezoelectric layer **120**. A top cap structure is bonded to the piezoelectric layer **120**. This top cap structure includes an interposer substrate **119** with one or more through-vias **151** that are connected to one or more top bond pads **143**, one or more bond pads **144**, and topside

metal **145** with topside metal plug **146**. Solder balls **170** are electrically coupled to the one or more top bond pads **143**.

The thinned substrate **112** has the first and second backside trenches **113**, **114**. A backside metal electrode **131** is formed underlying a portion of the thinned seed substrate **112**, the first backside trench **113**, and the topside metal electrode **130**. The backside metal plug **147** is formed underlying a portion of the thinned seed substrate **112**, the second backside trench **114**, and the topside metal **145**. This backside metal plug **147** is electrically coupled to the topside metal plug **146** and the backside metal electrode **131**. A backside cap structure **161** is bonded to the thinned seed substrate **112**, underlying the first and second backside trenches **113**, **114**. Further details relating to the method of manufacture of this device will be discussed starting from FIG. **2**.

FIG. **1B** is a simplified diagram illustrating an acoustic resonator device **102** having backside interconnections according to an example of the present invention. As shown, device **101** includes a thinned seed substrate **112** with an overlying piezoelectric layer **120**, which has a micro-via **129**. The micro-via **129** can include a topside micro-trench **121**, a topside metal plug **146**, a backside trench **114**, and a backside metal plug **147**. Although device **102** is depicted with a single micro-via **129**, device **102** may have multiple micro-vias. A topside metal electrode **130** is formed overlying the piezoelectric layer **120**. A top cap structure is bonded to the piezoelectric layer **120**. This top cap structure **119** includes bond pads which are connected to one or more bond pads **144** and topside metal **145** on piezoelectric layer **120**. The topside metal **145** includes a topside metal plug **146**.

The thinned substrate **112** has the first and second backside trenches **113**, **114**. A backside metal electrode **131** is formed underlying a portion of the thinned seed substrate **112**, the first backside trench **113**, and the topside metal electrode **130**. A backside metal plug **147** is formed underlying a portion of the thinned seed substrate **112**, the second backside trench **114**, and the topside metal plug **146**. This backside metal plug **147** is electrically coupled to the topside metal plug **146**. A backside cap structure **162** is bonded to the thinned seed substrate **112**, underlying the first and second backside trenches. One or more backside bond pads (**171**, **172**, **173**) are formed within one or more portions of the backside cap structure **162**. Solder balls **170** are electrically coupled to the one or more backside bond pads **171-173**. Further details relating to the method of manufacture of this device will be discussed starting from FIG. **14A**.

FIG. **1C** is a simplified diagram illustrating an acoustic resonator device having interposer/cap-free structure interconnections according to an example of the present invention. As shown, device **103** includes a thinned seed substrate **112** with an overlying single crystal piezoelectric layer **120**, which has a micro-via **129**. The micro-via **129** can include a topside micro-trench **121**, a topside metal plug **146**, a backside trench **114**, and a backside metal plug **147**. Although device **103** is depicted with a single micro-via **129**, device **103** may have multiple micro-vias. A topside metal electrode **130** is formed overlying the piezoelectric layer **120**. The thinned substrate **112** has the first and second backside trenches **113**, **114**. A backside metal electrode **131** is formed underlying a portion of the thinned seed substrate **112**, the first backside trench **113**, and the topside metal electrode **130**. A backside metal plug **147** is formed underlying a portion of the thinned seed substrate **112**, the second backside trench **114**, and the topside metal **145**. This backside metal plug **147** is electrically coupled to the topside

metal plug **146** and the backside metal electrode **131**. Further details relating to the method of manufacture of this device will be discussed starting from FIG. **2**.

FIG. **1D** is a simplified diagram illustrating an acoustic resonator device having interposer/cap-free structure inter-connections with a shared backside trench according to an example of the present invention. As shown, device **104** includes a thinned seed substrate **112** with an overlying single crystal piezoelectric layer **120**, which has a micro-via **129**. The micro-via **129** can include a topside micro-trench **121**, a topside metal plug **146**, and a backside metal **147**. Although device **104** is depicted with a single micro-via **129**, device **104** may have multiple micro-vias. A topside metal electrode **130** is formed overlying the piezoelectric layer **120**. The thinned substrate **112** has a first backside trench **113**. A backside metal electrode **131** is formed underlying a portion of the thinned seed substrate **112**, the first backside trench **113**, and the topside metal electrode **130**. A second backside metal **147** is formed underlying a portion of the thinned seed substrate **112**, the second backside trench **114**, and the topside metal **145**. This backside metal **147** is electrically coupled to the topside metal plug **146** and the backside metal electrode **131**. Further details relating to the method of manufacture of this device will be discussed starting from FIG. **2**.

FIGS. **2** and **3** are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. This method illustrates the process for fabricating an acoustic resonator device similar to that shown in FIG. **1A**. FIG. **2** can represent a method step of providing a partially pro-cessed piezoelectric substrate. As shown, device **102** includes a seed substrate **110** with a piezoelectric layer **120** formed overlying. In a specific example, the seed substrate can include silicon, silicon carbide, aluminum oxide, or single crystal aluminum gallium nitride materials, or the like. The piezoelectric layer **120** can include a piezoelectric single crystal layer or a thin film piezoelectric single crystal layer.

FIG. **3** can represent a method step of forming a top side metallization or top resonator metal electrode **130**. In a specific example, the topside metal electrode **130** can include a molybdenum, aluminum, ruthenium, or titanium material, or the like and combinations thereof. This layer can be deposited and patterned on top of the piezoelectric layer by a lift-off process, a wet etching process, a dry etching process, a metal printing process, a metal laminating pro-cess, or the like. The lift-off process can include a sequential process of lithographic patterning, metal deposition, and lift-off steps to produce the topside metal layer. The wet/dry etching processes can includes sequential processes of metal deposition, lithographic patterning, metal deposition, and metal etching steps to produce the topside metal layer. Those of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an example, the method can further include forming a dielectric layer overlying the top metal electrode **130** and the piezoelectric layer **120**. This layer can include Silicon Nitride (SiN), Silicon Dioxide ($SiO_2$), or the like. In a specific example, the dielectric layer may include a stack of SiN and $SiO_2$ layers or a combination of other types of dielectric layers. Prior to the steps of FIGS. **5-8**, "vias" may be opened up to provide a path for other interconnect metals or electrodes to connect to the top metal electrode **130**. This process may also be applied to other interconnect metals and electrodes implemented on the bottom side of the acoustic resonator device as well.

FIG. **4A** is a simplified diagram illustrating a step for a method of manufacture for an acoustic resonator device **401** according to an example of the present invention. This figure can represent a method step of forming one or more topside micro-trenches **121** within a portion of the piezoelectric layer **120**. This topside micro-trench **121** can serve as the main interconnect junction between the top and bottom sides of the acoustic membrane, which will be developed in later method steps. In an example, the topside micro-trench **121** is extends all the way through the piezoelectric layer **120** and stops in the seed substrate **110**. This topside micro-trench **121** can be formed through a dry etching process, a laser drilling process, or the like. FIGS. **4B** and **4C** describe these options in more detail.

FIGS. **4B** and **4C** are simplified diagrams illustrating alternative methods for conducting the method step as described in FIG. **4A**. As shown, FIG. **4B** represents a method step of using a laser drill, which can quickly and accurately form the topside micro-trench **121** in the piezo-electric layer **120**. In an example, the laser drill can be used to form nominal 50 um holes, or holes between 10 um and 500 um in diameter, through the piezoelectric layer **120** and stop in the seed substrate **110** below the interface between layers **120** and **110**. A protective layer **122** can be formed overlying the piezoelectric layer **120** and the topside metal electrode **130**. This protective layer **122** can serve to protect the device from laser debris and to provide a mask for the etching of the topside micro-via **121**. In a specific example, the laser drill can be an 11W high power diode-pumped UV laser, or the like. This mask **122** can be subsequently removed before proceeding to other steps. The mask may also be omitted from the laser drilling process, and air flow can be used to remove laser debris.

FIG. **4C** can represent a method step of using a dry etching process to form the topside micro-trench **121** in the piezoelectric layer **120**. As shown, a lithographic masking layer **123** can be forming overlying the piezoelectric layer **120** and the topside metal electrode **130**. The topside micro-trench **121** can be formed by exposure to plasma, or the like.

FIGS. **4D** and **4E** are simplified diagrams illustrating an alternative method for conducting the method step as described in FIG. **4A**. These figures can represent the method step of manufacturing multiple acoustic resonator devices simultaneously. In FIG. **4D**, two devices are shown on Die #1 and Die #2, respectively. FIG. **4E** shows the process of forming a micro-via **121** on each of these dies while also etching a scribe line **124** or dicing line. In an example, the etching of the scribe line **124** singulates and relieves stress in the piezoelectric single crystal layer **120**.

FIGS. **5** to **8** are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. FIG. **5** can represent the method step of forming one or more bond pads **140** and forming a topside metal **141** electrically coupled to at least one of the bond pads **140**. The topside metal **141** can include a topside metal plug **146** formed within the topside micro-trench **121**. In a specific example, the topside metal plug **146** fills the topside micro-trench **121** to form a topside portion of a micro-via.

In an example, the bond pads **140** and the topside metal **141** can include a gold material or other interconnect metal material depending upon the application of the device. These metal materials can be formed by a lift-off process, a wet etching process, a dry etching process, a screen-printing process, an electroplating process, a metal printing process, or the like. In a specific example, the deposited metal

materials can also serve as bond pads for a cap structure, which will be described below.

In an example, the method can further include forming a dielectric layer overlying the top metal electrode **130**, the bond pad **140**, the topside metal **141**, the topside metal plug **146**, and the piezoelectric layer **120**. This layer may service as a passivation/protection layer and can include Silicon Nitride (SiN), Silicon Dioxide (SiO₂), or the like. In a specific example, the dielectric layer may include a stack of SiN and SiO₂ layers or a combination of other types of dielectric layers. Similar to before, "vias" may be opened up to provide a path for other interconnect metals or electrodes to connect to any of the above-mentioned interconnect metals, electrodes, or bond pads. This process may also be applied to other interconnect metals, electrodes, and bond pads on the bottom side of the acoustic resonator device as well.

FIG. **6** can represent a method step for preparing the acoustic resonator device for bonding, which can be a hermetic bonding. As shown, a top cap structure is positioned above the partially processed acoustic resonator device as described in the previous figures. The top cap structure can be formed using an interposer substrate **119** in two configurations: fully processed interposer version **601** (through glass via) and partially processed interposer version **602** (blind via version). In the **601** version, the interposer substrate **119** includes through-via structures **151** that extend through the interposer substrate **119** and are electrically coupled to bottom bond pads **142** and top bond pads **143**. In the **602** version, the interposer substrate **119** includes blind via structures **152** that only extend through a portion of the interposer substrate **119** from the bottom side. These blind via structures **152** are also electrically coupled to bottom bond pads **142**. In a specific example, the interposer substrate can include a silicon, glass, smart-glass, or other like material.

FIG. **7** can represent a method step of bonding the top cap structure to the partially processed acoustic resonator device. As shown, the interposer substrate **119** is bonded to the piezoelectric layer by the bond pads (**140**, **142**) and the topside metal **141**, which are now denoted as bond pad **144** and topside metal **145**. This bonding process can be done using a compression bond method or the like. FIG. **8** can represent a method step of thinning the seed substrate **110**, which is now denoted as thinned seed substrate **111**. This substrate thinning process can include grinding and etching processes or the like. In a specific example, this process can include a wafer backgrinding process followed by stress removal, which can involve dry etching, CMP polishing, or annealing processes.

FIG. **9A** is a simplified diagram illustrating a step for a method of manufacture for an acoustic resonator device **901** according to an example of the present invention. FIG. **9A** can represent a method step for forming backside trenches **113** and **114** to allow access to the piezoelectric layer from the backside of the thinned seed substrate **111**. In an example, the first backside trench **113** can be formed within the thinned seed substrate **111** and underlying the topside metal electrode **130**. The second backside trench **114** can be formed within the thinned seed substrate **111** and underlying the topside micro-trench **121** and topside metal plug **146**. This substrate is now denoted thinned substrate **112**. In a specific example, these trenches **113** and **114** can be formed using deep reactive ion etching (DRIE) processes, Bosch processes, or the like. The size, shape, and number of the trenches may vary with the design of the acoustic resonator device. In various examples, the first backside trench may be

formed with a trench shape similar to a shape of the topside metal electrode or a shape of the backside metal electrode. The first backside trench may also be formed with a trench shape that is different from both a shape of the topside metal electrode and the backside metal electrode.

FIGS. **9B** and **9C** are simplified diagrams illustrating an alternative method for conducting the method step as described in FIG. **9A**. Like FIGS. **4D** and **4E**, these figures can represent the method step of manufacturing multiple acoustic resonator devices simultaneously. In FIG. **9B**, two devices with cap structures are shown on Die #1 and Die #2, respectively. FIG. **9C** shows the process of forming backside trenches (**113**, **114**) on each of these dies while also etching a scribe line **115** or dicing line. In an example, the etching of the scribe line **115** provides an optional way to singulate the backside wafer **112**.

FIG. **10** is a simplified diagram illustrating a step for a method of manufacture for an acoustic resonator device **1000** according to an example of the present invention. This figure can represent a method step of forming a backside metal electrode **131** and a backside metal plug **147** within the backside trenches of the thinned seed substrate **112**. In an example, the backside metal electrode **131** can be formed underlying one or more portions of the thinned substrate **112**, within the first backside trench **113**, and underlying the topside metal electrode **130**. This process completes the resonator structure within the acoustic resonator device. The backside metal plug **147** can be formed underlying one or more portions of the thinned substrate **112**, within the second backside trench **114**, and underlying the topside micro-trench **121**. The backside metal plug **147** can be electrically coupled to the topside metal plug **146** and the backside metal electrode **131**. In a specific example, the backside metal electrode **130** can include a molybdenum, aluminum, ruthenium, or titanium material, or the like and combinations thereof. The backside metal plug can include a gold material, low resistivity interconnect metals, electrode metals, or the like. These layers can be deposited using the deposition methods described previously.

FIGS. **11A** and **11B** are simplified diagrams illustrating alternative steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. These figures show methods of bonding a backside cap structure underlying the thinned seed substrate **112**. In FIG. **11A**, the backside cap structure is a dry film cap **161**, which can include a permanent photo-imageable dry film such as a solder mask, polyimide, or the like. Bonding this cap structure can be cost-effective and reliable, but may not produce a hermetic seal. In FIG. **11B**, the backside cap structure is a substrate **162**, which can include a silicon, glass, or other like material. Bonding this substrate can provide a hermetic seal, but may cost more and require additional processes. Depending upon application, either of these backside cap structures can be bonded underlying the first and second backside vias.

FIGS. **12A** to **12E** are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. More specifically, these figures describe additional steps for processing the blind via interposer "**602**" version of the top cap structure. FIG. **12A** shows an acoustic resonator device **1201** with blind vias **152** in the top cap structure. In FIG. **12B**, the interposer substrate **119** is thinned, which forms a thinned interposer substrate **118**, to expose the blind vias **152**. This thinning process can be a combination of a grinding process and etching process as described for the thinning of the seed substrate. In FIG. **12C**, a redistribution

layer (RDL) process and metallization process can be applied to create top cap bond pads **160** that are formed overlying the blind vias **152** and are electrically coupled to the blind vias **152**. As shown in FIG. **12**D, a ball grid array (BGA) process can be applied to form solder balls **170** overlying and electrically coupled to the top cap bond pads **160**. This process leaves the acoustic resonator device ready for wire bonding **171**, as shown in FIG. **12**E.

FIG. **13** is a simplified diagram illustrating a step for a method of manufacture for an acoustic resonator device according to an example of the present invention. As shown, device **1300** includes two fully processed acoustic resonator devices that are ready to singulation to create separate devices. In an example, the die singulation process can be done using a wafer dicing saw process, a laser cut singulation process, or other processes and combinations thereof.

FIGS. **14**A to **14**G are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. This method illustrates the process for fabricating an acoustic resonator device similar to that shown in FIG. **1**B. The method for this example of an acoustic resonator can go through similar steps as described in FIGS. **1**-**5**. FIG. **14**A shows where this method differs from that described previously. Here, the top cap structure substrate **119** and only includes one layer of metallization with one or more bottom bond pads **142**. Compared to FIG. **6**, there are no via structures in the top cap structure because the interconnections will be formed on the bottom side of the acoustic resonator device.

FIGS. **14**B to **14**F depict method steps similar to those described in the first process flow. FIG. **14**B can represent a method step of bonding the top cap structure to the piezoelectric layer **120** through the bond pads (**140**, **142**) and the topside metal **141**, now denoted as bond pads **144** and topside metal **145** with topside metal plug **146**. FIG. **14**C can represent a method step of thinning the seed substrate **110**, which forms a thinned seed substrate **111**, similar to that described in FIG. **8**. FIG. **14**D can represent a method step of forming first and second backside trenches, similar to that described in FIG. **9**A. FIG. **14**E can represent a method step of forming a backside metal electrode **131** and a backside metal plug **147**, similar to that described in FIG. **10**. FIG. **14**F can represent a method step of bonding a backside cap structure **162**, similar to that described in FIGS. **11**A and **11**B.

FIG. **14**G shows another step that differs from the previously described process flow. Here, the backside bond pads **171**, **172**, and **173** are formed within the backside cap structure **162**. In an example, these backside bond pads **171**-**173** can be formed through a masking, etching, and metal deposition processes similar to those used to form the other metal materials. A BGA process can be applied to form solder balls **170** in contact with these backside bond pads **171**-**173**, which prepares the acoustic resonator device **1407** for wire bonding.

FIGS. **15**A to **15**E are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. This method illustrates the process for fabricating an acoustic resonator device similar to that shown in FIG. **1**B. The method for this example can go through similar steps as described in FIG. **1**-**5**. FIG. **15**A shows where this method differs from that described previously. A temporary carrier **218** with a layer of temporary adhesive **217** is attached to the

substrate. In a specific example, the temporary carrier **218** can include a glass wafer, a silicon wafer, or other wafer and the like.

FIGS. **15**B to **15**F depict method steps similar to those described in the first process flow. FIG. **15**B can represent a method step of thinning the seed substrate **110**, which forms a thinned substrate **111**, similar to that described in FIG. **8**. In a specific example, the thinning of the seed substrate **110** can include a back side grinding process followed by a stress removal process. The stress removal process can include a dry etch, a Chemical Mechanical Planarization (CMP), and annealing processes.

FIG. **15**C can represent a method step of forming a shared backside trench **113**, similar to the techniques described in FIG. **9**A. The main difference is that the shared backside trench is configured underlying both topside metal electrode **130**, topside micro-trench **121**, and topside metal plug **146**. In an example, the shared backside trench **113** is a backside resonator cavity that can vary in size, shape (all possible geometric shapes), and side wall profile (tapered convex, tapered concave, or right angle). In a specific example, the forming of the shared backside trench **113** can include a litho-etch process, which can include a back-to-front alignment and dry etch of the backside substrate **111**. The piezoelectric layer **120** can serve as an etch stop layer for the forming of the shared backside trench **113**.

FIG. **15**D can represent a method step of forming a backside metal electrode **131** and a backside metal **147**, similar to that described in FIG. **10**. In an example, the forming of the backside metal electrode **131** can include a deposition and patterning of metal materials within the shared backside trench **113**. Here, the backside metal **131** serves as an electrode and the backside plug/connect metal **147** within the micro-via **121**. The thickness, shape, and type of metal can vary as a function of the resonator/filter design. As an example, the backside electrode **131** and via plug metal **147** can be different metals. In a specific example, these backside metals **131**, **147** can either be deposited and patterned on the surface of the piezoelectric layer **120** or rerouted to the backside of the substrate **112**. In an example, the backside metal electrode may be patterned such that it is configured within the boundaries of the shared backside trench such that the backside metal electrode does not come in contact with one or more side-walls of the seed substrate created during the forming of the shared backside trench.

FIG. **15**E can represent a method step of bonding a backside cap structure **162**, similar to that described in FIGS. **11**A and **11**B, following a de-bonding of the temporary carrier **218** and cleaning of the topside of the device to remove the temporary adhesive **217**. Those of ordinary skill in the art will recognize other variations, modifications, and alternatives of the methods steps described previously.

According to an example, the present invention includes a method for forming a piezoelectric layer to fabricate an acoustic resonator device. More specifically, the present method includes forming a single crystal material to be used to fabricate the acoustic resonator device. By modifying the strain state of the III-Nitride (III-N) crystal lattice, the present method can change the piezoelectric properties of the single crystal material to adjust the acoustic properties of subsequent devices fabricated from this material. In a specific example, the method for forming the strained single crystal material can include modification of growth conditions of individual layers by employing one or a combination of the following parameters; gas phase reactant ratios, growth pressure, growth temperature, and introduction of impurities.

In an example, the single crystal material is grown epitaxially upon a substrate. Methods for growing the single crystal material can include metal-organic chemical vapor deposition (MOCVD), molecular beam epitaxy (MBE), hydride vapor phase epitaxy (HVPE), atomic layer deposition (ALD), or the like. Various process conditions can be selectively varied to change the piezoelectric properties of the single crystal material. These process conditions can include temperature, pressure, layer thickness, gas phase ratios, and the like. For example, the temperature conditions for films containing aluminum (Al) and gallium (Ga) and their alloys can range from about 800 to about 1500 degrees Celsius. The temperature conditions for films containing Al, Ga, and indium (In) and their alloys can range from about 600 to about 1000 degrees Celsius. In another example, the pressure conditions for films containing Al, Ga, and In and their alloys can range from about 1E-4 Torr to about 900 Torr.

FIG. 16 is a simplified block diagram illustrating a communications system using an one or more communication filter devices according to an example of the present invention. As shown, communications system 1600 includes an antenna 1610 in series to a switch bank 1620 and filter (or bank of filters) 1630. This filter 1630 is connected to a pair of switches (or switch banks) 1641, 1642. The first switch 1641 is connected to a power amplifier (or bank of PA's) 1650, while the second switch 1642 is connected to a low noise amplifier (or bank of LNA's) 1660. This system 1600 is configured for both transmit and receive paths.

In a communications system, filters are required in both the transmit and receive paths. However, these paths can be implemented separately or together, i.e., a transceiver chip. Depending on the complexity of the system architecture, switches or banks of switches can be used to control the signal flow through different paths both in and out. Generally, any of the filters 1630 that is electrically connected to the antenna 1610 and a PA 1650 is configured for the transmit side, while any of the filters 1630 that is electrically

connected to the antenna 1610 and an LNA 1660 is configured for the receive side. The number of filters and switches can vary depending on the number of bands supported and other tradeoffs. Those of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an example, the duplexers and filters module 1620 can include one or more single crystal acoustic resonators devices. Each of these device can include a piezoelectric substrate with a piezoelectric layer formed overlying a thinned seed substrate. A topside metal electrode is formed overlying the substrate. A topside micro-trench is formed within the piezoelectric layer. A topside metal with a topside metal plug is formed within the topside micro-trench. First and second backside trenches are formed within the seed substrate under the topside metal electrode. A backside metal electrode is formed under the seed substrate, within the first backside trench, and under the topside metal electrode. A backside metal plug is formed under the seed substrate, within the second backside trench, and under the topside micro-trench. The backside metal plug is connected to the topside metal plug and the backside metal electrode. The topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a micro-via.

In a specific example, the communication filter can be a bandpass RF filter characterized by the following: 50Ω input/output, no external matching requirement, low insertion loss, high interference rejection, −20° C. to +85° C. operation, +31 dBm absolute max input power, 2.0×1.6 mm footprint, 0.90 mm max height, RoHS 6 compliant, halogen free, and Tetrabromobisphenal A (TBBPA) free. This filter can be used in smartphones, tablets, Internet of things (IoT), and other mobile or portable communication devices. Those of ordinary skill in the art will recognize other variations, modifications, and alternatives.

The following table provides the electrical specifications for a communication filter according to an example of the present invention.

SPECIFICATIONS
Electrical Specifications[1], $Z_0$ = 50 Ω, $T_r$[2] −20° C. to +85° C., unless otherwise specified

| Symbol | Parameter | Units | Min. | Typ.[3] | Max. |
|--------|-----------|-------|------|---------|------|
| S21 | Insertion Loss, Band 41 | dB | | | |
| | 2496-2500 MHz (+25° C.) | | | 2.8 | |
| | 2496-2500 MHz (−20° C. to −5° C.) | | | | 3.9 |
| | 2496-2500 MHz (−5° C. to +85° C.) | | | | 3.7 |
| | 2500-2520 MHz (+25° C.) | | | 2.4 | 3.3 |
| | 2500-2520 MHz (−20° C. to +85° C.) | | | | 3.8 |
| | 2520-2680 MHz (+25° C.) | | | 2.0 | 3.0 |
| | 2520-2680 MHz (−20° C. to +85° C.) | | | | 3.2 |
| | 2680-2690 MHz (+25° C.) | | | 2.2 | 3.6 |
| | 2680-2690 MHz (−20° C. to +85° C.) | | | | 3.8 |
| S21 | Attenuation, 0-699 MHz | dB | 35 | 76 | |
| S21 | Attenuation, 699-916 MHz | dB | 35 | 56 | |
| S21 | Attenuation, 916-1348 MHz | dB | 25 | 47 | |
| S21 | Attenuation, 1,248-1565 MHz | dB | 25 | 35 | |
| S21 | Attenuation, 1,565-1615 MHz | dB | 30 | 40 | |
| S21 | Attenuation, 1615-1660 MHz | dB | 25 | 34 | |
| S21 | Attenuation, 1,660-1750 MHz | dB | 18 | 27 | |
| S21 | Attenuation, 1750-2400 MHz | dB | 12 | 22 | |
| S21 | Attenuation, Wi-Fi 802.11 b/g/n Band[4] | dB | | | |
| | 2401-2453 MHz (Wi-Fi Ch 1-7) | | 35 | 45 | |
| | 2436-2468 MHz (Wi-Fi Ch 8-10) | | 35 | 44 | |
| | 2451-2473 MHz (Wi-Fi Ch 11) | | 30 | 44 | |
| | 2456-2478 MHz (Wi-Fi Ch 12) | | — | 30 | |
| | 2461-2483 MHz (Wi-Fi Ch 13) | | — | 18 | |
| S21 | Attenuation, 2750-2850 MHz | dB | 20 | 37 | |
| S21 | Attenuation, 2850-3000 MHz | dB | 18 | 28 | |

-continued

SPECIFICATIONS
Electrical Specifications[1], $Z_0$ = 50 Ω, $T_c$[2] −20° C. to +85° C., unless otherwise specified

| Symbol | Parameter | Units | Min. | Typ.[3] | Max. |
|--------|-----------|-------|------|---------|------|
| S21 | Attenuation, 3000-4992 MHz | dB | 20 | 27 | |
| S21 | Attenuation, 4992-5380 MHz | dB | 24 | 32 | |
| S21 | Attenuation, 5380-7488 MHz | dB | 20 | 32 | |
| S21 | Attenuation, 7488-8070 MHz | dB | 20 | 30 | |
| S11, | Return Loss (SWR), 2496-2690 MHz | dB | 8 | 16 | (2.3) |
| S22 | | | | (1.4) | |

Notes:
[1]Min./Max. specifications are guaranteed at the indicated temperature, unless otherwise noted.
[2]TC is the case temperature and is defined as the temperature of the underside of the filter where it makes contact with the circuit board.
[3]Typical data is the average value (arithmetic mean) of the parameter over the indicated band at +25° C.
[4]Wi-Fi Channel Average Attenuation, which is obtained by averaging [S21] over the center 19 MHz of the channels and converting to dB value.

The following table provides the absolute maximum ratings for a communication filter according to an example of the present invention:

ABSOLUTE MAXIMUM RATINGS[1]

| Parameter | Unit | Value |
|-----------|------|-------|
| Storage temperature | °C. | −40 to +125 |
| Maximum RF Input Power to Pin 1 (Tx)[2] | dBm | +31 |
| Maximum DC Voltage, any Pin to Gnd or between Pins[3] | $V_{DC}$ | 0 |

Notes:
[1]Operation in excess of any one of these conditions may result in permanent damage to the device.
[2]The ACPF-7141 is not symmetrical. Pin 1 is designed for higher power handling and is intended to be connected to the Tx blocks with Pin 2 connected to the system antenna.
[3]Internal DC resistance of any port to ground or between ports is approximately a short circuit.

The following table provides the maximum recommended operating conditions for a communication filter according to an example of the present invention:

MAXIMUM RECOMMENDED OPERATING CONDITIONS[4]

| Parameter | Unit | Value |
|-----------|------|-------|
| Operating temperature, TC[5] | °C. | −30 to +85 |

Notes:
[4]The device will function over the recommended range without degradation in reliability or permanent change in performance, but is not guaranteed to meet electrical specifications.
[5]TC is defined as case temperature, the temperature of the underside of the filter where it makes contact with the circuit board.

One or more benefits are achieved over pre-existing techniques using the invention. In particular, the present device can be manufactured in a relatively simple and cost effective manner while using conventional materials and/or methods according to one of ordinary skill in the art. Using the present method, one can create a reliable single crystal based acoustic filter or resonator using multiple ways of three-dimensional stacking through a wafer level process. Such single crystal acoustic resonators enable high bandwidth-low loss filters in a miniature form factor, and such filters or resonators can be implemented in an RF device, an RF filter system, or the like. In an example, this communication filter can be a miniature filter configured for use in a 2496-2690 MHz wireless frequency spectrum. This filter can operate concurrently with adjacent 2.4 GHz bands including Wi-Fi, WLAN, Bluetooth, ISM, and the like. Depending upon the embodiment, one or more of these benefits may be achieved.

While the above is a full description of the specific embodiments, various modifications, alternative constructions and equivalents may be used. As an example, the packaged device can include any combination of elements described above, as well as outside of the present specification. As used herein, the term "substrate" can mean the bulk substrate or can include overlying growth structures such as an aluminum, gallium, or ternary compound of aluminum and gallium and nitrogen containing epitaxial region, or functional regions, combinations, and the like. Therefore, the above description and illustrations should not be taken as limiting the scope of the present invention which is defined by the appended claims.

What is claimed is:

1. A communication filter device comprising:
a piezoelectric substrate having a substrate surface region, the piezoelectric substrate having a piezoelectric layer formed overlying a thinned seed substrate;
a topside metal electrode formed overlying a portion of the substrate surface region;
a topside micro-trench formed within a portion of the piezoelectric layer;
one or more bond pads formed overlying one or more portions of the piezoelectric layer;
a topside metal having a topside metal plug formed within the topside micro-trench and electrically coupled to at least one of the bond pads;
a first backside trench formed within the thinned seed substrate and underlying the topside metal electrode;
a second backside trench formed within the thinned seed substrate and underlying the topside micro-trench;
a backside metal electrode formed underlying one or more portions of the thinned seed substrate, within the first backside trench, and underlying the topside metal electrode; and
a backside metal plug formed underlying one or more portions of the thinned seed substrate, within the second backside trench, and underlying the topside micro-trench, the backside metal plug being electrically coupled to the topside metal plug and the backside metal electrode, wherein the topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a micro-via.

2. The device of claim 1 wherein the seed substrate includes silicon, silicon carbide, aluminum oxide, or single crystal aluminum gallium nitride materials.

3. The device of claim 1 wherein the topside and backside metal electrodes include molybdenum, aluminum, ruthenium, or titanium materials, or combinations thereof; and

15

wherein the topside metal, the topside metal plug, and the backside metal plug includes gold materials or other interconnect materials.

**4**. The device of claim **1** further comprising a top cap structure bonded to the piezoelectric substrate, the top cap structure including an interposer substrate with one or more through-via structures electrically coupled to one or more top bond pads and one or more bottom bond pads;

wherein the one or more bottom bond pads are electrically coupled to the one or more bond pads and the topside metal;

further comprising a backside cap structure bonded to the thinned seed substrate, the backside cap structure underlying the first and second backside trenches; and

further comprising one or more solder balls formed overlying the one or more top bond pads.

**5**. The device of claim **4** wherein the backside cap structure includes a seed substrate, a glass substrate, or an interposer substrate.

**6**. The device of claim **1** wherein the first backside trench has a trench shape similar to a shape of the topside metal electrode; or

wherein the first backside trench has a trench shape similar to a shape of the backside metal electrode.

**7**. The device of claim **1** wherein the first backside trench has a trench shape different from both a shape of the topside metal electrode and the backside metal electrode.

**8**. A communication filter device comprising:

a piezoelectric substrate having a substrate surface region, the piezoelectric substrate having a piezoelectric layer formed overlying a thinned seed substrate;

a topside metal electrode formed overlying a portion of the substrate surface region;

a topside micro-trench formed within a portion of the piezoelectric layer;

one or more bond pads formed overlying one or more portions of the piezoelectric layer;

a topside metal having a topside metal plug formed within the topside micro-trench and electrically coupled to at least one of the bond pads;

a thinned top cap structure bonded to the piezoelectric substrate, the thinned top cap structure including an interposer substrate with one or more blind via structures electrically coupled to one or more bottom bond pads, wherein the one or more blind via structures are exposed;

wherein the one or more bottom bond pads are electrically coupled to the one or more bond pads and the topside metal;

a first backside trench formed within the thinned seed substrate and underlying the topside metal electrode;

a second backside trench formed within the thinned seed substrate and underlying the topside micro-trench;

a backside metal electrode formed underlying one or more portions of the thinned seed substrate, within the first backside trench, and underlying the topside metal electrode;

a backside metal plug formed underlying one or more portions of the thinned seed substrate, within the second backside trench, and underlying the topside micro-trench, the backside metal plug being electrically coupled to the topside metal plug and the backside metal electrode, wherein the topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a micro-via;

16

a backside cap structure bonded to the thinned seed substrate, the backside cap structure underlying the first and second backside trenches;

one or more top bond pads formed overlying and electrically coupled to the one or more blind vias; and

one or more solder balls formed overlying the one or more top bond pads.

**9**. The device of claim **8** wherein the seed substrate includes silicon, silicon carbide, aluminum oxide, or single crystal aluminum gallium nitride materials.

**10**. The device of claim **8** wherein the topside and backside metal electrodes include molybdenum, aluminum, ruthenium, or titanium materials, or combinations thereof; and wherein the topside metal, the topside metal plug, and the backside metal plug include gold materials or other interconnect materials.

**11**. The device of claim **8** wherein the backside cap structure includes a seed substrate, a glass substrate, or a interposer substrate.

**12**. A communication filter device comprising:

a piezoelectric substrate having a substrate surface region, the piezoelectric substrate having a piezoelectric layer formed overlying a thinned seed substrate;

a topside metal electrode formed overlying a portion of the substrate surface region;

a topside micro-trench formed within a portion of the piezoelectric layer;

one or more bond pads formed overlying one or more portions of the piezoelectric layer;

a topside metal having a topside metal plug formed within the topside micro-trench and electrically coupled to at least one of the bond pads;

a top cap structure bonded to the piezoelectric substrate, the top cap structure including a substrate with one or more bottom bond pads;

wherein the one or more bottom bond pads are electrically coupled to the one or more bond pads and the topside metal;

a first backside trench formed within the thinned seed substrate and underlying the topside metal electrode;

a second backside trench formed within the thinned seed substrate and underlying the topside micro-trench;

a backside metal electrode formed underlying one or more portions of the thinned seed substrate, within the first backside trench, and underlying the topside metal electrode;

a backside metal plug formed underlying one or more portions of the thinned seed substrate, within the second backside trench, and underlying the topside micro-trench, the bottom topside metal plug being electrically coupled to the topside metal plug, wherein the topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a micro-via;

a backside cap structure bonded to the thinned seed substrate, the backside cap structure underlying the first and second backside trenches;

one or more backside bond pads formed within one or more portions of the backside cap structure, the one or more of the backside bond pads being electrically coupled to the backside metal plug; and

one or more solder balls formed overlying the one or more backside bond pads.

**13**. The device of claim **11** wherein the seed substrate includes silicon, silicon carbide, aluminum oxide, or single crystal aluminum gallium nitride materials.

**14**. The device of claim **11** wherein the topside and backside metal electrodes include molybdenum, aluminum, ruthenium, or titanium materials, or combinations thereof; and wherein the topside metal, the topside metal plug, and the backside metal plug include gold materials or other interconnect materials.

**15**. The device of claim **11** wherein the backside cap structure includes a silicon substrate, a glass substrate, or a smart-glass substrate.

**16**. A communication filter device comprising:

a piezoelectric substrate having a substrate surface region, the piezo electric substrate having a piezoelectric layer formed overlying a thinned seed substrate;

a topside metal electrode formed overlying a portion of the substrate surface region;

a topside micro-trench formed within a portion of the piezoelectric layer;

one or more bond pads formed overlying one or more portions of the piezoelectric layer;

a topside metal having a topside metal plug formed within the topside micro-trench and electrically coupled to at least one of the bond pads;

a shared backside trench formed within the thinned seed substrate and underlying the topside metal electrode and the topside micro-trench;

a backside metal electrode formed underlying one or more portions of the thinned seed substrate, within the shared backside trench, and underlying the topside metal electrode; and

a backside metal formed underlying one or more portions of the thinned seed substrate, within the shared backside trench, and underlying the topside micro-trench, the backside metal being electrically coupled to the topside metal plug and the backside metal electrode, wherein the topside micro-trench, the topside metal plug, and the backside metal form a micro-via.

**17**. The device of claim **16** wherein the seed substrate includes silicon, silicon carbide, aluminum oxide, or single crystal aluminum gallium nitride materials.

**18**. The device of claim **16** wherein the topside and backside metal electrodes include molybdenum, aluminum, ruthenium, or titanium materials, or combinations thereof; and wherein the topside metal, the topside metal plug, and the backside metal plug includes gold materials or other interconnect materials.

**19**. The device of claim **16** further comprising a backside cap structure bonded to the thinned seed substrate, the backside cap structure underlying the shared backside trench, wherein the backside cap structure includes a seed substrate, a glass substrate, or an interposer substrate.

**20**. The device of claim **16** wherein the backside metal electrode is patterned within the boundaries of the shared backside trench such that the backside metal electrode does not come in contact with one or more side-walls of the seed substrate created during the forming of the shared backside trench.

* * * * *