IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., <br><br> Defendants. | C.A. No. 1:21-cv-01417-RGA |

## DECLARATION OF ROBERT M. FUHRER

I, Robert M. Fuhrer, declare:

1. I am an attorney at law and counsel representing Defendants Akoustis Technologies, Inc. and Akoustis, Inc.("Defendants") in the above-titled litigation. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. The attached Exhibit 1 to Defendants' Opening Brief in Support of Their Motion to Dismiss is a true and accurate copy of U.S. Patent No. 10,256,786 (the "'786 Patent").

Executed this 24th day of November, 2021.

                                          */s/ Robert M. Fuhrer*
                                          Robert M. Fuhrer