# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| QORVO, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AKOUSTIS TECHNOLOGIES, INC. and ) <br> AKOUSTIS, INC., ) <br> ) <br> Defendants. ) | C.A. No. 1:21-cv-01417-RGA |

## MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of David L. Stanton, of Pillsbury Winthrop Shaw Pittman LLP, to represent Defendants Akoustis Technologies, Inc. and Akoustis, Inc. in the above-referenced matter. Pursuant to this Court's Revised Standing Order for District Court Fund, effective September 1, 2016, movant states that the annual fees for *pro hac vice* admission are being submitted in connection with this application.

Date: February 11, 2021

OF COUNSEL:

David A. Jakopin
Dianne L. Sweeney
PILLSBURY WINTHROP
SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
(650) 233-4500
david.jakopin@pillsburylaw.com
dianne@pillsburylaw.com

Robert M. Fuhrer
PILLSBURY WINTHROP

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*

4864-4408-2188.v1

SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

David L. Stanton
PILLSBURY WINTHROP
SHAW PITTMAN LLP
725 S. Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
(213) 488-7100
david.stanton@pillsburylaw.com

*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: February 11, 2022

                         */s/ David L. Stanton*
                         David L. Stanton
                         Pillsbury Winthrop Shaw Pittman LLP
                         725 S. Figueroa Street, 36th Floor
                         Los Angeles, CA 90017-5524

                         *Attorney for Defendants*
                         *Akoustis Technologies, Inc. and Akoustis, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 21-1417-RGA |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

IT IS HEREBY ORDERED this _____ day of February, 2022, that the foregoing application of David L. Stanton for admission to practice in this action *pro hac vice* is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

4864-4408-2188.v1