# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 21-1417-RGA |
| AKOUSTIS TECHNOLOGIES, INC. and ) | |
| AKOUSTIS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this 11th day of February, 2022, that the foregoing application of David L. Stanton for admission to practice in this action *pro hac vice* is GRANTED.

/s/ Jon P. McCalla
UNITED STATES DISTRICT JUDGE