**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 21-1417-RGA |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on February 22, 2022, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Rule 26 Initial Disclosures and this Notice of Service were served on the following counsel of record via email.

>Jack B. Blumenfeld (#1014)
>Jeremy A. Tegan (#5239)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>jblumenfeld@morrisnicols.com
>jtigan@morrisnichols.com
>
>Robert M. Masters
>Jonathan R. DeFosse
>Timothy P. Cremen
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>2099 Pennsylvania Avenue, NW Suite 100
>Washington, DC 2006-6801
>(202) 747-1900
>rmasters@sheppardmullin.com
>jdefosse@sheppardmullin.com
>tcremen@sheppardmullin.com

1

Trevor J. Quist
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real
Menlo Park, CA 94025
(650) 815-2645
tquist@sheppardmullin.com

Date: February 23, 2022

OF COUNSEL:

David A. Jakopin
Dianne L. Sweeney
PILLSBURY WINTHROP
SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
(650) 233-4500
david.jakopin@pillsburylaw.com
dianne@pillsburylaw.com

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

Robert M. Fuhrer
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

*Attorneys for Defendants Akoustis
Technologies, Inc. and Akoustis, Inc.*