# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| QORVO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-1417-JPM <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Qorvo, Inc. and Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis"), subject to the approval of the Court, that the deadline for Akoustis to respond to the First Amended Complaint in this matter is hereby extended until March 11, 2022.

Dated: February 28, 2022

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| */s/ Jeremy A. Tigan* <br> Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jtigan@morrisnichols.com <br><br> OF COUNSEL: <br><br> Robert M. Masters <br> Jonathan R. DeFosse <br> Timothy P. Cremen <br> SHEPPARD, MULLIN, RICHTER <br> & HAMPTON LLP | */s/ Ronald P. Golden III* <br> Stephen B. Brauerman (#4952) <br> Ronald P. Golden III (#6254) <br> 600 N. King Street, Suite 400 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com <br><br> OF COUNSEL: <br><br> David A. Jakopin <br> Dianne L. Sweeney <br> PILLSBURY WINTHROP <br> SHAW PITTMAN LLP <br> 2550 Hanover Street <br> Palo Alto, CA 94304-1115 |

| | |
|---|---|
| 2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC 20006<br>(202) 747-1900 | (650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com |
| Trevor J. Quist<br>SHEPPARD, MULLIN, RICHTER<br>& HAMPTON LLP<br>1540 El Camino Real<br>Menlo Park, CA 94025 | Robert M. Fuhrer<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>(703) 770-7900<br>robert.fuhrer@pillsburylaw.com |
| *Attorneys for Plaintiff Qorvo, Inc.* | David L. Stanton<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524<br>(213) 488-7100<br>david.stanton@pillsburylaw.com<br><br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE