# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:21-cv-01417-JPM ) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)

Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis"), through undersigned counsel, hereby moves this Court under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Count V of Plaintiff Qorvo, Inc.'s First Amended Complaint, and in support thereof Akoustis submits the Opening Brief in Support filed herewith.

Dated: March 11, 2022

| OF COUNSEL: | Respectfully submitted, |
|---|---|
| David A. Jakopin<br>Dianne L. Sweeney<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com | */s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |
| Robert M. Fuhrer<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor | *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |

1

McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

David L. Stanton
PILLSBURY WINTHROP
SHAW PITTMAN LLP
725 S Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com