### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:21-cv-01417-JPM ) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | ) ) ) |
| Defendants. | ) ) |

### PROPOSED ORDER

The Court having considered the Motion to Dismiss of Defendants Akoustis Technologies, Inc. and Akoustis, Inc. as to Count V of the First Amended Complaint (Unfair & Deceptive Trade Practices Act) ("Akoustis' Motion");

IT IS HEREBY ORDERED THAT Akoustis' Motion is GRANTED.

Date:

_____
UNITED STATES DISTRICT JUDGE