IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. <br><br> Defendants. | C.A. No. 1:21-cv-01417-JPM |

**DECLARATION OF TOM SEPENZIS IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Tom Sepenzis, declare:

1. I am the Vice President of Corporate Development and Investor Relations for Akoustis, Inc. ("Akoustis"). The facts stated in this declaration are within my personal knowledge and are true and correct.

2. On or about November 25, 2021, I was contacted by Rafi Cohen, a Rethink TV Analyst and Faultline Reporter, asking if any senior executive at Akoustis would be interested in being interviewed in correlation with a WiFi-roundup piece that included Akoustis. I agreed to be interviewed and was in fact interviewed on or about December 6, 2021.

3. On or about December 16, 2021, Mr. Cohen advised me that the article had been published and that his colleague Roz Hilton would be sending me a copy. Attached hereto as **Exhibit 1** is a true and correct copy of an email and related attachment that I received from Ms. Hilton on December 17, 2021. Page numbering has been added to this exhibit for ease of reference. The attachment includes a true and accurate copy of the Faultline publication for which I was interviewed starting at page 37 of 43, entitled "Akoustis rises fast, as US BAW filter

1

market set for shoot out" and dated December 16, 2021 (the "Original Article").

4. On or about December 17, 2021, and after reviewing the Original Article, I informed Mr. Cohen of various inaccuracies in quotes attributed to me. Attached as **Exhibit 2** is a true and accurate copy of an email chain starting in November 25, 2021 that includes myself, Mr. Cohen, and Ms. Hilton of Rethink Technology Research Ltd. Exhibit 2 at page 3 contains an email I sent to Mr. Cohen on December 17, 2021, identifying some of the various inaccuracies I found in the Original Article.

5. On or about January 4, 2022, and following the holiday break, Mr. Cohen emailed me back explaining that sometimes his publication makes errors, but they are always quick to address any factual errors. He also provided me with a link to a corrected version of the Original Article (the "Corrected Article"). I was not able to access the corrected version as it required a subscription to the publication and Akoustis is not a subscriber. Exhibit 2 at page 2 contains the January 4, 2022, email I received from Mr. Cohen.

6. On or about March 8, 2022, I emailed Mr. Cohen asking for a copy of the Corrected Article and Ms. Hilton emailed me a copy of the Corrected Article the following day. Ex. 2 at p. 1. Attached as **Exhibit 3** is a true and accurate copy of the Corrected Article that was attached to Ms. Hilton's email of March 9, 2022. Ex. 2 at p. 1. This Corrected Article addressed some of the discussed inaccuracies I found in the Original Article, but not all of them.

Executed this 11th day of March, 2022.

_____  3/11/22
Tom Sepenzis

4879-5171-8932.v3