# Exhibit 1

**From:**       Roz Hilton <roz@rethinkresearch.biz>
**Sent:**       Friday, December 17, 2021 9:38 AM
**To:**         Tom Sepenzis
**Subject:**    RE: Faultline interview - Akoustis
**Attachments:** Faultline_919.pdf

**WARNING:** External Source Email

Hi Tom,

Here is the issue, enclosed.

If you'd like to see any further copies, and have a temporary login for the web archive, then let me know.

Kind regards,

**Roz Hilton**  |  Business Development Director  |  +44 (0) 7399 491840

---

**From:** Rafi Cohen <rafi@rethinkresearch.biz>
**Sent:** 16 December 2021 22:36
**To:** Tom Sepenzis <tsepenzis@akoustis.com>
**Cc:** Roz Hilton <roz@rethinkresearch.biz>
**Subject:** RE: Faultline interview - Akoustis

Hi Tom

Hope all's well. Thank again for the time last week

Faultline is out now, so am cc'ing in Roz who can set you up with a copy of this week's issue

All the best, hope you enjoy the holiday season

Rafi



**Rafi Cohen**
Rethink TV Analyst
and Faultline Reporter
**Rethink Technology Research**

**T:** +44 1173 291 480
**E:** rafi@rethinkresearch.biz

Unit G-5, Bristol & Exeter House,
Lower Station Approach,
Bristol, BS1 6QS

www.rethinkresearch.biz

**From:** Tom Sepenzis <tsepenzis@akoustis.com>
**Sent:** 30 November 2021 13:49
**To:** Rafi Cohen <rafi@rethinkresearch.biz>
**Subject:** RE: Faultline interview - Akoustis

I could do 1:30 pm ET or 3:00 pm ET on Monday.

**Tom Sepenzis**
VP Corporate Development & Investor Relations
Akoustis, Inc.
9805-A Northcross Center Court | Huntersville, NC 28078
P: 704.890-2925
tsepenzis@akoustis.com | www.akoustis.com

The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc. and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

**From:** Rafi Cohen <rafi@rethinkresearch.biz>
**Sent:** Tuesday, November 30, 2021 8:47 AM
**To:** Tom Sepenzis <tsepenzis@akoustis.com>
**Subject:** RE: Faultline interview - Akoustis

**WARNING:** External Source Email

Great, thanks Tom! Have you got 45 mins free anytime between 9am-5pm GMT on Monday 6th or Tuesday 7th? Would make it into next weeks issue on Thursday 9th

Best
Rafi



**Rafi Cohen**
Rethink TV Analyst
and Faultline Reporter
**Rethink Technology Research**

**T:** +44 1173 291 480
**E:** rafi@rethinkresearch.biz

Unit G-5, Bristol & Exeter House,
Lower Station Approach,
Bristol, BS1 6QS

www.rethinkresearch.biz

**From:** Tom Sepenzis <tsepenzis@akoustis.com>
**Sent:** 30 November 2021 13:42
**To:** Rafi Cohen <rafi@rethinkresearch.biz>
**Subject:** Re: Faultline interview - Akoustis

Hi Rafi,

I am the one to speak with here at Akoustis! If there is anything that I can't answer for you, we can set up an additional time with our CEO, Jeff Shealy. Other than Jeff, I am the most senior person available that speaks to the media and Wall Street.

Best,

Tom

**From:** Rafi Cohen <rafi@rethinkresearch.biz>
**Date:** Tuesday, November 30, 2021 at 3:54 AM
**To:** Tom Sepenzis <tsepenzis@akoustis.com>
**Subject:** RE: Faultline interview - Akoustis

**WARNING:** External Source Email

Thanks Tom, would you be the person to interview, or is this more a chat to work out who from Akoustis I should be speaking to?
Just working out how much time I need to set aside



**Rafi Cohen**
Rethink TV Analyst
and Faultline Reporter
**Rethink Technology Research**

**T:** +44 1173 291 480
**E:** rafi@rethinkresearch.biz

Unit G-5, Bristol & Exeter House,
Lower Station Approach,
Bristol, BS1 6QS

www.rethinkresearch.biz

**From:** Tom Sepenzis <tsepenzis@akoustis.com>
**Sent:** 29 November 2021 17:16
**To:** Rafi Cohen <rafi@rethinkresearch.biz>
**Subject:** RE: Faultline interview - Akoustis

Hi Rafi,

Thank you for your interest – I would be happy to spend some time with you, please let me know what days/times work best for you this week.

Best,

Tom

**Tom Sepenzis**
VP Corporate Development & Investor Relations
Akoustis, Inc.
9805-A Northcross Center Court | Huntersville, NC 28078
P: 704.890-2925
tsepenzis@akoustis.com | www.akoustis.com

The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc. and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

**From:** Rafi Cohen <rafi@rethinkresearch.biz>
**Sent:** Thursday, November 25, 2021 7:36 AM
**To:** Tom Sepenzis <tsepenzis@akoustis.com>
**Subject:** Faultline interview - Akoustis

**WARNING:** External Source Email

Hi Tom

Hope all's well. I am a journalist for Faultline, a leading subscription based publication covering all things video and broadband

I have just written about Akoustis in a WiFi-roundup piece I am doing and have noticed that we have never covered the company before

Would a senior exec be interested in an interview? No cost on your part and would be sent out to thousands of subscribers as part of our weekly issue

Best
Rafi



**Rafi Cohen**
Rethink TV Analyst
and Faultline Reporter
**Rethink Technology Research**

**T:** +44 1173 291 480
**E:** rafi@rethinkresearch.biz

Unit G-5, Bristol & Exeter House,
Lower Station Approach,
Bristol, BS1 6QS

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.



Analyzing disruption in media, broadband and advertising - for over 20 years

*Dear subscriber, Faultline is taking a two-week festive hiatus and will return to action on January 06. Thank you, as always, for your readership and support, despite the continued absence of in-person meet-ups. We hope to see many of you in the flesh in 2022.*

### Key Issues
**If Da Vinci mimics Hailstorm success, RDK will blow up in 2022**
**Looking back on Open Caching's breakthrough year, as Velocix joins in**
**Dotscreen debates diversity dilemma, blasts app framework fluidity**
**Synamedia Iris eyes programmatic, DMP in 2022 – resists pipeline peek**

### Analysis
**Appear's server-based Neo arrives with questions of cloud's carbon**

### OTT Video
**Sceenic teases metaverse R&D using Telefónica investment funds**
**OTT vendors scold smart TV makers, as 3SS/NPAW embrace (more)**

### Low-Latency
**SRT takes aim at 'dated and dwindling' RTMP to snatch remaining 47%**
**Phenix feels around for low-latency outside sports, after SRT sign-up**
**Nanocosmos finds success in unexpected deals, in turbulent two years**

### Triple and Quad Play
**SmartLabs sticks up for little guy, breaks out analytics offering**

### WiFi
**Akoustis rises fast, as US BAW filter market set for shoot-out**

### Worth Noting
**OTT Video News, Deals, Launches and Products**

**Faultline 919**                                    **December 16, 2021**



## Key Issues

### If Da Vinci mimics Hailstorm success, RDK will blow up in 2022

- **Netflix quietly released the RDK scaling program during virtual IBC**
- **With RDK becoming more like Android TV, this was a natural next step**
- **Vendors are already rushing to be first of their breed in both camps**

While RDK has achieved a lot of great things in 2021, the RDK Central community probably won't thank us for summarizing this as the year the open source RDK video ecosystem became a lot more like Android TV.

We have reached that consensus despite being deprived of a single physical demo from either camp this year (and last, for that matter), instead collating conversations with countless technology vendors of all flavors. Oh, and how could we forget Faultline's infamous "hacking" scandal of an online RDK event earlier this year, as the panicked PR team worded it in an accusation, despite sending an invite straight to our inbox. That was certainly a 2021 highlight on our part.

As for what's new in the technology itself, RDK players are ending this year on a high. In the past week alone, we have had RDK-related announcements from CommScope, Irdeto, Innopia, Amlogic and Skyworth all with one thing in common – Netflix's Da Vinci scalability program.

Released quietly while the industry was grieving the absence of IBC earlier this month, Da Vinci has been founded by the SVoD titan to reduce engineering efforts required for app integrations on RDK, which can still be substantial.

Sound familiar? That's because Da Vinci is the RDK copycat of Netflix's Hailstorm scaling program for Android TV Operator Tier – over two years since vendors rushed to sign up to the hybrid set top certification project.

If Da Vinci is anything like Hailstorm, Netflix will be working tightly with SoC manufacturers to eliminate software fragmentation by supplying ODMs with baseline software and hardware verified by the RDK Video Accelerator program. Netflix then certifies ODMs, enabling operators to make modifications such as requesting a customized launcher or preloading of third-party apps.

**December 16, 2021**           2           **Faultline 919**



Netflix can be a demanding and stringent beast to work with, from what we've heard, but no operator wants to go out into the world of aggregation without Netflix inside its ecosystem – which is why Hailstorm has played such a crucial role in operators' Android TV Operator Tier deployments globally.

So, with rising interest in RDK from operators, it makes sense to iron out as many creases as possible when standardizing core functions with Netflix app integrations, without hindering the fully customizable nature of the front-end (but deviate from Netflix's rulebook at your peril).

So, starting alphabetically, what Amlogic has announced is that it has helped integrate the Netflix app on the RDK Video Accelerator platform – running its S905X4 chipset on Skyworth's UHD RDK set top. Doing so reduces costs for operators, in both time to market and simplification of integration and maintenance processes – ultimately making Netflix available to more users.

**Netflix can be a demanding and stringent beast to work with**

This is significant because Amlogic and Skyworth both want to disrupt Broadcom's dominance in RDK silicon. On that front, we should note, for anyone unaware, that Amlogic chipsets are powering the new Comcast XClass and Sky Glass range of smart TVs.

CommScope has said much the same, signing up its RDK-based VIP73xx line of IP set tops to the Da Vinci scaling partner program, adding to its line of Hailstorm-certified products. The RDK line will be made available in 2022, with CommScope highlighting how the devices enhance live TV and on-demand content for consumers, while offering remote management protocols for reducing service provider costs.

Also in hardware, South Korean ODM Innopia Technologies has signed up two device models to the Da Vinci scaling program – the IMT-M6300 and IMT-M730R. Interestingly, these are each powered by different silicon, with the RDK OTT set top running a Realtek SoC, while the other is described as a mini-dongle device running on an Amlogic SoC.

Da Vinci wouldn't be complete without security, which is why Dutch cybersecurity specialist Irdeto has been collaborating with Netflix to ensure that the Irdeto Certified Secure Experience (ICSE) certification service for operators is fully aligned with Da Vinci security.

**Faultline 919**                    3                    **December 16, 2021**



To this end, the vendor has launched the Irdeto RDK Hybrid Stack, meaning pay TV operators can choose between Android TV and RDK-V. This claims to be the first multiplatform hybrid satellite RDK video accelerator of its type on the market – offering pre-integrated, pre-tested and pre-certified security.

All in all, for operators, this means a reduced time to market and cost savings. We should remember that Hailstorm proved a real catalyst for turning Android TV Operator Tier into a global force to be reckoned with, despite some early resistance from larger operators – and we expect Da Vinci to do the same for RDK starting in 2022, helping the technology break out of Comcast's looming shadow.

## Key Issues

### Looking back on Open Caching's breakthrough year, as Velocix joins in

Faultline thought it fitting to close out our final issue of 2021 exactly where we opened this year's account – on the topic of Open Caching.

The first week of January 2021 kicked off with TIM in Brazil becoming the country's first operator to implement a CDN based on the Open Caching architecture from the Streaming Video Alliance, with the operator deploying technologies from Cisco, Qwilt and Digital Alpha.

Open Caching has come a long way since, and this week Velocix has introduced a carrier-grade Open Caching platform, building on the UK-based vendor's hybrid-cloud CDN technology – which at its core takes the internal content delivery infrastructure of individual service providers and forms them into a global CDN using open APIs.

In between these two significant developments almost 12 months apart, both Verizon and Disney have thrown hats controversially into the Open Caching ring, while French video experts Ateme and Broadpeak have both made Open Caching strides.

Faultline has even asked the question on everyone's mind – why doesn't Cisco just take the plunge by acquiring Qwilt, the Queen of Open Caching? (And Qwilt even answered us).

**December 16, 2021**          4          **Faultline 919**



Looking at what's hot off the press first, before we take a look back at the year's Open Caching highlights, we have the simply marketed Velocix Open Caching product. Like other CDN technology vendors before it, Velocix is layering Open Caching capabilities on top of existing infrastructure using add-on licenses, so that existing customers can benefit from improved efficiency and flexibility that comes from having a shared underlying hardware framework between private CDN and Open Caching services.

Using technologies compatible with Streaming Video Alliance standards, Velocix Open Caching is designed to get ISPs participating in - and ultimately profiting from - the OTT content delivery value chain.

To achieve this, Velocix brings enhancements to control plane software that allows ISP networks to communicate with other CDNs compliant with Open Caching. Therefore, servers located deep at the edge of last-mile networks can cache and deliver content on behalf of service providers for a fee. ISPs can charge for the privilege because they can position Open Caching servers much closer to end users, which comes with natural benefits including improvement in video quality, lower session start-up times, and almost total elimination of stream rebuffering.

**However, with caching comes controversy**

For some ISPs, scale is the most important aspect of Open Caching - both fixed and mobile - with proven methods for levelling the playing field for all video subscribers, where any consumer within the network footprint can receive content equally in terms of QoE.

However, with caching comes controversy – in the form of paid prioritization, which is one way of violating net neutrality.

Such controversy was most evident during the summer of 2021, when Verizon announced trials to place Disney+ content closer to end users to destress the Fios fixed network. The issue is that if only a select few major streaming outfits can afford to pay tier 1s to create fast lanes for their content, then where is the openness in Open Caching?

This argument will resurface again and again, while the counterargument from Verizon and Disney+ back around June this year was that no money had changed hands and therefore this could not be considered paid prioritization.

**Faultline 919**                    5                    **December 16, 2021**



From looking at previous projects, we know that fees paid by an OTT video provider to an ISP for content delivery via the Open Caching architecture are shared between Qwilt, Cisco and the ISP, a model designed to make deployment capex-free for ISPs. There are arguably deployment costs to factor in too, but the idea is that return on investment should be pretty rapid.

Together, Faultline's numerous news items and countless questions on Open Caching underscores a major year for the technology – which was in turn triggered by the late 2020 catalyst which saw Qwilt and Cisco release the first CDN model based on the Alliance's open architecture.

**Will 2022 be the year Cisco finally pops the question to Qwilt?**

This brings us to the M&A elephant in the room, which we raised in unison with Cisco raising its stake in Qwilt in October following a $70 million Series E financing round. Faultline floated many ifs and buts here, with the primary barrier to an aggressive takeover of Qwilt by Cisco would effectively close the door on the open and collaborative nature of Qwilt's technologies and vision – those that have taken years to sculpt. Presumably, all members of the Streaming Video Alliance would be against such a move.

To our surprise, Qwilt got in touch, telling us that it would not be totally opposed to the idea of a Cisco acquisition, while attempting to shut down the idea that M&A would make the entire Open Caching ecosystem less open. We remain unconvinced, and even less convinced that Cisco would pursue a full takeover anyway, as it would officially mark the vendor's return to being a video company.

With all that in mind, we have high hopes for Open Caching in 2022.

On that front, we recently heard that Broadpeak wants to bring its multicast ABR offerings to the Open Caching project – an ecosystem described by the French CDN vendor as a vital component for multicast ABR, where a standard approach might help greatly with billing and workflow.

For Broadpeak, Open Caching was a natural segue to the new elastic upgrades to the Advanced CDN platform. The term describes the usage of containers to ensure the ability to dynamically respond to changes in demand.

**December 16, 2021**            6                    **Faultline 919**



Broadpeak is pushing these at public cloud users, as those are most susceptible to the pay-as-you-go functions. In a private cloud, the user owns the capacity, and is not going to object too much to using its own resources.

Meanwhile, in October this year, fellow compatriot Ateme claimed to have completed a "groundbreaking" step as part of the Open Caching API Testbed initiative, involving ensuring that the same cache can be used in any compliant system. This involved testing a different subset of features at every iteration and conducting specification validation and interoperability tests.

Indeed, Ateme's Chief Strategy Officer recently told Faultline that Open Caching efforts are the single most significant trend in the CDN industry – on the belief that it will bring double-digit cost reductions while delivering QoE improvements.

Ateme tells us it does have a few customers using Open Caching, with demand coming from the largest video services.

Although, new capabilities should also allow CDN providers to address a new crop of smaller customers too, which is something else for us to keep tabs on in 2022.

## Key Issues

### Dotscreen debates diversity dilemma, blasts app framework fluidity

French software house Dotscreen has been a linchpin in video and audio UX development for more than a decade and yet somehow the name has featured only fleetingly in Faultline.

One excuse is that Dotscreen has simply been too "busy" by its own accord focusing on being a front-end specialist and nothing else, according to co-founder Stanislas Leridon, which is a comment that instantly sparked a healthy discussion about Dotscreen's product expansion roadmap – or more like a dead end.

Most front-end vendor experts we speak with have either already diversified their product portfolio or have a roadmap to expand into areas like data-driven marketing, or CMS, or business intelligence, or ad insertion, or any back-end extension feature that might appear to give them an edge when pitching for business.

**Faultline 919**                    7                    **December 16, 2021**



Not for Dotscreen, however, which only has eyes for the front-end – delivering bespoke, customizable UIs across smart TVs, set tops, games consoles and mobile devices for some top tier names including Disney (FX Now and Nat Geo TV, not Disney+), HBO Europe, ESPN, Orange, Vodafone, Mediaset and Telefonica.

"You are describing the monthly thoughts as a company about how to diversify," Leridon responded. "We thought about offering our own OVP but, honestly, we are quite busy and are not trying to be any busier than we are today."

That might seem a weakness on the surface, but scratch a little deeper and it seems that Dotscreen's laser focus on native application development - instead of following any framework - has put it in rather good stead. "We strongly believe that intelligence logic should be managed by the back-office," he added. "The more you put on the front-end, the lower the performance – to the detriment of fluidity."

**Stepping on partner toes isn't a risk worth taking, for the time being**

Of course, there is plenty of value in the back-end and part of Dotscreen's job is to display what the back-end is capable of – as the portal into partner technologies. And it's because of those partners that Dotscreen is reluctant to diversify, as it wouldn't be able to do so without stepping on any toes and ruffling a few feathers along the way. That isn't a risk the vendor is willing to take, for the time being.

Leridon has some strong views on app development frameworks. He compared following a framework-based approach to an unreachable utopia, where the promise is to develop a video application once and deploy it across all devices. Doing so damages fluidity of the UX, according to Leridon, through downfalls such as customers often embedding libraires into their code that end up being useless.

He namedropped ESPN in the US as a customer case study to support this argument, for which Dotscreen developed apps across Samsung smart TVs, Roku, and games consoles. It soon became clear that ESPN wanted to take the code in-house where it could make changes freely, according to Leridon, and thankfully Dotscreen's native and framework-free development architecture was able to accommodate that demand. Pure framework approaches are not so flexible, he claims.

**December 16, 2021**          8          **Faultline 919**



Instead of being distracted by frameworks, Leridon believes the industry needs to become smarter in developing for agility. "Having one code everywhere is not feasible," he added.

A relentless schedule of OS updates is partly what Leridon meant when saying Dotscreen had been too busy to think about any product expansion, while the top priority is to expand the business globally. Currently, around 15% of Dotscreen's revenue comes from within its home country of France, and the company is targeting more international income streams, namely from Latin America where the company recently opened an office. Asia Pacific will come next, as Dotscreen has no presence there currently.

Amazin'TV is Dotscreen's flagship off-the-shelf UI, designed specifically for live TV but with a full feature set bringing VoD, third-party apps, and replay. A particularly neat feature is the UI Optimizer, which is a proxy developed by Dotscreen to plug into customer back-end systems to process information and then format it to serve front-end requirements efficiently. The UI Optimizer was designed to sit between front-end and back-end technologies to minimize callflows.

**"We don't believe broadcasters need to be knowledgeable in the latest code"**

Looking at devices, Dotscreen generates about 75% of revenue from big screen devices, including smart TVs, set tops, and games consoles, with the remainder coming from mobile/web development, including via what Dotscreen calls companion apps (essentially TV Everywhere).

In terms of competitors, Dotscreen shares a common view across this industry that its greatest threat comes from future customers – i.e. the in-house development teams at video service providers. It has reached the extent that Leridon often finds himself discouraging clients from taking on too much in-house, imploring them that Dotscreen as a specialist can do things much faster and cheaper.

The desire for customers to become self-sufficient in this regard will not go away, however, which is why UX developers like Dotscreen must stay on the ball.

"We don't believe broadcasters need to be knowledgeable in the latest code. This is not their core business," he claims.



There was time to briefly mourn IBC during our video call, where Dotscreen was planning to showcase customer demos including new smart TV streaming apps for OSN, the MENA-based satellite TV provider. The OSN deployment was a hefty project, involving a back-end environment switch-up using Comcast Technology Solutions. This brought up some back-end interfacing challenges for Dotscreen, but we are told these were sorted in about four months, with the whole streaming platform developed in six months.

Mediaset Spain was also set to grace Dotscreen's IBC demos, including La Liga soccer content on Movistar set tops. See you at NAB 2022.

## Key Issues

### Synamedia Iris eyes programmatic, DMP in 2022 – resists pipeline peek

When Synamedia announced a fortnight ago that Astro had launched the first addressable TV advertising service in South East Asia (excluding South Korea), what it really meant to say is that the this is the first customer for the Synamedia Iris product since it launched in August 2020. That is obviously significant for the vendor, although that should not distract us from the more important takeaways here in the broader context of addressable.

Faultline caught up with Scott Kewley this week, Synamedia's VP of Commercial Product Management, who helped forge the Synamedia Iris advertising business from the fires of the technology that formed Sky Ad Smart, and there was an early mutual decision during our call that the two should be separated as Synamedia Iris carves its own path.

"You're right, Synamedia Iris is a completely new proposition," he admitted. "And Astro is a great starting point."

When pushing Kewley's buttons for pipeline predictions failed, in the context of when Synamedia Iris might win a greenfield deal at a pure play AVoD platform (as is the plan), we shifted quickly to product roadmaps instead. The key takeaway from our call is that Synamedia is planning to zoom in on programmatic in a big way through 2022, expanding beyond core broadcast and linear addressable advertising.

**December 16, 2021**           10                    **Faultline 919**



"Programmatic, for us, is about making the whole ecosystem more available. Some customers have their own sales teams, some require integration," Kewley continued.

One thing Synamedia absolutely doesn't want to do, according to Kewley, is become a "one dollar per one thousand" advertising platform – as someone who feels very strongly about Synamedia Iris being a premium technology.

This means focus is on the big screen, scaling for large clients with premium content. That doesn't necessarily mean turning down business when it knocks on the door, but pricing your services at a level where certain flavors of customer won't bother calling. It sounds arrogant, but that's just business.

As the company as a whole moves more to a SaaS-based model, Synamedia Iris also plans to add self-onboarding capabilities further down the line, probably towards the back-end of 2022, we are informed. This would give clients the ability to create an AVoD proposition, by taking APIs and effectively pulling themselves into programmatic advertising, leaving Synamedia taking a more hands-off role.

**Synamedia Iris plans to add self-onboarding capabilities towards the back-end of 2022**

For big customers, these technological integrations take a little (or a lot) longer, for things like unified ad management and unified services.

Kewley highlights unified as the key word on a couple of occasions – underscoring how a platform the breadth of Synamedia Iris starts to open up new opportunities.

Adjacent to the programmatic piece of the puzzle, Synamedia Iris is also exploring whether to branch into data management, with the DMP (data management platform) question repeatedly coming in conversations.

This could lead to potential future crossovers with Synamedia's Clarissa analytics arm, offering audience segmentation for advertisers together with other features that customers might not find anywhere else.

"There are no solid plans here, but it would be a natural expansion," commented Kewley, on the DMP dilemma.

**Faultline 919**                     11                     **December 16, 2021**



Another future frontier for Synamedia Iris is figuring out exactly who is in the room and watching TV at a given time. There are many ways of doing this, including some rather intrusive WiFi-based monitoring technologies. Admittedly, Synamedia's plans here are at a fledgling, pre-experimental stage, but Kewley noted that the team would start with building profiles, then throwing AI and ML algorithms into the equation.

"We aren't stopping, we're proactively experimenting – all over every part," he added.

This is a message we have heard echoed by Synamedia's CTO Nick Thexton, in the ongoing context of opening the vendor's broad technology portfolio as a series of services, with new ways for customers to consume the Infinite Video platform.

Synamedia Iris was created in response to demand from Synamedia's large customer base in broadcast TV for an extensive ad platform. Iris works with a wide range of inventory, including pay TV set tops, broadcast over satellite and VoD delivered over the internet. It can be best simplified down into three services buckets – decisioning and targeting, then measurement and analytics, then ad insertion.

The elephant in the room for Synamedia – and more specifically Synamedia Iris – is that the company must break away from Ad Smart's shadow and start winning OTT AVoD deployments deals in 2022, or serious doubts will start setting in. Faultline can be guilty of being a little impatient in this regard, but – as we said – that's business.

## Analysis
### Appear's server-based Neo arrives with questions of cloud's carbon

Norwegian broadcast technology vendor Appear was planning for IBC to be the stage on which it would unveil its new Neo line of server-based products - an evolution from the bespoke appliance offerings that have served its remote broadcast customer base for so many years.

It was to be a big stage, festooned with the new corporate branding, to announce Neo to the world. But, alas, as we know, IBC did not go ahead, and so Appear did not get the chance to introduce

**December 16, 2021**          12          **Faultline 919**



some 30 new hires, swelling the count to some 170, to the rest of the industry. Appear's CEO Thomas Jørgensen tells Faultline that the cancellation hurt, and when flipping the interview dynamic to ask us if any virtual events have been adequate replacements for in-person affairs, we unfortunately did not have an answer for him.

Appear has made its name on the back of its hardware appliances, used in the contribution market, to transport video feeds from the field back into the production workflow. The X units are designed for the field, with the XC platform intended for the head-ends, bringing all those feeds together.

However, the new Neo offering is an evolution of the X approach, moving from the bespoke appliance platform to a more general-purpose server platform – featuring CPU and GPU resources. Jørgensen explained that the X and XC lines are assembled in Norway, with Appear adding the software on top. For the Neo line, essentially the servers arrive ready for the software, and do not require any assembly.

Jørgensen said the Neo line combines Appear's pedigree in hardware with the scalability of servers, which gives customers a plug-and-play option that does not require specialist knowledge for deployment. So, will this set the stage for a full migration away from hardware and into the SaaS and cloud-based realm?

Jørgensen said that this would entirely depend on the customer type; that there is a full range from uniquely bespoke appliances to fully cloud-based. Appear is expanding into the latter, but has no desire to leave behind its core strength in hardware. Jørgensen confirmed Appear is investing heavily, and that there are interesting projects in Appear's labs.

Appear has not yet been afflicted by the supply chain crunches, but Jørgensen said it has been much harder than usual to maintain an adequate supply of components, which will apparently continue into 2022 – warning that companies need to maintain a long horizon to ensure a tidy supply chain.

There has been a lot of customer interest in new codecs, said Jørgensen, but very few customers are demanding support for the likes of VVC or AV1 at the moment. This is not particularly sur-

**Very few customers are demanding support for VVC or AV1**



prising, as those in the contribution market tend to be very conservative about their technology choices, and do not want to risk an outage during a live event. Jørgensen says there has been a strong surge in demand for live events and outdoors production, outside of the main driver that is sports.

Another prominent customer angle is concern with sustainability and the impact that the video industry has on the environment. Appear has just launched a whitepaper on the subject, where one of its largest customers, a European tier 1 telco, carried out an investigation into the matter.

Jørgensen stressed that these are not Appear's numbers, and so it could not validate them entirely, but that it was very interesting to see how a very dense hardware approach like Appear's compares to the cloud-based approach. The telco examined the performance of encoding a UHD channel.

**Appear claims half a ton of CO2 emissions, while cloud-based emissions are over 20 tons**

The big claim is that Appear's approach produces around half a ton of $CO_2$ emissions, while the cloud-based leading competitor's emissions are over 20 tons. In terms of e-waste per year, Appear hits 4 kg, while the competitor hits 168 kg, while power consumption per channel is 168W per channel for Appear but over 1200W for the competitor.

In terms of rack units (RUs) per channel, Appear scores 0.4 while the rival hits 8, and in terms of weight, Appear hits less than 4 kg with the rival on over 84 kg. Finally, in cardboard packaging, Appear is at around 10 kg, while the rival is at 231 kg.

The metrics are very favorable for Appear, and Jørgensen wants to get the word out about the findings. Faultline's sister service, Rethink TV, has plans to examine the environmental impact of video streaming, and understands the complexities of evaluating different technological decisions.

In the remote production realm, transporting equipment around between sites is one of the largest indirect costs, in both fuel expenditure and carbon emissions. Technologists would love to point to a new silicon design that could save on power consumption, but when taking the big-picture view, housing the equipment inside a significantly lighter case or chassis could be the much more pragmatic approach.

**December 16, 2021**          14          **Faultline 919**



In the production world, however, the cloud-first vendors like to make bold claims about their environmental credentials. What the data from this Appear customer suggests is that the hardware-centric world might have a lot of different sticks to beat the cloud-first vendors with, and that is rather a juicy prospect to look forward to, with regards to headlines.

But Appear is ready for a world in which the equipment itself is far less of a concern. The shift from on-prem to cloud data centers, and the embracing of general-purpose hardware running specialist software in Open-RAN, provides a clear example of how the production world will manage that transition.

The big question is how the likes of Appear ensure that they leverage incumbent positions to stay at the top of the pile. A peek behind the aforementioned lab doors would answer that.

## OTT Video

### Sceenic teases metaverse R&D using Telefónica investment funds

A question Faultline has returned to several times through 2021 is whether co-viewing features will take off among consumers and offer real value for video service providers, particularly for live sports, or if the social streaming technology would be destined for the pandemic history book of gimmicks?

Sceenic, an interactive video software developer that we have been following closely, has helped answer this debate in numerous ways throughout the year, the latest being an investment from Wayra, which is Telefónica's innovation hub.

While this investment of unknown size doesn't automatically represent a deployment of Sceenic's Watch Together software at the Spanish operator heavyweight, the press release basically confirms that – promising to strengthen Sceenic's presence in Telefónica's territories across Europe and Latin America. The investment round will be used to develop new technologies too, although no clues have been provided as to what shape these may take.

Faultline reached out hopefully to Sceenic for comment on where it might invest R&D. The company's COO, Jonny Williams (who Faultline interviewed earlier this year), responded, "More than the 'use of the cash for the development of new technologies' our technolo-



gy and infrastructure has many other use cases that working with Telefónica certainly will give origin to new technologies and also new exiting market opportunities." Williams played it very safe indeed here, giving little away, until he added tauntingly, "Now I can't give specifics but I believe that our friend Mark Zuckerberg has given the world a 10-year horizon view of things."

So, there we have it – Sceenic wants a slice of the metaverse market and evidently Telefónica does too. This isn't exactly a detective-level dot-joining exercise, as everyone wants to tap into the $billions that Facebook and others are planning to spend on making the metaverse a reality over the next decade.

However, we think Williams is trying to throw us off the scent here, and we suspect it's more likely that funds will initially be put towards expanding Watch Together from the smartphone to the TV screen, as we know Sceenic has been planning to partner with more manufacturers in this regard. The company told us back in April that it had five or six SDKs for the big screen, so while this area is a challenge because it is much easier to go live with mobile, Sceenic claims to have already cracked it.

**We think the metaverse is trying to throw us off the scent**

Telefónica, with mobile being its primary business, is naturally going to be mobile-focused, and the operator has a big hand in sports rights too. Just this week, Telefónica's Movistar brand acquired domestic broadcasting rights to Spain's top soccer division La Liga, splitting the rights with streaming service DAZN in a $5.6 billion deal to 2027.

That means Sceenic could soon become the driving force for co-viewing of La Liga matches via Movistar, via its Watch Together SDK and API features which align real-time video communications alongside TV broadcasts or live OTT video streams for operators and broadcasters, at large scale. This has been a godsend for many during the pandemic, as our lockdown coverage highlighted, although our main gripe with this co-viewing trend has been its reliance on the live sports market, which is primarily a big screen viewing experience, not a mobile one.

That said, challenges remain, despite Sceenic's claims to have cracked the TV co-viewing conundrum. Bringing a Watch Party to the main TV screen requires each viewer to have two internet-connected devices – the TV set for the video itself, plus a mobile

**December 16, 2021**     16     **Faultline 919**



or web device for video or text chat (as well as for controlling playback on the big screen). This makes the rollout of such new features on TVs quite complex in terms of UX, compared with a mobile or web UX where both the playback and video/text chat are on the same device.

Another area we think is essential for Sceenic is getting patents granted. We know that Sceenic is in the process of getting the video engine behind its SDK patented. However, filing for patents as a SaaS company is tricky, as you can't be filing a new patent every time a new line of code is written. This isn't an efficient use of resources, which is why Sceenic is planning to wait until it has something resembling a fuller product portfolio before taking the patent plunge. Could that be a metaverse product?

Having a bunch of patents set in stone would certainly take Sceenic closer to acquisition, as we recall Williams telling us earlier this year that the company is flirting with M&A.

## OTT Video

## OTT vendors scold smart TV makers, as 3SS/NPAW embrace (more)

A routine webinar on OTT challenges through four different vendor lenses seemed like a suitable way to sign off 2021, before it quickly escalated into a live love affair between 3SS and NPAW. The two video software specialists were a little too keen to showcase their flourishing lovechild, leaving the remaining two panelists from castLabs and Unified Streaming looking like spare wheels at times.

Innuendos aside, there were some valuable takeaways from the discussion – particularly as panelists pooled their collective frustration into a missile fired directly towards the territories of smart TV manufacturers.

Before we elaborate on the 3SS/NPAW relationship, the catalyst for this smart TV ire came from Bojan Jovanovic, Media Solutions Specialist at castLabs, who lambasted smart TV makers for breaking things and generally making the lives of vendors hellish. Back-end companies like castLabs - which develops video players, content security and processing software - are becoming bogged deeper down in the intricacies of staying updated with smart TVs.



For example, while general standards like HLS or DASH are followed by everyone, the sheer range of functionalities that devices can or cannot support is a challenging field for vendors, particularly with set tops and smart TVs. One model of smart TV might support a certain function, only for next year's model to support a slightly different function, and then the next version doesn't support it at all. Oh but guess what, that original function then reappears one day in another model.

This irritation is shared by Mark Ogle, Senior Streaming Solutions Engineer at Unified Streaming. He based this fundamentally on the average TV lifecycle for consumers being every seven years – meaning vendors are up to their necks in support for old devices. Unfortunately, that leaves less room for innovation.

**Vendors want smart TV makers to stop flip-flopping and come up with long-term plans**

Jovanovic called for smart TV manufacturers to come up with long-term plans, instead of changing plans willy-nilly. "They break things and make it much more difficult for us to keep consistent features," he criticized, before changing his tune. "Luckily, a lot of changes they are doing are for the better."

The biggest challenge from the Unified Streaming packaging perspective is always about feature sets within the specs or standard that gets support, according to Ogle, especially with the massive variety of devices in the Android and TV ecosystems.

"We don't know every player or device out there. It would be impossible to test all the different outputs. We could buy hundreds of devices and test them for a local market, but when it comes to the worldwide market with different infrastructure and device capabilities, it becomes difficult to cover everything. We have to follow the specs and try a standard output that should work," he explained.

Of course, panelists highlighted the importance of testing not just in labs but in real-world scenarios. "Go out and travel around to gather data from those tests," was the ill-timed message given limitations on travel.

Right then, it's what you've been waiting for. Time to slide into the love shack now, where 3SS CPO/CMO and Faultline regular, Pierre Donath, was preaching the message that without data, you are blind.

**December 16, 2021**     18     **Faultline 919**



3SS likes data, of course it does, but data from player analytics or network QoE analytics doesn't come much better than NPAW for looking deeper down the chain – and boy did Donath let us know it.

We still aren't sure how long the two vendors have been in bed together, but we first caught wind of the budding relationship in Q4 2020, when it was revealed that 3SS's 3Ready platform was benefiting from NPAW's YouBora video intelligence analytics to address the user experience.

Ruben Senor-Megias, CSO at NPAW, observes that the partnership is facilitating monitoring of quality for customers across all devices (which ties into the earlier device support conundrum for back-end vendors).

"The combination of us with 3SS brings metadata matches across different devices for content discovery across devices," said Senor-Megias.

"We understand how consumers consume to ensure the best possible quality, and we are harmonizing data across all devices to show how the experience is happening for each and every end user."

The key, the two executives claim, is to invest in analytics before you launch a new device or a new application – to gain an understanding of your target audience and target devices before you've even started targeting.

Part of what has made Donath a regular feature in Faultline, aside from 3SS going from strength to strength, is his shared holistic view of the video industry.

There are a few key KPIs for video services, from the 3SS POV, chiefly the time it takes to launch an application, leading onto the time it takes a viewer to access the home screen and ultimately end up watching something, which he sees as a "magic KPI" that can justify just how good your content discovery software is.

There is one more hidden KPI inside this, according to Donath, which is how much time it takes from hitting play to when the customer can see the best possible quality content on the screen.

**"The combination brings metadata matches across different devices for content discovery"**

**Faultline 919**                    19                    **December 16, 2021**



"We optimize loading times, buffer times, supporting the right bitrate, supporting subtitles on all devices. I think the key success factor in this business is to be fast at learning and adapting. No one has something that rolls out and just works across everything," explained Donath.

This is about getting a clearer view of KPIs, then defining quality, and then using A/B testing, according to Donath. He believes you should always have a set of "friendly users" as beta testers to try out new things; things you shouldn't necessarily test with everybody.

"You will make mistakes, but do it in an environment where it isn't harming anyone. Over time, you will figure out a better configuration, a better CDN set-up – and you need this data to see if you will be successful or not, then make the decision to roll out to everyone," came some more solid advice from Donath.

**Apple's HLS feedback streak is a good development for the industry in general**

Circling back to the standardization topic to offer an olive branch to fellow panelists, Senor-Megias stressed that no one is talking about standardization processes across devices, while questioning why there is no merged initiative combining all consumer electronics standards? "Unified Streaming and castLabs are unifying all set-ups across the back-end, and then up it's up to 3SS and NPAW to deal with devices, so it's really painful," he emphasized.

Offering a peculiar word of advice, Senor-Megias seemed to suggest that video service providers should be more restrictive about which devices are supported. He said this would be a "painful topic" with the terms and conditions for a lot of consumers, but at the end of the day helps operators to save costs, as every customer call costs a lot of money.

Jovanovic preferred to recommend ABR. We learned that castLabs is seeing more demand for an "intelligent approach" to ABR, meaning it optimizes according to customer preferences, not just end user network preferences. "For example, depending on the network technology used for content access, we use many approaches for ABR decisions – looking at quality, available bitrate, buffers. Then, according to the configuration, we make smart decisions to make the best possible quality for end users, regardless of access technology – and this is something we are really good at," he remarked.

**December 16, 2021**                    20                    **Faultline 919**



A rare thanks was directed towards Apple, as Unified Streaming's Ogle added that, up until recently, HLS was just Apple saying to the world "if you want to deliver video to our devices, you have to do it like this" – without soliciting any feedback from the outside world. Recently, however, Apple has opened up a lot more, asking the industry for feedback on changes and standards, and has actually been very acceptant of suggested changes – to the surprise of many.

"It signals good development for the industry in general that people are more willing to talk about these things," noted Ogle.

Of course, Apple has taken it upon itself to make its own decisions about the best possible ABR experience. Android, on the other hand, still offers much more freedom for vendors like the four on show here – to bring additional value and to allow service operators to design ABR behavior as they see fit for type of service, type of content, and access technology.

More freedom on the back-end ultimately travels up the chain to bring more freedom to make adjustments on the front-end. So, smart TV makers, if you care to listen – the ball is in your court.

## Low-Latency
### SRT takes aim at 'dated and dwindling' RTMP to snatch remaining 47%

Haivision's 'Ultimate Guide to SRT' landed in Faultline's inbox with a splash, but it quickly became apparent that nothing is new with the Secure Reliable Transport low-latency streaming protocol, or ultimate for that matter.

What we did learn from the glorified sales pitch is that an overwhelming 53% of the world's broadcasters have now adopted SRT, according to Haivision's own Broadcast IP Transformation survey, which is hardly a going to be an unbiased sample size. However, while emphasis is - as always - on the free and open-source code base of SRT, with no royalties or hidden subscription fees, this opportunity at 47% of broadcasters still to adopt SRT could be worth $billions to the SRT community.

This is why the technology and others like it (RIST, Zixi, RTMP) will continue to be vital during the next decade of broadcast evolution, but will SRT ever become the de facto video transport pro-



tocol used in broadcast workflows, to the detriment of rival technologies? With SRT most often compared side by side with RTMP, Haivision is channeling efforts into encouraging the industry away from this legacy protocol.

The latest report emphasizes SRT consistently outperforming RTMP for both latency and video quality, while claiming that support for RTMP's "dated" technology is "dwindling." Unlike SRT which is codec agnostic, RTMP doesn't support newer video or audio codecs, so that means no HEVC, AV1 or VP9.

We recall our last conversation with the Haivision executive team, when we suggested Haivision was growing complacent with its marketing, lacking the competitive snarl required to become the de facto industry standard. As expected, that comment didn't go down well, but here we are now with Haivision commissioning entire white papers dedicated to trashing rival technologies – including a separate report to this one titled RTMP vs SRT.

**We think the SRT-RIST ship has sailed, unless an unlikely candidate throws SRT dramatically off course**

It looks like our advice sunk in eventually. Initially, we pondered why Haivision isn't dedicating more resources to slandering a newer rival protocol like RIST, instead of a legacy one like RTMP, but the numbers are telling. While SRT is the second most popular transport protocol globally in the broadcast sector, at 53%, it trails RTMP on 61%. Meanwhile, RIST is used by just 3%, according to Haivision, which bizarrely is behind the 'None' option, according to Haivision's survey results. Remember, we cautioned not to take this as gospel, but that gulf is alarming, if the numbers are to be trusted.

SRT has grown to prominence with support for resending of lost packets even over unreliable networks, while RIST is much the same but is a standardized protocol, with SRT and RIST each coming with their own pros and cons.

The sluggishness of RIST adoption is strange considering RIST was defined by the shortcomings of SRT in the professional video industry, based on thorough research into what broadcasters need from a video transport protocol. RIST claims better ability to deal with congestion over IP links than SRT, when networks become more troublesome. Multiplexing of multiple streams into the same tunnel is another area where RIST comes into its own – known for being better at bonding over multiple links.

**December 16, 2021**          22          **Faultline 919**



But at the end of the day, not all products and workflows are the same, and SRT is better suited to some workflows. We have also heard RIST Forum members claim that interoperability is an afterthought for SRT, but a priority for RIST.

It was April 2020 when Faultline scooped that famous exclusive from RIST Forum's President, Dr. Ciro Noronha, about his desire to merge SRT and RIST. Unfortunately, the feeling was not mutual from the SRT camp, despite his proclamations that a merger would benefit everyone involved. Unfortunately, we think that ship has sailed, unless an unlikely candidate arrives to throw SRT dramatically off course.

Even though the 'Ultimate' white paper turned out to be something of a damp squib, it is fitting to close out Faultline's final issue of 2021 with some SRT coverage – celebrating the meteoric rise since blasting onto the open-source scene during those fateful few days at IBC 2017, four years after SRT was first demonstrated on the RAI show floor.

Much the same in 2022, we expect, and so it's also apt that Faultline has interviews this week with two vendors dabbling in low-latency technologies – Phenix and Nanocosmos.

## Low-Latency

## Phenix feels around for low-latency outside sports, after SRT sign-up

Believe it or not, there are some new interest areas emerging for the Secure Reliable Transport (SRT) low-latency streaming protocol, beyond sports. One vendor preaching that message is Phenix Real Time Systems, which has just joined the SRT Alliance after integrating SRT into its real-time streaming platform, with CMO Jed Corenthal walking Faultline through the process this week.

The caveat is that these future low-latency applications remain smaller than small beer in market terms, more like peanuts, and those being explored by the likes of Phenix link back to sports in some way anyway, like with microbets.

First things first, the pitch is that Phenix, headquartered in Chicago, can provide real-time video streaming at scale with all viewers in sync, watching the same content at the same time, along-

**Faultline 919**  ·  23  ·  **December 16, 2021**



side hundreds of thousands to millions of fellow participants. To do this, Phenix started with WebRTC, but has heavily modified the protocol to suit its needs. Of course, you still need to ingest the source video from somewhere, and that is where SRT comes in – taking about five months for Phenix to implement.

The main driver behind the move was to make sure that Phenix could better collaborate with developers, and that the improved compatibility should increase its reach – as well as upping the reliability.

To that end, in the past year, Phenix has doubled its revenues, and is now very nearly profitable. This is good news for the firm, which secured a Series B round of $16.7 million back in April, with some 50 staff and offices in the US, Kiev, and Zurich.

**Phenix started with WebRTC, but has heavily modified the protocol to suit its needs**

Corenthal caveated that he is not a technologist, before outlining Phenix's experience with WebRTC. The firm expanded on it significantly, and has spent a lot of time and effort overhauling it from its chat-based roots. Phenix has focused on automating a lot of the backend functions, using a few AI tools to provision and allocate resources, as audiences scale up and down.

The Cheltenham Festival, the second largest horse racing event in the UK, is a good example of that scaling. People will place bets and then tune in for that particular race, before leaving the stream until they place their next bet. The shifts are unpredictable, with Corenthal saying that Phenix would see between 200,000 and 400,000 people arrive and then quickly leave.

This is why the back-end automation is so important, with Corenthal noting that Phenix does not really have to do anything while the event is running, and can effectively guarantee less than half a second of latency. He pointed to notable outages in pay-per-view fighting events as examples of platforms that could not handle such sudden arrivals of viewers.

However, sports and sports betting are still the main drivers of the real-time and low-latency video platforms, for both rightsholders and broadcasters. Corenthal highlighted the drive to move from the 'bet and watch' paradigm to the new 'watch and bet' approach that is enabled by the low-latency technologies.

**December 16, 2021**         24         **Faultline 919**



While the traditional betting approach was outcome-based, the newer one facilitates microbets, such as guessing the outcome of a penalty kick that has just been awarded. These 'in-play' bets can only work when the latency is low enough, otherwise sophisticated groups would be able to 'courtside' the system – by having someone physically at the event who could watch and instruct their fellow betters as to the outcome.

In older systems, these courtsiders would have 30 to 60 seconds to play with, but this should be mitigated by ultra-low-latency systems.

Such illicit actions brought up the question of regulation in the US. Corenthal said that the UK's mature betting market has provided a lot of expertise to draw from. However, we should note that the US professional leagues have much closer ties to the bookmakers than the UK, with most having official partners and some owning stakes.

**Phenix has seen a lot of interest from entertainment and music**

Sports has enabled WebRTC to become the language of real-time streaming, said Corenthal, and that while there has clearly been a major shift in how audiences consume content thanks to OTT, the linear broadcast market is not dead just yet. As people move away from the legacy infrastructure, WebRTC will be one of the new models of consumption, and Corenthal thinks that WebRTC will eventually become the most used protocol for delivery.

So, while the content is delivered via WebRTC, it will still be watched on TVs. However, Corenthal is not much of a believer in the second or third screen approach, preferring the one-screen experience and the interactivity that can drive increased use. People will want to chat with friends or browse stats and trivia while they watch, and there is a lot of scope to use the best screen in the house for those functions.

Watch parties for fantasy football leagues were an example given, done in partnership with Yahoo Sports in the US, but Corenthal promised that more announcements are due soon – with one apparently being really big.

As for other interest areas, Phenix has seen a lot of interest from entertainment and music, with a multicamera project with Edgecast (formerly Verizon Media) being prominent. Thanks to



the Edgecast collaboration, Phenix has ties with all the major US sports leagues, but this experience can be applied to other use cases. A notable User Generated Content (UGC) platform has recently approached Phenix too, which has the equivalent of thousands of channels to broadcast to viewers.

It seems that WebRTC has to tackle something of a reputation blight in 2022. Corenthal said that, initially, WebRTC was not compatible with devices, but now that has been solved. Now, the prevailing critique is that WebRTC cannot scale, but again, Corenthal notes that Phenix shows how you can do so.

The PaaS offering is cloud-native, and uses multiple cloud providers to ensure failover capabilities. Corenthal added that Phenix has recently launched Real Time RTMP ingest too, at around 600ms of latency, noting that this was (like SRT) an attempt to ensure that Phenix is as widely compatible as possible – able to ingest any type of source video.

Phenix has also examined RIST, but not yet committed to the SRT rival.

As for the longer-term future, Corenthal noted that an exit via acquisition has a lot of different paths. Broadcasters, cloud platforms, sports leagues, and bookmakers are all in the market for video, and a platform such as Phenix should prove tempting. Things are rather flat out for Phenix currently.

## Low-Latency
## Nanocosmos finds success in unexpected deals, in turbulent two years

The nice thing about building a platform is that it can be used by customers you would have never thought were interested. Indra Hoffman, Communications Lead at Nanocosmos, spoke with Faultline this week, as part of our virtual IBC series, to lay out how the German live streaming start-up has fared recently.

Hoffman said that the past year has been packed with innovation, and that Nanocosmos had been planning on using IBC to showcase a walkthrough for the B2B live streaming service. There has been a lot of growth in new use cases, such as town halls and hybrid meetings, which have gone looking for ultra-low-latency options like Nanocosmos.

**December 16, 2021**             26                    **Faultline 919**



To this end, two very prominent German corporations knocked on the door. A major logistics provider wanted a way to carry out corporate townhall meetings, while maintaining an interactive audience component.

A transport and infrastructure provider used the Nanocosmos platform to provide public updates, to comply with a legal requirement for transparency.

Both examples require a smooth user experience to prevent the meetings falling into farce. Nearly every reader will have attended a live session sometime in the past two years where things fell off the rails due to abortive audience participation attempts.

Having such a poor user experience in a project that carries the threat of legal action if you could be accused of trying to keep the public in the dark is rather a big risk, but even in more conventional corporate environments, being able to convey an update or new strategy to your staff is dependent on some level of audience participation.

**Conveying updates or strategies to staff is dependent on some level of audience participation**

The arrival of these two clients was something of a surprise for Nanocosmos, which is quite used to an international customer base. However, Hoffman does not think that Nanocosmos' focus is going to shift to serving its domestic market. Rather, it shows how the bleeding-edge world of live streaming is now cropping up in use cases that would have been very unlikely just some two years ago.

Because live streaming is such a multifaceted problem to solve, in terms of how it needs to be fitted to your existing technology stack, customers such as those German arrivals have to hunt for a bespoke provider. As Hoffman put it, you cannot simply ask Google to solve that problem.

Hoffman added that integrating video conferencing capabilities into the platform, called nanoMeet, became a top priority, once the extent of the pandemic became clear.

Over the past two years, Hoffman says the product has matured significantly. This has led to some new uses, with music concerts with interactive fan engagement being prominent. The conferencing tools allow for VIP rooms and behind the scenes features.

**Faultline 919**                                    27                          **December 16, 2021**



Auctions, retail, and live gaming are Nanocosmos' traditional customers, but things are now branching out. Being in Germany, it was inevitable that the major automakers were asked about, but Hoffman could not say if such conversations had taken place.

Faultline has bemoaned the state of video services in the automotive sector previously, yet it remains one of the biggest expansion opportunities – particularly in an era where short-form and user-generated content is thriving. Of course, a significant shift in working habits might derail many of the self-driving ridesharing ventures, many of which featured video advertising as a prominent revenue stream.

The goal for the next year is to further swell the platform's capabilities. IBC was meant to help get the Nanocosmos brand out in front of a bunch of new customer types. In addition, the new targets are those that might have passed on the offering in the past, when it was more solely focused on live streaming.

**A shift in habits might derail ridesharing ventures which feature video ads as revenue**

Hoffman said that the shift in the customer need for interactivity would likely have happened without the pandemic as a driver, but that it would have taken much longer. The process has been a huge learning curve, she added, saying that in hindsight it is obvious that those two new German customers would have wanted something like Nanocosmos for their operations, yet at the time, they did not seem to be likely targets.

The Nanocosmos platform is constructed from a number of elements, starting with the video ingest – done via a smartphone app or web browser. The initial video is brought into the nanoStream Cloud Global CDN, which as the name implies, begins transporting the video stream to its required destination.

The client-side devices use the nanoStream Player SDK to power applications, or the H5 Live stack for HTML5 web browsers. For live encoding, H.264 or AAC can be transported via RTMP, or you can opt for a straight WebRTC stream. Once in the nanoStream Cloud, those feeds can be transported to their destinations, with ABR and transcoding support baked in.

For the likes of Nanocosmos, the pandemic-related shift in video needs is a big opportunity.

**December 16, 2021**          28          **Faultline 919**



The balancing act is chasing a few very large deals in media and entertainment, or many more but smaller deals in new areas. An overarching question is what proportion of the desk jobs that successfully transferred to home working will remain remote over the next five years?

Heavy R&D investments made on the basis that this shift in working location will be permanent could prove disastrous, if those jobs are clawed back into the office. If they remain remote, then infrastructure to support those workers and make them feel part of a workforce, is needed – for both social video events, as well as corporate updates, and their day-to-day tasks.

Poor user experience crops up frequently in our workdays, and for video it will be no different. There are dozens of well-funded start-ups with pitch decks decrying the lost value of slow applications, poor page loading times, or the disorganization of back-end office systems. For video platforms, there will soon be a plethora of similar claims made about the UX problems of video streaming, and for the likes of Nanocosmos, this could be quite a business opportunity.

## Triple and Quad Play
### SmartLabs sticks up for little guy, breaks out analytics offering

It is easy to forget that most of the deals signed in our industry are between names that often slip under the radar. Sure, there is a lot of glory in a huge catch, but there is no shame in the companies that serve the myriad of operators and video platforms that avoid the headlines each week.

Look at SmartLabs, which has carved out a niche for itself by supplying smaller, often ill-prepared media and telecoms stakeholders with front-end applications, middleware, and back-end systems for a range of services including transcoding, video storage and streaming.

Although it has been offering analytics services for nearly five years, SmartLabs has recently broken out its SmartCare service as a standalone product in order to serve the surprisingly large pool of data-inept operators. SmartCare offers analytics on marketing, content management and technical performance issues at both the headend and the end devices.

**Faultline 919**                   29                   **December 16, 2021**



Speaking to the company's SVP of Sales and Business Development, Gary Hamer, we heard how SmartLabs traditionally operated SmartCare via a two-pronged approach of an agent on end devices and server logs in the back-end. What has changed is that the vendor can now perform the same tasks by solely operating from the headend network infrastructure. "If there are requests coming from end devices with different stream qualities in the ABR, we can identify the same issues," he told us.

This means that alien operators can now become analytics customers, which has proved popular with those who are still novices when it comes to data management. Hamer shared a recent Asia-based operator with 14 million subscribers that operated on a public CDN and was clueless as to where any of its customers were. With SmartCare, they could quickly expose all the necessary location data and present it in a meaningful way, he claims.

**"The catch is that at least one person has to experience an issue—we can't get to work without any"**

Hamer explained how the platform uses a technique called abnormal clustering, which aims to join the dots between the wide variety of errors that can be reported. This asks whether customers experiencing the same errors are in the same area within the home, running on the same DSLAM (digital subscriber line access multiplexer), or operating from the same app update.

SmartCare will then create clusters of users to focus on, which often allows operators and vendors to put out fires before they have begun.

"The catch is that at least one person has to experience an issue," Hamer cautioned. "We can't get to work without any issues."

By monitoring incoming streams, SmartCare also allows operators to ensure that content providers and third-party CDNs maintain their service level agreements on stream quality. Equally, operators are given a log of evidence to protect against any unjust legal action from consumers regarding poor service quality.

As for how SmartCare holds up against the like of ThinkAnalytics or NPAW, Hamer argues that SmartLabs offer a lighter touch for smaller scale customers. Although expressing admiration for both competitors, Hamer argues that lower tier operators can often be intimidated by their complex offerings, instead preferring an analytics product that works out of the box.



Although SmartLabs is most commonly a provider of Android-based set top services, Hamer says that the tide is slowly starting to ease in favor of RDK. He notes that until recently, RDK has been commonly regarded as unviable for any operator that does not have the capex and room for scale that a tier one would have.

SmartLabs has been offering RDK set tops since 2018, but Hamer recalls how it was rooted in a Comcast-centric foundation that left a lot of the work to operators. RDK quickly lost a lot of supporters, who felt the OS was not as advertised, causing key stakeholders like Broadcom to pull out of supporting the technology altogether.

However, with RDK now supporting the top SVoDs, Amlogic chips and customizable app stores, SmartLabs is now pursuing a strategy of bringing RDK "down a level" to its core base of tier two and tier three operators. Hamer feels that RDK now truly plays to an operator's traditional like of a contained community and standards -based OS, especially Linux, while also remaining accessible to smaller players.

**"We are up to our armpits in Android TV—it's not going anywhere"**

Although SmartLabs does serve Android TV and AOSP based customers, Hamer says the company is going to be actively pushing RDK deployments. With Linux falling away as a standard set top offering, SmartLabs has to appeal to operators by offering more than one compelling option. "We are up to our armpits in Android TV. It's not going anywhere," he told us.

Hamer feels that the low margins and standardized hardware spec that is required for Android's customers has made the set top market a tricky place to be. He often speaks with frustrated smaller operators who cannot get Google's attention to do Operator Tier and instead have to resort to an AOSP-based service which lacks many of the basic apps required for any contemporary entertainment package.

Going for the little guys can still reap huge rewards if done smart, and it seems like SmartLabs has found a winning formula in Latin America with a multi-tenancy service. SmartLabs is serving four small Brazilian operators – each with around 15,000 subscribers – on one IPTV service that shares a headend for transcoding, middleware and catch-up. On the front-end, each operator can create a custom UI, hosting different streams and content bundles, and some have even taken in feeds of local channels.



Latin America is now SmartLabs' fastest growing region, although Hamer says that Eastern Europe is still the company's stronghold, namedropping O2 Czech Republic as one of its key customers.

## WiFi

## Akoustis rises fast, as US BAW filter market set for shoot-out

Much of Faultline's video technology audience may not have heard of bulk acoustic wave (BAW) technology, but as wireless communications creep ever higher up the spectrum bands, it is going to be increasingly important. The rise of WiFi 6E and 5G mean that this new, pricier form of radio frequency (RF) filter is going to be integral to future communications infrastructure.

If we look at the relatively small pool of vendors producing BAW RF filters, one seems to be climbing the ranks fast. New York-based Akoustis has its eyes set on toppling Broadcom and Qorvo to become the new face of American BAW filters as it moves into mobile handsets, that is, if it can grow its production facility fast enough.

For those new to the term BAW, it is a wireless transmission technology that is commonly used to send radio waves that are above 1.9 GHz. Much like the more common surface acoustic wave (SAW) technology, BAW filters work by converting electrical energy into acoustic or mechanical energy on piezoelectric materials – any material that generates electrical charge in response to mechanical stress.

However, unlike SAW filters, pricier BAW filters can operate at higher frequencies up to the 6 GHz band and are less sensitive to temperature changes.

Founded in 2013, Akoustis recently announced that its flagship range of XBAW filters has hit the annual production milestone of 500 million units. Faultline sat down with the company's VP of Corporate Development, Tom Sepenzis, to see how next year's shoot-out is likely to pan out.

While Qorvo and Broadcom have held a duopoly over the BAW market, Akoustis is trying to turn the tables. Sepenzis says that the company is already matching the competition in terms of quality and expects that Akoustis' products will soon be top drawer once it shrinks down into "wafer level packaging."

**December 16, 2021**                    32                    **Faultline 919**



Akoustis was the second company to launch 6E BAW filters, the first being Broadcom. Sepenzis warned that Qorvo's BAW filter can only operate with a low temperature co-fired ceramic (LTCC) filter placed on top. He described the LTTC component as "low performance," noting that while it can cover the 5 GHz and 6 GHz bands, it cannot separate them so that they can be used simultaneously, which renders the addition of an extra band somewhat useless.

But if there's one vendor that seems to have Akoustis quaking in its boots, it is Skyworks, which introduced BAW filters to its product range for the first time in 2019. Sepenzis says the company is Akoustis' biggest threat, especially as it moves into 5G. Taiwanese vendor Tayo-Uden and Qualcomm have been trying to get into the BAW game for a few years now, but Sepenzis seemed unphased, estimating that both companies hold a combined market share of less than 1%.

Looking at the current market leaders – Qorvo, Broadcom, Skyworks and Akoustis – it appears that the US effectively has a monopoly on BAW. With low-cost vendors in Asia no doubt eyeing up the BAW filter market, we cannot help but wonder how long until the US giants begin to lose ground?

Akoustis opened its manufacturing facility in upstate New York just three years ago after running into serious delays while outsourcing the process. The company is now approaching an annual production capacity of 500 million units, up from 100 million in 2020, but there is still a lot more runway.

With investment, the facility has a potential capacity of three to five billion units a year, although getting to two billion would require moving from one 6-inch production line to two 8-inch production lines.

If any of the potential orders currently floating around come in, this expansion will be set in motion, although the current component shortages will delay proceedings considerably.

At present, Akoustis serves WiFi CPE, as well as cellular and defense infrastructure, but the first venture into consumer electronics is expected in 2022 as the first mobile handsets with XBAW filters will hit the shelves. At present, the company is working with three handset vendors – two second tier module makers and a top tier RF company.

**If there's one vendor that seems to have Akoustis quaking in its boots, it is Skyworks**

**Faultline 919**                    33                    **December 16, 2021**



Akoustis is rounding out the year with two retail WiFi 6 CPE contracts, two enterprise customers for WiFi 6E, and one industrial customer that is looking to build a last-mile connectivity network in the 3.5 GHz to 7.5 GHz range.

So far, the company has not sold to operators directly, while Sepenzis did not deny rumors that Amazon's Eero is using its technology further down the chain.

## Worth Noting
OTT Video News, Deals, Launches and Products

### Five years ago this week...
**FCC** Chairman Tom Wheeler announced that he would be stepping down on the day of President Trump's inauguration, dealing a big blow to consumers with regards to net neutrality and the open set top initiative. And so began four years of **Faultline** fuming at practically every decision taken by Wheeler's successor, Ajit Pai.

--

**Kaltura** has squeezed another deal into the dying days of 2021, delivering its multiscreen platform to thematic channel producer **Dreamia** – a joint venture between **AMC Networks International Southern Europe** and Portuguese operator **NOS**. Dreamia has used the Kaltura TV Platform to launch kids OTT service Panda+ within four months, which has been made available to Portugal's operators to offer to the market.

**Nagra**'s DVnor media asset management service has landed a contract extension for next year's **Norwegian Film Collection** – delivering content preparation and post-production services.

**Synamedia**'s Converged Headend, powered by the vendor's Virtual Digital Content Manager (vDCM) technology, has won a deployment at Indian cable operator **Sangli Media Communication**, with a runway for launching new OTT services and upgrading to more efficient video codecs. The vDCM features Synamedia's revered compression and statistical multiplexing capabilities, enabling Sangli Media to upgrade connectivity and save on capex.

Canadian operator **Rogers Communications** is rolling out **Harmonic**'s CableOS cloud-native converged core platform for multi-gigabit broadband, in a distributed access architecture with virtualized CMTS software and Ripple Remote-PHY node.

Elsewhere at **Harmonic**, the vendor has successfully spearheaded upgrades to **SES**'s C-band spectrum transition plan, completing Phase 1 in nine months. Harmonic's XOS Edge software is behind the satellite media processing and edge delivery, integrated with encryption from **Nagra**.

**December 16, 2021**             34                    **Faultline 919**



UK regulator **Ofcom** claims 28% of the region's households (some 8 million homes) can now access full-fiber broadband.

Network speed test site **Ookla** has acquired **RootMetrics** in a bid to combine drive and walk testing data to benefit mobile operators by better understanding and optimizing networks through performance analytics, software products, testing capabilities and data science methodologies.

Swiss video software supplier **iWedia** has released a swathe of product updates ahead of **CES** 2022 – covering a new ad insertion platform, a new multiscreen UX, and the introduction of Widevine CAS and ATSC 3.0 broadcast stack.

**Altice** has upped its stake in **British Telecom** from 12.1% to 18%, following the expiry of billionaire Patrick Drahi's six-month no-bid clause. Concerns about a full takeover should prompt the UK government to intervene.

**Korean Telecom** has acquired middleware and UX developer **Altimedia** for an undisclosed sum.

**MovieLabs** has published the first version of Enhanced Content Protection for Production (ECPP) – a set of guidelines for production services vendors, cloud services providers, studio and production houses. The document addresses the most common active vectors and most active threat actors, while providing best practices for SaaS, PaaS, and IaaS – discussing challenges and consideration of securing multi-cloud production.

Multiscreen specialist **SmartLabs** has developed client applications on Whale OS, a smart TV operating system built by the **Whale Ecosystem**, to launch a streaming app on **Philips** smart TVs for an unnamed Russian telecoms client.

Telecoms operator **Telma**, serving some five million subscribers across Madagascar and Comoros, has revealed **Zattoo**'s TVaaS technology is behind the IPTV set top apps launched during the pandemic, delivered within five months. Telma's parent company, **Axian Group**, selected Zattoo for its technical capabilities and features including nPVR, 7-day catch-up and instant restart – for web, mobile, and Chromecast, as well as Telma's Android TV Operator Tier set top.

**Meta** (**Facebook**) is launching its Horizon Worlds VR creation and interaction platform available to all users in the US and Canada.

**VisionLabs**, an expert in computer vision and recognition technologies including for VR and AR, has been acquired outright by **Intema by MTS AI**, a division of Russian telco **MTS**. It comes in the same week that Intema by MTS AI became a member of the Nvidia Inception VC Alliance – an association of 200 venture funds supporting start-ups in areas including AI and data science.

**Faultline 919**                              35                        **December 16, 2021**



**Hisense** has bent to legal disputes by AVC patent holders by becoming a Licensee member of **MPEG LA**'s AVC patent pool.

Polish pay TV platform **Canal+** has deployed a pay TV management system and set top client software from **ADB**, tapping the Swiss vendor's graphyne3 UX technology for the latest generation service. Existing satellite set tops will receive a software update bringing functionality for catch-up TV, restart, and access to third-party streaming applications.

**Imagination Technologies** has unveiled a new family of RISC-V CPUs, as an open-source alternative to Arm designs, called Catapult. Two GPU licensing deals have also been signed, with **Innosilicon**, for a graphics card, and with Russian fabless design house **Yadro**.

**Red5 Pro** has added **V-Nova's** LCEVC enhancement layer to its live streaming platform, using the MPEG-5 Part 2 stack for lower bandwidth requirements. The combined offering can be deployed on **AWS** Wavelength, Amazon's new edge-computing platform, with claims of sub 100ms latency. **Rethink** has examined the churn cost of poor QoE in video apps, and pegs it around the $2.8 billion mark in 2026.

Russia's **MTS** has acquired **VisionLabs** for $100 million. The MNO's AI-focused MTS AI division will now have a computer vision and machine learning specialist on tap – one that has developed AR, VR, and object recognition technologies. MTS is combining the two projects under a new brand called **Intema**.

**Amlogic** and **Skyworth** have unveiled a fast-tracking process for **Netflix**'s Da Vinci program, which combines the former's chips with the latter's set top designs. The goal is to quickly create Netflix-ready **RDK** operator set tops, which also support the **Amazon** Alexa voice assistant.

**Charter** and **NBCUniversal** have agreed terms to provide Peacock Premium to Charter's TV and internet subscribers. For TV subs, a whole year is free, but if you are just on a broadband package, you only get three months. That seems somewhat backwards.

Ad management platform **Peach** has been integrated with **Adobe**-owned cloud-based video collaboration offering **Frame.io**, connecting the workflows of ad creative and distribution. Finished ad pods can now be moved straight from Frame.io into Peach's platform without any need for download, upload, or insecure links.

**NENT**'s Nordic streaming platform Viaplay has launched in the US this week via a distribution agreement with **Comcast**, initially at a competitive $4.99 a month.

**Discovery** has acquired the assets of Indian-American ad tech vendor **Zedo**, including its supply side platform (SSP) and real-time bidding capabilities. This follows on from Discovery acquiring **AdSparx**'s server-side ad insertion (SSAI) capabilities in 2020.



French advertising platform **Criterio** is looking to acquire ad trading platform **Iponweb** for $380 million. The deal of $305 million cash and $75 million stock would mark Criterio's largest ever acquisition, and would help the platform improve its audience targeting technologies.

**OpenAP** has launched a cross-platform measurement framework, XPm, which is built on the company's OpenID identifier. The **Video Advertising Bureau**'s (VAB) Measurement Innovation Task Force will be the governing body of XPm, and the framework has already received support from **Comscore**, **iSpot**, **Nielsen**, **VideoAmp** and **605.**

**fuboTV** has closed its acquisition of French OTT platform **Molotov** earlier than expected, although the celebration has perhaps been dampened by an $8 million fine from French regulators. A Paris court found that Molotov had been distributing three of **M6's** channels over the past three years without authorization. Molotov has also just signed **Magnite** and its subsidiary **SpringServe** to act as the platform's supply side platform (SSP) and ad server, respectively.

**YouTube** TV is now available on **Comcast**'s new XClass smart TVs and the Flex platform.



**Faultline** - Analyzing disruption in media, broadband and advertising - for over 20 years.

Faultline is a merger of 3 industry-renowned publications: Rethink's Faultline, with Rider Research's Online Reporter and Internet TV Reporter. The combined result is a weekly service spanning topics including OTT video technologies, broadband, WiFi, devices, advertising, content, and video formats - studying disruptive emerging market trends.

Faultline is published by Rethink Technology Research Ltd,
S4, Temple 1852, Lower Station Approach, Temple Meads, Bristol, BS1 6QS
Tel: +44 (0) 117 925 7019
Copyright Rethink Technology Research Ltd 2021

**Faultline** Editor: Tommy Flanagan tommy@rethinkresearch.biz
Senior Contributor: Alex Davies alex@rethinkresearch.biz
Contributor: Rafi Cohen rafi@rethinkresearch.biz

**About Rethink**
Rethink is a thought leader in quadruple play and emerging wireless technologies. It offers consulting, advisory services, research papers, plus three weekly research services; **Wireless Watch** which has become a major influence among leading wireless operators and equipment makers; **Faultline,** which tracks disruption in the video ecosystem and has become required reading for anyone operating in and around quad and triple play services and digital media.

**Distribution contact details:**
Roz Hilton—roz@rethinkresearch.biz
+44 1 962 732 886
+44 7 399 491 840

**Editorial contact details:**
Tommy Flanagan—tommy@rethinkresearch.biz
+44 (0) 117 925 7019

**December 16, 2021**            38            **Faultline 919**