# Exhibit 2

| | |
|---|---|
| **From:** | Roz Hilton <roz@rethinkresearch.biz> |
| **Sent:** | Wednesday, March 9, 2022 2:13 AM |
| **To:** | Tom Sepenzis |
| **Subject:** | RE: Faultline interview - Akoustis |
| **Attachments:** | Faultline - Akoustis article 16-Dec-2021.pdf |

**WARNING:** External Source Email

Hey Tom, hope all is well with you.  Rafi forwarded your email to me.

See enclosed PDF of the article.  Let me know if you need anything else.

Kind regards,
Roz

**Roz Hilton**  |  Business Development Director  |  Rethink Technology Research Ltd  |  +44 (0) 7399 491840 

---

**From:** Tom Sepenzis <tsepenzis@akoustis.com>
**Sent:** Tuesday, March 8, 2022 6:59 PM
**To:** Rafi Cohen <rafi@rethinkresearch.biz>
**Subject:** RE: Faultline interview - Akoustis

Hi Rafi,

Can you please send me a corrected article? This one is behind a paywall and I cannot access it.

Thank you,

Tom

**Tom Sepenzis**
VP Corporate Development & Investor Relations
Akoustis, Inc.
9805-A Northcross Center Court | Huntersville, NC 28078
P: 704.890-2925
tsepenzis@akoustis.com | www.akoustis.com

The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc. and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

---

**From:** Rafi Cohen <rafi@rethinkresearch.biz>
**Sent:** Tuesday, January 4, 2022 4:57 AM

**To:** Tom Sepenzis <tsepenzis@akoustis.com>
**Subject:** RE: Faultline interview - Akoustis

> **WARNING:** External Source Email

Hi Tom

Apologies for my delay in getting back to you, I was on leave for much of the festive period

I have made changes to any factual errors that you highlighted, and slightly softened some of the opinions.
https://rethinkresearch.biz/articles/akoustis-rises-fast-as-us-baw-filter-market-set-for-a-shoot-out/

We tend not to offer interviewees a chance to review the interview before publishing, as more often than not this can dilute our coverage. People will often say interesting things in an interview that they then try to eradicate once they see it on the page, and we prize Faultline's reputation for honing in on the lesser-known side of the news.

Of course, this can occasionally result in us misunderstanding certain things before we go to print, but we are always quick to rectify any factual errors as soon as they come up. (I can only apologize again for the unfortunate timing of the Christmas break)

Anyway, happy new year! I thoroughly enjoyed our chat and will be sure to reach out to you again when I dive back into this topic

Rafi



**Rafi Cohen**
Rethink TV Analyst
and Faultline Reporter
**Rethink Technology Research**

**T:** +44 1173 291 480
**E:** rafi@rethinkresearch.biz

Unit G-5, Bristol & Exeter House,
Lower Station Approach,
Bristol, BS1 6QS

www.rethinkresearch.biz

---

**From:** Tom Sepenzis <tsepenzis@akoustis.com>
**Sent:** 17 December 2021 18:42
**To:** Rafi Cohen <rafi@rethinkresearch.biz>
**Subject:** RE: Faultline interview - Akoustis

Thanks Rafi,

I think if we're going to do this again, I should go over the copy before print – I think all my quotes are inaccurate, along with a few other details including that we were the first with WiFi 6E filters, Broadcom was second. Qorvo isn't using LTTC filters, I believe that may have come up in conversation regarding Resonant. Skyworks is just entering the market,

2

so the characterization is a bit off, they are certainly a well-respected producer of RF components and modules, but they are not the biggest competitor in BAW by a long shot – that is Broadcom followed by Qorvo.

Anyway, we appreciate the coverage, but in the future, it may help if I go over everything before print to make sure we're on the same page.

Thank you,

Tom


**Tom Sepenzis**
VP Corporate Development & Investor Relations
Akoustis, Inc.
9805-A Northcross Center Court | Huntersville, NC 28078
P: 704.890-2925
tsepenzis@akoustis.com | www.akoustis.com

The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc. and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

**From:** Rafi Cohen <rafi@rethinkresearch.biz>
**Sent:** Thursday, December 16, 2021 5:36 PM
**To:** Tom Sepenzis <tsepenzis@akoustis.com>
**Cc:** Roz Hilton <roz@rethinkresearch.biz>
**Subject:** RE: Faultline interview - Akoustis


**WARNING:** External Source Email

Hi Tom

Hope all's well. Thank again for the time last week

Faultline is out now, so am cc'ing in Roz who can set you up with a copy of this week's issue

All the best, hope you enjoy the holiday season

Rafi

> **Rafi Cohen**
> Rethink TV Analyst
> and Faultline Reporter
> **Rethink Technology Research**
>
> **T:** +44 1173 291 480
> **E:** rafi@rethinkresearch.biz

3



Unit G-5, Bristol & Exeter House,
Lower Station Approach,
Bristol, BS1 6QS

www.rethinkresearch.biz

**From:** Tom Sepenzis <tsepenzis@akoustis.com>
**Sent:** 30 November 2021 13:49
**To:** Rafi Cohen <rafi@rethinkresearch.biz>
**Subject:** RE: Faultline interview - Akoustis

I could do 1:30 pm ET or 3:00 pm ET on Monday.

**Tom Sepenzis**
VP Corporate Development & Investor Relations
Akoustis, Inc.
9805-A Northcross Center Court | Huntersville, NC 28078
P: 704.890-2925
tsepenzis@akoustis.com | www.akoustis.com

The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc. and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

**From:** Rafi Cohen <rafi@rethinkresearch.biz>
**Sent:** Tuesday, November 30, 2021 8:47 AM
**To:** Tom Sepenzis <tsepenzis@akoustis.com>
**Subject:** RE: Faultline interview - Akoustis

**WARNING:** External Source Email

Great, thanks Tom! Have you got 45 mins free anytime between 9am-5pm GMT on Monday 6th or Tuesday 7th? Would make it into next weeks issue on Thursday 9th

Best
Rafi

**Rafi Cohen**
Rethink TV Analyst



and Faultline Reporter
**Rethink Technology Research**

**T:** +44 1173 291 480
**E:** rafi@rethinkresearch.biz

Unit G-5, Bristol & Exeter House,
Lower Station Approach,
Bristol, BS1 6QS

www.rethinkresearch.biz

---

**From:** Tom Sepenzis <tsepenzis@akoustis.com>
**Sent:** 30 November 2021 13:42
**To:** Rafi Cohen <rafi@rethinkresearch.biz>
**Subject:** Re: Faultline interview - Akoustis

Hi Rafi,

I am the one to speak with here at Akoustis! If there is anything that I can't answer for you, we can set up an additional time with our CEO, Jeff Shealy. Other than Jeff, I am the most senior person available that speaks to the media and Wall Street.

Best,

Tom

---

**From:** Rafi Cohen <rafi@rethinkresearch.biz>
**Date:** Tuesday, November 30, 2021 at 3:54 AM
**To:** Tom Sepenzis <tsepenzis@akoustis.com>
**Subject:** RE: Faultline interview - Akoustis

**WARNING:** External Source Email

Thanks Tom, would you be the person to interview, or is this more a chat to work out who from Akoustis I should be speaking to?
Just working out how much time I need to set aside



**Rafi Cohen**
Rethink TV Analyst
and Faultline Reporter
**Rethink Technology Research**

**T:** +44 1173 291 480
**E:** rafi@rethinkresearch.biz

Unit G-5, Bristol & Exeter House,
Lower Station Approach,
Bristol, BS1 6QS

> www.rethinkresearch.biz

**From:** Tom Sepenzis <tsepenzis@akoustis.com>
**Sent:** 29 November 2021 17:16
**To:** Rafi Cohen <rafi@rethinkresearch.biz>
**Subject:** RE: Faultline interview - Akoustis

Hi Rafi,

Thank you for your interest – I would be happy to spend some time with you, please let me know what days/times work best for you this week.

Best,

Tom

**Tom Sepenzis**
VP Corporate Development & Investor Relations
Akoustis, Inc.
9805-A Northcross Center Court | Huntersville, NC 28078
P: 704.890-2925
tsepenzis@akoustis.com | www.akoustis.com

The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc. and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

**From:** Rafi Cohen <rafi@rethinkresearch.biz>
**Sent:** Thursday, November 25, 2021 7:36 AM
**To:** Tom Sepenzis <tsepenzis@akoustis.com>
**Subject:** Faultline interview - Akoustis

**WARNING:** External Source Email

Hi Tom

Hope all's well. I am a journalist for Faultline, a leading subscription based publication covering all things video and broadband

I have just written about Akoustis in a WiFi-roundup piece I am doing and have noticed that we have never covered the company before

Would a senior exec be interested in an interview? No cost on your part and would be sent out to thousands of subscribers as part of our weekly issue

Best

Rafi



**Rafi Cohen**
Rethink TV Analyst
and Faultline Reporter
**Rethink Technology Research**

**T:** +44 1173 291 480
**E:** rafi@rethinkresearch.biz

Unit G-5, Bristol & Exeter House,
Lower Station Approach,
Bristol, BS1 6QS

www.rethinkresearch.biz

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.