Exhibit 3

Case 1:21-cv-01417-JPM   Document 35-3   Filed 03/11/22   Page 2 of 4 PageID #: 447



# Akoustis rises fast, as US BAW filter market set for a shoot-out

Much of Faultline's video technology audience may not have heard of bulk acoustic wave (BAW) technology, but as wireless communications creep ever higher up the spectrum bands, it is going to be increasingly important. The rise of WiFi 6E and 5G mean that this new, pricier form of radio frequency (RF) filter is going to be integral to future communications infrastructure.

If we look at the relatively small pool of vendors producing BAW RF filters, one seems to be climbing the ranks fast. New York-based Akoustis has its eyes set on toppling Broadcom and Qorvo to become the new face of American BAW filters as it moves into mobile handsets, that is, if it can grow its production facility fast enough.

For those new to the term BAW, it is a wireless transmission technology that is commonly used to send radio waves that are above 1.9 GHz. Much like the more common surface acoustic wave (SAW) technology, BAW filters work by converting electrical energy into acoustic or mechanical energy on piezoelectric materials – any material that generates electrical charge in response to mechanical stress. However, unlike SAW filters, pricier BAW filters can operate at higher frequencies up to the 6 GHz band and are less sensitive to temperature changes.

Founded in 2013, Akoustis recently announced that its flagship range of XBAW filters has hit the annual production milestone of 500 million units. Faultline sat down with the company's VP of Corporate Development, Tom Sepenzis, to see how next year's shoot-out is likely to pan out.

While Qorvo and Broadcom have held a duopoly over the BAW market, Akoustis is trying to turn the tables. Sepenzis says that the company is already matching the competition in terms of quality and expects that Akoustis' products will soon be top drawer once it shrinks down into "wafer level packaging."



Akoustis was the first company to launch 6E BAW filters. Sepenzis warned that certain BAW filter brands, such as Resonant, BAW filter can only operate with a low temperature co-fired ceramic (LTCC) filter placed on top. He described the LTTC component as "low performance," noting that while it can cover the 5 GHz and 6 GHz bands, it cannot separate them so that they can be used simultaneously, which renders the addition of an extra band somewhat useless.

But if there's one vendor that seems to have Akoustis quaking in its boots, it is Skyworks, which introduced BAW filters to its product range for the first time in 2019. Sepenzis says the company could become Akoustis' biggest threat, especially as it moves into 5G. Taiwanese vendor Tayo-Uden and Qualcomm have been trying to get into the BAW game for a few years now, but Sepenzis seemed unphased, estimating that both companies hold a combined market share of less than 1%.

Looking at the current market leaders – Qorvo, Broadcom, Skyworks and Akoustis – it appears that the US effectively has a monopoly on BAW. With low-cost vendors in Asia no doubt eyeing up the BAW filter market, we cannot help but wonder how long until the US giants begin to lose ground?

Akoustis opened its manufacturing facility in upstate New York just three years ago after running into serious delays while outsourcing the process. The company is now approaching an annual production capacity of 500 million units, up from 100 million in 2020, but there is still a lot more runway. With investment, the facility has a potential capacity of three to five billion units a year, although getting to two billion would require moving from one 6-inch production line to two 8-inch production lines.

If any of the potential orders currently floating around come in, this expansion will be set in motion, although the current component shortages will delay proceedings considerably.

At present, Akoustis serves WiFi CPE, as well as cellular and defense infrastructure, but the first venture into consumer electronics is expected in 2022 as the first mobile handsets with XBAW filters will hit the shelves. At present, the company is working with three handset vendors – two second tier module makers and a top tier RF company.

Akoustis is rounding out the year with two retail WiFi 6 CPE contracts, two enterprise customers for WiFi 6E, and one industrial customer that is looking to build a last-mile connectivity network in the 3.5 GHz to 7.5 GHz range.

So far, the company has not sold to operators directly, while Sepenzis did not deny rumors that Amazon's Eero is using its technology further down the chain.

https://rethinkresearch.biz/articles/akoustis-rises-fast-as-us-baw-filter-market-set-for-a-shoot-out/

**Rethink Research contact:**

Roz Hilton

roz@rethinkresearch.biz

+44 7399 491840