IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. <br><br> Defendants. | C.A. No. 1:21-cv-01417-JPM |

**DECLARATION OF DIANNE L. SWEENEY IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Dianne L. Sweeney, declare:

1. I am an active member of the California State Bar, admitted *pro hac vice* in this matter and a partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for Defendants in the above-titled litigation. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. The attached **Exhibit A** is a true and accurate copy of an April 20, 2020, publication on Plaintiff Qorvo, Inc.'s ("Qorvo") website entitled "Connectivity Q&A: Unscrambling the Wi-Fi 4/5/6/6E Standards", which I accessed on March 9, 2022, using the following link: https://www.qorvo.com/design-hub/blog/connectivity-q-and-a-unscrambling-wifi-standards.

3. The attached **Exhibit B** is a true and accurate copy of an August 6, 2020, publication on Qorvo's website entitled "Connectivity Q&A: Let's Talk About Wi-Fi 6E – The 6 GHz Wi-Fi Standard", which I accessed on March 9, 2022, using the following link:

1

https://www.qorvo.com/design-hub/blog/connectivity-q-and-a-wifi-6e.

      4.      The attached **Exhibit C** is a true and accurate copy of a redlined comparison that I directed a staff member of my firm to create.  The comparison shows the differences between Exhibits 1 and 3 of the Declaration of Tom Sepenzis in Support of Defendants' Request for Judicial Notice in Support of Motion to Dismiss Plaintiff's First Amended Complaint.

      Executed this 11th day of March, 2022.

                                      */s/   Dianne L. Sweeney*
                                      Dianne L. Sweeney