# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| QORVO, INC., | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | C.A. No. 21-1417-JPM |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) | |
| *Defendants*. | ) ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Qorvo, Inc. and Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis"), subject to the approval of the Court, that the deadline for Akoustis to respond to the First Amended Complaint in this matter is hereby extended until March 11, 2022.

Dated: February 28, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

OF COUNSEL:

Robert M. Masters
Jonathan R. DeFosse
Timothy P. Cremen
SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

OF COUNSEL:

David A. Jakopin
Dianne L. Sweeney
PILLSBURY WINTHROP
SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115

| | |
|---|---|
| 2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC 20006<br>(202) 747-1900 | (650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com |
| Trevor J. Quist<br>SHEPPARD, MULLIN, RICHTER<br>& HAMPTON LLP<br>1540 El Camino Real<br>Menlo Park, CA 94025<br><br>*Attorneys for Plaintiff Qorvo, Inc.* | Robert M. Fuhrer<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>(703) 770-7900<br>robert.fuhrer@pillsburylaw.com<br><br>David L. Stanton<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524<br>(213) 488-7100<br>david.stanton@pillsburylaw.com<br><br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* |

IT IS SO ORDERED this 11th day of March, 2022.

/s/ Jon P. McCalla
UNITED STATES DISTRICT JUDGE