# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br>     Plaintiff,<br><br>   v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br>     Defendants. | )<br>)<br>)<br>) Case No. 1:21-01417-JPM<br>)<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>) |

## <ins>DECLARATION OF TREVOR QUIST IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT</ins>

I, Trevor Quist, declare as follows:

1. I am an active member of the California State Bar, admitted *pro hac vice* in this matter, and an associate at the law firm of Sheppard, Mullin, Richter & Hampton L.L.P. I am counsel for Plaintiff in the above captioned matter. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. Attached as **Exhibit A** is a true and accurate copy of the "Wireless Watch" publication containing the language Qorvo quoted in its First Amended Complaint (see D.I. 28, ¶ 64), dated December 21, 2021 and entitled "Akoustis seeks to disrupt the growing market for BAW filters," available at a webpage which I last accessed on March 25, 2022 using the following link: https://rethinkresearch.biz/articles/akoustis-seeks-to-disrupt-the-growing-market-for-baw-filters/.

SMRH:4872-2201-6792

Executed this 25th day of March, 2022.

/s/ Trevor Quist
Trevor Quist

# EXHIBIT A

21 December 2021

# Akoustis seeks to disrupt the growing market for BAW filters

 By John Constant

Bulk acoustic wave (BAW) is not a household phrase, even in many wireless circles, but as communications creep ever higher up the spectrum bands, it is going to be increasingly important. The rise of WiFi 6E and 5G mean that this new, pricier form of RF filter is going to be integral to future comms infrastructure.

If we look at the relatively small pool of vendors producing BAW RF filters, one seems to be climbing the ranks fast. New York-based Akoustis has its eyes set on toppling Broadcom and Qorvo to become the new face of BAW filters as it moves into mobile handsets – if it can grow its production facility fast enough.

BAW is a wireless transmission technology that is commonly used to send radio waves that are above 1.9 GHz. Much like the more common surface acoustic wave (SAW) technology, BAW filters work by converting electrical energy into acoustic or mechanical energy on piezoelectric materials – any material that generates electrical charge in response to mechanical stress. However, unlike SAW filters, pricier BAW filters can operate at higher frequencies up to the 6 GHz band and are less sensitive to temperature changes.

Founded in 2013, Akoustis recently announced that its flagship range of XBAW filters has hit the annual production milestone of 500m units. Analysts from Wireless Watch's sister service, Faultline, which offers weekly insights into digital video developments, sat down with the company's VP of corporate development, Tom Sepenzis, to see how next year's shoot-out is likely to pan out.

While Qorvo and Broadcom initially held a near-duopoly in the BAW market, Akoustis is trying to turn the tables, while Skyworks and others are entering too. Sepenzis says that the company is already matching the competition in terms of quality and expects that Akoustis' products will soon be top drawer once it shrinks down into wafer level packaging.

Akoustis was the second company to launch 6E BAW filters, the first being Broadcom. Sepenzis claimed that Qorvo's BAW filter can only operate with a low temperature co-fired ceramic (LTCC) filter placed on top. He described the LTTC component as "low performance," noting that while it can cover the 5 GHz and 6 GHz bands, it cannot separate them so that they can be used simultaneously, which renders the addition of an extra band somewhat useless.

But if there's one vendor that seems to have Akoustis nervous, it is Skyworks, which introduced BAW filters to its product range for the first time in 2019. Sepenzis says the company is Akoustis' biggest threat, especially as it moves into 5G. Taiwanese vendor Tayo-Uden and Qualcomm have been trying to get into the BAW game, but Sepenzis seemed unfazed, estimating that both companies hold a combined market share of less than 1% in this filter technology.

Akoustis opened its manufacturing facility in upstate New York just three years ago after running into serious delays while outsourcing the process. The company is now approaching an annual production capacity of 500m units, up from 100m in 2020, but there is still a lot more runway. With investment, the facility has a potential capacity of 3-5bn units a year, although getting to 2bn would require moving from one 6-inch production line to two 8-inch production lines.

If any of the potential orders currently floating around come in, this expansion will be set in motion, although the current component shortages will delay proceedings considerably.

At present, Akoustis serves WiFi CPE, as well as cellular and defence infrastructure, but the first venture into consumer electronics is expected in 2022 as the first mobile handsets with XBAW filters will hit the shelves. At present, the company is working with three handset vendors – two second tier module makers and a top tier RF company.

Akoustis is rounding out the year with two retail WiFi 6 CPE contracts, two enterprise customers for WiFi 6E, and one industrial customer that is looking to build a last-mile connectivity network in the 3.5 GHz to 7.5 GHz range.

Like what you're reading?

**Request a Wireless Watch Trial**

## Forecasts & Data
from RAN Research


7 February 2022
Open RAN faces significant challenges in the Macro RAN


7 December 2021
4G Deployments - The Backbone of 5G


7 October 2021
Migration choices and dilemmas in vRAN and Open RAN


2 August 2021
Advanced Private Wireless Forecast: 5G and WiFi 6E


10 June 2021
Patterns of migration to the 5G core


29 March 2021
Fixed Wireless Access Will Combine with New Use Cases to Drive 5G Surge in High Bands


9 February 2021
MNOs labor under 5G complexity, tough choices with many partners


3 December 2020
Cellcos jostle at start line of $48 billion connected car market

‹ OpenRF publishes first specs in a bid to stop Qualcomm owning the market

CBRS band drives spate of private 5G-as-a-service offering in USA ›




# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 25, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert M. Fuhrer, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)