IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>　　　　　Defendants. | Case No. 1:21-01417-JPM<br><br>**DEMAND FOR JURY TRIAL** |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

In its request for judicial notice (D.I. 37), Akoustis Technologies, Inc. and Akoustis, Inc. ("Akoustis") improperly asks the Court to take notice of, among other documents in Support of Akoustis' Motions to Dismiss, a Wireless Watch article it attaches as Exhibit 1 to its request, and an allegedly corrected version of the article that Akoustis attaches as Exhibit 3 to its request. In connection with its request, Akoustis asserts that:

> "By explicitly relying on the December 2021 Wireless Watch publication, attached as Exhibit 1 to the Sepenzis Declaration, to support its Unfair and Deceptive Trade Practices claim, Qorvo has incorporated it by reference to the FAC, making Exhibit 1 judicially noticeable. The same is true of Exhibit 3, a corrected version of Exhibit 1 published by Wireless Watch to reflect that the statement Qorvo relied on in the FAC was incorrectly described."

*See* D.I. 37, 3-4.

Qorvo objects to Akoustis' request for judicial notice of Exhibit 1 at least because the article Akoustis identifies and attaches as Exhibit 1 is not the article Qorvo quoted in its First Amended Complaint ("FAC"). *See* Quist Decl. ¶ 2. Akoustis identifies an article written by Rafi

Cohen, while Qorvo quoted a different article written by John Constant. Qorvo further objects to Akoustis' request for judicial notice of Exhibit 3 as it is an apparent correction of Exhibit 1, which again is not the article Qorvo quoted in its FAC. *Id.*

Akoustis' request for judicial notice of Exhibits 1 and 3 hinges on the argument that Exhibit 1 is "incorporated by reference" into the FAC because it is allegedly "integral to and explicitly relied on in the complaint." *See* D.I. 37, 3. However, the article in Exhibit 1 is not even used in the FAC, and thus cannot be said to be "integral to and explicitly relied on in the complaint." *Id.*; *see also* Quist Decl. ¶ 2.

Accordingly, Akoustis' request for judicial notice should be denied.

Dated: March 25, 2022

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Jeremy A. Tigan*

                _____
                Jack B. Blumenfeld (#1014)|
                Jeremy A. Tigan (#5239)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE 19899
                (302) 658-9200
                jblumenfeld@morrisnichols.com
                jtigan@morrisnichols.com

                *Attorneys for Plaintiff*

**OF COUNSEL:**

Robert M. Masters
Jonathan R. DeFosse
Timothy P. Cremen
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
(202) 747-1900

Trevor J. Quist
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real
Menlo Park, CA 94025

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 25, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert M. Fuhrer, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)