# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>                Plaintiff,<br><br>      v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and<br>AKOUSTIS, INC.<br>                Defendants. | )<br>)<br>)<br>) Case No. 1:21-01417-JPM<br>)<br>)<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF TREVOR QUIST IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

I, Trevor Quist, declare as follows:

1.     I am an active member of the California State Bar, admitted *pro hac vice* in this matter, and an associate at the law firm of Sheppard, Mullin, Richter & Hampton L.L.P. I am counsel for Plaintiff in the above captioned matter. The facts stated in this declaration are within my personal knowledge and are true and correct.

2.     Attached as **Exhibit A** is a true and accurate copy of the "Wireless Watch" publication containing the language Qorvo quoted in its First Amended Complaint (see D.I. 28, ¶ 64), dated December 21, 2021 and entitled "Akoustis seeks to disrupt the growing market for BAW filters," available at a webpage which I last accessed on March 25, 2022 using the following link: https://rethinkresearch.biz/articles/akoustis-seeks-to-disrupt-the-growing-market-for-baw-filters/.

Executed this 25th day of March, 2022.

                        /s/ Trevor Quist  
                            Trevor Quist

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 25, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert M. Fuhrer, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)