UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:21-cv-01417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on April 1, 2022, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Second Phase of Rule 26(A)(1) Initial Disclosures and this Notice of Service were served on the following counsel of record via email.

> Jack B. Blumenfeld (#1014)
> Jeremy A. Tegan (#5239)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> jblumenfeld@morrisnicols.com
> jtigan@morrisnichols.com
>
> Robert M. Masters
> Jonathan R. DeFosse
> Timothy P. Cremen
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 2099 Pennsylvania Avenue, NW Suite 100
> Washington, DC 2006-6801
> (202) 747-1900
> rmasters@sheppardmullin.com
> jdefosse@sheppardmullin.com
> tcremen@sheppardmullin.com

Trevor J. Quist
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real
Menlo Park, CA 94025
(650) 815-2645
tquist@sheppardmullin.com

| | |
|---|---|
| Date: April 1, 2022 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| David A. Jakopin | Ronald P. Golden III (#6254) |
| Dianne L. Sweeney | 600 N. King Street, Suite 400 |
| PILLSBURY WINTHROP | Wilmington, Delaware 19801 |
| SHAW PITTMAN LLP | (302) 655-5000 |
| 2550 Hanover Street | sbrauerman@bayardlaw.com |
| Palo Alto, CA 94304-1115 | rgolden@bayardlaw.com |
| (650) 233-4500 | |
| david.jakopin@pillsburylaw.com | |
| dianne@pillsburylaw.com | |

Robert M. Fuhrer
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*