IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:21-cv-01417-JPM ) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF DIANNE L. SWEENEY IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT**

I, Dianne L. Sweeney, declare:

1. I am an active member of the California State Bar, admitted *pro hac vice* in this matter and a partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for Defendants in the above-titled litigation. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. On or about March 8, 2022, and prior to filing the motion to dismiss on the amended claim by Qorvo, Inc.'s ("Qorvo"), I emailed Robert Masters, Jeremy Tigan, and Jonathan DeFosse, Qorvo, Inc.'s ("Qorvo") counsel, to advise that the Wireless Watch article referenced in Qorvo's First Amended Complaint contained various errors but had been corrected, and ask Qorvo to provide copies of the original and corrected articles. Attached as **Exhibit 1** is a true and correct copy of the March 8, 2022 email described in this paragraph. I did not receive a response to my email.

3. Attached as **Exhibit 2** is a true and accurate copy of a comparison that I prepared with the assistance of staff members at my firm for this matter. The comparison shows the differences between Exhibit A of the Declaration of Trevor Quist In Support of Plaintiff's

1

Answering Brief in Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (D.I. 42) and Exhibit 1 of the Declaration of Tom Sepenzis in Support of Defendants' Request for Judicial Notice in Support of Motion to Dismiss Plaintiff's First Amended Complaint (D.I. 35-1).

4. Attached as **Exhibit 3** is a true and accurate copy of a December 21, 2021, article published by Wireless Watch (according to its website, Rethink Technology Research produces articles under its weekly research services, Wireless Watch, Faultline, and Rethink Energy[1]) entitled "Akoustis seeks to disrupt the growing market for BAW filters," which I accessed on April 1, 2022, using the following link: https://rethinkresearch.biz/articles/akoustis-seeks-to-disrupt-the-growing-market-for-baw-filters/. This article notes that Faultline is a "sister service" of Wireless Watch.

5. On or about March 3, 2022, I emailed Mr. Masters, Mr. Tigan, and Mr. DeFosse, to, among other things, inform Qorvo that further to the Court's Scheduling Order, Akoustis intended to ask the Court to set a hearing on both (i) Akoustis' original motion to dismiss (except for the Section 75-1 claim that had been recently amended) and (ii) Akoustis' upcoming motion to dismiss the Section 75-1 claim as amended. On or about March 4, 2022, Mr. DeFosse responded, noting that to the extent there would be hearings, Qorvo agreed to consolidate the hearings on Akoustis' two motions to dismiss and suggesting the Court decide the date of the hearing in light of the fact that the "existing motion was fully-briefed in December and the contemplated Motion will be fully-briefed by the beginning of April…." A true and correct copy of the March 3-4, 2022, email chain is attached hereto as **Exhibit 4**.

---

[1] Rethink Technology Research states on its website: "We are perhaps best known for our long-form articles produced for our weekly research services, Wireless Watch (5G and wireless networks), Faultline (entertainment ecosystem and streaming media), and Rethink Energy (tehnology disruption in renewables and energy transition)." https://rethinkresearch.biz/about/company/.

6.      On or about March 15, 2022, I emailed Mr. DeFosse, Mr. Masters, and Mr. Tigan to address, among other things, the briefing schedule for Akoustis' motion to dismiss Qorvo's amended complaint to avoid any uncertainty related to the schedule differences between the Local Rules for Delaware and the Local Rules for the Western District of Tennessee.  On or about March 17, 2022, Mr. DeFosse responded with a proposed briefing schedule and stated: "That schedule also seems reasonable to us given the overlap between the arguments in the second motion to dismiss and those the parties already briefed in connection with the first motion to dismiss."  A true and correct copy of the March 15-17, 2022, email chain is attached hereto as **Exhibit 5**.

7.      On or about March 11, 2022, Steve Brauerman (local counsel for Akoustis) wrote to Jeffrey Sample (the Case Manager for the Honorable Jon P. McCalla) "in response to the Court's invitation in the Scheduling Order (D.I. 23 at p. 2 n.1)" to request dates for oral argument on Defendants' "pending Motions to Dismiss."  Mr. Brauerman further wrote: "Defendants' Motion to Dismiss Counts III-IV, as well as aspects of Counts I-II, is fully briefed and the parties expect to complete briefing on Defendants' Motion to Dismiss Count V by April 1.  Accordingly, Defendants respectfully request a consolidated hearing on both motions during the weeks of May 9 or May 16 if the Court is available.  The parties have met and conferred with respect to this request."  Jeremy Tigan and Jack Blumenfeld (local counsel for Qorvo) were copied on Mr. Brauerman's email.  A true and correct copy of Mr. Brauerman's March 11, 2022 email, which was provided to me by Defendants' local counsel, is attached hereto as **Exhibit 6**.

Executed this 1st day of April, 2022.

>                               */s/   Dianne L. Sweeney*
>                                       Dianne L. Sweeney