# Exhibit 5

| From: | Sweeney, Dianne L. |
|---|---|
| To: | Jonathan DeFosse; Robert Masters; Tigan, Jeremy A. |
| Cc: | Steve Brauerman; Jakopin, David A.; Stanton, David; Rose, Meri L. |
| Subject: | RE: Scheduling |
| Date: | Friday, March 18, 2022 12:09:23 PM |

Thanks to Steve & Jeremy for getting the stipulation done/filed today.

As to the briefing schedule for the motion, that is fine with us.

Thanks, Dianne

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Thursday, March 17, 2022 5:53 AM
**To:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Robert Masters <RMasters@sheppardmullin.com>; Tigan, Jeremy A. <JTigan@morrisnichols.com>
**Cc:** Steve Brauerman <SBrauerman@bayardlaw.com>; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** RE: Scheduling

Dear Dianne,

Thank you for your email and the reminder.

We agree to the one-week extension of the deadline for Akoustis' non-infringement contentions (moving the deadline to March 25). We also agree to move the parties' "Phase II" disclosures to April 1.

As to the governing Local Rules, our understanding is that the case remains venued in Delaware and Delaware rules apply unless the Court orders otherwise. As such, we understand that Qorvo's answering brief is due on March 25 and Akoustis' reply brief is due on April 1. That schedule also seems reasonable to us given the overlap between the arguments in the second motion to dismiss and those the parties already briefed in connection with the first motion to dismiss. Please let us know if you disagree.

Best,
Jon

**Jonathan DeFosse**
**SheppardMullin** | Washington
+1 202-747-1932 | ext. 21932

**From:** Sweeney, Dianne L. <dianne@pillsburylaw.com>
**Sent:** Wednesday, March 16, 2022 8:54 PM

**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>; Robert Masters <RMasters@sheppardmullin.com>; Tigan, Jeremy A. <JTigan@morrisnichols.com>
**Cc:** Steve Brauerman <SBrauerman@bayardlaw.com>; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** RE: Scheduling

Hi Jon – I am checking back on this. Can you please get back to us on the email below by tomorrow morning (3/17)? Thanks, Dianne

---

**From:** Sweeney, Dianne L. <dianne@pillsburylaw.com>
**Sent:** Tuesday, March 15, 2022 4:44 PM
**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>; Robert Masters <RMasters@sheppardmullin.com>; Tigan, Jeremy A. <JTigan@morrisnichols.com>
**Cc:** Steve Brauerman <SBrauerman@bayardlaw.com>; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** RE: Scheduling

Dear Jon:

In terms of the upcoming schedule, we request a one-week extension on the non-infringement contentions (currently due this Friday, March 18). The new deadline will be March 25. We also propose mutually moving Phase II disclosures out for one week as well (from March 25 to April 1). We have no objection to similar requests from Qorvo. Please advise if that is agreeable.

Further to my prior email, as the Scheduling Order appears to contemplate following WD rules as to motion practice and the Court has not yet clarified if we should follow WD or Tennessee rules in terms of the Rule 12 briefing schedule, we suggest the parties simply include a briefing schedule for our now pending Rule 12 motion on the FAC. We are fine with the briefing schedule under either WD of Tennessee or Delaware (or a customized schedule) but it would be helpful to have some mutually agreeable dates set for scheduling purposes. In any case, please advise.

We are reviewing various ESI issues and will be sending a separate email on that topic later today or tomorrow.

Thanks, Dianne
**Dianne L. Sweeney** | Managing Partner, Silicon Valley Office
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street | Palo Alto, CA 94304-1115
t +1.650.233.4046 | f +1.650.233.4545

dianne@pillsburylaw.com | website bio

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.