# Exhibit 6

| **From:** | Steve Brauerman <SBrauerman@bayardlaw.com> |
|---|---|
| **Sent:** | Friday, March 11, 2022 7:21 AM |
| **To:** | Jeff Sample |
| **Cc:** | Tigan, Jeremy A.; Blumenfeld, Jack; Ronald Golden |
| **Subject:** | Qorvo/Akoustis (No. 21-1417-JPM, D. Del.) |

Mr. Sample,

    I write on behalf of Defendants in the above referenced action and in response to the Court's invitation in the Scheduling Order (D.I. 23 at p. 2 n.1) respectfully to request dates for oral argument on Defendants' pending Motions to Dismiss. Defendants' Motion to Dismiss Counts III-IV, as well as aspects of Counts I-II, is fully briefed and the parties expect to complete briefing on Defendants' Motion to Dismiss Count V by April 1. Accordingly, Defendants respectfully request a consolidated hearing on both motions during the weeks of May 9 or May 16 if the Court is available.

    The parties have met and conferred with respect to this request. Plaintiff does not believe oral argument is necessary to resolve the motions. However, to the extent the Court would find oral argument helpful, Plaintiff will be available at the convenience of the Court to address the motions. Given that the motions are expected to be fully briefed by April 1, 2022, Plaintiff believes that oral argument could occur prior to May 9, 2022, subject to the Court's availability.

Respectfully submitted,

Steve

**Stephen B. Brauerman**
**Director** | sbrauerman@bayardlaw.com
My Bio | V-Card | LinkedIn

**Bayard, P.A.**
600 North King Street, Suite 400
P.O. Box 25130 Wilmington, DE 19899
Zip Code For Deliveries 19801
Direct: +1 302-429-4232 | Fax: +1 302-658-6395
www.bayardlaw.com

 

Electronic communications may be intercepted or altered, so the integrity of this message and any attachments cannot be guaranteed. This e-mail contains confidential information for the addressee and may be privileged under the attorney-client relationship. If you received this e-mail in error, please contact the sender by reply e-mail or by phone at +1 302.429.4232 (collect if you wish) and destroy the message without disclosing the contents.