# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | C.A. No. 21-1417-RGA |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | )<br>)<br>) | |
| Defendants. | ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4., Defendants Akoustis Technologies, Inc. and Akoustis, Inc. respectfully request oral argument on their Motion to Dismiss (D.I. 33).

Further to the request of March 11, 2022 to Mr. Sample, the parties have agreed that any hearing on this motion should be consolidated with the Defendants' pending Motion to Dismiss as to Counts III-IV, as well as aspects of Counts I-II. A copy of that request to Mr. Sample is attached as Exhibit 6 to the declaration of Dianne L. Sweeney filed herewith.

Date: April 1, 2022

| | |
|---|---|
| PILLSBURY WINTHROP<br>SHAW PITTMAN LLP | BAYARD, P.A.<br><br>*/s/ Ronald P. Golden III* |
| David A. Jakopin<br>Dianne L. Sweeney<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com | Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |
| Robert M. Fuhrer<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>(703) 770-7900 | *Attorneys for Defendants*<br>*Akoustis Technologies, Inc. and*<br>*Akoustis, Inc.* |

robert.fuhrer@pillsburylaw.com

David L. Stanton
725 S Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

*Attorneys for Defendants Akoustis
Technologies, Inc. and Akoustis, Inc.*