IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QURVO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:21-01417-JPM |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC., | ) | |
| AKOUSTIS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING A MOTION CONFERENCE**

1. Per Defendant's request to set a date for oral argument in re: to Defendant's Motion to Dismiss (ECF No. 33), oral argument is set for **Wednesday, May 11, 2022 at 10:00 A.M. (CT) / 11:00 A.M. (ET).** If the Court determines that oral argument is not necessary, an order may be entered without the oral argument. Zoom email invitations will be sent at least one day prior to the conference.

2. The parties should refer to the Northern District of California or the Western District of Tennessee Patent Rules.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at jeffrey_sample@tnwd.uscourts.gov.

<u>April 5, 2022</u>                                                                 <u>s/Jon Phipps McCalla</u>
Date                                                                                          United States District Judge