

600 N. King Street • Suite 400
P.O. Box 25130 • Wilmington, DE 19801
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
Email: sbrauerman@bayardlaw.com

April 8, 2022

**VIA CM/ECF**

Honorable Jon Phipps McCalla
Odell Horton Federal Building
167 North Main Street
Chambers Room 942
Memphis, TN 38103

RE: *Qoorvo, Inc. v. Akoustis Technologies, Inc., et al.*, C.A. No. 21-1417-JPM

Dear Judge McCalla:

Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") respectfully submit this letter seeking clarification regarding the Court's Order scheduling oral argument in this matter on May 11, 2022 at 11:00 A.M. ET. (D.I. 52.)

Akoustis first moved to dismiss certain claims in this action on November 24, 2021. (D.I. 10.) On February 7, 2022, the Court issued a Scheduling Order, granting the motion in part and stating: "The Court will allow Plaintiff to amend its Complaint in order to add specificity to its claim of unfair and deceptive trade practices. *For the other claims at issue in the Defendants' Motion to Dismiss, the Court will set a hearing if desired by the Parties*." (D.I. 23 at 2 n.1.) (emphasis added). On February 18, 2022, Plaintiff Qoorvo, Inc. ("Plaintiff") filed its First Amended Complaint ("FAC") (D.I. 28), which only amended Plaintiff's allegations related to Count V of its original complaint (*see id.* ¶¶ 120-142; *see also* D.I. 1 ¶¶ 111-132). The FAC left all other claims and allegations intact, *vebatim*, from the original Complaint.

On March 11, 2022, Akoustis moved to dismiss Count V of the FAC (Unfair & Deceptive Trade Practices Act). (D.I. 33.) That same day, by email from the undersigned to Jeff Sample, Akoustis accepted the Court's invitation to conduct a hearing on the remaining claims, and therefore requested oral argument on both of the pending Motions to Dismiss, stating

> Defendants' Motion to Dismiss Counts III-IV, as well as aspects of
> Counts I-II, is fully briefed and the parties expect to complete
> briefing on Defendants' Motion to Dismiss Count V by April 1.
> Accordingly, Defendants respectfully request a consolidated



hearing on both motions during the weeks of May 9 or May 16 if the Court is available.

The Court's April 6, 2022 Order (D.I. 52) has scheduled oral argument for May 11, 2022; however, the Order only references the Motion to Dismiss filed of March 11 (D.I. 33), and does not indicate whether the Court is amenable to conducting argument on Akoustis' first Motion to Dismiss, filed on November 24 (D.I. 10), as to the remaining claims.

Counsel for the undersigned contacted opposing counsel for Plaintiff to call Your Honor's chambers for clarification, but Plaintiff refused on ground that Akoustis' first Motion to Dismiss (D.I. 10) is moot in light of Plaintiff's filing of its First Amended Complaint (D.I. 28). This contention is false. Akoustis' first Motion to Dismiss remains in full force and effect. Akoustis' second Motion to Dismiss was directed to Count V of the First Amended Complaint, which contains the only allegations that were amended from the original Complaint. (*See, e.g.*, D.I. 34 at 1 ("Plaintiff filed its First Amended Complaint…, which only amended Plaintiff's allegations related to Count V.").)

Because the Court has already indicated its willingness to hear argument on Akoustis' first Motion to Dismiss (*see, e.g.*, D.I. 23 at 2 n.1), Akoustis submits this letter seeking the Court's guidance on Your Honor's willingness to hear argument on all issues encompassed by both of Akoustis' Motions to Dismiss. Conducting argument on both motions will maximize efficiencies for both the Court and the parties in this action. As such, Akoustis respectfully asks Your Honor allocate time during the May 11 hearing to hear argument on both Motions to Dismiss.

Sincerely,

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman (#4952)

cc: counsel of record