UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) C.A. No. 1:21-cv-01417-JPM |
| v. | ) <br> ) |
| AKOUSTIS TECHNOLOGIES, INC. and <br> AKOUSTIS, INC. | ) <br> ) <br> ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on April 18, 2022, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Invalidity and Unenforceability Contentions and this Notice of Service were served on the following counsel of record via email.

        Jack B. Blumenfeld (#1014)
        Jeremy A. Tegan (#5239)
        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        jblumenfeld@morrisnicols.com
        jtigan@morrisnichols.com

        Robert M. Masters
        Jonathan R. DeFosse
        Timothy P. Cremen
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        2099 Pennsylvania Avenue, NW Suite 100
        Washington, DC 2006-6801
        (202) 747-1900
        rmasters@sheppardmullin.com
        jdefosse@sheppardmullin.com
        tcremen@sheppardmullin.com

                    Trevor J. Quist
                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                    1540 El Camino Real
                    Menlo Park, CA 94025
                    (650) 815-2645
                    tquist@sheppardmullin.com

| | |
|---|---|
| Date: April 18, 2022 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| David A. Jakopin | Ronald P. Golden III (#6254) |
| Dianne L. Sweeney | 600 N. King Street, Suite 400 |
| PILLSBURY WINTHROP | Wilmington, Delaware 19801 |
| SHAW PITTMAN LLP | (302) 655-5000 |
| 2550 Hanover Street | sbrauerman@bayardlaw.com |
| Palo Alto, CA 94304-1115 | rgolden@bayardlaw.com |
| (650) 233-4500 | |
| david.jakopin@pillsburylaw.com | |
| dianne@pillsburylaw.com | |
| | |
| Robert M. Fuhrer | David L. Stanton |
| PILLSBURY WINTHROP | PILLSBURY WINTHROP |
| SHAW PITTMAN LLP | SHAW PITTMAN LLP |
| 1650 Tysons Boulevard, 14th Floor | 725 S. Figueroa St., 36th Floor |
| McLean, VA 22102-4856 | Los Angeles, CA 90017 |
| (703) 770-7900 | (213) 488-7100 |
| robert.fuhrer@pillsburylaw.com | david.stanton@pillsburylaw.com |

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*