IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
|            Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1417 (JPM) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) |
|            Defendants. | ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Qorvo, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 4–66) to Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* were caused to be served on April 19, 2022, upon the following in the manner indicated:

Stephen B. Brauerman, Esquire      *VIA ELECTRONIC MAIL*
Ronald P. Golden III, Esquire
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

David A. Jakopin, Esquire      *VIA ELECTRONIC MAIL*
Dianne L. Sweeney, Esquire
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Robert M. Fuhrer, Esquire  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
1650 Tysons Boulevard, 14th Floor  
McLean, VA  22102-4856  
*Attorneys for Defendants Akoustis*  
*Technologies, Inc. and Akoustis, Inc.*

David L. Stanton, Esquire  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
725 South Figueroa Street, 36th Floor  
Los Angeles, CA  90017-5524  
*Attorneys for Defendants Akoustis*  
*Technologies, Inc. and Akoustis, Inc.*

*VIA ELECTRONIC MAIL*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____  
Jack B. Blumenfeld (#1014)  
Jeremy A. Tigan (#5239)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899-1347  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
jtigan@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

OF COUNSEL:

Robert M. Masters  
Jonathan R. DeFosse  
Timothy P. Cremen  
SHEPPARD, MULLIN, RICHTER  
   & HAMPTON LLP  
2099 Pennsylvania Avenue, NW, Suite 100  
Washington, DC  20006-6801  
(202) 747-1900

Trevor J. Quist  
SHEPPARD, MULLIN, RICHTER  
   & HAMPTON LLP  
1540 El Camino Real  
Menlo Park, CA 94025  
(650) 815-2600

April 19, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 19, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert M. Fuhrer, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)