UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) C.A. No. 1:21-cv-01417-JPM |
| v. | ) <br> ) |
| AKOUSTIS TECHNOLOGIES, INC. and <br> AKOUSTIS, INC. | ) <br> ) <br> ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on April 29, 2022, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Identification of Discovery Topics Pursuant to Agreement and Order on Document and E-Discovery and this Notice of Service were served on the following counsel of record via email.

> Jack B. Blumenfeld (#1014)
> Jeremy A. Tegan (#5239)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> jblumenfeld@morrisnicols.com
> jtigan@morrisnichols.com
>
> Robert M. Masters
> Jonathan R. DeFosse
> Timothy P. Cremen
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 2099 Pennsylvania Avenue, NW Suite 100
> Washington, DC 2006-6801
> (202) 747-1900
> rmasters@sheppardmullin.com
> jdefosse@sheppardmullin.com
> tcremen@sheppardmullin.com

                              Trevor J. Quist
                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                              1540 El Camino Real
                              Menlo Park, CA 94025
                              (650) 815-2645
                              tquist@sheppardmullin.com

| | |
|---|---|
| Date: April 29, 2022 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| David A. Jakopin | Ronald P. Golden III (#6254) |
| Dianne L. Sweeney | 600 N. King Street, Suite 400 |
| PILLSBURY WINTHROP | Wilmington, Delaware 19801 |
| SHAW PITTMAN LLP | (302) 655-5000 |
| 2550 Hanover Street | sbrauerman@bayardlaw.com |
| Palo Alto, CA 94304-1115 | rgolden@bayardlaw.com |
| (650) 233-4500 | |
| david.jakopin@pillsburylaw.com | |
| dianne@pillsburylaw.com | |
| | |
| Robert M. Fuhrer | David L. Stanton |
| PILLSBURY WINTHROP | PILLSBURY WINTHROP |
| SHAW PITTMAN LLP | SHAW PITTMAN LLP |
| 1650 Tysons Boulevard, 14th Floor | 725 S. Figueroa St., 36th Floor |
| McLean, VA 22102-4856 | Los Angeles, CA 90017 |
| (703) 770-7900 | (213) 488-7100 |
| robert.fuhrer@pillsburylaw.com | david.stanton@pillsburylaw.com |

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*