UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:21-cv-01417-JPM |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on May 5, 2022, a copy of Defendants Akoustis

Technologies, Inc. and Akoustis, Inc.'s Second Set of Requests for Production of Documents and

Things to Plaintiff Qorvo, Inc. (Nos. 47-113) and this Notice of Service were served on the

following counsel of record via email.

> Jack B. Blumenfeld (#1014)
> Jeremy A. Tegan (#5239)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> jblumenfeld@morrisnicols.com
> jtigan@morrisnichols.com
>
> Robert M. Masters
> Jonathan R. DeFosse
> Timothy P. Cremen
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 2099 Pennsylvania Avenue, NW Suite 100
> Washington, DC 2006-6801
> (202) 747-1900
> rmasters@sheppardmullin.com
> jdefosse@sheppardmullin.com
> tcremen@sheppardmullin.com

Trevor J. Quist
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real
Menlo Park, CA 94025
(650) 815-2645
tquist@sheppardmullin.com


Date: May 5, 2022                          BAYARD, P.A.

OF COUNSEL:                                */s/ Ronald P. Golden III*
                                           Stephen B. Brauerman (#4952)
David A. Jakopin                           Ronald P. Golden III (#6254)
Dianne L. Sweeney                          600 N. King Street, Suite 400
PILLSBURY WINTHROP                         Wilmington, Delaware 19801
SHAW PITTMAN LLP                           (302) 655-5000
2550 Hanover Street                        sbrauerman@bayardlaw.com
Palo Alto, CA 94304-1115                   rgolden@bayardlaw.com
(650) 233-4500
david.jakopin@pillsburylaw.com
dianne@pillsburylaw.com


Robert M. Fuhrer                           David L. Stanton
PILLSBURY WINTHROP                         PILLSBURY WINTHROP
SHAW PITTMAN LLP                           SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor          725 S. Figueroa St., 36th Floor
McLean, VA 22102-4856                      Los Angeles, CA 90017
(703) 770-7900                             (213) 488-7100
robert.fuhrer@pillsburylaw.com             david.stanton@pillsburylaw.com

*Attorneys for Defendants Akoustis
Technologies, Inc. and Akoustis, Inc.*

2