UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) C.A. No. 1:21-cv-01417-JPM |
| v. | ) <br> ) |
| AKOUSTIS TECHNOLOGIES, INC. and <br> AKOUSTIS, INC. | ) <br> ) <br> ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on May 6, 2022, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-3) and this Notice of Service were served on the following counsel of record via email:

>Jack B. Blumenfeld (#1014)
>Jeremy A. Tegan (#5239)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>jblumenfeld@morrisnicols.com
>jtigan@morrisnichols.com

>Robert M. Masters
>Jonathan R. DeFosse
>Timothy P. Cremen
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>2099 Pennsylvania Avenue, NW Suite 100
>Washington, DC 2006-6801
>(202) 747-1900
>rmasters@sheppardmullin.com
>jdefosse@sheppardmullin.com
>tcremen@sheppardmullin.com

        Trevor J. Quist
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        1540 El Camino Real
        Menlo Park, CA 94025
        (650) 815-2645
        tquist@sheppardmullin.com

| | |
|---|---|
| Date: May 6, 2022 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| David A. Jakopin | Ronald P. Golden III (#6254) |
| Dianne L. Sweeney | 600 N. King Street, Suite 400 |
| PILLSBURY WINTHROP | Wilmington, Delaware 19801 |
| SHAW PITTMAN LLP | (302) 655-5000 |
| 2550 Hanover Street | sbrauerman@bayardlaw.com |
| Palo Alto, CA 94304-1115 | rgolden@bayardlaw.com |
| (650) 233-4500 | |
| david.jakopin@pillsburylaw.com | |
| dianne@pillsburylaw.com | |
| | |
| Robert M. Fuhrer | David L. Stanton |
| PILLSBURY WINTHROP | PILLSBURY WINTHROP |
| SHAW PITTMAN LLP | SHAW PITTMAN LLP |
| 1650 Tysons Boulevard, 14th Floor | 725 S. Figueroa St., 36th Floor |
| McLean, VA 22102-4856 | Los Angeles, CA 90017 |
| (703) 770-7900 | (213) 488-7100 |
| robert.fuhrer@pillsburylaw.com | david.stanton@pillsburylaw.com |

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*