**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| QORVO, INC., | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | C.A. No. 21-1417-JPM |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) | |
| *Defendants*. | ) ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Qorvo, Inc. and Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis"), subject to the approval of the Court, that the deadline for Akoustis to respond to the First Amended Complaint is extended until May 31, 2022.

Dated: May 20, 2022

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Stephen B. Brauerman* |
| Jack B. Blumenfeld (#1014) | Stephen B. Brauerman (#4952) |
| Jeremy A. Tigan (#5239) | Ronald P. Golden III (#6254) |
| 1201 North Market Street | 600 N. King Street, Suite 400 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 655-5000 |
| (302) 658-9200 | sbrauerman@bayardlaw.com |
| jblumenfeld@morrisnichols.com | rgolden@bayardlaw.com |
| jtigan@morrisnichols.com | |
| | OF COUNSEL: |
| OF COUNSEL: | |
| | David A. Jakopin |
| Robert M. Masters | Dianne L. Sweeney |
| Jonathan R. DeFosse | PILLSBURY WINTHROP |
| Timothy P. Cremen | SHAW PITTMAN LLP |
| SHEPPARD, MULLIN, RICHTER | 2550 Hanover Street |
| & HAMPTON LLP | Palo Alto, CA 94304-1115 |

| | |
|---|---|
| 2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC 20006<br>(202) 747-1900<br><br>Trevor J. Quist<br>SHEPPARD, MULLIN, RICHTER<br>& HAMPTON LLP<br>1540 El Camino Real<br>Menlo Park, CA 94025<br><br>*Attorneys for Plaintiff Qorvo, Inc.* | (650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com<br><br>Robert M. Fuhrer<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>(703) 770-7900<br>robert.fuhrer@pillsburylaw.com<br><br>David L. Stanton<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524<br>(213) 488-7100<br>david.stanton@pillsburylaw.com<br><br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE