## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| QORVO, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>AKOUSTIS TECHNOLOGIES, INC. and )<br>AKOUSTIS, INC., )<br>)<br>*Defendants*. ) | C.A. No. 21-1417-JPM |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Qorvo, Inc. and Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis"), subject to the approval of the Court, that the deadline for Akoustis to respond to the First Amended Complaint is extended until May 31, 2022.

Dated: May 20, 2022

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| */s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>OF COUNSEL:<br><br>Robert M. Masters<br>Jonathan R. DeFosse<br>Timothy P. Cremen<br>SHEPPARD, MULLIN, RICHTER<br>& HAMPTON LLP | */s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>OF COUNSEL:<br><br>David A. Jakopin<br>Dianne L. Sweeney<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115 |

| | |
|---|---|
| 2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC 20006<br>(202) 747-1900 | (650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com |
| Trevor J. Quist<br>SHEPPARD, MULLIN, RICHTER<br>& HAMPTON LLP<br>1540 El Camino Real<br>Menlo Park, CA 94025 | Robert M. Fuhrer<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>(703) 770-7900 |
| *Attorneys for Plaintiff Qorvo, Inc.* | robert.fuhrer@pillsburylaw.com |
| | David L. Stanton<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524<br>(213) 488-7100<br>david.stanton@pillsburylaw.com |
| | *Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* |

IT IS SO ORDERED this 31st day of May, 2022.

/s/ Jon P. McCalla
UNITED STATES DISTRICT JUDGE