IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:21-cv-01417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on June 21, 2022, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Preliminary Claim Construction and this Notice of Service were served on the following counsel of record via email:

        Jack B. Blumenfeld (#1014)
        Jeremy A. Tegan (#5239)
        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        jblumenfeld@morrisnicols.com
        jtigan@morrisnichols.com

        Robert M. Masters
        Jonathan R. DeFosse
        Timothy P. Cremen
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        2099 Pennsylvania Avenue, NW Suite 100
        Washington, DC 2006-6801
        (202) 747-1900
        rmasters@sheppardmullin.com
        jdefosse@sheppardmullin.com
        tcremen@sheppardmullin.com

        Trevor J. Quist
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        1540 El Camino Real
        Menlo Park, CA 94025
        (650) 815-2645
        tquist@sheppardmullin.com

| | |
|---|---|
| Date: June 21, 2022 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| David A. Jakopin | Ronald P. Golden III (#6254) |
| Dianne L. Sweeney | 600 N. King Street, Suite 400 |
| PILLSBURY WINTHROP | Wilmington, Delaware 19801 |
| SHAW PITTMAN LLP | (302) 655-5000 |
| 2550 Hanover Street | sbrauerman@bayardlaw.com |
| Palo Alto, CA 94304-1115 | rgolden@bayardlaw.com |
| (650) 233-4500 | |
| david.jakopin@pillsburylaw.com | *Attorneys for Defendants Akoustis* |
| dianne@pillsburylaw.com | *Technologies, Inc. and Akoustis, Inc.* |

David L. Stanton
PILLSBURY WINTHROP
SHAW PITTMAN LLP
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Robert M. Fuhrer
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com