IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on July 8, 2022, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Identification of Search Parameters for Collecting Documents Potentially Responsive to The Second Set of Requests for Production Served by Plaintiff Qorvo Inc. Pursuant to Agreement and Order on Document and E-Discovery and this Notice of Service were served on the following counsel of record via email:

> Jack B. Blumenfeld (#1014)
> Jeremy A. Tigan (#5239)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> jblumenfeld@morrisnicols.com
> jtigan@morrisnichols.com
>
> Robert M. Masters
> Jonathan R. DeFosse
> Timothy P. Cremen
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 2099 Pennsylvania Avenue, NW Suite 100
> Washington, DC 2006-6801
> (202) 747-1900
> rmasters@sheppardmullin.com
> jdefosse@sheppardmullin.com

        tcremen@sheppardmullin.com

        Trevor J. Quist
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        1540 El Camino Real
        Menlo Park, CA 94025
        (650) 815-2645
        tquist@sheppardmullin.com

Dated: July 8, 2022

| PILLSBURY WINTHROP SHAW PITTMAN LLP | BAYARD, P.A. |
|---|---|
| David A. Jakopin<br>Dianne L. Sweeney<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com<br><br>Robert M. Fuhrer<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>(703) 770-7900<br>robert.fuhrer@pillsburylaw.com<br><br>David L. Stanton<br>725 S. Figueroa St., 36th Floor<br>Los Angeles, CA 90017<br>(213) 488-7100<br>david.stanton@pillsburylaw.com<br><br>*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |