IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on July 8, 2022, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Initial Claim Construction Expert Report and Declaration by Dr. Clark Nguyen and this Notice of Service were served on the following counsel of record via email:

        Jack B. Blumenfeld (#1014)
        Jeremy A. Tigan (#5239)
        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        jblumenfeld@morrisnicols.com
        jtigan@morrisnichols.com

        Robert M. Masters
        Jonathan R. DeFosse
        Timothy P. Cremen
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        2099 Pennsylvania Avenue, NW Suite 100
        Washington, DC 2006-6801
        (202) 747-1900
        rmasters@sheppardmullin.com
        jdefosse@sheppardmullin.com
        tcremen@sheppardmullin.com

        Trevor J. Quist
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        1540 El Camino Real
        Menlo Park, CA 94025
        (650) 815-2645
        tquist@sheppardmullin.com

Dated: July 11, 2022

| PILLSBURY WINTHROP SHAW PITTMAN LLP | BAYARD, P.A. |
|---|---|
| David A. Jakopin<br>Dianne L. Sweeney<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com<br><br>Robert M. Fuhrer<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>(703) 770-7900<br>robert.fuhrer@pillsburylaw.com<br><br>David L. Stanton<br>725 S. Figueroa St., 36th Floor<br>Los Angeles, CA 90017<br>(213) 488-7100<br>david.stanton@pillsburylaw.com<br><br>*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |