IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 21-1417-JPM |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on July 29, 2022, a copy of Defendants Akoustis

Technologies, Inc. and Akoustis, Inc.'s Rebuttal Expert Claim Construction Report and

Declaration by Dr. Clark Nguyen and this Notice of Service were served on the following

counsel of record via email:

> Jack B. Blumenfeld (#1014)
> Jeremy A. Tigan (#5239)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> jblumenfeld@morrisnicols.com
> jtigan@morrisnichols.com
>
> Robert M. Masters
> Jonathan R. DeFosse
> Timothy P. Cremen
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 2099 Pennsylvania Avenue, NW Suite 100
> Washington, DC 2006-6801
> (202) 747-1900
> rmasters@sheppardmullin.com
> jdefosse@sheppardmullin.com
> tcremen@sheppardmullin.com

Trevor J. Quist
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real
Menlo Park, CA 94025
(650) 815-2645
tquist@sheppardmullin.com

Dated: July 29, 2022

PILLSBURY WINTHROP
SHAW PITTMAN LLP

David A. Jakopin
Dianne L. Sweeney
2550 Hanover Street
Palo Alto, CA 94304-1115
(650) 233-4500
david.jakopin@pillsburylaw.com
dianne@pillsburylaw.com

Robert M. Fuhrer
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

   *Attorneys for Akoustis Technologies, Inc.*
   *and Akoustis, Inc.*

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

   *Attorneys for Akoustis Technologies, Inc. and*
   *Akoustis, Inc.*

2