IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**
**FOR EXTENSION OF TIME**

Plaintiff Qorvo Inc. ("Qorvo") and Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis"), subject to the approval of the Court, hereby stipulate and agree to extend the time for the following deadlines as listed below. All other dates in the Court's Scheduling Order (D.I. 23) in the above-referenced matter remains the same.

| Current Date | New Date | Event |
|---|---|---|
| July 25, 2022 | July 29, 2022 | Rebuttal Expert Claim Construction Reports |
| August 9, 2022 | August 16, 2022 | Completion of Claim Construction Expert Discovery |
| August 16, 2022 | August 18, 2022 | Final Claim Construction |

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| /s/ Jeremy A. Tigan | /s/ Ronald P. Golden III |
| Jack B. Blumenfeld (#1014)\| <br> Jeremy A. Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jtigan@morrisnichols.com | Stephen B. Brauerman (#4952) <br> Ronald P. Golden III (#6254) <br> 600 N. King Street, Suite 400 <br> Wilmington, Delaware 19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| **OF COUNSEL:** <br><br> Robert M. Masters <br> Jonathan R. DeFosse <br> Timothy P. Cremen <br> SHEPPARD, MULLIN, RICHTER <br>   & HAMPTON LLP <br> 2099 Pennsylvania Avenue, NW, Suite 100 <br> Washington, DC 20006 <br> (202) 747-1900 <br><br> Trevor J. Quist <br> SHEPPARD, MULLIN, RICHTER <br>   & HAMPTON LLP <br> 1540 El Camino Real <br> Menlo Park, CA 94025 <br> (650) 815-2600 | **OF COUNSEL:** <br><br> David A. Jakopin <br> Dianne L. Sweeney <br> 2550 Hanover Street <br> Palo Alto, CA 94304-1115 <br> (650) 233-4500 <br> david.jakopin@pillsburylaw.com <br> dianne@pillsburylaw.com <br><br> Robert M. Fuhrer <br> 1650 Tysons Boulevard, 14th Floor <br> McLean, VA 22102-4856 <br> (703) 770-7900 <br> robert.fuhrer@pillsburylaw.com <br><br> David L. Stanton <br> 725 S. Figueroa St., 36th Floor <br> Los Angeles, CA 90017 <br> (213) 488-7100 <br> david.stanton@pillsburylaw.com |

July 29, 2022

    **SO ORDERED**, this 1st day of August, 2022.

                                              /s/ Jon P. McCalla
                                              JON P. MCCALLA
                                              UNITED STATES DISTRICT JUDGE