IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) DEMAND FOR JURY TRIAL |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF
PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Timothy P. Cremen, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar for the District of Columbia and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so.

2. Attached as **Exhibit A1** is a true and correct copy of the *Initial Claim Construction Declaration of John C. Bravman, Ph.D.*, dated July 11, 2022.

3. Attached as **Exhibit A2** is a true and correct copy of the *Rebuttal Claim Construction Declaration of John C. Bravman, Ph.D.*, dated July 29, 2022.

4. Attached as **Exhibit A3** is a true and correct copy of excerpts of *RF Bulk Acoustic Wave Filters for Communications* (Ken-ya Hashimoto ed., 2009).

5. Attached as **Exhibit A4** is a true and correct copy of the *Initial Claim Construction Expert Report and Declaration by Dr. Clark Nguyen*, dated July 11, 2022, which was served by Akoustis.

6.      Attached as **Exhibit A5** is a true and correct copy of the *Rebuttal Claim Construction Expert Report and Declaration by Dr. Clark Nguyen*, dated July 29, 2022, which was served by Akoustis.

7.      Attached as **Exhibit A6** is a true and correct copy of the transcript for August 12, 2022 deposition of Dr. John C. Bravman.

8.      Attached as **Exhibit A7** is a true and correct copy of the transcript for August 10, 2022 deposition of Dr. Clark Nguyen.

9.      Attached as **Exhibit A8** is a true and correct copy of U.S. Patent No. 7,795,781.

10.     Attached as **Exhibit A9** is a true and correct copy of U.S. Patent No. 8,999,187.

11.     Attached as **Exhibit A10** is a true and correct copy of U.S. Patent No. 9,197,185.

12.     Attached as **Exhibit A11** is a true and correct copy of U.S. Patent No. 9,679,765.

13.     Attached as **Exhibit A12** is a true and correct copy of U.S. Patent Publication No. 2014/0159548, which was produced by Akoustis as Exhibit B03.

14.     Attached as **Exhibit A13** is a true and correct copy of *Energy Trapping in Mesa-shaped Quartz Crystal Microbalance* by F. Shen et al., published in 2002 IEEE: Sensors (Nov. 2002), which was produced by Akoustis as Exhibit B05.

15.     Attached as **Exhibit A14** is a true and correct copy of *Capacitive-piezoelectric Transducers for High-Q Micromechanical AlN Resonators* by Li-Wen Hung & Clark T-C. Nguyen, published in 24 J. of Microelectromechanical Sys. No. 2, (Apr. 2015), which was produced by Akoustis as Exhibit B08.

16.     Attached as **Exhibit A15** is a true and correct copy of *A Negative-Capacitance Equivalent Circuit Model for Parallel-plate Capacitive-gap-transduced Micromechanical Resonators* by Clark T-C. Nguyen et al., published in 61 IEEE Transactions On Ultrasonics,

Ferroelectrics, and Frequency Control No. 5, (May 2014), which was produced by Akoustis as Exhibit B10.

17. Attached as **Exhibit A16** is a true and correct copy of *Higher-mode Free-free Beam Micromechanical Resonators* by Mustafa U. Demirci & Clark T-C. Nguyen, presented in 2003 IEEE Int'l Frequency Control Symposium, dated May 5-8, 2003, which was produced by Akoustis as Exhibit B15.

18. Attached as **Exhibit A17** is a true and correct copy of *RF Channel-select Micromechanical Disk Filters—Part II: Demonstration* by Clark T-C. Nguyen et al., published in 66 IEEE Transactions On Ultrasonics, Ferroelectrics, and Frequency Control No. 1 (Jan. 2019), which was produced by Akoustis as Exhibit B16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 30, 2022.

*/s/ Timothy P. Cremen*
Timothy P. Cremen

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 30, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |
| Robert M. Fuhrer, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |

Theresa A. Roozen, Esquire                                              *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

                                                          */s/ Jeremy A. Tigan*

                                                          Jeremy A. Tigan (#5239)