# Exhibit A11

US009679765B2

(12) **United States Patent**
Larson, III et al.

(10) Patent No.: **US 9,679,765 B2**
(45) Date of Patent: **Jun. 13, 2017**

(54) **METHOD OF FABRICATING RARE-EARTH DOPED PIEZOELECTRIC MATERIAL WITH VARIOUS AMOUNTS OF DOPANTS AND A SELECTED C-AXIS ORIENTATION**

(71) Applicant: **Avago Technologies General IP (Singapore) Pte. Ltd.**, Singapore (SG)

(72) Inventors: **John D. Larson, III**, Palo Alto, CA (US); **Jyrki Kaitila**, Riemerling (DE); **Stefan Bader**, Fort Collins, CO (US)

(73) Assignee: **Avago Technologies General IP (Singapore) Pte. Ltd.**, Singapore (SG)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 387 days.

(21) Appl. No.: **14/161,564**

(22) Filed: **Jan. 22, 2014**

(65) **Prior Publication Data**
US 2014/0132117 A1    May 15, 2014

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 13/428,474, filed on Mar. 23, 2012, now Pat. No. 8,673,121, and
(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *H01L 21/02* | (2006.01) |
| *C23C 14/06* | (2006.01) |
| *H03H 3/02* | (2006.01) |
| *H03H 9/02* | (2006.01) |
| *H03H 9/58* | (2006.01) |
(Continued)

(52) **U.S. Cl.**
CPC ...... *H01L 21/02518* (2013.01); *C23C 14/025* (2013.01); *C23C 14/0617* (2013.01); *C23C 14/3414* (2013.01); *H03H 3/02* (2013.01); *H03H 9/02015* (2013.01); *H03H 9/173*

(2013.01); *H03H 9/175* (2013.01); *H03H 9/583* (2013.01); *H03H 9/587* (2013.01)

(58) **Field of Classification Search**
CPC ....... H04R 17/00; B06B 1/0603; H01L 41/22; H01L 41/45; H01L 21/02518; C23C 14/025; C23C 14/3414; H03H 3/02; H03H 9/173; H03H 9/583
USPC .................................. 310/322, 348, 357, 359
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,200,354 A | 8/1965 | White |
| 4,419,202 A | 12/1983 | Gibson |
(Continued)

OTHER PUBLICATIONS

NPL of list of Rare Earth Elements, Rare Element Resources.*
(Continued)

*Primary Examiner* — Shawki S Ismail
*Assistant Examiner* — Bryan Gordon

(57) **ABSTRACT**

A method of fabricating a rare-earth element doped piezoelectric material having a first component, a second component and the rare-earth element. The method includes: providing a substrate; initially flowing hydrogen over the substrate; after the initially flowing of the hydrogen over the substrate, flowing the first component to form the rare-earth element doped piezoelectric material over a surface of a target, the target comprising the rare-earth metal in a certain atomic percentage; and sputtering the rare-earth element doped piezoelectric material from the target on the substrate.

21 Claims, 21 Drawing Sheets



## US 9,679,765 B2
Page 2

### Related U.S. Application Data

a continuation-in-part of application No. 13/286,051, filed on Oct. 31, 2011, now Pat. No. 8,796,904, and a continuation-in-part of application No. 12/692,108, filed on Jan. 22, 2010, now Pat. No. 9,243,316.

(51) **Int. Cl.**
| | |
|---|---|
| *C23C 14/02* | (2006.01) |
| *C23C 14/34* | (2006.01) |
| *H03H 9/17* | (2006.01) |

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,587,620 | A | 12/1996 | Ruby et al. |
| 5,616,208 | A | 4/1997 | Lee |
| 5,873,153 | A | 2/1999 | Ruby et al. |
| 6,060,818 | A | 5/2000 | Ruby et al. |
| 6,099,700 | A | 8/2000 | Lee et al. |
| 6,107,721 | A | 8/2000 | Lakin |
| 6,372,098 | B1 | 4/2002 | Newcomb |
| 6,384,697 | B1 | 5/2002 | Ruby |
| 6,441,539 | B1 | 8/2002 | Kitamura et al. |
| 6,507,983 | B1 | 1/2003 | Ruby et al. |
| 6,709,776 | B2 | 3/2004 | Noguchi et al. |
| 6,828,713 | B2 | 12/2004 | Bradley et al. |
| 6,927,651 | B2 | 8/2005 | Larson, III et al. |
| 6,936,837 | B2 | 8/2005 | Yamada et al. |
| 6,987,433 | B2 | 1/2006 | Larson, III et al. |
| 7,091,649 | B2 | 8/2006 | Larson, III et al. |
| 7,098,573 | B2 | 8/2006 | Stommer |
| 7,275,292 | B2 | 10/2007 | Ruby et al. |
| 7,280,007 | B2 | 10/2007 | Feng et al. |
| 7,345,410 | B2 | 3/2008 | Grannen et al. |
| 7,358,831 | B2 | 4/2008 | Larson, III et al. |
| 7,388,454 | B2 | 6/2008 | Ruby et al. |
| 7,420,320 | B2 | 9/2008 | Sano et al. |
| 7,515,018 | B2 | 4/2009 | Handtmann et al. |
| 7,629,865 | B2 | 12/2009 | Ruby |
| 7,642,693 | B2 | 1/2010 | Akiyama et al. |
| 7,714,684 | B2 | 5/2010 | Ruby et al. |
| 7,758,979 | B2 | 7/2010 | Akiyama et al. |
| 7,791,434 | B2 | 9/2010 | Fazzio et al. |
| 7,889,024 | B2 | 2/2011 | Bradley et al. |
| 7,977,850 | B2 | 7/2011 | Allah et al. |
| 8,188,810 | B2 | 5/2012 | Fazzio |
| 8,248,185 | B2 | 8/2012 | Choy |
| 8,575,819 | B1 | 11/2013 | Bhugra et al. |
| 8,673,121 | B2 | 3/2014 | Larson et al. |
| 9,225,313 | B2 | 12/2015 | Bradley et al. |
| 9,450,561 | B2 | 9/2016 | Choy et al. |
| 2002/0135270 | A1* | 9/2002 | Ballandras ........ H03H 9/02574 |
| | | | 310/313 R |
| 2002/0190814 | A1 | 12/2002 | Yamada et al. |
| 2003/0052000 | A1 | 3/2003 | Segal |
| 2003/0067369 | A1* | 4/2003 | Nakano .................. H03H 3/08 |
| | | | 333/193 |
| 2003/0155574 | A1 | 8/2003 | Doolittle |
| 2004/0061572 | A1* | 4/2004 | Nakamura ....... H03H 9/02929 |
| | | | 333/133 |
| 2005/0146401 | A1* | 7/2005 | Tilmans ........... H03H 9/02102 |
| | | | 333/187 |
| 2005/0275696 | A1* | 12/2005 | Miyazawa ....... B41J 2/14233 |
| | | | 347/72 |
| 2006/0185139 | A1* | 8/2006 | Larson .............. H03H 9/132 |
| | | | 29/25.35 |
| 2007/0205850 | A1 | 9/2007 | Jamneala et al. |
| 2007/0284971 | A1* | 12/2007 | Sano .................. H03H 9/02094 |
| | | | 310/364 |
| 2008/0165620 | A1* | 7/2008 | Sugiura ................ G01S 15/025 |
| | | | 367/99 |
| 2008/0315762 | A1* | 12/2008 | Hamada ............ C09K 11/7734 |
| | | | 313/509 |
| 2010/0013573 | A1 | 1/2010 | Umeda |

| | | | |
|---|---|---|---|
| 2010/0052815 | A1* | 3/2010 | Bradley .................. H03H 9/583 |
| | | | 333/133 |
| 2010/0327697 | A1 | 12/2010 | Choy et al. |
| 2010/0327994 | A1 | 12/2010 | Choy et al. |
| 2011/0114999 | A1 | 5/2011 | Yamazaki et al. |
| 2011/0121689 | A1 | 5/2011 | Grannen et al. |
| 2011/0180391 | A1 | 7/2011 | Larson et al. |
| 2011/0204997 | A1 | 8/2011 | Elbrecht et al. |
| 2011/0248633 | A1 | 10/2011 | Nauman |
| 2011/0266917 | A1 | 11/2011 | Metzger et al. |
| 2012/0000766 | A1 | 1/2012 | Teshigahara |
| 2012/0050236 | A1 | 3/2012 | Lo et al. |
| 2012/0177816 | A1 | 7/2012 | Larson, III et al. |
| 2012/0293278 | A1* | 11/2012 | Burak .................. H03H 9/1007 |
| | | | 333/189 |
| 2012/0326807 | A1 | 12/2012 | Choy et al. |
| 2013/0127300 | A1 | 5/2013 | Umeda et al. |
| 2014/0132117 | A1 | 5/2014 | Larson |
| 2014/0354109 | A1 | 12/2014 | Grannen |
| 2015/0311046 | A1 | 10/2015 | Yeh et al. |

### OTHER PUBLICATIONS

"Co-pending U.S. Appl. No. 13/161,946, filed Jun. 16, 2011".

Chen, "Fabrication and Characterization of ALN Thin Film Bulk Acoustic Wave Resonator", Dissertation, University of Pittsburgh School of Engineering, 2006.

Martin, et al., "Re-growth of C-Axis Oriented AIN Thin Films", IEEE Ultrasonics Symposium, 2006, 169-172.

Martin, et al., "Shear Mode Coupling and Tilted Gram Growth of AIN Thin Films in BAW Resonators", IEEE Transactions on Ultrasonics, Ferroelectrics, and Frequency Control, vol. 53, No. 7, Jul. 2006, 1339-1343.

Chen, , "Fabrication and Characterization of ALN Thin Film Bulk Acoustic Wave Resonator", *Dissertation, University of Pittsburgh School of Engineering* 2006.

Martin, et al., "Re-growth of C-Axis Oriented AIN Thin Films", *IEEE Ultrasonics Symposium* 2006 , 169-172.

Martin, et al., "Shear Mode Coupling and Tilted Gram Growth of AIN Thin Films in BAW Resonators", *IEEE Transactions on Ultrasonics, Ferroelectrics and Frequency Control*, vol. 53, No. 7 Jul. 2006 , 1339-1343.

Ranjan et al. "Strained Hexagonal ScN: A Material with Unusual Structural and Optical Properties", Physical Review Letters, Jun. 27, 2003 vol. 90, No. 25, The American Physical Society, USA.

Farrer et al., "Properties of hexagonal ScN versus wurtzite GaN and InN," Physical Review B, Nov. 20, 2002 vol. 66, No. 20, The American Physical Society, USA.

Constantin et al., "Composition-dependent structural properties in ScGaN alloy films: A combined experimental and theoretical study," Journal of Applied Physics, Dec. 16, 2005 vol. 98, No. 12, American Institute of Physics, USA.

Akiyama et al., "Enhancement of piezoelectric response in scandium aluminum nitride alloy thin films prepared by dual reactive cosputtering," Advanced Materials, 2009, vol. 21, pp. 593-596, Japan.

Suzuki et al. "Influence of shadowing effect on shear mode acoustic properties in the c-axis tilted AIN films," IEEE Ultrasonics Symposium (IUS), 2010, pp. 1478-1481.

Yanagitani et al. "Giant shear mode electromechanical coupling coefficient k12 in c-axis tilted ScAIN films," IEEE Ultrasonics Symposium (IUS), 2010.

"Ferroelectricity", Wikipedia article [retrieved on Sep. 22, 2016]. Retrieved from the Internet: <https://en.wikipedia.org/wiki/Ferroelectricity>.

Salim, Zaahir, Piezoelectric and ferroelectric materials, published Mar. 6, 2013 [retrieved on Sep. 22, 2016]. Retrieved from the Internet: <http://www.slideshare.net/researcher1234/ferroelectric-and-piezoelectric-materials>.

Hagimura, et al. "Impurity Doping Effect on Electric Field Induced Strains in (Pb, Ba)(Zr, Ti)O3", 1990 IEEE 7th International Symposium on Applications in Ferroelectrics, Jun. 6-8, 1990, p. 185-188 and a 1 page IEEE Xplore abstract.

**US 9,679,765 B2**
Page 3

(56)  **References Cited**

OTHER PUBLICATIONS

Akiyama et al. "Preparation of scandium aluminum nitride thin films by using scandium aluminum alloy sputtering target and design of experiments", Journal of the Ceramic Society of Japan, 118 (12), 2010, p. 1166-1169.

Moreira et al. "Aluminum scandium nitride thin-film bulk acoustic resonators for wide band applications", vol. 86, Issue 1, Jul. 4, 2011, pp. 23-26.

Zhou et al. "Energetics and electron structures of AlN nanotubes/wires and their potential application as ammonia sensors", Nanotechnology 18 (2007) 424023, p. 1-8.

Dubois et al. "Properties of aluminum nitride thin films for piezoelectric transducers and microwave filter applications", Applied Physics Letters, vol. 74. No. 20, May 17, 1999, p. 1-3.

Kabulski et al. "Erbium Alloyed Aluminum Nitride Films for Piezoelectric Applications", Mater. Res. Soc. Symp. Proc. vol. 1129 © 2009 Materials Research Society, p. 1-5.

Pagan, "Aluminum Nitride Deposition/Characterization & PMEMS/SAW Device Simulation/Fabrication", Lane Department of Computer Science and Electrical Engineering, Morgantown, West Virginia, 2009, p. 1-186.

Restriction Requirement mailed Aug. 18, 2015 in co-pending U.S Appl. No. 14/262,785.

Office Action mailed Nov. 5, 2015 in co-pending U.S. Appl. No. 14/262,785.

Office Action mailed Apr. 6, 2016 in co-pending U.S. Appl. No. 14/262,785.

Advisory Action mailed Jun. 13, 2016 in co-pending U.S. Appl. No. 14/262,785.

Office Action mailed Oct. 21, 2016 in co-pending U.S. Appl. No. 14/262,785.

* cited by examiner



*Fig. 1A*



*Fig. 1B*



*Fig. 2A*



*Fig. 2B*



*Fig. 3A*



*Fig. 3B*



*Fig. 4*

Case 1:21-cv-01417-JPM   Document 101-2   Filed 08/30/22   Page 12 of 148 PageID #: 1537



Fig. 5



600

Providing a Substrate — 601

Flowing Hydrogen Over the Substrate — 602

Flowing First Component to Form a Piezoelectric Layer Over a Target — 603

Sputtering the Piezoelectric Material from the Target to the Substrate — 604

*Fig. 6*



*Fig. 7*



*Fig. 8*



Fig. 9A

Fig. 9B

Fig. 9C

Fig. 9D



*Fig. 9E*



*Fig. 9F*



*Fig. 9G*

*Fig. 9H*

*Fig. 9I*



*Fig. 10A*



*Fig. 10B*



*Fig. 10C*



*Fig. 10D*



*Fig. 10E*

*Fig. 10F*



*Fig. 10G*



*Fig. 10H*



*Fig. 10I*



*Fig. 10J*

Case 1:21-cv-01417-JPM   Document 101-2   Filed 08/30/22   Page 22 of 148 PageID #: 1547



*Fig. 11A*

*Fig. 11B*



*Fig. 11C*



*Fig. 11D*



*Fig. 11E*



*Fig. 11F*



*Fig. 11G*



*Fig. 11H*

US 9,679,765 B2

1

# METHOD OF FABRICATING RARE-EARTH DOPED PIEZOELECTRIC MATERIAL WITH VARIOUS AMOUNTS OF DOPANTS AND A SELECTED C-AXIS ORIENTATION

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation-in-part application under 37 C.F.R. §1.53(b) of commonly owned U.S. patent application Ser. No. 12/692,108 to John D. Larson III, et al., entitled "Method of Fabricating a Rare-earth doped piezoelectric material with Selected C-Axis Orientation," and filed on Jan. 22, 2010. The present application is also a continuation-in-part application under 37 C.F.R. §1.53(b) of commonly owned U.S. patent application Ser. No. 13/286, 051 (now U.S. Pat. No. 8,796,904) to Dariusz Burak et al., entitled "Bulk Acoustic Resonator Comprising Piezoelectric Layer and Inverse Piezoelectric Layer," filed on Oct. 31, 2011. The present application is also a continuation-in-part application under 37 C.F.R. §1.53(b) of commonly owned U.S. patent application Ser. No. 13/428,474 (now U.S. Pat. No. 8,673,121) to John D. Larson, III et al., entitled "Method of Fabricating Piezoelectric Materials with Opposite C-Axis Orientations," filed on Mar. 23, 2012. Applicants claim priority under 35 U.S.C. §120 from U.S. patent application Ser. No. 12/692,108, and from U.S. patent application Ser. No. 13/286,051, and from U.S. patent application Ser. No. 13/428,474. The entire disclosure of U.S. patent application Ser. No. 12/692,108 and the entire disclosure of U.S. patent application Ser. No. 13/286,051, and the entire disclosure of U.S. patent application Ser. No. 13/428,474 are specifically incorporated herein by reference.

## BACKGROUND

In many electronic applications, electrical resonators are used. For example, in many wireless communications devices, radio frequency (RF) and microwave frequency resonators are used as filters to improve reception and transmission of signals. Filters typically include inductors and capacitors, and more recently, resonators.

As will be appreciated, it is desirable to reduce the size of components of electronic devices. Many known filter technologies present a barrier to overall system miniaturization. With the need to reduce component size, a class of resonators based on the piezoelectric effect has emerged. In piezoelectric-based resonators, acoustic resonant modes are generated in the rare-earth element doped piezoelectric material. These acoustic waves are converted into electrical waves for use in electrical applications.

One type of piezoelectric resonator is a Bulk Acoustic Wave (BAW) resonator. The BAW resonator includes an acoustic stack comprising, inter alia, a layer of rare-earth element doped piezoelectric material disposed between two electrodes. Acoustic waves achieve resonance across the acoustic stack, with the resonant frequency of the waves being determined by the materials in the acoustic stack. One type of BAW resonator comprises a piezoelectric layer for the rare-earth element doped piezoelectric material provided over a cavity. These resonators are often referred to as Film Bulk Acoustic Resonators (FBAR).

FBARs are similar in principle to bulk acoustic resonators such as quartz, but are scaled down to resonate at GHz frequencies. Because the FBARs have thicknesses on the order of microns and length and width dimensions of

2

hundreds of microns, FBARs beneficially provide a comparatively compact alternative to certain known resonators.

FBARs may comprise a membrane (also referred to as the acoustic stack) disposed over air. Often, such a structure comprises the membrane suspended over a cavity provided in a substrate over which the membrane is suspended. Other FBARs may comprise the membrane formed over an acoustic mirror formed in the substrate. Regardless of whether the membrane is formed over air or over an acoustic mirror, the membrane comprises a piezoelectric layer disposed over a first electrode, and a second electrode disposed over the piezoelectric layer.

The piezoelectric layer comprises a crystalline structure and a polarization axis. Rare-earth element doped piezoelectric materials either compress or expand upon application of a voltage. By convention, a rare-earth element doped piezoelectric material that compresses when a voltage of a certain polarity is applied is referred to as compression-positive $(C_P)$ material, whereas a rare-earth element doped piezoelectric material that expands upon application of the voltage is referred to as a compression-negative $(C_N)$ material. The polarization axis of $C_P$ rare-earth element doped piezoelectric material is antiparallel to the polarization axis of $C_N$ material.

An FBAR is a polarity-dependent device as a result of polarity dependence of the rare-earth element doped piezoelectric material that constitutes part of the FBAR. A voltage of a given polarity applied between the electrodes of the FBAR will cause the thickness of the FBAR to change in a first direction, whereas the same voltage of the opposite polarity will cause the thickness of the FBAR to change in a second direction, opposite the first direction. (The thickness of the FBAR is the dimension of the FBAR between the electrodes.) For example, a voltage of the given polarity will cause the thickness of the FBAR to increase whereas a voltage of the opposite polarity will cause the FBAR to decrease. Similarly, a mechanical stress applied to the FBAR that causes the thickness of the FBAR to change in a first direction will generate a voltage of the given polarity between the electrodes of the FBAR, whereas a mechanical stress that causes the thickness of the FBAR to change in a second direction, opposite the first direction, will generate a voltage of the opposite polarity between the electrodes of the FBAR. As such, a mechanical stress applied to the FBAR that causes the thickness of the FBAR to increase will generate a voltage of the given polarity, whereas a mechanical stress that causes the thickness of the FBAR to decrease will generate a voltage of the opposite polarity.

The piezoelectric layer of an FBAR is often grown over a first electrode and beneath a second electrode. The orientation of the C-axis can be governed by the first layer formed over the first electrode. For example, in growing scandium-doped aluminum nitride (AlScN) with a $C_P$ layer orientation, the formation of a native oxide layer over the first electrode (e.g., Mo) is believed to cause the first layer of the piezoelectric crystal to be Al. Ultimately, the crystalline orientation of the AlScN formed results in the piezoelectric layer's having $C_P$ orientation and its attendant properties. Growth of $C_N$ piezoelectric layers (e.g., AlScN) by known methods has proven to be more difficult. It is believed that nitrogen and oxygen may be adsorbed at the surface of the first electrode, with the forming of a layer of Al over this adsorbed material. As such, rather than forming the desired $C_N$ piezoelectric layer, $C_P$ rare-earth element doped piezoelectric material is formed.

In certain applications, it is desirable to be able to select the orientation of the rare-earth element doped piezoelectric

US 9,679,765 B2

3

material, and to fabricate both $C_P$ rare-earth element doped piezoelectric material and $C_N$ rare-earth element doped piezoelectric material on the same structure. For example, in certain applications it is useful to provide a single-ended input to a differential output. One known resonator structure having a differential output comprises coupled mode resonators. Filters based on coupled mode acoustic resonators are often referred to as coupled resonator filters (CRFs). CRFs have been investigated and implemented to provide improved passband and isolation of the transmit band and receive band of duplexers, for example. One topology for CRFs comprises an upper FBAR and a lower FBAR. The two electrodes of one of the FBARs comprise the differential outputs, and one of the inputs to the lower resonator provides the single-ended input. The second electrode provides the ground for the device. However, while the stacked-FBAR CRF shows promise from the perspective of improved performance and reduced area or footprint due to its vertical nature, in order to attain this structure, the orientation of the compression axes (C-axes) of individual rare-earth element doped piezoelectric materials must be tailored to the application. For example, it may be useful to have one piezoelectric layer with its C-axis (e.g., $C_N$) in one direction, and the second piezoelectric layer to have its crystalline orientation anti-parallel (e.g., $C_P$) to the C-axis of the first piezoelectric layer. Unfortunately, and as alluded to above, using known methods of fabricating piezoelectric layers, it is difficult to select the orientation of the piezo-electric crystal during fabrication, and especially on the same wafer.

In other applications, it may be useful to provide one piezoelectric layer with its C-axis (e.g., $C_p$, "piezoelectric (p) layer") in one direction, and the second piezoelectric layer to have its crystalline orientation anti-parallel (e.g., $C_N$, "inverse-piezoelectric (ip) layer") to the C-axis of the p-layer. Unfortunately, and as alluded to above, using certain known methods of fabricating piezoelectric layers, it is difficult to fabricate a p-layer and ip-layer, especially on the same wafer.

Generally, a bulk acoustic wave (BAW) resonator has a layer of rare-earth element doped piezoelectric material between two conductive plates (electrodes), which may be formed on a thin membrane. The rare-earth element doped piezoelectric material may be a thin layer of various materials, such as scandium-doped aluminum nitride (AlScN), for example. Thin layers made of AlScN are advantageous since they generally maintain piezoelectric properties at high temperatures (e.g., above 400° C.). However, AlScN has a lower piezoelectric coefficient $d_{33}$ than both ZnO and PZT, for example.

An AlScN thin layer may be deposited with various specific crystal structures, including a wurtzite structure with the normal to the film oriented along the (0001), which consists of a hexagonal crystal structure with alternating layers of aluminum (Al) and scandium (Sc), and nitrogen (N), and a zincblende structure, which consists of a symmetric structure of Al, Sc and N atoms, for example. Due to the nature of the Al—N and the Sc—N bonding in the wurtzite structure, electric field polarization is present in the AlScN crystal, resulting in the piezoelectric properties of the AlScN thin layer. To exploit this polarization and the corresponding piezoelectric effect, one must synthesize the AlScN with a specific crystal orientation. Generally, a higher electromechanical coupling coefficient ($kt^2$) is desirable, since the higher the electromechanical coupling coefficient, the less material is required to provide the same piezoelectric effect.

4

What is needed, therefore, is a method of fabricating rare-earth element doped piezoelectric materials that overcomes at least the known shortcomings described above.

BRIEF DESCRIPTION OF THE DRAWINGS

The illustrative embodiments are best understood from the following detailed description when read with the accompanying drawing figures. It is emphasized that the various features are not necessarily drawn to scale. In fact, the dimensions may be arbitrarily increased or decreased for clarity of discussion. Wherever applicable and practical, like reference numerals refer to like elements.

FIG. 1A shows a bulk acoustic wave (BAW) resonator fabricated in accordance with a representative embodiment.

FIG. 1B shows a BAW resonator fabricated in accordance with a representative embodiment.

FIG. 2A shows a BAW resonator fabricated in accordance with a representative embodiment.

FIG. 2B shows a BAW resonator fabricated in accordance with a representative embodiment.

FIG. 3A shows a stacked film bulk acoustic wave resonator (SBAR) fabricated in accordance with a representative embodiment.

FIG. 3B shows an SBAR fabricated in accordance with a representative embodiment.

FIG. 4 shows a simplified schematic diagram of a deposition system in accordance with a representative embodiment.

FIG. 5 shows a flow-chart of a method of fabricating a piezoelectric layer in accordance with a first representative embodiment.

FIG. 6 shows a flow-chart of a method of fabricating a piezoelectric layer in accordance with a second representative embodiment.

FIG. 7 shows a graph of the coupling coefficient versus hydrogen flow rate during the forming of a piezoelectric layer.

FIG. 8 is a cross-sectional view illustrating methods of fabricating piezoelectric layers over a substrate in accordance with representative embodiments.

FIGS. 9A-9I are cross-sectional views illustrating methods of fabricating piezoelectric layers over a substrate in accordance with representative embodiments.

FIGS. 10A-10J are cross-sectional views illustrating methods of fabricating piezoelectric layers over a substrate in accordance with representative embodiments.

FIGS. 11A-11H are cross-sectional views illustrating methods of fabricating piezoelectric layers over a substrate in accordance with representative embodiments.

DEFINED TERMINOLOGY

It is to be understood that the terminology used herein is for purposes of describing particular embodiments only, and is not intended to be limiting. The defined terms are in addition to the technical and scientific meanings of the defined terms as commonly understood and accepted in the technical field of the present teachings.

As used in the specification and appended claims, the terms 'a', 'an' and 'the' include both singular and plural referents, unless the context clearly dictates otherwise. Thus, for example, 'a device' includes one device and plural devices.

As used in the specification and appended claims, and in addition to their ordinary meanings, the terms 'substantial' or 'substantially' mean to with acceptable limits or degree.

US 9,679,765 B2

5

6

For example, 'substantially cancelled' means that one skilled in the art would consider the cancellation to be acceptable.

As used in the specification and the appended claims and in addition to its ordinary meaning, the term 'approximately' means to within an acceptable limit or amount to one having ordinary skill in the art. For example, 'approximately the same' means that one of ordinary skill in the art would consider the items being compared to be the same.

DETAILED DESCRIPTION

In the following detailed description, for purposes of explanation and not limitation, specific details are set forth in order to provide a thorough understanding of illustrative embodiments according to the present teachings. However, it will be apparent to one having ordinary skill in the art having had the benefit of the present disclosure that other embodiments according to the present teachings that depart from the specific details disclosed herein remain within the scope of the appended claims. Moreover, descriptions of well-known apparati and methods may be omitted so as to not obscure the description of the illustrative embodiments. Such methods and apparati are clearly within the scope of the present teachings.

Generally, it is understood that the drawings and the various elements depicted therein are not drawn to scale. Further, relative terms, such as "above," "below," "top," "bottom," "upper" and "lower" are used to describe the various elements' relationships to one another, as illustrated in the accompanying drawings. It is understood that these relative terms are intended to encompass different orientations of the device and/or elements in addition to the orientation depicted in the drawings. For example, if the device were inverted with respect to the view in the drawings, an element described as "above" another element, for example, would now be below that element.

Certain aspects of the present teachings are relevant to components of FBAR devices, FBAR-based filters, their materials and their methods of fabrication. Many details of FBARs, materials thereof and their methods of fabrication may be found in one or more of the following U.S. patents and patent applications: U.S. Pat. No. 6,107,721, to Lakin; U.S. Pat. Nos. 5,587,620, 5,873,153 and 6,507,983 to Ruby, et al.; U.S. patent application Ser. No. 11/443,954, entitled "Piezoelectric Resonator Structures and Electrical Filters" to Richard C. Ruby, et al.; U.S. patent application Ser. No. 10/990,201, entitled "Thin Film Bulk Acoustic Resonator with Mass Loaded Perimeter" to Hongjun Feng, et al.; and U.S. patent application Ser. No. 11/713,726, entitled "Piezoelectric Resonator Structures and Electrical Filters having Frame Elements" to Jamneala, et al.; and U.S. patent application Ser. No. 11/159,753, entitled "Acoustic Resonator Performance Enhancement Using Alternating Frame Structure" to Richard C. Ruby, et al. The disclosures of these patents and patent applications are specifically incorporated herein by reference. It is emphasized that the components, materials and method of fabrication described in these patents and patent applications are representative and other methods of fabrication and materials within the purview of one of ordinary skill in the art are contemplated.

Generally, the present teachings relate to a method of fabricating a piezoelectric layer comprising a selected C-axis orientation (i.e., polarity). In certain embodiments a rare-earth element doped piezoelectric material fabricated according to representative embodiments comprises a $C_N$ polarity (also referred to as type-$C_N$ rare-earth element doped piezoelectric material), whereas another rare-earth element doped piezoelectric material fabricated over the same substrate comprises a $C_P$ polarity (also referred to as type-$C_P$ rare-earth element doped piezoelectric material). In other embodiments, two or more piezoelectric layers are fabricated according to representative embodiments that comprise type $C_N$ polarity. Furthermore, in certain representative embodiments the rare-earth element doped piezoelectric material comprises AlScN, and the dopant material is scandium (Sc). It is emphasized that this is merely illustrative, and that the fabrication of other types of rare-earth element doped piezoelectric materials is contemplated.

Various embodiments relate to providing a thin layer of rare-earth element doped piezoelectric material (piezoelectric layer), such as AlScN, with an enhanced piezoelectric coefficient $d_{33}$ and an enhanced electromechanical coupling coefficient $kt^2$ by incorporating one or more rare-earth elements into the crystal lattice of a portion of the piezoelectric layer. By incorporating specific atomic percentages of the multiple rare-earth elements, the piezoelectric properties of the rare-earth element doped AlN, including piezoelectric coefficient $d_{33}$ and enhanced electromechanical effective coupling coefficient $kt^2$, are improved as compared to entirely stoichiometric (undoped) AlN. Also, presence of the undoped portion of the piezoelectric layer provides mechanical stability, preventing bowing.

In various embodiments, AlN material may be doped with scandium (Sc), for example, creating an AlScN compound with a predetermined atomic percentage of Sc. The Sc atom has an atomic radius that is larger than the atomic radius of the Al atom, resulting in a Sc—N bond length (2.25 Å) that is greater than the Al—N bond length (1.90 Å). This difference in bond lengths causes stress in the resulting AlScN material.

Applications of the illustrative methods will be appreciated by one having ordinary skill in the art. Some of these applications include FBARs useful in transformer applications and FBARs useful in filter applications. For example, the method of fabrication of rare-earth element doped piezoelectric materials comprising antiparallel C-axes (e.g., $C_N$ polarity and $C_P$ polarity) may be useful in the fabrication of film acoustic transformers, such as described in commonly owned U.S. Pat. Nos. 6,987,433 and 7,091,649, to Larson, III, et al. Moreover, the method of fabrication rare-earth element doped piezoelectric materials comprising antiparallel C-axes (e.g., $C_N$ polarity and $C_P$ polarity) or parallel C-axes (e.g., both $C_N$ polarity) may be useful in the fabrication of the stacked thin film bulk acoustic resonators (SBARs). SBARs comprise stacking two or more layers of rare-earth element doped piezoelectric material with electrodes between the piezoelectric layers and on the top and bottom of the stack. Such SBARs are described, for example in commonly owned U.S. Pat. Nos. 5,587,620 and 6,060,818, to Ruby, et al.

Furthermore, the method of fabricating rare-earth element doped piezoelectric materials comprising antiparallel C-axes (e.g., $C_N$ polarity and $C_P$ polarity) or both comprising $C_N$ polarity may be useful in CRF applications, such as described in commonly-owned U.S. patent application Ser. No. 12/201,641 entitled "Single Cavity Acoustic Resonators and Electrical Filters Comprising Single Cavity Acoustic Resonators" filed on Aug. 29, 2008 to Bradley, et al.; and in commonly owned U.S. Pat. No. 7,515,018 to Handtmann, et al. The disclosures of U.S. Pat. Nos. 5,587,620; 6,060,818; 6,987,433; 7,091,649 and 7,515,018; and the disclosure of U.S. patent application Ser. No. 12/201,641 are specifically incorporated herein by reference. It is emphasized that the

US 9,679,765 B2

7

noted applications are intended merely to illustrate applications of the methods of the present teachings, and that the application of the methods of fabricating rare-earth element doped piezoelectric materials of the present teachings are not limited to these illustrative applications.

FIG. 1A shows a simplified cross-sectional view of an FBAR 100 in accordance with a representative embodiment. An acoustic stack 102 is provided over a substrate 101 and comprises a first electrode 103 disposed over the substrate 101; a piezoelectric layer 104 disposed over the first electrode 103; and a second electrode 105 disposed over the piezoelectric layer 104. The piezoelectric layer 104 is a type-$C_N$ rare-earth element doped piezoelectric material, and is illustratively type-$C_N$ aluminum nitride (AlN). The substrate 101 illustratively comprises single-crystal silicon (Si).

In accordance with representative embodiments, the piezoelectric layer 104 is doped with a particular atomic percent of a rare-earth element. In certain embodiments, the doped piezoelectric material in the piezoelectric layer 104 comprises doped AlN, and a number of Al atoms within the AlN crystal lattice are replaced with a rare-earth element at a predetermined percentage, referred to as a "doping element." Because the doping elements replace only Al atoms (e.g., of an Al target), the percentage of nitrogen atoms in the piezoelectric material remains substantially the same regardless of the amount of doping. When percentages of doping elements are discussed herein, it is in reference to the total atoms (including nitrogen) of the AlN piezoelectric material, and is referred to herein as "atomic percentage." In accordance with certain representative embodiments, the atomic percentage of scandium in an aluminum nitride layer is approximately 0.5% to less than approximately 10.0%. More generally, the atomic percentage of scandium in an aluminum nitride layer is approximately 0.5% to approximately 44% in certain embodiments. In yet other representative embodiments, the atomic percentage of scandium in an aluminum nitride layer is approximately 2.5% to less than approximately 5.0%. So, for example, as described more fully below, if one of the Al targets used in the method of fabricating the piezoelectric layer 104 contains approximately 5 percent Sc, then the Al in the piezoelectric layer 104 has an atomic percentage of approximately 95.0%, while the Sc has an atomic percentage of approximately 5.0%. The atomic consistency of the piezoelectric layer 104 may then be represented as $Al_{0.9}Sc_{0.05}N$.

While many of the representative embodiments relate to scandium-doped AlN, it is noted that other rare-earth dopants are contemplated. Specifically, the other rare-earth elements include yttrium (Y), lanthanum (La), cerium (Ce), praseodymium (Pr), neodymium (Nd), promethium (Pm), samarium (Sm), europium (Eu), gadolinium (Gd), terbium (Tb), dysprosium (Dy), holmium (Ho), erbium (Er), thulium (Tm), ytterbium (Yb) and lutetium (Lu), as known by one of ordinary skill in the art. The various embodiments contemplate incorporation of any one or more rare-earth elements, although specific examples are discussed herein.

A cavity 106 is formed in the substrate 101 beneath the first electrode 103 by a known method. The first electrode 103 and the second electrode 105 may be one of a variety of conductive materials, such as metals suitable as electrodes in BAW applications. Generally, materials suitable for the first electrode 103 and the second electrode 105 comprise Refractory metals, Transition metals or Noble Metals. In specific embodiments, the first and second electrodes 103, 105 illustratively comprise one or more of molybdenum (Mo), aluminum (Al), tungsten (W), platinum (Pt), ruthenium (Ru), niobium (Nb), hafnium (Hf) and uranium-238

8

(U-238), or other low-loss metals, and are fabricated using a known method. The piezoelectric layer 104 is fabricated in accordance with the present teachings.

In a representative embodiment, the FBAR 100 comprises a seed layer 108 disposed over an upper surface 107 of the first electrode 103. As described more fully below, the seed layer 108 is illustratively Al or Al—Sc and fosters growth of rare-earth element doped piezoelectric layer 104 of type-$C_N$ AlN. In a representative embodiment, the seed layer 108 has a thickness in the range of approximately 50 Å to approximately 1000 Å over the upper surface 107. In other representative embodiments described below, the seed layer 108 is not provided over the first electrode 103. Rather, the type-$C_N$ piezoelectric layer 104 is formed over the upper surface 107 of the first electrode 103 by methods of representative embodiments.

FIG. 1B shows a simplified cross-sectional view of BAW resonator 109 (alternatively referred to as FBAR 109 herein) in accordance with another representative embodiment. The acoustic stack 102 is provided over the substrate 101 and comprises the first electrode 103 disposed over the substrate 101; the piezoelectric layer 104 disposed over the first electrode 103; and the second electrode 105 disposed over the piezoelectric layer 104. The substrate 101 illustratively comprises single-crystal silicon (Si), and comprises an acoustic isolator 110 formed therein and disposed beneath the first electrode 103. The acoustic isolator 110 may be a known acoustic mirror comprising layers of alternating high acoustic impedance material and low impedance material. Notably, BAW resonators comprising an acoustic mirror comprising layers of alternating high acoustic impedance material and low impedance material are known as surface mounted acoustic resonators (SMRs). The piezoelectric layer 104 illustratively comprises AlN, and is a type-$C_N$ material fabricated in accordance with the present teachings.

In a representative embodiment, the BAW resonator 109 comprises the seed layer 108 disposed over an upper surface 107 of the first electrode 103. The seed layer 108 has a thickness in the range of approximately 50 Å to approximately 1000 Å over the upper surface 107. In other representative embodiments described below, the seed layer 108 is not provided over the first electrode 103. Rather, the type-$C_N$ piezoelectric layer 104 is formed over the upper surface 107 of the first electrode 103 by methods of representative embodiments.

FIG. 2A shows a simplified cross-sectional view of an FBAR 200 in accordance with a representative embodiment. The acoustic stack 102 is provided over the substrate 101 and comprises the first electrode 103 disposed over the substrate 101; the piezoelectric layer 104 disposed over the first electrode 103; and the second electrode 105 disposed over the piezoelectric layer 104. The piezoelectric layer 104 is a type-$C_N$ rare-earth element doped piezoelectric material, and is illustratively type-$C_N$ aluminum nitride (AlN). The substrate 101 illustratively comprises single-crystal silicon (Si).

The cavity 106 is formed in the substrate 101 beneath the first electrode 103 by a known method. The first electrode 103 and the second electrode 105 may be one of a variety of conductive materials as noted above, and are fabricated using a known method. The piezoelectric layer 104 is fabricated in accordance with the present teachings.

In a representative embodiment, and unlike the FBAR 100, FBAR 200 does not comprise the seed layer 108 over the upper surface 107 of the first electrode 103. Rather, the type-$C_N$ piezoelectric layer 104 is formed over the upper

US 9,679,765 B2

9

surface 107 of the first electrode 103 by methods of representative embodiments described below.

FIG. 2B shows a simplified cross-sectional view of a BAW resonator 201 (alternatively referred to as FBAR 201, herein) in accordance with a representative embodiment. The acoustic stack 102 is provided over the substrate 101 and comprises the first electrode 103 disposed over the substrate 101; the piezoelectric layer 104 disposed over the first electrode 103; and the second electrode 105 disposed over the piezoelectric layer 104. The substrate 101 illustratively comprises single-crystal silicon (Si), and comprises the acoustic isolator 110 formed therein and disposed beneath the first electrode 103. The acoustic isolator 110 may be a known acoustic mirror comprising layers of alternating high acoustic impedance material and low impedance material. The first electrode 103 and the second electrode 105 may be one of a variety of conductive materials as noted above, and are fabricated using a known method. The piezoelectric layer 104 is fabricated in accordance with the present teachings.

In a representative embodiment, and unlike FBAR 109 shown in FIG. 1B, the FBAR 201 does not comprise the seed layer 108 over the first electrode 103. Rather, the type-$C_N$ piezoelectric layer 104 is formed over the upper surface 107 of the first electrode 103 by methods of representative embodiments described below.

FIG. 3A shows a simplified cross-sectional view of an SBAR 300 in accordance with a representative embodiment. The SBAR 300 comprises a single cavity such as described in commonly-owned U.S. patent application Ser. No. 12/201,641 to Bradley, et al. The SBAR 300 comprises a first electrode 303 disposed over a substrate 301; a first piezoelectric layer 304 disposed over the first electrode 303; and a second electrode 305 disposed over the first piezoelectric layer 304. In the representative embodiment, the first piezoelectric layer 304 is a type-$C_N$ rare-earth element doped piezoelectric material, and is illustratively type-$C_N$ aluminum nitride (AlN). The substrate 301 illustratively comprises single-crystal silicon (Si).

A second piezoelectric layer 311 is disposed over the second electrode 305; and a third electrode 312 is disposed over the second piezoelectric layer 311. The second piezoelectric layer 311 is a type-$C_N$ rare-earth element doped piezoelectric material, and is illustratively type-$C_N$ aluminum nitride (AlN). A cavity 306 is formed in the substrate 301 beneath the first electrode 303 by a known method. The cavity 306 provides acoustic isolation as described above. Alternatively, an acoustic isolator (not shown in FIG. 3A) such as described above and comprising alternating layers of comparatively high and low acoustic impedance may be used instead of the cavity 306.

The first electrode 303, the second electrode 305 and the third electrode 312 may be one of a variety of conductive materials, such as metals suitable as electrodes in BAW applications. Generally, materials suitable for the first electrode 103 and the second electrode 105 comprise Refractory metals, Transition metals or Noble Metals. In specific embodiments, the first and second electrodes 103, 105 illustratively comprise one or more of molybdenum (Mo), aluminum (Al), tungsten (W), platinum (Pt), ruthenium (Ru), niobium (Nb), hafnium (Hf) and uranium-238 (U-238), or other low-loss metals, and are fabricated using a known method. The piezoelectric layer 104 is fabricated in accordance with the present teachings.

In a representative embodiment, the SBAR 300 comprises a first seed layer 308 disposed over an upper surface 307 of the first electrode 303; and a second seed layer 310 disposed

10

over an upper surface 309 of the second electrode 305. As described more fully below, the first and second seed layers 308, 310 are illustratively Al and foster growth of the first and second piezoelectric layers 304, 311 both of type-$C_N$ AlN. In a representative embodiment, the first and second seed layers 308, 310 each have a thickness in the range of approximately 50 Å to approximately 1000 Å.

It is appreciated that the SBAR 300 of the representative embodiment comprises an acoustic stack comprising more than one type $C_N$ piezoelectric layer. It is emphasized that other BAW resonator structures comprising an acoustic stack comprising more than one type $C_N$ piezoelectric layer are contemplated. For example, decoupled stacked acoustic resonators comprising more than one FBAR with an acoustic decoupler disposed therebetween are contemplated. In such an embodiment, each of the FBARs would include a type $C_N$ piezoelectric layer fabricated in accordance with the present teachings. The present teachings contemplate forming the piezoelectric layers with $C_N$ axes by providing a seed layer over a surface of respective electrodes and forming the respective piezoelectric layer thereover.

Furthermore, in certain BAW structures comprising an acoustic resonator comprising more than one piezoelectric layer, it is desirable to provide piezoelectric layers comprising anti-parallel C-axes (e.g., one type $C_N$ piezoelectric layer, and one type $C_P$ piezoelectric layer). The present teachings also contemplate forming the piezoelectric layers with $C_N$ axes by providing a seed layer over the surface of an electrode, forming the type $C_N$ piezoelectric layer over the seed layer and forming a type $C_P$ piezoelectric layer over another electrode. The type $C_P$ piezoelectric layer is formed using a known method.

FIG. 3B shows a simplified cross-sectional view of a SBAR 302 in accordance with a representative embodiment. The SBAR 302 comprises a single cavity such as described in commonly-owned U.S. patent application Ser. No. 12/201,641 to Bradley, et al. The SBAR 302 comprises first electrode 303 disposed over substrate 301; first piezoelectric layer 304 disposed over the first electrode 303; and second electrode 305 disposed over the first piezoelectric layer 304. In a representative embodiment, the first piezoelectric layer 304 is a type-$C_N$ rare-earth element doped piezoelectric material, and is illustratively type-$C_N$ aluminum nitride (AlN). The substrate 301 illustratively comprises single-crystal silicon (Si).

The second piezoelectric layer 311 is disposed over the second electrode 305; and the third electrode 312 is disposed over the second piezoelectric layer 311. The second piezoelectric layer 311 is a type-$C_N$ rare-earth element doped piezoelectric material, and is illustratively type-$C_N$ aluminum nitride (AlN). Cavity 306 is formed in the substrate 301 beneath the first electrode 303 by a known method. The cavity 306 provides acoustic isolation as described above. Alternatively, an acoustic isolator (not shown in FIG. 3B) such as described above and comprising alternating layers of comparatively high and low acoustic impedance may be used instead of the cavity 306.

The first electrode 303, the second electrode 305 and the third electrode 312 may be one of a variety of conductive materials, such as metals suitable as electrodes in BAW applications. Generally, materials suitable for the first electrode 103 and the second electrode 105 comprise Refractory metals, Transition metals or Noble Metals. In specific embodiments, the first and second electrodes 103, 105 illustratively comprise one or more of molybdenum (Mo), aluminum (Al), tungsten (W), platinum (Pt), ruthenium (Ru), niobium (Nb), hafnium (Hf) and uranium-238

US 9,679,765 B2

11

(U-238), or other low-loss metals, and are fabricated using a known method. The piezoelectric layer 104 is fabricated in accordance with the present teachings.

In a representative embodiment, and unlike SBAR 300 shown in FIG. 3A, the SBAR 302 does not comprise either the first seed layer 308 over an upper surface 307 of the first electrode 303, or the second seed layer 310 disposed over an upper surface 309 of the second electrode 305. Rather, (the type-$C_N$) first and second piezoelectric layers 304, 311 are formed over upper surface 307 and 309 of the first electrode 303 and the second electrode 305, respectively, by methods of representative embodiments described below.

It is appreciated that the SBAR 302 of the representative embodiment comprises an acoustic stack comprising more than one piezoelectric layer having a $C_N$ axis. It is emphasized that other BAW resonator structures comprising an acoustic stack comprising more than one type $C_N$ piezoelectric layer are contemplated. For example, decoupled stacked acoustic resonators comprising more than one FBAR with an acoustic decoupler disposed there between are contemplated. In such an embodiment, each of the FBARs would include a type $C_N$ piezoelectric layer fabricated in accordance with the present teachings. The present teachings contemplate forming the type $C_N$ piezoelectric layers over a surface of respective electrodes. Furthermore, in certain BAW structures comprising an acoustic resonator comprising more than one piezoelectric layer, it is desirable to provide piezoelectric layers comprising anti-parallel C-axes (e.g., one type $C_N$ piezoelectric layer, and one type $C_p$ piezoelectric layer). The present teachings also contemplate forming the piezoelectric layers with $C_N$ axes and forming a type $C_P$ piezoelectric layer over another electrode. The type $C_P$ piezoelectric layer is formed using a known method.

FIG. 4 shows a simplified schematic diagram of a deposition system 400 in accordance with a representative embodiment. The deposition system 400 comprises components commercially available from Advanced Modular Systems, Inc. of Santa Barbara, Calif. USA, for example. In representative embodiments, the deposition system 400 is a sputter deposition system, many of the components and dynamics of which are known to one of ordinary skill in the art. Because many details of the deposition system 400 and sputtering techniques are known, many details are not provided to avoid obscuring the description of the representative embodiments.

The deposition system 400 comprises a reaction chamber 401, which is maintained substantially at vacuum during fabrication of rare-earth element doped piezoelectric materials of the representative embodiments. The deposition system 400 also comprises gas inlets 403, 404, 405 as inputs to a flow control system 402, which controls the flow of selected gases provided to the gas inlets 403, 404, 405 and the flow rates of the gases provided. A load and lock chamber 413 is provided to allow for the loading of wafers and then transferring them to a reaction chamber 401 without breaking vacuum. The flow control system 402 comprises valves (not shown) for selecting the gases to be flowed into the reaction chamber 401, flow controllers (not shown) to measure and control the flow rates thereof, and a controller (not shown) comprising suitable software for controlling the valves. Moreover, the deposition system 400 may comprise an exhaust outlet 412, which has a constant pumping speed, and control of the total pressure in the reaction chamber 401 is provided by the changing of gas flow by each flow controller independently or together.

The flow control system 402 may comprise an interface (not shown), such as a graphic user interface (not shown).

12

The deposition system 400 also comprises gas outlets 406, 407, 408, from the flow control system 402. Gas from the gas outlets 406, 407, 408 is provided to the reaction chamber 401. Notably, the use of mixed gases (e.g., Ar and $H_2$) from a single source is also contemplated. As described more fully below, these gases form atmospheres used in cleaning and sputter depositing materials 411 from first target 409 and second target 410 over the substrate 101 according to representative embodiments.

In forming a rare-earth element doped piezoelectric material for the piezoelectric layer 104, a combined aluminum and scandium target may be used. Notably, therefore, in one representative embodiment, both the first and second targets 409, 410 are alloys of aluminum and scandium having selected percentages of aluminum and scandium to achieve a desired atomic percentage scandium doping in the doped piezoelectric material of piezoelectric layer 104. In accordance with a representative embodiment, the first and second targets 409, 410 are arranged concentrically and are spaced apart. AC power is selectively applied to sputter a seed layer 108 comprising a metal (e.g., Al—Sc seed layer) over the upper surface 107 of the first electrode 10. During the forming of the seed layer 108, Ar is flowed to one of the gas inlets 403, 404, 405 and from one of the gas outlets 406, 407; and no other gases are flowed from the other gas outlet 406, 407. As a result, in the presently described representative embodiments to form Sc-doped AlN, Ar plasma created in the reaction chamber 401 results in the sputter deposition of a substantially Al—Sc seed layer 108 from the first and second targets 409, 410 over the upper surface 107 of the first electrode 103. Notably, the longer AC power is applied to the first and second targets, the thicker the seed layer 108 that is formed.

In the presently described embodiment, where both the first and second targets 409, 410 are an alloy of aluminum and scandium, the proportions of Al and Sc in the target are selected to provide a scandium-doped aluminum nitride piezoelectric layer having an atomic percentage selected to achieve a desired atomic percentage doping in the doped piezoelectric material of piezoelectric layer 104. In certain representative embodiments where the first and second targets 409, 410 are arranged concentrically, it is observed that the scandium from the inner concentric target (e.g., first target 409) is sputtered in a cone-like fashion from the inner target. This results in an uneven deposition of scandium over the upper surface 107 of the first electrode 103, with an increasing atomic percentage of scandium being sputtered towards the outer edges (e.g., greater atomic percentage with increasing radius of sputtered material over the upper surface 107). As such, given the sputtering pattern realized by this illustrative method, in order to more evenly distribute the sputtered scandium, the outer concentric target (e.g., second target 410) comprises an alloy of Al—Sc with a smaller atomic percentage of scandium than that of the inner concentric target (e.g., first target 409). So, by way of illustrative example, if an atomic percentage of 9.0% scandium is desired in the doped piezoelectric material of piezoelectric layer 104, the inner concentric target (e.g., first target 409) comprises an Al—Sc alloy having an atomic percentage of scandium of approximately 9%, whereas the outer concentric target (e.g., second target 410) comprises an Al—Sc alloy having an atomic percentage of scandium of approximately 4% to approximately 5%. This will provide a doped piezoelectric material in the piezoelectric layer 104 having an atomic consistency of $Al_{0.91}Sc_{0.09}N$. Again, this is merely an illustrative dopant and an illustrative atomic percentage of dopant in the piezoelectric layer. More gen-

US 9,679,765 B2

13

erally, the atomic percentage of rare-earth element (e.g., Sc) in the inner target (e.g., first target 409) is approximately equal to the desired resultant atomic percentage of dopant in the result piezoelectric material and the outer target (e.g., second target 419) is normally approximately 3 atomic percent to approximately 5 atomic percent less rare-earth element than the atomic percentage of rare-earth element in the inner target.

In accordance with another representative embodiment, one of the first and second targets 409, 410, comprises an alloy aluminum and scandium and the other target comprises only aluminum. In this embodiment, the target comprising the alloy has selected percentages of aluminum and scandium to achieve a desired atomic percentage scandium doping in the doped piezoelectric material of piezoelectric layer 104. In accordance with a representative embodiment, the first and second targets are arranged concentrically and are spaced apart. AC power is selectively applied to the all aluminum target, whereas the alloy target is initially grounded or has no voltage supplied relative to ground. The application of AC power to the all aluminum target sputters a seed layer 108 comprising Al over the upper surface 107 of the first electrode 103. During the forming of the seed layer 108, Ar is flowed to one of the gas inlets 403, 404, 405 and from one of the gas outlets 406, 407; and no other gases are flowed from the other gas outlet 406, 407. As a result, in the presently described representative embodiments to form Sc-doped AlN, Ar plasma created in the reaction chamber 401 results in the sputter deposition of a substantially Al seed layer 108 from the first or second target 409, 410 comprising only aluminum over the upper surface 107 of the first electrode 103. Notably, the longer AC power is applied to the all aluminum target, the thicker the seed layer 108 that is formed.

In the presently described embodiment, where one of the first and second targets 409, 410 are an alloy of aluminum and scandium, the proportions of Al and Sc in the alloy target are selected to provide a scandium-doped aluminum nitride piezoelectric layer having an atomic percentage selected to achieve a desired atomic percentage doping in the doped piezoelectric material of piezoelectric layer 104. So, by way of illustrative example, if an atomic percentage of 5.0% scandium is desired in the doped piezoelectric material of piezoelectric layer 104, the inner concentric target (e.g., first target 409) comprises an Al—Sc alloy having an atomic percentage of scandium of approximately 5%. This will provide a doped piezoelectric material in the piezoelectric layer 104 having an atomic consistency of $Al_{0.95}Sc_{0.05}N$. Again, this is merely an illustrative dopant and an illustrative atomic percentage of dopant in the piezoelectric layer.

The basic principle of providing one or both of the first and second targets 409, 410 having an alloy of a desired rare-earth element at a desired atomic percentage can be applied to other rare-earth elements having other desired atomic percentages of the desired dopant. Notably, in accordance with certain representative embodiments, the dopant is scandium and the doped piezoelectric material of piezoelectric layer 104 is aluminum nitride where the atomic percentage of scandium in an aluminum nitride layer (piezoelectric layer 104) is approximately 0.5% to less than approximately 10.0%. As such, fabricating such a doped piezoelectric layer comprises providing one or both of the first and second targets 409, 410 comprising an alloy of Al—Sc where the atomic percentage of scandium in first and/or second target 409, 410 is selected to provide an atomic percentage of scandium doping in an aluminum

14

nitride layer of approximately 0.5% to less than approximately 10.0%. More generally, the atomic percentage of scandium in an aluminum nitride layer is approximately 0.5% to approximately 40% in certain embodiments. In yet other representative embodiments, the atomic percentage of scandium in an aluminum nitride layer is approximately 2.5% to less than approximately 5.0%.

As described in connection with representative embodiments below, the gas inlets 403, 404, 405 may selectively provide argon (Ar), nitrogen (N) or hydrogen (H), respectively, or a combination thereof. The gas outlets 406, 407, 408 provide a mixture of these gases as to the reaction chamber 401. For example, in forming an Al—Sc seed layer (e.g., seed layer 108), Ar plasma may be formed by the outlet of Ar gas from one of the gas outlets 406, 407 in the reaction chamber 401, and results in sputter deposition of seed layer 108 of Al—Sc from the first and second targets 409, 410 that comprise Al—Sc over the first electrode 103. After the forming of the seed layer 108, the growth of type-$C_N$ piezoelectric layer (e.g., piezoelectric layer 104) is provided by selectively sputtering the first and second targets 409, 410 in an Ar/$N_2$ atmosphere, from gas outlets 406, 407.

Alternatively, in forming an Al seed layer (e.g., seed layer 108), Ar plasma may be formed by the outlet of Ar gas from one of the gas outlets 406, 407 in the reaction chamber 401, and results in sputter deposition of seed layer 108 of Al from one of the first and second Al targets 409, 410 that comprises only aluminum over the first electrode 103. After the forming of the seed layer 108, the growth of a type-$C_N$ piezoelectric layer (e.g., piezoelectric layer 104) is provided by selectively sputtering the first and second targets 409,410 in an Ar/$N_2$ atmosphere, from gas outlets 406, 407.

In another exemplary method where no seed layer is provided, hydrogen ($H_2$) is provided from one of the gas outlets 406, 407 to provide a hydrogen atmosphere useful in removing contaminants on the upper surface 107. The contaminants could include metal oxides, gases such as $H_2O$, $N_2$ or $O_2$ on the upper surface 107, as well as processing residues such as photoresist. After the cleaning step in the hydrogen atmosphere, the growth of type-$C_N$ piezoelectric layer (e.g., piezoelectric layer 104) is provided by selectively sputtering the first and second targets 409, 410 (e.g., Al) in an Ar/$N_2$/$H_2$ atmosphere, from gas outlets 406, 407, 408 or by a pre-mixed source of Ar/H2, and a nitrogen source.

Turning to FIG. 5, a method 500 of fabricating a piezoelectric layer in accordance with a representative embodiment is shown in a simplified flow-chart. The method 500 is described with direct reference to the components of FIGS. 1A, 1B and the deposition system 400 of FIG. 4 for illustrative purposes. Fabrication of other FBAR structures, such as SBAR 300, using the method 500, is also contemplated. As will become clearer as the present description continues, the method 500 provides a seed layer 108 over the first electrode 103 in the formation of type-$C_N$ piezoelectric layer 104. As alluded to above, the method 500 may be used to provide the first seed layer 308 over the first electrode 303 and the second seed layer 310 over the second electrode 305 of the SBAR 300 by repeating the process after forming the intervening layer(s) of the SBAR 300.

At 501, the method comprises forming a first electrode over a substrate. Illustratively, the first electrode 103 is formed over the substrate 101. For purposes of description of the method 500, the first electrode 103 is formed by sputter-depositing the selected conductive material over the substrate 101 by a known method, although other methods of forming the first electrode are contemplated. Notably, the

15
16

formation of the cavity 106 in the substrate 101 may be carried out before fabrication of the acoustic stack 102 of the FBAR 100, with the cavity 106 filled with a sacrificial material (not shown) such as phosphosilicate glass (PSG) or other release processes such as polysilicon and xenon difluoride etchant, known to one of ordinary skill in the art, during the fabrication of layers of the acoustic stack 102; and released after the forming of the layers of the acoustic stack 102. Alternatively, the acoustic isolator 110 is formed in the substrate 101 before forming of the first electrode 103 of the FBAR 109.

The fabrication of the piezoelectric layer 104 begins with cleaning the upper surface 107 of the first electrode 103 before the forming of the piezoelectric layer 104. In a representative embodiment, this cleaning step comprises flowing only Ar to one of the gas inlets 403, 404, 405 and to one of the gas outlets 406, 407 to provide an Ar atmosphere in the reaction chamber 401. An RF bias is applied to the first electrode 103 and the reaction chamber 401 is maintained at ground, so that the first electrode 103 functions as a cathode. An Ar plasma is formed in the reaction chamber 401 and bombards the upper surface 107 of the first electrode 103. Illustratively, the RF power is provided in the range of approximately 15 W to approximately 1 kW, and the Ar bombardment of the upper surface 107 of the first electrode is maintained for a few seconds to a few minutes to ensure proper removal of contaminants. Notably, during this cleaning step, no voltage is applied to the first and second targets 409, 410.

It is believed that the comparatively high kinetic energy of the Ar ions provides suitable bombardment of the upper surface 107 to remove substantially therefrom contaminants such as adsorbed water, adsorbed oxide, adsorbed nitrides and native oxides formed on materials commonly used in the fabrication of the first electrode 103. By substantially removing contaminants from the upper surface 107, the formation of a comparatively pure and electropositive seed layer 108 (comprising Al or AlSc) is fostered. Thereafter, a type-$C_N$ AlN piezoelectric layer may be formed by deposition of AlN over the seed layer 108 as described above. Furthermore, in an embodiment where the first electrode 103 comprises Pt, by this cleaning step in the Ar atmosphere, it is believed that contaminants such as adsorbed water, adsorbed oxides and adsorbed nitrides are removed from the Pt, which does not readily form native oxides.

At 502, the method 500 comprises forming the seed layer 108 over the upper surface 107 of the first electrode 103. In a representative embodiment, at this point the RF power to the first electrode 103 is terminated, and AC power is applied. In an embodiment where both the first and second targets 409, 410 comprise an Al—Sc alloy, the AC power is applied between the first and second targets 409, 410 and an Al—Sc (all metal) seed layer is formed.

Illustratively, in the presently described embodiment, AlN is the rare-earth element doped piezoelectric material, and first and second targets 409, 410 comprise an Al—Sc alloy. Al—Sc is sputtered selectively from the first and second targets 409, 410 during the negative potential half-cycle of AC power applied to the selected one of the first and second targets 409, 410. This provides seed layer 108 over the upper surface 107 of the first electrode 103. During the forming of the seed layer 108, Ar is flowed to one of the gas inlets 403, 404, 405 and from one of the gas outlets 406, 407; and no other gases are flowed from the other gas outlet 406, 407. As a result, Ar plasma created in the reaction chamber 401 results in the sputter deposition of an Al—Sc seed layer from the first or second target 409, 410 and over the upper surface

107 of the first electrode 103. Notably, the longer AC power is applied between the first and second targets, the thicker the Al—Sc seed layer 108 that is formed.

In another embodiment one of the first and second targets 409, 410 is pure aluminum, and AC power is applied to the all-aluminum target and the Al—Sc alloy target is initially grounded or has no voltage supplied relative to ground. This results in sputtering of a purely Al seed layer from the first or second targets 409, 410 comprising pure aluminum

Illustratively, AlN is the rare-earth element doped piezoelectric material, and one of the first and second targets 409, 410 comprise an Al—Sc alloy, whereas the other of the first and second targets comprises Al. Aluminum is sputtered from the one first and second targets 409, 410 having only Al during the negative potential half-cycle of AC power applied to the selected one of the first and second targets 409, 410 having only Al and provides seed layer 108 over the upper surface 107 of the first electrode 103. During the forming of the seed layer 108, Ar is flowed to one of the gas inlets 403, 404, 405 and from one of the gas outlets 406, 407; and no other gases are flowed from the other gas outlet 406, 407. As a result, Ar plasma created in the reaction chamber 401 results in the sputter deposition of a substantially pure aluminum seed layer from the first or second target 409, 410 comprising only aluminum and over the upper surface 107 of the first electrode 103. Notably, the longer AC power is applied to the pure aluminum target (i.e., the first or second targets 409, 410 that is all aluminum), the thicker the seed layer 108 that is formed.

At 503, and after the seed layer 108 is formed, the method 500 comprises flowing a first component of the piezoelectric layer and sputtering the piezoelectric layer 104 over the substrate 101. In a representative embodiment used to form AlN doped with a rare-earth element, the first component comprises nitrogen ($N_2$) gas. The flowing of nitrogen into the reaction chamber 401 comprises providing nitrogen to one of the gas inlets 403, 404, 405 and from one of the gas outlets 406, 407, 408, while continuing the flow of Ar to another of the gas inlets 403, 404, 405 and from the other of the gas outlets 406, 407, 408. During the flowing of nitrogen, AC power is supplied between the first and second target 409, 410, and the rare-earth element doped piezoelectric material is formed over the surface to the first or second target 409, 410, which comprises an alloy of the rare-earth element and the second component of the piezoelectric layer 104. In a representative embodiment, the AC power has a frequency in the range of approximately 20 kHz to approximately 100 kHz, and power in the range of approximately 1 kW to approximately 7 kW. Illustratively, the AC power is 7 kW and has a frequency of 40 kHz.

The Ar/$N_2$ plasma is maintained, and is believed to sputter the rare-earth element doped piezoelectric material (e.g., AlScN) from the first and/or second targets 409, 410 to the seed layer 108 in a preferred orientation to provide type $C_N$ AlN over the seed layer 108. Beneficially, the depositing of the piezoelectric layer 104 in the portion of the method is effected without breaking vacuum conditions in the deposition system 400, and comparatively rapidly after completion of the forming of the seed layer 108. Maintaining vacuum and relatively rapidly beginning the deposition of the piezoelectric layer 104 is believed to substantially prevent adsorption of oxides and nitrides or the formation of other contaminants over the exposed surface(s) of the seed layer 108.

It is believed that because the Al seed layer 108 is comparatively free from contaminants due to the cleaning step in Ar, a substantially electropositive surface of Al is formed over the upper surface 107 of the first electrode 103.

US 9,679,765 B2

17

The Al seed layer **108** is comparatively highly reactive, and attracts nitrogen of the sputtered rare-earth doped piezoelectric material (e.g., AlScN). As such, in the present example, it is believed that AlScN is oriented with the nitrogen bonded to the electropositive seed layer of aluminum, and the aluminum of the AlScN not being bonded is exposed (i.e., in a structure: seed layer-NAl). Sputtered AlN is then bonded to the exposed aluminum, with the nitrogen bonded to the exposed aluminum (i.e., in a structure: seed layer-N-AL-N-AL with substituted Sc per the desired stoichiometry). This sequence results in the forming of the crystal structure of type-$C_N$ AlScN rare-earth element doped piezoelectric material, and continues until a suitable thickness of the type-$C_N$ AlScN (e.g., piezoelectric layer **104**) is realized. In one embodiment, the AlScN layer has a thickness of approximately 12,000 Å.

The flow rates of Ar and $N_2$ are set to control the stress of the resultant AlScN. Notably, a higher flow rate of Ar results in tensile stress in the AlScN; a lower flow rate of Ar results in compressive stress in the AlScN. Similarly, a higher flow rate of $N_2$ results in tensile stress in the AlScN; and a lower flow rate of $N_2$ results in compressive stress in the AlScN. In representative embodiments, the flow rate of Ar is in the range of approximately 6 sccm to approximately 25 sccm, and the flow rate of $N_2$ is in the range of approximately 39 sccm to approximately 50 sccm. Notably, the flow rates are merely illustrative. More generally, the flow rates are adjusted according to the volume of the deposition chamber, the speed of the pumps and other parameters as would be appreciated by one of ordinary skill in the art.

After the piezoelectric layer **104** is formed, the second electrode **105** is formed over the piezoelectric layer **104**. The second electrode **105** comprises a metal that is sputter-deposited over the piezoelectric layer **104** by a known method. Illustratively, the second electrode **105** comprises the same material as the first electrode **103**. Notably, different materials may be used for the electrodes as may be beneficial to the FBAR (BAW resonator) **100**.

After the forming of the second electrode **105**, the release of the sacrificial material to form the cavity **106** is carried out using a suitable etchant such as HF. As should be appreciated, if unprotected the seed layer **108** may be etched by the etchant as well. In order to prevent this from significantly deteriorating the seed layer **108**, a protective layer (not shown) is provided over and/or around the acoustic stack **102** comprising the first electrode **103**, the seed layer **108**, the piezoelectric layer **104** and the second electrode **105**. The protective layer may comprise a metal 'dam' formed from the same metal as the first and second electrodes **103**, **105**, for example, or may be formed of a material impervious to the etchant (e.g., HF). Such protective layers are formed by known deposition, lithography and etching sequences. Alternatively, a comparatively thin (e.g., 50 Å) seed layer **108** may be provided. It is believed that a comparatively thin seed layer will not be appreciably etched by the etchant used to release the sacrificial material from the cavity **106**. Of course, if instead of the cavity **106**, the acoustic isolator **110** is implemented as in FBAR **109**, the release of sacrificial material and thus the passivation material would not be necessary.

The FBAR **100** and BAW resonator **109** described in connection with the method **500** comprise a single piezoelectric layer. As noted above, the acoustic stack of certain resonator structures comprises more than one piezoelectric layer. It is emphasized that the method **500** can be repeated to form a second type-$C_N$ AlScN piezoelectric layer. For example, by repeating the method **500**, SBAR **300** comprising first and second piezoelectric layers **304**, **311** is fabricated by forming first and second seed layers **308**, **310** respectively over respective upper surfaces **307**, **309** of first and second electrodes **303**, **305**.

In certain applications, two or more piezoelectric layers may be included in the acoustic stack, and have opposing C-axes. For example, in an acoustic stack described in U.S. Pat. No. 7,515,018, the C-axes of the piezoelectric layers may be antiparallel. As can be appreciated, in a structure comprising two piezoelectric layers in an acoustic stack, the first piezoelectric may be type-$C_N$ rare-earth element doped piezoelectric material (e.g., first piezoelectric layer **304**), and the second piezoelectric layer **311** may be type-$C_P$ rare-earth element doped piezoelectric material. In such an embodiment, the deposition system **400** and method **500** could be used to form the type-$C_N$ piezoelectric layer by method **500**, and the type-$C_P$ piezoelectric layer would be formed by a known method using deposition system **400**. For example, the first electrode **103** may be formed as described in **501** above; and the type-$C_P$ piezoelectric layer may be formed by flowing the first component of the rare-earth element doped piezoelectric material as described in **503** above. Notably, in forming a $C_P$ piezoelectric layer, the sequence of **502** is not performed.

FIG. **6** shows a flow-chart of a method **600** of fabricating a piezoelectric layer in accordance with a representative embodiment. Many of the details of the method **600** are common to the method **500**, and may not be repeated in order to avoid obscuring the presently described embodiments.

The method **600** is described with direct reference to the components of FIGS. **2**A, **2**B and the deposition system **400** of FIG. **4** for illustrative purposes. Fabrication of other FBAR structures, such as SBAR **302**, using the method **600**, is also contemplated. As will become clearer as the present description continues, the method **600** may be used to form type-$C_N$ piezoelectric layer **104** having a rare-earth element doped piezoelectric material over the upper surface **107** of the first electrode **103**. As alluded to above, the method **600** may be used to provide the first piezoelectric layer **304** over the upper surface **307** of the first electrode **303** and the second piezoelectric layer **311** over the upper surface **309** of the second electrode **305** of the SBAR **302** by repeating the process after forming the intervening layer(s) of the SBAR **302**.

At **601** the method comprises providing a substrate. Illustratively, the substrate formed in **601** comprises first electrode **103**, which is formed over the substrate **101**. For purposes of description of the method **600**, the first electrode **103** comprises a metal that is sputter-deposited over the substrate **101** by a known method. Notably, the formation of the cavity **106** in the substrate **101** may be carried out before fabrication of the layers of the acoustic stack **102** of FBAR **100**, with the cavity **106** filled with a sacrificial material (not shown) such as phospho-silicate glass (PSG) during the fabrication of layers of the acoustic stack **102**, and released after forming the layers of the acoustic stack **102**. Alternatively, the acoustic isolator **110** is formed in the substrate **101** before forming of the first electrode **103** of FBAR **109**.

At **602**, the fabrication of the piezoelectric layer **104** begins with cleaning an upper surface **107** of the first electrode **103** before the forming of the piezoelectric layer **104**. In a representative embodiment, this cleaning step comprises flowing Ar and $H_2$ to respective gas inlets **403**, **404**, **405** and from one of the gas outlets **406**, **407**, **408**. An RF bias is applied to the first electrode **103** and the reaction chamber **401** is maintained at ground, so that the first

US 9,679,765 B2

19

electrode 103 functions as a cathode. As in method 500, an Ar plasma is formed and bombards the upper surface 107 of the first electrode 103. Illustratively, the RF power is provided in the range of approximately 15 W to approximately 1 kW, and the Ar bombardment of the upper surface 107 of the first electrode is maintained for a few seconds to a few minutes to ensure proper removal of contaminants. Notably, during this cleaning step, no voltage is applied to the first and second targets 409, 410; and therefore sputtering of material from first and second targets 409, 410 is insignificant. As such, and in contrast to the method 500, no seed layer (e.g., seed layer 108) is formed over the upper surface 107 of the first electrode 103.

The hydrogen plasma formed in the reaction chamber 401 bombards the upper surface 107 of the first electrode 103. The flow of $H_2$ in 402 provides ionized hydrogen (e.g., $H_2^+$ or $H^+$) in the reaction chamber 401 that provides a reducing agent at the upper surface 107. The ionized hydrogen is believed to react with many contaminants such as water, adsorbed oxides, nitrides and native oxides that may be present on the upper surface 107, and fosters their removal to provide a comparatively clean surface. Moreover, it is believed that the ionized hydrogen forms metal hydrides by saturating dangling bonds on the surface of the metal of the first electrode 103, and any exposed silicon surface. Furthermore, in an embodiment where the first electrode 103 comprises Pt, by the cleaning step with $H_2$, it is believed that contaminants such as adsorbed water, oxides and nitrides are believed to be removed on Pt, which does not readily form native oxides. Notably, however, because no electrical potential is applied to the first and second targets 409, 410 during 602, Al is not appreciably sputtered from the first and second targets 409, 410.

At 603 the method 600 comprises flowing a first component of the piezoelectric layer 104. In a representative embodiment used to form AlScN, the first component comprises nitrogen ($N_2$) gas. The flowing of nitrogen into the reaction chamber 401 comprises providing nitrogen to one of the gas inlets 403, 404, 405 and from one of the gas outlets 406, 407, 408, while continuing the flow of Ar to another of the gas inlets 403, 404, 405 and from the other of the gas outlets 406, 407, 408.

Notably, $H_2$ may be provided to the same gas outlet 406, 407, 408 that provides Ar; or a separate outlet (not shown) may be provided into the reaction chamber to provide an Ar/N/H atmosphere. Alternatively, after the completion of 602, hydrogen flow may be terminated. The flow rates of Ar and $N_2$ are set to control the stress of the resultant AlN. As described previously, a higher flow rate of Ar results in tensile stress in the AlN; and a lower flow rate of Ar results in compressive stress in the AlN. Similarly, a higher flow rate of $N_2$ results in tensile stress in the AlN; and a lower flow rate of $N_2$ results in compressive stress in the AlN. In representative embodiments, the flow rate of Ar is in the range of approximately 6 sccm to approximately 25 sccm, and the flow rate of $N_2$ is in the range of approximately 39 sccm to approximately 50 sccm.

During the flowing of nitrogen, AC power is supplied to the first and/or second target 409, 410, and the rare-earth element doped piezoelectric material is formed over the surface to the first or second target 409, 410, which comprises the alloy of the rare-earth element and the second component of the piezoelectric layer 104. Moreover, $NH_x$ compounds are believed to be formed in the reaction chamber 401. It is believed that $NH_x$ compounds formed in the reaction chamber 401 foster the formation of a form of

20

AlN—H compound or ScN—H, due to reactions on the surface of the first and second targets 409, 410 between Al, Sc and NHx.

The greater the frequency of the AC power, the lower the deposition rate of AlScN. Accordingly, the frequency of the AC power generally should not exceed 100 kHz. Notably, if the flow of hydrogen is maintained during 603, the cleaning action of hydrogen is realized, but due to its comparatively small atomic mass, hydrogen does not appreciably sputter AlScN from the first and second targets 409, 410.

At 604, rare-earth element doped piezoelectric material is sputtered from the surface to the first or second target 409, 410, which comprises the alloy of the rare-earth element and the second component of the piezoelectric layer 104, and over the substrate 101. In a specific embodiment, AlScN—H formed on the surface to the first and/or second target 409, 410 is sputtered to the upper surface 107 of the first electrode 103. The metal hydrides formed at the upper surface 107 are believed to present an electronegative surface that attracts the aluminum of the AlN—H or the ScN—H, or both, sputtered from the first and/or second target 409, 410. Accordingly, the desired orientation (i.e., metal hydride-AlN—AlN—AlN or ScN—ScN—ScN) to form the crystal structure of type-$C_N$ AlScN rare-earth element doped piezoelectric material is provided and 603 continues until a suitable thickness of the type-$C_N$ AlScN material (e.g., forming piezoelectric layer 104) is realized. In one embodiment, the AlScN layer has a thickness of approximately 12,000 Å.

It is believed that hydrogen gas molecules ($H_2$) and atoms (H) attach to the AlScN on the surface of the metal of the first electrode 103. The hydrogen atoms then penetrate into the interior next to the Al or Sc side of the AlScN molecule to form an aluminum-hydride-nitride substance. The AlScN molecules are stretched apart to accommodate the hydrogen atoms. The physical structure of the H—AlScN molecule may also change. Then as a result of adsorption, the hydrided part of the AlN is aligns and migrates to the surface of the metal hydride formed on the first electrode 103, combines into hydrogen molecules $H_2$ and pulls the Al part of AlScN toward to first electrode 103.

As noted above, the $H_2$ flow into the reaction chamber 401 may be continuous during the forming of the rare-earth element doped piezoelectric material. As described above, it is believed that the presence of ionized hydrogen in the reaction chamber provides a reducing agent that can remove contaminants such as oxides, nitrides and water, which can interfere with the forming of type-$C_N$ rare-earth element doped piezoelectric material, or can reduce the coupling coefficient ($kt^2$) of the rare-earth element doped piezoelectric material. In a representative embodiment, the flow rate of $H_2$ during the forming of the AlN is at least approximately 8 sccm. In certain embodiments, the flow rate of $H_2$ during the forming of the AlN is as great as approximately 30 sccm. Illustratively, a flow rate of $H_2$ of approximately 14 sccm provides a $C_N$ AlScN rare-earth element doped piezoelectric material with $kt^2$ of approximately 7.0% to approximately 7.5% with an atomic percentage of Sc of approximately 5.0%. The coupling coefficient $kt^2$ of AlScN fabricated with continuous flow of $H_2$ at the flow rates noted provides $C_N$ AlScN rare-earth element doped piezoelectric material with $kt^2$ of approximately 6.8% to approximately 7.3%. FIG. 7 shows the coupling coefficient versus hydrogen flow rate during the forming of the piezoelectric layer in 603.

After the piezoelectric layer 104 is formed, the second electrode 105 is formed over the piezoelectric layer 104. The second electrode 105 comprises a metal that is sputter-

US 9,679,765 B2

21

deposited over the piezoelectric layer **104** by a known method. Illustratively, the second electrode **105** comprises the same material as the first electrode **103**.

The FBAR **200** and BAW resonator **201** described in connection with the method **600** comprise a single piezoelectric layer. As noted above, the acoustic stack of certain resonator structures comprises more than one piezoelectric layer. It is emphasized that the method **600** may be repeated to form a second type-$C_N$ AlN piezoelectric layer. For example, by repeating the method **600** in a selected sequence, SBAR **302** comprising first and second piezoelectric layers **304**, **311**, respectively, are formed over respective upper surfaces **307**, **309** of first and second electrodes **303**, **305**.

In certain applications, two or more piezoelectric layers may be included in the acoustic stack, and have opposing C-axes. For example, in an acoustic stack described in U.S. Pat. No. 7,515,018, the C-axes of the piezoelectric layers may be antiparallel. As can be appreciated, in a structure comprising two piezoelectric layers in an acoustic stack, the first piezoelectric may be type-$C_N$ piezoelectric (e.g., first and second piezoelectric layer **304**), and the second piezoelectric layer **311** may be type-$C_P$ piezoelectric layer comprising a rare-earth element doped piezoelectric material. In such an embodiment, the deposition system **400** would be used to form the type-$C_N$ piezoelectric layer by method **600**, and the type-$C_P$ piezoelectric layer would be formed by a known method using deposition system **400**.

If the second piezoelectric layer (e.g., second piezoelectric layer **311**) is type-$C_N$ AlScN rare-earth element doped piezoelectric material, the cleaning step of method **600** would be carried out to remove contaminants from the electrode over which the second piezoelectric layer is formed (e.g., second electrode **305**). If there is no intervening acoustic decoupling layer or intervening electrode, the cleaning step of the method **600** would be carried out to remove contaminants from the surface (e.g., upper surface **309**) of the second electrode **305**. The forming of the second piezoelectric layer would be effected by repeating **603** of the method **600**.

In certain applications, two or more piezoelectric layers may be included in the acoustic stack, and have opposing C-axes. For example, in the acoustic stacks described in U.S. patent application Ser. No. 12/201,641 and U.S. Pat. No. 7,515,018, the C-axes of the piezoelectric layers may be antiparallel. As can be appreciated, in a structure comprising two piezoelectric layers in an acoustic stack, the first piezoelectric may be type-$C_N$ (e.g., first piezoelectric layer **304**), and the second piezoelectric layer (e.g., second piezoelectric layer **311**) may be type-$C_P$. In such an embodiment, the deposition system **400** would be used to form the type-$C_N$ piezoelectric layer by method **600**, and the type-$C_P$ piezoelectric layer would be formed by a known method using deposition system **400**.

FIG. **8** shows a cross-sectional view of FBAR **800** in accordance with a representative embodiment. The FBAR **800** comprises a top electrode **801** (referred to below as second electrode **801**), illustratively comprising five (5) sides, with a connection side **802** configured to provide the electrical connection to an interconnect (not shown). The interconnect provides electrical signals to the top electrode **801** to excite desired acoustic waves in piezoelectric layers of the FBAR **800**.

A substrate **803** comprises a cavity **804** or other acoustic reflector (e.g., a distributed Bragg grating (DBR) (not shown)). A first electrode **805** is disposed over the substrate **803** and is suspended over the cavity **804**. A planarization

22

layer **806** is provided over the substrate **803** and may be non-etchable borosilicate glass (NEBSG). In general, planarization layer **806** does not need to be present in the structure (as it increases overall processing cost), but when present, it may serve to improve the quality of growth of subsequent layers (e.g., highly textured c-axis rare-earth element doped piezoelectric material), improve the performance of the FBAR **800** through the reduction of "dead" resonator (FBAR) regions and simplify the fabrication of the various layers of the FBAR **800**. Additionally, as described more fully below, a barrier layer (not shown in FIG. **8**) is provided between the substrate **803** and the first electrode **805**.

A first piezoelectric layer **807** is provided over the first electrode **805**, and comprises highly-textured c-axis rare-earth element doped piezoelectric material such as aluminum nitride (AlScN). The c-axis of the first piezoelectric layer **807** is oriented along a first direction (e.g., parallel to the +z-direction in the coordinate system depicted in FIG. 1B). The first piezoelectric layer **807** may be referred to herein as the "p" layer, or type $C_P$ piezoelectric layer. A second piezoelectric layer **808** adjacent to the first piezoelectric layer has a second c-axis oriented in a second direction (e.g., parallel to the –z-direction in the coordinate system depicted in FIG. **1**B) that is substantially antiparallel to the first direction. The second piezoelectric layer **808** comprises a rare-earth element doped piezoelectric material such as aluminum nitride (AlScN). The second piezoelectric layer **808** may be referred to herein as the "inverse-piezoelectric (ip)" or Type $C_N$ piezoelectric layer. In representative embodiments, the first piezoelectric layer **807** has a thickness (z-direction in the coordinate system of FIG. **8**) that is substantially identical to that of the second piezoelectric layer **808**.

The first and second piezoelectric layers **807**, **808** are fabricated according to representative embodiments described above. Many of the details of the fabrication methods used to fabricate the first and second piezoelectric layers **807**, **808** comprising a rare-earth element doped piezoelectric material are not repeated to avoid obscuring the description of the representative embodiments.

The crystals of both the first piezoelectric layer **807** (p-layer) and the second piezoelectric layer **808** (ip-layer) grow in columns that are perpendicular to the plane of the electrodes. As such, the c-axis orientations of crystals of the first piezoelectric layer **807** are substantially aligned with one another and the c-axis orientations of crystals of the second piezoelectric layer **808** are substantially aligned with one another land are antiparallel to the c-axis orientations of crystals of the first piezoelectric layer **807**. The first piezoelectric layer **807** and the second piezoelectric layer **808** are typically made from the same substance (e.g., AlScN). The second electrode **801** is disposed over the first piezoelectric layer **807** and over the second piezoelectric layer **808**.

In the representative embodiment depicted in FIG. **8**, the first piezoelectric layer **807** and the second piezoelectric layer **808** are disposed adjacent to each other, and in this specific embodiment, in contact with each other. As should be appreciated by one of ordinary skill in the art, in certain applications (e.g., in certain structures described in U.S. patent application Ser. No. 13/286,051 to Burak, et al. and referenced above), it is useful if not required to have the first piezoelectric layer **807** and the second piezoelectric layer **808** immediately next to and in contact with each other. In other applications (e.g., to provide a single-ended input to a differential output), the first piezoelectric layer **807** and the second piezoelectric layer **808** may be next to each other,

US 9,679,765 B2

23

having another material, or air, disposed between the first piezoelectric layer 807 and the second piezoelectric layer 808.

The overlap of the cavity 804, the first electrode 805, the first piezoelectric layer 807, and the second electrode 801 defines an active region 809 of the FBAR 800. As described in U.S. patent application Ser. No. 13/286,051 to Burak, et al., acoustic losses at the boundaries of FBAR 800 are mitigated to improve mode confinement in the active region 809. In particular, the width of an overlap 810 of the second electrode 801 and the second piezoelectric layer 808 is selected to reduce acoustic losses resulting from scattering of acoustic energy at a termination edge 811 of the second electrode 801 and away from the active region 809. Similarly, the location of the termination edge 812 of the first electrode 805 is selected to reduce acoustic losses resulting from scattering of acoustic energy at the termination edge 812.

For simplicity of description, it is assumed that in regions adjacent to termination edges 811, 812, only the imaginary thickness extensional (TE) mode exists. In addition, it is assumed that only an evanescent TE mode is predominantly excited by the E-field, and that propagating TE modes and their affects are ignored as being insignificant. In a known FBAR device that does not include the p-layer/ip-layer structure of the present teachings, the solutions to the wave equation reveal that the field displacement Uz at the termination edges of the lower and upper electrodes is excited at a comparatively large amplitude, and the impedance discontinuity at the termination edges of the lower and upper electrodes will cause a significant scattering of energy from the excited TE modes to all other modes supported by the structure, thus yielding acoustic losses and reduced Q.

The first electrode 805 and the second electrode 801 may be one of a variety of conductive materials, such as metals suitable as electrodes in BAW applications. Generally, materials suitable for the first electrode 805 and the second electrode 801 comprise Refractory metals, Transition metals or Noble Metals. In specific embodiments, the first and second electrodes 805, 801 illustratively comprise one or more of molybdenum (Mo), aluminum (Al), tungsten (W), platinum (Pt), ruthenium (Ru), niobium (Nb), hafnium (Hf) and uranium-238 (U-238), or other low-loss metals, and are fabricated using a known method. The first piezoelectric layer 807 is fabricated in accordance with the present teachings.

FIGS. 9A-9I are cross-sectional views illustrating methods of fabricating piezoelectric layers over a substrate in accordance with representative embodiments. As described more fully below, in the presently described representative embodiments, the formation of adjacent type $C_p$ and type $C_N$ piezoelectric layers over a common substrate occurs under conditions conducive to the formation of type $C_N$ ("$C_N$ recipe") rare-earth element doped piezoelectric material described above, with the selective use of materials and processing parameters to foster the selective growth of a type $C_N$ piezoelectric layer. The structures formed according to the methods of the representative embodiments can be selectively implemented in one or more of a variety of BAW devices comprising piezoelectric layers having opposite polarity (p-layer/ip layer) formed over the same substrate and adjacent to one another.

Many aspects of the resultant devices are common to the FBAR 800 described in FIG. 8 and to the BAW resonator devices described in the parent application to Burak, et al., and transformers (e.g., FACT transformers) to Larson, et al., as well as other known structures and structures within the

24

purview of one of ordinary skill in the art, having had the benefit of review of this application. Known materials and structures, as well as certain known aspects of processing used in forming such devices are generally not repeated in order to avoid obscuring the description of the methods of the representative embodiments.

Turning first to FIG. 9A, a substrate 901 is provided and a barrier layer 902 is provided over the substrate 901. Illustratively, the substrate 901 is single-crystal silicon (Si) or other material selected for its suitability as a substrate of a bulk acoustic wave (BAW) device formed thereover. The barrier layer 902 is, for example, borosilicate glass (BSG) or silicon carbide (SiC) formed by known techniques. A first electrode layer 903 is formed over the barrier layer 902.

The barrier layer 902 is necessary due to the use of hydrogen plasma and the heating of the substrate 901 during the formation of type-$C_N$ material described below, and in the parent application of Larson, et al. The barrier layer 902 is useful in preventing the formation of silicides, which can result in undesirable flaking and can dissolve upon exposure to hydrofluoric (HF) acid used in subsequent processing. Generally, the barrier layer 902 has a thickness of less than 1000 Å, and more specifically has a thickness of approximately 200 Å to approximately 1000 Å.

Turning to FIG. 9B, an electronegative layer 904 is provided over the first electrode layer 903 in order to foster growth of type $C_p$ rare-earth element doped piezoelectric material in a selected location(s). In a representative embodiment, the first electrode layer 903 is molybdenum (Mo), and the electronegative layer 904 comprises molybdenum oxide ("moly oxide") having a thickness of approximately 100 Å. More generally, the electronegative layer 904 comprises a native oxide of the metal selected for the first electrode layer 903. Alternatively, the electronegative layer can be made of dielectric materials such as $SiO_2$, SiN, or $Al_2O_{10}$. Still alternatively, residual gases in the piezoelectric deposition chamber ($N_2$ or $O_2$) could provide a sufficient dielectric layer over the first electrode layer 903 to promote growth of type-$C_p$ rare-earth element doped piezoelectric material.

Generally, the thickness of the electronegative layer 904 is selected to ensure a suitable thickness for growth of type $C_p$ rare-earth element doped piezoelectric material after removal of some of the electronegative layer (e.g., moly oxide) during preparation of the first electrode layer 903 for growth of type $C_N$ rare-earth element doped piezoelectric material in a subsequent step described below.

As depicted in FIG. 9C, the electronegative layer 904 is patterned, and the first electrode layer 903 is patterned to form a first lower electrode 905 and a second lower electrode 906 next to one another, but separated by a gap 907. Also, it is noted that the electronegative layer 904 is selectively removed to provide a portion 908 of the second lower electrode 906 that is unprotected during subsequent processing. The electronegative layer 904 acts as a seed layer for growth of type $C_p$ rare-earth element doped piezoelectric material thereover, under conditions designed to foster growth of type $C_N$ rare-earth element doped piezoelectric material.

Turning to FIG. 9D, the resultant structure of FIG. 9C is provided in the piezoelectric deposition chamber, where hydrogen is flowed and hydrogen plasma is formed to activate the portion 908 for growth of type $C_N$ rare-earth element doped piezoelectric material according to the representative methods described in the parent application to Larson, et al. Notably, the flow of hydrogen plasma functions as a cleaning sequence to remove oxides and other

US 9,679,765 B2

25

contaminants that can form over portion 908, and results in an electropositive surface 909 at the portion 908. In a representative embodiment, the electropositive surface 909 is a substantially bare molybdenum surface and provides an active growth area for forming type $C_N$ AlN rare-earth element doped piezoelectric material over the portion 908.

To foster initial growth of type $C_N$ rare-earth element doped piezoelectric material over the portion 908, the flow of hydrogen is initially comparatively high. Illustratively, the flow rate of hydrogen is approximately 16 sccm to approximately 18 sccm. After initial growth of type $C_N$ rare-earth element doped piezoelectric material over the portion 908 the flow rate of hydrogen can be reduced to a level at which $C_N$ rare-earth element doped piezoelectric material will continue to grow over the portion 908, while allowing the growth of type $C_P$ rare-earth element doped piezoelectric material over the electronegative layer 904 that remains over the first lower electrode 905. Illustratively, the flow rate of hydrogen is reduced to approximately 6 sccm to approximately 8 sccm. The continued flow of hydrogen at the reduced level substantially prevents formation of deleterious silicides, oxides and other contaminants, while allowing growth of type $C_P$ rare-earth element doped piezoelectric material over the electronegative layer 904 during growth conditions that foster growth of type $C_N$ rare-earth element doped piezoelectric material.

FIG. 9E depicts the resultant structure having a type $C_P$ piezoelectric layer 910 formed over the electronegative layer 904 and the first lower electrode 905, and a type $C_N$ piezoelectric layer 911 formed over the second lower electrode 906. Beneficially, the type $C_P$ piezoelectric layer 910 is a highly textured C-axis rare-earth element doped piezoelectric material. Accordingly, the C-axis orientations of the crystals of the type $C_P$ rare-earth element doped piezoelectric material are well-collimated, and as such are parallel with one another (i.e., oriented in the z-direction of the coordinate system depicted in FIG. 9E) and perpendicular to the plane (i.e., the x-y plane of the coordinate system depicted in FIG. 9E) of first lower electrode 905 over which the type $C_P$ piezoelectric layer 910 is formed. Similarly, the type $C_N$ piezoelectric layer 911 is a highly textured C-axis rare-earth element doped piezoelectric material. Accordingly, the C-axis orientations of the crystals of the type $C_N$ rare-earth element doped piezoelectric material are well-collimated, and as such are parallel with one another (i.e., oriented in the negative z-direction of the coordinate system depicted in FIG. 9E) and perpendicular to the plane (i.e., the x-y plane of the coordinate system depicted in FIG. 9E) of second lower electrode 906 over which type $C_P$ piezoelectric layer 910 is formed.

The type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911 are formed substantially simultaneously in the same chamber and under conditions conducive to the formation of type $C_P$ material. As noted above, the flow rate of hydrogen is comparatively high during the formation of an initial thickness (e.g., 1000 Å) of type $C_N$ rare-earth element doped piezoelectric material, and after the formation of the initial thickness of type $C_N$ rare-earth element doped piezoelectric material at a comparatively reduced flow rate of hydrogen. Again, many of the details of the growth of the type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911 are described in the parent application to Larson, et al., with modifications of materials and processing parameters described herein to foster selective growth of type $C_N$ rare-earth element doped piezoelectric material and type $C_P$ rare-earth element doped piezoelectric material adjacent to one another.

26

During formation of the type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911, a layer 912 of material (e.g., AlScN) is formed over the unprepared barrier layer 902 in the gap 907 between the type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911. By contrast to type $C_P$ piezoelectric layer 910 and type $C_N$ piezoelectric layer 911, layer 912 is generally a polycrystalline material that exhibits little or no piezoelectric effects because many facets initiate crystal growth in a variety of directions. As such, layer 919 generally does not exhibit piezoelectric properties, and can be removed.

FIG. 9F depicts the resultant structure after the formation of first upper electrode 913 and second upper electrode 914 over the type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911, respectively.

As will be appreciated by one of ordinary skill in the art, the resultant structure depicted in FIG. 9F provides the type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911 adjacent to one another and over the same substrate, which can be the basis of a variety of devices. For example, by bussing the first and second lower electrodes 905, 906 together, and bussing the first and second upper electrodes 913, 914 and selectively connecting the first and second lower electrodes 905, 906 to a source of electrical power, a transformer (e.g. a FACT transformer) can be provided.

In other embodiments, the type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911 can be fabricated immediately next to one another and in contact with one another (i.e., without gap 907 and layer 912 between the type $C_P$ piezoelectric and type $C_N$ piezoelectric layers 910, 911). This structure can be fabricated through a slight variation in the processing sequence depicted in FIGS. 9A-9F of the representative embodiments described in connection therewith. Notably, after the formation of the electronegative layer 904 at FIG. 9B, the method continues as depicted in FIG. 9G, in which the first electrode layer 903 is not patterned as described in connection with the processing sequence of FIG. 9C, but rather remains a single layer. Rather, the electronegative layer 904 is patterned and removed from one side of the first electrode layer 903 to reveal portion 915.

The structure depicted in FIG. 9G is provided in the piezoelectric deposition chamber, and hydrogen is flowed and hydrogen plasma is formed to activate the portion 915 for growth of type $C_N$ rare-earth element doped piezoelectric material according to the representative methods described in the parent application to Larson, et al. As described above, the flow of hydrogen plasma functions as a cleaning sequence to remove oxides and other contaminants that can form over portion 915, and results in the formation of an electropositive surface 916 at the portion 915. In a representative embodiment, the electropositive surface 916 is a substantially bare molybdenum surface and provides as an active growth area for forming type $C_N$ AlN rare-earth element doped piezoelectric material over the portion 915.

To foster initial growth of type $C_N$ rare-earth element doped piezoelectric material over the portion 915, the flow of hydrogen is initially comparatively high (e.g., on the order of approximately 16 sccm to approximately 18 sccm). After initial growth of type $C_N$ rare-earth element doped piezoelectric material over the portion 915 the flow rate of hydrogen is reduced to a level at which $C_N$ rare-earth element doped piezoelectric material will continue to grow over the portion 915 (e.g., approximately 6 sccm to 8 sccm), while allowing the growth of type $C_P$ rare-earth element doped piezoelectric material over the electronegative layer

US 9,679,765 B2

27                                                                                    28

904 that remains over the first electrode layer 903. As noted above, the continued flow of hydrogen at the reduced level substantially prevents formation of deleterious silicides, while allowing growth of type $C_P$ rare-earth element doped piezoelectric material over the electronegative layer 904 during growth conditions that primarily foster growth of type $C_N$ rare-earth element doped piezoelectric material.

FIG. 9H depicts the resultant structure having type $C_P$ piezoelectric layer 910 comprising a rare-earth element doped piezoelectric material and formed over the electronegative layer 904 and type $C_N$ piezoelectric layer 911 formed over the first electrode layer 903. The type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911 are formed substantially simultaneously in the same chamber and under the same growth conditions, with an initially comparatively high flow rate of hydrogen and, after the initial formation of an initial thickness (e.g., less than 1000 Å) of the type $C_N$ rare-earth element doped piezoelectric material, at a comparatively reduced flow rate of hydrogen. Again, many of the details of the growth of the type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911 are described above, with modifications of materials and processing parameters described herein to foster selective growth of highly-textured type $C_N$ rare-earth element doped piezoelectric material and highly textured type $C_P$ rare-earth element doped piezoelectric material adjacent to one another.

As depicted in FIG. 9H, the type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911 are immediately next to one another and are in contact with one another. Next, as depicted in FIG. 9I, a second electrode 917 is formed over the type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911.

The structure depicted in FIG. 9I may be referred to as a "p/ip" structure such as in the parent application to Burak, et al. The p/ip structure lends itself to improvements in performance in FBAR devices, SBAR devices and CRF devices, as is described in the parent application to Burak, et al. Notably, the process sequence to form the type $C_P$ piezoelectric layer 910 and the type $C_N$ piezoelectric layer 911 immediately next to one another and in contact can be repeated to realize p/ip interfaces at other locations and levels of the selected acoustic stack for the desired BAW device.

Finally, it is noted that certain known components of BAW resonator structures (e.g., acoustic reflectors, frame elements and other structures) are contemplated for inclusion in the BAW resonator devices fabricated according to the methods of the representative embodiments. These structures are fabricated according to known methods, and their fabrication is integrated into the overall process flow for fabricating the desired BAW resonator device including the methods of the representative embodiments.

FIGS. 10A-10J are cross-sectional views illustrating methods of fabricating piezoelectric layers over a substrate in accordance with representative embodiments.

As described more fully below, in the presently described representative embodiments, the formation of adjacent type $C_P$ and type $C_N$ piezoelectric layers over a common substrate occurs under conditions conducive to the formation of type $C_P$ ("$C_P$ recipe") rare-earth element doped piezoelectric material described in the parent application to Larson, et al., with the selective use of materials and processing parameters to foster the selective growth of type $C_N$ piezoelectric layers. The structures formed according to the methods of the representative embodiments can be selectively implemented in one or more of a variety of BAW devices

comprising piezoelectric layers having opposite polarity (p-layer/ip layer) formed over the same substrate and adjacent to one another. Many aspects of the resultant devices are common to the FBAR 800 described in connection with FIG. 8 and to the BAW resonator devices described in the parent application to Burak, et al., and transformers (e.g., FACT transformers), as well as other known structures and structures that are within the purview of one of ordinary skill in the art, having had the benefit of review of this application. Known materials and structures as well as certain known aspects of processing used in forming such devices are generally not repeated in order to avoid obscuring the description of the methods of the representative embodiments.

Turning first to FIG. 10A, a substrate 1001 is provided and a barrier layer 1002 is provided over the substrate. Illustratively, the substrate 1001 is single-crystal silicon (Si) or other material selected for its suitability as a substrate of a bulk acoustic wave (BAW) device formed thereover. A first electrode layer 1003 is formed over the barrier layer 1002. The barrier layer 1002 is, for example, borosilicate glass (BSG) or silicon carbide (SiC) formed by known techniques. The barrier layer 1002 is necessary due to the use of hydrogen plasma and heating of the substrate 1001 during the formation of type-$C_N$ material described below, and in the parent application of Larson, et al. The barrier layer 1002 is useful in preventing the formation of silicides, which can result in flaking and dissolve upon exposure to hydrofluoric (HF) acid used in subsequent processing.

Turning to FIG. 10B, an electronegative layer 1004 is provided over the first electrode layer 1003 in order to foster growth of type $C_P$ rare-earth element doped piezoelectric material in a selected location(s). In a representative embodiment, the first electrode layer 1003 is molybdenum (Mo), and the barrier layer comprises molybdenum oxide ("moly oxide") having a thickness of approximately 100 Å. More generally, the electronegative layer 1004 comprises a native oxide of the metal selected for the first electrode layer 1003. Alternatively, the electronegative layer 1004 can be made of dielectric materials such as $SiO_2$, $SiN$, or $Al_2O_{10}$. Still alternatively, residual gases in the piezoelectric deposition chamber ($N_2$ or $O_2$) could provide a sufficient dielectric layer over the first electrode layer 1003 to promote growth of type-$C_P$ rare-earth element doped piezoelectric material.

The thickness of the electronegative layer 1004 is selected to ensure a suitable thickness for growth of type $C_P$ rare-earth element doped piezoelectric material after removal of some of the electronegative layer 1004 (e.g., moly oxide) during preparation of the first electrode layer 1003 for growth of type $C_N$ rare-earth element doped piezoelectric material in a subsequent step described below.

As depicted in FIG. 10C, the electronegative layer 1004 is patterned, and the first electrode layer 1003 is patterned to form a first lower electrode 1005 and a second lower electrode 1006 next to one another, but separated by a gap 1007. Also, it is noted that the electronegative layer 1004 is selectively removed to provide a portion 1008 of the second lower electrode 1006 that is unprotected during subsequent processing. As described more fully below, the electronegative layer 1004 acts as a seed layer for growth of type $C_P$ rare-earth element doped piezoelectric material thereover, under conditions designed to foster growth of type $C_N$ rare-earth element doped piezoelectric material.

Turning to FIG. 10D, the resultant structure of FIG. 10C is provided in the piezoelectric deposition chamber, and hydrogen is flowed and hydrogen plasma formed. At this

US 9,679,765 B2

29

30

stage of the method, the flow rate of hydrogen is comparatively high. Illustratively, the flow rate of hydrogen is approximately 16 sccm to approximately 18 sccm. The flow of hydrogen plasma functions as a cleaning sequence to remove oxides and other contaminants that can form over portion **1008**, and results in the formation of an electropositive surface **1009** at the portion **1008**. In a representative embodiment, the electropositive surface **1009** is a substantially bare molybdenum surface and provides an active growth area for forming type $C_N$ AlN rare-earth element doped piezoelectric material over the portion **1008**.

FIG. **10**E depicts the resultant structure having a type $C_P$ piezoelectric layer **1010** formed over the electronegative layer **1004** and the first lower electrode **1005**, and a type $C_N$ piezoelectric seed layer **1011** formed over the second lower electrode **1006**. In accordance with a representative embodiment, the type $C_N$ piezoelectric seed layer **1011** comprises AlScN and fosters growth of type-$C_N$ AlScN. As described in the parent application to Larson, et al., the type $C_N$ piezoelectric seed layer **1011** has a thickness in the range of approximately 50 Å to approximately 1000 Å over the surface of the second lower electrode **1006**.

The type $C_P$ piezoelectric layer **1010** and the type $C_N$ piezoelectric seed layer **1011** are formed substantially simultaneously in the same chamber under conditions conducive to the growth of type $C_N$ rare-earth element doped piezoelectric material as described in the parent application to Larson, et al. The growth of type $C_P$ piezoelectric layer **1010** occurs with the hydrogen flow continued, albeit at a lower flow rate (e.g., approximately 6 sccm to 8 sccm) to ensure growth of the type $C_N$ piezoelectric seed layer **1011** Illustratively, the type $C_N$ piezoelectric seed layer **1011** has a thickness of approximately 500 Å. Generally, the type $C_N$ piezoelectric seed layer **1011** has a thickness of approximately 50 Å to approximately 1000 Å. Layer **1012** is formed in areas over the barrier layer **1002** that have not been prepared to foster of growth of either type $C_N$ rare-earth element doped piezoelectric material or type $C_P$ rare-earth element doped piezoelectric material (e.g., in gap **1007**). By contrast to type $C_P$ piezoelectric layer **1010** and type $C_N$ piezoelectric seed layer **1011**, layer **1012** is generally a polycrystalline material that exhibits little or no piezoelectric effects because many facets initiate crystal growth in a variety of directions. As such, layer **1012** generally does not exhibit piezoelectric properties, and can be removed.

The structure depicted in FIG. **10**E is removed from the piezoelectric deposition chamber, and the type $C_P$ piezoelectric layer **1010** initially formed over the electronegative layer **1004** is removed using known masking and etching techniques. The removal of the type $C_P$ piezoelectric layer **1010** reveals the electronegative layer **1004**.

After the type $C_P$ piezoelectric layer **1010** is removed, the structure in FIG. **10**F is again provided in the piezoelectric deposition chamber. Next, hydrogen is flowed at a comparatively high rate (e.g., approximately 16 sccm to approximately 18 sccm) and hydrogen plasma is formed. The flow of hydrogen plasma functions as a cleaning sequence to remove oxides and other contaminants that can form over portions of the electronegative layer **1004** and the type $C_N$ piezoelectric seed layer **1011** during the process of removing the type $C_P$ piezoelectric layer **1010**.

After the cleaning sequence is completed, the electronegative layer **1004** and the type $C_N$ piezoelectric seed layer **1011** are exposed, and the simultaneous growth of type $C_P$ rare-earth element doped piezoelectric material and type $C_N$ rare-earth element doped piezoelectric material adjacent to one another begins. In the presently described embodiments,

the growth of type $C_P$ rare-earth element doped piezoelectric material and type $C_N$ rare-earth element doped piezoelectric material occurs under conditions favorable to the growth of type $C_P$ rare-earth element doped piezoelectric material as described in the parent application to Larson, et al. Notably, hydrogen is flowed during the growth of the type $C_P$ rare-earth element doped piezoelectric material and type $C_N$ rare-earth element doped piezoelectric material at this stage of the process. The flow rate of the hydrogen is comparatively low (e.g., the flow rate is reduced to between approximately 6 sccm and 8 sccm) to maintain growth of the type $C_N$ rare-earth element doped piezoelectric material. Because of the preparation of the type $C_N$ piezoelectric seed layer **1011**, type $C_N$ rare-earth element doped piezoelectric material is formed over the type $C_N$ piezoelectric seed layer **1011**, whereas over the electronegative layer **1004**, type $C_P$ rare-earth element doped piezoelectric material is formed.

As depicted in FIG. **10**G, a type-$C_P$ piezoelectric layer **1013** is formed over the electronegative layer **1004** and the first lower electrode **1005**, and a type-$C_N$ piezoelectric layer **1014** is formed over the second lower electrode **1006**. The type-$C_P$ piezoelectric layer **1013** and the type-$C_N$ piezoelectric layer **1014** are formed substantially simultaneously in the same chamber and under growth conditions conducive to the growth of type $C_P$ rare-earth element doped piezoelectric material. Beneficially, the type-$C_P$ piezoelectric layer **1013** is a highly textured C-axis rare-earth element doped piezoelectric material. Accordingly, the C-axis orientations of the crystals of the type $C_P$ rare-earth element doped piezoelectric material are well-collimated, and as such are parallel with one another (i.e., oriented in the z-direction of the coordinate system depicted in FIG. **10**G) and perpendicular to the plane (i.e., the x-y plane of the coordinate system depicted in FIG. **10**G) of first lower electrode **1005** over which the type-$C_P$ piezoelectric layer **1013** is formed. Similarly, the type-$C_N$ piezoelectric layer **1014** is a highly textured C-axis rare-earth element doped piezoelectric material. Accordingly, the C-axis orientations of the crystals of the type $C_N$ rare-earth element doped piezoelectric material are well-collimated, and as such are parallel with one another (i.e., oriented in the −z-direction of the coordinate system depicted in FIG. **10**G) and perpendicular to the plane (i.e., the x-y plane of the coordinate system depicted in FIG. **10**G) of second lower electrode **1006** over which type-$C_P$ piezoelectric layer **1013** is formed.

In a manner substantially identical to that described above in connection with FIG. **2**F, first and second upper electrodes (not shown) can be formed over the type-$C_P$ piezoelectric layer **1013** and the type-$C_N$ piezoelectric layer **1014**, respectively. These electrodes can then be connected to an electrical power source to provide a variety of BAW resonator devices (e.g., FACT transformers).

The type-$C_P$ piezoelectric layer **1013** and the type-$C_N$ piezoelectric layer **1014** can be provided immediately next to one another and in contact with one another (i.e., without gap **1007** and layer **1012** between the type-$C_P$ piezoelectric and type-$C_N$ piezoelectric layers **1013**, **1014**). This structure can be fabricated through a slight variation in the processing sequence depicted in FIGS. **10**A-**10**F of the representative embodiments described in connection therewith. Notably, after the formation of the electronegative layer **1004** at FIG. **10**B, the first electrode layer **1003** is not patterned as described in connection with the processing sequence of FIG. **10**C, but rather remains as a single layer. Instead, the electronegative layer **1004** is patterned and removed from one side of the first electrode layer **1003**.

US 9,679,765 B2

31                                          32

The structure depicted in FIG. 10B is provided in the piezoelectric deposition chamber, and hydrogen is flowed and hydrogen plasma formed. At this stage of the method, the flow rate of hydrogen is comparatively high. Illustratively, the flow rate of hydrogen is approximately 16 sccm to approximately 18 sccm. The flow of hydrogen plasma functions as a cleaning sequence to remove oxides and other contaminants that can form on the first electrode layer 1003, and results in an electropositive surface (not shown) at the exposed portion of the first electrode layer 1003. As described above, in a representative embodiment the electropositive surface is a substantially bare molybdenum surface and provides an active growth area for forming type $C_N$ AlN piezoelectric seed layer directly on the first electrode layer.

The type $C_P$ piezoelectric layer 1010 and the type $C_N$ piezoelectric seed layer 1011 are formed substantially simultaneously in the same chamber under conditions conducive to the growth of type $C_N$ rare-earth element doped piezoelectric material as described in the parent application to Larson, et al. The growth of the piezoelectric layer (e.g., AlN) occurs with the hydrogen flow continued, albeit at a lower flow rate (e.g., approximately 6 sccm to 8 sccm) to ensure growth of the type $C_N$ piezoelectric seed layer 1011. Illustratively, the type $C_N$ piezoelectric seed layer 1011 has a thickness of approximately 500 Å. Generally, the type $C_N$ piezoelectric seed layer 1011 has a thickness of approximately 50 Å to approximately 1000 Å. Layer 1012 is formed in areas over the barrier layer 1002 that have not been prepared to foster of growth of either type $C_N$ rare-earth element doped piezoelectric material or type $C_P$ rare-earth element doped piezoelectric material (e.g., in gap 1007).

FIG. 10H depicts the resultant structure having type $C_P$ piezoelectric layer 1010 formed over the electronegative layer 1004 and the type $C_N$ piezoelectric seed layer 1011 formed over the first electrode layer 1003.

The structure depicted in FIG. 10H is removed from the piezoelectric deposition chamber, and the type $C_P$ piezoelectric layer 1010 initially formed over the electronegative layer 1004 is removed using known masking and etching techniques. The removal of the type $C_P$ piezoelectric layer 1010 reveals the electronegative layer 1004. The resultant structure is depicted in FIG. 10I.

The structure depicted in FIG. 10I is returned to the piezoelectric deposition chamber and hydrogen is flowed and hydrogen plasma formed. At this stage of the method, the flow rate of hydrogen is again comparatively high. Illustratively, the flow rate of hydrogen is approximately 16 sccm to approximately 18 sccm. The flow of hydrogen plasma functions as a cleaning sequence to remove oxides and other contaminants that can form on the first electrode layer 1003 and on the type $C_N$ piezoelectric seed layer 1011 during the removal of the type $C_P$ piezoelectric layer 1010.

After the cleaning step is completed, the simultaneous growth of type Cr rare-earth element doped piezoelectric material and type $C_N$ rare-earth element doped piezoelectric material adjacent to one another is carried out. In the presently described embodiments, the growth of highly textured type $C_P$ rare-earth element doped piezoelectric material and highly textured type $C_N$ rare-earth element doped piezoelectric material occurs under conditions favorable to the growth of type $C_P$ rare-earth element doped piezoelectric material as described in the parent application to Larson, et al. Notably, hydrogen is flowed during the growth of the type $C_P$ rare-earth element doped piezoelectric material and type $C_N$ rare-earth element doped piezoelectric material at this stage of the process. The flow rate of the

hydrogen is comparatively low to maintain growth of the type $C_N$ rare-earth element doped piezoelectric material. For example, the flow rate is reduced to between approximately 6 sccm and 8 sccm. Because of the preparation of the type $C_N$ piezoelectric seed layer 1011, type $C_N$ rare-earth element doped piezoelectric material is formed over the type $C_N$ piezoelectric seed layer 1011, whereas over the electronegative layer 1004, type $C_P$ rare-earth element doped piezoelectric material is formed.

As depicted in FIG. 10J, a type-$C_P$ piezoelectric layer 1013 is formed over the electronegative layer 1004, and a type-$C_N$ piezoelectric layer 1014 is formed over the first electrode layer 1003. The type-$C_P$ piezoelectric layer 1013 and the type-$C_N$ piezoelectric layer 1014 are disposed immediately next to and on contact with each other, and are formed substantially simultaneously in the same chamber and under the same growth conditions.

In a manner substantially identical to that described above in connection with FIG. 21, an upper electrode (not shown) can be formed over the type-$C_P$ piezoelectric layer 1013 and the type-$C_N$ piezoelectric layer 1014, respectively. Again, the resultant structure may be referred to as a "p/ip" structure such as described in the parent application to Burak, et al. The p/ip structure lends itself to improvements in performance in FBAR devices, SBAR devices and CRF devices, as is described in the parent application to Burak, et al. Notably, the process sequence to form the type $C_P$ piezoelectric layer 1010 and the type $C_N$ piezoelectric seed layer 1011 immediately next to one another and in contact can be repeated to realize p/ip interfaces at other locations and levels of the selected acoustic stack for the desired BAW device.

It is again noted that certain known components of BAW resonator structures (e.g., acoustic reflectors, frame elements and other structures) are contemplated for inclusion in the BAW resonator devices fabricated according to the methods of the representative embodiments. These structures are fabricated according to known methods, and their fabrication is integrated into the overall process flow for fabricating the desired BAW resonator device including the methods of the representative embodiments.

FIGS. 11A-11H are cross-sectional views illustrating methods of fabricating piezoelectric layers over a substrate in accordance with representative embodiments.

As described more fully below, in the presently described representative embodiments, the formation of adjacent type $C_P$ and type $C_N$ piezoelectric layers over a common substrate occurs in conditions conducive to the formation of type $C_P$ ("$C_p$ recipe") described in the parent application to Larson, et al., with the selective use of a type $C_N$ piezoelectric seed layer and processing parameters selected to foster growth of both type $C_N$ rare-earth element doped piezoelectric material and type $C_N$ rare-earth element doped piezoelectric material.

The structures formed according to the methods of the representative embodiments can be selectively implemented in one or more of a variety of BAW devices comprising piezoelectric layers having opposite polarity (p-layer/ip layer) formed over the same substrate and adjacent to one another. Many aspects of the resultant devices are common to the FBAR device 800 described in FIG. 8 and to the BAW resonator devices described in the parent application to Burak, et al., and transformers (e.g., FACT transformers), as well as other known structures and structures that are within the purview of one of ordinary skill in the art, having had the benefit of review of this application. Known materials and structures, as well as certain known aspects of processing used in forming such devices are generally not repeated in

US 9,679,765 B2

33

order to avoid obscuring the description of the methods of the representative embodiments.

Turning first to FIG. 11A, a substrate 1101 is provided and a barrier layer 1102 is provided over the substrate. Illustratively, the substrate 1101 is single-crystal silicon (Si) or other material selected for its suitability as a substrate of a bulk acoustic wave (BAW) device formed thereover. The barrier layer 1102 is, for example, borosilicate glass (BSG) or silicon carbide (SiC) formed by known techniques. The barrier layer 1102 is necessary due to the use of hydrogen plasma and heating of the substrate 1101 during the formation of type-$C_N$ material described below, and in the parent application of Larson, et al. The barrier layer 1102 is useful in preventing the formation of silicides, which can result in flaking and dissolve upon exposure to hydrofluoric (HF) acid used in subsequent processing. A first electrode layer 1103 is formed over the barrier layer.

Turning to FIG. 11B, a type $C_N$ piezoelectric seed layer 1104 is provided over the first electrode layer 1103 in order to foster growth of type $C_N$ rare-earth element doped piezoelectric material in a selected location(s). In accordance with a representative embodiment, the type $C_N$ piezoelectric seed layer 1104 is aluminum (Al) and fosters growth of piezoelectric layer of type-$C_N$ AlScN. It is noted that the selection of Al as the type $C_N$ piezoelectric seed layer 1104 is merely illustrative. Alternatively, the type $C_N$ piezoelectric seed layer 1104 may be molybdenum (Mo), tungsten (W), platinum (Pt), ruthenium (Ru), niobium (Nb), hafnium (Hf) or uranium-2108 (U-2108). As described above and in the parent application to Larson, et al., the type $C_N$ piezoelectric seed layer 1104 has a thickness in the range of approximately 50 Å to approximately 1000 Å over the surface of the first electrode layer 1103.

As depicted in FIG. 11C, the type $C_N$ piezoelectric seed layer 1104 is patterned to form a portion 05 over the first electrode layer 1103.

As depicted in FIG. 11D, the first electrode layer 1103 is patterned to form a first lower electrode 1106 and a second lower electrode 1107 next to one another, but separated by a gap 1108.

As depicted in FIG. 11E, the resultant structure of FIG. 11D is provided in the piezoelectric deposition chamber, hydrogen is flowed at a comparatively high rate (e.g., approximately 16 sccm to approximately 18 sccm) and hydrogen plasma is formed. The flow of hydrogen plasma functions as a cleaning sequence to remove oxides and other contaminants that can form over portion 1105 of the type $C_N$ piezoelectric seed layer 1104 and over the first lower electrode 1106 during the process of patterning the type $C_N$ piezoelectric seed layer 1104 and first lower electrode 1106. After the cleaning sequence is completed, the flow rate of hydrogen is reduced, and hydrogen plasma activates the portion 1105 of the type $C_N$ piezoelectric seed layer 1104 creating an electropositive surface 1109 for growth of type $C_N$ rare-earth element doped piezoelectric material according to the representative methods described in the parent application to Larson, et al.

The structure depicted in FIG. 11E remains in the piezoelectric deposition chamber after the cleaning sequence with no vacuum break. As depicted in FIG. 11F, the method continues under conditions conducive to the formation of type $C_P$ ("$C_P$ recipe") described in the parent application to Larson, et al. Notably a type $C_P$ piezoelectric layer 1110 is formed over the first lower electrode 1106 and a type $C_N$ piezoelectric layer 1111 is formed over the portion 1105. In a representative embodiment, the growth of type $C_N$ AlScN occurs over the type $C_N$ piezoelectric seed layer 1104 at

34

portion 1105, and the growth of type $C_P$ AlScN occurs over the first lower electrode 1106. A layer 1112 of material (e.g., AlScN) is formed over the unprepared barrier layer 1102 during the growth sequence of the type $C_P$ piezoelectric layer 1110 and the type $C_N$ piezoelectric layer 1111. In contrast to type $C_P$ piezoelectric layer 1110 and type $C_N$ piezoelectric layer 1111, layer 1112 is generally a polycrystalline material that exhibits little or no piezoelectric effects because many facets initiate crystal growth in a variety of directions. As such, layer 1112 generally does not exhibit piezoelectric properties, and can be removed.

The process continues under conditions conducive to the growth of type $C_P$ rare-earth element doped piezoelectric material as described above. The growth of the rare-earth element doped piezoelectric material (e.g., AlScN) occurs with the hydrogen flow continued, albeit at a lower flow rate (e.g., approximately 6 sccm to approximately 8 sccm) to ensure growth of the type $C_N$ piezoelectric layer 1111.

Beneficially, the type $C_P$ piezoelectric layer 1110 is a highly textured C-axis rare-earth element doped piezoelectric material. Accordingly, the C-axis orientations of the crystals of the type $C_P$ rare-earth element doped piezoelectric material are well-collimated, and as such are parallel with one another (i.e., oriented in the z-direction of the coordinate system depicted in FIG. 11F) and perpendicular to the plane (i.e., the x-y plane of the coordinate system depicted in FIG. 11F) of first lower electrode 1106 over which the type $C_P$ piezoelectric layer 1110 is formed. Similarly, the type $C_N$ piezoelectric layer 1111 is a highly textured C-axis rare-earth element doped piezoelectric material. Accordingly, the C-axis orientations of the crystals of the type $C_N$ rare-earth element doped piezoelectric material are well-collimated, and as such are parallel with one another (i.e., oriented in the −z-direction of the coordinate system depicted in FIG. 11F) and perpendicular to the plane (i.e., the x-y plane of the coordinate system depicted in FIG. 11F) of second lower electrode 1107 over which type $C_P$ piezoelectric layer 1110 is formed.

After formation of the type $C_P$ piezoelectric layer 1110 over the first lower electrode 1106, and a type $C_N$ piezoelectric layer 1111 over the second lower electrode 1107, first and second upper electrodes (not shown) can be formed over the type $C_P$ piezoelectric layer 1110 and the type $C_N$ piezoelectric layer 1111, respectively. These electrodes can then be connected to an electrical power source to provide a variety of BAW resonator devices (e.g., FACT transformers).

The type $C_P$ piezoelectric layer 1110 and the type $C_N$ piezoelectric layer 1111 can be provided immediately next to one another and in contact with one another (i.e., without gap 1108 and layer 1112 between the type $C_P$ and type $C_N$ piezoelectric layers 1110, 1111). This structure can be fabricated through a variation in the processing sequence depicted in FIGS. 11A-11F of the representative embodiments described in connection therewith. Notably, after the formation of the type $C_N$ piezoelectric seed layer 1104 at FIG. 11B, the first electrode layer 1103 is not patterned as described in connection with the processing sequence of FIG. 11D, but rather remains as a single layer. Instead, the type $C_N$ piezoelectric seed layer 1104 is patterned and removed from one side of the first electrode layer 1103, as depicted in FIG. 11G.

The structure depicted in FIG. 11G is provided in the piezoelectric deposition chamber, hydrogen is flowed at a comparatively high rate (e.g., approximately 16 sccm to approximately 18 sccm) and hydrogen plasma is formed. The flow of hydrogen plasma functions as a cleaning

US 9,679,765 B2

35                                                              36

sequence to remove oxides and other contaminants that can form over portion **1105** of the type $C_N$ piezoelectric seed layer **1104** and over the first electrode layer **1103** during the process of patterning the type $C_N$ piezoelectric seed layer **1104**.

After the cleaning sequence is completed, the flow rate of hydrogen is reduced, and hydrogen plasma activates the portion **1105** of the type $C_N$ piezoelectric seed layer **1104** for growth of type $C_N$ rare-earth element doped piezoelectric material. Next, growth of the highly textured type $C_P$ rare-earth element doped piezoelectric material and highly textured type $C_N$ rare-earth element doped piezoelectric material is effected under conditions conducive to the growth of type $C_P$ rare-earth element doped piezoelectric material, as described in the parent application to Larson. Notably, the growth of the highly textured type $C_P$ rare-earth element doped piezoelectric material and highly textured type $C_N$ rare-earth element doped piezoelectric material occurs with the hydrogen flow continued at a comparatively low flow rate (e.g., approximately 6 sccm to 8 sccm) to maintain growth of the type $C_N$ rare-earth element doped piezoelectric material. As depicted in FIG. 11H, the type $C_P$ piezoelectric layer **1110** is formed immediately next to and in contact with type $C_N$ piezoelectric layer **1111**, with both type $C_P$ piezoelectric layer **1110** and type $C_N$ piezoelectric layer **1111** being formed over the first electrode layer **1103**.

Although not depicted in FIG. 11H, a second electrode layer is provided over the type $C_P$ piezoelectric layer **1110** and the type $C_N$ piezoelectric layer **1111**.

The structure depicted in FIG. 11H may be referred to as a "p/ip" structure such as in the parent application to Burak, et al. The p/ip structure lends itself to improvements in performance in FBAR devices, SBAR devices and CRF devices, as is described in the parent application to Burak, et al. Notably, the process sequence to form the type $C_P$ piezoelectric layer **1110** and the type $C_N$ piezoelectric layer **1111** immediately next to one another and in contact with one another can be repeated to realize p/ip interfaces at other locations and levels of the selected acoustic stack for the desired BAW device.

It is again noted that certain known components of BAW resonator structures (e.g., acoustic reflectors, frame elements and other structures) are contemplated for inclusion in the BAW resonator devices fabricated according to the methods of the representative embodiments. These structures are fabricated according to known methods, and their fabrication is integrated into the overall process flow for fabricating the desired BAW resonator device including the methods of the representative embodiments.

In accordance with illustrative embodiments, methods of fabricating rare-earth element doped piezoelectric materials and acoustic resonators for various applications such as electrical filters are described. One of ordinary skill in the art appreciates that many variations that are in accordance with the present teachings are possible and remain within the scope of the appended claims. These and other variations would become clear to one of ordinary skill in the art after inspection of the specification, drawings and claims herein. The invention therefore is not to be restricted except within the spirit and scope of the appended claims.

I claim:

**1**. A BAW resonator, comprising:
a first electrode disposed over a substrate;
an electropositive seed layer comprising aluminum and scandium (Al—Sc), and disposed over the substrate;
a piezoelectric layer disposed over the electropositive seed layer and comprising a rare-earth element doped

piezoelectric material having a compression-negative ($C_N$) polarity, wherein the electropositive seed layer fosters growth of the piezoelectric layer having the compression-negative ($C_N$) polarity; and
a second electrode disposed over the rare-earth element doped piezoelectric material.

**2**. A BAW resonator as claimed in claim **1**, wherein the rare-earth element doped piezoelectric material comprises a first component and a second component.

**3**. A BAW resonator as claimed in claim **2**, wherein the rare-earth element is scandium (Sc), the first component is nitrogen (N), and the second component is aluminum (Al).

**4**. A bulk acoustic wave (BAW) resonator structure, comprising:
a first electrode disposed over a substrate;
a first non-ferroelectric piezoelectric layer disposed over the first electrode, the first non-ferroelectric piezoelectric layer having a first c-axis oriented along a first direction, and comprising a rare-earth element doped non-ferroelectric piezoelectric material;
a second electrode disposed over the first non-ferroelectric piezoelectric layer;
a second non-ferroelectric piezoelectric layer disposed over the first electrode, the second non-ferroelectric piezoelectric layer being adjacent to, and in direct contact with, the first non-ferroelectric piezoelectric layer, wherein the second non-ferroelectric piezoelectric layer has a second c-axis oriented in a second direction that is substantially antiparallel to the first direction; and
an acoustic reflector disposed in the substrate.

**5**. A BAW resonator structure as claimed in claim **4**, wherein the second non-ferroelectric piezoelectric layer comprises the rare-earth element doped non-ferroelectric piezoelectric material.

**6**. A BAW resonator structure as claimed in claim **5**, wherein the second non-ferroelectric piezoelectric layer has a piezoelectric coupling coefficient ($e_{33p}$) that is substantially equal in magnitude but opposite in sign to a piezoelectric coupling coefficient ($e_{33p}$) of the first non-ferroelectric piezoelectric layer.

**7**. A BAW resonator structure as claimed in claim **5**, wherein the rare-earth element doped non-ferroelectric material comprises scandium doped aluminum nitride (AlScN).

**8**. A bulk acoustic wave (BAW) resonator structure, comprising:
a first electrode disposed over a substrate;
a cavity beneath the first electrode;
a first non-ferroelectric piezoelectric layer disposed over the first electrode, the first non-ferroelectric piezoelectric layer comprising a rare-earth element doped non-ferroelectric piezoelectric material, and having a first c-axis oriented along a first direction;
a second electrode disposed over the first non-ferroelectric piezoelectric layer, wherein an active region of the BAW resonator structure comprises an overlap of the first electrode and the second electrode with the cavity; and
a second non-ferroelectric piezoelectric layer disposed over the first electrode, the second non-ferroelectric piezoelectric layer being adjacent to, and in direct contact with, the first non-ferroelectric piezoelectric layer, the second non-ferroelectric piezoelectric layer having a second c-axis oriented in a second direction that is substantially antiparallel to the first direction,

US 9,679,765 B2

37

wherein the second electrode overlaps the second non-ferroelectric piezoelectric layer; and

an acoustic reflector disposed in the substrate.

**9**. A BAW resonator structure as claimed in claim **8**, wherein the first non-ferroelectric piezoelectric layer comprises the rare-earth element doped non-ferroelectric piezoelectric material, or the second non-ferroelectric piezoelectric layer comprises the rare-earth element doped non-ferroelectric piezoelectric material, or both.

**10**. A BAW resonator structure as claimed in claim **9**, wherein the second non-ferroelectric piezoelectric layer has a piezoelectric coupling coefficient ($e_{33p}$) that is substantially equal in magnitude but opposite in sign of a piezoelectric coupling coefficient ($e_{33p}$) of the first non-ferroelectric piezoelectric layer.

**11**. A BAW resonator structure as claimed in claim **9**, wherein the rare-earth element doped non-ferroelectric piezoelectric material comprises scandium doped aluminum nitride (AlScN).

**12**. A BAW resonator as claimed in claim **1**, wherein the electropositive seed layer is comparatively pure.

**13**. A BAW resonator as claimed in claim **1**, wherein the electropositive seed layer is disposed directly on an upper surface of the first electrode.

**14**. A BAW resonator as claimed in claim **1**, wherein a thickness of the electropositive seed layer is in a range of approximately 50 Å to approximately 1000 Å.

38

**15**. A BAW resonator as claimed in claim **2**, wherein a thickness wherein a thickness of the electropositive seed layer is in a range of approximately 50 Å to approximately 1000 Å.

**16**. A BAW resonator as claimed in claim **7**, wherein atomic percentage of scandium in the scandium doped aluminum nitride (AlScN) is approximately 0.5% to approximately 44%.

**17**. A BAW resonator as claimed in claim **7**, wherein atomic percentage of scandium in the scandium doped aluminum nitride (AlScN) is approximately 2.5% to approximately 5%.

**18**. A BAW resonator as claimed in claim **7**, wherein atomic percentage of scandium in the scandium doped aluminum nitride (AlScN) is approximately 0.5% to less than approximately 10.0%.

**19**. A BAW resonator as claimed in claim **11**, wherein atomic percentage of scandium in the scandium doped aluminum nitride (AlScN) is approximately 0.5% to approximately 44%.

**20**. A BAW resonator as claimed in claim **11**, wherein atomic percentage of scandium in the scandium doped aluminum nitride (AlScN) is approximately 2.5% to approximately 5%.

**21**. A BAW resonator as claimed in claim **11**, wherein atomic percentage of scandium in the scandium doped aluminum nitride (AlScN) is approximately 0.5% to less than approximately 10.0%.

* * * * *

# Exhibit A12

US 20140159548A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: **US 2014/0159548 A1**
Burak et al. (43) Pub. Date: **Jun. 12, 2014**

(54) ACOUSTIC RESONATOR COMPRISING
COLLAR AND ACOUSTIC REFLECTOR
WITH TEMPERATURE COMPENSATING
LAYER

(71) Applicant: Avago Technologies General IP
(Singapore) Pte. Ltd., Singapore (SG)

(72) Inventors: Dariusz Burak, Fort Collins, CO (US);
John Choy, Westminster, CO (US);
Kevin J. Grannen, Thornton, CO (US);
Qiang Zou, Fort Collins, CO (US)

(73) Assignee: Avago Technologies General IP
(Singapore) Pte. Ltd., Singapore (SG)

(21) Appl. No.: 14/092,077

(22) Filed: Nov. 27, 2013

Related U.S. Application Data

(63) Continuation-in-part of application No. 13/767,754,
filed on Feb. 14, 2013, Continuation-in-part of appli-
cation No. 13/955,774, filed on Jul. 31, 2013, which is
a continuation-in-part of application No. 13/781,491,
filed on Feb. 28, 2013, which is a continuation-in-part
of application No. 13/663,449, filed on Oct. 29, 2012,
said application No. 13/955,774 is a continuation-in-
part of application No. 13/208,883, filed on Aug. 12,

2011, which is a continuation-in-part of application
No. 13/074,262, filed on Mar. 29, 2011.

Publication Classification

(51) Int. Cl.
H03H 9/17 (2006.01)
H01L 41/053 (2006.01)
(52) U.S. Cl.
CPC ............ H03H 9/17 (2013.01); H01L 41/053
(2013.01)
USPC .......................................... 310/348

(57) ABSTRACT

An acoustic resonator structure includes an acoustic reflector
over a cavity formed in a substrate, the acoustic reflector
including a layer of low acoustic impedance material stacked
on a layer of high acoustic impedance material. The acoustic
resonator further includes a bottom electrode on the layer of
low acoustic impedance material, a piezoelectric layer on the
bottom electrode, a top electrode on the piezoelectric layer,
and a collar formed outside a main membrane region defined
by an overlap between the top electrode, the piezoelectric
layer and the bottom electrode. The collar has an inner edge
substantially aligned with a boundary of or overlapping the
main membrane region. The layer of the low acoustic imped-
ance material includes a temperature compensating material
having a positive temperature coefficient for offsetting at least
a portion of a negative temperature coefficient of the piezo-
electric layer, the bottom electrode and the top electrode.



Case 1:21-cv-01417-JPM   Document 101-2   Filed 08/30/22   Page 47 of 148 PageID #: 1572



Fig. 1A

AKTS_00014730



Fig. 1B

AKTS_0014731

Case 1:21-cv-01417-JPM   Document 101-2   Filed 08/30/22   Page 49 of 148 PageID #: 1574



Fig. 1C

AKTS_00014732



Fig. 1D



Fig. 1E



Fig. 1F



Fig. 2A

AKTS_0014738



Fig. 2B

Case 1:21-cv-01417-JPM   Document 101-2   Filed 08/30/22   Page 55 of 148 PageID #: 1580



Fig. 2C

AKTS_0074738





Fig. 3A

AKTS_00014740



Fig. 3B



Fig. 3C



Fig. 3D



Fig. 4

US 2014/0159548 A1

Jun. 12, 2014

1

# ACOUSTIC RESONATOR COMPRISING COLLAR AND ACOUSTIC REFLECTOR WITH TEMPERATURE COMPENSATING LAYER

## CROSS REFERENCE TO RELATED APPLICATIONS

[0001] This application is a continuation-in-part under 37 C.F.R. §1.53(b) of commonly owned U.S. patent application Ser. No. 13/787,754 entitled "Acoustic Resonator Having Temperature Compensation," filed on Feb. 14, 2013, which is hereby incorporated by reference in its entirety. This application is also a continuation-in-part under 37 C.F.R. §1.53(b) of commonly owned U.S. patent application Ser. No. 13/955, 774 entitled "Acoustic Resonator Comprising Collar, Frame and Perimeter Distributed Bragg Reflector," filed on Jul. 31, 2013, which is a continuation-in-part of commonly owned U.S. patent application Ser. No. 13/781,491 entitled "Acoustic Resonator Having Collar and Frame," filed on Feb. 28, 2013, which is a continuation-in-part of commonly owned U.S. patent application Ser. No. 13/663,449 entitled "Acoustic Resonator Having Collar Structure," filed on Oct. 29, 2012, which are hereby incorporated by reference in their entireties. U.S. patent application Ser. No. 13/955,774 is also a continuation-in-part under 37 C.F.R. §1.53(b) of commonly owned U.S. patent application Ser. No. 13/208,883 entitled "Stacked Bulk Acoustic Resonator Comprising a Bridge and an Acoustic Reflector along a Perimeter of the Resonator," filed on Aug. 12, 2011 (published as U.S. Patent App. Pub. No. 2012/0218055), which are continuations-in-part of commonly owned U.S. patent application Ser. No. 13/074,262 entitled "Stacked Acoustic Resonator Comprising Bridge," filed on Mar. 29, 2011 (published as U.S. Patent App. Pub. No. 2012/0218074), which are hereby incorporated by reference in their entireties.

## BACKGROUND

[0002] Acoustic resonators can be used to implement signal processing functions in various electronic applications. For example, some cellular phones and other communication devices use acoustic resonators to implement frequency filters for transmitted and/or received signals. Several different types of acoustic resonators can be used according to different applications, with examples including bulk acoustic wave (BAW) resonators such as thin film bulk acoustic resonators (FBARs), coupled resonator filters (CRFs), stacked bulk acoustic resonators (SBARs), double bulk acoustic resonators (DBARs), and solidly mounted resonators (SMRs). An FBAR, for example, includes a piezoelectric layer between a first (bottom) electrode and a second (top) electrode over a cavity. BAW resonators may be used in a wide variety of electronic applications, such as cellular telephones, personal digital assistants (PDAs), electronic gaming devices, laptop computers and other portable communications devices. For example, FBARs may be used for electrical filters and voltage transformers.

[0003] An acoustic resonator typically comprises a layer of piezoelectric material sandwiched between two plate electrodes in a structure referred to as an acoustic stack. Where an input electrical signal is applied between the electrodes, reciprocal or inverse piezoelectric effect causes the acoustic stack to mechanically expand or contract depending on the polarization of the piezoelectric material. As the input elec-

trical signal varies over time, expansion and contraction of the acoustic stack produces acoustic waves that propagate through the acoustic resonator in various directions and are converted into an output electrical signal by the piezoelectric effect. Some of the acoustic waves achieve resonance across the acoustic stack, with the resonance frequency being determined by factors such as the materials, dimensions, and operating conditions of the acoustic stack. These and other resonant-related characteristics of the acoustic resonator determine its frequency response.

[0004] In general, an acoustic resonator comprises different lateral regions that may be subject to different types of resonances, or resonance modes. These lateral regions can be characterized, very broadly, as a main membrane region and peripheral regions, where the main membrane region is defined, roughly, by an overlap between the two plate electrodes and the piezoelectric material, and the peripheral regions are defined as areas outside the main membrane region. Two peripheral regions, in particular, are defined as a region located between the edge of the main membrane region and edge of the air cavity, and a region of an overlap of at least one plate electrode and the piezoelectric material with the substrate. The main membrane region is subject to electrically excited modes generated by the electric field created between the two plate electrodes, and both the main membrane and the peripheral regions are subject to certain derivative modes generated by scattering of energy in the electrically excited modes. The electrically excited modes comprise, for instance, a piston mode formed by longitudinal acoustic waves with boundaries at the edges of the main membrane region. The derivative modes comprise, for instance, lateral modes formed by lateral acoustic waves excited at the edges of the main membrane region and the peripheral regions.

[0005] The lateral modes facilitate continuity of appropriate mechanical particle velocities and stresses between the electrically driven main membrane region and the essentially non-driven peripheral regions. They can either propagate freely (so called propagating modes) or exponentially decay (so called evanescent and complex modes) from the point of excitation. They can be excited both by lateral structural discontinuities (e.g., an interface between regions of different thicknesses in the main membrane region, or an edge of the top or bottom electrode) or by electric field discontinuities (e.g., an edge of a top electrode where the electric field is terminated abruptly).

[0006] The lateral modes generally have a deleterious impact on the performance of an acoustic resonator. Accordingly, some acoustic resonators include auxiliary structural features designed to suppress, inhibit, or mitigate the lateral modes. For example, a collar may be formed by a dielectric material outside the boundary of the main membrane region to allow a spreading-out of an evanescent mode emanating from the boundary and improve confinement of mechanical modes to the main membrane region. In another example, a frame may be formed by a conductive or dielectric material within the boundary of the main membrane region to minimize scattering of electrically excited piston mode at top electrode edges and improve confinement of mechanical motion in the main membrane region.

[0007] The conventional implementation of these auxiliary structural features has a number of potential shortcomings. For instance, depending on their specific design, they may be a source of additional scattering of the piston mode which may outweigh their benefits. Additionally, they may require

AKTS_00014749

the presence of certain additional materials that can deleteriously redistribute the acoustic energy in the acoustic stack, such as relatively soft planarization layers. Also, some design choices may produce only modest performance improvements while significantly driving up cost. Moreover, the formation of ancillary structural features may degrade structural stability or interfere with the formation of overlying layers.

[0006] In addition, conventional FBARs rely on strong confinement of electrically excited piston mode. Strong confinement is provided by the edges of the top and bottom electrodes, as well as ancillary structural features, such as air bridges and connections outside frames. While the apparent advantage of strong confinement is that it prevents strong electrical excitation of mechanical motion at the edge of the top electrode, it also provides significant acoustic discontinuities, leading to scattering of energy out of the desired piston mode into undesired rotational, shear, flexural and dilatational modes of the whole structure. Accordingly, in view of these and other shortcomings of conventional acoustic resonator structures, there is a general need for improved acoustic resonator designs.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009] The illustrative embodiments are best understood from the following detailed description when read with the accompanying drawing figures. It is emphasized that the various features are not necessarily drawn to scale. In fact, the dimensions may be arbitrarily increased or decreased for clarity of discussion. Wherever applicable and practical, like reference numerals refer to like elements.

[0010] FIG. 1A is a top view of an acoustic resonator according to a representative embodiment.

[0011] FIG. 1B is a cross-sectional view of an acoustic resonator according to a representative embodiment.

[0012] FIG. 1C is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0013] FIG. 1D is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0014] FIG. 1E is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0015] FIG. 1F is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0016] FIG. 2A is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0017] FIG. 2B is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0018] FIG. 2C is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0019] FIG. 2D is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0020] FIG. 3A is a cross-sectional view of an acoustic resonator, excluding frames, according to another representative embodiment.

[0021] FIG. 3B is a cross-sectional view of an acoustic resonator, excluding frames, according to another representative embodiment.

[0022] FIG. 3C is a cross-sectional view of an acoustic resonator, excluding collars, according to another representative embodiment.

[0023] FIG. 3D is a cross-sectional view of an acoustic resonator, excluding collars, according to another representative embodiment.

[0024] FIG. 4 is a graph illustrating the quality factor (Q-factor) and parallel resistance Rp of the acoustic resonators of FIGS. 3A and 3B, accompanied in an acoustic resonator having only a temperature compensating acoustic impedance layer.

## DETAILED DESCRIPTION

[0025] In the following detailed description, for purposes of explanation and not limitation, example embodiments disclosing specific details are set forth in order to provide a thorough understanding of the present teachings. However, it will be apparent to one having ordinary skill in the art having the benefit of the present disclosure that other embodiments according to the present teachings that depart from the specific details disclosed herein remain within the scope of the appended claims. Moreover, descriptions of well-known apparatuses and methods may be omitted so as to not obscure the description of the example embodiments. Such methods and apparatuses are clearly within the scope of the present teachings.

[0026] The terminology used herein is for purposes of describing particular embodiments only, and is not intended to be limiting. The defined terms are in addition to the technical, scientific, or ordinary meanings of the defined terms as commonly understood and accepted in the relevant context.

[0027] The terms "a", "an" and "the" include both singular and plural referents, unless the context clearly dictates otherwise. Thus, for example, "a device" includes one device and plural devices. The terms "substantial" or "substantially" mean to within acceptable limits or degree. The term "approximately" means to within an acceptable limit or amount to one of ordinary skill in the art. Relative terms, such as "above", "below", "top", "bottom", "upper" and "lower" may be used to describe the various elements' relationships to one another, as illustrated in the accompanying drawings. These relative terms are intended to encompass different orientations of the device and/or elements in addition to the orientation depicted in the drawings. For example, if the device were inverted with respect to the view in the drawings, an element described as "above" another element, for example, would now be "below" that element. When a first device is said to be connected or coupled to a second device, this encompasses examples where one or more intermediate devices may be employed to connect the two devices to each other. In contrast, where a first device is said to be directly connected or directly coupled to a second device, this encompasses examples where the two devices are connected together without any intervening devices other than electrical connectors (e.g., wires, bonding materials, etc.).

[0028] The present teachings relate generally to acoustic resonators such as film bulk acoustic wave resonators (FBARs) or solidly mounted resonators (SMRs), although the discussion is directed to FBARs for the sake of convenience. Certain details of acoustic resonators, including but not limited to methods of fabrication, may be found in one or more of the following commonly owned U.S. Patents and Patent Applications: U.S. Pat. No. 6,107,721 to Lakin; U.S. Pat. Nos. 5,587,620, 5,873,153, 6,507,983, 6,384,697, 7,275,292 and 7,629,865 to Ruby et al.; U.S. Pat. No. 7,280,007 to Feng, et al.; U.S. Patent App. Pub. No. 2007/0205850 to Jamneala et al.; U.S. Pat. No. 7,388,454 to Ruby et al.; U.S. Patent App. Pub. No. 2010/0327697 to Choy et al.; U.S. Patent App. Pub. No. 2010/0327994 to Choy et al.; U.S. patent application Ser. No. 13/658,024 to Nikkel et al.; U.S. patent application Ser. No. 13/663,449 to Burak et al.; U.S. patent application Ser. No. 13/660,941 to Burak et al.; U.S. patent application Ser.

AKTS_00014748

67

7

Case 1:21-cv-01417-JPM   Document 101-2   Filed 08/30/22   Page 70 of 148 PageID #: 1595

US 2014/0159548 A1

11

Jun. 12, 2014

AKTS_00014765

# Exhibit A13

# 13.3: Energy Trapping in Mesa-Shaped Quartz Crystal Microbalance

**F. Shen**
Institute of High Performance Computing, Singapore
shenf@ihpc.nus.edu.sg

**K. H. Lee**
National University of Singapore
mpeleekh@nus.edu.sg

**P. Lu**
Institute of High Performance Computing, Singapore
lupin@ihpc.nus.edu.sg

**S. J. O'Shea**
Institute of Materials Research & Engineering Singapore
s-oshea@imre.org.sg

## Abstract

*In this paper, the energy trapping problem in AT-cut quartz mesa structures is studied. Results show that the mesa structure is able to trap thickness-shear vibration energy within a much smaller area compared with a conventional electroded plate. The optimum sizes of these mesa structures are obtained through this study.*

## Keywords

quartz crystal microbalance, energy trapping, mesa, thickness-shear

## INTRODUCTION

Recently, mesa-shaped quartz structures have been studied [1-6]. Compared with the conventional mass-loading of a planar electroded plate, mesa-shaped quartz structures are expected to trap larger fraction of the vibration energy into the electrode area. This is important for the construction of multichannel resonator applications [7,8], where the interference between adjacent channels must be avoided or minimized. Spurious vibrations of AT-cut quartz plates with mesa structures have been studied both numerically [3-6] and experimentally [1,6]. It has been found that bi-mesa structures can help to separate the thickness-shear (TS) and flexure (TF) modes [1,3]. However, it was also found that with the increase of a mesa height, the edge of the mesa plays an important role in mode coupling. Therefore, the stepped mesa structure was studied which introduces more edges and thus is expected to further lessen the effects of mode coupling [5,6].

This paper is focused on the energy trapping of AT-cut quartz resonators with mesa structures. Mindlin's one-dimensional theory [9], which considers the coupling of TS and TF vibrations, is used.

Strictly speaking, for small values of electrode width-to-thickness and step width-to-thickness ratios, the one-dimensional beam theory and straight-crested wave assumption are not very accurate. However, if the quartz plate is taken as a beam with varied sections in x-axis direction (Fig. 1) and the differences in thicknesses for different sections are small, then it is expected that any errors be acceptable. It is also found that the deformation within the electroded or mesa portion is dominated by TS mode [1,9] and TF vibration is relatively insignificant. Although the TS wave decays outside the electroded portion, it is reasonable to assume that TS dominates within the step portion if the step width is short.

Two cases are studied and compared in this paper, *i.e.*, a single bi-mesa and a stepped bi-mesa. The results show that by using a mesa structure, energy can be trapped within the mesa portion such that micromachined resonators can be put on a single quartz chip.

## ANALYSIS OF COUPLED TS AND TF VIBRATIONS IN MESA STRUCTURES

### Equations of Motion

The model used for analysis in this paper is shown in Fig. 1. It is an infinite AT-cut quartz plate with stepped bi-mesa at the central portion of the plate. The surfaces of the mesa are coated with electrodes. Assuming that the structure is symmetric in the yz plane, it can be divided into three sections: the unplated portion (Section I), the step portion (Section II) and the mesa portion (Section III). The thicknesses of the three sections are $2h_1$, $2h_2$ and $2h_3$, respectively. The thickness of the electrode is $h_e$. The width of the mesa and electrode is $2a$ and the width of the step is $b$.



**Figure 1. Stepped bi-mesa quartz resonator**

For the coupled vibrations of TS and TF, the equations obtained by Mindlin are used here [9].

$$k_{1m}^2 C_{66}\left(\frac{\partial^2 v}{\partial x^2} + \frac{\partial \psi_x}{\partial x}\right) = \rho(1+R)\frac{\partial^2 v}{\partial t^2} \qquad (1a)$$

$$\frac{\gamma_{11}h^2}{3}\frac{\partial^2 \psi_x}{\partial x^2} - k_{1m}^2 C_{66}\left(\frac{\partial v}{\partial x} + \psi_x\right) + \frac{C}{2h} = \frac{\rho h^2 (1+3R)}{3}\frac{\partial^2 \psi_x}{\partial t^2} \qquad (1b)$$

where $x$ is the diagonal axis in the plane of the quartz plate, $\psi_x$ is the rotation of a line element initially normal to the middle plane of the quartz plate, $v$ is the deflection in $y$ direction, $\rho$ is the density, $2h$ is the thickness of the plate, $k_{1m}$ is the shear-correction factor, $C_{66}$ is the shear modulus

0-7803-7454-1/02/$17.00 ©2002 IEEE

Authorized licensed use limited to: Univ of Calif Berkeley. Downloaded on March 24,2022 at 04:23:21 UTC from IEEE Xplore. Restrictions apply.

AKTS_00014801

of elasticity in the plane normal to the plate through the $x$-axis and $\gamma_1$ is Voigt's stretch modulus of the plate in the $x$-direction, C is a couple per unit area which is mechanically equivalent to the imposed voltage across the electrodes, $R$ is the ratio of the mass per unit area of both electrodes to the mass per unit area of the plate.

$$k_{1m}^2 = \frac{(1+3R)\pi^2}{12(1+R)^2} \tag{2a}$$

$$R = \rho_e h_e / \rho h \tag{2b}$$

$R=0$ and $C=0$ in the un-plated sections (I and II). The value $h$ is replaced by $h_1$ for Section I, $h_2$ for Section II and $h_3$ for Section III.

The above equations are derived from two-dimensional plate theory with all the extensional, torsional and face-shear modes eliminated [10]. All the TS modes are also eliminated except the first-order TS mode and its overtones. The straight-crested shear wave is introduced by assuming the displacement $u$ in the $x$ direction:

$$u = y\psi_x(x,t) \tag{3}$$

The transverse shear force, $V_x$, and the bending moment, $M_x$, both per unit width of plate, are given by

$$V_x = 2hk_{1m}^2 C_{66}\left(\frac{\partial v}{\partial x} + \psi_x\right) \tag{4a}$$

$$M_x = \frac{2h^3\gamma_{11}}{3}\frac{\partial \psi_x}{\partial x} \tag{4b}$$

The cut-off frequencies for the three different sections are

$$\omega_i^2 = \pi^2 C_{66} / 4\rho h_i^2(1+R)^2 \qquad i=1,2,3 \tag{5}$$

## Solutions

Assuming the driving input is $C_0 \cdot \cos \omega t$ with $\omega_3 \leq \omega \leq \omega_1$, for the portion $x \geq a+b$ (Section I), the frequency excited is smaller than the cut-off frequency of this portion so the TS wave will decay exponentially. The solution is:

$$\psi_{x1} = A_1 \sin(\xi_1 x - \omega t) + A_2 \cos(\xi_1 x - \omega t) + A_3 e^{-\xi_2 x}\cos \omega t + A_4 e^{-\xi_2 x}\sin \omega t \tag{6a}$$

$$v_1 = -\alpha_1 A_1 h_1 \cos(\xi_1 x - \omega t) + \alpha_1 A_2 h_1 \sin(\xi_1 x - \omega t) + \alpha_2 A_3 h_1 e^{-\xi_2 x}\cos \omega t + \alpha_2 A_4 h_1 e^{\xi_2 x}\sin \omega t \tag{6b}$$

For the portion $a \leq x \leq a+b$ (Section II), the solution depends on the resonance frequency of the structure. If $\omega_2 \leq \omega \leq \omega_1$, the TS wave can be propagated, so the solution is:

$$\psi_{x2} = A_5 \sin(\xi_3 x - \omega t) + A_6 \cos(\xi_3 x - \omega t)$$
$$+ A_7 \sin(\xi_4 x - \omega t) + A_8 \cos(\xi_4 x - \omega t)$$
$$+ A_9 \sin(\xi_3 x + \omega t) + A_{10} \cos(\xi_3 x + \omega t)$$
$$+ A_{11} \sin(\xi_4 x + \omega t) + A_{12} \cos(\xi_4 x + \omega t) \tag{6c}$$

$$v_2 = -\alpha_3 A_5 h_2 \cos(\xi_3 x - \omega t) + \alpha_3 A_6 h_2 \sin(\xi_3 x - \omega t)$$
$$-\alpha_4 A_7 h_2 \cos(\xi_4 x - \omega t) + \alpha_4 A_8 h_2 \sin(\xi_4 x - \omega t)$$
$$-\alpha_3 A_9 h_2 \cos(\xi_3 x + \omega t) + \alpha_3 A_{10} h_2 \sin(\xi_3 x + \omega t)$$
$$-\alpha_4 A_{11} h_2 \cos(\xi_4 x + \omega t) + \alpha_4 A_{12} h_2 \sin(\xi_4 x + \omega t) \tag{6d}$$

If $\omega_3 \leq \omega \leq \omega_2$, the TS wave will decay, then the solution is:

$$\psi_{x2} = A_5 \sin(\xi_3 x - \omega t) + A_6 \cos(\xi_3 x - \omega t)$$
$$+ A_7 e^{-\xi_4 x}\cos \omega t + A_8 e^{-\xi_4 x}\sin \omega t + A_9 \sin(\xi_3 x + \omega t)$$
$$+ A_{10} \cos(\xi_3 x + \omega t) + A_{11} e^{\xi_4 x}\cos \omega t + A_{12} e^{\xi_4 x}\sin \omega t \tag{6e}$$

$$v_2 = -\alpha_3 A_5 h_2 \cos(\xi_3 x - \omega t) + \alpha_3 A_6 h_2 \sin(\xi_3 x - \omega t)$$
$$+ \alpha_4 A_7 h_2 e^{-\xi_4 x}\cos \omega t + \alpha_4 A_8 h_2 e^{-\xi_4 x}\sin \omega t$$
$$-\alpha_3 A_9 h_2 \cos(\xi_3 x + \omega t) + \alpha_3 A_{10} h_2 \sin(\xi_3 x + \omega t)$$
$$-\alpha_4 A_{11} h_2 e^{\xi_4 x}\cos \omega t - \alpha_4 A_{12} h_2 e^{\xi_4 x}\sin \omega t \tag{6f}$$

For the mesa portion with electrode $-a \leq x \leq a$ (Section III), the solution is

$$\psi_{x3} = (A_{13}\cos \xi_5 x + A_{14}\cos \xi_6 x)\cos \omega t$$
$$+ (A_{15}\cos \xi_5 x + A_{16}\cos \xi_6 x)\sin \omega t + \psi_0 \cos \omega t \tag{6g}$$

$$v_3 = (\alpha_5 A_{13} h_3 \sin \xi_5 x + \alpha_6 A_{14} h_3 \sin \xi_6 x)\cos \omega t$$
$$+ (\alpha_5 A_{15} h_3 \sin \xi_5 x + \alpha_6 A_{16} h_3 \sin \xi_6 x)\sin \omega t \tag{6h}$$

where

$$\psi_0 = C_0 / 2h_3 k_{1m}^2 C_{66}\left(1 - \omega^2 / \omega_3^2\right) \tag{7}$$

$$\alpha_i = \frac{\varphi_i}{3\Omega_1^2 + (-1)^i \varphi_i^2} = \frac{(-1)^i(1-\Omega_1^2) - \overline{\gamma}_{11}\varphi_i^2}{\varphi_i} \quad i=1,2 \tag{8a}$$

$$\alpha_i = \begin{cases} \dfrac{\varphi_i}{3\Omega_2^2 - \varphi_i^2} = \dfrac{\Omega_2^2 - 1 - \overline{\gamma}_{11}\varphi_i^2}{\varphi_i} & \omega \geq \omega_2 \\[3mm] \dfrac{\varphi_i}{3\Omega_2^2 + (-1)^i \varphi_i^2} = \dfrac{(-1)^i(1-\Omega_2^2) - \overline{\gamma}_{11}\varphi_i^2}{\varphi_i} & \omega \leq \omega_2 \end{cases}$$
$$i=3 \text{ to } 6 \tag{8b}$$

$$\alpha_i = \frac{\varphi_i}{3r\Omega_3^2 - \varphi_i^2} = \frac{\Omega_3^2 - 1 - \overline{\gamma}_{11}\varphi_i^2}{\varphi_i} \quad i=5,6 \tag{8c}$$

$$\Omega_i = \omega / \omega_i, \quad i=1,2,3 \tag{9}$$

$$\overline{\gamma}_{11} = \gamma_{11} / 3k_{1m}^2 C_{66} \tag{10}$$

$$\varphi_i = \begin{cases} \xi_i h_1 & i=1,2 \\ \xi_i h_2 & i=3,4 \\ \xi_i h_3 & i=5,6 \end{cases} \tag{11}$$

$$r = (1+R)/(1+3R) \tag{12}$$

The positive roots of the functions (8a) to (8c) give the dispersion relations

Authorized licensed use limited to: Univ of Calif Berkeley. Downloaded on March 24,2022 at 04:23:21 UTC from IEEE Xplore. Restrictions apply.

AKTS_00014802

$$\varphi_i^2 = \frac{\Omega_1^2}{2\bar{\gamma}_{11}}\left[\sqrt{(1+3\bar{\gamma}_{11})^2+12\bar{\gamma}_{11}(\Omega_1^{-2}-1)}-(-1)^i(1+3\bar{\gamma}_{11})\right]$$

$$i=1,2 \qquad (13a)$$

$$\varphi_i^2 = \begin{cases} \dfrac{\Omega_2^2}{2\bar{\gamma}_{11}}\left[1+3\bar{\gamma}_{11}-(-1)^i\sqrt{(1+3\bar{\gamma}_{11})^2-12\bar{\gamma}_{11}(1-\Omega_2^{-2})}\right] & \omega \geq \omega_2 \\[2mm] \dfrac{\Omega_2^2}{2\bar{\gamma}_{11}}\left[\sqrt{(1+3\bar{\gamma}_{11})^2+12\bar{\gamma}_{11}(\Omega_2^{-2}-1)}-(-1)^i(1+3\bar{\gamma}_{11})\right] & \omega \leq \omega_2 \end{cases}$$

$$i=3,4 \qquad (13b)$$

$$\varphi_i^2 = \frac{\Omega_3^2}{2\bar{\gamma}_{11}}\left[1+3r\bar{\gamma}_{11}-(-1)^i\sqrt{(1+3r\bar{\gamma}_{11})^2-12r\bar{\gamma}_{11}(1-\Omega_3^{-2})}\right]$$

$$i=5,6 \qquad (13c)$$

By applying continuity conditions, which require $v_2=v_3$, $\psi_{x2}=\psi_{x3}$, $V_{x2}=V_{x3}$, $M_{x2}=M_{x3}$ at $x=a$ and $v_1=v_2$, $\psi_{x1}=\psi_{x2}$, $V_{x1}=V_{x2}$, $M_{x1}=M_{x2}$ at $x=a+b$, the frequency equation which consists of sixteen equations can be derived. Solving these equations, the sixteen coefficients $A_1$ to $A_{16}$ can be obtained.

## Resonance Frequency

The frequency at resonance can be calculated by maximizing the amplitude of [9]

$$\int_{-a}^{a}\left(\frac{\partial v_3}{\partial x}+\psi_{x3}\right)dx \qquad (14)$$

The above integral is proportional to the following expression,

$$S=\frac{\sqrt{(S_c^2+S_s^2)}}{(\Omega_3^2-1)} \qquad (15)$$

where

$$S_c = \lambda_1 + \frac{\beta_5 \overline{A_{13}}}{\varphi_5}\sin\varphi_5\lambda_1 + \frac{\beta_6 \overline{A_{14}}}{\varphi_6}\sin\varphi_6\lambda_1 \qquad (16a)$$

$$S_s = \frac{\beta_5 \overline{A_{15}}}{\varphi_5}\sin\varphi_5\lambda_1 + \frac{\beta_6 \overline{A_{16}}}{\varphi_6}\sin\varphi_6\lambda_1 \qquad (16b)$$

$$\beta_i = 1+\alpha_i\varphi_i \qquad i=5,6 \qquad (17)$$

$$\lambda_1 = a/h_3 \text{ and } \overline{A_i}=\frac{A_i}{\psi_0}$$

## Vibration Energy

The kinetic ($K$) and potential ($U$) energies per cycle in the different portions of the mesa structure can be computed using the following equations [9]:

The energies within the electroded area $-a \leq x \leq a$:

$$K_3 = \frac{1}{T}\int_0^T\int_{-a}^{a}\left[\rho h_3(1+R)\left(\frac{\partial v_3}{\partial t}\right)^2+\frac{1}{3}\rho h_3^3(1+3R)\left(\frac{\partial \psi_{x3}}{\partial t}\right)^2\right]dxdt$$

$$(18a)$$

$$U_3 = \frac{1}{T}\int_0^T\int_{-a}^{a}\left[k_{im}^2 C_{66}h_3\left(\frac{\partial v_3}{\partial x}+\psi_{x3}\right)^2+\frac{1}{3}\gamma_{11}h_3^3\left(\frac{\partial \psi_{x3}}{\partial x}\right)^2\right]dxdt$$

$$(18b)$$

Where $T=2\pi/\omega$ is the oscillation period.

The energies outside the electroded region (Sections I and II):

$$K_i = \frac{1}{T}\int_0^T\left[\rho h_i\left(\frac{\partial v_i}{\partial t}\right)^2+\frac{1}{3}\rho h_i^3\left(\frac{\partial \psi_{xi}}{\partial t}\right)^2\right]dxdt \qquad (19a)$$

$$U_i = \frac{1}{T}\int_0^T\left[k_i^2 C_{66}h_i\left(\frac{\partial v_i}{\partial x}+\psi_{xi}\right)^2+\frac{1}{3}\gamma_{11}h_i^3\left(\frac{\partial \psi_{xi}}{\partial x}\right)^2\right]dxdt \qquad (19b)$$

$i=1,2$ for Sections I and II.

The total vibration energy, $E_0$, in the structure is

$$E_0 = \sum_{i=1}^{3}(K_i+U_i) \qquad (20)$$

We define the energy trapped within the portion $-x_0 \leq x \leq x_0$ as $E_T$, which can be expressed as:

$$E_T = 2(K_{1a}+U_{1a})+2(K_2+U_2)+K_3+U_3 \qquad (21)$$

where $K_{1a}$ and $U_{1a}$ are the energies within $a+b \leq x \leq x_0$.

It is found that the amplitudes of flexure waves are very small compared with those of TS waves. So to calculate the vibration energy, the energy of the flexure wave is neglected. The distance $x_0$ can thus be obtained for a given ratio of trapped energy to total energy, $E_T/E_0$, as follows

$$\lambda_0 = \frac{b}{h_1}-\frac{1}{2\varphi_2}\ln\left[\left(1-\frac{E_T}{E_0}\right)\frac{E_1+E_2+E_3}{E_1}\right] \qquad (22)$$

where

$$E_1 = \frac{1}{\varphi_2}\left(\overline{A_3}^2+\overline{A_4}^2\right)\left[\Omega_1^2(1+3\alpha_2^2)+(\beta_2^2+\bar{\gamma}_{11}\varphi_2^2)\right] \qquad (23a)$$

if $\omega \geq \omega_2$, then

$$E_2 = 2\left(\frac{h_2}{h_1}\right)\left\{\lambda_2\left(\overline{A_7}^2+\overline{A_8}^2+\overline{A_{11}}^2+\overline{A_{12}}^2\right)\left[\Omega_2^2\right.\right.$$
$$\times(1+3\alpha_4^2)+(\beta_4^2+\bar{\gamma}_{11}\varphi_4^2)\left]+\frac{1-\cos2\varphi_4\lambda_2}{\varphi_4}\left(\overline{A_7 A_{12}}\right.\right.$$
$$\left.+\overline{A_8 A_{11}}\right)\left[\Omega_2^2(1-3\alpha_4^2)+(\beta_4^2-\bar{\gamma}_{11}\varphi_4^2)\right]+\frac{\sin2\varphi_4\lambda_2}{\varphi_4} \qquad (23b)$$
$$\times\left(\overline{A_8 A_{12}}-\overline{A_7 A_{11}}\right)\left[\Omega_2^2(1-3\alpha_4^2)+(\beta_4^2-\bar{\gamma}_{11}\varphi_4^2)\right]\right\}$$

if $\omega \leq \omega_2$, then

1156

Authorized licensed use limited to: Univ of Calif Berkeley. Downloaded on March 24,2022 at 04:23:21 UTC from IEEE Xplore. Restrictions apply.

AKTS_00014803

$$E_2 = \frac{1}{\varphi_4}\left(\frac{h_2}{h_1}\right)^2\left\{\left(\overline{A_7}^2 + \overline{A_8}^2\right)\left(1 - e^{-2\varphi_4\lambda_2}\right)\right.$$

$$\times\left[\Omega_2^2\left(1 + 3\alpha_4^2\right) + \left(\beta_4^2 + \overline{\gamma}_{11}\varphi_4^2\right)\right] + \left(\overline{A_{11}}^2 + \overline{A_{12}}^2\right) \qquad (23c)$$

$$\times\left(e^{2\varphi_4\lambda_2} - 1\right)\left[\Omega_2^2\left(1 + 3\alpha_4^2\right) + \left(\beta_4^2 + \overline{\gamma}_{11}\varphi_4^2\right)\right] + 4\varphi_4\lambda_2$$

$$\left.\times\overline{\left(A_7\,A_{11} + A_8\,A_{12}\right)}\left[\Omega_2^2\left(1 - 3\alpha_4^2\right) + \left(\beta_4^2 - \overline{\gamma}_{11}\varphi_4^2\right)\right]\right\}$$

$$E_3 = \frac{1}{2\varphi_6}\left(\frac{h_3}{h_1}\frac{k_{1m}}{k_1}\right)^2\left\{2\varphi_6\left(\overline{A_{14}}^2 + \overline{A_{16}}^2\right)\right.$$

$$\times\left[\Omega_3^2\lambda_1\left(1 + 3r\alpha_6^2\right) + \lambda_1\left(\beta_6^2 + \overline{\gamma}_{11m}\varphi_6^2\right)\right] + \Omega_3^2 \qquad (23d)$$

$$\times\left(1 - 3r\alpha_6^2\right)\sin 2\varphi_6\lambda + \left(\beta_6^2 - \overline{\gamma}_{11m}\varphi_6^2\right)\sin 2\varphi_6\lambda_1$$

$$\left. + 8\overline{A_{14}}\left(\Omega_3^2 + \beta_6\right)\sin\varphi_6\lambda_1 + 4\varphi_6\lambda_1\left(1 + \Omega_3^2\right)\right\}$$

$$\lambda_0 = \frac{x_0 - a}{h_1} \qquad (24)$$

$$\lambda_2 = b/h_2 \qquad (25)$$

$\lambda_0$ is a non-dimensional distance from the edge of the electrode (mesa) to the point $x_0$, within which the amount of vibration energy $E_T$ is trapped.

## RESULTS AND DISCUSSION

In this section two cases are discussed, namely, single bi-mesa structure and stepped bi-mesa structure. The material properties of the AT-cut quartz [9] and electrode (gold) used in the present computation are given in Table 1. The thickness of the gold electrode is $h_e$=100nm.

**Table 1. Material properties of AT-cut quartz ($C_{66}$, $\gamma_{11}$, $\rho$) and gold ($\rho_e$)**

| $C_{66}$(GPa) | $\gamma_{11}$(GPa) | $\rho$(Kg/m³) | $\rho_e$(Kg/m³) |
|---|---|---|---|
| 29.01 | 85.93 | $2.65\times10^3$ | $1.89\times10^4$ |

### Single Bi-Mesa Structure

Let $b$=0 or $h_2$=$h_1$, which is the case where there is only a mesa without steps. For such a single bi-mesa structure, the amount of the energy that can be trapped around the electrode depends on the mesa size, $a$, and the ratio of thickness, $h_3/h_1$.

Fig. 2 and 3 show the effect of mesa height on vibration energy trapping. In Fig. 2, the energy trapped within the non-dimensional distance $\lambda_0$ is 99%; while in Fig. 3, the energy trapped is 99.9%. When $h_3$=$h_1$, which is the case that there is only an electrode and no mesa, $\lambda_0$ is the largest. In this case, the vibration energy decays very slowly. With the increase of the mesa height, we see that $\lambda_0$ decreases rapidly, which indicates that the energy is trapped within a smaller area around the electrode. We can also see that when the mesa is very high, for example $h_3/h_1 > 1.3$, the decrease in $\lambda_0$ with $h_3/h_1$ is small. The results show that

a mesa height around $h_3/h_1 = 1.1\sim1.4$ can help to trap the vibration energy in a relatively small area.



**Figure 2. Effect of the mesa height on energy trapping (Energy trapped 99%)**



**Figure 3. Effect of the mesa height on energy trapping (Energy trapped 99.9%)**

Fig. 4 and 5 show the effect of mesa width on energy trapping. $a/h_1 \rightarrow 0$ means that there is no electrode. In this case the vibration energy will not decay, so $\lambda_0$ tends to infinity. $\lambda_0$ decreases rapidly with the increase of mesa width. The effect of mesa width is similar to the effect of mesa height. When $a/h_1$ is larger than 5, the curves become flat, which means that using larger $a/h_1$ value cannot further improve the energy trapping. The value of $a/h_1$, which can trap the energy best, is around 1 to 5. However, the creation of in-harmonic overtones should also be considered when the value of $a/h_1$ is chosen.

The rate of decay of the TS wave outside the electrode region mainly depends on the parameter $\varphi_2$, as can be seen from Eq. (22). $\varphi_2$ can be calculated by using Eq. (13a). For AT-cut quartz, $\gamma_{11}$ is a constant, so the value of $\varphi_2$ only depends on the frequency ratio, $\Omega_1$, which is defined in Eq. (9). For fast decaying of the TS wave, a large value of $\varphi_2$ is desired. Fig. 6 shows the relationship between $\varphi_2$ and $\Omega_1$. It

1157

Authorized licensed use limited to: Univ of Calif Berkeley. Downloaded on March 24,2022 at 04:23:21 UTC from IEEE Xplore. Restrictions apply.

is shown that $\varphi_2$ reaches the maximum value at about 0.6 when $\Omega_1$ is around 0.5.



**Figure 4. Effect of the mesa width on energy trapping (Energy trapped 99%)**



**Figure 5. Effect of the mesa width on energy trapping (Energy trapped 99.9%)**



**Figure 6. Relationship between $\varphi_2$ and $\Omega_1$**

## Stepped Bi-Mesa Structure

To study the effect of a step on energy trapping, the sizes of the mesa with electrode are fixed. The non-dimensional sizes of the mesa are $h_3/h_1=1.1$ and 1.3 and $a/h_1=1$. We consider 99% of the energy trapped.

Fig. 7 and 8 show the effect of step height on energy trapping (under constant $b/h_1$ value). We can see that $\lambda_0$ declines almost linearly with the increase of the height of the step, which means that a higher step is good for energy trapping. For example, in the case that $h_3/h_1=1.1$ and $a/h_1=1$, $\lambda_0$ can be reduced up to 30% by setting $h_2=h_3$. If $h_3/h_1$ increases to 1.3, $\lambda_0$ can be reduced up to 17% when $h_2=h_3$.



**Figure 7. Effect of the step height on energy trapping ($h_3/h_1$=1.1, $a/h_1$=1, $b/h_1$=1, energy trapped 99%)**



**Figure 8. Effect of the step height on energy trapping ($h_3/h_1$=1.3, $a/h_1$=1, $b/h_1$=1, energy trapped 99%)**

The effect of the step width on energy trapping depends on other sizes such as $h_3/h_1$ and $h_2/h_1$ as well as $a/h_1$. Figs. 9 and 10 show how step width affects energy trapping. For a given mesa structure (given $h_3/h_1$ and $a/h_1$ values), there exists an optimum scope for the step width. The optimum value of the step width depends on the step height (Fig. 9) as well as the mesa size. This means that larger value of step width cannot help to trap energy. On the other hand, with the increase of the mesa width, the effect of the step

Authorized licensed use limited to: Univ of Calif Berkeley. Downloaded on March 24,2022 at 04:23:21 UTC from IEEE Xplore. Restrictions apply.

AKTS_00014805

width on energy trapping becomes smaller and smaller. When $a/h_1 > 2$, the existence of the step will have the adverse effect on energy trapping.



**Figure 9. Effect of the step width on energy trapping ($h_3/h_1 = 1.1$, $a/h_1 = 1$, energy trapped 99%)**



**Figure 10. Effect of the step width on energy trapping ($h_2/h_1 = h_3/h_1$, $a/h_1 = 1$, energy trapped 99%)**

## CONCLUSIONS

In this paper, the energy-trapping problem in an AT-cut quartz plate with single or stepped bi-mesa is studied. The coupling of the TS and TF vibrations are considered using Mindlin's theory. From the results obtained, it is shown that mesa structure is able to trap TS vibration energy within a much smaller area than conventional electroded plates.

From the present study, it is found that for single bi-mesa structures, increasing both mesa height and width can help trap the vibration energy. The optimum mesa height $h_3/h_1$ is around 1.1~1.4 and the mesa width $a/h_1$ is about 1~5. Stepped bi-mesa structures not only help improve the energy trapping, but also help decrease the coupling between thickness-shear and flexural vibrations. However, the step

should be carefully designed in order to achieve the best effect on energy trapping. Note that damping effects are not considered in the study. Damping can be expected to further decrease the area in which energy trapping occurs.

## ACKNOWLEDGMENTS
This work has been supported by Agency for Science, Technology and Research (A*STAR) of Republic of Singapore under the grant number NSTB/43/11/4-2.

## REFERENCES

[1] S. Goka, H. Sekimoto and Y. Watanabe, "Experimental study of vibrations of mesa-shaped AT-cut quartz plates," *Proc. 1999 IEEE Int. Freq. Contr. Symp.*, vol. 1, pp. 441-444, 1999.

[2] K. Hirama, Y. Aoyama and M. Naito, "AT-cut quartz resonators with inverted-mesa electrodes," *Jpn. J. Appl. Phys.*, vol. 36, no. 10, pp. 6432-6436, Oct. 1997.

[3] A. Ishizaki, H. Sekimoto, D. Tajima and Y. Watanabe, "Analysis of spurious vibrations in mesa-shaped AT-cut quartz plates," *Proc. 1995 IEEE Ultrason. Symp.*, pp. 913-916, 1995.

[4] H. Sekimoto, S. Goka and Y. Watanabe, "Three-dimensional analysis for rectangular AT-cut quartz plates with bi-mesa structure," *Proc. 1998 IEEE Int. Freq. Contr. Symp.*, pp. 964-967, 1998.

[5] S. Goka, A. Ishizaki, H. Sekimoto and Y. Watanabe, "Effect of stepped bi-mesa structures on spurious vibrations of AT-cut quartz plates," *Jpn. J. Appl. Phys.*, vol. 39, no. 5B, pp. 3054-3055, May 2000.

[6] S. Goka, H. Sekimoto and Y. Watanabe, "Decoupling effect of stepped mesa structures on spurious vibrations of AT-cut quartz plates," *Proc. 2000 IEEE/EIA Int. Freq. Contr. Symp.*, pp. 397-400, 2000.

[7] T. Tatsuma, Y. Watanabe, N. Oyama, K. Kitakizaki and M. Haba, "Multichannel quartz crystal microbalance," *Aanl. Chem.*, vol. 71, no. 17, pp. 3632-3636, Sep. 1999.

[8] T. Abe and M. Esashi, "One-chip multichannel quartz crystal microbalance (QCM) fabricated by Deep RIE," *Sens. Actuators A*, vol. 82, nos. 1-3, pp. 139-143, May 2000.

[9] R. D. Mindlin and P. C. Y. Lee, "Thickness-shear and flexural vibrations of partially plated, crystal plates," *Int. J. Solids Structures*, vol. 2, pp. 125-139, 1966.

[10] R. D. Mindlin, "Thickness-shear and flexural vibrations of crystal plates," *J. Appl. Phys.*, vol. 22, no. 3, pp. 316-323, 1951.

Authorized licensed use limited to: Univ of Calif Berkeley. Downloaded on March 24,2022 at 04:23:21 UTC from IEEE Xplore.  Restrictions apply.

AKTS_00014806

# Exhibit A14

# Capacitive-Piezoelectric Transducers for High-$Q$ Micromechanical AlN Resonators

Li-Wen Hung, *Student Member, IEEE*, and Clark T.-C. Nguyen, *Fellow, IEEE*

*Abstract*—A capacitive-piezoelectric (also known as, capacitive-piezo) transducer that combines the strengths of capacitive and piezoelectric mechanisms to achieve a combination of electromechanical coupling and $Q$ higher than otherwise attainable by either mechanism separately, has allowed demonstration of a 1.2-GHz contour-mode aluminum nitride (AlN) ring resonator with $Q > 3000$ on par with the highest measured $d_{31}$-transduced AlN-only piezoelectric resonators past 1 GHz, and a 50-MHz disk array with an even higher $Q > 12000$. Here, the key innovation is to separate the piezoelectric resonator from its metal electrodes by tiny gaps to eliminate metal material and metal-to-piezoelectric interface losses thought to limit thin-film piezoelectric resonator $Q$, while also maintaining high electric field strength to preserve a strong piezoelectric effect. While $Q$ increases, electromechanical coupling decreases, but the $k_{\text{eff}}^2 \cdot Q$ product can still increase overall. More importantly, use of the capacitive-piezo transducer allows a designer to trade electromechanical coupling for $Q$, providing a very useful method to tailor $Q$ and coupling for narrowband radio frequency (RF) channel-selecting filters for which $Q$ trumps coupling. This capacitive-piezo transducer concept does not require dc-bias voltages and allows for much thicker electrodes that reduce series resistance without mass loading the resonant structure. The latter is especially important as resonators and their supports continue to scale toward even higher frequencies.                    [2013-0395]

*Index Terms*—Micromechanical resonator, quality factor, small gap, filter, oscillator, electromechanical coupling, equivalent circuit, self-alignment, aluminum nitride.

## I. INTRODUCTION

THE EVER-INCREASING appetite for wireless interconnectivity continues to drive research on paradigm-shifting communication modalities, such as software-defined and/or cognitive radio [1], both expected to enable more flexible, higher volume communications. Practical realization of such radios with reasonable power consumption, however, could benefit greatly from more advanced hardware capable of realizing radio frequency (RF) channel-selecting front-ends [2] and/or frequency gating spectrum analyzers [3].

Manuscript received December 22, 2013; revised June 17, 2014; accepted June 19, 2014. Date of publication July 16, 2014; date of current version March 31, 2015. This work was supported by the Defense Advanced Research Projects Agency (DARPA) Chip-Scale-Spectrum Analyzers Program. Subject Editor G. Piazza.

L.-W. Hung was with the Department of Electrical and Engineering Computer Sciences, University of California at Berkeley, Berkeley, CA 94720 USA. She is now with IBM T. J. Watson, Yorktown Heights, NY 10598 USA (e-mail: lhung@us.ibm.com).

C. T.-C. Nguyen is with the Department of Electrical Engineering and Computer Sciences, University of California at Berkeley, Berkeley, CA 94720 USA (e-mail: ctnguyen@eecs.berkeley.edu).

Color versions of one or more of the figures in this paper are available online at http://ieeexplore.ieee.org.

Digital Object Identifier 10.1109/JMEMS.2014.2332991

Such advanced hardware in turn drive a need for high frequency resonators with simultaneous high $Q$ (e.g., $>10000$ at 1 GHz) and low impedance (e.g., $<200\Omega$) as building blocks for narrow-band filters with percent bandwidths on the order of 0.1% or less. In brief, high $Q$ is needed for low filter insertion loss; and low impedance (or more precisely, sufficient electromechanical coupling) for proper termination of the filter with minimal passband distortion [4]. Here, the electromechanical coupling of a given resonator is commonly gauged by some function of the ratio of its motional-to-static transducer capacitance ($C_x/C_o$). For example, the popular gauge for electromechanical coupling $k_{\text{eff}}^2$ is essentially equal to ($C_x/C_o$) for low values [5]. In practical terms, a 0.1%-bandwidth, 0.5dB-ripple, 3-resonator Chebyshev filter requires a minimum ($C_x/C_o$) $\sim 0.25\%$ to maintain passband distortion less than 0.5dB over the designed 0.5dB ripple. A two-resonator version requires only 0.15%.

Fortunately, the ($C_x/C_o$) requirement shrinks with bandwidth. So an RF channel-selecting filter with a percent bandwidth of only 0.1% requires a ($C_x/C_o$) $30 \times$ smaller than required for the 3% bandwidth filters used in conventional band-select communication front-ends. In this respect, for RF channel-selection, $Q$ is generally the more difficult of the two attributes to satisfy. Note that the needed $Q$ is a function of frequency. In particular, a 1-MHz bandwidth is 0.1% at 1 GHz, for which a $Q > 10{,}000$ is desired for less than 2dB of insertion loss in a two-resonator filter; but at 433 MHz, it's 0.23%, for which a $Q$ around 4,000 would be sufficient.

Up till now, no sputtered thin-film piezoelectric resonator operated at room temperature published so far possesses sufficient $Q$ to realize a 0.1% bandwidth RF channel-select filter with insertion loss commensurate with the needs of wireless front-ends. Capacitive-gap transduced resonators, on the other hand, do possess sufficient $Q$ at the needed frequencies, with $Q$'s greater than 40,000 already demonstrated at 3 GHz by polydiamond ring resonators [6]. Unfortunately, capacitive-gap resonators suffer in the transducer coupling department, as the ($C_x/C_o$)'s so far demonstrated at GHz frequencies are far short of the requirement when a tuning inductor is not available to remove shunt capacitance $C_o$, as was done in [7].

To achieve simultaneous high $Q$ and strong ($C_x/C_o$), either the ($C_x/C_o$)'s of capacitive-gap transduced resonators must be enhanced, or the $Q$'s of piezoelectric resonators must be raised. The former approach is presently being explored by shrinking electrode-to-resonator gap spacings, such as done in [8] and [9]. So far, there has been some success at 60-MHz, at which a wine-glass disk resonator using partial-filled ALD gaps with spacings equivalent to 37.6 nm achieved



Fig. 1. (a) Conventional piezoelectric transducers employing electrodes that directly contact the piezoelectric resonator structure (*i.e.*, AlN film); and (b) working principal of a capacitive-piezo resonator for which electrodes are separated from the piezoelectric structure via tiny air gaps.

a simultaneous $Q$ of 73,000 and motional resistance of 130 Ω, with a ($C_x/C_o$) of 0.39% [9]. However, similar $Q$ and ($C_x/C_o$) marks are yet to be demonstrated at GHz frequencies, where shrinking electrode sizes reduce the total coupling afforded by capacitive-gap transducers, making it more difficult to achieve sufficiently large ($C_x/C_o$).

On the micro-scale piezoelectric side, some of the more successful efforts to raise $Q$ borrow from HBAR technology, employing more complicated fabrication processes to combine readily micromachinable piezoelectrics, like aluminum nitride (AlN), with higher $Q$ materials, like sapphire [10], silicon carbide [11], [12] or quartz [13], to achieve overall higher $Q$ by either operating in overtone modes; or retaining traditional contour and lamb-wave modes and benefitting from an energy-sharing based $Q$-boosting, much like that of [14], to achieve $Q$'s as high as 5,510 at 2.9 GHz [11], [15]. Values like this, however, are still short of the 30,000 needed for RF channel-selection at this frequency. They also come at the price of smaller ($C_x/C_o$), and for the case of HBAR's and LOBAR's, multiple modes, many of which must be removed by a second wider-band filter that inevitably adds cost and insertion loss.

Thus, non-overmoded AlN-only realizations are still of great interest. For AlN-only resonators, efforts to raise $Q$ while retaining sufficient ($C_x/C_o$) have included careful anchor design and electrode engineering, where electrodes attached to the piezoelectric resonator structure have been thinned and patterned to reduce loading as much as possible. The use of alternative electrode materials has also been explored [16], as has altering resonator geometry [17]. Although these methods do increase mechanical $Q$, they still suffer from interface losses, and the increased resistance in thinned electrodes also decreases electrical $Q$. So far, demonstrated $Q$s are still less than 4,000 [16], [17].

Pursuant to increasing the $Q$ of piezoelectric resonators without the need for multiple resonator materials or overmoding, this work borrows from work on BVA resonators in the 1970's [18] and simply separates piezoelectric contour-mode AlN resonators from their electrodes by tiny submicron gaps, as shown in Fig. 1, which compares the new device in (b) with a conventional version in (a). In doing so, the resulting capacitive-piezoelectric (or "capacitive-piezo") transducer eliminates metal material and metal-to-piezoelectric interface losses thought to limit thin-film piezoelectric resonator $Q$, while also maintaining high electric field strength through the piezoelectric material to preserve a strong piezoelectric effect. In essence, this capacitive-piezo transducer merges the strengths of capacitive and piezoelectric mechanisms to achieve a combination of electromechanical coupling and $Q$ higher than otherwise attainable by either mechanism separately.

In addition, this capacitive-piezo transducer concept does not require dc-bias voltages and allows for much thicker electrodes that reduce series resistance without mass loading the resonant structure. The latter is especially important as resonators and their supports continue to scale towards even higher frequencies. In this work, use of capacitive-piezo transducers yields a 1.2-GHz contour-mode AlN ring resonator with a motional resistance of 889 Ω and a $Q$ =3,073 [19] on par with the best among other reported $d_{31}$-transduced non-overmoded AlN-only piezoelectric resonators at this frequency [16], [17]. Moreover, a 50-MHz disk array posts an even higher $Q$ =12,748 [20], which is presently the highest reported among sputtered AlN-only resonators, albeit at VHF.

After presenting the logic and mechanism behind this approach in Sections II-III, Sections IV-V then detail an analytical model for this capacitive-piezo transduced device and compare it to that of conventional piezoelectric devices. Section VI then presents the complete fabrication process flow used to achieve actual devices, and Section VII finally summarizes experimentally measured results verifying the performance enhancements afforded by this method.

## II. METAL ELECTRODE-INDUCED DEGRADATION

As mentioned, polysilicon resonators routinely achieve the $Q > 10,000$ needed for RF channel-selection and frequency gating spectrum analyzers, but do so with higher than-desired impedances. To date, the measured $Q$'s of polysilicon resonators are on the order of 20 times larger than that of sputtered AlN resonators with attached electrodes at similar frequencies. Interestingly, this defies the expectation of material loss theory [21]–[23], which predicts that the phonon-phonon interaction-constrained $f \cdot Q$ product of AlN material should only be about two times lower than that of silicon, with a theoretically expected $Q$ on the order of 25,000 at 1 GHz [24]. Indeed, while measured $Q$'s for polysilicon (*e.g.*, $Q = 161,000$ at 61.9 MHz [25]) or single-crystal silicon (*e.g.*, $Q = 77,000$ at 85.9MHz [26]) resonators have approached theoretical prediction, those for attached-electrode AlN resonators demonstrated so far fall far behind it. This large deviation is unlikely due to the difference between material

properties of single-crystal AlN used for theory and sputtered AlN used in measurement, given the fact that the measured $Q$ of a thickness-mode FBAR constructed of epitaxial single-crystal AlN deposited at 1200–1300 °C via MOCVD (Metal Organic Chemical Vapor Deposition) on a SiC wafer [27] is essentially the same $Q \sim 1{,}000$ as measured for FBARs constructed of sputtered AlN.

Results like this suggest that sputtered AlN material itself might not be the principal culprit among $Q$-limiting losses, but rather the metal electrodes or the electrode-to-resonator interface strain might be more responsible [28]. In fact, experimental data shows that as the thickness of a piezoelectric resonator's electrode increases, both the resonance frequency and $Q$ of the resonator drop due to mass loading and electrode loss, respectively [29]. Electrode-derived energy loss perhaps also contributes to the lower $Q$'s measured for $d_{31}$-transduced AlN resonators, where electrodes often cover maximum-strain locations, versus those for $d_{33}$-transduced thickness-mode resonators, for which electrodes are placed very close to the antinodes of the acoustic standing waves. Despite their lower $Q$'s, $d_{31}$-transduced resonators are arguably more attractive than $d_{33}$, since their frequencies are set by CAD-definable lateral dimensions, so are more suitable for on-chip integration of multiple frequencies.

Whether a resonator uses $d_{31}$ or $d_{33}$, both share the common problem that $Q$ degrades as dimensions scale to achieve larger coupling and/or higher frequencies. In particular, while a piezoelectric structure can be scaled down, its electrode thickness often cannot scale as aggressively, since doing so increases electrical loss derived from increased electrode and interconnect electrical resistance.

Plenty of researchers have recognized the adverse effects of metal electrodes on the $Q$'s of attached-electrode thin-film piezoelectric resonators and have sought to remedy this problem via a variety of approaches that span from reducing electrode roughness [30], to optimizing the electrode material [16], [31], to carefully balancing the AlN-to-electrode thickness ratio [32], to use of Bragg reflection to prevent energy loss [33]. Unfortunately, none of the above methods raises the $Q$'s of on-chip piezoelectric resonators to the values needed for RF channel-selection and frequency gating spectrum analysis.

If the metal is the problem, then one plausible solution is to just remove the metal, or at least remove losses associated with the metal-to-piezoelectric interface. With this in mind, the researchers of [34] used undoped single-crystal AlGaAs deposited via MOCVD at 580 °C as the piezoelectric resonator material and AlGaAs doped with Si (AlGaAs:Si) for its electrodes, not only replacing the metals conventionally used in piezoelectric resonators, but essentially eliminating material differences at the resonator-to-electrode interface, thereby eliminating the associated interface losses. All of this led to a demonstrated $Q$ of 25,390 at 21.77 MHz, much higher than those typically exhibited by piezoelectric contour mode resonators with attached electrodes in this frequency range. However, there is some question of whether or not such a $Q$ can be retained at much higher UHF frequencies. In particular, at GHz RF frequencies, the need to minimize

support loss dictates very small support cross-sections, which in turn mandates small interconnect cross-sections, raising the electrical resistance in series with the device. This increased series resistance can then load the $Q$ of the resonator system, setting a $Q$ ceiling that depends heavily on the conductivity of the interconnect material. This is where the use of a semiconductor material for conductive leads rather than metal can compromise performance.

In the end, metal interconnect is still much preferred, and a solution to the above that mitigates the mechanical $Q$ losses of metal interconnects while retaining their high electrical conductivity is most desirable.

## III. THE CAPACITIVE-PIEZO TRANSDUCER

From the above discussion, it seems that $Q$ degradation is difficult to avoid as long as the electrode is in physical contact with the piezoelectric structure (which generates loss through strain coupling) and as long as the piezoelectric structure governs the size and thickness of the electrode (which governs electrical loss). Interestingly, all of these issues can be circumvented by mechanically decoupling the electrodes from the resonating body, i.e., by simply separating the electrodes from the vibrating structure so that they are no longer in contact, as shown in Fig. 1(b). The resulting capacitive-piezo transducer should not only raise the $Q$ of the piezoelectric film, but should also allow much thicker (hence much less resistive) electrodes without the electrode mechanical loss and mass loading penalties that would otherwise result if the electrode makes contact Of course, the smaller series resistance of thicker electrodes should also further increase the $Q$.

The working principal of this capacitive-piezo transducer is similar to that of a conventional piezoelectric resonator:

1) At the input port, voltage applied across two electrodes generates an electric field across the piezoelectric resonator that induces mechanical strain via the reverse-piezoelectric effect.
2) If the frequency of the input voltage equals that of a mode, the resonator structure begins to vibrate with significant amplitude at both its input and output ports, generating mechanical strain at both locations.
3) At the output port, the mechanical strain induces electrical displacement current $D_z$ via the piezoelectric effect.
4) The equivalent bonded surface charges on the piezoelectric surfaces in turn induce charges of opposite sign on the electrodes across the gap.

As mentioned, although not a well-known technique, the use of contactless electrodes on piezoelectric resonators is not new, having been demonstrated on 5- and 10-MHz macroscopic quartz crystal resonators, called BVA resonators, as far back as 1976 [18]. Since the piezoelectric-to-electrode thickness ratio of these devices was on the order of $100\,\mu$m-to-100nm, or 1000, separating the electrode from the piezoelectric did little to increase the $Q$ of the device. It did, however, allow for a more stable device against drift, since it eliminates electrode-to-resonator stress variations over time [35]. This was the main reason for investigating such devices in the past.

For the present micromechanical resonators, on the other hand, the piezo-electric-to-electrode thickness ratio is much





Fig. 2. Equivalent electrical circuit at (a) input and (b) output, modeling the effect of electrode-to-resonator gap spacing on the electromechanical coupling coefficient. (c) Same circuit but with the capacitive-piezo resonator replaced by its transformer-based equivalent electrical circuit.

Fig. 3. Plot of $\alpha$ versus capacitive-piezo electrode-to-resonator gap spacing (on each side) according to (4) for three common piezoelectric materials. Here, the induced electric field within a piezoelectric film decreases by a factor of $\alpha$ when air gaps $d_1$ and $d_2$ are introduced between the electrodes and the resonator structure. The equivalent electromechanical coupling coefficients and static capacitance over both input and output ports are linear functions of $\alpha$, and therefore functions of gap spacing.

smaller, on the order of 10. Thus, the case for using a capacitive-piezo transducer to increase $Q$ is much stronger on the micro-scale. In addition, the ease with which small electrode-to-resonator gaps can be achieved via MEMS technologies further encourages the use of contactless electrodes. In effect, capacitive-piezo transducers stand to improve the $Q$ and drift stability of micro-scale thin-film piezoelectric resonators, while maintaining fabrication cost only slightly higher than the already low cost of capacitive-gap transduced resonators that presently dominate the MEMS timing industry.

## IV. Transducer Modeling

Equivalent electrical circuit models for conventional AlN contour-mode resonators with contacting electrodes, such as described in [36], are abundant in the literature. In particular, values for the $LCR$ circuit based on actual values of dynamic mass, stiffness, and damping, with location-dependent formulations, are well covered [36]. Thus, the focus of the present approach to modeling the capacitive-piezo resonator is on how its electrode-to-resonator air gaps influence the electromechanical coupling coefficients that gauge transducer efficiency at the drive and sense ports.

### A. Drive Electromechanical Coupling

The electromechanical coupling coefficient at the input (or drive) port, indicated in Fig. 2(c), is defined as

$$\eta_{Drive} = \frac{F(j\omega)}{V_{in}(j\omega)} \tag{1}$$

where $F(j\omega)$ is the force generated in the piezoelectric material and $V_{in}(j\omega)$ is the input voltage across the top and bottom electrodes. Here, a sinusoidal input is assumed throughout this analysis. $\eta_{Drive}$ models how efficiently the electrical domain voltage input is transduced into a mechanical domain force that drives the piezoelectric layer into resonance vibration.

Under normal operation, a voltage applied across the top and bottom electrodes induces a $z$-directed electric field that in turn generates an $r$-directed mechanical strain $S_r$ and associated stress $T_r$ on the AlN film via the reverse piezoelectric effect. The magnitude of induced stress $T_r$ equals the product of the

piezoelectric stress constant $e_{31}$ ($e_{31} \sim 0.7$ C/m$^2$ for sputtered AlN) [36] and the electric field established within the AlN film $\xi_{AlN}$, or

$$T_r = e_{31}\xi_{AlN} \tag{2}$$

The gap-AlN-gap stack essentially comprises three capacitors in series, as shown in Fig. 2(a), for which $\xi_{AlN}$ takes the form

$$\xi_{AlN} = \frac{v_{in}}{H + \varepsilon_z d_{Total}} = \frac{v_{in}}{H} \cdot \alpha = \xi_{AlN, d_{Total}=0} \cdot \alpha \tag{3}$$

where $\varepsilon_z$ ($\sim 9$) is the relative permittivity along the $c$-axis of the AlN material; $H$ is its thickness; $d_{Total}$ is the total air-gap spacing between the electrodes ($d_{Total} = d_1 + d_2$); and (as will be seen) $\alpha$ is a function gauging the degree to which the coupling coefficient degrades with increasing air gap spacing:

$$\alpha = \frac{H}{H + \varepsilon_z d_{Total}} \tag{4}$$

From (4), $\alpha$ is less than unity, and $\alpha = 1$ for conventional attached-electrode AlN resonators, for which $d_{Total} = 0$. Fig. 3 plots $\alpha$ against gap spacing $d$ (assumed the same on both sides) for a 1.5 $\mu$m-thick resonator structure in various piezoelectric materials. To maximize the electric field in the AlN, $\alpha$ must be maximized, which calls for either small gaps or a piezoelectric material with low permittivity.

When the frequency of the input voltage matches one of the structure's mode frequencies, the lateral force associated with the induced stress $T_r$ excites the resonator into lateral-mode vibration in the associated mode shape. The dashed lines in Fig. 1(a) depict the intended high frequency second radial-contour mode shape targeted in this work, in which the inner and outer edges of the ring contract and expand, respectively, in a motion reminiscent of breathing, much like the device of [37]. Note that for this particular mode shape, there is ideally no strain, stress, or displacement associated with the angular component.

The resulting modal force can be written as the product of the induced stress $T_r$, the cross-sectional area normal to



Fig. 4. Electrode arrangements for (a) the capacitive-piezo AlN ring resonator and (b) the capacitive-gap poly-Si ring resonator discussed in the text and to be compared in Fig. 7. Both devices operate in the same radial mode shape at 1.2GHz.



Fig. 5. Simulated plot of the effective $\alpha \cdot e_{31}$ versus electrode-to-resonator gap spacing, showing a clear decrease with increasing gap spacing. The gap spacing affects the coupling of PZT the most due to its much larger relative permittivity $\varepsilon_r$.

the stress ($Hr \cdot d\theta$), and the normalized mode shape $\Phi(r)$, integrated over the electrode coverage area:

$$F = \int_0^\pi \int_{R_{ie}}^{R_{oe}} T_r(Hr \cdot d\theta)\Phi(r)dr$$

$$= (\pi) \cdot (T_r H) \cdot \int_{R_{ie}}^{R_{oe}} r\Phi(r)dr \qquad (5)$$

where $R_{ie}$, and $R_{oe}$ are the inner and outer radius of the electrode, respectively, as indicated in Fig. 4(a), and $\Phi(r)$ is the normalized mode shape, given by

$$\Phi(r) = \frac{\varphi(r)}{\int_{R_{ie}}^{R_{oe}} \varphi(R_r)dr} \qquad (6)$$

where $\varphi(r)$ is the mode shape of a ring vibrating in its 2nd contour mode (anti-symmetric mode), normalized to the maximum value (i.e. $\varphi(r) <= 1$ for any $r$ in the domain and $\varphi(r) = 1$ at the largest displacement point).

Using (2)-(4), the distributed stress $T_r$ takes the form

$$T_r = E_P S_r = e_{31} E_{AlN} = e_{31} \left(\frac{V_{in}}{H} \cdot \alpha\right) \qquad (7)$$

where $E_P$ is the Young's modulus of the resonator material, and $V_{in}$ is the amplitude of the sinusoidal input.

Plugging (7) into (5) and further into (1), yields for the modal force $F$ and $\eta_{Drive}$, respectively:

$$F = \alpha \cdot e_{31} \cdot V_{in} \cdot \pi \int_{R_{ie}}^{R_{oe}} r\Phi(r)dr \qquad (8)$$

$$\eta_{Drive} = \alpha \cdot e_{31} \cdot \pi \int_{R_{ie}}^{R_{oe}} r\Phi(r)dr \qquad (9)$$

From (9), $\eta_{Drive}$ is proportional to both $e_{31}$ and $\alpha$, the latter of which is in turn a function of the permittivity $\varepsilon_z$. Thus, piezoelectric materials with simultaneous high $e_{31}$ and low permittivity are most suitable when attempting to maximize the electromechanical coupling coefficient of a capacitive-piezo transduced device. For comparison, Fig. 5 plots the ($\alpha \cdot e_{31}$) product against total gap spacing $d_{Total}$ for various piezoelectric materials. As expected, small gap spacing is preferred to maintain a high coupling coefficient. On the other hand, note that a large $e_{31}$ does not guarantee a large coupling coefficient. As shown in Fig. 5, even though PZT has a

larger $e_{31}$ than AlN and ZnO, its capacitive-piezo coupling is weaker at most gap spacings due to its much higher relative permittivity.

The electrode geometry and configuration affects $\eta_{Drive}$ via the last term in (9). Given the same electrode area and static capacitance, the coupling coefficient $\eta_{Drive}$ is maximized by placing electrodes over locations that experience maximum strain. In a conventional piezoelectric resonator with contacting electrodes, this degrades the $Q$, since it dissipates more energy via larger strain at the electrode/resonator interface and larger strain coupled to the electrodes. Clearly, the non-contacting electrodes of a capacitive-piezo transducer obviate this problem, providing a major advantage.

### B. Sense Electromechanical Coupling

The equivalent circuit of Fig. 2 converts the (across variable) force generated by the electric field at the input port to a (through variable) velocity via the series $LCR$ circuit taking on values of mass $m_m$, compliance ($1/k_m$), and damping $c_m$, with expressions for element values provided in previous literature [38]. The ensuing displacement (velocity) is then converted to charge (current) by the electromechanical coupling coefficient at the output (or sense) port, indicated in Fig. 2(c), which takes the form

$$\eta_{Sense} = \frac{Q_P(j\omega)}{U(j\omega)} = \frac{\int_A D_z dA}{U(j\omega)} \qquad (10)$$

where $Q_P$ is the total charge induced via the piezoelectric effect at the output port, equal to the displacement current (charge/area) $D_z$ integrated over the electrode area; and $U(j\omega)$ is the maximum displacement amplitude. $\eta_{Sense}$ models how efficiently the mechanical domain velocity transduces into an electrical domain output current.

Since the $LCR$ is a resonant circuit, appreciable velocity results only when the input drive signal is at or near resonance. Once resonance vibration ensues, symmetry of the second contour mode shape mimics the drive-side velocity profile at the sense side, thereby duplicating the strain. The sense side strain then polarizes the AlN film via the piezoelectric effect.

Assuming only radial mechanical displacement, the resulting electric displacement (charge per area) takes the form

$$D_z = e_{31}S_{r,Sense} = e_{31}\left[\frac{\partial u_r}{\partial r} + \frac{u_r}{r}\right] \qquad (11)$$

where $u_r(r, j\omega)$ is the time-varying radial mechanical displacement as a function of position $r$. $u_r(r, j\omega)$ can be decomposed into the product of a time-varying function $U(j\omega)$ and the stationary mode shape $\phi(r)$

$$u_r(r, j\omega) = U(j\omega)\phi(r) \qquad (12)$$

Integration of $D_z$ over the electrode area yields the total induced charge, $Q_P$

$$Q_P = \int\limits_0^\pi \int\limits_{Rie}^{Roe} D_z r\, dr\, d\theta$$

$$= \pi e_{31}U(j\omega)\int\limits_{Rie}^{Roe}\left(r\frac{\partial\phi(r)}{\partial r} + \phi(r)\right)dr \qquad (13)$$

Plugging (13) into (10) finally yields the expression for $\eta_{Sense}$ for the case where there is no gap between the piezoelectric resonator and its electrodes:

$$\eta_{Sense,NoGap} = \pi e_{31}\int\limits_{Rie}^{Roe}\left(r\frac{\partial\phi(r)}{\partial r} + \phi(r)\right)dr \qquad (14)$$

Correct modeling of the actual current delivered to the output when electrodes are separated from the piezoelectric requires that the impedance of the gaps be included. To this end, the output is first modeled by a current source, as shown in Fig. 2(b), where output current $i_P$ is merely the time derivative of $Q_P$, or $i_P = \omega Q_P$. Taking the ideal case where the load impedance $(R_L\,|\,(1/(sC_L))$ is zero, i.e., the output is grounded, yields for output current:

$$i_o = i_P\cdot\frac{Z_{p2}}{Z_{p2} + Z_{g21} + Z_{g22}} \approx i_P\cdot\frac{H}{H + \varepsilon_z(d_{21} + d_{22})} = i_P\cdot\alpha \qquad (15)$$

where $Z_{p2}$, $Z_{g21}$, and $Z_{g22}$ are the static piezoelectric material and gap impedances, respectively, associated with the capacitors in Fig. 2(b). As shown, gaps modify the effective output current by the now familiar factor $\alpha$, yielding an effective coupling factor given by

$$\eta_{Sense} = \alpha\cdot e_{31}\cdot\pi\int_{Rie}^{Roe}\left(r\frac{\partial\phi(r)}{\partial r} + \phi(r)\right)dr \qquad (16)$$

where $\eta_{Sense}$ is shown in Fig. 2(c) with $C_{o2}$ equal to the series combination of $C_{p2}$, $C_{g21}$, and $C_{g22}$.

Similar to $\eta_{Drive}$, $\eta_{Sense}$ is proportional to $e_{31}$ and $\alpha$. From the equivalent circuit, the input port-to-output port motional resistance of the resonator can therefore be determined according to

$$R_m = \frac{c_m}{\eta_{Sense}\eta_{Drive}} \qquad (17)$$



Fig. 6. Equivalent circuit transformations used to study the effect of electrode-to-resonator gaps on the series and parallel resonance frequencies and on the equivalent coupling coefficient. (a) Four-terminal model of a conventional two-port piezoelectric resonator (with no air gaps) under a one-port measurement scheme, with terminals 1-2 connected and 3-4 connected. (b) BVD model of (a), enclosed by the dash lines, with two series capacitors, $C_{g1}$ and $C_{g2}$, representing air gaps inserted into both input and output ports of the resonator. (c) Equivalent BVD model of (b) with $C_{g1}$ and $C_{g2}$ lumped into the resonator branch.

where $c_m$ is the mechanical damping, defined as

$$c_m = \frac{\omega_o m_m}{Q} \qquad (18)$$

where $\omega_o$ is the radian resonance frequency, and $m_m$ the effective mass representing the inductor value in Fig. 2(c).

From (9) and (16), the drive and sense coupling coefficients for a capacitive-piezo resonator are smaller by a factor $\alpha$ than those of an equivalently-sized conventional piezoelectric device using contacting electrodes. However, this does not necessarily mean that its port-to-port motional resistance is smaller. In fact, according to (17) and (18), it is possible for the motional resistance of a capacitive-piezo transduced device to be lower than that of a conventional counterpart with contacting electrodes if the reduction in loss provided by electrode separation raises its $Q$ over the conventional device by a factor larger than $\alpha^2$.

## V. Motional-to-Static Capacitance Ratio

As mentioned in Section I, the motional-to-static capacitance ratio $(C_x/C_o)$ provides a measure of the maximum distortion-free filter bandwidth achievable by resonators using a given input/output (I/O) transducer type. Perhaps the simplest way to determine this ratio for the capacitive-piezo transducer is to first generate a classic Butterworth Van Dyke (BVD) equivalent circuit modeling the impedance of a single one of its ports, with all other ports grounded, using the transformations shown in Fig. 6. Here, two capacitors, $C_{g1}$ ($= C_{g11} + C_{g21}$) and $C_{g2}$ ($= C_{g12} + C_{g22}$), model the air-gaps in series with the input/output ports, cf. Fig. 2; and the capacitor $C_p$ ($= C_{p1} + C_{p2}$) in shunt with the static capacitance of the piezoelectric structure. $C_{g1}$ and $C_{g2}$ can be absorbed into the resonator branches to form an equivalent circuit, shown in Fig. 6(c), with modified



Fig. 7. Comparison of $(C_x/C_o)$ of capacitive-gap with $V_P$ of 5V to 30V, piezoelectric, and capacitive-piezo transducers as a function of gap spacing, all for 1.2-GHz designs. Capacitive-piezo transducers equipped with small gaps maintain high $(C_x/C_o)$, although lower than piezoelectric ones, with both orders of magnitude higher than that of capacitive-gap transducers with gaps greater than 30nm. At $V_P$ =30V, the capacitive-gap transducer attains larger $(C_x/C_o)$ than the piezoelectric ones when its gap is scaled below 17nm.

component values

$$L_x = L_m \cdot \left(\frac{C_g + C_p}{C_g}\right)^2 = L_m \cdot \alpha^{-2} \qquad (19)$$

$$C_x = C_m \cdot \left(\frac{C_g^2}{(C_g + C_p)(C_g + C_p + C_m)}\right)$$
$$= C_m \cdot \frac{(C_g + C_p)}{(C_g + C_p + C_m)} \cdot \alpha^2 \qquad (20)$$

$$R_x = R_m \cdot \left(\frac{C_g + C_p}{C_g}\right)^2 = R_m \cdot \alpha^{-2} \qquad (21)$$

where $C_g$ is the total capacitance contributed by the air gaps on both sides:

$$C_g = (C_{g1} \cdot C_{g2}) / (C_{g1} + C_{g2}) = C_{g1} \| C_{g2} \qquad (22)$$

and where the fact that $C_g/(C_g + C_p) = \alpha$ has been used. From (21), the addition of air gaps increases the motional resistance by $\alpha^{-2}$. This matches (17) with the recognition that the equivalent electromechanical coupling coefficients at both input and output ports each include degradation ratios equal to $\alpha$.

Since the effective static capacitance at the port is given by

$$C_o = (C_p \cdot C_g) / (C_p + C_g) = C_p \| C_g \qquad (23)$$

the motional-to-static capacitance ratio becomes

$$\frac{C_x}{C_o} = \frac{C_m}{C_p} \cdot \frac{C_g}{C_g + C_p + C_m} \approx \frac{C_m}{C_p} \cdot \alpha \qquad (24)$$

where the last form holds for the usual case when $C_m \ll C_p$. As expected, $(C_x/C_o)$ approaches the conventional (i.e., contacting electrodes) value of $(C_m/C_p)$ when $C_g \gg (C_p + C_m)$, i.e., when the gap spacing is very small.

Fig. 7 compares simulated plots of $(C_x/C_o)$ versus gap spacing $d$ for 1.2-GHz ring resonators using three different transducer types: piezoelectric, capacitive-piezo, and

capacitive-gap alone. The simulations employ AlN rings for the $d_{31}$ piezoelectric-based transducers, and a polysilicon ring for the capacitive-gap transduced one, shown in Fig. 4(b). Each ring, regardless of material, has an inner radius and thickness of 25.6 μm and 1.5 μm, respectively; but differing ring widths of 5 μm for AlN and 4.3 μm for polysilicon, both chosen to achieve a 1.2-GHz resonance frequency using the same 2nd radial-contour mode shape, neglecting the effects of DC bias-induced electrical spring softening inherent to capacitive-gap transduced resonators. In addition, the electrodes for the polysilicon resonator are assumed to be placed both inside and outside the ring, similar to [37]. As expected, the $(C_x/C_o)$ of the capacitive-piezo transducer depends on gap spacing, but not as strongly as one might think, mainly because $C_o$ drops by the same ratio $\alpha$ as the electromechanical coupling coefficients when the gap spacing increases. Even so, a capacitive-piezo transducer with a 200 nm gap spacing achieves a $(C_x/C_o)$ of 0.4%, for which a capacitive-gap (alone) transducer with dc bias of 15V ($V_P$ = 15V) would require a much smaller gap spacing of 16 nm. This relaxed gap spacing constitutes a distinct advantage of capacitive-piezo transducers over capacitive-gap ones.

It should be noted that if gap spacing had no limit, the capacitive-gap transducer can actually outperform all others, with a $(C_x/C_o)$ that bests even the conventional piezoelectric device when the gap is scaled below 17nm with $V_P$ = 30V. For practical applications, however, the utility of this approach must be weighed against any yield loss resulting from the use of such a small gap.

### A. $k_{eff}^2$ and Effect of Load Capacitance $C_L$

Although a capacitive-piezo resonator's $(C_x/C_o)$ does get worse as its electrode-to-resonator gap increases, the degradation rate is tempered by the fact that $C_o$ also decreases alongside $C_x$, albeit more slowly. This, however, is the case only if the device capacitance dominates over the shunt load (i.e., parasitic) capacitance $C_L$ from interconnects and bond pads, shown in Fig. 2. Since $C_o$ will be smaller than the original $C_p$ of the device, it will be much less likely that it will dominate over $C_L$, so a formulation that includes the effect of $C_L$ is of interest.

Since practical ladder filter design using electrically coupled piezoelectric resonators often entails superimposing the series and parallel resonances of resonators used in the ladder, a useful way to gauge the electromechanical coupling of a given resonator is via the separation between its series and parallel resonances. Here, larger separation indicates stronger coupling. Since the introduction of air gap capacitors in series with the static piezoelectric material capacitance normally reduces coupling, it should also reduce the separation between series and parallel resonance frequencies.

To quantify this, use of the circuit of Fig. 6(b) in the circuit of Fig. 1(b) yields for the series resonance frequency of the device

$$f_s = \frac{1}{2\pi}\sqrt{\frac{1}{L_x C_x}} = \frac{1}{2\pi}\sqrt{\frac{1 + \frac{C_m}{C_p + C_g}}{L_m C_m}}$$

$$= f_{nom} \cdot \overline{1 + \frac{C_m}{C_p + C_g}} \qquad (25)$$

where

$$f_{nom} = \frac{1}{2\pi} \overline{\frac{1}{L_m C_m}} \qquad (26)$$

Note that (25) increases as the air gap spacings increase. This upward frequency shift derives from the reactance change introduced by the air gaps [39] and should not be confused with the upward frequency shift caused by elimination of electrode mass loading when electrodes are separated from the piezoelectric material. When considering the parallel resonance frequency, the air-gap capacitor $C_g$ is essentially in series with the load capacitance $C_L$. Given this, the parallel resonance frequency takes the form

$$f_p = \frac{1}{2\pi} \sqrt{\frac{1 + \frac{C_m}{C_p + C_g || C_L}}{L_m C_m}} = f_{nom} \cdot \overline{1 + \frac{C_m}{C_p + C_g || C_L}} \qquad (27)$$

which also increases with increasing air gap spacing, but not as fast as (25). Thus, the separation between the series and parallel resonance frequency decreases with increasing gap spacing.

With expressions for the series and parallel resonance frequencies, the electromechanical coupling factor $k_{eff}^2$ can be found. In particular, the most recent IEEE definition of $k_{eff}^2$ is

$$k_{eff}^2 = \frac{f_p^2 - f_s^2}{f_p^2} \qquad (28)$$

Plugging (25) and (27) into (28) and rearranging yields

$$k_{eff}^2 = k_{eff,d=0}^2 \cdot \frac{C_g}{C_g + C_p} \cdot \frac{C_g}{C_g + C_L} \cdot \frac{C_p + C_m}{C_p + C_g || C_L + C_m} \qquad (29)$$

where $k_{eff,d=0}^2$ is the effective electromechanical coupling coefficient when electrodes are attached to the piezoelectric material, $i.e.$, without gaps, so with $C_g$ equal to infinity. When the load capacitance $C_L$ is minimized such that $C_L \ll C_g$, the last two terms in (29) become unity, and

$$k_{eff}^2 = k_{eff,d=0}^2 \cdot \frac{C_g}{C_g + C_p} = k_{eff,d=0}^2 \cdot \alpha \qquad (30)$$

From (29) and (30), it is desirable to minimize load capacitance to ensure the condition $C_L \ll C_g$ holds so that $k_{eff}^2$ differs from $k_{eff,d=0}^2$ only by a factor $\alpha$. However, this might be difficult to do if the resonator size is small. For cases where $C_L$ is large and smaller gaps are not practical, arraying of devices, as done in [25] and [7], can effectively raise the value of $C_g$.

### B. Coupling Versus Q Trade-Off

Whether or not $C_L \ll C_g$, introduction of capacitive-piezo transducers will most likely reduce the effective electromechanical coupling coefficient, essentially trading it for higher $Q$. The good news is that the trade is not one-to-one. Specifically, theoretical prediction sets the $Q$ ceiling of AIN resonators ten to twenty times higher than measured

on attached-electrode devices, while $\alpha$ is 0.45 for a gap size of 100 nm and can be increased to 0.625 with 50 nm gap spacing, as shown in Fig. 3. Note that losses associated with electrodes are eliminated regardless of whether the gap size is 100 nm, 50 nm, or smaller, as long as there is a gap. Thus, capacitive-piezo transducers are likely to raise the ($k_{eff}^2 \cdot Q$) product. Furthermore, very small gaps might actually enable higher coupling than attainable by an attached-electrode device when one considers that separating the metal from the piezoelectric eliminates strain sharing between metal and piezoelectric, allowing more strain in the piezoelectric, hence stronger coupling.

At the very least, use of the capacitive-piezo transducer allows a designer to trade electromechanical coupling for $Q$—a trade-off that can greatly widen the filter design space for a given technology. For example, small percent bandwidth filters that require high $Q$ resonators generally do not require large coupling, i.e., the smaller the bandwidth, the higher the needed $Q$, but the more modest the needed electromechanical coupling. Thus, given that piezoelectric resonators generally possess ample coupling, but insufficient $Q$, even if a capacitive-piezo transducer only provides a trading of coupling for $Q$, this trade-off could be instrumental to making possible the tiny percent bandwidth filters needed for RF channel-selecting front-end filters and all their associated benefits [40].

## VI. FABRICATION

AIN resonators employing capacitive-piezo transducers were fabricated using the 5-mask, CMOS-temperature-compliant process summarized in Fig. 8, where each column corresponds to cross-sections along different portions of the coupled ring resonator array at the top of the figure. The process begins with blanket depositions of 250 nm silicon oxide and 200 nm silicon nitride over 6" high-resistance wafers to serve as isolation layers. A lift-off process then follows to delineate bottom and bottom electrodes composed of subsequent 30 nm-thick Al and 60 nm-thick Ni evaporated films, to yield the cross-section in Fig. 8(a). The Ni layer will later serve first as an etch stop when removing sacrificial molybdenum in the stem anchor trenches; and second, as a seed layer for electroplating nickel stem anchor material through these very trenches. The lift-off process employs I-line photoresist atop lift-off resist 3A (LOR3A, MicroChem Corp., Newton, MA) [41], to realize fine Al/Ni features with smooth edges critical for good sputtered AIN quality. Fig. 9(a) shows the lift-off photoresist edge cross-section after metal evaporation and before lift-off, where the concave sidewall of the photoresist effectively separates the metal traces to remain and metals to be removed by photoresist removal. The rather thin interconnect and bottom electrodes reduce surface topography, which serves two purposes: it improves step coverage of the thin sacrificial Mo to be deposited next; and perhaps more importantly, it helps to avoid poor AIN quality near the edges of the bottom electrodes. If thicker electrodes are desired for lower interconnect resistance, planarization steps, e.g., using chemical mechanical polishing (CMP) can be incorporated.

JOURNAL OF MICROELECTROMECHANICAL SYSTEMS, VOL. 24, NO. 2, APRIL 2015



Fig. 8.   Fabrication process flow for capacitive-piezo AlN resonators with electroplated Ni anchors and Mo sacrificial material dry released in XeF₂. Each column corresponds to one cross-section depicted in the top ring resonator array. Cross-section A: areas without top electrodes, such as coupling beam of resonator arrays and filters, and part of wine-glass disk resonators; cross-section B: areas with top electrodes; cross-section C: anchors. (continued on next column). (a) Deposit 250nm oxide and 200nm nitride on high resistive wafers as isolation layers, followed by lift-off patterning of 20nm Al/60nm Ni. (b) Sputter sacrificial Mo and pattern via wet etch. (c) Sputter the following films in sequence: AlN, Mo, Al, Mo, and PECVD oxide. (d) Pattern oxide as hard mask to dry etch Mo/Al/Mo/AlN. The etch stops on either the first sacrificial Mo layer or the nitride isolation layer. (e) Sputter 20 nm Mo to electrically connect the entire wafer for electroplating. (f) Etch away Mo within the anchor trenches to expose the underneath Ni layer as seed layer for electroplating. (g) Electroplate Ni from the bottom to fill the trenches, using Ni on the interconnect layer as seed layer. The top view of the anchor after this step can be seen in Fig. 10(a). (h) Pattern and remove thin Mo, the remaining oxide mask, and the top Al electrodes from the coupling beams and the areas of wine-glass disks without top electrodes. (i) Pattern PR to cover exposed nitride/oxide layers. Remove thin Mo layer and the remaining oxide layer on devices via dry etch. The etch stops on the barrier Mo layer or on AlN where the remaining oxide has been removed in the previous step. (j) Dry release devices in XeF₂/N₂ mixed gases; remove PR.

After bottom electrode formation, 250 nm Mo is then sputtered at 200 °C to serve as the sacrificial layer that defines the bottom electrode-to-resonator spacing. Sputtered Mo is used instead of more common sacrificial materials, such as oxide, silicon, or germanium, to attain better c-axis orientation of the sputtered AlN film. Here, a slight *in-situ* sputter etch via argon immediately before Mo sputtering seems to improve the orientation of the Mo surface plane to one more suitable for growth of the desired (002) AlN. The amount of pre-sputtering must be adjusted carefully, since excessive sputter etching can also roughen the surface enough to degrade AlN quality.

To further improve AlN quality, the Mo is patterned via a phosphoric acid/acetic acid/nitric acid-based wet etch into patches underlying each individual device, as shown in



Fig. 9. (a) Cross sectional SEM showing the double-layer lift-off process that ensures smooth metal trace edges in (b). (c) Bottom electrode and interconnect configuration for a ring resonator, showing the "landing pad" for electrical contact to the eventual anchor at the very center.



Fig. 10. (a) Optical photo of a 500-MHz ring resonator after step (g) in Fig. 8, showing the electroplated nickel anchor at the center with PR covering everything else. (b) Devices after step (h), showing the Mo patches patterned in step (b).

the overhead layout view of Fig. 10(b), where $5\mu$m-wide streets devoid of Mo separate the Mo patches, *i.e.*, Mo still covers >99% of the entire wafer area. Such patterning helps to prevent excessive tensile stress (>500MPa) in reactively sputtered AlN, which tends to occur when it is sputtered directly over blanket Mo covering the entire wafer. When the Mo is patterned as in Fig. 10(b), AlN can be sputtered over it with low stress ($< \pm 20$MPa) and high FWHM ($\sim 1.7°$).

Before actual AlN deposition, several dummy runs in our university tool served to dial in the pressure and power of sputter deposition to insure a vertical strain gradient small enough to prevent bending of structures into electrodes. With proper dialing, bending-free AlN-only films were easier to attain than films with attached electrodes. A production tool dedicated to one process recipe would likely not require the dummy runs needed to dial-in the tool, here.

After sputtering the 1.5-$\mu$m AlN resonator structural material, several layers are sputtered in sequence: 250 nm Mo as a second sacrificial layer between the resonator and the top electrode, 400 nm Al as the top electrode, 20 nm Mo as a barrier layer between Al and the last layer, which is 1.2 $\mu$m PECVD oxide deposited at 300 °C to serve as an etch hard mask. At this point, the cross-section is as in Fig. 8(c). The 20nm of Mo between Al and oxide is essential for two reasons. First, it prevents Al from reacting with PECVD oxide during deposition. Second, it serves as an etch stop when removing the remaining oxide mask before release.

The oxide mask is then patterned to delineate suspended AlN structures (resonators and coupling links), top electrodes, and stem anchor openings, all at once. This is achieved via a $CF_4/CHF_3$ RIE etch that stops on the 20nm Mo barrier layer, followed by dry etch of the Mo/Al/Mo/Al film stack without breaking vacuum, to yield the cross-sections of Fig. 8(d). The multi-layer etch process stops on the first Mo layer and on the nitride isolation layer in places where Mo was removed in the previous step.

Track (c) in Fig. 8 depicts formation of the all-important peg anchor used in this technology. Similar to the stems of [42], this peg comprises a hole filled with a strong (conductive) material that adheres well to both the substrate and to the sidewalls of the stem hole. Anchors of this type are superior

to those formed by mere film deposition over vias [43], [44], since they are solid and make right angles to the structure at both the top and bottom edges. Thus, they present more ideal fully symmetric boundary conditions, which helps to minimize energy loss to the substrate through the anchors.

In contrast to the process of [42], where peg filling is achieved by depositing polysilicon (at a high temperature) using a 'top-down' LPCVD approach, the present process generates the peg at a much lower CMOS-compatible temperature by electroplating Ni into the peg hole opening, from the bottom-up. To prepare the wafer for electroplating, 20nm Mo is sputtered to electrically connect the whole wafer by connecting the individual Mo patches (Fig. 8(e)). This sputtering is performed at a lower chamber pressure (3 mTorr) to prevent sidewall coverage, which is necessary to ensure nickel is electroplated upward from the seed layer to fill the trench without voids. After patterning thick photoresist, Mo within the trenches is dry etched to expose Ni on interconnects (Fig. 8(f)) and the Ni anchor is electroplated from the underlying Mo seed layer using a solution of nickel sulfamate at 60 °C to yield the cross-section of Fig. 8(g) and optical photo of Fig. 10(a).

Another lithography and etch step is used to (1) remove oxide/Mo/Al from the coupling beams of any resonator array or filter in order to electrically isolate the input and output ports, and (2) to pattern the top electrode of some of the disk resonators to allow excitation of wine-glass modes. At this point, the cross-section is as in Fig. 8 (h).

After a simple lithography step to cover the exposed isolation oxide/nitride layers with photoresist, the thin Mo layer and the remaining oxide mask atop the structures are removed by dry etching (*cf.* Fig. 8(i)). This step, similar to the dry etch in step (d), requires that Mo and Al be dry etched one after the other, and this is done using $Cl_2$-based chemistries with varying amounts of added $O_2$ that alter etch selectivities.

The device is released by etching away all Mo using a $XeF_2/N_2$ mixed gas. After the sacrificial Mo is completely etched, both the top electrode and the AlN ring are entirely separate from one another and both are supported via the Ni anchor, as shown in the far right cross-section of Fig. 8(j). Here, $XeF_2$ etches Mo fast and does not attack Al, Ni, or AlN. It is found that dehydration baking (120 °C for 20 min.) significantly improves the etch selectivity of Mo over oxide and nitride.

Fig. 8(j) also emphasizes a major advantage of this capacitive-piezo technology: Separation of electrodes and the



Fig. 11.   Fabricated 1.2-GHz capacitive-piezo AlN ring resonator.





Fig. 12.   SEM images at different parts of the same resonator confirming that the entire top electrode and the AlN ring resonator are suspended via the electroplated nickel anchor at the center. (a) Edge of the ring over interconnect to the center stem and top electrodes. (b) Gap between top electrode and ring at its inner edge near a support attachment point. (c) Gap between top electrode at ring at its inner edge. (d) Center stem anchor. (e) Top electrode on right side. (f) Top electrode on left side. (g) Ring edge showing top and bottom electrode-to-ring gaps.

AlN structure eliminate the Al-AlN-Al trimorph that otherwise ensues in conventional piezoelectric resonators, thereby avoiding issues commonly associated with bimorph and trimorph films, such as warping, stress relaxation, and film delamination.

Fig. 11 presents the wide-view SEM of a completed 1.2-GHz contour-mode $e_{31}$-capacitive-piezo-transduced ring resonator similar to the one depicted in Fig. 1. Fig. 12 presents

SEM images of different parts of the same ring resonator delineating the gaps between the top/bottom electrode and the resonator. For these devices, to reduce electrode resistance, 400 nm thick Al is used as the top electrode—something that otherwise would not be permissible in a conventional AlN resonator, since its attached electrode would significantly mass load the resonant structure.

Although Al offers high conductance as an electrode material, which is good, its use does come with several disadvantages that might outweigh its conductivity advantages. In particular, (1) the RIE that defines AlN nitride structures also undercuts the Al top electrode—a problem that becomes more serious as the Al electrodes get thicker (to further reduce series resistance), since this provides a wider lateral diffusion path for etchants to undercut Al; (2) Al is highly reactive with other materials, causing problems at the interface of Al-Mo and Al-PECVD oxide even at low process temperature; and (3) Al sets the upper limit on process temperature if an anneal is desired to release stress, e.g., in the electroplated nickel anchor. Fortunately, alternative material sets are available that allow a process technology like that described, but without the use of Al. For example, one option might employ Mo as the electrode material, oxide as the sacrificial material, with the final release done via HF vapor.

## VII. Experimental Results

To gauge the efficacy of the capacitive-piezo transducer at both high and low frequencies, layout for the described process flow included a 1.2-GHz contour-mode spoke-supported ring resonator, like that of [37], but this time in AlN; as well as a 50-MHz two-resonator array-composite [7], [14], [25] of wine-glass disks. Measured results for each of these are now presented.

### A. 1.2-GHz Contour-Mode Ring Resonator

As shown in the SEM of Fig. 11, the width needed to achieve a resonance frequency of ~1.2-GHz via a 1.5 μm-thick AlN ring is 5 μm. The 25.6 μm inner radius of the ring is chosen to allow for quarter-wavelength supports that null energy losses to the anchor. Due to a need to enlarge the small center disk by 1.5 μm in radius in order to allow proper lithography for stem electroplating, the supports for this device actually ended up being shorter than desired, and as will be seen, this impacts the attainable $Q$ of this device.

Fig. 13 presents the measured frequency response characteristics for the AlN ring resonator of Fig. 11, showing a series resonance frequency $f_s = 1.23\text{GHz}$, $Q = 3{,}073$, and $R_x = 889\Omega$ at 3mTorr. Both the input and output are DC (not AC) grounded via bias-tee's to avoid electrostatic forces that might pull the top and bottom electrodes together and into the AlN resonator. Although the measured $Q$ is still less than predicted by material loss theory, it is still higher than that of the majority of measured attached-electrode contour-mode AlN resonators at similar frequencies [45]–[47], although not all [16].

The measured series and parallel resonance frequencies yield a $k_{eff}^2$ of 0.9%. Interestingly, this is considerably larger than the predicted value of 0.3% using the theory of Section V,



Fig. 13.  Measured frequency characteristic for a 1.2-GHz AlN ring resonator with dimensions as shown in Fig. 11 together with a simulation (dotted line) using the circuit of Fig. 6(c) with the predicted element values in the table to the right equivalent circuit of Fig. 6(c).




Fig. 14.  (a) SEM of a capacitive-piezo ring resonator array with $\lambda/2$ coupler; and (b) top-view zoom-in SEM showing how the electrode is removed over the coupler to electrically isolate the output from the input.

which with some reduction in device width to match the series resonance frequency, yields the equivalent circuit elements and simulated plot also presented in Fig. 13. Smaller-than-expected electrode-to-resonator gap spacings can easily be responsible for the discrepancy. To lend some insight, if one assumes the $k_{eff,d=0}^2$ of AlN with no electrode gaps is 1.8%, then simple application of (30) with (4) yields an actual total gap spacing of 167nm, meaning the top and bottom gaps could be 84nm each. This very small value is possible, but somewhat surprising given the process flow of Section VI. It might be that the $k_{eff,d=0}^2$ of the AlN is higher than 1.8%, which as mentioned previously is plausible when metal is no longer attached to AlN, so no longer constrains its motion, allowing for a higher starting (gapless) $k_{eff,d=0}^2$ than so far exhibited by devices with actual attached electrodes. Whether due to smaller gaps or higher starting $k_{eff,d=0}^2$, the measured $(C_x/C_o)$ is only slightly lower than that of conventional AlN resonators with contacting electrodes, and is actually higher than some. Whatever the case, it is sufficient for GHz narrow-band filters.

### B. Two-Ring Array-Composite

To evaluate the efficacy of building mechanical circuits using capacitive-piezo transducers, two-ring mechanically half-wavelength coupled array-composites [7], one of which is shown in Fig. 14, were also fabricated and tested. Here, the top electrode over the coupling beam is removed to electrically isolate the output from the input. The measured frequency response from input ring to output ring,



Fig. 15.  Measured frequency characteristic for the resonator in Fig. 14 confirming suppression of the parallel resonance peak.

shown in Fig. 15, exhibits less feedthrough than seen in single-electrode devices, with parallel resonance suppressed as expected for a two-port device. However, the $Q$ is lower for this mechanical circuit than for a single resonator, which might be caused by etch residuals atop the coupling beam formed after dry etching the top electrode, as shown in Fig. 14(b).

Unfortunately, these 1.2-GHz capacitive-piezo contour-mode ring resonator probably still do not reveal the intrinsic material $Q$ of AlN. In particular, although the measured $Q$ of 3,073 is already higher than many previously reported AlN-only piezoelectric rings, it is likely that anchor losses, not material losses, have the strongest role in dictating the $Q$. As mentioned, the original layout for the spoke-supported ring was overly aggressive in that it did not have sufficient overlap of the center disk around the center stem hole, which made lithography around the stem hole (for steps involved with stem-filling) very difficult. As a consequence, the mask for this portion had to be changed mid-process to increase the radius of the center disk. Although this facilitated stem hole lithography to the point of making the process possible, it also shifted the lengths of the spoke support beams so that they no longer were quarter-wavelength. As detailed in [6], without quarter-wavelength supports, spoke-supported ring resonator $Q$'s suffer greatly.

It should be noted that designs featuring notched beam-to-ring attachments were also included on the ring layouts. These designs, first used in [37], attempt to attach the support beams at the ring nodal circle, which ideally does not move radially, so ideally would send no energy to the anchors whether or not the spoke support beams were quarter-wavelength. Unfortunately, multiple reflective metal layers of (*i.e.*, aluminum electrodes, nickel anchors, and molybdenum sacrificial) and heavy undercutting of the top metal layer in the fabrication process significantly complicated lithography, making it difficult to produce the ring notches needed for supports to attach at the nodal circle.

### C. 50 MHz Two-Wine-Glass Disk Array-Composite

Fortunately, other structures capable of obviating the need for quarter-wavelength supports were also included in the

470                                                                                    JOURNAL OF MICROELECTROMECHANICAL SYSTEMS, VOL. 24, NO. 2, APRIL 2015



Fig. 16.   (a) Mode shape of the contour-mode ring resonator shown in Fig. 11 and measured in Fig. 13. (b) Wine-glass mode shape with convenient access to the quasi-nodal points on the edge of the disk resonator, facilitating reduction of anchor loss to reveal the material $Q$ of sputtered AlN.



Fig. 17.   An array-composite of two AlN disks employing capacitive-piezo transducers with non-contacting electrodes, drawn with exaggerated vertical gaps. The top electrodes are patterned for wine-glass mode resonance, for which quasi-nodal points can be accessed on the edges, as shown.



Fig. 18.   (a) Fabricated AlN disk resonator array and the measurement setup that yields the measured frequency spectra in Fig. 20. (b), (c) Zoom-in views on the anchor before and after $XeF_2$ dry release, respectively. (d) Zoom-in on the suspended structure and electrodes, clearly showing the gaps.

layout. In particular, structures designed to resonate in the wine-glass mode shape, in which the disk expands and contracts in opposite directions along orthogonal axes, have nodal lines shown in Fig. 16(b) that are accessible at points along the disk edge, obviating the need for the notches required by the previous contour-mode ring resonator and facilitating achievement of a $Q$-optimized design that can better expose the intrinsic material $Q$ of AlN.

It should be mentioned that the wine-glass mode shape used here that facilitates $Q$-optimization also generates longitudinal and shear strains that are out-of-phase, thereby making it difficult to excite and sense the mode using the piezoelectric effect. Thus, although the devices of this work are good vehicles for tapping the $Q$ of sputtered AlN, they are not so suitable for attaining low impedance. This also means that their output currents are small and not easily measured in the presence of feedthrough signals.

Like the ring device of Fig. 14, these devices employ half-wavelength coupled arrays [25] of disks, such as shown in Fig. 17. Here, uniform bottom and patterned top electrodes are spaced 260nm from the top and underside, respectively, of each AlN disk. The top electrodes make electrical contact to substrate interconnects through vias at the anchors. As detailed in [25], half-wavelength coupling effectively converts this device into a single composite device where constituent resonators vibrate together at one mode frequency, with little or no reduction in the overall $Q$ of this mechanical circuit relative to that of a stand-alone device. The use of two devices in this mechanical circuit makes available two ports for interrogation: an input port to drive the device and an output port to sense its motion, both separated by a non-conductive

AlN coupling beam that blocks feedthrough current, thereby greatly facilitating evaluation of piezoelectric wine-glass disks.

Fig. 18 presents the set-up used to measure the frequency characteristics for two-disk array-composites in (a), along with several SEMs showing the details of various parts of the device in the remaining figure parts. Here, the bottom electrodes of both resonators are grounded, while an AC input signal is applied to the top electrode of the left device and the output taken from that of the right. Again, although they sustain small AC signals, the input and output electrodes are DC grounded to prevent large electrostatic forces from pulling the top electrodes into contact with the AlN disks.

After $XeF_2$ release of devices, the following cleaning and annealing steps were taken, each of which noticeably and successively raised the $Q$'s of the devices [20]:

1) Remove the photoresist that protects nitride/oxide isolation during release.

2) $O_2$ plasma, then dip in EKC-270 and perform critical point drying.

3) Anneal for 30 minutes in $N_2/H_2$ at 500 °C.

Fig. 20(a) presents frequency characteristics for two-disk array composite resonators employing various support beam widths (cf. Fig. 19) measured under 3 mTorr vacuum after the above steps. Here, resonators with support beam widths



Fig. 19. Zoom-in SEMs of the support beams used in this work with various widths: (a) 1 $\mu$m; (b) 1.5 $\mu$m; (c) 2 $\mu$m.



Fig. 20. Measured frequency characteristics for the resonators of Fig. 18 with various support beam widths after post-release clean and anneal procedures. That resonators with thinner support beams attain the highest $Q$ indicates that anchor loss still dominates the $Q$, even for these wine-glass disks.



Fig. 21. Plot of needed $Q$ and coupling ($C_x/C_o$) versus frequency for a sensible RF channel-select frequency allocation scheme with data points indicating marks achieved by various (cited) micromechanical resonator types.

of 2$\mu$m, 1.5$\mu$m, and 1$\mu$m, exhibit $Q$'s of 7,076, 10,218, and 12,748, respectively, the last of which is the highest $Q$ so far measured for sputtered thin-film AIN resonators. The rise in $Q$ with shrinking support beam width suggests that anchor loss still plays an important role in determining $Q$ for these wine-glass devices. Indeed, it is probable that the $Q$ of 12,748 measured here is still shy of the intrinsic limit.

## VIII. CONCLUSIONS

The described demonstration of a 1.2-GHz contour-mode AIN ring resonator with a motional resistance $R_x = 889\Omega$ and a $Q = 3,073$, together with that of a 50-MHz wine-glass disk with $Q$ as high as 12,478, confirm the efficacy of capacitive-piezo transducers in raising the $Q$'s of thin-film piezoelectric resonators. Indeed, the $Q$ of 12,478 is so far the highest measured for any other $d_{31}$-transduced AIN-only thin-film piezoelectric resonator. Even so, there is evidence that it does not represent a $Q$ ceiling, since anchor loss seems to still plague the measured devices. Improvements in fabrication, perhaps including the use of alternative materials for anchors and sacrificial layers to reduce the losses associated with anchors and etch residuals, may render even higher $Q$'s.

Of course, $Q$ is not the only important metric. As mentioned earlier, for the target RF channel-selecting front-end application [2], coupling ($C_x/C_o$) is equally important, as are aging stability, thermal stability, fabrication tolerances, on/off switchability, dynamic range, and numerous other difficult barriers. From a drift standpoint, the described capacitive-piezo devices should perform well, if BVA resonators are any indication. But keeping the focus on the most fundamental of the issues, $Q$ and ($C_x/C_o$), one might ask how capacitive-piezo resonators measure up against other micromechanical resonator technologies in this application space. To answer this, Fig. 21 presents plots of needed $Q$ and coupling ($C_x/C_o$) versus frequency for a sensible RF channel-select frequency allocation scheme. Here, legacy 30-kHz bandwidth channels span the 10-100 MHz range, 500-kHz channels span 100-1000 MHz, and 1-MHz channels span 1-3 GHz. The curves denoting the needed $Q$ and ($C_x/C_o$) values are for two-resonator Chebyshev filters with 2 dB of insertion loss and less than 0.5 dB of passband distortion. As expected, needed $Q$'s rise and needed ($C_x/C_o$)'s shrink as frequency increases within a given range. To support RF channel-selection, a given resonator must exceed both the needed $Q$ and the ($C_x/C_o$) curves at its frequency.

From Fig. 21, the 1.2-GHz capacitive-piezo resonator of this work, perhaps encumbered by anchor loss, still does not satisfy the needs of RF channel-selection, as it lacks the needed $Q$. The 635-MHz quartz-MEMS device of [48] comes close, but does not quite satisfy the needed ($C_x/C_o$) value. In fact, of the twelve resonators plotted only three simultaneously satisfy the stated $Q$ and ($C_x/C_o$) criteria: Two capacitive-gap transduced devices in the below 100 MHz regime [9], [49]; and one very recent capacitive-piezo disk device at 300 MHz [50]. This new capacitive-piezo device uses a different fabrication flow to achieve improved anchors, confirming that anchor losses constrain $Q$ in the present devices. In addition, another recent lamb-wave capacitive-piezo device exhibits a $Q$ of 5,019 at 941 MHz [51], showing best in class performance at UHF, although still not meeting the difficult $Q$ requirement at this frequency. These recent devices further confirm the $Q$ benefits and potential of capacitive-piezo resonator technology.

## ACKNOWLEDGEMENTS

The authors would like to thank the Berkeley Microlab/Nanolab staff and members, especially Dr. X. Meng,

Dr. J. Black, Dr. P. Stephanou, and J. Donnelly, for their assistance and advice on fabrication.

## REFERENCES

[1] A. Gasemi and E. S. Sousa, "Spectrum sensing in cognitive radio networks: Requirements, challenges and design trade-offs," *IEEE Commun. Mag.*, vol. 46, no. 4, pp. 32–39, Apr. 2008.

[2] C. T.-C. Nguyen, "Frequency-selective MEMS for miniaturized low-power communication devices," *IEEE Trans. Microw. Theory Techn.*, vol. 47, no. 8, pp. 1486–1503, Aug. 1999.

[3] C. T.-C. Nguyen, "Integrated micromechanical RF circuits for software-defined cognitive radio," in *Proc. 26th Symp. Sens., Micromach. Appl. Syst.*, Tokyo, Japan, Oct. 2009, pp. 1–5.

[4] K. Wang and C. T.-C. Nguyen, "High-order medium frequency micromechanical electronic filters," *J. Microelectromech. Syst.*, vol. 8, no. 4, pp. 534–557, Dec. 1999.

[5] R. A. Johnson, *Mechanical Filters in Electronics*. Hoboken, NJ, USA: Wiley, 1983.

[6] T. L. Naing *et al.*, "2.97-GHz CVD diamond ring resonator with Q>40,000," in *Proc. IEEE Int. Freq. Control Symp.*, Baltimore, MD, USA, May 2012, pp. 570–575.

[7] S.-S. Li, Y.-W. Lin, Z. Ren, and C. T.-C. Nguyen, "An MSI micromechanical differential disk-array filter," in *Proc. 14th Int. Conf. Solid-State Sens., Actuators (TRANSDUCERS)*, Lyon, France, Jun. 2007, pp. 307–311.

[8] T. J. Cheng and S. A. Bhave, "High-Q, low impedance polysilicon resonators with 10 nm air gaps," in *Proc. 23rd IEEE Int. Micro Electro Mech. Syst. (MEMS) Conf.*, Cancun, Mexico, Jan. 2010, pp. 695–698.

[9] M. Akgul, B. Kim, Z. Ren, and C. T.-C. Nguyen, "Capacitively transduced micromechanical resonators with simultaneous low motional resistance and Q> 70,000," in *Solid-State Sens., Actuators, Microsyst. Workshop Tech. Dig.*, Hilton Head, CA, USA, Jun. 2010, pp. 467–470. 2005.

[10] K. Nai-Kuei *et al.*, "Micromachined sapphire GHz lateral overtone bulk acoustic resonators transduced by aluminum nitride," in *Proc. 25th IEEE Int. Micro Electro Mech. Syst. (MEMS) Conf.*, Paris, France, Jan./Feb. 2012, pp. 27–30.

[11] C.-M. Lin, Y.-Y. Chen, V. V. Felmetsger, D. G. Senesky, and A. P. Pisano, "AlN/3C–SiC composite plate enabling high-frequency and high-Q micromechanical resonators," *Adv. Mater.*, vol. 24, no. 20, pp. 2722–2727, May 2012.

[12] S. Gong, N.-K. Kuo, and G. Piazza, "GHz high-Q lateral overmoded bulk acoustic-wave resonators using epitaxial SiC thin film," *J. Microelectromech. Syst.*, vol. 21, no. 2, pp. 253–255, Apr. 2012.

[13] J. Masson *et al.*, "High overtone bulk acoustic resonators built using aluminum nitride thin films deposited onto AT-cut quartz plates," in *Proc. IEEE Int. Freq. Control Symp.*, Miami, FL, USA, Jun. 2006, pp. 835–838.

[14] Y.-W. Lin, L.-W. Hung, S.-S. Li, Z. Ren, and C. T.-C. Nguyen, "Quality factor boosting via mechanically-coupled arraying," in *Proc. Int. Solid-State Sens., Actuators, Microsyst. Conf. (TRANSDUCERS)*, Lyon, France, Jun. 2007, pp. 2453–2456.

[15] R. Abdolvand, H. M. Lavasani, G. K. Ho, and F. Ayazi, "Thin-film piezoelectric-on-silicon resonators for high-frequency reference oscillator applications," *IEEE Trans. Ultrason., Ferroelectr., Freq. Control*, vol. 55, no. 12, pp. 2596–2606, Dec. 2008.

[16] J. Segovia-Fernandez, N.-K. Kuo, and G. Piazza, "Impact of metal electrodes on the figure of merit (kt²·Q) and spurious modes of contour mode AlN resonators," in *Proc. IEEE Int. Ultrason. Symp.*, Dresden, Germany, Oct. 2012, pp. 299–302.

[17] C.-M. Lin, Y.-J. Lai, J.-C. Hsu, Y.-Y. Chen, D. G. Senesky, and A. P. Pisano, "High-Q aluminum nitride lamb wave resonators with biconvex edges," *Appl. Phys. Lett.*, vol. 99, no. 14, pp. 143501-1–143501-3, 2011.

[18] R. J. Besson, "A new 'electrodeless' resonator design," in *Proc. 31st IEEE Int. Freq. Control Symp.*, 1976, pp. 147–152.

[19] L.-W. Hung and C. T.-C. Nguyen, "Capacitive-piezo transducers for higher Q contour-mode AlN resonators at 1.2 GHz," in *Proc. Solid-State Sens., Actuators, Microsyst. Workshop*, Hilton Head, CA, USA, Jun. 2010, pp. 463–466.

[20] L.-W. Hung and C. T.-C. Nguyen, "Capacitive-Piezoelectric AlN resonators with Q>12,000," in *Proc. 24th IEEE Int. Conf. Micro Electro Mech. Syst. (MEMS)*, Cancun, Mexico, Jan. 2011, pp. 173–176.

[21] S. K. Kor, P. K. Mishra, and N. D. Tripathi, "Ultrasonic attenuation in pure and doped *n*-type silicon," *Phys. Rev. B*, vol. 10, no. 2, pp. 775–778, 1974.

[22] D. K. Pandey, D. Singh, and R. R. Yadav, "Ultrasonic wave propagation in IIIrd group nitrides," *Appl. Acoust.*, vol. 68, no. 7, pp. 766–777, 2007.

[23] R. Tabrizian, M. Rais-Zadeh, and F. Ayazi, "Effect of phonon interactions on limiting the f.Q product of micromechanical resonators," in *Solid-State Sens., Actuators, Microsyst. Conf. (TRANSDUCERS) Tech. Dig.*, Lyon, France, 2007, pp. 2131–2134.

[24] S. Gong, N.-K. Kuo, and G. Piazza, "GHz AlN lateral overmoded bulk acoustic wave resonators with a f·Q of 1.17 x 10¹³," in *Proc. Joint IEEE Freq. Control Symp. Eur. Freq. Time Forum*, San Francisco, CA, USA, May 2011, pp. 1–5.

[25] Y.-W. Lin, S.-S. Li, Z. Ren, and C. T.-C. Nguyen, "Low phase noise array-composite micromechanical wine-glass disk oscillator," in *IEEE Int. Electron Devices Meet. (IEDM) Tech. Dig.*, Washington, DC, USA, Dec. 2005, pp. 287–290.

[26] F. Ayazi, S. Pourkamali, G. K. Ho, and R. Abdolvand, "High-aspect-ratio SOI vibrating micromechanical resonators and filters," in *Proc. IEEE MTT-S Int. Microw. Symp.*, San Francisco, CA, USA, Jun. 2006, pp. 676–679.

[27] S. V. Krishnaswamy, J. D. Adam, and M. Aumer, "P1J-4 high-Q FBARs using epitaxial AlN films," in *Proc. IEEE Int. Ultrason. Symp.*, Vancouver, BC, Canada, Oct. 2006, pp. 1467–1470.

[28] A. Frangi, M. Cremonesi, A. Jaakkola, and T. Pensala, "Analysis of anchor and interface losses in piezoelectric MEMS resonators," *Sens. Actuators A, Phys.*, vol. 190, pp. 127–135, Feb. 2013.

[29] C. G. Courcimault and M. G. Allen, "High-Q mechanical tuning of MEMS resonators using a metal deposition-annealing technique," in *13th Int. Conf. Solid-State Sens., Actuators, Microsyst. Conf. (TRANSDUCERS) Tech. Dig.*, Jun. 2005, pp. 875–878.

[30] T. Nishihara, T. Yokoyama, T. Miyashita, and Y. Satoh, "High performance and miniature thin film bulk acoustic wave filters for 5 GHz," in *Proc. Ultrason. Symp.*, Munich, Germany, Oct. 2002, pp. 969–972.

[31] C.-L. Huang, K.-W. Tray, and L. Wu, "Effect of AlN film thickness and top electrode materials on characteristics of thin-film bulk acoustic-wave resonator devices," *Jpn. J. Appl. Phys.*, vol. 44, no. 3R, pp. 1397–1402, 2005.

[32] M. Ueda *et al.*, "High-Q resonators using FBAR/SAW technology and their applications," in *Dig. IEEE Int. Microw. Symp.*, Long Beach, CA, USA, Jun. 2005, pp. 209–212.

[33] L. Mai, V.-S. Pham, and G. Yoon, "ZnO-based film bulk acoustic resonator devices on a specially designed Bragg reflector," *J. Appl. Phys. A*, vol. 95, no. 3, pp. 667–671, 2009.

[34] L. Lihua, P. Kumar, L. Calhoun, and D. L. DeVoe, "Piezoelectric Al₀.₃Ga₀.₇As longitudinal mode bar resonators," *J. Microelectromech. Syst.*, vol. 15, no. 3, pp. 465–470, Jun. 2006.

[35] J. R. Norton and R. J. Besson, "Tactical BVA quartz resonator performance," in *Proc. 47th IEEE Int. Freq. Control Symp.*, Salt Lake City, UT, USA, Jun. 1993, pp. 609–613.

[36] T. Ikeda, *Fundamentals of Piezoelectricity*. New York, NY, USA: Oxford Univ. Press, 1990.

[37] S.-S. Li, Y.-W. Lin, Y. Xie, Z. Ren, and C. T.-C. Nguyen, "Micromechanical 'hollow-disk' ring resonators," in *Proc. 17th IEEE Int. Micro Electro Mech. Syst. Conf.*, Maastricht, The Netherlands, Jan. 2004, pp. 821–824.

[38] G. Piazza, P. J. Stephanou, and A. P. Pisano, "Piezoelectric aluminum nitride vibrating contour-mode MEMS resonators," *J. Microelectromech. Syst.*, vol. 15, no. 6, pp. 1406–1418, Dec. 2006.

[39] W. Pang, H. Zhang, H. Yu, C.-Y. Lee, and E. S. Kim, "Electrical frequency tuning of film bulk acoustic resonator," *J. Microelectromech. Syst.*, vol. 16, no. 6, pp. 1303–1313, Dec. 2007.

[40] C. T.-C. Nguyen, "RF MEMS for channelizing low-power radios," in *Proc. 17th Int. Conf. Solid-State Sens., Actuators, Microsyst. (TRANSDUCERS)*, Barcelona, Spain, Jun. 2013, pp. 2455–2460.

[41] (2010, Jul. 1). *Micro Chem: LOR and PMGI Resists* [Online]. Available: http://184.168.52.107/pdf/PMGI-Resists-data-sheetV-rhcedit-102206.pdf

[42] J. Wang, J. E. Butler, T. Feygelson, and C. T.-C. Nguyen, "1.51-GHz nanocrystalline diamond micromechanical disk resonator with material-mismatched isolating support," in *Proc. 17th IEEE Int. Micro Electro Mech. Syst. Conf.*, Maastricht, The Netherlands, Jan. 2004, pp. 641–644.

[43] K. Wang, Y. Yu, A.-C. Wong, and C. T.-C. Nguyen, "VHF free-free beam high-Q micromechanical resonators," in *Proc. 12th Int. IEEE Micro Electro Mech. Syst. Conf.*, Orlando, FL, USA, Jan. 1999, pp. 453–458.

[44] J. R. Clark, W.-T. Hsu, M. A. Abdelmoneum, and C. T.-C. Nguyen, "High-Q UHF micromechanical radial-contour mode disk resonators," *J. Microelectromech. Syst.*, vol. 14, no. 6, pp. 1298–1310, Dec. 2005.

[45] C. Zuo, J. Van der Spiegel, and G. Piazza, "1.05 GHz MEMS oscillator based on lateral-field-excited piezoelectric AlN resonators," in *Proc. Int. Freq. Control Symp.*, Besancon, France, Apr. 2009, pp. 381–384.

[46] P. J. Stephanou and A. P. Pisano, "GHz higher order contour mode AlN annular resonators," in *Proc. IEEE 20th Int. Conf. Micro Electro Mech. Syst. (MEMS)*, Kobe, Japan, Jan. 2007, pp. 787–790.

[47] G. Piazza, P. J. Stephanou, and A. P. Pisano, "One and two port piezoelectric higher order contour-mode MEMS resonators for mechanical signal processing," *Solid-State Electron.*, vol. 51, no. 11, pp. 1596–1608, 2007.

[48] F. P. Stratton *et al.*, "A MEMS-based quartz resonator technology for GHz applications," in *Proc. IEEE Int. Freq. Control Symp. Expo.*, Montreal, QC, Canada, Aug. 2004, pp. 27–34.

[49] F. D. Bannon III, J. R. Clark, and C. T.-C. Nguyen, "High frequency micromechanical filters," *IEEE J. Solid-State Circuits*, vol. 35, no. 4, pp. 512–526, Apr. 2000.

[50] R. A. Schneider and C. T.-C. Nguyen, "On/off switchable high-$Q$ capacitive-piezoelectric AlN resonators," in *Proc. IEEE 27th Int. Conf. Micro Electro Mech. Syst. (MEMS)*, San Francisco, CA, USA, Jan. 2014, pp. 1265–1268.

[51] T.-T. Yen, A. P. Pisano, and C. T.-C. Nguyen, "High-$Q$ capacitive-piezoelectric AlN lamb wave resonators," in *Proc. IEEE 26th Int. Conf. Micro Electro Mech. Syst. (MEMS)*, Jan. 2013, pp. 114–117.

[52] M. Akgul and C. T.-C. Nguyen, "A passband-corrected high rejection channel-select micromechanical disk filter," in *Proc. IEEE Int. Freq. Control Symp.*, Taipei, Taiwan, May 2014, pp. 601–606.



**Clark T.-C. Nguyen** (S'90–M'95–SM'01–F'07) received the B.S., M.S., and Ph.D. degrees from the University of California at Berkeley, Berkeley, CA, USA, in 1989, 1991, and 1994, respectively, all in electrical engineering and computer sciences.

He joined the faculty of the University of Michigan at Ann Arbor, Ann Arbor, MI, USA, in 1995, where he was a Professor with the Department of Electrical Engineering and Computer Sciences until 2006. In 2006, he joined the Department of Electrical Engineering and Computer Sciences at the University of California at Berkeley, where he is currently a Professor and the Co-Director of the Berkeley Sensor and Actuator Center. His research interests focus upon microelectromechanical systems (MEMS) including integrated micromechanical signal processors and sensors, merged circuit/micromechanical technologies, optomechanical devices, RF communication architectures, and integrated circuit design and technology. In 2001, he founded Discera, Inc., San Jose, CA, a company aimed at commercializing communication products based upon MEMS technology, with an initial focus on the very vibrating micromechanical resonators pioneered by his research in past years. He served as the Vice President and Chief Technology Officer of Discera until 2002, at which point he joined the Defense Advanced Research Projects Agency (DARPA) on an IPA, where he served for almost four years as the Program Manager of the MEMS, Micro Power Generation, Chip-Scale Atomic Clock, MEMS Exchange, Harsh Environment Robust Micromechanical Technology, Micro Gas Analyzers, Radio Isotope Micropower Sources, RF MEMS Improvement, Navigation-Grade Integrated Micro Gyroscopes, and Micro Cryogenic Coolers programs, in the Microsystems Technology Office of DARPA.

Dr. Nguyen received the Cady Award in 2006, and together with his students, has garnered more than 10 Best Paper Awards from IEEE conferences and journals focused on frequency control and MEMS. From 2007 to 2009, he served as a Distinguished Lecturer of the IEEE Solid-State Circuits Society. He was the Technical Program Chair of the 2010 IEEE International Frequency Control Symposium, and the Co-General Chair of the 2011 Combined IEEE International Frequency Control Symposium, and the European Frequency and Time Forum. From 2008 to 2013, he served as the Vice President of Frequency Control in the IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society, and is currently the President-Elect of the same society.



**Li-Wen Hung** (S'04–M'12) received the B.S. degree in electrical engineering from National Taiwan University, Taipei, Taiwan, in 2005; the M.S. degree in electrical engineering and computer science from the University of Michigan, Ann Arbor, MI, USA, in 2006; and the Ph.D. degree in electrical engineering and computer science from the University of California at Berkeley, Berkeley, CA, USA, in 2011. While at Berkeley, she received multiple poster and presentation awards from the Berkeley Sensor and Actuator Center, and the Gold Prize TSMC Outstanding Student Research Award in 2010. Shortly after receiving the Ph.D. degree in 2011, she joined Invensense, San Jose, CA, USA, as a Research Engineer, where she explored RF-based products. In 2012, she joined IBM T. J. Watson Research Center, Yorktown Heights, NY, USA, where she is currently involved in research on sensors and 3-D packaging.

# Exhibit A15

IEEE TRANSACTIONS ON ULTRASONICS, FERROELECTRICS, AND FREQUENCY CONTROL, VOL. 61, NO. 5, MAY 2014

849

# A Negative-Capacitance Equivalent Circuit Model for Parallel-Plate Capacitive-Gap-Transduced Micromechanical Resonators

Mehmet Akgul, *Student Member, IEEE*, Lingqi Wu, *Student Member, IEEE*, Zeying Ren, and Clark T.-C. Nguyen, *Fellow, IEEE*

*Abstract*—A small-signal equivalent circuit for parallel-plate capacitive-gap-transduced micromechanical resonators is introduced that employs negative capacitance to model the dependence of resonance frequency on electrical stiffness in a way that facilitates circuit analysis, that better elucidates the mechanisms behind certain potentially puzzling measured phenomena, and that inspires circuit topologies that maximize performance in specific applications. For this work, a micromechanical disk resonator serves as the vehicle with which to derive the equivalent circuits for both radial-contour and wine-glass modes, which are then used in circuit simulations (via simulation) to match measurements on actual fabricated devices. The new circuit model not only correctly predicts the dependence of electrical stiffness on the impedances loading the input and output electrodes of parallel-plate capacitive-gap-transduced micromechanical device, but does so in a visually intuitive way that identifies current drive as most appropriate for applications that must be stable against environmental perturbations, such as acceleration or power supply variations. Measurements on fabricated devices confirm predictions by the new model of up to $4\times$ improvement in frequency stability against dc-bias voltage variations for contour-mode disk resonators as the resistance loading their ports increases. By enhancing circuit visualization, this circuit model makes more obvious the circuit design procedures and topologies most beneficial for certain mechanical circuits, e.g., filters and oscillators.

## I. Introduction

PARALLEL-PLATE capacitive transducers enjoy widespread use in the microelectromechanical systems (MEMS) industry, where they are employed in applications ranging from accelerometers [1], [2], to gyroscopes [3], [4] and other resonant sensors [5], [6], to RF MEMS switches [7], [8], to vibrating RF MEMS resonators [9]. The last of these often employ relatively large circuits of resonant MEMS devices [10] coupled electrically or mechanically at very specific locations, and require models for such devices that are accurate, scalable, location-dependent, and amenable to simulation via established software, such as SPICE [11].

Unfortunately, several of the classic equivalent circuit models for capacitive-gap-transduced micromechanical

resonators lack sufficient location dependence [12], [13], and one is curiously asymmetric in that it models voltage-to-force and velocity-to-current coupling via different coupling coefficients [12]. None of these models, or those of [14] and [15], allow sufficient visualization for insightful circuit design, to the point where they actually hide important aspects of capacitive-gap-transduced device behavior in circuit networks. Because circuit design and analysis is largely a skill of recognition, insufficient visualization is a significant shortcoming for any equivalent circuit.

Take, for example, the small-signal dynamic equivalent circuit of Fig. 1 [13], [14], [16] that models the disk micromechanical resonator depicted in Figs. 2(a) and 2(b) when operating in its radial-contour mode, cf. Fig. 2(d). This particular circuit has been used successfully in various incarnations to design micromechanical resonator oscillators [15] and even much more complex filters [14], [16]. It is perhaps the best to date for mechanical circuit design, because it captures the full flexibility of inputs and outputs for any capacitive-gap-transduced micromechanical resonator by using transformers to couple location dependent electrical and mechanical input energy to the mechanical response of the structure, and vice versa. It also conveniently uses actual values of dynamic mass, inverse stiffness, and damping, as values for its core motional inductance $l_x$, motional capacitance $c_x$, and motional resistance $r_x$. The motional resistance $r_x$ further captures the noise performance of the device, where a noise force generator with value $4kTr_x$ placed in series with $r_x$ fully models the thermal noise.

This circuit, however, has faults. In particular, it models the influence of electrical stiffness [17] on the resonance frequency of the device via the arrow through the capacitor $c_x$ (which indicates this capacitor is tunable) and by setting the value of $c_x$ equal to $1/(k_m - k_e)$, where $k_m$ is the mechanical stiffness and $k_e$ is the voltage-tunable electrical stiffness. Although this method for capturing electrical stiffness adequately predicts the frequency, it does not convey clearly to a circuit designer the impact of electrical stiffness on the overall circuit performance. Modeling the electrical stiffness in this way, in fact, hides some important capacitive-gap-transduced resonator behaviors when emplaced into certain circuits. This model also encourages designers to dismiss the impact of electrical stiffness, which happens when designers neglect the $k_e$ part in the value of $c_x$ when drawing up mechanical circuits.

Manuscript received July 30, 2013; accepted February 7, 2014.
The authors are with the Department of Electrical Engineering and Computer Sciences, University of California, Berkeley, CA (e-mail: akgul@berkeley.edu).
DOI http://dx.doi.org/10.1109/TUFFC.2014.2976

850                    IEEE TRANSACTIONS ON ULTRASONICS, FERROELECTRICS, AND FREQUENCY CONTROL, VOL. 61, NO. 5, MAY 2014



Fig. 1. Conventional small-signal ac equivalent circuit for a four-port capacitive-gap-transduced micromechanical resonator, such as that of Fig. 2, when operating in the radial-contour mode of Fig. 2(d). Here, terminal 1 corresponds to the electrode 1, terminal 2 to electrode 2, terminal 3 to electrode 3, terminal 4 to electrode 4, and terminal 5 to the body of the conductive resonant structure. The core $LCR$ models the dynamic behavior of the resonant structure, where the variable capacitor $c_x$ includes the effects of electrical stiffness.



Fig. 2. Pictorial summary for a micromechanical disk resonator with four input/output ports and a resonator body port. (a) Layout view. (b) Cross-sectional view. (c) Perspective view. (d) Radial-contour-mode shape. (e) Wine-glass mode shape.

To remedy these deficiencies, this paper introduces a more circuit-design-friendly model, presented in Fig. 3, that captures the influence of electrical stiffness on device and circuit behavior using a negative capacitance exactly equal in magnitude to the shunt static electrode-to-resonator overlap capacitance $C_o$, at each electrode terminal. The presence of this negative circuit element obviously presents opportunities to negate the effect of the shunt $C_o$, which has historically proven troublesome for certain oscillator, filter, and sensor designs. As will be seen, recognition of the negative $C_o$ also suggests circuit topologies for oscillators that should greatly enhance their stabilities against environmental perturbations, such as temperature-induced drift or acceleration.

This paper begins in Section II with a simple derivation for the circuit model of Fig. 3 and follows in Sections III and IV with the complete development of element expressions for the specific cases of capacitive-gap-transduced disk resonators operating in the radial-contour mode and the wine-glass mode. After establishing proper design procedures via actual design examples in Sections III and IV, Section V then confirms model accuracy by comparison with measured data that includes frequency response matching, as well as plots of frequency versus dc-bias versus input/output load impedance, where the new equivalent circuit proves especially adept at explaining the behavior of these curves. Section VI finally explores the impact that use of this equivalent circuit should have on practical applications.



Fig. 3. Negative-capacitance small-signal ac equivalent circuit for a two-port capacitive-gap-transduced micromechanical resonator, such as that of Fig. 2, when operating in the radial-contour mode shown in Fig. 2(d). Here, negative capacitors exactly equal to the shunt electrode-to-resonator static overlap capacitors are used to model the effect of electrical stiffness in a way that more clearly conveys interaction between them and the static electrode-to-resonator overlap capacitance at each port.



Fig. 4. Schematic diagram showing the general electrical input/output configuration for a capacitive-gap-transduced micromechanical disk resonator.

## II. Negative-Capacitance Equivalent Circuit

A succinct derivation of the equivalent circuit of Fig. 3 follows directly from consideration of the forces generated by voltages applied to terminals of the disk resonator device depicted in Fig. 2. As shown, this device comprises a conductive disk surrounded by electrodes spaced very close to its edges and supported at its center by a conductive stem above a uniform ground plane at the same potential as the disk.

Fig. 4 presents a general electrical input/output configuration that can excite the disk into either of the modes shown in Figs. 2(d) and 2(e). Here, a dc-bias voltage $V_P$ is applied to the conductive structure (i.e., at terminal 5) and in general combinations of dc $V_{Ei}$ and ac voltages $v_i$ either applied or generated (e.g., by transistor circuit inputs) at each of the electrodes. The combination of these voltages generates a force from each electrode $i$ to the disk structure given by

$$F_i = \frac{1}{2} \frac{\partial C_i}{\partial r} (V_{Pi} - v_i)^2, \qquad (1)$$

where $\partial C_i / \partial r$ is the change in port $i$ electrode-to-resonator capacitance per unit radial displacement of the disk, and $V_{Pi}$ is the dc voltage applied across the resonator-to-electrode gap at port $i$. For the simple case in which the radial displacement of the disk remains the same over the span where the electrode at port $i$ overlaps the disk, $\partial C_i / \partial r$ can be obtained from the port $i$ electrode-to-resonator capacitance $C_i(r)$ as

$$C_i(r) = C_{oi}\left(1 - \frac{r}{d_o}\right)^{-1} \Rightarrow \frac{\partial C_i}{\partial r} = \frac{C_{oi}}{d_o}\left(1 - \frac{r}{d_o}\right)^{-2}, \quad (2)$$

where $C_{oi}$ is the static electrode-to-resonator overlap capacitance at port $i$, $d_o$ is the electrode-to-resonator gap spacing (assumed the same for all ports), and $r$ is radial displacement. For small displacements, (2) Taylor expands to

$$\frac{\partial C_i}{\partial r} = \frac{C_{oi}}{d_o}(1 + A_1 r + A_2 r^2 + A_3 r^3 + \cdots), \qquad (3)$$

where

$$A_1 = \frac{2}{d_o}, \quad A_2 = \frac{3}{d_o^2}, \quad A_3 = \frac{4}{d_o^3}, \ldots \qquad (4)$$

Inserting (3) into (1), taking only the first two terms of (3), yields

$$\begin{aligned} F_i &= \frac{1}{2}\frac{C_{oi}}{d_o}(V_{Pi}^2 - 2V_{Pi}v_i + v_i^2 + A_1 V_{Pi}^2 r - 2A_1 V_{Pi}v_i r + A_1 v_i^2 r) \\ &= \frac{1}{2}\frac{C_{oi}}{d_o}(\cdots - 2V_{Pi}v_i + A_1 V_{Pi}^2 r + A_1 v_i^2 r + \cdots), \end{aligned} \qquad (5)$$

where the last form includes only terms that can generate force components at the frequency of the input voltage $v_i$. Recognizing that at resonance the displacement is 90° phase-shifted from the drive voltage, so $r = \Re \sin \omega_o t$ when $v_i = V_i \cos \omega_o t$, then inserting these plus the first term of (4) into (5) yields for the force at resonance

$$F_i = -\left\{V_{Pi}\frac{C_{oi}}{d_o}V_i \cos\omega_o t - \left(V_{Pi}^2 + \frac{V_i^2}{2}\right)\frac{C_{oi}}{d_o^2}\Re\sin\omega_o t\right\}, \qquad (6)$$

where $t$ is time.

The first term of (6) represents the force at resonance generated by the input voltage $v_i$, which is, of course, in phase with $v_i$. In transformer-based equivalent circuits, such as those of Figs. 1 and 3, this force is often written as

$$F_i = -\eta_{ei} V_i \cos\omega_o t, \qquad (7)$$

where

$$\eta_{ei} = V_{Pi}\frac{\partial C_i}{\partial x} = V_{Pi}\kappa_i \frac{C_{oi}}{d_o} \qquad (8)$$

is the electromechanical coupling factor that defines the value of the transformer turns ratio at port $i$ in Fig. 3. In the last form of (8), $\kappa_i$ is a modifying factor (to be derived later) that applies when the displacement amplitude of the resonator varies over the span of overlap by electrode $i$. (When the displacement amplitude is constant over this span, $\kappa_i = 1$.) As will be seen, $\kappa_i$ mainly models $(C_{oi}/d_o)$. Therefore, in general, formulas derived assuming a constant displacement amplitude over a given electrode span can be generalized to the non-constant case by merely multiplying any $(C_{oi}/d_o)$ term by $\kappa_i$ calculated for the corresponding vibration mode shape.

At resonance, the second term of (6) is 90° phase-shifted from the input, which means it is in phase with the displacement. This, together with the fact that it is also proportional to the displacement amplitude $\Re$, identifies this force component as equivalent to a stiffness, but in

this case, one generated via electrical means. In particular, this component arises from the increase and decrease in electric field strength across the electrode-to-resonator gap as the gap shrinks and grows, respectively, during mechanical resonance vibration. When the disk sidewall gets close to the electrode, the force pulling it into the electrode grows, and vice versa for the other direction, i.e., it shrinks as the disk sidewall moves away from the electrode. Thus, rather than acting to oppose displacement, as is the case for mechanical stiffness, this force acts to enhance it, which effectively makes it a negative electrical stiffness at port $i$, with spring constant magnitude equal to [using (6)]

$$k_{ei} = \left( V_{Pi}^2 + \frac{V_i^2}{2} \right) \frac{C_{oi}}{d_o^2} \approx V_{Pi}^2 \frac{C_{oi}}{d_o^2}, \tag{9}$$

where the last form assumes that $V_i$ is much smaller than $V_{Pi}$; the reader is cautioned that this condition is not always the case, such as in micromechanical mixers [18]. For the case in which the dynamic stiffness of the resonator varies over the span of the electrode-to-resonator overlap, Section IV will show that the $\kappa_i$ factor once again applies, and (9) becomes

$$k_{ei} = V_{Pi}^2 \left( \kappa_i \frac{C_{oi}}{d_o} \right)^2 \frac{1}{C_{oi}} = \frac{\eta_{ei}^2}{C_{oi}}. \tag{10}$$

When the frequency of $v_i$ matches one of the mode frequencies of the disk, the force given by (6) ensues, and the disk begins to vibrate in (essentially) that mode shape, with a resonance frequency shifted by the electrical stiffnesses generated by the electrode-to-resonator voltage drops at each port $i$ according to [19]

$$f_o = \frac{1}{2\pi} \sqrt{\frac{k_r}{m_m}} = \frac{1}{2\pi} \sqrt{\frac{k_m - \sum_{i=1}^n k_{ei}}{m_m}}$$
$$= \frac{1}{2\pi} \sqrt{\frac{k_m}{m_m}} \left[ 1 - \sum_{i=1}^n \frac{k_{ei}}{k_m} \right]^{1/2} = f_{nom} \left[ 1 - \sum_{i=1}^n \frac{k_{ei}}{k_m} \right]^{1/2}, \tag{11}$$

where $f_{nom}$ is the nominal resonance frequency of the disk (i.e., with no voltages applied), $k_r$ is the total stiffness including mechanical and electrical components of the resonator at a maximum amplitude location, $n$ is the number of parallel-plate electrodes overlapping the disk, and $m_m$ and $k_m$ are its dynamic mechanical mass and stiffness, respectively, again at the specified maximum amplitude location.

To attain the circuit of Fig. 3, we start with the circuit of Fig. 1 and first separate $c_x$ into five capacitors: $c_x = 1/k_m$ to model the mechanical stiffness of the resonator structure, and four negative capacitors of the form

$$-c_{ei} = -\frac{1}{k_{ei}} = -\frac{C_{oi}}{\eta_{ei}^2}, \tag{12}$$



Fig. 5. Circuit for the device of Fig. 4 explicitly showing capacitors modeling the mechanical stiffness and electrical stiffness normally combined into $c_x$. Here, negative capacitors modeling electrical stiffnesses from ports 1 and 2, and equal to $-1/k_{e1}$ and $-1/k_{e2}$, respectively, are shown with their actual values (in terms of $C_o$ and $\eta_e$).

to model electrical stiffnesses generated at the $i$ ports, as shown in Fig. 5. Reflecting the electrical stiffness-based capacitors through the transformers to outside the core $LCR$ loop yields the circuit of Fig. 3, where the physical shunt electrode-to-resonator capacitors $C_{oi}$ are now matched by series negative capacitors of exactly the same values.

Note that the disk's resonance frequency dependence on dc-bias voltage $V_P$ is now entirely captured by the electromechanical coupling coefficients $\eta_{ei}$. Thus, no arrow is needed through the motional capacitor, as needed in the conventional circuit of Fig. 1, although one might want to draw arrows through the $\eta_e$s as reminders that they are tunable via the $V_P$s. More importantly, the value of the core $c_x$ element stays constant, as it should. The negative $C_o$ is also a static capacitor, just like the positive $C_o$ of the physical shunt electrode-to-resonator capacitance. With this circuit, by mere inspection, a designer can now immediately see that the electrical stiffness phenomenon presents the opportunity to effectively cancel the shunt $C_o$ in certain circuit configurations—something often desirable in filter applications—or vice versa, i.e., the shunt $C_o$ negates the electrical stiffness—something often desirable in some oscillator applications. These opportunities will be explored later in Section VI.

First, however, explicit expressions for the equivalent circuit elements in Fig. 3 for a disk operating in its radial-contour and wine-glass modes are needed.

## III. NEGATIVE $C_{\mathrm{O}}$ EQUIVALENT CIRCUIT FOR A CAPACITIVE-GAP-TRANSDUCED RADIAL CONTOUR MODE DISK

As shown in Fig. 2(d), the radial-contour-mode shape is one in which all points on the sidewalls of the vibrating disk move the same amount, with the same velocity. As such, displacement as a function of angle $\theta$ is constant, so $\kappa_i = 1$ in the formulations of the previous section. In particular, (8) with $\kappa_i = 1$ provides the needed value of turns ratios $\eta_{ei}$ for each of the transformers in Fig. 3.

With knowledge of the transformer turns ratios, all that remains to specify the entire equivalent circuit is specification of the core $LCR$. In the circuit of Fig. 3, the values for the core $LCR$ elements take on the actual values of dynamic mass, stiffness, and damping for the resonator being modeled at the core $LCR$ location. Each of these can be derived by consideration of the total kinetic energy of the resonant disk structure and its radial velocity at the disk edges. Ref. [19] has actually already correctly derived expressions for the core $LCR$ of a radial-contour-mode disk resonator, as well as associated mathematical expressions describing its mode shape and resonance frequency. Thus, there is no need to do this here. Instead, Table I summarizes the needed expressions (with reference to Fig. 6 for variables) while also succinctly presenting a design flow to achieve a radial-contour-mode disk resonator like that of Fig. 4 with a specific operating frequency and with specific motional resistances $R_{xij}$ between its electrode terminals.

Because the displacement amplitude is the same at all locations along the perimeter of a disk vibrating in the radial-contour-mode shape, the expressions for the turns ratios in Fig. 3 are quite simple, requiring no integration. In addition, the integral formulation of (16) needed to determine the dynamic mass $m_{\mathrm{m}}$ of a disk operating in its $m$th radial-contour mode always yields the same factor $\chi$ modifying the physical mass of the disk for mode $m$, regardless of disk radius. In other words, for a radial-contour-mode disk of any radius, the dynamic mass expression in (16) reduces to

$$m_{\mathrm{m}} = \chi M_{\mathrm{tot}} = \chi \rho \pi R^2 h, \qquad (13)$$

where $\rho$, $R$, and $h$ are the mass density, radius, and thickness, respectively, of the disk, and $\chi = 0.763, 0.967, 0.987$ for a disk operating in its first, second, and third radial-contour modes, respectively. Note how the disk dynamic mass approaches its physical static mass as mode number rises. The simplicity of its equivalent circuit model afforded by equal displacements along its contour makes a radial-contour-mode disk resonator ideal for use in complex mechanical circuits, such as that of [10], which employs large arrays of such disks.

One consequence of a mode shape with equal displacements at all points on the disk perimeter is that all currents flow in the same direction, i.e., either into the port or out of the port. They thus sum and flow into the dc-bias voltage source in phase. This by itself is not overly

TABLE I. RADIAL-CONTOUR-MODE DESIGN EQUATIONS AND PROCEDURE SUMMARY.

| Objective/procedure | Parameter | Relevant design equations for a given parameter | Eq. |
|---|---|---|---|
|  | Solve for $\zeta$ | $\dfrac{\varsigma}{\xi} \cdot \dfrac{J_0(\varsigma/\xi)}{J_1(\varsigma/\xi)} = 1 - \sigma, \quad \zeta = 2\pi f_{\mathrm{nom}} R \sqrt{\dfrac{\rho(2 + 2\sigma)}{E}}, \quad \xi = \sqrt{\dfrac{2}{1 - \sigma}}$ | (14) |
| | Resonance frequency | $f_{\mathrm{nom}} = \dfrac{K_{(R,\mathrm{m}),\mathrm{mat}}}{2R}\sqrt{\dfrac{E}{\rho}}$, where $K_{(R,\mathrm{m}),\mathrm{mat}} = \dfrac{\varsigma_{(R,\mathrm{m}),\mathrm{mat}}}{\pi}(2 + 2\sigma)^{-1/2}$, where $R$ denotes the disk radius, $E$ and $\sigma$ are the Young's modulus and Poisson ratio, and $m$ = mode number | (15) |
| **Given**: $f_{\mathrm{nom}}$, $V_{\mathrm{P}}$, and $R_{xij}$ (= resistance between terminals $i$ and $j$). **Find**: radius $R$ and electrode-to-resonator gap spacing $d_o$. 1) Choose $E$, $\rho$, and $\sigma$ by choice of structural material. 2) Choose thickness $h$. 3) Use (15) to find the $R$ needed to achieve $f_{\mathrm{nom}}$. Use (14) to get $\zeta$ in the process. 4) Use (19) to find the $d_o$ needed to achieve $R_x$. 5) (16)–(18) yield all needed values in the transformer-based negative $C_o$ equivalent circuit. | Core equiv. circuit elements | $l_x = m_{\mathrm{m}}(R) = \dfrac{2\pi\rho h \int_0^R r J_1^2(\phi r)\mathrm{d}r}{J_1^2(\phi R)}, \quad \phi = \sqrt{\dfrac{\omega_o^2 \rho}{\left(\dfrac{2E}{2 + 2\sigma} + \dfrac{E\sigma}{1 - \sigma^2}\right)}}$ $c_x = \dfrac{1}{k_{\mathrm{m}}(R)} = \dfrac{1}{\omega_{\mathrm{nom}}^2 m_{\mathrm{m}}}, \quad r_x = b_{\mathrm{m}}(R) = \dfrac{\sqrt{k_{\mathrm{m}} m_{\mathrm{m}}}}{Q} = \dfrac{\omega_{\mathrm{nom}} m_{\mathrm{m}}}{Q}$ | (16) |
| | Static overlap capacitor | $C_{oi} = \dfrac{\varepsilon_o(\theta_{i2} - \theta_{i1})Rh}{d_o}$ | (17) |
| | Electromech. coupling coefficient | $\eta_{ei} = V_{\mathrm{P}i}\dfrac{C_{oi}}{d_o}$ | (18) |
| | Motional resistance, capacitance, and inductance | $R_{xij} = \dfrac{r_x}{\eta_{ei}\eta_{ej}}, \quad C_{xij} = c_x \eta_{ei}\eta_{ej}, \quad L_{xij} = \dfrac{l_x}{\eta_{ei}\eta_{ej}}$ | (19) |



Fig. 6. Negative-capacitance small-signal ac equivalent circuit for a four-port capacitive-gap-transduced micromechanical resonator, such as that of Fig. 2, when operating in the wine-glass mode shown in Fig. 2(e). Here, the polarities of the right side transformers are opposite to those in Fig. 3.

problematic. However, if there is any resistance in series with the dc-bias voltage source, e.g., interconnect or contact resistance, currents flowing through this resistance manifests as loss that lowers the $Q$ of the device. In other words, radial-contour-mode devices suffer from $Q$-loading by not only parasitic input and output interconnect resistance, but also from the dc-bias interconnect line. To correctly model this important behavior, the radial-contour-mode equivalent circuit of Fig. 3 reverses the polarities of the transformers on the right side with respect to those on the left. (Note that the circuit could also be drawn with all ports on the left, in which case all transformers would have the same turns polarity.) As will be seen, when used in a multiple port configuration with designated inputs and outputs, this makes the device appear inductive when interacting with feedthrough currents—something that could be used to advantage to effect loss poles below the passband in certain filters [14].

### A. Design Example: 218-MHz Radial-Contour-Mode Disk

The fourth column of Table III presents the results of using the equations of Table I to design a 218-MHz radial-contour-mode disk with characteristics as presented in the design variables section. Given the desired resonance frequency and thickness, solution of (15) yields a needed radius of 12.1 μm. With the dimensions indicated in the design variables section of Table III, and assuming an electrode configuration like that of Fig. 2(c), the values for the equivalent circuit elements of Fig. 1 now follow from (16)–(18) and are summarized in the 4-port equivalent circuit variables section.

### B. General Electrode Configurations

The actual radial-contour-mode device to be evaluated in Section V was designed to resonate at 218 MHz, but is actually a two-port device that essentially combines ports 1 and 2 to form an input port $A$ and ports 3 and 4 to form an output port $B$. This electrode configuration favors the radial-contour mode and suppresses to some degree the wine-glass and other modes. The actual tested device uses electrodes that do not quite span half the disk's circumference, each rather spanning only $-65°$ to $+65°$. The values of the electromechanical couplings for ports $A$ and $B$ of the fabricated two-port version of this device, plus element values seen looking across its two opposing electrodes, are listed in the 2-port equivalent circuit variables section in the fourth column of Table III.

It should be noted that there are many other electrode configurations capable of exciting this mode, using any number of electrodes, including just one fully surrounding electrode [20], which is actually the most effective way to excite this mode, since it suppresses other modes and provides the largest electromechanical coupling. It, however, does not suppress parasitic feedthrough currents the way a multiple electrode device can, so it is useful mainly when disks are coupled to form a separate input and output, as in [10].

## IV. Negative $C_O$ Equivalent Circuit for a Capacitive-Gap-Transduced Wine-Glass-Mode Disk

Fig. 2(e) presents the wine-glass disk [or more precisely, compound-(2,1) mode shape [12], [15], [21], in which the disk expands along one axis while contracting along the orthogonal axis. As shown, the wine-glass mode exhibits a perimeter displacement that varies over its electrode lengths. Thus, $\kappa_i$ is not equal to 1, and determination of values for the effective electromechanical coupling and the electrical stiffness imposed by each electrode requires integration.

The mode shape further features sections on the disk edges that move out of phase. In particular, sections overlapping electrodes 1 and 3 move in phase, while those overlapping 2 and 4 move in the opposite phase. Their currents are thus similarly out-of-phase. For the case in which the combination of all electrodes fully covers the disk circumference, e.g., as in Fig. 2, the total current going into the disk equals that exiting, and (ideally) none of the current enters the dc-bias source, $V_P$. This then eliminates loss resulting from resistance in series with the dc-bias voltage source, giving the wine-glass disk a $Q$-advantage over its radial-contour-mode counterpart. Fig. 6 presents the wine-glass disk negative-capacitance equivalent circuit for the device of Fig. 2(c), where ports 2 and 4 on the right side possess transformer polarities that reflect the stated current directions.

The device of Fig. 2(c) situates its four electrodes such that their midpoints overlap the disk at anti-nodes, where the dynamic mass and stiffness are minimized. Alignment of electrode midpoints with anti-nodes, together with proper phasing of signals applied to these electrodes, is key to selecting the mode in question. In general, however, any number of electrodes can be used, and they can span any angular range over the disk circumference that still excites the wine-glass mode. Thus, for greatest generality, the formulation for equivalent circuit elements should be applicable to an electrode with any span over the disk perimeter.

### A. Core LCR

As with the radial-contour-mode version, the element values of the core *LCR* in Fig. 7 are specified by the actual values of dynamic mass, stiffness, and damping for the resonator being modeled. The equivalent dynamic mass at a location $(r, \theta)$ on a disk operating in its wine-glass mode can be obtained by dividing the total kinetic energy of the disk by one-half the square of the velocity at that location [14] [22]. Doing so, with reference to Fig. 7, yields

$$
\begin{aligned}
m_{\mathrm{m}}(r, \theta) &= \frac{\mathrm{KE}_{\mathrm{tot}}}{(1/2)[v(r, \theta)]^2} = \frac{\frac{1}{2}\int_0^{2\pi}\int_0^R \mathrm{d}m \times [v(r', \theta')]^2}{(1/2)[v(r, \theta)]^2} \\
&= \frac{\rho h \int_0^{2\pi}\int_0^R [\Re_{\mathrm{mode}}(r', \theta')]^2 r' \mathrm{d}r' \mathrm{d}\theta'}{[\Re_{\mathrm{mode}}(r, \theta)]^2},
\end{aligned}
\tag{20}
$$

where $v(r, \theta) = \omega_{\mathrm{o}}\Re(r, \theta)$ is the resonance radial velocity amplitude at location $(r, \theta)$, $\Re(r, \theta)$ is the radial displacement amplitude at location $(r, \theta)$, $\mathrm{d}m$ is a differential mass element, $R$ is the disk radius, and $\Re_{\mathrm{mode}}(r, \theta)$ describes the mode shape, essentially giving the relative radial amplitude of vibration at a point $(r, \theta)$ versus a point $(r', \theta')$ on



Fig. 7. Schematic showing variables used in the derivation of the negative-capacitance equivalent circuit for a capacitive-gap-transduced disk operating in its wine-glass mode shape.

the disk. For the wine-glass mode, the mode shape function takes on the approximate form [21]

$$
\Re_{\mathrm{mode}}(r, \theta) = \left[\frac{\partial}{\partial r} J_n\!\left(\frac{\zeta}{\xi R} r\right) + \frac{nB}{A}\frac{1}{r} J_n\!\left(\frac{\zeta}{R} r\right)\right]\cos n\theta,
\tag{21}
$$

where

$$
\zeta = 2\pi f_{\mathrm{nom}} R \sqrt{\frac{\rho(2 + 2\sigma)}{E}}, \quad \xi = \sqrt{\frac{2}{1 - \sigma}}, \quad n = 2,
\tag{22}
$$

and where $J_n(x)$ is the Bessel function of the first kind, $E$ and $\sigma$ are the Young's modulus and Poisson ratio, respectively, of the resonator structural material, $B/A = -4.5236$ and $n = 2$ for the wine-glass mode, and $f_{\mathrm{nom}}$ is the nominal resonance frequency of the disk (in this case, when operating in the wine-glass mode).

The resonance frequency $f_{\mathrm{nom}}$ can be determined by simultaneously solving (22) with [21]

$$
\left[\Psi_n\!\left(\frac{\zeta}{\xi}\right) - n - q\right] \cdot [\Psi_n(\zeta) - n - q] = (nq - n)^2,
\tag{23}
$$

where

$$
\Psi_n(x) = \frac{x J_{n-1}(x)}{J_n(x)}, \quad q = \frac{\zeta^2}{2n^2 - 2},
\tag{24}
$$

and where $n$ denotes the compound mode in question. As previously mentioned, the wine-glass disk mode corresponds to the $(n, m) = (2, 1)$ compound mode, where the 1 denotes the fundamental of this mode. Although higher modes exist for $m > 1$, this discussion focuses on the compound-$(2, 1)$ mode.

Although solution of (22)–(24) as described provides an accurate value for the resonance frequency of the wine-glass [i.e., compound-$(2, 1)$] mode, it does not readily impart design insight. To provide better insight to variable dependencies, rearrangement and simplification of (22)–(24) yields the closed form

$$
f_{\mathrm{nom}} = \frac{K_{(n, \mathrm{m}), \mathrm{mat}}}{2R}\sqrt{\frac{E}{\rho}},
\tag{25}
$$

where the constant

$$
K_{(n, \mathrm{m}), \mathrm{mat}} = \frac{\varsigma_{(n, \mathrm{m}), \mathrm{mat}}}{\pi}(2 + 2\sigma)^{-1/2}
\tag{26}
$$

is a dimensionless frequency parameter that depends upon the structural material and is independent of radius. It can be obtained by first solving (22)–(24) for $\zeta = \zeta_{(n, \mathrm{m}), \mathrm{mat}}$ then substituting this value into (26). For polysilicon structural material (with $E = 150$ GPa, $\rho = 2300$ kg/m$^3$, and $\sigma = 0.226$), $\zeta_{(2, 1), \mathrm{polySi}} = 2.344$, and $K_{(2, 1), \mathrm{polySi}} = 0.476$. For polydiamond (with $E = 1198$ GPa, $\rho = 3500$

kg/m$^3$, and $\sigma = 0.0691$ [23]), $\zeta_{(2,1),\text{polyDiamond}} = 2.339$, and $K_{(2,1),\text{polyDiamond}} = 0.509$.

With knowledge of the resonance frequency, the expression for dynamic stiffness follows readily from that for mass via the relationship between resonance frequency, mass, and stiffness, given by (11). Use of (11) yields

$$k_\text{m}(R,\theta) = \omega_\text{nom}^2 \cdot m_\text{m}(R,\theta), \tag{27}$$

where $\omega_\text{nom}$ is the nominal radian resonance frequency of the disk (with no voltages applied).

Using (20) and (27), Fig. 8 plots the dynamic mass and stiffness at locations on the edge of a disk, i.e., at $r = R$, vibrating in the wine-glass mode as a function of $\theta$, showing minima in both at mode shape maxima, i.e., at anti-nodes. By convention, the point where the equivalent mass minimizes is taken as the location governing the core $LCR$ in the equivalent circuit of Fig. 7, which in the coordinate system of Fig. 6 occurs at $\theta = \theta_\text{core} = 0°$ for electrode 3. Of course, there are other minimum mass locations, e.g., $\theta = 90°$ for electrode 2, and any of these can also be selected as the core location, but for this analysis, we choose $\theta_\text{core} = 0°$. At this location, the values of the elements in the core $LCR$ become

$$l_x = m_\text{m}(R,\theta_\text{core}) = \frac{\rho h \int_0^{2\pi} \int_0^R [\Re_\text{mode}(r',\theta')]^2 r' \mathrm{d}r' \mathrm{d}\theta'}{[\Re_\text{mode}(R,\theta_\text{core})]^2}, \tag{28}$$

$$\frac{1}{c_x} = k_\text{m}(R,\theta_\text{core}) = \frac{\omega_\text{nom}^2 \rho h \int_0^{2\pi} \int_0^R [\Re_\text{mode}(r',\theta')]^2 r' \mathrm{d}r' \mathrm{d}\theta'}{[\Re_\text{mode}(R,\theta_\text{core})]^2}, \tag{29}$$

$$\begin{aligned} r_x &= b_\text{m}(R,\theta_\text{core}) = \frac{\sqrt{k_\text{m}(R,\theta_\text{core}) \cdot m_\text{m}(R,\theta_\text{core})}}{Q} \\ &= \frac{\omega_\text{nom} \rho h}{Q} \frac{\int_0^{2\pi} \int_0^R [\Re_\text{mode}(r',\theta')]^2 r' \mathrm{d}r' \mathrm{d}\theta'}{[\Re_\text{mode}(R,\theta_\text{core})]^2}, \end{aligned} \tag{30}$$

where the $b_\text{m}$ in (30) is the damping constant from the equation of motion describing this system:

$$m_\text{m}\ddot{r} + b_\text{m}\dot{r} + k_\text{m}r = F_i(t). \tag{31}$$

Using (28), the mass modifier factor in (13) that relates the actual physical mass of a disk to its dynamic mass at $\theta_\text{core} = 0°$ on its perimeter when vibrating in its wine-glass mode is found to be $\chi = 0.360$. As with the radial-contour mode, this value is largely independent of radius, thickness, and material type.

From (13), the dynamic mass at the core $LCR$ location $\theta_\text{core} = 0°$ of a disk vibrating in its wine-glass mode has a quadratic dependence on disk radius. The dynamic stiffness at this location, on the other hand, is independent of radius and depends mainly on thickness, as can easily be seen using (13), (25), (26), and (27) to yield



Fig. 8. Plot of dynamic (a) mass and (b) stiffness at locations on the edge of a disk, i.e., at $r = R$, vibrating in the wine-glass mode as a function of angle $\theta$. The circular axis convey lines of (a) equal mass and (b) equal stiffness.

$$k_\text{m}(R,0) = \pi^3 K_{(2,1),\text{mat}}^2 \chi E h. \tag{32}$$

A similar analysis for the damper constant yields

$$b_\text{m}(R,0) = \frac{1}{Q} \pi^2 K_{(2,1),\text{mat}}^2 \chi \sqrt{\rho E} R h, \tag{33}$$

which clearly has a linear dependence on radius $R$ that, from (25), amounts to a reciprocal dependence on frequency, i.e., it gets smaller as frequency increases. (But note that, as will be seen, motional resistance rises linearly with frequency, because the electrode-to-resonator overlap shrinks as radius decreases.)

### B. Static Electrode-to-Resonator Overlap Capacitance

For the case of an electrode spanning $\theta = \theta_{t1}$ to $\theta_{t2}$, as shown in Fig. 6, the static overlap capacitance is given by

$$C_{oi} = \frac{\varepsilon_o(\theta_{i2} - \theta_{ri})Rh}{d_o}, \tag{34}$$

where $\varepsilon_o$ is the permittivity of vacuum. This equation holds whether the disk operates in the radial-contour or wine-glass mode. As will be seen, this equation forms the starting point from which the electromechanical coupling factor for a capacitive transducer can be derived.

### C. Electromechanical Coupling Factor

As mentioned in Section II, the electromechanical coupling factor $\eta_{ei}$ at port $i$ determines the turns ratio of the transformer used to model the input voltage-to-force and/or velocity-to-current transfer functions at that port. As such, it can be expressed as either

$$\begin{aligned} \eta_{ei} &= \frac{F_i}{V_i} = \frac{F(R,\theta_\text{core})}{V_i} \quad \text{or} \\ \eta_{ei} &= \frac{I_{ri}}{\dot{\Re}_i} = \frac{I_{ri}}{j\omega\Re_i} = \frac{I_{ri}}{j\omega\Re(R,\theta_\text{core})}, \end{aligned} \tag{35}$$

where $V_i$ is the magnitude of the ac voltage applied across the electrode-to-resonator gap at port $i$, $F_i$ is the magnitude of the total lumped force generated by $V_i$ and applied to the disk sidewall at the core $LCR$ location $(R, \theta_{\text{core}})$, $\Re_i$ is the ensuing radial displacement amplitude at that same location, and $I_{ri}$ is the resulting current going into the electrode. Note that ideally one coupling factor simultaneously models both transfer functions.

Derivation of the electromechanical coupling factor from the voltage-to-force relationship starts with the general expression for force at resonance, which from (1) takes the form

$$F_i = V_{\text{P}i} \frac{\partial C_i}{\partial r} V_i. \tag{36}$$

Because the dynamic mass and stiffness for the wine-glass mode are not constant over the length of (or angle subtended by) the electrode, determination of the $\partial C_i / \partial x$ term requires a double integration over the electrode length to first obtain an expression for the resonance displacement at the core $LCR$ reference location as a function of the excitation voltage across the electrode-to-resonator gap.

To do this, referring to Fig. 6, the electrode is first sectioned into infinitesimally small portions $\mathrm{d}\theta$ along its length, each of which contributes a radial force

$$\mathrm{d}F = V_{\text{P}i} V_i \frac{\varepsilon_o R h \, \mathrm{d}\theta}{d_o^2}. \tag{37}$$

Each such force induces a radial displacement amplitude at its location (i.e., at $\theta$) given by

$$\mathrm{d}\Re(R, \theta) = \frac{Q}{k_{\text{m}}(R, \theta)} V_{\text{P}i} V_i \frac{\varepsilon_o R h \, \mathrm{d}\theta}{d_o^2}. \tag{38}$$

At resonance, the radial displacement amplitude at each location is related to that at another location by the mode shape expression, given by (21) for the wine-glass mode. In particular, the radial displacement amplitude contribution at location $\theta$ generated by a force at $\theta'$ is

$$\mathrm{d}\Re(R, \theta) = \frac{\Re_{\text{mode}}(R, \theta)}{\Re_{\text{mode}}(R, \theta')} \cdot \mathrm{d}\Re(R, \theta'). \tag{39}$$

To obtain the total resonance displacement amplitude at a location $\theta$, one must sum, i.e., integrate, all displacement contributions to location $\theta$ from forces at all other port $i$ electrode-to-resonator overlap locations $\theta'$ as follows:

$$\Re(R, \theta) = \int_{\theta_{i1}}^{\theta_{i2}} \mathrm{d}\Re(R, \theta)$$
$$= Q V_{\text{P}i} V_i \frac{\varepsilon_o R h}{d_o^2} \int_{\theta_{i1}}^{\theta_{i2}} \frac{\Re_{\text{mode}}(R, \theta)}{\Re_{\text{mode}}(R, \theta')} \cdot \frac{\mathrm{d}\theta'}{k_{\text{m}}(R, \theta')}. \tag{40}$$

Again, for equivalent-circuit purposes, the resonance displacement amplitude at the core $LCR$ location $\theta_{\text{core}}$, where the displacement amplitude is greatest, is of particular interest and can be found by evaluating (40) at $\theta = \theta_{\text{core}}$. For the electrode of Fig. 6, $\theta_{\text{core}} = 0°$ for the wine-glass mode shape shown.

To obtain an expression for electromechanical coupling $\eta_{ei}$, (40) can be used to express the resonance lumped force $F_i$ at port $i$ as a function of input voltage amplitude $V_i$ as follows:

$$F_i = \frac{k_{\text{m}}(R, \theta_{\text{core}}) \cdot \Re(R, \theta_{\text{core}})}{Q}$$
$$= V_{\text{P}i} V_i \frac{\varepsilon_o R h}{d_o^2} \int_{\theta_{i1}}^{\theta_{i2}} \frac{\Re_{\text{mode}}(R, \theta_{\text{core}})}{\Re_{\text{mode}}(R, \theta')} \cdot \frac{k_{\text{m}}(R, \theta_{\text{core}})}{k_{\text{m}}(R, \theta')} \cdot \mathrm{d}\theta'$$
$$= V_i V_{\text{P}i} \frac{C_{oi}}{d_o} \frac{1}{(\theta_{i2} - \theta_{i1})} \int_{\theta_{i1}}^{\theta_{i2}} \frac{\Re_{\text{mode}}(R, \theta')}{\Re_{\text{mode}}(R, \theta_{\text{core}})} \cdot \mathrm{d}\theta'$$
$$= V_{\text{P}i} \kappa_i \frac{C_{oi}}{d_o} V_i$$
$$= \eta_{ei} V_i, \tag{41}$$

where (34) has been used along with (29), and where the electromechanical coupling factor is seen to be

$$\eta_{ei} = V_{\text{P}i} \kappa_i \frac{C_{oi}}{d_o}, \tag{42}$$

where

$$\kappa_i = \frac{1}{(\theta_{i2} - \theta_{i1})} \int_{\theta_{i1}}^{\theta_{i2}} \frac{\Re_{\text{mode}}(R, \theta')}{\Re_{\text{mode}}(R, \theta_{\text{core}})} \cdot \mathrm{d}\theta' \tag{43}$$

is a factor that modifies the (easy to remember) electromechanical coupling of an ideal parallel-plate capacitive-gap transducer to account for a non-constant resonance displacement (or velocity) profile over the electrode length. Eq. (43) should be evaluated for each electrode $i$ overlapping the disk sidewalls to obtain the turns ratio $\eta_{ei}$ for each transformer modeling electromechanical couplings through the electrodes. Doing so for $\theta_{\text{core}} = 0°$ reveals that $\kappa_i$ remains constant as disk radius changes, posting a value of 0.724 for the wine-glass mode shape for a layout-defined electrode span angle of $\theta_{i2} = -\theta_{i1} = 38.6°$, which is the angle used for the measured devices to be described later.

To provide a sense of how strongly $\kappa_i$ changes with the length of an electrode centered at $\theta_{\text{core}} = 0°$, Fig. 9 plots $\kappa_i$ versus subtended electrode angle, as defined by the inset figure. Here, $\kappa_i = 1$ when the electrode angle is infinitesimally small, as expected, but decreases steadily as the electrode grows, until the electrode angle subtends the entire right half of the disk, at which point $\kappa_i$ goes to zero. This makes sense, because a semicircular electrode should (ideally) not be able to excite the wine-glass disk mode (although it can certainly excite the radial-contour mode).

IEEE TRANSACTIONS ON ULTRASONICS, FERROELECTRICS, AND FREQUENCY CONTROL, VOL. 61, NO. 5, MAY 2014

### D. Motional Current

To obtain an expression for the motional current into port $i$, integration is also required, because the velocity term $\partial r/\partial t$ in the general expression for output current at port $i$

$$i_{\mathrm{r}i} = V_{\mathrm{P}i}\frac{\mathrm{d}C_i}{\mathrm{d}t} = V_{\mathrm{P}i}\frac{\partial C_i}{\partial r}\frac{\partial r}{\partial t} \qquad (44)$$

varies with angle $\theta$. Pursuant to performing this integration, the current flowing through a differential slice of electrode-to-resonator overlap $\mathrm{d}\theta$ at $\theta$ takes on the form

$$\begin{aligned}
\mathrm{d}i_{\mathrm{r}i}(\theta) &= j\omega_{\mathrm{o}}V_{\mathrm{P}i}\frac{\varepsilon_{\mathrm{o}}Rh}{d_{\mathrm{o}}^2}\Re(R,\theta)\mathrm{d}\theta \\
&= j\omega_{\mathrm{o}}V_{\mathrm{P}i}\frac{\varepsilon_{\mathrm{o}}Rh}{d_{\mathrm{o}}^2}\Re(R,\theta_{\mathrm{core}})\cdot\frac{\Re_{\mathrm{mode}}(R,\theta)}{\Re_{\mathrm{mode}}(R,\theta_{\mathrm{core}})}\cdot\mathrm{d}\theta,
\end{aligned} \qquad (45)$$

where $\omega_{\mathrm{o}}$ is the frequency of vibration. Integrating this over the electrode overlap length yields

$$\begin{aligned}
i_{\mathrm{r}i} &= j\omega_{\mathrm{o}}V_{\mathrm{P}i}\frac{\varepsilon_{\mathrm{o}}Rh}{d_{\mathrm{o}}^2}\Re(R,\theta_{\mathrm{core}})\cdot\int_{\theta_{i1}}^{\theta_{i2}}\frac{\Re_{\mathrm{mode}}(R,\theta)}{\Re_{\mathrm{mode}}(R,\theta_{\mathrm{core}})}\mathrm{d}\theta \\
&= j\omega_{\mathrm{o}}V_{\mathrm{P}i}\frac{C_{\mathrm{o}i}}{d_{\mathrm{o}}}\Re(R,\theta_{\mathrm{core}})\cdot\frac{1}{(\theta_{i2}-\theta_{i1})}\int_{\theta_{i1}}^{\theta_{i2}}\frac{\Re_{\mathrm{mode}}(R,\theta)}{\Re_{\mathrm{mode}}(R,\theta_{\mathrm{core}})}\mathrm{d}\theta \\
&= j\omega_{\mathrm{o}}V_{\mathrm{P}i}\kappa_i\frac{C_{\mathrm{o}i}}{d_{\mathrm{o}}}\Re(R,\theta_{\mathrm{core}}) \\
&= j\omega_{\mathrm{o}}\eta_{\mathrm{e}i}\Re(R,\theta_{\mathrm{core}}),
\end{aligned} \qquad (46)$$

where (29), (34), (42), and (43) have been used to obtain the final form. Note that the value of $\eta_{\mathrm{e}i}$ given by (46) is identical to that for the voltage-to-force expression of (41), as it should be.

### E. Electrical Spring Stiffness

The second term of (6) indicates that the force generated by the electrical stiffness phenomenon is a function of the displacement amplitude $\Re$. Thus, for a disk vibrating in the wine-glass mode, the variation of displacement amplitude along the angle subtended by an electrode-to-resonator overlap requires that integration be employed to obtain an accurate expression for the frequency-pulling electrical spring stiffness at that electrode.

Using the second term of (6), the differential element of electrical spring force over a differential angle $\mathrm{d}\theta'$ at location $(R,\theta')$ along the $i$th electrode-to-resonator overlap can be expressed as

$$\begin{aligned}
\mathrm{d}F_{\mathrm{ke}i}(R,\theta') &= V_{\mathrm{P}i}^2\frac{\varepsilon_{\mathrm{o}}Rh\,\mathrm{d}\theta'}{d_{\mathrm{o}}^3}\Re(R,\theta') \\
&= V_{\mathrm{P}i}^2\frac{\varepsilon_{\mathrm{o}}Rh}{d_{\mathrm{o}}^3}\Re(R,\theta)\cdot\frac{\Re_{\mathrm{mode}}(R,\theta')}{\Re_{\mathrm{mode}}(R,\theta)}\cdot\mathrm{d}\theta'.
\end{aligned} \qquad (47)$$



Fig. 9. Plot of electromechanical coupling modification factor $\kappa_i$ versus electrode length.

Integrating over the angle subtended by the electrode yields for the total force (in quadrature with the input force at resonance) resulting from electrical stiffness

$$\begin{aligned}
F_{\mathrm{ke}i}(R,\theta) &= V_{\mathrm{P}i}^2\frac{\varepsilon_{\mathrm{o}}Rh}{d_{\mathrm{o}}^3}\Re(R,\theta)\cdot\int_{\theta_{i1}}^{\theta_{i2}}\frac{\Re_{\mathrm{mode}}(R,\theta')}{\Re_{\mathrm{mode}}(R,\theta)}\cdot\mathrm{d}\theta' \\
&= \left\{V_{\mathrm{P}i}^2\frac{C_{\mathrm{o}i}}{d_{\mathrm{o}}^2}\frac{1}{(\theta_{i2}-\theta_{i1})}\int_{\theta_{i1}}^{\theta_{i2}}\frac{\Re_{\mathrm{mode}}(R,\theta')}{\Re_{\mathrm{mode}}(R,\theta)}\cdot\mathrm{d}\theta'\right\}\Re(R,\theta) \\
&= k_{\mathrm{e}i}(R,\theta)\Re(R,\theta),
\end{aligned} \qquad (48)$$

where

$$k_{\mathrm{e}i}(R,\theta) = V_{\mathrm{P}i}^2\frac{C_{\mathrm{o}i}}{d_{\mathrm{o}}^2}\left\{\frac{1}{(\theta_{i2}-\theta_{i1})}\int_{\theta_{i1}}^{\theta_{i2}}\frac{\Re_{\mathrm{mode}}(R,\theta')}{\Re_{\mathrm{mode}}(R,\theta)}\cdot\mathrm{d}\theta'\right\} \qquad (49)$$

is the electrical stiffness as a function of angular location $\theta$. Again, the location dependence of (49) comes about because of the variation of displacement amplitude over the angle subtended by the electrode in question. The dependence modeled in (49) is not, however, sufficient to correctly model the frequency pulling afforded by the electrical stiffness. This is because the frequency pulling efficacy of electrical stiffness also depends on the mechanical stiffness over the electrode length, which also depends on angular location.

Indeed, from (11), the important parameter that gauges the frequency pulling efficacy of the electrical stiffness is the effective integrated ratio of the electrical stiffness to the mechanical stiffness averaged over the electrode length, which can be expressed as

$$\left\langle\frac{k_{\mathrm{e}i}}{k_{\mathrm{m}}}\right\rangle = \int_{\theta_{i1}}^{\theta_{i2}}\frac{k_{\mathrm{e}i}(R,\theta)}{k_{\mathrm{m}}(R,\theta)}\cdot\frac{\mathrm{d}\theta}{(\theta_{i2}-\theta_{i1})}. \qquad (50)$$

The expression for the total effective electrical stiffness [to be used in (11)] at port $i$ then becomes

$$k_{ei} = \left\langle \frac{k_{ei}}{k_m} \right\rangle \cdot k_m(R, \theta_{core})$$

$$= V_{Pi}^2 \frac{C_{oi}}{d_o^2} \frac{1}{(\theta_{i2} - \theta_{i1})^2}$$

$$\cdot \int_{\theta_{i1}}^{\theta_{i2}} \int_{\theta_{i1}}^{\theta_{i2}} \frac{\Re_{mode}(R, \theta')}{\Re_{mode}(R, \theta)} \cdot \frac{k_m(R, \theta_{core})}{k_m(R, \theta)} \cdot d\theta d\theta' \quad (51)$$

$$= V_{Pi}^2 \frac{C_{oi}}{d_o^2} \left\{ \frac{1}{(\theta_{i2} - \theta_{i1})} \int_{\theta_{i1}}^{\theta_{i2}} \frac{\Re_{mode}(R, \theta')}{\Re_{mode}(R, \theta_{core})} \cdot d\theta' \right\}^2$$

$$= V_{Pi}^2 \kappa_i^2 \frac{C_{oi}}{d_o^2} = \frac{\eta_{ei}^2}{C_{oi}},$$

where (42) and (43) have been used to match (10).

It should be noted that all of the preceding formulations, specifically (41)–(43), (46), and (51), are completely consistent with the general formulations of Section II.

### F. Wine-Glass Disk Equivalent-Circuit Summary

Table II summarizes the equations needed to generate specific values for the elements in the small-signal equivalent circuit of Fig. 7 for a wine-glass disk resonator. Like Table I, the expressions are presented in a design flow that achieves a wine-glass-mode disk resonator with a specific operating frequency and with specific motional resistances $R_{xij}$ between its electrode terminals.

### G. Design Example: 61-MHz Wine-Glass-Mode Disk

The sixth column of Table III presents the results of using the equations of Table II to design a 61.2-MHz wine-glass-mode disk using the electrode configuration of Fig. 2(c) with characteristics as presented in the design variables section. Here, given the desired resonance frequency and thickness, solution of (53) yields a needed radius of 12.1 μm. With the dimensions indicated in the design variables section of Table III, the values for the equivalent circuit elements now follow from (54)–(56), and are summarized in the 4-port equivalent circuit variables section.

The wine-glass mode device to be evaluated by measurement in Section V is operated as a two-port device that combines ports 1 with 3 to form an input port A, and ports 2 with 4 to form an output port B. In this configuration, electrodes on opposite sides of the disk are electrically connected, one pair serving to excite the disk, the other to detect output currents. With the disk perimeter moving in opposite directions over the input and output electrodes, currents that go into the disk at the input electrode leave the disk at the output electrode, with ideally none of the current flowing through the dc-bias voltage source, $V_P$, thus avoiding loss from resistance in series with the dc-bias supply voltage.

Because the wine-glass mode shape is identical along ports 1 and 3, and ports 2 and 4, merging of these electrodes generates an electromechanical coupling turns ratio

TABLE II. WINE-GLASS MODE DESIGN EQUATIONS AND PROCEDURE SUMMARY.

| Objective/procedure | Parameter | Relevant design equations for a given parameter | Eq. |
|---|---|---|---|
| <br><br>**Given**: $f_{nom}$, $R_x$, and $V_P$.<br>**Find**: $R$ and $d_o$.<br>6) Choose $E$, $\rho$, and $\sigma$ by choice of structural material.<br>7) Choose thickness $h$.<br>8) Use (53) to find the $R$ needed to achieve $f_{nom}$.<br>9) Use (57) to find the $d_o$ needed to achieve $R_x$.<br>10) (55) and (56) yield all needed values in the transformer-based negative $C_o$ equivalent circuit. | Solve for $\zeta$ | $\left[ \Psi_n \left( \frac{\zeta}{\xi} \right) - n - q \right] \cdot [\Psi_n(\zeta) - n - q] = (nq - n)^2,$<br><br>$\Psi_n(x) = \frac{x J_{n-1}(x)}{J_n(x)}, \quad q = \frac{\zeta^2}{2n^2 - 2},$<br><br>$\zeta = 2\pi f_{nom} R \sqrt{\frac{\rho(2 + 2\sigma)}{E}}, \quad \xi = \sqrt{\frac{2}{1 - \sigma}}$ | (52) |
| | Resonance frequency | $f_{nom} = \frac{K_{(n,m),mat}}{2R} \sqrt{\frac{E}{\rho}}$, where $K_{(n,m),mat} = \frac{\varsigma_{(n,m),mat}}{\pi} (2 + 2\sigma)^{-1/2}$ | (53) |
| | Core equiv. circuit elements | $l_x = m_m(R, \theta_{core}) = \frac{\rho h \int_0^{2\pi} \int_0^R [R_{mode}(r', \theta')]^2 r' dr' d\theta'}{[R_{mode}(R, \theta_{core})]^2},$<br><br>$c_x = \frac{1}{k_m(R)} = \frac{1}{\omega_{nom}^2 m_m}, \quad r_x = b_m(R) = \frac{\sqrt{k_m m_m}}{Q} = \frac{\omega_{nom} m_m}{Q},$<br><br>$R_{mode}(r, \theta) = \left[ \frac{\partial}{\partial r} J_n \left( \frac{\zeta}{\xi R} r \right) + \frac{nB}{A} \frac{1}{r} J_n \left( \frac{\zeta}{R} r \right) \right] \cos n\theta$ | (54) |
| | Static overlap capacitor | $C_{oi} = \frac{\varepsilon_o (\theta_{i2} - \theta_{i1}) R h}{d_o}$ | (55) |
| | Electromech. coupling coefficient | $\eta_{ei} = V_{Pi} \kappa_i \frac{C_{oi}}{d_o}, \quad \kappa_i = \frac{1}{(\theta_{i2} - \theta_{i1})} \int_{\theta_{i1}}^{\theta_{i2}} \frac{R_{mode}(R, \theta')}{R_{mode}(R, \theta_{core})} \cdot d\theta'$ | (56) |
| | Motional resistance, capacitance, and inductance | $R_x = \frac{r_x}{\eta_{ei}^2}, \quad C_x = c_x \eta_{ei}^2, \quad L_x = \frac{l_x}{\eta_{ei}^2}$ | (57) |

TABLE III. Summary of Designed and Simulated Disk Equivalent Circuit Element Values.

| Parameter | Source | Radial-contour mode | | Wine-glass mode | | Units |
|---|---|---|---|---|---|---|
| | | Designed | Simulated | Designed | Simulated | |
| Design variables | | | | | | |
| Disk radius, $R$ | Layout | 12.10 | **12.15** | 32.0 | **32.07** | µm |
| Frequency, $f_o$ | (11) | 218.138 | **217.170** | 61.181 | **61.033** | MHz |
| Nominal resonance frequency, $f_{nom}$ | (15), (53) | 218.260 | **217.288** | 61.201 | **61.055** | MHz |
| Electrode span angle, $-\theta_{i1}, \theta_{i2}$ | Layout | 65° | 65° | 38.6° | 38.6° | ° |
| Disk thickness, $h$ | Layout | 2.1 | 2.1 | 2.1 | 2.1 | µm |
| Resonator quality factor, $Q$ | Measured | 15000 | **12392** | 50000 | **46560** | |
| DC bias voltage, $V_P$ | Measured | 15 | 15 | 14 | 14 | V |
| Electrode-to-resonator gap, $d_o$ | Measured | 40.0 | **40.56** | 85.0 | **84.1** | nm |
| 4-Port equivalent circuit variables | | | | | | |
| Inductance at $\theta_{core}$, $l_x$ | (16), (54) | 1695.410 | **1710.623** | 5395.005 | **5420.964** | fH |
| Capacitance at $\theta_{core}$, $c_x$ | (16), (54) | 313.628 | 313.628 | 1253.507 | 1253.507 | nF |
| Resistance at $\theta_{core}$, $r_x$ | (16), (54) | 155.002 | **188.464** | 41.492 | **44.664** | nΩ |
| Static overlap capacitance, $C_o$ | (35) | 12.762 | **12.643** | 18.863 | **19.111** | fF |
| Electromech. coupling, $\eta_{ei}$ | (18), (56) | 4785.600 | **4676.075** | 1124.270 | **1151.220** | nC/m |
| 2-Port equivalent circuit variables | | | | | | |
| Electromech. coupling, $\eta_{eA} = \eta_{eB}$ | (20) | 4785.600 | **4676.075** | 2248.540 | **2302.440** | nC/m |
| Motional resistance, $R_{x12}$ | (19), (57) | 6768.1 | **8618.9** | 8812.9 | **8425.3** | Ω |
| Motional capacitance, $C_{x12}$ | (19), (57) | 0.007 | **0.007** | 0.006 | **0.007** | fF |
| Motional inductance, $L_{x12}$ | (19), (57) | 0.074 | **0.078** | 1.067 | **1.023** | H |
| Parasitic elements | | | | | | |
| Bond pad capacitance, $C_{pad}$ | Measured | 362 | **300** | 186 | 160 | fF |
| Parasitic tuning inductor, $L_{tune}$ | (59) | 1.469 | **1.788** | 36.368 | **42.479** | µH |
| Interconnect trace resistance, $R_p$ | Measured | 0.8 | **5** | 1080 | **1200** | Ω |
| Feedthrough capacitance, $C_f$ | Measured | — | 7.3 | — | 5.9 | fF |

Boldface values indicate a change from the design value needed to curve fit the simulation to the actual measured data.

given by the sum of the individual electrode turns ratios, or

$$\eta_{ei+j} = \eta_{ei} + \eta_{ej} \rightarrow \begin{cases} \eta_{eA} = \eta_{e1} + \eta_{e3} \\ \eta_{eB} = \eta_{e2} + \eta_{e4}. \end{cases} \quad (58)$$

The 2-port equivalent circuit variables section of Table III provides the turns ratio values associated with ports $A$ and $B$.

## V. Efficacy of the Equivalent Circuit: Theory Versus Measurement

Because the described negative capacitance alters device behavior under different input/output port load conditions, the described negative capacitive circuit model is perhaps best confirmed by

1) comparison with measured $S_{21}$ plots as a function of dc-bias and port loading; and
2) comparison with measured plots of resonance frequency as a function of dc-bias and port loading.

### A. Fabrication Process

Pursuant to obtaining such plots, disks designed to operate in radial-contour and wine-glass modes were fab-

ricated using a process flow similar to that of [19], but for the case of radial-contour-mode devices, using tungsten metal in contact with and buried under its conventional polysilicon interconnect; and using $Al_2O_3$ as the release etch-resistant isolation layer, rather than the usual $Si_3N_4$, to allow vapor phase HF release; all depicted in the cross-section of Fig. 2(a). The metal reduces the typical bond pad-to-device interconnect resistance to values around 5 Ω, which is much lower than the 1.2 kΩ of polysilicon-only interconnect. The use of low-resistance interconnect becomes more important as electrode-to-resonator gaps shrink to yield correspondingly smaller motional resistances that are more easily loaded by interconnect resistance. Metal lines are especially beneficial for disks operating in radial-contour modes because, as described in Section III, their currents enter or leave both input and output electrodes in phase, so they are subject to resistive loading from dc-bias lines, as well as from the input/output lines.

Fig. 10 presents scanning electron micrographs (SEMs) of a fabricated 218-MHz radial-contour-mode disk with 40 nm gaps and submerged metal interconnect; Fig. 11 presents the same for a 61-MHz wine-glass disk with 80 nm gaps, large enough to not require metal lines. For this reason, the wine-glass disks did not employ buried metal interconnect, and were fabricated using a process identical to that of [19].



Fig. 10. Scanning electron micrograph of the fabricated 218-MHz radial-contour-mode disk.

## B. Measurement and Simulation Circuits

The measurement circuit and corresponding simulation circuits used to compare measured and predicted frequency characteristics for the radial-contour-mode and wine-glass mode devices are presented in Fig. 12. During measurement, the die containing each device sits atop the chuck of a Lake Shore FWPX probe station (Lake Shore Cryotronics Inc., Westerville, OH) that maintains a 100-μTorr vacuum environment while providing electrical probe access to devices and electrical feedthroughs to connect them to outside measurement instrumentation. An



Fig. 11. Scanning electron micrograph of the fabricated 61-MHz wine-glass-mode disk.



Fig. 12. (a) Schematic description of the measurement system used to test the disk resonators of this work, (b) schematic diagram of the electrode configuration of the contour-mode device and (c) the wine-glass-mode device; and the electrical equivalent system circuit used to compare measurement with theory for (d) the contour-mode resonator and (e) the wine-glass-mode resonator.

Agilent E5071C network analyzer (Agilent Technologies Inc., Santa Clara, CA) allows software-emulated placement of potentially large resistors $R_S$ and $R_L$ as port impedances to gauge the effect of termination resistance on frequency tuning range. Standard SOLT calibration on a

CS5 substrate moves the measurement plane to the tips of the GSG probes used for RF input and output to the device bond pads as seen in Fig. 12, and nulls the signal line-to-shield capacitors of the coaxial cables and probes to eliminate frequency cutoff concerns for measurements that use large source and load resistors. Shunt inductors can also be simulated by the E5071C to resonate out bond-pad capacitance, allowing observation of performance that might ensue under fully on-chip integrated environments with no bond pads. All measured results are obtained using two-port direct measurement with the network analyzer, connected as shown in Fig. 12(a). As shown in Fig. 12(d) and Fig. 12(e), each of the circuits used for simulation includes not only the base device as modeled by two-port versions of Fig. 3 or Fig. 7, but also measured values of parasitic interconnect resistance, and bond-pad capacitance.

Columns 5 and 7 of Table III summarize the device dimensions and parameters used to generate the simulation circuits of Figs. 12(d) and 12(e) as covered in the design sections, Sections III and IV. For each device, the first column presents direct design values, obtained using the procedures of Table I and Table II; and the columns to the right of these (to be referred to as the second columns) the actual values simulated to match measured curves. The values in the second columns comprise a combination of direct design values, i.e., the values used in layout and targeted in fabrication, and values (in boldface) either directly measured or extracted from sets of data using methods to be described in full detail. The latter is needed for elusive dimensions, such as the electrode-to-resonator gap spacing; if it is less than 100 nm, it is very difficult to determine with the needed accuracy using SEM photos or capacitance measurements. Gap spacing is thus often determined indirectly from frequency versus dc-bias curves using a procedure that (as will be seen) can yield erroneous results if one does not utilize the negative-capacitance equivalent circuit of Figs. 3 or 7.

The circuits of Figs. 12(d) and 12(e) differ in not only their element values, but also in the polarity of the transformers at their output ports. As mentioned in Section III, for the radial mode, because the disk moves in the same direction over all electrodes, if current flows into one electrode, it flows into all of them. This can be modeled by either a circuit like that of Fig. 3, where the polarity of the output transformer is flipped relative to that of the input, or by merely situating the output transformer on the same side as the input, as is done in Fig. 12(d). For the wine-glass mode, because the disk moves in the opposite direction at the input electrodes versus the output electrodes, when current goes into an input electrode, it goes out of an output terminal, and thus, the output transformer situated on the other side of the input in Fig. 12(e).

### C. Frequency Response Versus DC-Bias

Fig. 13 presents measured and simulated $S_{21}$ plots [using the Fig. 12(d) circuit sans $L_{tune}$] for the radial-con-



Fig. 13. Measured and simulated (dashed lines) $S_{21}$ plots for the radial-contour-mode disk with 50 $\Omega$ source and load termination resistors for varying values of dc-bias voltage $V_P$ without using $L_{tune}$.

tour-mode disk for varying values of dc-bias voltage $V_P$. Here, the simulated plots not only match measured values at the peaks, but also match measured curves over the whole frequency range shown, from the slopes of the series resonant peaks to the locations and depths of the parallel resonant zeros. Both theory and measurement indicate a series resonance frequency and motional resistance at $V_P$ = 15 V of 217.17 MHz and 8.6 k$\Omega$, respectively.

One interesting difference between these curves and those for more common resonators, e.g., quartz crystals, is the location of the parallel resonance peak, which is now below the series resonance frequency, rather than above. This the case because the current exiting the output electrode of a radial-contour-mode disk is opposite in phase to that entering its input, meaning that current entering the input incites current entering the output. This is to be contrasted with a typical two-terminal quartz crystal, for which current entering the input terminal exits via the output terminal, i.e., current goes through a quartz crystal. As a result, as shown in Fig. 14, the frequency at which the feedthrough current is opposite in phase to the radial-contour-mode disk's output current occurs below the series resonance, where the phase is −90° relative to the input voltage, and thus, 180° from the 90° feedthrough current. Because the parallel resonance peak arises from cancellation of motional and feedthrough currents that add out-of-phase, this peak occurs below the series resonance peak for a radial-contour-mode disk.

Fig. 15 presents similar measured and simulated $S_{21}$ curves for the wine-glass mode disk for varying values of dc-bias voltage $V_P$. Again, the curves are well predicted by the equivalent circuit of Fig. 12(e). Both theory and measurement indicate a series resonance frequency and motional resistance at $V_P$ = 14 V of 61.03 MHz and 8.4 k$\Omega$, respectively. Here, the parallel resonance peak occurs above the series resonance, just as in a quartz crystal. This makes perfect sense because, as described in Sec-



Fig. 14. Simulated magnitude and phase curves contrasting parallel resonance peak formation for the case of (a) a quartz crystal, with circuit shown; and (b) a radial contour-mode disk resonator.

tion III, current flows through a wine-glass disk resonator into the input electrode and out the output electrode, just as in a quartz crystal, so the relative output current-to-feedthrough phasing is the same.

### D. Frequency Response Versus Resonator Port Resistance

Fig. 16 presents measured and simulated $S_{21}$ plots for the radial-contour-mode disk for varying values of termi-



Fig. 15. Measured and simulated (dashed lines) $S_{21}$ plots for the wine-glass-mode disk with 50 Ω source and load termination resistors for varying values of dc-bias voltage $V_P$ without using $L_{tune}$. (Note that the depths of the measured parallel resonance peaks are not as deep as predicted by theory only because of measurement instrument limitations, i.e., because of its insufficient noise floor.)



Fig. 16. Measured and simulated (dashed lines) $S_{21}$ plots for the radial-contour-mode disk for varying values of termination resistance $R_Q = R_{QA} = R_{QB}$ engaged to null $C_{pad}$s, all measured under the conditions of Table III.

nating port resistance $R_{QA}$ and $R_{QB}$ in series with the measured device and with $L_{tune}$ engaged to null shunt bond-pad capacitance at the device terminals. Here, the buried-metal interconnect described in Section V-A suppresses $Q$ loading by parasitic resistance $R_P$ from the dc-bias line to allow a more accurate determination of $Q$ when the input/output termination resistors are small. Comparison of measured and simulated plots using the equivalent circuit of Fig. 12(d) reveals excellent agreement.

Fig. 17 presents measured and simulated $S_{21}$ plots, this time for the wine-glass mode disk, again for varying values of port resistance values $R_{QA}$ and $R_{QB}$ in series with the measured device and with $L_{tune}$ engaged. For this device, the dc-bias line trace parasitic $R_P$ has no effect because the polarity of motion at the input port is opposite that of the output port for this mode of vibration, so current flows into the input port and out the output port, i.e., it flows through the device. Thus, ideally none of it flows through $R_P$, so no power dissipates in the resistor, and the $Q$ of the device is independent of $R_P$. Again, the simulated plots using the equivalent circuit of Fig. 12(e) agree quite well with the measured plots.

### E. Frequency Versus DC-Bias, Termination Resistance, and Electrode-to-Resonator Gap Spacing

The dependence of resonance frequency on dc-bias voltage $V_P$ and electrode-to-resonator gap spacing $d_o$ is well known for capacitive-gap-transduced micromechanical resonators. What is less apparent is that the frequency



Fig. 17. Measured and simulated (dashed lines) $S_{21}$ plots for the wine-glass-mode disk for varying values of termination resistance $R_Q = R_{QA} = R_{QB}$ with $L_{tune}$s engaged to null $C_{pad}$s, all measured under the conditions of Table III. (Again, the measurement instrumentation noise floor limits the depth of the measured parallel resonance peak for the $R_Q = 50\ \Omega$ case.)



Fig. 18. Measured plots of resonance frequency versus dc-bias after the parasitic capacitance $C_{pad}$ is tuned out for varying values of source and load resistances denoted by $R_Q$ as third variable for the radial-contour-mode disk. Solid curves indicate simulated plots that fit the measured data point using the equivalent circuit of Fig. 12(d).

versus dc-bias curve for a given capacitive-gap-transduced micromechanical resonator is also a function of the termination resistances, $R_{QA}$, $R_{QB}$, and $R_{PC}$, in Figs. 12(d) and 12(e) in series with all ports of the device. More generally, it is a function of the termination impedance, i.e., capacitance and inductance, as well. A lack of understanding of how termination impedance influences frequency dependence on electrode-to-resonator dc-bias voltage can in fact be responsible for incorrect experimental determination of electrode-to-resonator gap spacing for capacitive-gap-transduced devices.

Pursuant to first exploring the ideal case in which the resonator device is loaded only by pure resistance, with no reactance, the first set of measurements employs Figs. 12(d) and 12(e) schemes that include the tuning inductor $L_{tune}$, given by

$$L_{tune} = \frac{1}{C_{pad}(2\pi f_o)^2},\qquad(59)$$

to null out any non-device capacitance in shunt with the terminals, e.g., due to bond pads. Here, measurements indicate that the influence of termination resistance $R_{Qi}$ at port $i$ on dc-bias frequency dependence is a strong function of the size of the electrode-to-resonator overlap capacitance $C_{oi}$ at that port. To illustrate, Figs. 18 and 19 present measured plots of resonance frequency versus dc-bias voltage $V_P$, also as a function of the time constant $\tau = R_{Qi}C_{oi}$ formed by the product of the electrode-to-resonator overlap capacitance $C_{oi}$ and termination resistance $R_{Qi}$ applied to each I/O port of Fig. 12, for disks vibrating in the radial-contour and wine-glass modes, re-

spectively. As shown, the efficacy of the electrical stiffness is strongly dependent upon the relative values of $C_{oi}$ and $R_{Qi}$, where large frequency shifts are observed when the product $R_{Qi}C_{oi}$ is small, but the frequency shifts are much smaller over the same range of $V_P$ when $R_{Qi}C_{oi}$ is large. Specifically, from Fig. 18, the contour mode devices with 40 nm gaps reduce their frequency tuning range from 493 ppm to 124 ppm over a dc-bias sweep between 5 V to 10 V when their termination resistance increases from 50 Ω to 100 kΩ, which represents a 3.97× improvement in frequency stability against bias voltage fluctuations. Similarly, from Fig. 19, larger gapped wine-glass mode resonators improve their frequency stability by a smaller, but still significant, 2.57× from 319 ppm to 124 ppm measured over a dc-bias sweep between 5 V and 14 V when the termination resistance sweeps from 50 Ω to 100 kΩ.



Fig. 19. Measured plots of resonance frequency versus dc-bias after the parasitic capacitance $C_{pad}$ is tuned out for varying values of source and load resistances denoted by $R_Q$ as third variable for the wine-glass-mode disk. Solid curves indicate simulated plots that fit the measured data point using the equivalent circuit of Fig. 12(e).

The mechanism behind this dependence on $R_{Qi}C_{oi}$ is not immediately apparent in the circuit of Fig. 5, but is quite easy to see in the negative-capacitance circuit of Figs. 12(d) and 12(e) with $C_{pad}$ tuned out. In particular, because this circuit models the electrical stiffness by the $-C_{oi}$ capacitor, the efficacy of the electrical stiffness depends upon the degree of cancellation of $-C_{oi}$ by $C_{oi}$. When $R_{Qi}$ is small, it effectively shorts the shunt electrode-to-resonator overlap capacitor $C_{oi}$, leaving the series $-C_{oi}$ free to influence resonance frequency via changes in $V_P$ that in turn change the transformer turns ratios $\eta_{ei}$. As $R_{Qi}$ increases, the current into the parallel combination of $R_{Qi}$ and $C_{oi}$ prefers to pass through $C_{oi}$ instead of $R_{Qi}$, effectively activating $C_{oi}$ and allowing it to cancel $-C_{oi}$, negating the electrical stiffness in the process. When the impedance of $R_{Qi}$ is considerably larger than that of $C_{oi}$, complete cancellation of electrical stiffness ensues, and the resonance frequency is no longer dependent upon dc-bias voltage $V_P$, electrode-to-resonator gap spacing, or any other parameter in (10).

The efficacy of the negative-capacitance equivalent circuit in predicting this dependency on $R_{Qi}$ is clearly seen by the accuracy to which simulation of the circuits of Figs. 12(d) and 12(e) match the measured curves in Figs. 18 and 19, respectively.

### F. Electrode-to-Resonator Gap Extraction

With a better understanding of parameters (especially load resistances) that influence the frequency versus dc-bias $V_P$ curve, one can now extract the average electrode-to-resonator gap spacing at a given port more accurately than previous work [14]. In particular, by fitting values of electrode-to-resonator gap spacing (for each set of resistances $R_{QA}$ and $R_{QB}$ used) so that simulated curves using the Fig. 12(d) and Fig. 12(e) circuits match those of measured data at all values of $V_P$, one obtains very accurate estimates of the average electrode-to-resonator gap spacing for each device. Note that lack of knowledge of the influence of the $R_Q$s on the efficacy of electrical stiffness can lead to very incorrect estimates for gap spacing, especially when the gap is very small.

The preceding procedure yields for the wine-glass disk an average electrode-to-resonator gap spacing of 84.1 nm, and for the radial-contour more disk 40.56 nm. These values are in fact the ones used for all simulations in this section, i.e., Figs. 18 and 19 had to be measured before any of the simulations could be generated.

To convey the degree to which ignoring the influence of $R_{Qi}$ on electrical stiffness impacts extracted parameters, Fig. 20 plots the gap and corresponding motional resistance $R_x$ versus termination impedance for the 40-nm-gap radial-contour-mode device using extraction based on 1) the negative-capacitance circuit of Fig. 12(d); and 2) the same circuit, but without the negative capacitance and without otherwise accounting for the change in $c_x$ result-



Fig. 20. Plots of (a) extracted gap and (b) the corresponding motional resistance versus termination impedance using for extraction the circuit of Fig. 12(d) (black curves with square markers) and the same circuit sans the negative capacitance (red curves with triangle markers). Percent discrepancy between the curves is also provided for each extracted point.

ing from electrical stiffness. Here, the discrepancy between results yielded by each circuit increases with termination resistance, with errors for method 2 rising to 58.3% for gap spacing and an astonishing 529% for motional resistance when the termination resistance is 100 kΩ. Plots for devices with different gaps reveals that errors are larger when the gap is small, emphasizing the importance of including negative capacitance when designing mechanical circuits composed of devices with aggressively small gaps.

### G. Effect of Parasitic Trace and Bond-Pad Capacitance

Of course, in any practical circuit not using $L_{tune}$, bond-pad and interconnect capacitance will change the load condition from the pure resistance considered in Sections V-D and V-E to a more general impedance that includes reactance from the bond-pad capacitance $C_{pad}$, shown in Figs. 12(d) and 12(e). This extra capacitance not only steals current from the resistor $R_{Qi}$, but also changes the shunt capacitor value so that the $-C_{oi}$ in the series arm cannot be cancelled completely, even if $R_{Qi}$ becomes infinite. As a result, the frequency versus $V_P$ dependence cannot be nulled.

For the simpler case of only one electrode in the Fig. 12(d) circuit for the radial-contour disk loaded by the parallel combination of $R_{QA}$ and $C_L = C_{pad}$, the resonance frequency is found by equating the total reactance around the *LCR* loop to zero, i.e.,

$$j \frac{\eta_{eA}^2}{\omega_o C_{oA}} \frac{1 + \omega_o^2 R_{QA}^2 C_L(C_{oA} + C_L)}{1 + \omega_o^2 R_{QA}^2 (C_{oA} + C_L)^2} + j\omega_o l_x - j\frac{1}{\omega_o c_x} = 0, \tag{60}$$

which reduces to

$$\begin{aligned}
\omega_o &= \frac{1}{\sqrt{l_x c_x}} \left\{ 1 - \frac{\eta_{eA}^2}{C_{oA}} c_x \frac{1 + \omega_o^2 R_{QA}^2 C_L(C_{oA} + C_L)}{1 + \omega_o^2 R_{QA}^2 (C_{oA} + C_L)^2} \right\}^{1/2} \\
&= \frac{1}{\sqrt{l_x c_x}} \left\{ 1 - \frac{k_{eA}}{k_m} \frac{1 + (\omega_o/\omega_{Qz})^2}{1 + (\omega_o/\omega_{Qp})^2} \right\}^{1/2},
\end{aligned} \tag{61}$$

where

$$\omega_{Qz} = \frac{1}{R_{QA}\sqrt{C_L(C_{oA} + C_L)}} \text{ and } \omega_{Qp} = \frac{1}{R_{QA}(C_{oA} + C_L)}. \tag{62}$$

The frequencies $\omega_{Qz}$ and $\omega_{Qp}$ can be interpreted loosely as zero and pole locations that govern the frequency dependence of the electrical stiffness magnitude. In particular, the expression for electrical stiffness magnitude as a function of device resonance frequency is easily extracted from (61) to be

$$k_{e.eff} = k_{eA} \frac{1 + (\omega_o/\omega_{Qz})^2}{1 + (\omega_o/\omega_{Qp})^2}. \tag{63}$$

Plotting (63) on a Bode plot-like graph for the case $\omega_{Qz} = 10\omega_{Qp}$ yields Fig. 21, where the frequencies $\omega_{Qz}$ and $\omega_{Qp}$ clearly delineate the start and stop points, respectively, where the electrical stiffness magnitude drops at a rate of 40 dB/dec toward a final value attained when $\omega_o$ exceeds $\omega_{Qz}$, i.e., when the $R_{QA}C_{oA}$ product is large.

For useful insight, one can take (61) to extremes where $\omega_{Qz}$ and $\omega_{Qp}$ are both very small or both very large. For the latter, where $\omega_o \ll \omega_Q$, (61) reduces to

$$\omega_o = \frac{1}{\sqrt{l_x c_x}} \left\{ 1 - \frac{k_{eA}}{k_m} \right\}^{1/2}, \tag{64}$$

which is the familiar equation for the case in which frequency pulling via electrical stiffness is at maximum strength. This is consistent with the data in Figs. 18 and 19, because a large $\omega_Q$ implies a small $R_{QA}C_{oA}$ product.

On the other hand, when $R_{QA}C_{oA}$ is large, $\omega_Q$ is small, and $\omega_o > \omega_Q$. When $\omega_o \gg \omega_Q$, (61) reduces to

$$\omega_o = \frac{1}{\sqrt{l_x c_x}} \left\{ 1 - \frac{k_{eA}}{k_m} \frac{C_L}{C_{oA} + C_L} \right\}^{1/2}, \tag{65}$$

where the magnitude of the effective electrical stiffness can be extracted as



Fig. 21. Plot of $k_{e.eff}/k_{eA}$ in decibels versus the log of resonance frequency normalized to $\omega_{Qp}$ for the case in which $\omega_{Qz} = 10\omega_{Qp}$.

$$k_{e.eff} = k_{eA} \frac{C_L}{C_{oA} + C_L}. \tag{66}$$

Note that if $C_L = 0$, or $C_{oA} \gg C_L$, the effective electrical stiffness would disappear. Thus, the presence of $C_L$ prevents a large $R_Q$ from nulling the dc-bias dependence of the resonance frequency. Overall, when extra shunt capacitance loads the device terminals, the degree to which negative $C_o$ series arm capacitance cancels reduces considerably, as shown in Figs. 22 and 23, which present measured curves of frequency versus dc-bias with bond-pad capacitance present, i.e., without use of the $L_{tune}$s.

## VI. Impact on Applications

From a practical circuit perspective, the use of small source and load resistances equates to the use of volt-



Fig. 22. Measured plots of resonance frequency versus dc-bias, with termination impedance time constants $\tau_i = R_{Qi}C_{pad}$ as a third variable without using $L_{tune}$, for the radial-contour-mode disk. Solid curves indicate the theoretical expectation from the simulation of the circuit model presented in Fig. 12(d). The identical least-square curve fitted electrode-to-resonator gap spacing of 40.56 nm is used for all simulated plots that match very well to the measured data points for different source and load termination resistors.



Fig. 23. Measured plots of resonance frequency versus dc-bias, with termination impedance time constants $\tau_i = R_{Qi}C_{pad}$ as a third variable without using $L_{tune}$, for the wine-glass-mode disk. Solid curves indicate the theoretical expectation from the simulation of the circuit model presented in Fig. 12(e). The identical least-square curve fitted electrode-to-resonator gap spacing of 84.1 nm is used for all simulated plots that match very well to the measured data points for different source and load termination resistors. 

age drive and current sensing. Conversely, the use of large source and load resistances equates to the use of current drive and voltage sensing. From the results of Section V, voltage drive makes most sense where frequency tuning is needed, such as for a tunable filter passband application, or a voltage-controlled oscillator. On the other hand, current drive is most appropriate when frequency stability is paramount.

### A. Reference Oscillator Design Insights

One example application for which the choice of drive and sense type could make a big difference is that of a reference oscillator that must be stable against a variety of environmental perturbations. These include acceleration, power supply noise, drift, and undue charging (e.g., due to radiation), all of which can induce instability in the oscillator's frequency. Interestingly, the most significant mechanism for frequency instability caused by these particular perturbations ends up being instability in the electrical stiffness. For instance, theoretical analysis of micromechanical wine-glass disk resonators reveals that acceleration-induced changes in electrode-to-resonator gap spacing or overlap area that in turn induce shifts in electrical stiffness dominate among sources that shift frequency during accelerations [24]. In addition, noise or drift on the power supply manifests as fluctuations on the resonator dc-bias $V_P$ that obviously destabilize the electrical stiffness, and thereby, resonance frequency.

As revealed by the negative-capacitance equivalent circuit and verified by the measurements in Figs. 18 and 19, frequency dependence on electrical stiffness can essentially be nulled by using a high-impedance input, high-impedance output sustaining amplifier. Here, high-impedance is defined relative to the impedance presented by the shunt $C_{oi}$ at the resonator I/O terminals, i.e., the resistance presented by the drive/sense circuit loading each I/O port is considered high when it is at least 5 times larger than $1/(sC_{oi})$. This suggests that to maximize frequency stability against environmental variations, a Pierce oscillator [25] configuration would be a better choice than the commonly used transresistance sustaining amplifier.

On the other hand, if frequency tuning is important, and slight instabilities resulting from environmental perturbations can be tolerated, a low-impedance input, low-impedance output sustaining amplifier is most suitable, such as a transresistance amplifier as used in [15].

### B. Device Design Insights

For the case in which frequency stability is of most interest, the negative-capacitance equivalent circuit offers a very important insight: the highest stability against changes in bias voltage or overlap capacitance comes when the negative $C_oS$ can cancel the positive ones. From Section V-G, terminal load capacitance $C_{Li}$ can limit the degree to which electrical stiffness can be negated, i.e., to which stability can be maximized. Indeed, if $C_{oi}$ can be made much greater than any load capacitance on a given terminal, this ensures maximum stability.

This simple fact now reveals several methods by which the frequency stability of a capacitive-gap-transduced resonator can be maximized:

1) Utilize solid dielectric gaps, as demonstrated in [26] and [27]. Here, simply raising the gap permittivity raises $C_{oi}$ so that it dominates over terminal parasites.
2) Utilize large arrays of resonators, perhaps mechanically coupled into array composites like those of [28] and [29]. Again, the use of many devices increases the total input or output $C_{oi}$ so that it swamps terminal load capacitance.
3) Integrate resonators alongside transistors, removing large board-level capacitors to again allow intrinsic resonator input/output capacitance to swamp parasitics.

Note that all of these methods increase $C_{oi}$ without compromising the $(C_x/C_{oi})$ ratio that governs transducer electromechanical coupling efficiency. Methods 1 and 3, in fact, improve the $(C_x/C_{oi})$ ratio.

Needless to say, design insights like these facilitated by the negative-capacitance equivalent circuit are quite invaluable. There are sure to be many other examples, from oscillators, to filters, to mixers [18], where explicit representation of the negative capacitance in a micromechanical resonator's equivalent circuit proves instrumental to maximizing performance.

IEEE TRANSACTIONS ON ULTRASONICS, FERROELECTRICS, AND FREQUENCY CONTROL, VOL. 61, NO. 5, MAY 2014

## VII. Conclusions

By explicitly modeling electrical stiffness in a capacitive-gap-transduced micromechanical resonator via a negative capacitance, the equivalent circuit of this work provides design insights that explain certain previously unexplained measured behavior, such as the reduction in efficacy of electrical stiffness when the resistances loading a resonator's input/output ports are large, which in turn led to incorrect experimental extraction of electrode-to-resonator gap spacings. The equivalent circuit further provides designers with needed visual cues that enable them to more intelligently choose circuit topologies to maximize the performance of resonator applications, especially where frequency stability is paramount. These, together with more accurate methods for determining element values, where integration is employed to account for varying resonator mass and stiffness over a given electrode and where a single coupling coefficient models both electrical and mechanical aspects of a capacitive-gap transducer, make the described negative-capacitance equivalent circuit a nice tool for design of more complex micromechanical circuits to come.

## References

[1] B. E. Boser and R. T. Howe, "Surface micromachined accelerometers," *IEEE J. Solid-State Circuits*, vol. 31, no. 3, pp. 366–375, Mar. 1996.

[2] H. Kulah, J. Chae, N. Yazdi, and K. Najafi, "Noise analysis and characterization of a sigma-delta capacitive microaccelerometer," *IEEE J. Solid-State Circuits*, vol. 41, no. 2, pp. 352–361, 2006.

[3] S. E. Alper, K. Azgin, and T. Akin, "A high-performance silicon-on-insulator MEMS gyroscope operating at atmospheric pressure," *Sens. Actuators A*, vol. 135, no. 1, pp. 34–42, 2007.

[4] M. F. Zaman, A. Sharma, Z. Hao, and F. Ayazi, "A mode-matched silicon-yaw tuning-fork gyroscope with subdegree-per-hour Allan deviation bias stability," *J. Microelectromech. Syst.*, vol. 17, no. 6, pp. 1526–1536, Dec. 2008.

[5] R. G. Azevedo, D. G. Jones, A. V. Jog, B. Jamshidi, D. R. Myers, L. Chen, X. Fu, M. Mehregany, and M. B. J. P. A. Wijesundara, "A SiC MEMS resonant strain sensor for harsh environment applications," *IEEE Sens. J.*, vol. 7, no. 4, pp. 568–576, Apr. 2007.

[6] A. Hajjam, J. Pandiyan, A. Rahafrooz, and S. Pourkamali, "MEMS resonant sensors for detection of gasoline vapor," in *Proc. IEEE Sensors Conf.*, 2010, pp. 1538–1541.

[7] Z. J. Yao, S. Chen, S. Eshelman, D. Denniston, and C. Goldsmith, "Micromachined low-loss microwave switches," *J. Microelectromech. Syst.*, vol. 8, no. 2, pp. 129–134, Jun. 1999.

[8] H. J. De Los Santos, G. T. H. Fischer, and J. T. van Beek, "RF MEMS for ubiquitous wireless connectivity: Part 1—Fabrication," *IEEE Microw. Mag.*, vol. 5, no. 4, pp. 36–49, Dec. 2004.

[9] C. T.-C. Nguyen, "MEMS technology for timing and frequency control," *IEEE Trans. Ultrason. Ferroelectr. Freq. Control*, vol. 54, no. 2, pp. 251–270, 2007.

[10] S.-S. Li, Y.-W. Lin, Z. Ren, and C. T.-C. Nguyen, "An MSI micromechanical differential disk-array filter," in *Dig. Tech. Papers 14th Int. Conf. on Solid-State Sensors & Actuators*, 2007, pp. 307–311.

[11] P. W. Tuinenga, *SPICE: A Guide to Circuit Simulation and Analysis Using PSpice*, 3rd ed., Upper Saddle River, NJ: Prentice Hall, 1995.

[12] Z. Hao, S. Pourkamali, and F. Ayazi, "VHF single-crystal silicon elliptic bulk-mode capacitive disk resonators—Part I: Design and modeling," *IEEE/ASME J. Microelectromech. Syst.*, vol. 13, no. 6, pp. 1043–1053, Dec. 2004.

[13] H. A. C. Tilmans, "Equivalent circuit representation of electromechanical transducers: I. Lumped-parameter systems," *J. Micromech. Microeng.*, vol. 6, no. 1, pp. 157–176, 1996.

[14] F. D. Bannon III, J. R. Clark, and C. T.-C. Nguyen, "High frequency micromechanical filters," *IEEE J. Solid-State Circuits*, vol. 35, no. 4, pp. 512–526, Apr. 2000.

[15] Y.-W. Lin, S. Lee, S.-S. X. Y. Li, Z. Ren, and C. T.-C. Nguyen, "Series-resonant VHF micromechanical resonator reference oscillators," *IEEE J. Solid-State Circuits*, vol. 39, no. 12, pp. 2477–2491, Dec. 2004.

[16] K. Wang and C. T.-C. Nguyen, "High-order medium frequency micromechanical electronic filters," *IEEE/ASME J. Microelectromech. Sys.*, vol. 8, no. 4, pp. 534–557, Dec. 1999.

[17] H. Nathanson, W. E. Newell, R. A. Wickstrom, and J. R. Davis Jr., "The resonant gate transistor," *IEEE Trans. Electron. Dev.*, vol. ED-14, no. 3, pp. 117–133, Mar. 1967.

[18] A.-C. Wong and C. T.-C. Nguyen, "Micromechanical mixer-filters ("mixlers")," *IEEE/ASME J. Microelectromech. Sys.*, vol. 13, no. 1, pp. 100–112, Feb. 2004.

[19] J. Wang, Z. Ren, and C. T.-C. Nguyen, "1.156-GHz self-aligned vibrating micromechanical disk resonator," *IEEE Trans. Ultrason. Ferroelectr. Freq. Control*, vol. 51, no. 12, pp. 1607–1628, Dec. 2004.

[20] J. Wang, Y. Xie, and C. T.-C. Nguyen, "Frequency tolerance of RF micromechanical disk resonators in nanocrystalline diamond and polysilicon structural materials," in *Tech. Dig. IEEE Int. Electron Devices Meeting*, 2005, pp. 291–294.

[21] M. Onoe, "Contour vibrations of isotropic circular plates," *J. Acoust. Soc. Am.*, vol. 28, no. 6, pp. 1158–1162, Nov. 1956.

[22] R. A. Johnson, *Mechanical Filters in Electronics*. New York, NY: Wiley, 1983.

[23] M. Akgul, R. Schneider, Z. Ren, G. Chandler, V. Yeh, and C. T.-C. Nguyen, "Hot filament CVD conductive microcrystalline diamond for high Q, high acoustic velocity micromechanical resonators," in *Joint Conf. IEEE Int. Frequency Control and the European Frequency and Time Forum*, 2011, pp. 1–6.

[24] B. Kim, M. Akgul, Y. Lin, W.-C. Li, Z. Ren, and C.-C. Nguyen, "Acceleration sensitivity of small-gap capacitive micromechanical resonator oscillators," in *IEEE Int. Frequency Control Symp.*, 2010, pp. 273–278.

[25] S. Lee, M. U. Demirci, and C. T.-C. Nguyen, "A 10-MHz micromechanical resonator Pierce reference oscillator," in *Digest Tech. Papers 11th Int. Conf. on Solid-State Sensors & Actuators*, 2001, pp. 1094–1097.

[26] Y.-W. Lin, S.-S. Li, Y. Xie, Z. Ren, and C. Nguyen, "Vibrating micromechanical resonators with solid dielectric capacitive transducer gaps," in *Proc. IEEE Int. Frequency Control Symp. and Expo.*, 2005, pp. 128–134.

[27] D. Weinstein and S. Bhave, "Internal dielectric transduction in bulk-mode resonators," *J. Microelectromech. Sys.*, vol. 18, no. 6, pp. 1401–1408, 2009.

[28] M. Demirci and C.-C. Nguyen, "Mechanically corner-coupled square microresonator array for reduced series motional resistance," *J. Microelectromech. Sys.*, vol. 15, no. 6, pp. 1419–1436, Dec. 2006.

L. Wu, M. Akgul, W.-C. Li, Y. Lin, Z. Ren, T. Rocheleau, and C. Nguyen, "Micromechanical disk array for enhanced frequency stability against bias voltage fluctuations," in *Joint IEEE-Int. Frequency Control Symp. and European Frequency and Time Forum*, 2013, pp. 547–550.



**Mehmet Akgul** (S'07) received his B.S. degree in electrical and electronics engineering from Middle East Technical University, Ankara, Turkey, as second of his class in 2007. He is currently working towards his Ph.D. degree at the University of California, Berkeley.

His research focuses on design, microfabrication, and testing of large-scale integrated micromechanical circuits using capacitively transduced resonators as building blocks, with a primary focus on of selecting individual narrowband channels directly at RF for ultralow-power radio applications. His work also encompasses methods for improving capacitive resonator performance via use of high-Q resonator materials, such as polydiamond, and strengthening electromechanical coupling via capacitive gap scaling using ALD deposited high-k dielectrics to achieve sub-30 nm actuation gaps.



**Lingqi Wu** (S'11) received the B.S. degree in mechanical engineering in 2007 and the M.S. degree in instrument science and technology in 2009, both from Tsinghua University, Beijing, China. His M.S. work focused on design and fabrication of Lorentz-force micromechanical resonant magnetic field sensors for geomagnetic field measurement applications. He is currently working toward a Ph.D. degree in electrical engineering and computer sciences within the Berkeley Sensors & Actuator Center at the University of California, Berkeley, majoring in microelectromechanical systems.

Lingqi's research interests focus upon the development of tunable and switchable high-frequency capacitively transduced micromechanical RF filter banks for wireless communication applications.



**Zeying Ren** (M'04) received the B.S. and M.S. degrees in electrical engineering from Tianjin University, Tianjin, China, in 1987 and 1990, respectively. From 1990 to 1998, she was a Process Engineer in the National Research Center for Optoelectronics (NCOT), Institute of Semiconductor at the Chinese Academy of Science, Beijing, China. She was a Research Scholar in the Department of Electrical and Computer Engineering, Northwestern University, Evanston, IL, from 1998 to 2000. From 2001 to 2002, she was with Nanovation Technologies as a Process Engineer. From 2002 to 2007, she joined the Solid State Electronics Laboratory as an Engineer in Research in the Department of Electrical Engineering and Computer Science, University of Michigan, Ann Arbor. In 2008, she joined Prof. Clark Nguyen's research group as a process engineer at the University of California, Berkeley, where she presently conducts MEMS fabrication at the Marvell Nanofabrication Laboratory.



**Clark T.-C. Nguyen** (S'90–M'95–SM'01–F'07) received the B.S., M.S., and Ph.D. degrees from the University of California, Berkeley in 1989, 1991, and 1994, respectively, all in electrical engineering and computer sciences.

In 1995, he joined the faculty of the University of Michigan, Ann Arbor, where he was a Professor in the Department of Electrical Engineering and Computer Science until mid-2006. In 2006, he joined the Department of Electrical Engineering and Computer Sciences at the University of California, Berkeley, where he is presently a Professor and a Co-Director of the Berkeley Sensor and Actuator Center. His research interests focus upon microelectromechanical systems (MEMS) and include integrated micromechanical signal processors and sensors, merged circuit/micromechanical technologies, optomechanical devices, RF communication architectures, and integrated circuit design and technology. In 2001, Prof. Nguyen founded Discera Inc., a company aimed at commercializing communication products based upon MEMS technology, with an initial focus on the very vibrating micromechanical resonators pioneered by his research in past years. He served as Vice President and Chief Technology Officer (CTO) of Discera until mid-2002, at which point he joined the Defense Advanced Research Projects Agency (DARPA) on an IPA, where he served for almost four years as the Program Manager of the MEMS, Micro Power Generation (MPG), Chip-Scale Atomic Clock (CSAC), MEMS Exchange (MX), Harsh Environment Robust Micromechanical Technology (HERMIT), Micro Gas Analyzers (MGA), Radio Isotope Micropower Sources (RIMS), RF MEMS Improvement (RFMIP), Navigation-Grade Integrated Micro Gyroscopes (NGIMG), and Micro Cryogenic Coolers (MCC) programs, in the Microsystems Technology Office of DARPA.

Prof. Nguyen won the Cady Award in 2006 and, together with his students, has garnered more than ten best paper awards from IEEE conferences and journals focused on frequency control and MEMS. From 2007 to 2009, he served as a Distinguished Lecturer for the IEEE Solid-State Circuits Society. Prof. Nguyen was the Technical Program Chair of the 2010 IEEE International Frequency Control Symposium and a Co-General Chair of the 2011 Combined IEEE International Frequency Control Symposium and European Frequency and Time Forum. From 2008 to 2013, he served as Vice President of Frequency Control in the IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society, and is presently President-Elect of the society.

# Exhibit A16

M. U. Demirci and C. T.-C. Nguyen, "Higher-mode free-free beam micromechanical resonators," *Proceedings,* 2003 IEEE Int. Frequency Control Symposium, Tampa, Florida, May 5-8, 2003, pp. 810-818.

# Higher-Mode Free-Free Beam Micromechanical Resonators

Mustafa U. Demirci and Clark T.-C. Nguyen

Center for Integrated Wireless Microsystems (WIMS)
Department of Electrical Engineering and Computer Science
University of Michigan, Ann Arbor, Michigan 48109-2122 USA
TEL: (734)764-3352, FAX: (734)763-9324, email: mdemirci@eecs.umich.edu

*Abstract* - Polysilicon free-free beam micromechanical resonators based on MEMS technology operating in second and third-mode flexural vibrations have been demonstrated at frequencies as high as 102 MHz with $Q$'s on the order of 11,500. Via strategic placement of electrodes, and careful determination of the exact support beam attachment locations that minimize anchor loss, these new resonators actually exhibit higher $Q$ in the second mode than in the fundamental at the same frequency. Experiments to gauge the effect of variations in support beam dimensions and attachment locations on free-free beam microresonator performance show that an offset of only 0.6 μm in the support beam attachment location results in a 7X degradation in the $Q$. In addition, measured temperature coefficients for second-mode free-free beam μresonators are on the order of −13.1 ppm/ºC, which is on par with that for fundamental mode resonance.

*Keywords* - anchor loss, free-free beam, higher-mode, micromechanical resonator, motional resistance, quality factor, RF MEMS

## I. Introduction

Vibrating micromechanical resonators are emerging as attractive candidates for on-chip versions of the high-$Q$ mechanical passive components (e.g, quartz crystals, SAW resonators) used in transceivers for wireless communications [1]. Acute interest in these devices arises from their tiny sizes, their zero DC power consumption, and their use of IC-compatible fabrication technologies to enable on-chip integration of high-$Q$ frequency selective components with transistor electronics [2]-[4]. To date, flexural-mode free-free beam micromechanical resonators with frequencies up to 92 MHz and $Q$'s exceeding 7,000 have been demonstrated with performance suitable for IF filter applications [5]. However the need for further size reduction to attain even higher frequencies can conjure up scaling-induced problems [6], such as higher motional impedance and greater susceptibility to contaminants. To avoid these limitations, a method for raising frequency without the need for excessive scaling is desired.

Pursuant to reducing the amount of size reduction needed for increasing frequency, this work investigates higher-mode operation of vertical free-free beam micromechanical resonators. With larger dimensions than previous fundamental-mode counterparts at the same frequency, and with slightly higher $Q$'s (as will be seen), these higher-mode free-free beam resonators provide several key advantages over the former, including (1) lower series motional resistance $R_x$; (2) higher dynamic range and power handling; and (3) multiple ports that permit the 0º input-to-output phase-shift often preferred for high impedance micromechanical oscillators and invertible bandpass mixer-filters targeted for wireless applications. This paper first develops a complete model for design and simulation of higher-mode free-free beam micromechanical resonators in Sections II and III,



Fig. 1: SEM of a 101 MHz second-mode free-free beam μresonator.



Fig. 2: Perspective-view schematic of a second-mode free-free beam μresonator in a typical bias and excitation configuration.

then verifies the model experimentally in Section IV. In addition to plots verifying performance, Section IV also includes measurements to gauge the effects of dimensional fabrication tolerances on the performance of this precise design, as well as frequency versus temperature data to evaluate thermal stability of this device.

## II. Resonator Structure And Operation

Figure 1 presents the scanning electron micrograph (SEM) of the 101 MHz, second-mode, free-free beam device of this work. Figure 2 presents the perspective view schematic of the device in a typical electrical bias and excitation configuration. As seen in the figure, the device is comprised of a 2 μm thick, free-free beam suspended 1000 Å above capacitive transducer elec-



Fig. 3: The flexural vibration mode shape of a second-mode free-free beam μresonator as simulated via ANSYS.



Fig. 4: Perspective-view schematic of a third-mode free-free beam μresonator.in a preferred bias and excitation configuration.

trodes by three support beams designed with dimensions corresponding to a torsional quarter wavelength of the resonator center frequency and attached at precise nodal locations. Two separate electrodes are placed under the device at locations specifically chosen to excite its second flexural vibration mode, shown in Fig. 3. To operate this device, a DC bias $V_P$ is applied to the beam and an AC drive voltage $v_i$ is applied to one of the electrodes. These voltages then collectively create a time-varying electrostatic excitation force between the electrode and the beam, in the vertical direction, and at the frequency of the AC drive voltage if $V_P > v_i$. When the AC drive frequency matches the beam resonance frequency, the force causes the beam to vibrate, which then results in a DC biased time-varying capacitance at the output electrode, which in turn produces an output current $i_o$. It is also possible to excite the fundamental vibration mode of this device using the same electrical configuration, but applying an AC drive voltage at the frequency of the fundamental mode.

Figure 4 presents the perspective view schematic of a third-mode free-free beam μresonator, also realized in this work. This device is similar to the second mode one except it is larger in beam length for the same frequency and is supported by four tor-



Fig. 5: The flexural vibration mode shape of a third-mode free-free beam μresonator as simulated via ANSYS.

sional-mode quarter wavelength support beams at points intersecting its four nodal lines. The ANSYS simulated mode shape of the device is shown in Fig. 5. The device has three electrodes underneath that can be phased accordingly in order to preferentially excite the third vibration mode.

## III. HIGHER-MODE FREE-FREE BEAM RESONATOR DESIGN

The procedure for designing the higher-mode devices of this work involves: (1) selection of resonator beam dimensions for a desired center frequency; (2) determination of the support beam dimensions and free-free beam attachment locations that minimize anchor loss-induced $Q$ degradation; and (3) proper electrode placement to excite higher modes and to achieve the desired input-to-output phase difference. Each step of this procedure is now discussed below.

### A. Resonator Beam Design

As with all micromechanical resonators, the center frequency of this free-free beam device is determined by its structural material properties and by its dimensions: width $W_r$, thickness $h$, and the length $L_r$, all of which are indicated in Fig. 2. For practical designs, the beam thickness $h$ is set by fabrication process limitations, and $W_r$ has only a second-order influence on frequency, leaving beam length $L_r$ as the key design parameter to set the resonance frequency. For the case of large $L_r$-to-$W_r$ and $L_r$-to-$h$ ratios, the frequency of the $n^{th}$ vibration mode of a free-free beam can be determined using the Euler-Bernoulli equation, given by [7]

$$f_{nom} = \frac{1}{2\pi\sqrt{12}}(\beta_n L_r)^2 \sqrt{\frac{E}{\rho}} \frac{h}{L_r^2} \qquad (1)$$

where E and $\rho$ are the Young's modulus and density of the structural material, respectively, $h$ and $L_r$ are as indicated in Fig. 2, and $\beta_n$ is the mode coefficient given by the $n^{th}$ root of the equation [7]

$$\cos(\beta_n L_r)\cosh(\beta_n L_r) = 1 . \qquad (2)$$

For the first three modes $\beta_1 L_r$, $\beta_2 L_r$ and $\beta_3 L_r$ are 4.73, 7.853, and 10.996, respectively.

Again, the above closed-form Euler-Bernoulli equation is accurate only for lower frequency resonators with large $L_r$-to-$W_r$

and $L_r$-to-$h$ ratios. For upper VHF frequency designs, for which $L_r$ begins to approach $h$, Euler-Bernoulli theory loses its accuracy, since it ignores the effects of shearing displacements and rotary inertia. When these effects are important, more complex frequency equations based on Timoshenko theory provide much better accuracy [5]. Thus, the dimensions required to achieve a resonance frequency $f_{nom}$ for a free-free beam with uniform cross-section operating in a symmetric mode (i.e., odd numbered mode, such as the fundamental or the third mode) are best obtained by solving the Timoshenko-derived equation [9]

$$\tan\frac{\beta}{2} + \frac{\beta}{\alpha}\left(\frac{\alpha^2 + g^2}{\beta^2 - g^2}\right)\tanh\frac{\alpha}{2} = 0 \qquad (3)$$

where

$$g^2 = (2\pi f_o)^2 L_r^2 \frac{\rho}{E}, \qquad (4)$$

$$\left.\begin{array}{l}\alpha^2 \\ \beta^2\end{array}\right\} = \frac{g^2}{2}\left[\mp\left(1 + \frac{E}{\kappa G}\right) + \sqrt{\left(1 + \frac{E}{\kappa G}\right)^2 + \frac{4L_r^2 h W_r}{g^2 I_r}}\right], \qquad (5)$$

$$G = \frac{E}{2(1+\nu)} \text{ and } I_r = \frac{W_r h^3}{12} \qquad (6)$$

where $G$ and $\nu$ are the shear modulus of elasticity and Poisson's ratio, respectively, of the structural material, $I_r$ is the bending moment of inertia, and $\kappa$ is the shear-deflection coefficient. For a rectangular cross-section, $\kappa$ is 2/3. For antimetric modes (i.e., even numbered mode, such as the second or the fourth mode) the frequency equation is [9]

$$\tan\frac{\beta}{2} - \frac{\alpha}{\beta}\left(\frac{\beta^2 - g^2}{\alpha^2 + g^2}\right)\tanh\frac{\alpha}{2} = 0 \qquad (7)$$

The variable $f_{nom}$ represents the mechanical resonance frequency for the case of zero DC bias (i.e., $V_P$=0) applied to the resonator body. As described in the past literature [10], the resonance frequency of a capacitively-transduced beam is a function of the DC-bias voltage $V_P$ applied to the resonator body, which effectively introduces an electrical spring stiffness that subtracts from the mechanical stiffness of the beam. The resonance frequency $f_o$ of a free-free beam device including the effect of DC-bias-derived electrical stiffness is given by

$$f_o = f_{nom}\left[1 - \left\langle\frac{k_e}{k_m}\right\rangle\right]^{-1/2} \qquad (8)$$

where $\langle k_e/k_m \rangle$ is a parameter representing the effective electrical-to-mechanical stiffness ratio integrated over the electrodes, given by

$$\left\langle\frac{k_e}{k_m}\right\rangle = \sum_{i=1}^{N_e}\int_{L_{i1}}^{L_{i2}}\frac{V_P^2 \varepsilon_o W_r}{d_o^3 k_m(y)}(dy) \qquad (9)$$

where $\varepsilon_o$ is the permittivity in vacuum; $d_o$ is the electrode-to-resonator gap spacing; $k_m(y)$ is the mechanical stiffness as a function of location $y$ on the µresonator beam [8], given by

$$k_m(y) = [2\pi f_{nom}]^2 m_r(y) \qquad (10)$$

where $m_r(y)$ is the equivalent mass at a location $y$, to be given later; $L_{i1}$ and $L_{i2}$ are the start and end locations, respectively, of the $i$th electrode of the device as illustrated in Fig. 6 for a second-



Fig. 6: Cross-section of a second-mode free-free beam resonator, illustrating electrode placement, mode-shape, and node locations.



Fig. 7: Simulated plots of frequency versus beam length for free-free beams operating in the fundamental, second, and third modes.

mode resonator (i.e, $n$=2); $N_e$ is the total number of electrodes; where the dependence of electrode-to-resonator gap spacing on $y$ (due to the DC-bias force) has been neglected [8]; and where it has been assumed that all electrodes, whether or not they hold AC signals, are at DC ground.

The $n$th vibration mode shape of a free-free beam resonator can be described by [7]

$$Z_{mode}(y) = \cosh\beta_n y + \cos\beta_n y - \xi[\sinh\beta_n y + \sin\beta_n y] \qquad (11)$$

where

$$\xi = \frac{\cosh\beta_n L_r - \cos\beta_n L_r}{\sinh\beta_n L_r - \sin\beta_n L_r} \qquad (12)$$

and where $Z_{mode}(y)$ is the $z$-directed displacement at location $y$. (See Fig. 2 for axis definitions.)

Figure 7 presents simulated plots, using the above formulations, of frequency versus beam length for free-free beam resonators operating in the fundamental, second, and third modes. As shown, at 100 MHz, operation in the third-mode allows the use of a 2.33X larger beam length than would be required for a beam operating in the fundamental-mode, underscoring the advantages of higher-mode operation.

### B. Support Structure Design

In order to maximize the $Q$ of a given resonator design, the couplings of resonator vibrations through its supports to its

anchors, and finally, to substrate, must be minimized. To alleviate anchor losses due to translational motion of the resonator beam, the higher-mode free-free beams of this work are supported by torsional-mode beams attached at node points of the mode shape, where ideally no translational motion occurs. These node locations, shown in Fig. 6 for a second-mode free-free beam resonator, are specified via evaluation of (11).

Although the attachment of support beams at nodal locations greatly reduces anchor losses due to translational motion of the resonator beam itself, attachment alone cannot eliminate further losses emanating from torsional motion of the support beams. Losses from torsional motion are strategically prevented by using support beam lengths corresponding to a quarter wavelength of the operating frequency [5]. In principle, the use of quarter-wavelength support dimensions effectively transforms the infinite acoustic impedance seen at the anchors to zero impedance at the resonator attachment locations. In effect, the resonator beam effectively "sees" no supports, and operates as if virtually levitated, with ideally no losses through its supports. The quarter-wavelength condition is met by choosing the dimensions of the torsional support beam to satisfy [12][13]

$$L_s = \frac{1}{4f_o}\sqrt{\frac{G\gamma}{\rho J_s}} \qquad (13)$$

where $J_s$ is the polar moment of inertia, given by

$$J_s = \frac{(h^2 + W_s^2)}{12} \qquad (14)$$

and $\gamma$ is the torsion constant. For a rectangular cross-section with $h/W_s = 1.75$, $\gamma$ is given by [13]

$$\gamma = 0.214 h W_s^3. \qquad (15)$$

In practice, the utility of the above anchor-isolating design strategies is subject to the finite precision to which support beams can be located and dimensioned. Section IV will present measurements to quantify the degree to which finite process tolerances compromise the effectiveness of the above strategies.

### C. Electrode Design and Equivalent Circuit

In order to excite the correct mode of a higher-mode free-free beam device, electrodes are situated underneath the resonator and centered between each adjacent node pair, as illustrated for a vibrating second-mode device in Fig. 6. During second mode resonance, shown in Fig. 8(a), the two underlying electrodes couple electrostatically to resonator beam locations that move in opposite directions, allowing the input and output signals of the device to be in phase at resonance (i.e., the output current $i_o$ is equal to the input current $i_i$), thereby allowing the use of the simple $LCR$ equivalent circuit model shown in Fig. 8(b). When the device is operated in its fundamental mode as in Fig. 9(a), the portions of the resonator located above the two electrodes move in the same direction causing input and output signals to be out-of-phase (i.e., the output current $i_o$ as defined is equal to the inverse of input current $-i_i$) at resonance. To model this condition an inversely coupled transformer is added to the $LCR$ circuit, as shown in Fig. 9(b).

The values of the circuit elements can be determined by appropriate impedance analyses. For the case of identical, purely symmetrical electrodes, each centered between nodal points of the free-free beam, such an analysis yields [8]



Fig. 8: **(a)** Cross-sectional view of a free-free beam µresonator vibrating in its second mode, indicating the directions of motion above electrodes; and **(b)** its $LCR$ equivalent circuit.



Fig. 9: **(a)** Cross-sectional view of a free-free beam µresonator vibrating in its fundamental mode, indicating the direction of motion above electrodes; and **(b)** its $LCR$ equivalent circuit.

$$R_x = \frac{\sqrt{k_{re}m_{re}}}{Q\eta_e^2} \ , \ L_x = \frac{m_{re}}{\eta_e^2} \ , \ C_x = \frac{\eta_e^2}{k_{re}} \qquad (16)$$

where $k_{re}$ and $m_{re}$ are the equivalent stiffness and mass at the centers of the electrodes obtained by evaluating [8]

$$m_r(y) = \frac{\rho W_r h \int_0^{L_r} [Z_{mode}(y')]^2 (dy')}{[Z_{mode}(y)]^2} \ , \ k_r(y) = \omega_o^2 m_r(y) \qquad (17)$$

at $y$'s corresponding the centers of the electrodes; and $\eta_e$ is the electromechanical coupling factor, given by

$$\eta_e = \sqrt{\int_{L_{OUT}} \int_{L_{IN}} \frac{V_P^2 (\varepsilon_o W_r)^2}{d_o^4} \frac{k_{re}}{k_r(y')} \frac{Z_{mode}(y)}{Z_{mode}(y')} dy' dy} \qquad (18)$$





Fig. 10:Final cross-sections for a second-mode free-free beam μresonator along the **(a)** AA' and **(b)** BB' lines defined in Fig. 2.

where $L_{IN}$ and $L_{OUT}$ are the regions specifying the start and end coordinates of the input and output electrodes along the y-axis (similar to Fig. 6), respectively; and where the dependence of the electrode-to-resonator gap spacing on y (due to the DC-bias force) has been neglected [8].

The third-mode free-free beam resonator has an advantage over the second mode in greater phase flexibility. In particular, since it has three electrodes, a third-mode resonator can achieve $0^o$ and $180^o$ phase shifted outputs simultaneously. For example, when either one of the side electrodes is chosen as the input electrode, the output current at the middle electrode will have $0^o$ phase while the output current at the other side electrode will have $180^o$ phase relative to the input voltage. The second-mode free-free beam has only two electrodes, so its input-to-output phase difference is fixed at $0^o$, unless the input electrode is split (which would be detrimental, since it would decrease the electrode overlap area, hence, increase $R_x$).

## IV. EXPERIMENTAL RESULTS

Fundamental, second-, and third-mode free-free beam μmechanical resonators with resonance frequencies ranging from 60 MHz to 100 MHz were designed and fabricated in POCl$_3$ doped polysilicon using a small-gap surface-micromachining process similar to those used for previous fundamental-mode free-free beams [5], except that dimples were not used in this process. Final cross sections for a second-mode free-free beam μresonator along two different lines indicated in Fig. 2 are shown in Fig. 10 Figures 11 and 1 present SEM's of fabricated 101 MHz third-mode and a 102 MHz second-mode free-free beam μresonators, respectively. Table I summarizes design and layout data (as well as measured data to be discussed) for fundamental, second-mode, and third-mode free-free beam resonators for comparison purposes.

Since resonator design and performance comparisons will be



Fig. 11:SEM of a fabricated 102 MHz third-mode free-free beam μresonator.



Fig. 12:Frequency response spectrum of a 101 MHz second-mode free-free beam μresonator.

made shortly, it should be noted that the resonators of Table I are not all from the same wafer. In particular, the 80 MHz resonators came from one wafer, while the 100 MHz resonators came from another. These two wafers were fabricated alongside in the same run, so their sacrificial-oxide layer and structural polysilicon film depositions were done simultaneously in the same LPCVD tube. However, they were released using different etchant procedures, which might explain how they ended up with different extracted [8] electrode-to-resonator gap spacings.

For measurement and characterization, each resonator die was mounted on a printed circuit board and placed in a custom-built vacuum chamber. Electrical access to the circuit board was established via DC and coaxial feedthroughs through a metal block that served as one of the vacuum chamber walls. A turbomolecular vacuum pump provided operating pressures down to 50μTorr, where viscous gas damping [14] is greatly suppressed, allowing resonators under test to exhibit their maximum $Q$'s. Devices were measured using an HP8751A Network Analyzer and S-parameter test set.

Figure 12 presents the second mode frequency characteristics for the device of Fig. 1, measured using the excitation configuration of Fig. 2. The $Q$ of the device is 11,500 at 101.3 MHz, and

**Table I: Higher-mode Free-free Beam Design And Performance Summary**

| | Row No. | Parameter | Source | Fundamental | Second | Second | Third | Unit |
|---|---|---|---|---|---|---|---|---|
| | | | | **Vibration Mode** | | | | Unit |
| Designed/Fabricated/Given | 1 | Target Frequency | design | 80 | 80 | 100 | 100 | MHz |
| | 2 | Resonator Beam Length, $L_r$ | layout | 14.3 | 23.7 | 20.3 | 28.4 | μm |
| | 3 | Resonator Beam Width, $W_r$ | layout | 6 | 6 | 6 | 6 | μm |
| | 4 | Support Beam Length, $L_s$ | layout | 12.3 | 12.3 | 9.3 | 9.3 | μm |
| | 5 | Support Beam Width, $W_s$ | layout | 1.2 | 1.2 | 1.2 | 1.2 | μm |
| | 6 | Node Location 1, $L_{n1}$ | layout | 3.3 | 3.2 | 2.7 | 2.7 | μm |
| | 7 | Node Location 2, $L_{n2}$ | layout | 11.0 | 11.9 | 10.1 | 10.0 | μm |
| | 8 | Node Location 3, $L_{n3}$ | layout | — | 20.5 | 17.6 | 18.3 | μm |
| | 9 | Node Location 4, $L_{n4}$ | layout | — | — | — | 25.7 | μm |
| | 10 | Polysilicon Film Thickness, $h$ | measured | 2.1 | 2.1 | 2.1 | 2.1 | μm |
| | 11 | Effective Resonator Thickness, $h_{eff}$ | adjusted | 2.06 | 2.06 | 1.98 | 2.01 | μm |
| | 12 | Electrode Width, $W_e$ | layout | 3.7 | 4.6 | 3.5 | — | μm |
| | 13 | Side Electrode Width, $W_{e1}$ | layout | — | — | — | 3.3 | μm |
| | 14 | Middle Electrode Width, $W_{e2}$ | layout | — | — | — | 4.3 | μm |
| | 15 | Physical Resonator-to-Electrode Gap, $d_o$ | measured | 1030 | 1030 | 1030 | 1030 | Å |
| | 16 | Young's Modulus, $E$ | measured | 150 | 150 | 150 | 150 | GPa |
| | 17 | Poisson Ratio, $\nu$ | [11] | 0.226 | 0.226 | 0.226 | 0.226 | — |
| Measured | 18 | Measured Frequency, $f_o$ | measured | 79.0 | 78.5 | 101.3 | 102.1 | MHz |
| | 19 | Measured Quality Factor, $Q$ | measured | 13,240 | 15,050 | 11,500 | 4,590 | — |
| | 20 | $V_P$ used in measurement, $V_{Pm}$ | measured | 16 | 16 | 40 | 40 | V |
| | 21 | Measured Series Resistance, $R_x$ | measured | 45 | 27 | 42 | 92 | kΩ |
| Analytical | 22 | Timoshenko Frequency, $f_o$ ($V_P=V_{Pm}$) | Eq. (3)-(8) | 79.25 | 78.49 | 101.24 | 102.15 | MHz |
| | 23 | Timoshenko Frequency, $f_o$ ($V_P=0$V) | Eq. (3)-(8) | 79.31 | 78.54 | 101.33 | 102.25 | MHz |
| | 24 | Euler-Bernoulli Frequency, $f_o$ ($V_P=V_{Pm}$) | Eq. (1) | 83.56 | 83.86 | 109.84 | 111.69 | MHz |
| | 25 | Euler-Bernoulli Frequency, $f_o$ ($V_P=0$V) | Eq. (1) | 83.62 | 83.92 | 109.94 | 111.80 | MHz |
| | 26 | Calculated Series Resistance, $R_x$ | Eq. (16)-(18) | 39.7 | 32.6 | 42.2 | 92.5 | kΩ |
| | 27 | Adjusted/Extrapolated Gap, $d_o$ | Eq. (8)-(10) | 750 | 750 | 1030 | 925 | Å |

as expected, its input-to-output phase difference at resonance is $0^o$. The device has also been measured operating in its fundamental mode yielding a $Q$ of 9,850 at 39.2 MHz as shown in Fig. 13. As predicted in Section III and verified in Fig. 13, when operating in its fundamental mode this device has a $180^o$ input-to-output phase difference, caused by placement of the input and output electrodes under portions of the beam that move in phase during resonance. (To obtain an accurate phase response, the phase due to board parasitics was first measured with the resonator's input shorted to its output, then subtracted from the phase response measured with the device present.)

Figure 14 presents the measured frequency response of the third-mode resonator of Fig. 11, showing a $Q$ of 4,980, and having an input-to-output phase difference at resonance of $180^o$. The inverting phase shift is obtained by driving the resonator at one of its end electrodes, and sensing at the other end electrode, which is positioned under a portion of the resonator beam that moves in phase with that over the drive electrode, as seen in the excitation configuration of Fig. 4. This drive configuration also has the advantage of being able to excite all three modes of this third-mode-designed device. In its first and second modes, this device yields $Q$'s of 10,000 at 22 MHz (first mode) and 9,790 at



Fig. 13: Fundamental-mode frequency response spectrum of a 101 MHz second-mode free-free beam μresonator.

53 MHz (second mode), respectively.



Fig. 14:Frequency spectrum of a 102 MHz third-mode free-free beam μresonator.

Table I compares the measured free-free beam resonator data in Figs. 12 and 14 with theoretical predictions calculated using the equations of Section III, showing very good agreement for motional resistances and for Timoshenko-derived frequencies. The two 100 MHz resonators of the table are most suited for a comparison of second and third-mode performances at the same frequency. Comparing these devices, the third mode $R_x$ is seen to be higher than that for the second mode, even though the extracted gap $d_o$ for the third-mode device is smaller. This reason for this stems from (1) the lower $Q$ of the third-mode, for reasons to be discussed; and (2) the reduced bias and excitation configuration used to measure the third-mode device. In particular, the middle electrode of the third-mode device was not used to excite or sense the device, which reduced the total available drive/sense electrode area below what was possible.

The ~80 MHz devices of Table I allow comparison of fundamental and second-mode resonator performance at the same frequency. Here, the $R_x$ for the second-mode 80 MHz design is seen to be 1.67X lower than that for the fundamental-mode 80 MHz design, which verifies the prediction that the larger electrode area afforded by the second mode device helps to drive down the $R_x$. The higher $Q$ of the second-mode device also contributes to its lower $R_x$.

### A. Q Versus Number of Supports

The observance of slightly higher $Q$ in the second mode design than the fundamental seems to be tied to the use of fewer support beams in the former, which suggests that vibrational energy losses to the substrate can be minimized by using fewer supports, hence, providing fewer energy-loss paths. To verify the dependence of $Q$ on number of attached supports, Fig. 15 presents a plot of measured $Q$'s for 79.9 MHz second-mode free-free beam resonators with three, four and five supports attached at nodal locations. Here, the $Q$ clearly decreases with an increasing number of supports, suggesting that free-free beam resonators with the highest $Q$ are best achieved with fewer supports.

### B. Dependence of Q on Support Beam Attachment Location

The high $Q$'s of the free-free beam devices of this work arise largely due precise placement of support beams at nodal locations to eliminate anchor losses. To quantify the importance of



Design Summary
$L_r$=23.7μm, $W_r$=6μm, $h$=2.1μm, $d_o$=1030Å
$L_s$=12.3μm, $W_s$=1.2μm, $W_e$=4.6μm,

Fig. 15:Measured $Q$ vs. number of supports for second-mode free-free beam microresonators with three, four, and five supports attached at the nodal locations.

proper support beam location in setting the ultimate $Q$ of a free-free beam resonator, Fig. 16(a) presents a measured plot of $Q$ versus support beam-to-resonator attachment location $L_A$ (defined in Fig. 16(b)) for several 82 MHz fundamental-mode free-free beam μmechanical resonators with varying $L_A$'s. The SEM of one of the resonators used for this measurement is shown in Fig. 16(c). A strong dependence on the attachment location is seen, where the $Q$ is maximized at 14,000 when the support beam center coincides with the theoretical nodal location, and where attachment at a location just 0.6 μm away from the theoretical node results in a 7X decrease in the $Q$. Fortunately, since all structural geometries are determined in a single masking step for the vertical free-free beam designs of this work, support beam attachments at nodal locations can be very precisely specified via CAD layout, greatly facilitating the ability to achieve high $Q$. Not only is $Q$ maximized when the support beams are attached exactly at the node locations, but the measured resonance frequency of the resonator matches Timoshenko theory only for this case, further stressing the importance of exact support beam attachment.

### C. Dependence of Q on Quarter-Wavelength Support Design

As discussed in Section III, the beams supporting each of the resonators measured thus far were not only attached to the nodal points of their respective free-free beams, but were also designed with beam lengths corresponding to a quarter wavelength of the operating frequency, with the intent of better isolating the resonator from energy losses through torsional vibrations. To investigate the degree to which quarter wavelength support design is really needed, Fig. 17 presents a measured plot of $Q$ versus support beam length ($L_s$, defined in Fig. 2) for several 60 MHz fundamental-mode free-free beam μmechanical resonators with varying $L_s$'s. As expected, quarter-wavelength design does yield the highest $Q$. However, devices with support beam lengths



Fig. 16:(a) Measured $Q$ versus support beam attachment location ($L_A$) for 82 MHz fundamental-mode free-free beam μresonators with varying $L_A$'s; (b) cross-sectional view of a fundamental-mode free-free beam μresonator indicating support beam attachment locations ($L_A$); and (c) SEM of one of the 82 MHz fundamental-mode free-free beam μresonators used for this measurement.



Fig. 17:Measured plots of quality factor and resonance frequency vs. support beam length ($L_S$) for 60 MHz fundamental-mode free-free beam μresonators.

| Design Summary |
|---|
| $L_r$=16.5μm, $W_r$=8μm, $h$=2.1μm, $d_o$=1150Å $W_s$=1.0μm, $W_e$=4.1μm, mode=1 |



Fig. 18:SEM of a 60 MHz free-free beam with short support beams.

shorter than quarter-wavelength, such as depicted in Fig. 18, still retain more than 87% of the maximum $Q$ value attained with quarter-wavelength supports. Given that devices with shorter support beams can sustain much higher DC-bias voltages without pulling in, and thus, can potentially achieve much smaller series motional resistances $R_x$, the fact that only a small reduction in $Q$ is experienced when quarter-wavelength support dimensions are not used encourages the use of short support beams in future free-free beam resonator designs.

### D. Temperature Dependence

Figure 19 presents a plot comparing the frequency vs. temperature measurements for second- and fundamental-mode free-free beam μmechanical resonators. The temperature dependencies for these resonators are similar, with extracted $TC_f$'s (temperature coefficients of frequency) of −13.1 ppm/°C in the second mode and −12.9 ppm/°C in the fundamental mode. It should be noted that the linear dependence of frequency on temperature observed in Fig. 19 should be easier to compensate out than the nonlinear characteristics often seen in macroscopic resonator counterparts, perhaps, giving the free-free beam μmechanical resonators of this work an advantage in applications where temperature-compensation of thermal dependencies is sufficient.

### E. Operation in Air

Up to this point, all of the measured curves shown in this paper were done so under 50μTorr vacuum, with the intent of eliminating viscous gas damping mechanism so as to accentuate $Q$-limiting mechanisms associated with support beam design. However, due their high stiffness, the VHF free-free beam resonators of this work operate with internal energies per cycle much



Fig. 19: Measured frequency vs. temperature plots for second- and fundamental-mode free-free beam resonators.



Fig. 20: Frequency characteristic of a 63 MHz fundamental-mode free-free beam μresonator measured under atmospheric pressure.

higher than the energy losses per cycle afforded by viscous gas damping. As such, the resonators of this work actually do not require vacuum to attain reasonably high $Q$'s. To illustrate, Fig. 20 presents the frequency characteristic for a 63 MHz fundamental-mode free-free beam micromechanical resonator measured under atmospheric pressure, yet still showing a $Q$ of 1,657, which is still plenty for use in IF communication applications. This removal of the requirement for vacuum by stiff micronscale (as opposed to nano-scale) micromechanical resonators has enormous implications, as it allows a substantial reduction in the manufacturing cost of such devices, as well as increases their reliability and lifetime in commercial applications.

## V. CONCLUSION

Second and third-mode free-free beam microresonators have been demonstrated at frequencies around 100 MHz. Of the two designs, the second-mode is perhaps the optimal for free-free beam μresonators, since its larger device size gives it better linearity and lower $R_x$ than a fundamental-mode design at the same frequency, and its $Q$ is larger and $R_x$ smaller than a third-mode design at the same frequency. Whether second- or third-mode, higher-mode free-free beam μresonators have a usage advantage over fundamental-mode counterparts in that they can provide $0^o$ and $180^o$ input-to-output phase flexibility, and thus, can enable applications (e.g., oscillators, inverting filters) where phase flexibility can be beneficial. In addition, with the availability of short support beam design (which were shown in this paper to be almost as good as quarter-wavelength designs), second-mode free-free beam resonators should now be designable with much lower impedances, making them attractive candidates for use in IF, if not RF, wireless applications.

## ACKNOWLEDGMENT

The authors would like to thank the staff of Solid State Electronics Laboratory (SSEL) at the University of Michigan for fabrication support. This work was supported by DARPA Grant No. F30602-01-1-0573.

## REFERENCES

[1]  C. T.-C. Nguyen, "Transceiver Front-End Architectures Using Vibrating Micromechanical Signal Processors," *Dig. of Papers,* Topical Mtg on Silicon Monolithic IC's in RF Systems, Sept. 12-14, 2001, pp. 23-32.

[2]  J. H. Smith, S. Montague, J. J. Sniegowski, J. R. Murray, *et al.*, "Embedded micromechanical devices for the monolithic integration of MEMS with CMOS," *Tech. Digest,* IEEE Int. Electron Devices Meeting (IEDM), Washington, D.C., Dec. 10-13, 1995, pp. 609-612.

[3]  A. E. Franke, D. Bilic, D. T. Chang, P. T. Jones, T.-J. King, R. T. Howe, and G. C. Johnson, "Post-CMOS integration of germanium microstructures," *Technical Digest*, 12th Int. IEEE MEMS Conf., Orlando, FA, Jan. 17-21, 1999, pp. 630-637.

[4]  A.-C. Wong, Y. Xie, and C. T.-C. Nguyen, "A bonded-microplatform technology for modular merging of RF MEMS and transistor circuits," *Digest of Technical Papers,* the 11th Int. Conf. on Solid-State Sensors & Actuators (Transducers'01), Munich, Germany, June 10-14, 2001, pp. 992-995.

[5]  K. Wang, Ark-Chew Wong, and C. T.-C. Nguyen, "VHF Free-Free Beam High-$Q$ Micromechanical Resonators," *IEEE/ASME J. Microelectromech. Syst.*, vol. 8, no. 4, pp. 534-557, Dec. 1999.

[6]  J. R. Vig and Y. Kim, "Noise in microelectromechanical system resonators," *IEEE Trans. Ultrason. Ferroelec. Freq. Contr.*, vol. 46, no. 6, pp. 1558-1565, Nov. 1999.

[7]  S. Timoshenko, *Vibration Problems in Engineering*, 4th ed. New York: Wiley, 1974.

[8]  F. D. Bannon III, John R. Clark, and C. T.-C. Nguyen, "High-$Q$ HF Microelectromechanical Filters," *IEEE J. Solid-State Circuits*, vol. 35, no. 4, pp. 512-526, April 2000.

[9]  W. Flugge, *Handbook of Engineering Mechanics.* New York: Mc-Graw-Hill, 1962.

[10]  H. Nathanson, W. E. Newell, R. A. Wickstrom, and J. R. Davis, Jr., "The resonant gate transistor," *IEEE Trans. Electron Devices*, vol. ED-14, pp. 117-133, Mar. 1967.

[11]  H. Guckel, D. W. Burns, H. A. C. Tilmans, D. W. DeRoo, and C. Rutigliano, "The mechanical properties of fine-grained polysilicon: The repeatability issue," in *IEEE Solid-State Sens. Actuator Workshop Tech. Dig.*, Hilton Head, SC, June 1998, pp. 96-99.

[12]  R. A. Johnson, *Mechanical Filters in Electronics.* New York: Wiley, 1983.

[13]  S. Timoshenko, *Strength of Materials, Part I: Elementary Theory and Problems,* 3rd ed. Melbourne, FL: Krieger, 1958.

[14]  W. E. Newell, "Miniaturization of tuning forks," *Science*, vol. 161, pp. 1320-1326, Sept. 1968.

# Exhibit A17

# RF Channel-Select Micromechanical Disk Filters—Part II: Demonstration

Mehmet Akgul, *Member, IEEE*, Alper Ozgurluk, *Student Member, IEEE*, and Clark T.-C. Nguyen, *Fellow, IEEE*

*Abstract*—This Part II of a two-paper sequence presents fabrication and measurement results for a micromechanical disk-based RF channel-select filter designed using the theory and procedure of Part I. Successful demonstration of an actual filter required several practical additions to an ideal design, including the introduction of a 39-nm-gap capacitive transducer, voltage-controlled frequency tuning electrodes, and a stress relieving coupled array design, all of which combine to enable a 0.1% bandwidth 223.4-MHz channel-select filter with only 2.7 dB of in-band insertion loss and 50-dB rejection of out-of-band interferers. This amount of rejection is more than 23 dB better than a previous capacitive-gap transduced filter design that did not benefit from sub-50-nm gaps. It also comes in tandem with a 20-dB shape factor of 2.7 realized by a hierarchical mechanical circuit design utilizing 206 micromechanical circuit elements, all contained in an area footprint of only 600 $\mu$m × 420 $\mu$m. The key to such low insertion loss for this tiny percent bandwidth is $Q$'s > 8800 supplied by polysilicon disk resonators employing for the first time capacitive transducer gaps small enough to generate coupling strengths of $C_x/C_o \sim 0.1\%$, which is a 6.1× improvement over previous efforts. The filter structure utilizes electrical tuning to correct frequency mismatches due to process variations, where a dc tuning voltage of 12.1 V improves the filter insertion loss by 1.8 dB and yields the desired equiripple passband shape. Measured filter performance, both in- and out-of-channel, compares well with predictions of an electrical equivalent circuit that captures not only the ideal filter response, but also parasitic nonidealities that distort somewhat the filter response.

*Index Terms*—Bandpass filter, coupling, feedthrough, frequency tuning, insertion loss, MEMS resonator, microfabrication, RF channel selection, small gap, spurious mode, stress control.

## I. INTRODUCTION

HAVING presented a complete design procedure for filters utilizing capacitive-gap transduced micromechanical disk resonators in Part I of this two-part paper, Part II now turns to practical implementation issues. In particular, unlike the ideal filter covered in Part I, a real filter suffers nonidealities that if not circumvented can significantly compromise performance. Among the most important practical considerations for the present design are as follows:

Manuscript received August 24, 2018; accepted November 20, 2018. Date of publication November 26, 2018; date of current version January 14, 2019. This work was supported in part by the Defense Advanced Research Projects Agency's (DARPA's) Chip-Scale Spectrum Analyzer Program. *(Corresponding author: Clark T.-C. Nguyen.)*

M. Akgul is with Google Inc., Mountain View, CA 94043 USA.

A. Ozgurluk and C. T.-C. Nguyen are with the Electrical Engineering and Computer Sciences Department, University of California, Berkeley, CA 94720 USA (e-mail: ctnguyen@berkeley.edu).

Digital Object Identifier 10.1109/TUFFC.2018.2883296



Fig. 1.    Schematic description of the demonstrated second-order differential filter, showing the electrical drive and sense measurement setup and emphasizing key features that make possible practical implementation of this mechanical circuit.

1) structural film stress, especially in-plane stress that might push resonators into their substrate-anchored electrodes;
2) parasitic trace resistance that might contribute significant insertion loss and increase input to output feedthrough;
3) finite fabrication tolerances that introduce frequency variations, most importantly frequency mismatches between identically designed resonators.

Pursuant to elucidating, understanding, and alleviating the impact of these and other nonidealities, this Part II paper demonstrates an actual polysilicon surface-micromachined filter designed using the methods of Part I and summarized in Tables I and II. The demonstrated 223.4-MHz second-order Chebyshev filter, shown in Fig. 1, employs 206 resonant micromechanical elements to realize a channel-selecting 0.1% bandwidth while achieving only 2.7 dB of in-band insertion loss together with 50 dB of out-of-channel stopband rejection [1]. This amount of rejection is 23 dB better than that of previous capacitive-gap transduced channel-select filter efforts [2], and comes in tandem with a 20-dB shape factor of 2.7 commensurate with its use of two array-composite resonators. Capacitive transducer gaps scaled down to 39 nm and a bias voltage of 14 V achieve sufficient single-resonator transducer coupling strengths of $C_x/C_o = 0.1\%$ and a low filter termination impedance of only 590 $\Omega$. As shown in Fig. 1, the filter comprises 96 disks mechanically coupled

TABLE I
FILTER PHYSICAL DESIGN AND PERFORMANCE SUMMARY

| | Parameter | Design Source | Design | Measured | Adjusted / Simulated | Unit |
|---|---|---|---|---|---|---|
| **Filter Specifications** | Center Frequency, $f_o$ | Spec. | 224 | 223.4 | 223.4 | MHz |
| | Bandwidth, $B$ | Spec. | 224 | 229 | 229 | kHz |
| | Percent Bandwidth, $P_{BW}$ | Spec. | 0.10 | 0.10 | 0.10 | % |
| | Insertion loss, $IL$ | Spec. | 2 | 2.73 | 2.73 | dB |
| | Minimum Beam Width, $w_{c,min}$ | Process | 1 | 1 | 1 | μm |
| | Out-of-Band Rejection @ $\Delta f$ = 5MHz | Fig. 11 | 69.6 | 50.2 | 49.7 | dB |
| | Filter Termination Resistance, $R_Q$ | (57[†]) | 445 | 590 | **637** | Ω |
| **Filter Design & Material Constants** | Normalized $q_0$ | Spec. | 10 | - | 9.0513 | - |
| | Normalized $q_n$ | Spec. | 1.9497 | - | 1.9497 | - |
| | Normalized $k_{ij}$ | Spec. | 0.7225 | - | 0.7225 | - |
| | Young's Modulus, $E$ | Process | 158 | - | 158 | GPa |
| | Density, $\rho$ | Process | 2300 | - | 2300 | kg/m$^3$ |
| | Frequency Material Constant, $K_{mat}$ | (11[†]) | 0.654 | - | 0.654 | - |
| | Disk Mass Adj. Factor, $\chi$ | [27[†]] | 0.763 | - | 0.763 | - |
| **Single Disk Resonator** | Disk Radius, $R$ | (51[†]) | 12.1 | 12.12 | 12.127 | μm |
| | Structural Material Thickness, $h$ | Process | 3 | 3 | 3 | μm |
| | Electrode-to-Resonator Gap, $d_o$ | Process | 40 | 39.1 | 39.1 | nm |
| | Electrode Span Angle, $\theta_{ov}$ | Layout | 330 | 330 | 330 | ° |
| | DC bias voltage, $V_P$ | (52[†]) | 17 | 14 | **14** | V |
| | Resonator Quality Factor, $Q$ | Process | 10,000 | 8,830 | **8,830** | - |
| | Resonator Electromech. Coupling Coeff., ($C_x/C_o$) | (17[†]) | 0.17 | 0.13 | 0.13 | % |
| | Disk Dynamic Mass at Perimeter, $m_m$ | (14[†]) | 2.4213 | - | 2.43 | ng |
| | Disk Dynamic Stiffness at Perimeter, $k_m$ | (14[†]) | 4.7963 | - | 4.79 | MN/m |
| | Disk Damping at Perimeter, $b_m$ | (14[†]) | 0.3408 | - | **0.39** | μkg/s |
| **Array-Composite Quadrant** | Total No. of Disks, $N_{tot}$ | (53[†]-55[†]) | 24 | 24 | 24 | - |
| | Rows × Columns, $N_{row} \times N_{col}$ | Layout | 4×6 | 4×6 | 4×6 | - |
| | Number of Input/Output Resonators, $N_{io}$ | (53[†]) | 14 | 14 | 14 | - |
| | Number of Buffer Resonators, $N_b$ | Layout | 8 | 8 | 8 | - |
| | Number of Tuning Resonators, $N_t$ | (55[†]) | 2 | 2 | 2 | - |
| | Acoustic Quarter-Wavelength, $\lambda/4$[⍦] | (59[†]) | 9.2503 | 9.27 | 9.27 | μm |
| | Filter $5\lambda/4$ Coupling Beam Width, $w_c$ | (60[†]) | 5.1664 | - | 5.3 | μm |
| | Array-Composite $\lambda/2$ and $\lambda$ Coupling Beam Width | Layout | 1 | 1 | 1 | μm |
| | Array Electromech. Coupling Coeff., ($C_{xA}/C_{oA}$) | (40[†]) | 0.10 | 0.076 | 0.076 | % |

\* Boldface value indicates a change from design value needed to curve fit the simulation to actual measured data.

† Equation numbers marked with the [†] sign used in this table refer to numbered equations presented in Part I of this paper.

⍦ The actual quarter wavelength coupler length used is $5\lambda/4$.

TABLE II
FILTER CIRCUIT DESIGN SUMMARY

| | Parameter | | Source | Design | Measured | Adjusted/ Simulated | Unit |
|---|---|---|---|---|---|---|---|
| **Core Equivalent Circuit Variables** | Inductance at Disk-Composite Array Perimeter, $l_{xA}$ | | (62$^\dagger$) | 58.112 | - | 58.380 | pH |
| | Capacitance at Disk-Composite Array Perimeter, $c_{xA}$ | | (62$^\dagger$) | 8.6872 | - | 8.6863 | nF |
| | Resistance at disk-composite array perimeter, $r_{xA}$ | | (62$^\dagger$) | 8.1788 | - | **9.2855** | μΩ |
| | $\lambda/4$ Coupling Beam Lumped Element, $c_c$ | | (61$^\dagger$) | 12.024 | - | **11.748** | μF |
| | RF input port static overlap capacitance, $C_{oA}$ | | (63$^\dagger$) | 647.57 | - | **664.08** | fF |
| | RF input port coupling coefficient, $\eta_{eA}$ | | (63$^\dagger$) | 275.22 | - | **237.78** | μC/m |
| **Tuning Port** | Tuning port static overlap capacitance, $C_{tA}$ | | (64$^\dagger$) | 92.510 | - | **94.869** | fF |
| | DC tuning voltage, $V_t$ | | Measured | 17 | 12.1 | **12.1** | V |
| | Tuning port coupling coefficient, $\eta_{tA}$ | | (64$^\dagger$) | 0 | - | **4.61** | μC/m |
| **Parasitic Elements** | DC bias line resistance, $R_{bias}$ | | Measured | 0 | - | **5.85** | Ω |
| | $\lambda$ coupling beam resistance, $R_\lambda$ | | Measured | 0 | - | **8** | Ω |
| | Overhead parasitic capacitances | $C_{ft}$ | Measured | 0 | - | **27.50** | fF |
| | | $C_{fc}$ | Measured | 0 | - | **26.86** | fF |
| | Substrate parasitic resistances | $R_{subt}$ | Measured | 0 | - | **378.98** | Ω |
| | | $R_{subc}$ | Measured | 0 | - | **388.76** | Ω |
| | Bond pad capacitance, $C_{sub}$ | | Measured | 0 | - | **530.5** | fF |
| | Agilent E5071C I/O Plane Eff. Tuning Inductor, $L_{tune}$ | | Measured | 0 | - | **423** | nH |

\* Boldface value indicates a change from design value needed to curve fit the simulation to actual measured data.
† Equation numbers marked with the $^\dagger$ sign used in this table refer to numbered equations presented in Part I of this paper.

by 110 beams. The clearly discernable mechanically coupled resonator arrays implement a design hierarchy reminiscent of complex VLSI transistor circuits, but here used to achieve a complex MSI mechanical filter circuit [3].

This paper begins by addressing each of the three practical considerations enumerated above and describing defensive design solutions. These include electrodeless buffer devices that alleviate postfabrication stress to prevent undue disk-to-electrode contact in Section II; thick conductive interconnect layers that greatly reduce parasitic resistance, thereby reducing insertion loss and increasing isolation, in Sections III and IV; and non input–output (I/O) devices specifically tasked to provide voltage-controlled electrical stiffness frequency tuning to compensate for finite fabrication tolerances in Section V. After summarizing the demonstrated filter design in Section VI, this paper proceeds to describe the fabrication process flow in Section VII, and then presents measurements that match well to theoretical predictions in Section VIII.

## II. DEFENSIVE DESIGN AGAINST FILM STRESS

Part I of this study emphasized the importance of small electrode-to-resonator gaps that amplify the I/O electromechanical coupling and directly contribute to large stop-

band rejection. Indeed, small gaps have greatly enhanced the electromechanical coupling coefficients of the single disks of [4] and [5].

Unfortunately, going from a single resonator to an ensemble of mechanically linked ones introduces a yield loss mechanism that intensifies as gaps become smaller. In particular, differences in substrate and structural material thermal expansion coefficients generate strains when the temperature drops from the structural material deposition temperature to room temperature that effectively move certain resonators in the network relative to their electrodes. If strains are large enough, resonators can actually push into their electrodes, shorting the two in a way that would debilitate the whole filter. Clearly, the problem becomes worse as electrode-to-resonator gap spacing shrinks.

Fig. 2 illustrates the problem for the case of a linear array of five identical 224-MHz polysilicon contour mode disk resonators, each 3 μm thick with 12.1-μm radius, all coupled via half-wavelength extensional-mode beams. The 2-μm-diameter center stem anchors suspend each disk 0.5 μm above the substrate. Here, a stationary finite-element analysis (FEA) reveals that the strain in a string of half-wavelength coupled disks under the typical (for polysilicon over silicon) 50 MPa of in-plane compressive stress translates to the end disks, leaving



Fig. 2. (a) Cross section of a linear disk array-composite under no stress. (b) Same cross section but now with stress induced by faster thermal contraction of the substrate relative to the structure as the temperature falls from deposition to room temperature, where stem anchors moving with the structure exert stress on the array-composite structure. (c) Finite-element stationary analysis result for a $1 \times 5$ polysilicon disk resonator array-composite under 50-MPa compressive stress. Each disk is substrate anchored at the center by a stem post 2 $\mu$m in diameter and connected to the adjacent disk by $\lambda/2$-long beams. The color-map legend indicates displacement in nanometers. The $x$- and $z$-directed arrows in the zoomed-ins indicate lateral and vertical displacements.



Fig. 3. Plot of FEA static analysis results for maximum static displacement under four different structural film stress scenarios for the structure of Fig. 2.

inner disks relatively strain free. For the specific case of Fig. 2, the outer edges of the end disks move 5.1 nm along the string axis, which is $2\times$ larger than the maximum 2.6 nm experienced by the inner disks. This is fortuitous, indeed, and suggests that gap-closing strains alleviate by merely employing electrodeless buffer disks at the ends of any string of coupled disks. These buffering end disks absorb most of the strain, allowing the inner disks to sport electrodes spaced very close to them with reasonable resilience against stress.

To further quantify the permissible set of array lengths as a function of residual stress, Fig. 3 plots the maximum displacement experienced by each disk in five-disk linear array of Fig. 2 under four different residual stress conditions, with some much larger than the normal ~50 MPa. The plot more clearly illustrates how the inner disks experience very similar displacements that gradually increase with stress, while

displacements at the end disks increase much more abruptly with increasing stress. An important takeaway from Fig. 3 is that a five-disk linear array (such as used in the demonstrated filter) cannot safely support 40-nm electrode-to-disk gaps if post fabrication residual stress values rise above 1.5 GPa. Fortunately, well-designed deposition recipes provide stress levels below 200 MPa for the majority of useful micromachinable materials, where 50 MPa is typical for properly annealed polysilicon.

Interestingly, according to FEA simulation, the use of just two buffer devices as in Fig. 3 is just as effective for much larger arrays, as well. For example, a nine-disk array with two buffer devices incurs less than 1-nm increase in inner disk movement over a five-disk one.

The area penalty incurred when employing stress-relieving electrodeless buffer disks at the boundaries of each of the four arrays is clear from Fig. 1, where the penalty amounts to a 50% increase in disk footprint over the electroded $4 \times 4$ array. The penalty for doing this manifests in not only area, but also electromechanical coupling, which reduces from the 0.128% it would have been without the buffer disks, to 0.074% with the buffer disks, as predicted by (40) from Part I for the filter design presented in Table I. As will be seen in Section VIII, these encumbrances are well worth the yield enhancement afforded via these buffer disks.



Fig. 4.   Simulated frequency response spectra for a 225-MHz two-pole, i.e., two-resonator, 0.5-dB ripple, Chebyshev filter with 0.1% bandwidth, for small and large values of pad capacitance.

Fig. 5.   Schematic description of dominant electrical feedthrough paths in a simple two-resonator filter.

## III. Impact of Parasitics

As with any microscale on-chip device, parasitic resistance and capacitance can impact the performance of a micromechanical filter, and their influence increases as frequency increases. Of the two, resistance is perhaps the most controllable, which is fortunate, since resistance can often serve as an effective knob with which to control capacitive parasitics.

The capacitive parasitics that most impact filter performance are shunt capacitance at the input and output terminals; and feedthrough capacitors that offer an alternative signal path for input signals thereby competing with the filter path.

### A. Shunt Parasitic Capacitance

Part I described the importance of electromechanical coupling $(C_x/C_o)$ to avoid passband distortion, where $(C_x/C_o)$ should be greater than the intended percent bandwidth by a factor governed by the filter order, which in turn depends upon the number of resonators used. Note that (39) from Part I for $(C_x/C_o)$ accounts for only the intrinsic electrode-to-resonator overlap $C_o$ and not any parasitic capacitance. If additional capacitance $C_p$ from parasitic sources adds to the intrinsic value, the value of $(C_x/C_o)$ changes by the factor

$$\left(\frac{C_x}{C_o}\right)_{\text{eff}} = \frac{1}{1 + C_p/C_o}\left(\frac{C_x}{C_o}\right) \qquad (1)$$

which could entail a significant reduction if $C_o$ is small compared with $C_p$. For example, the 12.1-$\mu$m-radius disks used in the prototype of this work have shunt $C_o$'s of 47.4 fF. If a single resonator were used as an input device, biased as in Table I, then an 80 $\mu$m × 80 $\mu$m bond pad that alone adds 97.7 fF of shunt capacitance through the 500-nm nitride and 2-$\mu$m oxide layers would reduce $(C_x/C_o)$ by 3×, from 0.1% to 0.034%. Fig. 4 illustrates via simulation the 4.8 dB of additional passband distortion imposed by this bond pad capacitance. This much distortion is generally not acceptable.

One method to obviate shunt capacitance, whether parasitic or intrinsic, is to resonate it out via an inductor. The obvious issue here is the need for an inductor, which whether on or off chip, incurs undesirable cost increase. Still, this solution makes good sense if that one inductor can resonate the shunt capacitance of many filters all at once, such as would be possible for an RF channel-selecting bank of filters [6]. If only one filter, however, the use of an inductor to resonate out shunt capacitance is not cost effective.

Equation (1) suggests that an alternative solution that avoids the need for an inductor is simply to increase the intrinsic $C_o$ of the resonator relative to $C_p$. Indeed, once $C_o$ dominates over $C_p$, the parasitic has much less influence. Perhaps the most effective way to do this is to decrease the electrode-to-resonator gap spacing, since this raises $C_x$ faster than $C_o$, raising the overall $(C_x/C_o)$ while increasing immunity against $C_p$.

If reducing gap spacing is not an option, however, then the next best solution is as shown in Fig. 1, where the use of disk array composites increase the intrinsic $C_o$ and the $C_x$ at the same rate, keeping $(C_x/C_o)$ constant, while attenuating the effect of $C_p$ via (1). In the specific prototype demonstrated here, ignoring for now the effect of buffer disks, the use of 16 I/O disks in each quadrant array generates 800 fF of intrinsic $C_o$, which now limits the reduction in $(C_x/C_o)$ to only 1.1×, yielding a $(C_x/C_o)_{\text{eff}}$ of 0.089%.

Finally, another reasonable strategy to reduce $C_p$ is to float the substrate, which would work best if the substrate were nonconductive. The prototype filter demonstrated here actually takes this approach, i.e., does not ground the substrate. However, its substrate is not undoped, but rather lightly doped with a resistivity of 8–12 Ω·cm. Although this does reduce shunt capacitance, it also introduces additional feedthrough, which can both distort the passband and reduce the stopband rejection. Use of a high resistance substrate would likely have fared better. Obviously, this approach all but precludes integration over bulk CMOS. If integration over CMOS were available and desired, though, other approaches to suppressing shunt capacitance arise in tandem, such as ground plane bootstrapping.

## B. Feedthrough Parasitics

Fig. 5 depicts the parasitic resistors and capacitors that most impact the performance of a simple two-resonator filter. These include the following:

1) the physical resistors $R_{bias}$ from the actual dc-bias voltage supply to the disk-to-electrode interfaces;
2) the resistance $R_{\lambda/4}$ between the disks, mainly through the coupling beam;
3) the electrode-to-resonator overlap capacitors, $C_o$; and
4) the feedthrough path from input electrode to output electrode, which comprises the series combination of substrate capacitors $C_{sub}$'s, plus series resistance, as well as direct overhead capacitance $C_f$ between the electrodes.

Of particular concern are parasitic elements that permit electrical feedthrough of signals from input to output that effectively bypass the filter transfer function. Here, electrical feedthrough can generate significant passband distortion and reduce out-of-band rejection, thereby compromising the filter's ability to eliminate out-of-channel blockers.

Of the paths available for feedthrough in Fig. 5, three stand out as most troublesome.

1) *Through-Structure Feedthrough (Path 1)* starting at the input electrode, going through the input electrode-to-disk capacitor, through the structure resistance (dominated by the coupling beam's $R_{\lambda/4}$), and finally through the disk-to-output electrode overlap capacitor to the output electrode.
2) *Through-Substrate External Feedthrough (Path 2)* going through the input electrode-to-substrate capacitor, through the substrate resistance, and finally out the substrate-to-output electrode capacitor to the output electrode. Note that in a practical research design that allows interrogation via probe, or in a situation where MEMS and other function dies connect via wire-bonds, bond pads can greatly increase the electrode-to-substrate capacitance.
3) *Overhead External Feedthrough (Path 3)* going from input to output through direct parasitic feedthrough capacitance, perhaps going over the structure itself. This component can be particularly important in situations where probe station probe tips or bond wires access the filter.

Insight on methods to suppress these feedthrough paths follows most readily from inspection and simulation of the equivalent circuit modeling the filter and its parasitic elements.

## IV. Filter Electrical Equivalent Circuit With Parasitic Elements

Of course, the entire filter is more complex than the simple two-resonator illustration of Fig. 5, as it contains arrays of disks and a fully differential structure. Unfortunately, complexity like this can hide significant insight. In the interest of gleaning maximum insight, it is instructive to tackle first the much simpler equivalent circuit of the two-resonator filter in Fig. 5.



Fig. 6. Circuits for the parasitic paths of Fig. 5 hooked around the circuit for a properly terminated two-resonator filter with input source $v_{in}$ and output $v_{out}$.

## A. Case: Single-Ended Filter

Pursuant to this, Fig. 6 inserts the simple parasitic path circuit of Fig. 5 into a properly terminated drive and sense circuit with input source $v_{in}$ and output $v_{out}$. From this circuit, depending on the values of internal parasitic resistors $R_{bias}$ and $R_{\lambda/4}$, the amount of source signal $v_{in}$ traversing the feedthrough path and appearing at the output becomes a strong function of the value of $R_Q$.

## B. Suppressing Series External Feedthrough (Paths 2 and 3)

Simple inspection of circuit in Fig. 6 reveals that the purely series feedthrough paths, i.e., paths 2 and 3, experience greater attenuation with smaller values of $R_Q$. In particular, the transfer function for the overhead feedthrough path (path 3) from $v_{in}$ to $v_{out}$ takes the form

$$\frac{v_{out}}{v_{in}} = \frac{j\omega R_Q C_f}{1 + j2\omega R_Q C_f}. \tag{2}$$

Here, reducing $R_Q$ from 5 k$\Omega$ to 50 $\Omega$ would decrease the feedthrough level by 39.9 dB at 223 MHz for the case where $C_f$ is 10 fF.

For the through substrate feedthrough path (path 2), the expression relating the voltage seen at $v_{out}$ to that at $v_{in}$ takes the form

$$\frac{v_{out}}{v_{in}} = \frac{j\omega R_Q C_{sub}}{2 + j\omega(2R_Q + R_{sub})C_{sub}}. \tag{3}$$

Again, a need to reduce $R_Q$ manifests, where reducing $R_Q$ from 5 k$\Omega$ to 50 $\Omega$ would decrease the feedthrough level by 33.12 dB at 223 MHz for typical $C_{sub}$ and $R_{sub}$ values of 530.5 fF and 374.98 $\Omega$, respectively.

Beyond this, consideration of the external feedthrough path 2 suggests that the magnitude of unwanted current in an asymmetric structure is best suppressed by shrinking bond pads and increasing the isolation dielectric layer thickness (see Fig. 13) to reduce capacitance from the I/O ports to the substrate; and by raising the substrate resistance, perhaps by using an undoped silicon substrate.

224                                    IEEE TRANSACTIONS ON ULTRASONICS, FERROELECTRICS, AND FREQUENCY CONTROL, VOL. 66, NO. 1, JANUARY 2019



Fig. 7.  Through structure feedthrough at 223 MHz versus the value of $R_Q$ for typical values of structural parasitic elements: $R_{bias} = 5.85\ \Omega$, $R_{\lambda/4} = 10\ \Omega$, and $C_o = 648$ fF (for a disk array).



Fig. 8.  (a) Schematic describing the current divider formed by dc-bias trace parasitic resistance and static electrode-disk overlap capacitors, where (b) very low trace resistance creates a sink for parasitic feedthrough current $i_f$ and increases filter rejection as desired. In contrast, (c) high trace resistance cannot effectively shunt electrical feedthrough, allowing it to leak to the output.

### C. Suppressing Through-Structure Feedthrough (Path 1)

In Fig. 6, signals feeding through the structure itself first proceed through the input capacitance, then through a resistive voltage divider comprised of the $R_Q$, $R_{bias}$, and $R_{\lambda/4}$ resistors. The element values of the resistors in this voltage divider largely determine how much signal shunts to ac ground (realized by dc-bias sources) and how much makes it to the output. Assuming $R_Q$ is much larger than $R_{bias}$ and $R_{\lambda/4}$, the expression relating the voltage seen at $v_{out}$ to that at $v_{in}$ is

$$\frac{v_{out}}{v_{in}} \approx \left[\frac{j\omega R_{bias} C_o}{1 + j\omega R_Q C_o}\frac{1 + \frac{R_{\lambda/4}}{R_{bias}}}{2 + \frac{R_{\lambda/4}}{R_{bias}}}\right]\left\{\frac{1}{1 + \frac{R_{\lambda/4}}{R_{bias}}}\right\}\left\{\frac{j\omega R_Q C_o}{1 + j\omega R_Q C_o}\right\}. \tag{4}$$

Equation (4) reveals that for cases where through-structure feedthrough dominates over external paths, there is a worst case value of $R_Q$ where the transfer function of (4) peaks (which of course is bad). Fig. 7 plots (4) at 223 MHz versus the value of $R_Q$ for typical values of structural parasitic elements: $R_{bias} = 5.85\ \Omega$, $R_{\lambda/4} = 10\ \Omega$, and $C_o = 648$ fF (for the demonstrated disk array). Here, the worst case value of $R_Q$ is 1101 $\Omega$, at which the feedthrough level peaks to $-62.9$ dB at 223 MHz. From the plot, when through-structure feedthrough dominates over other paths, it is best to pick either small or large values of $R_Q$. This is fortuitous given that most practical IF and RF applications prefer impedances on the smaller side, in the 50- to 500-$\Omega$ range.

Equation (4) further suggests that feedthrough plummets when interconnect resistance, e.g., $R_{bias}$, is minimized while structure resistance, e.g., $R_{\lambda/4}$, is maximized. As shown in Fig. 8(b), the $R_{bias}$ resistors associated with dc-bias interconnects effectively shunt to ground currents that would otherwise feedthrough to the output. The smaller the value of $R_{bias}$, the larger the amount of current that takes the path toward the dc-bias pads, and the less the parasitic current that reaches the output. In contrast, a high $R_{bias}$ resistance between the dc-bias

source and the disk resonator effectively repels current, directing it toward the output port instead of the dc-bias sink, as shown in Fig. 8(c), where it can mask the desired motional current of the device and limit the ultimate filter stopband rejection. This justifies the added fabrication process complexity to achieve 3-$\mu$m-thick phosphorus doped polysilicon interconnect traces in this study, which are considerably thicker than the 300 nm of [2], so much more conductive. The 3-$\mu$m-thick interconnect of this work provides a sheet resistance on the order of 0.8 $\Omega/\square$, which is considerably smaller than the 21.3 $\Omega/\square$ of previous 300-nm-thick traces. As will be seen, this greatly improves the stopband rejection of the demonstrated filter.

Low parasitic trace resistance minimizes not only parasitic feedthrough, but also parasitic $Q$ loading of constituent resonators by resistive traces, thereby reducing insertion loss. Low interconnect resistance becomes especially important as electrode-to-resonator gaps shrink to yield correspondingly small resonator motional resistances that are more easily loaded by the interconnect resistance. Disks operating in radial contour modes further derive more benefit than wine-glass counterparts from reduced parasitic trace resistances, since the resonant motional currents for the former enter or leave both input and output electrodes in phase [7]. This makes them more susceptible to resistive loading from dc-bias lines, as well as from I/O lines, both of which degrade the resonator $Q$, with detrimental impact to filter insertion loss.

As mentioned, raising the structure resistance also reduces parasitic current feeding through the structure. In fact, making the coupling beams nonconductive, as done in [8], would greatly suppress parasitic feedthrough. The benefits of doing this, however, need to outweigh its added process complexity.

### D. Case: Balanced Differential Filter

Interestingly, the parasitic feedthrough that plagues the single-ended filter example of Section IV-C attenuates dramatically when the filter takes on a balanced topology with differential I/O, as in Fig. 1. Here, balanced differential operation generates largely offsetting feedthrough currents at each output node that result in orders of magnitude reduction in feedthrough versus the single-ended case.



Fig. 9.   Electrical equivalent circuit for a second-order differential micromechanical disk filter. This circuit improves upon the version presented in Part I of this paper by introducing parasitic electrical feedthrough models as marked in the highlighted rectangular areas. Here, the three dominant feedthrough paths comprise feedthrough via coupling beams, via the substrate parasitic capacitances, and via overhead capacitance. The "t" and "c" added to certain feedthrough element subscripts stand for "through" and "cross", respectively.





Fig. 10.   Single-ended filter response alongside various feedthrough components. (a) Ideal single-ended filter response with individual parasitic feedthrough components. (b) Full filter responses as a function of the different feedthrough mechanisms.

The degree of improvement is very clear upon simulation of the equivalent circuit for the entire filter. To this end, Fig. 9 modifies the equivalent circuit of Fig. 24 from Part I to explicitly include the most problematic parasitic paths, shown boxed in Fig. 9. Here, resistors $R_{\lambda/4}$ model the resistance across each of the quarter-wavelength coupling beams connecting left and right disk array composites in the top and bottom halves of the hierarchical structure. Meanwhile, resistors $R_\lambda$ model resistive paths across the full-wavelength beams coupling top and bottom array composites. Finally, resistors $R_{\text{bias}}$ model the equivalent interconnect resistance from the stems to the bias bond pads of the combined resonators in each of the four half-wavelength-coupled array composites.

Due to their complex structure, parasitic contributions from the disk array composites are distributed in nature, so are most correctly modeled via circuit networks that mimic the interconnection of all resistors and capacitors in their structures. Doing so reveals that use of a 3-$\mu$m-thick doped polysilicon structure together with 3-$\mu$m-thick doped polysilicon interconnect, such as demonstrated here, yields total parasitic resistance contributions from each array composite that are negligible compared with the resistance of the $\lambda/4$ and $\lambda$ beams that couple them. To unclutter the visual circuit, the model of Fig. 9 ignores the distributed parasitic resistance of the disk array composites

and condenses their equivalent circuits to that used for single resonators, but with element values augmented by the number of resonators used per the theory of Part I.

The efficacy by which balanced differential operation suppresses feedthrough is perhaps best gauged by comparison with the single-ended case. To this end, Fig. 10 uses the top half of the circuit in Fig. 9 with values from the "Adjusted/Simulated" column of Tables I and II to simulate the resulting single-ended filter response alongside the various feedthrough components described in this section. Fig. 10(a) specifically compares the ideal single-ended filter response with individual parasitic feedthrough components, while Fig. 10(b) plots full filter responses as a function of the different feedthrough mechanisms. The plot in Fig. 10(b) for the case where all feedthrough paths are present posts a rather meager stopband rejection of only −7.5 dB.

For comparison, Fig. 11 presents similar simulations, but for the entire balanced differential filter circuit of Fig. 9, applying a differential input and taking a differential output. The difference is night and day, where cancelation of parasitic feedthrough now permits a stopband rejection of −52.2 dB, which is 44.7 dB better than the single-ended case.

Clearly, the degree to which the Fig. 9 filter structure is truly symmetric dictates the achievable stopband rejection. Ultimately, despite layout symmetry, practical fabrication mismatch limits the degree of symmetry attainable. With stopband rejection as the gauge, Section VIII will show that the fabrication process herein, together with voltage-controlled frequency tuning, allows for excellent symmetry.





Fig. 11.   Differential filter response alongside various feedthrough components. (a) Ideal differential filter response with individual parasitic feedthrough components. (b) Full filter responses as a function of different feedthrough mechanisms, showing superior performance relative to the single-ended case of Fig. 10(b).



Fig. 12.   Simulated frequency response spectra for a 225-MHz three-pole, i.e., three-resonator, 0.5-dB ripple, Chebyshev filter with 0.1% bandwidth, for different amounts of resonator-to-resonator mismatching. For each mismatch case, adjacent resonators experience the indicated frequency deviation in opposite directions to simulate the worst-case mismatch scenario.

It is worth noting that use of a balanced differential filter at an RF front-end might incur some changes from conventional hookups. For example, a balun might now be necessary to go from a single-ended antenna to the input of this balanced differential filter. In addition, an LNA following the filter would need to have a differential input. As a whole, however, balanced differential operation beyond the filter will benefit an RF front-end from both noise and linearity perspectives.

## V. ELECTRICAL STIFFNESS TUNING OF FREQUENCY MISMATCHES

Small percent bandwidth filters present challenges in not only insertion loss, but also yield and repeatability. Indeed, the smaller the percent bandwidth, the smaller is the allowable mismatch between resonators. For example, as illustrated by the simulations of Fig. 12, 0.1% bandwidth requires resonator-to-resonator frequency matching better than 50 ppm to limit mismatch-derived passband ripple to less than 0.5 dB over the designed 0.5 dB. So far, single disk resonators (such as used in the arrays of this work) post frequency standard deviations on the order of $\sigma_{f,\text{Single}} = 316$ ppm [9], which is clearly short of the requirement. For this reason, only a small number of the mechanical filters fabricated in [2] actually exhibited acceptable passband distortion. Yields of course must be much higher for high volume production.

Reference [9] showed that mechanically coupled array composites of resonators attain better matching than any one of their constituents by a factor equal to $\sqrt{N_{\text{tot}}}$, where $N_{\text{tot}}$ is the total number of resonators in the array. Thus, the 48 resonators (including non-I/O ones) used in each differential array composite pair of Fig. 1 should improve the 316 ppm standard deviation by 6.9× to 45.7 ppm. This means that about 73% of fabricated filters using the design of Fig. 1 should exhibit acceptable passband distortion (defined here as <0.5 dB), with no need for tuning. However, for the more desirable 95% yield, the standard deviation would need to be about 25 ppm.

Ultimately, achieving 95% of 0.1% channel-select filters with less than 0.5-dB passband distortion requires tuning. The filter of Fig. 1 achieves this by dedicating some of the resonators in each of its mechanically coupled arrays exclusively for frequency tuning via voltage-controlled electrical stiffness [10]. In this approach, application of a voltage across an electrode-to-resonator gap generates an electric field that varies as gap spacing changes, i.e., as the resonator displaces, in turn, causing the electric force between electrode and resonator to vary in-phase with the change in gap spacing. Any force proportional to and in phase with displacement is, of course, a stiffness, in this case taking the form

$$k_{ej} = \frac{\eta_{ej}^2}{C_{oj}} = \frac{V_{Pj}^2 \left(\frac{\partial C}{\partial x}\right)_j^2}{C_{oj}} = \frac{\varepsilon_o A_{oj} V_{Pj}^2}{d_{oj}^3} \quad (5)$$

where $k_{ej}$ is the electrical stiffness generated at port $j$, and $\eta_{ej}$, $C_{oj}$, $A_{oj}$, $V_{Pj} = V_P - V_j$, and $d_{oj}$ are the electromechanical coupling factor, overlap capacitance, overlap area, voltage drop, and spacing, respectively, across the electrode-to-resonator gap of that port.

Although in the demonstrated design of Fig. 1, only four resonators out of the 48 in each differential array composite possess tuning electrodes, any resonator with a voltage across its electrode-to-resonator gap contributes to the total effective

electrical stiffness. This includes the 28 I/O resonators in each differential array composite. Taking this into consideration, the total frequency-pulling strength of the electrical stiffness imposed on the $i$th differential array composite of Fig. 1 using identical disks and electrodes takes the form

$$\omega_{oi} = \sqrt{\frac{2N_{\text{tot}}k_m - k_{e1} - k_{e2} - \cdots - k_{ej}}{2N_{\text{tot}}m_m}}$$

$$= \omega_{\text{oim}}\sqrt{1 - \frac{\sum_{j=0}^{2N_e}k_{ej}}{2N_{\text{tot}}k_m}} \qquad (6)$$

where $\omega_{oi}$ is the radian resonance frequency of the $i$th differential array composite including electrical effects; $N_{\text{tot}}$ is the total number of disk resonators in a quadrant of the differential array-composite, which then has $2N_{\text{tot}}$ disks; $N_e$ is the total number of electrode-equipped resonators in a quadrant; $k_m$ and $m_m$ are the purely mechanical stiffness and mass, respectively, of each single disk in the array, and $\omega_{\text{oim}}$ is the purely mechanical radian resonance frequency, i.e., with no voltages applied, given by

$$\omega_{\text{oim}} = \sqrt{\frac{2N_{\text{tot}}k_m}{2N_{\text{tot}}m_m}} = \sqrt{\frac{k_m}{m_m}}. \qquad (7)$$

Again, only a subset of the electrodes serve as frequency tuners; the rest connect to the input–output ports. Assuming an applied voltage scheme as in Fig. 1, where the movable structure holds a voltage $V_P$, all I/O electrodes are at dc ground, and all tuning electrodes at $V_T$, and further assuming that all disks and electrodes are identical (so dropping the $j$ subscripts), whether they be I/O or tuning, (6) becomes

$$\omega_{oi} = \omega_{\text{oim}}\sqrt{1 - \frac{N_{io}V_P^2\left(\frac{\partial C}{\partial x}\right)^2}{N_{\text{tot}}k_m C_o} - \frac{N_t(V_P - V_T)^2\left(\frac{\partial C}{\partial x}\right)^2}{N_{\text{tot}}k_m C_o}}$$

$$= \omega_{\text{oim}}\sqrt{1 - \frac{N_e}{N_{\text{tot}}}\frac{\varepsilon_o A_o}{d_o^3 k_m}V_P^2 - \frac{N_t}{N_{\text{tot}}}\frac{\varepsilon_o A_o}{d_o^3 k_m}V_T(V_T - 2V_P)}$$
$$(8)$$

where $N_{io}$ is the number of I/O electrodes in a quadrant and $N_t$ is the number of tuning electrodes in a quadrant. To better isolate the influence of the tuning voltage $V_T$, it is often useful to define a nominal resonance frequency equal to the frequency of a differential array without the influence of tuning electrodes. For the case of Fig. 1, where without $V_T$'s all electrode-to-resonator gaps sustain $V_P$, the nominal resonance frequency of array composite $i$ is

$$\omega_{\text{oinom}} \approx \omega_{\text{oim}}\left(1 - \frac{N_e}{N_{\text{tot}}}\frac{\varepsilon_o A_o}{2d_o^3 k_m}V_P^2\right) \qquad (9)$$

which holds when the electrical stiffness due to $V_P$ is much smaller than the pure mechanical stiffness of the array $N_{\text{tot}}k_m$. The tuned resonance frequency then takes the form

$$\omega_{oi} \approx \omega_{\text{oinom}}\left\{1 - \frac{N_t}{N_{\text{tot}}}\frac{\varepsilon_o A_o}{2d_o^3 k_m}V_T(V_T - 2V_P)\right\} \qquad (10)$$

which again holds when the amount of frequency tuning is very small, e.g., less than 1%, which will be the case, here. From (10), provided $V_T > 0$, a positive $V_T - 2V_P$ reduces

the array-composite frequency from $\omega_{\text{oinom}}$, while a negative one raises its frequency. In other words, the bias and tuning scheme of Fig. 1 provides both upward and downward tuning.

In addition to standard deviation advantages already mentioned, the use of disk array composites provides a flexibility in electrode usage not available with single resonators. In particular, the ability to dedicate some disks for tuning and others for I/O effectively allows frequency tuning without simultaneously affecting I/O transducer efficiency, i.e., without affecting device impedance. This decoupling of tuning and I/O impedance is an important advantage that allows translation of a bandpass filter's center frequency while maintaining a constant bandwidth—something not easily achievable by the majority of tunable $LC$ and piezoelectric resonator filters that employ varactors for tuning [11], [12].

The main drawback to separation of tuning and I/O resonators is the compromise in transducer strength. Specifically, the impact of converting an I/O resonator to a tuning one is not just the loss of an I/O electrode, but also the addition of the stiffness of a non-I/O resonator to the total array-composite stiffness, which then further degrades the electromechanical coupling ($C_x/C_o$). When also factoring in the need for stress buffering devices, the $(C_x/C_o)_{\text{prac}}$ of a practical array-composite equipped with buffer and tuning electrodes reduces from that of an ideal array (where all resonators participate in I/O) by the factor

$$\frac{(C_x/C_o)_{\text{prac}}}{(C_x/C_o)_{\text{ideal}}} = \frac{N_{io}}{N_{io} + N_b + N_t} \qquad (11)$$

where $N_b$ is the number of buffer resonators used. Clearly, to retain maximum electromechanical coupling, one should limit the number of tuning electrodes to as few as needed to overcome the absolute and mismatch frequency tolerances of the prescribed manufacturing process.

To this end, the normalized frequency excursion $\Delta f$ provided by reasonably sized tuning voltages is important. The expression for this follows readily from algebraic manipulation of (9) and takes the form

$$\Delta f = \frac{\omega_{\text{oinom}} - \omega_{oi}}{\omega_{\text{oinom}}} \approx \frac{N_t}{N_{\text{tot}}}\frac{\varepsilon_o A_o}{2d_o^3 k_m}V_T(V_T - 2V_P). \qquad (12)$$

To ensure sufficient tuning range to correct for worst case fabrication mismatch scenarios, a filter designer should choose variables in Table I to satisfy

$$\Delta f \geq \frac{\sigma_{\text{single}}}{\sqrt{2N_{\text{tot}}}} \qquad (13)$$

where $\sigma_{\text{single}}$ is the frequency standard deviation for single constituent resonators in the given manufacturing process, and where the $\sqrt{2N_{\text{tot}}}$ term accounts for the reduction in resonance frequency standard deviation when arraying [9].

As illustrated in Fig. 1, each quadrant in each differential array-composite in the filter demonstrated herein dedicates $N_t = 2$ of its $N_{\text{tot}} = 24$ resonators for frequency tuning and $N_b = 8$ for stress buffering. Using (12), this resonator utilization scheme with values from Table I yields a frequency pull of 30.2 ppm for a 4 V change in $V_T$, This is sufficient to reduce the 45.7-ppm frequency standard deviation expected for



Fig. 13.   Cross sections describing disk filter fabrication process flow after (a) patterning interconnect and depositing bottom sacrificial oxide, (b) depositing structural polysilicon over the stem opening followed by structural layer etch using an oxide hard mask and sidewall sacrificial oxide deposition, (c) opening electrode anchors then filling with doped polysilicon and patterning to form electrodes, and (d) fully released resonator.

a 48-resonator array-composite down to the 25 ppm needed to constrain mismatch-induced ripple to less than 0.5 dB over a designed 0.5 dB for 95% of fabricated 0.1% bandwidth filters.

## VI. DESIGN PARAMETERS FOR THE FABRICATED 224 MHz, 0.1% BANDWIDTH CHANNEL-SELECT FILTER

The "Design" columns of Tables I and II present the result of applying the step-by-step filter design procedure and equations derived in Part I of this paper toward realization of a 224-MHz differential coupled disk resonator filter using the topology of Fig. 1 with a bandwidth $B$ = 224 kHz (i.e., 0.1%) and sub-1-k$\Omega$ termination resistors. The resulting mechanical circuit employs 96 resonators among 206 resonant elements. The design assumes fabrication via the polysilicon surface-micromachining process described in Section VII with a minimum resolvable critical dimension of $w_{c,min}$ = 1 $\mu$m. It also assumes material properties from past experience, specifically $E$ = 158 GPa, $\rho$ = 2300 kg/m$^3$, and $\sigma$ = 0.226, for the Young's modulus, density, and Poisson ratio, respectively.

The end result of the design procedure comprises not only all relevant geometric dimensions, but also the resulting element values for the electrical equivalent model of Fig. 9 summarized in Table II. In each table, the variables under the column labeled "Design" indicate the initial design goals assumed during device layout, while values under the column labeled "Measured" provide the actual measured data obtained either directly from measured plots or curve-fit to data sets from the fabricated filter structure. The "Adjusted/Simulated" column provides values used in simulation and shows in boldface parameters introduced or adjusted to match simulated

curves using the circuit in Fig. 9 to the measured ones (more on this in Section VIII).

## VII. DISK FILTER FABRICATION PROCESS

Pursuant to verifying the overall design strategy detailed in Part I of this study, the polysilicon vibrating disk filters of this work were fabricated using a five mask process similar to that of [13] with the cross sections of major process steps presented in Fig. 13. Given the degrading impact of stress and electrical parasitics outlined in Sections II–IV, the fabrication process employs modifications to the conventional polysilicon surface-micromachining process of [13] to mitigate these effects. In particular, it does the following.

1) Increases the thickness of the doped polysilicon interconnect to reduce interconnect resistance from 21.3 $\Omega/\square$ at the conventional 300-nm-thick to 0.8 $\Omega/\square$ at the new 3-$\mu$m-thick.
2) Employs a generous amount of chemical mechanical polishing (CMP) to eliminate topography during alignment and lithography steps to reduce variance.

The process flow now follows.

### A. Fabrication Process Flow Description

The process starts on 6″ blank Si wafers with successive LPCVD depositions of 2-$\mu$m LTO and 500-nm low-stress silicon nitride at 450 °C and 835 °C, respectively, to serve as electrical isolation layers; followed by 3 $\mu$m of LPCVD polysilicon deposited at 590 °C for 8 h, then doped via POCl$_3$ at 1000 °C. Lithography via a first mask and subsequent deep-reactive ion etching using an SF$_6$ chemistry then delineates the interconnect layer, which again due to its much greater thickness than previous processes, offers 0.8 $\Omega/\square$ sheet resistance. A 3.5-$\mu$m-thick HTO layer is then blanket deposited via LPCVD at 920 °C to not only cover the polysilicon, but also to uniformly fill spaces between polysilicon interconnect traces. The CMP step that follows grinds away oxide until it selectively stops on the polysilicon traces, leaving a flat surface composed of oxide and polysilicon interconnect regions. This CMP step eliminates the high topography created by the 3-$\mu$m-thick interconnect routing, and in doing so, facilitates subsequent lithography and etch steps, as well as prevents ripples in the structural resonator film to follow. Next, a blanket 500-nm-thick LTO film deposited via LPCVD at 450 °C serves as a bottom sacrificial oxide layer (underlying eventual disks) with a uniform thickness over the flattened wafer surface, as depicted in Fig. 13(a). Circular stem openings with 2 $\mu$m diameter are then lithographically defined and etched into the oxide film with the polysilicon interconnect serving as the etch stop.

LPCVD deposition of 3-$\mu$m-thick structural polysilicon at 590 °C (followed by POCl$_3$ doping at 1000 °C) then covers the wafer and refills the stem openings etched in the previous step to form the anchor posts of the disk resonators. These mechanical anchors support the disk resonators at their very centers, which correspond to the contour mode vibration nodal points, while also connecting the electrically conductive disk structures to the underlying interconnect layer. A following

LPCVD deposition at 450 °C of 1.2-$\mu$m-thick oxide then establishes a hard mask layer to be used when etching the thick structural polysilicon. Following a lithography step to delineate the disk structures and coupling beams that form the mechanical filter, RIE using an Ar:CHF$_3$:CF$_4$ chemistry transfers the filter structure pattern into the oxide hard mask. Any photoresist remaining above the oxide is then removed to avoid polymer formation and photoresist redeposition on the etch sidewall during the following structural polysilicon etch step.

The next step—etching the structural material—is vital to many aspects of device performance, from its resonance frequency to its $Q$ to its repeatability. Indeed, etch undercut and smoothness both impact the resonance frequency and its repeatability. The smoothness and straightness of etched structural sidewalls further determine whether or not the desired mode shape ensues, which if not, degrades the achievable $Q$, especially if the resulting mode shape exhibits vertical motion that pumps energy through the anchor to the substrate. To ensure adequate smoothness and a sidewall angle as close to 90° as possible, exhaustive etch recipe characterization yielded an optimal Lam TCP 9400SE polysilicon RIE etch recipe using gas flow rates of 140 sccm of HBr, 14 sccm of Cl$_2$, and 5 sccm of O$_2$ at 12-mTorr pressure with 250- and 75-W RF and wafer bias powers, respectively. This recipe etches polysilicon at a rate of 220 nm/min with a polysilicon to oxide etch selectivity of 16:1 and reduces the sidewall roughness compared with higher Cl$_2$ flow rate recipes. The high selectivity between the oxide hard mask and the structural polysilicon film further enables the desired vertical sidewalls and transfers the layout lateral dimensions to the structural polysilicon film with reduced uncertainty. The efficacy of this recipe derives in part from the tendency of an HBr/Cl$_2$-based etch chemistry to form sidewall polymer residues containing halogens and silicon oxide [14] that protect sidewalls during etching. This barrier, however, should not be present during subsequent high temperature deposition steps. Removal of sidewall polymer residue entails immersion of wafers into a 50:1 hydrofluoric acid bath for 30 s, followed by rinsing in DI water, and finally immersion for 10 min in DuPont EKC-270 postetch residue remover heated to 70 °C.

After structural polysilicon patterning comes arguably the most critical step of the fabrication process: Deposition of the sidewall sacrificial oxide layer that defines the 39-nm capacitive actuation gap between the disk and the surrounding electrodes. Here, LPCVD deposition of high temperature oxide (HTO) using 40 sccm of DCS and 100 sccm of N$_2$O flow with 600-mTorr process pressure at 920 °C coats a uniform, conformal, and pinhole-free layer of HTO over the vertical disk sidewalls, as illustrated in Fig. 13(b). Electrode anchor openings are then lithographically patterned and etched into the bottom oxide sacrificial layer, followed by a blanket LPCVD deposition of 3-$\mu$m-thick polysilicon and subsequent POCl$_3$ doping at 1000 °C. The final lithography and dry etch steps then define the electrodes, as shown in Fig. 13(c).

Completed wafers are diced and the resulting dies released (when needed) in 49 wt.% liquid HF that frees the filter



Fig. 14.   SEM image of a fabricated and released second-order differential filter described schematically in Fig. 1. Zoomed-in view of one of the constituent disk resonator building blocks (left inset). Tiny (39 nm) capacitive actuation gap between the disk resonator and its electrode (right inset).

structure with the final resonator cross section presented in Fig. 13(d). Fig. 14 presents the SEM image of a fabricated and released second-order differential filter that physically realizes the mechanical circuit schematically illustrated in Fig. 1. The insets in Fig. 14 focus in on a constituent disk resonator and coupling beams linking it to other devices in the filter network; and on the tiny capacitive actuation gap formed between the disk resonator and the electrode.

## VIII. MEASUREMENT RESULTS

Immediately after fabrication, filters without buffer disks were shorted to their electrodes, and thus, nonfunctional. The fact that only filters with buffer disks worked, whether single-ended or differential, confirms the importance and efficacy of the buffer-based stress-relief strategy of Section II.

Fabricated differential filters were tested via a four-port direct measurement setup mimicking the circuit of Fig. 1 using an Agilent E5071C network analyzer with the measurement plane moved to the I/O bond pads using standard SOLT calibration, i.e., the instrument compensates out parasitic elements up to the pads. (Since I/O shunt capacitance dominates among parasitics, this essentially amounts to applying an E5071C-simulated tuning inductance.) All measurements used 0 dBm, i.e., 0.225 V$_{rms}$ signal amplitude, source power settings on all four ports of the network analyzer. During testing, the released MEMS die resides on a board emplaced into a custom-made vacuum bell jar that provides a 30-$\mu$Torr vacuum environment as well as ports to allow wired connection to outside measurement instrumentation. Inside the bell jar, wire



Fig. 15.    Vacuum measurement setup using 50-Ω RF feedthroughs with matching electrical lengths that connect the network analyzer directly to the wire-bonded micromechanical filter for balanced differential measurement.



Fig. 16.    (a) Comparison of two-port measured frequency spectra for a single disk resonator and a 30-resonator array-composite, with SEM images in (b) and (c).

bonds connect the MEMS die to balanced 50-Ω pc-board traces that lead to 50-Ω coaxial cable fixtures. These fixtures then permit direct coaxial cable connection to the network analyzer's 50-Ω inputs, as shown in Fig. 15.

Again, the mechanical filter requires a 590-Ω termination, so the 50-Ω measurement system impedance must be transformed to 590 Ω for correct filter operation. Here, the network analyzer's fixture simulator functionality comes in handy, where the network analyzer simulates 590-Ω ports from signals measured at its 50-Ω ports without the need for any external processing.

In addition to source power applied differentially to the I/O ports with instrument-simulated 590-Ω source impedances, Fig. 1 indicates other electrical inputs to the device under test. These include a dc-bias voltage of $V_P = 14$ V applied to the conductive filter structure through the underlying dc-ground plane; as well as dc voltages applied to the indicated frequency

tuning pads that connect to non-I/O electrodes purposed for voltage-controlled electrical stiffness tuning, such as described in Section V.

### A. Verification of λ/2 Coupled Array-Composite Operation

To demonstrate the benefits accrued by elevating the design hierarchy from single disk resonators to $\lambda/2$ coupled array composites, Fig. 16(a) compares the measured two-port frequency spectrum obtained from a single disk resonator shown in (b) with that of a 30-resonator array-composite device shown in (c). Here, both the single disk resonator and those used in the $5 \times 6$ array have radii of 12.1 $\mu$m, which sets their center frequencies at 223.4 MHz. As shown, the array composite retains the high $Q > 8000$ of the single disk resonator while reducing its motional resistance by 9× from 10644 to 1180 Ω for the same bias voltage of $V_P = 14$ V. Note that these are two-port measurements where the dc-bias goes to the suspended structure while one electrode receives the input signal and the other the output signal [15]. The array in this case has the capacitive transduction area of nine devices, which is smaller than the 14 for each array-composite quadrant of the filter in Fig. 14, so its motional resistance is significantly higher.

Nevertheless, the measured improvement in $R_x$ agrees well with the theoretical expectation derived in Part I of this paper that the improvement factor should be proportional to $N_{\text{tot}}/N_{io}^2$. Here, $N_{\text{tot}} = 30$ is the total number disks used in the array composite, including stress-buffer devices in the array perimeter; and $N_{io} = 18$ is the number of resonators with surrounding I/O electrodes. These numbers predict a 10.8× $R_x$ reduction. The slight difference between the measured 9× $R_x$ improvement and the theoretical expectation likely derives from phase mismatches between arrayed resonators that prevent the total summed motional current from attaining the ideal value that would otherwise be delivered to the output node if all resonators vibrated in perfect phase [16]. In addition, although the half- and full-wavelength coupling used ideally should be strong, finite fabrication tolerances can weaken their coupling strengths, so $R_x$ reduction due to vibration localization [17] could still be in play.

Phase deviations or vibration localization notwithstanding, the presented disk array-composite mechanical circuit serves as a good example of enhanced functionality via a building block approach, where the array composite displays strong agreement between the measurement results and the predicted reduction in $R_x$ while maintaining the high $Q$ and single vibration frequency of a single disk device.

### B. Terminated and Electrically Tuned Filter Spectrum

Fig. 17(a) presents the measured filter spectrum as driven and sensed directly by the 50-Ω ports of the network analyzer without using its impedance simulation capability. Without the designed 590-Ω termination, the measured spectrum is not one expected for a properly designed filter, but rather one with the jagged passband and small stopband rejection shown. As with any filter, whether its resonators are $LCR$s, waveguides, or mechanical resonators, the response does not



Fig. 17.   Comparison of (a) unterminated (i.e., with 50-Ω termination) and (b) 590-Ω terminated measured filter spectra (solid lines) together with electrical equivalent circuit simulation results for both cases shown as dashed lines.



Fig. 18.   Measured return loss, i.e., $S_{11}$, data from the positive-input electrode of the differential filter under identical measurement conditions to those of Fig. 17 with 50-Ω termination.

take on the designed response unless terminated by the designed impedances.

Fig. 17(b) presents the measured, tuned, and terminated filter spectrum with an inset zoomed-in on the passband showing it centered at 223.4 MHz with 229 kHz, i.e., 0.1%, bandwidth and only 2.7-dB insertion loss. Here, 590-Ω network analyzer-simulated impedances terminate the filter as schematically described in Fig. 1, with a dc-bias voltage of 14 V applied to the resonator body and 12.1 V to tuning electrodes to correct the filter passband. Small gaps combined with the symmetric and differential design lead to 50-dB out-of-channel rejection and a 20-dB shape factor of 2.7. This amount of rejection is 23 dB better than a previous capacitive gap transduced differential filter [2] that did not benefit from 39-nm electrode-to-resonator gaps and low parasitic resistance traces. The 39-nm capacitive transducer gaps of this work generate a single-resonator coupling strength of $C_x/C_o = 0.13\%$, which is 6.4× improvement over previous efforts [2]. However, the array-composite value (with buffer and tuning disks included) shrinks to 0.07%, which is just on the edge of the requirement for an undistorted equiripple passband.

The results presented in succeeding figures, i.e., Fig. 17–Fig. 24, are measured with 0-dBm output power setting applied to all four ports of the network analyzer that corresponds to 0.225 $V_{rms}$ signal amplitude applied to the I/O electrodes of the filter. Since the device under test is not impedance matched to the 50-Ω terminals of the network analyzer, a portion of the applied 0-dBm power reflects back to the source as indicated by the return loss, i.e., $S_{11}$, data presented in Fig. 18 obtained from the positive-input port of the filter with $Z_o = 50$-Ω termination. Here, the in-band return loss of 0.9 dB indicates that 81% of the 0 dBm, i.e., 1 mW, applied from the network analyzer port reflects back, and the actual power going through the filter network is 190 $\mu$W, i.e., −7.2 dBm, which is considerably above the

GSM maximum in-band power specification of −26 dBm. As the zoomed-in inset in Fig. 17 indicates, the filter does not suffer any distortion at −7.2 dBm drive power due to Duffing nonlinearity. Here, array-composite design is key to raising power handling ability so that the passband distortion under strong inputs that plagued a previous capacitive-gap transduced filter implementation [18] does not occur. Since filter linearity and power handling ability continues to improve with increasing array size [19], [20], this hierarchical design provides enough design flexibility to accommodate wide dynamic range needs.

The dashed curve in Fig. 17(b) is the theoretical SPICE-simulated prediction via the circuit of Fig. 9 using the element values of Table II. To maximize simulation accuracy, the simulations do the following.

1) Use the negative-capacitance model [7] for each electrical port to accurately capture electrical stiffness effects, which in turn provide precise filter pole locations for arbitrary port termination impedances.
2) Capture the dominant feedthrough paths accurately, as elaborated in Section IV.

The match between measurement and simulation is remarkable and confirms the accuracy of the filter theory and design procedure herein.

### C. Measured Group Delay

Fig. 19(a) presents the measured phase response of the terminated filter, along with its group delay [21] in (b) obtained by taking the derivative of (a). To avoid undue distortion or intersymbol interference in digital communication systems, an ideal filter would have constant group delay, or linear phase. Any real filter, of course, has nonconstant group delay.

To sufficiently suppress the increase in bit-error rate instigated by group delay-induced distortion, the group delay variation across the usable filter passband should be less than the period of the fastest processed signal. As a rule of thumb,



Fig. 19. (a) Phase response and (b) corresponding group delay of the differential filter, where the solid curves indicate measured data obtained under measurement conditions identical to Fig. 17, and dashed lines indicate simulated responses obtained from the electrical equivalent circuit of Fig. 9 using the circuit element values listed in Table II.



Fig. 20. Terminated filter spectrum indicating usable bandwidth and guard bands, where the "Usable Bandwidth" region maintains group delay variations below 1 $\mu$s.



Fig. 21. Measured terminated spectrum over 100-MHz span showing no strong spurious modes.



Fig. 22. Mode shapes with (a) full symmetry and (b) 1% mismatch between the disk radii at the top and bottom half.

the group delay should be much less than the reciprocal of the filter bandwidth. How much less depends upon the application, but one reasonable rule of thumb is that it be 1/5 the reciprocal bandwidth. With a bandwidth of 229 kHz, this means that the variation in group delay for the demonstrated filter should be on the order of 1 $\mu$s.

Fig. 19(b) shows that the demonstrated filter satisfies this 1-$\mu$s criterion over a usable bandwidth of 128 kHz, which Fig. 20 plots on a zoomed-in scale. The measured phase and group delay response presented as the solid curves in Fig. 19 are in good agreement with the theoretical expectation plotted as dashed lines obtained by the simulation of the equivalent circuit in Fig. 9 using the circuit element values listed in Table II.

### D. Spurious Modes

Among the most troubling considerations in practical filter design are spurious modes, i.e., peaks of response at frequen-

cies in the stopband. Suppression of spurious modes often requires creative solutions that are not easily designable and that often result in unique geometries, e.g., the polygons of FBAR filter design [22]. Interestingly, the micromechanical filter design herein suffers much less from these issues, as shown in Fig. 21, which presents the terminated spectrum for the filter in Fig. 14 over a 100-MHz wide span, showing no strong spurious modes.

The spurious mode advantage evident here arises from two important features of the present filter design: 1) fully balanced differential design, with geometric and electrical symmetry and 2) the availability of frequency tuning via voltage-controllable electrical stiffness. Both of these features used in tandem are instrumental to result of Fig. 21.

In a similar way that a symmetric and differentially balanced mechanical and electrical design suppresses electrical feedthrough, it also suppresses the spurious vibration mode shapes that might otherwise arise in a complex mechanical



Fig. 23.  (a) SEM image and (b) measured 590-Ω terminated frequency response of a single-ended version of a disk-array filter, emphasizing the importance of differential design to suppress feedthrough and spurious modes.



Fig. 24.  Measured comparison of terminated filter passband spectra for varying tuning cases.

network fabricated with finite production precision. As for the case of parasitic electrical feedthrough, if the filter structure is perfectly symmetric, the mechanical mode shape of Fig. 22(a) is undisturbed and only the desired mode ensues. Conversely, any asymmetry introduces mode shape distortion, as finite-element simulated in Fig. 22(b). This distortion effectively generates additional modes, i.e., unwanted spurs.

Perhaps the best testament to the importance of a fully balanced structure for spurious mode suppression comes from straight comparison of a single-ended design with the fully balanced design of Fig. 14. With this in mind, Fig. 23(b) presents the measured frequency response of the filter structure of Fig. 23(a), which comprises just the top half of the Fig. 14 design, so is not symmetric, not differentially balanced, and takes as input and output single-ended signals. The measured response clearly suffers numerous deficiencies, including feedthrough that reduces the stopband rejection to only 15 dB (down from the passband level) and spurious modes only 10 dB below the passband level. There is no comparison between this spectrum and that of the symmetric differentially balanced design of Fig. 14.

Clearly, symmetry and balance are key to the much better performance of Figs. 17(b) than 23(b). Indeed, just the use of a symmetric and fully balanced design affords much better performance than that of a single-ended design. However, improvements in performance to the degree seen in Fig. 17(b) require not only symmetric design, but also the means to perfect the symmetry after fabrication. This is where voltage-controlled frequency tuning provided by electrical stiffness plays an important role.

### E. Electrical Stiffness Tuning Strategy

Indeed, postfabrication voltage-controlled frequency tuning was instrumental to "fixing" not only feedthrough and spurious mode issues, but also the shape of the filter passband response.

Fig. 24 emphasizes the importance of electrical tuning for this tiny percent bandwidth filter by demonstrating how proper tuning with 12.1 V improves the passband shape and minimizes insertion loss compared to insufficient tuning with 5 V and no applied tuning voltage. Here, 2.3-dB better insertion loss comes about only after voltage-controlled frequency tuning of the array-composite resonator frequencies.

The optimum tuning voltage was determined empirically by varying $V_T$ and simultaneously monitoring the resulting change in filter frequency response on a network analyzer, until symmetric passband ripple heights were observed around the filter center frequency, which is the expected equiripple passband shape of a Chebyshev filter. The tuning voltage that yields symmetrically positioned passband ripple peaks with equal height also achieves the minimum insertion loss as expected from the closer-to-ideal filter response. This observation is in-line with previous efforts on electrical tuning of kilohertz frequency capacitive comb-actuated filters [23], [24], where positioning passband resonant peaks equidistant around the filter center frequency via electrical tuning minimized insertion loss and yielded the desired filter response. Automatic tuning techniques using intelligent transistor circuitry would certainly be beneficial in the future filter implementations, not only as a low-cost postfabrication tuning method, but also for real-time adaptive compensation of frequency drift over time due to aging or temperature variations.

### IX. CONCLUSION

The combined 2.7-dB passband insertion loss and 50-dB stopband rejection of the demonstrated 206-element 0.1% bandwidth 223.4-MHz differential micromechanical disk filter represents a landmark for capacitive-gap transduced microme-chanical resonator technology. This demonstration proves that the mere introduction of small gaps of around 39 nm goes a long way toward moving this technology from a research curiosity to practical performance specs commensurate with the needs of actual RF channel-selecting receiver front-ends.

It also emphasizes the need for tuning and defensive stress-relieving structural design when percent bandwidths and gaps shrink, all demonstrated by the work herein.

Perhaps most encouraging is that the models presented in Part I of this study used to design the filter and predict its behavior seem to all be spot on. This means that predictions using these models foretelling GHz filters with sub-200-$\Omega$ impedances enabled by 20-nm gaps might soon come true, bringing this technology even closer to someday realizing the ultralow-power channel-selecting communication front-ends targeted for autonomous set-and-forget sensor networks [25]–[27]. Work toward these goals continues with renewed encouragement.

## REFERENCES

[1] M. Akgul and C. T.-C. Nguyen, "A passband-corrected high rejection channel-select micromechanical disk filter," in *Proc. IEEE Int. Freq. Control Symp. (FCS)*, May 2014, pp. 1–6.

[2] S.-S. Li, Y.-W. Lin, Z. Ren, and C. T.-C. Nguyen, "An MSI micromechanical differential disk-array filter," in *Proc. IEEE Int. Conf. Solid-State Sens., Actuators, Microsyst.*, Lyon, France, Jun. 2007, pp. 307–311.

[3] M. Akgul, "A micromechanical RF channelizer," Ph.D. dissertation, Dept. Elect. Eng. Comput. Sci., Univ. California, Berkeley, CA, USA, 2014.

[4] M. Akgul, B. Kim, Z. Ren, and C. T.-C. Nguyen, "Capacitively transduced micromechanical resonators with simultaneous low motional resistance and Q>70,000," in *Tech. Dig. Solid-State Sens., Actuators, Microsyst. Workshop*, Hilton Head Island, SC, USA, 2010, pp. 467–470.

[5] J. N. Nilchi, R. Liu, and C. T.-C. Nguyen, "High Cx/Co 13 nm-capacitive-gap transduced disk resonator," in *Proc. 30th IEEE Int. Conf. Micro Electro Mech. Syst.*, Las Vegas, NV, USA, Jan. 2017, pp. 924–927.

[6] C. T.-C. Nguyen, "RF MEMS for channelizing low-power radios," in *Proc. 17th IEEE Int. Conf. Solid-State Sens., Actuators, Microsyst.*, Barcelona, Spain, Jun. 2013, pp. 2455–2460.

[7] M. Akgul, L. Wu, Z. Ren, and C. T.-C. Nguyen, "A negative-capacitance equivalent circuit model for parallel-plate capacitive-gap-transduced micromechanical resonators," *IEEE Trans. Ultrason., Ferroelectr., Freq. Control*, vol. 61, no. 5, pp. 849–869, May 2014.

[8] A.-C. Wong and C. T.-C. Nguyen, "Micromechanical mixer-filters ('mixlers')," *J. Microelectromech. Syst.*, vol. 13, no. 1, pp. 100–112, Feb. 2004.

[9] Y. Lin, A.-C. Li, B. Kim, Y.-W. Lin, Z. Ren, and C. T.-C. Nguyen, "Enhancement of micromechanical resonator manufacturing precision via mechanically-coupled arraying," in *Proc. IEEE Int. Freq. Control Symp. Joint Eur. Freq. Time forum*, Besancon, France, Apr. 2009, pp. 58–63.

[10] H. Nathanson, W. E. Newell, R. A. Wickstrom, and J. R. Davis, "The resonant gate transistor," *IEEE Trans. Electron Devices*, vol. ED-14, no. 3, pp. 117–133, Mar. 1967.

[11] S. Hao and Q. J. Gu, "A fourth order tunable capacitor coupled microstrip resonator band pass filter," in *Proc. IEEE Radio Wireless Symp.*, San Diego, CA, USA, Jan. 2015, pp. 150–152.

[12] Q. Xiang, Q. Feng, X. Huang, and D. Jia, "Electrical tunable microstrip LC bandpass filters with constant bandwidth," *IEEE Trans. Microw. Theory Techn.*, vol. 61, no. 3, pp. 1124–1130, Mar. 2013.

[13] J. Wang, Z. Ren, and C. T.-C. Nguyen, "1.156-GHz self-aligned vibrating micromechanical disk resonator," *IEEE Trans. Ultrason., Ferroelectr., Freq. Control*, vol. 51, no. 12, pp. 1607–1628, Dec. 2004.

[14] C. C. Cheng, K. V. Guinn, I. P. Herman, and V. M. Donnelly, "Competitive halogenation of silicon surfaces in HBr/Cl₂ plasmas studied with X-ray photoelectron spectroscopy and *in situ*, real-time, pulsed laser-induced thermal desorption," *J. Vac. Sci. Technol. A, Vac. Surfaces Films*, vol. 13, no. 4, pp. 1970–1976, 1995.

[15] J. R. Clark, W.-T. Hsu, and C. T.-C. Nguyen, "Measurement techniques for capacitively-transduced VHF-to-UHF micromechanical resonators," in *Int. Conf. Solid-State Sens., Actuators, Microsyst. Tech. Dig. (TRANSDUCERS)*, Munich, Germany, 2001, pp. 1118–1121.

[16] M. Akgul, Z. Ren, and C. T.-C. Nguyen, "Voltage-controlled tuning to optimize MEMS resonator array-composite output power," in *Proc. Joint IEEE Int. Freq. Control Symp. Eur. Freq. Time Forum*, San Francisco, CA, USA, May 2011, pp. 1–6.

[17] A. Erbes, P. Thiruvenkatanathan, J. Woodhouse, and A. A. Seshia, "Numerical study of the impact of vibration localization on the motional resistance of weakly coupled MEMS resonators," *IEEE J. Microelectromech. Syst.*, vol. 24, no. 4, pp. 997–1005, Aug. 2015.

[18] S.-S. Li, M. U. Demirci, Y.-W. Lin, Z. Ren, and C. T.-C. Nguyen, "Bridged micromechanical filters," in *Proc. Joint IEEE Int. Freq. Control Symp. Eur. Freq. Time Forum*, Montreal, QC, Canada, Aug. 2004, pp. 144–150.

[19] M. U. Demirci and C. T.-C. Nguyen, "Mechanically corner-coupled square microresonator array for reduced series motional resistance," *J. Microelectromech. Syst.*, vol. 15, no. 6, pp. 1419–1436, 2006.

[20] C.-Y. Chou, M.-H. Li, C.-Y. Chen, C.-Y. Liu, and S.-S. Li, "An innovative 3-D mechanically-coupled array design for MEMS resonator and oscillators," in *19th Int. Conf. Solid-State Sens., Actuators, Microsyst. Tech. Dig. (TRANSDUCERS)*, Kaohsiung, Taiwan, Jun. 2017, pp. 90–93.

[21] A. S. Sedra and P. O. Brackett, *Filter Theory and Design: Active and Passive*. Beaverton, OR, USA: Matrix, 1978.

[22] J. D. Larson, R. C. Ruby, and P. Bradley, "Bulk acoustic wave resonator with improved lateral mode suppression," U.S. Patent 6 215 475 B1, Apr. 10, 2001.

[23] K. Wang and C. T.-C. Nguyen, "High-order medium frequency micromechanical electronic filters," *J. Microelectromech. Syst.*, vol. 8, no. 4, pp. 534–557, 1999.

[24] H. G. Barrow and C. T.-C. Nguyen, "A protocol for automated passband correction of high-order microelectromechanical filters," in *Proc. IEEE Int. Freq. Control Symp.*, Taipei, Taiwan, May 2014, pp. 1–5.

[25] C. T.-C. Nguyen, "MEMS-based RF channel selection for true software-defined cognitive radio and low-power sensor communications," *IEEE Commun. Mag.*, vol. 51, no. 4, pp. 110–119, Apr. 2013.

[26] J. W. Park and B. Razavi, "Channel selection at RF using Miller bandpass filters," *IEEE J. Solid-State Circuits*, vol. 49, no. 12, pp. 3063–3078, Dec. 2014.

[27] J. M. Rabaey *et al.*, "PicoRadios for wireless sensor networks: The next challenge in ultra-low power design," in *Int. Solid-State Circuits Conf. Tech. Dig.*, San Francisco, CA, USA, 2002, pp. 200–201.



**Mehmet Akgul** (GS'13–M'14) received the B.S. degree in electrical and electronics engineering from Middle East Technical University, Ankara, Turkey, in 2007, and the Ph.D. degree in electrical engineering and computer sciences from the University of California, Berkeley, CA, USA, in 2014.

His Ph.D. research focused on the design, microfabrication, and testing of medium-scale integrated micromechanical circuits using capacitive-gap transduced resonators as building blocks, with a primary focus on RF filters for ultralow-power radio applications. He also studied diamond materials for high-$Q$ mechanical resonators and explored the use of ALD high-$k$ dielectrics to strengthen electromechanical coupling by partially filling electrode-to-resonator gaps toward the sub-40-nm range. In 2014, he joined TDK InvenSense as a Senior MEMS Design Engineer, where he worked as a MEMS Inertial Measurement Unit Designer with a specific focus on optical image stabilization gyroscopes. In 2015, he joined Google, Mountain View, CA, USA, where he is currently a Senior Hardware Design Engineer. His current focus is on sensor fusion algorithms for better location and context user experience in mobile platforms.



**Alper Ozgurluk** (S'12) received the B.S. degree in electrical and electronics engineering from Bilkent University, Ankara, Turkey. He is currently pursuing the Ph.D. degree in electrical engineering and computer sciences with the University of California, Berkeley, CA, USA.

His research interests include capacitive-gap transduced large-scale integrated micromechanical circuits, high-$Q$ wide-tunable ruthenium metal resonators, and integrated CMOS-MEMS systems.

**Clark T.-C. Nguyen** (S'90–M'95–SM'01–F'07) received the B.S., M.S., and Ph.D. degrees in electrical engineering and computer sciences from the University of California, Berkeley, CA, USA, in 1989, 1991, and 1994, respectively.

In 1995, he joined the faculty of the University of Michigan, Ann Arbor, MI, USA, where he was a Professor with the Department of Electrical Engineering and Computer Science up until 2006. In 2006, he joined the Department of Electrical Engineering and Computer Sciences, University of California, Berkeley, where he is currently the Conexant Systems Distinguished Professor and a Co-Director of the Berkeley Sensor & Actuator Center. In 2001, he founded Discera, Inc., a company aimed at commercializing communication products based upon MEMS technology, with an initial focus on the very vibrating micro-mechanical resonators pioneered by his research in past years. He served as Vice President and Chief Technology Officer of Discera until mid-2002, at which point he joined the Defense Advanced Research Projects Agency (DARPA) on an IPA, where he served for four years as the Program Manager of 10 different MEMS-centric programs in the Microsystems Technology Office of DARPA. His research interests focus upon micro-electromechanical systems and include integrated micromechanical signal processors and sensors, merged circuit/micromechanical technologies, optomechanical devices, RF communication architectures, and integrated circuit design and technology.

Dr. Nguyen won the IEEE Cady Award in 2006, the IEEE Robert Bosch Micro and Nano Electro Mechanical Systems Award in 2017, and together with his students has garnered more than 12 best paper awards from IEEE conferences and journals focused on frequency control and MEMS. From 2007 to 2009, he served as a Distinguished Lecturer for the IEEE Solid-State Circuits Society. He was the Technical Program Chair of the 2010 IEEE International Frequency Control Symposium and a Co-General Chair of the 2011 Combined IEEE International Frequency Control Symposium and European Frequency and Time Forum, as well as a Co-General Chair of the 2017 IEEE International Micro Electro Mechanical Systems Conference. From 2008 to 2013, he served as Vice President of Frequency Control in the IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society, after which he became the society President from 2016 to 2017. He is currently the Junior Past-President of the society.