IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:21-cv-01417-JPM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF ROBERT M. FUHRER IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF

I, Rober M. Fuhrer, declare:

1. I am an active member of the Virginia State Bar, admitted *pro hac vice* in this matter and Special Counsel at the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for Defendants in the above-titled litigation. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. Attached as **Exhibit A** is a true and accurate representation of dependent claim 3 of United States Patent No. 9,735,755, including the limitations of independent claim 1.

3. Attached as **Exhibit B** are true and accurate representations of independent claim 1 and dependent claim 2 of United States Patent No. 10,256,786.

4. Attached as **Exhibit C1** is a true and accurate copy of U.S. Patent No. 9,735,755.

5. Attached as **Exhibit C2** is a true and accurate copy of U.S. Patent No. 10,256,786.

6. Attached as **Exhibit C3** is a true and accurate copy of excerpts from the file history for U.S. Patent No. 10,256,786.

7. Attached as **Exhibit D1** is a true and accurate copy of excerpts from Dr. Clark

1

Nguyen's Initial Claim Construction Expert Report and Declaration, dated July 11, 2022.

8. Attached as **Exhibit D2** is a true and accurate copy of excerpts from Dr. Clark Nguyen's Rebuttal Claim Construction Report and Declaration, dated July 29, 2022.

9. Attached as **Exhibit D3** is a true and accurate copy of excerpts from the deposition transcript for the August 12, 2022 deposition of Dr. John Bravman.

10. Attached as **Exhibit D4** is a true and accurate copy of excerpts from of Plaintiff's Preliminary Claim Construction Supporting Materials, Hashimoto, Ken-ya, RF Bulk Acoustic Wave Filters for Communications (2009).

11. Attached as **Exhibit D5** is a true and accurate copy of excerpts from the deposition transcript for the August 10, 2022 deposition of Dr. Clark Nguyen.

*12.* Attached as **Exhibit D6** is a true and accurate copy of Defendant's Preliminary Claim Construction Supporting Materials (B9), Piazza, Gianluca, *et al.*, *Piezoelectric Aluminum Nitride Vibrating Contour-Mode MEMS Resonators*, J. Microelectromechanical Sys., Vol. 15, No. 6 (Dec. 2006).

13. Attached as **Exhibit D7** is a true and accurate copy of Defendant's Preliminary Claim Construction Supporting Materials (B13), Bindel, David S., *et al.*, *Anchor Loss Simulation in Resonators*, IEEE (2005).

14. Attached as **Exhibit D8** is a true and accurate copy of excerpts from Dr. John Bravman's Initial Claim Construction Declaration, dated July 11, 2022.

15. Attached as **Exhibit D9** is a true and accurate copy of Defendant's Preliminary Claim Construction Supporting Materials (B6), Robert Johnson, Mechanical Filters in Electronics (1983).

16. Attached as **Exhibit D10** is a true and accurate copy of Defendants' Preliminary

Claim Construction Supporting Materials (B7), Besson, Raymond J., *A New "Electrodeless" Resonator Design*, Proceedings of the 31st Annual Symposium on Frequency Control 1977.

17. Attached as **Exhibit D11** is a true and accurate copy of Defendants' Preliminary Claim Construction Supporting Materials (B8), Hung, Li-Wen; Nguyen, Clark T.-C., *Capacitive-Piezoelectric Transducers for High-C Micromechanical AlN Resonators, J. Microelectromechanical Sys.*, Vol. 24, No. 2 (Apr. 2015).

18. Attached as **Exhibit D12** is a true and accurate copy of excerpts from U.S. Patent Application Publication No. 2014/0159548 A1.

19. Attached as **Exhibit D13** is a true and accurate copy of excerpts from Dr. John Bravman's Rebuttal Claim Construction Declaration, dated July 29, 2022.

20. Attached as **Exhibit D14** is a true and accurate copy of Defendants' Preliminary Claim Construction Supporting Materials (B16), Akgul, Mehmet, *et al.*, *RF Channel-Select Micromechanical Disk Filters—Part II: Demonstration*, IEEE Transactions on Ultrasonics, Ferroelectrics & Frequency Control, Vol. 66, No. 1 (Jan. 2019).

Executed this 30th day of August, 2022.

                                                */s/   Robert M. Fuhrer*
                                                   Robert M. Fuhrer