# Exhibit A

## '755 Patent, Claim 3 Annotated

## Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

United States Patent No. 9,735,755

What is claimed is:

1. A Bulk Acoustic Wave (BAW) resonator, comprising:

a piezoelectric layer;

a first electrode on a first surface of the piezoelectric layer;

a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;

a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an **active region** of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and

one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an **outer region** of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TPA) of the passivation layer within the active region, wherein:

n is a value other than 1; and

<u>n is within a range of values for which a **density of mechanical energy** in the outer region of the BAW resonator is reduced as compared to a **density of mechanical energy** in the outer region of the BAW resonator when n is equal to 1</u>.

3. The BAW resonator of claim 1 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are <u>acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region **are not excited** in the active region</u>.