# Exhibit B

## '786 Patent, Claim 1 Annotated & Claim 2

## Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

U.S. Patent No. 10,256,786

What is claimed is:

1. A communication filter device comprising:

a piezoelectric substrate having a substrate surface region, the piezoelectric substrate having **a piezoelectric layer** formed overlying a thinned seed substrate; a topside metal electrode formed overlying a portion of the substrate surface region;

<u>a topside micro-trench formed within a portion of the piezoelectric layer;</u> <u>one or more bond pads formed overlying one or more portions of the piezoelectric layer;</u>

<u>a topside metal having a topside metal plug formed within the topside micro-trench and electrically coupled to at least one of the bond pads;</u>

<u>a first backside trench formed within the thinned seed substrate and underlying the topside metal electrode;</u>

<u>a second backside trench formed within the thinned seed substrate and underlying the topside micro-trench;</u>

<u>a backside metal electrode formed underlying one or more portions of the thinned seed substrate, within the first backside trench, and underlying the topside metal electrode; and</u>

<u>a backside metal plug formed underlying one or more portions of the thinned seed substrate, within the second backside trench, and underlying the topside micro-trench, the backside metal plug being electrically coupled to the topside metal plug and the backside metal electrode, wherein the topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a micro-via</u>.

2. The device of claim 1 wherein the seed substrate includes silicon, silicon carbide, aluminum oxide, or *single crystal* aluminum gallium nitride materials.