# Exhibit C1

**Intrinsic Evidence**

**U.S. Patent No. 9,735,755**

Defendants' Opening Claim Construction Brief

Qorvo v. Akoustis, C.A. No. 21-1417 (JPM)

US009735755B2

(12) **United States Patent**
Fattinger et al.

(10) Patent No.: **US 9,735,755 B2**
(45) Date of Patent: **Aug. 15, 2017**

(54) **BAW RESONATOR HAVING LATERAL ENERGY CONFINEMENT AND METHODS OF FABRICATION THEREOF**

(71) Applicant: **RF Micro Devices, Inc.**, Greensboro, NC (US)

(72) Inventors: **Gernot Fattinger**, Sorrento, FL (US); **Alireza Tajic**, Winter Springs, FL (US)

(73) Assignee: **Qorvo US, Inc.**, Greensboro, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 29 days.

(21) Appl. No.: **14/876,426**

(22) Filed: **Oct. 6, 2015**

(65) **Prior Publication Data**
US 2017/0054429 A1    Feb. 23, 2017

**Related U.S. Application Data**

(60) Provisional application No. 62/207,702, filed on Aug. 20, 2015.

(51) **Int. Cl.**
*H03H 9/02* (2006.01)
*H03H 9/13* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... *H03H 9/02157* (2013.01); *H03H 3/02* (2013.01); *H03H 9/02086* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .......... H03H 9/02118; H03H 9/02102; H03H 9/132; H03H 9/02157; H03H 9/171; H03H 9/02086; H03H 3/02
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,612,488 B1 * 11/2009 Bouche .................. H03H 9/131
310/320
2002/0014808 A1 * 2/2002 Misu .................. H03H 9/02133
310/312
(Continued)

OTHER PUBLICATIONS

Pensala, Tuomas, "Thin Film Bulk Acoustic Wave Devices—Performance Optimization and Modeling," Dissertation, VTT Publications 756, 2011, pp. 50-53.

*Primary Examiner* — Robert Pascal
*Assistant Examiner* — Jorge Salazar, Jr.
(74) *Attorney, Agent, or Firm* — Withrow & Terranova, P.L.L.C.

(57)    **ABSTRACT**

Embodiments of a Bulk Acoustic Wave (BAW) resonator in which an outer region of the BAW resonator is engineered in such a manner that lateral leakage of mechanical energy from an active region of the BAW resonator is reduced, and methods of fabrication thereof, are disclosed. In some embodiments, a BAW resonator includes a piezoelectric layer, a first electrode on a first surface of the piezoelectric layer, a second electrode on a second surface of the piezoelectric layer opposite the first electrode, and a passivation layer on a surface of the second electrode opposite the piezoelectric layer, the passivation layer having a thickness ($T_{PA}$). The BAW resonator also includes a material on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator. The additional material has a thickness that is n times the thickness ($T_{PA}$) of the passivation layer.

**18 Claims, 9 Drawing Sheets**



**US 9,735,755 B2**

Page 2

(51) **Int. Cl.**
 *H03H 3/02* (2006.01)
 *H03H 9/17* (2006.01)
(52) **U.S. Cl.**
 CPC ........ *H03H 9/02118* (2013.01); *H03H 9/132*
 (2013.01); *H03H 9/171* (2013.01)
(58) **Field of Classification Search**
 USPC ........................................ 333/133, 187, 188
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2013/0127300 A1 * 5/2013 Umeda ................... H01L 41/18
 310/365
2015/0094000 A1 * 4/2015 Aigner .................... H03H 3/02
 455/73

* cited by examiner



FIG. 1B
(PRIOR ART)

FIG. 1A
(PRIOR ART)

QORVO_00024601

38
PASSIVATION LAYER 60
58
T PA
BO RING 58
T PA
TOP ELECTRODE 44
PIEZOELECTRIC LAYER 40
BOTTOM ELECTRODE 42
SiO2 56
TUNGSTEN 54
SiO2 52
TUNGSTEN 50
SiO2 48
REFLECTOR 46
OUTER REGION 64
ACTIVE REGION 62
OUTER REGION 64

FIG. 2A

66
PASSIVATION LAYER 88
86
T PA
BO RING 86
n*T PA
TOP ELECTRODE 72
PIEZOELECTRIC LAYER 68
BOTTOM ELECTRODE 70
SiO2 84
TUNGSTEN 82
SiO2 80
TUNGSTEN 78
SiO2 76
REFLECTOR 74
OUTER REGION 92
ACTIVE REGION 90
OUTER REGION 92

FIG. 2B



FIG. 3B



FIG. 3A



FIG. 4

QORVO_00024604



FIG. 5A

QORVO_00024605



FIG. 5B

QORVO_00024606



FIG. 5C



FIG. 5D

QORVO_00024608

U.S. Patent

Aug. 15, 2017

Sheet 9 of 9

US 9,735,755 B2



*FIG. 5E*

QORVO_0024609

US 9,735,755 B2

1

## BAW RESONATOR HAVING LATERAL ENERGY CONFINEMENT AND METHODS OF FABRICATION THEREOF

### RELATED APPLICATIONS

This application claims the benefit of provisional patent application Ser. No. 62/207,702, filed Aug. 20, 2015, the disclosure of which is hereby incorporated herein by reference in its entirety.

### FIELD OF THE DISCLOSURE

The present disclosure relates to Bulk Acoustic Wave (BAW) resonators and, in particular, to improvement of confinement of mechanical energy within a BAW resonator.

### BACKGROUND

Due to, among other things, their small size, high Q values, and very low insertion losses at microwave frequencies, particularly those above 1.5 Gigahertz (GHz), Bulk Acoustic Wave (BAW) filters have become the filter of choice for many modern wireless applications. In particular, BAW filters are the filter of choice for many 3rd Generation (3G) and 4th Generation (4G) wireless devices. For instance, virtually all Long Term Evolution (LTE) compatible mobile devices operating in LTE frequency bands above 1.9 GHz utilize BAW filters. For mobile devices, the low insertion loss of the BAW filter provides many advantages such as, e.g., improved battery life, compensation for higher losses associated with the need to support many frequency bands in a single mobile device, etc.

One example of a conventional BAW resonator 10 is illustrated in FIG. 1A. In this example, the BAW resonator 10 is, in particular, a Solidly Mounted Resonator (SMR) type BAW resonator 10. As illustrated, the BAW resonator 10 includes a piezoelectric layer 12 (which is sometimes referred to as a piezoelectric plate) between a bottom electrode 14 and a top electrode 16. Since the BAW resonator 10 is a SMR type BAW resonator 10, the BAW resonator 10 also includes a reflector 18 (which is more specifically referred to as a Bragg reflector) that includes multiple layers 20-28 of alternating materials with varying refractive index. In this example, the BAW resonator 10 also includes a Border (BO) ring 30 on the top surface of the top electrode 16 around the periphery of the top electrode 16. Finally, the BAW resonator 10 includes a passivation layer 32.

In operation, acoustic waves in the piezoelectric layer 12 within an active region 34 of the BAW resonator 10 are excited by an electrical signal applied to the bottom and top electrodes 14 and 16. The active region 34 is the region of the BAW resonator 10 that is electrically driven. In other words, the active region 34 is the region of the BAW resonator 10 consisting of, in this example, the bottom electrode 14, the top electrode 16, the portion of the piezoelectric layer 12 between the bottom and top electrodes 14 and 16, and the portion of the reflector 18 below the bottom electrode 14. Conversely, an outer region 36 of the BAW resonator 10 is a region of the BAW resonator 10 that is not electrically driven (i.e., the area outside of the active region 34). The frequency at which resonance of the acoustic waves occurs is a function of the thickness of the piezoelectric layer 12 and the mass of the bottom and top electrodes 14 and 16. At high frequencies (e.g., greater than 1.5 GHz), the thick-

2

ness of the piezoelectric layer 12 is only micrometers thick and, as such, the BAW resonator 10 is fabricated using thin-film techniques.

Ideally, in order to achieve a high Q value, the mechanical energy should be contained, or trapped, within the active region 34 of the BAW resonator 10. The reflector 18 operates to prevent acoustic waves from leaking longitudinally, or vertically, from the BAW resonator 10 into the substrate (not shown, but below the reflector 18). Notably, in a Film Bulk Acoustic Resonator (FBAR) type BAW resonator, an air cavity is used instead of the reflector 18, where the air cavity likewise prevents acoustic waves from escaping into the substrate.

While the reflector 18 (or air cavity for a FBAR type BAW resonator) confines mechanical energy within the active region 34 of the BAW resonator 10 in the longitudinal, or vertical, direction, a substantial amount of mechanical energy still leaks laterally from the active region 34 of the BAW resonator 10 into the outer region 36 of the BAW resonator 10 and then down into the substrate, as illustrated FIG. 1B. This lateral leakage of mechanical energy at the boundaries of the active region 34 of the BAW resonator 10 degrades the Q of the BAW resonator 10. As such, there is a need for systems and methods for mitigating the loss of mechanical energy through lateral dispersion into the outer region 36 of the BAW resonator 10.

### SUMMARY

Embodiments of a Bulk Acoustic Wave (BAW) resonator in which an outer region of the BAW resonator is engineered in such a manner that lateral leakage of mechanical energy from an active region of the BAW resonator is reduced, and methods of fabrication thereof, are disclosed. In some embodiments, a BAW resonator includes a piezoelectric layer, a first electrode on a first surface of the piezoelectric layer, a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer, and a passivation layer on a surface of the second electrode opposite the piezoelectric layer, the passivation layer having a thickness ($T_{PA}$). The BAW resonator also includes a material on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator. The outer region of the BAW resonator is a region outside of an active region of the BAW resonator. The additional material has a thickness that is n times the thickness ($T_{PA}$) of the passivation layer, wherein n is a value other than 1. In this manner, lateral leakage of the mechanical energy from the active region of the BAW resonator into the outer region of the BAW resonator can be reduced.

In some embodiments, n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1.

In some embodiments, n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.

In some embodiments, the BAW resonator further includes a Border (BO) ring around a periphery of the active region of the BAW resonator within or on the second electrode, the BO ring providing a mass loading.

In some embodiments, the BAW resonator further includes a BO ring around a periphery of the active region

3

of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the BO ring, and the passivation layer within the active region.

In some embodiments, the passivation layer is also on the surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region consist of the portion of the passivation layer in the outer region of the BAW resonator such that the thickness of the passivation layer in the outer region is n times the thickness ($T_{PA}$) of the passivation layer in the active region. Further, in some embodiments, the BAW resonator further includes a BO ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the BO ring, and the passivation layer within the active region. Further, in some embodiments, the piezoelectric layer is Aluminum Nitride (AlN), the first and second electrodes each comprise a Tungsten layer and an Aluminum Copper layer, and the passivation layer is Silicon Nitride (SiN).

In some embodiments, the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer.

Embodiments of a method of fabricating a BAW resonator are also disclosed. In some embodiments, the method of fabrication of a BAW resonator includes providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer, providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer, providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator, and providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer, wherein n is a value other than 1.

Those skilled in the art will appreciate the scope of the present disclosure and realize additional aspects thereof after reading the following detailed description of the preferred embodiments in association with the accompanying drawing figures.

BRIEF DESCRIPTION OF THE DRAWING FIGURES

The accompanying drawing figures incorporated in and forming a part of this specification illustrate several aspects of the disclosure, and together with the description serve to explain the principles of the disclosure.

FIGS. 1A and 1B illustrate one example of a conventional Bulk Acoustic Wave (BAW) resonator and lateral leakage of mechanical energy from an active region of the BAW resonator into an outer region of the BAW resonator;

FIGS. 2A and 2B illustrate a BAW resonator having reduced lateral leakage, as compared to a reference BAW resonator, according to some embodiments of the present disclosure;

4

FIGS. 3A and 3B illustrate the reduced lateral leakage of the BAW resonator of FIG. 2B as compared to a reference BAW resonator of FIG. 2A, for one example implementation;

FIG. 4 illustrates a BAW resonator having reduced lateral leakage according to some other embodiments of the present disclosure; and

FIGS. 5A through 5E graphically illustrate a process for fabricating the BAW resonator of either FIG. 2B or FIG. 4 according to some embodiments of the present disclosure.

DETAILED DESCRIPTION

The embodiments set forth below represent the necessary information to enable those skilled in the art to practice the embodiments and illustrate the best mode of practicing the embodiments. Upon reading the following description in light of the accompanying drawing figures, those skilled in the art will understand the concepts of the disclosure and will recognize applications of these concepts not particularly addressed herein. It should be understood that these concepts and applications fall within the scope of the disclosure and the accompanying claims.

It should be understood that, although the terms first, second, etc. may be used herein to describe various elements, these elements should not be limited by these terms. These terms are only used to distinguish one element from another. For example, a first element could be termed a second element, and, similarly, a second element could be termed a first element, without departing from the scope of the present disclosure. As used herein, the term "and/or" includes any and all combinations of one or more of the associated listed items.

It should also be understood that when an element is referred to as being "connected" or "coupled" to another element, it can be directly connected or coupled to the other element or intervening elements may be present. In contrast, when an element is referred to as being "directly connected" or "directly coupled" to another element, there are no intervening elements present.

It should be understood that, although the terms "upper," "lower," "bottom," "intermediate," "middle," "top," and the like may be used herein to describe various elements, these elements should not be limited by these terms.

These terms are only used to distinguish one element from another. For example, a first element could be termed an "upper" element and, similarly, a second element could be termed an "upper" element depending on the relative orientations of these elements, without departing from the scope of the present disclosure.

The terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the disclosure. As used herein, the singular forms "a," "an," and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the terms "comprises," "comprising," "includes," and/or "including" when used herein specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

Unless otherwise defined, all terms (including technical and scientific terms) used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this disclosure belongs. It will be further understood that terms used herein should be interpreted as having

QORVO_00024611

US 9,735,755 B2

5                                                                6

meanings that are consistent with their meanings in the context of this specification and the relevant art and will not be interpreted in an idealized or overly formal sense unless expressly so defined herein.

Embodiments of a Bulk Acoustic Wave (BAW) resonator in which an outer region of the BAW resonator is engineered in such a manner that lateral leakage of mechanical energy from an active region of the BAW resonator is reduced, and methods of fabrication thereof, are disclosed. In general, in some embodiments, a thickness of a material in the outer region of the BAW resonator is such that the outer region of the BAW resonator is acoustically matched to the active region of the BAW resonator in such a manner that wavelengths that cause the lateral leakage of mechanical energy are not excited in the active region. As a result, there is no leakage of wavelengths excited in the active region into oscillation modes in the outer region. In other words, the thickness of the material in the outer region of the BAW resonator is selected such that the extinction coefficient (i.e., the rate of exponential decay for evanescent waves) associated with the exponential decay in the outer region and the imaginary part of the lateral dispersion in the outer region are changed in such a manner that lateral leakage is reduced.

In this regard, FIGS. 2A and 2B illustrate a BAW resonator having reduced lateral leakage, as compared to a reference BAW resonator, according to some embodiments of the present disclosure. More specifically, FIG. 2A illustrates a reference BAW resonator 38. In this example, the reference BAW resonator 38 includes a piezoelectric layer 40 (which is sometimes referred to as a piezoelectric plate). The piezoelectric layer 40 may be any suitable type of piezoelectric material such as, for example, Aluminum Nitride (AlN) or Zinc Oxide (ZnO). Further, the piezoelectric layer 40 may be a single layer of piezoelectric material or may include multiple sublayers of the same or different piezoelectric materials.

The reference BAW resonator 38 further includes a bottom electrode 42 on a bottom surface of the piezoelectric layer 40 and a top electrode 44 on a top surface of the piezoelectric layer 40 opposite the bottom electrode 42. Each of the bottom and top electrodes 42 and 44 may be a single layer of one material or may include two or more layers of the same or different materials. For example, in some embodiments, each of the bottom and top electrodes 42 and 44 includes a layer of Tungsten immediately adjacent to the piezoelectric layer 40 and a layer of Aluminum Copper on the Tungsten layer opposite the piezoelectric layer 40.

In this example, the reference BAW resonator 38 is a Solidly Mounted Resonator (SMR) type BAW resonator and, as such, the reference BAW resonator 38 also includes a reflector 46 (which is more specifically referred to as a Bragg reflector) that includes multiple alternating layers 48, 50, 52, 54, and 56 of alternating materials with varying refractive index. In this example, the layers 48, 50, 52, 54, and 56 are alternating layers of Silicon Dioxide (SiO$_2$) and Tungsten.

In this example, the reference BAW resonator 38 also includes a Border (BO) ring 58. In this example, the BO ring 58 is a "ring" or "frame" of material that is on the top surface of the top electrode 44 around the periphery of the top electrode 44. However, the BO ring 58 may alternative be within the top electrode 44 (i.e., beneath a first metal layer of multiple metal layers forming the top electrode 44 or between two adjacent metal layers in a stack of metal layers forming the top electrode). As will be appreciated by one of ordinary skill in the art, the BO ring 58 provides mass loading or thickened edge loading, where this mass loading avoids acoustic mismatch between an active region and an outer region, providing a smooth transition of propagating waves in the active region to evanescent waves in the outer region.

Lastly, the reference BAW resonator 38 includes a passivation layer 60 on the surface of the reference BAW resonator 38 over both an active region 62 and an outer region 64 of the reference BAW resonator 38. While the passivation layer 60 can be any suitable material, in one example, the passivation layer 60 is Silicon Nitride (SiN). For the reference BAW resonator 38, a thickness ($T_{PA}$) of the passivation layer 60 is the same both in the active region 62 and in the outer region 64. Notably, as used herein, the active region 62 is the region of the reference BAW resonator 38 that is electrically driven which, in the example of FIG. 2A, is the region consisting of the bottom electrode 42, the top electrode 44, the portion of the piezoelectric layer 40 between the bottom and top electrodes 42 and 44, and the portion of the reflector 46 beneath the bottom electrode 42. The outer region 64 is the region of the reference BAW resonator 38 that is not electrically driven or, in other words, the region of the reference BAW resonator 38 that is outside of the active region 62.

As illustrated in FIG. 3A, during operation, the reference BAW resonator 38 of FIG. 2A exhibits a significant amount of lateral leakage of mechanical energy from the active region 62 into the outer region 64. This lateral leakage, or lack of lateral confinement, degrades the quality factor (Q) of the reference BAW resonator 38.

FIG. 2B illustrates a BAW resonator 66 with improved lateral confinement (i.e., reduced lateral leakage) of mechanical energy according to some embodiments of the present disclosure. In this example, the BAW resonator 66 includes a piezoelectric layer 68 (which is sometimes referred to as a piezoelectric plate), bottom and top electrodes 70 and 72, a reflector 74 including layers 76, 78, 80, 82, and 84, and a BO ring 86, which are exactly the same as the corresponding components of the reference BAW resonator 38 and, as such, their details are not repeated.

Lastly, the BAW resonator 66 includes a passivation layer 88 on the surface of the BAW resonator 66 over both an active region 90 and an outer region 92 of the BAW resonator 66. Within the active region 90, the passivation layer 88 is exactly the same as the passivation layer 60 of the reference BAW resonator 38. Within the active region 90, the passivation layer 88 has a thickness ($T_{PA}$), which is equal to that of the passivation layer 60 of the reference BAW resonator 38. However, in the outer region 92, the passivation layer 60 has a thickness of n×$T_{PA}$, where n≠1 (i.e., the thicknesses of the passivation layers 60 and 88 in the outer regions 64 and 92 of the reference BAW resonator 38 and the BAW resonator 66, respectively, are not the same). The value of n is in a range that reduces the lateral leakage of mechanical energy from the active region 90 of the BAW resonator 66 into the outer region 92 as compared to that of the reference BAW resonator 38 of FIG. 2A. This reduction of lateral leakage is illustrated in FIG. 3B, where FIGS. 3A and 3B are graphical illustrations of the results of a simulation of the density of mechanical energy throughout the structures of the reference BAW resonator 38 and the BAW resonator 66, respectively.

Suitable values for n may be determined, e.g., by simulation or, in some cases, empirically. However, for most practical implementations, empirical calculations are complex and, as such, simulation will provide better results.

US 9,735,755 B2

7                                                                        8

In general, the value of n is such that the outer region 90 and the active region 66 of the BAW resonator 66 are acoustically matched such that one or more acoustic wavelengths that cause lateral leakage of mechanical energy from the active region 90 into the outer region 92 are not excited in the active region 90. As a result, the acoustic coupling between the active and outer regions 90 and 92 is mitigated and, as such, lateral leakage is reduced. In other words, n is selected such that the total thickness of the material on the surface of the piezoelectric layer 68 in the outer region 92 of the BAW resonator 66 changes the extinction coefficient associated with the exponential decay in the outer region 92 (as compared to that in the reference BAW resonator 38) and modifies the imaginary part of the lateral dispersion in the outer region 92 in such a manner that lateral leakage is reduced. In some embodiments, the value of n is selected such that the total thickness of the layers on the surface of the piezoelectric layer 68 in the outer region 92 is less than or equal to the total thickness of the top electrode 72, the BO ring 86, and the passivation layer 88 within the active region 90. This can be expressed as:

$$T_{PA\_OUT} = n*T_{PA} \leq T_{ELEC} + T_{BO} + T_{PA},$$

where $T_{PA\_OUT}$ is the thickness of the passivation layer 88 in the outer region 92, $T_{ELEC}$ is the thickness of the top electrode 72, $T_{BO}$ is the thickness of the BO ring 86, and $T_{PA}$ is the thickness of the passivation layer 88 in the active region 90. In some embodiments, within the range of $0 < n*T_{PA} \leq T_{ELEC} + T_{BO} + T_{PA}$, the value of n that provides the best performance (e.g., highest Q) can be determined, e.g., via simulation. Thus, the value of n can be said to be a function of the thicknesses of the material stack in the active region 90.

In the embodiment of FIG. 2B, the material layers (i.e., the stack of material layers) in the outer region 92 is modified via the thickness of the passivation layer 88 in the outer region 92. However, the present disclosure is not limited thereto. Additional or alternative materials may be used in the outer region 92 to provide the desired reduction in lateral leakage. In this regard, FIG. 4 illustrates the BAW resonator 66 according to another embodiment of the present disclosure. In this example, the material layer(s) on the surface of the piezoelectric layer 68 in the outer region 92 are generalized as material layer(s) 94. The material layer(s) 94 may be the same material as the passivation layer 88 (i.e., the embodiment of FIG. 2B), some other material(s), or any combination thereof. The material layer(s) 94 has a thickness that is n×$T_{PA}$, as described above. As also described above, the value of n is selected such that lateral leakage is reduced as compared to a corresponding reference BAW resonator (i.e., a BAW resonator that, other than the material layer(s) 94, is otherwise exactly the same as the BAW resonator 66).

In the examples of FIGS. 2B and 4, the BAW resonator 66 is a SMR type BAW resonator. However, the concepts disclosed herein are equally applicable to Film Bulk Acoustic Resonator (FBAR) type BAW resonators.

Notably, the use of the material (i.e., the passivation layer 88 having thickness n×$T_{PA}$ in the embodiment of FIG. 2B or the material layer(s) 94 in the embodiment of FIG. 4) in the outer region 92 of the BAW resonator 66 as described herein is to be distinguished from conventional treatment of type II dispersion stacks. With respect to conventional treatment of type II resonators, mass loading of a BAW resonator is used to move the cutoff frequency of the outer region of the BAW resonator to be in the correct position, relative to the cutoff frequency of the active region, in order to trap the waves

associated with the main thickness extensional wave mode. More specifically, there are two types of lateral dispersion that a thickness extensional BAW resonator can exhibit, namely, Type I and Type II. Type I, which is normally exhibited by ZnO based BAW resonators, is where the dispersion curve of the main thickness extensional wave mode is monotonically increasing from the cut-off frequency, which is defined by the frequency at which the dispersion curve crosses from real to imaginary. For Type I dispersion, mass loading of the BAW resonator in the outer region is not needed. More specifically, the top electrode not being present in the outer region is sufficient to have the outside cutoff frequency above the active cutoff frequency. This leads to an exponentially decaying main thickness wave mode in the outer region and, thus, trapping of the main thickness wave mode in the active region.

Type II lateral dispersion, which is normally exhibited by AlN based BAW resonators, is where the dispersion curve of the main thickness extensional wave mode has a negative slope. For conventional mass loading with respect to BAW resonators exhibiting Type II dispersion, the idea is to trap the small kx wave modes on the negative part of the main thickness branch. For that, the cutoff frequency of the outer region of the BAW resonator must be below the cutoff frequency of the active region to ensure that there is no propagating wave mode associated with the main thickness wave mode in the outer region. Therefore, conventional mass loading is used to move the cutoff frequency of the outer region of the BAW resonator below the cutoff frequency of the active region.

The problem with such conventional treatment of type II resonator is that it does not take into account the presence of any other higher kx branches. In practice, other higher kx branches must be taken into account to minimize lateral leakage.

In the present disclosure, depending on the particular implementation, the BAW resonator 66 may exhibit either Type I or Type II dispersion. Regardless of the dispersion type exhibited by the BAW resonator 66, unlike conventional treatment of type II resonators which moves the cutoff frequency of the outer region to a desired point relative to the cutoff frequency of the active region (i.e., higher than the cutoff frequency of the active region for Type I dispersion or lower than the cutoff frequency of the active region for Type II dispersion), the material stack in the outer region 92 of the BAW resonator 66 is engineered, as described above, in such a manner that the extinction coefficient associated with the exponential decay in the outer region 92 is changed and the imaginary part of the lateral dispersion in the outer region 92 is modified. By doing so, the way in which waves decay in the outer region 92 can be controlled to reduce lateral leakage. For example, for an embodiment of the BAW resonator 66 exhibiting Type II dispersion, the material stack in the outer region 92 is modified to improve energy trapping by modifying the imaginary part of the dispersion curve in the outer region 92. While engineering the material stack in the outer region 92 in this manner will alter the cutoff frequency of the outer region 92, the altered cutoff frequency of the outer region 92 will not necessarily be lower than the cutoff frequency of the active region 90, which is contrary to the conventional mass loading for Type II dispersion.

FIGS. 5A through 5E graphically illustrate a process for fabricating the BAW resonator of either FIG. 2B or FIG. 4 according to some embodiments of the present disclosure. As illustrated, the process begins with an initial structure that includes the piezoelectric layer 68, the bottom electrode 70, and, in this example, the reflector 74. Note, however, that

US 9,735,755 B2

9

the initial structure may vary depending on the particular implementation. The initial structure may be fabricated using any appropriate process.

Next, as illustrated in FIG. 5B, the top electrode 72 is provided on (e.g., formed or deposited on) the surface of the piezoelectric layer 68 opposite the bottom electrode 70. Then, in this example, the BO ring 86 is provided on the surface of the top electrode 72 opposite the piezoelectric layer 68 around the periphery of the active region 90, as illustrated in FIG. 5C. Lastly, in the embodiment of FIG. 2B, the passivation layer 88 is provided (e.g., formed or deposited) on the surface of the BAW resonator 66 in both the active region 90 and the outer region 92 such that the thickness of the passivation layer 88 in the outer region 92 is n times the thickness ($T_{PA}$) of the passivation layer 88 within the active region 90, as illustrated in FIG. 5D. More generally, the passivation layer 88 is provided in the active region 90 and the one or more material layers 94 are provided in the outer region 92 according to the embodiment of FIG. 4, as illustrated in FIG. 5E.

Those skilled in the art will recognize improvements and modifications to the preferred embodiments of the present disclosure. All such improvements and modifications are considered within the scope of the concepts disclosed herein and the claims that follow.

What is claimed is:

1. A Bulk Acoustic Wave (BAW) resonator, comprising:
a piezoelectric layer;
a first electrode on a first surface of the piezoelectric layer;
a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;
a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and
one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein:
n is a value other than 1; and
n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1.

2. The BAW resonator of claim 1 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer.

3. The BAW resonator of claim 1 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.

4. The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading.

5. The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the

10

BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region.

6. The BAW resonator of claim 1 wherein the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness ($T_{PA}$) of the passivation layer in the active region.

7. The BAW resonator of claim 6 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region.

8. The BAW resonator of claim 7 wherein the piezoelectric layer is Aluminum Nitride (AlN), the first and second electrodes each comprise a Tungsten layer and an Aluminum Copper layer, and the passivation layer is Silicon Nitride (SiN).

9. A BAW resonator comprising:
a piezoelectric layer;
a first electrode on a first surface of the piezoelectric layer;
a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;
a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and
one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein:
n is a value other than 1; and
n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.

10. A method of fabricating a BAW resonator, comprising:
providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer;
providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;
providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and
providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the

**11**

outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein:

n is a value other than 1; and

n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.

**11**. A method of fabricating a Bulk Acoustic Wave (BAW) resonator, comprising:

providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer;

providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;

providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and

providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein:

n is a value other than 1; and

n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1.

**12**. The method of claim **11** wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a

**12**

manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.

**13**. The method of claim **11** further comprising providing a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading.

**14**. The method of claim **11** further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region.

**15**. The method of claim **11** wherein providing the passivation layer comprises providing the passivation layer such that the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that the thickness of the passivation layer in the outer region is the n times the thickness ($T_{PA}$) of the passivation layer in the active region.

**16**. The method of claim **15** further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region.

**17**. The method of claim **16** wherein the piezoelectric layer is Aluminum Nitride (AlN), the first and second electrodes each comprise a Tungsten layer and an Aluminum Copper layer, and the passivation layer is Silicon Nitride (SiN).

**18**. The method of claim **11** wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer.

* * * * *

# Exhibit C2

**Intrinsic Evidence:**

**U.S. Patent No. 10,256,786**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

US010256786B1

(12) **United States Patent**
Gibb et al.

(10) **Patent No.:** **US 10,256,786 B1**
(45) **Date of Patent:** **Apr. 9, 2019**

(54) **COMMUNICATION FILTER USING SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES**

(71) Applicant: **Akoustis, Inc.**, Huntsville, NC (US)

(72) Inventors: **Shawn R. Gibb**, Huntsville, NC (US); **Ramakrishna Vetury**, Charlotte, NC (US); **Jeffrey B. Shealy**, Davidson, NC (US); **Mark D. Boomgarden**, Huntsville, NC (US); **Michael P. Lewis**, Charlotte, NC (US); **Alexander Y. Feldman**, Huntsville, NC (US)

(73) Assignee: **Akoustis, Inc.**, Huntsville, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 71 days.

(21) Appl. No.: **15/647,098**

(22) Filed: **Jul. 11, 2017**

**Related U.S. Application Data**

(60) Provisional application No. 62/360,904, filed on Jul. 11, 2016.

(51) **Int. Cl.**
| | |
|---|---|
| *H03H 9/02* | (2006.01) |
| *H01L 41/04* | (2006.01) |
| *H03H 9/05* | (2006.01) |
| *H03H 9/13* | (2006.01) |
| *H01L 41/053* | (2006.01) |
| *H03H 3/02* | (2006.01) |
| *H01L 41/047* | (2006.01) |
| *H01L 41/29* | (2013.01) |

(52) **U.S. Cl.**
CPC ........... *H03H 9/02* (2013.01); *H01L 41/0477* (2013.01); *H01L 41/053* (2013.01); *H01L 41/29* (2013.01); *H03H 3/02* (2013.01); *H03H 9/02015* (2013.01); *H03H 9/0514* (2013.01); *H03H 9/133* (2013.01)

(58) **Field of Classification Search**
CPC .............................. H03H 9/02; H03H 9/02007
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,123,885 B2 * | 9/2015 | Iwamoto | .................. H03H 3/02 |
| 9,893,270 B2 * | 2/2018 | Araki | ...................... H03H 3/02 |

(Continued)

*Primary Examiner* — Dean Takaoka
*Assistant Examiner* — Alan Wong
(74) *Attorney, Agent, or Firm* — Richard T. Ogawa; Ogawa P.C.

(57) **ABSTRACT**

A communication system using a single crystal acoustic resonator device. The device includes a piezoelectric substrate with a piezoelectric layer formed overlying a thinned seed substrate. A topside metal electrode is formed overlying the substrate. A topside micro-trench is formed within the piezoelectric layer. A topside metal with a topside metal plug is formed within the topside micro-trench. First and second backside trenches are formed within the seed substrate under the topside metal electrode. A backside metal electrode is formed under the seed substrate, within the first backside trench, and under the topside metal electrode. A backside metal plug is formed under the seed substrate, within the second backside trench, and under the topside micro-trench. The backside metal plug is connected to the topside metal plug and the backside metal electrode. The topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a micro-via.

**20 Claims, 18 Drawing Sheets**



**US 10,256,786 B1**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

2005/0140247  A1 *   6/2005   Lee .......................... H03H 3/04
                                                    310/320
2010/0088868  A1 *   4/2010   Kando .................. H01L 41/257
                                                     29/25.35

* cited by examiner

QORVO_00024617



FIG. 1A



FIG. 1B

QORVO_00024618



FIG. 1C



FIG. 1D



FIG. 2



FIG. 3



FIG. 4A

QORVO_00024620



FIG. 4B



FIG. 4C

QORVO_00024621



FIG. 4D

FIG. 4E

QORVO_00024622



**FIG. 5**



**FIG. 6**

QORVO_00024623



FIG. 7



FIG. 8



FIG. 9A

U.S. Patent

Apr. 9, 2019

Sheet 8 of 18

US 10,256,786 B1



FIG. 9B



FIG. 9C

QORVO_0024625



FIG.10

FIG.11A

FIG.11B

QORVO_00024626



FIG.12A



FIG.12B



FIG.12C



FIG.12D



FIG.12E

QORVO_00024628



FIG.13

QORVO_00024629



FIG. 14A



FIG. 14B

QORVO_00024630



FIG. 14C



FIG. 14D

FIG. 14E

QORVO_00024631



FIG. 14F



FIG. 14G

QORVO_00024632



FIG. 15A



FIG. 15B

QORVO_00024633



FIG. 15C

FIG. 15D

FIG. 15E

QORVO_00024634

U.S. Patent

Apr. 9, 2019

Sheet 18 of 18

US 10,256,786 B1



FIG. 16

QORVO_0002463 5

US 10,256,786 B1

1

# COMMUNICATION FILTER USING SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES

## CROSS-REFERENCES TO RELATED APPLICATIONS

The present application claims priority to U.S. Patent Application No. 62/360,904, titled "COMMUNICATION FILTER FOR LTE BAND 41," filed Jul. 11, 2016.

## BACKGROUND OF THE INVENTION

The present invention relates generally to electronic devices. More particularly, the present invention provides techniques related to bulk acoustic wave resonator devices, single crystal bulk acoustic wave resonator devices, single crystal filter and resonator devices, and the like. Merely by way of example, the invention has been applied to a single crystal resonator device for a communication device, mobile device, computing device, among others.

Mobile telecommunication devices have been successfully deployed world-wide. Over a billion mobile devices, including cell phones and smartphones, were manufactured in a single year and unit volume continues to increase year-over-year. With ramp of 4G/LTE in about 2012, and explosion of mobile data traffic, data rich content is driving the growth of the smartphone segment—which is expected to reach 2B per annum within the next few years. Coexistence of new and legacy standards and thirst for higher data rate requirements is driving RF complexity in smartphones. Unfortunately, limitations exist with conventional RF technology that is problematic, and may lead to drawbacks in the future.

From the above, it is seen that techniques for improving electronic devices are highly desirable.

## BRIEF SUMMARY OF THE INVENTION

The present invention relates generally to electronic devices. More particularly, the present invention provides techniques related to bulk acoustic wave resonator devices, single crystal bulk acoustic wave resonator devices, single crystal filter and resonator devices, and the like. Merely by way of example, the invention has been applied to a single crystal resonator device for a communication device, mobile device, computing device, among others.

In an example, the present invention provides a communication system using a single crystal acoustic resonator device. The device includes a piezoelectric substrate with a piezoelectric layer formed overlying a thinned seed substrate. A topside metal electrode is formed overlying the substrate. A topside micro-trench is formed within the piezoelectric layer. A topside metal with a topside metal plug is formed within the topside micro-trench. First and second backside trenches are formed within the seed substrate under the topside metal electrode. A backside metal electrode is formed under the seed substrate, within the first backside trench, and under the topside metal electrode. A backside metal plug is formed under the seed substrate, within the second backside trench, and under the topside micro-trench. The backside metal plug is connected to the topside metal plug and the backside metal electrode. The topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a micro-via.

In a specific example, the communication filter can be a bandpass RF filter characterized by the following: 50Ω

2

input/output, no external matching requirement, low insertion loss, high interference rejection, −20° C. to +85° C. operation, +31 dBm absolute max input power, 2.0×1.6 mm footprint, 0.90 mm max height, RoHS 6 compliant, halogen free, and Tetrabromobisphenal A (TBBPA) free. This filter can be used in smartphones, tablets, Internet of things (IoT), and other mobile or portable communication devices. Those of ordinary skill in the art will recognize other variations, modifications, and alternatives.

One or more benefits are achieved over pre-existing techniques using the invention. In particular, the present device can be manufactured in a relatively simple and cost effective manner while using conventional materials and/or methods according to one of ordinary skill in the art. Using the present method, one can create a reliable single crystal based acoustic filter or resonator using multiple ways of three-dimensional stacking through a wafer level process. Such single crystal acoustic resonators enable high bandwidth-low loss filters in a miniature form factor, and such filters or resonators can be implemented in an RF filter device, an RF filter system, or the like. In an example, this communication filter can be a miniature filter configured for use in a 2496-2690 MHz wireless frequency spectrum. This filter can operate concurrently with adjacent 2.4 GHz bands including Wi-Fi, WLAN, Bluetooth, ISM, and the like. Depending upon the embodiment, one or more of these benefits may be achieved.

A further understanding of the nature and advantages of the invention may be realized by reference to the latter portions of the specification and attached drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

In order to more fully understand the present invention, reference is made to the accompanying drawings. Understanding that these drawings are not to be considered limitations in the scope of the invention, the presently described embodiments and the presently understood best mode of the invention are described with additional detail through use of the accompanying drawings in which:

FIG. 1A is a simplified diagram illustrating an acoustic resonator device having topside interconnections according to an example of the present invention.

FIG. 1B is a simplified diagram illustrating an acoustic resonator device having bottom-side interconnections according to an example of the present invention.

FIG. 1C is a simplified diagram illustrating an acoustic resonator device having interposer/cap-free structure interconnections according to an example of the present invention.

FIG. 1D is a simplified diagram illustrating an acoustic resonator device having interposer/cap-free structure interconnections with a shared backside trench according to an example of the present invention.

FIGS. 2 and 3 are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention.

FIG. 4A is a simplified diagram illustrating a step for a method creating a topside micro-trench according to an example of the present invention.

FIGS. 4B and 4C are simplified diagrams illustrating alternative methods for conducting the method step of forming a topside micro-trench as described in FIG. 4A.

FIGS. 4D and 4E are simplified diagrams illustrating an alternative method for conducting the method step of forming a topside micro-trench as described in FIG. 4A.

US 10,256,786 B1

3

FIGS. **5** to **8** are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention.

FIG. **9**A is a simplified diagram illustrating a method step for forming backside trenches according to an example of the present invention.

FIGS. **9**B and **9**C are simplified diagrams illustrating an alternative method for conducting the method step of forming backside trenches, as described in FIG. **9**A, and simultaneously singulating a seed substrate according to an example of the present invention.

FIG. **10** is a simplified diagram illustrating a method step forming backside metallization and electrical interconnections between top and bottom sides of a resonator according to an example of the present invention.

FIGS. **11**A and **11**B are simplified diagrams illustrating alternative steps for a method of manufacture for an acoustic resonator device according to an example of the present invention.

FIGS. **12**A to **12**E are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device using a blind via interposer according to an example of the present invention.

FIG. **13** is a simplified diagram illustrating a step for a method of manufacture for an acoustic resonator device according to an example of the present invention.

FIGS. **14**A to **14**G are simplified diagrams illustrating method steps for a cap wafer process for an acoustic resonator device according to an example of the present invention.

FIGS. **15**A-**15**E are simplified diagrams illustrating method steps for making an acoustic resonator device with shared backside trench, which can be implemented in both interposer/cap and interposer free versions, according to examples of the present invention.

FIG. **16** is a simplified block diagram illustrating a communications system using an one or more communication filter devices according to an example of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

The present invention relates generally to electronic devices. More particularly, the present invention provides techniques related to bulk acoustic wave resonator devices, single crystal bulk acoustic wave resonator devices, single crystal filter and resonator devices, and the like. Merely by way of example, the invention has been applied to a single crystal resonator device for a communication device, mobile device, computing device, among others.

FIG. **1**A is a simplified diagram illustrating an acoustic resonator device **101** having topside interconnections according to an example of the present invention. As shown, device **101** includes a thinned seed substrate **112** with an overlying single crystal piezoelectric layer **120**, which has a micro-via **129**. The micro-via **129** can include a topside micro-trench **121**, a topside metal plug **146**, a backside trench **114**, and a backside metal plug **147**. Although device **101** is depicted with a single micro-via **129**, device **101** may have multiple micro-vias. A topside metal electrode **130** is formed overlying the piezoelectric layer **120**. A top cap structure is bonded to the piezoelectric layer **120**. This top cap structure includes an interposer substrate **119** with one or more through-vias **151** that are connected to one or more top bond pads **143**, one or more bond pads **144**, and topside

4

metal **145** with topside metal plug **146**. Solder balls **170** are electrically coupled to the one or more top bond pads **143**.

The thinned substrate **112** has the first and second backside trenches **113**, **114**. A backside metal electrode **131** is formed underlying a portion of the thinned seed substrate **112**, the first backside trench **113**, and the topside metal electrode **130**. The backside metal plug **147** is formed underlying a portion of the thinned seed substrate **112**, the second backside trench **114**, and the topside metal **145**. This backside metal plug **147** is electrically coupled to the topside metal plug **146** and the backside metal electrode **131**. A backside cap structure **161** is bonded to the thinned seed substrate **112**, underlying the first and second backside trenches **113**, **114**. Further details relating to the method of manufacture of this device will be discussed starting from FIG. **2**.

FIG. **1**B is a simplified diagram illustrating an acoustic resonator device **102** having backside interconnections according to an example of the present invention. As shown, device **101** includes a thinned seed substrate **112** with an overlying piezoelectric layer **120**, which has a micro-via **129**. The micro-via **129** can include a topside micro-trench **121**, a topside metal plug **146**, a backside trench **114**, and a backside metal plug **147**. Although device **102** is depicted with a single micro-via **129**, device **102** may have multiple micro-vias. A topside metal electrode **130** is formed overlying the piezoelectric layer **120**. A top cap structure is bonded to the piezoelectric layer **120**. This top cap structure **119** includes bond pads which are connected to one or more bond pads **144** and topside metal **145** on piezoelectric layer **120**. The topside metal **145** includes a topside metal plug **146**.

The thinned substrate **112** has the first and second backside trenches **113**, **114**. A backside metal electrode **131** is formed underlying a portion of the thinned seed substrate **112**, the first backside trench **113**, and the topside metal electrode **130**. A backside metal plug **147** is formed underlying a portion of the thinned seed substrate **112**, the second backside trench **114**, and the topside metal plug **146**. This backside metal plug **147** is electrically coupled to the topside metal plug **146**. A backside cap structure **162** is bonded to the thinned seed substrate **112**, underlying the first and second backside trenches. One or more backside bond pads (**171**, **172**, **173**) are formed within one or more portions of the backside cap structure **162**. Solder balls **170** are electrically coupled to the one or more backside bond pads **171**-**173**. Further details relating to the method of manufacture of this device will be discussed from FIG. **14**A.

FIG. **1**C is a simplified diagram illustrating an acoustic resonator device having interposer/cap-free structure interconnections according to an example of the present invention. As shown, device **103** includes a thinned seed substrate **112** with an overlying single crystal piezoelectric layer **120**, which has a micro-via **129**. The micro-via **129** can include a topside micro-trench **121**, a topside metal plug **146**, a backside trench **114**, and a backside metal plug **147**. Although device **103** is depicted with a single micro-via **129**, device **103** may have multiple micro-vias. A topside metal electrode **130** is formed overlying the piezoelectric layer **120**. The thinned substrate **112** has the first and second backside trenches **113**, **114**. A backside metal electrode **131** is formed underlying a portion of the thinned seed substrate **112**, the first backside trench **113**, and the topside metal electrode **130**. A backside metal plug **147** is formed underlying a portion of the thinned seed substrate **112**, the second backside trench **114**, and the topside metal **145**. This backside metal plug **147** is electrically coupled to the topside

5

metal plug **146** and the backside metal electrode **131**. Further details relating to the method of manufacture of this device will be discussed starting from FIG. **2**.

FIG. **1**D is a simplified diagram illustrating an acoustic resonator device having interposer/cap-free structure interconnections with a shared backside trench according to an example of the present invention. As shown, device **104** includes a thinned seed substrate **112** with an overlying single crystal piezoelectric layer **120**, which has a micro-via **129**. The micro-via **129** can include a topside micro-trench **121**, a topside metal plug **146**, and a backside metal **147**. Although device **104** is depicted with a single micro-via **129**, device **104** may have multiple micro-vias. A topside metal electrode **130** is formed overlying the piezoelectric layer **120**. The thinned substrate **112** has a first backside trench **113**. A backside metal electrode **131** is formed underlying a portion of the thinned seed substrate **112**, the first backside trench **113**, and the topside metal electrode **130**. A backside metal **147** is formed underlying a portion of the thinned seed substrate **112**, the second backside trench **114**, and the topside metal **145**. This backside metal **147** is electrically coupled to the topside metal plug **146** and the backside metal electrode **131**. Further details relating to the method of manufacture of this device will be discussed starting from FIG. **2**.

FIGS. **2** and **3** are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. This method illustrates the process for fabricating an acoustic resonator device similar to that shown in FIG. **1**A. FIG. **2** can represent a method step of providing a partially processed piezoelectric substrate. As shown, device **102** includes a seed substrate **110** with a piezoelectric layer **120** formed overlying. In a specific example, the seed substrate can include silicon, silicon carbide, aluminum oxide, or single crystal aluminum gallium nitride materials, or the like. The piezoelectric layer **120** can include a piezoelectric single crystal layer or a thin film piezoelectric single crystal layer.

FIG. **3** can represent a method step of forming a top side metallization or top resonator metal electrode **130**. In a specific example, the topside metal electrode **130** can include a molybdenum, aluminum, ruthenium, or titanium material, or the like and combinations thereof. This layer can be deposited and patterned on top of the piezoelectric layer **120** by a lift-off process, a wet etching process, a dry etching process, a metal printing process, a metal laminating process, or the like. The lift-off process can include a sequential process of lithographic patterning, metal deposition, and lift-off steps to produce the topside metal layer. The wet/dry etching processes can includes sequential processes of metal deposition, lithographic patterning, metal deposition, and metal etching steps to produce the topside metal layer. Those of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an example, the method can further include forming a dielectric layer overlying the top metal electrode **130** and the piezoelectric layer **120**. This layer can include Silicon Nitride (SiN), Silicon Dioxide (SiO$_2$), or the like. In a specific example, the dielectric layer may include a stack of SiN and SiO$_2$ layers or a combination of other types of dielectric layers. Prior to the steps of FIGS. **5-8**, "vias" may be opened up to provide a path for other interconnect metals or electrodes to connect to the top metal electrode **130**. This process may also be applied to other interconnect metals and electrodes implemented on the bottom side of the acoustic resonator device as well.

6

FIG. **4**A is a simplified diagram illustrating a step for a method of manufacture for an acoustic resonator device **401** according to an example of the present invention. This figure can represent a method step of forming one or more topside micro-trenches **121** within a portion of the piezoelectric layer **120**. This topside micro-trench **121** can serve as the main interconnect junction between the top and bottom sides of the acoustic membrane, which will be developed in later method steps. In an example, the topside micro-trench **121** extends all the way through the piezoelectric layer **120** and stops in the seed substrate **110**. This topside micro-trench **121** can be formed through a dry etching process, a laser drilling process, or the like. FIGS. **4**B and **4**C describe these options in more detail.

FIGS. **4**B and **4**C are simplified diagrams illustrating alternative methods for conducting the method step as described in FIG. **4**A. As shown, FIG. **4**B represents a method step of using a laser drill, which can quickly and accurately form the topside micro-trench **121** in the piezoelectric layer **120**. In an example, the laser drill can be used to form nominal 50 um holes, or holes between 10 um and 500 um in diameter, through the piezoelectric layer **120** and stop in the seed substrate **110** below the interface between layers **120** and **110**. A protective layer **122** can be formed overlying the piezoelectric layer **120** and the topside metal electrode **130**. This protective layer **122** can serve to protect the device from laser debris and to provide a mask for the etching of the topside micro-via **121**. In a specific example, the laser drill can be an 11W high power diode-pumped UV laser, or the like. This mask **122** can be subsequently removed before proceeding to other steps. The mask may also be omitted from the laser drilling process, and air flow can be used to remove laser debris.

FIG. **4**C can represent a method step of using a dry etching process to form the topside micro-trench **121** in the piezoelectric layer **120**. As shown, a lithographic masking layer **123** can be forming overlying the piezoelectric layer **120** and the topside metal electrode **130**. The topside micro-trench **121** can be formed by exposure to plasma, or the like.

FIGS. **4**D and **4**E are simplified diagrams illustrating an alternative method for conducting the method step as described in FIG. **4**A. These figures can represent the method step of manufacturing multiple acoustic resonator devices simultaneously. In FIG. **4**D, two devices are shown on Die #1 and Die #2, respectively. FIG. **4**E shows the process of forming a micro-via **121** on each of these dies while also etching a scribe line **124** or dicing line. In an example, the etching of the scribe line **124** singulates and relieves stress in the piezoelectric single crystal layer **120**.

FIGS. **5** to **8** are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. FIG. **5** can represent the method step of forming one or more bond pads **140** and forming a topside metal **141** electrically coupled to at least one of the bond pads **140**. The topside metal **141** can include a topside metal plug **146** formed within the topside micro-trench **121**. In a specific example, the topside metal plug **146** fills the topside micro-trench **121** to form a topside portion of a micro-via.

In an example, the bond pads **140** and the topside metal **141** can include a gold material or other interconnect metal material depending upon the application of the device. These metal materials can be formed by a lift-off process, a wet etching process, a dry etching process, a screen-printing process, an electroplating process, a metal printing process, or the like. In a specific example, the deposited metal

US 10,256,786 B1

7

materials can also serve as bond pads for a cap structure, which will be described below.

In an example, the method can further include forming a dielectric layer overlying the top metal electrode **130**, the bond pad **140**, the topside metal **141**, the topside metal plug **146**, and the piezoelectric layer **120**. This layer may service as a passivation/protection layer and can include Silicon Nitride (SiN), Silicon Dioxide (SiO₂), or the like. In a specific example, the dielectric layer may include a stack of SiN and SiO₂ layers or a combination of other types of dielectric layers. Similar to before, "vias" may be opened up to provide a path for other interconnect metals or electrodes to connect to any of the above-mentioned interconnect metals, electrodes, or bond pads. This process may also be applied to other interconnect metals, electrodes, and bond pads on the bottom side of the acoustic resonator device as well.

FIG. **6** can represent a method step for preparing the acoustic resonator device for bonding, which can be a hermetic bonding. As shown, a top cap structure is positioned above the partially processed acoustic resonator device as described in the previous figures. The top cap structure can be formed using an interposer substrate **119** in two configurations: fully processed interposer version **601** (through glass via) and partially processed interposer version **602** (blind via version). In the **601** version, the interposer substrate **119** includes through-via structures **151** that extend through the interposer substrate **119** and are electrically coupled to bottom bond pads **142** and top bond pads **143**. In the **602** version, the interposer substrate **119** includes blind via structures **152** that only extend through a portion of the interposer substrate **119** from the bottom side. These blind via structures **152** are also electrically coupled to bottom bond pads **142**. In a specific example, the interposer substrate can include a silicon, glass, smart-glass, or other like material.

FIG. **7** can represent a method step of bonding the top cap structure to the partially processed acoustic resonator device. As shown, the interposer substrate **119** is bonded to the piezoelectric layer by the bond pads (**140**, **142**) and the topside metal **141**, which are now denoted as bond pad **144** and topside metal **145**. This bonding process can be done using a compression bond method or the like. FIG. **8** can represent a method step of thinning the seed substrate **110**, which is now denoted as thinned seed substrate **111**. This substrate thinning process can include grinding and etching processes or the like. In a specific example, this process can include a wafer backgrinding process followed by stress removal, which can involve dry etching, CMP polishing, or annealing processes.

FIG. **9A** is a simplified diagram illustrating a step for a method of manufacture for an acoustic resonator device **901** according to an example of the present invention. FIG. **9A** can represent a method step for forming backside trenches **113** and **114** to allow access to the piezoelectric layer from the backside of the thinned seed substrate **111**. In an example, the first backside trench **113** can be formed within the thinned seed substrate **111** and underlying the topside metal electrode **130**. The second backside trench **114** can be formed within the thinned seed substrate **111** and underlying the topside micro-trench **121** and topside metal plug **146**. This substrate is now denoted thinned substrate **112**. In a specific example, these trenches **113** and **114** can be formed using deep reactive ion etching (DRIE) processes, Bosch processes, or the like. The size, shape, and number of the trenches may vary with the design of the acoustic resonator device. In various examples, the first backside trench may be

8

formed with a trench shape similar to a shape of the topside metal electrode or a shape of the backside metal electrode. The first backside trench may also be formed with a trench shape that is different from both a shape of the topside metal electrode and the backside metal electrode.

FIGS. **9B** and **9C** are simplified diagrams illustrating an alternative method for conducting the method step as described in FIG. **9A**. Like FIGS. **4D** and **4E**, these figures can represent the method step of manufacturing multiple acoustic resonator devices simultaneously. In FIG. **9B**, two devices with cap structures are shown on Die #1 and Die #2, respectively. FIG. **9C** shows the process of forming backside trenches (**113**, **114**) on each of these dies while also etching a scribe line **115** or dicing line. In an example, the etching of the scribe line **115** provides an optional way to singulate the backside wafer **112**.

FIG. **10** is a simplified diagram illustrating a step for a method of manufacture for an acoustic resonator device **1000** according to an example of the present invention. This figure can represent a method step of forming a backside metal electrode **131** and a backside metal plug **147** within the backside trenches of the thinned seed substrate **112**. In an example, the backside metal electrode **131** can be formed underlying one or more portions of the thinned substrate **112**, within the first backside trench **113**, and underlying the topside metal electrode **130**. This process completes the resonator structure within the acoustic resonator device. The backside metal plug **147** can be formed underlying one or more portions of the thinned substrate **112**, within the second backside trench **114**, and underlying the topside micro-trench **121**. The backside metal plug **147** can be electrically coupled to the topside metal plug **146** and the backside metal electrode **131**. In a specific example, the backside metal electrode **130** can include a molybdenum, aluminum, ruthenium, or titanium material, or the like and combinations thereof. The backside metal plug can include a gold material, low resistivity interconnect metals, electrode metals, or the like. These layers can be deposited using the deposition methods described previously.

FIGS. **11A** and **11B** are simplified diagrams illustrating alternative steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. These figures show methods of bonding a backside cap structure underlying the thinned seed substrate **112**. In FIG. **11A**, the backside cap structure is a dry film cap **161**, which can include a permanent photo-imageable dry film such as a solder mask, polyimide, or the like. Bonding this cap structure can be cost-effective and reliable, but may not produce a hermetic seal. In FIG. **11B**, the backside cap structure is a substrate **162**, which can include a silicon, glass, or other like material. Bonding this substrate can provide a hermetic seal, but may cost more and require additional processes. Depending upon application, either of these backside cap structures can be bonded underlying the first and second backside vias.

FIGS. **12A** to **12E** are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. More specifically, these figures describe additional steps for processing the blind via interposer "**602**" version of the top cap structure. FIG. **12A** shows an acoustic resonator device **1201** with blind vias **152** in the top cap structure. In FIG. **12B**, the interposer substrate **119** is thinned, which forms a thinned interposer substrate **118**, to expose the blind vias **152**. This thinning process can be a combination of a grinding process and etching process as described for the thinning of the seed substrate. In FIG. **12C**, a redistribution

QORVO_00024639

US 10,256,786 B1

**9**

layer (RDL) process and metallization process can be applied to create top cap bond pads **160** that are formed overlying the blind vias **152** and are electrically coupled to the blind vias **152**. As shown in FIG. **12**D, a ball grid array (BGA) process can be applied to form solder balls **170** overlying and electrically coupled to the top cap bond pads **160**. This process leaves the acoustic resonator device ready for wire bonding **171**, as shown in FIG. **12**E.

FIG. **13** is a simplified diagram illustrating a step for a method of manufacture for an acoustic resonator device according to an example of the present invention. As shown, device **1300** includes two fully processed acoustic resonator devices that are ready to singulation to create separate devices. In an example, the die singulation process can be done using a wafer dicing saw process, a laser cut singulation process, or other processes and combinations thereof.

FIGS. **14**A to **14**G are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. This method illustrates the process for fabricating an acoustic resonator device similar to that shown in FIG. **1**B. The method for this example of an acoustic resonator can go through similar steps as described in FIGS. **1**-**5**. FIG. **14**A shows where this method differs from that described previously. Here, the top cap structure substrate **119** and only includes one layer of metallization with one or more bottom bond pads **142**. Compared to FIG. **6**, there are no via structures in the top cap structure because the interconnections will be formed on the bottom side of the acoustic resonator device.

FIGS. **14**B to **14**F depict method steps similar to those described in the first process flow. FIG. **14**B can represent a method step of bonding the top cap structure to the piezoelectric layer **120** through the bond pads (**140, 142**) and the topside metal **141**, now denoted as bond pads **144** and topside metal **145** with topside metal plug **146**. FIG. **14**C can represent a method step of thinning the seed substrate **110**, which forms a thinned seed substrate **111**, similar to that described in FIG. **8**. FIG. **14**D can represent a method step of forming first and second backside trenches, similar to that described in FIG. **9**A. FIG. **14**E can represent a method step of forming a backside metal electrode **131** and a backside metal plug **147**, similar to that described in FIG. **10**. FIG. **14**F can represent a method step of bonding a backside cap structure **162**, similar to that described in FIGS. **11**A and **11**B.

FIG. **14**G shows another step that differs from the previously described process flow. Here, the backside bond pads **171, 172**, and **173** are formed within the backside cap structure **162**. In an example, these backside bond pads **171**-**173** can be formed through a masking, etching, and metal deposition processes similar to those used to form the other metal materials. A BGA process can be applied to form solder balls **170** in contact with these backside bond pads **171**-**173**, which prepares the acoustic resonator device **1407** for wire bonding.

FIGS. **15**A to **15**E are simplified diagrams illustrating steps for a method of manufacture for an acoustic resonator device according to an example of the present invention. This method illustrates the process for fabricating an acoustic resonator device similar to that shown in FIG. **1**B. The method for this example can go through similar steps as described in FIG. **1**-**5**. FIG. **15**A shows where this method differs from that described previously. A temporary carrier **218** with a layer of temporary adhesive **217** is attached to the

**10**

substrate. In a specific example, the temporary carrier **218** can include a glass wafer, a silicon wafer, or other wafer and the like.

FIGS. **15**B to **15**F depict method steps similar to those described in the first process flow. FIG. **15**B can represent a method step of thinning the seed substrate **110**, which forms a thinned substrate **111**, similar to that described in FIG. **8**. In a specific example, the thinning of the seed substrate **110** can include a back side grinding process followed by a stress removal process. The stress removal process can include a dry etch, a Chemical Mechanical Planarization (CMP), and annealing processes.

FIG. **15**C can represent a method step of forming a shared backside trench **113**, similar to the techniques described in FIG. **9**A. The main difference is that the shared backside trench is configured underlying both topside metal electrode **130**, topside micro-trench **121**, and topside metal plug **146**. In an example, the shared backside trench **113** is a backside resonator cavity that can vary in size, shape (all possible geometric shapes), and side wall profile (tapered convex, tapered concave, or right angle). In a specific example, the forming of the shared backside trench **113** can include a litho-etch process, which can include a back-to-front alignment and dry etch of the backside substrate **111**. The piezoelectric layer **120** can serve as an etch stop layer for the forming of the shared backside trench **113**.

FIG. **15**D can represent a method step of forming a backside metal electrode **131** and a backside metal **147**, similar to that described in FIG. **10**. In an example, the forming of the backside metal electrode **131** can include a deposition and patterning of metal materials within the shared backside trench **113**. Here, the backside metal **131** serves as an electrode and the backside plug/connect metal **147** within the micro-via **121**. The thickness, shape, and type of metal can vary as a function of the resonator/filter design. As an example, the backside electrode **131** and via plug metal **147** can be different metals. In a specific example, these backside metals **131, 147** can either be deposited and patterned on the surface of the piezoelectric layer **120** or rerouted to the backside of the substrate **112**. In an example, the backside metal electrode may be patterned such that it is configured within the boundaries of the shared backside trench such that the backside metal electrode does not come in contact with one or more side-walls of the seed substrate created during the forming of the shared backside trench.

FIG. **15**E can represent a method step of bonding a backside cap structure **162**, similar to that described in FIGS. **11**A and **11**B, following a de-bonding of the temporary carrier **218** and cleaning of the topside of the device to remove the temporary adhesive **217**. Those of ordinary skill in the art will recognize other variations, modifications, and alternatives of the methods steps described previously.

According to an example, the present invention includes a method for forming a piezoelectric layer to fabricate an acoustic resonator device. More specifically, the present method includes forming a single crystal material to be used to fabricate the acoustic resonator device. By modifying the strain state of the III-Nitride (III-N) crystal lattice, the present method can change the piezoelectric properties of the single crystal material to adjust the acoustic properties of subsequent devices fabricated from this material. In a specific example, the method for forming the strained single crystal material can include modification of growth conditions of individual layers by employing one or a combination of the following parameters; gas phase reactant ratios, growth pressure, growth temperature, and introduction of impurities.

QORVO_00024640

US 10,256,786 B1

11

In an example, the single crystal material is grown epitaxially upon a substrate. Methods for growing the single crystal material can include metal-organic chemical vapor deposition (MOCVD), molecular beam epitaxy (MBE), hydride vapor phase epitaxy (HVPE), atomic layer deposition (ALD), or the like. Various process conditions can be selectively varied to change the piezoelectric properties of the single crystal material. These process conditions can include temperature, pressure, layer thickness, gas phase ratios, and the like. For example, the temperature conditions for films containing aluminum (Al) and gallium (Ga) and their alloys can range from about 800 to about 1500 degrees Celsius. The temperature conditions for films containing Al, Ga, and indium (In) and their alloys can range from about 600 to about 1000 degrees Celsius. In another example, the pressure conditions for films containing Al, Ga, and In and their alloys can range from about 1E-4 Torr to about 900 Torr.

FIG. 16 is a simplified block diagram illustrating a communications system using an one or more communication filter devices according to an example of the present invention. As shown, communications system 1600 includes an antenna 1610 connected in series to a switch bank 1620 and filter (or bank of filters) 1630. This filter 1630 is connected to a pair of switches (or switch banks) 1641, 1642. The first switch 1641 is connected to a power amplifier (or bank of PA's) 1650, while the second switch 1642 is connected to a low noise amplifier (or bank of LNA's) 1660. This system 1600 is configured for both transmit and receive paths.

In a communications system, filters are required in both the transmit and receive paths. However, these paths can be implemented separately or together, i.e., a transceiver chip. Depending on the complexity of the system architecture, switches or banks of switches can be used to control the signal flow through different paths both in and out. Generally, any of the filters 1630 that is electrically connected to the antenna 1610 and a PA 1650 is configured for the transmit side, while any of the filters 1630 that is electrically

12

connected to the antenna 1610 and an LNA 1660 is configured for the receive side. The number of filters and switches can vary depending on the number of bands supported and other tradeoffs. Those of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an example, the duplexers and filters module 1620 can include one or more single crystal acoustic resonators devices. Each of these device can include a piezoelectric substrate with a piezoelectric layer formed overlying a thinned seed substrate. A topside metal electrode is formed overlying the substrate. A topside micro-trench is formed within the piezoelectric layer. A topside metal with a topside metal plug is formed within the topside micro-trench. First and second backside trenches are formed within the seed substrate under the topside metal electrode. A backside metal electrode is formed under the seed substrate, within the first backside trench, and under the topside metal electrode. A backside metal plug is formed under the seed substrate, within the second backside trench, and under the topside micro-trench. The backside metal plug is connected to the topside metal plug and the backside metal electrode. The topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a micro-via.

In a specific example, the communication filter can be a bandpass RF filter characterized by the following: 50Ω input/output, no external matching requirement, low insertion loss, high interference rejection, −20° C. to +85° C. operation, +31 dBm absolute max input power, 2.0×1.6 mm footprint, 0.90 mm max height, RoHS 6 compliant, halogen free, and Tetrabromobisphenal A (TBBPA) free. This filter can be used in smartphones, tablets, Internet of things (IoT), and other mobile or portable communication devices. Those of ordinary skill in the art will recognize other variations, modifications, and alternatives.

The following table provides the electrical specifications for a communication filter according to an example of the present invention:

| SPECIFICATIONS | | | | | |
|---|---|---|---|---|---|
| Electrical Specifications[1], $Z_0$ = 50 Ω, $T_r$[2] −20° C. to +85° C., unless otherwise specified | | | | | |
| Symbol | Parameter | Units | Min. | Typ.[3] | Max. |
| S21 | Insertion Loss, Band 41 | dB | | | |
| | 2496-2500 MHz (+25° C.) | | | 2.8 | |
| | 2496-2500 MHz (−20° C. to −5° C.) | | | | 3.9 |
| | 2496-2500 MHz (−5° C. to +85° C.) | | | | 3.7 |
| | 2500-2520 MHz (+25° C.) | | | 2.4 | 3.3 |
| | 2500-2520 MHz (−20° C. to +85° C.) | | | | 3.8 |
| | 2520-2680 MHz (+25° C.) | | | 2.0 | 3.0 |
| | 2520-2680 MHz (−20° C. to +85° C.) | | | | 3.2 |
| | 2680-2690 MHz (+25° C.) | | | 2.2 | 3.6 |
| | 2680-2690 MHz (−20° C. to +85° C.) | | | | 3.8 |
| S21 | Attenuation, 0-699 MHz | dB | 35 | 76 | |
| S21 | Attenuation, 699-916 MHz | dB | 35 | 56 | |
| S21 | Attenuation, 916-1348 MHz | dB | 25 | 47 | |
| S21 | Attenuation, 1248-1565 MHz | dB | 25 | 35 | |
| S21 | Attenuation, 1565-1615 MHz | dB | 30 | 40 | |
| S21 | Attenuation, 1615-1660 MHz | dB | 25 | 34 | |
| S21 | Attenuation, 1660-1750 MHz | dB | 18 | 27 | |
| S21 | Attenuation, 1750-2400 MHz | dB | 12 | 22 | |
| S21 | Attenuation, Wi-Fi 802.11 b/g/n Band[4] | dB | | | |
| | 2401-2453 MHz (Wi-Fi Ch 1-7) | | 35 | 45 | |
| | 2436-2468 MHz (Wi-Fi Ch 8-10) | | 35 | 44 | |
| | 2451-2473 MHz (Wi-Fi Ch 11) | | 30 | 44 | |
| | 2456-2478 MHz (Wi-Fi Ch 12) | | — | 30 | |
| | 2461-2483 MHz (Wi-Fi Ch 13) | | — | 18 | |
| S21 | Attenuation, 2750-2850 MHz | dB | 20 | 37 | |
| S21 | Attenuation, 2850-3000 MHz | dB | 18 | 28 | |

US 10,256,786 B1

13

14

-continued

SPECIFICATIONS
Electrical Specifications[1], $Z_0$ = 50 Ω, $T_c$[2] −20° C. to +85° C., unless otherwise specified

| Symbol | Parameter | Units | Min. | Typ.[3] | Max. |
|--------|-----------|-------|------|---------|------|
| S21 | Attenuation, 3000-4992 MHz | dB | 20 | 27 | |
| S21 | Attenuation, 4992-5380 MHz | dB | 24 | 32 | |
| S21 | Attenuation, 5380-7488 MHz | dB | 20 | 32 | |
| S21 | Attenuation, 7488-8070 MHz | dB | 20 | 30 | |
| S11, | Return Loss (SWR), 2496-2690 MHz | dB | 8 | 16 | (2.3) |
| S22 | | | | (1.4) | |

Notes:
[1]Min./Max. specifications are guaranteed at the indicated temperature, unless otherwise noted.
[2]TC is the case temperature and is defined as the temperature of the underside of the filter where it makes contact with the circuit board.
[3]Typical data is the average value (arithmetic mean) of the parameter over the indicated band at +25° C.
[4]Wi-Fi Channel Average Attenuation, which is obtained by averaging |S21| over the center 19 MHz of the channels and converting to dB value.

The following table provides the absolute maximum ratings for a communication filter according to an example of the present invention:

ABSOLUTE MAXIMUM RATINGS[1]

| Parameter | Unit | Value |
|-----------|------|-------|
| Storage temperature | °C. | −40 to +125 |
| Maximum RF Input Power to Pin 1 (Tx)[2] | dBm | +31 |
| Maximum DC Voltage, any Pin to Gnd or between Pins[3] | $V_{DC}$ | 0 |

Notes:
[1]Operation in excess of any one of these conditions may result in permanent damage to the device.
[2]The ACPF-7141 is not symmetrical. Pin 1 is designed for higher power handling and is intended to be connected to the Tx blocks with Pin 2 connected to the system antenna.
[3]Internal DC resistance of any port to ground or between ports is approximately a short circuit.

The following table provides the maximum recommended operating conditions for a communication filter according to an example of the present invention:

MAXIMUM RECOMMENDED OPERATING CONDITIONS[4]

| Parameter | Unit | Value |
|-----------|------|-------|
| Operating temperature, TC[5] | °C. | −30 to +85 |

Notes:
[4]The device will function over the recommended range without degradation in reliability or permanent change in performance, but is not guaranteed to meet electrical specifications.
[5]TC is defined as case temperature, the temperature of the underside of the filter where it makes contact with the circuit board.

One or more benefits are achieved over pre-existing techniques using the invention. In particular, the present device can be manufactured in a relatively simple and cost effective manner while using conventional materials and/or methods according to one of ordinary skill in the art. Using the present method, one can create a reliable single crystal based acoustic filter or resonator using multiple ways of three-dimensional stacking through a wafer level process. Such single crystal acoustic resonators enable high bandwidth-low loss filters in a miniature form factor, and such filters or resonators can be implemented in an RF filter device, an RF filter system, or the like. In an example, this communication filter can be a miniature filter configured for use in a 2496-2690 MHz wireless frequency spectrum. This filter can operate concurrently with adjacent 2.4 GHz filters including Wi-Fi, WLAN, Bluetooth, ISM, and the like. Depending upon the embodiment, one or more of these benefits may be achieved.

While the above is a full description of the specific embodiments, various modifications, alternative constructions and equivalents may be used. As an example, the packaged device can include any combination of elements described above, as well as outside of the present specification. As used herein, the term "substrate" can mean the bulk substrate or can include overlying growth structures such as an aluminum, gallium, or ternary compound of aluminum and gallium and nitrogen containing epitaxial region, or functional regions, combinations, and the like. Therefore, the above description and illustrations should not be taken as limiting the scope of the present invention which is defined by the appended claims.

What is claimed is:

1. A communication filter device comprising:
a piezoelectric substrate having a substrate surface region, the piezoelectric substrate having a piezoelectric layer formed overlying a thinned seed substrate;
a topside metal electrode formed overlying a portion of the substrate surface region;
a topside micro-trench formed within a portion of the piezoelectric layer;
one or more bond pads formed overlying one or more portions of the piezoelectric layer;
a topside metal having a topside metal plug formed within the topside micro-trench and electrically coupled to at least one of the bond pads;
a first backside trench formed within the thinned seed substrate and underlying the topside metal electrode;
a second backside trench formed within the thinned seed substrate and underlying the topside micro-trench;
a backside metal electrode formed underlying one or more portions of the thinned seed substrate, within the first backside trench, and underlying the topside metal electrode; and
a backside metal plug formed underlying one or more portions of the thinned seed substrate, within the second backside trench, and underlying the topside micro-trench, the backside metal plug being electrically coupled to the topside metal plug and the backside metal electrode, wherein the topside micro-trench, the topside metal plug, the second backside trench, and backside metal plug form a micro-via.

2. The device of claim 1 wherein the seed substrate includes silicon, silicon carbide, aluminum oxide, or single crystal aluminum gallium nitride materials.

3. The device of claim 1 wherein the topside and backside metal electrodes include molybdenum, aluminum, ruthenium, or titanium materials, or combinations thereof; and

US 10,256,786 B1

15

wherein the topside metal, the topside metal plug, and the backside metal plug includes gold materials or other interconnect materials.

**4**. The device of claim **1** further comprising a top cap structure bonded to the piezoelectric substrate, the top cap structure including an interposer substrate with one or more through-via structures electrically coupled to one or more top bond pads and one or more bottom bond pads;

wherein the one or more bottom bond pads are electrically coupled to the one or more bond pads and the topside metal;

further comprising a backside cap structure bonded to the thinned seed substrate, the backside cap structure underlying the first and second backside trenches; and

further comprising one or more solder balls formed overlying the one or more top bond pads.

**5**. The device of claim **4** wherein the backside cap structure includes a seed substrate, a glass substrate, or an interposer substrate.

**6**. The device of claim **1** wherein the first backside trench has a trench shape similar to a shape of the topside metal electrode; or

wherein the first backside trench has a trench shape similar to a shape of the backside metal electrode.

**7**. The device of claim **1** wherein the first backside trench has a trench shape different from both a shape of the topside metal electrode and the backside metal electrode.

**8**. A communication filter device comprising:

a piezoelectric substrate having a substrate surface region, the piezoelectric substrate having a piezoelectric layer formed overlying a thinned seed substrate;

a topside metal electrode formed overlying a portion of the substrate surface region;

a topside micro-trench formed within a portion of the piezoelectric layer;

one or more bond pads formed overlying one or more portions of the piezoelectric layer;

a topside metal having a topside metal plug formed within the topside micro-trench and electrically coupled to at least one of the bond pads;

a thinned top cap structure bonded to the piezoelectric substrate, the thinned top cap structure including an interposer substrate with one or more blind via structures electrically coupled to one or more bottom bond pads, wherein the one or more blind via structures are exposed;

wherein the one or more bottom bond pads are electrically coupled to the one or more bond pads and the topside metal;

a first backside trench formed within the thinned seed substrate and underlying the topside metal electrode;

a second backside trench formed within the thinned seed substrate and underlying the topside micro-trench;

a backside metal electrode formed underlying one or more portions of the thinned seed substrate, within the first backside trench, and underlying the topside metal electrode;

a backside metal plug formed underlying one or more portions of the thinned seed substrate, within the second backside trench, and underlying the topside micro-trench, the backside metal plug being electrically coupled to the topside metal plug and the backside metal electrode, wherein the topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a micro-via;

16

a backside cap structure bonded to the thinned seed substrate, the backside cap structure underlying the first and second backside trenches;

one or more top bond pads formed overlying and electrically coupled to the one or more blind vias; and

one or more solder balls formed overlying the one or more top bond pads.

**9**. The device of claim **8** wherein the seed substrate includes silicon, silicon carbide, aluminum oxide, or single crystal aluminum gallium nitride materials.

**10**. The device of claim **8** wherein the topside and backside metal electrodes include molybdenum, aluminum, ruthenium, or titanium materials, or combinations thereof; and wherein the topside metal, the topside metal plug, and the backside metal plug include gold materials or other interconnect materials.

**11**. The device of claim **8** wherein the backside cap structure includes a seed substrate, a glass substrate, or a interposer substrate.

**12**. A communication filter device comprising:

a piezoelectric substrate having a substrate surface region, the piezoelectric substrate having a piezoelectric layer formed overlying a thinned seed substrate;

a topside metal electrode formed overlying a portion of the substrate surface region;

a topside micro-trench formed within a portion of the piezoelectric layer;

one or more bond pads formed overlying one or more portions of the piezoelectric layer;

a topside metal having a topside metal plug formed within the topside micro-trench and electrically coupled to at least one of the bond pads;

a top cap structure bonded to the piezoelectric substrate, the top cap structure including a substrate with one or more bottom bond pads;

wherein the one or more bottom bond pads are electrically coupled to the one or more bond pads and the topside metal;

a first backside trench formed within the thinned seed substrate and underlying the topside metal electrode;

a second backside trench formed within the thinned seed substrate and underlying the topside micro-trench;

a backside metal electrode formed underlying one or more portions of the thinned seed substrate, within the first backside trench, and underlying the topside metal electrode;

a backside metal plug formed underlying one or more portions of the thinned seed substrate, within the second backside trench, and underlying the topside micro-trench, the bottom topside metal plug being electrically coupled to the topside metal plug, wherein the topside micro-trench, the topside metal plug, the second backside trench, and the backside metal plug form a microvia;

a backside cap structure bonded to the thinned seed substrate, the backside cap structure underlying the first and second backside trenches;

one or more backside bond pads formed within one or more portions of the backside cap structure, the one or more of the backside bond pads being electrically coupled to the backside metal plug; and

one or more solder balls formed underlying the one or more backside bond pads.

**13**. The device of claim **11** wherein the seed substrate includes silicon, silicon carbide, aluminum oxide, or single crystal aluminum gallium nitride materials.

17

**14**. The device of claim **11** wherein the topside and backside metal electrodes include molybdenum, aluminum, ruthenium, or titanium materials, or combinations thereof; and wherein the topside metal, the topside metal plug, and the backside metal plug include gold materials or other interconnect materials.

**15**. The device of claim **11** wherein the backside cap structure includes a silicon substrate, a glass substrate, or a smart-glass substrate.

**16**. A communication filter device comprising:

a piezoelectric substrate having a substrate surface region, the piezo electric substrate having a piezoelectric layer formed overlying a thinned seed substrate;

a topside metal electrode formed overlying a portion of the substrate surface region;

a topside micro-trench formed within a portion of the piezoelectric layer;

one or more bond pads formed overlying one or more portions of the piezoelectric layer;

a topside metal having a topside metal plug formed within the topside micro-trench and electrically coupled to at least one of the bond pads;

a shared backside trench formed within the thinned seed substrate and underlying the topside metal electrode and the topside micro-trench;

a backside metal electrode formed underlying one or more portions of the thinned seed substrate, within the shared backside trench, and underlying the topside metal electrode; and

18

a backside metal formed underlying one or more portions of the thinned seed substrate, within the shared backside trench, and underlying the topside micro-trench, the backside metal being electrically coupled to the topside metal plug and the backside metal electrode, wherein the topside micro-trench, the topside metal plug, and the backside metal form a micro-via.

**17**. The device of claim **16** wherein the seed substrate includes silicon, silicon carbide, aluminum oxide, or single crystal aluminum gallium nitride materials.

**18**. The device of claim **16** wherein the topside and backside metal electrodes include molybdenum, aluminum, ruthenium, or titanium materials, or combinations thereof; and wherein the topside metal, the topside metal plug, and the backside metal plug includes gold materials or other interconnect materials.

**19**. The device of claim **16** further comprising a backside cap structure bonded to the thinned seed substrate, the backside cap structure underlying the shared backside trench, wherein the backside cap structure includes a seed substrate, a glass substrate, or an interposer substrate.

**20**. The device of claim **16** wherein the backside metal electrode is patterned within the boundaries of the shared backside trench such that the backside metal electrode does not come in contact with one or more side-walls of the seed substrate created during the forming of the shared backside trench.

\*    \*    \*    \*    \*

QORVO_00024644

# Exhibit C3

**Intrinsic Evidence:**

**Excerpts from the file history for U.S.**

**Patent No. 10,256,786**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)



8173292

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*October 27, 2021*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *14/876,426*
**FILING DATE:** *October 06, 2015*
**PATENT NUMBER:** *9735755*
**ISSUE DATE:** *August 15, 2017*

Certified by

Performing the Functions and Duties of the
Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office

Application/Control Number: 14/876,426                                         Page 4

Art Unit: 2842

only consist of the passivation layer? Note that "consist" is closed ended, thus in light of the specification

it is unclear if the claim intends to recite that the "one or more material layer" consist of only the

passivation layer or does the claim intend to recite that the "one or more material layer" also comprises

the passivation layer?. Clarification is required. For the purpose of examination the examiner for claims 6

and 15 will interpret that the "one or more material layers" consist of only the passivation layer.


### Claim Rejections - 35 USC § 102

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for

the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
> (a)(1) the claimed invention was patented, described in a printed publication, or in public use,
> on sale or otherwise available to the public before the effective filing date of the claimed
> invention.

**Claims 1, 6, 10 and 15 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by Umeda et al**

**(US2013/0127300 A1).**

Note: that examiner interprets "$n$" as <u>any</u> number that is larger than or less than 1 in which n does

not have to be an integer.


Regarding **claims 1 and 10**, Umeda et al. teaches in annotated Figure 12 below a Bulk Acoustic

Wave (BAW) resonator (51) comprising:

A piezoelectric layer (6);

A first electrode (5) on a first surface of the piezoelectric layer (6);

A second electrode (7) on a second surface of the piezoelectric layer opposite the first electrode

on the first surface of the piezoelectric layer;

An insulating layer (52) (i.e. corresponding to the claimed "passivation layer") on a surface of the

second electrode opposite the piezoelectric within an active region (Annotated Region A) of the BAW

resonator, the passivation layer (52) layer having a thickness (Annotated Element B) within the active

region of the BAW resonator;

Application/Control Number: 14/876,426                                                    Page 5

Art Unit: 2842

The passivation layer (i.e. corresponding to the claimed "one or more material layers") also extends on the second surface of the piezoelectric layer adjacent to the second electrode (7) in an outer region (Annotated Region C) of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region (Annotated Region A) of the BAW resonator in which the passivation layer (i.e. "one or more material layers") having a thickness that is n times the thickness of the passivation layer within the active region, where n is a value less than 1 since the thickness of the passivation layer outside the active region (in Annotated Region C) is less than the thickness of the passivation inside the active region (in Annotated Region A).

Regarding **claims 6 and 15**, based on annotated Figure 12, the "one or more material layers" only consist of the passivation layer (52) in the outer region of the BAW resonator (Annotated Region C) in which the thickness of the passivation layer in the outer region is n time less than the thickness of the passivation layer in the active region (Annotated Region A).



FIG. 12

Application/Control Number: 14/876,426                                                          Page 6

Art Unit: 2842

**Claims 1, 9, 10 and 18 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by Bouche et al**

**(USPAT 7,612,488 B1).**

Note: that examiner interprets "n" as any number that is larger than or less than 1 in which n does

not have to be an integer.

Regarding **claims 1 and 10**, Bouche et al. teaches in annotated Figure 14 below a Bulk Acoustic

Wave (BAW) resonator comprising:

A piezoelectric layer (140);

A first electrode (152) on a first surface of the piezoelectric layer (140);

A second electrode (130) on a second surface of the piezoelectric layer opposite the first

electrode on the first surface of the piezoelectric layer;

A passivation layer (156) on a surface of the second electrode opposite the piezoelectric within

an active region (Annotated Region D) of the BAW resonator, the passivation layer (156) layer having a

thickness (Annotated Element E) within the active region of the BAW resonator;

A first (162) and second (164) interconnection layer (corresponding to the claimed "one or more

material layers") is also located on the second surface of the piezoelectric layer adjacent to the second

electrode (152) in an outer region (Annotated Region F) of the BAW resonator, the outer region of the

BAW resonator being a region outside of the active region (Annotated Region D) of the BAW resonator in

which the first (162) and second (164) interconnection layer (i.e. "one or more material layers") has a

thickness that is n times the thickness of the passivation layer within the active region, where n is a value

greater than 1 since the thickness of the one or more materials outside the active region (in Annotated

Region F) is greater than the thickness of the passivation inside the active region (in Annotated Region

D).

Regarding **claims 9 and 18**, based on annotated Figure 14, the one or more material layers

(162,164) in annotated region F excludes the passivation layer (156) material.

Application/Control Number: 14/876,426

Page 7

Art Unit: 2842



## Fig. 14

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

**Claims 4, 5, 7, 13, 14 and 16 are rejected under 35 U.S.C. 103 as being unpatentable over Umeda et al (US2013/0127300 A1) in view of Misu et al. (US 2002/0014808 A1).**

As discussed above, Umeda et al. discloses the claimed invention as stated above. However Umeda et al. does not teach: in regards to **claims 4 and 13** "further comprising <u>a border ring</u> around a

Attorney Docket No. 2867-1884                    Application No. 14/876,426

**In the Claims:**

1.     (Currently Amended) A Bulk Acoustic Wave (BAW) resonator, comprising:

a piezoelectric layer;

a first electrode on a first surface of the piezoelectric layer;

a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;

a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and

one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein:

n is a value other than 1; and

n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1.

2.     Cancelled

3.     (Original) The BAW resonator of claim 1 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.

4.     (Original) The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading.

3

QORVO_00000381