# Exhibit D1

**Extrinsic Evidence:**

**Excerpts from Dr. Clark Nguyen's Initial Claim**

**Construction Expert Report and Declaration, dated**

**July 11, 2022**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis,* C.A. No. 21-1417 (JPM)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417-JPM |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## INITIAL CLAIM CONSTRUCTION EXPERT REPORT AND DECLARATION BY DR. CLARK NGUYEN

### I.      INTRODUCTION

Pursuant to the Court's Scheduling Order and the Local Patent Rule 4.3 for the Western

District of Tennessee ("LPRs" or "Local Patent Rules"), Defendants Akoustis Technologies, Inc.

and Akoustis, Inc. (collectively, "Defendants" or "Akoustis") hereby submit the Expert Report

and Declaration of Dr. Clark Nguyen ("Dr. Nguyen") in support of Akoustis' Preliminary Claim

Construction and Evidence under LPR 4.2 as to United States Patent Nos. 7,522,018 (the "'018

Patent") and 9,735,755 (the "'755 Patent") (collectively, the "Asserted Patents" or "Patents-in-

Suit").  Qorvo asserts that Akoustis infringes claims 1-6, 10, and 12-14 of the '018 Patent and

claims 1-7, 9-16, and 18 of the '755 Patent (collectively, the "Asserted Claims").  Qorvo also

alleges that Akoustis falsely marks its accused RF filter products as practicing U.S. Patent No.

10,256,786 ('the '786 Patent').

This report is based on information currently available to Akoustis and Dr. Nguyen.  The

parties have not completed discovery and Akoustis has not yet received any Qorvo expert report

relating to claim construction.  Akoustis and Dr. Nguyen therefore reserves the right to revise,

4875-5086-7240.v1

used consistently throughout the patent." *Id.* (internal citation omitted). It is likewise true that "[d]ifferences among claims can also be a useful guide. . . . For example, the presence of a dependent claim that adds a particular limitation gives rise to a presumption that the limitation in question is not present in the independent claim." *Id.* at 1314-15 (internal citation omitted). The specification may also "reveal a special definition given to a claim term by the patentee that differs from the meaning it would otherwise possess. In such cases, the inventor's lexicography governs." *Id.* at 1316.

In addition to the specification, "the prosecution history can often inform the meaning of the claim language by demonstrating how the inventor understood the invention and whether the inventor limited the invention in the course of prosecution, making the claim scope narrower than it would otherwise be." *Id.* at 1317. In some cases, "the district court will need to look beyond the patent's intrinsic evidence and to consult extrinsic evidence in order to understand, for example, the background science or the meaning of a term in the relevant art during the relevant time period." *Teva Pharm. USA, Inc. v. Sandoz, Inc*., 135 S.Ct. 831, 841 (2015). Finally, "[t]he construction that stays true to the claim language and most naturally aligns with the patent's description of the invention will be, in the end, the correct construction." *Renishaw PLC v. Marposs Societa' per Azioni*, 158 F.3d 1243, 1250 (Fed. Cir. 1998).

A claim is invalid for indefiniteness if its language, when read in light of the specification and the prosecution history, "fail[s] to inform, with reasonable certainty, those skilled in the art about the scope of the invention." *Nautilus, Inc. v. Biosig Instruments, Inc*. (Nautilus II), 572 U.S. 898, 134 S.Ct. 2120, 2124 (2014). Prior to the Supreme Court's decision in *Nautilus II*, a claim was indefinite when it was "insolubly ambiguous" or "not amenable to construction." *Biosig Instruments, Inc. v. Nautilus, Inc*., 783 F.3d 1374, 1378 (Fed. Cir. 2015). In *Nautilus II*, the

8

Supreme Court observed that §112, ¶2 (now §112(b)) requires "a delicate balance." 134 S.Ct. at 2128. The Court explained that a patent must be precise enough to afford clear notice of what is claimed, thereby "appris[ing] the public of what is still open to them. Otherwise, there would be a zone of uncertainty which enterprise and experimentation may enter only at the risk of infringement claims." *Id.* at 2129 (internal quotation marks and citations omitted); *Chef America, Inc. v. Lamb-Weston, Inc.,* 358 F.3d 1371, 1374 (Fed. Cir. 2004) ("This court, however, repeatedly and consistently has recognized that courts may not redraft claims, whether to make them operable or to sustain their validity.").

## IV.   LEVEL OF ORDINARY SKILL IN THE ART

The '755 and '786 Patents concern BAW resonators as used in certain RF filters.  Based on the complexity of the technology, one of ordinary skill in the art during the time period in question would have had an undergraduate degree in electrical engineering with two to four years of experience in the technical field, or a master's degree in electrical engineering with one to two years of experience in the field; or an equivalent combination of education and experience.  I base this on my experience working with those skilled in the art in the relevant technology, my years of experience teaching those subjects, and curriculum development and administration during my teaching career.

## V.   THE '755 PATENT

### A.   Background

The '755 Patent, entitled "BAW resonator having lateral energy confinement and methods of fabrication thereof," relates to embodiments of a Bulk Acoustic Wave (BAW) resonator in which an outer region of the BAW resonator is engineered such that lateral leakage of mechanical energy from an active region of the BAW resonator is reduced or otherwise not excited. In some embodiments, a BAW resonator includes a piezoelectric layer, a first electrode

9

on a first surface of the piezoelectric layer, a second electrode on a second surface of the piezoelectric layer opposite the first electrode, and a passivation layer on a surface of the second electrode opposite the piezoelectric layer, the passivation layer having a thickness ($T_{PA}$). The BAW resonator also includes a material on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator. The additional material has a thickness that is n times the thickness ($T_{PA}$) of the passivation layer, where n is greater or less than 1.

Mechanical and acoustic resonators (FBARs and SMRs are BAW resonators) are used in circuit design to harness the equivalent electrical circuit they provide, which commonly manifests around an *LCR* circuit that derives from the motional current induced through the device by inputs across its electrodes (e.g., voltage inputs). An *LCR* circuit, sometimes interchangeably referred to as an *RLC* circuit, is a resonant circuit, which can be characterized in terms of its inductance (*L*), capacitance (*C*) and resistance (*R*).  Such circuits are commonly used in applications such as filters for use in radio frequency (RF) communications.

The motional current is the current generated by motion of the mechanical resonator that flows from one electrode to the other. A circuit designer who designs filters, oscillators, or other applications using such resonators recognizes that the motional inductance $L_{x,}$ motional capacitance $C_x$, and motional resistance $R_x$ govern important parameters impacting the design of the resonator, such as the center frequency ($f_0 = 1/(2\pi\sqrt{L_x C_x})$), the quality factor ($Q = f_0/(\text{3dB-down bandwidth})$), the 3dB-down bandwidth ($= f_0/Q$), and the electromechanical coupling ($k_t^2 \sim C_x/C_o$), where $C_o$ is the static electrode overlap capacitance. Because the motional current ultimately flows from one electrode to the other, the regions of the electrodes that generate motional current by inducing motion of the mechanical resonator define the active area of the

10

all of these combined. Second, while the '755 specification uses the same language *electrically driven* language to describe the active region (1:55), the term "electrically driven" is not a well-defined term in the art as it could mean many things and could lead to an erroneous understanding of the scope of the claim limitation.  "Electrically driven" does not describe to what degree any particular voltage is applied, nor to any specific effect of such voltage. For example, electrically driven could mean the piezoelectric is driven to vibration; or that a non-motional current is driven to flow through the capacitance between two conductive plates; or that a suspended piezoelectric layer (as in an FBAR) is driven into a flexural mode (which is not the mode of interest).  The main problem with a definition that just focuses on the drive input is that it is not enough to identify the active device. One can drive anything, including things that are not the device, so specifying the drive only does not specify the active device. Rather, one must specify the result of driving (i.e., the output, in this case the motional current, which together with the input voltage in turn specifies the equivalent circuit) to isolate the actual device.

The words "electrically driven" do not specify the result of the driving that identifies the ultimate function of the device. Instead, to be more precise, I believe the construction offered by Akoustis more accurately defines an "active region" as the "region …where a motional current density is generated" through the piezoelectric layer as described above and as further supported by extrinsic evidence.[1]  I also consider Qorvo's proposed construction to be indefinite because, as described above, it fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention.

1.      **Extrinsic Evidence Supporting Akoustis' Construction**

---

[1] For the same reasons, I agree with Akoustis' proposed construction of "outer region" over Qorvo's construction that also includes the "electrically driven" proposed construction.

ordinary meaning as understood by one of ordinary skill in the art for the reasons that follow. What a person skilled in the art is mainly concerned about is how much total energy is lost to the surroundings of the device. For a miniature device like a BAW or micromechanical resonator, the surrounding is generally the substrate on which the device is fabricated.  Energy lost to the substrate—which can be waves going into the substrate that experience dissipation in the substrate (or its mounts, adhesives, etc.)—that does not return to the resonator is energy lost, so lowers the quality factor $Q$, a very important filter or oscillator design parameter. What matters is the total energy lost to all of the surroundings, i.e., strain energy dissipation in a large area around the resonator, not just some small region(s).

The Akoustis construction is necessary because the patent claim language "density of mechanical energy in the outer region" opens too wide a possibility of regions where density can be determined. For example, in a typical scenario, there could be a small region outside the device active region where the energy density is higher than when n=1 and at the same time another small region where the energy density is lower than when n=1. The fact that there is a region where the energy density is lower does not necessarily mean the total energy lost is lower. In other words, it is possible that even where total energy in the outer region has increased, there can be a particular point where there is a reduction in energy density.  Only the total energy over the full volume can provide useful information regarding the effectiveness of any structure intended to reduce energy losses from the active device.  A more accurate measure of the total energy lost that removes some of the ambiguity of location and region and still captures the use of energy density in the claim is to get the energy density (or average energy density) over the entire outer region, which is the Akoustis construction. Because limiting the region to the outer region of the device still does not quite capture all the energy lost, a yet more accurate and useful

16

measure would be the energy density in the entire region outside the active region (not just the outer region of the device). Unfortunately, the patent claim limits the region to the "outer region of the BAW resonator", which is not entirely definite in my opinion, so flawed. One could argue that this claim should never have been allowed.

Qorvo's proposed construction as "the amount of mechanical energy from acoustic waves leaked from the active region" uses the term "leaked", which does not necessarily mean the same as "lost". A "leaked" amount of energy can be reflected and returned to the active region, in which case it is not "lost". What is important here is what energy is *lost*. Because it does not use the words "total amount", it also leaves open the flawed notion that the amount of energy can be measured at any finite point in space or in time, and not as it relates to the total energy over the full volume of the outer region.  In this regard, an amount leaked could refer to an amount of energy at a particular point in space, or at a particular point in time. Furthermore, Qorvo's proposal leaves out entirely the concept of "energy *density*," instead referring to an *amount* of energy.  An energy density is defined as an amount of energy per unit volume, just as an object's density is its mass per unit volume.  That is, energy density requires a defined volume over which the "amount" of energy is measured, and any amount without an associated volume cannot be an "energy density."   I believe such a construction would be fundamentally flawed for the above reasons and incorrect (or not true to the original claim) in the sense that it does not capture the concept of density.

1.     **Extrinsic Evidence Supporting Akoustis' Construction**

The following extrinsic evidence further supports Akoustis' proposed plain and ordinary meaning of "density of mechanical energy" as used in the '755 claims:

Bindel, D. S., Quevy, E., Koyama, Govindjee, S., Demmel, J. W., and R. T. Howe, "Anchor loss simulation in resonators," Tech. Digest, 18th IEEE Int. Conf. on Micro Electro Mechanical Systems, Jan. 30 – Feb. 3, 2005, pp. 133-136.

17

- pg. 134, col. 2: "The bending motion of the mode along with the Poisson effect induces a vertical motion in the stem which pumps displacement waves into the substrate, where they carry away the energy of the resonance." This passage (as well as the whole paper) clearly indicates that it is energy lost to the substrate that matters. Their use of a perfectly matched layer (PML) in simulation to capture all energy lost from the resonator into the substrate and surroundings indicates that it is all the energy lost to the infinite surroundings that matters to one skilled in the art.

K. Wang, A.-C. Wong, and C. T.-C. Nguyen, "VHF free-free beam high-$Q$ micromechanical resonators," *IEEE/ASME J. Microelectromech. Syst.*, vol. 9, no. 3, pp. 347-360, Sept. 2000.

- pg. 1, abstract: "The microresonators feature torsional-mode support springs that effectively isolate the resonator beam from its anchors via quarter-wavelength impedance transformations, minimizing anchor dissipation and allowing these resonators to achieve high-$Q$ with high stiffness in the VHF frequency range." This paper describes quarter-wavelength resonator support design methods to suppress anchor loss, which is loss to the substrate. Again, what matters is loss to the infinite surroundings around the resonator, not just some small region.

M. U. Demirci and C. T.-C. Nguyen, "Higher-mode free-free beam micromechanical resonators," *Proceedings,* 2003 IEEE Int. Frequency Control Symposium, Tampa, Florida, May 5-8, 2003, pp. 810-818.

- pg. 816, col. 1: "The observance of slightly higher $Q$ in the second mode design than the fundamental seems to be tied to the use of fewer support beams in the former, which suggests that vibrational energy losses to the substrate can be minimized by using fewer supports, hence, providing fewer energy-loss paths." This provides additional evidence that it is loss to the substate or to the infinite surroundings that matters. All the strain energy losses are generally integrated over a much larger region surrounding a resonator to determine its $Q$.

### D.   "[A]re not excited" [claims 3, 9, 10, 12]

| Akoustis's preliminary construction | Qorvo's preliminary construction |
|---|---|
| "[A]re not excited" means that the wavelengths do not exist in the whole volume of the active region, or otherwise indefinite. | POM. If a construction for "are not excited" is needed, it means "are not substantively created" |

Akoustis offers the proposed construction of "are not excited" as "the wavelengths *do not exist* in the whole volume of the active region." I agree with that proposed construction as the

18

from the specification what level of presence of such wavelengths would correspond to a substantial amount vs. an insubstantial amount, while it is straightforward to discern the difference between present and not present.   I also consider Qorvo's proposed construction to be indefinite because, as described above, it fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention.

I also disagree with any notion that the inability to ever achieve a total absence of the wavelengths in the whole volume of the active region justifies Qorvo's proposed construction. The fact that the inventors used the term throughout the specification absent any suggestion of a more scientifically realistic meaning does not change the plain and ordinary meaning that "not existing" means not at all.

### 1.     Extrinsic Evidence Supporting Akoustis' Construction

The scientific literature is also filled with less absolute descriptions of things, where words like "reduced" or "suppress" might be used.  By way of example only, I offer the following:

M. Akgul, A. Ozgurluk, and C. T.-C. Nguyen, "RF channel-select micromechanical disk filters—part II: demonstration," *IEEE Trans. Ultrason., Ferroelect., Freq. Contr.*, vol. 66, no. 1, pp.218-235, Jan. 2019, DOI: 10.1109/TUFFC.2018.2883296.

- Pg. 232, col.1-2: "Suppression of spurious modes often requires creative solutions that are not easily designable and that often result in unique geometries, e.g., the polygons of FBAR filter design [22]. Interestingly, the micromechanical filter design herein suffers much less from these issues, as shown in Fig. 21, which presents the terminated spectrum for the filter in Fig. 14 over a 100-MHz wide span, showing no strong spurious modes." Note how this passage is careful to use the word "suppression" to indicate that the spurious modes are not necessarily eliminated, but rather are suppressed or reduced to very small magnitudes. In addition, the phrase at the end "showing no strong spurious modes" is careful to include the word "strong" so that it maintains a non-absolute meaning. If the word "strong" were left out, then the phrase "showing no spurious modes" would mean that there are no spurious modes, i.e., none at all or zero energy in spurious modes, which is not the statement this paper would want to make. Leaving out the word "strong" would have made the statement false. Keeping it in makes it true.

20

4875-5086-7240.v1

- pg. 1406, Title: The title includes "Piezoelectric Aluminum Nitride", where the aluminum nitride in this paper is a polycrystalline material. This confirms that "piezoelectric" is used to refer to a polycrystalline material.

- pg. 1406, col. 2: "Piezoelectric materials such as aluminum nitride or quartz" is a good example of a single sentence where "piezoelectric materials" refers to both a polycrystalline material (the aluminum nitride of this paper) and a crystalline material (quartz).

## VII.   CONCLUSION

While the opinions set forth in this report are complete, I reserve the right to supplement this report and any of the opinions expressed herein, should I receive additional information or evidence that is relevant to those opinions between now and the time that I testify at deposition or trial.  Moreover, I reserve the right to serve one or more additional expert reports in this litigation if requested to do so, and I reserve the right to supplement the opinions set forth herein as part of such additional expert reports in order to account for additional information or evidence that is learned or developed before any such additional report is prepared.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and information.


Dated July 11, 2022                          Respectfully submitted,

By: _____
Clark Nguyen, PhD.


23

4875-5086-7240.v1

# Exhibit D2

**Extrinsic Evidence:**

**Excerpts from Dr. Clark Nguyen's Rebuttal Claim**

**Construction Report and Declaration,**

**dated July 29, 2022**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis,* C.A. No. 21-1417 (JPM)

DocuSign Envelope ID: 973B8555-2A7C-4FBC-B0C6-642CD7A34DD6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417-JPM |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### REBUTTAL EXPERT CLAIM CONSTRUCTION REPORT AND
### DECLARATION BY DR. CLARK NGUYEN

**I.      INTRODUCTION**

Pursuant to the Court's Scheduling Order and Local Patent Rule 4.3 for the Western

District of Tennessee ("LPRs" or "Local Patent Rules"), Defendants Akoustis Technologies, Inc.

and Akoustis, Inc. (collectively, "Defendants" or "Akoustis") hereby submit the Rebuttal Expert

Claim Construction Report and Declaration by Dr. Clark Nguyen ("Dr. Nguyen") of Dr. John C.

Bravman's Initial Claim Construction Declaration ("Bravman Decl.") dated July 11, 2022, in

support of Qorvo Inc.'s ("Qorvo") Preliminary Claim Construction and Evidence under LPR 4.2

as to United States Patent Nos. 9,735,755 (the "'755 Patent") and 10,256,786 ("the '786 Patent").

This rebuttal report is based on information currently available to Akoustis and Dr.

Nguyen.  The parties have not completed discovery and Akoustis has not yet received Dr.

Bravman's expert rebuttal report relating to claim construction.  Akoustis and Dr. Nguyen

therefore reserve the right to revise, supplement, amend, or subtract from this rebuttal report

supporting Akoustis' proposed construction based on further discovery and Qorvo's own expert

1

DocuSign Envelope ID: 973B8555-2A7C-4FBC-B0C6-642CD7A34DD6

rebuttal report to the extent one is provided.  Inclusion or omission in the report of terms,

constructions, or supporting evidence is not an admission that any particular claim term is

definite or otherwise in compliance with 35 U.S.C. § 112.  Akoustis does not contend that any

claim term is properly construed as means-plus-function under 35 U.S.C. § 112(6) or 35 U.S.C. §

112(f) and the parties have agreed that the asserted claims of United States Patent No. 7,522,018

do not require construction to resolve any presently known dispute over the terms' plain and

ordinary meaning.

  The information set forth in this rebuttal report is provided without waiving: (1) the right

to object to the use of any statement for any purpose, in this action or any other, on the grounds

of privilege, relevance, materiality, or any other appropriate grounds; (2) the right to object to

any request involving or relating to the subject matter of the statements herein; (3) the right to

revise, correct, supplement, or clarify any of the statements provided below at any time,

including at trial; or (4) any of Akoustis' claims or defenses in this litigation.

  I, Dr. Clark Nguyen, offer the following as my Rebuttal Expert Claim Construction

Report and Declaration relating to the proposed preliminary claim construction of disputed claim

terms in the above-entitled matter.  I incorporate by reference my qualifications and those

identified as the level of ordinary skill in the art detailed in my Initial Claim Construction Expert

Report and Declaration dated July 11, 2022 ("Nguyen Decl.").

## II. LEVEL OF ORDINARY SKILL IN THE ART

  Dr. Bravman identifies the level of ordinary skill in the art ("POSITA") as a person with

at least a bachelor's degree, or the equivalent degree, in electrical engineering, materials science,

physics, or a related field, and 3-5 years of experience in the research, design, or development of

thin film devices, or equivalent experience.  A person with more education and less experience

may also meet this standard.  (Bravman Decl. at ¶¶ 14-15.)  While this description of the POSITA differs slightly from mine ("undergraduate degree in electrical engineering with two to four years of experience in the technical field, or a master's degree in electrical engineering with one to two years of experience in the field"), the differences are not significant enough to impact any analysis and opinions relating to claim construction, including a POSITA's understanding of the plain and ordinary meaning of the disputed claim terms.  However, for the different disciplines needed for the application at hand, electrical engineering is perhaps the most consequential, since a person of ordinary skill in the art dealing with the subject devices should understand the purpose and use of the devices, e.g., RF filtering, meaning they should understand not only device properties, but also its response to inputs and why certain response characteristics are needed.

## III.    THE '755 PATENT

### A.    The '755 Patent's Disclosure

I incorporate by reference the '755 Patent Background section of the Nguyen Decl.

Dr. Bravman contends that "A POSITA would have understood the '755 Patent to be directed to structural configurations of BAW resonators that improve the confinement of mechanical energy therein.  *See, e.g.*, '755 Patent, 1:14-17."  (Bravman Decl. at ¶ 17.)  I do not disagree with this statement, but I point out that it is not a complete statement, since confinement is not the only issue of importance.  For example, if energy leaks out, then not all is necessarily lost, since some can come back.  Things are not as simple as this, which is why it is important to properly define terms.

Dr. Bravman contends that "It is my opinion that the intrinsic record is sufficient for a POSITA to understand the disputed terms, and that the disputed terms are used according to their

3

## V.      CONCLUSION

While the opinions set forth in this rebuttal report are complete, I reserve the right to supplement this report and any of the opinions expressed herein, should I receive additional information or evidence that is relevant to those opinions between now and the time that I testify at deposition or trial.  Moreover, I reserve the right to serve one or more additional rebuttal expert reports in this litigation if requested to do so, and I reserve the right to supplement the opinions set forth herein as part of such additional rebuttal expert reports in order to account for additional information or evidence that is learned or developed before any such additional report is prepared.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and information.

Dated July 29, 2022                          Respectfully submitted,

By _____
      Clark Nguyen, PhD.

# Exhibit D3

**Extrinsic Evidence:**

**Excerpts from the deposition transcript for the**

**August 12, 2022 deposition of**

**Dr. John Bravman**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

1             IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF DELAWARE

3        - - - - - - - - - - - - - - -  X

4        QORVO, INC.,                      :

5            Plaintiff,                    :

6                v.                        :  C.A. No.

7        AKOUSTIS TECHNOLOGIES, INC.    :  21-1417-JPM

8        and AKOUSTIS, INC.,              :

9            Defendants.                  :

10       - - - - - - - - - - - - - - -  X

11                           Remote Deposition

12                           Friday, August 12, 2022

13              Deposition via Zoom of JOHN C. BRAVMAN,

14       Ph.D., a witness herein, called for examination by

15       counsel for Defendants in the above-entitled matter,

16       pursuant to notice, the witness being duly sworn by

17       MARY GRACE CASTLEBERRY, a Notary Public in and for

18       the State of Maryland, taken at 9:02 a.m. EDT,

19       Friday, August 12, 2022, and the proceedings being

20       taken down by Stenotype by MARY GRACE CASTLEBERRY,

21       RPR, and transcribed under her direction.

22

**Page 14**

¹ specifics as to the number of times or who they were
² or why?
³      MR. QUIST: Objection. Scope.
⁴      THE WITNESS: I would be almost guessing,
⁵ Counselor. I -- when I'm first retained, I always
⁶ tell people you need to understand I'm going to tell
⁷ the truth as best I understand it, that my -- you are
⁸ retaining me for my best efforts, not for a specific
⁹ opinion that you want me to render.
¹⁰      And so I've always operated under that
¹¹ presumption and always explained that. And in some
¹² matters it's a case of not of being engaged or not
¹³ but, within the course of a continuing engagement,
¹⁴ indicating what I believe and then moving forward and
¹⁵ saying, well, I think that's wrong, I'm not going to
¹⁶ defend that opinion.
¹⁷ BY MR. FUHRER:
¹⁸      Q. But off the top of your head, you can't
¹⁹ say the number of times you've had to -- I'm going to
²⁰ use the word "disengage." Probably not the best
²¹ word -- disengage from working with a potential
²² client because you disagreed with him?

**Page 15**

¹      MR. QUIST: Objection. Scope. Relevance.
²      THE WITNESS: No, I'm sorry. I would be
³ guessing at that.
⁴ BY MR. FUHRER:
⁵      Q. In your initial report -- and you can look
⁶ at it. It's at paragraph 90. But it's just a quick
⁷ sentence and I can read the sentence if it'll
⁸ expedite things.
⁹      You say, "My work as a researcher and
¹⁰ consultant has included thin film material processing
¹¹ and analysis." Does that sound familiar?
¹²      A. Yes.
¹³      Q. Can you explain what you mean by that as
¹⁴ far as your experience?
¹⁵      A. So most of my work, but not all of it, has
¹⁶ been within the microelectronic domain. I also
¹⁷ worked in superconducting materials. I -- again,
¹⁸ most of my work involves materials in thin film form
¹⁹ as workers in this area would understand thin films.
²⁰ There is no rigid limit on thicknesses there, but
²¹ that's micron scale structures.
²²      And then in terms of the analyses, these

**Page 16**

¹ were electron optical, x-ray-based and
² micromechanical-based techniques for the most part.
³      Q. And have you ever been disqualified as an
⁴ expert over the years of being identified as a
⁵ testifying expert related to patent matters?
⁶      A. Once, because my attorney turned in a
⁷ prior copy of my CV and the date was wrong and the
⁸ judge sided with -- I don't know what the right
⁹ phrase -- the other side. Other than that, no.
¹⁰      Q. And how long ago was that, if you
¹¹ remember?
¹²      A. At least 15 years ago.
¹³      Q. Sort of turning to what I'll call the
¹⁴ substance here of the reports, the first thing I
¹⁵ wanted to talk about was the experts' identification
¹⁶ of what they consider the person of ordinary skill in
¹⁷ the art.
¹⁸      A. Okay.
¹⁹      Q. Some people call that a POSITA or a
²⁰ POSITA. I don't know if it's -- you know, what do
²¹ you go with, Doctor?
²²      A. I heard it always as POSITA.

**Page 17**

¹      Q. Did you? I did, too. Okay.
²      A. Yeah.
³      Q. There's a recent POSITA movement going on
⁴ in case you haven't heard.
⁵      A. Okay. Very de re guerre.
⁶      Q. Yes, exactly. I'm sorry, I didn't mean to
⁷ make light of things.
⁸      But my question is, you've read
⁹ Dr. Nguyen's report. Obviously, you're familiar with
¹⁰ yours. There seems to be close proximity as to what
¹¹ a POSITA is, but some discussion in the rebuttal
¹² reports as to what would be the most beneficial
¹³ undergraduate degree.
¹⁴      Does that sound familiar?
¹⁵      A. Yes.
¹⁶      Q. Okay. And without getting into who is
¹⁷ right and wrong, do you feel like the difference
¹⁸ between the two of your views on that would impact
¹⁹ the understanding of any of the disputed terms by a
²⁰ POSITA?
²¹      MR. QUIST: Objection. Form.
²²      THE WITNESS: No. I think my assertion



Page 18

1  there subsumes Dr. Nguyen's and involving electrical
2  engineering.  And just like there's often a statement
3  such as I made about years of experience plus or
4  minus may influence other things, I think the
5  differences between our definitions would not affect
6  the outcome.
7  BY MR. FUHRER:
8      Q.   Okay.  And in your report -- I guess I'm
9  referencing your initial report.  I'm looking at
10 paragraph 83 if you wish to refer to it.
11     A.   I have that.
12     Q.   And there's a term I'm familiar with.
13 It's called the Canons of Claim Construction.  Are
14 you familiar with that phrase?
15     A.   The Canons of Claim Construction?
16     Q.   Correct.
17     A.   As in canonical?  I don't believe I've
18 heard that phrase.
19     Q.   Maybe it dates me too much.  But I will
20 just get into -- paragraph 83 starts as, "I
21 understand that extrinsic evidence, which is evidence
22 external to the patent and the prosecution history,

Page 19

1  may also be useful in interpreting patent claims when
2  the intrinsic evidence itself is insufficient."
3      Do you see that?
4      A.   Yes.
5      Q.   And again, is this one of those sections
6  where the attorneys drafted it?
7      MR. QUIST: Objection.  Privilege.  You're
8  asking about drafts.
9  BY MR. FUHRER:
10     Q.   Okay.  I'll rephrase the question.
11     In your final report, were these words
12 typed by the attorney?
13     A.   Yes, I believe so.
14     Q.   And do you have an understanding of what
15 it means for the intrinsic evidence itself to be
16 insufficient?
17     A.   My understanding is that the intrinsic
18 record, starting with the claims and then including
19 to the specification and then patent application
20 itself, if there is, to a worker of skill, ambiguity
21 or lack of sufficient clarity, that recourse to
22 extrinsic materials is allowable as a matter of law,

Page 20

1  but is weighted less than the intrinsic record.
2      Q.   You mentioned ambiguity.  Can you help me
3  understand what you mean by that?  What kind of
4  ambiguity are you talking about?  And if you want to
5  use a specific example of one of the disputed terms,
6  that's fine, but I'm just trying to understand what
7  you mean by ambiguity.
8      A.   Patents are an artifact of written
9  language, and written language rarely is as
10 unambiguous, let us say, as a mathematical equation
11 and so it requires interpretation and understanding.
12 And of course what may be ambiguous to one person may
13 not be ambiguous to another person in their
14 respective honest opinions.
15     So I don't think that what is ambiguous
16 can be precisely defined, but if a worker of skill
17 and good faith does or does not understand a concept,
18 he or she would say that it is or is not ambiguous.
19     For me, it's do I understand this in the
20 context of the claims, the specification and the file
21 history.  And in matters where I have found what I
22 would call ambiguity or less than certainty in my

Page 21

1  opinion, then I would like to and have looked in the
2  past to extrinsic evidence.
3      Q.   When you sort of start the process of or
4  the exercise of claim construction, do you understand
5  that you start with the presumption that a term in a
6  claim is entitled to its plain and ordinary meaning?
7      A.   Yes, that's the phrase that I learned long
8  ago.
9      Q.   So if you start with the presumption that
10 it is entitled to its plain and ordinary meaning,
11 when you go to the intrinsic record, are you looking
12 for insufficiency in the record or are you looking
13 for whether the record is inconsistent with the plain
14 and ordinary meaning?
15     A.   I'm looking for aspects of the
16 specification, the claims, the file history, the
17 intrinsic record that support the claim or claim term
18 with regard to its plain and ordinary meaning.
19     I know, for instance, that a patentee can
20 act as his or her own lexicographer, so I'm looking
21 for that.  I'm not going in with a notion of this is
22 right or wrong, but I'm looking for, in terms of the

**Page 62**

1 the example of figure 2A, is the region consisting of
2 the bottom electrode, the top electrode and the
3 portion of the piezoelectric layer 40 between the top
4 and the bottom, correct?
5     A.  Yes.
6     Q.  And then it goes on to say, "And the
7 portion of the reflector beneath the bottom
8 electrode," correct?
9     A.  Yes.
10     Q.  In your opinion, would the portion of the
11 reflector beneath the bottom electrode be
12 electrically driven?
13     A.  No.  The electrical driving is between the
14 plates of the two electrodes with the piezoelectric
15 layer in between.
16     Q.  Would you describe the portion of the
17 reflector beneath the bottom electrode as being
18 acoustically driven?
19     A.  It cannot be -- as a principle of physics,
20 it cannot be fully decoupled from the motion in the
21 device above.  And that is the piezoelectric layer
22 and the electrodes.

**Page 63**

1        But the purpose of the device is to
2 convert via the electrodes and electrical signal to
3 an acoustic or mechanical signal in the piezoelectric
4 layer.  And, in particular, the patent speaks to how
5 to best contain that within that region and how most
6 particularly to minimize its loss or leakage
7 laterally.
8     Q.  Doctor, I just asked --
9     A.  The patent describes -- sorry.
10     Q.  Go ahead.
11     A.  The patent describes loss of energy down
12 through the reflector layers, but then focuses again,
13 as I said, on the lateral loss.
14     Q.  My question was would you describe the
15 portion of the reflector beneath the bottom electrode
16 to be acoustically driven, yes or no?
17     A.  I have to be honest.  That's not a
18 question I would ask appropriately from a scientific
19 point of view.  But I'll answer first, as you ask it,
20 I think the answer is no.  It's not being -- but I'll
21 go on to say that it's not the point of a BAW
22 structure to acoustically or electrically drive the

**Page 64**

1 reflector region as part of the overall structure
2 with a certain function and that is to contain the
3 acoustically -- the acoustic wave within the
4 piezoelectric electrode layers.  But it's impossible
5 to fully decouple it acoustically, that is
6 mechanically, which in a different context Dr. Nguyen
7 affirms in his own report.
8     Q.  But you did say that the portion of the
9 reflector 46 beneath the bottom electrode 42 would
10 not be electrically driven, correct?
11     A.  Certainly in the normal context of what
12 electrically driven means, in the context of the '755
13 patent, no.  The electrically driven portion is the
14 fraction of the piezoelectric layer between the
15 electrodes.  So that an electric field can be
16 established across those electrodes through the
17 piezoelectric layer at a known frequency giving rise
18 to acoustic action within the piezoelectric layer.
19     Q.  I know you may not be fond of short
20 answers, but to the extent you can agree or disagree
21 with this, the portion of the reflector 46 beneath
22 the bottom electrode 42 would not be electrically

**Page 65**

1 driven.  Do you agree with that, yes or no?
2     MR. QUIST:  Objection.  Vague.
3     THE WITNESS:  In the context of this
4 patent, a POSITA would not call that region
5 electrically driven.
6 BY MR. FUHRER:
7     Q.  Thank you.  So would Qorvo's construction
8 that includes electrically driven exclude the portion
9 of the reflector 46 beneath the bottom electrode 42?
10     A.  For purposes of understanding the claimed
11 invention, yes.
12     Q.  But you agree that the inventors were
13 describing the active region as including the portion
14 of the reflector beneath the bottom electrode?
15     A.  In certain parts of the texts and
16 graphically, yes.  In other parts, he defines it
17 differently.
18     Q.  But in the section we just looked at, at
19 column 6, lines 14 through 21, they're using the term
20 "electrically driven" in describing what portions are
21 included in the active region, correct?
22     A.  Yes, and then goes on to explicate further



Page 94

1  that this could be added to Qorvo's, to the extent a
2  POSITA would find it necessary to include some
3  description of volume, correct?
4      A.  Yes.
5      Q.  And I guess you got -- maybe your last
6  answer was going to be my next question -- but you
7  chose the word a volume of the outer region.
8      A.  Yes.
9      Q.  And what does a volume mean?  Does it
10 essentially mean any volume?
11     A.  Well, a volume rationally described in
12 terms of the patent context.
13     Q.  What would you -- sorry.  Go ahead.
14     A.  No.  I mean, it's not the volume.  It
15 would be a volume of the outer region.  That makes
16 sense in the context of the patent.
17     Q.  What would that volume be in your opinion?
18     A.  It wouldn't be the volume of the
19 electrode.  It wouldn't be the volume of the
20 substrate.  It would be the volume that you would
21 pick of -- within the outer region that speaks to the
22 loss of mechanical energy laterally from the active

Page 95

1  region.
2      Q.  It speaks to all loss?
3      A.  That's not a -- I've never said that's an
4  illegitimate concept.  I'm saying that's not what
5  necessarily has to be taken away from the patent from
6  the way it's written, because even the patent says a
7  density of mechanical energy in the outer region.  It
8  doesn't say the density.
9      Q.  Why would you exclude the pen point
10 example that I described earlier from your proposed
11 construction of a region?  Wouldn't that be a region?
12     A.  It would be.  But no worker of skill would
13 confine the application of that rationally to a pen
14 point scaled region.
15     Q.  But isn't the purpose of claim
16 construction to spell out what a person of skill
17 would understand it to mean?
18     A.  Yes, in the context of a POSITA.  And a
19 POSITA would never do that.
20     Q.  You don't think it's necessary to give any
21 more description to what the region is other than to
22 say a volume.  You think that that is satisfactory,

Page 96

1  correct?
2      A.  First and foremost because of -- it's
3  looking at this change in structure, all other things
4  being equal, I would answer your question no, that
5  one could and should describe many such regions.  But
6  knowing, for instance, a POSITA would understand the
7  concept of damping and distance, therefore, from a
8  source of energy becomes an important factor.
9          So maybe the worker of skill wants to
10 define a multiplicity of vertical slices in equally
11 sized arrayed periodically moving away from the
12 active region.  I could easily see that being of
13 importance.  The problem with the whole volume is now
14 you're saying it must be that, and I don't think -- I
15 think that's overly restrictive for what a POSITA
16 would understand.
17     Q.  Is there another way that you would
18 describe what would be a sufficiently large enough
19 volume that it would be meaningful to the claimed
20 results?
21     A.  A worker of skill would not want to make a
22 conclusion in this case of the patent being

Page 97

1  practiced.  And that would mean the reduction and the
2  loss of energy from the electrically driven region,
3  active region, to the adjacent outer region
4  without -- as a scientist without sufficient
5  confidence that the volumes selected did not support
6  that conclusion.
7          Now, one can argue about, well, therefore
8  this should or should not include a specific volume,
9  but the only volume that can be unambiguously
10 specified is what was chosen, that is, the whole
11 volume.  And I just said that restricts the analyses
12 in ways that I don't think are required or
13 appropriate.
14         MR. QUIST:  And I'll object to the form of
15 that last question.  Apologies.
16     BY MR. FUHRER:
17     Q.  So as I understand the testimony, you
18 think that the full volume is too much, Doctor,
19 correct?
20         MR. QUIST:  Objection.  Mischaracterizes
21 the witness' testimony.
22         THE WITNESS:  It's too much to be the only

Page 98

1  volume to be considered.

2  BY MR. FUHRER:

3       Q.   Right.  And you agree that the pen point

4  is too small to be a region that could be considered?

5       A.   To be the only region that was considered.

6       Q.   But it seems like you're saying that only

7  a POSITA will know where the happy medium is.

8            MR. QUIST:  Objection.  Mischaracterizes

9  the witness' testimony.

10           THE WITNESS:  No, I didn't frame it that

11  way, I don't think, and I wouldn't.  I would say a

12  POSITA would always want as much information as

13  possible.  But limiting it to, in this case, the

14  whole volume rather than allowing for other types of

15  analyses to me is not required, especially in the

16  context of how the phrase density is used -- density

17  of mechanical energy used throughout the patent.

18  BY MR. FUHRER:

19      Q.   Could you give at least a floor, bottom

20  number?  For instance, if Dr. Nguyen is suggesting

21  100 percent volume, would you say, well, it's got to

22  at least be 50 percent?

Page 99

1       A.   No, because that's --

2            MR. QUIST:  Objection.  Vague.  Relevance.

3  Scope.

4            THE WITNESS:  As I've indicated, it's the

5  spatial -- or it's the spatial arrangement of such

6  matters that's often of interest to a worker of skill

7  for understanding how the invention is being

8  affected.  And I just think restricting that analysis

9  to only the whole region is just not consistent with

10  how the patent's being written.

11  BY MR. FUHRER:

12      Q.   My question was to half the region, half

13  the full region.

14      A.   But I've not -- no, there's no -- it's

15  completely context dependent.  Because if you go for

16  half, I could say, well, it was 99.999.  That's not

17  whole, but I'd say, sure, that's functionally

18  equivalent to whole.  But those kind of hair

19  splittings are not what I would do and it's my

20  opinion that's not what a POSITA would do in trying

21  to understand the patent.  And it's why the patentee,

22  for instance, showed a two-dimensional slice.  A

Page 100

1  visualization of a three-dimensional analysis didn't

2  present total density and didn't claim total density.

3  And as I think I say in my report, you know, total

4  density over the full volume, there's some -- that

5  language strikes me as odd.

6       Q.   Well, I was going to get to that next, but

7  just to finish up on this thought before we do and

8  that is, if I gave you the hypothetical that if a

9  region of the outer region, the density of mechanical

10  energy was reduced, but that region was a smaller

11  region than other regions of the -- this is tougher

12  than I thought.  Let me strike that and start over

13  again.

14           So you can imagine where there would be a

15  region in the outer region where there was reduced

16  mechanical energy -- density of mechanical energy,

17  but there could be increases in mechanical energy in

18  other regions, correct?

19           MR. QUIST:  Objection.  Scope.  Relevance.

20           THE WITNESS:  Figure 3 shows that.

21  BY MR. FUHRER:

22      Q.   Well, what I want to talk about is not

Page 101

1  comparing the two, but if we just -- okay.  Maybe

2  that's what you're saying.

3            Are you saying there are portions of

4  figure 3B that show an increase in lateral energy

5  loss compared to 3A?

6       A.   No, I've not done that analysis.

7       Q.   Okay.

8       A.   I just meant they're not -- there are

9  different regions which show -- there's not a uniform

10  gray there, I'll say.  And so clearly there are -- in

11  that measurement technique, at least -- there are

12  spatial variations in what's interpreted as

13  mechanical energy loss.

14      Q.   In fact, if you look at 3A and you look at

15  the -- I'm going to use the technical term, the

16  elongated dark blob that's in the middle right by the

17  EM formula.  Do you see what I'm referring to?

18      A.   I think so.  Go ahead.

19           MR. QUIST:  I'll object to that as vague.

20           MR. FUHRER:  Okay.

21           MR. QUIST:  I'm actually not sure what

22  you're referring to.  Could you give me a little bit

Page 150

¹ transmission.  There's, you know, a six-decibel
² roll-off per decade of frequency change.  Those kind
³ of claims.  It's all that background that a POSITA
⁴ has and understands in context, as context when
⁵ reading these kinds of, you know, what could appear
⁶ to be absolute terms, understands a worker of skill
⁷ doesn't speak in that way and interprets accordingly.
⁸ And that's where the concept of substantively comes
⁹ from.  It's of substance to the claimed invention.
¹⁰ BY MR. FUHRER:
¹¹    Q.    If the wavelength is not substantively
¹² created, can it still cause energy leakage in the
¹³ outer region?
¹⁴       MR. QUIST:  Objection.  Form.  Scope.
¹⁵       THE WITNESS:  Mathematically, yes.  And
¹⁶ again, we get to substantively, does that amount of
¹⁷ leakage matter?  But then that's even before we get
¹⁸ to the important point.  We're talking before and
¹⁹ after the invention is instantiated and what
²⁰ differences do I have?  Are the differences
²¹ themselves substantive?  If they are, then that's the
²² invention.

Page 151

¹       Whether or not that perfectly obtains for
² all wavelengths, the worker of still understands you
³ can't in effect answer that question.  That's why I
⁴ think a worker of skill just thinks substantively
⁵ without even it coming consciously to mind.
⁶ BY MR. FUHRER:
⁷    Q.    While you still have the patent in front
⁸ of you and looking at claim 3 --
⁹    A.    Yes.
¹⁰    Q.    -- can you also look at claim 1 and the
¹¹ last limitation of claim 1?
¹²    A.    Okay.
¹³    Q.    And it starts with, "N is within range"?
¹⁴    A.    Yes.
¹⁵    Q.    And to me, it suggests that if N is not
¹⁶ within a range of values, it will not practice the
¹⁷ invention.  Is that your understanding?
¹⁸       MR. QUIST:  Objection.  Form.  Vague.
¹⁹       THE WITNESS:  Well, a practicing or
²⁰ infringement type analysis I've not done, but the
²¹ words are plainly there.  And element -- the last
²² element says N was within a range of values.  And

Page 152

¹ then it doesn't give those values.  What it gives is
² the outcome of those values and that is in terms of,
³ as it says, a density of mechanical energy in the
⁴ outer region.
⁵ BY MR. FUHRER:
⁶    Q.    And the specification doesn't give those
⁷ values either, correct?
⁸    A.    No, quite properly, because that's going
⁹ to be dependent on a whole host of things.
¹⁰    Q.    So a person of skill in the art to
¹¹ practice this would have to basically do their own
¹² simulations and trial and error; is that correct?
¹³       MR. QUIST:  Objection.  Scope.  Relevance.
¹⁴       THE WITNESS:  A simulation or reduction to
¹⁵ practice and comparison as that claim element clearly
¹⁶ calls for would be required to see if this effect was
¹⁷ obtained.
¹⁸ BY MR. FUHRER:
¹⁹    Q.    So in comparing that last limitation of
²⁰ claim 1, which you're familiar with, correct?
²¹    A.    Yes.
²²    Q.    Comparing it to claim 3, do you have an

Page 153

¹ understanding as to what, if any, difference is being
² described in claim 3 as to claim -- that limitation
³ of claim 1?
⁴       MR. QUIST:  Objection.  Relevance.  Scope.
⁵ Vague.
⁶       THE WITNESS:  Claim 3 is dependent on
⁷ claim 1, so it incorporates all of claim 1.
⁸ BY MR. FUHRER:
⁹    Q.    Sure.
¹⁰    A.    And it goes on to describe additional
¹¹ constraints on N.  That's the "wherein N is such
¹² that."  And it includes now the acoustically matched
¹³ concept itself then having a derivative effect.  So
¹⁴ acoustically matched in such a manner that one or
¹⁵ more wavelengths that cause energy leakage into the
¹⁶ outer region are not excited in the active region.
¹⁷ And that's -- it's adding explication that's not
¹⁸ found in 1.
¹⁹    Q.    So earlier I believe you testified that
²⁰ the waves generated would include the standing waves,
²¹ which are the good waves, and you don't want to
²² reduce those so that they're not substantively

Page 158

1    A.   Yes.

2    Q.   And what do you mean by the fact that the

3 intrinsic record is sufficient for a POSITA to

4 understand?

5    A.   That read in the context of the intrinsic

6 record, a POSITA would not need to make recourse to

7 extrinsic evidence to understand what the disputed

8 term means.

9    Q.   And the disputed term is piezoelectric

10 layer, correct?

11    A.   Well, it's about the nature of that

12 piezoelectric layer, yes.

13    Q.   The construction may be about the nature,

14 but the disputed term is piezoelectric layer,

15 correct?

16    A.   Correct.

17    Q.   And would you agree that the plain and

18 ordinary meaning of piezoelectric layer to a person

19 of skill in the art would not be limited to single

20 crystal piezoelectric layer?

21    A.   In the abstract, yes.

22    Q.   Okay.

Page 159

1    A.   In the context of the '786, no.

2    Q.   Okay.  Well, just -- I'm going to be clear

3 on sort of the language here.  The plain and ordinary

4 meaning isn't going to change because of the

5 intrinsic record, correct?

6        MR. QUIST:  Objection.  Calls for a legal

7 conclusion.

8        THE WITNESS:  Yeah, I don't think I would

9 phrase it that way.  The plain and ordinary meaning

10 which here is not even part of the proposed

11 construction, that's the starting point, as we agreed

12 to earlier today.  But then it's read in context of

13 the intrinsic record.

14 BY MR. FUHRER:

15    Q.   But I want to be clear on my question

16 here.  The intrinsic record isn't going to change the

17 plain and ordinary meaning, is it?

18        MR. QUIST:  Same objection.

19        THE WITNESS:  In the realm of patent law,

20 that seems to me could easily be, although I'm not

21 aware of -- one way or the other of that being a

22 legal conclusion.

Page 160

1        I do agree, as I just said, that a worker

2 of skill brings a plain and ordinary meaning, at

3 least properly so, to the beginning of an analysis of

4 a patent.  But then to construct a term, you look at

5 it in terms of -- in the context of the patent and

6 the intrinsic record.

7 BY MR. FUHRER:

8    Q.   So in terms of the '786 patent, do you

9 agree that the inventors did not act as their own

10 lexicographer by providing a clear and explicit

11 definition for piezoelectric layer?

12        MR. QUIST:  Objection.  Calls for a legal

13 conclusion.

14        THE WITNESS:  Technically, as I recall,

15 they did not say we hereby throughout this patent

16 define piezoelectric layer or material to be X, Y or

17 Z.  They were not that explicit, which to me is

18 required to be that explicit if you're going to be

19 your own lexicographer.

20 BY MR. FUHRER:

21    Q.   So in other words, no, they did not act as

22 their own lexicographer as it relates to the term

Page 161

1 "piezoelectric layer," correct?

2    A.   No, I've not asserted that they did.

3    Q.   But you are asserting that the proper

4 construction is something other than its plain and

5 ordinary meaning, correct?

6    A.   As the asserted interpretation is given,

7 yes.

8    Q.   And you believe that because you believe

9 that the inventive aspect of the '786 patent is the

10 fact that it utilizes a single crystal piezoelectric

11 layer, correct?

12        MR. QUIST:  Objection.  Mischaracterizes

13 the witness' testimony.

14        THE WITNESS:  No, that it's however

15 inherent in whatever the invention is that it is to

16 be understood as part of the invention as a single

17 crystal layer.

18 BY MR. FUHRER:

19    Q.   Do you have an understanding as to what

20 the inventive aspect is as claimed in the '786

21 patent?

22    A.   I've not opined on that right here.  Can



Page 170

1    A.   Yes.

2    Q.   Would a single crystal piezoelectric layer

3 be considered a conventional material in BAW

4 resonators in 2017?

5        MR. QUIST:  Objection to form.  Scope.

6        THE WITNESS:  I haven't opined on that,

7 but I think a worker of skill in general, when

8 thinking about piezoelectric crystals, harkening back

9 all the way to the days of quartz radios, would think

10 about single crystals.

11 BY MR. FUHRER:

12    Q.   So nowhere in this specification did you

13 identify where the inventors described the invention

14 as limited to the use of single crystal piezoelectric

15 layers, correct?

16       MR. QUIST:  Objection.  Mischaracterizes

17 the witness' declaration and testimony.

18       THE WITNESS:  I said earlier that the

19 patentee did not act as his own lexicographer or in a

20 similar way at least given absolute, all-encompassing

21 definition for his invention.  But as I do explain in

22 my declaration -- and this is what I was asked to

Page 171

1 opine upon -- that the worker of skill would

2 understand that based on the intrinsic record.

3 BY MR. FUHRER:

4    Q.   And part of the intrinsic record you

5 referred to is the provisional application?

6    A.   Yes.  That's my understanding.

7    Q.   And your point with the provisional

8 application is that it only references a single

9 crystal piezoelectric layer, correct?

10    A.   Well, in a highlighted section on

11 paragraph 63 of my report, it gives, I think, an

12 unambiguous statement concerning that.  It says the

13 solution utilizes, built from, single crystal.  It

14 doesn't say may utilize or can utilize.  It just says

15 it utilizes.

16    Q.   So you think the compelling word there is

17 the use of the word "utilize"?

18    A.   Well, no.  The compelling phrase there is

19 it says the solution utilizes this technology built

20 from single crystals.  So the sentence as a whole.

21 But it doesn't -- yes, "utilize" is a very important

22 word there.

Page 172

1    Q.   Okay.  But if the solution is utilizing a

2 single crystal piezoelectric layer, doesn't that mean

3 that the single crystal piezoelectric layer is not

4 the solution?

5    A.   No, the solution -- of course a single

6 crystal in the abstract is not going to be a

7 solution.  It's part of an actual operative device.

8 But the fact that the patentee called out single

9 crystal piezoelectric material of high quality, I

10 think the worker of skill says that is absolutely

11 inherent in this solution.  The solution infers other

12 things, too.

13       But by calling that out -- in a way, that

14 doesn't -- I don't think jars the sensibility of a

15 worker of skill.  There's no reason to question the

16 claim there.  Again, it doesn't jar the worker of

17 skill at all.  It kind of confirms that, well, if I

18 don't have to worry about grain boundaries and other

19 types of polycrystalline defects, that's probably

20 going to be a good thing for these applications.

21 That's why it doesn't jar his thought pattern when he

22 reads this phrase.

Page 173

1    Q.   So you don't see the reference to the

2 single crystal in the provisional application as

3 being a preferred embodiment?

4        MR. QUIST:  Objection.  Form and

5 mischaracterizes the witness' testimony.

6        THE WITNESS:  I've not said that, no.

7 BY MR. FUHRER:

8    Q.   You do consider it to be a preferred

9 embodiment?

10    A.   I have offered no such opinion and all I'm

11 saying here is, by highlighting this, it seems to be

12 a requirement of the solution right from the get-go.

13 The solution utilizes single crystal piezoelectric

14 material.  Even for patent language, that seems quite

15 descriptive to me of a particularity that obtains, in

16 this case around the crystal structure of the

17 piezoelectric material.

18       MR. FUHRER:  I have no further questions.

19 Thank you, Doctor.

20       THE WITNESS:  Thank you, sir.

21       MR. QUIST:  Can we take five minutes and

22 then I'd like to -- I have a few questions, after a



CERTIFICATE OF REPORTER

UNITED STATES OF AMERICA ) ss.:

STATE OF MARYLAND      )

I, **MARY GRACE CASTLEBERRY, RPR,** the officer before

whom the foregoing deposition was taken, do hereby certify that the

witness whose testimony appears in the foregoing deposition was duly

sworn by me; that the testimony of said witness was taken by me to the

best of my ability and thereafter reduced to typewriting under my

direction; that I am neither counsel for, related to, nor employed by any

of the parties for the action in which this deposition was taken, and

further that I am not a relative or employee of any attorney or counsel

employed by the parties thereto, nor financially or otherwise interested

in the outcome of the action.

*Notary Public in and for*

*the State of Maryland*

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the

foregoing transcript, and the same is a true and

accurate record of the testimony given by me.

Any additions or corrections that I feel are

necessary, I will attach on a separate sheet of

paper to the original transcript.


_____

Signature of Deponent

I hereby certify that the individual representing

himself/herself to be the above-named individual,

appeared before me this _____ day of _____,

20__, and executed the above certificate in my

presence.


_____

NOTARY PUBLIC IN AND FOR


_____

County Name

MY COMMISSION EXPIRES:

# Exhibit D4

**Extrinsic Evidence:**

**Excerpts from Plaintiff's Preliminary Claim Construction  Supporting Materials,  Hashimoto, Ken-ya, RF Bulk Acoustic Wave Filters for Communications (2009)**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

# Plaintiff's Preliminary Claim Constructions
# Supporting Materials

Ken-ya Hashimoto
editor



RF

**BULK ACOUSTIC
WAVE FILTERS
FOR COMMUNICATIONS**



QORVO_00024654

# RF Bulk Acoustic Wave Filters for Communications

Ken-ya Hashimoto

*Editor*



**ARTECH**
**HOUSE**

BOSTON | LONDON
artechhouse.com

QORVO_00024658

**Library of Congress Cataloging-in-Publication Data**
A catalog record for this book is available from the U.S. Library of Congress.

**British Library Cataloguing in Publication Data**
A catalogue record for this book is available from the British Library.

ISBN-13: 978-1-59693-321-7

Cover design by Igor Valdman

© 2009 ARTECH HOUSE
685 Canton Street
Norwood, MA 02062

All rights reserved. Printed and bound in the United States of America. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

All terms mentioned in this book that are known to be trademarks or service marks have been appropriately capitalized. Artech House cannot attest to the accuracy of this information. Use of a term in this book should not be regarded as affecting the validity of any trademark or service mark.

10 9 8 7 6 5 4 3 2 1



**Figure 1.4**   Other forms of resonant structures in a plate that is much thinner than the lateral extent of the device. (a) Beam resonator clamped at one end. (b) Beam resonator clamped at both ends. (c) Membrane clamped on all sides. (d) Length-extensional resonator.



**Figure 1.5**   Beam resonator. (a) Bonded plate low-frequency piezoelectric bimorph. Piezoelectric film implementation as an example of how classical resonator or filter structures can be reinvented in thin film form. (b) Cross-section view. (c) Top view showing electrode run-out.

### 1.1.6   Electrical Characteristics of Piezoelectric Resonators

This section will briefly describe the electrical properties of a resonator in order to bring to light the reemergence of problems in thin film BAW resonators that have plagued the BAW quartz crystal field.



**Figure 1.6**  Approximate required film thickness as a function of frequency range for a number of resonator technologies. A width or length to plate thickness ratio of 10:1 was assumed for the low-frequency plate wave devices. Highest frequency operation for a given thickness is for longitudinal AlN. Lower frequencies require thicker films and materials of slower velocity, or shear waves would be applicable.

The interaction between the applied voltage and resulting current flow gives rise to a complex impedance that exhibits both series and parallel resonance as will be described in detail in Chapter 3. Without going into the details, the impedance of a simple resonator is given by,

$$Z = \left(1/j\omega C\right)\left(1 - K^2 \,\frac{\tan\phi}{\phi}\right) \tag{1.3}$$

$$\phi = \frac{kd}{2} = \frac{\pi}{2}\left(\frac{f}{f_p}\right) \tag{1.4}$$

$$f_p = V/2d \tag{1.5}$$

$$K^2 = \phi/\tan\phi \text{ for } f \text{ at series resonance frequency} \tag{1.6}$$

where $f$ is frequency, $V$ is the velocity of propagation, $d$ is the thickness of the plate, $C$ is geometric capacitance, and $K^2$ is the piezoelectric coupling coefficient.

Figure 1.7 shows a plot of the modeled magnitude and phase of a representative resonator. If the device were not a piezoelectric resonator and just a capacitor then the impedance would have the characteristic $1/f$ response (nearly a horizontal line on the frequency scale in Figure 1.7). For frequencies outside resonance the resonator has near $-90°$ of phase, characteristic of a capacitor. As series resonance is approached the reactance drops and a large capacitive current flows just below series resonance. At series resonance impedance drops to a minimum value and is resistive. For frequencies slightly above series resonance the current flow is inductive. As parallel resonance is approached, the impedance becomes very large and



**Figure 1.7**   Simulated magnitude and phase of impedance over frequency for a one-dimensional finite Q resonator. Series resonance occurs where the phase crosses zero with positive slope and the impedance is a minimum. Parallel resonance is where phase crosses zero with negative slope and impedance is a maximum.

reaches a maximum and resistive value at parallel resonance. For frequencies above parallel resonance the resonator again becomes capacitive. The principal value of a piezoelectric resonator is the realization of a high $Q$ inductance if only over a short range of frequencies. This is the ideal case that can only be approximated in practice.

Resonators whose lateral extent is much larger than plate thickness act as many resonators operating in parallel. The various area segments of the resonator tend to operate independently and thickness control can be an issue. For example, suppose a very high-quality resonator would normally exhibit a series resonant resistance of 1 ohm and a parallel resonant resistance of 2,000 ohms. Now assume that the majority of the resonator is at parallel resonance but that 0.05% of the resonator area is at series resonance with a series resistance accordingly scaled by area to be 2,000 ohms. These two resonator portions are electrically in parallel and the combination for the overall resonator is 1,000 ohms. Thus, the apparent parallel resonance resistance of resonator has been significantly reduced. If the area of the resonator is $200 \times 200\,\mu m$, the area of the parasitic portion would be only $4.5\,\mu m^2$. Figure 1.8 shows the effect on resonator phase of the parasitic resonance. This is an extreme example only in that the parasitic resonator was assumed to be discrete and well defined. Distributed thickness effects such as roughness can also degrade resonator performance.

The parasitic area effect can occur as a result of a lack of parallelism during resonator thinning. As crystal plates were made thinner to reach higher frequencies, the degree of mechanical processing tolerance decreased, making large-area thin resonators very difficult to fabricate. For this and other reasons, quartz crystal reso-



**Figure 1.8**  Modeled phase of a resonator having small-area parasitic resonator having series resonance at the parallel resonant frequency of the principal resonator. In practice such effects could occur over a distribution of frequencies.

nators became smaller in lateral extent compared to thickness to the point of no longer being BAW resonators. Finally, multidimensional wave propagation effects were incorporated for energy trapping and resonance mode control.

### 1.1.7   Technology Driving Forces

In order to appreciate the contents of this book it is important to understand the driving forces that brought about the development of thin film BAW technology. The discussion above suggests that there is more than one way to build resonators and resonator-based filter, as is certainly the case. The drivers from the technology's applications are cost, performance, and device size.

The performance issue was the need for high-frequency operation well beyond the frequencies reached by quartz crystal technology and to a certain extent beyond SAW technology. This in turn required the development of processes for manufacturing thin piezoelectric films and resonators. Filters are required that exhibit the necessary system bandwidths with low loss. This is because system architectures have largely eliminated IF filtering and require that these functions be carried out at the front end. A front-end filter must have low-insertion loss for receiving and lower loss for transmitting.

Filters are a major cost driver in the cell phone market. Not only is the filter cost itself a concern, but an inefficient filter leads to increased battery requirements. The economies brought about by wafer-scale manufacturing have had a significant affect on filter cost in high-volume production.

Device size is important as circuit boards become smaller and space on the board a premium. In wafer-scale manufacturing the wafer die count is important in determining end unit cost. In military systems the availability of small filters has a significant affect on system architectures. Systems that might have been deemed undesirable because they required a number of large-area dominating filters become feasible with the existence of small filters. In particular, a thin film BAW filter is

QORVO_00024677

## 3.2   Basic Physics

### 3.2.1   Wave Propagation, Transmission, Reflection, and Attenuation of Acoustic Waves

We saw previously that phase velocity emerges naturally from the wave equation, and is given by the stiffness constant $c$ and mass density $\rho$ as $v = (c/\rho)^{1/2}$. This view, although entirely correct, is unfortunately just an extreme simplification of the real situation. That is because the stiffness constants come in all kinds of varieties.

It is a well-known fact that stress in one direction, for example, $z$, produces strains also in the perpendicular directions, $x$ and $y$. What this means is that the three-dimensional stress-strain relationship must contain terms allowing for this spatial cross-coupling. This coupling also obeys Hooke's law, with certain stiffness constants. Under the isotropic assumption, the simplest case, we have three constants describing the system behavior under stress. These are $c_{11}$, $c_{12}$, and $c_{44}$, where $2c_{44} = c_{11} - c_{12}$, meaning that only two of the components are independent. $c_{11}$ is the primary term linking, just as an example, the $z$-direction longitudinal stress to $z$-direction longitudinal strain. The second constant $c_{12}$ describes the Poisson interaction: how $z$-direction stress translates into $x$- and $y$-direction (shear) strain. Finally, the constant $c_{44}$ describes the relationship between perpendicular (shear, $x$-and $y$-direction) stress and strain. It is also possible to write the stiffness constants using another notation as $c_{44} = \mu$, $c_{12} = \lambda$, and $c_{11} = \lambda + 2\mu$. These $\lambda$ and $\mu$ are the Lame constants. Specifically, $\mu$ is called the shear modulus (shear-to-shear interaction).

Having multiple stiffness constants means having multiple acoustic velocities. Therefore in the isotropic case we have two acoustic velocities given by

$$v_L = \sqrt{\frac{c_{11}}{\rho}} \tag{3.35}$$

and

$$v_S = \sqrt{\frac{c_{44}}{\rho}} \tag{3.36}$$

The first velocity $v_L$ is the longitudinal velocity: the particle vibration is in the direction of wave propagation. It is also called the thickness extensional (TE) or compressional wave. The last name suggests the nature of the wave: as the wave propagates there are regions of compression and decompression in the material (i.e., local mass density variations). The second velocity $v_S$ is the shear velocity. In this case the vibration is perpendicular to the propagation direction of the wave. There are no local mass density variations as the shear wave propagates. Figure 3.3 shows the particle displacements associated with the longitudinal and shear waves. Naturally having two acoustic velocities also means having two different acoustic impedances. They are now given by $Z_L = (\rho c_{11})^{1/2} = \rho v_L$ and $Z_S = (\rho c_{44})^{1/2} = \rho v_L$.

With the aid of $v_L$ and $v_S$, we can define the Poisson ratio $\sigma$ as



Figure 3.3 Particle displacements associated with (a) longitudinal, and (b) shear waves. The propagation direction of both waves is up (or down). In the figure we have noted the wavelength $\lambda(K\lambda = 2\pi)$, see (3.13).

$$\frac{v_L}{v_s} = \sqrt{\frac{c_{11}}{c_{44}}} = \sqrt{\frac{1-\sigma}{1/2-\sigma}} \tag{3.37}$$

When an acoustic wave meets an interface part of it is reflected and part of it is transmitted. The amplitudes of the reflected and transmitted waves are proportional to the acoustic impedance difference across the interface. This can be shown formally by assuming an normal incidence plane wave in material 1, $\exp(-jk_1z)$, reflected into reflected-backward propagating wave of $a \cdot \exp(+jk_1z)$ and a transmitted wave in material 2, $b \cdot \exp(-jk_2z)$. Applying the continuity of displacement and stress we arrive at the amplitude transmission and reflection coefficients

$$t = \frac{2Z_2}{Z_2 + Z_1} \tag{3.38}$$

and

$$r = \frac{Z_2 - Z_1}{Z_2 + Z_1} \tag{3.39}$$

These coefficients obey the relation $1 + r = t$.

If the angle of incidence is nonperpendicular the wave will also experience mode conversion. This means that, for example, a longitudinal wave will convert into four waves: reflected and transmitted longitudinal and shear waves. The angles of the reflected and refracted waves follow the Snell law, but the amplitudes for these four waves cannot be written in any simple manner. We will omit them here and simply refer the reader to previous works by Auld [1], or Dieulesaint and Royer [5]. However, one general point should be mentioned for future reference: for the longitudinal and shear waves this mode conversion happens also at a stress-free boundary.

QORVO_00024727

Acoustical attenuation is a phenomenon where some of the mechanical energy propagating in a material is converted into heat. This can be taken into account by rewriting Hooke's law in the form

$$T = cS + \eta \frac{\partial v}{\partial z} = cS + \eta \frac{\partial S}{\partial t} \tag{3.40}$$

where $\eta$ is called viscosity. The first form illustrates the fact that as the wave travels the stress amplitude decreases because of the acoustic absorption. The second form conveys similar message: strain tends to relax toward its equilibrium state with time. For sinusoidal excitation this becomes

$$T = (c + j\omega\eta) \cdot S \tag{3.41}$$

where the material parameter is now called complex elastic stiffness.

Using (3.40) the wave equation now reads as

$$\rho \frac{\partial^2 u}{\partial t^2} = c \frac{\partial^2 u}{\partial z^2} + \eta \frac{\partial^3 u}{\partial t \partial z^2} \tag{3.42}$$

Introducing a complex propagation constant $\tilde{k} = k + j\alpha$ the wave equation becomes

$$-\omega^2 \rho \cdot u = -c\tilde{k}^2 \cdot u + j\eta\tilde{k}^2 \omega \cdot u \tag{3.43}$$

For the real and imaginary parts we get

$$-\omega^2 \rho = -ck^2 + c\alpha^2 - 2\eta k\alpha\omega \tag{3.44}$$

and

$$0 = -2ck\alpha + \eta k^2 \omega - \eta \alpha^2 \omega \tag{3.45}$$

respectively. Assuming small absorption, that is both $\alpha$ and $\eta$ are small compared to $k$ and $\omega$, we get from the real part

$$\frac{\omega}{k} = \sqrt{\frac{c}{\rho}} = v \tag{3.46}$$

Therefore, for small absorption the wave velocity is frequency independent and equal to the lossless case. Dropping the last term of the imaginary part ($\alpha \ll \beta$) we get

$$\alpha = \frac{\eta\omega^2}{2v^3\rho} = \frac{\omega}{2Qv} \tag{3.47}$$

From the first form we see that the absorption is directly proportional to $\omega^2$ and inversely proportional to $v^3$. This makes sense: for higher frequency and/or lower velocity the displacement peaks and valleys are closer together, implying higher

strain, and consequently higher relative absorption. The second form of the formula introduces the material quality factor

$$Q = \frac{v^2 \rho}{\omega \eta} = \frac{\omega}{2\alpha v} \tag{3.48}$$

The absorption coefficients are difficult to measure for materials in thin film form. Therefore the values of $\alpha$ used in calculations are intelligent questimates that will result in resonator $Q$-values representative of measured devices.

### 3.2.2 Electroacoustic Conversion

In his classic treatment *Piezoelectric Crystals* [6], referring to the nature of piezoelectric effect, Warren P. Mason states: "plate cut from a piezoelectric crystal with electrodes attached serves not only as a capacitor for storing electrical energy but also as a motor for turning electrical into mechanical energy and as a generator for turning mechanical energy into electrical energy." In this section we quickly review the tools for understanding this electroacoustic conversion in resonators.

Right from the beginning it is important to note the difference between the piezoelectric material-coupling coefficient $K^2$ and the effective coupling coefficient $K^2_{eff}$. The former is a material property. Certain materials are intrinsically better at making the electroacoustic conversion than others: lead zirconium titanate (PZT) has a much higher $K^2$ than AlN, and amorphous silicon dioxide ($SiO_2$) has none at all. On the other hand, the effective coupling coefficient $K^2_{eff}$ is the property of a device (i.e., resonator). The material property, $K^2$, of course, influences what kind of effective coupling coefficient might be expected from a manufactured resonator. Therefore, no matter how much we would be tempted to build a resonator using amorphous $SiO_2$ as the piezoelectric layer there is nowhere to go because this material itself shows no piezoelectricity. Likewise it is actually not at all demanding to manufacture a resonator showing poor $K^2_{eff}$ from a material having quite adequate $K^2$. The resonator just needs to be designed wrong.

In the BAW literature the effective coupling coefficient, $K^2_{eff}$, is almost invariably discussed. It is the most easily measurable quantity depending only on the measured parallel and series resonant frequencies, $f_p$ and $f_s$, of a resonator. The definition recommended by the authors of this book for the experimental effective coupling coefficient is (compare to (3.24))

$$K^2_{eff} = \frac{\pi}{2} \cdot \frac{f_s}{f_p} \cdot \cot\left(\frac{\pi}{2} \cdot \frac{f_s}{f_p}\right) \tag{3.49}$$

In Chapter 8 the practical issues relating to the measurement and evaluation of $K^2_{eff}$ are given.

In this chapter we are dealing with the theoretical aspects of resonator physics and design. We will here adopt a different notation making certain that the experimental and theoretical effective coupling coefficients are not mixed up. Therefore, throughout this chapter we will denote the theoretical coefficient $k^2_{eff}$ with a lower case $k$.

Case 1:21-cv-01417-JPM   Document 103-4   Filed 08/30/22   Page 42 of 165 PageID #: 1808

The definition we are going to adapt for the calculation of the effective coupling coefficient is the Berlincourt formula [7]. This formula calculates the $k^2_{eff}$ directly from the field variables and therefore allows the investigation of the influence of device geometry on coupling. The general definition for the internal energy of a piezoelectric body, having volume $V$, is

$$U = \frac{1}{2}\int_V (TS + ED) dV \tag{3.50}$$

where the field variables are defined as before. Using the constitutive relations,

$$S = s^E T + dE \tag{3.51}$$

$$D = dT + \varepsilon^T E \tag{3.52}$$

this can be written as a sum of three terms

$$U = U_e + 2U_m + U_d \tag{3.53}$$

We identify these as the elastic energy $U_e$, mutual energy $U_m$, and electric energy $U_d$. These are given by

$$U_e = \frac{1}{2}\int_V Ts^E T dV \tag{3.54}$$

$$U_m = \frac{1}{4}\int_V (TdE + EdT) dV \tag{3.55}$$

and

$$U_d = \frac{1}{2}\int_V E\varepsilon^T E dV \tag{3.56}$$

We have here used a different set of material parameters, where $s^E$ is the elastic compliance at constant electric field, $d$ is the piezoelectric (strain) coefficient and $e^T$ the permittivity at constant stress (remember the discussion in Section 3.1.1). The electromechanical coupling factor, (3.10), can be expressed using either of the material parameter sets as

$$K^2 = \frac{e^2}{c^E \varepsilon^S} = \frac{d^2}{s^E \varepsilon^T} \tag{3.57}$$

The effective coupling coefficient is now defined as

$$k^2_{eff} = \frac{U^2_m}{U_e U_d} \tag{3.58}$$

QORVO_00024730

Equation (3.58) is a definition and therefore it should be taken at a face value, as long as it makes some sense. And it does: The numerator $U^2_m$ clearly describes the interaction of stresses and electric field through piezoelectric coefficient $d$ (or $e$). It tells us how the electrical and mechanical domains couple. The denominator on the other hand gives us the energies stored in the mechanical $U_e$ and electrical $U_d$ domains of the system. That means that it normalizes the coefficient with a suitable factor.

In [8] Chang, Rogacheva, and Chou argue that the Berlincourt formula actually does not give consistent results when compared with other methods. What they propose is a so-called energy formula taking into account the electrical boundary conditions in a more rigorous way. Nevertheless, here we will utilize the formula given by (3.58) simply because it is relatively straightforward to use. In this chapter we are interested in the rather generalized ideas and whether the formula used is the exactly correct way of describing the situation is of secondary importance.

### 3.2.3 Mason Model

Up to this point we have only analyzed the simple prototype resonator having infinitely thin massless electrodes. These models are somewhat useful in designing traditional crystals where the electrode thickness is small compared to the thickness of the piezolayer. However, this is not the case in thin film resonators, where the electrode thicknesses typically form a substantial part of the stack. Therefore we need a model that can easily incorporate them and other layers, such as the mirror in the case of a SMR. This is accomplished by the Mason model.

First, we will quickly show the justification behind the Mason model. For the reader interested in more details previous works by Mason [6], Rosenbaum [3], and Ristic [2] can be recommended.

Assume a thin, large piezoelectric plate bound by two planes located at $z_1$ and $z_2$. Starting from (3.3) we have the electric field as

$$E = \frac{1}{\varepsilon^s} \cdot D - \frac{e}{\varepsilon^s} \cdot S = \frac{1}{\varepsilon^s} \cdot D - \frac{e}{\varepsilon^s} \cdot \frac{\partial u}{\partial z} \qquad (3.59)$$

The voltage is now, as before in (3.18), given by

$$V = \int_{z_1}^{z_2} E(z)dz = \frac{2dD}{\varepsilon^s} - \frac{e}{\varepsilon^s} \cdot \left[ u(z_2) - u(z_1) \right] \qquad (3.60)$$

where $2d = z_2 - z_1$ is the thickness of the plate. With the aid of the particle velocity, $v = \partial u/\partial t = j\omega$, this becomes

$$V = \frac{2d}{\varepsilon^s} \cdot \frac{I}{j\omega A} + \frac{e}{j\omega \varepsilon^s} \cdot \left[ v(z_2) - v(z_1) \right] \qquad (3.61)$$

where we again used $I = j\omega A \cdot D$. Solving for the current we get

$$I = j\omega C_0 V + \frac{eC_0}{\varepsilon^s}\left[v(z_2) - v(z_1)\right] \tag{3.62}$$

Here the capacitance $C_0$ is again given by (3.21). Equation (3.61) or (3.62) establishes the connection between current $I$, external voltage $V$, and the particle velocities $v$ on the surfaces of the plate.

Setting up the equations for displacements $u(z_1)$ and $u(z_2)$ through (3.11), and solving for the coefficients $a$ and $b$ gives

$$a = \frac{1}{\sin(2kd)} \cdot \left[u(z_2)\cos(kz_1) - u(z_1)\cos(kz_2)\right]$$
$$b = \frac{1}{\sin(2kd)} \cdot \left[u(z_1)\sin(kz_2) - u(z_2)\cos(kz_1)\right] \tag{3.63}$$

The mechanical force at the boundaries is given by

$$F = -TA = -\left(c^D S - \frac{e}{\varepsilon^s} D\right) \cdot A \tag{3.64}$$

where (3.8) was used for the stress $T$. Inserting strain $S$ defined by coefficients $a$ and $b$ into the expression for $F$ and evaluating at the left boundary $z = z_1$ gives

$$F_1 = \frac{kc^D A}{\sin(2kd)} \cdot \left[u(z_2) - u(z_1)\right] - kc^D A \cdot \tan(kd) \cdot u(z_1) + \frac{eD}{\varepsilon^s} \cdot A \tag{3.65}$$

Identifying the acoustic impedance $kc^D = \omega Z$, and using $I = j\omega A \cdot D$ and the particle velocity $v = j\omega u$, this becomes

$$F_1 = \frac{ZA}{j\sin(2kd)} \cdot \left[v(z_1) - v(z_2)\right] + jZA \cdot \tan(kd) \cdot v(z_1) + \frac{e}{j\omega\varepsilon^s} \cdot I \tag{3.66}$$

Similar expression is obtained for the force at the right boundary

$$F_2 = \frac{ZA}{j\sin(2kd)} \cdot \left[v(z_1) - v(z_2)\right] - jZA \cdot \tan(kd) \cdot v(z_1) + \frac{e}{j\omega\varepsilon^s} \cdot I \tag{3.67}$$

These equations relate the forces at the boundaries with particle velocities $v$ and the external current $I$.

Equations (3.62), (3.66), and (3.67) establish a connection between the acoustical and electrical variables: acoustical currents $v$ and forces $F$ at the boundaries, and current $I$ and voltage $V$. Looking at the form of the equations we can identify an equivalent circuit (transmission line) given by Figure 3.4. There are three ports: on the left and right we have the acoustic ports, and the piezoelectric coupling to electrical variables comes through the electrical port.

In the case of a nonpiezoelectric plate, (3.66) and (3.67) are exactly the same less the last term. This is quite expected since this is the only term with the piezoelectricity appearing through piezoelectric constant $e$. Therefore a



**Figure 3.4** Mason model for a piezolayer.

nonpiezoelectric transmission line is represented by the circuit given in Figure 3.4, with only the acoustical ports present.

Combining multiple layers is accomplished by cascading transmission line sections of piezoelectric and nonpiezoelectric layers, corresponding to the physical stack under investigation. Figure 3.5 shows such a configuration. The single top electrode at the left is terminated by a free surface that is represented by an acoustic short. The piezolayer has the now familiar three ports allowing coupling to the electrical domain. The layers to the right are the bottom electrode, and in the case of a SMR device, the mirror layers. The final impedance on the right is the terminating impedance of the substrate (assuming a semiinfinite medium). Effects arising from a finite substrate thickness, such as backside reflections (overtones), can be included by assigning a finite thickness to the substrate and again terminating the model by an acoustic short. Using the Mason model it is also possible to construct devices with multiple electrical ports (i.e., multiple piezolayers), simply by adding additional sections with the configuration given in Figure 3.4. Losses are introduced through the use of complex propagation constants introduced in Section 3.2.1.



**Figure 3.5** Mason model for a multilayer resonator. The circuit is terminated in the left by a stress-free surface (an acoustic short) and on the right by a semiinfinitely thick substrate. Layers are represented by individual sections of transmission lines with the piezoelectric layer having the electrical ports associated with it.

### 3.2.4 Dispersion Relations and Wave Modes

The Mason model is a one-dimensional treatment of the resonator. That means in essence that the resonator, from mechanical point of view, is assumed to operate in a single mode. This mode is either the longitudinal or shear wave mode characterized by the acoustic velocities and impedances corresponding to this mode only.

In this section we will describe the basic idea behind the so-called dispersion relations. Just as with the Mason model, the dispersion relations constitute a one-dimensional model. They describe the system when we explicitly allow for laterally propagating modes. In Figure 3.6 we have again drawn a simple plate. We assume a wave propagating in a nonperpendicular angle and reflecting from the top and bottom interfaces. We can no longer expect pure mode propagation. This means that the longitudinal and shear waves are coupled through the mode conversion upon reflections at the interfaces.

The dispersion relations of a simple plate of Figure 3.6 are shown in Figure 3.7. The question these relations answer is what kind of waves does the plate support at a given frequency? The waves are characterized first by their lateral propagation constant $\beta$. Also associated with each branch (or rather point on a branch) is a displacement profile $u$. The wave numbers $\beta$ can take either pure real, pure imaginary, or complex values. For the so-called shear horizontal modes the first two options are available, either pure real or imaginary. These waves are depicted in Figure 3.8. The real propagation constant describes a sinusoidal propagating wave, in the figure moving to the right. The imaginary propagation constant on the other hand describes a reflected wave (note that this imaginary constant has nothing to do with absorption), described by an exponentially decreasing amplitude. For the longitudinal modes all three possibilities are present. Therefore the simple two-dimensional representation of Figure 3.7(a) is insufficient to explain the real spectrum of longitudinal modes. That is why we have also drawn these in the Figure 3.7(b) using a three-dimensional plot.

The dispersion branches of Figure 3.7(b) display a rather complex behavior. Starting from the high-frequency side of the branch labeled $L_3$, one observes the following: Between points labeled A and B the curve lies on the real axis (pure real $\beta$), and the wave is propagating in the $+x$ direction, for example. Between B and C the values for $\beta$ are pure imaginary. The wave is again propagating between points C and D, but now with the opposite direction $-x$. At point D the wave number becomes complex until the zero frequency point E at the lower-left corner of the figure is reached. Branches labeled $L_1$ and $L_2$ show much simpler behavior with the former laying in the real plane (a propagating wave at all frequencies) and the latter having a propagating high-frequency portion and a complex low-frequency behavior. The dotted curves, labeled with negative subscripts, are the mirror images of the



**Figure 3.6** Wave propagation in a simple plate. Longitudinal plane waves are shown by solid and shear waves by dashed lines. After certain distance $\lambda$, the partial waves reconstruct themselves.



**Figure 3.7**  Dispersion diagrams: (a) two-dimensional representation showing pure real and imaginary wave numbers $\beta$, and (b) three-dimensional representation for longitudinal waves showing also complex wave numbers $\beta$ [1]. In (a) the cutoff frequencies of TS1, TS2, and TE1 are indicated (dispersion is of type I). In (b) each continuous line represents a particular branch. The dotted lines correspond to a wave propagating in the opposite direction of the solid curves.



**Figure 3.8**  Propagation modes in a (multilayer) plate: (a) pure real $\beta$, (b) pure imaginary $\beta$, and (c) complex $\beta$. In (a) we have indicated the wavelength of the propagating wave. Usually the wavelength and wave number are coupled through the expression $\lambda\beta = 2\pi$.

three branches discussed above. They are simply propagating in the opposite direction compared to their positive subscript counterparts. We have also indicated points A through C in Figure 3.7(a) showing only the pure real and imaginary parts of the curves. Point D⁻ is marked with a superscript to emphasize the opposite propagation direction compared to point D in Figure 3.7(b).

In the case of simple plates the dispersion relations can be solved analytically for the shear horizontal modes. However, the longitudinal modes (as well as flexural modes) can not be solved in closed form (these are also called Rayleigh-Lamb or just Lamb modes). This is rather unfortunate since the longitudinal modes are the ones that matter most for us interested in thin film BAW devices. In the end this does not

Case 1:21-cv-01417-JPM   Document 103-4   Filed 08/30/22   Page 48 of 165   PageID #: 1814

make much of a practical difference since we will in any case be analyzing multilayer systems where the problem must always be solved by numerical techniques.

In a multilayer case the problem is generally solved as follows [9, 10]: In each of the layers $i$ we set up longitudinal and shear waves traveling upwards and downwards, in Figure 3.9 noted as $L_i^+$, $S_i^+$, $L_i^-$, and $S_i^-$. These waves propagate at a certain angles $\theta_i$ with velocities $v_i$ (generally $\theta_i$ and $v_i$ are different for longitudinal and shear waves). Associated with these are certain propagation constants $k_i = \omega/v_i$ in the direction described by $\theta_i$. The lateral propagation constant $\beta$ is therefore the projection of $k_i$ in the lateral direction (here chosen as $x$). At each material interface we must therefore consider eight waves: up and down traveling shear and longitudinal waves from above and below. The boundary conditions of continuous displacement and stress are applied at each interface. These couple the wave amplitudes in adjacent layers. The boundary condition for an air interface is again the familiar stress-free condition and in a case of semi-infinite half-space, such as substrate, we set up waves traveling in one direction only (away from the last interface). These eliminate the remaining amplitudes and the system can be solved for the lateral propagation constant $\beta$.

The lateral component of this propagation, in all the layers, is given by $\beta$. It must be a constant, for a given solution at a certain frequency $\omega$, for all the layers. The resulting matrix equations coupling the different layers are therefore usually solved by searching the $\beta(\omega)$-space for solutions satisfying the boundary conditions. In practice this means finding the zero of the determinant of the transfer matrix describing the layer stack.

An important property of dispersion is called the cutoff frequency $f_c$. This is defined as the frequency for which $\beta = 0$ for any particular dispersion branch. It divides, in frequency, the cases between propagating and reflecting waves. Certain branches have their real wave numbers higher in frequency that their cutoff frequency [i.e., positive group velocity, for example TE1 (thickness extensional) and TS1 (thickness shear) in Figure 3.7(a)]. For future use we will define these as having type I behavior. Other branches might behave the opposite way: propagating waves have a lower frequency than their cutoff frequency (i.e., negative group velocity). These will be denoted as type II branches [for example, TS2 in Figure 3.7(a)]. It should be emphasized that this is a property belonging to a dispersion branch; it is not the property of a layer stack or a device. However, later we will also define resonators as being of either type I or II, but this just refers to the branch (resonance) that they are supposed to be operating with.



**Figure 3.9**   Setting up a dispersion analysis for a multilayered plate.

QORVO_00024736

The cutoff frequencies are identical to the resonance frequencies obtained from a one-dimensional model of a resonator. For the thin electrode case of a single plate these are given by (3.22), and for a general multilayer case they can be found by the Mason model. Since these one-dimensional methods use only one wave type some of the cutoff frequencies are obviously missing. The cutoff frequencies of longitudinal and shear modes are easily calculated by using the appropriate material parameters (longitudinal or shear) in the calculation of the frequency response. Usually devices having type I behavior have their longitudinal cutoff frequency $f_{c,TE1}$ higher than their second shear wave cutoff frequency $f_{c,TS2}$. The opposite is true in type II resonators. This provides a quick method for calculating the dispersion type using the Mason model.

An example of measured dispersion curves of a 1-GHz ZnO SMR is given in Figure 3.10. The main resonance at approximately 900 MHz has the type I behavior. Multiple other modes are also present. The dispersion in Figure 3.10 is qualitatively similar to the simple plate dispersion of Figure 3.7(a), but the details are dependent on the exact layer stack in question (there are roughly 10 acoustically active layers in the measured device). The measurement of dispersion relations is discussed in detail in Chapter 8.

### 3.2.5 Resonator Design Based on Dispersion Relations

The dispersion relations can be used to design of a simple prototype resonator. We will here introduce a model first described in the 1960s by Shockley, Curran, and Koneval [11, 12]. This dispersion-based picture will enable us to study lateral effects in the resonator.

In the beginning of their 1963 paper, Shockley, Curran, and Koneval stated: "If the portion of the wafer surrounding the resonator has a cutoff frequency higher than the exciting frequency, the resulting vibratory energy is essentially confined to



**Figure 3.10** Measured dispersion curves of a 1-GHz ZnO resonator. At $f_S$ (at 0.9 GHz) there exist at least four *excited* higher order modes. Figure courtesy of Kimmo Kokkonen (Helsinki University of Technology, Finland) and Tuomas Pensala (VTT, Finland).

the resonator with an energy distribution decreasing exponentially with distance away from the resonator. This exponential decay is not associated with energy loss but acts to trap the oscillating energy within a confined region." In Figure 3.11(a) we have drawn such a structure and an accompanying cutoff frequency diagram. The associated dispersion characteristics near the cutoff are shown in Figure 3.11(b) (only the relevant TE1 branches are drawn).

We assume a device structure exhibiting type I dispersion behavior, both in the active and outside regions. Consequently, the wave modes having frequency lower than the cutoff frequency $f_c$ have imaginary wave numbers and modes having frequency higher than $f_c$ have a real wave number. The gray shading in both the cutoff frequency diagram and the dispersion diagram denote imaginary wave numbers. It might be appropriate here to note an analogy with quantum mechanics and the Schrödinger equation: In quantum mechanics the wave is bound to a quantum well by similar argumentation: it has an exponentially decreasing amplitude in the forbidden band (below the allowed energy for a propagating wave) and a sinusoidal wave in the quantum well itself. The cutoff frequency diagrams proposed here have their origin in the quantum mechanical description of waves (particles) bound in potential wells. Both the Schrödinger equation and our mechanical (acoustical) counterpart here are wave equations and even without a rigorous mathematical proof it is quite easy to believe that similar behavior occurs in both cases. Just as any symmetric one-dimensional quantum well will have at least one bound state so will also our symmetric one-dimensional cutoff frequency well hold at least one trapped acoustic mode (i.e., resonance).

To begin our analysis, let us assume displacement amplitude $u(x, z)$ separable in spatial coordinates

$$u(x,z) = u_x(x) \cdot u_z(z) \tag{3.68}$$

Now the corresponding stress field in the $z$-direction is given by

$$T_z(x,z) = T(z) \cdot u_x(x) \tag{3.69}$$



Figure 3.11 (a) Geometry and cutoff frequency diagram of a traditional resonator of width $2L$ (dispersion type I). (b) Corresponding dispersion diagrams of the TE1 modes for the outside and active regions near the cutoff frequencies. Cutoff frequencies of the outside and active areas are denoted by $f_{c,o}$ and $f_{c,a}$, respectively. In both diagrams the gray shading denotes pure imaginary wave numbers $\beta$. In the dispersion diagram the denoted wave vector values, $\beta_o$ and $\beta_a$, correspond to the lowest trapped mode drawn in the cutoff frequency diagram.

QORVO_00024738

The second term, $u_x$, can be understood as a modulating term arising from the (possible) nonuniformity of the $z$-direction stress field in the $x$-direction. The vertical stress $T(z)$ can be handled for example in the simple cases by the calculations shown in Section 3.2.2 or in a general case with the Mason model in Section 3.2.3.

The separable displacement assumption is quite questionable: the constituent relations, (3.2) and (3.3), are usually written in tensor form explicitly because the variables are not separable as per (3.68); we touched this point already in Section 3.2.1. However, we will here take the practical view: the equations and analysis in the following will be good enough to explain many observed phenomena in real devices. We do not wish to carry along the extra weight by utilizing the complete description given by the full equations. Whenever we run into serious difficulties explaining the observed effects we will try to clearly point out whether our simplifying assumptions are to be blamed.

Turning our attention to coupling coefficient we insert (3.69) into (3.54) to (3.56) and (3.58). Now one finds that the coupling coefficient is composed of two separate terms

$$k_{eff}^2 = k_z^2 \cdot k_x^2 \tag{3.70}$$

where the $z$-dependent contribution is grouped under $k_z^2$. The form of the lateral component $k_x^2$ follows from the Berlincourt formula [see (3.58)], and is

$$k_x^2 = \frac{\left(\int E_x u_x \, dx\right)^2}{\int E_x^2 \, dx \cdot \int u_x^2 \, dx} \tag{3.71}$$

where $E_x$ is the $x$-dependence of the $z$-directional electric field. This is usually a constant 1 as the resonator is a parallel plate capacitor. The electromechanical coupling coefficient $K^2$ is included in the term $k_z^2$, and therefore does not appear in $k_x^2$.

Referring to Figure 3.11, and concentrating our attention at the right half of the device, we write the lateral displacement of bound modes in two parts as

$$u_x(x) = \begin{cases} a \cdot \cos(\beta_a x) & -L \le x \le +L \\ b \cdot \exp(-\beta_o x) & x > +L \end{cases} \tag{3.72}$$

where $\beta_a$ and $\beta_o$ refer to the lateral wave numbers, obtainable from the dispersion curves, in the active and outside areas, respectively. $a$ and $b$ are amplitude normalization coefficients and will be found by application of the boundary conditions. At this point we should note that even if throughout this text we call $\beta_o$ an imaginary wave number, it can readily be seen that in (3.68) it is actually a number with a real value. We could of course write the displacement as $\exp(-|\beta_o|x)$, but for simplicity we will keep the formulation as given by (3.72).

In this Ansatz, (3.72), we have already dropped the antisymmetric displacement amplitudes of form $\sin(\beta_a x)$, that would be present in a purely mechanical treatment. It is immediately seen from the equation $k_x^2$, (3.71), that these antisymmetric cases are not worth investigating from a coupling point of view: When a constant $E_x$ is

assumed (the resonator of Figure 3.11 is in essence a parallel plate capacitor) the integrand in the nominator of (3.71) would always be antisymmetric, being a product of a symmetric function $E_x$ and antisymmetric function $u_x$, and consequently the integral vanishes. Therefore, as intuition might already have told us, antisymmetric modes cannot couple. This is identical to the discussion previously given in the thickness direction regarding the purely mechanical modes, (3.1) and (3.22)

In order to calculate the physical fields of (3.72) we need the boundary conditions at $x = \pm L$. For simplicity we will assume these to be continuity of lateral displacement $u_x$ and its first derivative $du_x/dx$. It is evident that the first boundary condition is a correct one. Just as obviously, in a general case, the latter is incorrect; we will revisit this point a little bit later. The condition $du_x/dx$ being continuous is adopted here just to keep the analysis simple and straightforward (it is interesting to note that Shockley et al. use exactly the same condition in their analysis [11]).

Using the boundary conditions at $x = \pm L$ we arrive at the resonance condition

$$\beta_a \tan(\beta_a L) = \beta_o \tag{3.73}$$

Once again we note, that both $\beta_a$ and $\beta_o$ are functions of frequency, $\beta = \beta(f)$. For the dispersion type assumed here moving to higher frequency makes $\beta_a$ a larger real number and $\beta_o$ a smaller imaginary number [see Figure 3.11(b)]. For small changes in frequency one can usually take $\beta_o$ as a constant and just look at the effect on $\beta_a$. However, what comes out of the analysis, no matter how it is done in a particular case, is a resonant frequency $f$ associated with (3.73) through the frequency dependence of lateral wave numbers, $\beta = \beta(f)$. This means that also the lateral mechanical boundary conditions select the operating mode of the device. This is quite a natural and expected result: exactly the same thing happens in the vertical direction discussed in previous sections. The displacements for the five lowest modes according to (3.73) are drawn in Figure 3.12. Here we have still retained the antisymmetric displacement profiles of form $\sin(\beta_a x)$, $n$ odd.

One important consequence of (3.73) is that the resonator actually does not resonate at the cutoff frequency of the active area $f_{c,a}$. In the previous one-dimensional analyses this was the case. For the resonator discussed here, exhibiting type I dispersion, the resonance frequency is higher than the cutoff frequency, $f > f_{c,a}$. However, in any real case (i.e., resonator having a realistic size $2L$) the frequencies are for all practical purposes identical. This means that for designing the resonators for a particular application the Mason model can be readily applied with the required precision. For a very narrow resonator we need to move up higher along the dispersion curves to find the conditions satisfying (3.73). Therefore the ground state for a very narrow device might be well above the cutoff frequency $f_{c,a}$. For a resonator exhibiting type II dispersion characteristics the opposite is true: the frequency of a narrow resonator would be lower than the cutoff frequency $f_{c,a}$.

For a quick-and-dirty analysis, one may assume a hard-wall model by letting $\beta_o \to \infty$, and then the resonance condition, (3.73), reads as $\beta_a L = \pi/2$. As expected, the resonance is obtained when a half-wavelength fits into the width of the resonator. For a real device with a finite outside region cutoff frequency $f_{c,o}$ the resonant frequency of a narrow device approaches, but never exceeds, this cutoff frequency $f_{c,o}$.



**Figure 3.12**  lateral displacement profiles $u_{x,n}$ of the first five modes of the traditional resonator. Because of symmetry reasons only the symmetric modes with $n$ = even couple with the constant driving force of the electric field.

This is because above $f_{c,o}$ the outside region supports a traveling wave with a real $\beta$, and consequently no trapped resonance can occur in a laterally infinite system.[1]

Whether there exists more than one trapped mode depends on the depth and width of the cutoff frequency well, and also on the properties of the active and outside regions (i.e., specific dispersion characteristics). The depth is simply a function of the cutoff frequency difference between the outside and active regions $f_{c,o} - f_{c,a}$. The width $2L$ is simply the physical size of the prototype resonator under investigation. We will return to these other higher order modes later in the discussion of spurious modes in Section 3.3.3.

## 3.3  Device Design

### 3.3.1  Effective Coupling Coefficient

In an earlier section we pointed out the difference between effective coupling coefficient $k^2_{eff}$ and material coupling coefficient $K^2$. This section will deal with $k^2_{eff}$, the device property. We will analyze a real resonator with finite thickness electrodes and show how most of the material coupling coefficient $K^2$ can be extracted to maximize or optimize $k^2_{eff}$. This effect was already discussed in the previous chapter dealing

---

1.  In this case, if taken literally, our model really fails when a real-world device is considered. Even if we allow a propagating wave in the outside, a resonance, maybe a poor one but a resonance nevertheless, would be observed in a manufactured device. One of the reasons is that our model does not treat the mechanical and electrical boundary conditions correctly (see [13]). However, for the analysis done here it is good enough to explain even the real-world behavior of the system.

with electrode metallization (see Section 2.3). We will again make a simplified Gedanken experiment to highlight the physics behind the effect.

Let us assume a resonator that has electrodes made of the same material (or similar in terms of acoustic velocity and impedance) as the piezoelectric itself. This simplifies our calculations as the displacement inside the body can be written as

$$u(z) = a \cdot \sin(kz) \tag{3.74}$$

where $k$ is the vertical ($z$-direction) wave number given by

$$k = \frac{\omega}{v} = \frac{2\pi f}{v} \tag{3.75}$$

Here $v$ is the velocity of the acoustic wave, in both the electrodes and piezolayer. Figure 3.13 shows the geometry under consideration.

Using the stress-free boundary condition $T(\pm(d + t)) = 0$ we arrive at the resonance condition

$$k_n \cdot (d + t) = (2n + 1) \cdot \frac{\pi}{2}, \quad n = 0, 1, 2, \ldots \tag{3.76}$$

The frequencies are now given by the familiar

$$\omega_{a,n} = (2n + 1) \cdot \frac{\pi}{2} \cdot \frac{v}{d + t} \tag{3.77}$$

The difference between this and (3.23) arises from the different definition of the total plate thickness (see Figure 3.14). After some simple manipulation we get from (3.58) the coupling coefficient of $n$th mode

$$k_{\text{eff},n}^2 = \frac{e^2}{\varepsilon^S c^L} \cdot \frac{8}{\pi^2} \cdot \frac{\cos^2\left[(2n + 1) \cdot \frac{\pi}{2} \cdot \frac{t}{d + t}\right]}{(2n + 1)^2 \cdot \left(1 - \frac{t}{d + t}\right)}, \quad n = 0, 1, 2, \ldots \tag{3.78}$$

In Figure 3.14 function $\cos^2[(2n + 1) \cdot \pi/2 \cdot x]/[(2n + 1)^2 \cdot (1 - x)]$, where $x = t/(t + d)$, is plotted for the three lowest modes. For main mode $n = 0$ the function



**Figure 3.13** The geometry of a resonator with electrodes, made of the same material as the piezolayer itself. This also corresponds to the situation where infinitely thin electrodes are placed at a distance of $t$ from the surfaces within the piezoelectric body. The stress field is drawn with solid line and the displacement with a dashed line.



**Figure 3.14**  Normalized effective coupling coefficients for the three lowest resonances in a simple prototype membrane resonator as a function of fractional electrode thickness $t/(t+d)$. The electrodes are made of the same material (i.e., same acoustic velocity and impedance) as the piezolayer. The main mode $n = 0$ has a maximum at $t/(t+d) \approx 0.26$, indicated by the dotted vertical line.

achieves a maximum at $x \approx 0.26$ and the value of the function at this point is approximately 1.14. This means that in our simple Gedanken experiment the effective coupling coefficient is maximized for electrode thickness of $t/(d + t) \approx 0.26$. The higher harmonics have naturally a lower $k^2_{eff}$ and certain electrode thicknesses produce a vanishing coupling coefficient (for the first harmonic $n = 1$ at $x = 1/3$, and for the second $n = 2$ at $x = 1/5$ and $x = 3/5$). This behavior is easily understood when considering the symmetry of the situation; see numerator of (3.78).

Next we will consider a more realistic but still simple symmetric resonator with electrodes made from a material different than the piezolayer. The resonator is assumed symmetric with both electrodes having the same thickness $t$ and material properties (see Figure 3.15). The displacement has now to be considered in two parts

$$u(z) = \begin{cases} a \cdot \sin(k_p z) & -d \leq z \leq +d \\ b \cdot \sin(k_e z + \gamma) & z > +d \end{cases} \tag{3.79}$$



**Figure 3.15**  The geometry of a resonator with electrodes. Example corresponds to the case of $Z_p > Z_e$. The stress field is drawn with a solid line and the displacement with a dashed line.

Case 1:21-cv-01417-JPM   Document 103-4   Filed 08/30/22   Page 56 of 165 PageID #: 1822

where the wave numbers $k_p$ and $k_e$ refer to the piezolayer and electrodes, respectively. The phase term $\gamma$ preserves the generality of our Ansatz. Using the boundary conditions at the interface $z = +d$ and vanishing stress at $z = +(d+t)$ we arrive at the resonance condition

$$\frac{Z_e}{Z_p} \cdot \tan\left(k_p d\right) \tan\left(k_e t\right) = 1 \qquad (3.80)$$

Here $Z_e$ and $Z_p$ are the acoustic impedance of the electrode and piezolayer, respectively.

We could calculate the stress profiles associated with (3.79) and insert these into the Berlincourt formula for a general expression of the effective coupling coefficient (the result, however, looks rather unappetizing). Unfortunately it is not possible to further insert the resonance condition, (3.80), into the obtained equation for a closed form solution of $k^2_{eff}$. Therefore, we will have to be satisfied with a numerical solution for some representative cases.

From the figures we see how the effective coupling coefficient depends on the material properties of the electrodes. Most notably it is seen from Figure 3.16(b) that the high acoustic impedance electrodes increase the maximum achievable $k^2_{eff}$. With the available high impedance electrode materials, which are close to the impedance ratio 3:1 given in Figure 3.16 (assuming AlN or ZnO piezolayer), the normalized effective coupling coefficient has a maximum value of approximately 1.19. This has some important real-life consequences when it comes to practical design of resonators. This issue will be discussed in a later chapter.

We have here analyzed a FBAR device. The results in this case do not directly apply to a SMR. This is because the stress fields inside the mirror layers lower the achievable $k^2_{eff}$. However, the general trend seen in Figures 3.15 and 3.16 holds just as well to the SMR, even if the exact position and value of the maximum $k^2_{eff}$ depend on the specific mirror configuration. Simulations in the case of a SMR device can be found in the original paper describing the effect by Lakin et al. [14].



**Figure 3.16** Normalized effective coupling coefficients as a function of fractional electrode thickness $t/(t + d)$ for resonator with different electrode to piezolayer (a) acoustic velocity ratio and (b) acoustic impedance ratio. The 1:1 case corresponds to (3.78), $n = 0$.

QORVO_00024744

### 3.3.2  Loss Mechanisms and Q-Values

Quality factors are a measure of losses in the system. The very basic definition follows from the ratio of the total energy in the system to the power lost in a half-cycle:

$$Q = \frac{\omega}{2} \cdot \frac{E_{tot}}{\Delta E} \tag{3.81}$$

where $E_{tot}$ is the total energy and $\Delta E$ is the power lost per half-cycle. Assuming multiple loss mechanisms, the overall $Q$-values follow the well-known law

$$\frac{1}{Q_{tot}} = \sum_i \frac{1}{Q_i} \tag{3.82}$$

where $Q_i$ is the $Q$-value associated with loss mechanism $i$. If we assume that the energies associated with loss mechanisms are different we get from the definition of $Q$-value, (3.81),

$$\frac{1}{Q_{tot}} = \frac{1}{E_{tot}} \cdot \sum_i \frac{E_i}{Q_i} \tag{3.83}$$

where $E_i$ is the energy associated with loss mechanism $i$, and $E_{tot} = \sum E_i$.

These loss mechanisms in a BAW resonator can be grouped under three categories:

1. Electrical losses;
2. Acoustical attenuation;
3. Leaking waves.

Electrical losses are associated with finite resistance of the resonator electrodes and leads connecting resonators and bonding/probing pads. In the previous section we saw that the preferred electrode materials for wide-bandwidth filters are high acoustic impedance metals, typically from the group of refractory metals. Unfortunately, these have rather high electrical resistances. It must also be kept in mind that for the high acoustic impedance metals the best obtainable thin film resistivities are generally 1.5 to 2 times higher than the corresponding bulk values. This is not the case with aluminum, copper, and some noble metals (Ag, Au) that usually have resistivities fairly close to bulk values even in thin film form.

When electrical resistivity is concerned there are two major effects that should be considered: First the traditional resistivity of the leads and electrodes themselves. Generally there is about one square of electrodes associated with a resonator (i.e., the top and bottom electrodes themselves). The resistive loss mechanism is obviously most pronounced near the operating point where electrical currents are largest, see (3.33).

The second resistive part arises from the possible nonuniform stress distribution over the area of the electrodes when the resonator is operated at high frequencies. If the stress distribution is not flat then areas of the resonator vibrating at different amplitudes and/or phases will have redistribution currents associated with them. This means that even if no current would be flowing in and out of the resonator

Case 1:21-cv-01417-JPM   Document 103-4   Filed 08/30/22   Page 58 of 165 PageID #: 1824

leads connecting it to the outside world these redistribution, or eddy currents, still have a resistance associated with them. FEM simulation of the phenomena can be found in [15].

In the next section dealing with spurious resonance-free resonator design we will encounter a design that tries to accomplish constant displacement (stress) amplitude over the face of the resonator. Even in the cases where this is successfully accomplished and the spurious modes are not generated, one will almost invariably find small ripple in the measured stress distribution near the operating frequency of the device. This ripple arises because some of the energy is coupled into high lateral wave vector dispersion branches (more about this after few lines). At the moment it is unknown whether this effect has any practical $Q$-limiting value.

Previously we described acoustical attenuation as a phenomenon where some of the mechanical energy propagating in a material is converted into heat. We can readily model this effect by assuming a complex propagation constant. However, as was argued before, we have very little knowledge about the actual values of attenuation constants $\alpha$ at the relevant frequencies. Therefore it is difficult to judge whether this effect comes into play in practical devices. However this is the mechanism that is often used in, for example, Mason's model, to fit measured and predicted $Q$-values.

The third loss mechanism group, leaking waves, can be broken down to three more general subclasses. The first one is SMR specific: waves lost through the mirror into the substrate. In a FBAR device both the upper and lower surface of the resonator are in contact with the air. With the large acoustic mismatch we can be certain that no wave is transmitted into the air and consequently into the substrate. But, in the case of a mirror device, this might not be so.

A Mason model calculation gives the longitudinal wave reflectivity of the typical quarter-wavelength mirror as 99.99% (unity for all practical purposes). This would imply $Q_s$ easily in excess of 10,000. However, the mirror in the $\lambda/4$-configuration is designed for longitudinal waves. Remembering that the shear wave velocity $v_S$ is roughly half of the longitudinal velocity $v_L$, it is follows that the mirror is more or less $\lambda/2$ for the shear waves. If, for whatever reason, shear waves are generated in the device these can readily pass through the mirror and consequently lower the $Q$-values. This loss can be significant for even small amounts of energy associated with the shear waves. This can easily be shown by using (3.83): if one assumes a longitudinal $Q$-value of 10,000 and shear $Q$-value of 10, and assigns 1% of total energy to the shear waves, the resulting total $Q$ will be roughly 900.

In Figure 3.17(a) we have calculated the mirror transmissivity for the traditional $\lambda/4$-configuration (transmissivity being $T^2 = 1 - R^2$, where $R$ is the reflectivity). As expected the longitudinal transmissivity shows a minimum at the resonance (denoted by the vertical line). However, the shear wave transmissivity is high validating our earlier expectation. This leakage can be confronted effectively be designing the mirror to reflect both the shear and longitudinal waves. Such a mirror is no longer based on $\lambda/4$-thick layers; an example is given in Figure 3.17(b).

Currently there are no reliable explanations for the generation of shear waves. However, as always, it is easy to speculate on the origin of these modes. It was previously mentioned that any nonperpendicular longitudinal waves incident upon a material interface will convert into reflected and transmitted longitudinal and shear



**Figure 3.17** Transmissivity of (a) a $\lambda/4$-mirror and (b) a cooptimized mirror for both shear and longitudinal waves [16]. The longitudinal transmissivity is given by the solid lines, and the shear by the dashed lines, respectively. The resonance frequency of the device (approximately 1.8 GHz) is indicated by the vertical line. Both mirrors are constructed as 2.5-pair $W/SiO_2$-layers.

waves. There should be no a priori reason to expect that such waves would not be present in a real device. Remember again that the Mason model is a 1D treatment and there quite obviously exists no mechanism for generating these modes. Possible sources for the nonperpendicular longitudinal waves are for example the electrode edges where boundary conditions might require generation of these waves. This brings us to the second possible source of the shear waves: there is again no a priori reason to believe that these lateral boundaries would not directly create shear wave components.

The second leaking-wave loss mechanism is laterally leaking waves. In Section 3.2.4 we proposed a simple dispersion model for explaining the energy-trapping principle. We found that if we consider only the thickness extensional modes near the cutoff frequencies of the active area and outside, perfect energy trapping can be accomplished. It is time to review that assumption.

When we make the resonator analysis based on the dispersion relations we explicitly disregard all other dispersion branches except the one under consideration, usually the thickness extensional mode TE1. In essence we assume that there is no coupling from this mode to the others. In an infinite bulk material the coupling between the modes does not occur. However, in any realistic analysis the resonator edges must come into play.

The lateral boundaries require the same continuity of displacement and stress as do the vertical boundaries. However, even in the simple model at the boundary between the active and outside regions of our prototype resonator the stress fields are obviously different, even within the piezoelectric layer itself. This arises because the vertical boundary conditions require vanishing stress on the free surfaces. In other words on the side of the outside region, the vertical stress must equal zero, but on the other hand, on the side of the active area it generally does not have to (see Figure 3.11). Therefore, there must be an additional mechanism to facilitate for this mismatch. In the dispersion picture this can only be brought in by adding a contribu-

tion from the other branches on the dispersion diagram at the relevant frequency (what else would there be?).

Some of these other branches might have a real wave number. Therefore, almost invariably we will set up traveling waves in the outside region and these will propagate and be lost thus lowering our $Q$-values and possibly the $K^2_{eff}$. It is an experimental fact that laser interferometer analysis of any resonator will invariably show waves propagating in the outside region as well. Figure 3.18(a) shows such a phenomenon in a mirror device. Just as invariably small wavelength ripple will be present in the active area; see Figure 3.10 for a laser interferometer measurement of the active area of a ZnO resonator operating at 1 GHz (the fact that we are able to measure the dispersion curves means that the waves must be present). Also, finite element analysis (FEM) of devices always shows such a behavior; see Figure 3.18(b). FEM is a brute force method that will, when done correctly, reveal all the possible modes. This is actually a problem in setting up a good FEM simulation, as these waves propagating in the outside must be somehow absorbed at the outmost boundaries of the model, in order not to set up additional unphysical standing wave patterns and corresponding resonances.

So how big is the lateral leakage effect in real life? The sad answer is that we do not know. It is very difficult to distinguish between the different $Q$-loss mechanisms in the electrical measurements, except in some special cases. Laser interferometry can not help us much either: it is difficult to judge what the amount of energy carried away from the resonator with the lateral waves really is. It has been argued by some authors, quite convincingly in fact, that in the case of FBAR this loss mechanism is dominant at certain frequencies (see Chapter 5 and [19]). Nevertheless it must be concluded that definite assignment of a certain $Q$-value to lateral losses is challenging to say the least.

Finally surface and/or interface scattering can be important if the surface and/or interface quality of the materials is not good enough. Here the mechanism is in essence the same as in vertically or laterally leaking waves, we just make the separation because in this case the origin of the leaking waves lies with waves generated by the local roughness. These waves can have any propagation direction and therefore,



$(a)$ $(b)$

**Figure 3.18** (a) A laser interferometer analysis of a SMR showing propagating modes outside the resonator active area [17], and (b) FEM simulation of a FBAR showing propagating modes on the right-hand-side outside area [18].

QORVO_00024748

in principle, it is possible to convert into various different lateral and vertical waves that might or might not be lossy.

### 3.3.3 Spurious Modes

In this section we first develop the hard-wall model mentioned in Section 3.2.5 further to explore the emergence of spurious modes. Let us first elaborate further on the hard-wall assumptions: The lateral wave is not allowed to penetrate the outside region at all (see Figure 3.11). This is accomplished by letting the lateral wave number in the outside region $\beta_o \to \infty$. As previously shown, we now get the resonance condition as

$$\beta_a L = (2n+1) \cdot \frac{\pi}{2}, \quad n = 0, 1, 2, \ldots \tag{3.84}$$

corresponding to the poles of the tangent function of (3.73). Inserting this into the general form of the lateral contribution to effective coupling coefficient $k_x^2$, obtained by inserting (3.72) into (3.71), we have

$$k_x^2 = \frac{2 \sin^2(\beta_a L)}{\beta_a^2 L^2 \left(1 + \frac{1}{\beta_a L} \cdot \sin(\beta_a L) \cos(\beta_a L)\right)} \tag{3.85}$$

Now we find a series of resonances, labeled with $n$, with

$$k_{x,n}^2 = \frac{8}{\pi^2} \cdot \frac{1}{(2n+1)^2} \quad n = 0, 1, 2, \ldots \tag{3.86}$$

This equation describes a series of modes having decreasing effective coupling coefficients. We identify the $n = 0$ case with the largest coupling as our main mode. The modes labeled with $n > 0$ are the spurious modes. They are excited because the driving force of the electrical field $E_x$, a constant across the face of the essentially parallel plate capacitor structure under investigation, is able to couple into these laterally symmetric modes as well (see Figure 3.12 for the mode shapes). In other words the convolution integrals in the numerator of the coupling coefficient equation, (3.71), have nonzero values for all symmetric solutions of the lateral wave modes $u_x$. The wave modes $u_x$ are sketched in Figure 3.13. It is interesting to note that

$$\sum_{n=0}^{\infty} k_{x,n}^2 = 1 \tag{3.87}$$

This means that all the piezoelectricity available is consumed in the series of resonances composed of the main mode and the spurious modes.

In Figure 3.19 electrical measurements of two resonators are shown. The first one, Figure 3.19(a), is an AlN SMR exhibiting type I dispersion. The spurious modes are identified as the smaller loops superimposed on the large main resonance. Because the resonator is of type I the spurious modes are located above the series res-



**Figure 3.19**   Spurious modes in (a) type I resonator and (b) type II resonator. (*From:* [21]. © 2001 IEEE. Reprinted with permission.)

onant frequency $f_s$. This is where the active area of the resonator has real wave numbers $\beta_a$ enabling standing wave patterns according to (3.73) to be set up. The opposite is true for the resonator of Figure 3.19(b). This example is an AlN-FBAR (i.e., a membrane resonator) having type II dispersion. Since the real wave numbers are now located below the cutoff frequency, the spurious modes appear below $f_s$ in frequency. Note that (3.84) to (3.86) hold for both type I and II devices; the only assumption we have made is $\beta_a$ real and $\beta_o \to \infty$, and in principle this can be accomplished with either dispersion type by proper resonator design.

In [22] Kokkonen and Pensala studied a ZnO resonator exhibiting strong spurious modes using electrical measurements, laser interferometry, and FEM. Their findings verify the theoretical reasoning given earlier: the acoustical spurious modes are responsible for the spurious modes seen in the electrical response. Figure 3.20 shows the connection between the electrical resonances and the associated wave patterns obtained from laser interferometry.

We can also set up a second interesting problem with (3.73). This takes place when we let $\beta_n = 0$. In this case we get a coupling coefficient

$$k_x^2 = \begin{cases} 1 & n = 0 \\ 0 & n \neq 0 \end{cases} \tag{3.88}$$

This describes a resonator with only one single mode excited. That means it is spurious resonance free.

The condition $\beta_o = 0$ seems ridiculous at first glance. It describes a constant displacement amplitude in the outside region. This is clearly a violation of the problem statement requiring an energy-trapped structure with an exponentially decaying amplitude in the outside. Actually this also corresponds to a case of infinitely large resonator, and this is exactly the configuration that, for example, the Mason model analyzes. In a laterally infinite resonator there are no edges and therefore no possibility of setting up laterally trapped waves and consequently no spurious modes are excited.

But nevertheless, the condition $\beta_o = 0$ holds an important truth even in the case of a laterally finite resonator: if we are able to create a situation where the boundary



**Figure 3.20** Connection between the measured electrical response and wave patterns obtained by laser interferometry [22]. The solid line is the electrical power absorbed in the resonator as a function of frequency. The dotted line gives the mechanical response as summed over measured lateral wave vector $\beta$ values at each frequency.

condition of $du_x/dx = 0$ at $x = \pm L$ is satisfied, we have created a resonator with no spurious modes excited. This spurious resonance-free condition can be achieved by the type I resonator structure given in Figure 3.21. By inserting a narrow border region, having a real wave number $\beta_b$, between the active area and the outside we can create a situation where $du_x/dx = 0$ at $x = \pm L$ is satisfied. In this case we have $\beta_a = 0$, $\beta_b$ real and $\beta_o$ imaginary, simultaneously fulfilling all the requirements of energy trapping and boundary conditions.

We must now assume the displacement profile as being composed of three parts, corresponding to the three regions of the device. The Ansatz for displacement, again immediately dropping the noncoupling antisymmetric solutions, reads as



**Figure 3.21** (a, b) The structure and cutoff frequency diagram of a spurious resonance-free resonator, type I. The corresponding dispersion characteristics display the operation point with $\beta_b$ real, $\beta_o$ imaginary and $\beta_a = 0$.

$$u_x(x) = \begin{cases} a \cdot \cos(\beta_a\, x) & -L < x < +L \\ b \cdot \cos(\beta_b\, x + \gamma) & +L < x < +(L+W) \\ c \cdot \exp(-\beta_o\, x) & x > +(L+W) \end{cases} \qquad (3.89)$$

Coefficients $a$, $b$, and $c$ are again for the amplitude normalizing reasons. The phase term $\gamma$ in the border region, and the sinusoidal form of the displacement in the active area have been introduced to preserve the general nature of the Ansatz.

Investigating the special case of $\beta_a = 0$, meaning a constant amplitude $a$ in the active area, we arrive to the resonance condition. This is achieved by requiring both $u_x$ and $du_x/dx$ continuous at $x = \pm L$ and $x = \pm(L+W)$. After some simple manipulation we now have the resonance condition

$$\beta_b \tan(\beta_b W) = \beta_o \qquad (3.90)$$

Comparing (3.90) and (3.73) for the traditional design a striking resemblance is seen: the equations have exactly the same form with $L$ being now replaced by $W$ and $b_a$ by $b_b$. This is no coincidence: One can imagine accomplishing the structure by first designing a narrow (width $2W$) resonator using the border-region layer stack according to (3.73). The resonant frequency of this narrow device will be well above the cutoff frequency $f_{c,b}$ of the layer stack (for type I device). Now if one splits this resonator in the middle, where quite obviously $du_x/dx = 0$ for the symmetric modes, and in between inserts an active region having a cutoff frequency $f_{c,a}$ exactly matching the resonance frequency of the narrow resonator of our Gedanken experiment, the active area will be operated exactly at this cutoff frequency. And, this in other words means $\beta_a = 0$. Therefore the resonance condition, (3.90), must read as it does with no dependence on the width of the active area $L$ or the active area lateral wave number $\beta_a$. Again note that (3.89) and (3.90) apply to both type I and II devices, reasoning as before.

Concentrating our efforts solely in the active area (i.e., assuming no coupling in the border area, or rather $W \ll L$) we can now find the coupling coefficients corresponding to the main mode and the spurious modes. The displacement in the active area reads as $u_{x,a} = a \cdot \cos(\beta_a\, x)$ for the symmetric modes. The solution satisfying $du_x/dx = 0$ at $x = \pm L$ must have $\beta_a L = n \cdot \pi$, with $n = 0, 1, 2, \ldots$ Therefore, we do indeed get the coupling coefficient of (3.88). The higher order symmetric modes vanish, because for $n \neq 0$ the active area now supports a multiple of half-wavelengths (see Figure 3.22). We have here not explicitly made the simplifying assumption of holding both $\beta_b$ and $\beta_o$ constant across frequencies, because nothing in the mathematics themselves forces us to do so. However, it should be noted that generally the condition of (3.90) should be fulfilled over the frequency range of interest, in the vicinity of $f_s$ and $f_p$. Whether this happens in real devices is an open question: our idealized model does not take into account all the real-world phenomena and this leaves us only with experiment to judge whether or not we can place any faith in it.

Luckily, the experimental observations do validate the model. Electrical measurements of resonators show a minimum in the spurious mode content for a certain $W$. Direct observation of the effect is possible with laser interferometry. In Figure 3.23 electrical measurement of type I ZnO and AlN SMRs with and without appro-



**Figure 3.22**   The resonant modes of the spurious resonance-free resonator. Only the main mode, $n = 0$, couples with the electric field. The odd modes are antisymmetric and cannot couple. The higher order even modes have a multiple of half-wavelengths across the resonator, $-L \leq x \leq +L$, and consequently do not couple ($W \ll L$). Note that for clarity we have drawn the border area width $W$ much larger than in typical devices.



(a)                                        (b)

**Figure 3.23**   (a, b) Electrical measurements of type I 1-GHz ZnO and 2-GHz AlN resonators with (solid line) and without border rings (also known as the frame or overlap) [20]. The devices with correctly dimensioned borders have superior characteristics with almost no spurious modes. The improvement in $Q$-values is also evident.

priately dimensioned borders [20]. Figure 3.24 displays laser interferometer analysis of two ZnO resonators. The resonator on the right shows a flat displacement profile corresponding to $\beta_a = 0$. Furthermore, the values for $W$ given by (3.90) agree fairly well with experiment.

QORVO_00024753



(a)                                  (b)

**Figure 3.24**  Laser interferometer measurements of the lateral displacement pattern of a 1-GHz ZnO SMR (dispersion type I) [20]. Part (a) shows displacement profile of a traditional design without the overlap. Part (b) shows a flat profile for the resonator with a correctly dimensioned overlap. The measurement frequency used here is slightly above the series resonant frequency $f_s$ of the devices.

In principle the border region can be designed with any width-thickness combination satisfying (3.90). The general trend seen from (3.90) is that for higher value of lateral wave number $\beta_b$ in the border region the width $W$ must be made smaller. Bigger $\beta_b$ means larger cutoff frequency difference $f_{c,a} - f_{c,b}$ (i.e., the cutoff frequency well is deeper).

It was previously commented in Section 3.2.4 that any symmetric one-dimensional cutoff frequency profile will hold at least one bound state. The cutoff diagram for the border region in Figure 3.21 is not symmetric. Therefore, whether there exists an isolated mode in this region depends totally on each individual case. When the border region is correctly dimensioned with respect to thickness and width there are no isolated modes, the lowest frequency mode of a type I device has the shape shown in Figure 3.22, $n = 0$. However, if the border region is too wide and/or too deep an isolated resonance can be formed. What now happens is that there is an exponentially decaying wave in both the outside and active region (i.e., both $\beta_a$ and $\beta_o$ are imaginary), and $\beta_b$ is real. In this case the electrical measurements will show, again in the case of a type I device, an additional resonance below $f_s$, along with a reduced effective coupling coefficient.

In Chapter 5 dealing with the FBAR devices we will see examples of the application of the frame concept to a type II membrane device. As expected, in this case the frame (border area) needs to have a cutoff frequency $f_{c,b}$ higher than the active area, in order to achieve a real wave number $\beta_b$ at resonance. Furthermore improved energy trapping in these devices is achieved through the use of an outside area having cutoff frequency $f_{c,o}$ lower than the active area $f_{c,a}$, again in agreement with the prediction of the dispersion-based model. One could visualize the situation as in the cutoff frequency diagram of Figure 3.25. The reader familiar with semiconductor physics might see this similar to the representation of the valence band of a quantum well device (such as a quantum well laser), as opposed to the conduction bandlike behavior of the type I device in Figure 3.21.



**Figure 3.25** (a, b) The structure and cutoff frequency diagram of a spurious resonance-free resonator, type II. The corresponding dispersion characteristics display the operation point with $\beta_s$ real, $\beta_o$ imaginary, and $\beta_e = 0$.

### 3.3.4  The Other Important Parameters

The most important of the other parameters concerning a resonator is its temperature coefficient of frequency (TCF). We can examine this for the prototype resonator by inserting (3.7) into (3.23) and differentiating with respect to temperature. We get

$$\frac{1}{\omega} \cdot \frac{d\omega}{dT} = \frac{1}{2}\left(\frac{1}{c} \cdot \frac{dc}{dT} - \frac{1}{\rho} \cdot \frac{d\rho}{dT}\right) - \frac{1}{d} \cdot \frac{dd}{dT} = \frac{1}{2}\left(\frac{1}{c} \cdot \frac{dc}{dT} + \frac{1}{V} \cdot \frac{dV}{dT}\right) - \frac{1}{d} \cdot \frac{dd}{dT} \qquad (3.91)$$

where $T$ is the temperature and $V$ is the volume and the other symbols are as before. In the last form we can identify the linear thermal expansion coefficient $\alpha_l = 1/d \cdot dd/dT$ and the volumetric thermal expansion coefficient $\alpha_V = 1/V \cdot dV/dT$. Both of these are usually positive and therefore they tend to cancel each other to some extent. In an isotropic case $\alpha_V = 3\alpha_l$ holds fairly well, and therefore the net contribution of the last two terms is roughly $+1/2 \cdot \alpha_l$. Typical values for $\alpha_l$ range between $+1$ to $+20$ ppm/K.

The first term describes how the stiffness changes with temperature. Usually materials become softer as temperature rises. This implies that generally $1/c \cdot dc/dT$ should be negative and that is the way it is for most materials. Temperature coefficients of stiffness constants are typically in the range of a few tens to a few hundreds of ppm/K (negative). It could therefore be argued that this effect usually is the largest component determining the TCF of a resonator.

In a thin film BAW the situation is not really well described by (3.91). It might be a good approximation in the case of FBAR, but in the case of SMR the intimate contact with the substrate complicates the situation. As the substrate thickness is typically up to two orders of magnitude larger than the film stack on top of it, it can not be neglected: The thermal expansion of the substrate (area expansion in this case) changes the stress state of all layers deposited on it (these layers might have some intrinsic stresses in them at the beginning). These stresses (strains) can influence the material parameters: remember the discussion in Section 3.1.1.

The most straightforward method to account for temperature effects in thin film BAWs is to model them directly through the use of the temperature coefficient of velocity $1/v \cdot dv/dT$. The travel time through the various layers changes with velocity and to the first-order this describes the TCF of the resonator. In the accurate description one should also take into account the temperature coefficient of acoustic impedance, $1/Z \cdot dZ/dT = 1/v \cdot dv/dT + 1/\rho \cdot d\rho/dT$. Here the two terms do generally have negative temperature behavior resulting in $1/Z \cdot dZ/dT$ being also negative. However, since the acoustic impedance influences the resonance frequency only through the reflection and transmission coefficients $r$ and $t$, (3.38) and (3.39), its temperature coefficient can safely be neglected. To elaborate, as the impedances on both sides of the interface have similar temperature behavior it can safely be assumed that the effect of $T$ on $r$ and $t$, these being functions of the ratio between the two acoustic impedances $Z_1$ and $Z_2$, is for all practical purposes zero.

Finally it should be noted that some materials do indeed have a positive temperature coefficient of velocity (or stiffness). Most notably amorphous $SiO_2$ exhibits this behavior (as already pointed out in Chapter 2). Therefore it can be used as TCF compensating material in resonators [23]. This effect is also notable in SMRs, where the low impedance acoustic layers are usually made from $SiO_2$. This is the reason behind generally lower TCF in SMRs as compared to FBARs.

## 3.4   Summary

On the previous pages we have outlined the most important topics regarding modeling of thin film BAW resonators. The basic equations governing the simple prototype resonators were presented and the origin of the lateral effects, most notably spurious modes, were described. Theoretical solutions to these problems were presented.

In later chapters we will see practical implementations of the described solutions: How the effective coupling coefficient is optimized with the use of high-impedance electrodes and also in the case of SMR use of suitable materials for the mirror layers. It will also be shown how $Q$-values are optimized for SMR with the use of a nonquarter-wavelength mirror and how the spurious modes are eliminated with the application of a border region in both FBAR and SMR devices.

These solutions have a very concrete practical application in BAW filter production. It is safe to say that the role of BAW in radio frequency filters would not be what it is today without these enhancements.

## References

[1]   Auld, B. A., *Acoustic Waves and Fields in Solids,* Vol. I & II, New York: Wiley, 1973.

[2]   Ristic, V. M., *Principles of Acoustic Devices,* New York: Wiley, 1983.

[3]   Rosenbaum, J. F., *Bulk Acoustic Wave Theory and Devices,* Norwood, MA: Artech House, 1988.

[4]   Larson, J. D. III, et al., "Modified Butterworth-Van Dyke Circuit for FBAR Resonators and Automated Measurement System," *Proceedings of IEEE Ultrasonics Symp. 2000,* San Juan, Puerto Rico, pp. 863–868.

QORVO_00024756

[5] Dieulesaint, E., and D. Royer, *Elastic Waves in Solids*, Vols. I & II, New York: Springer-Verlag, 1999.

[6] Mason, W. P., *Piezoelectric Crystals and Their Application to Ultrasonics*, Princeton, NJ: Van Nostrand, 1950.

[7] Berlincourt, D. A., D. R. Curran, and H. Jaffe, "Piezolelectric and Piezomagnetic Materials and Their Function in Transducers," *Physical Acoustics*, Vol. I-A, ed. W. P. Mason, Academic Press, New York, 1964.

[8] Chang, S. H., N. N. Rogacheva, and C. C. Chou, "Analysis of Methods for Determining Electromechanical Coupling Coefficients of Piezoelectric Elements," *IEEE Trans. on Ultrasonics, Ferroelectrics and Frequency Control*, Vol. 42, No. 4, July 1995, pp. 630–640.

[9] Lowe, M. J. S., "Matrix Techniques for Modeling Ultrasonic Waves in Multilayered Media," *IEEE Trans. on Ultrasonics, Ferroelectrics and Frequency Control*, Vol. 42, No. 4, July 1995, pp. 525–541.

[10] Adler, E. L., "Matrix Methods Applied to Acoustic Waves in Multilayers," *IEEE Trans. on Ultrasonics, Ferroelectrics and Frequency Control*, Vol. 37, No. 6, November 1990, pp. 485–490.

[11] Shockley, W., D. R. Curran, and D. A. Koneval, "Energy Trapping and Related Studies of Multiple Electrode Filter Crystals," *IEEE Frequency Control Symp. Proceedings*, 1963, pp. 88–126.

[12] Shockley, W., D. R. Curran, and D. A. Koneval, "Trapped-Energy Modes in Quartz Filter Crystals," *Journal of the Acoustical Society of America*,, No. 41, 1967, pp. 981–993.

[13] Milsom, R. F., et al., "Comparison of Mode-Conversion, Energy-Trapping and Lateral Acoustic Coupling in FBAR and SBAR," *2005 IEEE MTT-S International Microwave Symp. Digest*, June 2005, pp. 229–232.

[14] Lakin, K. M., et al., "Improved Bulk Wave Resonator Coupling Coefficient for Wide Bandwidth Filters," *Proceedings of IEEE Ultrasonics Symp. 2001*, Atlanta, GA, 2001, pp. 827–831.

[15] Thalhammer, R., et al., "Ohmic Effects in BAW—Resonators," *Proceedings of MTT-S 2006*, San Francisco, CA, pp. 390–393.

[16] Marksteiner, S., et al., "Optimization of Acoustic Mirrors for Solidly Mounted BAW Resonators," *Proceedings of IEEE Ultrasonics Symp. 2005*, Rotterdam, Netherlands, pp. 329–332.

[17] Fattinger, G. G., "Acoustic Wave Phenomena in Multilayered Thin Film Layer Stacks," Ph.D. Thesis, Johannes Kepler Universität, Linz, 2004.

[18] Thalhammer, R., et al., "Spurious Mode Suppression in BAW Resonators," *Proceedings of IEEE Ultrasonics Symp. 2006*, Vancouver, Canada, 2006, pp. 456–459.

[19] Ruby, R., "Review and Comparison of Bulk Acoustic Wave FBAR, SMR Technology" *Proceedings of IEEE Ultrasonics Symp. 2007*, New York, 2007, pp. 1029–1040.

[20] Kaitila, J., et al., "Spurious Resonance Free Bulk Acoustic Wave Resonators," *Proceedings of IEEE Ultrasonics Symp. 2003*, Honolulu, HI, 2003, pp. 84–87.

[21] Ruby, R., et al., "Thin Film Bulk Wave Acoustic Resonators (FBAR) for Wireless Applications," *Proceedings of IEEE Ultrasonics Symp. 2001*, Atlanta, GA, 2001, pp. 813–821.

[22] Kokkonen, K., and T. Pensala, "Laser Interferometric Measurements and Simulations of Waves Transmitted Through the Mirror in Thin Film BAW Resonator," *Proceedings of IEEE Ultrasonics Symp. 2006*, Vancouver, Canada, pp. 460–463.

[23] Lakin, K. M., K. T. McCarron, and J. F. McDonald, "Temperature Compensated Bulk Acoustic Thin Film Resonators," *Proceedings of IEEE Ultrasonics Symp. 2000*, San Juan, Puerto Rico, pp. 855–858.

## CHAPTER 4
# Design and Fabrication of BAW Devices

Robert Aigner and Lueder Elbrecht

## 4.1 Design Considerations for BAW Devices

The design methods for impedance-element-based filters have a long tradition. The theory is covered in Chapter 2. The most significant performance parameters of the resonators constituting filters are described in the section below. The degrees of freedom in designing a BAW filter are significantly less than in SAW because frequency is determined by the layer stack rather than by lithography. Typically only the two discrete frequencies of series and shunt resonators are available in a BAW process, leaving impedance of each individual resonator as the main design instrument. Practical filter design is normally accomplished using behavior-based compact models of resonators which have a size scaling for performance parameters built in. The designer's main choice is the filter topology and the number of filter stages. A fast circuit simulator with properly set up goal functions will quickly converge to a very satisfactory result for most filters. BAW filter design becomes very simple once a consistent resonator performance has been established. In this section, we will first discuss some fundamental design considerations for BAW devices.

### 4.1.1 Electromechanical Coupling Coefficient

Electromechanical coupling coefficient $k_{eff}^2$ (as defined in Chapter 3) is a parameter of exceptional importance for the design of BAW components. The width of the filter passband required for a certain product defines a lower limit for $k_{eff}^2$. Insufficient coupling will force the filter designer to use excessive inductance in the ground path of shunt resonators which will harm attenuation in the stopband region tremendously. Unfortunately, ladder filters are unforgiving in terms of coupling. For a PCS transmit filter which requires a bandwidth of 60 MHz at 1,880-MHz center frequency the minimum acceptable value for $k_{eff}^2$ is 6.3%, but this will leave no manufacturing margins at all. For a high yielding part the goal is to have $k_{eff}^2 = 6.45\%$ or higher.

91

QORVO_00024758

### 4.1.2  Quality Factor

Another important performance parameter is the quality factor $Q$ of the resonator (as defined in Chapters 2 and 5). As superior $Q$-values are the main selling point for BAW-FBAR over SAW technology, it is extremely important to keep pushing the performance envelope. A first step is to know which type of the loss defines the limit in a certain case. No general answer can be given but the usual suspects are

- Electrical resistance in electrodes and interconnects;
- Acoustic leakage in vertical and lateral direction;
- Substrate losses (parasitic conductivity);
- Viscous losses (propagation losses) in the layers with high stress and strain;
- Losses related to surface contamination at the air interfaces.

A lot of progress has been made over the past 5 years to improve the $Q$-values from less than 1,000 to around 2,500. The dominant loss mechanism in BAW-SMRs used to be leakage of shear wave components through the reflector, which was discovered and fixed in 2002 [1]. After introducing a reflector stack which reflects both longitudinal and shear wavers the $Q$-values increased from around 700 up to 1,500. A conclusive theory about the true limit of quality factors beyond this point is not available to date. $Q$-values up to 2,700 have been reported [2]. In order to be able to take full advantage of improved resonator $Q$-values it is important to reduce losses due to electrical resistance in electrodes and interconnects significantly.

### 4.1.3  Spurious Modes

Spurious modes refer to narrowband effects causing the impedance and phase of a resonator to deviate from a 1D Mason model or a BVD model around the main resonance. Spurious modes can harm filter performance significantly, and in particular in filters with tight amplitude ripple and group delay ripple specifications.

In the case when spurious modes appear as sharp indents (or even an additional loop) in a Smith chart of a resonator most likely lateral standing waves are responsible for the effect. While those cases appear to be the most severe they are often easy to resolve by proper termination of the resonator edge regions (see Chapters 3 and 5). Spurious mode suppression does not only help the smoothness of the filter curves, it will also reduce filter losses as the optimum $Q$-values coincide with the point of best spurious mode suppression.

In other cases the spurious modes are not so obvious, this is when they go along with significant energy losses and are smeared out over a wide-frequency range. In such cases the overall $Q$-value of the resonator is usually poor. Spurious modes are a dangerous trap for BAW developers. They start showing up as soon as a threshold in $Q$-value of around 600 has been obtained and typically force the developer to start over with layer stack design.

Also, at this point it seems important to reiterate that the quality factor of a res-onator is always dictated by the (at this point) dominant loss mechanism (see Chap-ter 3). However, most SMR manufacturers seem to be suffering mainly from shear wave losses while they roam in the region of $Q < 1,000$.

### 8.4.4  Laterally Leaking Waves

Another acoustic loss path is the energy loss by laterally leaking waves. This mecha-nism received quite a bit of attention since it is important for SMR as well as FBAR manufacturers. The existence of this type of losses can be verified much easier than the previously discussed losses, since it shows up immediately in interferometer measurements of SMR and FBAR resonators. However, the amplitudes of these waves are considerably smaller than the amplitudes in the active area of the resona-tor. The difference is more than two orders of magnitude (see Figure 8.11).

It has to be pointed out that accurate laser-interferometric measurement of the wave amplitudes outside the metallized active resonator region is not straight-for-ward since the measurement is in most cases done looking through a dielectric (e.g., the piezo layer) onto the bottom electrode. Thus, the comparison of the mechanical deflection amplitudes is to be devoured with great care in addition to the bottom electrode deflection (e.g., a change of refractive index in the dielectric layers due to stress/strain might contribute to the measured signal as well).

Experiments [14, 16] have shown that lateral wave leakage is not a dominant loss mechanism in SMRs operating in the $Q$-regime up to 2,500. It might very well become significant above that threshold, though. Also, it has been shown experi-mentally [4] that energy leaking laterally can indeed be confined by appropriate measures. However, a confinement of these waves produced additional unwanted spurious resonances due to standing waves, of course.

Some FBAR groups have shown simulations suggesting scattering of wave energy at the suspension points into the substrate [18]. Methods to prevent this scat-tering have been suggested; however, from the authors' point of view, FBAR resona-tors have up to now not been limited by lateral acoustic losses, as long as some fundamental design principles (like keeping the acoustically active region confined to the suspended area) have been followed.



**Figure 8.11**   Interferometric measurement of an SMR resonator device, leaking acoustic waver laterally.

QORVO_00024878

# Exhibit D5

**Extrinsic Evidence:**

**Excerpts from the deposition transcript for the**

**August 10, 2022 deposition of**

**Dr. Clark Nguyen**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

**Page 1**

1              IN THE UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF DELAWARE
3
4   QORVO, INC.,
5           Plaintiff,
6           vs.   C.A. No. 21-1417(JPM)
7   AKOUSTIS TECHNOLOGIES, INC. and
    AKOUSTIS, INC.,
8
           Defendants.
9   _____
10
11          VIDEOCONFERENCE DEPOSITION OF
12                  DR. CLARK NGUYEN
13                     Volume I
14
15              August 10, 2022
16            9:56 a.m. - 1:23 p.m.
17
18          REMOTE DEPOSITION VIA ZOOM
19
20          DAVID OCANAS, CSR NO. 12567
21
22
23
24
25

**Page 2**

1              APPEARANCES OF COUNSEL
2
3   On Behalf of the PLAINTIFF:
4       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        TIMOTHY P. CREMEN, ESQ.
5       TREVOR J. QUIST, ESQ.
        2099 Pennsylvania Avenue, NW, Suite 100
6       Washington, DC 20006-6801
        (202) 747-1900
7       tcremen@sheppardmullin.com
        tquist@sheppardmullin.com
8
9   On Behalf of the DEFENDANTS, AKOUSTIS TECHNOLOGIES,
    INC. AND AKOUSTIS, INC.:
10
        PILLSBURY WINTHROP SHAW PITTMAN LLP
11      ROBERT M. FUHRER, ESQ.
        1650 Tysons Boulevard, 14th Floor
12      McLean, VA 22102-4856
        (703) 770-7543
13      Robert.fuhrer@pillsburylaw.com
14  Also Present:
15      TOM ROWLES
16
17
18
19
20
21
22
23
24
25

**Page 3**

1                  INDEX OF EXAMINATION
2
3   WITNESS:  DR. CLARK NGUYEN
4   EXAMINATION                          PAGE
5   BY MR. CREMEN                        6, 98
6   BY MR. FUHRER                        90, 105
7
8                  INDEX OF EXHIBITS
9   DEPOSITION        DESCRIPTION          PAGE
10  Exhibit 1     Initial Claim Construction of
11                Expert Report and Declaration  8
12  Exhibit 2     Rebuttal Expert Construction
13                  Report and Declaration        8
14  Exhibit 3     '755 Patent                    28
15  Exhibit 4     '786 Patent                    86
16
17
18
19
20
21
22
23
24
25

**Page 4**

1              INFORMATION REQUESTED
2                  PAGE  LINE
3                    (NONE)
4
5
6   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
7                  PAGE  LINE
8                    (NONE)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 5

1        DEPOSITION OF DR. CLARK NGUYEN
2              August 10, 2022
3
4        THE COURT REPORTER:  Hello, my name is
5   David Ocanas.  I am a Certified Shorthand Reporter
6   and notary public for the State of California.  The
7   deposition of the witness, DR. CLARK NGUYEN, is
8   being held via videoconferencing equipment.  The
9   witness and reporter are not in the same room.
10       Pursuant to agreement, all parties
11  stipulate that the witness will be sworn in
12  remotely and that the testimony being given today
13  will be the same as if the witness was sworn in in
14  person.
15       So stipulated?
16       MR. CREMEN:  So stipulated.
17       MR. FUHRER:  So stipulated.
18       MR. QUIST:  So stipulated.
19
20
21
22
23
24
25

Page 6

1        DR. CLARK NGUYEN,
2   called as a witness by and on behalf of the
3   Plaintiff, having been first duly sworn, was
4   examined and testified as follows:
5
6             EXAMINATION
7   BY MR. CREMEN:
8       Q.  Good morning, Dr. Nguyen.
9       A.  Good morning.
10      Q.  Have you been deposed before?
11      A.  No.
12      Q.  I will give you a little bit of an
13  explanation of how it will go.
14       Because we are doing this over video, we
15  have to be careful not to speak over each other.  I
16  will ask questions and you can answer, your counsel
17  may object from time to time to some of my
18  questions, but unless he tells you not to answer
19  them, you have to answer.
20       Do you understand that?
21      A.  Yes.
22      Q.  If at any time one of my questions is
23  unclear -- I'm sure there will be unclear questions
24  today -- I'll try to rephrase it or you can answer
25  it with any qualifiers you need.  I usually try to

Page 7

1   go for about an hour and then take a short break.
2   I think today we're going to try to stay -- we have
3   agreed to stay within four hours.
4       I don't know what your -- when your normal
5   lunchtime is.  I think it's 10:00 a.m. for you
6   right now.  But if you want to take a longer lunch
7   break in the noon to 1:00 range, we can do that as
8   well.
9       A.  Okay, I'll let you know.
10      Q.  Is there anything that would prevent you
11  from answering truthfully today?
12      A.  No.
13      Q.  Do you understand why you are here today?
14      A.  Yes.
15      Q.  What is your understanding?
16      A.  I'm here to give my expert opinion on this
17  case.
18      Q.  Do you recall submitting an Initial Claim
19  Construction of Expert Report and Declaration dated
20  July 11th, 2022?
21      A.  Yes.
22      Q.  Do you have a copy of that with you today?
23      A.  Yes.
24      Q.  Do you recall preparing a Rebuttal Expert
25  Construction Report and Declaration dated July

Page 8

1   29th, 2022?
2       A.  Yes.
3       Q.  Do you have a copy of that with you today?
4       A.  Yes.
5          (Deposition Exhibit 1,
6          Initial Claim Construction of Expert
7          Report and Declaration, was marked
8          for identification by the Certified
9          Shorthand Reporter, a copy of which
10         is attached hereto.)
11         (Deposition Exhibit 2,
12         Rebuttal Expert Construction Report
13         and Declaration, was marked for
14         identification by the Certified
15         Shorthand Reporter, a copy of which
16         is attached hereto.)
17  BY MR. CREMEN:
18      Q.  Now, if I call those the initial
19  declaration and the rebuttal declaration, will you
20  know what I mean?
21      A.  Yes.
22      Q.  Just so we don't have to say the long
23  titles 25 times today or more.
24       Can you give me an overview of how those
25  documents were prepared?



DR. CLARK NGUYEN Vol. I
QORVO V. AKOUSTIS TECHNOLOGIES

August 10, 2022
29—32

Page 29

1 that you want to sense.
2    I guess I can include another application.
3 There is an oscillator application.
4    That purpose is to put out a very stable
5 output frequency and then there is the filtering
6 application in communications where the oscillator
7 is also in communication as well, where its purpose
8 is multifold.
9    Its purpose is to pass certain frequencies
10 and reject others, but also to appropriate
11 impedances to the preceding and following stages,
12 also to lend a temperature stability to the whole
13 system, also to be linear enough that it doesn't
14 generate unwanted spurious signals.
15    So there are multiple purposes that you
16 can think of for BAW resonators.
17    Q.  Does the '755 patent discuss one of those
18 functions for its BAW resonator?
19    A.  Yes.
20    Q.  Which one?
21    A.  The receiver/transceiver system function
22 which are two of them, I suppose, right, although
23 unfiltered.
24    Q.  That was my next question.
25    Is it discussed in the filter application

Page 30

1 you mentioned in your two previous answers?
2    A.  Say that again?
3    Is the discussion of the filters in my
4 previous two answers?
5    Q.  I'll start over.  Sorry.
6    Does the '755 patent focus on the use of a
7 BAW resonator as a filter?
8    MR. FUHRER:  Objection.
9    Misleading, calls for a legal conclusion.
10    THE WITNESS:  You said does it?
11    The answer is yes.
12 BY MR. CREMEN:
13    Q.  What in your expert opinion is the
14 invention of the '755 patent?
15    A.  They are inventing a method to raise the
16 quality factor of a BAW resonator.
17    Q.  How are they doing that?
18    A.  They are doing that by adding material in
19 an outside region to the side of the BAW resonator.
20    Q.  What effect does that have?
21    A.  So that actually changes the acoustic
22 matching between the resonator and the side
23 portion, allowing them to extinguish certain
24 wavelengths.
25    Q.  What do you mean by extinguishing?

Page 31

1    A.  Scientifically, they would not exist.
2    Q.  Let's look at page 3 of your rebuttal
3 declaration.
4    Towards the bottom there is a paragraph
5 that starts out "Dr. Bravman contends"; do you see
6 that paragraph?
7    A.  Yes.
8    Q.  Do you see in the middle of that paragraph
9 where you say:
10    "I do not disagree with this statement."
11    A.  Yes.
12    Q.  But then you go on to say:
13    "It's not a complete statement."
14    Is that right?
15    A.  Yes.
16    Q.  What would you add to Dr. Bravman's
17 statement to make it complete, in your view?
18    A.  I would add the possibility that energy
19 could come back.
20    Q.  What do you mean by energy could come
21 back?
22    A.  If energy leaves the -- let me read
23 exactly what he says.
24    If energy leaves the confinement area, it
25 can reflect somewhere else and come back.

Page 32

1    Q.  So what language would be added on to the
2 end of Dr. Bravman's statement to make it complete?
3    A.  I'm trying to look if I wrote something on
4 that already.
5    Q.  Take your time.
6    A.  I would say to improve the confinement of
7 electrical engineering therein and reduce loss.
8    Q.  Is that it?
9    A.  I think so, without getting too
10 complicated.
11    This is a short phrase that doesn't really
12 capture everything.  Keeping in line with that, I
13 will just add "and reduce loss."
14    Q.  Going back for a moment to the
15 applications of BAW filters, are BAW filters used
16 in mobile phones?
17    A.  Yes.
18    Let me add to the previous one.  There are
19 several ways -- what I said was absolutely correct.
20    You can also say and to increase Q.
21    There are several different ways to attach
22 to that statement.
23    So your second question, yes.
24    Q.  What function does it provide to mobile
25 phones?



DR. CLARK NGUYEN Vol. I
QORVO V. AKOUSTIS TECHNOLOGIES

August 10, 2022
33–36

Page 33

1      A.  They remove unwanted frequencies and past
2  wanted frequencies and they also do this in a way
3  where they minimize the loss in the passband, which
4  is another way of saying they match to the
5  preceding and succeeding stages.  That's enough.
6      Q.  Let's go to page 4 of your rebuttal
7  declaration.
8      A.  I'm there.
9      Q.  You have reproduced the parties' proposed
10  construction for active region and outer region
11  here; right?
12      A.  Yes.
13      Q.  Do you have an opinion as to whether one
14  of the parties' construction for active region is
15  broader than the other?
16      A.  Is broader than the other?  I think
17  Akoustis's is broader.
18      Q.  Why do you think that?
19      A.  Because when you are looking at -- did
20  someone say something?
21      Q.  No.
22      A.  I'm sorry, I'm hearing things coming in,
23  it sounds like someone is interrupting me.
24          That's why I'm asking if someone said
25  something.

Page 34

1      Q.  Continue, I'm sorry.
2      A.  Sometimes you are very quiet, in the
3  beginning, so I can't tell.  It's not a huge issue
4  here.
5          So the reason why I think that Qorvo's in
6  saying it is the region that is electrically
7  driven, electrically driven is a small region of
8  the entire BAW resonator and certain embodiments of
9  them.
10          What electrically driven is what is
11  between the electrons within the electric fields
12  and that doesn't capture all of the BAW resonator.
13          So if you have a BAW resonator with --
14  I'll just stop there.
15      Q.  How is Akoustis's proposed construction
16  different from that?
17      A.  So motional current, where the motion is
18  important, most people will just say current.  I
19  will add "motional" to it.
20          To emphasize the motion of the device is
21  important.  The motion that gives the purpose of
22  the device is important.
23          So the drive does create that motion and
24  the driver between the electrodes.
25          But there are devices that have electrodes

Page 35

1  in other places where you are not applying a
2  voltage to those electrodes, yet they are still
3  moving.
4          They are still providing the purpose of
5  the device and that they are actually delivering
6  the output current which ends up being the motional
7  current.
8          So the Qorvo construction misses that
9  part.
10          The Akoustis construction includes it by
11  focusing on the current, the motional current.
12      Q.  Could you turn to the '755 patent for a
13  moment?
14      A.  Yes.
15      Q.  Let's look at Figure 2B.
16      A.  Okay, I'm there.
17      Q.  Would applying either parties'
18  construction to the BAW resonator in Figure 2B
19  result in a different identification of an active
20  region?
21      A.  Yes.
22      Q.  How so?
23      A.  So the specification clearly says that the
24  active region includes not only the piezoelectric
25  layer, between those dotted lines, the Bragg

Page 36

1  reflector at the bottom.
2          In the Qorvo construction, the electric
3  field is between the top electrode and the bottom
4  electrode.
5          So it's the only electrically driven
6  portion of the piezoelectric layer.
7          So it would include only the piezoelectric
8  layer as the active region and would miss the Bragg
9  reflector below, because the Bragg reflector is not
10  driven electrically.
11          There are not electric fields through it
12  that are creating the piezoelectric drive for that
13  layer.
14          In fact, the Bragg reflector, in fact, is
15  being driven acoustically, not electrically.
16          So that's the reason why the Qorvo
17  construction is not consistent with the
18  specification.
19      Q.  Okay.  Let's look at page 12 of your
20  initial declaration.
21      A.  Okay.  I'm there.
22      Q.  Actually, I'm sorry, start on page 11, I'm
23  going to ask you some questions about the paragraph
24  that bridges pages 11 and 12, in particular the
25  sentence starting five lines up from the bottom of



DR. CLARK NGUYEN Vol. I
QORVO V. AKOUSTIS TECHNOLOGIES

August 10, 2022
41—44

Page 41

1  that would also influence the impedance.
2      Q.  Are there other words that are used to --
3  hold on one second.
4          I was trying to scroll up to see the
5  phrase you used for the mode of interest.
6          What was the phrase you used?
7  A.  You mean the thing that says:
8      "...or that a suspended piezoelectric
9  layer (as in an FBAR) is driven into a flexural
10 mode..."?
11 Q.  Yes.
12         When we were discussing what mode was not
13 of interest, I asked you what mode was of interest
14 and you said something longitudinal.
15         What was the phrase you used?
16 A.  You mean the word that I used?  It's
17 called either longitudinal or extensional mode.
18 Q.  Is the longitudinal or extensional mode
19 called other things in the art?
20 A.  Thickness mode.
21 Q.  Anything else?
22 A.  Nothing comes to mind.
23 Q.  Does anyone called it the bulk mode of
24 vibration?
25 A.  People will call it that, but there are

Page 42

1  many bulk modes.
2          That would not be -- that probably would
3  not be specific enough.
4  Q.  Why would not be specific enough in the
5  context of the '755 patent?
6  A.  In the context of the '755 patent, a bulk
7  mode means that the mode is throughout the
8  thickness of the resonator.
9          When you ask that question, I come to
10 think what other modes could be used for the --
11 some people do use other modes.
12         But I would say that -- if I know -- it's
13 a company doing -- I would say people do use other
14 modes.
15 Q.  Okay, let's look at the very last sentence
16 of that paragraph I just had you read, starting:
17     "Rather, one must specify the result of
18 the driving..."
19         Do you see that?
20 A.  Yes.
21 Q.  What is a result of the driving in your
22 opinion?
23 A.  So the result of the driving is the
24 purpose of the resonator, meaning to deliver a
25 current or a voltage, and to present the right

Page 43

1  impedances to the first and second stages, and to
2  elicit the right amount of linearity, to elicit the
3  right amount of temperature and sensitivity.
4          All of those are associated with device
5  energy, resonator energy, which is captured by the
6  motional current and the motional elements.
7  Q.  In the context of the '755 patent, is not
8  the ultimate result of the driving provided a
9  filtering function?
10 A.  It's one of the results.
11 Q.  And the parameters you described in your
12 previous answer, aren't those ways to arrive at the
13 ultimate filtering function of the BAW resonator?
14     MR. FUHRER:  Objection, misleading,
15 mischaracterizing.
16     THE WITNESS:  The filtering function is to
17 pass certain frequencies from other frequencies.
18         You can do that with an impedance matched
19 or not.
20         You would rather do impedance matched to
21 the preceding and succeeding stages.
22 BY MR. CREMEN:
23 Q.  If I were to select a BAW resonator for a
24 particular application in a mobile phone, I would
25 select it for its filtering capability; correct?

Page 44

1  A.  Not necessarily.
2          You may select it for its power handling.
3          You may select it -- assuming that it's
4  for a filtering capability, there are many other
5  things you have to worry about.
6  Q.  Let's look -- we'll go a few more minutes
7  and take a quick break.
8          Let's look at page 7 of your rebuttal
9  declaration.
10 A.  Okay, I'm there.
11 Q.  The last -- I'm looking at the second full
12 paragraph that starts:
13     "While the specification describes..."
14         Do you see that?
15 A.  Yes.
16 Q.  And the last three lines of that
17 paragraph, I'd like you to take a quick read of
18 that and then I'll ask you a question.
19 A.  I'm going to read the whole paragraph.
20 Q.  Sure.
21 A.  I have read it.
22 Q.  In the second to last line, you say:
23     "At best it is in short-hand used by the
24 patentees."
25         I want to know what you mean by



Page 45

1  short-hand?
2       A.  The specification makes clear that the
3  active region includes not only the piezoelectric
4  layer but also the Bragg reflector.
5       Electrically driven does not include all
6  of that, as I explained before, because the
7  electric fields are only around the piezoelectric.
8       So it's basically a term they are using to
9  capture that the active region is both, the
10  piezoelectric and the Bragg reflector.
11       But clearly, it's not -- that word itself
12  doesn't capture them both.  It's kind of a
13  short-hand.
14       Q.  Why does it not capture them both?
15       A.  Because electrically driven, the fields
16  are only around the piezoelectric.  That's what is
17  electrically driven.
18       The fields are not around the Bragg
19  reflector.
20       Q.  Let's look at page 13 of your initial
21  declaration.
22       A.  Okay, I'm there.
23       Q.  On page 13, 14 and 15, there are a series
24  of bullet points and blocks of texts, do you see
25  those?

Page 46

1       A.  Yes.
2       Q.  Are these intended to be block quotes from
3  the references you identified or your explanation
4  or some mix of that?
5       A.  Not all of them are quotes.
6       But some of them are -- some of them are
7  and some of them are figures and some of them are
8  other things.
9       They help with the explanation.  They help
10  with the understanding of the description, the
11  construction.
12       Q.  Let's look at the reference -- the
13  reference and the bullets identified on page 13,
14  about halfway down to R.J. Besson.
15       Do you see that?
16       A.  Yes.
17       Q.  In the first bullet point, are you
18  comparing the dormant region or dormant parts, I
19  guess it says here, to the outer region in the '755
20  patent?
21       A.  Yes, there is a comparison there.
22       I'm not sure I was trying to do that.
23  What I'm trying to do is show the active region can
24  be someplace that -- where the electrodes -- I'm
25  just trying to show the active region.

Page 47

1       I'm saying this is an example of the
2  active region.
3       Q.  Is the dormant region -- dormant part of
4  Besson equivalent to the outer region in the '755
5  patent?
6       MR. FUHRER:  Objection, leading, calls for
7  a legal conclusion.
8       THE WITNESS:  It's obviously not the same.
9  It's different materials.
10       In terms of not being in the active
11  region, that's what it is.  It's not in the active
12  region.
13  BY MR. CREMEN:
14       Q.  Is it your opinion that no motional
15  current density as you phrased it in your
16  definition of active region would be present in the
17  outer region?
18       A.  If there is any present in the outer
19  region, that should be considered as part of the
20  active region.
21       Q.  So if there is any motional current
22  density in the region of a BAW resonator, it would
23  be the active region; is that right?
24       A.  Yes, inasmuch motional current captures
25  the purposeful motion of the device -- of the

Page 48

1  resonator.
2       Q.  What do you mean by purposeful motion?
3       A.  The motion that contributes to the current
4  motion of the device.
5       That then determines the ability to pass
6  or reject frequencies pursuant to certain
7  impedances, maximize the Q, et cetera.
8       Q.  Could there be some nonpurposeful motion
9  in the outer region under your definition?
10       A.  I don't know -- could there be a
11  nonpurposeful, my answer is I don't think so.
12       I think any time you have motional
13  current, it's purposeful.
14       It determines the impedances.  It
15  determines what frequencies are passed or rejected.
16  It determines how much energy is lost.
17       It determines a lot of the things trying
18  to deter energy from being lost.
19       It determines Q.
20       It's a very good characterization of all
21  the purposes of the resonator.  I'm trying to think
22  of -- to your question, whether there are any that
23  are not and I'm not coming up with any right now.
24       Q.  Is there a difference between electrical
25  (phonetic) current and motional current density?



DR. CLARK NGUYEN Vol. I
QORVO V. AKOUSTIS TECHNOLOGIES

August 10, 2022
53–56

Page 53

1 of the '755 patent that we were looking at a moment
2 ago.
3    A.  Okay.
4    Q.  Would you agree with me that this claim
5 element is comparing two resulting densities of
6 mechanical energy based on a value of N?
7    A.  Yes.
8    Q.  Where does the mechanical energy referred
9 to in this portion of the claim come from?
10       MR. FUHRER:  Objection, vague.
11       THE WITNESS:  Where does it come from?
12       It comes from the initial excitation in
13 some way.
14 BY MR. CREMEN:
15    Q.  Initial excitation of what?
16    A.  Of the system, resonator and all the
17 sources.
18    Q.  Where does the excitation occur?
19    A.  The initial excitation is coming from the
20 voltage coming in, which is the electrodes.
21    Q.  What does the voltage across the
22 electrodes cause?
23    A.  It causes the piezoelectric to move.
24    Q.  In what region as defined by claim 1 does
25 that occur?

Page 54

1       MR. FUHRER:  Objection, misleading.
2       THE WITNESS:  In what region as defined by
3 claim 1 does that occur.  It occurs in the active
4 region.
5       However some of that energy is not coming
6 just from the electrical.
7       So the energy going into the Bragg
8 reflector underneath is acoustically driven.  But
9 it is a total energy.
10 BY MR. CREMEN:
11    Q.  Let's look at 16 of your initial
12 declaration.
13    A.  Okay, I'm there.
14    Q.  Feel free to read from the beginning of
15 this paragraph on the previous page.
16       My question is -- the second line, you
17 say:
18       "What a person skilled in the art is
19 mainly concerned about..."
20       What do you mean, concerned about?
21    A.  That's a mis-phrase, actually.  I don't
22 think -- I guess the professor in me is just trying
23 to explain things.  This is sort of -- that's the
24 issue with me.
25       I like to explain things.  So I'm

Page 55

1 over-explaining things here.
2       The main statement here is that the
3 specification revolves around the total energy
4 lost.
5       It doesn't matter whether people agree
6 with it.  It's good that people agree with it.
7       It's a specification that the total energy
8 lost is important -- not important, but is the
9 purpose of this invention, to reduce total energy
10 lost.
11    Q.  Where does the specification say that?
12    A.  Near the beginning, when it talks about Q
13 and energy going into the substrate.
14    Q.  In your experience, what are ways to
15 measure energy lost?
16       MR. FUHRER:  Objection, vague.
17       THE WITNESS:  Q is a good parameter to
18 determine the ratio between the energy and the
19 purposeful -- the useful energy in the resonator
20 over the energy lost.
21 BY MR. CREMEN:
22    Q.  What do you mean by useful energy?
23    A.  I mean the energy in the active region,
24 what I should say.
25       We discussed this in length.  It creates

Page 56

1 motional current -- motional current responsible
2 for the passing or rejection of filters,
3 responsible for impedances, and responsible for all
4 sorts of other things that we talked about.
5    Q.  How do you calculate the ratio between the
6 useful energy and the energy lost?
7    A.  You take all of the energy in the active
8 region and you divide that by all the energy lost
9 outside of that active region.
10    Q.  How do you measure those two energies?
11    A.  So there are ways to do that in some of
12 the references that I provided, the extrinsic
13 evidence, for example, the one on PML, the use of
14 PML layers capture the energy lost and determine
15 the energy in the resonator.
16       That's one way to do it.
17    Q.  Any other ways?
18    A.  Any other ways to do what, to measure the
19 different energies to measure the Q -- to determine
20 the Q?
21    Q.  Either one, start with the energy
22 measurement?
23    A.  Energy measurement is an interesting thing
24 -- you could do something like I described before,
25 use some type of optical technique.



DR. CLARK NGUYEN Vol. I
QORVO V. AKOUSTIS TECHNOLOGIES

August 10, 2022
89–92

Page 89

1  describes the piezoelectric layer 120 as being a
2  single crystal; right?
3      MR. FUHRER:  Objection, document speaks
4  for itself.  You don't need an expert to tell you
5  whether or not the words are there on the page.
6      THE WITNESS:  Yes, it does.  There are a
7  lot of them, I know.
8  BY MR. CREMEN:
9      Q.  So my question is, does the '786 Patent
10  ever describe the piezoelectric layer 120 as being
11  polycrystalline?
12      A.  I actually couldn't tell you without
13  having to read through it again.
14      Q.  Let me ask you a different question.  Do
15  you recall the '786 Patent ever describing its
16  piezoelectric layer as being polycrystalline?
17      A.  I don't recall, but I'll admit while I'm
18  reading this patent, I'm not thinking about what
19  type of piezoelectric layer it is.
20      This is about packaging.
21      Q.  You understand that the parties dispute on
22  this patent as to whether the piezoelectric layer
23  can be a single crystal or both -- either a single
24  crystal or multiple crystal structure; right?
25      A.  I understand that's the dispute.  I don't

Page 90

1  quite understand the dispute, because this is
2  packaging.  It's device agnostic.
3      MR. CREMEN:  I think we're just about
4  done.  Bob, do you have any redirect?
5      MR. FUHRER:  I do, just very quickly.
6
7          EXAMINATION
8  BY MR. FUHRER:
9      Q.  Doctor, obviously you've been talking for
10  the past four hours about your report.
11      In your preparing your report, you were
12  presented with four disputed terms; correct?
13      A.  Yes.
14      Q.  Then you were presented with competing
15  constructions for each of those four terms;
16  correct?
17      A.  Yes.
18      Q.  When you were doing your analysis that led
19  to your final declarations, did you begin each of
20  those term analysis -- disputed term analysis with
21  the presumption that the term deserved its plain
22  and ordinary meaning?
23      MR. CREMEN:  Objection, scope.
24      THE WITNESS:  Yes, I did.
25  BY MR. FUHRER:

Page 91

1      Q.  Did you then for each of the disputed
2  terms turn to the intrinsic record to determine
3  whether or not there was evidence in the record to
4  tell you to not use the plain and ordinary meaning?
5      MR. CREMEN:  Objection, outside the scope.
6      THE WITNESS:  Yes, I did.  I looked to see
7  if the specification was trying to define it as
8  different than the plain and ordinary meaning.
9  BY MR. FUHRER:
10      Q.  Then for each of those terms, did you find
11  -- for each of those terms, did you find anything
12  in the specification to suggest that the
13  construction should be something other than its
14  plain and ordinary meaning?
15      A.  No.
16      MR. CREMEN:  Objection, outside the scope.
17  BY MR. FUHRER:
18      Q.  Then after making that determination, did
19  you look to see which of the two competing proposed
20  constructions were most consistent with the
21  specification?
22      MR. CREMEN:  Objection, outside the scope.
23      THE WITNESS:  Yes.
24  BY MR. FUHRER:
25      Q.  For active region, did you find Qorvo's

Page 92

1  construction more inconsistent with the
2  specification than Akoustis's?
3      MR. CREMEN:  Objection, outside the scope.
4      THE WITNESS:  Yes, I did.
5  BY MR. FUHRER:
6      Q.  For the active region, can you give me one
7  reason why it is more inconsistent with the patent
8  specification?
9      MR. CREMEN:  Objection, outside the scope.
10      THE WITNESS:  The patent specification
11  includes the stack of the piezoelectric layer, the
12  electrodes and the Bragg reflector in the active
13  region.  It explicitly includes that, the
14  specification does.  And the Qorvo construction
15  does not.
16  BY MR. FUHRER:
17      Q.  For the term "density of mechanical
18  energy," did you find a reason why the Qorvo
19  construction was more inconsistent with the
20  specification than Akoustis's construction?
21      MR. CREMEN:  Objection, outside the scope.
22      THE WITNESS:  Yes, I did.
23  BY MR. FUHRER:
24      Q.  What was that?
25      A.  The reason?



Page 105

1    That came from the wider understanding
2 across the field that includes all resonators, not
3 even just BAW resonators, but electrostatic
4 resonators -- all resonators.
5    It's universal, understanding that the
6 current models the motion of the device and,
7 therefore, sets the equivalent circuit which then
8 sets the purpose of the device, which we talked
9 about before was passing frequencies, protecting
10 frequencies, setting up impedances.
11    MR. CREMEN:  Okay.  I think that's all I
12 have.
13
14         FURTHER EXAMINATION
15 BY MR. FUHRER:
16    Q.  One more question.
17    I think at least for my vantage point, to
18 clear the record, is it your testimony, Doctor,
19 that the intrinsic record of the '755 patent is
20 providing plain and ordinary definitions for the
21 disputed terms or that it's using those terms
22 consistent with your understanding of the plain and
23 ordinary meaning?
24    A.  It's using those terms consistent with my
25 understanding of the plain and ordinary meaning.

Page 106

1    MR. FUHRER:  No other questions.
2    MR. CREMEN:  None from me either.
3
4
5
6    (Whereupon, the deposition concluded at
7 1:22 P.M.)
8
9    (DECLARATION UNDER PENALTY OF PERJURY ON
10 THE PAGE FOLLOWING THE CERTIFICATION PAGE.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 107

1              CERTIFICATION
2                   OF
3        CERTIFIED SHORTHAND REPORTER
4
5    I, the undersigned, a Certified Shorthand
6 Reporter of the State of California, do hereby
7 certify:
8    That the foregoing proceedings were taken
9 before me at the time and place herein set forth;
10 that any witness in the foregoing proceedings,
11 prior to testifying, were placed under oath; that a
12 verbatim record of the proceedings was made by me
13 using machine shorthand which was thereafter
14 transcribed under my direction; further, that the
15 foregoing is an accurate transcription thereof.
16    I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney of any of the parties.  Signed on
19 the 11th day of August, 2022.
20
21
22
23    _____
        DAVID OCANAS, CSR NO. 12567
24
25

Page 108

1         DEPOSITION ERRATA SHEET
2
3 Assignment No. 8529586
4 Case Caption:  QORVO v. AKOUSTIS
5
6    DECLARATION UNDER PENALTY OF PERJURY
7
8    I declare under penalty of perjury that I
9 read the entire transcript of my deposition taken
10 in the above-captioned matter or the same has been
11 read to me and the same is true and accurate, save
12 and except for changes and/or corrections, if any,
13 as indicated by me on the DEPOSITION ERRATA SHEET
14 hereof, with the understanding that I offer these
15 changes as if still under oath.  Signed on this day
16 _____of _____, 2022.
17
18
19 _____
20 DR. CLARK NGUYEN
21
22
23
24
25



# Exhibit D6

**Extrinsic Evidence:**

**Defendants' Preliminary Claim Construction Supporting Materials (B9), Piazza, Gianluca, et al., Piezoelectric *Aluminum Nitride Vibrating Contour-Mode MEMS Resonators*, J. Microelectromechanical Sys., Vol. 15, No. 6 (Dec. 2006)**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

# Exhibit B9

Supporting Materials

Akoustis Preliminary Claim Construction

1406                                                                                          JOURNAL OF MICROELECTROMECHANICAL SYSTEMS, VOL. 15, NO. 6, DECEMBER 2006

# Piezoelectric Aluminum Nitride Vibrating Contour-Mode MEMS Resonators

Gianluca Piazza, *Member, IEEE*, Philip J. Stephanou, *Member, IEEE*, and Albert P. (Al)Pisano

*Abstract*—This paper reports theoretical analysis and experimental results on a new class of rectangular plate and ring-shaped contour-mode piezoelectric aluminum nitride radio-frequency microelectromechanical systems resonators that span a frequency range from 19 to 656 MHz showing high-quality factors in air ($Q_{max}$ = 4300 at 229.9 MHz), low motional resistance (ranging from 50 to 700 $\Omega$), and center frequencies that are lithographically defined. These resonators achieve the lowest value of motional resistance ever reported for contour-mode resonators and combine it with high Q factors, therefore enabling the fabrication of arrays of high-performance microresonators with different frequencies on a single chip. Uncompensated temperature coefficients of frequency of approximately $-25$ ppm/$\degree$C were also recorded for these resonators. Initial discussions on mass loading mechanisms induced by metal electrodes and energy loss phenomenon are provided.                                              [2006-0019]

*Index Terms*—Aluminum nitride, contour-mode resonators, microelectromechanical systems (MEMS) resonators, piezoelectric resonators, radio-frequency (RF) MEMS.

## I. INTRODUCTION

THE demand of consumer electronics for radio-frequency (RF) filters and frequency reference elements has focused attention on the reduction of size, power consumption, and price and pushed current research interests towards the manufacturing of a single-chip integrated RF solution. Vibrating contour-mode microelectromechanical system (MEMS) resonators constitute a very promising technology for ultimately realizing this vision.

Several electrostatically transduced micromechanical resonators have been demonstrated in the very-high- and ultra-high-frequency spectra [1]–[4]; despite their sheer high Q on the order of 10 000, they exhibit large values of motional resistance (hundreds of k$\Omega$), which ultimately complicates the interfacing of these electrostatic devices to 50 $\Omega$ RF systems. The low electromechanical coupling coefficient of the surface-based electrostatic transduction mechanism cannot be sufficiently improved without introducing ultrasmall air gaps (less than 20 nm) in the fabrication process. Furthermore, recent efforts [5]–[8] trying to act on geometrical parameters, such as the effective actuation area, in order to reduce the equivalent

motional resistance have not shown very significant improvements. Recently proposed "internal" electrostatic transduction [9], [10] represents a potential method for reducing the motional resistance of these resonators, but it is still an unproven technology and suffers from the need of large bias voltages that ultimately limit the reliability of ultrathin layers of high-K dielectrics and intrinsic large capacitance values that mask the resonator response at high frequencies.

Piezoelectric materials such as aluminum nitride or quartz inherently offer order of magnitude larger electromechanical coupling coefficients. Body forces produced by thin piezoelectric elements have been successfully exploited in surface acoustic wave (SAW) devices [11], film bulk acoustic wave resonators (FBARs) [12], and shear-mode quartz resonators [13], achieving gigahertz frequencies and demonstrating high Q factors. Despite being a proven technology, SAW devices do not scale well to RF applications due to the resulting need for submicrometer lithography and decreasing power handling capabilities. Moreover, FBARs and shear-mode quartz resonators do not permit economical manufacturing of a single-chip RF module because multiple frequencyselective arrays of piezoelectric resonators cannot be easily fabricated on the same substrate since film thickness determines the frequency.

This paper introduces a new class of aluminum nitride piezoelectric resonators that have their fundamental frequency defined by in-plane dimensions, which are prescribed at the computer-aided design (CAD) layout level. For this reason the devices are called contour-mode resonators. The use of contour modes (with frequencies determined by in-plane dimensions and not film thickness as for FBARs or shear quartz resonators) permits the batch fabrication of arrays of piezoelectric microresonators with different frequencies on a single chip. These devices, realized in the shape of plates or rings, uniquely combine multiple frequencies with the ability to interface directly with 50 $\Omega$ systems (by means of a low motional resistance generally varying between 50 and 700 $\Omega$) and achieve high quality factors (as high as 4300 at 230 MHz) in air. The next sections will focus on the electromechanical analysis of these resonators, the techniques used for their fabrication, and their electrical performance and offer discussions on the temperature dependence and mass sensitivity of their center frequency and energy loss mechanisms.

## II. DESIGN OF RECTANGULAR PLATE RESONATORS

Fig. 1 shows a schematic diagram of an AlN contour-mode resonators shaped as a rectangular plate. The resonator is made out of an AlN body sandwiched between a bottom Pt electrode and a top Al electrode. A vertical electric field applied across the film thickness induces in plane dilation of the structure

Manuscript received February 13, 2006; revised July 8, 2006. This work was supported by CSAC-DARPA under Grant NBCH1020005. Subject Editor S. Lucyszyn.

G. Piazza is with the Department of Electrical and Systems Engineering, University of Pennsylvania, Philadelphia, PA 19104 USA.

P. J. Stephanou and A. P. Pisano are with the Department of Mechanical Engineering, University of California, Berkeley, CA 94720 USA.

Color versions of Figs. 1–4, 6, 7, 12, 14, and 15 are available online at http://ieeexplore.ieee.org.

Digital Object Identifier 10.1109/JMEMS.2006.886012

JOURNAL OF MICROELECTROMECHANICAL SYSTEMS, VOL. 15, NO. 6, DECEMBER 2006

TABLE II
EXPERIMENTAL DATA FOR THE TEMPERATURE COEFFICIENT OF FREQUENCY
(TCF) OF THE CONTOUR-MODE AlN RESONATORS PRESENTED IN THIS PAPER

| Resonant Structure | Mode Shape | TCF [ppm/°C] |
|---|---|---|
| Rectangular Plate | Length-Ext. | - 26 |
| | Width-Ext. | - 25 |
| Circular Ring | Radial-Ext. | - 25 |
| Square-Shaped Ring | Width-Ext. | - 25 |

ification for quartz crystals used in time-keeping applications for handsets, variations of a few ($< 50$) parts per million (ppm) over the whole temperature range of operation (generally $-25$ to $+85°C$) are demanded. This is the primary reason why specific and expensive crystal cuts or on-chip digital compensation (DCXO) are needed for oscillators used in wireless communications. For filtering applications, the specifications are somewhat more relaxed and generally no compensation is needed. Filters are generally designed with slightly wider bandwidths to accommodate for temperature-induced frequency shifts.

The temperature coefficient of frequency(TCF) of a resonator is generally expressed in ppm/°C and is given by

$$TCF = \frac{1}{f}\frac{\partial f}{\partial T} = -\frac{1}{a}\frac{\partial a}{\partial T} + \frac{1}{2}\frac{1}{E_P}\frac{\partial E_P}{\partial T} - \frac{1}{2}\frac{1}{\rho}\frac{\partial \rho}{\partial T} \quad (13)$$

where $a$ is the fundamental geometrical parameter that sets the center frequency and $T$ denotes temperature. This equation is very general and does not take into account the particular strain distribution in the structure or any residual stress. Although approximate, it offers a good estimate for the TCF of AlN. It is worth noting that for contour-mode resonators, differently from tuning fork resonators [20], the mismatch between the temperature coefficient of the piezoelectric stack and the silicon substrate is negligible to a first degree of approximation. This is because either the AlN structures have a single anchor or the modes of vibration have an equivalent stiffness at the anchoring location that is much larger than the stiffness of the anchor itself; therefore any deformation at the clamping location is negligible.

In general, we can state that for contour-mode resonators

$$TCF = -\alpha_1 + \frac{1}{2}\frac{\partial \ln E_P}{\partial T} + \frac{1}{2}(2\alpha_1 + \alpha_3) \quad (14)$$

where $a_1$ and $a_3$ are the linear coefficients of thermal expansion for AlN in the 1 (in the plane of the film) and 3 (out of plane) directions, respectively; $\partial \ln E_P/\partial T$ is a coefficient that can be found in the literature [21] and describes the temperature variation of the in-plane modulus of elasticity. For AlN, the largest contribution to the TCF comes from the equivalent in-plane modulus of elasticity ($\sim -37$ ppm/°C), whereas $a_1$ and $a_3$ take on values of 4.2 and 5.3 ppm/°C, respectively. According to this theoretical derivation, the TCF of AlN should be around $-16$ ppm/°C. Experimental values for the different types of resonators and modes of vibrations are reported in Table II with typical values of around $-25$ ppm/°C being recorded. The microstructures were placed on a temperature-controlled chip holder and heated between room temperature and 100 °C (cooling below room temperature was not performed). The

TCF shows, to a first degree of approximation, a linear behavior over the range of temperatures tested. All the resonators show TCFs slightly larger than the theoretically predicted value. It is believed that the metals used for the electrodes and some residual stress that were not taken into account in the theoretical model might affect the experimental value. Although the TCF of AlN is acceptable for filtering applications, it is relatively large for timekeeping functions and needs to be compensated. Its linear behavior simplifies on-chip electronic techniques that can be used for compensation, but mechanical or material related techniques [22], [23] should also be employed to reduce the TCF to less than $-1$ ppm/°C. A proposed method to tune the center frequency of the resonator and compensate for slight temperature variations involves the use of a dc bias superimposed on the ac driving signal. By purely piezoelectric means of actuation acting on the $d_{33}$ coefficient, the structure undergoes dimensional changes when a dc bias is applied. In theory, the frequency shift for contour-mode resonator due to an applied dc voltage $V$ is given by

$$\frac{1}{f}\frac{\partial f}{\partial V} = -\frac{1}{a}\frac{\partial a}{\partial V} - \frac{1}{2}\frac{1}{\rho}\frac{\partial \rho}{\partial V} = \frac{d_{33}}{2T} \quad (15)$$

where $T$ is the film thickness.

Unfortunately, the effect of such dc bias is not significant as theoretically predicted (1.7 ppm/V) and experimentally (4.4 ppm/V) verified for a 1.5-$\mu$m-thick film and can be used only for fine-tuning of the center frequency. Although the inverse proportionality between frequency tuning and film thickness was experimentally demonstrated (frequency tuning changes from 4.4 to 3.5 ppm/V when film thickness is changed from 1.5 to 2 $\mu$m), there is a discrepancy between the theoretical value and the experimental results. The cause of such discrepancy has not yet been identified.

## VIII. QUALITY FACTOR

The quality factor Q of a resonator is a direct measure of the energy lost per cycle. The higher the Q, the lower the energy lost

$$Q = \frac{2\pi \cdot \text{EnergyStoredperCycle}}{\text{EnergyDissipatedperCycle}} \quad (16)$$

A high quality factor is therefore desirable because it minimizes the amount of energy that is dissipated. A high quality factor also positively affects the performance of timekeeping oscillators by reducing phase noise. For filtering application, a high Q in combination with a low $R_M$ translates into lower insertion losses, therefore improving the overall signal transmission and reducing the specifications on gain elements such as low-noise amplifiers.

This section discusses the main factors that affect the Q of AlN contour-mode micromechanical resonators and present some initial experimental results that offer insight towards Q improvement.

Energy loss mechanisms in micromechanical resonators have been widely studied in the literature [24]–[28]. The following are among the most significant sources of energy loss that have been identified:







Fig. 14.  AFM characterization of out-plane motion in circular ring structures and cross-sectional view of ANSYS simulations showing the superposition of purely radial-extensional vibrations with out-of-plane deflections. It is believed that the asymmetry in the materials stack (different metals) and the sloped sidewalls cause out-of-plane deflections.

- thermoelastic dissipation $Q_{\text{TED}}$;
- anchor losses $Q_{\text{ANC}}$;
- air damping $Q_{\text{AIR}}$;
- electrical loading due to electrode resistivity $Q_{\text{ELC}}$;
- intrinsic material losses $Q_{\text{MAT}}$ either in the AlN film or in the metal electrodes.

In addition, the presence of spurious modes superimposed or in close proximity of the resonator center frequency should be accounted as important mechanisms of energy dissipation [29]. This loss mechanism can be represented by a general, $Q_{\text{MEC}}$, which includes any other process of mechanical energy leakage related to the specific mode shape. $Q_{\text{MEC}}$ will not be specifically addressed in this discussion. It is important to note that all these loss mechanisms affect the overall Q of the structure in this way

$$\frac{1}{Q} = \frac{1}{Q_{\text{TED}}} + \frac{1}{Q_{\text{ANC}}} + \frac{1}{Q_{\text{AIR}}} + \frac{1}{Q_{\text{ELC}}} + \frac{1}{Q_{\text{MAT}}} + \frac{1}{Q_{\text{MEC}}}. \tag{17}$$



Fig. 15.  Cross-sectional view of ANSYS simulation showing the out-of-plane motion of a ring resonator due to linearly sloping sidewalls.

TABLE III
STATISTICAL DATA FOR ANCHOR LOSS STUDY FOR A 20-$\mu$m-WIDE RING WITH 90 $\mu$m INNER RADIUS. THREE DATA SAMPLES WERE TAKEN FOR EACH SUPPORT SIZE. "AVE." STANDS FOR AVERAGE VALUE. "SPAN" IS MAX MINUS MIN

| Support Width [$\mu$m] | Ave. $f_o$ [MHz] | Span $f_o$ [MHz] | Ave. Q | Span Q |
|---|---|---|---|---|
| 6 | 224.8 | 2.6 | 2400 | 700 |
| 10 | 225.2 | 2.8 | 2330 | 300 |
| 20 | 225.0 | 2.9 | 2430 | 400 |

As shown in [24], thermoelastic dissipation is generally not significant for AlN micromechanical structures excited in contour mode shapes, and Q should be limited to approximately 32 000 at frequencies approaching 1 GHz. This value is well beyond what is experimentally recorded. Thermoelastic damping is the loss of energy through dissipative thermal currents, which are induced by mechanical strains. Because the structure undergoes very small displacement and very small strain gradients by moving only in its plane, thermoelastic damping is not the dominant loss mechanism. This statement should be reviewed when the motion of the structure deviates from the ideal behavior and does not show a perfectly planar displacement. As is evident from the ANSYS simulation of Fig. 14 and the initial atomic force microscopy (AFM) measurements [30], the motion of a circular ring deviates from the ideal planar motion. The asymmetry introduced by the different metal electrodes that were used and the sloped sidewalls of the device produce out-of-plane deflections as seen in Figs. 14 and 15.

Also, out-of-plane deflections could play an important role in affecting anchor losses [31]. Mechanical vibrations induced at the anchoring points cause mechanical energy to escape the system, unless some techniques that make use of quarter-wave reflectors are adopted in order to trap the energy inside the microstructure [32]. The quarter-wave supports work efficiently only if the vibrations are confined in the plane of the structure.

Experimental studies have been conducted on one-port circular rings and rectangular plates in order to identify the effect of anchor losses on the overall quality factor. The experimental

TABLE IV
EXPERIMENTAL RESULTS IN TERMS OF CENTER FREQUENCY, Q, AND MOTIONAL RESISTANCE FOR A $200 \times 50\ \mu m$ PLATE EXCITED IN LENGTH-EXTENSIONAL (SUBSCRIPT 1) AND WIDTH-EXTENSIONAL (SUBSCRIPT 2) MODE SHAPES FOR WHICH ANCHOR LOCATION (FIG. 16) AND SIZE WERE CHANGED. THE DATA ARE FOR RESONATORS FABRICATED ON THE SAME WAFER

| L [$\mu$m] x  W [$\mu$m]) \| Type | $f_1$ [MHz] | $Q_1$ | $R_{M1}$ [$\Omega$] | $f_2$ [MHz] | $Q_2$ | $R_{M2}$ [$\Omega$] |
|---|---|---|---|---|---|---|
| 25x6 \| A | 19.82 | 2200 | 760 | 84.8 | 670 | 380 |
| 25x10 \| A | 19.98 | 2200 | 800 | 85.3 | 1500 | 190 |
| 50x6 \| A | 19.93 | 2200 | 800 | 85.2 | 250 | 640 |
| 50x10 \| A | 19.93 | 2500 | 680 | 85.2 | 250 | 670 |
| 12.5x6 \| A | 19.81 | 2200 | 770 | 87.0 | 1800 | 210 |
| 12.5x6 \| A | 19.82 | 1600 | 980 | 87.0 | 700 | 420 |
| 25x6 \| B | 19.96 | 2500 | 700 | 85.4 | 2200 | 125 |
| 25x10 \| B | 19.97 | 1700 | 980 | 85.4 | 1700 | 170 |
| 50x6 \| B | 19.91 | 2700 | 650 | 85.3 | 1200 | 230 |
| 50x10 \| B | 19.94 | 2100 | 800 | 85.4 | 1300 | 220 |
| 12.5x6 \| B | 19.83 | 1900 | 870 | 87.2 | 770 | 310 |
| 12.5x6 \| B | 19.87 | 1300 | 1200 | 87.1 | 540 | 420 |
| 25x6 \| C | - | - | - | 85.2 | 1460 | 190 |
| 25x10 \| C | - | - | - | 85.2 | 400 | 600 |
| 50x6 \| C | - | - | - | 85.3 | 1400 | 200 |
| 50x10 \| C | - | - | - | 85.2 | 250 | 700 |
| 12.5x6 \| C | - | - | - | 85.3 | 2150 | 130 |
| 12.5x6 \| C | - | - | - | 85.4 | 1100 | 230 |
| 25x6 \| D | - | - | - | 85.3 | 1500 | 180 |
| 25x10 \| D | - | - | - | 85.4 | 940 | 280 |
| 50x6 \| D | - | - | - | 85.3 | 2100 | 130 |
| 50x10 \| D | - | - | - | 85.6 | 1800 | 150 |
| 12.5x6 \| D | - | - | - | 85.3 | 2900 | 90 |
| 12.5x6 \| D | - | - | - | 85.6 | 2100 | 130 |

results have shown that the number of anchors drastically affect the mode shape of circular rings. The use of two tethers, unless notched, gives rise to unwanted modes and degrades the quality factor of the device. As shown by the experimental results presented in previous sections, notched supports minimize interferences of the anchors with respect to the mode shape but do not seem to directly affect the Q of the structure. From the results illustrated in Table III it is evident that the width of the anchor does not substantially affect the Q of the resonator for a fixed ring diameter size.

A different trend was observed for the rectangular plates. The use of two tethers renders the mode shape more stable (no spurious resonances are introduced) and the structure capable of withstanding higher power. In general, before they experience mechanical nonlinearity, $200 \times 50\ \mu m$ rectangular plate resonators can withstand power levels up to $-7$ dBm with two tethers and $-11$ dBm with one tether when excited in the width-extensional mode. Because smaller displacement and larger stiffness characterize the same resonators at higher frequency, it is expected that these resonators will be able to withstand larger power levels in the order of several dBms at gigahertz frequencies. This trend is confirmed by the circular rings that can withstand power levels between $-5$ and $-3$ dBm at 230 MHz. In addition, for the plates, the width and length of the tethers do affect Q. In general, shorter and thinner tethers improve the quality factor of the resonator (Table IV). It is also important to note that by changing the clamping location (Fig. 16) and moving the anchors from along the length (Type A and B) of the structure to along its width (Type C and D), the



Fig. 16.   Schematic representation of different anchoring schemes used on rectangular plate resonators.

length-extensional mode is suppressed. Although quarter-wave tethers were implemented for both types of resonators, they do not seem to play a significant role in minimizing energy loss. The undercut produced by the release process affects the support length and stiffness, making it difficult to establish whether the tethers are effectively behaving as quarter-wave reflectors. A more efficient way of building reflectors is to introduce a material mismatch between the mechanical structure and the anchors [10].

Air damping is not a dominant loss mechanism for contour-mode resonators. Experiments in vacuum and at atmospheric pressure have shown Q improvements in vacuum of 20–30% for rectangular plates below 100 MHz and of approximately 14% for circular ring at 230 MHz. It is believed that the effect of air damping will decrease at higher frequencies because the resonator displacement diminishes with frequency.

Electric losses introduced by metal lines with relatively high resistivity such as Pt (Pt resistivity is about four times that of Al) can become significant especially if the motional resistance



Fig. 17. Augmented BVD model including electrical losses in the Al ($R_{Al}$) and (Pt $R_{Pt}$) electrodes.



Fig. 18. Admittance plot for a 20 $\mu$m circular ring resonator showing Q of 4300 at 229.9 MHz. This resonator was made out of 3-$\mu$m-thick AlN.

of the resonators keeps decreasing. Currently, ring-shaped resonators with Pt thickness of around 100 nm do not exhibit Qs higher than 2000, whereas devices with Pt thickness of about 200 nm are able to reach quality factors as high as 3000. Either thicker electrodes or lower resistivity metals will be required when the Q is raised and the motional resistance of the microresonator is reduced. The losses introduced by the series resistance due to the metal electrodes should therefore be taken into account in the equivalent electrical model and the simple Butterworth Van Dyke (BVD) model modified as shown in Fig. 17. These electrical losses were not included in the calculations of the equivalent electrical parameters of the resonators reported in Table I. Their effect cannot in fact be described by a simple model, but a distributed model that takes into account the fact that the resonator is locally in parallel with the electrode at each point on its surface should be adopted. Efforts to characterize this effect are ongoing.

Another interesting result that can be linked to losses due to electrical resistivity, but cannot solely be explained by it, is the experimental observation that higher quality factors (as high as 4300) were obtained for 3-$\mu$m-thick AlN circular ring microresonators (Fig. 18). Thicker resonators have slightly larger motional resistance ($R_M$ is proportional to film thickness) and are therefore less sensitive to ohmic electrical loading. At the same time the higher Q could be related to the larger volume of the structure. It has in fact been shown that Q tends to increase with volume [33].

Finally, material losses could play an extremely important role. Whereas it is believed that AlN is a high Q material, the metal electrodes might be a primary source of energy loss. It has been shown in the literature [34], [35] that metals generally have low Q and could dramatically affect the overall Q of the resonator. Although this statement is purely speculative and has

not been proven experimentally for contour-mode resonators, the authors strongly believe that the internal mechanical losses in the electrodes could be one of the primary reasons of Q degradation.

## IX. CONCLUSION

For the first time, low motional resistance plate and ring-shaped contour-mode AlN piezoelectric resonators were successfully demonstrated. These resonators exhibit Q as high as 4300 at 230 MHz in air and small impedance values that permit their interface with 50 $\Omega$ RF systems. The center frequency of these piezoelectric resonators is set by lithographic techniques (and not film thickness as for FBARs or shear quartz resonators), therefore truly enabling the fabrication of arrays of microresonators with different frequencies on a single chip. Initial theoretical and experimental observations were provided to describe mass loading, temperature effects, and energy loss mechanisms for this new class of MEMS resonators. Based on the reported results, circular ring resonators and rectangular plate resonators can be considered as the optimal candidates to demonstrate high-Q and high-frequency resonators. Arrangements of parallel arrays of small resonators may be required to maintain overall structural stiffness and low motional resistance at high frequency. Ongoing research focuses its attention on expanding the frequency range of these resonators to gigahertz, increasing their Q factor and eliminating spurious responses.

## ACKNOWLEDGMENT

The authors wish to thank AMS Inc. for help with the deposition of AlN films and tool installation and the Microfabrication Laboratory staff at the University of California, Berkeley, for their help.

## REFERENCES

[1] W. Jing, Z. Ren, and C.-C. Nguyen, "1.156-GHz self-aligned vibrating micromechanical disk resonator," *IEEE Trans. Ultrason. Ferroelectr. Freq. Control*, vol. 51, pp. 1607–1628, 2004.

[2] H. Takeuchi, E. Quevy, S. A. Bhave, K. Tsu-Jae, and R. T. Howe, "Ge-blade damascene process for post-CMOS integration of nano-mechanical resonators," *IEEE Electron Device Lett.*, vol. 25, pp. 529–531, 2004.

[3] S. Pourkamali, G. K. Ho, and F. Ayazi, "Vertical capacitive SiBARs," in *18th IEEE Int. Conf. Micro Electro Mechanical Syst. (MEMS 2005)*, 2005, pp. 211–214.

[4] W. Jing, J. E. Butler, T. Feygelson, and C.-C. Nguyen, "1.51-GHz nanocrystalline diamond micromechanical disk resonator with material-mismatched isolating support," in *17th IEEE Int. Conf. Micro Electro Mechanical Syst. (MEMS 2004)*, 2004, pp. 641–644.

[5] B. Bircumshaw, G. Liu, H. Takeuchi, K. Tsu-Jae, R. Howe, O. O'Reilly, and A. Pisano, "The radial bulk annular resonator: Towards a 50 Omega RF MEMS filter," in *Proc. 12th Int. Conf. Solid-State Sens., Actuators Microsyst. (TRANSDUCERS '03)*, 2003, vol. 1, pp. 875–878.

[6] G. K. Ho, K. Sundaresan, S. Pourkamali, and F. Ayazi, "Low-motional-impedance highly-tunable I/sup 2/resonators for temperature-compensated reference oscillators," in *Proc. 18th IEEE Int. Conf. Micro Electro Mechanical Syst. (MEMS 2005)*, 2005, pp. 116–120.

[7] S. Pourkamali and F. Ayazi, "High frequency capacitive micromechanical resonators with reduced motional resistance using the HARPSS technology," in *Proc. 2004 Topical Meeting Silicon Monolithic Integrated Circuits RF Syst.*, 2004, pp. 147–150.

[8] L. Sheng-Shian, L. Yu-Wei, X. Yuan, R. Zeying, and C.-C. Nguyen, "Micromechanical "hollow-disk" ring resonators," in *17th IEEE Int. Conf. Micro Electro Mechanical Syst. (MEMS 2004)*, 2004, pp. 821–824.

Case 1:21-cv-01417-JPM   Document 103-4   Filed 08/30/22   Page 89 of 165 PageID #: 1855

# Exhibit D7

**Extrinsic Evidence:**

**Defendants' Preliminary Claim Construction**

**Supporting Materials (B13), Bindel, David S., et al.,**

***Anchor Loss Simulation in Resonators*, IEEE (2005).**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

# Exhibit B13

Supporting Materials

Akoustis Preliminary Claim Construction

# Anchor Loss Simulation in Resonators

David S. Bindel*, Emmanuel Quévy*, Tsuyoshi Koyama†,
Sanjay Govindjee†, James W. Demmel*‡, and Roger T. Howe*

University of California, Berkeley, CA, USA
*Department of Electrical Engineering and Computer Science
†Structural Engineering, Mechanics, and Materials; Department of Civil Engineering
‡Department of Mathematics

*Abstract*—**Surface-micromachined resonators and filters are attractive for many RF applications. While existing simulation tools allow designers to compute resonant frequencies, few tools provide estimates of the damping in these devices. This paper reports on a new tool that allows designers, for the first time, to compute anchor losses in high-frequency resonators and account for sub-surface scatterers. By exercising the tool on a family of radially driven disk resonators, we show that the anchor loss mechanism for this class of devices involves a parasitic mixed-mode bending action that pumps energy into the substrate. Further, using the tool, we predict a large variation in resonator quality depending upon film thickness. Our simulation shows that the source of this variation is a complex radial-to-bending motion interaction, which we visualize with a root-locus diagram. We experimentally verify this predicted sensitivity using poly-SiGe disk resonators having Q's ranging from 200 to 54,000.**

## I. INTRODUCTION

Electromechanical resonators and filters, such as quartz, ceramic, and surface-acoustic wave devices, are important signal-processing elements in communication systems. Over the past decade, there has been substantial progress in developing new types of miniaturized electromechanical resonators using microfabrication processes [1]. For these micro-resonators to find ubiquitous application, it is essential that their quality factors, $Q$ values, be maximized.

The present standard in the design of such resonators is to manufacture many trial designs and then test them. This costly and time consuming situation is forced upon designers due to a lack of adequate design tools. One can use standard finite element packages to accurately determine resonant frequencies but it is not possible to accurately determine damped resonant frequencies – i.e. $Q$ values. The reason for this is that it is difficult to model the relevant loss mechanisms. In high frequency resonators, the substrate plays a crucial role in determining both energy losses from a resonator and the interactions with nearby resonators. Although there have been some initial studies of microresonator anchors [2], the results are mainly qualitative and applicable only to bending modes. The empirical nature of resonator design is illustrated in a recent paper, in which a fabrication error resulted in broken suspension legs and an unanticipated increase in quality factor [3]. We propose in this paper to use a *perfectly matched layer* (PML) method that has recently been extended to time harmonic elastodynamics [4]. This technology allows us to

efficiently model energy losses to the substrate. Our extension of the PML technique fits naturally within the standard finite element code architecture; and, unlike the recently proposed method of [5], our method accommodates subsurface scatterers, as well as thin-film-coated substrates.

## II. SIMULATION TECHNOLOGY

Because MEMS resonators are orders of magnitude smaller than the substrate on which they sit, the substrate can be modeled as a semi-infinite domain. To simulate the response of a semi-infinite domain, one usually uses boundary dampers, infinite elements, boundary integrals, or exact DtN boundary conditions; see e.g. [6]–[9]. Each of these methods in some way truncates the simulation domain with an artificial boundary and tries to absorb outgoing wave energy without reflection. All have certain failings when it comes to the resonator problem.

Our approach is to utilize a PML [10]. A PML is a finite domain that is attached to the outer boundary of a (finite element) model which contains the system of interest – in our case a resonator and part of the substrate (with possibly subsurface scatterers). The PML is a continuum domain with moduli devised in a fashion such that the mechanical impedance between the PML and the model is perfectly matched. This essentially eliminates spurious reflections from the artificial interface. The PML is finite in extent and thus has an outer boundary. The presence of an outer boundary requires the PML to damp the out-going waves before they reflect and pollute the computation. Using a formulation similar to that in [4], we apply a complex-valued coordinate transformation [11], [12] to the standard elastodynamic equations in the PML region. This coordinate transformation causes waves to be exponentially damped in their direction of travel; and since the transformation is continuously differentiable, there are no impedance mismatches. This transformation effectively turns the PML into an anisotropic inhomogeneous material with complex valued moduli.

To compute $Q$ values for the radially driven disk resonators considered here, we begin with the construction of an axis-symmetric finite element model of the resonator, its stem, and a small portion of the substrate. Around the substrate portion, we place a PML. Next we assemble the finite element matrices along with the PML contributions. We use bi-cubic elements

which leads to sufficient accuracy at relatively lower CPU cost when compared to bi-linear and bi-quadratic elements. The resulting equations are of the classic form

$$(-\omega^2 M + K)u = 0,\tag{1}$$

where $\omega$ (eigenvalue) is the complex-valued mode frequency, $M$ is the mass matrix, $K$ is the stiffness matrix, and $u$ is the mode shape vector (eigenvector). An important issue with these equations is that the presence of the PML causes the system matrices to be complex-valued symmetric as opposed to real-valued symmetric. This implies that the eigenvectors are no longer orthogonal to each other in a proper inner-product space. Thus, one sees that the presence of the semi-infinite domain couples all modes to each other. This further implies that even if one can experimentally achieve the pure excitation of a single mode, there will always be energy leakage to other modes of vibration (even if the system behaves in a mathematically ideal fashion).

The eigenvalues of Eq. 1 are related to individual mode quality factors by the relation $Q = \text{Real}[\omega]/2\text{Imag}[\omega]$, where $\omega$ is the complex valued eigenvalue for each computed mode of vibration [13]. If a resonator is properly designed, then the experimentally measured $Q$ should be close to (but slightly below) our theoretically determined $Q$. To find the eigenvalues of interest, we note that resonators are designed to operate at the frequency of a radial vibration mode of an ideal unsupported disk. We use this ideal operating frequency in an Arnoldi shift-and-invert method to compute the closest complex-valued eigenvalues. The first such computed mode has a high $Q$ and is typically dominated by radial motion but also displays some small bending motion. The bending motion is unavoidable due to the presence of the anchor; pure radial modes are not possible in anchored systems. The second closest mode is associated with a bending dominated motion and has a much lower $Q$.

An alternate method of computing $Q$ values is to explicitly compute a Bode plot by performing a forced motion simulation and then to determine $Q$ in the same fashion as it is done experimentally. When using this technique, a drive force pattern is explicitly imposed upon the outer edge of the resonator and the response on the edge is computed in order to determine the transfer function for the Bode plot. Full details of our PML approach are reported in [14].

### III. APPLICATIONS: POLY-SiGE DISK RESONATORS

To test our simulation technology on anchor loss, a number of poly-$Si_{0.4}Ge_{0.6}$ disk resonators with 31.5 $\mu$m and 41.5 $\mu$m radii were characterized; there were four 31.5 $\mu$m disks and five 41.5 $\mu$m disks. Ge spacers were used to define the electrode to resonator gap at 120 nm on average. Figure 1 shows one such 41.5 $\mu$m radius resonator. The disk itself is supported on a conical post which upper radius 1.49 $\mu$m, lower radius 1.61 $\mu$m, and nominal height 1 $\mu$m. The drive is clearly not fully axis-symmetric but we model it as such for simplicity. For the material we use a density of 4127 kg/m³ computed by linear interpolation and assume a Poisson ratio



Fig. 1.   SEM of 41.5 $\mu$m radius poly-SiGe disk resonator.

of 0.28; the Young's modulus was estimated from an acoustic measurement as 139 GPa.

#### A. Experimentation

For each resonator, the transmission curve was measured with a network analyzer, under a vacuum of 100 $\mu$torr. The input signal and the bias voltage were applied to the resonator proof mass, while the output signal was sensed on two electrodes at the same time through a power combiner. A SEM on each of the samples was also performed to measure the cross-section dimensions, including stem size, interconnect stack, and most importantly the structural layer thickness. A thickness distribution across the wafer due to cross-load and cross-wafer non-uniformity during the poly-SiGe structural layer deposition created resonators with differing thicknesses.

Figures 2(a) and 2(b) show two extreme examples of the transmission plots for the 41.5 $\mu$m disks. The quality factor was measured as low as 200 (Fig. 2(a)) and as high as 54,000 (Fig. 2(b)); these values are computed from the measured transmission data by dividing the center frequency by the $-3$ dB peak width. The main difference between the two resonators is that their structural layer thicknesses differ by 6%. The fact that the quality factors vary so much was predicted by our simulations prior to the experiments and motivated the present study.

#### B. Basic Loss Mechanism: Radially Driven Response

Figure 3 shows the computed in-phase radial and vertical displacements in one of the disks when it is driven with a radial forcing on its outer edge; $Q = 140,000$. The radial motion is coupled to a small vertical motion due to the stem as mentioned earlier. The pattern of the vertical motion clearly has the look of a bending motion. Thus, the dominant mode for this disk is not a pure radial motion. The bending motion of the mode along with the Poisson effect induces a vertical motion in the stem which pumps displacement waves into the substrate, where they carry away the energy of the resonance.



(a) Measured transmission data for disk thickness 1.55 ± 0.02μm.



(b) Measured transmission data for disk thickness 1.64 ± 0.02μm.

Fig. 2.   Measured transmission curves for two different thickness 41.5 μm radius resonators.

## C. Design Sensitivity: Thickness Variations

Figure 4 shows measured $Q$ values from the four 31.5 μm disks and Fig. 5 shows measured $Q$ values from the five 41.5 μm disks. The error bars on thickness are indicative of the limits of our SEM geometry measurement method. Also shown in Figs. 4 and 5 are simulation data using the measured geometry from the resonators. The high $Q$ curve is computed from the first eigenvalue and the lower $Q$ curve is computed using the next nearest eigenvalue. The mode shape associated with this second eigenvalue is dominated by a bending type displacement pattern.

For the 41.5 μm disks the agreement in value is good and the trend is captured well. The agreement gives good validation to our chosen simulation technology. For the 31.5 μm disks the agreement is decent for two of the data points but fails for



Fig. 3.   Radial and vertical displacement fields illustrating the mode mixing. Disk radius is 41.5 μm and film thickness is 1.6 μm. The drive frequency is 45.04 MHz and $Q = 140,000$. Displacement contours are in units of μm.



Fig. 4.   Measured and computed quality factors in 31.5 μm radius disk with varying film thickness. Upper curve indicates $Q$ from first eigenvalue. Lower curve indicates $Q$ from next nearest eigenvalue.



Fig. 5.   Measured and computed quality factors in 41.5 μm radius disk with varying film thickness. Upper curve indicates $Q$ from first eigenvalue. Lower curve indicates $Q$ from next nearest eigenvalue.



Fig. 6. Root-locus plot parameterized by varying film thickness. Lower curve corresponds to the first mode and the upper curve to the next nearest mode.

the other two.

First note that the presence of the nearby second mode has a large influence on the high $Q$ mode's quality factor. This is seen in the large swings in the upper curves of Figs. 4 and 5 which are computed solely from the system eigenvalues. The reader is cautioned, however, that quality factors as high as $10^8$ can not be expected due to other limiting physical phenomena beyond anchor loss.

A good method of visualizing the mode interaction is to examine a root-locus diagram for the two interacting poles (eigenvalues) parameterized by film thickness. Fig. 6 was computed for the $41.5$ $\mu m$ radius disks. As the thickness changes the two poles approach each other. The first mode's frequency first moves away from the real axis increasing damping, then back toward the real axis decreasing damping. The speed of the first pole increases the closer the approach of the second pole in the complex frequency plane. Additional data supporting the view of interacting poles is evident in the transmission curves in Figs. 2(a) and 2(b). In particular in Fig. 2(a), a secondary peak is noticeable to the left of the main peak, providing a hint that an additional mode might be interfering with the first mode.

Regarding the data points for which we do not obtain good agreement, we note the following points:

1) We have assumed an idealized axis-symmetric geometry.
2) We have permitted only axis-symmetric motions in our computations.
3) We have ignored the grain/crystal structure of the film by assuming it has nominal isotropic material properties.
4) Lastly, we have only accounted for anchor loss.

## IV. CONCLUSIONS

The use of a PML to model anchor loss in high frequency resonators is a viable methodology. The method allows one to correctly model anchor loss and at the same time account for sub-surface scatterers. With a tool like the one we have developed [15], one can identify critical design issues such as the one we have demonstrated with respect to film thickness.

Our results would be difficult to predict with hand models, or with acoustic approximations. In particular, the modeling of mode coupling is truly a complex 3-D phenomena which is simply inaccessible to hand modeling. This clearly illustrates the need for detailed simulation tools in order to predict resonator $Q$ values.

### ACKNOWLEDGMENTS

This research was partially supported by the National Science Foundation through Award ECS-0426660, a donation from Sun Microsystems, and a matching grant from the University of California MICRO program. This support is gratefully acknowledged. The authors also wish to thank Dr. Jong Woo Shin, a visiting industrial fellow at UC Berkeley, and Dr. Sunil Bhave, a former PhD student, for their help in making the SEM measurements and help in the layout work, respectively.

### REFERENCES

[1] C. T.-C. Nguyen, "Transceiver front-end architectures using vibrating micromechanical signal processors," in *Dig. of Papers, Topical Meeting on Silicon Monolithic Integrated Circuits in RF Systems*, 2001, pp. 23–32.
[2] D. Sherman, "An investigation of MEMS anchor design for optimal stiffness and damping," University of California, Department of Mechanical Engineering, Tech. Rep., 1996, (M.S. Report).
[3] M. Abdelmoneum, M. Demirci, and C. T.-C. Nguyen, "Stemless wineglass-mode disk micromechanical resonators," *IEEE MEMS*, pp. 698–701, 2003.
[4] U. Basu and A. Chopra, "Perfectly matched layers for time-harmonic elastodynamics of unbounded domains: theory and finite-element implementation," *Computer Methods in Applied Mechanics and Engineering*, vol. 192, pp. 1337–1375, 2003.
[5] Y.-H. Park and K. C. Park, "High-fidelity modeling of MEMS resonators - Part 1: Anchor loss mechanisms through substrate," *Journal of Microelectromechanical Systems*, vol. 13, pp. 248–257, 2004.
[6] B. Engquist and A. Majda, "Absorbing boundary conditions for the numerical simulation of waves," *Mathematics of Computation*, vol. 31, pp. 629–651, 1977.
[7] O. Zienkiewicz and R. Taylor, *The Finite Element Method, Volume 1*, 5th ed. Butterworth and Heinemann, 2000.
[8] D. Givoli, *Numerical Methods for Problems in Infinite Domains*. Elsevier, 1992.
[9] R. J. Astley, "Infinite elements for wave problems: a review of current formulations and an assessment of accuracy," *International Journal for Numerical Methods in Engineering*, vol. 49, pp. 951–976, 2000.
[10] J.-P. Bérenger, "A perfectly matched layer for the absorption of electromagnetic waves," *Journal of Computational Physics*, vol. 114, no. 2, pp. 185–200, 1994.
[11] E. Turkel and A. Yefet, "Absorbing PML boundary layers for wave-like equations," *Applied Numerical Mathematics*, vol. 27, no. 4, pp. 533–557, 1998.
[12] F. Teixeira and W. Chew, "Complex space approach to perfectly matched layers: a review and some new developments," *International Journal of Numerical Modelling*, vol. 13, no. 5, pp. 441–455, 2000.
[13] S. Senturia, *Microsystem Design*. Kluwer Academic Publishers, 2001.
[14] D. Bindel, T. Koyama, and S. Govindjee, "Elastic PMLs for resonator loss simulation," *International Journal for Numerical Methods in Engineering*, (in submission).
[15] "HiQLab project page." [Online]. Available: http://www.cs.berkeley.edu/~dbindel/hiqlab/

# Exhibit D8

**Extrinsic Evidence:**

**Excerpts from Dr. John Bravman's Initial Claim**

**Construction Declaration, dated July 11, 2022.**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC. | ) |
| | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-1417-JPM |
| | ) |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**<u>INITIAL CLAIM CONSTRUCTION DECLARATION OF JOHN C. BRAVMAN, PH.D.</u>**

FIG. 3B, where FIGS. 3A and 3B are graphical illustrations of the results of a simulation of the ***density of mechanical energy*** throughout the structures of the reference BAW resonator 38 and the BAW resonator 66, respectively.

39.     FIGS. 3A and 3B identified in the above passage show the following:



*FIG. 3A*          *FIG. 3B*

40.     The '755 Patent also describes these Figures as "illustrat[ing] the reduced lateral leakage of the BAW resonator of FIG. 2B as compared to the reference BAW resonator of FIG. 2A, for one example implementation."  '755 Patent, 4:1-4.

41.     Thus, the specification repeatedly indicates that the amount of mechanical energy created by the inventive structural configuration and leaked to the outer region is reduced as compared to a prior art configuration.  While the claims and specification (sometimes) use the word "density" to describe the relative amounts, a POSITA reading the intrinsic record in its entirety would not have understood "density" in the '755 Patent to require a specific mathematical or dimensional relationship.  Rather, a POSITA reading the '755 Patent would have understood "density" to be used in a broader sense and recognizing general and/or localized mechanical energy reduction, such as is shown in the comparison images of FIGS. 3A and 3B.

42.     The prosecution history of the '755 Patent does not address this term or utilize it differently from that discussed above.

a first electrode on a first surface of the piezoelectric layer;

a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;

a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and

one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TPA) of the passivation layer within the active region, wherein:

n is a value other than 1; and

n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region *are not excited* in the active region.

48.     As understood in context, the claim specifies that particular wavelengths are not substantively excited (*e.g.*, not excited enough to cause energy leakage) in the active region as a result of the claimed construction.  The concept of excitation/non-excitation of waves is described in various portions of the '755 Patent, such as at 1:51-2:3, reproduced below (with relevant language bolded and italicized):

In operation, acoustic waves in the piezoelectric layer 12 within an active region 34 of the BAW resonator 10 *are excited* by an electrical signal applied to the bottom and top electrodes 14 and 16. The active region 34 is the region of the BAW resonator 10 that is electrically driven. In other words, the active region 34 is the region of the BAW resonator 10 consisting of, in this example, the bottom electrode 14, the top electrode 16, the portion of the piezoelectric layer 12 between the bottom and top electrodes 14 and 16, and the portion of the reflector 18 below the bottom electrode 14. Conversely, an outer region 36 of the BAW resonator 10 is a region of the BAW resonator 10 that is not electrically driven (i.e., the area outside of the active region 34).

49.     The '755 Patent at 2:52-56 provides the following additional description (with relevant language bolded and italicized):

In some embodiments, n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region ***are not excited*** in the active region.

50.      Finally, the '755 Patent at 5:5-23[2] provides the following additional description

(with relevant language bolded and italicized):

> Embodiments of a Bulk Acoustic Wave (BAW) resonator in which an outer region of the BAW resonator is engineered in such a manner that lateral leakage of mechanical energy from an active region of the BAW resonator is reduced, and methods of fabrication thereof, are disclosed. In general, in some embodiments, a thickness of a material in the outer region of the BAW resonator is such that the outer region of the BAW resonator is acoustically matched to the active region of the BAW resonator in such a manner that wavelengths that cause the lateral leakage of mechanical energy ***are not excited*** in the active region. As a result, there is no leakage of wavelengths ***excited*** in the active region into oscillation modes in the outer region. In other words, the thickness of the material in the outer region of the BAW resonator is selected such that the extinction coefficient (i.e., the rate of exponential decay for evanescent waves) associated with the exponential decay in the outer region and the imaginary part of the lateral dispersion in the outer region are changed in such a manner that lateral leakage is reduced.

51.      A reading of the intrinsic record in its entirety indicates that the recited non-excitation relates to reducing the lateral leakage of mechanical energy into the outer region, which is discussed with regard to the previous element.  To do so, the intrinsic record indicates that "are not excited" means that the particular wavelengths that cause the lateral leakage are not excited *enough* (*e.g.*, substantively excited) to result in energy leakage from the active region to the outer region as a result of the claimed construction.  In other words, excitations of one or more wavelengths that don't cause leakage (*e.g.*, minor or transient excitations) may occur within the scope of the claim.

---

[2] *See also* '755 Patent, Abstract; 1:14-18; 2:4-13; 2:14-26; 2:30-51; 2:57-61; 6:26-31; 6:32-41; 6:42-63; 7:1-33; 8:36-61.

## VIII.   RESERVATION OF RIGHTS

94.     My opinions are based upon the information that I have considered to date.  I reserve the right to supplement my opinions in the future to respond to any arguments raised by Akoustis or its expert and to take into account new information that becomes available to me.

95.     I declare that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Executed on July 11, 2022.

_____
John C. Bravman

# Exhibit D9

**Extrinsic Evidence:**

**Defendants' Preliminary Claim**

**Construction Supporting Materials (B6), Robert**

**Johnson, Mechanical Filters in Electronics (1983).**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

# Exhibit B6

## Supporting Materials

## Akoustis Preliminary Claim Construction

WILEY SERIES ON FILTERS:
Design, Manufacturing, and Applications

*Editors: Robert A. Johnson and George Szentirmai*

**Mechanical Filters in Electronics**
*Robert A. Johnson*

LC-Filters: Design, Testing, and Manufacturing
*Erich Christian*

# MECHANICAL FILTERS IN ELECTRONICS

**ROBERT A. JOHNSON**
*Rockwell International*

A Wiley-Interscience Publication
**JOHN WILEY & SONS**
New York   Chichester   Brisbane   Toronto   Singapore

TK
7872
F5
J66
1983

*To my wife Lois, whose support was essential;
and to those who use their knowledge to bring peace,
dignity, and a better life to the world's people*

Copyright © 1983 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work
beyond that permitted by Section 107 or 108 of the
1976 United States Copyright Act without the permission
of the copyright owner is unlawful. Requests for
permission or further information should be addressed to
the Permissions Department, John Wiley & Sons, Inc.

*Library of Congress Cataloging in Publication Data*
Johnson, Robert A., 1932-
    Mechanical filters in electronics.

    (Wiley series on filters)
    Includes index.
    1. Mechanical filters (Electronic engineering)
I. Title. II. Series.
TK7872.F5J66   1982      621.381'532      83-10922
ISBN 0-471-08919-2

Printed in the United States of America
10  9  8  7  6  5  4  3  2  1

$C$'s. Two networks satisfy these poles and zeros; one is shown in Figure 2.4($c$). The choice of this network, rather than its dual equivalent, is on the basis that (1) the frequency $f_p$ is the mechanical resonance frequency of the transducer bar under electrical open-circuit conditions, and (2) the use of parallel resonant circuits to represent mechanical resonators is consistent with the mobility analogy. Note that we have idealized the transducer by not including electrical or mechanical losses. Losses are discussed in a subsequent section.

At this point, we have derived an all-electrical equivalent circuit. But how does the capacitor $C_1$ relate to the equivalent mass $M$ of the resonator? What is the relationship of the "actual" inductance $L_0$ and the "equivalent" inductance $L_1$, to the compliance $C = 1/K$ of the mechanical circuit? The answer to these questions is that there is, in general, not a one-to-one correspondence. The mass of the resonator may increase and the capacitance $C_1$ remain constant. For instance, this is true when the resonance frequency and electromechanical coupling do not change. A better question to ask is "how do the equivalent electrical element values vary in relationship to the external electrical element values?" This question is answered through a knowledge of the mechanical resonance frequency and the electromechanical coupling. As the mechanical resonance frequency and the coupling between the electrical and mechanical networks is varied, the equivalent circuit values, as seen from the electrical terminals, will vary.

If a network composed of electrical and mechanical network element-values is desired, we can relate these values through an electromechanical transformer whose "turns ratio" $\eta$ varies with coupling. Being consistent with the mobility analogy where the electrical and mechanical circuit topologies remain the same, the equivalent circuit of Figure 2.4($d$) can be drawn. Viewing the mechanical circuit through the transformer terminals we should see $C_1$ and $L_1$ where $C_1 = M/\eta^2$ and $L_1 = \eta^2/K$. Although $\eta$ can be found for each specific transducer by making electrical and mechanical measurements (or calculations of equivalent mass, for instance), it is seldom used in practical design work. A more useful parameter is the electromechanical coupling coefficient which relates the electrical equivalent circuit values of Figure 2.4($c$) and the reactance plot of Figure 2.4($b$).

The electromechanical coupling coefficient $k_{em}$ is the parameter that links the electrical and mechanical sides of the transducer network by relating the electrical element values to the electrical equivalent mechanical values. In other words, it expresses the relationship between $L_0$ and $L_1$ of Figure 2.4($c$). Knowing this one electromechanical relationship as well as the relationships between the equivalent masses and compliances of the transducer and other mechanical elements, an electrical equivalent circuit representation of the entire filter can be found.

The electromechanical coupling coefficient is most often defined as the ratio of the energy stored in the mechanical circuit to the total input energy. From this definition and the fact that for temperature-stable magnetostrictive trans-



FIGURE 2.5.   Piezoelectric ceramic equivalent circuit development; ($a$) ceramic bar vibrating in a "31" mode, ($b$) driving-point reactance diagram, ($c$) electrical equivalent circuit, and ($d$) electromechanical equivalent circuit.

ducers the coupling coefficient is low (typically 0.10 to 0.15),

$$k_{em}^2 = \frac{L_1}{L_0} \approx \frac{2(f_s - f_p)}{f_p}. \qquad (2.10)$$

By measuring the pole and zero frequencies of the transducer input impedance, the coupling coefficient and therefore the ratio $L_1$ to $L_0$ can be found. $L_0$ can be measured with a reactance bridge and then $L_1$ can be calculated from the $L_1/L_0$ ratio. The remaining element of the electrical equivalent circuit is $C_1$, which can be obtained from $L_1$ and the mechanical resonance frequency $f_p$.

### The Piezoelectric Transducer

Figure 2.5($a$) shows a piezoelectric-ceramic transducer bar like that shown in Figure 2.1. The applied voltage and resultant electric field causes the bar to vibrate in a half-wavelength longitudinal mode in the direction shown by velocity $\dot{x}$, and force $F$. By ignoring losses and higher frequency (order) modes we can obtain the curve of Figure 2.5($b$) from reactance measurements at the electrical terminals. In contrast to the magnetostrictive case, the series resonance frequency $f_s$ is lower than the parallel resonance $f_p$. There are two

circuits having three reactance elements that have this reactance curve. One is a capacitor in parallel with a series-tuned circuit and the other is the network shown in Figure 2.5(c) [2]. In the latter case, the resonant circuit $L_1 C_1$ corresponds to the open-circuited mechanical resonance of the bar, $f_p$. The fact that the frequency $f_p$ corresponds to the mechanical resonance has been confirmed by measurements made on resonators vibrating not only in a direction perpendicular to the applied field but parallel to the applied electric field as well. Because mechanical resonant circuits are represented by parallel-tuned circuits and we are using the mobility analogy, we will use the equivalent circuit of Figure 2.5(c) to represent the piezoelectric transducer. Note that this circuit differs from the magnetostrictive case only in that $L_0$ is replaced by $C_0$.

Turning next to the electromechanical equivalent circuit of the piezoelectric transducer shown in Figure 2.5(d), we see that the conversion element is a network designated by ($j\kappa$)/$A$. This network consists of a gyrator of resistance value $A$ and an inverter of reactance $j\kappa$. Because a piezoelectric transducer is a so-called nonreciprocal device, the gyrator is needed; but because the gyrator converts parallel circuits into series circuits, an inverter is also needed. The two circuits (gyrator and inverter) in cascade act like a transformer with an imaginary turns ratio ($jA$)/$\kappa$. If a filter is built with a piezoelectric transducer at one end, and a magnetostrictive transducer at the other, it will be nonreciprocal and could be used in an isolator circuit. Let us now look at the relationships between the electromechanical coupling coefficient, the element values, and the reactance pole and zero frequencies ($f_p$ and $f_s$).

Piezoelectric ceramics are generally high coupling-coefficient materials; radial and thickness modes have coupling coefficients on the order of 40 to 70 percent. Therefore, let us start with the exact expressions for the coupling coefficient, element value, and frequency relationships namely,

$$\frac{k_{em}^2}{1 - k_{em}^2} = \frac{f_p^2 - f_s^2}{f_s^2} = \frac{C_0}{C_1}. \qquad (2.11)$$

For low values of coupling,

$$k_{em}^2 \simeq \frac{2(f_p - f_s)}{f_s} \simeq \frac{C_0}{C_1}. \qquad (2.12)$$

In Equations (2.10) and (2.12) the frequency difference between $f_p$ and $f_s$ is called the pole-zero spacing $\Delta f$. The two equations are basic to transducer and mechanical filter design and are used often in subsequent sections.

# MAGNETOSTRICTIVE TRANSDUCERS

Magnetostrictive transducers have played and are still playing an important part in the realization of high-performance filters for single-sideband radios and telephone equipment. Early mechanical filters used both metal-alloy and ferrite transducers. Although filters are still being manufactured with alloy transducers, all new magnetostrictive designs employ the lower-loss ferrite materials. Therefore, the major emphasis in this section is on ferrite magnetostrictive transducers.

## The Magnetostrictive Effect

The change in dimensions of ferromagnetic material when exposed to a magnetic field is termed the *magnetostrictive effect*. The term *magnetostrictive effect* also applies to the inverse phenomenon, that is, there is a change in magnetization or the generation of a magnetic field when the material is externally stressed. Magnetostrictive effects can be looked at in various ways: in terms of variations of circuit parameters such as inductance, frequency, and electromechanical coupling; or as a function of material properties like permeability, Young's modulus, and the magnetostrictive strain coefficient or even on a microscopic level in terms of domains and crystals.

Ferromagnetic materials are crystalline in form. Each crystal is composed of a large number (on the order of $10^5$) of domains which are aligned along cube edges or cube diagonals, depending on the material. In the demagnetized state, the domains are randomly aligned in the edge or diagonal directions. When a weak external magnetic field is applied, the domains oriented most nearly parallel to the field direction grow in size, at the expense of their neighbors. This so-called domain-wall displacement causes small but significant changes in the magnetic, elastic, and magnetostrictive strain characteristics of the material. When a large magnetic field is applied, the domains rotate into alignment with the magnetic field. It is this rotation process that causes large changes in permeability and Young's modulus and is the major factor in the expansion (or contraction) of the material. In the case of nickel-iron alloys, the material expands when subjected to a magnetic field, whereas ferrite materials contract in the presence of a magnetic field. This means that the magnetostrictive strain, for example in the iron-nickel alloy case, is positive regardless of the direction of the applied magnetic field. This is shown in Figure 2.6 where magnetostrictive strain $\lambda$ is defined as the change in length per unit length and $B$ is the flux density along the length axis of the bar [3]. Figure 2.6 also shows the effect of magnetic bias on the strain amplitude response to an applied magnetic field.

Transducer magnetic bias serves a similar purpose as application of voltage bias in an amplifier circuit. (1) the output signal becomes a linear function of

# Exhibit D10

**Extrinsic Evidence:**

**Defendants' Preliminary Claim Construction Supporting Materials (B7), Besson, Raymond J., *A New "Electrodeless" Resonator Design*, Proceedings of the 31st Annual Symposium on Frequency Control 1977.**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

# Exhibit B7

Supporting Materials

Akoustis Preliminary Claim Construction

# PROCEEDINGS
# OF THE
# 31st ANNUAL SYMPOSIUM ON FREQUENCY CONTROL
# 1977



## 1-3 June 1977

## U.S. Army Electronics Command
## Fort Monmouth, New Jersey

PROCEEDINGS

of the

THIRTY FIRST ANNUAL FREQUENCY CONTROL SYMPOSIUM

1977

Sponsored by



U.S. ARMY ELECTRONICS COMMAND
Fort Monmouth, N.J.
Major General John K. Stoner, Jr.
Commanding

ELECTRONICS TECHNOLOGY AND DEVICES LABORATORY
Dr. C. G. Thornton
Director

© Electronic Industries Association 1977
All rights reserved
Printed in U.S.A.

Copies of the Proceedings are available from:

Electronic Industries Association
2001 Eye Street, N.W.
Washington, D.C. 20006

PRICE PER COPY: $10.00

None of the papers contained in the Proceedings may be reproduced in whole or in part, except for the customary brief abstract, without permission of the author, and without due credit to the Symposium.

1 – 3 June 1977

Howard Johnson's Regency Hotel
Atlantic City, New Jersey

A NEW "ELECTRODELESS" RESONATOR DESIGN [+]

Raymond J. BESSON

Ecole Nationale Supérieure de Chronométrie et de Micromécanique

La Bouloie – Route de Gray

25030 BESANCON CEDEX, FRANCE

## Summary

In a recent paper, new structures, all using uncoated crystals, have been out-lined (and called B.V.A.$_n$ designs).

The main purpose of this paper is to give a complete description of the B.V.A.$_2$ design. In this design, the active part of the crystal is connected to the dormant part by little quartz "bridges", which can be very precisely made and located. As the fixation is made out of quartz, there is no ordinary bonding and among the consequences no discontinuity is caused by the fixation. Also, it is possible to avoid the stresses which could be caused by the machining of the quartz "bridges". Since the electrodes are located on insulators very close to the active surface of the wafer, the frequency of the device can be easily adjusted by means of a serie capacitance. Nevertheless, the construction of the device allows a very accurate frequency adjustement. As consequences of the construction acoustical losses are extremely low, a very high Q factor is obtained and the short term and long term stabilities are improved.

The first part of the paper deals with the construction parameters (wafer evaluation, excitation conditions and resonator mounting). Especially, the shape, dimensions and location of the quartz "bridges" are studied. The influence of the gap is discussed.

In the second part of the paper, resonators constructed according to the design are studied by various techniques. Acceleration effects are discussed. For comparison purposes, numerical data concerning AT 5 MHz fifth overtone units are given (electrical parameters, frequency spectrum, stabilities, amplitude frequency effect,...). Nevertheless, some results concerning other frequencies and S.C. cuts are also given. The problem of industrial fabrication is quickly discussed.

As a conclusion, the various results are reviewed and discussed (from the fundamental and technical points of view as well).

Key Words : Piezoelectric Resonator, Quartz Unplated Crystals, Electrode Effects, Bonding Effects, Frequency Stability, Aging, Frequency Adjusting, Crystal's Noise Reduction.

[+] This work is supported by the "Direction des Recherches et Moyens d'Essais", D.R.M.E.

## Introduction

In a recent paper [1], we pointed out that mastering the boundary phenomena could reduce the aging and crystal's noise contribution as well. New structures, all using uncoated crystals, were outlined and called B.V.A.$_n$ designs :

- if n is odd, a rather conventional bonding and a special fixation is used. (In the B.V.A.$_1$ type, described last year, the main feature is that the crystal is "electrodeless" and frequency modulable).

- if n is even, the design uses improved bonding and mounting.

This denomination indicates two successive steps of our attempt to reduce the crystal's noise and frequency drift contribution.

Since the B.V.A.$_3$ design is an improvement of the B.V.A.$_1$ design it will be very rapidly described using the scheme of Fig.1. The vibrating quartz crystal C of a given cut, orientation, geometrical shape (in Fig.1 a planoconvex disk) is, for instance, TC bonded (3 or even 4 bonding points ref.T) to the lower disk D$_1$ (which has been given a curvature identical to the curvature of the wafer's lower surface). D$_1$ is usually made out of quartz of the same cut and orientation. The electrodes are evaporated on the lower disk D$_1$ and the upper disk D$_{21}$ or D$_{22}$. The upper disk is not necessarily made out of quartz and may have any radius of curvature. The intermediate ring R determines the upper gap giving access to frequency adjustement or modulation. Compared to B.V.A$_1$ type this design has mainly the same properties but the characteristic features are greatly improved in severe environmental conditions.

### B.V.A.$_2$ RESONATORS

Special emphasis is given to this design which overcomes some difficult problems caused by the conventional evaluation of piezoelectric resonators. We mainly describe here quartz material 5 MHz units but, of course, other piezoelectric materials can be used and resonators of various frequencies have been evaluated.

1 - Introduction and general description :[+]

Our goal was to obtain an "electrodeless" resonator (so as to overcome the difficulties due to electrode deposition) with a fixation exhibiting neither discontinuity nor local stress in the fixation areas. We wanted to obtain a device the frequency of which could easily be adjusted by means of a series capacitance. Then a large gap capacitance is suitable i.e. electrodes have to be located very close to the active surface of the wafer (in the micron range or even the 10 microns range). Also, and this is very important too, we planned to obtain fixation areas very accurately located and fixation means precisely known.

The B.V.A.$_2$ resonator is represented by the schemes of Fig.2 - Fig.3 - Fig.3a - Fig.6 and Fig.7 and the pictures of Fig.4 and Fig.5. It includes :

- a vibrating quartz crystal, ref.C, the surface of which has been very carefully prepared. The active part of the crystal is connected to the dormant part by little quartz "bridges" very precisely made and located.

- a quartz condenser made of two disks (ref. $D_1$ and $D_2$) of the same cut and orientation on which the electrodes are deposited.

- means to maintain the condenser and crystal tighted together (it can be those recently described [1]).

- a metallic experimental enclosure which is sealed by a pinch off process (a special coldwelded type enclosure has been made but not tested yet).

It must be pointed out that some construction parameters, especially the support configuration parameters, can be, using this design, very precisely known. Also since the crystal is "electrodeless"and uses an all quartz structure it is very suitable for low temperature applications [2]. Moreover, the electrodes may be deposited on insulators which have been given a curvature different from the crystal surface's. This feature gives access to additional possibilities and may be used to modify Q factor, motionnal parameters series resistance and frequency amplitude effect.

Such a resonator, beeing entirely different from a conventional resonator, needs theoretical and technical studies specially devoted to it.

2 - Evaluation of the vibrating crystal :

The original part of this evaluation will only be described here. By use of ultrasonic machining and precise lapping [3] little bridges are left between the external dormant part of the crystal and the internal vibrating part. Those bridges have a given shape, a given thickness, a given lenght. The schemes of Fig.6 outlines various possible shapes. The bridges can be very precisely located with respect to the thickness of the crystal (accuracy of the location : $\pm$ 10µ). Their angular position can also be very precisely known ($\pm$ 0.04°). Of course, the technique has to be perfectly mastered (for instance, avoiding a conical ultrasonic machining is not immediate) but, with sufficient experience, the

process can be considered as sure, rapid (2 or 3 minutes) and very accurate. As a consequence the middle part of the bridges can be located at the very nodes of vibration. Also, unwanted modes can be better eliminated. Since the thickness in the middle part ot the bridges has ranged from 50µ to 1200µ (the usual is approximately 200µ) the bridges are not especially brittle. Any number of bridges can be left. Especially one single bridge, covering 360° angulary, may be directly lapped so avoiding the ultrasonic machining (Fig.3 a).

It must be pointed out that the machining does not destroy the material from the cristallographic point of view as can be seen  from Fig.8 (vibrating 5 MHz fifth overtone, SID or Lang topography).

Moreover, no additional stresses are left by the machining if the quartz wafer is subjected, prior to mounting, to annealing at about 480°C, followed by a very slight surface attack with bifluoride.

The lenght and thickness of the bridges have been theoretically [4] studied. Assuming a flexure vibration of the bridge, it is found that a length of 2 mm and a thickness of 0.2 mm is a good compromise between a weak static strain and a minimum acoustical energy transmission between the vibrating and dormant part of the crystal (5 MHz fifth overtone).

3 - Reflection of the elastic waves and influence of

the gap :

The reflection of the elastic waves is not influenced by the position of the electrodes with regard to the crystal surface. It mainly depends on phenomena which occur in the boundary neighbourhood and which are due to crystalline modifications caused by machining processes and surface preparation.

The sample surface is carefully lapped and polished, so as to reduce the layer in which acoustic dissipation occurs. Defects due to machining processes are carefully investigated (X ray topography, electron microscopy and so on) so as to define the best procedures [6]. As far as possible, we operate in a clean room atmosphere, try to process the crystal in dry nitrogen and, of course, use the results of recent investigations for cleaning and decontamination [6].

The influence of the gap has been studied. Experimentally, the Q factor is not a constant versus the total gap [5]. The variation depends on the frequency and overtone number of the unit. Of course, the variation is not important (smaller than 10 p.cent for gap variations from 0 to 1 mm). Nevertheless an investigation  was started and proved that usual equivalent circuit is not sufficient [5]. So, starting from the exact expression of the current, we computed the Q factor versus the gap (assuming a plane infinite plate) and found a variation which gives a better account of the results.

Actually, a compromise must be choosen. The series resistance and the motionnal inductance strongly increase with the gap. Also, the frequency of the unit must be easily adjusted by a series capacitance ; so very thin gaps are suitable.

But the mechanical stability of the gap thickness is to be considered too, if ultrastable units are desired. For a 5 MHz fifth overtone we use gaps in the micron or 10 microns range. Nevertheless for resonators on the fundamental mode the gap can be larger.

Usually, the gaps are made by a special lapping [3] process which affects the central area of $D_1$ and $D_2$ (see Fig.2). They can also be made by nickel electrodeposition as suggested by Fig.7. It must be pointed out that slightly different gaps can be made so giving access to very precise frequency adjustement (1 Hz for a 5 MHz fifth overtone unit).

Main Characteristics of B.V.A.$_2$ Resonators

As pointed out last year, B.V.A.$_2$ resonators are given more interest in the high frequency range since the electrode and bonding phenomena are relatively larger for high frequency crystals.
Nevertheless, for comparison purposes, numerical data concerning AT 5 MHz fifth overtone units are given.

1 - Electrical parameters :

Resonators evaluated with good natural quartz correspond to Q factor and series resistance given by :

$$Q \simeq 3\ 10^6 \qquad R_1 \simeq 60\Omega$$

We are presently conducting an investigation covering the following types of material :

- Natural Quartz (various origins)
- Electronic Grade Quartz (various origins)
- Optical Grade  Sawyer Quartz
- Premium Q Sawyer Quartz
- Premium Q Sawyer Swept Quartz.

2 - Stabilities :

The results concerning the short term stabilities have already been given [1] ; some improvements have been obtained but they are not significant.

Long term drift experiments have been carried out in our Laboratory (M. Decailliot and J. Chauvin). The reference is a Cesium beam standard. A Butler oscillator is used ; the level of oscillation, which is about 1$\mu$w, is regulated (approximately to $10^{-4}$) and the temperature is stable to better than $10^{-3}$°C over large periods of time. The signals are 10 times frequency divided ; then phase compared. The intervals of time between two phase coincidences are automatically recorded. Using B.V.A.$_2$ crystals, not pre-aged at all, the following drifts per day have been obtained :

- immediately : 2 to $2.5.10^{-10}$
- after a month continuous operation : $3.10^{-11}$
- after two months continuous operation: $7.10^{-12}$ to $1.10^{-11}$

The experiments are going on but the regular decrease of the drift is to be pointed out.

Nevertheless, this result  must not be regarded as definitive as long as we don't use a coldwelded type enclosure. (in our experimental soldered enclosure the crystal is contaminated and it cannot be baked and pumped down at temperatures higher than the solder melting point).

3 - Static acceleration effects :

B.V.A.$_2$ resonators of various types (different support configuration, plano-convex or bi-convex units) have been studied and tested in the "Office National d'Etudes et de Recherches Aérospatiales" (ONERA) by M. Valdois and D. Janiaud.

The experiments performed are principaly related to the influence on the resonator frequency of the direction of an acceleration of constant modulus. Resonators have been tested either in passive networks or in an oscillator loop. Acceleration vectors in three orthogonal planes associated to the resonator are applied. Experimental results are similar to those obtained with customary 2 or 3 support units. All frequency deviations are sinusoïdal functions of azimuth angle (the zeros of these functions define null influence directions). Those 3 directions of null influence determined by studying the 3 associated planes, belong to a same plane which is called "accelerometric null influence plane"[7]. Thus,it is proved that a plane exists in which any acceleration  has no measurable influence on the resonator frequency (the frequency variation $\dfrac{\Delta f}{f}$ is measured with a $10^{-11}$ accuracy). As a consequence the direction perpendicular to this plane is the maximum influence direction.

Mainly, the following B.V.A.$_2$ AT resonators have been tested :

- plano-convex resonator with a single 360° bridge. Maximal values of the sensitivity from $4.10^{-9}/g$ to $8.10^{-9}/g$ have been recorded. It must be pointed out that the symetry of the bridge with respect to the center of the resonator was not guaranteed  by the machining.

- plano-convex four bridge resonator (bridges along Z Z' and X X'). Maximal sensitivities of $1.5.10^{-9}/g$ to $2.10^{-9}/g$ have been recorded. (This is slightly less than values recorded for a traditional two or three support unit).

- bi-convex ($R_1 = R_2 = 150$ mm) four bridge resonator. The maximal sensitivity is lower than $10^{-9}/g$.

In any case, no residual frequency deviation is observed when the acceleration is suppressed.  Recent  theoretical studies have shown the influence of support configuration[8] or slight dissymetries[9] on accelerometric sensitivity. Application of these results to B.V.A.$_2$ resonators appear as rather complex because of the great variety and special features of the support configurations.  Experimental results confirm the great influence of the fixation and the interest of bi-convex contours.

4 - Other cuts and other frequencies :

B.V.A.$_2$ resonators have been made using other cuts especially S C cuts. (5 MHz fifth and third overtones 10 MHz third overtone). Interesting results have been obtained (especially much lower amplitude frequency effect).

The acceleration sensitivity is found to depend largely on some parameters and especially on the fixation configuration and evaluation (we preferentially use a four bridges support configuration).

Resonators 100 MHz fifth overtone have also been constructed and encouraging results have been obtained (high Q factors and easy frequency adjustement).

5 - Evolution and cost of the fabrication processes :

Over one hundred crystals have been evaluated, generally unit by unit. When greater quantities are made some operations can be simplified (especially frequency adjustement). To our experience, it appears that the fabrication cost of a B.V.A.$_2$ unit can be reduced to 1.2 or 1.5 time the cost of a traditional unit of the same frequency.

## Conclusions

By use of a fixation made out of quartz the discontinuities and the stresses, usually caused by the traditional bonding processes, are avoided. The fixation location and characteristics are very precisely known. Since the electrodes are located very close to the active surface of the vibrating crystal, the frequency of the device can be easily adjusted. Nevertheless the gaps evaluation allows a very accurate frequency adjustement.

As consequences, very low acoustic losses and improved stabilities are obtained. It also appears that some properties related to acceleration effects are interesting (especially there is no permanent residual frequency deviation).

B.V.A.$_2$ resonators are interesting for fundamental studies, since their structure is very different from the usual. (precision of fixation means, properties related to heat transfer and crystal's noise contribution, additional construction parameters,...).

Those provisional results can provide direction for future research in the field of uncoated resonators and indicate promissive developpments.

## References

1 - R. Besson Proc. 30th A.F.C.S. p.p. 78 - 83  1976

2 - AG Smagin Pribory i Teckhnika Eksperimenta N°6 p.p. 143 - 145  Nov. Dec. 1974

3 - P. Maitre E.N.S.C.M.B. (part of a thesis work)

4 - B. Dulmet E.N.S.C.M.B. and J. Piranda - Laboratoire de Mécanique Appliquée - Besançon.

5 - D. Gillet  B. Dulmet  E.N.S.C.M.B. (part of a thesis work).

6 - J.R. Vig  J.W. Lebus Proc 29th A.F.C.S.  p.p. 220 - 229  1975
  - J.R. Vig, C.F. Cook, Jr, K. Schwidtal, J.W. Lebus, E. Hafner  Proc. 28th A.F.C.S. p.p. 96-108  1974

7 - M. Valdois - D. Janiaud to appear in Applied Physics letters.

8 - D. Janiaud C R Acad. Sc. Paris.

9 - P C Y Lee and Kuang-Ming-Wu  Proc. 30th A.F.C.S. p.p. 1 - 7  1976.



**Figure 1.    BVA$_3$  Resonator**



**Figure 2.    BVA$_2$  Resonator**



Figure 3.   BVA$_2$ Crystal

Figure 3a.   BVA$_2$ Crystal - Single Bridge



BVA$_2$   RESONATOR

Figure 5.   BVA$_2$ Resonator



BVA$_2$   CRYSTAL

Figure 4.   BVA$_2$ Crystal

151



Figure 6.   Bridges - Various Shapes

Figure 7.   BVA$_2$ Resonator



Figure 8.   S.I.D. or Lang topographs

# Exhibit D11

**Extrinsic Evidence:**

**Defendants' Preliminary Claim Construction Supporting Materials (B8), Hung, Li-Wen; Nguyen, Clark T.-C., Capacitive-Piezoelectric Transducers for High-C Micromechanical AIN Resonators, J. Microelectromechanical Sys., Vol. 24, No. 2 (Apr. 2015).**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

# Exhibit B8

Supporting Materials

Akoustis Preliminary Claim Construction

458                                                                                                                                JOURNAL OF MICROELECTROMECHANICAL SYSTEMS, VOL. 24, NO. 2, APRIL 2015

# Capacitive-Piezoelectric Transducers for High-$Q$ Micromechanical AlN Resonators

Li-Wen Hung, *Student Member, IEEE*, and Clark T.-C. Nguyen, *Fellow, IEEE*

*Abstract*—A capacitive-piezoelectric (also known as, capacitive-piezo) transducer that combines the strengths of capacitive and piezoelectric mechanisms to achieve a combination of electromechanical coupling and $Q$ higher than otherwise attainable by either mechanism separately, has allowed demonstration of a 1.2-GHz contour-mode aluminum nitride (AlN) ring resonator with $Q > 3000$ on par with the highest measured $d_{31}$-transduced AlN-only piezoelectric resonators past 1 GHz, and a 50-MHz disk array with an even higher $Q > 12000$. Here, the key innovation is to separate the piezoelectric resonator from its metal electrodes by tiny gaps to eliminate metal material and metal-to-piezoelectric interface losses thought to limit thin-film piezoelectric resonator $Q$, while also maintaining high electric field strength to preserve a strong piezoelectric effect. While $Q$ increases, electromechanical coupling decreases, but the $k_{\text{eff}}^2 \cdot Q$ product can still increase overall. More importantly, use of the capacitive-piezo transducer allows a designer to trade electromechanical coupling for $Q$, providing a very useful method to tailor $Q$ and coupling for narrowband radio frequency (RF) channel-selecting filters for which $Q$ trumps coupling. This capacitive-piezo transducer concept does not require dc-bias voltages and allows for much thicker electrodes that reduce series resistance without mass loading the resonant structure. The latter is especially important as resonators and their supports continue to scale toward even higher frequencies. **[2013-0395]**

*Index Terms*—Micromechanical resonator, quality factor, small gap, filter, oscillator, electromechanical coupling, equivalent circuit, self-alignment, aluminum nitride.

## I. INTRODUCTION

THE EVER-INCREASING appetite for wireless interconnectivity continues to drive research on paradigm-shifting communication modalities, such as software-defined and/or cognitive radio [1], both expected to enable more flexible, higher volume communications. Practical realization of such radios with reasonable power consumption, however, could benefit greatly from more advanced hardware capable of realizing radio frequency (RF) channel-selecting front-ends [2] and/or frequency gating spectrum analyzers [3].

Manuscript received December 22, 2013; revised June 17, 2014; accepted June 19, 2014. Date of publication July 16, 2014; date of current version March 31, 2015. This work was supported by the Defense Advanced Research Projects Agency (DARPA) Chip-Scale-Spectrum Analyzers Program. Subject Editor G. Piazza.

L.-W. Hung was with the Department of Electrical and Engineering Computer Sciences, University of California at Berkeley, Berkeley, CA 94720 USA. She is now with IBM T. J. Watson, Yorktown Heights, NY 10598 USA (e-mail: lhung@us.ibm.com).

C. T.-C. Nguyen is with the Department of Electrical Engineering and Computer Sciences, University of California at Berkeley, Berkeley, CA 94720 USA (e-mail: ctnguyen@eecs.berkeley.edu).

Color versions of one or more of the figures in this paper are available online at http://ieeexplore.ieee.org.

Digital Object Identifier 10.1109/JMEMS.2014.2332991

Such advanced hardware in turn drive a need for high frequency resonators with simultaneous high $Q$ (e.g., $>10\,000$ at 1 GHz) and low impedance (e.g., $<200\Omega$) as building blocks for narrow-band filters with percent bandwidths on the order of 0.1% or less. In brief, high $Q$ is needed for low filter insertion loss; and low impedance (or more precisely, sufficient electromechanical coupling) for proper termination of the filter with minimal passband distortion [4]. Here, the electromechanical coupling of a given resonator is commonly gauged by some function of the ratio of its motional-to-static transducer capacitance ($C_x/C_o$). For example, the popular gauge for electromechanical coupling $k_{\text{eff}}^2$ is essentially equal to ($C_x/C_o$) for low values [5]. In practical terms, a 0.1%-bandwidth, 0.5dB-ripple, 3-resonator Chebyshev filter requires a minimum ($C_x/C_o$) $\sim 0.25\%$ to maintain passband distortion less than 0.5dB over the designed 0.5dB ripple. A two-resonator version requires only 0.15%.

Fortunately, the ($C_x/C_o$) requirement shrinks with bandwidth. So an RF channel-selecting filter with a percent bandwidth of only 0.1% requires a ($C_x/C_o$) $30 \times$ smaller than required for the 3% bandwidth filters used in conventional band-select communication front-ends. In this respect, for RF channel-selection, $Q$ is generally the more difficult of the two attributes to satisfy. Note that the needed $Q$ is a function of frequency. In particular, a 1-MHz bandwidth is 0.1% at 1 GHz, for which a $Q > 10,000$ is desired for less than 2dB of insertion loss in a two-resonator filter; but at 433 MHz, it's 0.23%, for which a $Q$ around 4,000 would be sufficient.

Up till now, no sputtered thin-film piezoelectric resonator operated at room temperature published so far possesses sufficient $Q$ to realize a 0.1% bandwidth RF channel-select filter with insertion loss commensurate with the needs of wireless front-ends. Capacitive-gap transduced resonators, on the other hand, do possess sufficient $Q$ at the needed frequencies, with $Q$'s greater than 40,000 already demonstrated at 3 GHz by polydiamond ring resonators [6]. Unfortunately, capacitive-gap resonators suffer in the transducer coupling department, as the ($C_x/C_o$)'s so far demonstrated at GHz frequencies are far short of the requirement when a tuning inductor is not available to remove shunt capacitance $C_o$, as was done in [7].

To achieve simultaneous high $Q$ and strong ($C_x/C_o$), either the ($C_x/C_o$)'s of capacitive-gap transduced resonators must be enhanced, or the $Q$'s of piezoelectric resonators must be raised. The former approach is presently being explored by shrinking electrode-to-resonator gap spacings, such as done in [8] and [9]. So far, there has been some success at 60-MHz, at which a wine-glass disk resonator using partial-filled ALD gaps with spacings equivalent to 37.6 nm achieved



Fig. 1.   (a) Conventional piezoelectric transducers employing electrodes that directly contact the piezoelectric resonator structure (*i.e.*, AlN film); and (b) working principal of a capacitive-piezo resonator for which electrodes are separated from the piezoelectric structure via tiny air gaps.

a simultaneous $Q$ of 73,000 and motional resistance of 130 $\Omega$, with a ($C_x/C_o$) of 0.39% [9]. However, similar $Q$ and ($C_x/C_o$) marks are yet to be demonstrated at GHz frequencies, where shrinking transducer sizes reduce the total coupling afforded by capacitive-gap transducers, making it more difficult to achieve sufficiently large ($C_x/C_o$).

On the micro-scale piezoelectric side, some of the more successful efforts to raise $Q$ borrow from HBAR technology, employing more complicated fabrication processes to combine readily micromachinable piezoelectrics, like aluminum nitride (AlN), with higher $Q$ materials, like sapphire [10], silicon carbide [11], [12] or quartz [13], to achieve overall higher $Q$ by either operating in overtone modes; or retaining traditional contour and lamb-wave modes and benefitting from an energy-sharing based $Q$-boosting, much like that of [14], to achieve $Q$'s as high as 5,510 at 2.9 GHz [11], [15]. Values like this, however, are still short of the 30,000 needed for RF channel-selection at this frequency. They also come at the price of smaller ($C_x/C_o$), and for the case of HBAR's and LOBAR's, multiple modes, many of which must be removed by a second wider-band filter that inevitably adds cost and insertion loss.

Thus, non-overmoded AlN-only realizations are still of great interest. For AlN-only resonators, efforts to raise $Q$ while retaining sufficient ($C_x/C_o$) have included careful anchor design and electrode engineering, where electrodes attached to the piezoelectric resonator structure have been thinned and patterned to reduce loading as much as possible. The use of alternative electrode materials has also been explored [16], as has altering resonator geometry [17]. Although these methods do increase mechanical $Q$, they still suffer from interface losses, and the increased resistance in thinned electrodes also decreases electrical $Q$. So far, demonstrated $Q$s are still less than 4,000 [16], [17].

Pursuant to increasing the $Q$ of piezoelectric resonators without the need for multiple resonator materials or overmoding, this work borrows from work on BVA resonators in the 1970's [18] and simply separates piezoelectric contour-mode AlN resonators from their electrodes by tiny submicron gaps, as shown in Fig. 1, which compares the new device in (b) with a conventional version in (a). In doing so, the resulting capacitive-piezoelectric (or "capacitive-piezo") transducer eliminates metal material and metal-to-piezoelectric interface losses thought to limit thin-film piezoelectric resonator $Q$, while also maintaining high electric field strength through the piezoelectric material to preserve a strong piezoelectric effect. In essence, this capacitive-piezo transducer merges the strengths of capacitive and piezoelectric mechanisms to achieve a combination of electromechanical coupling and $Q$ higher than otherwise attainable by either mechanism separately.

In addition, this capacitive-piezo transducer concept does not require dc-bias voltages and allows for much thicker electrodes that reduce series resistance without mass loading the resonant structure. The latter is especially important as resonators and their supports continue to scale towards even higher frequencies. In this work, use of capacitive-piezo transducers yields a 1.2-GHz contour-mode AlN ring resonator with a motional resistance of 889 $\Omega$ and a $Q$ =3,073 [19] on par with the best among other reported $d_{31}$-transduced non-overmoded AlN-only piezoelectric resonators at this frequency [16], [17]. Moreover, a 50-MHz disk array posts an even higher $Q$ =12,748 [20], which is presently the highest reported among sputtered AlN-only resonators, albeit at VHF.

After presenting the logic and mechanism behind this approach in Sections II-III, Sections IV-V then detail an analytical model for this capacitive-piezo transduced device and compare it to that of conventional piezoelectric devices. Section VI then presents the complete fabrication process flow used to achieve actual devices, and Section VII finally summarizes experimentally measured results verifying the performance enhancements afforded by this method.

## II. METAL ELECTRODE-INDUCED DEGRADATION

As mentioned, polysilicon resonators routinely achieve the $Q > 10,000$ needed for RF channel-selection and frequency gating spectrum analyzers, but do so with higher than-desired impedances. To date, the measured $Q$'s of polysilicon resonators are on the order of 20 times larger than that of sputtered AlN resonators with attached electrodes at similar frequencies. Interestingly, this defies the expectation of material loss theory [21]–[23], which predicts that the phonon-phonon interaction-constrained $f \cdot Q$ product of AlN material should only be about two times lower than that of silicon, with a theoretically expected $Q$ on the order of 25,000 at 1 GHz [24]. Indeed, while measured $Q$'s for polysilicon (*e.g.*, $Q = 161,000$ at 61.9 MHz [25]) or single-crystal silicon (*e.g.*, $Q = 77,000$ at 85.9MHz [26]) resonators have approached theoretical prediction, those for attached-electrode AlN resonators demonstrated so far fall far behind it. This large deviation is unlikely due to the difference between material

JOURNAL OF MICROELECTROMECHANICAL SYSTEMS, VOL. 24, NO. 2, APRIL 2015

properties of single-crystal AlN used for theory and sputtered AlN used in measurement, given the fact that the measured $Q$ of a thickness-mode FBAR constructed of epitaxial single-crystal AlN deposited at 1200–1300 °C via MOCVD (Metal Organic Chemical Vapor Deposition) on a SiC wafer [27] is essentially the same $Q{\sim}1{,}000$ as measured for FBARs constructed of sputtered AlN.

Results like this suggest that sputtered AlN material itself might not be the principal culprit among $Q$-limiting losses, but rather the metal electrodes or the electrode-to-resonator interface strain might be more responsible [28]. In fact, experimental data shows that as the thickness of a piezoelectric resonator's electrode increases, both the resonance frequency and $Q$ of the resonator drop due to mass loading and electrode loss, respectively [29]. Electrode-derived energy loss perhaps also contributes to the lower $Q$'s measured for $d_{31}$-transduced AlN resonators, where electrodes often cover maximum-strain locations, versus those for $d_{33}$-transduced thickness-mode resonators, for which electrodes are placed very close to the antinodes of the acoustic standing waves. Despite their lower $Q$'s, $d_{31}$-transduced resonators are arguably more attractive than $d_{33}$, since their frequencies are set by CAD-definable lateral dimensions, so are more suitable for on-chip integration of multiple frequencies.

Whether a resonator uses $d_{31}$ or $d_{33}$, both share the common problem that $Q$ degrades as dimensions scale to achieve larger coupling and/or higher frequencies. In particular, while a piezoelectric structure can be scaled down, its electrode thickness often cannot scale as aggressively, since doing so increases electrical loss derived from increased electrode and interconnect electrical resistance.

Plenty of researchers have recognized the adverse effects of metal electrodes on the $Q$'s of attached-electrode thin-film piezoelectric resonators and have sought to remedy this problem via a variety of approaches that span from reducing electrode roughness [30], to optimizing the electrode material [16], [31], to carefully balancing the AlN-to-electrode thickness ratio [32], to use of Bragg reflection to prevent energy loss [33]. Unfortunately, none of the above methods raises the $Q$'s of on-chip piezoelectric resonators to the values needed for RF channel-selection and frequency gating spectrum analysis.

If the metal is the problem, then one plausible solution is to just remove the metal, or at least remove losses associated with the metal-to-piezoelectric interface. With this in mind, the researchers of [34] used undoped single-crystal AlGaAs deposited via MOCVD at 580 °C as the piezoelectric resonator material and AlGaAs doped with Si (AlGaAs:Si) for its electrodes, not only replacing the metals conventionally used in piezoelectric resonators, but essentially eliminating material differences at the resonator-to-electrode interface, thereby eliminating the associated interface losses. All of this led to a demonstrated $Q$ of 25,390 at 21.77 MHz, much higher than those typically exhibited by piezoelectric contour mode resonators with attached electrodes in this frequency range. However, there is some question of whether or not such a $Q$ can be retained at much higher UHF frequencies. In particular, at GHz RF frequencies, the need to minimize

support loss dictates very small support cross-sections, which in turn mandates small interconnect cross-sections, raising the electrical resistance in series with the device. This increased series resistance can then load the $Q$ of the resonator system, setting a $Q$ ceiling that depends heavily on the conductivity of the interconnect material. This is where the use of a semiconductor material for conductive leads rather than metal can compromise performance.

In the end, metal interconnect is still much preferred, and a solution to the above that mitigates the mechanical $Q$ losses of metal interconnects while retaining their high electrical conductivity is most desirable.

## III. The Capacitive-Piezo Transducer

From the above discussion, it seems that $Q$ degradation is difficult to avoid as long as the electrode is in physical contact with the piezoelectric structure (which generates loss through strain coupling) and as long as the piezoelectric structure governs the size and thickness of the electrode (which governs electrical loss). Interestingly, all of these issues can be circumvented by mechanically decoupling the electrodes from the resonating body, i.e., by simply separating the electrodes from the vibrating structure so that they are no longer in contact, as shown in Fig. 1(b). The resulting capacitive-piezo transducer should not only raise the $Q$ of the piezoelectric film, but should also allow much thicker (hence much less resistive) electrodes without the electrode mechanical loss and mass loading penalties that would otherwise result if the electrode makes contact Of course, the smaller series resistance of thicker electrodes should also further increase the $Q$.

The working principal of this capacitive-piezo transducer is similar to that of a conventional piezoelectric resonator:

1) At the input port, voltage applied across two electrodes generates an electric field across the piezoelectric resonator that induces mechanical strain via the reverse-piezoelectric effect.
2) If the frequency of the input voltage equals that of a mode, the resonator structure begins to vibrate with significant amplitude at both its input and output ports, generating mechanical strain at both locations.
3) At the output port, the mechanical strain induces electrical displacement current $D_z$ via the piezoelectric effect.
4) The equivalent bonded surface charges on the piezoelectric surfaces in turn induce charges of opposite sign on the electrodes across the gap.

As mentioned, although not a well-known technique, the use of contactless electrodes on piezoelectric resonators is not new, having been demonstrated on 5- and 10-MHz macroscopic quartz crystal resonators, called BVA resonators, as far back as 1976 [18]. Since the piezoelectric-to-electrode thickness ratio of these devices was on the order of $100\mu m$-to-$100nm$, or 1000, separating the electrode from the piezoelectric did little to increase the $Q$ of the device. It did, however, allow for a more stable device against drift, since it eliminates electrode-to-resonator stress variations over time [35]. This was the main reason for investigating such devices in the past.

For the present micromechanical resonators, on the other hand, the piezo-electric-to-electrode thickness ratio is much





Fig. 2.  Equivalent electrical circuit at (a) input and (b) output, modeling the effect of electrode-to-resonator gap spacing on the electromechanical coupling coefficient. (c) Same circuit but with the capacitive-piezo resonator replaced by its transformer-based equivalent electrical circuit.

Fig. 3.  Plot of $\alpha$ versus capacitive-piezo electrode-to-resonator gap spacing (on each side) according to (4) for three common piezoelectric materials. Here, the induced electric field within a piezoelectric film decreases by a factor of $\alpha$ when air gaps $d_1$ and $d_2$ are introduced between the electrodes and the resonator structure. The equivalent electromechanical coupling coefficients and static capacitance over both input and output ports are linear functions of $\alpha$, and therefore functions of gap spacing.

smaller, on the order of 10. Thus, the case for using a capacitive-piezo transducer to increase $Q$ is much stronger on the micro-scale. In addition, the ease with which small electrode-to-resonator gaps can be achieved via MEMS technologies further encourages the use of contactless electrodes. In effect, capacitive-piezo transducers stand to improve the $Q$ and drift stability of micro-scale thin-film piezoelectric resonators, while maintaining fabrication cost only slightly higher than the already low cost of capacitive-gap transduced resonators that presently dominate the MEMS timing industry.

## IV. TRANSDUCER MODELING

Equivalent electrical circuit models for conventional AlN contour-mode resonators with contacting electrodes, such as described in [36], are abundant in the literature. In particular, values for the $LCR$ circuit based on actual values of dynamic mass, stiffness, and damping, with location-dependent formulations, are well covered [36]. Thus, the focus of the present approach to modeling the capacitive-piezo resonator is on how its electrode-to-resonator air gaps influence the electromechanical coupling coefficients that gauge transducer efficiency at the drive and sense ports.

### A. Drive Electromechanical Coupling

The electromechanical coupling coefficient at the input (or drive) port, indicated in Fig. 2(c), is defined as

$$\eta_{Drive} = \frac{F(j\omega)}{V_{in}(j\omega)} \tag{1}$$

where $F(j\omega)$ is the force generated in the piezoelectric material and $V_{in}(j\omega)$ is the input voltage across the top and bottom electrodes. Here, a sinusoidal input is assumed throughout this analysis. $\eta_{Drive}$ models how efficiently the electrical domain voltage input is transduced into a mechanical domain force that drives the piezoelectric layer into resonance vibration.

Under normal operation, a voltage applied across the top and bottom electrodes induces a $z$-directed electric field that in turn generates an $r$-directed mechanical strain $S_r$ and associated stress $T_r$ on the AlN film via the reverse piezoelectric effect. The magnitude of induced stress $T_r$ equals the product of the

piezoelectric stress constant $e_{31}$ ($e_{31} \sim 0.7$ C/m$^2$ for sputtered AlN) [36] and the electric field established within the AlN film $\xi_{AlN}$, or

$$T_r = e_{31}\xi_{AlN} \tag{2}$$

The gap-AlN-gap stack essentially comprises three capacitors in series, as shown in Fig. 2(a), for which $\xi_{AlN}$ takes the form

$$\xi_{AlN} = \frac{v_{in}}{H + \varepsilon_z d_{Total}} = \frac{v_{in}}{H} \cdot \alpha = \xi_{AlN, d_{Total}=0} \cdot \alpha \tag{3}$$

where $\varepsilon_z$ ($\sim$9) is the relative permittivity along the $c$-axis of the AlN material; $H$ is its thickness; $d_{Total}$ is the total air-gap spacing between the electrodes ($d_{Total} = d_1 + d_2$); and (as will be seen) $\alpha$ is a function gauging the degree to which the coupling coefficient degrades with increasing air gap spacing:

$$\alpha = \frac{H}{H + \varepsilon_z d_{Total}} \tag{4}$$

From (4), $\alpha$ is less than unity, and $\alpha = 1$ for conventional attached-electrode AlN resonators, for which $d_{Total} = 0$. Fig. 3 plots $\alpha$ against gap spacing $d$ (assumed the same on both sides) for a 1.5 μm-thick resonator structure in various piezoelectric materials. To maximize the electric field in the AlN, $\alpha$ must be maximized, which calls for either small gaps or a piezoelectric material with low permittivity.

When the frequency of the input voltage matches one of the structure's mode frequencies, the lateral force associated with the induced stress $T_r$ excites the resonator into lateral-mode vibration in the associated mode shape. The dashed lines in Fig. 1(a) depict the intended high frequency second radial-contour mode shape targeted in this work, in which the inner and outer edges of the ring expand and expand, respectively, in a motion reminiscent of breathing, much like the device of [37]. Note that for this particular mode shape, there is ideally no strain, stress, or displacement associated with the angular component.

The resulting modal force can be written as the product of the induced stress $T_r$, the cross-sectional area normal to



Fig. 4.  Electrode arrangements for (a) the capacitive-piezo AlN ring resonator and (b) the capacitive-gap poly-Si ring resonator discussed in the text and to be compared in Fig. 7. Both devices operate in the same radial mode shape at 1.2GHz.



Fig. 5.  Simulated plot of the effective $\alpha \cdot e_{31}$ versus electrode-to-resonator gap spacing, showing a clear decrease with increasing gap spacing. The gap spacing affects the coupling of PZT the most due to its much larger relative permittivity $\varepsilon_r$.

the stress ($Hr \cdot d\theta$), and the normalized mode shape $\Phi(r)$, integrated over the electrode coverage area:

$$F = \int_0^\pi \int_{R_{ie}}^{R_{oe}} T_r (Hr \cdot d\theta) \Phi(r) dr$$

$$= (\pi) \cdot (T_r H) \cdot \int_{R_{ie}}^{R_{oe}} r\Phi(r) dr \qquad (5)$$

where $R_{ie}$, and $R_{oe}$ are the inner and outer radius of the electrode, respectively, as indicated in Fig. 4(a), and $\Phi(r)$ is the normalized mode shape, given by

$$\Phi(r) = \frac{\varphi(r)}{\int_{R_{ie}}^{R_{oe}} \varphi(R_r) dr} \qquad (6)$$

where $\varphi(r)$ is the mode shape of a ring vibrating in its 2nd contour mode (anti-symmetric mode), normalized to the maximum value (i.e. $\varphi(r) \leq 1$ for any $r$ in the domain and $\varphi(r) = 1$ at the largest displacement point).

Using (2)-(4), the distributed stress $T_r$ takes the form

$$T_r = E_P S_r = e_{31} E_{AlN} = e_{31} \left( \frac{V_{in}}{H} \cdot \alpha \right) \qquad (7)$$

where $E_P$ is the Young's modulus of the resonator material, and $V_{in}$ is the amplitude of the sinusoidal input.

Plugging (7) into (5) and further into (1), yields for the modal force $F$ and $\eta_{Drive}$, respectively:

$$F = \alpha \cdot e_{31} \cdot V_{in} \cdot \pi \int_{R_{ie}}^{R_{oe}} r\Phi(r) dr \qquad (8)$$

$$\eta_{Drive} = \alpha \cdot e_{31} \cdot \pi \int_{R_{ie}}^{R_{oe}} r\Phi(r) dr \qquad (9)$$

From (9), $\eta_{Drive}$ is proportional to both $e_{31}$ and $\alpha$, the latter of which is in turn a function of the permittivity $\varepsilon_z$. Thus, piezoelectric materials with simultaneous high $e_{31}$ and low permittivity are most suitable when attempting to maximize the electromechanical coupling coefficient of a capacitive-piezo transduced device. For comparison, Fig. 5 plots the ($\alpha \cdot e_{31}$) product against total gap spacing $d_{Total}$ for various piezoelectric materials. As expected, small gap spacing is preferred to maintain a high coupling coefficient. On the other hand, note that a large $e_{31}$ does not guarantee a large coupling coefficient. As shown in Fig. 5, even though PZT has a

larger $e_{31}$ than AlN and ZnO, its capacitive-piezo coupling is weaker at most gap spacings due to its much higher relative permittivity.

The electrode geometry and configuration affects $\eta_{Drive}$ via the last term in (9). Given the same electrode area and static capacitance, the coupling coefficient $\eta_{Drive}$ is maximized by placing electrodes over locations that experience maximum strain. In a conventional piezoelectric resonator with contacting electrodes, this degrades the $Q$, since it dissipates more energy via larger strain at the electrode/resonator interface and larger strain coupled to the electrodes. Clearly, the non-contacting electrodes of a capacitive-piezo transducer obviate this problem, providing a major advantage.

### B. Sense Electromechanical Coupling

The equivalent circuit of the Fig. 2 converts the (across variable) force generated by the electric field at the input port to a (through variable) velocity via the series $LCR$ circuit taking on values of mass $m_m$, compliance ($1/k_m$), and damping $c_m$, with expressions for element values provided in previous literature [38]. The ensuing displacement (velocity) is then converted to charge (current) by the electromechanical coupling coefficient at the output (or sense) port, indicated in Fig. 2(c), which takes the form

$$\eta_{Sense} = \frac{Q_P(j\omega)}{U(j\omega)} = \frac{\int_A D_z dA}{U(j\omega)} \qquad (10)$$

where $Q_P$ is the total charge induced via the piezoelectric effect at the output port, equal to the displacement current (charge/area) $D_z$ integrated over the electrode area; and $U(j\omega)$ is the maximum displacement amplitude. $\eta_{Sense}$ models how efficiently the mechanical domain velocity transduces into an electrical domain output current.

Since the $LCR$ is a resonant circuit, appreciable velocity results only when the input drive signal is at or near resonance. Once resonance vibration ensues, symmetry of the second contour mode shape mimics the drive-side velocity profile at the sense side, thereby duplicating the strain. The sense side strain then polarizes the AlN film via the piezoelectric effect.

Assuming only radial mechanical displacement, the resulting electric displacement (charge per area) takes the form

$$D_z = e_{31}S_{r,Sense} = e_{31}\left[\frac{\partial u_r}{\partial r} + \frac{u_r}{r}\right] \quad (11)$$

where $u_r(r, j\omega)$ is the time-varying radial mechanical displacement as a function of position $r$. $u_r(r, j\omega)$ can be decomposed into the product of a time-varying function $U(j\omega)$ and the stationary mode shape $\phi(r)$

$$u_r(r, j\omega) = U(j\omega)\phi(r) \quad (12)$$

Integration of $D_z$ over the electrode area yields the total induced charge, $Q_P$

$$Q_P = \int\limits_0^\pi \int\limits_{Rie}^{Roe} D_z r\, dr\, d\theta$$

$$= \pi e_{31}U(j\omega)\int\limits_{Rie}^{Roe}\left(r\frac{\partial\phi(r)}{\partial r} + \phi(r)\right)dr \quad (13)$$

Plugging (13) into (10) finally yields the expression for $\eta_{Sense}$ for the case where there is no gap between the piezoelectric resonator and its electrodes:

$$\eta_{Sense, NoGap} = \pi e_{31}\int\limits_{Rie}^{Roe}\left(r\frac{\partial\phi(r)}{\partial r} + \phi(r)\right)dr \quad (14)$$

Correct modeling of the actual current delivered to the output when electrodes are separated from the piezoelectric requires that the impedance of the gaps be included. To this end, the output is first modeled by a current source, as shown in Fig. 2(b), where output current $i_P$ is merely the time derivative of $Q_P$, or $i_P = \omega Q_P$. Taking the ideal case where the load impedance $(R_L | (1/(sC_L))$ is zero, i.e., the output is grounded, yields for output current:

$$i_o = i_P \cdot \frac{Z_{p2}}{Z_{p2} + Z_{g21} + Z_{g22}} \approx i_P \cdot \frac{H}{H + \varepsilon_z(d_{21} + d_{22})} = i_P \cdot \alpha \quad (15)$$

where $Z_{p2}$, $Z_{g21}$, and $Z_{g22}$ are the static piezoelectric material and gap impedances, respectively, associated with the capacitors in Fig. 2(b). As shown, gaps modify the effective output current by the now familiar factor $\alpha$, yielding an effective coupling factor given by

$$\eta_{Sense} = \alpha \cdot e_{31} \cdot \pi \int_{Rie}^{Roe}\left(r\frac{\partial\phi(r)}{\partial r} + \phi(r)\right)dr \quad (16)$$

where $\eta_{Sense}$ is shown in Fig. 2(c) with $C_{o2}$ equal to the series combination of $C_{p2}$, $C_{g21}$, and $C_{g22}$.

Similar to $\eta_{Drive}$, $\eta_{Sense}$ is proportional to $e_{31}$ and $\alpha$. From the equivalent circuit, the input port-to-output port motional resistance of the resonator can therefore be determined according to

$$R_m = \frac{c_m}{\eta_{Sense}\eta_{Drive}} \quad (17)$$



Fig. 6.   Equivalent circuit transformations used to study the effect of electrode-to-resonator gaps on the series and parallel resonance frequencies and on the equivalent coupling coefficient. (a) Four-terminal model of a conventional two-port piezoelectric resonator (with no air gaps) under a one-port measurement scheme, with terminals 1-2 connected and 3-4 connected. (b) BVD model of (a), enclosed by the dash lines, with two series capacitors, $C_{g1}$ and $C_{g2}$, representing air gaps inserted into both input and output ports of the resonator. (c) Equivalent BVD model of (b) with $C_{g1}$ and $C_{g2}$ lumped into the resonator branch.

where $c_m$ is the mechanical damping, defined as

$$c_m = \frac{\omega_o m_m}{Q} \quad (18)$$

where $\omega_o$ is the radian resonance frequency, and $m_m$ the effective mass representing the inductor value in Fig. 2(c).

From (9) and (16), the drive and sense coupling coefficients for a capacitive-piezo resonator are smaller by a factor $\alpha$ than those of an equivalently-sized conventional piezoelectric device using contacting electrodes. However, this does not necessarily mean that its port-to-port motional resistance is smaller. In fact, according to (17) and (18), it is possible for the motional resistance of a capacitive-piezo transduced device to be lower than that of a conventional counterpart with contacting electrodes if the reduction in loss provided by electrode separation raises its $Q$ over the conventional device by a factor larger than $\alpha^2$.

## V. MOTIONAL-TO-STATIC CAPACITANCE RATIO

As mentioned in Section I, the motional-to-static capacitance ratio $(C_x/C_o)$ provides a measure of the maximum distortion-free filter bandwidth achievable by resonators using a given input/output (I/O) transducer type. Perhaps the simplest way to determine this ratio for the capacitive-piezo transducer is to first generate a classic Butterworth Van Dyke (BVD) equivalent circuit modeling the impedance of a single one of its ports, with all other ports grounded, using the transformations shown in Fig. 6. Here, two capacitors, $C_{g1}$ ($= C_{g11} + C_{g21}$) and $C_{g2}(= C_{g12} + C_{g22})$, model the airgaps in series with the input/output ports, cf. Fig. 2; and the capacitor $C_P (= C_{p1} + C_{p2})$ in shunt with the static piezoelectric structure. $C_{g1}$ and $C_{g2}$ can be absorbed into the resonator branches to form an equivalent circuit, shown in Fig. 6(c), with modified



Fig. 7.   Comparison of $(C_x/C_o)$ of capacitive-gap with $V_P$ of 5V to 30V, piezoelectric, and capacitive-piezo transducers as a function of gap spacing, all for 1.2-GHz designs. Capacitive-piezo transducers equipped with small gaps maintain high $(C_x/C_o)$, although lower than piezoelectric ones, with both orders of magnitude higher than that of capacitive-gap transducers with gaps greater than 30nm. At $V_P = 30V$, the capacitive-gap transducer attains larger $(C_x/C_o)$ than the piezoelectric ones when its gap is scaled below 17nm.

component values

$$L_x = L_m \cdot \left( \frac{C_g + C_p}{C_g} \right)^2 = L_m \cdot \alpha^{-2} \tag{19}$$

$$C_x = C_m \cdot \left( \frac{C_g^2}{(C_g + C_p)(C_g + C_p + C_m)} \right)$$

$$= C_m \cdot \frac{(C_g + C_p)}{(C_g + C_p + C_m)} \cdot \alpha^2 \tag{20}$$

$$R_x = R_m \cdot \left( \frac{C_g + C_p}{C_g} \right)^2 = R_m \cdot \alpha^{-2} \tag{21}$$

where $C_g$ is the total capacitance contributed by the air gaps on both sides:

$$C_g = (C_{g1} \cdot C_{g2}) / (C_{g1} + C_{g2}) = C_{g1} \| C_{g2} \tag{22}$$

and where the fact that $C_g/(C_g + C_p) = \alpha$ has been used. From (21), the addition of air gaps increases the motional resistance by $\alpha^{-2}$. This matches (17) with the recognition that the equivalent electromechanical coupling coefficients at both input and output ports each include degradation ratios equal to $\alpha$.

Since the effective static capacitance at the port is given by

$$C_o = (C_p \cdot C_g) / (C_p + C_g) = C_p \| C_g \tag{23}$$

the motional-to-static capacitance ratio becomes

$$\frac{C_x}{C_o} = \frac{C_m}{C_p} \cdot \frac{C_g}{C_g + C_p + C_m} \approx \frac{C_m}{C_p} \cdot \alpha \tag{24}$$

where the last form holds for the usual case when $C_m \ll C_p$. As expected, $(C_x/C_o)$ approaches the conventional (i.e., contacting electrodes) value of $(C_m/C_p)$ when $C_g \gg (C_p + C_m)$, i.e., when the gap spacing is very small.

Fig. 7 compares simulated plots of $(C_x/C_o)$ versus gap spacing $d$ for 1.2-GHz ring resonators using three different transducer types: piezoelectric, capacitive-piezo, and

capacitive-gap alone. The simulations employ AlN rings for the $d_{31}$ piezoelectric-based transducers, and a polysilicon ring for the capacitive-gap transduced one, shown in Fig. 4(b). Each ring, regardless of material, has an inner radius and thickness of 25.6 $\mu$m and 1.5 $\mu$m, respectively; but differing ring widths of 5 $\mu$m for AlN and 4.3 $\mu$m for polysilicon, both chosen to achieve a 1.2-GHz resonance frequency using the same 2nd radial-contour mode shape, neglecting the effects of DC bias-induced electrical spring softening inherent to capacitive-gap transduced resonators. In addition, the electrodes for the polysilicon resonator are assumed to be placed both inside and outside the ring, similar to [37]. As expected, the $(C_x/C_o)$ of the capacitive-piezo transducer depends on gap spacing, but not as strongly as one might think, mainly because $C_o$ drops by the same ratio $\alpha$ as the electromechanical coupling coefficients when the gap spacing increases. Even so, a capacitive-piezo transducer with a 200 nm gap spacing achieves a $(C_x/C_o)$ of 0.4%, for which a capacitive-gap (alone) transducer with dc bias of 15V ($V_P = 15V$) would require a much smaller gap spacing of 16 nm. This relaxed gap spacing constitutes a distinct advantage of capacitive-piezo transducers over capacitive-gap ones.

It should be noted that if gap spacing had no limit, the capacitive-gap transducer can actually outperform all others, with a $(C_x/C_o)$ that bests even the conventional piezoelectric device when the gap is scaled below 17nm with $V_P = 30V$. For practical applications, however, the utility of this approach must be weighed against any yield loss resulting from the use of such a small gap.

### A. $k_{eff}^2$ and Effect of Load Capacitance $C_L$

Although a capacitive-piezo resonator's $(C_x/C_o)$ does get worse as its electrode-to-resonator gap increases, the degradation rate is tempered by the fact that $C_o$ also decreases alongside $C_x$, albeit more slowly. This, however, is the case only if the device capacitance dominates over the shunt load (i.e., parasitic) capacitance $C_L$ from interconnects and bond pads, shown in Fig. 2. Since $C_o$ will be smaller than the original $C_p$ of the device, it will be much less likely that it will dominate over $C_L$, so a formulation that includes the effect of $C_L$ is of interest.

Since practical ladder filter design using electrically coupled piezoelectric resonators often entails superimposing the series and parallel resonances of resonators used in the ladder, a useful way to gauge the electromechanical coupling of a given resonator is via the separation between its series and parallel resonances. Here, larger separation indicates stronger coupling. Since the introduction of air gap capacitors in series with the static piezoelectric material capacitance normally reduces coupling, it should also reduce the separation between series and parallel resonance frequencies.

To quantify this, use of Fig. 6(b) in the circuit of Fig. 1(b) yields for the series resonance frequency of the device

$$f_s = \frac{1}{2\pi} \sqrt{\frac{1}{L_x C_x}} = \frac{1}{2\pi} \sqrt{\frac{1 + \frac{C_m}{C_p + C_g}}{L_m C_m}}$$

$$= f_{nom} \cdot \overline{1 + \frac{C_m}{C_p + C_g}} \qquad (25)$$

where

$$f_{nom} = \frac{1}{2\pi} \overline{\frac{1}{L_m C_m}} \qquad (26)$$

Note that (25) increases as the air gap spacings increase. This upward frequency shift derives from the reactance change introduced by the air gaps [39] and should not be confused with the upward frequency shift caused by elimination of electrode mass loading when electrodes are separated from the piezoelectric material. When considering the parallel resonance frequency, the air-gap capacitor $C_g$ is essentially in series with the load capacitance $C_L$. Given this, the parallel resonance frequency takes the form

$$f_p = \frac{1}{2\pi} \sqrt{\frac{1 + \frac{C_m}{C_p + C_g \| C_L}}{L_m C_m}} = f_{nom} \cdot \overline{1 + \frac{C_m}{C_p + C_g \| C_L}} \qquad (27)$$

which also increases with increasing air gap spacing, but not as fast as (25). Thus, the separation between the series and parallel resonance frequency decreases with increasing gap spacing.

With expressions for the series and parallel resonance frequencies, the electromechanical coupling factor $k_{eff}^2$ can be found. In particular, the most recent IEEE definition of $k_{eff}^2$ is

$$k_{eff}^2 = \frac{f_p^2 - f_s^2}{f_p^2} \qquad (28)$$

Plugging (25) and (27) into (28) and rearranging yields

$$k_{eff}^2 = k_{eff,d=0}^2 \cdot \frac{C_g}{C_g + C_p} \cdot \frac{C_g}{C_g + C_L} \cdot \frac{C_p + C_m}{C_p + C_g \| C_L + C_m} \qquad (29)$$

where $k_{eff,d=0}^2$ is the effective electromechanical coupling coefficient when electrodes are attached to the piezoelectric material, i.e., without gaps, so with $C_g$ equal to infinity. When the load capacitance $C_L$ is minimized such that $C_L \ll C_g$, the last two terms in (29) become unity, and

$$k_{eff}^2 = k_{eff,d=0}^2 \cdot \frac{C_g}{C_g + C_p} = k_{eff,d=0}^2 \cdot \alpha \qquad (30)$$

From (29) and (30), it is desirable to minimize load capacitance to ensure the condition $C_L \ll C_g$ holds so that $k_{eff}^2$ differs from $k_{eff,d=0}^2$ only by a factor $\alpha$. However, this might be difficult to do if the resonator size is small. For cases where $C_L$ is large and smaller gaps are not practical, arraying of devices, as done in [25] and [7], can effectively raise the value of $C_g$.

### B. Coupling Versus Q Trade-Off

Whether or not $C_L \ll C_g$, introduction of capacitive-piezo transducers will most likely reduce the effective electromechanical coupling coefficient, essentially trading it for higher $Q$. The good news is that the trade is not one-to-one. Specifically, theoretical prediction sets the $Q$ ceiling of AlN resonators ten to twenty times higher than measured

on attached-electrode devices, while $\alpha$ is 0.45 for a gap size of 100 nm and can be increased to 0.625 with 50 nm gap spacing, as shown in Fig. 3. Note that losses associated with electrodes are eliminated regardless of whether the gap size is 100 nm, 50 nm, or smaller, as long as there is a gap. Thus, capacitive-piezo transducers are likely to raise the $(k_{eff}^2 \cdot Q)$ product. Furthermore, very small gaps might actually enable higher coupling than attainable by an attached-electrode device when one considers that separating the metal from the piezoelectric eliminates strain sharing between metal and piezoelectric, allowing more strain in the piezoelectric, hence stronger coupling.

At the very least, use of the capacitive-piezo transducer allows a designer to trade electromechanical coupling for $Q$—a trade-off that can greatly widen the filter design space for a given technology. For example, small percent bandwidth filters that require high $Q$ resonators generally do not require large coupling, i.e., the smaller the bandwidth, the higher the needed $Q$, but the more modest the needed electromechanical coupling. Thus, given that piezoelectric resonators generally possess ample coupling, but insufficient $Q$, even if a capacitive-piezo transducer only provides a trading of coupling for $Q$, this trade-off could be instrumental to making possible the tiny percent bandwidth filters needed for RF channel-selecting front-end filters and all their associated benefits [40].

## VI. FABRICATION

AlN resonators employing capacitive-piezo transducers were fabricated using the 5-mask, CMOS-temperature-compliant process summarized in Fig. 8, where each column corresponds to cross-sections along different portions of the coupled ring resonator array at the top of the figure. The process begins with blanket depositions of 200 nm silicon oxide and 200 nm silicon nitride over 6" high-resistance wafers to serve as isolation layers. A lift-off process then follows to delineate interconnect and bottom electrodes composed of subsequent 30 nm-thick Al and 60 nm-thick Ni evaporated films, to yield the cross-section in Fig. 8(a). The Ni layer will later serve first as an etch stop when removing sacrificial molybdenum in the stem anchor trenches; and second, as a seed layer for electroplating nickel stem anchor material through these very trenches. The lift-off process employs I-line photoresist atop lift-off resist 3A (LOR3A, MicroChem Corp., Newton, MA) [41], to realize fine Al/Ni features with smooth edges critical for good sputtered AlN quality. Fig. 9(a) shows the lift-off photoresist edge cross-section after metal evaporation and before lift-off, where the concave sidewall of the photoresist effectively separates the metal traces to remain and metals to be removed by photoresist removal. The rather thin interconnect and bottom electrodes reduce surface topography, which serves two purposes: it improves step coverage of the thin sacrificial Mo to be deposited next; and perhaps more importantly, it helps to avoid poor AlN quality near the edges of the bottom electrodes. If thicker electrodes are desired for lower interconnect resistance, planarization steps, e.g., using chemical mechanical polishing (CMP) can be incorporated.

JOURNAL OF MICROELECTROMECHANICAL SYSTEMS, VOL. 24, NO. 2, APRIL 2015



Fig. 8. Fabrication process flow for capacitive-piezo AlN resonators with electroplated Ni anchors and Mo sacrificial material dry released in XeF$_2$. Each column corresponds to one cross-section depicted in the top ring resonator array. Cross-section A: areas without top electrodes, such as coupling beam of resonator arrays and filters, and part of wine-glass disk resonators; cross-section B: areas with top electrodes; cross-section C: anchors. (continued on next column). (a) Deposit 250nm oxide and 200nm nitride on high resistive wafers as isolation layers, followed by lift-off patterning of 20nm Al/60nm Ni. (b) Sputter sacrificial Mo and pattern via wet etch. (c) Sputter the following films in sequence: AlN, Mo, Al, Mo, and PECVD oxide. (d) Pattern oxide as hard mask to dry etch Mo/Al/Mo/AlN. The etch stops on either the first sacrificial Mo layer or the nitride isolation layer. (e) Sputter 20 nm Mo to electrically connect the entire wafer for electroplating. (f) Etch away Mo within the anchor trenches to expose the underneath Ni layer as seed layer for electroplating. (g) Electroplate Ni from the bottom to fill the trenches, using Ni on the interconnect layer as seed layer. The top view of the anchor after this step can be seen in Fig. 10(a). (h) Pattern and remove thin Mo, the remaining oxide mask, and the top Al electrodes from the coupling beams and the areas of wine-glass disks without top electrodes. (i) Pattern PR to cover exposed nitride/oxide layers. Remove thin Mo layer and the remaining oxide layer on devices via dry etch. The etch stops on the barrier Mo layer or on AlN where the remaining oxide has been removed in the previous step. (j) Dry release devices in XeF$_2$/N$_2$ mixed gases; remove PR.

After bottom electrode formation, 250 nm Mo is then sputtered at 200 °C to serve as the sacrificial layer that defines the bottom electrode-to-resonator spacing. Sputtered Mo is used instead of more common sacrificial materials, such as oxide, silicon, or germanium, to attain better c-axis orientation of the sputtered AlN film. Here, a slight *in-situ* sputter etch via argon immediately before Mo sputtering seems to improve the orientation of the Mo surface plane to one more suitable for growth of the desired (002) AlN. The amount of pre-sputtering must be adjusted carefully, since excessive sputter etching can also roughen the surface enough to degrade AlN quality.

To further improve AlN quality, the Mo is patterned via a phosphoric acid/acetic acid/nitric acid-based wet etch into patches underlying each individual device, as shown in



Fig. 9.   (a) Cross sectional SEM showing the double-layer lift-off process that ensures smooth metal trace edges in (b). (c) Bottom electrode and interconnect configuration for a ring resonator, showing the "landing pad" for electrical contact to the eventual anchor at the very center.



Fig. 10.   (a) Optical photo of a 500-MHz ring resonator after step (g) in Fig. 8, showing the electroplated nickel anchor at the center with PR covering everything else. (b) Devices after step (h), showing the Mo patches patterned in step (b).

the overhead layout view of Fig. 10(b), where $5 \mu$m-wide streets devoid of Mo separate the Mo patches, *i.e.*, Mo still covers >99% of the entire wafer area. Such patterning helps to prevent excessive tensile stress (>500MPa) in reactively sputtered AlN, which tends to occur when it is sputtered directly over blanket Mo covering the entire wafer. When the Mo is patterned as in Fig. 10(b), AlN can be sputtered over it with low stress (< ±20MPa) and high FWHM (~1.7° ).

Before actual AlN deposition, several dummy runs in our university tool served to dial in the pressure and power of sputter deposition to insure a vertical strain gradient small enough to prevent bending of structures into electrodes. With proper dialing, bending-free AlN-only films were easier to attain than films with attached electrodes. A production tool dedicated to one process recipe would likely not require the dummy runs needed to dial-in the tool, here.

After sputtering the 1.5-$\mu$m AlN resonator structural material, several layers are sputtered in sequence: 250 nm Mo as a second sacrificial layer between the resonator and the top electrode, 400 nm Al as the top electrode, 20 nm Mo as a barrier layer between Al and the last layer, which is 1.2 $\mu$m PECVD oxide deposited at 300 °C to serve as an etch hard mask. At this point, the cross-section is as in Fig. 8(c). The 20nm of Mo between Al and oxide is essential for two reasons. First, it prevents Al from reacting with PECVD oxide during deposition. Second, it serves as an etch stop when removing the remaining oxide mask before release.

The oxide mask is then patterned to delineate suspended AlN structures (resonators and coupling links), top electrodes, and stem anchor openings, all at once. This is achieved via a CF₄/CHF₃ RIE etch that stops on the 20nm Mo barrier layer, followed by dry etch of the Mo/Al/Mo/AlN film stack without breaking vacuum, to yield the cross-sections of Fig. 8(d). The multi-layer etch process stops on the first Mo layer and on the nitride isolation layer in places where Mo was removed in the previous step.

Track (c) in Fig. 8 depicts formation of the all-important peg anchor used in this technology. Similar to the stems of [42], this peg comprises a hole filled with a strong (conductive) material that adheres well to both the substrate and to the sidewalls of the stem hole. Anchors of this type are superior

to those formed by mere film deposition over vias [43], [44], since they are solid and make right angles to the structure at both the top and bottom edges. Thus, they present more ideal fully symmetric boundary conditions, which helps to minimize energy loss to the substrate through the anchors.

In contrast to the process of [42], where peg filling is achieved by depositing polysilicon (at a high temperature) using a 'top-down' LPCVD approach, the present process generates the peg at a much lower CMOS-compatible temperature by electroplating Ni into the peg hole opening, from the bottom-up. To prepare the wafer for electroplating, 20nm Mo is sputtered to electrically connect the whole wafer by connecting the individual Mo patches (Fig. 8(e)). This sputtering is performed at a lower chamber pressure (3 mTorr) to prevent sidewall coverage, which is necessary to ensure nickel is electroplated upward from the seed layer to fill the trench without voids. After patterning thick photoresist, Mo within the trenches is dry etched to expose Ni on interconnects (Fig. 8(f)) and the Ni anchor is electroplated from the underlying Mo seed layer using a solution of nickel sulfamate at 60 °C to yield the cross-section of Fig. 8(g) and optical photo of Fig. 10(a).

Another lithography and etch step is used to (1) remove oxide/Mo/Al from the coupling beams of any resonator array or filter in order to electrically isolate the input and output ports, and (2) to pattern the top electrode of some of the disk resonators to allow excitation of wine-glass modes. At this point, the cross-section is as in Fig. 8 (h).

After a simple lithography step to cover the exposed isolation oxide/nitride layers with photoresist, the thin Mo layer and the remaining oxide mask atop the structures are removed by dry etching (*cf.* Fig. 8(i)). This step, similar to the dry etch in step (d), requires that Mo and Al be dry etched one after the other, and this is done using Cl₂-based chemistries with varying amounts of added O₂ that alter etch selectivities.

The device is released by etching away all Mo using a XeF₂/N₂ mixed gas. After the sacrificial Mo is completely etched, both the top electrode and the AlN ring are entirely separate from one another and both are supported via the Ni anchor, as shown in the far right cross-section of Fig. 8(j). Here, XeF₂ etches Mo fast and does not attack Al, Ni, or AlN. It is found that dehydration baking (120 °C for 20 min.) significantly improves the etch selectivity of Mo over oxide and nitride.

Fig. 8(j) also emphasizes a major advantage of this capacitive-piezo technology: Separation of electrodes and the

JOURNAL OF MICROELECTROMECHANICAL SYSTEMS, VOL. 24, NO. 2, APRIL 2015



Fig. 11.   Fabricated 1.2-GHz capacitive-piezo AlN ring resonator.





Fig. 12.   SEM images at different parts of the same resonator confirming that the entire top electrode and the AlN ring resonator are suspended via the electroplated nickel anchor at the center. (a) Edge of the ring over interconnect to the center stem and top electrodes. (b) Gap between top electrode and ring at its inner edge near a support attachment point. (c) Gap between top electrode at ring at its inner edge. (d) Center stem anchor. (e) Top electrode on right side. (f) Top electrode on left side. (g) Ring edge showing top and bottom electrode-to-ring gaps.

AlN structure eliminate the Al-AlN-Al trimorph that otherwise ensues in conventional piezoelectric resonators, thereby avoiding issues commonly associated with bimorph and trimorph films, such as warping, stress relaxation, and film delamination.

Fig. 11 presents the wide-view SEM of a completed 1.2-GHz contour-mode $e_{31}$-capacitive-piezo-transduced ring resonator similar to the one depicted in Fig. 1. Fig. 12 presents

SEM images of different parts of the same ring resonator delineating the gaps between the top/bottom electrode and the resonator. For these devices, to reduce electrode resistance, 400 nm thick Al is used as the top electrode—something that otherwise would not be permissible in a conventional AlN resonator, since its attached electrode would significantly mass load the resonant structure.

Although Al offers high conductance as an electrode material, which is good, its use does come with several disadvantages that might outweigh its conductivity advantages. In particular, (1) the RIE that defines AlN nitride structures also undercuts the Al top electrode—a problem that becomes more serious as the Al electrodes get thicker (to further reduce series resistance), since this provides a wider lateral diffusion path for etchants to undercut Al; (2) Al is highly reactive with other materials, causing problems at the interface of Al-Mo and Al-PECVD oxide even at low process temperature; and (3) Al sets the upper limit on process temperature if an anneal is desired to release stress, e.g., in the electroplated nickel anchor. Fortunately, alternative material sets are available that allow a process technology like that described, but without the use of Al. For example, one option might employ Mo as the electrode material, oxide as the sacrificial material, with the final release done via HF vapor.

## VII. Experimental Results

To gauge the efficacy of the capacitive-piezo transducer at both high and low frequencies, layout for the described process flow included a 1.2-GHz contour-mode spoke-supported ring resonator, like that of [37], but this time in AlN; as well as a 50-MHz two-resonator array-composite [7], [14], [25] of wine-glass disks. Measured results for each of these are now presented.

### A. 1.2-GHz Contour-Mode Ring Resonator

As shown in the SEM of Fig. 11, the width needed to achieve a resonance frequency of ~1.2-GHz via a 1.5 $\mu$m-thick AlN ring is 5 $\mu$m. The 25.6 $\mu$m inner radius of the ring is chosen to allow for quarter-wavelength supports that null energy losses to the anchor. Due to a need to enlarge the small center disk by 1.5 $\mu$m in radius in order to allow proper lithography for stem electroplating, the supports for this device actually ended up being shorter than desired, and as will be seen, this impacts the attainable $Q$ of this device.

Fig. 13 presents the measured frequency response characteristics for the AlN ring resonator of Fig. 11, showing a series resonance frequency $f_s = 1.23$GHz, $Q = 3,073$, and $R_x = 889\Omega$ at 3mTorr. Both the input and output are DC (not AC) grounded via bias-tee's to avoid electrostatic forces that might pull the top and bottom electrodes together and into the AlN resonator. Although the measured $Q$ is still less than predicted by material loss theory, it is still higher than that of the majority of measured attached-electrode contour-mode AlN resonators at similar frequencies [45]–[47], although not all [16].

The measured series and parallel resonance frequencies yield a $k_{eff}^2$ of 0.9%. Interestingly, this is considerably larger than the predicted value of 0.3% using the theory of Section V,



Fig. 13.  Measured frequency characteristic for a 1.2-GHz AlN ring resonator with dimensions as shown in Fig. 11 together with a simulation (dotted line) using the circuit of Fig. 6(c) with the predicted element values in the table to the right equivalent circuit of Fig. 6(c).

 

Fig. 14.  (a) SEM of a capacitive-piezo ring resonator array with $\lambda/2$ coupler; and (b) top-view zoom-in SEM showing how the electrode is removed over the coupler to electrically isolate the output from the input.

which with some reduction in device width to match the series resonance frequency, yields the equivalent circuit elements and simulated plot also presented in Fig. 13. Smaller-than-expected electrode-to-resonator gap spacings can easily be responsible for the discrepancy. To lend some insight, if one assumes the $k^2_{eff,d=0}$ of AlN with no electrode gaps is 1.8%, then simple application of (30) with (4) yields an actual total gap spacing of 167nm, meaning the top and bottom gaps could be 84nm each. This very small value is possible, but somewhat surprising given the process flow of Section VI. It might be that the $k^2_{eff,d=0}$ of the AlN is higher than 1.8%, which as mentioned previously is plausible when metal is no longer attached to AlN, so no longer constrains its motion, allowing for a higher starting (gapless) $k^2_{eff,d=0}$ than so far exhibited by devices with actual attached electrodes. Whether due to smaller gaps or higher starting $k^2_{eff,d=0}$, the measured $(C_x/C_o)$ is only slightly lower than that of conventional AlN resonators with contacting electrodes, and is actually higher than some. Whatever the case, it is sufficient for GHz narrow-band filters.

### B. Two-Ring Array-Composite

To evaluate the efficacy of building mechanical circuits using capacitive-piezo transducers, two-ring mechanically half-wavelength coupled array-composites [7], one of which is shown in Fig. 14, were also fabricated and tested. Here, the top electrode over the coupling beam is removed to electrically isolate the output from the input. The measured frequency response from input ring to output ring,



Fig. 15.  Measured frequency characteristic for the resonator in Fig. 14 confirming suppression of the parallel resonance peak.

shown in Fig. 15, exhibits less feedthrough than seen in single-electrode devices, with parallel resonance suppressed as expected for a two-port device. However, the $Q$ is lower for this mechanical circuit than for a single resonator, which might be caused by etch residuals atop the coupling beam formed after dry etching the top electrode, as shown in Fig. 14(b).

Unfortunately, these 1.2-GHz capacitive-piezo contour-mode ring resonator probably still do not reveal the intrinsic material $Q$ of AlN. In particular, although the measured $Q$ of 3,073 is already higher than many previously reported AlN-only piezoelectric rings, it is likely that anchor losses, not material losses, have the strongest role in dictating the $Q$. As mentioned, the original layout for the spoke-supported ring was overly aggressive in that it did not have sufficient overlap of the center stem disk around the center stem hole, which made lithography around the stem hole (for steps involved with stem-filling) very difficult. As a consequence, the mask for this portion had to be changed mid-process to increase the radius of the center disk. Although this facilitated stem hole lithography to the point of making the process possible, it also shifted the lengths of the spoke support beams so that they no longer were quarter-wavelength. As detailed in [6], without quarter-wavelength supports, spoke-supported ring resonator $Q$'s suffer greatly.

It should be noted that designs featuring notched beam-to-ring attachments were also included on the ring layouts. These designs, first used in [37], attempt to attach the support beams at the ring nodal circle, which ideally does not move radially, so ideally would send no energy to the anchors whether or not the spoke support beams are quarter-wavelength. Unfortunately, multiple reflective metal layers of (*i.e.*, aluminum electrodes, nickel anchors, and molybdenum sacrificial) and heavy undercutting of the top metal layer in the fabrication process significantly complicated lithography, making it difficult to produce the ring notches needed for supports to attach at the nodal circle.

### C. 50 MHz Two-Wine-Glass Disk Array-Composite

Fortunately, other structures capable of obviating the need for quarter-wavelength supports were also included in the



Fig. 16.   (a) Mode shape of the contour-mode ring resonator shown in Fig. 11 and measured in Fig. 13. (b) Wine-glass mode shape with convenient access to the quasi-nodal points on the edge of the disk resonator, facilitating reduction of anchor loss to reveal the material $Q$ of sputtered AlN.



Fig. 17.   An array-composite of two AlN disks employing capacitive-piezo transducers with non-contacting electrodes, drawn with exaggerated vertical gaps. The top electrodes are patterned for wine-glass mode resonance, for which quasi-nodal points can be accessed on the edges, as shown.



Fig. 18.   (a) Fabricated AlN disk resonator array and the measurement setup that yields the measured frequency spectra in Fig. 20. (b), (c) Zoom-in views on the anchor before and after XeF$_2$ dry release, showing the gaps. (d) Zoom-in on the suspended structure and electrodes, clearly showing the gaps.

layout. In particular, structures designed to resonate in the wine-glass mode shape, in which the disk expands and contracts in opposite directions along orthogonal axes, have nodal lines shown in Fig. 16(b) that are accessible at points along the disk edge, obviating the need for the notches required by the previous contour-mode ring resonator and facilitating achievement of a $Q$-optimized design that can better expose the intrinsic material $Q$ of AlN.

It should be mentioned that the wine-glass mode shape used here that facilitates $Q$-optimization also generates longitudinal and shear strains that are out-of-phase, thereby making it difficult to excite and sense the mode using the piezoelectric effect. Thus, although the devices of this work are good vehicles for tapping the $Q$ of sputtered AlN, they are not so suitable for attaining low impedance. This also means that their output currents are small and not easily measured in the presence of feedthrough signals.

Like the ring device of Fig. 14, these devices employ half-wavelength coupled arrays [25] of disks, such as shown in Fig. 17. Here, uniform bottom and patterned top electrodes are spaced 260nm from the top and underside, respectively, of each AlN disk. The top electrodes make electrical contact to substrate interconnects through vias at the anchors. As detailed in [25], half-wavelength coupling effectively converts this device into a single composite device where constituent resonators vibrate together at one mode frequency, with little or no reduction in the overall $Q$ of this mechanical circuit relative to that of a stand-alone device. The use of two devices in this mechanical circuit makes available two ports for interrogation: an input port to drive the device and an output port to sense its motion, both separated by a non-conductive

AlN coupling beam that blocks feedthrough current, thereby greatly facilitating evaluation of piezoelectric wine-glass disks.

Fig. 18 presents the set-up used to measure the frequency characteristics for two-disk array-composites in (a), along with several SEMs showing the details of various parts of the device in the remaining figure parts. Here, the bottom electrodes of both resonators are grounded, while an AC input signal is applied to the top electrode of the left device and the output taken from that of the right. Again, although they sustain small AC signals, the input and output electrodes are DC grounded to prevent large electrostatic forces from pulling the top electrodes into contact with the AlN disks.

After XeF$_2$ release of devices, the following cleaning and annealing steps were taken, each of which noticeably and successively raised the $Q$'s of the devices [20]:

1) Remove the photoresist that protects nitride/oxide isolation during release.
2) O$_2$ plasma, then dip in EKC-270 and perform critical point drying.
3) Anneal for 30 minutes in N$_2$/H$_2$ at 500 °C.

Fig. 20(a) presents frequency characteristics for two-disk array composite resonators employing various support beam widths (cf. Fig. 19) measured under 3 mTorr vacuum after the above steps. Here, resonators with support beam widths



Fig. 19.  Zoom-in SEMs of the support beams used in this work with various widths: (a) 1 $\mu m$; (b) 1.5 $\mu m$; (c) 2 $\mu m$.



Fig. 20.  Measured frequency characteristics for the resonators of Fig. 18 with various support beam widths after post-release clean and anneal procedures. That resonators with thinner support beams attain the highest $Q$ indicates that anchor loss still dominates the $Q$, even for these wine-glass disks.



Fig. 21.  Plot of needed $Q$ and coupling $(C_x/C_o)$ versus frequency for a sensible RF channel-select frequency allocation scheme with data points indicating marks achieved by various (cited) micromechanical resonator types.

of 2$\mu m$, 1.5$\mu m$, and 1$\mu m$, exhibit $Q$'s of 7,076, 10,218, and 12,748, respectively, the last of which is the highest $Q$ so far measured for sputtered thin-film AIN resonators. The rise in $Q$ with shrinking support beam width suggests that anchor loss still plays an important role in determining $Q$ for these wine-glass devices. Indeed, it is probable that the $Q$ of 12,748 measured here is still shy of the intrinsic limit.

## VIII. CONCLUSIONS

The described demonstration of a 1.2-GHz contour-mode AIN ring resonator with a motional resistance $R_x = 889\Omega$ and a $Q = 3,073$, together with that of a 50-MHz wine-glass disk with $Q$ as high as 12,478, confirm the efficacy of capacitive-piezo transducers in raising the $Q$'s of thin-film piezoelectric resonators. Indeed, the $Q$ of 12,478 is so far the highest measured for any other $d_{31}$-transduced AIN-only thin-film piezoelectric resonator. Even so, there is evidence that it does not represent a $Q$ ceiling, since anchor loss seems to still plague the measured devices. Improvements in fabrication, perhaps including the use of alternative materials for anchors and sacrificial layers to reduce the losses associated with anchors and etch residuals, may render even higher $Q$'s.

Of course, $Q$ is not the only important metric. As mentioned earlier, for the target RF channel-selecting front-end application [2], coupling $(C_x/C_o)$ is equally important, as are aging stability, thermal stability, fabrication tolerances, on/off switchability, dynamic range, and numerous other difficult barriers. From a drift standpoint, the described capacitive-piezo devices should perform well, if BVA resonators are any indication. But keeping the focus on the most fundamental of the issues, $Q$ and $(C_x/C_o)$, one might ask how capacitive-piezo resonators measure up against other micromechanical resonator technologies in this application space. To answer this, Fig. 21 presents plots of needed $Q$ and coupling $(C_x/C_o)$ versus frequency for a sensible RF channel-select frequency allocation scheme. Here, legacy 30-kHz bandwidth channels span the 10-100 MHz range, 500-kHz channels span 100-1000 MHz, and 1-MHz channels span 1-3 GHz. The curves denoting the needed $Q$ and $(C_x/C_o)$ values are for two-resonator Chebyshev filters with 2 dB of insertion loss and less than 0.5 dB of passband distortion. As expected, needed $Q$'s rise and needed $(C_x/C_o)$'s shrink as frequency increases within a given range. To support RF channel-selection, a given resonator must exceed both the needed $Q$ and the $(C_x/C_o)$ curves at its frequency.

From Fig. 21, the 1.2-GHz capacitive-piezo resonator of this work, perhaps encumbered by anchor loss, still does not satisfy the needs of RF channel-selection, as it lacks the needed $Q$. The 635-MHz quartz-MEMS device of [48] comes close, but does not quite satisfy the needed $(C_x/C_o)$ value. In fact, of the twelve resonators plotted only three simultaneously satisfy the stated $Q$ and $(C_x/C_o)$ criteria: Two capacitive-gap transduced devices in the below 100 MHz regime [9], [49]; and one very recent capacitive-piezo disk device at 300 MHz [50]. This new capacitive-piezo device uses a different fabrication flow to achieve improved anchors, confirming that anchor losses constrain $Q$ in the present devices. In addition, another recent lamb-wave capacitive-piezo device exhibits a $Q$ of 5,019 at 941 MHz [51], showing best in class performance at UHF, although still not meeting the difficult $Q$ requirement at this frequency. These recent devices further confirm the $Q$ benefits and potential of capacitive-piezo resonator technology.

## ACKNOWLEDGMENTS

The authors would like to thank the Berkeley Microlab/Nanolab staff and members, especially Dr. X. Meng,

Dr. J. Black, Dr. P. Stephanou, and J. Donnelly, for their assistance and advice on fabrication.

## References

[1] A. Gasemi and E. S. Sousa, "Spectrum sensing in cognitive radio networks: Requirements, challenges and design trade-offs," *IEEE Commun. Mag.*, vol. 46, no. 4, pp. 32–39, Apr. 2008.

[2] C. T.-C. Nguyen, "Frequency-selective MEMS for miniaturized low-power communication devices," *IEEE Trans. Microw. Theory Techn.*, vol. 47, no. 8, pp. 1486–1503, Aug. 1999.

[3] C. T.-C. Nguyen, "Integrated micromechanical RF circuits for software-defined cognitive radio," in *Proc. 26th Symp. Sens., Micromach. Appl. Syst.*, Tokyo, Japan, Oct. 2009, pp. 1–5.

[4] K. Wang and C. T.-C. Nguyen, "High-order medium frequency micromechanical electronic filters," *J. Microelectromech. Syst.*, vol. 8, no. 4, pp. 534–557, Dec. 1999.

[5] R. A. Johnson, *Mechanical Filters in Electronics*. Hoboken, NJ, USA: Wiley, 1983.

[6] T. L. Naing *et al.*, "2.97-GHz CVD diamond ring resonator with Q>40,000," in *Proc. IEEE Int. Freq. Control Symp.*, Baltimore, MD, USA, May 2012, pp. 570–575.

[7] S.-S. Li, Y.-W. Lin, Z. Ren, and C. T.-C. Nguyen, "An MSI micromechanical differential disk-array filter," in *Proc. 14th Int. Conf. Solid-State Sens., Actuators (TRANSDUCERS)*, Lyon, France, Jun. 2007, pp. 307–311.

[8] T. J. Cheng and S. A. Bhave, "High-Q, low impedance polysilicon resonators with 10 nm air gaps," in *Proc. 23rd IEEE Int. Micro Electro Mech. Syst. (MEMS) Conf.*, Cancun, Mexico, Jan. 2010, pp. 695–698.

[9] M. Akgul, B. Kim, Z. Ren, and C. T.-C. Nguyen, "Capacitively transduced micromechanical resonators with simultaneous low motional resistance and Q>70,000," in *Solid-State Sens., Actuators, Microsyst. Workshop Tech. Dig.*, Hilton Head, CA, USA, Jun. 2010, pp. 467–470.

[10] K. Nai-Kuei *et al.*, "Micromachined sapphire GHz lateral overtone bulk acoustic resonators transduced by aluminum nitride," in *Proc. 25th IEEE Int. Micro Electro Mech. Syst. (MEMS) Conf.*, Paris, France, Jan./Feb. 2012, pp. 27–30.

[11] C.-M. Lin, Y.-Y. Chen, V. V. Felmetsger, D. G. Senesky, and A. P. Pisano, "AlN/3C–SiC composite plate enabling high-frequency and high-Q micromechanical resonators," *Adv. Mater.*, vol. 24, no. 20, pp. 2722–2727, May 2012.

[12] S. Gong, N.-K. Kuo, and G. Piazza, "GHz high-Q lateral overmoded bulk acoustic-wave resonators using epitaxial SiC thin film," *J. Microelectromech. Syst.*, vol. 21, no. 2, pp. 253–255, Apr. 2012.

[13] J. Masson *et al.*, "High overtone bulk acoustic resonators built using aluminum nitride thin films deposited onto AT-cut quartz plates," in *Proc. IEEE Int. Freq. Control Symp.*, Miami, FL, USA, Jun. 2006, pp. 835–838.

[14] Y.-W. Lin, L.-W. Hung, S.-S. Li, Z. Ren, and C. T.-C. Nguyen, "Quality factor boosting via mechanically-coupled arraying," in *Proc. Int. Solid-State Sens., Actuators, Microsyst. Conf. (TRANSDUCERS)*, Lyon, France, Jun. 2007, pp. 2453–2456.

[15] R. Abdolvand, H. M. Lavasani, G. K. Ho, and F. Ayazi, "Thin-film piezoelectric-on-silicon resonators for high-frequency reference oscillator applications," *IEEE Trans. Ultrason., Ferroelectr., Freq. Control*, vol. 55, no. 12, pp. 2596–2606, Dec. 2008.

[16] J. Segovia-Fernandez, N.-K. Kuo, and G. Piazza, "Impact of metal electrodes on the figure of merit (kt²·Q) and spurious modes of contour mode AlN resonators," in *Proc. IEEE Ultrason. Symp.*, Dresden, Germany, Oct. 2012, pp. 299–302.

[17] C.-M. Lin, Y.-J. Lai, J.-C. Hsu, Y.-Y. Chen, D. G. Senesky, and A. P. Pisano, "High-Q aluminum nitride lamb wave resonators with biconvex edges," *Appl. Phys. Lett.*, vol. 99, no. 14, pp. 143501-1–143501-3, 2011.

[18] R. J. Besson, "A new 'electrodeless' resonator design," in *Proc. 31st IEEE Int. Freq. Control Symp.*, 1976, pp. 147–152.

[19] L.-W. Hung and C. T.-C. Nguyen, "Capacitive-piezo transducers for higher Q contour-mode AlN resonators at 1.2 GHz," in *Proc. Solid-State Sens., Actuators, Microsyst. Workshop*, Hilton Head, CA, USA, Jun. 2010, pp. 463–466.

[20] L.-W. Hung and C. T.-C. Nguyen, "Capacitive-Piezoelectric AlN resonators with Q>12,000," in *Proc. 24th IEEE Int. Conf. Micro Electro Mech. Syst. (MEMS)*, Cancun, Mexico, Jan. 2011, pp. 173–176.

[21] S. K. Kor, P. K. Mishra, and N. D. Tripathi, "Ultrasonic attenuation in pure and doped *n*-type silicon," *Phys. Rev. B*, vol. 10, no. 2, pp. 775–778, 1974.

[22] D. K. Pandey, D. Singh, and R. R. Yadav, "Ultrasonic wave propagation in IIIrd group nitrides," *Appl. Acoust.*, vol. 68, no. 7, pp. 766–777, 2007.

[23] R. Tabrizian, M. Rais-Zadeh, and F. Ayazi, "Effect of phonon interactions on limiting the f.Q product of micromechanical resonators," in *Solid-State Sens., Actuators, Microsyst. Conf. (TRANSDUCERS) Tech. Dig.*, Lyon, France, Jun. 2007, pp. 2131–2134.

[24] S. Gong, N.-K. Kuo, and G. Piazza, "GHz AlN lateral overmoded bulk acoustic wave resonators with a f·Q of 1.17 x 10¹³," in *Proc. Joint IEEE Freq. Control Symp. Eur. Freq. Time Forum*, San Francisco, CA, USA, May 2011, pp. 1–5.

[25] Y.-W. Lin, S.-S. Li, Z. Ren, and C. T.-C. Nguyen, "Low phase noise array-composite micromechanical wine-glass disk oscillator," in *IEEE Int. Electron Devices Meet. (IEDM) Tech. Dig.*, Washington, DC, USA, Dec. 2005, pp. 287–290.

[26] F. Ayazi, S. Pourkamali, G. K. Ho, and R. Abdolvand, "High-aspect-ratio SOI vibrating micromechanical resonators and filters," in *Proc. IEEE MTT-S Int. Microw. Symp.*, San Francisco, CA, USA, Jun. 2006, pp. 676–679.

[27] S. V. Krishnaswamy, J. D. Adam, and M. Aumer, "P1J-4 high-Q FBARs using epitaxial AlN films," in *Proc. IEEE Int. Ultrason. Symp.*, Vancouver, BC, Canada, Oct. 2006, pp. 1467–1470.

[28] A. Frangi, M. Cremonesi, A. Jaakkola, and T. Pensala, "Analysis of anchor and interface losses in piezoelectric MEMS resonators," *Sens. Actuators A, Phys.*, vol. 190, pp. 127–135, Feb. 2013.

[29] C. G. Courcimault and M. G. Allen, "High-Q mechanical tuning of MEMS resonators using a metal deposition-annealing technique," in *13th Int. Conf. Solid-State Sens., Actuators, Microsyst. Conf. (TRANSDUCERS) Tech. Dig.*, Jun. 2005, pp. 875–878.

[30] T. Nishihara, T. Yokoyama, T. Miyashita, and Y. Satoh, "High performance and miniature thin film bulk acoustic wave filters for 5 GHz," in *Proc. Ultrason. Symp.*, Munich, Germany, Oct. 2002, pp. 969–972.

[31] C.-L. Huang, K.-W. Tray, and L. Wu, "Effect of AlN film thickness and top electrode materials on characteristics of thin-film bulk acoustic-wave resonator devices," *Jpn. J. Appl. Phys.*, vol. 44, no. 3R, pp. 1397–1402, 2005.

[32] M. Ueda *et al.*, "High-Q resonators using FBAR/SAW technology and their applications," in *Dig. IEEE Int. Microw. Symp.*, Long Beach, CA, USA, Jun. 2005, pp. 209–212.

[33] L. Mai, V.-S. Pham, and G. Yoon, "ZnO-based thin bulk acoustic resonator devices on a specially designed Bragg reflector," *J. Appl. Phys. A*, vol. 95, no. 3, pp. 667–671, 2009.

[34] L. Lihua, P. Kumar, L. Calhoun, and D. L. DeVoe, "Piezoelectric Al₀.₃Ga₀.₇As longitudinal mode bar resonators," *J. Microelectromech. Syst.*, vol. 15, no. 3, pp. 465–470, Jun. 2006.

[35] J. R. Norton and R. J. Besson, "Tactical BVA quartz resonator performance," in *Proc. 47th IEEE Int. Freq. Control Symp.*, Salt Lake City, UT, USA, Jun. 1993, pp. 609–613.

[36] T. Ikeda, *Fundamentals of Piezoelectricity*. New York, NY, USA: Oxford Univ. Press, 1990.

[37] S.-S. Li, Y.-W. Lin, Y. Xie, Z. Ren, and C. T.-C. Nguyen, "Micromechanical 'hollow-disk' ring resonators," in *Proc. 17th IEEE Int. Micro Electro Mech. Syst. Conf.*, Maastricht, The Netherlands, Jan. 2004, pp. 821–824.

[38] G. Piazza, P. J. Stephanou, and A. P. Pisano, "Piezoelectric aluminum nitride vibrating contour-mode MEMS resonators," *J. Microelectromech. Syst.*, vol. 15, no. 6, pp. 1406–1418, Dec. 2006.

[39] W. Pang, H. Zhang, H. Yu, C.-Y. Lee, and E. S. Kim, "Electrical frequency tuning of film bulk acoustic resonator," *J. Microelectromech. Syst.*, vol. 16, no. 6, p. 1303–1313, Dec. 2007.

[40] C. T.-C. Nguyen, "RF MEMS for channelizing low-power radios," in *Proc. 17th Int. Conf. Solid-State Sens., Actuators, Microsyst. (TRANSDUCERS)*, Barcelona, Spain, Jun. 2013, pp. 2455–2460.

[41] (2010, Jul. 1). *Micro Chem: LOR and PMGI Resists* [Online]. Available: http://184.168.52.107/pdf/PMGI-Resists-data-sheetV-rhcedit-102206.pdf

[42] J. Wang, J. E. Butler, T. Feygelson, and C. T.-C. Nguyen, "1.51-GHz nanocrystalline diamond micromechanical disk resonator with material-mismatched isolating support," in *Proc. 17th IEEE Int. Micro Electro Mech. Syst. Conf.*, Maastricht, The Netherlands, Jan. 2004, pp. 641–644.

[43] K. Wang, Y. Yu, A.-C. Wong, and C. T.-C. Nguyen, "VHF free-free beam high-Q micromechanical resonators," in *Proc. 12th Int. IEEE Micro Electro Mech. Syst. Conf.*, Orlando, FL, USA, Jan. 1999, pp. 453–458.

[44] J. R. Clark, W.-T. Hsu, M. A. Abdelmoneum, and C. T.-C. Nguyen, "High-Q UHF micromechanical radial-contour mode disk resonators," *J. Microelectromech. Syst.*, vol. 14, no. 6, pp. 1298–1310, Dec. 2005.

[45] C. Zuo, J. Van der Spiegel, and G. Piazza, "1.05 GHz MEMS oscillator based on lateral-field-excited piezoelectric AlN resonators," in *Proc. IEEE Int. Freq. Control Symp.*, Besancon, France, Apr. 2009, pp. 381–384.

[46] P. J. Stephanou and A. P. Pisano, "GHz higher order contour mode AlN annular resonators," in *Proc. IEEE 20th Int. Conf. Micro Electro Mech. Syst. (MEMS)*, Kobe, Japan, Jan. 2007, pp. 787–790.

[47] G. Piazza, P. J. Stephanou, and A. P. Pisano, "One and two port piezoelectric higher order contour-mode MEMS resonators for mechanical signal processing," *Solid-State Electron.*, vol. 51, no. 11, pp. 1596–1608, 2007.

[48] F. P. Stratton *et al.*, "A MEMS-based quartz resonator technology for GHz applications," in *Proc. IEEE Int. Freq. Control Symp. Expo.*, Montreal, QC, Canada, Aug. 2004, pp. 27–34.

[49] F. D. Bannon III, J. R. Clark, and C. T.-C. Nguyen, "High frequency micromechanical filters," *IEEE J. Solid-State Circuits*, vol. 35, no. 4, pp. 512–526, Apr. 2000.

[50] R. A. Schneider and C. T.-C. Nguyen, "On/off switchable high-$Q$ capacitive-piezoelectric AlN resonators," in *Proc. IEEE 27th Int. Conf. Micro Electro Mech. Syst. (MEMS)*, San Francisco, CA, USA, Jan. 2014, pp. 1265–1268.

[51] T.-T. Yen, A. P. Pisano, and C. T.-C. Nguyen, "High-$Q$ capacitive-piezoelectric AlN lamb wave resonators," in *Proc. IEEE 26th Int. Conf. Micro Electro Mech. Syst. (MEMS)*, Jan. 2013, pp. 114–117.

[52] M. Akgul and C. T.-C. Nguyen, "A passband-corrected high rejection channel-select micromechanical disk filter," in *Proc. IEEE Int. Freq. Control Symp.*, Taipei, Taiwan, May 2014, pp. 601–606.



**Li-Wen Hung** (S'04–M'12) received the B.S. degree in electrical engineering from National Taiwan University, Taipei, Taiwan, in 2005; the M.S. degree in electrical engineering and computer science from the University of Michigan, Ann Arbor, MI, USA, in 2006; and the Ph.D. degree in electrical engineering and computer science from the University of California at Berkeley, Berkeley, CA, USA, in 2011. While at Berkeley, she received multiple poster and presentation awards from the Berkeley Sensor and Actuator Center, and the Gold Prize TSMC Outstanding Student Research Award in 2010. Shortly after receiving the Ph.D. degree in 2011, she joined Invensense, San Jose, CA, USA, as a Research Engineer, where she explored RF-based products. In 2012, she joined IBM T. J. Watson Research Center, Yorktown Heights, NY, USA, where she is currently involved in research on sensors and 3-D packaging.



**Clark T.-C. Nguyen** (S'90–M'95–SM'01–F'07) received the B.S., M.S., and Ph.D. degrees from the University of California at Berkeley, Berkeley, CA, USA, in 1989, 1991, and 1994, respectively, all in electrical engineering and computer sciences.

He joined the faculty of the University of Michigan at Ann Arbor, Ann Arbor, MI, USA, in 1995, where he was a Professor with the Department of Electrical Engineering and Computer Sciences until 2006. In 2006, he joined the Department of Electrical Engineering and Computer Sciences at the University of California at Berkeley, where he is currently a Professor and the Co-Director of the Berkeley Sensor and Actuator Center. His research interests focus upon microelectromechanical systems (MEMS) including integrated micromechanical signal processors and sensors, merged circuit/micromechanical technologies, optomechanical devices, RF communication architectures, and integrated circuit design and technology. In 2001, he founded Discera, Inc., San Jose, CA, a company aimed at commercializing communication products based upon MEMS technology, with an initial focus on the very vibrating micromechanical resonators pioneered by his research in past years. He served as the Vice President and Chief Technology Officer of Discera until 2002, at which point he joined the Defense Advanced Research Projects Agency (DARPA) on an IPA, where he served for almost four years as the Program Manager of the MEMS, Micro Power Generation, Chip-Scale Atomic Clock, MEMS Exchange, Harsh Environment Robust Micromechanical Technology, Micro Gas Analyzers, Radio Isotope Micropower Sources, RF MEMS Improvement, Navigation-Grade Integrated Micro Gyroscopes, and Micro Cryogenic Coolers programs, in the Microsystems Technology Office of DARPA.

Dr. Nguyen received the Cady Award in 2006, and together with his students, has garnered more than 10 Best Paper Awards from IEEE conferences and journals focused on frequency control and MEMS. From 2007 to 2009, he served as a Distinguished Lecturer of the IEEE Solid-State Circuits Society. He was the Technical Program Chair of the 2010 IEEE International Frequency Control Symposium, and the Co-General Chair of the 2011 Combined IEEE International Frequency Control Symposium, and the European Frequency and Time Forum. From 2008 to 2013, he served as the Vice President of Frequency Control in the IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society, and is currently the President-Elect of the same society.

# Exhibit D12

**Extrinsic Evidence:**

**Excerpts from U.S. Patent Application Publication**

**No. 2014/0159548 A1.**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

US 20140159548A1

(19) **United States**

(12) **Patent Application Publication**     (10) Pub. No.: **US 2014/0159548 A1**

Burak et al.                                  (43) **Pub. Date:      Jun. 12, 2014**

(54) **ACOUSTIC RESONATOR COMPRISING COLLAR AND ACOUSTIC REFLECTOR WITH TEMPERATURE COMPENSATING LAYER**

(71) Applicant: **Avago Technologies General IP (Singapore) Pte. Ltd.,** Singapore (SG)

(72) Inventors: **Dariusz Burak,** Fort Collins, CO (US); **John Choy,** Westminster, CO (US); **Kevin J. Grannen,** Thornton, CO (US); **Qiang Zou,** Fort Collins, CO (US)

(73) Assignee: **Avago Technologies General IP (Singapore) Pte. Ltd.,** Singapore (SG)

(21) Appl. No.: **14/092,077**

(22) Filed:     **Nov. 27, 2013**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 13/767,754, filed on Feb. 14, 2013, Continuation-in-part of application No. 13/955,774, filed on Jul. 31, 2013, which is a continuation-in-part of application No. 13/781,491, filed on Feb. 28, 2013, which is a continuation-in-part of application No. 13/663,449, filed on Oct. 29, 2012, said application No. 13/955,774 is a continuation-in-part of application No. 13/208,883, filed on Aug. 12, 2011, which is a continuation-in-part of application No. 13/074,262, filed on Mar. 29, 2011.

**Publication Classification**

(51) **Int. Cl.**
$$H03H\ 9/17 \qquad (2006.01)$$
$$H01L\ 41/053 \qquad (2006.01)$$
(52) **U.S. Cl.**
CPC .............. **H03H 9/17** (2013.01); **H01L 41/053** (2013.01)
USPC ........................................................ **310/346**

(57)                 **ABSTRACT**

An acoustic resonator structure includes an acoustic reflector over a cavity formed in a substrate, the acoustic reflector including a layer of low acoustic impedance material stacked on a layer of high acoustic impedance material. The acoustic resonator further includes a bottom electrode on the layer of low acoustic impedance material, a piezoelectric layer on the bottom electrode, a top electrode on the piezoelectric layer, and a collar formed outside a main membrane region defined by an overlap between the top electrode, the piezoelectric layer and the bottom electrode. The collar has an inner edge substantially aligned with a boundary of or overlapping the main membrane region. The layer of the low acoustic impedance material includes a temperature compensating material having a positive temperature coefficient for offsetting at least a portion of a negative temperature coefficient of the piezoelectric layer, the bottom electrode and the top electrode.





Fig. 1B

US 2014/0159548 A1

Jun. 12, 2014

1

# ACOUSTIC RESONATOR COMPRISING COLLAR AND ACOUSTIC REFLECTOR WITH TEMPERATURE COMPENSATING LAYER

## CROSS REFERENCE TO RELATED APPLICATIONS

[0001] This application is a continuation-in-part under 37 C.F.R. §1.53(b) of commonly owned U.S. patent application Ser. No. 13/767,754 entitled "Acoustic Resonator Having Temperature Compensation," filed on Feb. 14, 2013, which is hereby incorporated by reference in its entirety. This application is also a continuation-in-part under 37 C.F.R. §1.53(b) of commonly owned U.S. patent application Ser. No. 13/955,774 entitled "Acoustic Resonator Comprising Collar, Frame and Perimeter Distributed Bragg Reflector," filed on Jul. 31, 2013, which is a continuation-in-part of commonly owned U.S. patent application Ser. No. 13/781,491 entitled "Acoustic Resonator Having Collar and Frame," filed on Feb. 28, 2013, which is a continuation-in-part of commonly owned U.S. patent application Ser. No. 13/663,449 entitled "Acoustic Resonator Having Collar Structure," filed on Oct. 29, 2012, which are hereby incorporated by reference in their entireties. U.S. patent application Ser. No. 13/955,774 is also a continuation-in-part under 37 C.F.R. §1.53(b) of commonly owned U.S. patent application Ser. No. 13/208,883 entitled "Stacked Bulk Acoustic Resonator Comprising a Bridge and an Acoustic Reflector along a Perimeter of the Resonator," filed on Aug. 12, 2011 (published as U.S. Patent Pub. No. 2012/0218059), which is a continuation-in-part application of commonly owned U.S. patent application Ser. No. 13/074,262 entitled "Stacked Acoustic Resonator Comprising Bridge," filed on Mar. 29, 2011 (published as U.S. Patent App. Pub. No. 2012/0218055), which are hereby incorporated by reference in their entireties.

## BACKGROUND

[0002] Acoustic resonators can be used to implement signal processing functions in various electronic applications. For example, some cellular phones and other communication devices use acoustic resonators to implement frequency filters for transmitted and/or received signals. Several different types of acoustic resonators can be used according to different applications, with examples including bulk acoustic wave (BAW) resonators such as thin film bulk acoustic resonators (FBARs), coupled resonator filters (CRFs), stacked bulk acoustic resonators (SBARs), double bulk acoustic resonators (DBARs), and solidly mounted resonators (SMRs). An FBAR, for example, includes a piezoelectric layer between a first (bottom) electrode and a second (top) electrode over a cavity. BAW resonators may be used in a wide variety of electronic applications, such as cellular telephones, personal digital assistants (PDAs), electronic gaming devices, laptop computers and other portable communications devices. For example, FBARs may be used for electrical filters and voltage transformers.

[0003] An acoustic resonator typically comprises a layer of piezoelectric material sandwiched between two plate electrodes in a structure referred to as an acoustic stack. When an input electrical signal is applied between the electrodes, reciprocal or inverse piezoelectric effect causes the acoustic stack to mechanically expand or contract depending on the polarization of the piezoelectric material. As the input elec-

trical signal varies over time, expansion and contraction of the acoustic stack produces acoustic waves that propagate through the acoustic resonator in various directions and are converted into an output electrical signal by the piezoelectric effect. Some of the acoustic waves achieve resonance across the acoustic stack, with the resonance frequency being determined by factors such as the materials, dimensions, and operating conditions of the acoustic stack. These and other mechanical characteristics of the acoustic resonator determine its frequency response.

[0004] In general, an acoustic resonator comprises different lateral regions that may be subject to different types of resonances, or resonance modes. These lateral regions can be characterized, very broadly, as a main membrane region and peripheral regions, where the main membrane region is defined, roughly, by an overlap between the two plate electrodes and the piezoelectric material, and the peripheral regions are defined as areas outside the main membrane region. Two peripheral regions, in particular, are defined as a region located between the edge of the main membrane region and edge of the air-cavity, and a region of an overlap of at least one plate electrode and the piezoelectric material with the substrate. The main membrane region is subject to electrically excited modes generated by the electric field between the two plate electrodes, and both the main membrane and the peripheral regions are subject to certain derivative modes generated by scattering of energy in the electrically excited modes. The electrically excited modes comprise, for instance, a piston mode formed by longitudinal acoustic waves with boundaries at the edges of the main membrane region. The derivative modes comprise, for instance, lateral modes formed by lateral acoustic waves excited at the edges of the main membrane region and the peripheral regions.

[0005] The lateral modes facilitate continuity of appropriate mechanical particle velocities and stresses between the electrically driven main membrane region and the essentially non-driven peripheral regions. They can either propagate freely (so called propagating modes) or exponentially decay (so called evanescent and complex modes) from the point of excitation. They can be excited both by lateral structural discontinuities (e.g., an interface between regions of different thicknesses in the main membrane region, or an edge of a top or bottom electrode) or by electric field discontinuities (e.g., an edge of a top electrode where the electric field is terminated abruptly).

[0006] The lateral modes generally have a deleterious impact on the performance of an acoustic resonator. Accordingly, some acoustic resonators include ancillary structural features designed to suppress, inhibit, or mitigate the lateral modes. For example, a collar may be formed by a dielectric material outside the boundary of the main membrane region to allow a smooth decay of evanescent modes emanating from the boundary and improve confinement of mechanical motion to the main membrane region. In another example, a frame may be formed by a conductive or dielectric material within the boundary of the main membrane region to minimize scattering of electrically excited piston mode at top electrode edges and improve confinement of mechanical motion to the main membrane region.

[0007] The conventional implementation of these ancillary structural features has a number of potential shortcomings. For instance, depending on their specific design, they may be a source of additional scattering of the piston mode which may outweigh their benefits. Additionally, they may require

the presence of certain additional materials that can deleteriously redistribute the acoustic energy in the acoustic stack, such as relatively soft planarization layers. Also, some design choices may produce only modest performance improvements while significantly driving up cost. Moreover, the formation of ancillary structural features may degrade structural stability or interfere with the formation of overlying layers.

[0008] In addition, conventional FBARs rely on strong confinement of electrically excited piston mode. Strong confinement is provided by the edges of the top and bottom electrodes, as well as ancillary structural features, such as airbridges and conventional outside frames. While the apparent advantage of strong confinement is that it prevents strong electrical excitation of mechanical motion at the edge of the top electrode, it also provides significant acoustic discontinuities, leading to scattering of energy out of the desired piston mode into undesired extensional, shear, flexural and dilatational modes of the whole structure. Accordingly, in view of these and other shortcomings of conventional acoustic resonator structures, there is a general need for improved acoustic resonator designs.

BRIEF DESCRIPTION OF THE DRAWINGS

[0009] The illustrative embodiments are best understood from the following detailed description when read with the accompanying drawing figures. It is emphasized that the various features are not necessarily drawn to scale. In fact, the dimensions may be arbitrarily increased or decreased for clarity of discussion. Wherever applicable and practical, like reference numerals refer to like elements.

[0010] FIG. 1A is a top view of an acoustic resonator according to a representative embodiment.

[0011] FIG. 1B is a cross-sectional view of an acoustic resonator according to a representative embodiment.

[0012] FIG. 1C is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0013] FIG. 1D is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0014] FIG. 1E is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0015] FIG. 1F is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0016] FIG. 2A is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0017] FIG. 2B is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0018] FIG. 2C is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0019] FIG. 2D is a cross-sectional view of an acoustic resonator according to another representative embodiment.

[0020] FIG. 3A is a cross-sectional view of an acoustic resonator, excluding frames, according to another representative embodiment.

[0021] FIG. 3B is a cross-sectional view of an acoustic resonator, excluding frames, according to another representative embodiment.

[0022] FIG. 3C is a cross-sectional view of an acoustic resonator, excluding collars, according to another representative embodiment.

[0023] FIG. 3D is a cross-sectional view of an acoustic resonator, excluding collars, according to another representative embodiment.

[0024] FIG. 4 is a graph illustrating the quality factor (Q-factor) and parallel resistance Rp of the acoustic resonators of FIGS. 3A and 1B, as compared to an acoustic resonator having only a temperature compensating acoustic impedance layer.

DETAILED DESCRIPTION

[0025] In the following detailed description, for purposes of explanation and not limitation, example embodiments disclosing specific details are set forth in order to provide a thorough understanding of the present teachings. However, it will be apparent to one having ordinary skill in the art having the benefit of the present disclosure that other embodiments according to the present teachings that depart from the specific details disclosed herein remain within the scope of the appended claims. Moreover, descriptions of well-known apparatuses and methods may be omitted so as to not obscure the description of the example embodiments. Such methods and apparatuses are clearly within the scope of the present teachings.

[0026] The terminology used herein is for purposes of describing particular embodiments only, and is not intended to be limiting. The defined terms are in addition to the technical, scientific, or ordinary meanings of the defined terms as commonly understood and accepted in the relevant context.

[0027] The terms "a", "an" and "the" include both singular and plural referents, unless the context clearly dictates otherwise. Thus, for example, "a device" includes one device and plural devices. The terms "substantial" or "substantially" mean to within acceptable limits or degree. The term "approximately" means to within an acceptable limit or amount to one of ordinary skill in the art. Relative terms, such as "above," "below," "top," "bottom," "upper" and "lower" may be used to describe the various elements' relationships to one another, as illustrated in the accompanying drawings. These relative terms are intended to encompass different orientations of the device and/or elements in addition to the orientation depicted in the drawings. For example, if the device were inverted with respect to the view in the drawings, an element described as "above" another element, for example, would now be below that element. Where a first device is said to be connected or coupled to a second device, this encompasses examples where one or more intermediate devices may be employed to connect the two devices to each other. In contrast, where a first device is said to be directly connected or directly coupled to a second device, this encompasses examples where the two devices are connected together without any intervening devices other than electrical connectors (e.g., wires, bonding materials, etc.).

[0028] The present teachings relate generally to acoustic resonators such as film bulk acoustic wave resonators (FBARs) or solidly mounted resonators (SMRs), although the discussion is directed to FBARs for the sake of convenience. Certain details of acoustic resonators, including materials and methods of fabrication, may be found in one or more of the following commonly owned U.S. Patents and Patent Applications: U.S. Pat. No. 6,107,721 to Lakin; U.S. Pat. Nos. 5,587,620, 5,873,153, 6,507,983, 6,384,697, 7,275,292 and 7,629,865 to Ruby et al.; U.S. Pat. No. 7,280,007 to Feng, et al.; U.S. Patent App. Pub. No. 2007/0205850 to Jamneala et al.; U.S. Pat. No. 7,388,454 to Ruby et al.; U.S. Patent App. Pub. No. 2010/0327697 to Choy et al.; U.S. Patent App. Pub. No. 2010/0327994 to Choy et al., U.S. patent application Ser. No. 13/658,024 to Nikkel et al.; U.S. patent application Ser. No. 13/663,449 to Burak et al.; U.S. patent application Ser. No. 13/660,941 to Burak et al.; U.S. patent application Ser.

US 2014/0159548 A1

Jun. 12, 2014

3

No. 13/654,718 to Burak et al.; U.S. Patent App. Pub. No. 2008/0258842 to Ruby et al.; and U.S. Pat. No. 6,548,943 to Kaitila et al. The disclosures of these patents and patent applications are hereby specifically incorporated by reference in their entireties. It is emphasized that the components, materials and method of fabrication described in these patents and patent applications are representative and other methods of fabrication and materials within the purview of one of ordinary skill in the art are contemplated.

[0029]    In certain embodiments described below, an acoustic resonator comprises a piezoelectric layer disposed between top and bottom electrodes, and an acoustic reflector, such as a distributed Bragg reflector (DBR), disposed over a cavity defined by the substrate. The acoustic reflector may be formed of a single layer or multiple layers, where at least one of the layers comprises a temperature compensating layer, e.g., formed of material having a temperature coefficient that offsets temperature coefficient(s) of other component(s) of the acoustic resonator. The acoustic reflector may be formed of one or more pairs of layers formed under a bottom electrode where it minimizes a detrimental impact of a so-called "dead-FBAR" region in which acoustic vibrations of the acoustic resonator may be attenuated through mechanical scattering of the electrically excited motion at a boundary between the bottom electrode and an underlying substrate and through the transducer effect in the region where FBAR acoustic stack overlaps the substrate. Each pair of layers consists of a low acoustic impedance layer stacked on a high acoustic impedance layer.

[0030]    The acoustic resonator may further include a collar disposed outside a main membrane region and/or a frame disposed within the main membrane region. The collar typically has an inner edge substantially aligned with a boundary of the main membrane region or somewhat overlapping the main membrane region, and the frame typically has an outer edge substantially aligned with the boundary of the main membrane region. The cavity may be disposed in the substrate within the main membrane region. Generally, a collar couples the evanescent thickness extensional (eTE1) and piston modes of a main membrane region to the evanescent thickness extensional mode of a collar region, and a frame suppresses excitation of propagating modes.

[0031]    The collar may be formed of a relatively thick dielectric region of finite width, and may be located in various alternative locations, such as above the top electrode, below the bottom electrode, or between the bottom electrode and the piezoelectric layer. The collar may also be divided into multiple layers and formed in more than one of the above locations. Also, the collar may be formed inside other features of the acoustic resonator, for instance, inside the piezoelectric layer. A region of the acoustic resonator above and below the collar will be referred to as a collar region.

[0032]    The collar is typically designed so that its cutoff frequency is substantially the same as the cutoff frequency in the main membrane region, and its main non-propagating mode (evanescent mode, for instance) has substantially the same modal distribution as the piston mode in the main membrane region. This prevents acoustic energy in the piston mode from being converted into unwanted propagating modes in the collar region and propagating and evanescent modes in the main membrane region. If excited, propagating modes in the collar region in general may lead to energy loss due to acoustic radiation to the region outside of acoustic resonator. Similarly, if excited, propagating and evanescent

modes inside the main membrane region may in general produce lateral voltage gradients, which may lead to lateral current flows and energy loss due to the Joule heating. Thus, the collar may improve confinement of the piston mode within the main membrane region while suppressing the excitation of unwanted spurious lateral modes inside and outside of the main membrane region. This, in turn, may reduce overall acoustic scattering loss and enhance the parallel resistance Rp and the quality factor (Q-factor) of the acoustic resonator.

[0033]    In the absence of the collar, there may be a significant acoustic impedance discontinuity at the edge of the top electrode for an electrically excited piston mode. Because the electric field is also terminated at the edge of top electrode, that edge will cause both mechanical and electrical excitation of evanescent, propagating and complex modes supported by the structures both inside and outside of the main membrane region. Evanescent and complex modes decay exponentially, so a wide enough collar structure will suppress them. Moreover, propagating modes may be suppressed by forming the collar structure with a proper width. Additionally, a collar structure extending over (or under) the top electrode may act as an integrated frame, thus it may minimize the amplitude of electrically excited piston mode before the top electrode edge and provide additional acoustic impedance discontinuities to suppress propagating modes. Thus, in the presence of a properly designed collar, most of the piston mode energy at the top electrode edge may couple to the evanescent mode in the collar region, which may then decay exponentially and become efficiently suppressed inside a wide enough collar structure. When the collar overlaps with the substrate, the acoustic reflector also prevents the evanescent and complex modes supported by the collar from coupling to the substrate.

[0034]    The frame is formed by adding a layer of material, usually an electrically conducting material (although dielectric material is possible as well), to the top and/or bottom electrode. The frame can be either a composite frame or an add-on frame, for example. A composite frame has integrated lateral features, formed of aluminum (Al) and molybdenum (Mo), for example, and is formed by embedding material within the top or bottom electrode, typically with an exposed upper or lower surface being coplanar with an upper or lower surface of the top or bottom electrode. An add-on frame is formed by depositing the material above or below of a layer forming either the bottom or top electrode along a perimeter of the main membrane region. The use of a composite frame can simplify fabrication of the acoustic resonator with regard to application of layers on planar surfaces. For instance, it can prevent the formation of outcroppings in overlying layers, which can preserve the structural stability of the acoustic resonator. A region of the acoustic resonator above and below the frame will be collectively referred to as a frame region.

[0035]    The frame generally suppresses electrically excited piston mode in the frame region, and it reflects and otherwise resonantly suppresses propagating eigenmodes in lateral directions, with both effects simultaneously improving operation of the acoustic resonator. This is because the frame's presence generally produces at least one of a cutoff frequency mismatch and an acoustic impedance mismatch between the frame region and other portions of the main membrane region. A frame that lowers the cutoff frequency in the frame region as compared to the main membrane region will be referred to as a Low Velocity Frame (LVF), while a frame that increases the cutoff frequency in the frame region

4

as compared to the main membrane region will be referred to as a High Velocity Frame (HVF). The reasoning behind this nomenclature is that for composite frames (for which thicknesses of the frame and main membrane regions are substantially the same), an increase or decrease of the cutoff frequency is substantially equivalent to an increase or decrease an effective sound velocity of the acoustic stack forming the frame, respectively.

[0036]    A composite or add-on frame with lower effective sound velocity than the corresponding effective sound velocity of a main membrane (i.e., an LVF) generally increases parallel resistance Rp and Q-factor of the acoustic resonator above the cutoff frequency of the main membrane region. Conversely, a composite or add-on frame with a higher effective sound velocity than the corresponding effective sound velocity of a main membrane (i.e., an HVF) generally decreases series resistance Rs and increases Q-factor of the acoustic resonator below the cutoff frequency of the main membrane region. A typical low velocity frame, for example, effectively provides a region with significantly lower cutoff frequency than the main membrane region and therefore minimizes the amplitude of the electrically excited piston mode towards the edge of the top electrode in the frame region. Furthermore, it provides two interfaces (impedance miss-match planes), which increase reflection of propagating eigenmodes. These propagating eigenmodes are mechanically excited at membrane/frame interface, and both mechanically and electrically excited at the top electrode edge. Where the width of the frame is properly designed for a given eigenmode, it results in resonantly enhanced suppression of that particular eigenmode. In addition, a sufficiently wide low velocity frame provides a region for smooth decay of the evanescent and complex modes, which are excited by similar mechanisms as the propagating eigenmodes. The combination of the above effects yields better energy confinement and higher Q-factor at a parallel resonance frequency Fp.

[0037]    Various additional examples of collars and frames, as well as related materials and operating characteristics, are described in the above cited U.S. patent application Ser. Nos. 13/663,449 and 13/660,941 to Burak et al., which are hereby incorporated by reference in their entireties. As explained in those applications, collars and frames can be placed in various alternative locations and configurations relative to other portions of an acoustic resonator, such as the electrodes and piezoelectric layer of an acoustic stack. Additionally, their dimensions, materials, relative positioning, and so on, can be adjusted to achieve specific design objectives, such as a target resonance frequency, series resistance Rs, parallel resistance Rp, or electromechanical coupling coefficient Kt². Although the following description presents several embodiments in the form of FBAR devices, several of the described concepts could be implemented in other forms of acoustic resonators, such as SMRs, for example.

[0038]    FIG. 1A is a top view of an acoustic resonator 100A according to a representative embodiment, and FIGS. 1B-1F are cross-sectional views of acoustic resonator 100A, taken along a line A-A' according to different embodiments. The cross-sectional views correspond to different variations of acoustic resonator 100A and will be referred to, respectively, as acoustic resonators 100B-100F. Acoustic resonators 100B-100F have many of the same features, so a repetitive description of these features may be omitted in an effort to avoid redundancy.

[0039]    Referring to FIG. 1A, acoustic resonator 100A comprises a top electrode 135 having five (5) sides, with a connection side 101 configured to provide an electrical connection to interconnect 102. Interconnect 102 provides electrical signals to top electrode 135 to excite desired acoustic waves in a piezoelectric layer (not shown in FIG. 1A) of acoustic resonator 100A.

[0040]    FIGS. 1B-1F are cross-sectional diagrams illustrating acoustic resonators, according to representative embodiments. In the examples depicted in FIGS. 1B-1F (as well as the examples depicted in FIGS. 2A to 4, discussed below), the acoustic resonator is an FBAR, for convenience of explanation. However, it is understood that other types of acoustic resonators may be included, without departing from the scope of the present teachings. Each of the acoustic resonators shown in FIGS. 1B to 1F includes an acoustic reflector or acoustic mirror, such as a distributed Bragg reflector (DBR), formed beneath the acoustic stack over the substrate and a cavity formed in the substrate, as well as a temperature compensating feature (e.g., temperature compensating layer) located within the acoustic reflector. For example, one or more of the acoustic impedance layers in the acoustic mirror may be formed of a material enabling it to also serve as a temperature compensating layer, e.g., having a positive temperature coefficient configured to offset negative temperature coefficients of other materials in the acoustic stack. It is understood that the same general configurations may be included in acoustic resonators having frames and/or collars in various locations, without departing from the scope of the present teachings.

[0041]    Referring to FIG. 1B, acoustic resonator 100B, which may be an FBAR, for example, comprises a substrate 105, a cavity 110 (e.g., air cavity) and an acoustic reflector, indicated by illustrative distributed Bragg reflector (DBR) 106, formed over a top surface of the substrate 105 and the cavity 110. The DBR 106 includes one or more pairs of acoustic impedance layers, indicated by representative first acoustic impedance layer 107 and second acoustic impedance layer 108, discussed below, and a temperature compensating feature. A bottom (first) electrode 115 is disposed on the DBR 106, and a first planarization layer 120 is disposed on the DBR 106 adjacent to the bottom electrode 115. A piezoelectric layer 125 is disposed on the bottom electrode 115 and the first planarization layer 120. A top (second) electrode 135 is disposed on the piezoelectric layer 125. Collectively, the bottom electrode 115, the piezoelectric layer 125, and the top electrode 135 constitute an acoustic stack of acoustic resonator 100B. A second planarization layer 130 is disposed on the piezoelectric layer 125 adjacent to the top electrode 135 to accommodate collar 140, although the second planarization layer 130 is not needed if there is no collar or if the collar is located elsewhere in the acoustic stack, as discussed below.

[0042]    The first and second acoustic impedance layers 107 and 108 may be formed with respective thicknesses corresponding to a quarter wavelength of a natural resonance frequency of acoustic resonator 100B, for example. Generally, the amount of acoustic isolation provided by DBR 106 depends on the contrast between the acoustic impedances of adjacent acoustic impedance layers, with a greater amount of contrast creating better acoustic isolation. In some embodiments, the DBR 106 is formed in pairs of dielectric materials having contrasting acoustic impedances. For example, in the depicted embodiment, the DBR 106 comprises a single pair of acoustic impedance layers, first acoustic impedance layer

# Exhibit D13

**Extrinsic Evidence:**

**Excerpts from Dr. John Bravman's Rebuttal Claim**

**Construction Declaration, dated July 29, 2022**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC. | ) |
| | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-1417-JPM |
| | ) |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**REBUTTAL CLAIM CONSTRUCTION DECLARATION**
**OF JOHN C. BRAVMAN, PH.D.**

excited) to result in energy leakage from the active region to the outer region as a result of the claimed construction.  In other words, excitations of one or more wavelengths that don't cause leakage (*e.g.*, minor or transient excitations) may occur within the scope of the claim.

59.     The intrinsic record does not support limiting "are not excited" to the extent advanced by Akoustis' proposed construction—"the wavelengths do not exist in the whole volume of the active region."  Such a restriction is found nowhere in the intrinsic record.  As described above, including with respect to the previously discussed term ("density of mechanical energy"), what is important to the claimed invention is that there be a reduced lateral leakage of mechanical energy, which is what is shown in, for example, FIG. 3B as compared to FIG. 3A. To do so, the '755 Patent (and claimed invention) specifies that the resonator is constructed so as not to excite particular wavelengths *such that energy leakage results*.  A POSITA would have understood that it is the leakage that matters, and therefore that non-substantive excitations of wavelengths in the active region that don't result in energy leakage are not prohibited.

60.     Indeed, as Dr. Nguyen recognizes in the *Nguyen Declaration*, the proposition underlying Akoustis' construction (that "are not excited" means that the wavelengths do not exist in the whole volume of the active region) is not scientifically realistic.  *Nguyen Declaration* at 20.  Absent specific descriptions in the '755 Patent that it was the inventors' intent to limit their invention in such a manner, a POSITA would not have understood "are not excited" in the manner proposed by Akoustis.

61.     My analysis above and in my *Initial Declaration* is primarily based on the intrinsic record.

62.     In contrast, the *Nguyen Declaration* does not cite a single part of the intrinsic record to support Akoustis' construction of "are not excited."  Instead, it relies *only* on extrinsic

## V.     RESERVATION OF RIGHTS

81.     My opinions are based upon the information that I have considered to date.  I reserve the right to supplement my opinions in the future to respond to any arguments raised by Akoustis or Dr. Nguyen and to take into account new information that becomes available to me.

82.     I declare that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Executed on July 29, 2022

_____

    John C. Bravman

PAGE 25

# Exhibit D14

**Extrinsic Evidence:**

**Defendants' Preliminary Claim Construction**

**Supporting Materials (B16), Akgul, Mehmet, et al.,**

**RF Channel-Select Micromechanical Disk Filters—**

**Part II: Demonstration, IEEE Transactions on**

**Ultrasonics, Ferroelectrics & Frequency Control,**

**Vol. 66, No. 1 (Jan. 2019)**

Defendants' Opening Claim Construction Brief

*Qorvo v. Akoustis*, C.A. No. 21-1417 (JPM)

# Exhibit B16

## Supporting Materials

## Akoustis Preliminary Claim Construction

218     IEEE TRANSACTIONS ON ULTRASONICS, FERROELECTRICS, AND FREQUENCY CONTROL, VOL. 66, NO. 1, JANUARY 2019

# RF Channel-Select Micromechanical Disk Filters—Part II: Demonstration

Mehmet Akgul, *Member, IEEE*, Alper Ozgurluk, *Student Member, IEEE*, and Clark T.-C. Nguyen, *Fellow, IEEE*

*Abstract*—This Part II of a two-paper sequence presents fabrication and measurement results for a micromechanical disk-based RF channel-select filter designed using the theory and procedure of Part I. Successful demonstration of an actual filter required several practical additions to an ideal design, including the introduction of a 39-nm-gap capacitive transducer, voltage-controlled frequency tuning electrodes, and a stress relieving coupled array design, all of which combine to enable a 0.1% bandwidth 223.4-MHz channel-select filter with only 2.7 dB of in-band insertion loss and 50-dB rejection of out-of-channel interferers. This amount of rejection is more than 23 dB better than a previous capacitive-gap transduced filter design that did not benefit from sub-50-nm gaps. It also comes in tandem with a 20-dB shape factor of 2.7 realized by a hierarchical mechanical circuit design utilizing 206 micromechanical circuit elements, all contained in an area footprint of only 600 $\mu$m × 420 $\mu$m. The key to such low insertion loss for this tiny percent bandwidth is $Q$'s > 8800 supplied by polysilicon disk resonators employing for the first time capacitive transducer gaps small enough to generate coupling strengths of $C_x/C_o \sim 0.1\%$, which is a 6.1× improvement over previous efforts. The filter structure utilizes electrical tuning to correct frequency mismatches due to process variations, where a dc tuning voltage of 12.1 V improves the filter insertion loss by 1.8 dB and yields the desired equiripple passband shape. Measured filter performance, both in- and out-of-channel, compares well with predictions of an electrical equivalent circuit that captures not only the ideal filter response, but also parasitic nonidealities that distort somewhat the filter response.

*Index Terms*—Bandpass filter, coupling, feedthrough, frequency tuning, insertion loss, MEMS resonator, microfabrication, RF channel selection, small gap, spurious mode, stress control.

## I. INTRODUCTION

HAVING presented a complete design procedure for filters utilizing capacitive-gap transduced micromechanical disk resonators in Part I of this two-paper paper, Part II now turns to practical implementation issues. In particular, unlike the ideal filter covered in Part I, a real filter suffers nonidealities that if not circumvented can significantly compromise performance. Among the most important practical considerations for the present design are as follows:

Manuscript received August 24, 2018; accepted November 20, 2018. Date of publication November 26, 2018; date of current version January 14, 2019. This work was supported in part by the Defense Advanced Research Projects Agency's (DARPA's) Chip-Scale Spectrum Analyzer Program. *(Corresponding author: Clark T.-C. Nguyen.)*

M. Akgul is with Google Inc., Mountain View, CA 94043 USA.

A. Ozgurluk and C. T.-C. Nguyen are with the Electrical Engineering and Computer Sciences Department, University of California, Berkeley, CA 94720 USA (e-mail: ctnguyen@berkeley.edu).

Digital Object Identifier 10.1109/TUFFC.2018.2883296



Fig. 1. Schematic description of the demonstrated second-order differential filter, showing the electrical drive and sense measurement setup and emphasizing key features that make possible practical implementation of this mechanical circuit.

1) structural film stress, especially in-plane stress that might push resonators into their substrate-anchored electrodes;
2) parasitic trace resistance that might contribute significant insertion loss and increase input to output feedthrough;
3) finite fabrication tolerances that introduce frequency variations, most importantly frequency mismatches between identically designed resonators.

Pursuant to elucidating, understanding, and alleviating the impact of these and other nonidealities, this Part II paper demonstrates an actual polysilicon surface-micromachined filter designed using the methods of Part I and summarized in Tables I and II. The demonstrated 223.4-MHz second-order Chebyshev filter, shown in Fig. 1, employs 206 resonant micromechanical elements to realize a channel-selecting 0.1% bandwidth while achieving only 2.7 dB of in-band insertion loss together with 50 dB of out-of-channel stopband rejection [1]. This amount of rejection is 23 dB better than that of previous capacitive-gap transduced channel-select filter efforts [2], and comes in tandem with a 20-dB shape factor of 2.7 commensurate with its use of two array-composite resonators. Capacitive transducer gaps scaled down to 39 nm and a bias voltage of 14 V achieve sufficient single-resonator transducer coupling strengths of $C_x/C_o = 0.1\%$ and a low filter termination impedance of only 590 $\Omega$. As shown in Fig. 1, the filter comprises 96 disks mechanically coupled

0885-3010 © 2018 IEEE. Personal use is permitted, but republication/redistribution requires IEEE permission.
See http://www.ieee.org/publications_standards/publications/rights/index.html for more information.

TABLE I
FILTER PHYSICAL DESIGN AND PERFORMANCE SUMMARY

| | Parameter | Design Source | Design | Measured | Adjusted / Simulated | Unit |
|---|---|---|---|---|---|---|
| **Filter Specifications** | Center Frequency, $f_o$ | Spec. | 224 | 223.4 | 223.4 | MHz |
| | Bandwidth, $B$ | Spec. | 224 | 229 | 229 | kHz |
| | Percent Bandwidth, $P_{BW}$ | Spec. | 0.10 | 0.10 | 0.10 | % |
| | Insertion loss, $IL$ | Spec. | 2 | 2.73 | 2.73 | dB |
| | Minimum Beam Width, $w_{c,min}$ | Process | 1 | 1 | 1 | μm |
| | Out-of-Band Rejection @ $\Delta f = $ 5MHz | Fig. 11 | 69.6 | 50.2 | 49.7 | dB |
| | Filter Termination Resistance, $R_Q$ | (57$^\dagger$) | 445 | 590 | **637** | Ω |
| **Filter Design & Material Constants** | Normalized $q_0$ | Spec. | 10 | - | 9.0513 | - |
| | Normalized $q_n$ | Spec. | 1.9497 | - | 1.9497 | - |
| | Normalized $k_{ij}$ | Spec. | 0.7225 | - | 0.7225 | - |
| | Young's Modulus, $E$ | Process | 158 | - | 158 | GPa |
| | Density, $\rho$ | Process | 2300 | - | 2300 | kg/m$^3$ |
| | Frequency Material Constant, $K_{mat}$ | (11$^\dagger$) | 0.654 | - | 0.654 | - |
| | Disk Mass Adj. Factor, $\chi$ | [27$^\dagger$] | 0.763 | - | 0.763 | - |
| **Single Disk Resonator** | Disk Radius, $R$ | (51$^\dagger$) | 12.1 | 12.12 | 12.127 | μm |
| | Structural Material Thickness, $h$ | Process | 3 | 3 | 3 | μm |
| | Electrode-to-Resonator Gap, $d_o$ | Process | 40 | 39.1 | 39.1 | nm |
| | Electrode Span Angle, $\theta_{ov}$ | Layout | 330 | 330 | 330 | ° |
| | DC bias voltage, $V_P$ | (52$^\dagger$) | 17 | 14 | **14** | V |
| | Resonator Quality Factor, $Q$ | Process | 10,000 | 8,830 | **8,830** | - |
| | Resonator Electromech. Coupling Coeff., ($C_x/C_o$) | (17$^\dagger$) | 0.17 | 0.13 | 0.13 | % |
| | Disk Dynamic Mass at Perimeter, $m_m$ | (14$^\dagger$) | 2.4213 | - | 2.43 | ng |
| | Disk Dynamic Stiffness at Perimeter, $k_m$ | (14$^\dagger$) | 4.7963 | - | 4.79 | MN/m |
| | Disk Damping at Perimeter, $b_m$ | (14$^\dagger$) | 0.3408 | - | **0.39** | μkg/s |
| **Array-Composite Quadrant** | Total No. of Disks, $N_{tot}$ | (53$^\dagger$-55$^\dagger$) | 24 | 24 | 24 | - |
| | Rows × Columns, $N_{row} \times N_{col}$ | Layout | 4×6 | 4×6 | 4×6 | - |
| | Number of Input/Output Resonators, $N_{io}$ | (53$^\dagger$) | 14 | 14 | 14 | - |
| | Number of Buffer Resonators, $N_b$ | Layout | 8 | 8 | 8 | - |
| | Number of Tuning Resonators, $N_t$ | (55$^\dagger$) | 2 | 2 | 2 | - |
| | Acoustic Quarter-Wavelength, $\lambda/4^\sharp$ | (59$^\dagger$) | 9.2503 | 9.27 | 9.27 | μm |
| | Filter $5\lambda/4$ Coupling Beam Width, $w_c$ | (60$^\dagger$) | 5.1664 | - | 5.3 | μm |
| | Array-Composite $\lambda/2$ and $\lambda$ Coupling Beam Width | Layout | 1 | 1 | 1 | μm |
| | Array Electromech. Coupling Coeff., ($C_{xA}/C_{oA}$) | (40$^\dagger$) | 0.10 | 0.076 | 0.076 | % |

\* Boldface value indicates a change from design value needed to curve fit the simulation to actual measured data.

$\dagger$ Equation numbers marked with the $\dagger$ sign used in this table refer to numbered equations presented in Part I of this paper.

$\sharp$ The actual quarter wavelength coupler length used is $5\lambda/4$.

TABLE II
FILTER CIRCUIT DESIGN SUMMARY

| | Parameter | | Source | Design | Measured | Adjusted/ Simulated | Unit |
|---|---|---|---|---|---|---|---|
| **Core Equivalent Circuit Variables** | Inductance at Disk-Composite Array Perimeter, $l_{xA}$ | | $(62^\dagger)$ | 58.112 | - | 58.380 | pH |
| | Capacitance at Disk-Composite Array Perimeter, $c_{xA}$ | | $(62^\dagger)$ | 8.6872 | - | 8.6863 | nF |
| | Resistance at disk-composite array perimeter, $r_{xA}$ | | $(62^\dagger)$ | 8.1788 | - | **9.2855** | μΩ |
| | $\lambda/4$ Coupling Beam Lumped Element, $c_c$ | | $(61^\dagger)$ | 12.024 | - | **11.748** | μF |
| | RF input port static overlap capacitance, $C_{oA}$ | | $(63^\dagger)$ | 647.57 | - | **664.08** | fF |
| | RF input port coupling coefficient, $\eta_{eA}$ | | $(63^\dagger)$ | 275.22 | - | **237.78** | μC/m |
| **Tuning Port** | Tuning port static overlap capacitance, $C_{tA}$ | | $(64^\dagger)$ | 92.510 | - | **94.869** | fF |
| | DC tuning voltage, $V_t$ | | Measured | 17 | 12.1 | **12.1** | V |
| | Tuning port coupling coefficient, $\eta_{tA}$ | | $(64^\dagger)$ | 0 | - | **4.61** | μC/m |
| **Parasitic Elements** | DC bias line resistance, $R_{bias}$ | | Measured | 0 | - | **5.85** | Ω |
| | $\lambda$ coupling beam resistance, $R_\lambda$ | | Measured | 0 | - | **8** | Ω |
| | Overhead parasitic capacitances | $C_{ft}$ | Measured | 0 | - | **27.50** | fF |
| | | $C_{fc}$ | Measured | 0 | - | **26.86** | fF |
| | Substrate parasitic resistances | $R_{subt}$ | Measured | 0 | - | **378.98** | Ω |
| | | $R_{subc}$ | Measured | 0 | - | **388.76** | Ω |
| | Bond pad capacitance, $C_{sub}$ | | Measured | 0 | - | **530.5** | fF |
| | Agilent E5071C I/O Plane Eff. Tuning Inductor, $L_{tune}$ | | Measured | 0 | - | **423** | nH |

\* Boldface value indicates a change from design value needed to curve fit the simulation to actual measured data.

† Equation numbers marked with the † sign used in this table refer to numbered equations presented in Part I of this paper.

by 110 beams. The clearly discernable mechanically coupled resonator arrays implement a design hierarchy reminiscent of complex VLSI transistor circuits, but here used to achieve a complex MSI mechanical filter circuit [3].

This paper begins by addressing each of the three practical considerations enumerated above and describing defensive design solutions. These include electrodeless buffer devices that alleviate postfabrication stress to prevent undue disk-to-electrode contact in Section II; thick conductive interconnect layers that greatly reduce parasitic resistance, thereby reducing insertion loss and increasing isolation, in Sections III and IV; and non input–output (I/O) devices specifically tasked to provide voltage-controlled electrical stiffness frequency tuning to compensate for finite fabrication tolerances in Section V. After summarizing the demonstrated filter design in Section VI, this paper proceeds to describe the fabrication process flow in Section VII, and then presents measurements that match well to theoretical predictions in Section VIII.

## II. DEFENSIVE DESIGN AGAINST FILM STRESS

Part I of this study emphasized the importance of small electrode-to-resonator gaps that amplify the I/O electromechanical coupling and directly contribute to large stop-

band rejection. Indeed, small gaps have greatly enhanced the electromechanical coupling coefficients of the single disks of [4] and [5].

Unfortunately, going from a single resonator to an ensemble of mechanically linked ones introduces a yield loss mechanism that intensifies as gaps become smaller. In particular, differences in substrate and structural material thermal expansion coefficients generate strains when the temperature drops from the structural material deposition temperature to room temperature that effectively move certain resonators in the network relative to their electrodes. If strains are large enough, resonators can actually push into their electrodes, shorting the two in a way that would debilitate the whole filter. Clearly, the problem becomes worse as electrode-to-resonator gap spacing shrinks.

Fig. 2 illustrates the problem for the case of a linear array of five identical 224-MHz polysilicon contour mode disk resonators, each 3 μm thick with 12.1-μm radius, all coupled via half-wavelength extensional-mode beams. The 2-μm-diameter center stem anchors suspend each disk 0.5 μm above the substrate. Here, a stationary finite-element analysis (FEA) reveals that the strain in a string of half-wavelength coupled disks under the typical (for polysilicon over silicon) 50 MPa of in-plane compressive stress translates to the end disks, leaving



Fig. 2. (a) Cross section of a linear disk array-composite under no stress. (b) Same cross section but now with stress induced by faster thermal contraction of the substrate relative to the structure as the temperature falls from deposition to room temperature, where stem anchors moving with the structure exert stress on the array-composite structure. (c) Finite-element stationary analysis result for a $1 \times 5$ polysilicon disk resonator array-composite under 50-MPa compressive stress. Each disk is substrate anchored at the center by a stem post 2 $\mu$m in diameter and connected to the adjacent disk by $\lambda/2$-long beams. The color-map legend indicates displacement in nanometers. The $x$- and $z$-directed arrows in the zoomed-ins indicate lateral and vertical displacements.



Fig. 3. Plot of FEA static analysis results for maximum static displacement under four different structural film stress scenarios for the structure of Fig. 2.

the inner disks relatively strain free. For the specific case of Fig. 2, the outer edges of the end disks move 5.1 nm along the string axis, which is $2\times$ larger than the maximum 2.6 nm experienced by the inner disks. This is fortuitous, indeed, and suggests that gap-closing strains alleviate by merely employing electrodeless buffer disks at the ends of any string of coupled disks. These buffering end disks absorb most of the strain, allowing the inner disks to sport electrodes spaced very close to them with reasonable resilience against stress.

To further quantify the permissible set of array lengths as a function of residual stress, Fig. 3 plots the maximum displacement experienced by each disk in five-disk linear array of Fig. 2 under four different residual stress conditions, with some much larger than the normal ∼50 MPa. The plot more clearly illustrates how the inner disks experience very similar displacements that gradually increase with stress, while

displacements at the end disks increase much more abruptly with increasing stress. An important takeaway from Fig. 3 is that a five-disk linear array (such as used in the demonstrated filter) cannot safely support 40-nm electrode-to-disk gaps if post fabrication residual stress values rise above 1.5 GPa. Fortunately, well-designed deposition recipes provide stress levels below 200 MPa for the majority of useful micromachinable materials, where 50 MPa is typical for properly annealed polysilicon.

Interestingly, according to FEA simulation, the use of just two buffer devices as in Fig. 3 is just as effective for much larger arrays, as well. For example, a nine-disk array with two buffer devices incurs less than 1-nm increase in inner disk movement over a five-disk one.

The area penalty incurred when employing stress-relieving electrodeless buffer disks at the boundaries of each of the four arrays is clear from Fig. 1, where the penalty amounts to a 50% increase in disk footprint over the electroded $4 \times 4$ array. The penalty for doing this manifests in not only area, but also electromechanical coupling, which reduces from the 0.128% it would have been without the buffer disks, to 0.074% with the buffer disks, as predicted by (40) from Part I for the filter design presented in Table I. As will be seen in Section VIII, these encumbrances are well worth the yield enhancement afforded via these buffer disks.



Fig. 4. Simulated frequency response spectra for a 225-MHz two-pole, i.e., two-resonator, 0.5-dB ripple, Chebyshev filter with 0.1% bandwidth, for small and large values of pad capacitance.



Fig. 5. Schematic description of dominant electrical feedthrough paths in a simple two-resonator filter.

## III. IMPACT OF PARASITICS

As with any microscale on-chip device, parasitic resistance and capacitance can impact the performance of a micromechanical filter, and their influence increases as frequency increases. Of the two, resistance is perhaps the most controllable, which is fortunate, since resistance can often serve as an effective knob with which to control capacitive parasitics.

The capacitive parasitics that most impact filter performance are shunt capacitance at the input and output terminals; and feedthrough capacitors that offer an alternative signal path for input signals thereby competing with the filter path.

### A. Shunt Parasitic Capacitance

Part I described the importance of electromechanical coupling ($C_x/C_o$) to avoid passband distortion, where ($C_x/C_o$) should be greater than the intended percent bandwidth by a factor governed by the filter order, which in turn depends upon the number of resonators used. Note that (39) from Part I for ($C_x/C_o$) accounts for only the intrinsic electrode-to-resonator overlap $C_o$ and not any parasitic capacitance. If additional capacitance $C_p$ from parasitic sources adds to the intrinsic value, the value of ($C_x/C_o$) changes by the factor

$$\left(\frac{C_x}{C_o}\right)_{\text{eff}} = \frac{1}{1+C_p/C_o}\left(\frac{C_x}{C_o}\right) \qquad (1)$$

which could entail a significant reduction if $C_o$ is small compared with $C_p$. For example, the 12.1-$\mu$m-radius disks used in the prototype of this work have shunt $C_o$'s of 47.4 fF. If a single resonator were used as an input device, biased as in Table I, then an 80 $\mu$m × 80 $\mu$m bond pad that alone adds 97.7 fF of shunt capacitance through the 500-nm nitride and 2-$\mu$m oxide layers would reduce ($C_x/C_o$) by 3×, from 0.1% to 0.034%. Fig. 4 illustrates via simulation the 4.8 dB of additional passband distortion imposed by this bond pad capacitance. This much distortion is generally not acceptable.

One method to obviate shunt capacitance, whether parasitic or intrinsic, is to resonate it out via an inductor. The obvious

issue here is the need for an inductor, which whether on or off chip, incurs undesirable cost increase. Still, this solution makes good sense if that one inductor can resonate the shunt capacitance of many filters all at once, such as would be possible for an RF channel-selecting bank of filters [6]. If only one filter, however, the use of an inductor to resonate out shunt capacitance is not cost effective.

Equation (1) suggests that an alternative solution that avoids the need for an inductor is simply to increase the intrinsic $C_o$ of the resonator relative to $C_p$. Indeed, once $C_o$ dominates over $C_p$, the parasitic has much less influence. Perhaps the most effective way to do this is to decrease the electrode-to-resonator gap spacing, since this raises $C_x$ faster than $C_o$, raising the overall ($C_x/C_o$) while increasing immunity against $C_p$.

If reducing gap spacing is not an option, however, then the next best solution is as shown in Fig. 1, where the use of disk array composites increase the intrinsic $C_o$ and the $C_x$ at the same rate, keeping ($C_x/C_o$) constant, while attenuating the effect of $C_p$ via (1). In the specific prototype demonstrated here, ignoring for now the effect of buffer disks, the use of 16 I/O disks in each quadrant array generates 800 fF of intrinsic $C_o$, which now limits the reduction in ($C_x/C_o$) to only 1.1×, yielding a ($C_x/C_o$)$_{\text{eff}}$ of 0.089%.

Finally, another reasonable strategy to reduce $C_p$ is to float the substrate, which would work best if the substrate were nonconductive. The prototype filter demonstrated here actually takes this approach, i.e., does not ground the substrate. However, its substrate is not undoped, but rather lightly doped with a resistivity of 8–12 $\Omega$·cm. Although this does reduce shunt capacitance, it also introduces additional feedthrough, which can both distort the passband and reduce the stopband rejection. Use of a high resistance substrate would likely have fared better. Obviously, this approach all but precludes integration over bulk CMOS. If integration over CMOS were available and desired, though, other approaches to suppressing shunt capacitance arise in tandem, such as ground plane bootstrapping.

## B. Feedthrough Parasitics

Fig. 5 depicts the parasitic resistors and capacitors that most impact the performance of a simple two-resonator filter. These include the following:

1) the physical resistors $R_{bias}$ from the actual dc-bias voltage supply to the disk-to-electrode interfaces;
2) the resistance $R_{\lambda/4}$ between the disks, mainly through the coupling beam;
3) the electrode-to-resonator overlap capacitors, $C_o$; and
4) the feedthrough path from input electrode to output electrode, which comprises the series combination of substrate capacitors $C_{sub}$'s, plus series resistance, as well as direct overhead capacitance $C_f$ between the electrodes.

Of particular concern are parasitic elements that permit electrical feedthrough of signals from input to output that effectively bypass the filter transfer function. Here, electrical feedthrough can generate significant passband distortion and reduce out-of-band rejection, thereby compromising the filter's ability to eliminate out-of-channel blockers.

Of the paths available for feedthrough in Fig. 5, three stand out as most troublesome.

1) *Through-Structure Feedthrough (Path 1)* starting at the input electrode, going through the input electrode-to-disk capacitor, through the structure resistance (dominated by the coupling beam's $R_{\lambda/4}$), and finally through the disk-to-output electrode overlap capacitor to the output electrode.
2) *Through-Substrate External Feedthrough (Path 2)* going through the input electrode-to-substrate capacitor, through the substrate resistance, and finally out the substrate-to-output electrode capacitor to the output electrode. Note that in a practical research design that allows interrogation via probe, or in a situation where MEMS and other function dies connect via wire-bonds, bond pads can greatly increase the electrode-to-substrate capacitance.
3) *Overhead External Feedthrough (Path 3)* going from input to output through direct parasitic feedthrough capacitance, perhaps going over the structure itself. This component can be particularly important in situations where probe station probe tips or bond wires access the filter.

Insight on methods to suppress these feedthrough paths follows most readily from inspection and simulation of the equivalent circuit modeling the filter and its parasitic elements.

## IV. Filter Electrical Equivalent Circuit With Parasitic Elements

Of course, the entire filter is more complex than the simple two-resonator illustration of Fig. 5, as it contains arrays of disks and a fully differential structure. Unfortunately, complexity like this can hide significant insight. In the interest of gleaning maximum insight, it is instructive to tackle first the much simpler equivalent circuit of the two-resonator filter in Fig. 5.



Fig. 6. Circuits for the parasitic paths of Fig. 5 hooked around the circuit for a properly terminated two-resonator filter with input source $v_{in}$ and output $v_{out}$.

## A. Case: Single-Ended Filter

Pursuant to this, Fig. 6 inserts the simple parasitic path circuit of Fig. 5 into a properly terminated drive and sense circuit with input source $v_{in}$ and output $v_{out}$. From this circuit, depending on the values of internal parasitic resistors $R_{bias}$ and $R_{\lambda/4}$, the amount of source signal $v_{in}$ traversing the feedthrough path and appearing at the output becomes a strong function of the value of $R_Q$.

## B. Suppressing Series External Feedthrough (Paths 2 and 3)

Simple inspection of circuit in Fig. 6 reveals that the purely series feedthrough paths, i.e., paths 2 and 3, experience greater attenuation with smaller values of $R_Q$. In particular, the transfer function for the overhead feedthrough path (path 3) from $v_{in}$ to $v_{out}$ takes the form

$$\frac{v_{out}}{v_{in}} = \frac{j\omega R_Q C_f}{1 + j2\omega R_Q C_f}. \tag{2}$$

Here, reducing $R_Q$ from 5 k$\Omega$ to 50 $\Omega$ would decrease the feedthrough level by 39.9 dB at 223 MHz for the case where $C_f$ is 10 fF.

For the through substrate feedthrough path (path 2), the expression relating the voltage seen at $v_{out}$ to that at $v_{in}$ takes the form

$$\frac{v_{out}}{v_{in}} = \frac{j\omega R_Q C_{sub}}{2 + j\omega(2R_Q + R_{sub})C_{sub}}. \tag{3}$$

Again, a need to reduce $R_Q$ manifests, where reducing $R_Q$ from 5 k$\Omega$ to 50 $\Omega$ would decrease the feedthrough level by 33.12 dB at 223 MHz for typical $C_{sub}$ and $R_{sub}$ values of 530.5 fF and 374.98 $\Omega$, respectively.

Beyond this, consideration of the external feedthrough path 2 suggests that the magnitude of unwanted current in an asymmetric structure is best suppressed by shrinking bond pads and increasing the isolation dielectric layer thickness (see Fig. 13) to reduce capacitance from the I/O ports to the substrate; and by raising the substrate resistance, perhaps by using an undoped silicon substrate.

224    IEEE TRANSACTIONS ON ULTRASONICS, FERROELECTRICS, AND FREQUENCY CONTROL, VOL. 66, NO. 1, JANUARY 2019



Fig. 7.  Through structure feedthrough at 223 MHz versus the value of $R_Q$ for typical values of structural parasitic elements: $R_{bias} = 5.85\ \Omega$, $R_{\lambda/4} = 10\ \Omega$, and $C_o = 648$ fF (for a disk array).



Fig. 8.  (a) Schematic describing the current divider formed by dc-bias trace parasitic resistance and static electrode-disk overlap capacitors, where (b) very low trace resistance creates a sink for parasitic feedthrough current $i_f$ and increases filter rejection as desired. In contrast, (c) high trace resistance cannot effectively shunt electrical feedthrough, allowing it to leak to the output.

### C. Suppressing Through-Structure Feedthrough (Path 1)

In Fig. 6, signals feeding through the structure itself first proceed through the input capacitance, then through a resistive voltage divider comprised of the $R_Q$, $R_{bias}$, and $R_{\lambda/4}$ resistors. The element values of the resistors in this voltage divider largely determine how much signal shunts to ac ground (realized by dc-bias sources) and how much makes it to the output. Assuming $R_Q$ is much larger than $R_{bias}$ and $R_{\lambda/4}$, the expression relating the voltage seen at $v_{out}$ to that at $v_{in}$ is

$$\frac{v_{out}}{v_{in}}$$
$$\approx \left\{ \frac{j\omega R_{bias}C_o}{1 + j\omega R_Q C_o} \frac{1 + \frac{R_{\lambda/4}}{R_{bias}}}{2 + \frac{R_{\lambda/4}}{R_{bias}}} \right\} \left\{ \frac{1}{1 + \frac{R_{\lambda/4}}{R_{bias}}} \right\} \left\{ \frac{j\omega R_Q C_o}{1 + j\omega R_Q C_o} \right\}.$$
(4)

Equation (4) reveals that for cases where through-structure feedthrough dominates over external paths, there is a worst case value of $R_Q$ where the transfer function of (4) peaks (which of course is bad). Fig. 7 plots (4) at 223 MHz versus the value of $R_Q$ for typical values of structural parasitic elements: $R_{bias} = 5.85\ \Omega$, $R_{\lambda/4} = 10\ \Omega$, and $C_o = 648$ fF (for the demonstrated disk array). Here, the worst case value of $R_Q$ is 1101 $\Omega$, at which the feedthrough level peaks to $-62.9$ dB at 223 MHz. From the plot, when through-structure feedthrough dominates over other paths, it is best to pick either small or large values of $R_Q$. This is fortuitous given that most practical IF and RF applications prefer impedances on the smaller side, in the 50- to 500-$\Omega$ range.

Equation (4) further suggests that feedthrough plummets when interconnect resistance, e.g., $R_{bias}$, is minimized while structure resistance, e.g., $R_{\lambda/4}$, is maximized. As shown in Fig. 8(b), the $R_{bias}$ resistors associated with dc-bias interconnects effectively shunt to ground currents that would otherwise feedthrough to the output. The smaller the value of $R_{bias}$, the larger the amount of current that takes the path toward the dc-bias pads, and the less the parasitic current that reaches the output. In contrast, a high $R_{bias}$ resistance between the dc-bias

source and the disk resonator effectively repels current, directing it toward the output port instead of the dc-bias sink, as shown in Fig. 8(c), where it can mask the desired motional current of the device and limit the ultimate filter stopband rejection. This justifies the added fabrication process complexity to achieve 3-$\mu$m-thick phosphorus doped polysilicon interconnect traces in this study, which are considerably thicker than the 300 nm of [2], so much more conductive. The 3-$\mu$m-thick interconnect of this work provides a sheet resistance on the order of 0.8 $\Omega/\square$, which is considerably smaller than the 21.3 $\Omega/\square$ of previous 300-nm-thick traces. As will be seen, this greatly improves the stopband rejection of the demonstrated filter.

Low parasitic trace resistance minimizes not only parasitic feedthrough, but also parasitic $Q$ loading of constituent resonators by resistive traces, thereby reducing insertion loss. Low interconnect resistance becomes especially important as electrode-to-resonator gaps shrink to yield correspondingly small resonator motional resistances that are more easily loaded by the interconnect resistance. Disks operating in radial contour modes further derive more benefit than wine-glass counterparts from reduced parasitic trace resistance, since the resonant motional currents for the former enter or leave both input and output electrodes in phase [7]. This makes them more susceptible to resistive loading from dc-bias lines, as well as from I/O lines, both of which degrade the resonator $Q$, with detrimental impact to filter insertion loss.

As mentioned, raising the structure resistance also reduces parasitic current feeding through the structure. In fact, making the coupling beams nonconductive, as done in [8], would greatly suppress parasitic feedthrough. The benefits of doing this, however, need to outweigh its added process complexity.

### D. Case: Balanced Differential Filter

Interestingly, the parasitic feedthrough that plagues the single-ended filter example of Section IV-C attenuates dramatically when the filter takes on a balanced topology with differential I/O, as in Fig. 1. Here, balanced differential operation generates largely offsetting feedthrough currents at each output node that result in orders of magnitude reduction in feedthrough versus the single-ended case.



Fig. 9. Electrical equivalent circuit for a second-order differential micromechanical disk filter. This circuit improves upon the version presented in Part I of this paper by introducing parasitic electrical feedthrough models as marked in the highlighted rectangular areas. Here, the three dominant feedthrough paths comprise feedthrough via coupling beams, via the substrate parasitic capacitances, and via overhead capacitance. The "t" and "c" added to certain feedthrough element subscripts stand for "through" and "cross", respectively.





Fig. 10. Single-ended filter response alongside various feedthrough components. (a) Ideal single-ended filter response with individual parasitic feedthrough components. (b) Full filter responses as a function of the different feedthrough mechanisms.

The degree of improvement is very clear upon simulation of the equivalent circuit for the entire filter. To this end, Fig. 9 modifies the equivalent circuit of Fig. 24 from Part I to explicitly include the most problematic parasitic paths, shown boxed in Fig. 9. Here, resistors $R_{\lambda/4}$ model the resistance across each of the quarter-wavelength coupling beams connecting left and right disk array composites in the top and bottom halves of the hierarchical structure. Meanwhile, resistors $R_\lambda$ model resistive paths across the full-wavelength beams coupling top and bottom array composites. Finally, resistors $R_{bias}$ model the equivalent interconnect resistance from the stems to the bias bond pads of the combined resonators in each of the four half-wavelength-coupled array composites.

Due to their complex structure, parasitic contributions from the disk array composites are distributed in nature, so are most correctly modeled via circuit networks that mimic the interconnection of all resistors and capacitors in their structures. Doing so reveals that use of a 3-μm-thick doped polysilicon structure together with 3-μm-thick doped polysilicon interconnect, such as demonstrated here, yields total parasitic resistance contributions from each array composite that are negligible compared with the resistance of the λ/4 and λ beams that couple them. To unclutter the visual circuit, the model of Fig. 9 ignores the distributed parasitic resistance of the disk array composites

and condenses their equivalent circuits to that used for single resonators, but with element values augmented by the number of resonators used per the theory of Part I.

The efficacy by which balanced differential operation suppresses feedthrough is perhaps best gauged by comparison with the single-ended case. To this end, Fig. 10 uses the top half of the circuit in Fig. 9 with values from the "Adjusted/Simulated" column of Tables I and II to simulate the resulting single-ended filter response alongside the various feedthrough components described in this section. Fig. 10(a) specifically compares the ideal single-ended filter response with individual parasitic feedthrough components, while Fig. 10(b) plots full filter responses as a function of the different feedthrough mechanisms. The plot in Fig. 10(b) for the case where all feedthrough paths are present posts a rather meager stopband rejection of only −7.5 dB.

For comparison, Fig. 11 presents similar simulations, but for the entire balanced differential filter circuit of Fig. 9, applying a differential input and taking a differential output. The difference is night and day, where cancelation of parasitic feedthrough now permits a stopband rejection of −52.2 dB, which is 44.7 dB better than the single-ended case.

Clearly, the degree to which the Fig. 9 filter structure is truly symmetric dictates the achievable stopband rejection. Ultimately, despite layout symmetry, practical fabrication mismatch limits the degree of symmetry attainable. With stopband rejection as the gauge, Section VIII will show that the fabrication process herein, together with voltage-controlled frequency tuning, allows for excellent symmetry.





Fig. 11.   Differential filter response alongside various feedthrough components. (a) Ideal differential filter response with individual parasitic feedthrough components. (b) Full filter responses as a function of different feedthrough mechanisms, showing superior performance relative to the single-ended case of Fig. 10(b).



Fig. 12.   Simulated frequency response spectra for a 225-MHz three-pole, i.e., three-resonator, 0.5-dB ripple, Chebyshev filter with 0.1% bandwidth, for different amounts of resonator-to-resonator mismatching. For each mismatch case, adjacent resonators experience the indicated frequency deviation in opposite directions to simulate the worst-case mismatch scenario.

It is worth noting that use of a balanced differential filter at an RF front-end might incur some changes from conventional hookups. For example, a balun might now be necessary to go from a single-ended antenna to the input of this bal-anced differential filter. In addition, an LNA following the filter would need to have a differential input. As a whole, however, balanced differential operation beyond the filter will benefit an RF front-end from both noise and linearity perspectives.

## V. Electrical Stiffness Tuning of Frequency Mismatches

Small percent bandwidth filters present challenges in not only insertion loss, but also yield and repeatability. Indeed, the smaller the percent bandwidth, the smaller the allowable mismatch between resonators. For example, as illustrated by the simulations of Fig. 12, 0.1% bandwidth requires resonator-to-resonator frequency matching better than 50 ppm to limit mismatch-derived passband ripple to less than 0.5 dB over the designed 0.5 dB. So far, single disk resonators (such as used in the arrays of this work) post frequency standard deviations on the order of $\sigma_{f,\text{Single}} = 316$ ppm [9], which is clearly short of the requirement. For this reason, only a small number of the mechanical filters fabricated in [2] actually exhibited acceptable passband distortion. Yields of course must be much higher for high volume production.

Reference [9] showed that mechanically coupled array composites of resonators attain better matching than any one of their constituents by a factor equal to $\sqrt{N_{\text{tot}}}$, where $N_{\text{tot}}$ is the total number of resonators in the array. Thus, the 48 resonators (including non-I/O ones) used in each differential array composite pair of Fig. 1 should improve the 316 ppm standard deviation by 6.9× to 45.7 ppm. This means that about 73% of fabricated filters using the design of Fig. 1 should exhibit acceptable passband distortion (defined here as <0.5 dB), with no need for tuning. However, for the more desirable 95% yield, the standard deviation would need to be about 25 ppm.

Ultimately, achieving 95% of 0.1% channel-select filters with less than 0.5-dB passband distortion requires tuning. The filter of Fig. 1 achieves this by dedicating some of the resonators in each of its mechanically coupled arrays exclusively for frequency tuning via voltage-controlled electrical stiffness [10]. In this approach, application of a voltage across an electrode-to-resonator gap generates an electric field that varies as gap spacing changes, i.e., as the resonator displaces, in turn, causing the electric force between electrode and resonator to vary in-phase with the change in gap spacing. Any force proportional to and in phase with displacement is, of course, a stiffness, in this case taking the form

$$k_{ej} = \frac{\eta_{ej}^2}{C_{oj}} = \frac{V_{Pj}^2 \left(\frac{\partial C}{\partial x}\right)_j^2}{C_{oj}} = \frac{\varepsilon_o A_{oj} V_{Pj}^2}{d_{oj}^3} \quad (5)$$

where $k_{ej}$ is the electrical stiffness generated at port $j$, and $\eta_{ej}$, $C_{oj}$, $A_{oj}$, $V_{Pj} = V_P - V_j$, and $d_{oj}$ are the electro-mechanical coupling factor, overlap capacitance, overlap area, voltage drop, and spacing, respectively, across the electrode-to-resonator gap of that port.

Although in the demonstrated design of Fig. 1, only four resonators out of the 48 in each differential array composite possess tuning electrodes, any resonator with a voltage across its electrode-to-resonator gap contributes to the total effective

electrical stiffness. This includes the 28 I/O resonators in each differential array composite. Taking this into consideration, the total frequency-pulling strength of the electrical stiffness imposed on the *i*th differential array composite of Fig. 1 using identical disks and electrodes takes the form

$$\omega_{oi} = \sqrt{\frac{2N_{\text{tot}}k_m - k_{e1} - k_{e2} - \cdots - k_{ej}}{2N_{\text{tot}}m_m}}$$

$$= \omega_{\text{oim}}\sqrt{1 - \frac{\sum_{j=0}^{2N_e} k_{ej}}{2N_{\text{tot}}k_m}} \qquad (6)$$

where $\omega_{oi}$ is the radian resonance frequency of the *i*th differential array composite including electrical effects; $N_{\text{tot}}$ is the total number of disk resonators in a quadrant of the differential array-composite, which then has $2N_{\text{tot}}$ disks; $N_e$ is the total number of electrode-equipped resonators in a quadrant; $k_m$ and $m_m$ are the purely mechanical stiffness and mass, respectively, of each single disk in the array, and $\omega_{\text{oim}}$ is the purely mechanical radian resonance frequency, i.e., with no voltages applied, given by

$$\omega_{\text{oim}} = \sqrt{\frac{2N_{\text{tot}}k_m}{2N_{\text{tot}}m_m}} = \sqrt{\frac{k_m}{m_m}}. \qquad (7)$$

Again, only a subset of the electrodes serve as frequency tuners; the rest connect to the input–output ports. Assuming an applied voltage scheme as in Fig. 1, where the movable structure holds a voltage $V_P$, all I/O electrodes are at dc ground, and all tuning electrodes at $V_T$, and further assuming that all disks and electrodes are identical (so dropping the *j* subscripts), whether they be I/O or tuning, (6) becomes

$$\omega_{oi} = \omega_{\text{oim}}\sqrt{1 - \frac{N_{io}V_P^2\left(\frac{\partial C}{\partial x}\right)^2}{N_{\text{tot}}k_mC_o} - \frac{N_t(V_P - V_T)^2\left(\frac{\partial C}{\partial x}\right)^2}{N_{\text{tot}}k_mC_o}}$$

$$= \omega_{\text{oim}}\sqrt{1 - \frac{N_e}{N_{\text{tot}}}\frac{\varepsilon_o A_o}{d_o^3 k_m}V_P^2 - \frac{N_t}{N_{\text{tot}}}\frac{\varepsilon_o A_o}{d_o^3 k_m}V_T(V_T - 2V_P)} \qquad (8)$$

where $N_{io}$ is the number of I/O electrodes in a quadrant and $N_t$ is the number of tuning electrodes in a quadrant. To better isolate the influence of the tuning voltage $V_T$, it is often useful to define a nominal resonance frequency equal to the frequency of a differential array without the influence of tuning electrodes. For the case of Fig. 1, where without $V_T$'s all electrode-to-resonator gaps sustain $V_P$, the nominal resonance frequency of array composite *i* is

$$\omega_{\text{oinom}} \approx \omega_{\text{oim}}\left(1 - \frac{N_e}{N_{\text{tot}}}\frac{\varepsilon_o A_o}{2d_o^3 k_m}V_P^2\right) \qquad (9)$$

which holds when the electrical stiffness due to $V_P$ is much smaller than the pure mechanical stiffness of the array $N_{\text{tot}}k_m$. The tuned resonance frequency then takes the form

$$\omega_{oi} \approx \omega_{\text{oinom}}\left\{1 - \frac{N_t}{N_{\text{tot}}}\frac{\varepsilon_o A_o}{2d_o^3 k_m}V_T(V_T - 2V_P)\right\} \qquad (10)$$

which again holds when the amount of frequency tuning is very small, e.g., less than 1%, which will be the case, here. From (10), provided $V_T > 0$, a positive $V_T - 2V_P$ reduces

the array-composite frequency from $\omega_{\text{oinom}}$, while a negative one raises its frequency. In other words, the bias and tuning scheme of Fig. 1 provides both upward and downward tuning.

In addition to standard deviation advantages already mentioned, the use of disk array composites provides a flexibility in electrode usage not available with single resonators. In particular, the ability to dedicate some disks for tuning and others for I/O effectively allows frequency tuning without simultaneously affecting I/O transducer efficiency, i.e., without affecting device impedance. This decoupling of tuning and I/O impedance is an important advantage that allows translation of a bandpass filter's center frequency while maintaining a constant bandwidth—something not easily achievable by the majority of tunable *LC* and piezoelectric resonator filters that employ varactors for tuning [11], [12].

The main drawback to separation of tuning and I/O resonators is the compromise in transducer strength. Specifically, the impact of converting an I/O resonator to a tuning one is not just the loss of an I/O electrode, but also the addition of the stiffness of a non-I/O resonator to the total array-composite stiffness, which then further degrades the electromechanical coupling ($C_x/C_o$). When also factoring in the need for stress buffering devices, the $(C_x/C_o)_{\text{prac}}$ of a practical array-composite equipped with buffer and tuning electrodes reduces from that of an ideal array (where all resonators participate in I/O) by the factor

$$\frac{(C_x/C_o)_{\text{prac}}}{(C_x/C_o)_{\text{ideal}}} = \frac{N_{io}}{N_{io} + N_b + N_t} \qquad (11)$$

where $N_b$ is the number of buffer resonators used. Clearly, to retain maximum electromechanical coupling, one should limit the number of tuning electrodes to as few as needed to overcome the absolute and mismatch frequency tolerances of the prescribed manufacturing process.

To this end, the normalized frequency excursion $\Delta f$ provided by reasonably sized tuning voltages is important. The expression for this follows readily from algebraic manipulation of (9) and takes the form

$$\Delta f = \frac{\omega_{\text{oinom}} - \omega_{oi}}{\omega_{\text{oinom}}} \approx \frac{N_t}{N_{\text{tot}}}\frac{\varepsilon_o A_o}{2d_o^3 k_m}V_T(V_T - 2V_P). \qquad (12)$$

To ensure sufficient tuning range to correct for worst case fabrication mismatch scenarios, a filter designer should choose variables in Table I to satisfy

$$\Delta f \geq \frac{\sigma_{\text{single}}}{\sqrt{2N_{\text{tot}}}} \qquad (13)$$

where $\sigma_{\text{single}}$ is the frequency standard deviation for single constituent resonators in the given manufacturing process, and where the $\sqrt{2N_{\text{tot}}}$ term accounts for the reduction in resonance frequency standard deviation when arraying [9].

As illustrated in Fig. 1, each quadrant in each differential array-composite in the filter demonstrated herein dedicates $N_t = 2$ of its $N_{\text{tot}} = 24$ resonators for frequency tuning and $N_b = 8$ for stress buffering. Using (12), this resonator utilization scheme with values from Table I yields a frequency pull of 30.2 ppm for a 4 V change in $V_T$, This is sufficient to reduce the 45.7-ppm frequency standard deviation expected for



Fig. 13.   Cross sections describing disk filter fabrication process flow after (a) patterning interconnect and depositing bottom sacrificial oxide, (b) depositing structural polysilicon over the stem opening followed by structural layer etch using an oxide hard mask and sidewall sacrificial oxide deposition, (c) opening electrode anchors then filling with doped polysilicon and patterning to form electrodes, and (d) fully released resonator.

a 48-resonator array-composite down to the 25 ppm needed to constrain mismatch-induced ripple to less than 0.5 dB over a designed 0.5 dB for 95% of fabricated 0.1% bandwidth filters.

## VI. Design Parameters for the Fabricated 224 MHz, 0.1% Bandwidth Channel-Select Filter

The "Design" columns of Tables I and II present the result of applying the step-by-step filter design procedure and equations derived in Part I of this paper toward realization of a 224-MHz differential coupled disk resonator filter using the topology of Fig. 1 with a bandwidth $B = 224$ kHz (i.e., 0.1%) and sub-1-k$\Omega$ termination resistors. The resulting mechanical circuit employs 96 resonators among 206 resonant elements. The design assumes fabrication via the polysilicon surface-micromachining process described in Section VII with a minimum resolvable critical dimension of $w_{c,\min} = 1$ $\mu$m. It also assumes material properties from past experience, specifically $E = 158$ GPa, $\rho = 2300$ kg/m$^3$, and $\sigma = 0.226$, for the Young's modulus, density, and Poisson ratio, respectively.

The end result of the design procedure comprises not only all relevant geometric dimensions, but also the resulting element values for the electrical equivalent model of Fig. 9 summarized in Table II. In each table, the variables under the column labeled "Design" indicate the initial design goals assumed during device layout, while values under the column labeled "Measured" provide the actual measured data obtained either directly from measured plots or curve-fit to data sets from the fabricated filter structure. The "Adjusted/Simulated" column provides values used in simulation and shows in boldface parameters introduced or adjusted to match simulated

curves using the circuit in Fig. 9 to the measured ones (more on this in Section VIII).

## VII. Disk Filter Fabrication Process

Pursuant to verifying the overall design strategy detailed in Part I of this study, the polysilicon vibrating disk filters of this work were fabricated using a five mask process similar to that of [13] with the cross sections of major process steps presented in Fig. 13. Given the degrading impact of stress and electrical parasitics outlined in Sections II–IV, the fabrication process employs modifications to the conventional polysilicon surface-micromachining process of [13] to mitigate these effects. In particular, it does the following.

1) Increases the thickness of the doped polysilicon interconnect to reduce interconnect resistance from 21.3 $\Omega/\square$ at the conventional 300-nm-thick to 0.8 $\Omega/\square$ at the new 3-$\mu$m-thick.
2) Employs a generous amount of chemical mechanical polishing (CMP) to eliminate topography during alignment and lithography steps to reduce variance.

The process flow now follows.

### A. Fabrication Process Flow Description

The process starts on 6″ blank Si wafers with successive LPCVD depositions of 2-$\mu$m LTO and 500-nm low-stress silicon nitride at 450 °C and 835 °C, respectively, to serve as electrical isolation layers; followed by 3 $\mu$m of LPCVD polysilicon deposited at 590 °C for 8 h, then doped via POCl$_3$ at 1000 °C. Lithography via a first mask and subsequent deep-reactive ion etching using an SF$_6$ chemistry then delineates the interconnect layer, which again due to its much greater thickness than previous processes, offers 0.8 $\Omega/\square$ sheet resistance. A 3.5-$\mu$m-thick HTO layer is then blanket deposited via LPCVD at 920 °C to not only cover the polysilicon, but also to uniformly fill spaces between polysilicon interconnect traces. The CMP step that follows grinds away oxide until it selectively stops on the polysilicon traces, leaving a flat surface composed of oxide and polysilicon interconnect regions. This CMP step eliminates the high topography created by the 3-$\mu$m-thick interconnect routing, and in doing so, facilitates subsequent lithography and etch steps, as well as prevents ripples in the structural release film to follow. Next, a blanket 500-nm-thick LTO film deposited via LPCVD at 450 °C serves as a bottom sacrificial oxide layer (underlying eventual disks) with a uniform thickness over the flattened wafer surface, as depicted in Fig. 13(a). Circular stem openings with 2 $\mu$m diameter are then lithographically defined and etched into the oxide film with the polysilicon interconnect serving as the etch stop.

LPCVD deposition of 3-$\mu$m-thick structural polysilicon at 590 °C (followed by POCl$_3$ doping at 1000 °C) then covers the wafer and refills the stem openings etched in the previous step to form the anchor posts of the disk resonators. These mechanical anchors support the disk resonators at their very centers, which correspond to the contour mode vibration nodal points, while also connecting the electrically conductive disk structures to the underlying interconnect layer. A following

LPCVD deposition at 450 °C of 1.2-$\mu$m-thick oxide then establishes a hard mask layer to be used when etching the thick structural polysilicon. Following a lithography step to delineate the disk structures and coupling beams that form the mechanical filter, RIE using an Ar:CHF$_3$:CF$_4$ chemistry transfers the filter structure pattern into the oxide hard mask. Any photoresist remaining above the oxide is then removed to avoid polymer formation and photoresist redeposition on the etch sidewall during the following structural polysilicon etch step.

The next step—etching the structural material—is vital to many aspects of device performance, from its resonance frequency to its $Q$ to its repeatability. Indeed, etch undercut and smoothness both impact the resonance frequency and its repeatability. The smoothness and straightness of etched structural sidewalls further determine whether or not the desired mode shape ensues, which if not, degrades the achievable $Q$, especially if the resulting mode shape exhibits vertical motion that pumps energy through the anchor to the substrate. To ensure adequate smoothness and a sidewall angle as close to 90° as possible, exhaustive etch recipe characterization yielded an optimal Lam TCP 9400SE polysilicon RIE etch recipe using gas flow rates of 140 sccm of HBr, 14 sccm of Cl$_2$, and 5 sccm of O$_2$ at 12-mTorr pressure with 250- and 75-W RF and wafer bias powers, respectively. This recipe etches polysilicon at a rate of 220 nm/min with a polysilicon to oxide etch selectivity of 16:1 and reduces the sidewall roughness compared with higher Cl$_2$ flow rate recipes. The high selectivity between the oxide hard mask and the structural polysilicon film further enables the desired vertical sidewalls and transfers the layout lateral dimensions to the structural polysilicon film with reduced uncertainty. The efficacy of this recipe derives in part from the tendency of an HBr/Cl$_2$-based etch chemistry to form sidewall polymer residues containing halogens and silicon oxide [14] that protect sidewalls during etching. This barrier, however, should not be present during subsequent high temperature deposition steps. Removal of sidewall polymer residue entails immersion of wafers into a 50:1 hydrofluoric acid bath for 30 s, followed by rinsing in DI water, and finally immersion for 10 min in DuPont EKC-270 postetch residue remover heated to 70 °C.

After structural polysilicon patterning comes arguably the most critical step of the fabrication process: Deposition of the sidewall sacrificial oxide layer that defines the 39-nm capacitive actuation gap between the disk and the surrounding electrodes. Here, LPCVD deposition of high temperature oxide (HTO) using 40 sccm of DCS and 100 sccm of N$_2$O flow with 600-mTorr process pressure at 920 °C coats a uniform, conformal, and pinhole-free layer of HTO over the vertical disk sidewalls, as illustrated in Fig. 13(b). Electrode anchor openings are then lithographically patterned and etched into the bottom oxide sacrificial layer, followed by a blanket LPCVD deposition of 3-$\mu$m-thick polysilicon and subsequent POCl$_3$ doping at 1000 °C. The final lithography and dry etch steps then define the electrodes, as shown in Fig. 13(c).

Completed wafers are diced and the resulting dies released (when needed) in 49 wt.% liquid HF that frees the filter



Fig. 14.   SEM image of a fabricated and released second-order differential filter described schematically in Fig. 1. Zoomed-in view of one of the constituent disk resonator building blocks (left inset). Tiny (39 nm) capacitive actuation gap between the disk resonator and its electrode (right inset).

structure with the final resonator cross section presented in Fig. 13(d). Fig. 14 presents the SEM image of a fabricated and released second-order differential filter that physically realizes the mechanical circuit schematically illustrated in Fig. 1. The insets in Fig. 14 focus in on a constituent disk resonator and coupling beams linking it to other devices in the filter network; and on the tiny capacitive actuation gap formed between the disk resonator and the electrode.

## VIII. MEASUREMENT RESULTS

Immediately after fabrication, filters without buffer disks were shorted to their electrodes, and thus, nonfunctional. The fact that only filters with buffer disks worked, whether single-ended or differential, confirms the importance and efficacy of the buffer-based stress-relief strategy of Section II.

Fabricated differential filters were tested via a four-port direct measurement setup mimicking the circuit of Fig. 1 using an Agilent E5071C network analyzer with the measurement plane moved to the I/O bond pads using standard SOLT calibration, i.e., the instrument compensates out parasitic elements up to the pads. (Since I/O shunt capacitance dominates among parasitics, this essentially amounts to applying an E5071C-simulated tuning inductance.) All measurements used 0 dBm, i.e., 0.225 V$_{rms}$ signal amplitude, source power settings on all four ports of the network analyzer. During testing, the released MEMS die resides on a board emplaced into a custom-made vacuum bell jar that provides a 30-$\mu$Torr vacuum environment as well as ports to allow wired connection to outside measurement instrumentation. Inside the bell jar, wire



Fig. 15.   Vacuum measurement setup using 50-Ω RF feedthroughs with matching electrical lengths that connect the network analyzer directly to the wire-bonded micromechanical filter for balanced differential measurement.



Fig. 16.   (a) Comparison of two-port measured frequency spectra for a single disk resonator and a 30-resonator array-composite, with SEM images in (b) and (c).

bonds connect the MEMS die to balanced 50-Ω pc-board traces that lead to 50-Ω coaxial cable fixtures. These fixtures then permit direct coaxial cable connection to the network analyzer's 50-Ω inputs, as shown in Fig. 15.

Again, the mechanical filter requires a 590-Ω termination, so the 50-Ω measurement system impedance must be transformed to 590 Ω for correct filter operation. Here, the network analyzer's fixture simulator functionality comes in handy, where the network analyzer simulates 590-Ω ports from signals measured at its 50-Ω ports without the need for any external processing.

In addition to source power applied differentially to the I/O ports with instrument-simulated 590-Ω source impedances, Fig. 1 indicates other electrical inputs to the device under test. These include a dc-bias voltage of $V_P = 14$ V applied to the conductive filter structure through the underlying dc-ground plane; as well as dc voltages applied to the indicated frequency

tuning pads that connect to non-I/O electrodes purposed for voltage-controlled electrical stiffness tuning, such as described in Section V.

### A. Verification of λ/2 Coupled Array-Composite Operation

To demonstrate the benefits accrued by elevating the design hierarchy from single disk resonators to $\lambda/2$ coupled array composites, Fig. 16(a) compares the measured two-port frequency spectrum obtained from a single disk resonator shown in (b) with that of a 30-resonator array-composite device shown in (c). Here, both the single disk resonator and those used in the 5 × 6 array have radii of 12.1 $\mu$m, which sets their center frequencies at 223.4 MHz. As shown, the array composite retains the high $Q > 8000$ of the single disk resonator while reducing its motional resistance by 9× from 10644 to 1180 Ω for the same bias voltage of $V_P = 14$ V. Note that these are two-port measurements where the dc-bias goes to the suspended structure while one electrode receives the input signal and the other the output signal [15]. The array in this case has the capacitive transduction area of nine devices, which is smaller than the 14 for each array-composite quadrant of the filter in Fig. 14, so its motional resistance is significantly higher.

Nevertheless, the measured improvement in $R_x$ agrees well with the theoretical expectation derived in Part I of this paper that the improvement factor should be proportional to $N_{\text{tot}}/N_{io}^2$. Here, $N_{\text{tot}} = 30$ is the total number disks used in the array composite, including stress-buffer devices in the array perimeter; and $N_{io} = 18$ is the number of resonators with surrounding I/O electrodes. These numbers predict a 10.8× $R_x$ reduction. The slight difference between the measured 9× $R_x$ improvement and the theoretical expectation likely derives from phase mismatches between arrayed resonators that prevent the total summed motional current from attaining the ideal value that would otherwise be delivered to the output node if all resonators vibrated in perfect phase [16]. In addition, although the half- and full-wavelength coupling used ideally should be strong, finite fabrication tolerances can weaken their coupling strengths, so $R_x$ reduction due to vibration localization [17] could still be in play.

Phase deviations or vibration localization notwithstanding, the presented disk array-composite mechanical circuit serves as a good example of enhanced functionality via a building block approach, where the array composite displays strong agreement between the measurement results and the predicted reduction in $R_x$ while maintaining the high $Q$ and single vibration frequency of a single disk device.

### B. Terminated and Electrically Tuned Filter Spectrum

Fig. 17(a) presents the measured filter spectrum as driven and sensed directly by the 50-Ω ports of the network analyzer without using the impedance simulation capability. Without the designed 590-Ω termination, the measured spectrum is not one expected for a properly designed filter, but rather one with the jagged passband and small stopband rejection shown. As with any filter, whether its resonators are $LCRs$, waveguides, or mechanical resonators, the response does not



Fig. 17.   Comparison of (a) unterminated (i.e., with 50-Ω termination) and (b) 590-Ω terminated measured filter spectra (solid lines) together with electrical equivalent circuit simulation results for both cases shown as dashed lines.



Fig. 18.   Measured return loss, i.e., $S_{11}$, data from the positive-input electrode of the differential filter under identical measurement conditions to those of Fig. 17 with 50-Ω termination.

take on the designed response unless terminated by the designed impedances.

Fig. 17(b) presents the measured, tuned, and terminated filter spectrum with an inset zoomed-in on the passband showing it centered at 223.4 MHz with 229 kHz, i.e., 0.1%, bandwidth and only 2.7-dB insertion loss. Here, 590-Ω network analyzer-simulated impedances terminate the filter as schematically described in Fig. 1, with a dc-bias voltage of 14 V applied to the resonator body and 12.1 V to tuning electrodes to correct the filter passband. Small gaps combined with the symmetric and differential design lead to 50-dB out-of-channel rejection and a 20-dB shape factor of 2.7. This amount of rejection is 23 dB better than a previous capacitive gap transduced differential filter [2] that did not benefit from 39-nm electrode-to-resonator gaps and low parasitic resistance traces. The 39-nm capacitive transducer gaps of this work generate a single-resonator coupling strength of $C_x/C_o = 0.13\%$, which is 6.4× improvement over previous efforts [2]. However, the array-composite value (with buffer and tuning disks included) shrinks to 0.07%, which is just on the edge of the requirement for an undistorted equiripple passband.

The results presented in succeeding figures, i.e., Fig. 17–Fig. 24, are measured with 0-dBm output power setting applied to all four ports of the network analyzer that corresponds to 0.225 $V_{rms}$ signal amplitude applied to the I/O electrodes of the filter. Since the device under test is not impedance matched to the 50-Ω terminals of the network analyzer, a portion of the applied 0-dBm power reflects back to the source as indicated by the return loss, i.e., $S_{11}$, data presented in Fig. 18 obtained from the positive-input port of the filter with $Z_o = 50$-Ω termination. Here, the in-band return loss of 0.9 dB indicates that 81% of the 0 dBm, i.e., 1 mW, applied from the network analyzer port reflects back, and the actual power going through the filter network is 190 μW, i.e., −7.2 dBm, which is considerably above the

GSM maximum in-band power specification of −26 dBm. As the zoomed-in inset in Fig. 17 indicates, the filter does not suffer any distortion at −7.2 dBm drive power due to Duffing nonlinearity. Here, array-composite design is key to raising power handling ability so that the passband distortion under strong inputs that plagued a previous capacitive-gap transduced filter implementation [18] does not occur. Since filter linearity and power handling ability continues to improve with increasing array size [19], [20], this hierarchical design provides enough design flexibility to accommodate wide dynamic range needs.

The dashed curve in Fig. 17(b) is the theoretical SPICE-simulated prediction via the circuit of Fig. 9 using the element values of Table II. To maximize simulation accuracy, the simulations do the following.

1) Use the negative-capacitance model [7] for each electrical port to accurately capture electrical stiffness effects, which in turn provide precise filter pole locations for arbitrary port termination impedances.
2) Capture the dominant feedthrough paths accurately, as elaborated in Section IV.

The match between measurement and simulation is remarkable and confirms the accuracy of the filter theory and design procedure herein.

## C. Measured Group Delay

Fig. 19(a) presents the measured phase response of the terminated filter, along with its group delay [21] in (b) obtained by taking the derivative of (a). To avoid undue distortion or intersymbol interference in digital communication systems, an ideal filter would have constant group delay, or linear phase. Any real filter, of course, has nonconstant group delay.

To sufficiently suppress the increase in bit-error rate instigated by group delay-induced distortion, the group delay variation across the usable filter passband should be less than the period of the fastest processed signal. As a rule of thumb,





Fig. 19.  (a) Phase response and (b) corresponding group delay of the differential filter, where the solid curves indicate measured data obtained under measurement conditions identical to Fig. 17, and dashed lines indicate simulated responses obtained from the electrical equivalent circuit of Fig. 9 using the circuit element values listed in Table II.



Fig. 20.  Terminated filter spectrum indicating usable bandwidth and guard bands, where the "Usable Bandwidth" region maintains group delay variations below 1 $\mu$s.



Fig. 21.  Measured terminated spectrum over 100-MHz span showing no strong spurious modes.



Fig. 22.  Mode shapes with (a) full symmetry and (b) 1% mismatch between the disk radii at the top and bottom half.

the group delay should be much less than the reciprocal of the filter bandwidth. How much less depends upon the application, but one reasonable rule of thumb is that it be 1/5 the reciprocal bandwidth. With a bandwidth of 229 kHz, this means that the variation in group delay for the demonstrated filter should be on the order of 1 $\mu$s.

Fig. 19(b) shows that the demonstrated filter satisfies this 1-$\mu$s criterion over a usable bandwidth of 128 kHz, which Fig. 20 plots on a zoomed-in scale. The measured phase and group delay response presented as the solid curves in Fig. 19 are in good agreement with the theoretical expectation plotted as dashed lines obtained by the simulation of the equivalent circuit in Fig. 9 using the circuit element values listed in Table II.

### D. Spurious Modes

Among the most troubling considerations in practical filter design are spurious modes, i.e., peaks of response at frequen-

cies in the stopband. Suppression of spurious modes often requires creative solutions that are not easily designable and that often result in unique geometries, e.g., the polygons of FBAR filter design [22]. Interestingly, the micromechanical filter design herein suffers much less from these issues, as shown in Fig. 21, which presents the terminated spectrum for the filter in Fig. 14 over a 100-MHz wide span, showing no strong spurious modes.

The spurious mode advantage evident here arises from two important features of the present filter design: 1) fully balanced differential design, with geometric and electrical symmetry and 2) the availability of frequency tuning via voltage-controllable electrical stiffness. Both of these features used in tandem are instrumental to result of Fig. 21.

In a similar way that a symmetric and differentially balanced mechanical and electrical design suppresses electrical feedthrough, it also suppresses the spurious vibration mode shapes that might otherwise arise in a complex mechanical



Fig. 23. (a) SEM image and (b) measured 590-Ω terminated frequency response of a single-ended version of a disk-array filter, emphasizing the importance of differential design to suppress feedthrough and spurious modes.



Fig. 24. Measured comparison of terminated filter passband spectra for varying tuning cases.

network fabricated with finite production precision. As for the case of parasitic electrical feedthrough, if the filter structure is perfectly symmetric, the mechanical mode shape of Fig. 22(a) is undisturbed and only the desired mode ensues. Conversely, any asymmetry introduces mode shape distortion, as finite-element simulated in Fig. 22(b). This distortion effectively generates additional modes, i.e., unwanted spurs.

Perhaps the best testament to the importance of a fully balanced structure for spurious mode suppression comes from straight comparison of a single-ended design with the fully balanced design of Fig. 14. With this in mind, Fig. 23(b) presents the measured frequency response of the filter structure of Fig. 23(a), which comprises just the top half of the Fig. 14 design, so is not symmetric, not differentially balanced, and takes as input and output single-ended signals. The measured response clearly suffers numerous deficiencies, including feedthrough that reduces the stopband rejection to only 15 dB (down from the passband level) and spurious modes only 10 dB below the passband level. There is no comparison between this spectrum and that of the symmetric differentially balanced design of Fig. 14.

Clearly, symmetry and balance are key to the much better performance of Figs. 17(b) than 23(b). Indeed, just the use of a symmetric and fully balanced design affords much better performance than that of a single-ended design. However, improvements in performance to the degree seen in Fig. 17(b) require not only symmetric design, but also the means to perfect the symmetry after fabrication. This is where voltage-controlled frequency tuning provided by electrical stiffness plays an important role.

### E. Electrical Stiffness Tuning Strategy

Indeed, postfabrication voltage-controlled frequency tuning was instrumental to "fixing" not only feedthrough and spurious mode issues, but also the shape of the filter passband response.

Fig. 24 emphasizes the importance of electrical tuning for this tiny percent bandwidth filter by demonstrating how proper tuning with 12.1 V improves the passband shape and minimizes insertion loss compared to insufficient tuning with 5 V and no applied tuning voltage. Here, 2.3-dB better insertion loss comes about only after voltage-controlled frequency tuning of the array-composite resonator frequencies.

The optimum tuning voltage was determined empirically by varying $V_T$ and simultaneously monitoring the resulting change in filter frequency response on a network analyzer, until symmetric passband ripple heights were observed around the filter center frequency, which is the expected equiripple passband shape of a Chebyshev filter. The tuning voltage that yields symmetrically positioned passband ripple peaks with equal height also achieves the minimum insertion loss as expected from the closer-to-ideal filter response. This observation is in-line with previous efforts on electrical tuning of kilohertz frequency capacitive comb-actuated filters [23], [24], where positioning passband resonant peaks equidistant around the filter center frequency via electrical tuning minimized insertion loss and yielded the desired filter response. Automatic tuning techniques using intelligent transistor circuitry would certainly be beneficial in the future filter implementations, not only as a low-cost postfabrication tuning method, but also for real-time adaptive compensation of frequency drift over time due to aging or temperature variations.

### IX. CONCLUSION

The combined 2.7-dB passband insertion loss and 50-dB stopband rejection of the demonstrated 206-element 0.1% bandwidth 223.4-MHz differential micromechanical disk filter represents a landmark for capacitive-gap transduced micromechanical resonator technology. This demonstration proves that the mere introduction of small gaps of around 39 nm goes a long way toward moving this technology from a research curiosity to practical performance specs commensurate with the needs of actual RF channel-selecting receiver front-ends.



It also emphasizes the need for tuning and defensive stress-relieving structural design when percent bandwidths and gaps shrink, all demonstrated by the work herein.

Perhaps most encouraging is that the models presented in Part I of this study used to design the filter and predict its behavior seem to all be spot on. This means that predictions using these models foretelling GHz filters with sub-200-Ω impedances enabled by 20-nm gaps might soon come true, bringing this technology ever closer to someday realizing the ultralow-power channel-selecting communication front-ends targeted for autonomous set-and-forget sensor networks [25]–[27]. Work toward these goals continues with renewed encouragement.

## References

[1] M. Akgul and C. T.-C. Nguyen, "A passband-corrected high rejection channel-select micromechanical disk filter," in *Proc. IEEE Int. Freq. Control Symp. (FCS)*, May 2014, pp. 1–6.

[2] S.-S. Li, Y.-W. Lin, Z. Ren, and C. T.-C. Nguyen, "An MSI micromechanical differential disk-array filter," in *Proc. IEEE Int. Conf. Solid-State Sens., Actuators, Microsyst.*, Lyon, France, Jun. 2007, pp. 307–311.

[3] M. Akgul, "A micromechanical RF channelizer," Ph.D. dissertation, Dept. Elect. Eng. Comput. Sci., Univ. California, Berkeley, CA, USA, 2014.

[4] M. Akgul, B. Kim, Z. Ren, and C. T.-C. Nguyen, "Capacitively transduced micromechanical resonators with simultaneous low motional resistance and Q>70,000," in *Tech. Dig. Solid-State Sens., Actuators, Microsyst. Workshop*, Hilton Head Island, SC, USA, 2010, pp. 467–470.

[5] J. N. Nilchi, R. Liu, and C. T.-C. Nguyen, "High Cx/Co 13 nm-capacitive-gap transduced disk resonator," in *Proc. 30th IEEE Int. Conf. Micro Electro Mech. Syst.*, Las Vegas, NV, USA, Jan. 2017, pp. 924–927.

[6] C. T.-C. Nguyen, "RF MEMS for channelizing low-power radios," in *Proc. 17th IEEE Int. Conf. Solid-State Sens., Actuators, Microsyst.*, Barcelona, Spain, Jun. 2013, pp. 2455–2460.

[7] M. Akgul, L. Wu, Z. Ren, and C. T.-C. Nguyen, "A negative-capacitance equivalent circuit model for parallel-plate capacitive-gap-transduced micromechanical resonators," *IEEE Trans. Ultrason., Ferroelectr., Freq. Control*, vol. 61, no. 5, pp. 849–869, May 2014.

[8] A.-C. Wong and C. T.-C. Nguyen, "Micromechanical mixer-filters ('mixlers')," *J. Microelectromech. Syst.*, vol. 13, no. 1, pp. 100–112, Feb. 2004.

[9] Y. Lin, W.-C. Li, B. Kim, Y.-W. Lin, Z. Ren, and C. T.-C. Nguyen, "Enhancement of micromechanical resonator manufacturing precision via mechanically-coupled arraying," in *Proc. IEEE Int. Freq. Control Symp. Joint Eur. Freq. Time forum*, Besancon, France, Apr. 2009, pp. 58–63.

[10] H. Nathanson, W. E. Newell, R. A. Wickstrom, and J. R. Davis, "The resonant gate transistor," *IEEE Trans. Electron Devices*, vol. ED-14, no. 3, pp. 117–133, Mar. 1967.

[11] S. Hao and Q. J. Gu, "A fourth order tunable capacitor coupled microstrip resonator band pass filter," in *Proc. IEEE Radio Wireless Symp.*, San Diego, CA, USA, Jan. 2015, pp. 150–152.

[12] Q. Xiang, Q. Feng, X. Huang, and D. Jia, "Electrical tunable microstrip LC bandpass filters with constant bandwidth," *IEEE Trans. Microw. Theory Techn.*, vol. 61, no. 3, pp. 1124–1130, Mar. 2013.

[13] J. Wang, Z. Ren, and C. T.-C. Nguyen, "1.156-GHz self-aligned vibrating micromechanical disk resonator," *IEEE Trans. Ultrason., Ferroelectr., Freq. Control*, vol. 51, no. 12, pp. 1607–1628, Dec. 2004.

[14] C. C. Cheng, K. V. Guinn, I. P. Herman, and V. M. Donnelly, "Competitive halogenation of silicon surfaces in $HBr/Cl_2$ plasmas studied with X-ray photoelectron spectroscopy and *in situ*, real-time, pulsed laser-induced thermal desorption," *J. Vac. Sci. Technol. A, Vac. Surfaces Films*, vol. 13, no. 4, pp. 1970–1976, 1995.

[15] J. R. Clark, W.-T. Hsu, and C. T.-C. Nguyen, "Measurement techniques for capacitively-transduced VHF-to-UHF micromechanical resonators," in *Int. Conf. Solid-State Sens., Actuators, Microsyst. Tech. Dig. (TRANSDUCERS)*, Munich, Germany, 2001, pp. 1118–1121.

[16] M. Akgul, Z. Ren, and C. T.-C. Nguyen, "Voltage-controlled tuning to optimize MEMS resonator array-composite output power," in *Proc. Joint IEEE Int. Freq. Control Symp. Eur. Freq. Time Forum*, San Francisco, CA, USA, May 2011, pp. 1–6.

[17] A. Erbes, P. Thiruvenkatanathan, J. Woodhouse, and A. A. Seshia, "Numerical study of the impact of vibration localization on the motional resistance of weakly coupled MEMS resonators," *IEEE J. Microelectromech. Syst.*, vol. 24, no. 4, pp. 997–1005, Aug. 2015.

[18] S.-S. Li, M. U. Demirci, Y.-W. Lin, Z. Ren, and C. T.-C. Nguyen, "Bridged micromechanical filters," in *Proc. Joint IEEE Int. Freq. Control Symp. Eur. Freq. Time Forum*, Montreal, QC, Canada, Aug. 2004, pp. 144–150.

[19] M. U. Demirci and C. T.-C. Nguyen, "Mechanically corner-coupled square microresonator array for reduced series motional resistance," *J. Microelectromech. Syst.*, vol. 15, no. 6, pp. 1419–1436, 2006.

[20] C.-Y. Chou, M.-H. Li, C.-Y. Chen, C.-Y. Liu, and S.-S. Li, "An innovative 3-D mechanically-coupled array design for MEMS resonator and oscillators," in *19th Int. Conf. Solid-State Sens., Actuators, Microsyst. Tech. Dig. (TRANSDUCERS)*, Kaohsiung, Taiwan, Jun. 2017, pp. 90–93.

[21] A. S. Sedra and P. O. Brackett, *Filter Theory and Design: Active and Passive*. Beaverton, OR, USA: Matrix, 1978.

[22] J. D. Larson, R. C. Ruby, and P. Bradley, "Bulk acoustic wave resonator with improved lateral mode suppression," U.S. Patent 6 215 475 B1, Apr. 10, 2001.

[23] K. Wang and C. T.-C. Nguyen, "High-order medium frequency micromechanical electronic filters," *J. Microelectromech. Syst.*, vol. 8, no. 4, pp. 534–557, 1999.

[24] H. G. Barrow and C. T.-C. Nguyen, "A protocol for automated passband correction of high-order microelectromechanical filters," in *Proc. IEEE Int. Freq. Control Symp.*, Taipei, Taiwan, May 2014, pp. 1–5.

[25] C. T.-C. Nguyen, "MEMS-based RF channel selection for true software-defined cognitive radio and low-power sensor communications," *IEEE Commun. Mag.*, vol. 51, no. 4, pp. 110–119, Apr. 2013.

[26] J. W. Park and B. Razavi, "Channel selection at RF using Miller bandpass filters," *IEEE J. Solid-State Circuits*, vol. 49, no. 12, pp. 3063–3078, Dec. 2014.

[27] J. M. Rabaey *et al.*, "PicoRadios for wireless sensor networks: The next challenge in ultra-low power design," in *Int. Solid-State Circuits Conf. Tech. Dig.*, San Francisco, CA, USA, 2002, pp. 200–201.

**Mehmet Akgul** (GS'13–M'14) received the B.S. degree in electrical and electronics engineering from Middle East Technical University, Ankara, Turkey, in 2007, and the Ph.D. degree in electrical engineering and computer sciences from the University of California, Berkeley, CA, USA, in 2014.

His Ph.D. research focused on the design, microfabrication, and testing of medium-scale integrated micromechanical circuits using capacitive-gap transduced resonators as building blocks, with a primary focus on RF filters for ultralow-power radio applications. He also studied diamond materials for high-$Q$ mechanical resonators and explored the use of ALD high-$k$ dielectrics to strengthen electromechanical coupling by partially filling electrode-to-resonator gaps toward the sub-40-nm range. In 2014, he joined TDK InvenSense as a Senior MEMS Design Engineer, where he worked as a MEMS Inertial Measurement Unit Designer with a specific focus on optical image stabilization gyroscopes. In 2015, he joined Google, Mountain View, CA, USA, where he is currently a Senior Hardware Design Engineer. His current focus is on sensor fusion algorithms for better location and context user experience in mobile platforms.

**Alper Ozgurluk** (S'12) received the B.S. degree in electrical and electronics engineering from Bilkent University, Ankara, Turkey. He is currently pursuing the Ph.D. degree in electrical engineering and computer sciences with the University of California, Berkeley, CA, USA.

His research interests include capacitive-gap transduced large-scale integrated micromechanical circuits, high-$Q$ wide-tunable ruthenium metal resonators, and integrated CMOS-MEMS systems.

**Clark T.-C. Nguyen** (S'90–M'95–SM'01–F'07) received the B.S., M.S., and Ph.D. degrees in electrical engineering and computer sciences from the University of California, Berkeley, CA, USA, in 1989, 1991, and 1994, respectively.

In 1995, he joined the faculty of the University of Michigan, Ann Arbor, MI, USA, where he was a Professor with the Department of Electrical Engineering and Computer Science up until 2006. In 2006, he joined the Department of Electrical Engineering and Computer Sciences, University of California, Berkeley, where he is currently the Conexant Systems Distinguished Professor and a Co-Director of the Berkeley Sensor & Actuator Center. In 2001, he founded Discera, Inc., a company aimed at commercializing communication products based upon MEMS technology, with an initial focus on the very vibrating micro-mechanical resonators pioneered by his research in past years. He served as Vice President and Chief Technology Officer of Discera until mid-2002, at which point he joined the Defense Advanced Research Projects Agency (DARPA) on an IPA, where he served for four years as the Program Manager of 10 different MEMS-centric programs in the Microsystems Technology Office of DARPA. His research interests focus upon micro-electromechanical systems and include integrated micromechanical signal processors and sensors, merged circuit/micromechanical technologies, optomechanical devices, RF communication architectures, and integrated circuit design and technology.

Dr. Nguyen won the IEEE Cady Award in 2006, the IEEE Robert Bosch Micro and Nano Electro Mechanical Systems Award in 2017, and together with his students has garnered more than 12 best paper awards from IEEE conferences and journals focused on frequency control and MEMS. From 2007 to 2009, he served as a Distinguished Lecturer for the IEEE Solid-State Circuits Society. He was the Technical Program Chair of the 2010 IEEE International Frequency Control Symposium and a Co-General Chair of the 2011 Combined IEEE International Frequency Control Symposium and European Frequency and Time Forum, as well as a Co-General Chair of the 2017 IEEE International Micro Electro Mechanical Systems Conference. From 2008 to 2013, he served as Vice President of Frequency Control in the IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society, after which he became the society President from 2016 to 2017. He is currently the Junior Past-President of the society.