**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| QORVO, INC.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 1:21-cv-01417-JPM<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION AND [PROPOSED] ORDER
TO MODIFY THE SCHEDULE**

Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") and Plaintiff Qorvo Inc. ("Qorvo") hereby respectfully request a modification of the Court's Scheduling Order (D.I. 23) in the above-captioned action.  Specifically, the parties request a new hearing date for the Claim Construction Hearing and Technology Tutorial, as detailed in the chart below.  All remaining patent-related deadlines, including the close of fact and expert discovery, are based off of the Court's Claim Construction Ruling, pursuant to Local Patent Rule 4.7 for the Western District of Tennessee.  This change will also not impact any other future deadlines as the Scheduling Order currently does not include a close of discovery or related pretrial deadlines for non-patent infringement related claims.

| Event | Current Date | New Proposed Date(s) |
|---|---|---|
| CLAIM CONSTRUCTION HEARING AND TECHNOLOGY TUTORIAL | November 10, 2022 | November 17, 2022<br><br>or any available date the week of November 14, 2022 |

The parties submit that good cause exists to reschedule the Claim Construction Hearing and Technology Tutorial to November 17, 2022, or another date the week of November 14, 2022, that the Court can accommodate.  In particular, Akoustis' General Counsel, Mr. Drew

Wright, is unable to attend the currently scheduled Claim Construction Hearing and Technology Tutorial due to a conflict with the company's annual meeting, which he is required to attend. Akoustis submits, and Qorvo agrees, that a delay of one week will not unduly impact the remainder of the schedule.

Dated: September 22, 2022

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| /s/ Jeremy A. Tigan | /s/ Ronald P. Golden III |
| Jack B. Blumenfeld (#1014)\| | Stephen B. Brauerman (#4952) |
| Jeremy A. Tigan (#5239) | Ronald P. Golden III (#6254) |
| 1201 North Market Street, P.O. Box 1347 | 600 N. King Street, Suite 400 |
| Wilmington, DE 19899 | Wilmington, Delaware 19801 |
| (302) 658-9200 | (302) 655-5000 |
| jblumenfeld@morrisnichols.com | sbrauerman@bayardlaw.com |
| jtigan@morrisnichols.com | rgolden@bayardlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| **OF COUNSEL:** | **OF COUNSEL:** |
| Robert M. Masters | David A. Jakopin |
| Jonathan R. DeFosse | Dianne L. Sweeney |
| Timothy P. Cremen | 2550 Hanover Street |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Palo Alto, CA 94304-1115 |
| 2099 Pennsylvania Avenue, NW, Suite 100 | (650) 233-4500 |
| Washington, DC 20006 | david.jakopin@pillsburylaw.com |
| (202) 747-1900 | dianne@pillsburylaw.com |
| Trevor J. Quist | Robert M. Fuhrer |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | 1650 Tysons Boulevard, 14th Floor |
| 1540 El Camino Real | McLean, VA 22102-4856 |
| Menlo Park, CA 94025 | (703) 770-7900 |
| (650) 815-2600 | robert.fuhrer@pillsburylaw.com |
| | David L. Stanton |
| | 725 S. Figueroa St., 36th Floor |
| | Los Angeles, CA 90017 |
| | (213) 488-7100 |
| | david.stanton@pillsburylaw.com |

3

                                                   Theresa A. Roozen  
                                                   1200 Seventeenth St. NW  
                                                   Washington, DC 20036  
                                                   (202) 663-8025  
                                                   theresa.roozen@pillsburylaw.com