# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:21-cv-01417-JPM ) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER TO MODIFY THE SCHEDULE

This Court, having considered the Joint Motion to Modify the Schedule in the above-entitled action, hereby GRANTS the Motion and Orders the following:

| Event | New Date |
|---|---|
| CLAIM CONSTRUCTION HEARING AND TECHNOLOGY TUTORIAL | November 17, 2022 |

**SO ORDERED**, this _____ day of _____, 2022.

_____
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE