IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:21-cv-01417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF ROBERT M. FUHRER IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF

I, Rober M. Fuhrer, declare:

1. I am an active member of the Virginia State Bar, admitted *pro hac vice* in this matter and Special Counsel at the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for Defendants in the above-titled litigation. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. Attached as **Exhibit C1-a** is a true and accurate copy of an annotated version of U.S. Patent No. 9,735,755, identified as Exhibit 7 in Dr. John Bravman's August 12, 2022 deposition.

3. Attached as **Exhibit D1-a** is a true and accurate copy of excerpts from Dr. Clark Nguyen's Initial Claim Construction Expert Report and Declaration, dated July 11, 2022.

4. Attached as **Exhibit D2-a** is a true and accurate copy of excerpts from Dr. Clark Nguyen's Rebuttal Claim Construction Report and Declaration, dated July 29, 2022.

5. Attached as **Exhibit D3-a** is a true and accurate copy of excerpts from the deposition transcript for the August 12, 2022 deposition of Dr. John Bravman.

6. Attached as **Exhibit D4-a** is a true and accurate copy of excerpts from of

1

Plaintiff's Preliminary Claim Construction Supporting Materials, Hashimoto, Ken-ya, RF Bulk Acoustic Wave Filters for Communications (2009).

    7.    Attached as **Exhibit D5-a** is a true and accurate copy of excerpts from the deposition transcript for the August 10, 2022 deposition of Dr. Clark Nguyen.

Executed this 28th day of September, 2022.

                                    */s/  Robert M. Fuhrer*
                                       Robert M. Fuhrer