IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417 (JPM) |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | DEMAND FOR JURY TRIAL |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

I, Timothy P. Cremen, declare as follows:

1.      I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar for the District of Columbia and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so.

2.      Attached as **Exhibit A18** is a true and correct copy of U.S. Patent No. 9,735,755 bearing Bates numbers QORVO_00024599-QORVO_00024615, which were produced by Qorvo, Inc.

3.      Attached as **Exhibit A19** is a true and correct copy of U.S. Patent No. 10,256,786 bearing Bates numbers QORVO_00024616-QORVO_00024644, which were produced by Qorvo, Inc.

4.      Attached as **Exhibit A20** is a true and correct copy of U.S. Provisional Patent Application No. 62/360,904 bearing Bates numbers QORVO_00026377-QORVO_00026395, which were produced by Qorvo, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 28, 2022.

*/s/ Timothy P. Cremen*
Timothy P. Cremen

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 28, 2022, upon the following in the manner indicated:

Stephen B. Brauerman, Esquire                    *VIA ELECTRONIC MAIL*
Ronald P. Golden III, Esquire
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE  19801
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

David A. Jakopin, Esquire                    *VIA ELECTRONIC MAIL*
Dianne L. Sweeney, Esquire
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA  94304-1115
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Robert M. Fuhrer, Esquire                    *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA  22102-4856
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

David L. Stanton, Esquire                    *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA  90017-5524
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Theresa A. Roozen, Esquire                                    *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

*/s/ Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)