# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-01417-JPM |
| v. | ) |
| | ) DEMAND FOR JURY TRIAL |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S CONSTRUCTIONS OF THE CLAIM TERMS
IN DISPUTE, IDENTIFIED INTRINSIC EVIDENCE AND
<u>IDENTIFIED EXTRINSIC EVIDENCE</u>**

Pursuant to the Court's Local Patent Rule 4.5(b), Plaintiff Qorvo, Inc. ("Qorvo") provides its constructions of the claim terms in dispute, identifications of intrinsic evidence that supports its constructions, and identifications of extrinsic evidence it intends to rely on either to support its constructions or to oppose Akoustis' proposed constructions.  Qorvo reserves the right to supplement, amend, or alter the chart below.

| Proposed Terms / Elements for Construction | Patent / Claims | Proposed Construction and Supporting Materials |
|---|---|---|
| "active region" and "outer region" | '755 Patent, all claims | Qorvo's Construction: Plain and Ordinary Meaning.  If a construction is necessary, "active region" is the region of the BAW resonator that is electrically driven to provide the resonator functionality and "outer region" is the region of the BAW resonator that is not electrically driven. |
| | | Exemplary Intrinsic Support: '755 Patent, Abstract, 1:51-2:3, 2:4-13, 2:14-26, 2:30-51, 2:52-56, 2:57-61, 2:62-65, 2:66-3:5, 3:6-24, 3:28-46, 5:5-23, 5:24-6:5, 5:58-6:5, 6:6-25, 6:26-63, 7:1-33, 7:34-53, 7:58-8:16, 8:17-30, 8:36-61, 9:4-20, FIGS. 1-5E. |
| | | Exemplary Extrinsic Support: <br> • *RF Bulk Acoustic Wave Filters for Communications* (Ken-ya Hashimoto ed., 2009).  *See, e.g.*, at 1-2, 4, 6, 14, 38-39, 42-43, 51, 56, 71-74, 80-87, 97-102, 145, 187, 201, 205, 208, 211, 214, 226. <br> • U.S. Patent No. 7,795,781, at *e.g.*, 3:22-38, FIG. 1A. <br> • U.S. Patent No. 8,999,187, at *e.g.*, 2:14-16. <br> • U.S. Patent No. 9,197,185, at *e.g.*, 5:4-6, 7:40-43, FIG. 1. <br> • U.S. Patent No. 9,689,765, at *e.g.*, 23:4-18, FIG. 8. <br> • U.S. Patent No. 10,778,186, at e.g., FIGS. 2a, 5b. <br> • QORVO_00026304 (Google Patents Search of "Motional Current Density," Google Patents, https://patents.google.com/?q=%22BAW+filter%22,%22BAW+resonator%22&q=%22active+region%22,%22active+area%22,%22active+portion%22&q=%22motional+current%22&before=priority:20150 |

| Proposed Terms / Elements for Construction | Patent / Claims | Proposed Construction and Supporting Materials |
|---|---|---|
| | | 820&num=100 (last visited July 28, 2022)). <br>• Akoustis Ex. B3 (U.S. Patent Publication No. 2014/0159548), at *e.g.*, [0005]. <br>• Akoustis Ex. B5 (F. Shen et al., *Energy Trapping in Mesa-shaped Quartz Crystal Microbalance*, 2002 IEEE: Sensors (Nov. 2002)), at *e.g.*, 2. <br>• Akoustis Ex. B8 (Li-Wen Hung & Clark T-C. Nguyen, *Capacitive-piezoelectric Transducers for High-Q Micromechanical AlN Resonators*, 24 J. of Microelectromechanical Sys. No. 2, (Apr. 2015)), at *e.g.*, 461. <br>• Akoustis Ex. B9 (Gianluca Piazza et al., *Piezoelectric Aluminum Nitride Vibrating Contour-mode MEMS Resonators*, 15 J. of Microelectromechanical Sys. No. 6, (Dec. 2006)), at *e.g.*, 1414. <br>• Akoustis Ex. B10 (Clark T-C. Nguyen et al., *A Negative-Capacitance Equivalent Circuit Model for Parallel-plate Capacitive-gap-transduced Micromechanical Resonators*, 61 IEEE Transactions On Ultrasonics, Ferroelectrics, and Frequency Control No. 5, (May 2014)), at, *e.g.*, 851 <br>• Akoustis Ex. B15 (Mustafa U. Demirci & Clark T-C. Nguyen, *Higher-mode Free-free Beam Micromechanical Resonators*, Symposium, 2003 IEEE Int'l Frequency Control (May 5-8, 2003)), at *e.g.*, 3. <br>• Akoustis Ex. B16 (Clark T-C. Nguyen et al., *RF Channel-select Micromechanical Disk Filters—Part II: Demonstration*, 66 IEEE Transactions On Ultrasonics, Ferroelectrics, and Frequency Control No. 1 (Jan. 2019)), at *e.g.*, 218. <br>• Akoustis Ex. B17 (Gianluca Piazza et al., *Piezoelectric Aluminum Nitride Vibrating Contour-mode MEMS Resonators*, 15 J. of Microelectromechanical Sys. No. 6 (Dec. 2006)), at *e.g.*, 1415. |
| | | Expert Testimony Support: <br>• *Initial Claim Construction Declaration of John C. Bravman, Ph.D.* ("Bravman Initial Decl."). *See,* |

| Proposed Terms / Elements for Construction | Patent / Claims | Proposed Construction and Supporting Materials |
|---|---|---|
| | | *e.g.*, ¶¶ 7-21, 22-32.<br>• *Rebuttal Claim Construction Declaration of John C. Bravman, Ph.D.* ("Bravman Rebuttal Decl."). *See, e.g.*, ¶¶ 4-29.<br>• *Initial Claim Construction Expert Report and Declaration by Dr. Clark Nguyen* ("Nguyen Initial Decl."). *See, e.g.*, at 9.<br>• Transcript for Deposition of Dr. John C. Bravman, August 12, 2022 ("Bravman Tr."). *See, e.g.*, at 17:16-18:6, 38-41, 47-52, 61-63, 64:13-18, 65-69, 72-74, 77-79, 139-140, 173-174.<br>• Transcript for Deposition of Dr. Clark Nguyen, August 10, 2022 ("Nguyen Tr."). *See, e.g.*, 26:16-27:3, 28-29, 34-35, 46-49, 84-85. |
| "a *density of mechanical energy* in the outer region of the BAW resonator is reduced as compared to a *density of mechanical energy* in the outer region of the BAW resonator when n is equal to 1" | '755 Patent, claims 1, 11 | <u>Qorvo's Construction</u>: Plain and Ordinary Meaning. If a construction for "density of mechanical energy" is needed, it means the amount of mechanical energy from acoustic waves leaked from the active region, measured over a volume of the outer region. |
| | | <u>Exemplary Intrinsic Support</u>: '755 Patent, Abstract, 1:14-18, 2:4-26, 2:30-51, 2:52-56, 2:57-61, 4:1-4, 5:5-23, 6:26-63, 7:1-33, 8:36-61, 9:47-51, FIGS. 2-3. |
| | | <u>Exemplary Extrinsic Support</u>: *RF Bulk Acoustic Wave Filters for Communications* (Ken-ya Hashimoto ed., 2009). *See, e.g.*, Chs. 1-5, 8. |
| | | <u>Expert Testimony Support</u>:<br>• Bravman Initial Decl. *See, e.g.*, ¶¶ 7-21, 33-45.<br>• Bravman Rebuttal Decl. *See, e.g.*, ¶¶ 4-6, 30-54.<br>• Nguyen Initial Decl. *See, e.g.*, at 16-17.<br>• Bravman Tr. *See, e.g.*, 82-83, 88, 92-96, 97:7-13, 99:12-100:5, 109:4-114:16, 114-116, 120-128, 129:16-130:13.<br>• Nguyen Tr. *See, e.g.*, 49-52, 54-58, 60-63, 68-74. |
| "acoustically matched in such a manner that one or | '755 Patent, claims 3, 9, 10, 12 | <u>Qorvo's Construction</u>: Plain and Ordinary Meaning. If a construction for "are not excited" is needed, it means "are not substantively created" |

| Proposed Terms / Elements for Construction | Patent / Claims | Proposed Construction and Supporting Materials |
|---|---|---|
| more wavelengths that cause energy leakage into the outer region *are not excited* in the active region" | | Exemplary Intrinsic Support:'755 Patent, Abstract, 1:14-18, 1:51-2:3, 2:4-13, 2:14-26, 2:30-51, 2:52-56, 2:57-61, 5:5-23, 6:26-31, 6:32-41, 6:42-63, 7:1-33, 8:36-61. |
| | | Exemplary Extrinsic Support: *RF Bulk Acoustic Wave Filters for Communications* (Ken-ya Hashimoto ed., 2009). *See, e.g.*, Chs. 1-5, 8. |
| | | Expert Testimony Support:<br>• Bravman Initial Decl. *See, e.g.*, ¶¶ 7-21, 46-55.<br>• Bravman Rebuttal Decl. *See, e.g.*, ¶¶ 4-6, 51, 55-70.<br>• Nguyen Initial Decl. *See, e.g.*, at 19-20.<br>• Bravman Tr. *See*, *e.g.*, 140-142, 144-148, 152-154.<br>• Nguyen Tr. *See, e.g.*, 79-83. |
| "piezoelectric layer" | '786 Patent, claims 1, 8, 12, 16 | Qorvo's Construction: A layer of piezoelectric material having single crystal structure |
| | | Exemplary Intrinsic Support:<br>• '786 Patent, Title, Abstract, 1:5-10, 1:40-65, 2:10-48, 3:45-4:2, 4:49-5:3, 5:4-25, 5:26-39, 6:41-50, 10:53-67, 11:1-18, 11:31-12:25, 13:50-67, 14:62-64, FIGS. 1-15.<br>• U.S. Provisional Patent Application No. 62/360,904. *E.g.*, at 10. |
| | | Exemplary Extrinsic Support: *RF Bulk Acoustic Wave Filters for Communications* (Ken-ya Hashimoto ed., 2009). *See, e.g.*, Chs. 1-5. |
| | | Expert Testimony Support:<br>• Bravman Initial Decl. *See, e.g.*, ¶¶ 7-16, 56-88.<br>• Bravman Rebuttal Decl. *See, e.g.*, ¶¶ 4-6, 71-80.<br>• Bravman Tr. *See, e.g.*, 158-160, 162-164, 169-170.<br>• Nguyen Tr. *See, e.g.*, 86, 89. |