Case No. 1:21-01417-JPM
Exhibit B - Joint Claim Construction Statement and Prehearing Statement

# Case No. 1:21-01417-JPM

# Exhibit B

# Joint Claim Construction Statement and Prehearing Statement

**Akoustis' Proposed Claim Constructions:**

1. U.S. Patent No. 9,735,755

    a. "Active Region" and "Outer Region" [all asserted claims]

        i. Active region: **That region of the device where motional current density is generated through the piezoelectric layer**.

        ii. Outer region: **That region outside the active region**.

    b. "[A] density of mechanical energy in the outer region"  [claims 1, 11]

        i. The "**density** of mechanical energy" means **a total density over the full volume** of the outer region, or otherwise indefinite.

    c. "[A]re not excited" [claims 3, 9, 10, 12]

        i. "[A]re not excited" means that the wavelengths **do not exist in the whole volume** of the active region, or otherwise indefinite.

2. U.S. Patent 10,256,786

    a. "piezoelectric layer" [claim 1]

        i. **A layer of piezoelectric material having single or multiple crystal structure**.

**Akoustis' identified intrinsic and extrinsic evidence to support its proposed constructions or to oppose Qorvo's proposed constructions.**

| Background – Technology Overview, Generally | | | |
|---|---|---|---|
| **Intrinsic/Extrinsic** | **Exhibit** | **Document** | **Citation** |
| Intrinsic Evidence | C1 | U.S. Patent No. 9,735,755 | 1:51-61, Fig. 1B |
| Extrinsic Evidence | D1-a | Excerpts from Dr. Clark Nguyen's Initial Claim Construction Expert Report and Declaration, dated July 11, 2022 | pp. 9-12 |

Case No. 1:21-01417-JPM
Exhibit B - Joint Claim Construction Statement and Prehearing Statement

| Background – Technology Overview, Generally | | | |
|---|---|---|---|
| **Intrinsic/Extrinsic** | **Exhibit** | **Document** | **Citation** |
| Extrinsic Evidence | D3 | Excerpts from Deposition Transcript of Dr. John Bravman (August 12, 2022) | 150:11-22 |
| Extrinsic Evidence | D4 | Excerpts from Plaintiff's Preliminary Claim Construction Supporting Materials, Hashimoto, Ken-ya, RF Bulk Acoustic Wave Filter for Communication (2009) | Qorvo_00024740-1; 00024750-1 |
| Extrinsic Evidence | D4-a | Excerpts from Plaintiff's Preliminary Claim Construction Supporting Materials, Hashimoto, Ken-ya, RF Bulk Acoustic Wave Filter for Communication (2009) | Qorvo_00024718-00024725, Qorvo_00024733, Qorvo_00024872-00024878 |
| Extrinsic Evidence | D5-a | Excerpts from Deposition Transcript of Dr. Clark Nguyen (August 10, 2022) | 36:7-18, 37:21-24, 41:12-43:6, 48:2-49:5, 53:21-54:9, 104:21-105:10 |

| Background – Technology Overview, U.S. Patent 9,735,755 | | | |
|---|---|---|---|
| **Intrinsic/Extrinsic** | **Exhibit** | **Document** | **Citation** |
| Intrinsic Evidence | A | U.S. Patent No. 9,735,755, Claims 1-3 annotated | Claims 1-3 |
| Intrinsic Evidence | C1 | U.S. Patent No. 9,735,755 | 1:14-16, 1:54-64, 2:4-9, 2:14-21, 2:46-66, 6:64-67, 7:1-6, Fig. 2B |
| Intrinsic Evidence | C3 | Excerpts from file history of U.S. Patent No. 9,735,755 | Qorvo_00000354-57, Qorvo_00000381 |
| Extrinsic Evidence | D1 | Excerpts from Dr. Clark Nguyen's Initial Claim Construction Expert Report and Declaration, dated July 11, 2022 | p. 16 |
| Extrinsic Evidence | D4 | Excerpts from Plaintiff's Preliminary Claim Construction Supporting Materials, Hashimoto, Ken-ya, RF Bulk Acoustic Wave Filter for Communication (2009) | Qorvo_0024674-77, Qorvo_00024726-59, Qorvo_00024878 |

3

Case No. 1:21-01417-JPM
Exhibit B - Joint Claim Construction Statement and Prehearing Statement

| Background – Technology Overview, U.S. Patent 9,735,755 | | | |
|---|---|---|---|
| **Intrinsic/Extrinsic** | **Exhibit** | **Document** | **Citation** |
| Extrinsic Evidence | D4-a | Excerpts from Plaintiff's Preliminary Claim Construction Supporting Materials, Hashimoto, Ken-ya, RF Bulk Acoustic Wave Filter for Communication (2009) | Qorvo_00024878 |
| Extrinsic Evidence | D5 | Excerpts from Deposition Transcript of Dr. Clark Nguyen (August 10, 2022) | 32:24-33:5 |
| Extrinsic Evidence | D5-a | Excerpts from Deposition Transcript of Dr. Clark Nguyen (August 10, 2022) | 55:2-13 |
| Extrinsic Evidence | D6 | Defendants' Preliminary Claim Construction Supporting Materials (B9), Piazza, Gianluca, et al., Piezoelectric Aluminum Nitride Vibrating Contour-Mode MEMS Resonators, J. Microelectromechanical Sys., Vol. 15, No. 6 (Dec. 2006) | pp. 1414-17 |
| Extrinsic Evidence | D7 | Defendants' Preliminary Claim Construction Supporting Materials (B13), Bindel, David S., et al., Anchor Loss Simulation in Resonators, IEEE (2005) | pp. 133-36 |
| Extrinsic Evidence | D8 | Excerpts from Dr. John Bravman's Initial Claim Construction Declaration, dated July 11, 2022 | para. 41, 49 |

4

| Background – Technology Overview, U.S. Patent 10,256,786 | | | |
|---|---|---|---|
| Intrinsic/Extrinsic | Exhibit | Document | Citation |
| Intrinsic Evidence | B | Annotated U.S. Patent No. 10,256,786 | Claims 1-2 |
| Intrinsic Evidence | C2 | U.S. Patent No. 10,256,786 | 1:14-18, 1:18-21, 1:44-47, 2:10-14, 3:45-52, 14:29-31, 14:62-64 |
| Extrinsic Evidence | D3 | Excerpts from Deposition Transcript of Dr. John Bravman (August 12, 2022) | 170:2-10 |
| Extrinsic Evidence | D5 | Excerpts from Deposition Transcript of Dr. Clark Nguyen (August 10, 2022) | 89:21-90:2 |

| POSITA Standard | | | |
|---|---|---|---|
| Intrinsic/Extrinsic | Exhibit | Document | Citation |
| Extrinsic Evidence | D1 | Dr. Nguyen Initial Declaration | p. 9 |
| Extrinsic Evidence | D2 | Dr. Nguyen Rebuttal Declaration | pp. 2-3 |
| Extrinsic Evidence | D3 | Dr. Bravman Deposition Transcript | 17:16-18:6 |

| U.S. Patent 9,735,755: "Active Region" and "Outer Region" [all asserted claims] | | | |
|---|---|---|---|
| Intrinsic/Extrinsic | Exhibit | Document | Citation |
| Intrinsic Evidence | C1 | U.S. Patent No. 9,735,755 | 1:51-64, FIGs 1A, 1B, and 5E |
| Extrinsic Evidence | D1 | Excerpts from Dr. Clark Nguyen's Initial Claim Construction Expert Report and Declaration, dated July 11, 2022 | pp. 8-10 |
| Extrinsic Evidence | D3 | Excerpts from Deposition Transcript of Dr. John Bravman (August 12, 2022) | 64:19-65:17 |
| Extrinsic Evidence | D3-a | Excerpts from Deposition Transcript of Dr. John Bravman (August 12, 2022) | 22:5-17, 23:22-24:12, 27:13-21, 40:1-13, 47:6-50:5 |
| Extrinsic Evidence | D4-a | Excerpts from Plaintiff's Preliminary Claim Construction Supporting Materials, Hashimoto, | Qorvo_00024718-00024725 |

| U.S. Patent 9,735,755: "Active Region" and "Outer Region" [all asserted claims] | | | |
|---|---|---|---|
| **Intrinsic/Extrinsic** | **Exhibit** | **Document** | **Citation** |
| | | Ken-ya, RF Bulk Acoustic Wave Filter for Communication (2009) | |
| Extrinsic Evidence | D5 | Excerpts from Deposition Transcript of Dr. Clark Nguyen (August 10, 2022) | 30:13-24; 35:17-36:18, 43:7-21, 44:22-45:19; 53:8-54:9, 90:18-92:15, 105:17-25 |
| Extrinsic Evidence | D5-a | Excerpts from Deposition Transcript of Dr. Clark Nguyen (August 10, 2022) | 40:1-41:20, 84:20-85:13 |
| Extrinsic Evidence | D9 | Defendants' Preliminary Claim Construction Supporting Materials (B6), Robert Johnson, Mechanical Filters in Electronics (1983) | generally; page 29: Equation (2.10) provides |
| Extrinsic Evidence | D10 | Defendants' Preliminary Claim Construction Supporting Materials (B7), Besson, Raymond J., A New "Electrodeless" Resonator Design, Proceedings of the 31st Annual Symposium on Frequency Control 1977 | pp. 147-152, Fig. 2 and Fig. 3. |
| Extrinsic Evidence | D11 | Defendants' Preliminary Claim Construction Supporting Materials (B8), Hung, Li-Wen; Nguyen, Clark T.-C., Capacitive-Piezoelectric Transducers for High-C Micromechanical AlN Resonators, J. Microelectronmechanical Sys., Vol. 24, No. 2 (Apr. 2015) | pp. 458-473 |
| Extrinsic Evidence | D12 | Excerpts from U.S. Patent Application Publication No. 2014/0159548 A1 | generally, Sheet 2, Fig. 1B |

| U.S. Patent 9,735,755: "[A] density of mechanical energy in the outer region" [claims 1, 11] | | | |
|---|---|---|---|
| **Intrinsic/Extrinsic** | **Exhibit** | **Document** | **Citation** |
| Intrinsic Evidence | C1 | U.S. Patent No. 9,735,755 | 2:21-26, 4:1-4, claim 1 |
| Intrinsic Evidence | C1-a | Annotated Figs. 3A-B of U.S. Patent No. 9,735,755 | FIGs 3A-3B |
| Extrinsic Evidence | D1 | Excerpts from Dr. Clark Nguyen's Initial Claim Construction Expert | pp. 12, 17-18 |

Case No. 1:21-01417-JPM
Exhibit B - Joint Claim Construction Statement and Prehearing Statement

| | | | |
|---|---|---|---|
| | | Report and Declaration, dated July 11, 2022 | |
| Extrinsic Evidence | D1-a | Excerpts from Dr. Clark Nguyen's Initial Claim Construction Expert Report and Declaration, dated July 11, 2022 | pp. 15-17 |
| Extrinsic Evidence | D2-a | Excerpts from Dr. Clark Nguyen's Rebuttal Claim Construction Report and Declaration, dated July 29, 2022 | pp. 11-12, fn. 3 |
| Extrinsic Evidence | D3 | Excerpts from Deposition Transcript of Dr. John Bravman (August 12, 2022) | 94:5-99:10, 101:3-13 |
| Extrinsic Evidence | D3-a | Excerpts from Deposition Transcript of Dr. John Bravman (August 12, 2022) | 91:3-16, 103:22-104:11, 107:1-111:4, 112:20-113:22, 119:13-120:22 |
| Extrinsic Evidence | D5-a | Excerpts from Deposition Transcript of Dr. Clark Nguyen (August 10, 2022) | 67:14-70:1 |
| Extrinsic Evidence | D7 | Defendants' Preliminary Claim Construction Supporting Materials (B13), Bindel, David S., et al., Anchor Loss Simulation in Resonators, IEEE (2005) | pp. 133-36 |

| U.S. Patent 9,735,755: "[A]re not excited" [claims 3, 9, 10, 12] | | | |
|---|---|---|---|
| Intrinsic/Extrinsic | Exhibit | Document | Citation |
| Intrinsic Evidence | A | U.S. Patent No. 9,735,755, annotated | Claims 1-3 |
| Intrinsic Evidence | C1 | U.S. Patent No. 9,735,755 | 2:33, 2:51, 2:54, 3:65; 4:1, 5:8, 5:23, 5:25, 6:33, 7:1-33, 7:50, 8:14-16, 8:36-61, 9:49, 11:36, Claims 1, 3, 9, 10, 12 |
| Extrinsic Evidence | D1 | Excerpts from Dr. Clark Nguyen's Initial Claim Construction Expert Report and Declaration, dated July 11, 2022 | p. 20 |
| Extrinsic Evidence | D2-a | Excerpts from Dr. Clark Nguyen's Rebuttal Claim Construction Report and Declaration, dated July 29, 2022 | pp. 17-18 |

7

Case No. 1:21-01417-JPM
Exhibit B - Joint Claim Construction Statement and Prehearing Statement

| U.S. Patent 9,735,755: "[A]re not excited" [claims 3, 9, 10, 12] | | | |
|---|---|---|---|
| **Intrinsic/Extrinsic** | **Exhibit** | **Document** | **Citation** |
| Extrinsic Evidence | D3 | Excerpts from Deposition Transcript of Dr. John Bravman (August 12, 2022) | 150:11-151:5 |
| Extrinsic Evidence | D4 | Excerpts from Plaintiff's Preliminary Claim Construction Supporting Materials, Hashimoto, Ken-ya, RF Bulk Acoustic Wave Filter for Communication (2009) | Qorvo_00024741, Qorvo_00024747, Qorvo_00024750 |
| Extrinsic Evidence | D5-a | Excerpts from Deposition Transcript of Dr. Clark Nguyen (August 10, 2022) | 65:5-67:5; 81:2-83:16 |
| Extrinsic Evidence | D13 | Excerpts from Dr. John Bravman's Rebuttal Claim Construction Declaration, dated July 29, 2022 | para. 59 |
| Extrinsic Evidence | D14 | Defendants' Preliminary Claim Construction Supporting Materials (B16), Akgul, Mehmet, et al., RF Channel-Select Micromechanical Disk Filters - Part II: Demonstration, IEEE Transactions on Ultrasonics, Ferroelectrics & Frequency Control, Vol. 66, No. 1 (Jan. 2019) | pp. 218-235 |

| U.S. Patent 10,256,786: "piezoelectric layer" [claim 1] | | | |
|---|---|---|---|
| **Intrinsic/Extrinsic** | **Exhibit** | **Document** | **Citation** |
| Intrinsic Evidence | C2 | U.S. Patent No. 10,256,786 | 1:14-21, 1:40-50, 2:10-14, 3:45-52, 14:24-31, 14:62-64 |
| Extrinsic Evidence | D1-a | Excerpts from Dr. Clark Nguyen's Initial Claim Construction Expert Report and Declaration, dated July 11, 2022 | pp. 21-23 |
| Extrinsic Evidence | D2-a | Excerpts from Dr. Clark Nguyen's Rebuttal Claim Construction Report and Declaration, dated July 29, 2022 | pp. 20-25 |
| Extrinsic Evidence | D3 | Excerpts from Deposition Transcript of Dr. John Bravman (August 12, 2022) | 158:17-21, 160:8-161:2, 161:19-21, 170:2-10 |
| Extrinsic Evidence | D5 | Excerpts from Deposition Transcript of Dr. Clark Nguyen (August 10, 2022) | 89:21-90:2 |