IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on December 9, 2022, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Third Set of Requests for Production of Documents and Things (Nos. 114-155), Second Set of Interrogatories (Nos. 10-11), and this Notice of Service were served on the following counsel of record via email:

>   Jack B. Blumenfeld (#1014)
>   Jeremy A. Tigan (#5239)
>   MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>   1201 North Market Street
>   P.O. Box 1347
>   Wilmington, DE 19899-1347
>   (302) 658-9200
>   jblumenfeld@morrisnicols.com
>   jtigan@morrisnichols.com
>
>   Robert M. Masters
>   Jonathan R. DeFosse
>   Timothy P. Cremen
>   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>   2099 Pennsylvania Avenue, NW Suite 100
>   Washington, DC 2006-6801
>   (202) 747-1900
>   rmasters@sheppardmullin.com
>   jdefosse@sheppardmullin.com
>   tcremen@sheppardmullin.com

                        Trevor J. Quist
                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                        1540 El Camino Real
                        Menlo Park, CA 94025
                        (650) 815-2645
                        tquist@sheppardmullin.com

Dated: December 9, 2022

| PILLSBURY WINTHROP SHAW PITTMAN LLP | BAYARD, P.A. |
|---|---|
| David A. Jakopin<br>Dianne L. Sweeney<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |
| Robert M. Fuhrer<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>(703) 770-7900<br>robert.fuhrer@pillsburylaw.com | *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |
| David L. Stanton<br>725 S. Figueroa St., 36th Floor<br>Los Angeles, CA 90017<br>(213) 488-7100<br>david.stanton@pillsburylaw.com | |
| Theresa A. Roozen<br>1200 17th St NW<br>Washington, DC 20036<br>(202) 663-8000<br>theresa.roozen@pillsburylaw.com | |
| *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* | |