# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:21-cv-01417-JPM ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) ) |
| Defendant. | |

## ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

Before the Court is Plaintiff Qorvo, Inc.'s Unopposed Motion for Leave to File a Second Amended Complaint, filed on February 8, 2023. (ECF No. 122.) Upon agreement of the Parties and for good cause shown, the Motion is **GRANTED**.

**SO ORDERED**, this 8th day of February, 2023.

                                                s/ Jon P. McCalla
                                                JON P. McCALLA
                                                UNITED STATES DISTRICT JUDGE