IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadlines to file a redacted version of Plaintiff's Motion for Leave (D.I. 122) and to file a redacted version of Plaintiff's Second Amended Complaint (D.I. 125) is extended to February 17, 2023.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff*

February 15, 2023

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants*

SO ORDERED this 16th day of February 2023.

    s/ Jon P. McCalla
Jon P. McCalla
United States District Judge