# EXHIBIT D-2

## REDACTED IN ITS ENTIRETY

# EXHIBIT D-3

## REDACTED IN ITS ENTIRETY

# Exhibit E-1

## REDACTED IN ITS ENTIRETY

# Exhibit E-2
## Redacted in its Entirety