# Exhibit F-1
## Redacted in its Entirety

# EXHIBIT F-2
## REDACTED IN ITS ENTIRETY

# EXHIBIT G-1
## REDACTED IN ITS ENTIRETY

# EXHIBIT G-2

# REDACTED IN ITS ENTIRETY

# EXHIBIT G-3
## REDACTED IN ITS ENTIRETY

# EXHIBIT H-1

# REDACTED IN ITS ENTIRETY

# EXHIBIT H-2
## REDACTED IN ITS ENTIRETY

# EXHIBIT H-3
## REDACTED IN ITS ENTIRETY

# EXHIBIT I-1
## REDACTED IN ITS ENTIRETY

# EXHIBIT I-2
## REDACTED IN ITS ENTIRETY

# EXHIBIT I-3
## REDACTED IN ITS ENTIRETY

# EXHIBIT I-4
## REDACTED IN ITS ENTIRETY

# EXHIBIT I-5
## REDACTED IN ITS ENTIRETY