# EXHIBIT J-1

## REDACTED IN ITS ENTIRETY

# EXHIBIT J-2

## REDACTED IN ITS ENTIRETY

# EXHIBIT J-3

## REDACTED IN ITS ENTIRETY

# EXHIBIT K-1

## REDACTED IN ITS

## ENTIRETY

# EXHIBIT K-2

## REDACTED IN ITS ENTIRETY

# EXHIBIT K-3
## REDACTED IN ITS
## ENTIRETY

# EXHIBIT L-1

## REDACTED IN ITS ENTIRETY

# EXHIBIT L-2
## REDACTED IN ITS
## ENTIRETY