# EXHIBIT L-3
## REDACTED IN ITS ENTIRETY

# EXHIBIT L-4
## REDACTED IN ITS ENTIRETY

# EXHIBIT M-1
## REDACTED IN ITS ENTIRETY

# EXHIBIT M-2

## REDACTED IN ITS ENTIRETY

# EXHIBIT N-1
# REDACTED IN ITS ENTIRETY