**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| QORVO, INC., ) | |
| ) | |
| ) | C.A. No. 21-1417-JPM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AKOUSTIS TECHNOLOGIES, INC. and ) | |
| AKOUSTIS, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline to file a redacted version of defendant's Motion to Unseal (D.I. 138) and to file a redacted version of the Declaration in support (D.I. 139, 140) is extended to March 7, 2023.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff*

BAYARD, P.A.

/s/ Stephen B. Brauerman
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants*

SO ORDERED this _____ day of _____ 2023.

_____
United States District Judge