**Public Version**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| | ) | C.A. No. 21-1417-JPM |
| Plaintiff, | ) | |
| | ) | [FILED UNDER SEAL] |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S MOTION TO UNSEAL THE SECOND AMENDED COMPLAINT

Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") submit this motion to request that the Court unseal the Second Amended Complaint (D.I. 125 (not the exhibits thereto) and 133 (not the exhibits thereto), or alternatively, limit Qorvo's redactions to the redactions attached hereto.  In support of its motion, Akoustis submits the memorandum of law filled concurrently herewith.

Pursuant to local rule 7.1.1, the undersigned counsel avers that it met and conferred with Qorvo prior to filing this motion.  The parties were unable to resolve the dispute prior to filing this motion.

Public Version

Dated: February 22, 2023

PILLSBURY WINTHROP
SHAW PITTMAN LLP

David A. Jakopin
Dianne L. Sweeney
2550 Hanover Street
Palo Alto, CA 94304-1115
(650) 233-4500
david.jakopin@pillsburylaw.com
dianne@pillsburylaw.com

Robert M. Fuhrer
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com

  *Attorneys for Akoustis Technologies, Inc.
  and Akoustis, Inc.*

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

  *Attorneys for Akoustis Technologies, Inc. and
  Akoustis, Inc.*

2