# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| | ) | C.A. No. 21-1417-JPM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

After review of Akoustis Technologies, Inc. and Akoustis, Inc's Motion to Unseal, including the opening brief, the Court finds that the requested unsealing is prior to make these document a matter of public record.

THEREFORE, it is hereby ORDERED that D.I. 125 (not the exhibits thereto) and 133 (not the exhibits thereto) be unsealed, or alternatively, the redactions be tailored to be consistent with Attachment 1.


SO ORDERED this _____ day of _____ 2023.


_____
UNITED STATES DISTRICT JUDGE