## **CERTIFICATE OF SERVICE**

      I, Stephen B. Brauerman, hereby certify that, on February 22, 2023, a copy of the foregoing document was served via email to all counsel of record.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
