# APPENDIX A

## QORVO'S REDACTIONS BY CATEGORY

**A. Qorvo's Descriptions of Its Purported Trade Secrets Do Not Meet the Standard for Redaction – SAC Paras. 80, 88, 94, 99, 105, 110, 114, 120, 125, 129, and 134**

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| 80. Qorvo trade secrets contained in Exhibit C-1 include, but are not limited to: (a) ▮▮▮ ("Trade Secret 1"), *see, e.g.,* Exhibit C-1, QORVO_00035007-013 at Sections 7.1.4-7.1.6; (b) ▮▮▮ ("Trade Secret 2"), *see, e.g., id.*; (▮▮▮ ("Trade Secret 3"), *see, e.g.,* Exhibit C-1, QORVO_00035007 at Section 7.1.2(1); (d) ▮▮▮ ("Trade Secret 4"), *see, e.g.,* Exhibit C-1, QORVO_00035007 at Section 7.1.3; (e) ▮▮▮ ("Trade Secret 5"), *see, e.g.,* Exhibit C-1, QORVO_00035007-011 at Section 7.1.4; (f) ▮▮▮ ("Trade Secret 6"), *see, e.g., id.*; (g) ▮▮▮ ("Trade Secret 7"), *see, e.g.,* Exhibit C-1, QORVO_00035007-012 at Section 7.1.4-7.1.5; (h) ▮▮▮ ("Trade Secret 8"); *see, e.g., id.*; (i) ▮▮▮ ("Trade Secret 9"), *see, e.g.,* Exhibit C-1, QORVO_00035012-013 at Section 7.1.6; (h) ▮▮▮ *see, e.g.,* Exhibit C-1, QORVO_00035007-014 at Section 7.1; (i) ▮▮▮ ("Trade Secret 11"), *see, e.g.,* Exhibit C-1, QORVO_00035014-019 at Sections 7.2.1-7.2.2; (j) ▮▮▮ ("Trade Secret 12"), *see, e.g.,* Exhibit C-1, QORVO_00035019-020 at Section 7.2.3; (k) ▮▮▮ ("Trade Secret 13"), *see, e.g.,* Exhibit C-1, QORVO_00035020-21 at Section 7.2.4; (l) ▮▮▮ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 14"), see, e.g., Exhibit C-1, QORVO_00035021-23 at Section 7.2.5; (m) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 15"), see, e.g., Exhibit C-1, QORVO_00035023 at Sections 7.2.6; (n) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 16"), see, e.g., Exhibit C-1, QORVO_00035023 at Sections 7.2.7, (o) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 17"), see, e.g., Exhibit C-1, QORVO_00035030-059; and (p) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 18") see, e.g., Exhibit C-1, QORVO_00035024-027. | |
| 88. Qorvo trade secrets contained in Exhibit D-1 include, but are not limited to: (a) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 19"), see Exhibit D-1 at QORVO_00035084; (b) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 20"), see Exhibit D-1 at QORVO_00035084, 086; (c) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 21"), see Exhibit D-1 at QORVO_00035084-085, 079, 093; (d) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ -("Trade Secret 22"), see Exhibit D-1 at QORVO_00035081, 087-088, 094; (e) ▇▇▇▇▇▇▇▇ ("Trade Secret 23"), see Exhibit D-1 at QORVO_00035084; and (f) ▇▇▇▇▇▇▇▇ ("Trade Secret 24"), see Exhibit D-1 at QORVO_00035098-105. | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 94. Qorvo trade secrets contained in Exhibit E-1 include, but are not limited to: (a) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 25"), see Exhibit E-1 at QORVO_00034984-985; (b) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 26"), see Exhibit E-1 at QORVO_00034985-87; (c) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 27"), see Exhibit E-1 at QORVO_00034985-87; (d) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 28"), see Exhibit E-1 at QORVO_00034986-88; and (e) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Trade Secret 29"), see Exhibit E-1 at QORVO_00034988-5000. | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| 99. … Qorvo trade secrets contained in Exhibit F-1 include, but are not limited to: (a) ▮▮▮ ("Trade Secret 30"), see Exhibit F-1 at QORVO_00035121; (b) ▮▮▮ ("Trade Secret 31"), see Exhibit F-1 at QORVO_00035121-123; and (c) ▮▮▮ ("Trade Secret 32"), see Exhibit F-1 at QORVO_00035122-123. | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 105. …Qorvo trade secrets contained in Exhibit G-1 include, but are not limited to: (a) ▮▮▮ ("Trade Secret 33"); see Exhibit G-1 at QORVO_00034926-30; (b) ▮▮▮ ("Trade Secret 34"), see Exhibit G-1 at QORVO_00034929; (c) ▮▮▮ ("Trade Secret 35"), see Exhibit G-1 QORVO_00034927-28; and (d) ▮▮▮ ("Trade Secret 36"), see Exhibit G-1 at QORVO_00034929-30. | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 110. … Qorvo trade secrets contained in Exhibit H-1 include, but are not limited to: (a) ▮▮▮ ("Trade Secret 37"), see Exhibit H-1 at Overview sheet; (b) ▮▮▮ "Trade Secret 38"), see Exhibit H-1; and (c) ▮▮▮ ("Trade Secret 39"), see Exhibit H-1. | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 114. Mr. Houlden's email attached another confidential-marked Qorvo document attached hereto as Exhibit H-3 and bearing the bates label AKTS_00145342 ("Exhibit H-3"). Qorvo invested great resources to create trade secrets reflected in ▮▮▮ Exhibit H-3, ▮▮▮ Such trade secrets include, but are not limited to: (a) ▮▮▮ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |

Public Version

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| ▇▇▇ ("Trade Secret 41"); (c) ▇▇▇-("Trade Secret 42"); (d) ▇▇▇ ("Trade Secret 43"); (e) ▇▇▇ ("Trade Secret 44"); (f) ▇▇▇-("Trade Secret 45"); and (g) ▇▇▇ ("Trade Secret 46"). | |
| 120. … Qorvo trade secrets contained in Exhibit I-1 include, but are not limited to: (a) ▇▇▇ ("Trade Secret 47"), see Exhibit I-1 at QORVO_00035126-132; (b) ▇▇▇ ("Trade Secret 48"), see Exhibit I-1 at QORVO_00035127; (c) ▇▇▇ ("Trade Secret 49"), see Exhibit I-1 at QORVO_00035128; (d) ▇▇▇ ("Trade Secret 50"), see Exhibit I-1 at QORVO_00035129-30; and (d) ▇▇▇ ("Trade Secret 51"), see Exhibit I-1 at QORVO_00035131. | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 125. … Qorvo trade secrets contained in Exhibit J-1 include, but are not limited to: (a) ▇▇▇ ("Trade Secret 52"); see Exhibit J-1, ▇▇▇ ("Trade Secret 53"), see Exhibit J-1, ▇▇▇; (c) ▇▇▇ ("Trade Secret 54"), see Exhibit J-1, ▇▇▇ (d) ▇▇▇-("Trade Secret 55"), see Exhibit J-1, ▇▇▇; (e) ▇▇▇ ("Trade Secret 56"), see Exhibit J-1 at ▇▇▇ (f) ▇▇▇ ("Trade Secret 57"), see Exhibit J-1 at ▇▇▇ (g) ▇▇▇ Trade Secret 58"), see Exhibit J-1 at ▇▇▇ (h) ▇▇▇ ("Trade Secret 59"), see Exhibit J-1 at ▇▇▇ (i) | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| ("Trade Secret 60"), see Exhibit J-1 at ▮▮▮▮ ; (j) ▮▮▮▮ ("Trade Secret 61"), see Exhibit J-1 at ▮▮▮▮ (k) ▮▮▮▮ ("Trade Secret 62"), see Exhibit J-1 at ▮▮▮▮ and (l) ▮▮▮▮ ("Trade Secret 63"), see Exhibit J-1 ▮▮▮▮ | |
| 129. … Qorvo trade secrets contained in Exhibit K-1 include, but are not limited to ▮▮▮▮, including with respect to (a) ▮▮▮▮ ("Trade Secret 64"), see Exhibit K-1 at QORVO_00035135-148; (b) ▮▮▮▮ ("Trade Secret 65"), see Exhibit K-1 at QORVO_00035135-148; (c) ▮▮▮▮ ("Trade Secret 66"), see Exhibit K-1 at QORVO_00035135-148; and (d) ▮▮▮▮ ("Trade Secret 67"), see Exhibit K-1 at QORVO_00035135-148. | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 134. … Qorvo trade secrets contained in Exhibit L-1 include, but are not limited to Qorvo's: (a) ▮▮▮▮ ("Trade Secret 68"), see Exhibit L-1 at QORVO_00034758; (b) ▮▮▮▮ ("Trade Secret 69"), see Exhibit L-1 at QORVO_00034759; (c) ▮▮▮▮ ("Trade Secret 70"), see Exhibit L-1 at QORVO_00034760; (d) ▮▮▮▮ ("Trade Secret 71"), see Exhibit L-1 at QORVO_00034761; (e) ▮▮▮▮ ("Trade Secret 72"), see Exhibit L-1 at QORVO_00034762; (f) ▮▮▮▮ ("Trade Secret 73"), see Exhibit L-1 at QORVO_00034764; (g) ▮▮▮▮ ("Trade Secret 74"), see Exhibit L-1 at QORVO_00034766; (h) ▮▮▮▮ ("Trade Secret 75"), see Exhibit L-1 at QORVO_00034770-73; (i) | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |

Public Version

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| ▮▮▮ ("Trade Secret 76"), see Exhibit L-1 at QORVO_00034775-76; (j) ▮▮▮ ("Trade Secret 77"), see Exhibit L-1 at QORVO_00034777, 790; (k) ▮▮▮ ("Trade Secret 78"), see Exhibit L-1 at QORVO_00034780-83; (l) ▮▮▮ ("Trade Secret 79"), see Exhibit L-1 at QORVO_00034784; (m) ▮▮▮ ("Trade Secret 80"), see Exhibit L-1 at QORVO_00034789; (n) ▮▮▮ ("Trade Secret 81"), see Exhibit L-1 at QORVO_00034790-91; (o) ▮▮▮ ("Trade Secret 82"), see Exhibit L-1 at QORVO_00034792-97; (p) ▮▮▮ ("Trade Secret 83"), see Exhibit L-1 at QORVO_00034799; (r) ▮▮▮ ("Trade Secret 84"), see Exhibit L-1 at QORVO_00034800-808; (r) ▮▮▮ ("Trade Secret 85"), see Exhibit L-1 at QORVO_00034816-820. | |

**B. Qorvo's General Process Descriptions Do Not Meet the Standard for Redaction – SAC Paras. 82, 90, 99, 105, 125, 127, 129, 131, 134, and 136**

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| 82. … Moreover, Trade Secrets 1-18 also create competitive value for Qorvo ▮▮▮ thereby avoiding waste and saving resources to use elsewhere in the business. … | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 90. …Trade Secrets 19-24 create competitive value for Qorvo by ▮▮▮ … | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's |

**Public Version**

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| | process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 99. Through years of research and development, and at great expense, Qorvo developed trade secrets related to implementation requirements for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ These trade secrets existed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ including as reflected in a confidential marked Qorvo document attached hereto as Exhibit F-1, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ … | This information is a general, broad description of a process and when a process was written. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 105. Through years of research and development, and at great expense, Qorvo developed trade secrets related to implementation requirements for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ These trade secrets existed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ including as reflected in a confidential-marked Qorvo document attached hereto as Exhibit G-1, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information |
| 110. Through years of research and development, and at great expense, Qorvo developed trade secrets related to its QPF4551 product, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information |
| 125. Through years of research and development, and at great expense, Qorvo developed trade secrets relating to detailed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This intelligence included detailed promotion criteria for each job title through years of training employees and human resources analyses. | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 127. … Trade Secrets 52-63 create competitive value for Qorvo by enabling Qorvo to strike a delicate balance between ▮▮▮ | This information is a general, broad description of a process. |

**Public Version**

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ … | It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 129. Through years of research and development, and at great expense, Qorvo developed trade secrets relating to its branding requirements and guidelines for marking its products ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | This information is a general, broad description of a process and when a process was written. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 131. … Trade Secrets 64-67 create competitive value for Qorvo ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ By misappropriating Trade Secrets 64-67, Akoustis obtained an advantage, including but not limited to obtaining a head start in producing and offering products accounting for the same quality and usability considerations, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 134. Through years of research and development, and at great expense, Qorvo developed trade secrets relating to BAW filters in development, including high-performance, high power Bulk Acoustic Wave (BAW) band-pass filters with extremely steep skirts, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Qorvo invested significant resources into developing this BAW filter to enables, among other ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 136. … Trade Secrets 68-85 create competitive value for Qorvo by enabling it to mark and brand its ▓▓▓▓▓▓▓▓▓▓▓▓▓ | This information is a general, broad description of a process. |

Public Version

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ In short, Trade Secrets 68-85 enable ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ By misappropriating one or more of Trade Secrets 68-85, Akoustis obtained an advantage, including but not limited to obtaining a head start in producing and offering products ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |

C. The Date of a Document of Other File Does Not Meet the Standard for Redaction – SAC Paras. 79, 87, 93, 99, 105, 110, 120, 125, 129, 134, and 139.

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| 79. … These trade secrets existed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ … | This information indicates when a trade secret was written. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 87. … These trade secrets existed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ … | This information indicates when a trade secret was written. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 93. … ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ … | This information indicates when a trade secret was written. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 99. … ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ … | This information indicates when a trade secret was written. |

**Public Version**

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| | It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 105. … These trade secrets existed ▮▮▮▮▮▮▮▮▮▮ including as reflected in a confidential-marked Qorvo document … | This information indicates when a trade secret was written.<br>It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 110. … These trade secrets existed ▮▮▮▮▮▮▮▮▮▮ …. | This information indicates when a trade secret was written.<br>It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 120. … These trade secrets existed ▮▮▮▮▮▮▮▮▮▮ …. | This information indicates when a trade secret was written.<br>It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 125. … ▮▮▮▮▮▮▮▮▮▮ | This information indicates when a trade secret was written.<br>It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 129. …These trade secrets existed ▮▮▮▮▮▮▮▮▮▮ | This information indicates when a trade secret was written. |

**Public Version**

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
|  | It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 134. … The trade secrets concerning these filters, their applications, technical architecture and layout plans, and product roadmaps ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | This information indicates when a trade secret was written.<br>It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |
| 139. … The trade secrets reflected in this data existed in the form of, e.g., ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ … | This information indicates when a trade secret was written.<br>It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |

D. **Qorvo's Remaining Redactions Are Not Trade Secrets and Disclosing Them Would Not Cause Any Harm – Paras. 84, 85, 91, 92, 97, 102, 104, 108, 109, 113, 118, 124, 128, 133, 138, 139, 143.**

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| 84. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret.<br>Qorvo has failed to identify a discrete harm from disclosing this information. |



| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| ███████████████ | |
| 92. … ███████████████ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 97. … ███████████████ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 102. ███████████████ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |

**Public Version**

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| 104. … ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 108. … ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 109. … ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |



Public Version

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| ██████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ████ | |
| 128. …██████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ████████████████████ ██████████████████ ████████████████████ ██████████████████████ ████████████████████████ ██████████████████████ ████████████████████████ ██████████████████████████ ██████████████████████ ████ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |
| 133. ████████████████████ ██████████████████████ ████████████████ ██████████████████████ ██████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ████████████████████ ██████████████████ ████████████████ ████████████████████ ██████████████████████ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |



**Public Version**

| Information redacted by Qorvo highlighted below | Qorvo cannot meet its burden |
|---|---|
| ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | |
| 143. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | This information is a general, broad description of a process. It does not provide detailed information about Qorvo's process or rise to the level of a trade secret. Qorvo has failed to identify a discrete harm from disclosing this information. |