Public Version

## CERTIFICATE OF SERVICE

I, Stephen B. Brauerman, hereby certify that, on February 22, 2023, a copy of the foregoing document was served via email to all counsel of record.

/s/ *Stephen B. Brauerman*
Stephen B. Brauerman (#4952)

**Briefs, Responses and Replies**

Public Version

1:21-cv-01417-JPM Qorvo, Inc. v. Akoustis Technologies, Inc. et al

PATENT

## U.S. District Court

## District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Golden, Ronald on 2/22/2023 at 4:50 PM EST and filed on 2/22/2023

**Case Name:** Qorvo, Inc. v. Akoustis Technologies, Inc. et al
**Case Number:** 1:21-cv-01417-JPM
**Filer:** Akoustis Technologies, Inc.
Akoustis, Inc.
**Document Number:** 138

**Docket Text:**
**[SEALED] OPENING BRIEF in Support re [137] MOTION to Unseal the Following Document(s): [125] Amended Complaint filed by Qorvo, Inc. filed by Akoustis Technologies, Inc., Akoustis, Inc..Answering Brief/Response due date per Local Rules is 3/8/2023. (Attachments: # (1) Appendix A, # (2) Certificate of Service)(Golden, Ronald)**

**1:21-cv-01417-JPM Notice has been electronically mailed to:**

David A. Jakopin    david.jakopin@pillsburylaw.com, docket@pillsburylaw.com

David L. Stanton    david.stanton@pillsburylaw.com, irene.hooper@pillsburylaw.com

Dianne L. Sweeney    dianne@pillsburylaw.com, meri@pillsburylaw.com

Jack B. Blumenfeld    Jbbefiling@mnat.com, jblumenfeld@mnat.com

Jeremy A. Tigan    JTigan@morrisnichols.com, jatefiling@mnat.com

Jonathan R. DeFosse    jdefosse@sheppardmullin.com

Robert M. Fuhrer    robert.fuhrer@pillsburylaw.com, piyuli.jain@pillsburylaw.com

Robert M. Masters    rmasters@sheppardmullin.com, mrpatrick@sheppardmullin.com

Ronald P. Golden , III    rgolden@bayardlaw.com, dchase@bayardlaw.com, ntalarowski@bayardlaw.com

Stephen B. Brauerman    sbrauerman@bayardlaw.com, dchase@bayardlaw.com, ntalarowski@bayardlaw.com, tdevine@bayardlaw.com

Theresa A. Roozen    theresa.roozen@pillsburylaw.com

Timothy P. Cremen    tcremen@sheppardmullin.com

Trevor J. Quist    TQuist@sheppardmullin.com

1:21-cv-01417-JPM ~~Filer will deliver document by other means to:~~   Public Version

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2023] [FileNumber=5142877-0
] [92e83b6d42939385d47b4f3907b54f517498bacc998729f46f44257e7a6b6c072d8
828b3106dbe62db9b68ccfbb1312420b95ecf38277bb10f449aec5d29a9be]]
**Document description:** Appendix A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2023] [FileNumber=5142877-1
] [34713639356c46b1f4c221bcd39cc920bfbbae6804a5143e4581af30ffa5c5c0dd9
8a90ed6b6d188e4940974afdd3db47b1dfb150d8869c3d2191eba402074ce]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2023] [FileNumber=5142877-2
] [86ec1865cb3a9dc07165d3402210d1794c1b82b1248a5ca55025505276a8c927361
aba01aff3a450197adb60b0b9a0e7d285fe51767cfbb77ecd234c43169f8b]]