## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417-JPM |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF THERESA A. ROOZEN IN SUPPORT OF DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S MOTION TO UNSEAL THE SECOND AMENDED COMPLAINT

I, Theresa A. Roozen, declare as follows:

1. I am an associate at the law firm of Pillsbury Winthrop Shaw Pittman LLP. My firm is counsel for Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") in the above-captioned action. I submit this declaration in support of Akoustis' Motion to Unseal the Second Amended Complaint. I have personal knowledge of the facts stated in this declaration.

2. On February 16, 2023, counsel for Qorvo and counsel for Akoustis, including local counsel for both parties, met and conferred via Teams. On behalf of Akoustis, attendees included myself, Dianne Sweeney, David Stanton, and Stephen Brauerman. On behalf of Qorvo, attendees included Robert Masters, Jon DeFosse, Roy Jung, and Jeremy Tigan. The meet and confer lasted approximately thirty (30) minutes. During the meet and confer, I noted the high standard for documents to remain under seal, the case law precluding the sealing of general descriptions of trade secrets, and asked Qorvo how the proposed redactions met that burden. I also offered to walk through each of the redactions with counsel for Qorvo to further explain and illustrate our concerns. Counsel for Qorvo rejected that offer. I did convey that simply an allegation that a date a purported trade or a general description of an alleged trade secret

descriptions did not meet the high burden for sealing.

3. During the meet and confer, I also asked if counsel for Qorvo could identify the harm to it if the Second Amendment Complaint ("SAC") was filed publicly. Counsel for Qorvo indicated that the information in the aggregate was confidential and that its client believed the information was confidential. Counsel for Qorvo failed to identify any discrete, specific harm as required by law.

4. During the meet and confer, despite counsel for Akoustis' assertion that it believed the SAC should be filed publicly without any redactions, counsel for Qorvo asked Akoustis to provide more tailored redactions. In an effort to resolve this matter, counsel for Akoustis worked overnight to provide more tailored redactions in an attempt to resolve the conflict. *See* Exhibits 1, 6. While Qorvo made a few edits, Qorvo rejected a majority of the proposal and provided no legal authority in support of its position. *Compare* Exhibit 1 *with* D.I. 133; *see also* Exhibit 7.

5. Attached to this declaration please are true and correct copes of the documents described below that I sent, received, or downloaded in the ordinary course. I note that various exhibits have been updated to add a confidentiality and exhibit designation.

  a. Exhibit 1 is a copy of the email from David Stanton to Jonathan DeFosse, et al., sent on February 17, 2023 with the two attachments to that email. I further note that due to an Adobe limitation, some artifact appears over the attachment name on the cover email. This email is the second set (revised) of redactions provided to Qorvo's counsel.

  b. Exhibit 2 is a copy of the email from Roy Jung to David Jakopin, et al., sent on February 14, 2023 with the proposed public version of the Second Amended Complaint provided via the link in the email. I further note that due to an Adobe limitation, some artifact appears over the attachment name on the cover email.

  c. Exhibit 3 is a copy of an email I sent to Roy Jung, et al., sent on February 15, 2023 without the attachment to that email (a draft stipulation to extend time). I

further note that due to an Adobe limitation, some artifact appears over the attachment name on the cover email.

d. Exhibit 4 is a copy of the email from Roy Jung sent to me and others on February 15, 2023.  This is a true and accurate copy, but I note that the header "Motion to Unseal, Exhibit 4 – Attorneys Eyes Only – Subject to Protective Order" was added to the document.

e. Exhibit 5 is a copy of the email from Jonathan DeFosse sent to me and others on February 15, 2023.

f. Exhibit 6 is a copy of the email from David Stanton to Jonathan DeFosse, et al., sent on February 17, 2023 with the two attachments to that email.  I further note that due to an Adobe limitation, some artifact appears over the attachment name on the cover email.  This email is the first set of redactions provided to Qorvo's counsel.

g. Exhibit 7 is a copy of the email from Jonathan DeFosse to David Stanton, et al., sent on February 17, 2023.

h. Exhibit 8 is a true and accurate copy of Qorvo's 10-K dated March 28, 2020, obtained at https://ir.qorvo.com/static-files/1fc728f4-572d-49ed-8794-fe401adcad3c on February 21, 2023.

i. Exhibit 9 is a true and accurate copy of Qorvo's Schedule 14A dated June 25, 2019, obtained at https://ir.qorvo.com/static-files/d8e0fb23-040b-4f0a-8c5c-e15c744e515d on February 21, 2023.

j. Exhibit 10 is a true and accurate copy of Qorvo's 10-K dated April 2, 2016, obtained at https://ir.qorvo.com/static-files/0d59578c-d760-41e1-bdd9-fc2125b71219 on February 21, 2023.

k. Exhibit 11 is a true and accurate copy of the document obtained at https://www.qorvo.com/products/d/da007836 on February 20, 2022.

l. Exhibit 12 is a true and accurate copy of the document obtained at

      https://www.qorvo.com/design-hub/technical-articles/improving-wi-fi-range-and-capacity-with-qorvo-bandedge-baw-filters on February 20, 2023.

m. Exhibit 13 is a true and accurate copy of Qorvo's 10-Q for the period ending Oct. 1, 2016, obtained at https://ir.qorvo.com/static-files/c60e2ec5-f77e-4ce0-aa43-59252701db26 on February 21, 2023.

n. Exhibit 14 is a true and accurate copy of the document obtained at https://www.indeed.com/cmp/Qorvo/salaries on February 20, 2023.

o. Exhibit 15 is a true and accurate copy of the document obtained at https://careers.qorvo.com/job/Field-Application-Engineer%2C-Mobile-Comms-CA/958582600/ on February 20, 2023.

p. Exhibit 16 is a true and accurate copy of the document obtained at https://www.qorvo.com/resources/d/qorvo-a-new-generation-of-5g-filter-technology-baw-white-paper on February 21, 2023.

    I declare that the foregoing is true and correct to the best of my knowledge. Executed this 22nd day of February 2023 at Haymarket, Virginia.

*[signature: Theresa Roy]*

Theresa A. Roozen