Public Version

# EXHIBIT 3

Public Version

| From: | Roozen, Theresa A. |
|---|---|
| To: | Roy Jung; Sweeney, Dianne L.; Jakopin, David A.; sbrauerman@bayardlaw.com; _uhrer, Robert M.; Selness, Ryan; Stanton, David; rgolden@bayardlaw.com |
| Cc: | Timothy Cremen; LegalTm-Qorvo-Akoustis; Trevor Quist; JTigan@morrisnichols.com; Robert Masters; Jonathan De_osse |
| Subject: | RE: Qorvo v. Akoustis--Public Versions of the SAC and Unopposed Motion for Leave to _ile SAC |
| Date: | Wednesday, _ebruary 15, 2023 2:31:25 PM |
| Attachments: | Akoustis_Stipulation to Extend Time 4855-5395-2337 v.1.docx |

Roy,

We have prepared a stipulation for more time for Qorvo to prepare and file exhibits to the Motion for Leave and to the Second Amended Complaint for your consideration, attached.

Best,
Theresa

**Theresa A. Roozen** | Senior Associate
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW | Washington, DC 20036 3006
t +1.202.663.8185
theresa.roozen@pillsburylaw.com | website bio

**From:** Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>
**Sent:** Wednesday, February 15, 2023 1:54 PM
**To:** Roy Jung <rjung@sheppardmullin.com>; Sweeney, Dianne L. <dianne@pillsburylaw.com>; Jakopin, David A. <david.jakopin@pillsburylaw.com>; sbrauerman@bayardlaw.com; Fuhrer, Robert M. <robert.fuhrer@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; rgolden@bayardlaw.com
**Cc:** Timothy Cremen <TCremen@sheppardmullin.com>; LegalTm Qorvo Akoustis <LegalTm Qorvo Akoustis@sheppardmullin.com>; Trevor Quist <TQuist@sheppardmullin.com>; JTigan@morrisnichols.com; Robert Masters <RMasters@sheppardmullin.com>; Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Subject:** RE: Qorvo v. Akoustis_Public Versions of the SAC and Unopposed Motion for Leave to File SAC

Roy,

To further my email below, we think providing the following information will help facilitate our meet and confer, and possibly obviate the need for it.

First, we believe that nothing in the SAC (not including the exhibits) warrants redaction. The descriptions of the trade secrets in the pleading are nothing more than high level generic descriptions. They do not divulge any secret or confidential information. Instead, they identify general industry considerations and without identifying the alleged confidential or trade secret information of Qorvo. With regard to the citing of Akoustis emails, Akoustis consents to those statements, and only the statements, in the SAC being left unredacted.



Second, until yesterday, we were not aware that you were planning to redact the pleading. ████

████████████████████████████████████████████████████████████████████

████████████████████████████████████ In the past, when Qorvo has sent a document that contains confidential information, it has followed the procedures in the protective order by both stating in the email that the document attached contains confidential information and adding a clear, conspicuous designation to each page of the document. See, e.g., email from R. Jung dated 12/23/2022; email from R. Jung dated 12/19/2022; email from L. Ogden dated 12/19/2022. That was not done here. █████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████ Qorvo's prior treatment of the SAC is consistent with our views that the SAC (again the pleading, not the exhibits) should be public and filed in an unredacted form.

However, we do not dispute that Qorvo has the right to redact certain exhibits. Such redactions should be limited to redacting the purported trade secrets and consistent with the SAC (e.g. text quoted in the SAC should not be redacted in the related exhibit although other parts of that exhibit may be redacted if the material meets the legal standard).

We understand that preparing the public exhibits will take time. We propose that the unredacted SAC pleading itself be filed today and we concurrently file a stip that allows the parties time to meet/confer and prepare/review a public set of exhibits.

Best,
Theresa

**Theresa A. Roozen** | Senior Associate
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW | Washington, DC 20036 3006
t +1.202.663.8185
theresa.roozen@pillsburylaw.com | website bio

---

**From:** Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>
**Sent:** Wednesday, February 15, 2023 11:02 AM
**To:** Roy Jung <rjung@sheppardmullin.com>; Sweeney, Dianne L. <dianne@pillsburylaw.com>; Jakopin, David A. <david.jakopin@pillsburylaw.com>; sbrauerman@bayardlaw.com; Fuhrer, Robert M. <robert.fuhrer@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; rgolden@bayardlaw.com
**Cc:** Timothy Cremen <TCremen@sheppardmullin.com>; LegalTm Qorvo Akoustis <LegalTm Qorvo Akoustis@sheppardmullin.com>; Trevor Quist <TQuist@sheppardmullin.com>; JTigan@morrisnichols.com; Robert Masters <RMasters@sheppardmullin.com>; Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Subject:** RE: Qorvo v. Akoustis Public Versions of the SAC and Unopposed Motion for Leave to File SAC

Public Version

Roy,

We have reviewed the redactions.  We believe a meet and confer is needed.  Also, the email last night did not include any redacted exhibits.  What is the plan for the exhibits?

To allow us with time to consult further with our client (which we could not do yesterday given the time we received this) as well as time to meet/confer with you, we recommend filing a stipulation to extend the time to file a public version, extending the time to Friday or Tuesday (after the holiday). Please let us know if you agree.

Best,
Theresa


**Theresa A. Roozen** | Senior Associate
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW | Washington, DC 20036 3006
t +1.202.663.8185
theresa.roozen@pillsburylaw.com | website bio

---

**From:** Roy Jung <rjung@sheppardmullin.com>
**Sent:** Tuesday, February 14, 2023 7:04 PM
**To:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Jakopin, David A. <david.jakopin@pillsburylaw.com>; sbrauerman@bayardlaw.com; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Fuhrer, Robert M. <robert.fuhrer@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; rgolden@bayardlaw.com
**Cc:** Timothy Cremen <TCremen@sheppardmullin.com>; LegalTm Qorvo Akoustis <LegalTm Qorvo Akoustis@sheppardmullin.com>; Trevor Quist <TQuist@sheppardmullin.com>; JTigan@morrisnichols.com; Robert Masters <RMasters@sheppardmullin.com>; Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Subject:** RE: Qorvo v. Akoustis  Public Versions of the SAC and Unopposed Motion for Leave to File SAC




Hi Dianne,

We can agree on 10 a.m. PT/1 p.m. ET as the filing deadline is 5 p.m. ET.  Thank you

Regards,
**Roy Jung** | Assoc ate* ( censed n the State of New York; pend ng adm ss on n Wash ngton, D.C.)
+1 240-791-9311 | ce

---

**From:** Sweeney, Dianne L. <dianne@pillsburylaw.com>

Public Version

**Sent:** Tuesday, February 14, 2023 6:05 PM
**To:** Roy Jung <rjung@sheppardmullin.com>; Jakopin, David A. <david.jakopin@pillsburylaw.com>; sbrauerman@bayardlaw.com; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Fuhrer, Robert M. <robert.fuhrer@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; rgolden@bayardlaw.com
**Cc:** Timothy Cremen <TCremen@sheppardmullin.com>; LegalTm Qorvo Akoustis <LegalTm_Qorvo_Akoustis@sheppardmullin.com>; Trevor Quist <TQuist@sheppardmullin.com>; JTigan@morrisnichols.com; Robert Masters <RMasters@sheppardmullin.com>; Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Subject:** RE: Qorvo v. Akoustis   Public Versions of the SAC and Unopposed Motion for Leave to File SAC

Thanks Roy.  I'm heading for a flight but can we agree on noon PT tomorrow?

Thanks,  Dianne

**Dianne L. Sweeney** | Managing Partner, Silicon Valley Office
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street | Palo Alto, CA 94304  1115
t +1.650.233.4046 | f +1.650.233.4545
dianne@pillsburylaw.com | website bio

---

**From:** Roy Jung <RJung@sheppardmullin.com>
**Sent:** Tuesday, February 14, 2023 2:43 PM
**To:** Jakopin, David A. <david.jakopin@pillsburylaw.com>; sbrauerman@bayardlaw.com; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Fuhrer, Robert M. <robert.fuhrer@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; rgolden@bayardlaw.com; Sweeney, Dianne L. <dianne@pillsburylaw.com>
**Cc:** Timothy Cremen <TCremen@sheppardmullin.com>; LegalTm Qorvo Akoustis <LegalTm_Qorvo_Akoustis@sheppardmullin.com>; Trevor Quist <TQuist@sheppardmullin.com>; JTigan@morrisnichols.com; Robert Masters <RMasters@sheppardmullin.com>; Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Subject:** Qorvo v. Akoustis   Public Versions of the SAC and Unopposed Motion for Leave to File SAC

I'm us ng M mecast to share  arge f es w th you. P ease see the attached  nstruct ons.

---

I'm us ng M mecast to share  arge f es w th you. P ease see the attached  nstruct ons.

---

Dear Counsel,

Please see the attached email for a link to redacted public versions of the SAC and Unopposed Motion for Leave to File SAC.

Please let us know if you require further redactions by 8:00 a.m. ET tomorrow.  These will be filed

Public Version

tomorrow.

Thank you

Regards,
**Roy Jung** | Assoc ate* ( censed  n the State of New York; pend ng adm ss on  n Wash ngton, D.C.)
+1 240-791-9311 | ce
RJung@sheppardmu  n.com | B o


**Sheppard**Mullin
2099 Pennsy van a Avenue, NW, Su te 100
Wash ngton,  DC 20006-6801
+1 202-747-1900   ma n
www.sheppardmu  n.com | L nkedIn | Tw tter


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800 477 0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.


Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e mail and delete the message and any attachments.