# EXHIBIT 7

| | |
|---|---|
| **From:** | Jonathan DeFosse |
| **To:** | Stanton, David |
| **Cc:** | Jakopin, David A.; Roozen, Theresa A.; JTigan@morrisnichols.com; Robert Masters; Timothy Cremen; Sweeney, Dianne L.; LegalTm-Qorvo-Akoustis; Trevor Quist; sbrauerman@bayardlaw.com; Roy Jung; rgolden@bayardlaw.com |
| **Subject:** | RE: Qorvo v. Akoustis--Public Versions of the SAC and Unopposed Motion for Leave |
| **Date:** | Friday, February 17, 2023 1:39:18 PM |


David,

Thank you for sending the updated redactions. We've made a few changes and removed some redactions. But we believe the SAC should largely be redacted as in the original draft we sent to you. We will file accordingly.



Best,
Jon

**Jonathan DeFosse**
**SheppardMullin** | Washington
+1 202-747-1932 | ext. 21932

**From:** Stanton, David <david.stanton@pillsburylaw.com>
**Sent:** Friday, February 17, 2023 1:21 PM
**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Cc:** Jakopin, David A. <david.jakopin@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; JTigan@morrisnichols.com; Robert Masters <RMasters@sheppardmullin.com>; Timothy Cremen <TCremen@sheppardmullin.com>; Sweeney, Dianne L. <dianne@pillsburylaw.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; Trevor Quist <TQuist@sheppardmullin.com>; sbrauerman@bayardlaw.com; Roy Jung <rjung@sheppardmullin.com>; rgolden@bayardlaw.com
**Subject:** RE: Qorvo v. Akoustis--Public Versions of the SAC and Unopposed Motion for Leave

Counsel,

This version of our proposed redactions replaces the one I sent last night.  The only additional changes are in paragraph 114, which has been treated in a manner similar to other paragraphs generally describing the trade secrets.

Regards,

David

---

**From:** Stanton, David <david.stanton@pillsburylaw.com>
**Sent:** Friday, February 17, 2023 6:36 AM
**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Cc:** Jakopin, David A. <david.jakopin@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; JTigan@morrisnichols.com; Robert Masters <RMasters@sheppardmullin.com>; Timothy Cremen <TCremen@sheppardmullin.com>; Sweeney, Dianne L. <dianne@pillsburylaw.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; Trevor Quist <TQuist@sheppardmullin.com>; sbrauerman@bayardlaw.com; Roy Jung <rjung@sheppardmullin.com>; rgolden@bayardlaw.com
**Subject:** RE: Qorvo v. Akoustis--Public Versions of the SAC and Unopposed Motion for Leave

Counsel,

When I sent this last night, I had intended to edit the cover email to say that Akoustis was simultaneously reviewing the proposed revisions. That review is happening now and I will let you know as soon as they have signed off of them, or if they need to see any other changes to be comfortable with this.

Thanks,

David

On Feb 16, 2023 10:39 PM, "Stanton, David" <david.stanton@pillsburylaw.com> wrote:
Hi Jonathan,

Thank you for the time today to meet and confer with us about the proposed redactions in the anticipated public version of Qorvo's second amended complaint. As you requested, we have identified for removal a discrete set of redactions obscuring relevant date information and describing, in very general terms, the nature of the trade secrets at issue in Qorvo's complaint. We have provided two PDFs reflecting our proposal: one with the proposed redactions outlined but not applied, so the omitted text is visible, and a second with the redactions fully applied, so you can see the proposal as it would look when filed. As you will see, this proposed resolution keeps in place the majority of Qorvo's original redactions.

If Qorvo adopts our proposal, Akoustis will not file a motion to unseal or remove any other redactions from the pleading or its exhibits. If Qorvo does not remove the specified redactions from the public version of its second amended complaint, Akoustis reserves it right to challenge all of the redactions in the public version that Qorvo ultimately files.

On a related note, [REDACTED] unless you instruct us otherwise.

Thank you again for the courteous dialogue this afternoon. We appreciate it.

Please let us know if you have any questions or would like to discuss this further.

Regards,

David
**David Stanton** | Partner
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, 36th Floor | Los Angeles, CA 90017-5524
t +1.213.488.7271 | m +1.310.480.9102
david.stanton@pillsburylaw.com | website bio

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.