# EXHIBIT 11



PRELIMINARY

# QPQ1904
## Wi-Fi bandBoost BAW Filter

## Product Overview

The Qorvo® QPQ1904 is an high-performance, high power, Bulk Acoustic Wave (BAW) band-pass filter with extremely steep skirts, simultaneously exhibiting low loss in the Wi-Fi UNII2c-3 band and high near-in rejection in the UNII1-2a band.

The filter module is specifically designed to enable industry leading capacity performance in Wi-Fi applications that result in higher power capability in more Wi-Fi channels than systems with no or traditional filter solutions. End users will see a better capability to deliver features that take advantage of sub-banding the 5GHz Wi-Fi spectrum in use cases such as tri-radio Wi-Fi mesh applications.

Using common module packaging techniques to achieve the industry standard footprint while negating as many external passive placements to help end users ease of integration into their circuits



*3 Pad 1.7x1.1mm Laminate Package*

## Key Features

- 5490-5835 MHz
- Low Insertion Loss in Wi-Fi UNII2c-3 bands
- High rejection in Wi-Fi UNII1-2a bands
- Extended temperature performance from -20 to +95 °C
- High power handling to +28dBm averaged Input Power

## Applications

- Access Points
- Wireless Routers
- Residential Gateways
- Customer Premise Equipment
- Internet of Things

## Functional Block Diagram



*Top View*

## Ordering Information

| Part Number | Description |
|---|---|
| QPQ1904SB | Sample bag with 5 pieces |
| QPQ1904SR | 7" reel with 100 pieces |
| QPQ1904TR13 | 13" reel with 10,000 pieces |
| QPQ1904EVB01 | Assembled Evaluation Board |



PRELIMINARY

QPQ1904
Wi-Fi bandBoost BAW Filter

## Absolute Maximum Ratings

| Parameter | Conditions | Rating |
|---|---|---|
| Operating Case Temperature | No damage | -40 to 125 °C |
| Storage Temperature | | -40 to 125 °C |

Exceeding any one or a combination of the Absolute Maximum Rating conditions may cause permanent damage to the device.

## Minimum Lifetime Ratings

| Parameter | Conditions | Rating |
|---|---|---|
| Power Handling MTTF >1M hours, +95°C | HT20 802.11n MCS0 signal, 10dB PAR, applied to Pin 2 | +28 dBm |

## Recommended Operating Conditions

| Parameter | Min. | Typ. | Max. | Units |
|---|---|---|---|---|
| $T_{OPERATING}$* | -20 | | +95 | °C |

Electrical specifications are measured at specified test conditions. Specifications are not guaranteed over all recommended operating conditions.  * $T_{OPERATING}$ is temperature at the package ground

## Electrical Specifications

| Parameter (INPUT-OUTPUT) [1][2] | Conditions | Min. | Typ. | Max. | Units |
|---|---|---|---|---|---|
| | Unless otherwise noted: Typ. T = 25°C | | | | |
| Insertion Loss[3] | $f$ = 5490-5835 MHz | - | 1.6 | 2.0 | dB |
| Amplitude Variation | $f$ = 5490-5835 MHz (20MHz BW Channel) | - | 0.47 | 0.76 | dB |
| | $f$ = 5490-5835 MHz (40MHz BW Channel) | - | 0.82 | 1.3 | dB |
| | $f$ = 5490-5835 MHz (80MHz BW Channel) | - | 1.19 | 1.8 | dB |
| | $f$ = 5490-5835 MHz (160MHz BW Channel) | - | 1.36 | 2.1 | dB |
| Rejection | $f$ = 30-2400 MHz | 30 | 34 | | dB |
| | $f$ = 2400-2500 MHz | 30 | 34 | | dB |
| | $f$ = 2400-3000 MHz | 29 | 34 | | dB |
| | $f$ = 3400-3800 MHz | 29 | 34 | | dB |
| | $f$ = 3800-4900 MHz | 29 | 34 | | dB |
| | $f$ = 5170-5330 MHz | 55 | 59 | | dB |
| | $f$ = 7200-7500 MHz | 40 | 50 | | dB |
| | $f$ = 10300-11800 MHz | 30 | 46 | | dB |
| INPUT VSWR | $f$ = 5490-5835 MHz | | 1.6:1 | | Mag |
| OUTPUT VSWR | $f$ = 5490-5835 MHz | | 1.6:1 | | Mag |
| 2nd and 3rd Harmonics | $P_{IN}$ = +28 dBm | | -55 | | dBm/MHz |
| | $P_{IN}$ = +30 dBm | | -55 | | dBm/MHz |

Notes:
1) All specifications are based on the QPQ1904 Applications Circuit
2) Pin 2 must be used for input.  The large signal performance of this filter, such as power handling, may not be symmetric.
3) Integrated IL referenced to 0dB.  345MHz bandwidth

PRELIMINARY



QPQ1904
Wi-Fi bandBoost BAW Filter

## Evaluation Board Schematic



## Bill of Material

| Ref. Des. | Value | Description | Manuf. | Part number |
|---|---|---|---|---|
| - | - | Printed Circuit Board | | |
| U1 | - | Wi-Fi BAW Filter | Qorvo | QPQ1904 |

## Pin Configuration and Description



*Top View*

| Pin Number | Label | Description |
|---|---|---|
| 1 | OUTPUT | RF output. Internally matched to 50 Ω. |
| 2 | INPUT | RF input. Internally matched to 50 Ω. |
| - | GND | Ground connection. |



QPQ1904
Wi-Fi bandBoost BAW Filter

## Mechanical Information

**Dimensions and PCB Mounting Pattern**



Notes:
1. All dimensions are in millimeters. Angles are in degrees.
2. Dimension and tolerance formats conform to ASME Y14.4M-1994.
3. The terminal #1 identifier and terminal numbering conform to JESD 95-1 SPP-012.

PRELIMINARY



**QPQ1904**
**Wi-Fi bandBoost BAW Filter**

## Handling Precautions

| Parameter | Rating | Standard |
|---|---|---|
| ESD – Human Body Model (HBM) | TBD | ANSI/ESD/JEDEC JS-001 |
| ESD – Charged Device Model (CDM) | TBD | ANSI/ESD/JEDEC JS-002 |
| MSL – Moisture Sensitivity Level | Level 3 | IPC/JEDEC J-STD-020 |



Caution!

ESD sensitive device

## Solderability

Compatible with both lead-free (260 °C max. reflow temperature) and tin/lead (245 °C max. reflow temperature) soldering processes.

Package lead plating: Bussed Ni/Au

## RoHS Compliance

This part is compliant with the 2011/65/EU RoHS directive (Restrictions on the Use of Certain Hazardous Substances in Electrical and Electronic Equipment), as amended by Directive 2015/863/EU.

This product also has the following attributes:

- Lead free
- Halogen Free (Chlorine, Bromine)
- Antimony Free
- TBBP-A ($C_{15}H_{12}Br_4O_2$) Free
- SVHC Free



## Contact Information

For the latest specifications, additional product information, worldwide sales and distribution locations:

Web: www.qorvo.com

Tel: 1-844-890-8163

Email: customer.support@qorvo.com

## Important Notice

The information contained herein is believed to be reliable; however, Qorvo makes no warranties regarding the information contained herein and assumes no responsibility or liability whatsoever for the use of the information contained herein. All information contained herein is subject to change without notice. Customers should obtain and verify the latest relevant information before placing orders for Qorvo products. The information contained herein or any use of such information does not grant, explicitly or implicitly, to any party any patent rights, licenses, or any other intellectual property rights, whether with regard to such information itself or anything described by such information. THIS INFORMATION DOES NOT CONSTITUTE A WARRANTY WITH RESPECT TO THE PRODUCTS DESCRIBED HEREIN, AND QORVO HEREBY DISCLAIMS ANY AND ALL WARRANTIES WITH RESPECT TO SUCH PRODUCTS WHETHER EXPRESS OR IMPLIED BY LAW, COURSE OF DEALING, COURSE OF PERFORMANCE, USAGE OF TRADE OR OTHERWISE, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Without limiting the generality of the foregoing, Qorvo products are not warranted or authorized for use as critical components in medical, life-saving, or life-sustaining applications, or other applications where a failure would reasonably be expected to cause severe personal injury or death.

Copyright 2020 © Qorvo, Inc. | Qorvo is a registered trademark of Qorvo, Inc.