# EXHIBIT 12



# Improving Wi-Fi Range and Capacity with Qorvo's Bandedge BAW Filters

June 20, 2019

## Wi-Fi Channels, Range and Capacity

Qorvo's bandedge BAW filters improve Wi-Fi range and capacity by allowing Wi-Fi systems to maintain maximum RF output power on all channels in the 2.4 GHz Wi-Fi band. They solve a key challenge for Wi-Fi system engineers: how to maximize output power on all non-overlapping Wi-Fi channels while meeting strict FCC limits for emissions in restricted bands.

**Download your free copy of our white paper below.**



### You May Also Be Interested In...

5 Things You Should Pay Attention to When Selecting a Wi-Fi Front End Solution 

Enabling Coexistence: Strategies for Addressing Wi-Fi Interference 

How BAW Filters Can Solve Key Design Challenges in the Transition to Wi-Fi 6 

## To continue reading, please fill out the fields below...

*Required Fields*

First Name*

Last Name*

Country*

\-\-

Job Title*

\-\-

☐ Yes, I agree to receive periodic emails from Qorvo related to products and services and can unsubscribe at any time.
I accept the Qorvo Privacy Policy.*

SIFER

Refresh
Enter the text you see above.

## You May Also Be Interested In...

5 Things You Should Pay Attention to When Selecting a Wi-Fi Front End Solution

Enabling Coexistence: Strategies for Addressing Wi-Fi Interference

How BAW Filters Can Solve Key Design Challenges in the Transition to Wi-Fi 6