# EXHIBIT 14

 🌻

Sign in

**Qorvo**
61 🫠 | 3.6

Follow | Write a review

Snapshot | Why Join Us | 141 Jobs | 280 Reviews | **334 Salaries** | Benefits | 51 Q&A | Interviews | Photos

## Qorvo salaries: How much does Qorvo pay?

**Job Title**
[ Popular Jobs ]

**Location**
[ United States ]

## Average Salaries at Qorvo

**Popular Roles** | **Infor...**

**Design Engineer**
$94,143 per year

**Busi...**
$89...

**Senior Design Engineer**
$100,764 per year

**Rf Engineer**

Want to work here? | View jobs

**$86,140** per year

## Information Design & Documentation



- **Design Engineer** — $94,143 per year — 21 salaries reported
- **Senior Design Engineer** — $100,764 per year — 19 salaries reported
- **Business Systems Analyst** — $89,062 per year — 3 salaries reported
- **Sales Analyst** — $121,926 per year — One salary reported

## Industrial Engineering



- **Test Engineer** — $87,401 per year — 11 salaries reported
- **Process Engineer** — $95,496 per year — 8 salaries reported
- **Senior Process Engineer** — $106,198 per year — 5 salaries reported
- **Senior Test Engineer**

Want to work here?   View jobs

**$96,994 per year**
5 salaries reported

**Yield Engineer**
**$29.00 per hour**
2 salaries reported

**Senior Industrial Engineer**
**$97,080 per year**
One salary reported

**Senior Engineering Manager**
**$158,764 per year**
One salary reported

**Quality Engineer**
**$94,547 per year**
One salary reported

**Browse all Qorvo - Industrial Engineering salaries** →

## Electrical Engineering

**Rf Engineer**
**$86,140 per year**
15 salaries reported

**Senior Rf Engineer**
**$127,689 per year**
3 salaries reported

**Semiconductor Engineer**
**$31.20 per hour**
2 salaries reported

Want to work here?   View jobs

Analog Layout Designer

**$42.08 per hour**

3 salaries reported

## Common questions about salaries at Qorvo

Do people feel that they are paid fairly for their work at Qorvo?

Do you receive overtime pay for your role at Qorvo?

How often do you get pay raises at Qorvo?

Do you get paid sick days at Qorvo?

What kind of flexibility benefits can you get at Qorvo?

Do you get paid time off at Qorvo?

How much vacation and PTO did you get at Qorvo?

Browse all Qorvo salaries by category

## How much does Qorvo in the United States pay?

The average Qorvo salary ranges from approximately $41,353 per year for Human Resources Specialist to $154,952 per year for Product Marketing Manager. Average Qorvo hourly pay ranges from approximately $14.73 per hour for Machine Operator to $54.33 per hour for Graphic Designer.

Salary information comes from 334 data points collected directly from employees, users, and past and present job advertisements on Indeed in the past 36 months.

Please note that all salary figures are approximations based upon third party submissions to Indeed. These figures are given to the Indeed users for the purpose of generalized comparison only. Minimum wage may differ by jurisdiction and you should consult the employer for actual salary figures.

Want to work here?

View jobs

**Salary satisfaction**



**61%**

Most people think they are paid fairly at Qorvo
Based on 399 ratings

Add your rating

**Questions about Qorvo**

How often do you get a raise at Qorvo?
8 people answered

What is the best part of working at Qorvo?
7 people answered

What is the promotion process like at Qorvo?
5 people answered

Show more

**What people say about working at Qorvo**

**3.0**

**Great company, great benefits.**

I loved working here. The jobs was monotonous but I like that kind of work. The pay was decent but the benefits were awesome, especially the PTO. Management was very accommodating
Production Worker (Former Employee)
Hillsboro, OR - November 17, 2022

**3.0**

**Productive**

Lots of accidents happening in a short amount of time. Lack of training as well as no support for supervisors. High employee turn over. Very low wages.
Supervisor/Manager (Former Employee)
Hillsboro, OR - November 12, 2022

Read more Qorvo reviews about Pay & Benefits

Qorvo  >  Salaries

Want to work here?   View jobs