# EXHIBIT 15

Search by Keyword

Show More Options
Search Jobs

Select how often (in days) to receive an alert:  7    ✉ Create Alert

Share this Job

Apply now ▼

# Field Application Engineer, Mobile Comms

**Experience Level:**  Individual Contributor
**Job Type:**  Full-Time
**Location:**  CA - San Jose, US
**Requisition ID:**  4652

**Responsibilities:**

- Technical background in GSM, WCDMA, LTE and 5G
- Experience in GSM, WCDMA, LTE and 5G system design, optimization and validation.
- Experience in performance analysis and optimization of RF components (like Power Amplifiers, Low Noise Amplifiers, Antenna Switch Modules, filters)
- Demonstrate experience in RF PCB design and schematic review
- Excellent verbal, written and interpersonal communication skills
- Team player with strong problem-solving skills
- Self-motivated
- Provide required mobile/cellular applications support during product development to ensure that Qorvo components are successfully designed into customer's mobile products
- Perform detailed application tuning and optimization for Qorvo product integration
- Generate and provide complex RF performance data related to Qorvo products per customer requests as well as resolve any customer technical issues
- Develop an extensive knowledge of the company's cellular product portfolio, providing world-class applications support to our customers
- Assist customers with system block diagram, schematic and layout review for Qorvo components
- Develop close relationship with customer and coordinate activities with Sales team

**Qualifications:**

- BS/BE Degree in Electronics/Electrical Engineering or similar
- Minimum of 0-4 years' experience in RF applications (mobile phone / cellular applications a plus)

Competitive base salary commensurate with experience: $101,300 - $131,600, relevant for the California Bay Area (subject to change dependent on physical location).
Posted salary ranges are made in good faith. Qorvo reserves the right to adjust ranges depending on the experience/qualification of the selected candidate as well as external competitiveness and internal comparability. Total Compensation = Base Salary + Incentive(s) + Benefits.
MAKE A DIFFERENCE AT QORVO

We are Qorvo. We do more than create innovative RF solutions for the mobile, defense and infrastructure markets – we are a place to innovate and shape the future of wireless communications. It starts with our employees. As a unified global team, we bring a commitment to excellence, growth and a passion for creating what's next. Explore the possibilities with us.

We are an Equal Employment Opportunity (EEO) / Affirmative Action employer and welcome all qualified applicants. Applicants will receive fair and impartial consideration without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, age, military or veteran status, physical or mental disability, genetic information, and/or any other status protected by law.
#LI-KA1

Qorvo is an E-Verify Employer. For more information, please see the Right to Work and E-Verify Participation posters.

Apply now ▲

Find similar jobs:
Engineering Careers

Site Map

Feedback

Terms of Use

Privacy Policy

  

© 2023 Qorvo, Inc | 1-833-641-3810