IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 21-1417-JPM |
| v. | ) | |
| | ) | ████████████ |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | [PUBLIC VERSION] |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF CORRECTION**

Defendants Akoustis Technologies, Inc. and Akoustis, Inc. respectfully submit this

Notice of Correction to the Sealed Declaration filed as D.I. 139 on February 22, 2023 in the

above noted case.  The undersigned inadvertently failed to attach part 3 of 3 to Exhibit 6 of the

Sealed Declaration (*id.*).  A true and correct copy of part 3 of 3 to Exhibit 6 has been served upon

the following counsel:

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnicols.com
jtigan@morrisnichols.com

Robert M. Masters
Jonathan R. DeFosse
Timothy P. Cremen
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW Suite 100
Washington, DC 2006-6801
(202) 747-1900
rmasters@sheppardmullin.com
jdefosse@sheppardmullin.com

tcremen@sheppardmullin.com

Trevor J. Quist
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real
Menlo Park, CA 94025
(650) 815-2645
tquist@sheppardmullin.com

Dated: February 27, 2023

PILLSBURY WINTHROP
SHAW PITTMAN LLP

David A. Jakopin
Dianne L. Sweeney
2550 Hanover Street
Palo Alto, CA 94304-1115
(650) 233-4500
david.jakopin@pillsburylaw.com
dianne@pillsburylaw.com

Robert M. Fuhrer
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc.
and Akoustis, Inc.*

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Akoustis Technologies, Inc. and
Akoustis, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of the foregoing document was served on

counsel of record in this action via electronic mail on February 27, 2023.

<u>*/s/ Ronald P. Golden III*</u>
Ronald P. Golden III (#6254)