IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| QORVO, INC., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01417-JPM |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | | |

## AMENDED SCHEDULING ORDER

Following the Court's Claim Construction Order (ECF No. 152), issued on March 15, 2023, the following dates are established as the final deadlines for:

| Patent Rule (W.D. Tenn.) | Item | Date |
|---|---|---|
| | **Court's Claim Construction Ruling (CCCR)** | March 15, 2023 |
| LPR 3.8(a) | **Final Infringement Contentions** | April 24, 2023 |
| LPR 3.8(b) | **Final Non-infringement Contentions, Final Invalidity and Unenforceability Contentions** | April 24, 2023 |
| LPR 4.7 | **Close of Fact Discovery** | May 10, 2023 |
| LPR 4.7 | **Status Conference (Video)** | May 10, 2023 at 10:00 a.m. CT / 11:00 a.m. ET |
| LPR 3.8(c) | **Final Validity and Enforceability Contentions** | May 25, 2023 |
| LPR 5.1(b) | **Initial Expert Witness Disclosures** | June 9, 2023 |
| LPR 5.1(c) | **Rebuttal Expert Witness Disclosures** | July 31, 2023 |

1

| LPR 5.2 | **Completion of Depositions of Experts** | October 2, 2023 |
|---|---|---|
| LPR 6.1 | **Filing Dispositive Motions** | November 13, 2023 |
|  | **Joint Proposed Pretrial Order, Proposed Verdict Form, Proposed Jury Instructions, Proposed Voir Dire Questions, and Motions in Limine** | March 11, 2024 |
|  | **Pretrial Conference (Video)** | April 8, 2024 at 10:00 a.m. CT / 11:00 a.m. ET |
| LPR 6.2 | **Trial** | April 22, 2024 |

**SO ORDERED**, this 14th day of March, 2023.

      s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

2