IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF MOTION**

While the parties met and conferred in advance of Defendants Akoustis Technologies, Inc. and Akoustis, Inc. ("Defendants") filing of their Motion to Unseal the Second Amended Complaint (D.I. 137), after the motion was filed by Defendants, the parties met and conferred further and resolved the issues in the motion. IN LIGHT OF THAT RESOLUTION, PLEASE TAKE NOTICE that Defendants hereby withdraw their Motion to Unseal the Second Amended Complaint (D.I. 137).

| | |
|---|---|
| March 22, 2023 | BAYARD, P.A. |
| | |
| | */s/ Ronald P. Golden III* |
| OF COUNSEL: | _____ |
| | Stephen B. Brauerman (#4952) |
| David A. Jakopin | Ronald P. Golden III (#6254) |
| Dianne L. Sweeney | 600 North King Street, Suite 400 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Wilmington, DE 19801 |
| 2550 Hanover Street | (302) 655-5000 |
| Palo Alto, CA 94304-1115 | sbrauerman@bayardlaw.com |
| (650) 233-4500 | rgolden@bayardlaw.com |
| | |
| Robert M. Fuhrer | *Attorneys for Defendants* |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | *Akoustis Technologies, Inc. and Akoustis, Inc.* |
| 1650 Tysons Boulevard, 14th Floor | |
| McLean, VA 22102-4856 | |
| (703) 770-7900 | |

1

David L. Stanton
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA  90017-5524
(213) 488-7100

Theresa A. Roozen
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
(202) 663-8000