**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Case No. 1:21-cv-01417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
|     Defendants. | |

**ORDER SETTING VIDEO SCHEDULING CONFERENCE**

A video scheduling conference is scheduled for **Monday April 3, 2023 at 10:00 a.m. CT / 11:00 a.m. ET**.

**SO ORDERED**, this 24th day of March, 2023.

                                                      s/ Jon P. McCalla
                                                      JON P. McCALLA
                                                      UNITED STATES DISTRICT JUDGE