# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., </br></br> Plaintiff, </br></br> v. </br></br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., </br></br> Defendants. | C.A. No. 21-1417-JPM |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") by and through their undersigned counsel of record, will serve the attached Subpoena to Testify at a Deposition in a Civil Action on Ya Annia Shen.

The attached subpoena requests that Ya Annia Shen produce documents, information, and things described in Attachment A at Pillsbury Winthrop Shaw Pittman LLP, 1200 Seventeenth Street, NW, Washington, DC 20036, or other mutually agreeable date or location. Further, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Ya Annia Shen is commanded to appear for deposition upon oral examination at 9:00 AM on May 1, 2023 at Pillsbury Winthrop Shaw Pittman LLP, 1200 Seventeenth Street, NW, Washington, DC 20036 or other mutually agreeable date and location. The deposition will be recorded stenographically by an officer authorized to administer oaths and may be recorded by audio and video.

Dated: March 27, 2023

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP | BAYARD, P.A. |
| David A. Jakopin<br>Dianne L. Sweeney<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |
| Robert M. Fuhrer<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>(703) 770-7900<br>robert.fuhrer@pillsburylaw.com | *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |
| David L. Stanton<br>725 S. Figueroa St., 36th Floor<br>Los Angeles, CA 90017<br>(213) 488-7100<br>david.stanton@pillsburylaw.com | |
| Theresa A. Roozen<br>1200 Seventeenth Street, NW<br>Washington, DC 20036<br>(202)663-8000<br>theresa.roozen@pillsburylaw.com | |
| *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* | |