# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Qorvo, Inc.

                **Plaintiff**

Civil Action No.: 1:21-cv-01417-JPM

vs.

Akoustis Technologies, Inc., et al.

                **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Scott Nazworth, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Notice of Subpoena, Deposition Subpoena Duces Tecum with Attachment A, Exhibit 1: Second Amended Complaint, and Witness fee check in the amount of $40.00 in the above entitled case.

That on 03/29/2023 at 9:21 PM, I personally served Ya Annia Shen with the Notice of Subpoena, Deposition Subpoena Duces Tecum with Attachment A, Exhibit 1: Second Amended Complaint, and Witness fee check in the amount of $40.00 at 8145 Kalson Street, Huntersville, North Carolina 28078.

Ya Annia Shen is described herein as:

Gender: Female    Race/Skin: Asian    Age: 40-44    Weight: 100-120    Height: 5'1"-5'4"    Hair: Black    Glasses: No

I declare under penalty of perjury that this information is true and correct.

3-31-2023
Executed On

Scott Nazworth

Client Ref Number: 065966-1
Job #: 1616391

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050