IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-01417-JPM ) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) |
| Defendants. | ) |

**AMENDED SCHEDULING ORDER**

The Court held a Scheduling Conference on April 3, 2022. (ECF No. 170.) Prior to the Conference, the Parties jointly submitted a Letter Regarding the Scheduling Conference on March 31, 2023. (ECF No. 173.) The Parties noted that due to changes in the scope of the litigation, they agreed that changes would need to be made to the schedule. (Id.) The Parties were unable to agree on a proposed schedule and each submitted their own proposal. (Id.)

During the hearing, the Court heard arguments as to the Parties' respective proposed schedules and noted that disclosures would be required under Fed. R. Civ. P. 26(a). The following dates are established as the final deadlines for:

| Patent Rule (W.D. Tenn.) | Item | Date |
|---|---|---|
| | **Court's Claim Construction Ruling (CCCR)** | March 15, 2023 |

|  | Fed. R. Civ. P. 26(a) Initial Disclosures (For Non-Patent Issues Only) | May 1, 2023 |
|---|---|---|
|  | **Plaintiff's Identification to Defendants of any Trade Secret(s) on Which its Claims are Based with Reasonable Particularity**[1] | May 1, 2023 |
| LPR 4.7 | **Status Conference (Video)** | May 10, 2023 at 10:00 a.m. CT / 11:00 a.m. ET |
| LPR 3.8(a) | **Final Infringement Contentions** | June 15, 2023 |
| LPR 3.8(b) | **Final Non-infringement Contentions, Final Invalidity and Unenforceability Contentions** | June 15, 2023 |
| LPR 4.7 | **Close of Fact Discovery** | July 10, 2023 |
| LPR 3.8(c) | **Final Validity and Enforceability Contentions** | July 25, 2023 |
| LPR 5.1(b) | **Initial Expert Witness Disclosures** | August 10, 2023 |
| LPR 5.1(c) | **Rebuttal Expert Witness Disclosures** | September 11, 2023 |
| LPR 5.2 | **Completion of Depositions of Experts** | October 16, 2023 |
| LPR 6.1 | **Filing Dispositive Motions** | November 13, 2023 |
|  | **Joint Proposed Pretrial Order, Proposed Verdict Form, Proposed Jury Instructions, Proposed Voir Dire Questions, and Motions in Limine** | March 25, 2024 |
|  | **Pretrial Conference (Video)** | April 8, 2024 at 10:00 a.m. CT / 11:00 a.m. ET |
| LPR 6.2 | **Trial** | April 22, 2024 |

The Court will re-evaluate the schedule during the May 10, 2023 Status Conference, and may make further adjustments if necessary.

---

[1] Courts have routinely required such disclosure. Monolithic Power Sys., Inc. v. Wei Dong, et al., No. 20-cv-06752-JSW (LB), ECF Nos. 43, 53 (N.D. Cal. Aug. 26, 2021) (collecting cases); Monolithic Power Sys., Inc. v. Meraki Integrated Circuit (Shenzhen) Tech., Ltd., No. 6:20-cv-00876-ADA, ECF No. 35 (W.D. Tex. Mar. 12, 2021) (ordering that "Plaintiffs serve trade secret contentions in the form of a chart identifying: (1) each of Plaintiffs' asserted trade secrets with reasonable specificity; and (2) the distinguishing features of each of Plaintiffs' alleged trade secrets from matters which are the subject of patents or of general knowledge in the trade or of special knowledge of those persosns [sic] skilled in the trade and publicly available information."); see also Cal. Civ. Code § 2019.210.

**SO ORDERED**, this 9th day of May, 2023.

                                                                                      s/ Jon P. McCalla
                                                                                      JON P. McCALLA
                                                                                      UNITED STATES DISTRICT JUDGE