**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1417-JPM |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**<u>PROPOSED ORDER</u>**

IT IS HEREBY ORDERED this _____ day of April, 2023, that the foregoing application of Shani Rivaux for admission to practice in this action *pro hac vice* is GRANTED.

_____
UNITED STATES DISTRICT JUDGE