# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-1417-JPM |
| | ) |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## **[PROPOSED] ORDER**

After review of Akoustis Technologies, Inc. and Akoustis, Inc's Motion to Re-designate the Second Amended Complaint from Attorneys Eyes Only to Confidential (the "Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated:

UNITED STATES DISTRICT JUDGE