## **CERTIFICATE OF SERVICE**

  I certify that counsel of record is being served on April 25, 2023, with a copy of this document via email.

              */s/ Ronald P. Golden III*
              Ronald P. Golden III (#6254)