IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417 (JPM) |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the

deadline for Plaintiff Qorvo, Inc. to file a brief in opposition to Defendants Akoustis Technologies,

Inc. and Akoustis, Inc.'s Motion to Re-Designate the Second Amended Complaint Marked

Attorneys' Eyes Only to Confidential (D.I. 183) is extended to May 16, 2023.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          BAYARD, P.A.

*/s/ Jeremy A. Tigan*                          */s/ Stephen B. Brauerman*
_____               _____
Jack B. Blumenfeld (#1014)                     Stephen B. Brauerman (#4952)
Jeremy A. Tigan (#5239)                        Ronald P. Golden III (#6254)
1201 North Market Street                       600 North King Street, Suite 400
P.O. Box 1347                                  Wilmington, DE  19801
Wilmington, DE  19899-1347                     (302) 655-5000
(302) 658-9200                                 sbrauerman@bayardlaw.com
jblumenfeld@morrisnichols.com                  rgolden@bayardlaw.com
jtigan@morrisnichols.com

                                               *Attorneys for Defendants*
*Attorneys for Plaintiff Qorvo, Inc.*          *Akoustis Technologies, Inc. and Akoustis, Inc.*

May 9, 2023


          SO ORDERED this _____ day of May, 2023.


                              _____
                              United States District Judge