IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 21-1417 (JPM) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Plaintiff Qorvo, Inc. to file a brief in opposition to Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Motion to Re-Designate the Second Amended Complaint Marked Attorneys' Eyes Only to Confidential (D.I. 183) is extended to May 16, 2023.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

May 9, 2023

BAYARD, P.A.

/s/ Stephen B. Brauerman

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants
Akoustis Technologies, Inc. and Akoustis, Inc.*

SO ORDERED this 9th day of May, 2023.

s/ Jon P. McCalla

Jon P. McCalla
United States District Judge