IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
|     Plaintiff, | )<br>)<br>) | |
| v. | ) | Case No. 1:21-cv-01417-JPM |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | )<br>)<br>)<br>) | |
|     Defendants. | ) | |

## AMENDED SCHEDULING ORDER

The Court held a Status Conference on May 10, 2023. Prior to the Conference, the Parties jointly submitted a Letter Regarding the Status Conference on May 9, 2023. (ECF No. 197.) The Parties summarized developments in the case and agreed that changes would need to be made to the schedule. (Id.) The Parties were unable to agree on a proposed schedule and each submitted their own proposal. (Id.)

During the hearing, the Court heard arguments as to the Parties' respective proposed schedules. The Court also heard arguments regarding the scope of disclosure of documents to Defendants' employees. Plaintiff provided an overview of the trade secrets that it alleges Defendants misappropriated, which include documents and information relating to design, development, fabrication, manufacture, inspection, testing, measuring, and performance of products; financial manufacturing data; market data; roadmaps for business development; internal business process documents relating to tax and finance; compensation models for

different employees; and customer lists. The following dates are established as the final deadlines for:

| Patent Rule (W.D. Tenn.) | Item | Date |
|---|---|---|
| LPR 3.8(a) | **Final Infringement Contentions** | June 15, 2023 |
| LPR 3.8(b) | **Final Non-infringement Contentions, Final Invalidity and Unenforceability Contentions** | June 15, 2023 |
| LPR 4.7 | **Close of Fact Discovery** | October 16, 2023 |
| LPR 3.8(c) | **Final Validity and Enforceability Contentions** | July 25, 2023 |
| LPR 5.1(b) | **Initial Expert Witness Disclosures** | November 17, 2023 |
| LPR 5.1(c) | **Rebuttal Expert Witness Disclosures** | December 14, 2023 |
| LPR 5.2 | **Completion of Depositions of Experts** | January 26, 2024 |
| LPR 6.1 | **Filing Dispositive Motions** | February 1, 2024 |
| | **Responses to Dispositive Motions** | February 19, 2024 |
| | **Hearing on Dispositive Motions (Video)** | March 15, 2024 at 10:00 a.m. CT / 11:00 a.m. ET |
| | **Joint Proposed Pretrial Order, Proposed Verdict Form, Proposed Jury Instructions, Proposed Voir Dire Questions, and Motions in Limine** | April 3, 2024 |
| | **Pretrial Conference (Video)** | April 19, 2024 at 9:30 a.m. CT / 10:30 a.m. ET |
| LPR 6.2 | **Trial** | May 6, 2024 |

**SO ORDERED**, this 10th day of May, 2023.

                                                    s/ Jon P. McCalla
                                                  JON P. McCALLA
                                                  UNITED STATES DISTRICT JUDGE