IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Plaintiff Qorvo, Inc. to file a brief in opposition to Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Motion to Re-Designate the Second Amended Complaint Marked Attorneys' Eyes Only to Confidential (D.I. 183) is extended to May 19, 2023.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Stephen B. Brauerman* |
| Jack B. Blumenfeld (#1014) | Stephen B. Brauerman (#4952) |
| Jeremy A. Tigan (#5239) | Ronald P. Golden III (#6254) |
| 1201 North Market Street | 600 North King Street, Suite 400 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 655-5000 |
| (302) 658-9200 | sbrauerman@bayardlaw.com |
| jblumenfeld@morrisnichols.com | rgolden@bayardlaw.com |
| jtigan@morrisnichols.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff Qorvo, Inc.* | *Akoustis Technologies, Inc. and Akoustis, Inc.* |

May 16, 2023

SO ORDERED this 16th day of May, 2023.

s/ Jon P. McCalla
United States District Judge