# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| QORVO, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-01417-JPM ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | ) **DEMAND FOR JURY TRIAL** ) ) |
| Defendants. | ) ) |

## DECLARATION OF JONATHAN DEFOSSE IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO RE-DESIGNATE THE SECOND AMENDED COMPLAINT MARKED ATTORNEYS' EYES ONLY TO CONFIDENTIAL

I, Jonathan DeFosse, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar for the District of Columbia and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so.

2. Attached as **Exhibit A** is a true and correct copy of an e-mail string dated on the various dates between counsel for Qorvo (Robert Masters and James Wald) and counsel for Akoustis (Dianne Sweeney).

3. Attached as **Exhibit B** is a true and correct copy of an e-mail string dated on the various dates between counsel for Qorvo (Jonathan DeFosse) and counsel for Akoustis (Dianne Sweeney).

-2-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 19, 2023.

/s/ *Jonathan R. DeFosse*
Jonathan DeFosse