# Exhibit B

# Roy Jung

| | |
|---|---|
| **From:** | Jonathan DeFosse |
| **Sent:** | Friday, May 19, 2023 2:47 PM |
| **To:** | Stanton, David; Sweeney, Dianne L.; Rose, Meri L. |
| **Cc:** | Robert Masters; Roy Jung; James Wald; LegalTm-Qorvo-Akoustis; JTigan@morrisnichols.com; Jakopin, David A.; Roozen, Theresa A.; Selness, Ryan; Rivaux, Shani; Steve B. Brauerman; Ronald P. Golden III |
| **Subject:** | RE: Qorvo v. Akoustis: AEO Designations |

Dear Dianne and David,

Thank you for taking the time to speak yesterday.

After speaking with our client, we cannot agree to allow further circulation of the AEO documents at issue to managers who are making competitive decisions with respect to Qorvo, which would include Mr. Shealy, Mr. Aichele, Ms. Winters, and Mr. Cheema. We remain willing to allow access to other managers (e.g., Mr. Wright) who are not making competitive decisions.

We understand that Akoustis asserts that needs employees with knowledge of the technical and business aspects of the case to analyze and advise on the trade secret claims. However, we disagree with that position. We believe the proper course here (as in any case between competitors) is to rely on the outside experts to perform the trade secret analysis and advise the attorneys and the Board.

While we continue to disagree on access to the AEO materials for Mr. Shealy, Mr. Aichele, Ms. Winters, and Mr. Cheema, please note that:

- We will consent to Mr. Shealy, Mr. Aichele, Ms. Winters, and Mr. Cheema having access to the SAC itself, but not the AEO exhibits.

- We agree the Mr. Wright may access the SAC and the materials produced from Akoustis's files that Qorvo has designated as AEO;

- We agree that Suzanne Rudy, Steve Denbaars and Art Geiss may also access those materials upon confirmation that they are not involved in the day-to-day activities of Akoustis or any product development activities.

If the above is sufficient, please let us know and we can coordinate on withdrawing the motion to re-designate. If the above is not sufficient, we can file our opposition to the motion today to keep this issue moving forward expeditiously.

Best Regards,
Jon

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Wednesday, May 17, 2023 6:16 PM
**To:** Stanton, David <david.stanton@pillsburylaw.com>; Sweeney, Dianne L. <dianne@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani

1

<shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Dear Dianne and David,

I am writing because you have requested a response by COB today.  We are still in the process of conferring with our client and, as such, cannot consent to the proposal in your email below.  At this point, I suggest we schedule a meet-and-confer for tomorrow at 2:00 pm PT/5:00 pm ET.

Best Regards,
Jon

**From:** Stanton, David <david.stanton@pillsburylaw.com>
**Sent:** Wednesday, May 17, 2023 3:02 PM
**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>; Sweeney, Dianne L. <dianne@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Hi Jon,

Dianne is in a meeting,  but yes, that is correct.

Thanks,

David

**David Stanton** | Partner
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, 36th Floor | Los Angeles, CA 90017-5524
t +1.213.488.7271 | m +1.310.480.9102
david.stanton@pillsburylaw.com | website bio

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Wednesday, May 17, 2023 11:59 AM
**To:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Hi Dianne-

Thank you for this proposal, which we will discuss with our client.

As a point of clarification, for the management team access, is Akoustis seeking to share materials with David Aichele, Kamran Cheema, Mary Winters, and Drew Wright?

Best Regards,
Jon

---

**From:** Sweeney, Dianne L. <dianne@pillsburylaw.com>
**Sent:** Wednesday, May 17, 2023 2:34 PM
**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Jon – Further to our discussion with the Court, and in an effort to resolve the issues as to Akoustis' ability to review AEO designated documents in connection with preparation of its defense and settlement, we have identified three Board members whom we propose to review the SAC, Qorvo's trade secret identification and any documents produced by Akoustis that Qorvo subsequently designates AEO. Those three Board members are Suzanne Rudy, Steve Denbaars and Art Geiss. We will have each Board member sign the Protective Order as discussed.

As to the management personnel who would have access to these AEO materials, in an effort to resolve this we have specifically excluded Jeff Shealy given Qorvo's prior comments/concerns. It is admittedly a significant challenge as we are losing both his breadth of knowledge and history with the Company. Nonetheless, we are amenable to excluding Jeff to move this forward and, to that end, we have identified the following persons: David Aichele, Kamran Cheema and Mary Wright. They too would sign the Protective Order.

As to additional lawyers with access to these materials, under the terms of the Protective Order, that would be limited to Drew Wright and K&L Gates (Company's corporate counsel).

Please let us know by COB today whether Qorvo intends to object to any of those Board, Management or Legal team members receiving access to the SAC, Qorvo's trade secret identification, and any Akoustis-produced document that Qorvo subsequently designates AEO, solely purposes of this litigation in accordance with the Protective Order in the case.

We hope this moves us to resolution on these issues but if not, please advise of your availability for a call tomorrow between 10:00 a.m. to 1:00 p.m. or 2-3 p.m. PT.

Regards,

Dianne

---

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Monday, May 15, 2023 1:03 PM
**To:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>;

JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Hi Dianne-

Thanks. That works on our end.

If there is a potential to reach a compromise in the near term, we would also like to extend the deadline for the filling of our opposition brief until Friday.  Does that work?

Best Regards,
Jon

---

**From:** Sweeney, Dianne L. <dianne@pillsburylaw.com>
**Sent:** Monday, May 15, 2023 3:57 PM
**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Hi Jon, in light of the Court's comments last week about Qorvo's AEO proposal, it seems to us that there is a path forward to resolving the AEO issue so we can focus on the merits.  We are currently working to identify the three board members and three managers further to Qorvo's proposal.  We expect to have a list to you tomorrow or Wednesday.  As it seems central to have the persons identified first, we suggest we defer today's call and reset it for Thursday so that we can see if we have a resolution.

Thanks,  Dianne

---

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Tuesday, May 9, 2023 2:40 PM
**To:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Hi Dianne-

That works.  Thanks.

Best Regards,
Jon

**From:** Sweeney, Dianne L. <dianne@pillsburylaw.com>
**Sent:** Tuesday, May 9, 2023 5:07 PM
**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Thanks Jon.  How about Monday at 1:30 PT?

Thanks,  Dianne

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Tuesday, May 9, 2023 7:34 AM
**To:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Hi Dianne-

Thank you.

At the risk of repeating myself, Qorvo has designated the materials as AEO, not Confidential.

We are generally available on Friday or Monday to discuss this issue if you would like to propose a time that works for your side.

Best Regards,
Jon

**From:** Sweeney, Dianne L. <dianne@pillsburylaw.com>
**Sent:** Tuesday, May 9, 2023 12:56 AM
**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Dear Jon –

Qorvo is the designating party as to the designations at issue.  However, you want to recast the issue whether it is a designation v. a re-designation does not change the fact that many of these documents were just designated Confidential.

Our objections, as further explained in my letter, are certainly not frivolous and go to our client's due process rights.

Pursuant to Section 11 of the protective order, we are available for a meet and confer and ask that you provide times later this week or early next week.

Thanks,  Dianne


**Dianne L. Sweeney** | Managing Partner, Silicon Valley Office
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street | Palo Alto, CA 94304-1115
t +1.650.233.4046 | f +1.650.233.4545
dianne@pillsburylaw.com | website bio

---

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Friday, May 5, 2023 5:57 PM
**To:** Rose, Meri L. <meri@pillsburylaw.com>; Sweeney, Dianne L. <dianne@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Dear Dianne-

I received the below correspondence under your signature a few minutes ago.  I am responding immediately in an attempt to head-off any further abuse of Qorvo's trade secrets by your client.

We are not asking Akoustis to "re-designate" documents. Qorvo is itself designating confidential Qorvo materials found in Akoustis's files as AEO under the governing Protective Order. *See* Protective Order, Section 5.  Qorvo does not need Akoustis's agreement or consent to make this designation.  To the extent Akoustis wishes to challenge Qorvo's designations, the process for bringing such a challenge (and the consequences for a frivolous challenge) are set forth in Section 11 of the Protective Order. If you would like to trigger that process, please let me know.  But, for now, our AEO designations stand and must be respected.

Best Regards,
Jon

---

**From:** Rose, Meri L. <meri@pillsburylaw.com>
**Sent:** Friday, May 5, 2023 8:35 PM
**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Sweeney, Dianne L.

<dianne@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; Ronald P. Golden III <rgolden@bayardlaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** RE: Qorvo v. Akoustis: AEO Designations

Dear Mr. DeFosse,

Please see the attached correspondence from Ms. Sweeney.

Regards,
Meri


**Meri L. Rose** | Pillsbury Winthrop Shaw Pittman LLP
Paralegal/Legal Secretary
2550 Hanover Street | Palo Alto, CA 94304-1115
t +1.650.233.4864 | f +1.650.233.4545
meri@pillsburylaw.com | pillsburylaw.com

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Wednesday, May 3, 2023 8:26 AM
**To:** Sweeney, Dianne L. <dianne@pillsburylaw.com>
**Cc:** Robert Masters <RMasters@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; James Wald <JWald@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>; JTigan@morrisnichols.com; Jakopin, David A. <david.jakopin@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Selness, Ryan <ryan.selness@pillsburylaw.com>; Rivaux, Shani <shani.rivaux@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>
**Subject:** Qorvo v. Akoustis: AEO Designations

Dear Dianne-

Please see the attached correspondence concerning AEO designations.

Best Regards,
Jon


**Jonathan DeFosse**
**SheppardMullin** | Washington
+1 202-747-1932 | ext. 21932


Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by

telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.