## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| | ) | C.A. No. 21-1417-JPM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **[PROPOSED] ORDER**

After review of Akoustis Technologies, Inc. and Akoustis, Inc.'s Motion to Compel Production of Documents Responsive to Document Requests Nos. 76-79, including the opening brief, the Court GRANTS the relief requested.

THEREFORE, it is hereby ORDERED that within 5 days of this Order Qorvo, Inc. ("Qorvo") propose search parameters pursuant the Agreement and Order on Document and E-Discovery (D.I. 67) designed to reasonably identify documents responsive to Document Request Nos. 76-79, promptly meet and confer regarding any modification or expansion of Qorvo's proposed search parameters, and, within 20 days of this Order, produce all non-privileged responsive documents identified through the resulting search.

SO ORDERED this _____ day of _____ 2023.

_____
United States District Judge