**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) C.A. No. 21-1417-JPM ) ) |
| v. | ) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR TELECONFERENCE**
**TO RESOLVE DISCOVERY DISPUTE**

Akoustis Technologies, Inc. and Akoustis, Inc.'s (collectively "Akoustis") respectfully move this Court to schedule a teleconference to address the outstanding disputes presented in Akoustis' Motion to Compel, filed contemporaneously herewith regarding whether Qorvo Inc. ("Qorvo") should be compelled to produce documents responsive to requests for production Nos. 76-79, which relate to Qorvo's hiring practices. Akoustis makes this request in light of the parties' Joint Planning Report and Proposed Schedule (D.I. 22) which contemplated a phone conference at the discretion of the Court.

Akoustis can be available at the Court's convenience the week of May 22, 2023.

Dated: May 19, 2023

PILLSBURY WINTHROP
SHAW PITTMAN LLP

David A. Jakopin
Dianne L. Sweeney
2550 Hanover Street
Palo Alto, CA 94304-1115
(650) 233-4500
david.jakopin@pillsburylaw.com
dianne@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Robert M. Fuhrer
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

Theresa A. Roozen
1200 Seventeenth St. NW
Washington, DC 20036
(202) 663-8025
theresa.roozen@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.*

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.*