# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-01417-JPM ) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER SETTING HEARING

Before the Court is Defendant Akoustis Technologies, Inc.'s and Defendant Akoustis, Inc.'s (collectively "Akoustis") Motion for Teleconference to Resolve Discovery Dispute, Filed on May 19, 2023.  (ECF No. 210.)  Akoustis moves the Court to schedule a teleconference to address the disputes presented in Akoustis's Motion to Compel.  (ECF No. 207.)  The Motion is **GRANTED**.

A **30-minute video hearing** on Akoustis's Motion to Compel will be held on **Thursday, May 25, 2023 at 1:00 p.m. CT / 2:00 p.m. ET**.

All deadlines, including Plaintiff Qorvo, Inc.'s deadline to respond to the motion, shall remain unchanged.

**SO ORDERED**, this 22nd day of May, 2023.

s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE
