IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on May 24, 2023, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Identification of Search Parameters for Collecting Documents Potentially Responsive to The Fourth Set of Requests for Production Served by Plaintiff Qorvo Inc. Pursuant to Agreement and Order on Document and E-Discovery and this Notice of Service were served on the following counsel of record via email:

>Jack B. Blumenfeld (#1014)
>Jeremy A. Tigan (#5239)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>jblumenfeld@morrisnicols.com
>jtigan@morrisnichols.com

>Robert M. Masters
>Jonathan R. DeFosse
>Timothy P. Cremen
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>2099 Pennsylvania Avenue, NW Suite 100
>Washington, DC 2006-6801
>(202) 747-1900
>rmasters@sheppardmullin.com
>jdefosse@sheppardmullin.com

tcremen@sheppardmullin.com

Trevor J. Quist
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real
Menlo Park, CA 94025
(650) 815-2645
tquist@sheppardmullin.com

Dated: May 24, 2023

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP | BAYARD, P.A. |
| | |
| David A. Jakopin | */s/ Ronald P. Golden III* |
| Dianne L. Sweeney | Stephen B. Brauerman (#4952) |
| Ryan Selness | Ronald P. Golden III (#6254) |
| 2550 Hanover Street | 600 N. King Street, Suite 400 |
| Palo Alto, CA 94304-1115 | Wilmington, Delaware 19801 |
| (650) 233-4500 | (302) 655-5000 |
| david.jakopin@pillsburylaw.com | sbrauerman@bayardlaw.com |
| dianne@pillsburylaw.com | rgolden@bayardlaw.com |
| ryan.selness@pillsburylaw.com | |
| | *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |
| Robert M. Fuhrer | |
| 1650 Tysons Boulevard, 14th Floor | |
| McLean, VA 22102-4856 | |
| (703) 770-7900 | |
| robert.fuhrer@pillsburylaw.com | |

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.*