## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AKOUSTIS TECHNOLOGIES, INC. and )<br>AKOUSTIS, INC., )<br>)<br>Defendants. ) | C.A. No. 21-1417-JPM |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Akoustis to file a reply to Plaintiff's Answering Brief in Opposition to Defendants' Motion to Re-Designate the Second Amended Complaint Marked Attorneys' Eyes Only to Confidential (D.I. 203) is extended until June 2, 2023.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff*

Dated: May 24, 2023

BAYARD, P.A.

*/s/ Ronald P. Golden III*

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants*

SO ORDERED this 25th day of May, 2023.

s/ Jon P. McCalla
United States District Judge