PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC. <br>             Plaintiff, <br><br>          v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. <br>             Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 21-1417-JPM <br> ) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF DR. STANLEY SHANFIELD

I, Stanley Shanfield, declare as follows:

1. I have been retained by Plaintiff Qorvo, Inc. ("Qorvo") as an independent expert consultant in connection with the above-captioned case.

2. I am over 18 years of age and, if I am called upon to do so, I would be competent to testify as to the matters set forth herein.

### I. BACKGROUND AND QUALIFICATIONS

3. A copy of my current curriculum vitae, which details my education and professional and academic experience, is attached as Exhibit A to this declaration. The following provides a brief overview of some of my experience that is relevant to the matters set forth in this declaration.

4. I received a B.S. in Physics from the University of California, Irvine in 1977. I received the University of California Regents Award for Outstanding Research Project for my experimental and theoretical work on rotating relativistic electron beams. Under full ERDA

PUBLIC VERSION

(DOE) scholarship, I received a Ph.D. in Physics from the Massachusetts Institute of Technology in 1981.

5.  After receiving my doctorate degree, I worked at Spire Corporation in Bedford, Massachusetts from 1981-1984, where I served as a Staff Scientist, and later, a Senior Staff Scientist. At Spire, I developed new methods for low temperature deposition of plasma-assisted CVD epitaxial silicon. In addition, I built, operated, and characterized an ion-assisted deposition system for making coating for semiconductor and machine tool industries.

6.  From 1985-1999, I worked at Raytheon Corporation. As staff and later as section manager, I developed reactive ion etching (RIE) processes for patterning dielectrics (silicon dioxide, silicon nitride, silicon oxynitride, etc.), conductive layers (aluminum-copper, copper-silicon, W-silicide, TaN, doped polysilicon, etc.) and organic layers (photoresist, polyimide, etc.).  I worked on the fabrication of various microwave frequency piezoelectric devices, e.g., SAW filters, and performed detailed reliability evaluations. I also participated in the microwave characterization of BAW and SAW filters, and was responsible for the design of systems that included commercially manufactured devices.

7.  In 1996, I became the Manager of Semiconductor Operations at Raytheon. As Manager, I built and led a 300 employee, $60 million revenue generating semiconductor development, commercial system design, and electronic module manufacturing operation.  I managed the circuit and system design and production assembly of commercial RF system modules, most of which included miniature BAW filters along with hybrid and MMIC amplifiers, and was involved in reliability diagnostics. I also have many years' experience in microwave characterization of passive and active microwave components, including transmission line, BAW and SAW filters.

8.	From 1999-2001, I worked at AXSUN Technologies as part of the founding team, first as the Director of Manufacturing & Wafer Fab Technology, and later, as the Vice President of Operations. As Director of Manufacturing & Wafer Fab Technology, I led device and module manufacturing, creating a wafer fab and circuit board assembly infrastructure; my responsibilities included hiring over 70 individuals and leading production design efforts. In my role as Vice President of Operations, I designed, fabricated, and productized AXSUN's microelectromechanical (MEM) Fabry-Perot optical filter, and I managed a new generation of electronics module design. In addition, I established a process and fabrication facility in Belfast, Northern Ireland for producing thick oxide silicon-on-insulator devices. As a result of my work at AXSUN, I was awarded patents on semiconductor processing and control electronics.

9.	I have served since 2003 at the Charles Stark Draper Laboratory ("Draper Laboratory") in Cambridge, Massachusetts, ultimately becoming a Distinguished Member of Technical Staff and Technical Director in Advanced Hardware Development. I led the Advanced Hardware Development Division (approximately 80 staff) in their work on the laboratory's multi-chip integrated circuit module facility.  I have performed detailed finite element modeling of optimized BAW resonators and analyzed a series of experiments with BAW devices for use at Draper. I have employed miniaturized commercial BAW filters in multiple RF module projects, and established an in-depth understanding of available filter specifications over the past 15 years.

10.	I have authored more than 25 journal and conference papers. My publications include numerous papers on topics relating to semiconductor processing, advanced semiconductor devices, electronic circuit design and packaging. I have been invited to give professional talks at various conferences. I am also a co-inventor of several U.S. Patents.

11.     The opinions in this Declaration are based on the documents I reviewed, my knowledge and experience, and my professional judgment.

## II.     EXHIBITS TO THE SECOND AMENDED COMPLAINT

12.     Qorvo has asked me to review certain exhibits to the Second Amended Complaint ("SAC") filed in the above-captioned action (D.I. 125) and provide my opinion on whether those exhibits contain trade secrets or highly sensitive commercial information.[1]  In performing that analysis, Qorvo has asked me to consider, among other things, (i) whether information in the exhibits was generally known in the industry or otherwise readily ascertainable through proper means; and (ii) whether information in the exhibits would give Qorvo a competitive advantage over other businesses that do not know the information.

13.     As is set forth below, it is my opinion that the Exhibits contain trade secrets and other highly sensitive commercial information that is not generally available in the industry and gives Qorvo a competitive advantage.

14.     To reduce repetition, I have grouped exhibits together to the extent practical when the exhibits share a common theme.

### A.     Exhibits C-2, K-2 – Inspection Procedures

15.     Exhibits C-2 and K-2 contain information concerning Qorvo's procedures for inspecting manufactured products.  Exhibit C-2 includes what appears to be a ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ protocol that Akoustis copied from a Qorvo document (*see* Exhibit C-1 to the SAC).  The Qorvo protocol that Akoustis appears to have copied was designated "Qorvo, Inc. – Confidential & Proprietary Information."  *See* Ex. C-1.  In copying the Qorvo

---

[1] In particular, Qorvo asked me to review and address the following exhibits in connection with preparing this declaration: C-2, D-2, D-3, E-2, F-2, G-2, H-2, H-3, I-2, I-3, J-2, J-3, K-2, L-2, L-3, L-4, M-1, M-2, and N-1 (collectively, the "Exhibits").

protocol, Akoustis appears to have deleted the references to "Qorvo, Inc.," while maintaining the legend indicating that the document should be treated as "Confidential & Proprietary Information." *See* Ex. C-2; *see also id.* at 1 ("▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"). Exhibit K-2 includes a copy or Qorvo's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[2] As with Exhibits C-1 and C-2, this document (included in Exhibit K-2) is stamped with a legend indicating that the document is confidential—"Confidential & Proprietary Information."

16. In my opinion, Exhibits C-2 and K-2 reflect trade secrets and sensitive commercial information about Qorvo's product inspection process that was not generally known or readily ascertainable in the industry, including:

- The overall process and sequence for inspecting wafers and handling wafers with ▮▮▮▮▮▮▮▮.
- Optimal steps to take in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at various levels of inspection before shipment.
- How certain inspection criteria can be satisfied for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of inspection criteria failures.
- The conditions under which a wafer should be ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
- Additional testing that may be required upon discovery of ▮▮▮▮▮▮▮▮.
- Conditions to satisfy before a defective wafer can be allowed/approved.
- Which defects should be considered ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
- Procedures for handling specific types of failures or defects.
- Optimal operating conditions for testing equipment.
- ▮▮▮▮▮▮▮▮▮▮▮▮ conditions, defects, and characteristics to consider when performing wafer inspections.

---

[2] As I note below, Exhibit K-2 also includes information on the procedures Qorvo uses to brand its products.

- ▓▓▓▓▓▓▓▓ conditions, defects, and characteristics to consider when performing wafer inspections.
- ▓▓▓▓▓▓▓▓ conditions, defects, and characteristics to consider when performing wafer inspections.
- ▓▓▓▓▓▓▓▓ conditions, defects, and characteristics to consider when performing wafer inspections.
- ▓▓▓▓▓▓ conditions, defects, and characteristics to consider when performing wafer inspections.
- ▓▓▓▓▓▓ rejection details.
- Images of real world inspection observations illustrating how to ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, as all as relevant notes concerning the images.

17. In my opinion, the information and procedures described in Exhibits C-2 and K-2 provide Qorvo a competitive advantage because those inspection procedures allow Qorvo to reduce production delays, minimize waste, and maximize the efficiency of identifying defective products. The ability to quickly, efficiently, and repeatably identify and exclude defective parts is extremely valuable because it is a driver in both customer satisfaction and profitability.

### B.  Exhibits D-2, D-3 – Testing Procedures

18. Exhibits D-2 and D-3 contain information concerning Qorvo's procedures for testing products. Exhibits D-2 and D-3 are presentations entitled ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The presentations include a legend on every page stating that they contain "Qorvo Confidential & Proprietary Information."

19. In my opinion, Exhibits D-2 and D-3 reflect trade secrets and sensitive commercial information about Qorvo's product development and testing procedures that was not generally known or readily ascertainable in the industry, including:

- The configuration of testing stations and equipment used in Qorvo's RF power testing systems.
- Testing system diagrams.
- Detailed processes for RF power testing.

PUBLIC VERSION

- Testing capacity and test conditions.
- ▉▉▉▉ testing system diagrams and testing conditions.
- Explanations of each testing parameter, with photographs, to efficiently train Qorvo's testing engineers.
- Exemplary filter response data that explains relevant parameters, which shows and describes the interaction between different testing parameters and the relationship between ▉▉▉▉ in connection with measuring filter performance.
- Qorvo's model providing estimates of ▉▉▉▉.
- Qorvo's model based on ▉▉▉▉ and RF ▉▉▉▉ that uses a modified version of ▉▉▉▉.
- Data regarding variation in behavior of ▉▉▉▉ in connection with testing of filters at different temperatures.
- Process for characterizing BAW filters and duplexers to determine insertion loss, according to which ▉▉▉▉.
- Test process whereby ▉▉▉▉, including a system to measure temperature according to this process.
- Models for ▉▉▉▉ particular devices.
- Specific configuration of test equipment and components to perform the testing accurately and effectively.
- Method for calculating ▉▉▉▉ as well as the associated necessary measurements and input signals.
- Data regarding ▉▉▉▉ and designs.
- Testing ▉▉▉▉.
- The appropriate temperature for ▉▉▉▉, as well as related data.
- Customer requirements for test conditions and performance of BAW filters that were not available to the general public.
- Key testing information and data, such as the interaction between the different characteristic measurements of a filter product, the relationship between ▉▉▉▉.

PUBLIC VERSION

- Proprietary technique for determining ███████████████████ ████████████████████████████████████████ ███ as well as a proprietary model.

- Method for determining a ████████████ for a BAW filter, and █ ████████████████████████ Qorvo's method starts with ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████████████████████████.

- Know-how that reliability █████████████ is in certain cases highly dependent on ██████████████ Qorvo discovered that ███ ████████████████████████████ For example, Qorvo determined that █████████████████████████████████████ ████████████████████████████████████████ ███████████████████████████.

- Know-how that ████████████████████████████ ████████████████████████████████████████ ██████████████████.

- Proprietary methods of determining █████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ███████████████ Because BAW filters dissipate power during normal operation, knowledge of the ██████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████████.

- Qorvo's finding that BAW filters subjected █████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████████ This observation is valuable in █████████ ████████████████████████████████████████ ██████████.

- Simulations showing the temperature at various points within a filter given █ ████████████████████████████████████████ ██████████.

- Approach to failure testing as well as the results of such testing, including the conditions under which Qorvo's devices fail, and Qorvo's analysis of device failures.

- Failure analysis showing that ████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████

PUBLIC VERSION

██████████ As explained earlier, Qorvo's customers typically favor ██████ ████████████████████ so this observation motivates an important step in the pathway to a more saleable product.

20. In my opinion, the information and procedures described in Exhibits D-2 and D-3 provide Qorvo a competitive advantage because those testing procedures allow Qorvo to achieve greater efficiency, repeatability, consistency, and accuracy in developing BAW filter products. Further, the testing procedures provide Qorvo a competitive advantage in dealing with customers because the procedures allow Qorvo to make accurate and reliable representations concerning the performance of Qorvo's products under different conditions. These testing procedures would have very high value to competitors seeking to develop high reliability BAW filters.

### C. Exhibits E-2, I-2, K-2 – Branding Procedures

21. Exhibits E-2, I-2, and K2 address Qorvo's procedures for branding and embedding product codes in semiconductor products. Exhibits E-2 and K-2 are copies of the same Qorvo document, titled ████████████████████████████████████ Exhibits E-2 and K-2 state that they contain confidential Qorvo information—"**CONFIDENTIAL**—Property of Qorvo, Inc. Do not reproduce, copy or transfer to any third party without express permission from Qorvo." *See* Ex, K-2 at 2. Exhibits E-2 and K-2 also state "**FOR QORVO INTERNAL USE ONLY**" and every page of the branding guidelines is marked "**Confidential**." Exhibit I-2 contains additional branding information and information on the package layout for the subject products.

22. In my opinion, Exhibits E-2, I-2, and K-2 reflect trade secrets and sensitive commercial information about Qorvo's branding procedures that was not generally known or readily ascertainable in the industry, including:

- Branding conditions and specifications.
- Know-how relating to physical limitations for branding and how to optimize brand visibility.
- Know-how relating to branding information necessary for BAW filters and FEMs for ▮▮▮▮▮.

23. In my opinion, the information and procedures described in Exhibits E-2, I-2, and K-2 provide Qorvo a competitive advantage because the documents provide guidelines on how to effectively and efficiently brand products as part of the manufacturing process in a way that saves costs and improves the quality of the brands. This information would have value to a competitor seeking to reduce costs and improve the quality of its branding.

### D. Exhibits F-2, G-2 – Reflow Process

24. Exhibits F-2 and G-2 contain details on Qorvo's reflow soldering process. Exhibit F-2 is a copy of Qorvo's "Implementation Requirements for ▮▮▮▮▮." Exhibit F-2 has a legend stating that it contains "Confidential & Proprietary Information." Exhibit G-2 is a copy of Qorvo's "Customer Requirements for ▮▮▮▮▮" process. As with Exhibit F-2, Exhibit G-2 has a legend indicating that it contains "Confidential & Proprietary Information."

25. In my opinion, Exhibits F-2 and G-2 reflect trade secrets and/or other sensitive commercial information about Qorvo's process for ▮▮▮▮▮ of assembled products, including ▮▮▮▮▮ profile requirements that Qorvo uses during the process. This information about Qorvo's reflow process is not generally known or readily ascertainable in the industry. Moreover, in my opinion, the information contained in Exhibits F-2 and G-2 provides Qorvo a competitive advantage because it allows Qorvo to manufacture products in an efficient and cost-effective manner. This information contained in Exhibits F-2 and G-2 would thus have value to a competitor seeking to reduce costs

and improve the quality of its manufacturing process while bypassing the time and expense associated with optimizing the process.

### E. Exhibits H-2, H-3 – Product Development Process

26. Exhibits H-2 and H-3 are two versions of Qorvo's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which contains details on both Qorvo's product development process and product-specific details, including key features and differentiators ▮▮▮▮▮▮▮. Exhibits H-2 and H-3 both have legends stating that the documents contain Qorvo's "Confidential Proprietary Information."

27. In my opinion, Exhibits H-2 and H-3 reflect trade secrets and/or sensitive commercial information about Qorvo's product development process that is not generally known or readily ascertainable in the industry, including:

- Qorvo's overall product development process—a compilation of the procedures that Qorvo follows in developing products.
- The phases of the product development process, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- Procedures Qorvo uses for documenting the product development process and exchanging information between teams working on product development.
- The compilation of information Qorvo has identified as important to gather and consider in making product development decisions, including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
- The testing parameters that Qorvo uses to evaluate products during the development process.
- The formats for the testing plans that Qorvo uses as part of the product development process.

28. In my opinion, the procedures described in Exhibits H-2 and H-3 provide Qorvo a significant competitive advantage because the procedures allow Qorvo to rapidly and effectively develop new products. The information in Exhibits H-2 and H-3 is extremely valuable to a

competitor because it provides a roadmap for how to build an effective and efficient product development process to compete with Qorvo.

### F.     Exhibits J-2, J-3 – Employment and Compensation Structure

29.     Exhibits J-2 and J-3 provide detailed information on Qorvo's worldwide business structure, including job descriptions, job categories, salaries, and other compensation Qorvo pays its employees. Exhibit J-2 contains a legend stating that it is "Confidential – For Internal Use Only." It appears that Exhibit J-2 was pulled from the same document.

30.     In my opinion, Exhibits J-2 and J-3 reflect trade secrets and/or sensitive commercial information about Qorvo's corporate and compensation structure. While, in my experience, isolated information concerning job descriptions and salaries is sometimes available in the industry, compilations of data such as that found in Exhibits J-2 and J-3 are not publicly available. The trade secret and/or commercially sensitive information found in Exhibits J-2 and J-3 includes:

- Qorvo's entire employment structure, including a breakdown of business segments and groups, direct and indirect repots, as well as employment levels for every position across all of Qorvo's offices. Qorvo uses this information internally to structure its business practices in an efficient, profitable, and competitive manner, including strategic decisions regarding expansion and growth, and job leveling and promotional decisions.
- Qorvo's entire compensation structure, including a breakdown of the salary ranges and bonus structures for each employment level, across every country and office in which Qorvo does business. Qorvo uses this information internally as a reference for managers to make job leveling and pay decisions (salary offers, promotional decisions, etc.), as well as other internal employment decisions. In addition, Qorvo analyzes this information and uses it to address needs specific to its business, culture, and other intangible assessments of its competitive market position.

31.     In my opinion, the information contained in Exhibits J-2 and J-3 provides Qorvo a competitive advantage in recruiting, retaining, and organizing talent. The information reflected

in Exhibits J-2 and J-3 would also be valuable to competitors both in terms of competing for talent and in adopting an efficient organizational structure.

### G. Exhibits L-2, L-3, and L-4 – Automotive Product Development

32. Exhibits L-2, L-3, L-4 contain information concerning Qorvo's development and strategy for a line of automotive products. Exhibit L-2 is a presentation entitled "V2X and WiFi Overview" and provides a "roadmap" for the development of automotive products. Every page of Exhibit L-2 is marked with a legend stating that the document is "For Qorvo Internal Use Only" and contains "Qorvo Confidential & Proprietary Information." Exhibits L-3 and L-4 reproduce slides from a Qorvo presentation describing filters that Qorvo had in development to solve "coexistence problems" for automotive applications. As with Exhibit L-2, the slides of Exhibits L-3 and L-4 are "For Qorvo Internal Use Only" and contain "Qorvo Confidential & Proprietary Information."

33. In my opinion, Exhibits L-2, L-3, and L-4 reflect trade secrets and/or sensitive commercial information about Qorvo's automotive products that is not generally known or readily ascertainable in the industry, including:

- The results of Qorvo's initial system studies showing where, for automotive (V2X) applications, this filter product is needed— ▮▮▮▮▮▮ —and why it is needed: ▮▮▮▮▮▮
- The performance of filters/modules to address ▮▮▮▮▮▮.
- Proprietary measurement data for two different automotive technologies— ▮▮▮▮▮▮
- Qorvo's plans for ▮▮▮▮▮▮ including specifics on the planned features, block diagram, key product specifications, and schedule for delivery and production.
- Qorvo's solutions for key issues concerning BAW filters and associated circuits and components applicable to automotive applications of V2X and WiFi.

- Roadmap of V2X (███████████) products, including products in development and concept phases.
- Detailed features planned for Qorvo's automotive products.
- Proprietary information relating to the automotive market segment, including ███████████████████████████████████████████████████████████████████████████████████████████████
- Qorvo's strategy and look-ahead for its next generation V2X ████████ including ███████████████████████████████████████████████

34. In my opinion, the automotive product line information reflected in Exhibits L-2, L-3, and L-4 would be of significant economic value to Qorvo's competitors, who could use the information to develop their own competing product lines based on Qorvo's market intelligence and with foreknowledge of Qorvo's anticipated product offerings and strategy. As such, Qorvo obtains significant economic value from the secrecy of the information reflected in Exhibits L-2, L-3, and L-4.

### H.   Exhibit M-2 – Methods for Measuring Insertion Loss

35. Exhibit M-2 contains information concerning the methods Qorvo uses to measure insertion loss, which is a key feature related to the performance of BAW filters.

36. In my opinion, Exhibit M-2 reflects trade secrets and/or sensitive commercial information about Qorvo's techniques for measuring insertion loss that are not generally known or readily ascertainable in the industry, including data generated from measurements of frequency response for one of Qorvo's 5 GHz narrowband filters, ███████████████████████████████████████████████████████.

37. In my opinion, Qorvo derives economic value by keeping information about its insertion loss techniques secret because competitors could use that information to improve their own testing procedures, lower their costs, and improve the reliability of their products. As such, competitors would, in my opinion, find the information reflected in Exhibit M-2 to be valuable.

## I.     Exhibit N-1 – Various Documents

38. I understand that Exhibit N-1 to the SAC is a compendium of several different documents. As I set forth below, some of these documents contain trade secrets and/or other highly sensitive commercial information. Other documents do not.

39. A number of the documents included in Exhibit N-1 contain trade secrets and/or commercially sensitive information concerning Qorvo's line of automotive products. I have already provided examples of the non-public information found in these documents in connection with Exhibits L-2, L-3, and L-4, above. *See* ¶ 33, above. I have also addressed why Qorvo derives economic value from this information in paragraph 34, above. The following are the beginning production numbers of documents in Exhibit N-1 that reflect the trade secrets and/or commercially sensitive information concerning Qorvo's automotive product line: AKTS_00198680; AKTS_00198699; AKTS_00198718; AKTS_00198854; AKTS_00199018; AKTS_00199032; AKTS_00199035; AKTS_00199038; AKTS_00199040; AKTS_00199042; AKTS_00199107; AKTS_00199110; and AKTS_00199113.

40. Other documents included in Exhibit N-1 contain trade secrets and/or commercially sensitive information concerning Qorvo's market intelligence and business strategy— AKTS_00143669; AKTS_00198736; AKTS_00198755; AKTS_00198821; AKTS_00198836; AKTS_00198873; and AKTS_00198944. In my opinion, these documents reflect trade secrets and/or sensitive commercial information that is not generally known or readily ascertainable in the industry, including:

- Qorvo's anticipated timelines for promoting and delivering its 5.2 GHz and 5.6 GHz WiFi filters to customers and the schedule for delivering the 5.6 GHz filter. Additionally, anticipated product features and applications, and expected electrical specifications.

PUBLIC VERSION

- Qorvo's strategic assessment of the D&A market, including market analysis, customer assessments, and industry insights, as well as strategy goals related to growth and market share.

- Qorvo's ███████████, including, for example, Qorvo's proprietary technical analysis in comparison to industry tests, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

- Market analysis and strategy insights related to Qorvo's competitive positioning within the transport market, including value chain, market segment, and competitive analyses, as well as strategic goals.

- Qorvo's optical focused strategy related to telecom and datacom, specifically, market analysis, strategy updates, and identification of market gaps.

- Component diagram of a ███████████ and Qorvo's supported blocks and gaps with respect to the ███████████.

- Qorvo's broadband focused strategy related to ████████████████████, specifically, market analysis, strategy updates, and identification of market gaps.

- Market analysis and strategy insights related to Qorvo's competitive positioning within the WiFi market, including major market shifts, customer and vendor analysis, and strategy goals.

- Market segment analysis for the Wi-Fi market including, a breakdown of WiFi products categories and market segments and Qorvo's positioning within the market, a bar chart representing SAM by market segment, a table listing SAM dollar amounts and percentages for the various Market segments related to WiFi, analysis of customers within the WiFi market, including retail, gateway, and enterprise customers, sales channel analysis of the WiFi market, and a sub-market value mapping segments identified as strategic growth priorities.

- Qorvo's "Score Card Analysis" by product category, i.e., a matrix identifying the strengths and weaknesses of Qorvo's products within different WiFi market segments as well as narrative analysis thereof.

- Qorvo's assessment of the competitive landscape in the WiFi market, including market share analysis, competitor insights, and strategic goals.

- Product roadmaps for Qorvo's 2.4 GHz, 2.5 GHz, and 5 GHz products across the retail carrier, enterprise retail carrier gateway, gateway retail, and enterprise carrier retail market segments.

- Competitive matrix comparing the product statuses (whether released, in development, or not started) of Qorvo's retail, enterprise, gateway, and carrier products against Skyworks' equivalent products.

- Diagrams, charts, and tables including details on Qorvo's value chain engagements in the Wi-Fi market, and strategic planning and goals for Qorvo's Wi-Fi products.
- Qorvo's revenue growth forecasts in the WiFi market and related strategy considerations.

41. In my opinion, the strategic business information reflected in these documents would be of significant economic value to Qorvo's competitors, who could use the information as a roadmap to compete with Qorvo across myriad product areas. In essence, disclosure of these documents to competitors would reveal significant portions of Qorvo's strategic "playbook" and allow competitors to more effectively compete based on knowledge of Qorvo's strategy. As such, maintaining the secrecy of these strategic business documents provides significant Qorvo economic value to Qorvo by preventing more effective competition.

42. Exhibit N-1 also includes a number of emails that, standing alone (i.e., without attachments or embedded Qorvo documents), do not appear to include commercially sensitive information. In particular, the following emails do not appear to qualify as trade secrets or commercially sensitive information: AKTS_00156270; AKTS_00117498; AKTS_00138229; AKTS_00138271; AKTS_00141631; AKTS_00151319; AKTS_00145340; AKTS_00146974; AKTS_00167236; and AKTS_00198676.

### III.   CONCLUSION

43. I declare that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: May 16, 2023

_____
Stanley Shanfield, Ph.D.