**PUBLIC VERSION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC. <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 21-1417-JPM <br> ) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF MICHAEL BOYD**

I, Michael Boyd, declare as follows:

1. I am over 18 years of age and, if I am called upon to do so, I would be competent to testify as to the matters set forth herein.

2. I am providing this declaration on behalf of Plaintiff Qorvo, Inc. ("Qorvo") in support of Qorvo's Answering Brief in Opposition to Defendants' Motion to Re-Designate the Second Amended Complaint Marked Attorneys' Eyes Only to Confidential.

3. I am employed as Chief Information Security Officer for Qorvo. As Chief Information Security Officer, I am responsible for planning and implementing policies to protect Qorvo's confidential and proprietary information from security breaches, and monitoring and assessing any potential security breaches.

4. Qorvo invests significant resources to protect its confidential and proprietary information from unauthorized use or disclosure. These protection measures include, for example, (i) password protection for access to Qorvo's information systems, (ii) encrypted laptop computers issued to Qorvo employees; (iii) applying confidentiality legends to documents when



they contain confidential and proprietary information, (iv) training employees on how to access and handle Qorvo confidentiality and proprietary information, and (v) monitoring and detecting unauthorized access, downloads, and uploads of Qorvo confidential and proprietary information.

### Password Protection

5.  Qorvo has adopted user-based and device-based password protections to protect its confidential and proprietary information. Each Qorvo device requires an entry of Qorvo assigned user credential and an employee-selected password. Without a valid user credential and associated password, a person cannot access Qorvo's information systems.

6.  Qorvo also uses a multi-factor authentication (e.g., requiring entry of a correct password and simultaneous approval via each employee's pre-approved cellular device) to prevent unauthorized use of a Qorvo employee credential.

### Confidentiality Legends

7.  Qorvo also employs a software system—[REDACTED]—that requires employees to determine whether a document contains confidential information and, if so, to insert an appropriate confidentiality legend. For example, employees may indicate that a document contains confidential information by applying a legend that reads: "Qorvo® Confidential & Proprietary Information."

### Employee Training

8.  Qorvo trains its employees on how to access and handle Qorvo confidential and proprietary information. Qorvo also trains its employees on how to understand and assess security breaches and security risks to protect Qorvo confidential and proprietary information.



**PUBLIC VERSION**

### Monitoring of Unauthorized Access

9. Qorvo has adopted policies and software to prevent security breaches or theft of Qorvo confidential and proprietary information. By way of example, Qorvo has adopted policies and software to detect the download of materials to external storage devices (e.g., external USB flash drives).

10. Qorvo has adopted policies and software to monitor activity of any user connected to any Qorvo network and detect unauthorized use of Qorvo's systems.

11. Qorvo regularly performs internal audits to assess (i) any risk and threat and (ii) how to enhance its protection measures.

### Exhibits to Second Amended Complaint

12. I have reviewed the following Exhibits to the Second Amended Complaint: C-2, D-2, D-3, E-2, F-2, G-2, H-2, H-3, I-2, I-3, J-2, J-3, K-2, L-2, L-3, L-4, M-1, M-2, and N-1.

13. I have verified that these Exhibits reflect information stored on Qorvo's internal information technology system. As a result, these documents are subject to the information security policies and procedures set forth above, including multifactor authentication requirements for accessing the documents and restrictions on the ability to download or upload the documents.

I declare that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made arc punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: May 19, 2023

Michael Boyd