IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on June 5, 2023, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Objections and Responses to Plaintiff's Requests for Inspection and this Notice of Service were served on the following counsel of record via email:

>Jack B. Blumenfeld (#1014)
>Jeremy A. Tigan (#5239)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>jblumenfeld@morrisnicols.com
>jtigan@morrisnichols.com
>
>Robert M. Masters
>Jonathan R. DeFosse
>Timothy P. Cremen
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>2099 Pennsylvania Avenue, NW Suite 100
>Washington, DC 2006-6801
>(202) 747-1900
>rmasters@sheppardmullin.com
>jdefosse@sheppardmullin.com
>tcremen@sheppardmullin.com
>
>Trevor J. Quist

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real
Menlo Park, CA 94025
(650) 815-2645
tquist@sheppardmullin.com

Dated:  June 5, 2023

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP | BAYARD, P.A. |
| David A. Jakopin<br>Dianne L. Sweeney<br>Ryan Selness<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com<br>ryan.selness@pillsburylaw.com<br><br>Robert M. Fuhrer<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>(703) 770-7900<br>robert.fuhrer@pillsburylaw.com<br><br>David L. Stanton<br>725 S. Figueroa St., 36th Floor<br>Los Angeles, CA 90017<br>(213) 488-7100<br>david.stanton@pillsburylaw.com<br><br>Theresa A. Roozen<br>1200 17th St NW<br>Washington, DC 20036<br>(202) 663-8000<br>theresa.roozen@pillsburylaw.com<br><br>Shani Rivaux<br>600 Brickell Avenue, Suite 3100<br>Miami, FL 33131<br>(786) 913-4900<br>shani.rivaux@pillsburylaw.com<br><br>*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P.  Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |