IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on July 7, 2023, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Sixth Set of Requests for Production of Documents and Things to Plaintiff Qoorvo, Inc. (Nos. 211-230) and this Notice of Service were served on the following counsel of record via email:

> Jack B. Blumenfeld (#1014)
> Jeremy A. Tigan (#5239)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> jblumenfeld@morrisnicols.com
> jtigan@morrisnichols.com
>
> Robert M. Masters
> Jonathan R. DeFosse
> Timothy P. Cremen
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 2099 Pennsylvania Avenue, NW Suite 100
> Washington, DC 2006-6801
> (202) 747-1900
> rmasters@sheppardmullin.com
> jdefosse@sheppardmullin.com
> tcremen@sheppardmullin.com
> Trevor J. Quist

           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
           1540 El Camino Real
           Menlo Park, CA 94025
           (650) 815-2645
           tquist@sheppardmullin.com

Dated: July 7, 2023

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP | BAYARD, P.A. |
| David A. Jakopin<br>Dianne L. Sweeney<br>Ryan Selness<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com<br>ryan.selness@pillsburylaw.com | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |

Robert M. Fuhrer
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.*