# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) C.A. No. 21-1417-JPM ) ) |
| v. | ) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") by and through their undersigned counsel of record, will serve attached Subpoena to Testify at a Deposition in a Civil Action, attached hereto as Exhibit A, and Subpoena to Produce Documents, Information, or Objects or Permit Inspection of Premises in a Civil Action, attached hereto as Exhibit B, on Ahmad Abdelmajid.

The attached subpoena requests that Ahmad Abdelmajid produce documents, information, and things described in Attachment A on July 28, 2023, at Pillsbury Winthrop Shaw Pittman LLP, 1200 Seventeenth Street, NW, Washington, DC 20036, or other mutually agreeable date or location.  Further, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Ahmad Abdelmajid is commanded to appear for deposition upon oral examination at 9:00 AM on August 17, 2023, at K&L Gates LLP, 300 South Tryon Street, Suite 1000, Charlotte, NC 28202, or by other mutually agreeable date and location. The deposition will be recorded stenographically by an officer authorized to administer oaths and may be recorded by audio and

video.

Dated: July 7, 2023

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP | BAYARD, P.A. |
| David A. Jakopin<br>Dianne L. Sweeney<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |
| Robert M. Fuhrer<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>(703) 770-7900<br>robert.fuhrer@pillsburylaw.com | *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |
| David L. Stanton<br>725 S. Figueroa St., 36th Floor<br>Los Angeles, CA 90017<br>(213) 488-7100<br>david.stanton@pillsburylaw.com | |
| Theresa A. Roozen<br>1200 17th St NW<br>Washington, DC 20036<br>(202) 663-8000<br>theresa.roozen@pillsburylaw.com | |
| Shani Rivaux<br>600 Brickell Avenue, Suite 3100<br>Miami, FL 33131<br>(786) 913-4900<br>shani.rivaux@pillsburylaw.com | |
| *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* | |