## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Qorvo, Inc.

                        Plaintiff

                                              Civil Action No.: 21-cv-1417

                                        *vs.*

Akoustis Technologies, Inc., et al.

                        Defendant(s)

### AFFIDAVIT OF SERVICE

I, Marc Dickerson, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Deposition Subpoena with Attachment A, Exhibits, and Witness fee check in the amount of $157.00 in the above entitled case.

That on 07/10/2023 at 8:15 PM, I personally served Ahmad Abdelmajid with the Deposition Subpoena with Attachment A, Exhibits, and Witness fee check in the amount of $157.00 at 3338 Winter Brook Place, Jamestown, North Carolina 27282-7791.

Ahmad Abdelmajid is described herein as:

Gender: Male    Race/Skin: Middle Eastern    Age: 50-54    Weight: 160-180    Height: 5'9"-6'0"    Hair: Black    Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_7/12/23_
Executed On



_Marc Dickerson_

Client Ref Number:065986-01
Job #: 1620640

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| Qorvo, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   21-cv-1417 |
| Akoustis Technologies, Inc. and Akoustis, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                    Ahmad Abdelmajid

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:  See Attachment A

| Place:  K&L Gates LLP<br>300 South Tryon Street, Suite 1000<br>Charlotte, NC   28202 | Date and Time:<br>08/17/2023 9:00 am |
|---|---|
| The deposition will be recorded by this method:   Electronically and by audiovisual means | |

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

            *CLERK OF COURT*
                                          OR

        _____          _____
        *Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Akoustis Technologies, Inc. and Akoustis, Inc.                    , who issues or requests this subpoena, are:

Theresa Roozen, Pillsbury Winthrop Shaw Pittman LLP, 1200 Seventeenth Street, NW, Washington, DC 20036
email: theresa.roozen@pillsburylaw.com, Telephone: 202.663.8185

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).