# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Qorvo, Inc.

Plaintiff

Civil Action No.: 21-cv-1417

vs.

Akoustis Technologies, Inc., et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Marc Dickerson, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Subpoena Duces Tecum with Attachment A and Exhibits in the above entitled case.

That on 7/10/2023 at 8:15 PM, I personally served Ahmad Abdelmajid with the Subpoena Duces Tecum with Attachment A and Exhibits at 3338 Winter Brook Place, Jamestown, North Carolina 27282-7791.

Ahmad Abdelmajid is described herein as:

Gender: Male   Race/Skin: Middle Eastern   Age: 50-54   Weight: 160-180   Height: 5'9"-6'0"   Hair: Black   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

7/12/23
Executed On



Marc Dickerson

Client Ref Number: 065966-01
Job #: 1620643

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Qorvo, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 21-cv-1417 |
| Akoustis Technologies, Inc. and Akoustis, Inc. ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Ahmad Abdelmajid

*(Name of person to whom this subpoena is directed)*

☑ **Production:** **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Pillsbury Winthrop Shaw Pittman LLP, 1200 Seventeenth Street, NW, Washington, DC 20036 | Date and Time: 07/28/2023 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____    _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Akoustis Technologies, Inc. and Akoustis, Inc. , who issues or requests this subpoena, are:
Theresa Roozen, Pillsbury Winthrop Shaw Pittman LLP, 1200 Seventeenth Street, NW, Washington, DC 20036

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).