# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417-JPM |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO ADD COUNTERCLAIM BASED ON NEWLY PRODUCED DOCUMENTS BY QORVO

Defendants' Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") hereby move this Court pursuant to Federal Rule of Civil Procedure 15 for leave to amend its Answer to Add Counterclaim in response to Plaintiff Qoorvo, Inc.'s Second Amended Complaint (*see* D.I. 125, 158). The grounds for this motion are fully set forth in Akoustis' Opening Brief in Support of this motion and the Declaration of Dianne L. Sweeney, which are being filed concurrently herewith this motion. A Proposed Order granting this motion is attached hereto for the Court's approval.

Dated:  July 24, 2024

| | |
|---|---|
| PILLSBURY WINTHROP<br>SHAW PITTMAN LLP | BAYARD, P.A. |
| David A. Jakopin<br>Dianne L. Sweeney<br>Ryan Selness<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com<br>ryan.selness@pillsburylaw.com | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P.  Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |

Robert M. Fuhrer
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.*

3

**DISTRICT OF DELAWARE LOCAL RULE 7.1 STATEMENT**

I hereby certify that a reasonable effort was made to reach agreement with Plaintiff's counsel regarding the above Motion for Leave, and counsel for Plaintiff opposes the Motion.

Dated: July 24, 2023

*/s/ Ronald P. Golden III*
Ronald P. Golden III (No. 6254)