**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417-JPM |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

At Wilmington, this _____ day of _____, IT IS HEREBY ORDERED, that Defendants' Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") Motion for Leave to Amend its Answer to Add Counterclaim is GRANTED. Akoustis is directed to file the Counterclaim with the Court by _____.

Dated:

_____
UNITED STATES DISTRICT JUDGE