# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| | ) | C.A. No. 21-1417-JPM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Robert C. F. Pérez, of Pillsbury Winthrop Shaw Pittman LLP, to represent Defendants Akoustis Technologies, Inc. and Akoustis, Inc. in the above-referenced matter. Pursuant to this Court's Revised Standing Order for District Court Fund, effective September 1, 2016, movant states that the annual fees for *pro hac vice* admission are being submitted in connection with this application.

Dated: July 27, 2023

| | |
|---|---|
| OF COUNSEL: | BAYARD, P.A. |
| | |
| PILLSBURY WINTHROP SHAW | */s/ Ronald P. Golden III* |
| PITTMAN LLP | Stephen B. Brauerman (#4952) |
| | Ronald P. Golden III (#6254) |
| David A. Jakopin | 600 N. King Street, Suite 400 |
| Dianne L. Sweeney | Wilmington, Delaware 19801 |
| 2550 Hanover Street | (302) 655-5000 |
| Palo Alto, CA 94304-1115 | sbrauerman@bayardlaw.com |
| (650) 233-4500 | rgolden@bayardlaw.com |
| david.jakopin@pillsburylaw.com | |

1

<table>
<tr><td>

dianne@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
Robert C.F. Pérez
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com
robert.perez@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc.
and Akoustis, Inc.*

</td><td>

*Attorneys for Akoustis Technologies, Inc.
and Akoustis, Inc.*

</td></tr>
</table>