## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of District of Columbia and Virginia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: July 27, 2023

                                                */s/ Robert C. F. Pérez*
                                                Robert C. F. Pérez
                                                Pillsbury Winthrop Shaw Pittman LLP
                                                1650 Tysons Blvd., Ste. 1400
                                                McLean, VA 22102