**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| QORVO, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1417-JPM |
| Plaintiff, | | |
| v. | | |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | | |
| Defendants. | | |

**DEFENDANTS' NOTICE DEPOSITION OF TONY TESTA**
**PURSUANT TO FED. R. CIV. P. 30(b)(1)**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and applicable Local Rules, Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis" or "Defendants"), by and through their attorneys, will take the deposition upon oral examination of Tony Testa at K&L Gates, 301 Hillsborough Street, Suite 1200, Raleigh, North Carolina 27603, commencing at 9:00 a.m. ET on August 24, 2023 or such other time and place as the parties may agree (including, for example, via remote technology or with other appropriate accommodations consistent with public health guidance).  The deposition will be taken before an officer authorized to administer oaths.  Pursuant to Fed. R. Civ. P. 30(b)(3), the deposition will be recorded by stenographic and audiovisual means and may also be recorded by instant visual display using real-time transcription software.  Akoustis reserves the right to use said recordings, including said audiovisual recording, at the trial of this action.  The deposition will continue from day to day (excluding Saturdays, Sundays, and holidays) until completed as permissible under Fed. R. Civ. P. 30(d).  No persons other than the witness, parties, spouses of parties, counsel, employees of counsel, and the officer taking the deposition may attend this deposition.  Plaintiff is requested to produce the witness at the stated time and place

and is invited to attend and participate in the manner provided for in the Federal Rules of Civil Procedure and the Local Rules.

Dated: July 28, 2023

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP | BAYARD, P.A. |
| David A. Jakopin<br>Dianne L. Sweeney<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |
| David L. Stanton<br>725 S. Figueroa St., 36th Floor<br>Los Angeles, CA 90017<br>(213) 488-7100<br>david.stanton@pillsburylaw.com | *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |
| Theresa A. Roozen<br>1200 Seventeenth St. NW<br>Washington, DC 20036<br>(202) 663-8025<br>theresa.roozen@pillsburylaw.com | |
| Shani Rivaux<br>600 Brickell Avenue, Suite 3100<br>Miami, FL 33131<br>(786) 913-4900<br>shani.rivaux@pillsburylaw.com | |
| *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* | |