IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QURVO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:21-01417-JPM |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC., | ) | |
| AKOUSTIS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING A DISCOVERY CONFERENCE**

1. In response to the joint letter requesting a discovery conference (ECF No. 249), a **Discovery Conference** is set for **Friday, August 18, 2023 at 9:30 A.M (CT) / 10:30 AM (ET) via Zoom video conferencing.** Email invitations will be sent at least one day prior to the conference.

2. The parties should refer to the Northern District of California or the Western District of Tennessee Patent Rules.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at jeffrey_sample@tnwd.uscourts.gov.

<u>August 1, 2023</u>                                                                                       s/Jon Phipps McCalla
Date                                                                                                              United States District Judge