# Exhibit B

Public Version

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QORVO, INC.,

    Plaintiff/Counter-Defendant,

v.

AKOUSTIS TECHNOLOGIES, INC. and
AKOUSTIS, INC.,

    Defendants/Counter-Plaintiffs.

)
)
)
)
)
)
)
)
)
)
)

C.A. No. 21-1417-JPM

**DEMAND FOR JURY TRIAL**

## [PROPOSED] COUNTERCLAIM

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and this Court's Order granting Defendants/Counter-Plaintiffs Akoustis Technologies, Inc. and Akoustis, Inc.'s (collectively, "Akoustis") Motion for Leave to Amend Its Answer to Add Counterclaim, Akoustis, by and through its attorneys, submits this Counterclaim and brings an action for damages and injunctive relief against Plaintiff/Counter-Defendant Qorvo, Inc. ("Qorvo") and alleges as follows:

### I.    NATURE OF THE ACTION

1.    This Counterclaim seeks to remedy Qorvo's unfair and deceptive trade practices in violation of the laws of the state of North Carolina.

### II.    THE PARTIES

2.    Counter-Plaintiff Akoustis Technologies, Inc. is a Delaware corporation with its principal place of business at 9805 Northcross Center Court, Suite A, Huntersville, North Carolina 28078.

3.    Counter-Plaintiff Akoustis, Inc. is a Delaware corporation with its principal place of business located at 9805 Northcross Center Court, Suite A, Huntersville, North Carolina 28078.

4.    Counter-Defendant Qorvo Inc. is a Delaware corporation with its principal place of business at 7628 Thorndike Road, Greensboro, North Carolina 27409.

4887-6222-2448

Public Version

### III.    JURISDICTION AND VENUE

5.     This Court has supplemental jurisdiction over Akoustis' state law claims pursuant to 28 U.S.C. § 1367, because the supplemental state law claims arise out of the same case or controversy as the federal claims over which this Court has original jurisdiction.

6.     Qorvo is subject to this Court's personal jurisdiction, at least because Qorvo is incorporated, organized, and existing under the laws of the State of Delaware and has a registered agent in Wilmington, Delaware.

7.     Venue is proper in this judicial district pursuant to 18 U.S.C. § 1965, 28 U.S.C. § 1391 and 28 U.S.C. § 1400(b) at least because Qorvo resides in this district.

### IV.    FACTUAL BACKGROUND

#### A.    Akoustis and Qorvo.

8.     On information and belief, Qorvo was formed in 2015 following the merger of TriQuint Semiconductor and RF Micro Devices ("RFMD") and supplies products including BAW filters.

9.     Akoustis was formed in 2014, prior to Qorvo's formation, by Jeffrey Shealy, a former vice president of RFMD, along with two other co-founders.  Akoustis designs and manufactures radio frequency ("RF") semiconductor products including patented XBAW® RF filters, BAW filters, SAW filters, resonators, and timing solutions.

10.     During the relevant time period, Akoustis was reaching key business milestones on various fronts.  In 2017, Akoustis purchased its own wafer manufacturing facility in New York, received ISO 9001:2015 certification for that same facility and shipped its first shipment of 5.2 GHz BAW filter prototypes for 802.11ac Tri-Band Wi-Fi Routers.  Along the way, Akoustis has received various awards and achievements including a grant from the National Science Foundation (2017) and was publicly listed on the NASDAQ Capital Market Index (2017).  By 2018, Akoustis

4887-6222-2448

Public Version

launched its first commercial product – the AKF-1252, an ultra-small passband 5.2 GHz BAW RF filter designed for use in tri-band Wi-Fi router applications and achieved Company-wide ISO 9001:2015 certification.  By the end of that same year, Akoustis was sampling the industry's first 5.6 GHz Wi-Fi BAW filter.  Akoustis has continued to make new in-roads in the market, including creating its patented XBAW® manufacturing process, purchasing a fabless supplier of Acoustic Wave RF Resonators and filters, securing various customer design wins, developing new solutions for Wi-Fi 6E and 7 and securing a host of patents on its technology.  Akoustis has also been awarded research contracts from the Defense Advanced Research Projects Agency (DARPA) to further advance its technology.

11.     While Akoustis was focused on building and expanding its business for targeted 5-6GHz products – from foundry to financings – Qorvo was falling behind in its development of competitive high-end filters.

**B.     Qorvo Falls Behind and Is Threatened by Akoustis' Success.**

12.     Qorvo recognizes that both companies operate in a highly competitive industry "characterized by rapid advances in technology and new product introductions."  (D.I. 125, Second Amended Complaint ("SAC") at ¶ 14.)  The speed at which new products are developed and deployed is an important factor in determining success or failure.  Indeed, Qorvo explicitly acknowledged that its "success depends in part on its ability to improve its products and processes faster than its competitors…."  (SAC at ¶¶ 15, 29.)  Qorvo promotes itself as the "leader in the development and commercialization of technologies and products for wireless and wire connectivity."  (SAC at ¶ 12.)

13.     In stark contrast with Qorvo's public-facing comments, however, Qorvo has, over the past few years, fallen behind its competitors with respect to developing and deploying 5GHz BAW filter technology. ███████████████████████████

██████████████████████████ Public Version ██████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████

14.     ████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████   By 2018, Qorvo's management began to recognize that Qorvo could not compete with Akoustis or its other competitors in the market when it came to the 5GHz BAW filter market.  ██████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████

15.     By November 2018, Qorvo's failure to timely develop a marketable 5GHz BAW filter technology caused concern within Qorvo's management.  For example, Cees Links, the General Manager of the Low Power Wireless Business Unit at Qorvo wrote to his colleague that

██████████████████████████████████████████████████████

███████████████████████████████████

4887-6222-2448

Public Version

16.     The delays in developing a 5GHz BAW filter persisted, as did Qorvo's concern about the effect such delays could have on its position in the market.  For example, on February 7, 2019, Mr. Links wrote in an internal email that:

17.     Mr. Links' concerns regarding the slow development of a 5GHz BAW filter were echoed by others at Qorvo.  For example, a February 22, 2019, analysis of Qorvo's strengths, weaknesses and opportunities (*i.e.*, a "SWOT" analysis) found that

(QORVO_00172624.)

18.

19.

4887-6222-2448

Public Version



20.     Despite the promise shown by the Akoustis 5GHz filters, on information and belief,

21.     Qorvo also was receiving confidential information on Akoustis' developments

from third parties.  For example, Jill Brunato, Vice President of RF Associates North emailed six

different Qorvo personnel on December 6, 2018 that "Confidentially, I scribbled down the

following 

6

Public Version

Hopefully Qorvo has a good plan to counter this." ███████████████

22.     On information and belief, more than a year later, there was still apparent

disagreement within Qorvo about Akoustis' capabilities. ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████   ████████████████

████████████████████████████

23.     Qorvo's struggles to develop its own 5GHz filter technology continued. ████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████   ████████████████████████████

██████████████████████████████

24.     Later that week, on December 12, 2019, Shawn Gibb, formerly Akoustis' Chief

Materials Engineer, who had been hired by Qorvo, complained about an Akoustis press release

mentioning a defense customer win and said that Qorvo did not have the technology necessary to

compete.  Mr. Gibb specifically noted that ████████████████████████████████████

████████████████████████████████████████████

██████████ Public Version ██████████

██████████ ██████████ In that same email, Mr. Gibb also revealed the ██████████ that was not disclosed in the press release, stating to his Qorvo colleagues that ██████████ ██████████

25.     Even into 2020, internal Qorvo communications continued to reveal Qorvo's development lag coupled with ongoing complaints about losing business to Akoustis because Qorvo was unable meet customer demands on the customer's timeline.

**C.      Qorvo Hires Key Akoustis Employees to Gain an Unfair and Improper Advantage.**

26.     As Qorvo was unable to meet customer demand and address the quickly changing market, Akoustis is informed and believes that Qorvo turned to other means to accelerate its lagging development efforts, including by improperly obtaining Akoustis confidential information from former Akoustis employees.

27.     On information and belief, Qorvo employees obtained Akoustis' confidential information for an Akoustis BAW filter, including performance specifications and approximate pricing.

28.     Qorvo's efforts to obtain Akoustis' confidential information, however, were not enough to solve Qorvo's problems in the 5GHz BAW filter market.  Qorvo then hired two former key Akoustis employees.  In particular, Qorvo had hired Shawn Gibb, formerly Akoustis' Chief Materials Scientist and then, a couple of months later, hired Ali Bawangaonwala, formerly an Akoustis employee who started as a Product Manager and later became Director of Marketing & Business Development.

29.     When Qorvo announced Mr. Gibb's hire to its employees, it informed them that he was Akoustis' Chief Materials Scientist.  While at Akoustis Mr. Gibb "[l]ed development of

Public Version

epitaxial piezoelectric single crystal materials required for the fabrication of high performance single crystal RF filter devices," which included "[developing] state of the art single crystal piezoelectric materials for emerging 5G device applications…; [s]pecification, negotiation, purchase, installation, qualification and release to manufacturing for critical capital equipment used in single crystal materials production…; [and defining and executing] strategy for building [the] company's Intellectual Property (IP) portfolio."  By his own admission, Mr. Gibb "[s]erved as key member of senior management team, reporting to [the] CEO… [and the] Board of Directors on [a] quarterly basis, engaging in all aspects of strategy / tactics for technical direction of the company." (https://www.linkedin.com/in/shawngibb/)

30.     In his roles at Akoustis Mr. Bawangaonwala had access to highly sensitive confidential information at Akoustis.  First, as a product manager, he was focused on Akoustis' product development, and obtained a detailed understanding of Akoustis including the development of product specifications, development cycle, the workings of the engineering team, product costs, testing and process management.  As Akoustis' Director of Marketing & Business Development, Mr. Bawangaonwala was responsible for leading global marketing of, among other things, Akoustis' 5GHz BAW filter product solutions.  Mr. Bawangaonwala was responsible for driving all aspects of the product life cycle, including new product definition, business case generation, product promotion, collateral generation and pricing.  Mr. Bawangaonwala engaged directly with customers/markets to develop product strategies and drive product adoption and revenue growth with identified regions and markets – including collaboratively working with field sales, applications engineering and product management teams.

31.     Mr. Gibb and Mr. Bawangaonwala understood the significant economic and strategic value of the information they each obtained while working at Akoustis.  Employees at

Akoustis, including those in crucial positions like Mr. Gibb and Mr. Bawangaonwala, were required to sign confidentiality agreements that covered both the period of their employment and thereafter.   Both individuals signed agreements that included the following confidentiality restrictions:

> ***Proprietary Information.*** I agree that all information, whether or not in writing, of a private, secret or confidential nature concerning the Company's business, business relationships or financial affairs (collectively, "Proprietary Information") is and shall be the exclusive property of the Company. By way of illustration, but not limitation, Proprietary Information may include inventions, products, processes, methods, techniques, formulas, technology, single-crystal piezoelectric materials technology, acoustic resonators technology, acoustic wave filters technology, designs, drawings, engineering, hardware configuration information, compositions, compounds, projects, developments, plans, research data, clinical data, financial data, personnel data, computer programs, software, customer and supplier lists, and contacts at or knowledge of customers or prospective customers of the Company, provided, however Proprietary Information does not include. Any of the foregoing items to the extent the same have become publicly known and made generally available through no wrongful act of mine or of others. I agree at all times during my employment with the Company and for so long thereafter as any Proprietary Information may remain confidential, secret or otherwise wholly or partly protectable, to hold in strictest confidence, and not to use, except for the benefit of the Company or as required by law, or to disclose to any person, firm or corporation without the written authorization of the President and CEO or the Board of Directors of the Company, any Proprietary Information. I understand that my unauthorized use or disclosure of Proprietary Information during my employment will lead to disciplinary action, up to and including immediate termination and legal action by the Company. I also understand that my unauthorized use or disclosure of Proprietary Information after my employment may lead to legal action by the Company.

AKTS_00426566 – AKTS_00426570; AKTS_00426513 – AKTS_00426516.

32.     Accordingly, Mr. Gibb and Mr. Bawangaonwala were not authorized to disclose, share, use, or possess the Akoustis BAW Confidential Information (defined below).   On information and belief, Qorvo was aware of these restrictions at the time they were hired.

33.     On information and belief, Qorvo specifically hired key employees such as Mr. Gibb and Mr. Bawangaonwala because of their routine and repeated access to, and detailed knowledge of, Akoustis' confidential and proprietary information including knowledge of the product and market for 5G products that Qorvo had been unable to develop in line with Akoustis

Public Version

and other competitors in the market.  Examples of Akoustis' confidential and proprietary information include, but are not limited to, inventions, products, processes, methods, techniques, formulas, technology, BAW filter and materials technology, acoustic resonators technology, acoustic wave filters technology, designs, drawings, engineering, hardware configuration information, compositions, compounds, projects, developments, plans, research data, clinical data, financial data, personnel data, computer programs, software, customer and supplier lists, and contacts at or knowledge of customers or prospective customers of the Company (individually and collectively, the "Akoustis BAW Confidential Information").  Akoustis BAW Confidential Information does not include any of the foregoing items to the extent the same have become publicly known and made generally available through no wrongful act of Akoustis or of others.

34.     Akoustis BAW Confidential Information is not generally known to the public and would not be ascertainable without expenditure of substantial time, effort, and resources.  Akoustis expends significant resources to develop and protect this confidential and proprietary information.

35.     On information and belief Qorvo sought the Akoustis BAW Confidential Information because it was valuable information to Qorvo and Qorvo was behind in competing in the 5G market.

36.     Qorvo's hiring away of key employees such as Mr. Gibb and Mr. Bawangaonwala was particularly damaging to Akoustis and, on information and belief, Mr. Gibb and Mr. Bawangaonwala were specifically targeted by Qorvo for the purpose of obtaining Akoustis BAW Confidential Information.

37.     Mr. Gibb and Mr. Bawangaonwala had routine and repeated access to, and detailed knowledge of, the specific types of confidential and proprietary information, including but not

Public Version

limited to the Akoustis BAW Confidential Information, that could allow Qorvo to reinvigorate its lagging 5GHz BAW filter development effort.

38.     Qorvo hired Mr. Gibb in February 2019 as a Product Line Manager for Qorvo's filter product line and, on information and belief, immediately went to work identifying, obtaining, and exploiting the Akoustis BAW Confidential Information.  For example, on February 27, 2019, Mr. Tuan Nguyen, Qorvo's Product Line Director, distributed an email to Qorvo employees announcing the hire.  In response, on the same day as the announcement, Qorvo's Chief Architect and Technology Director, Gangadhar Burra, communicated with Mr. Gibb to set up a time to "pick [his] brain" on filters, saying "[l]et's set up a call or …. meet face to face".  (QORVO_00061700 - QORVO_00061701.)

39.     In April 2019, Qorvo hired Ali Bawangaonwala, formerly the Director of Marketing & Business Development at Akoustis Technologies, as the Senior Marketing Manager for Qorvo's Automotive Product Line business unit.

40.     As with Mr. Gibb, Qorvo employees were expressly informed of Mr. Bawangaonwala's previous association with Akoustis.  On information and belief, just as had happened with Mr. Gibb, Qorvo employees sought to engage with Mr. Bawangaonwala for the purpose of obtaining the Akoustis BAW Confidential information.  For example:

▪     On April 30, 2019, Bob Baeten, Qorvo's Chief Engineer, forwarded Mr. Bawangaonwala's onboarding announcement sent out that same day to Mr. Links and Tony Testa, Qorvo's director of Technical Marketing, along with the following message:

FYI.. If you want some inside scoop we may be able to get it.

(QORVO_00135651.)

12

▪ On August 26, 2019, Mr. Gibb and Mr. Bawangaonwala listened to a Akoustis investor call while exchanging instant messages regarding, among other things, the identity of Akoustis customers:



▪ On September 4, 2019, Brock West, Qorvo's Business Unit Controller, asked Mr. Testa if Qorvo "just rehire[d] someone who did marketing at Akoustis," to which Mr. Testa replied, "Barry Leonard hired back their marketing guy (Ali)." Thirteen minutes later, Mr. West replied to Mr. Testa that he was "able to catch up with Ali." (QORVO_00032598 – QORVO_00032600.)

▪ Mr. West spoke to Mr. Bawangaonwala about "AKTS capability in the NY facility."   (QORVO_ 00109228 – QORVO_00109229.) ██████████████

████████████████████████████████████████████

████████████████████████████████████. At first, Mr. West attempted to find that information in the public domain. Unable to find what he was looking for, he turned to Mr. Bawangaonwala for the "inside scoop" Qorvo expected him to provide. (QORVO_ 00109228 – QORVO_00109229; QORVO_ 00135651.)   Not

13

Public Version

surprisingly, Mr. Bawangaonwala shared extensive Akoustis BAW Confidential Information with Mr. West. This included ███████████████████████████████████

███████████████████████████████. Both Mr. West and Mr. Bawangaonwala were aware that the information they discussed was confidential and proprietary. Mr. Bawangaonwala even added that his "info is a few months behind." (QORVO_ 00109228 – QORVO_00109229.) In other words, the information was not publicly available and was known to Mr. Bawangaonwala only because of his role at Akoustis – which he left just a few months earlier. Thereafter, in response to an inquiry on November 8, 2019 from Mr. Tuan Nguyen regarding Akoustis and its capabilities, Qorvo's Product Line Director, Shawn Gibbs replied, "I will call you shortly to talk through what I know as of today regarding infrastructure." (QORVO_ 00076871.) Qorvo continued seeking further information on the Akoustis fabrication plant and infrastructure months later, circulating 5 GHz BAW filter "intelligence gathered" and cautioning "source not to be disclosed". (QORVO_00064000 – QORVO_00064003.)

41.     Internal Qorvo documents previously unknown to Akoustis also demonstrate that, on information and belief, Qorvo employees utilized Mr. Gibb to obtain Akoustis BAW Confidential Information that could be used to improve Qorvo's position in the market, including

███████████████████  ███████████████████  █████████████████████

███████████████████████████████████████████████████████

██████████████  This, in turn, harmed Akoustis and provided Qorvo with an unfair advantage. For example, on November 26, 2019, Mr. Nguyen asked Mr. Gibb for his thoughts on "Akoustis competing ████████████████████████████████████████  Mr. Gibb's response was

Public Version

exactly the kind of "inside scoop" that, on information and belief, Qorvo was hoping for when it

hired Mr. Gibb and Mr. Bawangaonwala away from Akoustis:



42.     On information and belief, Mr. Gibb knew he was hired as a strategic threat to his

former employer Akoustis.  As seen above, Mr. Gibb even concluded his email with



43.     Mr. Gibb repeatedly disclosed Akoustis BAW Confidential Information regarding

Akoustis' 5GHz filter technology and processes.  For example, on June 12, 2020, in response to

an inquiry from James Nelson, Director of Qorvo's Base Station business unit, Mr. Gibb provided

the following, which he claims is based on public information:

44.     Internal Qorvo documents include numerous other examples of Mr. Gibb's

discussions about Akoustis including the unauthorized disclosure of Akoustis BAW Confidential

Information.  By way of example:

15

Public Version

- On July 16, 2020, Douglas Cole, Qorvo's Senior Director – Defense and Aerospace Strategic Accounts, asked Mr. Gibb ███████████████████████████████

████████████████████ ██████████████████████████   ████████████████████

████████████████   Mr. Gibb responds:

███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████

████████████████████████████████████

- On August 31, 2020, Mr. Gibb provided the following confidential information in response to a question from Mr. Nguyen regarding the performance of an Akoustis product:



████████████████████████████████████

45.     Akoustis is informed and believes that Qorvo has used and continues to use; has relied upon and continues to rely upon; and has exploited and continues to exploit the Akoustis BAW Confidential Information obtained from at least Mr. Gibb and Mr. Bawangaonwala.

46.     By using the Akoustis BAW Confidential Information obtained from at least Mr. Gibb and Mr. Bawangaonwala, Qorvo has gained an unfair advantage by harming Akoustis.

**D.     Qorvo's Scheme to Unfairly "Take Business" Away from Akoustis.**

47.     On information and belief, Qorvo's campaign to recruit key Akoustis employees and obtain Akoustis BAW Confidential Information was part of a larger scheme enunciated by

16

Public Version

Qorvo's CEO Mr. Bruggeworth, to "take business" away from Akoustis.  Specifically, on June 24, 2020, in response to a press release regarding another Akoustis 5GHz BAW filter success, Mr. Bruggeworth wrote "***We need to take this business from them***, *don't need them getting any stronger!*" (QORVO_00028313 – QORVO_00028316 (emphasis added).)   On information and belief, at this point in 2020, Qorvo was aware that its internal 5GHz BAW development timeline was still at least twice as long as Qorvo's competitors, which included Akoustis.

48.     On information and belief, Qorvo's scheme to "take business" from Akoustis involved spreading misinformation about Akoustis and its products.  For example, on May 5, 2020, in response to another Qorvo loss to Akoustis, Mr. Testa told Qorvo's CEO, Mr. Bruggeworth, that he had ***"been spreading fudd" about Akoustis***.  (QORVO_00133852 – QORVO_00133854 (emphasis added).)  On information and belief, "fudd" is an acronym for "fear, uncertainty, doubt, and disinformation."  Mr. Bruggeworth's response was telling: "***Perfect***."  (QORVO_00133852 – QORVO_00133854 (emphasis added).)  Other examples include Qorvo employees touting the fact that they were "***aggressively attacking*** [Akoustis'] 5GHz early wins…," (QORVO_00652846 – QORVO_00652847 (emphasis added)) and that "*[p]oopoo-ing Akoustis' technology* and ***telling customers that [Akoustis] will not be able [to] volume produce*** is not going to hack it…." (QORVO_00122459 – QORVO_00122464 (emphasis added)).  Finally, on information and belief, Qorvo's scheme to "take business" from Akoustis was not limited to the United States. ▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Public Version

49.     Qorvo's efforts to unfairly and deceptively compete with Akoustis were successful and damaged Akoustis. ███████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████   ████████████████████████   █████████████████

████████████████████████████████████████

## COUNTERCLAIM
### (Unfair and Deceptive Trade Practices Prohibited by NC. Gen. Stat. § 75-1.1)

50.     Akoustis incorporates by reference the allegations of paragraphs 1 through 49 set forth above.

51.     By virtue of the aforesaid acts, Qorvo has engaged in unfair or deceptive acts or practices and in unfair methods of competition affecting commerce in the state of North Carolina. Such acts violate the North Carolina Unfair and Deceptive Trade Practices Act, *N.C.G.S.* § 75-1.1.

52.     Akoustis owns and possesses the Akoustis BAW Confidential Information and employed Mr. Gibb and Mr. Bawangaonwala, as set forth above.

53.     On information and belief, Qorvo specifically and consciously solicited and obtained Akoustis BAW Confidential Information from former Akoustis employees in an attempt to gain an unfair advantage over Akoustis and Qorvo's other competitors.  As detailed above, Qorvo targeted and hired Shawn Gibb, formerly Akoustis' Chief Materials Scientist and Ali Bawangaonwala, formerly Akoustis' Director of Marketing & Business Development.

54.     On information and belief, Qorvo improperly obtained Akoustis BAW Confidential Information from various sources including from at least Mr. Gibb and Mr. Bawangaonwala.  On information and belief, Qorvo was aware of their routine and repeated access to, and detailed knowledge of, the Akoustis BAW Confidential Information.  Qorvo sought to exploit Mr. Gibb's and Mr. Bawangaonwala's knowledge of the Akoustis BAW Confidential Information to better its

18

Public Version

position in the market including working to develop Qorvo's own 5GHz BAW filter development pipeline and improve the competitiveness of its relevant business units.

55.     The Akoustis BAW Confidential Information derives value, actual or potential, from not being known generally to, and not being readily ascertainable through proper means by, another person who can obtain value from the disclosure or use of the information.

56.     Akoustis expended substantial effort, time, and capital in developing, maintaining, and possessing the Akoustis BAW Confidential Information that is incorporated into, and used in the marketing and sale of, Akoustis' highly successful 5GHz BAW filter products.

57.     During their employment with Akoustis, Mr. Gibb and Mr. Bawangaonwala held key positions that routinely provided them with repeated access to the Akoustis BAW Confidential Information.

58.     Following the termination of their employment, Mr. Gibb and Mr. Bawangaonwala were not authorized to disclose, share, use, or possess the Akoustis BAW Confidential Information.

59.     On information and belief, Qorvo was aware that Mr. Gibb and Mr. Bawangaonwala had entered into binding agreements with Akoustis that prohibited them from taking, disclosing, using, sharing, or possessing the Akoustis BAW Confidential Information but nevertheless sought to obtain such information from them to overcome Qovro's market failures.

60.     Mr. Gibb and Mr. Bawangaonwala have disclosed, shared, or used the Akoustis BAW Confidential Information as part of their job responsibilities at Qorvo.

61.     On information and belief, Mr. Gibb and Mr. Bawangaonwala will continue to disclose, share, or use the Akoustis BAW Confidential Information as part of their job responsibilities at Qorvo unless and until they are enjoined by this Court from doing so.

62.     On information and belief, the hiring of key employees such as Mr. Gibb and Mr. Bawangaonwala and the misappropriation of the Akoustis BAW Confidential Information has harmed Akoustis and allowed Qorvo to impermissibly gain an unfair advantage.

63.     As a result of Qorvo's wrongful conduct, Akoustis has been substantially and irreparably harmed in an amount not readily capable of determination and for which there is no adequate remedy at law.  Unless restrained by this Court, Qorvo will cause further irreparable injury to Counter-Plaintiffs.

64.     The Court should award Akoustis preliminary and permanent injunctive relief enjoining Qorvo, its agents and employees, and all persons acting in concert or participation with Qorvo, from engaging in any further poaching of Akoustis employees and/or use of the Akoustis BAW Confidential Information.

65.     On information and belief, Qorvo will continue to substantially benefit from their improper acts, which it is not in law or equity entitled.

66.     On information and belief, Qorvo's violations of *N.C.G.S.* § 75-1.1 have directly and proximately caused and continue to cause Akoustis substantial actual damages in North Carolina and throughout the United States, and Akoustis may recover actual damages in an amount to be proven at trial.

67.     Pursuant to *N.C.G.S.* § 75-1.16 and *N.C.G.S.* § 75-1.6.1, Akoustis is entitled to treble damages and attorneys' fees for Qorvo's unfair and deceptive trade practices and unfair methods of competition.

## **PRAYER FOR RELIEF**

WHEREFORE, Counter-Plaintiffs Akoustis respectfully pray for relief as follows:

1)     Preliminarily and permanently enjoin Qorvo, and all affiliates, employees, agents, officers, directors, attorneys, successors, and assigns, and all those acting on behalf of or in active

4887-6222-2448

Public Version

concert or participation with any of them, including Messrs. Gibbs and Bawangaonwala, from further unfair and deceptive trade practices pursuant to *N.C.G.S.* § 75-1-1;

2)    Award Akoustis damages in an amount sufficient to compensate it for Qorvo's further unfair and deceptive trade practices;

3)    Award Akoustis treble damages in view of Qorvo's violation of *N.C.G.S.* § 75-1-1;

4)    Award Akoustis all actual, compensatory, consequential, liquidated, treble, and special damages to which it is entitled in an amount to be determined at trial;

5)    Award Akoustis all attorneys' fees and costs to which it is entitled associated with bringing and prosecuting this action;

6)    Award pre-judgment and post-judgment interest against Qorvo; and

7)    Award Akoustis such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and D. Del. LR 38.1, Akoustis demands a trial by jury on all issues raised by the Counterclaim.

Dated:

OF COUNSEL:

PILLSBURY WINTHROP SHAW
PITTMAN LLP

David A. Jakopin
Dianne L. Sweeney
2550 Hanover Street
Palo Alto, CA 94304-1115
(650) 233-4500
david.jakopin@pillsburylaw.com
dianne@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor

BAYARD, P.A.
**DRAFT**

_____
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Akoustis Technologies, Inc.*
*and Akoustis, Inc.*

21

Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc.*
*and Akoustis, Inc.*