# Exhibit C

| | |
|---|---|
| **From:** | Sweeney, Dianne L. |
| **To:** | Jonathan De_osse; Jakopin, David A.; Robert Masters |
| **Cc:** | Steve B. Brauerman; JTigan@morrisnichols.com; James Wald; Roy Jung; Rivaux, Shani; Stanton, David; Selness, Ryan |
| **Subject:** | RE: Akoustis Draft Counterclaim |
| **Date:** | Thursday, July 20, 2023 2:49:20 PM |
| **Attachments:** | image001.png |
| | image002.png |

Thanks Jon.  Let's discuss the counterclaim on our meet/confer call tomorrow at 11 a.m. further to DE practice.  I don't expect it will be a long discussion.  I am very happy to report that David Stanton has recovered sufficiently to discuss the inspection protocol tomorrow as well.

Thanks,  Dianne

**Dianne L. Sweeney** | Managing Partner, Silicon Valley Office

Pillsbury Winthrop Shaw Pittman LLP

2550 Hanover Street | Palo Alto, CA 94304 1115

t +1.650.233.4046 | f +1.650.233.4545

dianne@pillsburylaw.com | website bio

---

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Thursday, July 20, 2023 1:48 PM
**To:** Jakopin, David A. <david.jakopin@pillsburylaw.com>; Robert Masters <RMasters@sheppardmullin.com>
**Cc:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; JTigan@morrisnichols.com; James Wald <JWald@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>
**Subject:** RE: Akoustis Draft Counterclaim

David

Qorvo will oppose the motion for leave to file the Counterclaim.

Best Regards,
Jon

**Jonathan DeFosse**
**SheppardMullin** | Wash ngton
+1 202-747-1932 | ext. 21932

---

**From:** Jakopin, David A. <david.jakopin@pillsburylaw.com>
**Sent:** Tuesday, July 18, 2023 7:23 PM
**To:** Robert Masters <RMasters@sheppardmullin.com>; Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Cc:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Steve B. Brauerman <SBrauerman@bayardlaw.com>; JTigan@morrisnichols.com; James Wald

<JWald@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>
**Subject:** Akoustis Draft Counterclaim

Attachment contains reference to materials designated Attorney Eyes Only  Subject to Protective Order

Robert, Jon,

Attached please find Akoustis' draft counterclaim for your review.  The counterclaim is based upon the materials recently produced by Qorvo.  Just as Akoustis did, we ask that Qorvo stipulate to the filing of this pleading.  Absent Qorvo's stipulation, we plan to seek leave to file the counterclaim with the Court this Friday afternoon (7/21).

Regards,

David



**David A. Jakopin** | Partner
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street | Palo Alto, CA 94304  1115
t +1.650.233.4790 | f +1.650.233.4545 | m +1.650.533.4448
david.jakopin@pillsburylaw.com | website bio

AUSTIN  BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES
MIAMI  NASHVILLE  NEW YORK  NORTHERN VIRGINIA  PALM BEACH
SACRAMENTO  SAN DIEGO  SAN FRANCISCO  SHANGHAI
SILICON VALLEY  TAIPEI  TOKYO  WASHINGTON, DC



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800 477 0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e mail and delete the message and any attachments.