**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

Qorvo, Inc.

**Plaintiff**

Civil Action No.: 21-cv-1417

*vs.*

Akoustis Technologies, Inc., et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Kimberly Hamilton, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Deposition Subpoena Duces Tecum with Attachment A, Exhibits, and Witness fee check in the amount of $40.00 in the above entitled case.

That on 08/02/2023 at 5:32 PM, I personally served Leah Giovan with the Deposition Subpoena Duces Tecum with Attachment A, Exhibits, and Witness fee check in the amount of $40.00 at 110 South Elam Avenue, Greensboro, North Carolina 27403-1403.

Leah Giovan is described herein as:

Gender: Female   Race/Skin: White   Age: 62   Weight: 165   Height: 5'5"   Hair: Gray   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Aug 03, 2023
Executed On

Kimberly Hamilton

Client Ref Number: 065966.1
Job #: 1621574

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Qorvo, Inc. <br> *Plaintiff* <br> v. <br> Akoustis Technologies, Inc. and Akoustis, Inc. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 21-cv-1417 |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Leah Giovan

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Attachment A

| Place: K&L Gates <br> 301 Hillsborough Street, Suite 1200 <br> Raleigh, NC 27603 | Date and Time: <br> 09/27/2023 9:00 am |
|---|---|

The deposition will be recorded by this method: Stenographic/audiovisual means and instant visual display

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Attachment A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/28/2023

*CLERK OF COURT*

OR

_____     /s/ Steve Brauerman
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Akoustis Technologies, Inc. and Akoustis, Inc._____, who issues or requests this subpoena, are:
Stephen B. Brauerman, Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19899
email: sbrauerman@bayardlaw.com, Telephone: (302) 658-6395

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).