IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1417 (JPM) |
| ) | |
| AKOUSTIS TECHNOLOGIES, INC. and ) | **DEMAND FOR JURY TRIAL** |
| AKOUSTIS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiff's Objections and Responses to Defendants' Sixth Set of Requests for Production (Nos. 211-230)*, (2) *Qorvo's Fifth Set of Requests for Production of Documents and Things (Nos. 192-203) to Akoustis*, and (3) *Qorvo's Fourth Set of Interrogatories (Nos. 21-24) to Akoustis* were caused to be served on August 7, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>Ryan Selness, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |

Robert M. Fuhrer, Esquire  
Robert C.F. Pérez, Esquire  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
1650 Tysons Boulevard, 14th Floor  
McLean, VA  22102-4856  
*Attorneys for Defendants Akoustis*  
*Technologies, Inc. and Akoustis, Inc.*

VIA ELECTRONIC MAIL

David L. Stanton, Esquire  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
725 South Figueroa Street, 36th Floor  
Los Angeles, CA  90017-5524  
*Attorneys for Defendants Akoustis*  
*Technologies, Inc. and Akoustis, Inc.*

VIA ELECTRONIC MAIL

Theresa A. Roozen, Esquire  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
1200 Seventeenth Street, NW  
Washington, DC  20036-3006  
*Attorneys for Defendants Akoustis*  
*Technologies, Inc. and Akoustis, Inc.*

VIA ELECTRONIC MAIL

Shani Rivaux, Esquire  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
600 Brickell Avenue, Suite 3100  
Miami, FL  33131  
*Attorneys for Defendants Akoustis*  
*Technologies, Inc. and Akoustis, Inc.*

VIA ELECTRONIC MAIL

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____  
Jack B. Blumenfeld (#1014)  
Jeremy A. Tigan (#5239)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899-1347  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
jtigan@morrisnichols.com

OF COUNSEL:

Robert M. Masters  
Jonathan R. DeFosse

*Attorneys for Plaintiff Qorvo, Inc.*

Timothy P. Cremen
Roy D. Jung
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC  20006-6801
(202) 747-1900

Eric K. Gill
Zachary Alper
Theodore Mayer
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA  92130-4092
(858) 720-8900

James C. Wald
Kazim A. Naqvi
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA  90067
(310) 228-3700

August 7, 2023

Case 1:21-cv-01417-JPM   Document 266   Filed 08/07/23   Page 4 of 5 PageID #: 14076

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 7, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>Ryan Selness, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |
| Robert M. Fuhrer, Esquire<br>Robert C.F. Pérez, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |

2

Theresa A. Roozen, Esquire                                       *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Shani Rivaux, Esquire                                            *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL  33131
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

                                           */s/ Jeremy A. Tigan*
                                           _____
                                           Jeremy A. Tigan (#5239)