# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 21-1417-JPM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Qorvo, Inc. to file a redacted version of Plaintiff's Answering Brief in Opposition to Defendants' Motion for Leave to Amend its Answer (D.I. 267) and of the Declaration of Jonathan DeFosse in Support of Plaintiff's Answering Brief in Opposition to Defendants' Motion for Leave to Amend its Answer and the corresponding exhibits (D.I. 268) is extended until August 16, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
| */s/ Jeremy A. Tigan* | */s/ Ronald P. Golden III* |
| Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jtigan@morrisnichols.com <br><br> *Attorneys for Plaintiff* | Stephen B. Brauerman (#4952) <br> Ronald P. Golden III (#6254) <br> 600 North King Street, Suite 400 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com <br><br> *Attorneys for Defendants* |

SO ORDERED this _____ day of _____ 2023.

_____
United States District Judge