IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Plaintiff Qorvo, Inc. to file its opposition to Defendants' Motion for Leave to File Amended Answer to Add Counterclaims Based on Newly Produced Documents by Qorvo, Inc. (D.I. 244) is August 8, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
| | |
| */s/ Jeremy A. Tigan* | */s/ Ronald P. Golden III* |
| | |
| Jack B. Blumenfeld (#1014) | Stephen B. Brauerman (#4952) |
| Jeremy A. Tigan (#5239) | Ronald P. Golden III (#6254) |
| 1201 North Market Street | 600 North King Street, Suite 400 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 655-5000 |
| (302) 658-9200 | sbrauerman@bayardlaw.com |
| jblumenfeld@morrisnichols.com | rgolden@bayardlaw.com |
| jtigan@morrisnichols.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff Qorvo, Inc.* | *Akoustis Technologies, Inc. and Akoustis, Inc.* |

August 7, 2023

SO ORDERED this 16th day of August, 2023.

 s/ Jon P. McCalla
Jon P. McCalla
United States District Court Judge