# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| | ) | C.A. No. 21-1417-JPM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Qorvo, Inc. to file a redacted version of Plaintiff's Answering Brief in Opposition to Defendants' Motion for Leave to Amend its Answer (D.I. 267) and of the Declaration of Jonathan DeFosse in Support of Plaintiff's Answering Brief in Opposition to Defendants' Motion for Leave to Amend its Answer and the corresponding exhibits (D.I. 268) is extended until August 16, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
| | |
| */s/ Jeremy A. Tigan* | */s/ Ronald P. Golden III* |
| | |
| Jack B. Blumenfeld (#1014) | Stephen B. Brauerman (#4952) |
| Jeremy A. Tigan (#5239) | Ronald P. Golden III (#6254) |
| 1201 North Market Street | 600 North King Street, Suite 400 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 655-5000 |
| (302) 658-9200 | sbrauerman@bayardlaw.com |
| jblumenfeld@morrisnichols.com | rgolden@bayardlaw.com |
| jtigan@morrisnichols.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

SO ORDERED this 16th day of August 2023.

                                                  s/ Jon P. McCalla
                                                  Jon P. McCalla
                                                  United States District Judge