# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| | ) | C.A. No. 21-1417-JPM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Robert C. F. Pérez, of Pillsbury Winthrop Shaw Pittman LLP, to represent Defendants Akoustis Technologies, Inc. and Akoustis, Inc. in the above-referenced matter. Pursuant to this Court's Revised Standing Order for District Court Fund, effective September 1, 2016, movant states that the annual fees for *pro hac vice* admission are being submitted in connection with this application.

Dated: July 27, 2023

| OF COUNSEL: | BAYARD, P.A. |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| | Ronald P. Golden III (#6254) |
| David A. Jakopin | 600 N. King Street, Suite 400 |
| Dianne L. Sweeney | Wilmington, Delaware 19801 |
| 2550 Hanover Street | (302) 655-5000 |
| Palo Alto, CA 94304-1115 | sbrauerman@bayardlaw.com |
| (650) 233-4500 | rgolden@bayardlaw.com |
| david.jakopin@pillsburylaw.com | |

1

dianne@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
Robert C.F. Pérez
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com
robert.perez@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc.
and Akoustis, Inc.*

*Attorneys for Akoustis Technologies, Inc.
and Akoustis, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-1417-JPM |
| | ) |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** this 16th day of August, 2023, that the foregoing application of Robert C. F. Pérez for admission to practice in this action *pro hac vice* is **GRANTED**.

        s/ Jon P. McCalla
        JON P. McCALLA
        UNITED STATES DISTRICT JUDGE

CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of District of Columbia and Virginia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am familiar with this Court's Local Rules.

Dated:  July 27, 2023

                                                */s/ Robert C. F. Pérez*
                                                Robert C. F. Pérez
                                                Pillsbury Winthrop Shaw Pittman LLP
                                                1650 Tysons Blvd., Ste. 1400
                                                McLean, VA 22102