IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-01417-JPM |
| v. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| Defendants. | ) **PUBLIC VERSION** |
| | ) |
| | ) Confidential Version Filed: August 8, 2023 |
| | ) Public Version Filed: August 16, 2023 |

**DECLARATION OF JONATHAN DEFOSSE IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ITS ANSWER**

I, Jonathan DeFosse, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar for the District of Columbia and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so.

2. On April 19, 2022, Qorvo served its Second Set of Requests for Production to Akoustis.

3. Between November 16, 2022 and January 27, 2023, Akoustis produced 296,426 pages of electronically stored information ("ESI") in response to discovery requests that Qorvo served on April 19, 2022. Of that production, nearly 72% of the information (212,468 pages) was produced on January 27, 2023. Qorvo filed the Second Amended Complaint ("SAC") on

February 8, 2023—less than two weeks after receiving the information produced on January 27, 2023.

4.     On December 9, 2022, Akoustis served Qorvo with requests for production ("RFPs") (Akoustis's Third Set of Requests for Production) related to Qorvo's unfair competition claims.

5.     On February 15, 2023, Akoustis served Qorvo with RFPs (Akoustis's Fourth Set of Requests for Production) related to Qorvo's trade secret claims.

6.     Qorvo attempted to narrow the scope of Akoustis's RFPs. For example, Qorvo proposed search terms in an effort to narrow Akoustis's requests. Attached as **Exhibit A** is a true and correct copy of Qorvo's proposed search parameters to Akoustis's Third and Fourth Sets of Requests for Production.

7.     Despite Qorvo's efforts to narrow the scope of Akoustis's requests, Akoustis consistently pressed for Qorvo to produce greater amounts of information.  For example, attached **Exhibit B** is a true and correct copy of April 17, 2023 correspondence from Akoustis's Counsel (Ryan Selness) to Qorvo's Counsel regarding Qorvo's search parameters and an attachment entitled "Change-Pro Redline – Search Term List.pdf" pressing for broader searches.

8.     Attached as **Exhibit C** is a true and correct copy of a document bearing Bates number QORVO_00076871, which was produced by Qorvo, Inc.

9.     Attached as **Exhibit D** is a true and correct copy of a document bearing Bates numbers QORVO_00109228-QORVO_00109229, which was produced by Qorvo, Inc.

10.    Attached as **Exhibit E** is a true and correct copy of a document bearing Bates numbers QORVO_00062776-QORVO_00062777, which was produced by Qorvo, Inc.

11. Attached as **Exhibit F** is a true and correct copy of a document bearing Bates numbers QORVO_00076928-QORVO_00076935, which was produced by Qorvo, Inc.

12. Attached as **Exhibit G** is a true and correct copy of a document bearing Bates numbers QORVO_00062161-QORVO_00062162, which was produced by Qorvo, Inc.

13. Attached as **Exhibit H** is a true and correct copy of a document bearing Bates numbers QORVO_00062689-QORVO_00062696, which was produced by Qorvo, Inc.

14. Attached as **Exhibit I** is a true and correct copy of a document bearing Bates numbers QORVO_00627966-QORVO_00627967, which was produced by Qorvo, Inc.

15. Attached as **Exhibit J** is a true and correct copy of a document bearing Bates numbers QORVO_00076825-QORVO_00076834, which was produced by Qorvo, Inc.

16. Attached as **Exhibit K** is a true and correct copy of a document bearing Bates numbers QORVO_00133852-QORVO_00133854, which was produced by Qorvo, Inc.

17. Attached as **Exhibit L** is a true and correct copy of a document bearing Bates numbers QORVO_00109228-QORVO_00109229, which was produced by Qorvo, Inc.

18. Attached as **Exhibit M** is a true and correct copy of a document bearing Bates numbers AKTS_00143454-AKTS_00143480, which was produced by Akoustis Technologies, Inc. and Akoustis, Inc.

19. Attached as **Exhibit N** is a true and correct copy of a document bearing Bates numbers AKTS_00010060-AKTS_00010113, which was produced by Akoustis Technologies, Inc. and Akoustis, Inc.

20. Attached as **Exhibit O** is a true and correct copy of a web capture of https://akoustis.com/technology/xbaw/technology/ (last visited August 8, 2023).

21. Attached as **Exhibit P** is a true and correct copy of U.S. Patent No. 9,673,384.

22. Attached as **Exhibit Q** is a true and correct copy of a document bearing Bates numbers QORVO_00105416-QORVO_00105417, which was produced by Qorvo, Inc.

23. Attached as **Exhibit R** is a true and correct copy of a documents bearing Bates numbers QORVO_00063831-QORVO_00063833, which was produced by Qorvo, Inc.

24. Attached as **Exhibit S** is a true and correct copy of a document bearing docket number 26 from *Analog Devices, Inc. v. Xilinx, Inc.*, C.A. No. 19-2225 (D. Del.), dated February 7, 2020.

25. Attached as **Exhibit T** is a true and correct copy of a document bearing docket number 172 from *Invidi Tech. Corp. v. Visible World Inc.*, C.A. No. 11-397 (D. Del.), dated December 7, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 8, 2023.

>                    */s/ Jonathan R. DeFosse*
>                    Jonathan DeFosse

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 8, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>Ryan Selness, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert M. Fuhrer, Esquire<br>Robert C.F. Pérez, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

2

Theresa A. Roozen, Esquire                                       *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Shani Rivaux, Esquire                                            *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL  33131
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

                                               */s/ Jeremy A. Tigan*

                                               Jeremy A. Tigan (#5239)

2