# EXHIBIT A

PUBLIC VERSION

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC. | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| Defendants. | ) |
| | ) |
| | ) |

## PLAINTIFF'S PROPOSED SEARCH PARAMETERS CONCERNING  DEFENDANTS' THIRD SET OF REQUESTS FOR PRODUCTION (NOS. 114-155)

Pursuant to Section V of the E-Discovery Order (D.I. 61), Plaintiff Qorvo, Inc. ("Qorvo"), by and through its undersigned counsel, provides its identification of "proposed search parameters for collecting potentially responsive documents" to Request for Production Nos. 114-155 served by Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis" or "Defendants"). Qorvo's investigation and development of facts and circumstances relating to this action is ongoing.  Moreover, Akoustis' Requests for Production include a number of Requests that, as written, are subject to multiple interpretations and objections.  Thus, while Qorvo provides the below "search parameters" in good faith and to the best of its present understanding of Akoustis' non-objectionable Requests for Production, Qorvo expressly reserves the right to object to Akoustis' Requests for Production and to supplement or otherwise modify the search parameters set forth below. Further, while Qorvo provides the below identification, it does not agree that Akoustis' Requests for Production are proper or relevant to any claim or defense in this action, or

PUBLIC VERSION

proportional to the needs of the action.  Qorvo expressly reserves the right to lodge objections to individual Requests for Production.  Finally, the identification of custodial sources below is not an admission or acknowledgment that any documents, communications, or files in fact exist for corresponding custodians.

| Custodial and Non-Custodial Sources | Keyword Searches *within relevant custodial sources |
|---|---|
| 1. Microsoft Exchange and Sharepoint Accounts (active and archived, if any) for the following:<br>- Ali-Imran Bawangaonwala<br>- Alireza Tajic<br>- Brock West<br>- David Breton<br>- Gernot Fattinger<br>- Guillermo Moreno Granado<br>- Hans Schwarz<br>- Jeffrey Shealy<br>- John Anderton<br>- John Myrick<br>- Joonbum Kwon<br>- Kindra Lane<br>- Michael Baker<br>- Mitali Pathak<br>- Olivia Marsh<br>- Paul Makowenskyj<br>- Rich Sinnott<br>- Robert Dry<br>- Robert Aigner<br>- Rohan Houlden<br>- Shawn Gibb<br>- Todd Bender | Body text keyword searches:<br>- ("financial" OR "market") AND "projection!";<br>- "decide!" AND "purchas!" AND "BAW" \| in communications within To/From field query (1) below;<br>- "customer" AND "BAW" AND ("retention" OR "retain");<br>- "market study" AND "BAW";<br>- "compar!" AND ("sales" OR "marketing matrix" OR "advertisement");<br>- ("proprietary" OR "confidential") AND ("using" OR "stole" OR "disclosed" OR "misappropriated" OR "infringed") \| in communications within To/From field queries (1) and (2) and (3) below;<br>- "Akoustis" AND "corporate yield";<br>- "Akoustis" AND "single crystal" \| in communications within To/From field queries (1) and (2) below;<br><br>To/From Field keyword searches:<br><br>- (1) to: @qorvo.com / from: NOT @qorvo.com<br>- (2) to: NOT @qorvo.com / from: @qorvo.com<br>- (3) to: "@akoustis.com" / from: "@qorvo.com" |

PUBLIC VERSION

| | |
|---|---|
| -   Todd Gillenwater | |
| -   Tony Espinoza | |
| -   Tony Testa | |
| -   Wayne Polonio | |
| -   Wendy Wright | |
| -   William B. Schmid | |
| -   Yan Boutin | |
| -   Ya Shen | |
| ████  ████████████ | |
| 3.  Human Resources/Talent Management records | |

PUBLIC VERSION

Dated:  December 23, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)|
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

*/s/ Trevor Quist*
Robert M. Masters
Jonathan R. DeFosse
Timothy P. Cremen
S SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
(202) 747-1900

Trevor J. Quist
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real
Menlo Park, CA 94025
(650) 815-2645

PUBLIC VERSION

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2022, copies of the foregoing were caused to be served upon the following in the manner indicated:

Stephen B. Brauerman, Esquire                                 *VIA ELECTRONIC MAIL*
Ronald P. Golden III, Esquire
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE  19801
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

David A. Jakopin, Esquire                                       *VIA ELECTRONIC MAIL*
Dianne L. Sweeney, Esquire
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA  94304-1115
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Robert M. Fuhrer, Esquire                                      *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA  22102-4856
*Attorney for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

David L. Stanton, Esquire                                      *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA  90017-5524
*Attorney for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Theresa A. Roozen, Esquire                                     *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 17th St NW
Washington, DC 20036
*Attorney for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

/s/ Roy Jung
Roy Jung

PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QORVO, INC.,                              )
                                          )
              Plaintiff,                  )
                                          )
       v.                                 )    C.A. No. 21-1417 (JPM)
                                          )
AKOUSTIS TECHNOLOGIES, INC. and           )
AKOUSTIS, INC.,                           )
                                          )
              Defendants.                 )

**PLAINTIFF'S PROPOSED SEARCH PARAMETERS CONCERNING
DEFENDANTS' FOURTH SET OF REQUESTS FOR PRODUCTION (NOS. 156-179)**

Pursuant to Section V of the E-Discovery Order (D.I. 61), Plaintiff Qorvo, Inc.
("Qorvo"), by and through its undersigned counsel, provides its identification of "proposed
search parameters for collecting potentially responsive documents" to Request for Production
Nos. 156-179 served by Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively,
"Akoustis" or "Defendants"). Qorvo's investigation and development of facts and circumstances
relating to this action is ongoing.  Moreover, Akoustis' Requests for Production include a
number of Requests that, as written, are subject to multiple interpretations and objections.  Thus,
while Qorvo provides the below "search parameters" in good faith and to the best of its present
understanding of Akoustis' non-objectionable Requests for Production, Qorvo expressly reserves
the right to object to Akoustis' Requests for Production and to supplement or otherwise modify
the search parameters set forth below. Further, while Qorvo provides the below identification, it
does not agree that Akoustis' Requests for Production are proper or relevant to any claim or
defense in this action, or proportional to the needs of the action.  Qorvo expressly reserves the
right to lodge objections to individual Requests for Production.  Moreover, in Qorvo's view, only
a handful of Requests for Production in the Fourth Set are suitable for ESI searching, while

PUBLIC VERSION

others are directed to documents that may be more efficiently obtained through other mechanisms. Finally, the identification of custodial sources below is not an admission or acknowledgment that any documents, communications, or files in fact exist for corresponding custodians.

| Possible Custodial and Non-Custodial Sources | Keyword Searches *within relevant custodial sources |
|---|---|
| 1. Microsoft Exchange and Sharepoint Accounts (active and archived, if any) for the following:<br>- Ali-Imran Bawangaonwala<br>- Dave Hodge<br>- David Breton<br>- Brook Hosse<br>- Guillermo Moreno Granado<br>- Jeffrey Shealy<br>- Joel Morgan<br>- John Myrick<br>- Joonbum Kwon<br>- Jerry Gray<br>- Kindra Lane<br>- Mitali Pathak<br>- Paul Makowenskyj<br>- Robert Dry<br>- Rohan Houlden<br>- Shawn Gibb<br>- Todd Bender<br>- Tony Espinoza<br>- Wendy Wright<br>- William B. Schmid<br>- Ya Shen | Keyword Searches<br>- "[Filename(s) for each identified document]" \| in communications within To/From field query (2) below.<br>- "trade secret" AND "employee" AND ("stored" OR "storing" OR "stole" OR "stealing" OR "maintaining" OR "unsecured") AND ("laptop" OR "workstation" OR "home")<br>- "trade secret" \| in communications To/From Qorvo employees identified in the Second Amended Complaint<br><br>To/From Field keyword searches:<br><br>- (1) to: @qorvo.com / from: NOT @qorvo.com<br>- (2) to: NOT @qorvo.com / from: @qorvo.com |

PUBLIC VERSION

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____

OF COUNSEL:

Robert M. Masters
Jonathan R. DeFosse
Timothy P. Cremen
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC  20006
(202) 747-1900

Trevor J. Quist
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
1540 El Camino Real
Menlo Park, CA  94025
(650) 815-2600

March 16, 2023

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, copies of the foregoing were caused to be served upon the following in the manner indicated:

Stephen B. Brauerman, Esquire                          *VIA ELECTRONIC MAIL*
Ronald P. Golden III, Esquire
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE  19801
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

David A. Jakopin, Esquire                              *VIA ELECTRONIC MAIL*
Dianne L. Sweeney, Esquire
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA  94304-1115
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Robert M. Fuhrer, Esquire                              *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA  22102-4856
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

David L. Stanton, Esquire                              *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA  90017-5524
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Theresa A. Roozen, Esquire                             *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

/s/ Jeremy A. Tigan
_____
Jeremy A. Tigan (#5239)

# EXHIBIT B

**Roy Jung**

| | |
|---|---|
| **From:** | Selness, Ryan <ryan.selness@pillsburylaw.com> |
| **Sent:** | Monday, April 17, 2023 7:03 PM |
| **To:** | Jonathan DeFosse; Roy Jung; James Wald; LegalTm-Qorvo-Akoustis |
| **Cc:** | Sweeney, Dianne L.; Stanton, David; Roozen, Theresa A.; Rose, Meri L. |
| **Subject:** | RE: Qorvo v. Akoustis - Meet and Confer re RFP Set 4 Search Parameters |
| **Attachments:** | Akoustis' Revisions to Qorvo's Proposed Keyword Searches 4879-1137-3661.docx; Change-Pro Redline - Search Term List.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Jon/James/Roy,

I'm writing to follow up on our video conference on April 7 regarding Qorvo's search parameters. Thanks again for your time and efforts. Below is a summary of our understanding of the agreements that we reached on the April 7 call. Please let us know if you had a different understanding with respect to any of the below, or if there's anything that you'd like to add that isn't covered. By the way, I saw that Qorvo appears to have responded to/addressed various issues below in its April 14 letter, which we will respond to separately.

- Qorvo's April 7 keyword search list
  - As discussed, Akoustis has reviewed Qorvo's April 7 keyword search list and is providing the attached revised list of proposals, and a redline showing the changes to Qorvo's list.
    - While not discussed on the call, I have taken a look at the file names on Attachment A and noted that it doesn't include some of the files that Qorvo has previously identified in response to Interrogatory Nos. 10 and 11 as allegedly reflecting Qorvo BAW Proprietary Information misappropriated by Akoustis (e.g., "Document Numbering.docx" (AKTS_00139319 - AKTS_00139325), "Qorvo – Global ESPP Subscription Agreement (2007 ESPP).docx" (AKTS_00084075 - AKTS_00084090)). Can you explain why Attachment A doesn't include all of those documents? I want to make sure we understand the rationale there before we go through those file names closely to ensure that everything identified in those interrogatory responses is included in Attachment A. Happy to jump on a call if that would be easiest.
  - Qorvo agrees to identify the number of hits yielded by a keyword search when it objects that the search is too burdensome/yields too many hits. Akoustis agreed that it is not asking for a search term hit report for every single keyword search run by Qorvo.
- Custodians
  - Qorvo confirmed that it looked into whether its identified custodians had preservation issues. Rohan Houlden's email was deleted in the ordinary course after his departure from the company. He still has some custodial documents because of what he may have maintained elsewhere and because some people continued to send emails to his Qorvo email address after he left the company (largely marketers and spam). The issues are similar for Jeff Shealy. With respect to other identified custodians with few or no custodial documents that have been produced, their records have been preserved but they simply don't have many responsive documents thus far.
  - Qorvo will consider whether any witnesses identified in amended initial disclosures need to be added as custodians.
  - With respect to Qorvo's ongoing investigation into employees who worked on or contributed to any alleged Qorvo trade secrets (as noted in Qorvo's response to interrogatory set three), Qorvo confirmed that it will consider whether any individuals identified by that investigation need to be added as custodians.

- o   Qorvo will review and consider the list of additional custodians proposed by Akoustis' March 24, 2023 letter.
- Other Repositories of Potentially Responsive Documents
  - o   Akoustis asked Qorvo to consider whether its custodians maintain potentially responsive documents in repositories other than Microsoft Exchange or SharePoint (the repositories identified by Qorvo's Search Parameters). In particular, Akoustis asked Qorvo to consider the possibility that some custodians may have maintained documents on separate flash drives, hard drives, etc., but confirmed that Qorvo need not conduct a broad search of all custodians' flash drives, hard drives, etc. (as we expect that Qorvo's IT department will likely be able to provide the necessary information/confirmation on this issue). Qorvo agreed to do so.
- Non-ESI Searches
  - o   Qorvo agreed to identify the RFPs in Sets 3 and 4 for which Qorvo is identifying responsive documents through mechanisms other than ESI searches.
  - o   Qorvo confirmed that its use of mechanisms other than ESI searches are not limited by the custodial and non-custodial sources identified in Qorvo's Search Parameters.
- "Shortcut" Allegations
  - o   Akoustis asked Qorvo to confirm that the "shortcut" allegations of its complaint relate to its allegations of hiring and misappropriation, and not to some other shortcuts (so that Akoustis can likewise confirm that it need not propose keyword searches for RFP Nos. 146 and 147 beyond any searches the parties agree to related to Qorvo's hiring and misappropriation allegations). Qorvo confirmed that its shortcut allegations refer to its claim that it would have taken Akoustis a certain amount of time to do something, but instead of undertaking that effort they identified a Qorvo document to shortcut that process.

Regards,

Ryan

---

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Friday, April 7, 2023 6:38 AM
**To:** Selness, Ryan <ryan.selness@pillsburylaw.com>; Roy Jung <rjung@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>
**Cc:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** RE: Qorvo v. Akoustis - Meet and Confer re RFP Set 4 Search Parameters

Ryan-

To facilitate our discussion of search terms today, please find attached a list of prior, agreed, and proposed terms.

Best,
Jon

---

**From:** Selness, Ryan <ryan.selness@pillsburylaw.com>
**Sent:** Wednesday, April 5, 2023 1:47 PM
**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>
**Cc:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** RE: Qorvo v. Akoustis - Meet and Confer re RFP Set 4 Search Parameters

Great, thanks Jon. I'll follow up with an invite shortly.

Ryan

---

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Wednesday, April 5, 2023 10:45 AM
**To:** Selness, Ryan <ryan.selness@pillsburylaw.com>; Roy Jung <rjung@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>
**Cc:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** RE: Qorvo v. Akoustis - Meet and Confer re RFP Set 4 Search Parameters

Hi Ryan –

8 am PT on Friday works for us.  Will you circulate an invitation?

Best,
Jon

---

**From:** Selness, Ryan <ryan.selness@pillsburylaw.com>
**Sent:** Wednesday, April 5, 2023 11:38 AM
**To:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>; Roy Jung <rjung@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>
**Cc:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** RE: Qorvo v. Akoustis - Meet and Confer re RFP Set 4 Search Parameters

Thank you Jon. We could do Friday at 7 or 8 am PT. I recognize that's on the early side, so let me know if that doesn't work for your team and we can gather availability for early next week.

Regards,

Ryan

---

**From:** Jonathan DeFosse <JDeFosse@sheppardmullin.com>
**Sent:** Tuesday, April 4, 2023 2:19 PM
**To:** Selness, Ryan <ryan.selness@pillsburylaw.com>; Roy Jung <rjung@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>
**Cc:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** RE: Qorvo v. Akoustis - Meet and Confer re RFP Set 4 Search Parameters

Ryan,

Thank you for your email.

Rather than addressing search terms in piecemeal fashion for each set of RFPs, we propose a call on Friday (April 7) to discuss and resolve all of the outstanding search term issues. Please let us know if that is agreeable.

Best,
Jon

**From:** Selness, Ryan <ryan.selness@pillsburylaw.com>
**Sent:** Tuesday, April 4, 2023 4:58 PM
**To:** Roy Jung <rjung@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>
**Cc:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** RE: Qorvo v. Akoustis - Meet and Confer re RFP Set 4 Search Parameters

Roy – We requested Qorvo's availability for a March 27 or 28 video conference regarding Qorvo's RFP Set 4 search parameters two weeks ago, on March 21 (and again on March 24, when we sent the attached letter). We have yet to receive any response. Please advise by April 6 (this Thursday) regarding Qorvo's availability for a video conference regarding the RFP Set 4 search parameters.

Regards,

Ryan

---

**From:** Selness, Ryan <ryan.selness@pillsburylaw.com>
**Sent:** Friday, March 24, 2023 4:12 PM
**To:** Roy Jung <rjung@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>
**Cc:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** RE: Qorvo v. Akoustis - Meet and Confer re RFP Set 4 Search Parameters

Hi Roy,

Further to my email below, please see the attached regarding Qorvo's search parameters for RFP Set 4. We reiterate our request for Qorvo's availability for a video conference on March 27 or 28.

Regards,

Ryan

---

**From:** Selness, Ryan <ryan.selness@pillsburylaw.com>
**Sent:** Tuesday, March 21, 2023 1:22 PM
**To:** Roy Jung <rjung@sheppardmullin.com>; LegalTm-Qorvo-Akoustis <LegalTm-Qorvo-Akoustis@sheppardmullin.com>
**Cc:** Sweeney, Dianne L. <dianne@pillsburylaw.com>; Stanton, David <david.stanton@pillsburylaw.com>; Roozen, Theresa A. <theresa.roozen@pillsburylaw.com>; Rose, Meri L. <meri@pillsburylaw.com>
**Subject:** Qorvo v. Akoustis - Meet and Confer re RFP Set 4 Search Parameters

Hi Roy,

We write pursuant to Section V of the Agreement and Order on Document and E-Discovery (Dkt. 61) to request that the parties meet and confer regarding Plaintiff's Proposed Search Parameters Concerning Defendants' Fourth Set of Requests for Production (Nos. 156-179). Please provide Qorvo's availability for a video conference on March 27 or 28.

At a high level, our concerns include that Qorvo has provided insufficient information for Akoustis to fully assess the reasonableness of Qorvo's search parameters (e.g., which RFPs Qorvo has deemed suitable for ESI searches and which RFPs Qorvo has deemed suitable for other search mechanisms), and the search parameters identify potentially responsive documents regarding Qorvo's allegedly confidential information only by reference to specific file names in Akoustis' production or to documents that include the term "trade secret," which will fail to identify many of the documents that Akoustis is seeking (e.g., documents in which the underlying information is shared with third parties,

regardless of the filename and without any reference to the underlying information as a "trade secret"). We will further describe these and additional concerns in writing in advance of a video conference, and we reserve our right to address other subjects with respect to the proposed parameters.

Regards,

Ryan

**Ryan Selness** | Counsel
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street | Palo Alto, CA 94304-1115
t +1.650.233.4006
ryan.selness@pillsburylaw.com | website bio

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES
MIAMI   NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH
SACRAMENTO   SAN DIEGO   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from

disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

Qorvo v. Akoustis – ESI Search Terms

## I.      Prior Search Terms[1]

1.      (9735755 OR 14/876426 OR 20170054429 OR "BAW resonator having lateral energy confinement and methods of fabrication thereof") AND ("licens!" OR "covenant not to sue" OR "agreement" OR "settlement" OR "transfer" OR "prior art" OR "invent!" OR "contrib!" OR "award" OR "advanc!" OR "achieve!" OR "praise" OR "infring!" OR "unexpected" OR "commercial!")

2.      (7522018 OR 10/538110 OR 20060131990 OR "Electro-acoustic resonator with a top electrode layer thinner than a bottom electrode layer") AND ("licens!" OR "covenant not to sue" OR "agreement" OR "settlement" OR "transfer" OR "prior art" OR "invent!" OR "contrib!" OR "award" OR "advanc!" OR "achieve!" OR "praise" OR "infring!" OR "unexpected" OR "commercial!")

3.      "akoustis" AND ("infringe!" OR "false" OR "confidential information" OR "suit" OR "complaint")

4.      ("AKF-1252" OR "A10252" OR "AKF-1256" OR "A10256" OR "AKF-1938" OR "A10149" OR "A10235" OR "AKF-1336" OR "A10335" OR "A10155" OR "A10165" OR "A10154" OR "A10158" OR "A10160" OR "A10166" OR " A10156" OR "A10266" OR " A10238" OR "A10249" OR " A10130-4" OR "AKF-1335" OR " AKF-1950" OR "AKF-1435" OR " AKF-1125D" OR "AKF-1125U")

5.      "[ex-Qorvo Employee Last Name]" AND (9735755 OR 14/876426 OR 20170054429 OR "BAW resonator having lateral energy confinement and methods of fabrication thereof" OR 7522018 OR 10/538110 OR 20060131990 OR "Electro-acoustic resonator with a top electrode layer thinner than a bottom electrode layer")

6.      "single crystal" AND "akoustis" AND "10256786"

7.      "akoustis" AND ("10256786" OR "single crystal")

8.      "akoustis" AND ("hir!" OR "poach!" OR "steal!" OR "tak!" OR "recruit!" OR "attempt" OR "disclos!")

9.      "akoustis" AND ("disclos!" OR "misappropriat!" OR "infring!")

10.     "disclos!" AND "agreement" AND ("violat!" OR "breach")

11.     "Akoustis" AND ("proprietary" OR "confidential")

12.     "Wireless Watch" AND "Qorvo"

---

[1]      These search terms have already been run against the original custodians and will be run against any additional custodians.

Qorvo v. Akoustis – ESI Search Terms

13.  "6GHz" AND "Qorvo" AND "announc!"

14.  "Qorvo" AND ("policy" OR "handbook") AND ("proprietary" OR "confidential information" OR "trade secret") AND "agreement"

## II.  Search Terms Agreed for 3rd Set of RFPs[2]

15.  (financial OR market) AND projection*

16.  customer AND BAW AND (retention OR retain*)

17.  "Akoustis" AND "corporate yield"

18.  "BAW" AND ("SWOT" OR ("Strength!" AND "Weakness!" AND "Opportunit!" AND "Threat!"))

19.  ("single crystal" OR "mocvd" OR "epi") AND "BAW" | in communications within To/From field queries (1) and (2) in RFP Set 3 Search Parameters

## III.  Additional Proposed Searches[3]

19.  ~~"Akoustis"~~"Akoustis" OR "Akoustiks" OR "Akoustics" OR "Akts" OR "AKTS"[4]

20.  ~~20.~~ "single crystal" OR "single-crystal"

21.  ~~21.~~ "trade secret" *{only in communications To/From Qorvo employees identified in the Second Amended Complaint}*

22.  ~~22.~~ ("proprietary" OR "confidential") w/2 (~~"~~"using"~~"~~ OR "stole" OR "disclosed" OR "misappropriated" OR "infringed")

23.  ~~23.~~ ("market study" OR "market report" OR "market analysis" OR "market share") w/5 ("BAW")

24.  ~~24.~~ ("NDA" OR ("agreement" w/5 ("non disclosure" OR "not disclose" OR "confidentiality"))) AND "BAW") *{search only to be performed in ~~in~~ DOC and PDF}*

25.  ~~25.~~ "Visual Quality Control Inspection"

26.  ~~26.~~ "RF Power Testing of Filters"

---

[2] Akoustis understands that while the parties agreed to these terms in connection with RFP Set 3, hits on these terms will be reviewed for responsiveness to RFPs in any set.

[3] Akoustis reserves the right to propose additional keyword searches in response to Qorvo's identification of its alleged trade secrets in compliance with the Court's order.

[4] Akoustis has included variations and misspellings of "Akoustis" that we have observed in Qorvo's productions to date.

Qorvo v. Akoustis – ESI Search Terms

27.  ~~27.~~ "General Products Inspection Procedure"

28.  ~~28.~~ "Laser Marking" AND "Packages"

29.  ~~29.~~ (QPF4551 OR QPF7250) AND "Products Requirement Document"

30.  ~~30.~~ QPD2593 AND ("Assembly Instructions" OR "die specification" OR "carrier ablation" OR "wirebond specification")

31.  ~~31.~~ "Compensation Toolbox"

32.  ~~32.~~ "DSRC" AND "CV2X" AND "Roadmap"

33.  ~~33.~~ "Qorvo" AND "Automotive Product Line Strategy"

34.  ~~34.~~ *{.s2P file extensions in attachments of emails}*

35.  ~~35.~~ *{file names shown in Attachment A}* ~~as attachments to emails from Qorvo to third parties~~

36.  "BAW" AND ("complain!" OR "defect!" OR "fail!" OR ("customer!" /5 "feedback") OR ("quality" /5 ("issue!" OR "report!" OR "concern!" OR "problem!")))

37.  "BAW" AND ("perform!" OR "technolog!") AND ("Broadcom" OR "Skyworks" OR "Qualcomm" OR "Murata")

38.  ("mocvd" OR "epi") AND "BAW"

39.  "SP-14902" OR "SP 14902" OR SP14902

40.  "SP-140189" OR "SP 140189" OR SP140189

41.  "SAW & BAW Filter RF Power Life/Reliability Testing"

42.  "PRO-000693" OR "PRO 000693" OR PRO000693 OR PRO-693 OR "PRO 693" OR PRO693

43.  "Customer Requirements for 1x Reflow or 5TC Preconditioning"

44.  "POL-000021" OR "POL 000021" OR POL000021

45.  "FOR-001229" OR "FOR 001229" OR FOR001229 OR "FOR-1229" OR "FOR 1229" OR FOR1229

46.  "QPF4551-E025"

47.  "E025 - PRD (IDP) for QPF4551"

Qorvo v. Akoustis – ESI Search Terms

48.    "QPD2593-200"

49.    "General Branding Requirements and Guidelines for Qorvo"

50.    "SPE-000429" OR "SPE 000429" OR "SPE-429" OR "SPE 429" OR SPE429

51.    "Automotive Market Overview & Qorvo Solutions"

52.    Shealy OR Houlden OR Aichele OR Canandaigua {search to be performed only for sources other than Shealy's and Houlden's custodial documents}

**IV.    Proposed Searches for Which Qorvo Is To Provide Hit Report To Substantiate Burden Claim[5]**

55.    ("decide!" OR "decision!" OR "buy!" OR "order!" OR "purchas!") AND "BAW"

56.    "market" /10 "BAW"

57.    "BAW" AND ("compar!" OR "sale!" OR "advert!" OR "matri!")

58.    ("proprietary" OR "confidential") AND ("using" OR "stole" OR "disclosed" OR "misappropriated" OR "infringed")

59.    ("NDA" OR ("agreement" w/10 ("non disclosure" OR "not disclose" OR "confidentiality"))) AND "BAW" {search only to be performed in in DOC and PDF}

---

[5]  Akoustis has proposed additional keyword searches for RFPs that are the subject of an ongoing meet-and-confer (e.g., RFP Nos. 133-135). Those proposed searches are not included here, but Akoustis reserves the right to revisit them pending the outcome of that meet-and-confer.

4879-1137-3661

Qorvo v. Akoustis – ESI Search Terms

**Attachment A – *File Names*[6]**

1. Compensation toolbox.xlsx
2. eng job desc - salaries.xlsx
3. Test plan evb sw8009-480.docx
4. test plan char sw8009-680.xlsx
5. test plan qual sw8009-580.xlsx
6. QPQ2200Q C-V2X.pdf
7. PA roadmap(PAMiD and 5G) 20191028.pdf
8. FM8514-220 Rev(A.1)
9. original1.FM4252-220 Rev(A.1).pdf
10. original1.fm4252-250 Rev(A).pdf
11. Inspection Doc Visual.docx
12. Visual Insp_01202020.docx
13. Visual Insp_01202020 (003).docx
14. qpf4506b-480 Rev(B).docx
15. pa5542-480 Rev(C).docx
16. QPQ2200Q WiFi.pdf
17. Trim Calc-SiN Trims.pptx
18. FY15 Connectivity (for Rohan) 042315.xlsx
19. 11p press release.docx
20. 802.11p baw filter paper.docx
21. 802.11p baw filter paper rwh.docx
22. GPS.pptx
23. LTE.pptx
24. Qorvo filters for automotive 11p-SDARS-WiFi Mike Faden Draft 1.01 9-19-15.docx
25. LTE Automotive QC RefD Pricing.xlsx
26. Qorvo Auto rev b.pptx
27. Qorvo Auto LTE.pptx
28. Cat 9 parts RFA summary rev b.xlsx
29. IMS.docx
30. 3DR BOM -BD.docx
31. Customers 2016.xlsx
32. qorvo evb stack.jpg
33. Qorvo Filter Packaging.pptx
34. pdf_site1.pdf
35. qorvo notes 7-10.jpg
36. Qorvo HTOL testing.docx
37. Test plan evb sw8009-480.docx
38. test plan char sw8009-680.xlsx
39. sw8000-421 Rev(A).pdf
40. sw8000-422 Rev(A).pdf

---

[6] Akoustis requests that Qorvo add to Attachment A the file names of any other documents that allegedly contain Qorvo BAW Proprietary Information (including any Qorvo Trade Secrets) and were allegedly misappropriated by Akoustis.

Qorvo v. Akoustis – ESI Search Terms

41. sw8000-441 Rev(C).xlsx
42. sw8000-442 Rev(B).xlsm
43. sw8000-471 Rev(A).pdf
44. sw8000-472 Rev(A).pdf
45. sw8000-480 Rev(C).docx
46. sw8000-481 Rev(C).docx
47. sw8000-482 Rev(C).docx
48. sw8000-470 Rev(A).pdf
49. sw8000-440 Rev(C).xlsx
50. sw8000-400 Rev(B).pdf
51. sw8000-401 Rev(B).pdf
52. sw8000-402 Rev(B).pdf
53. std883_1014.pdf
54. B41N Lumped Simulation Update 3-10-2017.pptx
55. TQF6297.pdf
56. PCN # 17-0043.pdf
57. CBU Engineer Technician position - July-2016 (1).doc
58. CBU_Taiwan Applications Job Descrip September 2016 (1).docx
59. CBU_ Applications Job Description 2016_GSO (1).docx
60. pay grades.xlsx
61. EVB-laminate design rules rev a.docx|EVB-laminate design rules rev a.docx
62. Q1 2018 Provision Model 7-31-20107.xlsm
63. FIN 18 Q1 Provision Model Final 7-27-17.xlsx
64. Push Down JE Q1 FY18.xlsx
65. roc FAB cost model forward pricing 180513.xlsx
66. 24_7 shift pattern uk.xlsx
67. 20180524_175500.pdf
68. AKF1252_ThermalUpdate_20180530.pptx
69. AKF1252_ThermalUpdate_20180530 (002).pptx
70. Updated Tax RCM Q1 FY18.xlsx
71. Tax Walkthrough Agenda 091317.docx
72. Provision - FY15 Q3.6.xlsx
73. Credit and NOL DTA Valuation Analysis FY15 Q3.6.xlsx
74. Journal Entry Summary FY15 Q3.6.xlsx
75. Summary of Uncertain Tax Positions FY15 Q3.6.xlsx
76. R&D 4 Part Test.pdf
77. Updated Tax RCM Q1 FY18.xlsx
78. Tax Walkthrough Agenda 091317.docx
79. Referencing Tools.xlsx
80. ESPP Q06 Congratulations for Purchase.pdf
81. ESPP Expense Q01 Offering FY15 Q4.2.xlsx
82. 20150328 RFMD Expense Forecast v4.1 RIF to auditors.xlsx
83. ESPP Expense 34th Offering FY15 Q1.1.xlsx
84. ESPP Expense 34A Offering FY15 Q3.1.xlsx
85. VAT -Invoice 3Q 2017.xls
86. VAT letter (3rd 2017).doc

Qorvo v. Akoustis – ESI Search Terms

87. Qorvo-Commission revenue_3Q.xls
88. RFMD(2017-10).doc
89. AA-Qorvo DE list.xlsx
90. QPQ1903.jpg
91. QPQ1903.pdf
92. QPQ1298 B41 small cell.pd

| Summary report: Litera Compare for Word 11.2.0.54 Document comparison done on 4/17/2023 3:30:40 PM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Qorvo - Search Term List 4893-1623-0748 v.1.docx | |
| **Modified DMS:** nd://4879-1137-3661/2/Akoustis' Revisions to Qorvo's Proposed Keyword Searches.docx | |
| **Changes:** | |
| Add | 142 |
| Delete | 21 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 163 |

EXHIBIT  C

Message

___

**From:**      Shawn Gibb [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1BD980B66F9F41D4865060F33CED3D8C-SHAWN GIBB]
**Sent:**      11/8/2019 3:41:18 PM
**To:**        Tuan Nguyen [Tuan.Nguyen@Qorvo.com]
**Subject:**   RE: You see the filters they claim being used?

___

I will reach out this weekend for an information refresh. I will call you shortly to talk through what I
know as of today regarding infrastructure.

Shawn


-----Original Message-----
From: Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
Sent: Friday, November 8, 2019 2:31 PM
To: Shawn Gibb <Shawn.Gibb@Qorvo.com>
Subject: FW: You see the filters they claim being used?
Importance: High

Hi Shawn,

Can you talk to some of your contacts to understand which customers and/or systems that Akoustis is
claiming design wins at? Why are we not seeing these sockets and/or what new products do we need to
develop?

Tuan

-----Original Message-----
From: Bob Bruggeworth <Bob.Bruggeworth@qorvo.com>
Sent: Friday, November 8, 2019 1:40 PM
To: Roger Hall <roger.hall@qorvo.com>
Subject: You see the filters they claim being used?
Importance: High

■ AKTS's XBAW is seeing demand pulled-in for 5G infrastructure (M-MIMO and small cell) as mgmt
highlighted growth ramp begins before end of C1H. Small cells require 2-4 filters per BTS and are
sampling with potential pre-production by year- end and volume shipments by mid-2020. Massive-MIMO uses
32/64 filters/BTS and carries higher ASPs vs. mobile ($3-$5/filter vs. $0.50). MIMO samples are delivered
with ramp expected early C2H2O.


https://opco2.bluematrix.com/sellside/EmailDocViewer?encrypt=1b62e5aa-020c-4d2e-bf7c-
1ed0a718255d&mime=pdf&co=Opco2&id=bbruggeworth@rfmd.com&source=mail

PUBLIC VERSION

# EXHIBIT D

Message

| | |
|---|---|
| **From**: | Brock West [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=91C40CBA262D42E98689058AE0B12810-WEST, BROCK] |
| **Sent**: | 9/4/2019 8:15:30 PM |
| **To**: | Doug Delieto [Doug.Delieto@qorvo.com] |
| **CC**: | Ali Imran Bawangaonwala [Ali.Bawan@qorvo.com] |
| **Subject**: | RE: AKTS manufacturing capabilities in nyc |

Doug,

Ali and I talked about AKTS capability in the NY facility.  Below are the key points



Ali,  Thanks again for taking the time to talk.  Please feel free to add to or correct anything I noted.


Regards,

Brock


**From:** Brock West
**Sent:** Wednesday, September 4, 2019 2:50 PM
**To:** Doug Delieto <Doug.Delieto@qorvo.com>
**Subject:** RE: AKTS manufacturing capabilities in nyc

I left Leah a voicemail.  Bert said I should ask Todd so I called him but no answer then I emailed him.

From web search I found:

- Purchased from the Research Foundation for the State University of New York (RF-SUNY) and Fuller Road Management Corporation (FRMC), an affiliate of RF-SUNY
- Assets acquired include STC-MEMS, a semiconductor wafer manufacturing operation and MEMS business with associated wafer production tools, as well as real estate associated with the facility located in Canandaigua, New York, near Rochester.
  - Per their twitter account, STC-MEMS was a 150mm (6")/200mm (8") vertically Integrated MEMS Foundry & Packaging Facility
    - The Akoustis website doesn't mention the fab as having 200MM only 150MM
      - It also notes class 100 / class 1000  type cleanroom space
  - $3M per year in annual revenues at time of acquisition per the New York Photonics article.
- 150mm/200mm Vertically Integrated MEMS Foundry & Packaging Facility

QORVO_00109228

I'll keep digging and asking around.

Source Websites:

https://newyorkphotonics.org/2017/03/24/akoustis-signs-definitive-agreement-to-acquire-120000-sq-ft-wafer-manufacturing-facility-in-canandaigua-ny/

https://twitter.com/stcmems

Regards,

Brock

---

**From:** Doug Delieto <Doug.Delieto@qorvo.com>
**Sent:** Wednesday, September 4, 2019 12:55 PM
**To:** Brock West <Brock.West@Qorvo.com>
**Subject:** Fwd: AKTS manufacturing capabilities in nyc

Can you please follow up with Leah. If she's not available, we'll need something from someone else - Berry? Bert maybe?


Begin forwarded message:



PUBLIC VERSION

# EXHIBIT E
# (Redacted in Its Entirety)

# EXHIBIT F
# (Redacted in Its Entirety)

# EXHIBIT G
# (Redacted in Its Entirety)

# EXHIBIT H
# (Redacted in Its Entirety)

# EXHIBIT I
# (Redacted in Its Entirety)

# EXHIBIT J
# (Redacted in Its Entirety)