# EXHIBIT K
# (Redacted in Its Entirety)

# EXHIBIT L

Message

**From:** Brock West [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=91C40CBA262D42E98689058AE0B12810-WEST, BROCK]
**Sent:** 9/4/2019 8:15:30 PM
**To:** Doug Delieto [Doug.Delieto@qorvo.com]
**CC:** Ali Imran Bawangaonwala [Ali.Bawan@qorvo.com]
**Subject:** RE: AKTS manufacturing capabilities in nyc

Doug,

Ali and I talked about AKTS capability in the NY facility. Below are the key points

Ali, Thanks again for taking the time to talk. Please feel free to add to or correct anything I noted.

Regards,

Brock

---

**From:** Brock West
**Sent:** Wednesday, September 4, 2019 2:50 PM
**To:** Doug Delieto <Doug.Delieto@qorvo.com>
**Subject:** RE: AKTS manufacturing capabilities in nyc

I left Leah a voicemail. Bert said I should ask Todd so I called him but no answer then I emailed him.

From web search I found:

- Purchased from the Research Foundation for the State University of New York (RF-SUNY) and Fuller Road Management Corporation (FRMC), an affiliate of RF-SUNY
- Assets acquired include STC-MEMS, a semiconductor wafer manufacturing operation and MEMS business with associated wafer production tools, as well as real estate associated with the facility located in Canandaigua, New York, near Rochester.
    - Per their twitter account, STC-MEMS was a 150mm (6")/200mm (8") vertically Integrated MEMS Foundry & Packaging Facility
        - The Akoustis website doesn't mention the fab as having 200MM only 150MM
            - It also notes class 100 / class 1000 type cleanroom space
    - $3M per year in annual revenues at time of acquisition per the New York Photonics article.
- 150mm/200mm Vertically Integrated MEMS Foundry & Packaging Facility

I'll keep digging and asking around.

Source Websites:

https://newyorkphotonics.org/2017/03/24/akoustis-signs-definitive-agreement-to-acquire-120000-sq-ft-wafer-manufacturing-facility-in-canandaigua-ny/

https://twitter.com/stcmems

Regards,

Brock

**From:** Doug Delieto <Doug.Delieto@qorvo.com>
**Sent:** Wednesday, September 4, 2019 12:55 PM
**To:** Brock West <Brock.West@Qorvo.com>
**Subject:** Fwd: AKTS manufacturing capabilities in nyc

Can you please follow up with Leah. If she's not available, we'll need something from someone else - Berry? Bert maybe?

Begin forwarded message:

# EXHIBIT M



AKOUSTIS
TECHNOLOGIES
Investor Presentation
DECEMBER 2019
Nasdaq
AKTS

# FORWARD-LOOKING STATEMENTS

This document includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, that are intended to be covered by the "safe harbor" created by those sections. These forward-looking statements include, but are not limited to, statements about our estimates, expectations, beliefs, intentions, plans or strategies for the future (including our possible future results of operations, business strategies, competitive position, potential growth opportunities, potential market opportunities and the effects of competition), and the assumptions underlying such statements. Forward-looking statements include all statements that are not historical facts and typically are identified by use of terms such as "may," "will," "should," "could," "expect," "plan," "anticipate," "believe," "estimate," "predict," "intend," "forecast," "seek," "potential," "continue" and similar words, although some forward-looking statements are expressed differently. Forward-looking statements are neither historical facts nor assurances of future performance. Instead, these forward-looking statements are based on management's current beliefs, expectations and assumptions and are subject to risks and uncertainties. Factors that could cause actual results to differ materially from those currently anticipated include, without limitation, risks relating to the results of our research and development activities, including uncertainties relating to semiconductor process manufacturing; the development of our XBAW™ technology and products presently under development and the anticipated timing of such development; our ability to protect our intellectual property rights that are valuable to our business, including patent and other intellectual property rights; our ability to successfully manufacture, market and sell products based on our technologies; the ability to achieve qualification of our products for commercial manufacturing in a timely manner and the size and growth of the potential markets for any products so qualified; the rate and degree of market acceptance of any of our products; our ability to raise funding to support operations and the continued development and qualification of our products and the technologies underlying them; and our ability to service our outstanding indebtedness. These and other risks and uncertainties are described in more detail in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of our most recent Annual Report on Form 10-K and in subsequently filed Quarterly Reports on Form 10-Q. Considering these risks, uncertainties and assumptions, the forward-looking statements discussed in this document may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. You should not rely upon forward-looking statements as predictions of future events. The forward-looking statements included in this document speak only as of the date hereof and, except as required by law, we undertake no obligation to update publicly or privately any forward-looking statements, whether written or oral, for any reason after the date of this document to conform these statements to new information, actual results or to changes in our expectations.

We have filed a registration statement (including a base prospectus) with the Securities and Exchange Commission (the "SEC") for the offering to which this communication relates. Before you invest, you should read the preliminary prospectus supplement and final prospectus supplement, when available, and the accompanying base prospectus in that registration statement and other documents we have filed with the SEC for more complete information about us and this offering. You may get these documents for free by visiting EDGAR on the SEC's website at www.sec.gov.

THESE MATERIALS DO NOT CONSTITUTE AN OFFER TO SELL, OR THE SOLICITATION OF ANY OFFER TO BUY, ANY SECURITIES OF AKOUSTIS TECHNOLOGIES, INC., OR OF ANY OTHER ENTITY WHATSOEVER. ANY REPRESENTATION TO THE CONTRARY SHOULD BE IGNORED.

"Akoustis®", the Akoustis logo and "XBAW™" are trademarks or registered trademarks of Akoustis Technologies, Inc. and/or its s

AKOUSTIS TECHNOLOGIES

# OFFERING OVERVIEW

| Issuer | Akoustis Technologies, Inc. |
|---|---|
| Exchange: Ticker | Nasdaq: AKTS |
| Securities | Common Stock |
| Transaction Type | Follow-On |
| Offer Size | $20 Million Offering from S-3 Registration |
| Use of Proceeds | To fund operations and grow the business, including for capital expenditures, working capital, research and development, the commercialization of technology and other general corporate purposes |
| Lead Book-Runner | Craig-Hallum Capital Group |
| Management Team | Jeffrey Shealy – Founder, President & CEO<br>Ken Boller – Interim CFO<br>Tom Sepenzis – Vice President of Corporate Development |



# AKOUSTIS AT A GLANCE

## Snapshot

**XBAW™ Wafer Fab**
**Canandaigua, NY**

| | |
|---|---|
| Shares Outstanding (9/30/19) | 30.5M |
| Debt – (9/30/19) | Face Value = $25.0M |
| Cash and Cash Equivalent (9/30/19) | $22.6M |

- **Ticker:** AKTS (NASDAQ)
- **Corporate HQ:** Huntersville, NC
- **Captive Manufacturing:** Canandaigua, NY
- **Founded:** 2014
- **Employees:** 93 (as of 9/30/2019)

## Company Overview

- Akoustis Technologies Inc., a commercial stage company, designs and manufactures **patented XBAW™ radio frequency ("RF") filters** for the 4G/5G mobile & network infrastructure, WiFi and military markets
- Expected product advantages include **power handling, bandwidth, size and speed**
- **First BAW RF manufacturing line** completed and producing RF filters from a **wafer process which is repeatable and predictable**
- **Commercial BAW portfolio includes** 5.2 GHz (WiFi), **5.6 GHz (WiFi)** new, **4.9 GHz (5G small cell),** new two 1.8 GHz (4G/LTE Infrastructure) and 3.8 GHz (Radar) RF filters
- **Sampling first 5G Infrastructure filters** including 3.6 GHz CBRS, 3.5 GHz massive

## Investment Highlights

- **Akoustis is transitioning from 5 years of Development to Commercialization**
- **$3.7 billion addressable market in 2018** and expected to grow to $5.4B by 2021 – the fastest growing segment of $14B RFFE (radio frequency front end)[1]
- **Premium BAW filter market serviced today by duopoly**
- **Escalating demands for mobile data** requiring higher frequency spectrum (5G and unlicensed WiFi) with **RF filters providing selectivity and enabling coexistence.**
- **Expanding wafer capacity by 5X** to align with high volume commercial markets.
- **Vertically-integrated design and manufacturing (IDM)** business model
- **Seasoned leadership team** with expertise in **RF** and microelectromechanical systems ("**MEMS**")

(1) Source: Mobile Experts 2018 report.

# MOBILE DEVICES REQUIRE RF FILTERS TO CONNECT

## Mobile device RF complexity increasing:

**Multiband**
- Today greater than 40 bands
- Next generation up to 100 bands
- More bands drive greater coexistence filtering needs

**Multimode**
- Next generation 5G devices re-use 2G, 3G, 4G spectrum
- Expanding high band spectrum

**Multi Connectivity**
- Data speeds driving architecture
- Utilizing unlicensed 5GHz spectrum

**Akoustis' patented RF filter technology supports Ultra High Band spectrum in smartphones, enabling faster internet speeds**

# RF MARKET DYNAMICS

(1) Source: Barclays, Semiconductor Market Perspectives, 2017.
(2) Source: Mobile Experts 2018 Report.

AKOUSTIS TECHNOLOGIES

# AKOUSTIS TARGET END MARKETS

5G
5G
4G LTE MOBILE
5G MOBILE
WiFi
Network Infrastructure
Military
Application
Smartphones, Tablets, Pucks
Tri-Band Routers, Set-Top Boxes, CPE
FD-MIMO, Small Cells
Radar, Milcom
Akoustis Solutions
1.8-3 GHz BAW Discrete/Multiplex Filter
3-6 GHz BAW Discrete/Multiplex Filter
2.4/5.2/5.6GHz BAW Discrete Filter
1.8-6 GHz BAW Discrete/Multiplex Filter
1-10 GHz Discrete, Multiplexer, Integrated Switch Filters
Value Proposition
Improve battery life & reduce dropped calls
Size reduction, improve battery life & reduce dropped calls
Size reduction, support 5 GHz, multiband simultaneous operation
Size reduction, support higher power, improve receiver sensitivity
Size reduction, support higher power
2020 Filter Market Size
$10.6 Billion(1)
High Volume Market
$1.0 Billion(2)
Niche Markets

(1) Source: Mobile Experts 2018 Report.
(2) Source: Mobile Experts 2018 Report, ABI 2017 Report, Akoustis internal study.

AKOUSTIS TECHNOLOGIES

# WHY XBAW™ FOR RF FILTERS?

AKOUSTIS TECHNOLOGIES

# INTELLECTUAL PROPERTY (IP) PORTFOLIO BREAKDOWN

**Akoustis IP Portfolio**

**26 patents, 54 patent filings pending plus numerous trade secrets** (1)

https://www.akoustis.com/patents/

LEGEND
#
% of filings where patent claims issued
# of patent filings with claims in this area

**Vertical Portfolio:**

AKOUSTIS TECHNOLOGIES
System
11
73%
27%
RF Filters
36
76%
24%
Packaging
7
29%
71%
Acoustic Devices & Manufacturing
41
61%
39%
Piezo Materials
28
70%
30%
Platform Substrates
29
61%
39%

(1) As of December 3, 2019. Includes Akoustis issued patents and patent licensed from Cornell University (Press release dated 9-7-16).

AKOUSTIS TECHNOLOGIES

# RF FILTER GROWTH DRIVES IN WiFi CPE

**1. Tri-band Architecture**

Dual-Band: 2 radios with 2 filters
*2.4 GHz and 5.6 GHz only*
*No Coexistence at 5 GHz*

Tri-Band: 3 radios with 3 filters
*2.4 GHz, 5.2 GHz and 5.6 GHz*
*Coexistence challenges at 5GHz*

**2. Multi-User MIMO Radios [2]**

2x2 MIMO: 6 radios with 6 filters
*4 filters required above 5 GHz*

8x8 MIMO: 24 radios with 24 filters
*16 filters required above 5 GHz*

**3. Mesh Network (Nodes) [3]**

2 Nodes: 12 radios with 12 filters
*8 filters required above 5 GHz*

3 Nodes: 18 radios with 18 filters
*12 filters required above 5 GHz*

➢ RF Filter Market for WiFi customer premise equipment (CPE) is expected to grow from $347M (2018) to $540M (2021) [1]

(1) Source: Mobile Experts, Akoustis internal estimates
(2) Source: Link-Sys AC2200 MU-MIMO Tri-Band Router
(3) Source: Link-Sys Velop AC6600 MU-MIMO Tri-Band Router

XBAW™ ADVANTAGES OVER INCUMBENT DR FILTERS
Akoustis 5.2 GHz XBAW vs. 5.2 GHz DR Filter
Filter Loss (dB)
XBAW Advantage
DR Filter
160 MHz
spec
XBAW Filter
Band n79
4.5
Frequency (GHz)
6.0
Akoustis 5.6 GHz XBAW vs. 5.6 GHz DR Filter
Filter Loss (dB)
DR Filter
XBAW Advantage
345 MHz
spec
XBAW Filter
C-V2X & WiFi
5.0
Frequency (GHz)
6.5
Target Customers
aruba
a Hewlett Packard Enterprise company
intel
ON
TP-LINK
ARRIS
CISCO
QUALCOMM
NXP
NETGEAR
11
AKOUSTIS
TECHNOLOGIES

AKTS_00143464

# FILTER POWER IS KEY FOR MASSIVE MIMO BTS

## 4G vs. 5G Network Architecture

Current (4G)
Antenna for 4th-generation base stations
New (5G)
Massive APAA for 5th-generation base stations
beam
terminal
terminal
Source: Mitsubishi Electric
64 Element 8x8 Massive MIMO 5G Antenna Array
Each Radio Requires a Separate Filter
Source: MACOM
Source: Ericsson

## Product / Market Dynamics

- Massive MIMO Base Station (BTS) market size is significant
- 5G will deploy with 32, 64 or 128 radios per BTS
- Significant power handling advantage with XBAW (1)
- Engaged with first 5G infrastructure customer with product launch anticipated in the second half of calendar 2020
- More demanding environment, longer end product life cycle
- Mass scale deployment expected in calendar 2020

## Target Customers

NOKIA
SAMSUNG
NEC
HUAWEI
ERICSSON
ZTE
CORNING

**VALUE PROPOSITION** | High performance, small form factor filter with high power capability

(1) Source: See Akoustis 2018 IEEE International Ultrasonics Symposium (IUS) Paper for single crystal BAW power performance versus poly crystal BAW.

12

AKOUSTIS
TECHNOLOGIES

AKTS_00143465

# XBAW™ PENETRATING 5G SMALL CELL

## Small Cells Fill 5G Network Gaps

*Source: Nokia*

Small cells will be deployed by carriers, enterprises and consumers

5G network gaps driven by higher frequency

*Source: Swisscom/Ericsson*

## Product / Market Dynamics

- Small cell deployments in 5G expected to outpace earlier generations
- Small cells will deploy with single and multiple frequencies
- Significant power handling advantage with XBAW [(1)]
- **Engaged with first 5G small cell infrastructure customer** with product launch anticipated in the first half of calendar 2020
- More demanding environment, longer end product life cycle
- Mass scale deployment expected in calendar 2020

## Target Customers

ERICSSON ZTE CORNING

**VALUE PROPOSITION** | Small form factor filter with high power capability and high performance

(1) Source: See Akoustis 2018 IEEE International Ultrasonics Symposium (IUS) Paper for single crystal BAW power performance versus poly crystal BAW.

AKOUSTIS TECHNOLOGIES

# MOBILE WIRELESS / SMARTPHONE

## Product Focus / Market Dynamics

- Booked and shipped 1st ultra-high band (UHB) 5G filter in the quarter ended June 2019
- **Expect to ship two new filter designs / samples by the end of CY19**
- Focus on new 3-6 GHz spectrum for 5G
- 5G coexistence filter designs ongoing
- WiFi shift from dual-band to tri-band in Mobile
- MIMO/MU-MIMO architectures growing; driving radio and filter content

## Target Customers

**OEM / Transceiver**

Google
HUAWEI
oppo
MEDIATEK
vivo
mi
LG
Qualcomm
SAMSUNG

**RFFE Module**

WISOL
qorvo
SAMSUNG
SKYWORKS
UNISOC
muRata
Qualcomm
VANCHIP

AKOUSTIS TECHNOLOGIES

# 5G & WiFi DEMANDING HIGHER FREQUENCY FILTERS

- 5G brings new spectrum for the expansion of mobile devices and infrastructure
- 5 GHz WiFi offers new market for BAW filters; new 6 GHz spectrum on the horizon
- Akoustis product portfolio focused on 5G and WiFi bands

Source: Qualcomm, Oct 2017, Huawei, 2017.

# UPDATED TARGET MILESTONES

| | | |
|---|---|---|
| **WiFi** | • **Q4 CY19:** Ship new 5.6 GHz WiFi filter order to distribution partner<br>• **1H CY20:** First WiFi production design win with tandem 5.2 GHz/5.6 GHz filter solution | new Achieved, See 11/8/19 PR |
| **5G Mobile** | • **Q4 CY19:** Demonstrate wafer-level packaging design using 5.2 GHz filter<br>• **Q4 CY19:** Ship two new 5G mobile filters against customer order | |
| **5G Infrastructure** | • **Q4 CY19:** First pre-production order for 5G small cell network equipment<br>• **Q4 CY19:** New Massive MIMO purchase order from existing tier-1 customer | new Achieved, See 12/3/19 PR |
| **4G Infrastructure / Defense** | • **Q4 CY19:** Ship 5 new XBAW filters against open order<br>• **Q4 CY19:** Win new purchase order for filters addressing new market | |

# XBAW™ COMMERCIALIZATION RAMP

**LOCKED-IN DESIGNS DRIVE WIDER CUSTOMER ENGAGEMENT**

**A PATH TO VOLUME REVENUES EMERGES**

- After nearly 2 years of development, Akoustis finalized the XBAW production process in the Canandaigua Fab in Q4 of 2018, leading to accelerated filter development in 2019
- Locked-in 5.2 GHz and 5.6 GHz filter designs have accelerated Sampling and *both* Development and Pre-Production Orders
- Anticipate these designs will lead to volume orders in the WiFi, 5G Infrastructure, & 5G Mobile markets, a $6B+ TAM in 2021

# CUSTOMER PROGRAM SAMPLING

***Completed RF Filter Designs Driving Growth in Filter Sampling Activity***

**WiFi: Est. $540M TAM 2021**

- Program sampling has increased from 4 to 28 in the last 2 years; volume orders anticipated in 2020

**5G Infrastructure: Est. $500M TAM 2020**

- 2 Tier-1 OEMs have engaged in the last 18 months, volume orders anticipated in 2020

**5G Mobile: $5.4B TAM**

- Tier-1 OEM has received 1 filter design and ordered 2 additional filters

**Defense**

- Tenured customer has ordered 5 additional filter designs

AKOUSTIS TECHNOLOGIES

# TARGET OPERATING MODEL

- Significant operating leverage is expected to drive substantial operating income with incremental revenue
- Target generating over 55%+ gross margin contribution on top line growth and a 40%+ operating income margin at scale

# FINANCIAL OVERVIEW

- Results for the quarter ended September 30, 2019: Revenue of $543K, Cash Utilization $7.4M

| Balance Sheet (as of 9/30/19) | |
|---|---|
| Cash & Cash Equivalents | $22,611,000 |
| Convertible Notes | Face Value = $25,000,000 |

| May Convertible Note | |
|---|---|
| Maturity date of 5/31/2023 | Face value = $15M |
| *Stated Interest Rate = 6.50%* | |
| *Conversion Price = $5.00* | |

| October Convertible Note | |
|---|---|
| Maturity date of 11/30/2023 | Face value = $10M |
| *Stated Interest Rate = 6.50%* | |
| *Conversion Price = $5.10* | |

| Capitalization Table (as of 9/30/19) | |
|---|---|
| Basic Shares Outstanding | 30,467,986 |
| Warrants | 626,343 |
| *WAEP = $4.32* (1) | |
| Options | 2,137,665 |
| *WAEP = $5.60* (2) | |
| Convertible Notes | 4,960,800 |
| **Fully Diluted Shares Outstanding** | **38,192,794** |

(1) As of 9/30/19
(2) As of 9/30/19

# SUMMARY

- Experienced leadership team in RF & MEMS driving commercialization of patented BAW RF filters
- Addressing fastest growing segment of $14B RF Front End total market[1] —5GHz WiFi growing and 5G Mobile Network accelerating
- Vertically-integrated design and manufacturing business model; Expanding wafer capacity by 5X
- Executing on key business milestones:
  - A) Shipping industry's first tandem 5.2 GHz / 5.6 GHz WiFi filter solution
  - B) Shipping 5G network infrastructure filters to new tier-1 customer
  - C) Delivered production shipments of the 3.8 GHz filter for defense applications, adding five new S-Band frequencies
  - D) Tier-1 Mobile Customer: Shipped first 5G mobile filter; follow-on order for two additional filters to be delivered in CY19

(1) Source: Mobility Experts 2018 Report



AKOUSTIS
TECHNOLOGIES

AKTS_00143475

# APPENDIX

AKOUSTIS
TECHNOLOGIES

AKTS_00143476

# EXECUTIVE LEADERSHIP & PARTNERS

**JEFF SHEALY**
PRESIDENT, CEO & FOUNDER

Former VP & GM at RFMD (now Qorvo), Co-founded RF Nitro (sold to RFMD)
25 YRS Industry Exp., MBA, PhD

**KEN BOLLER**
INTERIM - CFO

Corporate Controller & Assistant Secretary at AKTS
Controller & Director of Accounting at Ecolab
25 YRS Experience, CPA (PA)

**DAVID AICHELE**
VP BUS DEV.

Former Director RFMD (Qorvo)
& Exec VP Private Company
23 YRS Industry Exp., BSEE & MBA

**ROHAN HOULDEN**
CHIEF PRODUCT OFFICER

Former GM at Qorvo & Product Line Mgr. at Conexant
29 YRS Industry Exp., BSEE, MBA

**MARY WINTERS**
VP WAFER FAB

Former Director MEMS ITC
& Sr. Eng. Eastman Kodak
18 YRS Industry Exp., BSCE & MS

**TOM SEPENZIS**
VP CORPORATE DEV

Former Wall Street Analyst
Northland, Oppenheimer, Piper Jaffray
25 YRS Capital Markets Experience

UNIVERSITY PARTNERS



# SEASONED BOARD MEMBERS

**JERRY NEAL**
CO-CHAIRMAN, DIRECTOR

Founded RFMD (now Qorvo); 35 YRS+ RF and Wireless Industry Experience

**ART GEISS**
CO-CHAIRMAN, DIRECTOR

Former VP Operations RFMD (now Qorvo); previous Alpha Industries (now Skyworks)

**STEVE DENBAARS**
DIRECTOR

Co-founded Soraa and Soraa Laser; UCSB Professor; Expert in III-N Materials

**JEFF MCMAHON**
DIRECTOR

Director at North Highland, 17 YRS+ Mgmt. Consulting Experience

**SUZANNE RUDY**
DIRECTOR

Former VP of Tax and Corp. Treasurer at Qorvo, UNC, UCSB degrees; Financial Expertise



# QUALIFIED XBAW™ WAFER FAB – CANANDAIGUA, NY

- **120,000 sq. ft.** XBAW Filter Fab Facility
- **150-mm** Si Wafer Process
- **Scalable** to 150,000 6" wafer starts per year
- **ISO 9001:2015** registered quality management system
- **XBAW filter process established July 2018**
- Captive manufacturing enables **Integrated Design and Manufacturer (IDM) business model**

AKOUSTIS TECHNOLOGIES

Notes Summary:

Slide 8: 'Fix figure on right'

AKTS_00143480

# EXHIBIT N

DREXEL HAMILTON

February 8, 2018

# Akoustis Technologies, Inc.

AKTS | $5.87
**Buy** | Target: **$15.00**

**Analyst**

**Cody Acree, CFA**
972-564-8413
cacree@drexelhamilton.com

## Innovative Materials and Processes Create new BAW Filter Player

### Initiating at Buy and Setting $15 Target Price

- We're initiating coverage of Akoustis Technologies (AKTS) with a Buy rating and setting a $15 target price. We believe the company, with its unique BAW (Bulk Acoustic Wave) filter designs that are paired with its new internal manufacturing capability, stands a significant chance of becoming a high-volume independent provider to a supply constrained, fast-growing, multi-billion unit filter market that is starved for a high-performance alternative source.

- Considering the size of the initial targeted BAW bands that we project will ship more than 10 billion units in 2018, Akoustis could be profitable and cash flow positive earning just one-half of one percent market share in mobile and 3.5% in WiFi. We expect this could happen in 2020.

- If by 2021 Akoustis can earn just a 1.5% share of its targeted bands and just 4% of 5 Ghz WiFi, we believe the firm could generate over $100 million of revenue.

- The market cap-to-sales ratios of the mature RF suppliers are in the 3-5x range, with Qorvo at about 3x and Skyworks and Broadcom at about 5x. If we apply an AKTS multiplier toward the high-end of this range, which we believe is warranted given the growth we expect, we believe a market cap of at least $400-$500 million could be well supported.

- Our model is conservatively estimating revenue of $74 million in 2021, with Adjusted EPS of $0.78. Applying a 5x revenue multiple, we derive a market cap of about $370 million, which when divided by about 25 million future shares, we arrive at our target price of $15, or 19.2x our 2021 EPS estimate of $0.78.

- If Akoustis is able to successfully produce its BulkOne BAW filters in volume, with the premium performance characteristics expected, we believe virtually all of Broadcom and Qorvo's RF module peers should be eager customers, as new access to high-end BAW filters should significantly enhance their ability to effectively compete.

- While an acquisition of Akoustis is not our primary investment objective, we believe leading RF companies that lack BAW capability, such as Skyworks or Qualcomm, might be very interested in acquiring Akoustis, once the company demonstrates an ability to successfully manufacture volumes of its high-performance filters.



**Akoustis Technologies, Inc.**
9805-H Northcross Center Court
Huntersville, NC
704-997-5735
www.akoustis.com

| | | |
|---|---|---|
| Rating | | Buy |
| Target Price | | $15.00 |
| Ticker Symbol | | AKTS |
| Market | | NASDAQ CM |
| Stock Price | *2/8/18 Intraday* | $5.81 |
| 52 wk High | | $14.00 |
| 52 wk Low | | $4.91 |
| Shares Outstanding: | | 22.4 M |
| Public Market Float: | | 11.2 M |
| Avg. Daily Volume | | 103 K |
| Market Capitalization: | | $130 M |
| Institutional Holdings (shares) | | 2.1 M |

| **Earnings Per Share** | **Normalized to exclude unusual items** | | | | |
|---|---|---|---|---|---|
| **FYE - June** | **2017A** | **2018E** | **2019E** | **2020E** | **2021E** |
| 1Q - Sept. | (0.13) | (0.21) A | (0.18) | (0.06) | - |
| 2Q - Dec. | (0.21) | (0.18) E | (0.18) | (0.04) | - |
| 3Q - Mar. | (0.12) | (0.18) E | (0.15) | (0.01) | - |
| 4Q - Jun. | (0.09) | (0.18) E | (0.09) | 0.01 | - |
| **Year** | **(0.54)** | **(0.74) E** | **(0.60)** | **(0.10)** | **0.78** |
| **Revenue ($mm)** | **0.49** | **2.00** | **11.00** | **34.00** | **74.00** |
| EV/Revenue | 243.4X | 59.2X | 10.8X | 3.5X | 1.6X |
| **Adj. EBITDA ($mm)** | **(5.94)** | **(15.53)** | **(13.03)** | **(1.78)** | **19.26** |
| EV/EBITDA | -19.9X | -7.6X | -9.1X | -66.4X | 6.1X |

| **Senior Executives** | |
|---|---|
| Jeffrey Shealy | CEO, President and Director |
| John Kurtzweil | Chief Financial Officer |
| David Aichele | VP Bus Dev |
| Rohan Houlden | VP Engineering |
| Mary Winters | VP Wafer Fab |

**Common Ownership Profile**

| **Shareholder** | **Shares (thousand)** | **%** |
|---|---|---|
| Shealy, Jeffrey B. | 3,275 | 14.6% |
| Tompkins, Mark | 2,174.0 | 9.7% |
| Herald Investment Management Limited | 578.0 | 2.6% |
| Neal, Jerry D. | 548.3 | 2.4% |
| Directors and Officers | 5,454.7 | 24.4% |

**Capitalization**

| **Market Value Basis ('000)** | **2/8/2018** | **%** |
|---|---|---|
| Long-Term Debt | $0 | 0.0% |
| Market Value of Equity | 130,028 | 109.8% |
| Less: cash | 11,629 | 9.8% |
| Enterprise Value | $118,399 | 100.0% |

| **Book Value Basis ('000)** | **2/8/2018** | **%** |
|---|---|---|
| Long-Term Debt | $0 | 0.0% |
| Other Liabilities | $2,080 | 8.5% |
| Book Value of Equity | $22,337 | 91.5% |
| Total Capital | $24,417 | 100.0% |

*Source: Company reports, Metastock and Drexel Hamilton estimates.*

# Company Description

Akoustis Technologies, Inc. engages in developing, designing, and manufacturing radio frequency (RF) filter products for the mobile wireless device industries. It offers RF filters for mobile wireless devices, such as smartphones and tablets, cellular infrastructure equipment, and WiFi premise equipment. The company focuses on manufacturing and commercializing its patented Bulk ONE acoustic wave technology to address the frequency-selectivity requirements in mobile smartphones, enhancing the efficiency and signal quality of mobile wireless devices and enabling The Internet of Things. Akoustis Technologies, Inc. was founded in 2014 and is headquartered in Huntersville, North Carolina.



# Innovative Materials, Processes, & Internal Manufacturing Create New BAW Filter Player

**We're initiating coverage of Akoustis Technologies (AKTS) with a Buy rating and a $15 target price. We believe the company, with its unique BAW (Bulk Acoustic Wave) filter designs that are now paired with its new internal manufacturing capability, stands a significant chance of becoming a high-volume independent provider to the fast growing, multi-billion unit BAW market that is starved for a high-performance alternative source.**

Considering the size of just a handful of the company's initial target BAW bands, which we believe likely includes band 3, 7, 25, 38, 40, 41, 42, 43, plus multiple recent engagements in the 5 GHz WiFi market, Akoustis could be breakeven by the end of 2020. This could be achieved by earning only 0.05% share of its targeted mobile segments and just 3.5% share in WiFi.

If by 2021 Akoustis can earn just a 1.5% share of its initial mobile target segments, plus a 4% share of its WiFi opportunity (which we estimate to be about $600-$650 million by 2021), the company could potentially generate revenue of more than $110 million. Note: these assumptions are laid out in detail in the table on page 47.

The market cap-to-sales ratios of the leading mature RF suppliers are in the 3-5x range, with Qorvo at about 3x and Skyworks and Broadcom at about 5x. If we apply an Akoustis multiplier toward the high-end of this range, which we believe is warranted given the growth we expect, we believe a market cap of at least $400-$500 million could be well supported, if Akoustis' designs are successful.

However, we are currently taking a bit more conservative approach with our model, estimating revenue of $74 million in 2021 and adjusted EPS of $0.78. By applying a 5x revenue multiple, we derive a market cap of about $370 million, which when divided by about 25 million future shares, we arrive at our target price of $15. Additionally, if we use a P/E approach and our 2021 EPS estimate of $0.78, our $15 target would be about 19.2x future earnings.

While we will go into each of these points in greater detail throughout this report, the following is a high-level overview of our investment thesis.

## BAW/FBAR Filter Demand – The Market Backdrop

- Although global smartphone unit growth has slowed to the mid-single digits, mobile RF component dollar content continues to grow about 15% annually, as more frequencies and advanced architectures (carrier aggregation, diversity receive, MIMO antennas) are used by carriers and smartphone OEMs to service increased consumer bandwidth demand.

- Today, there are up to 40-45 bands that may need to be addressed in a premium world-phone, plus WiFi, Bluetooth, GPS/Glonass, NFC, etc. The latest Samsung Galaxy and Apple iPhone support about 25 LTE



bands, which requires more than 50 filters, an increase of more than 250%, just since 2013.

- High-performance BAW filters are the largest, fastest growing (23% CAGR) segment of the RF component market, and account for approximately 1/3rd of the industry's revenue. We expect the total BAW/FBAR filter market was about $2.6 billion in 2017, growing to about $5 billion in 2021.

## BAW Filters Expected to Grow at 23% CAGR

| Filter Revenue by Technology | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 5 Yr. CAGR |
| SAW | $2,300.0 | $2,600.0 | $3,300.0 | $3,950.0 | $4,400.0 | $4,500.0 | $4,600.0 | $4,500.0 | 6% |
| TC-SAW | $700.0 | $950.0 | $1,300.0 | $1,750.0 | $2,200.0 | $2,500.0 | $2,800.0 | $3,100.0 | 19% |
| FBAR | $900.0 | $1,060.0 | $1,450.0 | $1,900.0 | $2,400.0 | $2,700.0 | $3,000.0 | $3,350.0 | 18% |
| BAW | $325.0 | $400.0 | $500.0 | $700.0 | $890.0 | $1,050.0 | $1,225.0 | $1,425.0 | 23% |
| | **$4,229.2** | **$5,010.5** | **$6,550.0** | **$8,300.0** | **$9,890.0** | **$10,750.0** | **$11,625.0** | **$12,375.0** | 14% |

| Market Share by Technology | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 16-'21 Share ⌂ |
| SAW | 54% | 52% | 50% | 48% | 44% | 42% | 40% | 36% | -14% |
| TC-SAW | 17% | 19% | 20% | 21% | 22% | 23% | 24% | 25% | 5% |
| FBAR | 21% | 21% | 22% | 23% | 24% | 25% | 26% | 27% | 5% |
| BAW | 8% | 8% | 8% | 8% | 9% | 10% | 11% | 12% | 4% |

*Source: Company reports and Drexel Hamilton estimates*

## Annual RF Revenue Growth ($B)

*Source: Mobility Experts, Drexel Hamilton Estimates*

## The Duopoly Creates Significant Opportunity

- The high-performance filter market is currently dominated by a duopoly of Broadcom (formerly Avago at ~ 70% share) and Qorvo (~25% share).

- Today, AVGO is almost exclusively focused on supplying Apple and Samsung, where the highest performance is required and premium prices and margins are available. Over the past few years, Apple and Samsung demand has grown about as fast as AVGO could add capacity.

- AVGO's Apple/Samsung focus has left the bulk of the rest of the high-performance market to Qorvo, which includes China, the smartphone industry's largest and fastest growing geography.



- Over the past few years, many Tier-1 Asian smartphone OEMs have been working to improve their competiveness in the premium segment and they have largely been forced to work with Qorvo as the only option for volume BAW supply; or simply "make-due" with cheaper and lower-performance SAW or TC-SAW alternatives, which may make these OEMs less competitive against premium incumbents.

- Architecturally, we believe AVGO's FBAR design has a performance advantage at higher 4G or WiFi frequencies, above about 2.5 GHz, while Qorvo's SMR-BAW (Solid Mount Resonator) design is more challenged at the higher frequencies. We believe AVGO's architectural performance advantage is evidenced by the company's significant market share lead. We expect the architectural difference to become an even larger issue as the industry eventually progresses to much higher 5G frequencies in the 3-6 GHz range.

## A Large Base of Likely Customers and Potential Interested Acquirers

- The current RF component industry is dominated by Broadcom, Qorvo, and Skyworks, with only Broadcom and Qorvo having access to significant BAW filter volumes, which they build themselves and largely consume internally as part of their module portfolios.

- RF module makers, such as Skyworks, Murata, Qualcomm, RDA, HunterSun, Vanchip, etc., lack access to volume BAW filter supply, and therefore must largely rely on the lesser capabilities of SAW and TC-SAW filters.

- If Akoustis is able to successfully produce its BulkOne BAW filters in volume, with the premium performance expected, we believe virtually all of Broadcom and Qorvo's RF module peers should be eager customers, as new access to high-end BAW filters should significantly enhance their ability to effectively compete.

- Many Tier-1 smartphone OEMs, who have substantial system architecture expertise (Apple, Samsung, Huawei, LG, etc.), would also likely be interested in buying filters directly from Akoustis, as they often manage a larger portion of their RF architectures internally in order to create performance differentiation.

- While an acquisition of Akoustis is not our primary investment objective, we believe leading RF companies that lack BAW capability, such as Skyworks, Qualcomm, Murata, or the Chinese might be very interested in acquiring Akoustis, once the company demonstrates its ability to successfully manufacture volumes of its high-performance filters.

## Akoustis' BulkOne BAW Filters – Multiple Design, Material, and Manufacturing Advantages

- In advanced filters, the physical make-up of the piezoelectric layer and the orientation, or connection, of the piezo layer to the underlying silicon substrate are key factors in determining the overall filter performance.



## Difference in BAW Filter Design

AVGO's FBAR

AKTS's BulkOne

QRVO's SMR BAW

*Source: Company reports and Drexel Hamilton estimates*

- The piezoelectric layer is a crystalline material that converts electrical energy to acoustic energy (an acoustic wave), and vice versa. The goal is to allow the signal to travel as fast and unobstructed as possible through the layer, while also minimizing any signal or power loss into the underlying substrate.

- While material, design, and construction are very unique to Akoustis, the end resonators (the building blocks of filters) have some architectural similarities to AVGO's FBAR, which we believe should equally position Akoustis to address the higher frequencies that AVGO currently dominates.

- The architectural similarity is the air cavity below the piezoelectric layer and the bottom electrode (see above), which helps to better confine the acoustic wave within the piezoelectric material. Qorvo's design doesn't use an air cavity and its reflector allows a greater degree of power and signal loss into the substrate.

- Given that the incumbents have been supplying filters for many years, AVGO and Qorvo utilize legacy chip industry technology - physical vapor deposition (PVD) - to deposit the piezoelectric layer, which results in a polycrystalline structure. Conversely, Akoustis is able to take advantage of a more current (20+ years more advanced) semiconductor manufacturing process - chemical vapor deposition (CVD) - to grow its single-crystal, and more efficient layer.

- PVD is a multi-decade old manufacturing process that sputters, or sprays, atomic particles onto a surface until the desired thickness is achieved. The deposited particles fall in a random unstructured pattern that with a crystalline material is somewhat analogous to broken safety glass in a car's windshield. The end result is basically the combination of many individual crystals; hence the term poly-crystal.

- By contrast, the Akoustis CVD process, which has only recently (2013) been perfected for 6-inch and larger wafers, uses a seed material that is introduced to reactive elements to grow a pure single-crystal piezoelectric layer, which is analogous to an unbroken car windshield.

- Akoustis' use of CVD to grow the piezoelectric layer allows the signal, or the acoustic wave, to travel much faster and unobstructed through the single-crystal "unbroken windshield," versus the poly-crystal "broken



windshield," which we believe provides Akoustis with about a 30% inherent material performance advantage.

- We note that AVGO and TriQuint (prior to the combination with RF Micro to become Qorvo) have been using a PVD method since the late 80s and early 90s. Today, all AVGO and Qorvo filters are still built using this PVD method; and given the massive infrastructure and redesign requirements, it would not be practically feasible for them to ever change. However, we believe if AVGO and Qorvo were given the opportunity to "start over," they would both choose to use a CVD approach today.

## Newly Acquired Internal Manufacturing Capacity Completes the Other Half of the Equation

- We've been watching Akoustis for quite some time, and while we've always been encouraged by the company's differential material science and architectural design, we felt the ability to successfully manufacture in high volume was a major risk, particularly in an industry that is measured in tens of billions of units.

- The firm's original foundry partner, Global Communication Semiconductor (GCS) out of Torrance, California was a good fab for producing scientific prototypes and proof-of-concept units. But with a max capacity of only 10,000 six-inch wafers per year, we felt potential customers would be hesitant to award high-volume sockets to Akoustis, regardless of their filters' performance.

- Additionally, as GCS serviced multiple customers, who were also competing for its six-inch capacity, the foundry's production cycle-times couldn't be reduced below about eight weeks, which significantly constrained Akoustis' product and customer development time lines.

- To address this issue, Akoustis recently acquired a six-inch MEMS manufacturing facility and business on 57-acres in Canandaigua, New York for $2.75 million in cash. BAW filter manufacturing is essentially a MEMS (Microelectromechanical Systems) process, so the current equipment set and employee base are well-positioned for a rapid transition to Akoustis' wafers.

- With the purchase of this facility and the recent announcement of installation of the final equipment needed for the company to control its entire manufacturing and packaging process in-house, Akoustis has been able to reduce its wafer cycle times to about 2-3 weeks, compared to GCS' cycle times of at least 8 weeks.

- The facility is currently capable of 50,000 wafers per year and is only running at about 15% utilization. In aggregate, Akoustis believes the new facility can support $150-$200 million in annual revenue with the current tool base, plus there is room for significant expansion.

- We are particularly encouraged that in addition to its experienced senior management, Akoustis will be able to leverage the manufacturing expertise of its Co-Chairman, Dr. Art Geiss, who was previously Vice President of Wafer Fab Operations at RF Micro. Geiss was responsible during his tenure for all volumes to the industry leaders of the time, Nokia, Motorola, and Blackberry.



- Not only should the facility speed its designs and customers' time to market, but it should help alleviate customer concerns regarding short- and long-term volume availability.
- Initial samples from NY have already been sent to all its current engagements, with the company expecting to lock down its manufacturing process by the end of March and then quickly deliver pre-production samples for qualification.
- **If these milestones can be met, we expect Akoustis should begin seeing its first commercial BAW revenue (albeit relatively modest initially) in the second half of the calendar year, likely from its WiFi engagements.**

## Impressive Management Team and Board, Well Aligned with Shareholders

- In our opinion, Akoustis management and board are among the strongest and most experienced we've seen for a company of this size.
- Both the CEO and Senior Device Scientist hold PhDs in Electrical Engineering and five of the seven in upper management have held similar senior positions at Qorvo.
- Both Co-Chairmen have also had long tenures at Qorvo, including Dr. Jerry Neal, who founded RF Micro in 1991 and Dr. Art Geiss, who was responsible for all RF Micro's manufacturing operations.
- The management and board interests also look to be well aligned with its shareholders, as insiders have participated in every capital raise round and currently own approximately 24% of the outstanding shares.

## Customer Engagements and a Relatively Low Burn Rate Mean Only Modest Success is needed to Drive Cash Flow and Profitability

- Akoustis has thus far announced design contracts with four customers, with three having placed purchase orders. Samples to all have been shipped. These include:
    - **Chinese RF Front End supplier to the Asian market, with the design at 2.6 GHz.**
    - **A purchase order from a military radar company above 3.5 GHz.**
    - **Purchase order from a Fortune 500 company for multiple bands and multiplexers focusing on the sub-1.5 GHz range.**
    - **Purchase order from a top-five smart phone OEM for two bands targeting high-band LTE and 5.2 GHz WiFi 802.11ac Tri-Band Routers.**
- With about 70 employees, including the fab acquisition, Akoustis is now burning about $1.1-$1.2 million per month that is expected to remain flat



until the company begins to receive volume production orders, which is anticipated in the second half of this year.

- With a moderate burn rate and a near-term future share count of about 25 million, paired with the large market opportunity and a supply constrained duopoly of competitors, we believe Akoustis can reach breakeven with just a small volume of design wins by the end of 2020 and earn an Adjusted EPS of $0.78 in 2021.
- Initially, we expect Akoustis will target the WiFi router market and those cellular bands that play to its performance strengths, namely those at high frequencies at or above 2.5 GHz, (such as 7, 38, 41, 42, & 43,) and those requiring high bandwidth, (such as 3, 25, 26, 28, 40, 41, 42, & 43).
- Considering the size of the WiFi opportunity - which we believe is about $400 million in 2018 and growing to $600-$650 by 2021 - and just a handful of the company's initial target BAW bands - which we believe may include 3, 7, 25, 38, 40, 41, 42, 43 - that we project will ship 10+ billion units in 2018, Akoustis could be nicely profitable and cash flow positive, earning just 1.5% share in the mobile market and just 4% share in WiFi.

## Company and Opportunity Overview

Akoustis is a late-stage development company out of Huntersville, North Carolina that is working to become an independent pure-play provider of high-performance BAW (Bulk Acoustic Wave) filters for mobile and non-mobile applications.

The company was founded in May 2014, went public through a reverse merger, and initially listed on the OTC market in June 2015 and uplisted to the NASDAQ in March 2017.

In our opinion, Akoustis has assembled an impressive management team and board of directors, with the CEO and most senior managers having been in senior positions at Qorvo, or having similar lengthy experience at leading component and technology companies. Both Co-Chairmen were also previously with Qorvo, one being RF Micro's founder and the other responsible for all of RF Micro's manufacturing. We believe the industry experience and caliber of the people Akoustis has attracted lends a significant degree of credibility to the company's approach and potential.

### Insiders and Execs Hold 24% of Shares

| Reporting Person | Relationship | Shares Owned | Ownership % |
|---|---|---|---|
| Jeffrey Shealy | Director / CEO / 10% Owner | 3,311,862 | 14.8% |
| David Aichele | VP of Business Development | 141,784 | 0.6% |
| Jeffrey McMahon | Director | 537,342 | 2.4% |
| Jerry Neal | Director / Co-Chairman of the Board | 548,320 | 2.4% |
| Steven Denbaars | Director | 287,678 | 1.3% |
| Arthur Geiss | Director / Co-Chairman of the Board | 65,125 | 0.3% |
| John Kurtzweil | Chief Financial Officer | 119,800 | 0.5% |
| **Total Executives and Directors** | | **5,454,727** | **24.4%** |
| Mark Tompkins | 10% Owner | 2,174,160 | 9.7% |
| **Total Insiders & 10%+ Owners** | | **7,548,887** | **33.7%** |
| **Other Investors** | | **14,851,113** | **66.3%** |
| **Total Shares Outstanding** | | **22,400,000** | **100%** |

*Source: Company reports and Drexel Hamilton estimates*



Insiders own about 24% of the company and have invested in every capital round to date. Mark Tompkins, an early stage investor in Akoustis, owns another 9.7% of the company, or 2.2 million shares. In aggregate, almost 33.7% of the firm is held by management, or early-stage investors.

Akoustis has about 70 employees, counting both full-time and a small number of outside contractors, with a monthly cash burn of about $1.1-$1.2 million. The company's current cash balance is now likely about $11-$12 million, assuming about $13 million at the end of CY17.

The firm has 15 issued patents and 22 pending applications, with many of these being foundational patents surrounding the use of a single crystal piezoelectric structure, which we believe should provide long-term IP protection.

The company initially pursued a fabless model, but has recently acquired a manufacturing facility in Canandaigua, New York, which is already delivering samples to all of its current customer engagements. The fab should significantly accelerate its time to market and expand the size of addressable opportunity. In total, the company expects the facility can support $150-$200 million annually, prior to any expansion.

Akoustis currently has four customer contracts, spanning from a tier-one Chinese RF front-end module maker to a Military Radar provider, and most recently a top five smartphone maker for both LTE and WiFi.

**We expect WiFi shipments into multiple router OEMs will likely generate first commercial revenue, possibly late in 2018.**

## Attractive Long-Term RF Market Growth, Led by Higher Performance Filters

Whether it's through Cellular 4G, WiFi, Bluetooth, Satellite, GPS, or NFC, there's no denying the ever growing consumer demand to be constantly & seamlessly connected. Our smartphones have become the backbone of our connected lives, and they grow ever more complex with each generation as carriers creatively work to feed growing consumer demand for bandwidth and OEMs create more powerful high performance computer-like devices.

At the intersection of the struggle to squeeze more bandwidth from the available spectrum and the inherent problems created by cramming more functions into every smartphone generation, we find it's the RF companies who are increasingly being looked to for solutions to the growing list of challenges. The result has been substantial growth of the RF market.



**IDC Smartphone Forecast – (billions of units)**

*Source: IDC March 2017 Worldwide Smartphone Shipment Forecast & Drexel Hamilton estimates*

While global smartphone unit growth has slowed to the mid-single digits, mobile RF component dollar-content-per-smartphone continues to grow about 10%-15% annually, as more frequencies and advanced architectures are used by carriers and smartphone OEMs to service increased consumer bandwidth demand.

**RF TAM Growing at 15% CAGR '14-'18**

*Source: Qorvo, Company Reports and Drexel Hamilton estimates*



## Smartphone RF Content vs Unit Growth

*Source: Qorvo, Company Reports and Drexel Hamilton estimates*

To address growing bandwidth demand, carriers have continually added spectrum and stacked frequencies/bands closer together, with global band count growing from 2-4 ten years ago to more than 45 today.

This frequency growth, plus the addition of multiple communication protocols, such as WiFi, Bluetooth, etc., has meant a dramatic increase in RF content, which has only been exaggerated by architectural advancements such as carrier aggregation, receive diversity, and MIMO antennas. Greater bandwidth demand, utilizing higher frequencies and bands that are increasingly close together, not only drives a larger RF component count per device, but carriers and handset OEMs are requiring much higher performance out of almost all elements, with advanced filtering being one of the most critical areas.

## Average RF Dollar Content by Generation

| | Typical 2G | Typical 3G | Typical LTE | Global LTE |
|---|---|---|---|---|
| **Filter** | $0.30 | $1.50 | $3.00 | $8.25 |
| Generational % Increase | | 500% | 200% | 275% |
| **Switching/Tuning** | $0.15 | $0.25 | $1.25 | $3.75 |
| Generational % Increase | | N/A | 500% | 300% |
| **Power Amplifiers** | $0.30 | $1.25 | $2.25 | $3.25 |
| Generational % Increase | | 417% | 180% | 144% |
| **Other** | $0.00 | $0.00 | $0.25 | $0.75 |
| Generational % Increase | | N/A | N/A | 300% |
| **Total** | **$0.75** | **$3.00** | **$6.75** | **$16.00** |
| **Generational % Increase** | | **400%** | **225%** | **237%** |

*Source: Qorvo, Company Reports and Drexel Hamilton estimates*

Over the next few years, we expect all of the above to continue to push RF dollar content per phone higher, likely topping $18-$20.



Examples of increased complexity, band count, and RF content can be seen in the latest Samsung Galaxy and Apple iPhone that each supports about 25 LTE bands, which can require more than 50 filters - an increase of more than 250% over just the past few years.

### Samsung Galaxy S8 and Apple iPhone X Bands

**Apple iPhone X**

*Bands:*
*LTE FDD 1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 18, 19, 20, 25, 26, 28, 29, 30, 66*
*LTE TDD 34, 38, 39, 40, 41*

**Samsung Galaxy S8**

*Bands:*
*LTE FDD 1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 18, 19, 20, 25, 26, 28, 32, 66*
*LTE TDD 38, 39, 40, 41*
*WCDMA FDD 1, 2, 4, 5, 8*
*TD-SCDMA 34, 39*

*Source: Apple, Samsung, Company reports and Drexel Hamilton estimates*

### RF Filter Requirements – Increasing RF Complexity

*Source: Company reports and Drexel Hamilton estimates*

The generational increase in architectural complexity can be seen in the next couple of diagrams, where a 3G handset has a basic power amp, filter and switch design….



**3G Architecture – Single Mode/ Band PA**

*Source: Company reports and Drexel Hamilton estimates*

… which gives way to a much more complex 4G LTE architecture that includes power management, high and low band PAs, multiple filter banks, antenna switch modules and antenna tuners, as well as duplexers and a diversity receive module. Below are a couple examples of the increasing RF architectural complexity.

**4G RF Architecture with Diversity Receive**

*Source: Company reports and Drexel Hamilton estimates*



**4G RF Architecture**

*Source: Company reports and Drexel Hamilton estimates*

Still, while RF dollar content continues to rise, we note the RF percentage of a smartphones' total bill of materials is still relatively small. Looking at IHS estimates for the total bill of materials for recent Samsung Galaxy S8 (about $300) and Apple iPhone X (about $370), we see that the RF portion (a mid-teen dollars) only equates to about 5% of the total build cost. We believe this small percentage leaves a lot of room for the RF companies to continue to enjoy above average growth, particularly when considering that their solutions are adding increasing performance to each successive smartphone generation.

## With Aggressive Bandwidth Demand, Filters have become a Key Competitive Differentiator

Easily the fastest growing major area of RF content is filters. Unlike power amps, there's no broadband equivalent, where multiple bands can be addressed by a single filter. Instead, smartphones continue to need at least one duplexer (two filters on the same die or package) per the growing number of frequency bands; and as frequencies are crammed closer together in order for service providers to capture all available spectrum, high performance filtering is increasingly required.

We're seeing many instances where even older frequencies that used to be handled with commoditized SAW (Surface Acoustic Wave) filters, now must use more expensive BAW (Bulk Acoustic Wave) filters or TC-SAW (Temperature Compensated SAW) filters. This is caused by new bands being placed very close to prior frequencies, or communication protocols such as 2.4G WiFi encroaching on carrier cellular bands.

In total, we believe there were about 26 billion filters shipped globally in 2016 and we expect the market to grow to about 46-48 billion by 2020. This would equate to a unit CAGR of about 16%.

High-performance BAW filters are the largest, fastest growing (20-25% CAGR) segment of the RF component market, and account for approximately one-



third of the industry's revenue. We expect the total BAW/FBAR filter market to be $2.6 billion in 2017, growing to about $5 billion in 2021.

**Annual RF Revenue Growth ($B)**

*Source: Mobility Experts, Drexel Hamilton Estimates*

The charts below are some representation of the degree of spectrum crowding. The majority of worldwide communications are in the 1, 2 & 3 GHz range, which is some of the most valuable spectrum real estate and represents some of the greatest opportunities for high performance filters.

**Increasingly Crowded Spectrum**

*Source: FCC, Company reports and Drexel Hamilton estimates*



## Spectrum Crowding Drives Frequencies On Top of Each Other







*Source: Company reports and Drexel Hamilton estimates*

Another way to look at the crowded spectrum challenge is how many of these bands are packed closely next to each other or virtually sit directly on top of one another.

An example of the frequency crowding is the way the spectrum is configured in China with its TDD-LTE deployments, and low band Wi-Fi at 2.4 GHz, which is very closely adjacent to already challenging filter bands 40, 38, 41, and 7, which creates a need for premium Wi-Fi coexistence filters. Additionally, as new bands such as 20 and 26 are licensed, often they are coming on top of, and interfering with, existing frequencies. You can see in the diagram above that 26 is now sitting on top of band 5, which has historically been a widely used band that had a lot of separation from the next band and therefore could comfortably use a commodity SAW filter. With the encroachment of band 26, higher performance BAW filtering is needed. The same is being seen with band 20 that is now encroaching band 27.

When looking at band 2, which is a very popular band in the U.S., this in now being overlaid by band 25, and when adding band 39 on top of it globally, the filtering requirement quickly moves from SAW to BAW. Similarly, band 7 uplink and downlink are being complicated by trying to squeeze band 38 between the two.

With the continued growth in bandwidth demand and video over mobile becoming a significant portion of data traffic, we expect global spectrum to continue to become increasingly crowded. As such, the shift from commodity filtering to high performance alternatives is likely to provide a solid long-term growth backdrop for all the major filter suppliers.


## Duplexers Driving Higher Performance Filtering

A common element of the RF Front End Module is a duplexer, which is basically the combination of two filters that share a single antenna; one filter handles the transmit side and the other handles the receive side. The duplexer allows for simultaneous reception and transmission. With duplexers, higher performance filters are generally necessary, as there are stringent requirements for insertion (power/signal loss) and transmit & receive isolation, or the minimization of noise between the transmit and receive paths.

Of all the components of an RF front end module, duplexers often suffer the most significant signal/power loss on both the transmit and receive sides. Transmit side loss causes the power amplifier to drain more battery life, while receive side loss causes poor quality signals and dropped calls.

### Sample Duplexer




*Source: Company reports and Drexel Hamilton estimates*

## Carrier Aggregation Demanding Higher Performance

This is a carrier initiative designed to maximize the efficient use of their allocated spectrum. Given bandwidth bottlenecks and the expense of adding scarce spectrum, carriers are pushing to find ways to do more with what they have already purchased. Think of Carrier Aggregation as a form of MIMO data transmission, Multiple (Frequencies) In and Multiple (Frequencies) Out. The move to Carrier Aggregation is still fairly new and is happening in stages. Handsets are first being enabled to receive on multiple bands at the same time by spreading transmissions over multiple channels to maximize the use of underutilized spectrum and relieve congestion on others; basically creating one larger pipe out of two, or more, smaller channels. Today, we're seeing receive carrier aggregation in the U.S. in premium handsets and expect this technology to migrate to even mid- and entry-tier phones over the next few years.

Carrier aggregation on the transmit side is beginning to show up in Chinese OEM designs and through 2018, we expect to see transmit carrier aggregation begin to slowly spread globally.

Carrier Aggregation is expected to be a significant driver of premium filter demand as the task of combining multiple frequencies requires significantly higher signal precision. This could include two adjacent bands, or bands that are very different in terms of spectrum.

On the transmit side, the need for high performance filters is likely to be particularly pressing, as phones will be transmitting on two signals through two



power amplifiers and two different filter chains at the same time, which leave little room for frequency error, particularly when considering a smartphone could potentially be transmitting to two different cell towers simultaneously.

## Diversity Receive Modules Increasing BAW Filter Demand

Increasingly, smartphone RF architectures are incorporating diversity receive modules, which is another method of pushing more bandwidth to the consumer and optimizing a carrier's spectrum by allowing the phone to receive on a completely separate and independent signal path. Unlike carrier aggregation, where a single signal can be divided to use multiple frequencies, diversity receive modules can receive a separate signal, independent from the primary RF signal chain.

Receive diversity modules utilize a separate diversity antenna and typically include low noise amplifiers, high performance filters, and diversity switches. These modules are increasingly requiring BAW filters and high throw count switches, which is estimated to have been a $1-$1.5 billion RF market in 2016, growing to about $2-$2.5 billion over the next few years.

**RF Architecture with Diversity Receive**

*Source: Company reports and Drexel Hamilton estimates*

## Filters 101

At the most basic level, filters are designed to do exactly what they sound like, allow certain signals to pass through a system, while filtering out, or rejecting (attenuating), unwanted signals.

There are many varieties of filtering strategies, but in mobile architectures the most common is the Band Pass filter, which allows signals within a given frequency range to pass through the system, while rejecting, or attenuating, signals above and below certain frequency thresholds. For example, Band 1 uplink frequencies are 1920 - 1980 MHz, so a Band Pass filter for Band 1 would allow any signal within this range to pass, while rejecting signals outside of this range.



Filters are constructed of a series of interconnected resonators, which are themselves a combination of a piezoelectric crystal layer and electrical ports built onto a base substrate.

**SAW and BAW Filter Comparison**

*Source: Company reports and Drexel Hamilton estimates*

A piezoelectric (crystalline) material reacts to mechanical stress by producing an electric charge, and inversely it will mechanically deform when an electric charge is introduced. In a filter, alternating mechanical deformations result in an acoustic wave that either travels across the surface of the crystal (SAW filters) or travels through the body, or bulk, of the crystal (BAW filters).

The piezoelectric layer can be constructed of a variety of crystalline materials, depending on cost and performance requirements, with Lithium Tantalate (LiTaO3) and Lithium Niobate (LiNbO3) often used for SAW filters and Aluminum Nitride (AIN) or Aluminum Gallium Nitride (AIGaN) often used for BAW filters.

## Filter Performance Characteristics

While there are a variety of performance measurements of a filter, we will focus on Insertion Loss and Acoustic Velocity, Bandwidth – measured as $k^2$, and its Quality factor, or Q-factor. The combination of these elements determines a filter's frequency limitations, its power and signal efficiency, its bandwidth capability, and its filtering precision. As we discuss each of these parameters, keep in mind that in most cases there is a trade-off among these variables; often a higher $k^2$ (bandwidth) will come at the expense of a lower Q (out of band rejection), or a higher $k^2$ and Q may come at the expense of a higher insertion loss (signal strength and power drain).

**Insertion Loss and Acoustic Velocity** – Insertion loss is a measurement of the amount of signal strength or power that is lost within the filter. The loss is measured in decibels, or dB, and can consume as much as 50% of the output of a transmitting power amplifier as heat. The lower the insertion loss, the stronger the signal and the less battery power consumed, as the power amp doesn't have to work as hard to get the same signal strength leaving the filter.

High insertion loss can require over-engineering of the power amplifier, which not only will result in higher power consumption and faster battery drain, but the higher output PA will also likely add unnecessary cost to the system.

Insertion loss will typically be a function of the makeup of the piezoelectric material and the thickness of the layer itself. Often insertion loss and acoustic



velocity, or the speed the acoustic wave travels through the piezoelectric layer, go hand-in-hand.

Typically, the higher the acoustic velocity, the higher the frequency a filter can be designed to service.

The purity of the Akoustis single-crystal piezoelectric layer, versus the traditional poly-crystalline layer currently used by Qorvo and AVGO, allows for fewer obstructions of the acoustic wave and therefore a higher acoustic velocity and lower insertion loss.

One unique characteristic of a BAW filter is that the thickness of the piezoelectric layer gets thinner with higher frequencies. While one would think that smaller is better when it comes to smartphone components, the thinning piezo layer at higher frequencies becomes a significant manufacturing challenge, which currently limits BAW filters to about 6 GHz.

With lower insertion loss and higher acoustic velocity, Akoustis' single crystal piezo can be thicker at higher frequencies than a poly-crystalline alternative, which should improve its manufacturability and allow it to address frequencies as high as 20 GHz, or more. Additionally, a thicker piezoelectric layer can support larger electrodes, which can help drive a higher Q-Factor, or more precise out-of-band rejection.

**Bandwidth or $k^2$** - Technically, a filter's $k^2$ is a measure of its "electromechanical coupling", or at a given frequency, the degree to which the "electrical signals mechanically couple to the resonator."

In layman's terms, a filter's $k^2$ determines its bandwidth. In a filter, bandwidth is not the data throughput rate that we typically think of, but rather the frequency width that a filter can service. The figure below shows an Akoustis prototype capable of covering 182 MHz. The peak and trough in the diagram show the MHz range between a filter's resonance and anti-resonance frequencies.



**Bandwidth or k²**

*Source: Akoustis, Company reports and Drexel Hamilton estimates*

k² is typically presented as a percentage, with most commercial BAW filters being in the 6-7% range. Akoustis has demonstrated a lab prototype with a k² of 12.5%, although we expect its early commercial production volumes will likely be in the 7-8% range.

As can be seen in the tables below, FDD-LTE bandwidth requirements range from 5-90 MHz, while Chinese TDD-LTE bandwidths extend up to 200 MHz.

As Akoustis' single-crystal piezoelectric design provides for better electromechanical coupling, higher k², and larger bandwidth, the company should be well positioned to address the industry's more difficult bands.

AKTS_00010081



## FDD/TDD Frequency and Bands List

| Band | Uplink | | Width of Band | Downlink | | Width of Band | Duplex Spacing | Band Gap | Duplex Mode | Regions |
|---|---|---|---|---|---|---|---|---|---|---|
| | Low | High | | Low | High | | | | | |
| 1 | 1920 MHz - | 1980 MHz | 60 | 2110 MHz - | 2170 MHz | 60 | 190 | 130 | FDD | EMEA, Asia, Japan |
| 2 | 1850 MHz - | 1910 MHz | 60 | 1930 MHz - | 1990 MHz | 60 | 80 | 20 | FDD | North America, Canada, Latin America |
| 3 | 1710 MHz - | 1785 MHz | 75 | 1805 MHz - | 1880 MHz | 75 | 95 | 20 | FDD | Europe |
| 4 | 1710 MHz - | 1755 MHz | 45 | 2110 MHz - | 2155 MHz | 45 | 400 | 355 | FDD | North America, Canada, Latin America |
| 5 | 824 MHz - | 849 MHz | 25 | 869 MHz - | 894 MHz | 25 | 45 | 20 | FDD | North America, Canada, Latin America, Australia |
| 7 | 2500 MHz - | 2570 MHz | 70 | 2620 MHz - | 2690 MHz | 70 | 120 | 50 | FDD | Europe |
| 8 | 880 MHz - | 915 MHz | 35 | 925 MHz - | 960 MHz | 35 | 45 | 10 | FDD | Europe, Latin America |
| 9 | 1750 MHz - | 1785 MHz | 35 | 1845 MHz - | 1880 MHz | 35 | 95 | 60 | FDD | Japan |
| 10 | 1710 MHz - | 1770 MHz | 60 | 2110 MHz - | 2170 MHz | 60 | 400 | 340 | FDD | - |
| 11 | 1428 MHz - | 1448 MHz | 20 | 1476 MHz - | 1496 MHz | 20 | 48 | 28 | FDD | Japan |
| 12 | 698 MHz - | 716 MHz | 18 | 728 MHz - | 746 MHz | 18 | 30 | 12 | FDD | North America |
| 13 | 777 MHz - | 787 MHz | 10 | 746 MHz - | 756 MHz | 10 | -31 | 41 | FDD | North America |
| 14 | 788 MHz - | 798 MHz | 10 | 758 MHz - | 768 MHz | 10 | -30 | 40 | FDD | North America |
| 17 | 704 MHz - | 716 MHz | 12 | 734 MHz - | 746 MHz | 12 | 30 | 18 | FDD | North America |
| 18 | 815 MHz - | 830 MHz | 15 | 860 MHz - | 875 MHz | 15 | 45 | 30 | FDD | Japan |
| 19 | 830 MHz - | 845 MHz | 15 | 875 MHz - | 890 MHz | 15 | 45 | 30 | FDD | Japan |
| 20 | 832 MHz - | 862 MHz | 30 | 791 MHz - | 821 MHz | 30 | -41 | 71 | FDD | Europe |
| 21 | 1448 MHz - | 1463 MHz | 15 | 1496 MHz - | 1511 MHz | 15 | 48 | 33 | FDD | - |
| 22 | 3410 MHz - | 3490 MHz | 80 | 3510 MHz - | 3590 MHz | 80 | 100 | 20 | FDD | - |
| 23 | 2000 MHz | 2020 MHz | 20 | 2180 MHz | 2200 MHz | 20 | 180 | 160 | FDD | |
| 24 | 1627 MHz - | 1661 MHz | 34 | 1525 MHz - | 1559 MHz | 34 | -101.5 | 135.5 | FDD | North America |
| 25 | 1850 MHz - | 1915 MHz | 65 | 1930 MHz - | 1995 MHz | 65 | 80 | 15 | FDD | North America |
| 26 | 814 MHz - | 849 MHz | 35 | 859 MHz - | 894 MHz | 35 | 45 | 10 | FDD | Japan, North America |
| 27 | 807 MHz - | 824 MHz | 17 | 852 MHz - | 869 MHz | 17 | 45 | 28 | FDD | Latin America |
| 28 | 703 MHz - | 748 MHz | 45 | 758 MHz - | 803 MHz | 45 | 55 | 10 | FDD | APAC, Latin America |
| 29 | N/A - | N/A | - | 717 MHz - | 728 MHz | 11 | | | FDD | North America |
| 30 | 2305 MHz - | 2315 MHz | 10 | 2350 MHz - | 2360 MHz | 10 | 45 | 35 | FDD | North America |
| 31 | 452.5 MHz - | 457.5 MHz | 5 | 462.5 MHz - | 468 MHz | 5 | 10 | 5 | FDD | Brazil |
| 32 | N/A - | N/A | - | 1452 MHz - | 1496 MHz | 44 | | | FDD | Japan, EMEA |
| 33 | 1900 MHz - | 1920 MHz | 20 | 1900 MHz - | 1920 MHz | 20 | | 20 | TDD | - |
| 34 | 2010 MHz - | 2025 MHz | 15 | 2010 MHz - | 2025 MHz | 15 | | 15 | TDD | China |
| 35 | 1850 MHz - | 1910 MHz | 60 | 1850 MHz - | 1910 MHz | 60 | | 60 | TDD | - |
| 36 | 1930 MHz - | 1990 MHz | 60 | 1930 MHz - | 1990 MHz | 60 | | 60 | TDD | - |
| 37 | 1910 MHz - | 1930 MHz | 20 | 1910 MHz - | 1930 MHz | 20 | | 20 | TDD | - |
| 38 | 2570 MHz - | 2620 MHz | 50 | 2570 MHz - | 2620 MHz | 50 | | 50 | TDD | Asia, EMEA |
| 39 | 1880 MHz - | 1920 MHz | 40 | 1880 MHz - | 1920 MHz | 40 | | 40 | TDD | China |
| 40 | 2300 MHz - | 2400 MHz | 100 | 2300 MHz - | 2400 MHz | 100 | | 100 | TDD | China, Others |
| 41 | 2496 MHz - | 2690 MHz | 194 | 2496 MHz - | 2690 MHz | 194 | | 194 | TDD | North America, China |
| 42 | 3400 MHz - | 3600 MHz | 200 | 3400 MHz - | 3600 MHz | 200 | | 200 | TDD | Japan, EMEA |
| 43 | 3600 MHz - | 3800 MHz | 200 | 3600 MHz - | 3800 MHz | 200 | | 200 | TDD | APAC, EMEA |
| 44 | 703 MHz - | 803 MHz | 100 | 703 MHz - | 803 MHz | 100 | | 100 | TDD | APAC |
| 45 | 1447 MHz - | 1467 MHz | 20 | 1447 MHz - | 1467 MHz | 20 | | 20 | TDD | China |
| 46 | 5150 MHz - | 5925 MHz | 775 | 5150 MHz - | 5925 MHz | 775 | | 775 | TDD | Worldwide |
| 47 | 5855 MHz - | 5925 MHz | 70 | 5855 MHz - | 5925 MHz | 70 | | 70 | TDD | North America, Europe |
| 48 | 3550 MHz - | 3700 MHz | 150 | 3550 MHz - | 3700 MHz | 150 | | 150 | TDD | North America |
| 65 | 1920 MHz - | 2010 MHz | 90 | 2110 MHz - | 2200 MHz | 90 | 190 | 100 | FDD | Europe, Japan, Korea |
| 66 | 1710 MHz - | 1780 MHz | 70 | 2110 MHz - | 2200 MHz | 90 | 400 | 330 | FDD | North America |
| 67 | N/A - | N/A | - | 738 MHz - | 758 MHz | 20 | | | FDD | Europe |
| 68 | 698 MHz - | 728 MHz | 30 | 753 MHz - | 783 MHz | 30 | 55 | 25 | FDD | Middle East |
| 69 | N/A - | N/A | - | 2570 MHz - | 2620 MHz | 50 | | | FDD | Europe |
| 70 | 1695 MHz - | 1710 MHz | 15 | 1995 MHz - | 2020 MHz | 25 | 300 | 285 | FDD | North America |
| XGP | 2545 MHz - | 2575 MHz | 30 | 2545 MHz - | 2575 MHz | 30 | | -30 | TDD | Japan |

*Source: Company reports and Drexel Hamilton estimates*



**Q-Factor** – Technically, a filter's Q-factor is defined as the amount of energy stored in a resonator, divided by the amount of energy that is dissipated per cycle. Taken another way, after energy is applied to the resonator and an acoustic wave is generated, Q is the number of cycles the acoustic wave will continue without any additional input.

What the Q-factor represents to the engineer is a measure of its filtering precision; meaning how precisely does it pass and reject signals as they near the edges of its design specified frequency bandwidth; this is often referred to as a filter's "steepness of out-of-band rejection."

Graphically, a filter's Q can be seen in the vertical slope of its signal rejection (or attenuation), measured in decibels (dB) as the signal nears the upper and lower frequency limits of it pass band design. This is known as a filter's "skirt", which resembles a bell-curve, with the higher the decibel attenuation, the more precise the signal rejection is at a particular frequency. The slope of the curve at the desired frequency boundary isn't perfectly vertical, meaning that there isn't a perfect binary pass or reject frequency point of a signal, but rather a more gradual trailing off where the signal strength dissipates to unrecognizable levels. Because of this slope, guard bands are typically used on either side of the pass band as a buffer.

**Q-Factor**

*Source: Company reports and Drexel Hamilton estimates*

In the diagram below, the slope of the filter's "skirt" depicts the filter's Q; the more vertically steep the slope, the higher the filter's Q, and the more precise the degree of out-of-band rejection.



## Filter Passband

*Source: Qorvo, Company reports and Drexel Hamilton estimates*

Below are three real-world production volume data sheet examples for Band 41 filters from Qorvo, Avago, and Murata. Note the steepness of the filter skirts and the decibels of attenuation.

## Band 41 Examples

*Source: Company reports and Drexel Hamilton estimates*

**Figure of Merit -** As we mentioned earlier, there is typically a trade-off among a filter's performance variables, as often a higher $k^2$ (bandwidth) will come at the expense of a lower Q (out of band rejection). To compensate for this and make a comparison between differing filters for a given band, a Figure of Merit is often used, or FOM. The FOM is simply the multiplication of $k^2$ x Q, so



that a filter with a 6.8% $k^2$ and a Q of 2,500, would have the same 170 FOM as a filter with a Q of 2800 and a $k^2$ of 6.1%.

## RF Filter Categories

### Filter Market Value and Share

| Filter Revenue by Technology | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 7 Yr. CAGR |
| SAW | $2,300 | $2,600 | $3,300 | $3,950 | $4,400 | $4,500 | $4,600 | $4,500 | 10% |
| TC-SAW | $700 | $950 | $1,300 | $1,750 | $2,200 | $2,500 | $2,800 | $3,100 | 24% |
| FBAR | $900 | $1,060 | $1,450 | $1,900 | $2,400 | $2,700 | $3,000 | $3,350 | 21% |
| BAW | $325 | $400 | $500 | $700 | $890 | $1,050 | $1,225 | $1,450 | 24% |
| **Total** | **$4,229** | **$5,011** | **$6,550** | **$8,300** | **$9,890** | **$10,750** | **$11,625** | **$12,400** | 17% |

| Market Share by Technology | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 16-'21 Share ⌂ |
| SAW | 54% | 52% | 50% | 48% | 44% | 42% | 40% | 36% | -14% |
| TC-SAW | 17% | 19% | 20% | 21% | 22% | 23% | 24% | 25% | 5% |
| BAW/FBAR | 29% | 29% | 30% | 31% | 33% | 35% | 36% | 39% | 9% |

*Source: Company reports and Drexel Hamilton estimates*

Of the three primary filter types, SAW is the largest volume commodity variant, with a significant number of competitors, particularly in Japan.

BAW and FBAR filters, which we combine because of their direct competitiveness with each other and with Akoustis, account for the second largest volume, are the highest performance, and most expensive, with Qorvo and Broadcom (AVGO) as the leading global suppliers. AVGO is the market leader, with about 70% share and Qorvo has about 25% share, with the remainder roughly split between Taiyo Yuden and TDK Epcos, which is now part of the RF360 joint venture with Qualcomm.

TC-SAW is the smallest market, although it is growing about as quickly as BAW, with Qorvo, Skyworks, Murata, and TDK Epcos as the primary suppliers.

The diagrams below depict the basic design structure of SAW, BAW, and FBAR filters.

### Filter Types

*Source: Company reports and Drexel Hamilton estimates*



**SAW Filters**: As seen in the diagram below, a SAW filter is constructed of a series of metal lines, or interdigital transducers (IDTs), patterned onto a piezoelectric crystal substrate. With a certain pattern, substrate thickness, and specific electric current applied, the structure will create an acoustic wave that will travel across the surface of the piezoelectric material.

Although SAW filters are the least expensive, often about $0.10-$0.15, are very efficient and effective at lower frequencies, providing low insertion (or signal) loss and acceptable signal rejection, they also suffer from frequency limitations, are very commoditized and offer relatively little differentiation, and suffer frequency drift as temperatures change. SAW filters are most effective at frequencies only up to about 1-1.5 GHz.

With a SAW filter, as designers try to address higher frequencies, the feature size of the metal lines (IDTs) become so small and close together that either they lose their effectiveness, or they become prohibitively expensive to produce. At that point, TC-SAW of BAW filters becomes necessary. Note that BAW filters also cannot be pushed down to efficiently address lower frequencies as the die size would be too large and too expensive. Therefore, a mixed filter approach is necessary to address the entire spectrum.

**SAW Filter**

*Source: Company reports and Drexel Hamilton estimates*

**TC-SAW Filters:** Temperature Compensated SAW is an evolutionary improvement to control frequency shifts that occur in SAW filters as a result of changing temperatures. As a SAW filter heats and cools it tends to drift slightly to one side or the other of the desired center frequency, which shifts the entire pass band spectrum and significantly reduces a filter's effectiveness. In the past, this drift was not as large of an issue because there often was nothing in the frequency spectrum next to what a design engineer was targeting. However, with carriers today grabbing every available slice of spectrum, stacking one frequency up against another, even modest temperature shifts are rarely acceptable.

Temperature Compensated filters attempt to limit this center frequency drift by adding an over-coating (such as Silicon Oxide) to the Interdigital Transducers, which increases rigidity, or stiffness, at higher temperatures. While SAW filters tend be most effective up to about 1-1.5 GHz, TC-SAW is helping to extend the usage of SAW up to about 1.9-2.0 GHz.

TC-SAW filters are a highly effective middle-ground solution, where frequencies are low enough for SAW filter use, but spectrum crowding does not permit frequency drift from temperature changes. Because the TC process



approximately doubles the number of mask layers, TC-SAW filters are premium priced ($0.15-$0.25) compared to basic SAW filters ($0.10-$0.20), but are significantly less expensive than BAW filters ($0.35 - $0.50).

**Bulk Acoustic Wave Filters**: BAW filters operate very differently from SAW filters and are manufactured using significantly different design structures and materials. BAW filters use a vertically traveling standing acoustic wave versus the lateral wave movement in a SAW filter. In BAW filters, the wave travels through the piezoelectric layer, generated by the electrodes above and below the piezo layer, where the material's structure, thickness, and mass of the electrodes define the wavelength frequency.

## BAW Filter

*Source: Company reports and Drexel Hamilton estimates*

BAW filters are significantly more expensive than SAW or TC-SAW but can service much higher frequencies, offer lower signal loss, better selectivity precision, longer battery life, improved call quality, and the ability for carriers and OEMs to optimize an increasingly crowded spectrum.

The most common BAW structures are the Film Bulk Acoustic Resonator (FBAR), primarily from Broadcom, and the Solidly Mounted Resonator (SMR), primarily from Qorvo.

## FBAR vs SMR

**Film Bulk Acoustic Resonator**

**Solidly Mounted Resonator**

*Source: Company reports and Drexel Hamilton estimates*

The primary difference between the competitors' designs is their method of separating the piezoelectric material from the substrate, which attempts to confine the acoustic wave within the piezoelectric layer; the better the confinement, the smaller the signal and power loss.



Qorvo employs an SMR (Solidly Mounted Resonator) approach, which uses a Bragg Reflector (an acoustic reflector) made of multiple layers of alternating materials with varying thickness, density, and refractive index to separate piezo layer and the substrate.

By comparison, AVGO's FBAR (Film Bulk Acoustic Resonator) uses a concave air cavity etched into the substrate, which resembles a bathtub, below the piezo layer and bottom electrode. This air cavity creates a floating membrane or resonator, which helps insulate the acoustic wave from migrating into the substrate.

While there are arguments for both designs, we've generally seen AVGO's FBAR able to address higher frequencies, with its air cavity approach resulting in lower insertion loss and a higher Q (out of band attenuation). Although Qorvo's SMR is highly effective, the Bragg Reflector is not completely "lossless" and has left Qorvo more competitive at lower and middle frequencies, while AVGO has tended to dominate the higher frequencies.

We will compare and contrast the Akoustis' BulkOne approach to these designs in the next section.

Below is a well-known chart that Qorvo put together to generally show the applicability of the various filter types to the spectrum of global frequency bands. As can be seen below, a growing number of bands are requiring BAW performance levels, a scenario that is only likely to accelerate with the eventual migration to 5G cellular.

## Filter Challenges

*Source: Qorvo, Company reports, presentations, and Drexel Hamilton estimates*

AKTS_00010088



## Akoustis' BulkOne BAW Filters – Multiple Design, Material, and Manufacturing Advantages

As discussed earlier, in advanced filters, insertion loss and acoustic velocity are key factors in determining the overall performance of the filter. Both variables are impacted by the physical make-up of the piezoelectric layer, and the orientation, connection, and ultimately the separation, of the piezo layer and the underlying substrate.

Again, the piezoelectric layer is a crystalline material, typically made of Aluminum Nitride (AIN) that converts electrical energy to acoustic energy (an acoustic wave), and vice versa. The goal is to allow the signal to travel as fast and unobstructed as possible through the layer, while also minimizing any signal, or power, loss into the underlying substrate.

## Akoustis Uses an Air Cavity to Separate the Substrate

Both Qorvo and AVGO use a poly-crystalline piezoelectric layer, which has inherent velocity and loss disadvantages. The largest difference between the incumbents is how they separate the piezoelectric layer from the substrate, which serves to confine the acoustic wave within the piezo layer; again, the better the confinement, the lower the signal and power loss.

As seen in the diagram below, Qorvo's SMR (Solidly Mounted Resonator) approach uses a Bragg Reflector between the piezo layer and the substrate, while AVGO's FBAR (Film Bulk Acoustic Resonator) uses a concave (bathtub-like) air cavity etched into the substrate below the piezo layer and bottom electrode.

AVGO's FBAR, air cavity design tends to perform better at higher frequencies and typically results in a lower insertion loss and a higher Q (out of band attenuation), while Qorvo's SMR Bragg Reflector is not completely "lossless" and tends to see more power bleed into the substrate.

While Akoustis' material, design, and construction are very unique, its end resonators have some physical similarities to AVGO's FBAR, which we believe should equally position Akoustis to address the higher frequencies that AVGO currently dominates and suffer less signal or power loss than Qorvo's SMR approach.

The physical similarity is the air cavity below the piezoelectric layer and the bottom electrode (see below), which helps to better confine the acoustic wave within the piezoelectric material.



**Differences in Filter Design**

AVGO's FBAR

AKTS's BulkOne

TOP ELECTRODE
SINGLE CRYSTAL PIEZOELECTRIC LAYER
BOTTOM ELECTRODE
AIR CAVITY
SUBSTRATE

*Source: Company reports and Drexel Hamilton estimates*

Besides Akoustis' use of a single crystal piezoelectric material versus the incumbents' polycrystalline design, Akoustis air cavity construction differs by being an open trench in the rear of the resonator, which compares to AVGO's concave air cavity that is closed. Akoustis' BulkOne design is also unique in the connection of its single crystal piezo layer to the substrate. While AVGO uses a seed, or support, layer, Akoustis engineers its crystal lattice directly to the substrate. The inherent higher strength of perfectly aligned single-crystal lattice allows Akoustis to directly support the weight of the structure, versus AVGO's weaker poly-crystal piezo, which has historically been prone to cracking and requires the added support layer.

## Single Crystal Piezoelectric Layer and Chemical Vapor Deposition

As AVGO and Qorvo began their filter efforts 20+ years ago, their manufacturing approach naturally used state-of-the-art methods of the time, which included physical vapor deposition (PVD) as a means of depositing the piezoelectric layer onto a substrate.

PVD is a multi-decade old manufacturing process that uses a plasma charge to vaporize a material, often in this case Aluminum Nitride, into microscopic atomic particles and then sputters, or sprays, those particles onto a surface until the desired thickness is achieved. While highly controlled and precise, the deposited particles still fall in a random and unstructured pattern, which with a crystalline material creates many individual unordered crystals; hence the term poly-crystal. The end result is somewhat analogous to broken safety glass in a car's windshield; while still transparent there are significant inclusions.

By contrast, Akoustis takes advantage of a more current semiconductor manufacturing process, known as chemical vapor deposition (CVD), which uses a seed material that is introduced to reactive elements to literally grow a pure single-crystal piezoelectric layer, with the end result being somewhat analogous to an unbroken, non-included, car windshield.

While CVD has been a mature process for LEDs and RF Power devices on small diameter substrates since early 2000's, the process has only been perfected for 6-inch or larger wafers since about 2013.

Akoustis' use of CVD to grow a single-crystal piezoelectric layer creates a much more unobstructed medium for the signal, or the acoustic wave, to travel, which significantly improves acoustic velocity and reduces insertion loss as compared to a polycrystalline approach. The company estimates its inherent single-crystal material performance advantage to be approximately 30%.



We note that AVGO and TriQuint (prior to the combination with RF Micro to become Qorvo) have been using the PVD method since the late 80s and early 90s. Today, all AVGO and Qorvo filters are still built using PVD; and given the infrastructure and redesign requirements, it wouldn't be practically feasible for them to ever change. However, we believe if AVGO and Qorvo were given the opportunity to "start over," they would both opt for a CVD approach.

## BulkOne Targeted Performance

In May 2016 at an IEEE symposium, Akoustis presented its testing results of a prototype resonator using its single-crystal piezoelectric layer with a $k^2$ of 12.5%, and a bandwidth of 182 MHz at a frequency of 3.4 GHz. While these were laboratory tests and not production volume results, we do believe these are an indication of the potential of the company's unique designs.

In November 2016, Akoustis announced that it had achieved significant performance improvements, with prototype devices operating at about 2.5 GHz that reached a Q-factor of 2,914 and a $k^2$ range of 5.2% to 7.1%. The company noted that these results were 40% higher than their prior achievements.

Although these laboratory results are important milestones and provide a glimpse into the likely commercial attractiveness of the company's filters, Akoustis is not expecting to be able to initially reproduce all of these performance parameters in production volumes.

The company is nearing delivery of its first production-ready sample volumes for testing to its first front-end module customer. For these initial products, Akoustis is targeting a Q in the 2,500 range, with a $k^2$ of greater than 7%, for a Figure of Merit in the range of 175-190.

If Akoustis is able to achieve these levels for its targeted bands, this would likely put the company about on par with mainstream Qorvo parts that look to have a Q of about 2,800 and a $k^2$ of about 6.5%, for a FOM of about 182. We would expect Akoustis' first volumes would be competitive with, but likely modestly trail the performance of filters from AVGO, which look to have a Q of about 3,000 and a $k^2$ of about 6.8%, for a FOM of about 204.

After its initial targets are met, the company's goal is to advance its Q above 3,000, while continuing to advance its bandwidth ($k^2$) capability, which should be particularly applicable to the high frequency, high bandwidth demands of many of the Chinese TDD bands.

### Potential Target Bands

| Band | Uplink | | | BW | Frac BW | K2eff | Downlink | | | BW | Frac BW | K2eff | Duplex Spacing | Duplex Mode | Regions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Low | | High | | | | Low | | High | | | | | | |
| 3 | 1710 MHz | - | 1785 MHz | 75 | 4.29% | 7.51% | 1805 MHz | - | 1880 MHz | 75 | 4.07% | 6.11% | 95 | FDD | Europe |
| 7 | 2500 MHz | - | 2570 MHz | 70 | 2.76% | 4.83% | 2620 MHz | - | 2690 MHz | 70 | 2.64% | 3.95% | 120 | FDD | Europe |
| 25 | 1850 MHz | - | 1915 MHz | 65 | 3.45% | 6.04% | 1930 MHz | - | 1995 MHz | 65 | 3.31% | 4.97% | 80 | FDD | North America |
| 38 | 2570 MHz | - | 2620 MHz | 50 | 1.93% | 3.37% | 2570 MHz | - | 2620 MHz | 50 | 1.93% | 2.89% | 0 | TDD | Asia, EMEA |
| 40 | 2300 MHz | - | 2400 MHz | 100 | 4.26% | 7.45% | 2300 MHz | - | 2400 MHz | 100 | 4.26% | 6.38% | 0 | TDD | China, Others |
| 41 | 2496 MHz | - | 2690 MHz | 194 | 7.48% | 11.22% | 2496 MHz | - | 2690 MHz | 194 | 7.48% | 11.22% | 0 | TDD | North America, China |
| 42 | 3400 MHz | - | 3600 MHz | 200 | 5.71% | 10.00% | 3400 MHz | - | 3600 MHz | 200 | 5.71% | 8.57% | 0 | TDD | Japan, EMEA |
| 43 | 3600 MHz | - | 3800 MHz | 200 | 5.41% | 9.46% | 3600 MHz | - | 3800 MHz | 200 | 5.41% | 8.11% | 0 | TDD | APAC, EMEA |

*Source: Company reports and Drexel Hamilton estimates*



We note that while there is often a trade-off between a higher Q and a higher $k^2$, the company's use of a single-crystal piezoelectric layer tends to result in a flattening of the slope of Q as $k^2$ (bandwidth) increases, which in the long run should help Akoustis drive a higher Figure of Merit as compared to the majority of its peers.

Akoustis' use of a single-crystal piezoelectric layer results in higher acoustic velocity and thereby allows the company to target the industry's higher frequencies. While QRVO tends to perform better below 2.5 GHz and AVGO tends to perform better above that point, the Figure of Merit of most incumbent poly-crystal BAW filters tend to flatten out as frequencies move higher. So while theoretically incumbent BAW filters can address frequencies up to about 6 GHz, and begin to struggle above 3 GHz, we expect Akoustis' BulkOne single-crystal filters should be able address frequencies as high as 20+ GHz.

**BulkOne Addressable Range**

*Source: Company reports and Drexel Hamilton estimates*

## Potential Target Bands and Competitors' Performance

Although we don't expect to see qualification production samples from Akoustis' New York fab for another few months, knowing its first mobile customer engagement is with a tier-one Chinese front-end module maker, and understanding the strengths of its single-crystal design, we can infer that some of the company's first targeted bands will likely be the high bandwidth and high-frequency TDD bands, probably bands 38, 40, 41, 42, and 43. We also expect the company's high bandwidth capability would overlap nicely with the FDD bands 3, 7, and 25.

While Akoustis has yet to provide much detail regarding its first Chinese engagement, we believe Band 41 is likely given that Akoustis recently said this was a 2.6 GHz engagement. This should play nicely to Akoustis' strengths given that it has a max bandwidth of 200 MHz and a large annual unit volume, which we expect will be about 1.2 billion this year, the highest volume of all the TDD bands.



Below are the performance specs from the competition's Band 41 data sheets. Note that the QRVO and AVGO parts are BAW/FBAR filters, while Murata is a TC-SAW design. Also note that the QRVO and AVGO parts have a 200 MHz bandwidth, versus Murata that is 100 MHz. The QRVO and AVGO designs are basically repurposed FDD Band 7 filters (2500-2690 MHz) versus the Murata filter that is specifically designed for the 100 MHz needed to service the TDD Band 41 in China.

Because of the over-engineering of the QRVO and AVGO parts, we expect the Murata filter is likely most applicable to the specs that Akoustis will need to meet, or beat, with its first design.

While we're waiting to see data related to Akoustis' first production samples, we expect the company is likely targeting its insertion loss to be a few tenths of a point lower than Murata, with attenuation levels at least several decibel points higher, at comparable frequencies.



## Band 41 Data Sheets

**QRVO**

| Spec | Value | Unit |
|---|---|---|
| **Band:** | **41** | |
| Process Tech: | BAW | |
| P/N: | TQQ0041T | |
| Footprint: | 1.8 x 1.4 x 0.73 | (mm) |
| Frequency: | 2496-2690 | MHZ |
| Cntr Freq: | 2593 | MHZ |
| Bandwidth | 194 | MHZ |
| Operating Temp. | -20 to +85 | °C |
| Input Power | +37 | dBm |
| Region: | Worldwide | |

| Insertion Loss | Min | Typ | Max | |
|---|---|---|---|---|
| 2496 - 2500 MHZ | | 3.2 | 3.7 | dB |
| 2500 - 2686 MHZ | | 2.5 | 3.2 | dB |
| 2686 - 2690 MHZ | | 2.5 | 3.2 | dB |
| **Attenuation** | | | | |
| 10 - 1564 MHZ | 30 | 44 | | dB |
| 1565 - 1615 MHZ | 32 | 36 | | dB |
| 1616 - 2400 MHZ | 5 | 6.5 | | dB |
| 2401 - 2435 MHZ | 40 | 45 | | dB |
| 2436 - 2450 MHZ | 40 | 49 | | dB |
| 2451 - 2455 MHZ | 38 | 45 | | dB |
| 2456 - 2460 MHZ | 23 | 42 | | dB |
| 2461 - 2774 MHZ | 12 | 25 | | dB |
| 2775 - 4991 MHZ | 13 | 16 | | dB |
| 4992 - 5380 MHZ | 25 | 35 | | dB |
| 5381 - 7487 MHZ | 18 | 21 | | dB |
| 7488 - 8000 MHZ | 18 | 25 | | dB |
| **Return Loss (SWR)** | | | | |
| **2496 - 2690 MHZ** | | **-35** | | **dBm** |

* Typical = ~2°C

**AVGO**

| Spec | Value | Unit |
|---|---|---|
| **Band:** | **41** | |
| Process Tech: | FBAR | |
| P/N: | ACPF - 7141 | |
| Footprint: | 2.0 x 1.6 x .83 | (mm) |
| Frequency: | 2496-2690 | MHZ |
| Cntr Freq: | 2593 | MHZ |
| Bandwidth | 194 | MHZ |
| Operating Temp. | -20 to +85 | °C |
| Input Power | +31 | dBm |
| Region: | Worldwide | |

| Insertion Loss | Min | Typ | Max | |
|---|---|---|---|---|
| 2496 - 2690 MHZ | | ≥ 2.1 | | dB |
| 2496 - 2500 MHZ | | 2.8 | | dB |
| 2496 - 2500 MHZ | | | 3.9 | dB |
| 2496 - 2500 MHZ | | | 3.7 | dB |
| 2500 - 2520 MHZ | | 2.4 | 3.3 | dB |
| 2500 - 2520 MHZ | | | 3.8 | dB |
| 2520 - 2680 MHZ | | 2 | 3 | dB |
| 2520 - 2680 MHZ | | | 3.2 | dB |
| 2680 - 2690 MHZ | | 2.2 | 3.6 | dB |
| 2680 - 2690 MHZ | | | 3.8 | dB |
| **Attenuation** | | | | |
| Channe 1-13 | | ≥ 35 | | |
| 0 - 699 MHZ | 35 | 76 | | dB |
| 699 - 916 MHZ | 35 | 56 | | dB |
| 916 - 1248 MHZ | 25 | 47 | | dB |
| 1248 - 1565 MHZ | 25 | 35 | | dB |
| 1565 - 1615 MHZ | 30 | 40 | | dB |
| 1615 - 1660 MHZ | 25 | 34 | | dB |
| 1660 - 1750 MHZ | 18 | 27 | | dB |
| 1750 - 2401 MHZ | 12 | 22 | | dB |
| 2401 - 2436 MHZ | 35 | 45 | | dB |
| 2436 - 2451 MHZ | 35 | 44 | | dB |
| 2451 - 2456 MHZ | 30 | 44 | | dB |
| 2456 - 2461 MHZ | - | 30 | | dB |
| **2461 - 2750** MHZ | **-** | **18** | | dB |
| 2750 - 2850 MHZ | 20 | 37 | | dB |
| 2850 - 3000 MHZ | 18 | 28 | | dB |
| 3000 - 4992 MHZ | 20 | 27 | | dB |
| 4992 - 5380 MHZ | 24 | 32 | | dB |
| 5380 - 7488 MHZ | 20 | 32 | | dB |
| 7488 - 8070 MHZ | 20 | 30 | | dB |
| **Return Loss (SWR)** | | | | |
| **2496 - 2690 MHZ** | **8** | **16** | **-2** | **dB** |

* Typical = ~2°C

**Murata**

| Spec | Value | Unit |
|---|---|---|
| **Band:** | **41** | |
| Process Tech: | TC-SAW | |
| P/N: | SAFEA2G60MA0F0A | |
| Footprint: | 1.35 x 1.05 x .5 | (mm) |
| Frequency: | 2555-2655 | MHZ |
| Cntr Freq: | 2605 | MHZ |
| Bandwidth | 100 | MHZ |
| Operating Temp. | -20 to +85 | °C |
| Input Power | +28.5 | dBm |
| Region: | China | |

| Insertion Loss | Min | Typ | Max | |
|---|---|---|---|---|
| 2555 - 2575 MHz | | 2.2 | 3.3 | dB |
| 2575 - 2635 MHz | | 1.6 | 2.6 | dB |
| 2635 - 2655 MHz | | 2.1 | 2.8 | dB |
| 2555 - 2575 MHz | | 2.2 | 2.8 | dB |
| 2575 - 2635 MHz | | 1.6 | 2.4 | dB |
| 2635 - 2655 MHz | | 2.1 | 2.6 | dB |
| **Attenuation** | | | | |
| 20 - 900 MHz | 40 | 44 | | dB |
| 1225 - 1559 MHz | 30 | 32 | | dB |
| 1559 - 1606 MHz | 27 | 32 | | dB |
| 1606 - 1710 MHz | 27 | 31 | | dB |
| 1710 - 2170 MHz | 27 | 30 | | dB |
| 2170 - 2400 MHz | 27 | 31 | | dB |
| 2401 - 2438 MHz | 35 | 40 | | dB |
| 2421 - 2483 MHz | 40 | 42 | | dB |
| 2750 - 4900 MHz | 30 | 34 | | dB |
| 4900 - 6000 MHz | 35 | 39 | | dB |
| 6000 - 8000 MHz | 17 | 21 | | dB |
| **Return Loss (SWR)** | | | | |
| | | | | |

* Typical = ~2+/-2 °C

*Source: Company reports and Drexel Hamilton estimates*



## Initial Customer Engagements – Mobile and Non-Mobile

**Chinese RF Module Maker** - In August 2016, Akoustis announced that it had signed multiple agreements with a Chinese Tier-One RF Front-End Module maker, including a Joint-Development Agreement, a Statement of Work, and a Strategic Product Supply Agreement. All the agreements are non-exclusive.

Under the terms of the JDA, the companies are working together to develop high-band single-crystal BAW filters for the cellular and WiFi markets in China and India. As discussed earlier, we expect this first engagement is likely on 2.6 GHz range, targeting Band 41.

While Akoustis is not able to specifically name its partner, we believe that by being a Chinese Tier-One module maker, it is likely HunterSun, Vanchip, or RDA, which lack access to volume BAW filter supply, and therefore must largely rely on the lesser capabilities of SAW, or TC-SAW filters. As RDA was acquired by Tsinghua Unigroup in 2014 and is thereby government-controlled, we expect Akoustis is being particularly cautious regarding IP protection and that its first module partner is likely one of the other two Tier-One suppliers.

Evaluation samples have been shipped from the company's New York facility and Akoustis expects to be able to deliver qualification samples later this year.

Following the company's first delivery of production capable samples, which we expect by mid-2018, Akoustis will still likely need to work through a few revisions, or spins, prior to final qualification. With the New York facility cycle times now in the 2-3 week range, we believe the company should be able to push through the final qualification process fairly quickly.

Following Akoustis' first delivery of production samples, we expect the two companies will likely begin working to expand the current engagement to potentially other target bands.

Throughout the final qualification process, we expect Akoustis' module partner will likely be pre-selling the specifications of the Akoustis-enabled module and working to earn design wins at 4G smartphone OEMs. These wins may be for stand-alone filters or incorporated into the partner's modules.

With partner wins likely earned through the second half of 2018, we expect first Akoustis production revenue from this customer could be as early as the end of 2018. While it's impossible to predict volumes at this point, at least until we have better visibility as to the module partner design wins, we do expect Akoustis ASPs will likely to be in the $0.35-$0.40 range.

## Expanded Mobile Opportunity

If Akoustis is able to successfully produce its BulkOne BAW filters in volume with the premium performance characteristics expected, we believe the majority of AVGO and Qorvo's RF module peers, particularly in China, should be eager customers, as a new independent source of high-end BAW filters should significantly enhance their ability to effectively compete.

Although Akoustis has a non-exclusive agreement with its first module maker, once qualification samples are available to this partner, we expect Akoustis will deliver similar samples to a long list of other potential customers. These likely include the remaining Tier-One and Tier-Two Chinese RF suppliers, such as



Sana Semi, but also leading global RF providers such as Skyworks, MediaTek, Qualcomm, Spreadtrum, and HiSilicon.

Additionally, many Tier-One smartphone OEMs, who have substantial system architecture expertise (Apple, Samsung, Huawei, LG, etc.), would also likely be interested in buying filters directly Akoustis, as they often manage a larger portion of their RF architectures internally in order to create performance differentiation.

While an acquisition of Akoustis is not our primary investment objective, we believe leading RF companies that lack BAW capability, such as Skyworks, Murata, or Qualcomm, might be very interested in acquiring Akoustis, once the company demonstrates its ability to successfully manufacture volumes of its high-performance filters.

## Phased Radar Array System Integrator

In December 2016, Akoustis announced it had received a purchase order from its second customer, this time from a non-mobile related OEM, who has tasked the company with developing a BAW filter targeting a frequency above 3.5 GHz. The purchase order covers the cost of development and initial delivery of the filter. We believe the earliest we should expect to see a production ramp is likely late 2018.

As this frequency falls within the S-band (2-4 GHz), we expect this engagement is likely with a phased radar array system integrator, particularly as the company noted that this new customer is a well-established OEM specializing in non-mobile communication systems with annual revenue of more than $1 billion.

Similar to the expected timing of its first front-end module customer, we expect first qualification capable samples to be delivered toward the middle of this year and for multiple revisions to be necessary before the final qualification process.

As such, we expect Akoustis could be ready for a production ramp during the second half of CY18, although the timing of larger system delivery is difficult to predict and often much more lengthy than the deployment of a consumer handset.

While this first project is still under development, we believe Akoustis is working with this customer to expand the engagement to include several additional bands.

Regarding the size of the opportunity, we believe filter ASPs for radar systems are likely in the $15-$20 range, although volumes are only likely to be in the low-tens of thousands per frequency band.

Although this engagement is unlikely to generate a dramatic amount of revenue, we do believe the high frequency assignment should be a proof-point for the industry of Akoustis' high-performance capability in both mobile and non-mobile applications.

## The WiFi Opportunity

Akoustis recently announced that it had received a purchase order engagement from a top-five smartphone OEM for two bands targeting both high-band LTE and 5.2 GHz WiFi for 802.11ac Tri-Band Routers.

This is the company's first official direct engagement with a smartphone manufacturer, let alone a global top-five supplier.



We believe this is significant as it solidifies the opportunity for Akoustis to sell direction to larger smartphone OEMs that may not be as interested in only buying integrated RF front end modules. It also shows that Akoustis is providing high-frequency samples and that it can likely compete in the upper end of the LTE spectrum.

Obviously the volume opportunities could be very significant, although there is no visibility to timing. Many OEM design-in processes can be well over a year, and this is after Akoustis gets the LTE design through qualification.

However, we believe the larger near-term opportunity is in the WiFi segment, where if Akoustis is able to deliver a successful 5.2 GHz BAW filter, it would be the only supplier that has been able to do so to date.

Today, 4G LTE tops out at about 3 GHz, which would allow a high-end LTE BAW provider to reach the lower WiFi frequency of 2.4 GHz. However, there are no BAW suppliers able to reach the 5 GHz WiFi band.

This has meant that WiFi router OEMs have been forced to use relatively commodity discretes, such as dielectric or ceramic cavity filters, which can hit the higher frequencies, but are comparatively very large and offer little to no performance differential to the OEMs, or the SoC providers to these OEMs, such as Qualcomm, Intel, and Marvell.

Akoustis claims that it earned this smartphone WiFi engagement because its BAW filter was 28x smaller than the incumbent, at only 3.6 cubic millimeters versus 103 cubic millimeters for a ceramic filter. Akoustis is also able to deliver better out-of-band rejection and is seeing competitive insertion loss.

One of the most attractive things about the WiFi opportunity is that it doesn't require the replacement of a current value-add incumbent supplier, such as AVGO or QRVO. With current solutions being discretes, there will likely be significantly less loyalty to those suppliers, if Akoustis is able to deliver on its size and performance goals. This discrete replacement should mean a much faster design-in cycle, once qualified parts are available. Additionally, router equipment introduction cycles are faster than the smartphone market, which should help speed the Akoustis opportunity.

Therefore, we expect WiFi will likely be the company's first commercial BAW filter revenue generator, likely seeing small volumes before the end of this year, with a more material ramp in 2019.

While Akoustis has announced the smartphone OEM order, we believe the company is already delivering similar samples the leading enterprise and retail router manufactures, along with the top five SoC companies.

We expect Akoustis WiFi filter ASPs will likely be in the range of $0.50 to $1.00, and in a tri-band 4x4 MIMO router, the company could have a potential of greater than $4 of content.

Overall, we believe the company's 2018 WiFi SAM is about $400 million, growing to $600-$650 by 2021.



## Canandaigua Facility Acquisition – Taking Control of Manufacturing and Accelerating Cycle Times

We've been watching Akoustis for quite some time, and while we've always been encouraged by the company's differential material science and architectural design, we felt the ability to successfully manufacture in high volume was a major risk, particularly in an industry that is measured in tens of billions of units.

The firm's original foundry partner, Global Communication Semiconductor (GCS) out of Torrance, California, was a good fab for producing scientific prototypes and proof-of-concept units, but with a max capacity of only 10,000 six-inch wafers per year, we felt potential customers would be hesitant to award high-volume sockets to Akoustis, regardless of their filters' performance.

Additionally, as GCS serviced multiple customers that were also competing for its six-inch capacity, the foundry's production cycle-times couldn't be reduced below about eight weeks, which significantly constrained Akoustis' product and customer development time lines.

To address this issue, Akoustis recently acquired a six-inch MEMS manufacturing facility and its on-going business, generating about $1.5 million per year, on 57-acres in Canandaigua, New York, for $2.75 million in cash.

BAW filter manufacturing is essentially a MEMS (Microelectromechanical Systems) process, so the current equipment set and employee base are well positioned for a rapid transition to Akoustis' wafers.

The MEMS facility is 120,000 square feet, with Class 100/Class 1000 cleanroom space, capable of producing 50,000 six-inch wafers per year, which should support annual Akoustis revenue of about $150-$200 million. The facility is currently only running at about 15% utilization. The facility is currently only running a single shift, with capacity able to quickly increase simply by adding employees and a second shift.

The facility has also earned the DoD Trusted Foundry accreditation for MEMS processing, packaging and assembly, which Akoustis plans to maintain and will seek to expand the accreditation to include BAW RF filters and sensors. This would make this facility the first and only Trusted Foundry for BAW manufacturing, which should give Akoustis preferential consideration for any future DoD activity. With its MEMS DoD accreditation, the fab is one of only four certified through the Defense Microelectronics Activity Trusted Foundry Program, and one of only two organizations in the country accredited to provide integration of MEMS and ICs.

Given the decline of companies such as Kodak and Xerox in the Rochester area and the specialized nature of the existing MEMS business, there were likely very few interested parties in the facility, which probably contributed to the relative bargain that Akoustis looks to have received. The company believes it would likely cost more than $50 million to replicate this facility and would take more than two years to complete. Akoustis also acquired the property for less than 25% of what it believes is likely "liquidation value" of about $11 million. We believe the discounted purchase price may put the company in a position to be able to financially leverage the asset valuation in the future.

Akoustis has also received $8 million in performance-based tax incentives from the State of NY in exchange for job creation, capital investment, and R&D





spending. As part of the incentive package, over the next five years, Akoustis plans to create 214 new jobs in the Canandaigua area and plans to invest up to $20 million in the project, including the initial real estate acquisition, construction and renovations, plant infrastructure enhancements, manufacturing equipment, employee training and software investments.

While the purchase price looks very attractive and the facility, equipment, and people look to be a perfect fit, we believe the best part of this transaction is that Akoustis can now take control of its own manufacturing. With a fabless or foundry model, there is only so much control a company can have over its manufacturing quality, pace, volume, and timing of delivery.

With the purchase of this facility and the recent announcement of installation of the final equipment needed for the company to control its entire manufacturing and packaging process in-house, Akoustis has been able to reduce its wafer cycle times two about 2-3 weeks, compared to GCS' cycle times of at least eight weeks.

We are particularly encouraged that in addition to its experienced senior management, Akoustis will be able to leverage the manufacturing expertise of its Co-Chairman, Dr. Art Geiss, who was previously Vice President of Wafer Fab Operations at RF Micro. Geiss was responsible during his tenure for all volumes to the industry leaders of the time, Nokia, Motorola, and Blackberry.

Not only should the facility speed its designs and customers' time to market, but it should help alleviate customer concerns regarding short- and long-term volume availability.

Initial samples from NY have already been sent to all its current engagements, with the company expecting to lock down its manufacturing process by the end of March and then quickly deliver pre-production samples for qualification.

## Intellectual Property – Patenting and Protecting the Single Crystal Design

As with many technology companies, particularly those that are looking to compete with massive incumbents, IP protection, and the exercise of ensuring that you're not infringing existing patents, is hyper-critical.

While we're not patent attorneys, we do believe Akoustis has undergone a comprehensive vertical patent strategy that works to secure its IP at critical application points up and down the wireless supply chain.

This vertical IP approach was first established by one of the company's co-founders, Richard Ogawa – a Silicon Valley patent attorney who helped Akoustis with a holistic strategy that encompassed raw materials, substrates, embedded inductors, resonator connections, the use of single crystal acoustic resonators, ICs with single crystal resonators, wafer level packaging, and even the use of single crystal resonators within a mobile communications system.

Richard Ogawa continues to serve as special legal counsel for Akoustis and has been General Counsel of Inphi since 2013. He is also the owner of OGAWA, P.C., which is a boutique high technology law firm that specializes in intellectual property and transactions. Ogawa also serves as General Counsel for MCube and represents many other Silicon Valley companies.

Below is a summary of the company's 15 patents issued to date, with a larger number of patents pending.



**Akoustis Developed IP:**

**China Patent No. CN205195673U – "Wafer-Level Package Device" - Issued 4/27/16:**

Description: A wafer-level packaged device and method of fabrication is described. The wafer-level packaged device is created on a semiconductor substrate accomplished using a plurality of single crystal acoustic resonator devices and cover apparatus.

**China Patent No. CN205195752U – "Mobile Communication System" - Issued 4/27/16:**

Description: A novel mobile communication system is described. The communication device is comprised of a transmitting filter which includes a diplexer filter where the diplexer filter is comprised of a single crystal acoustic resonator device. The utility model overcomes some limitation of conventional BAW wave filter technique.

**China Patent No. CN205212799U – "A Substrate for Acoustic Resonator Equipment" - Issued 5/4/16:**

Description: A model for manufacturing an integrated circuit is described. The method includes forming an epitaxial material comprising single crystal piezo material on the surface of a substrate to a desired thickness and forming a trench region to form an exposed portion of the surface region through a pattern provided in the epitaxial material. Also, the method includes forming a topside landing pad metal and a first electrode member overlying a portion of the epitaxial material and a second electrode member overlying the topside landing pad metal.

**US Patent No. US 9,362,887 – "Integrated Circuit Configured with Two or More Single Crystal Acoustic - Resonator Devices" - Issued 6/7/16:**

Description: A configurable single crystal acoustic resonator (SCAR) device integrated circuit is described. The circuit comprises a plurality of SCAR devices numbered from 1 through N, where N is an integer of 2 and greater. Each of the SCAR device has a thickness of single crystal piezo material formed overlying a surface region of a substrate member. The single crystal piezo material is characterized by a dislocation density of less than $10^{12}$ defects/$cm^2$.

**China Patent No. CN205657658U - "A Substrate and Acoustic Resonator Equipment for Acoustic Resonator Equipment" - Issued 10/19/16:**

Description: The utility model relates to acoustic resonator equipment. The utility model discloses an acoustic resonator equipment, acoustic resonator equipment is equipped with the substrate, and this substrate includes: the substrate part includes to be configured as a plurality of support components that form array structure, the substrate part has the upper portion region, formed to covering the single crystal piezoelectric material of a thickness in upper portion region, the single crystal piezoelectric material of thickness have the first surface regional and with the regional relative second surface of first surface is regional, the single crystal piezoelectric material of thickness the regional a plurality of regions that expose of second surface, every expose regionally by the configuration of at least a pair of support component and be configured as formation array structure's component.

**China Patent No. CN205725676U – "Wafer Level Package" - Issued 11/23/16:**

Description: A wafer-level packaged device and method of fabrication is described. The wafer-level packaged device is created on a semiconductor substrate accomplished using a plurality of single crystal acoustic resonator devices and cover apparatus.

**U.S. Patent No. US 9,537,465 - "Acoustic Resonator Device with Single Crystal Piezo Material and Capacitor on a Bulk Substrate" - Issued 1/03/17:**

Description: A method of manufacturing an integrated circuit is described. The method includes forming an epitaxial material comprising single crystal piezo material on the surface of a substrate to a desired thickness and forming a trench region to form an exposed portion of the surface region through a pattern provided in the epitaxial material. Also, the method includes forming a topside landing pad metal and a first electrode member overlying a portion of the epitaxial material and a second electrode member overlying the topside landing pad metal. Furthermore, the method can include processing the backside of the substrate to form a backside trench region exposing a backside of the epitaxial material and the landing pad metal and forming a backside resonator metal material overlying the backside of the epitaxial material to couple to the second electrode member overlying the topside landing pad metal.



**U.S. Patent No. US 9,571,061- "Integrated Circuit Configured with Two or More Single Crystal Acoustic Resonator Devices" - Issued 2/14/17:**

Description: A configurable single crystal acoustic resonator (SCAR) device integrated circuit is described. The circuit comprises a plurality of SCAR devices numbered from 1 through N, where N is an integer of 2 and greater. Each of the SCAR device has a thickness of single crystal piezo material formed overlying a surface region of a substrate member. The single crystal piezo material is characterized by a dislocation density of less than $10^{12}$ defects/$cm^2$.

**China Patent No. CN2016100080U – "Mobile Communication Device Configured With A Single Crystal Piezo Resonator" - Issued 4/12/2017:**

Description: A novel mobile communication system is described. The communication device is comprised of a transmitting filter which includes a diplexer filter where this filter is comprised of a single crystal acoustic resonator device.

**US Patent No. US 9,673,384 – "Resonance Circuit With a Single Crystal Capacitor Dielectric Material" - Issued 6/6/2017:**

Description: A single crystal acoustic electronic device and resonance circuit is described. Each device has a thickness of single crystal piezo material formed overlying a surface region of a substrate member with electrode materials coupled to a portion of the substrate and the second electrode overlaying the single crystal piezoelectric dielectric material. The single crystal piezo material is characterized by a dislocation density of less than 1012 defects/cm2.

**US Patent No. US 9,716,581 – "Mobile Communication Device Configured With a Single Crystal Piezo Resonator Structure" - Issued 7/25/2017:**

Description: A novel mobile communication system is described. The communication device is comprised of a transmitting filter which includes a diplexer filter where this filter is comprised of a single crystal acoustic resonator device.

**US Patent No. US 9,805,966 – "Wafer Scale Packaging" - Issued 10/31/2017:**

Description: A wafer-level packaged device and method of fabrication is described. The wafer-level packaged device is created on a semiconductor substrate accomplished using a plurality of single crystal acoustic resonator devices and a cover apparatus.

**Assignee: Cornell Research Foundation, Inc. -**

**US Patent No. US 7,250,362 – "Single Step, High Temperature Nucleation Process for a Lattice Mismatched Substrate" - Issued 7/31/2007:**

Description: A method describing a single step process for nucleation and subsequent epitaxial growth on a lattice mismatched substrate is described.

**Assignee: The Regents of the University of California -**

**US Patent No. US 7,687,293/8,405,128 – "Method for Enhancing Growth of Semipolar (Al, In, Ga, B)N Via Metalorganic Chemical Vapor Deposition" - Issued 3/10/2010 & 3/26/2013:**

Description: A method for enhancing growth of device-quality planar semipolar nitride semiconductor thin films via metalorganic chemical vapor deposition (MOCVD) by using an (Al,In,Ga)N nucleation layer containing at least some indium.



## Impressive Management and Board, Well Aligned with Shareholders

As mentioned earlier, we believe Akoustis has assembled an impressive management team and board of directors, with one of the strongest and most experienced line-ups we've seen from a company this size

While we won't go through every bio from their website and filings, we will summarize some of their experience highpoints.

We think the fact that several senior managers and Akoustis' Chief Scientists held similar senior positions at Qorvo, is some indication of their experience in this field. Both the CEO and Chief Device Scientists hold PhDs in Electrical Engineering, and both Co-Chairmen had long tenures at Qorvo, including Dr. Jerry Neal, who founded RF Micro in 1991 and Dr. Art Geiss, who was responsible for all RF Micro's manufacturing operations.

The management and board interests also look to be well aligned with its shareholders, as insiders have participated in every capital raise round and currently own about one-third of the outstanding shares. Approximately 9%, or $3 million of the $33.7 million raised since 2015, has come from management and the Board.

### Insider Participation

| Offering | Shares | Price | Gross Proceeds | Insider Shares | Price/ share | Insider Investment ($) |
|---|---|---|---|---|---|---|
| 2015 | 3,531,104 | $1.50 | $5,296,656 | | | |
| | 261,000 | $1.50 | $391,500 | | | |
| | **3,792,104** | **$1.50** | **$5,688,156** | **312,000** | **$1.50** | **$468,000** |
| 2016 | 494,125 | $1.60 | $790,600 | | | |
| | 1,255,875 | $1.60 | $2,009,400 | | | |
| | **1,750,000** | **$1.60** | **$2,800,000** | **285,625** | **$1.60** | **$457,000** |
| **2016-2017** | **2,141,993** | **$5.00** | **$10,709,965** | **244,000** | **$5.00** | **$1,220,000** |
| **Dec-17** | **2,640,819** | **$5.50** | **$14,524,504** | **154,545** | **$5.50** | **$850,000** |
| **Total (Through Dec 17)** | **10,324,916** | **$3.27** | **$33,722,625** | **996,170** | **$3.01** | **$2,995,000** |
| | | | | **9.65%** | | **8.88%** |

*Source: Company reports and Drexel Hamilton estimates*



## Senior Management

**CEO –**

**Dr. Jeff Shealy:**

**RF Micro/Qorvo** – 13 years, VP & GM

**Hughes Electronics**, Hughes Research Labs, Hughes Network – 7 years, Doctoral Fellow

**Founded RF Nitro** – Sold to RF Micro 2001 for $30 million

MBA: Wake Forest, MS/Doctorate: UCSB (Electrical & Computer Engineering), BS: NC State (Electrical & Computer Engineering)

**CFO -**

**John Kurtzweil:**

**Cree** – VP of Finance

**Wolfspeed**, a Cree Company – CFO

**Extreme Networks** – Senior Vice President, CFO, Special Adviser to the CEO

MBA: University of St. Thomas, BA Accounting: Arizona State University

**VP Business Development -**

**David Aichele:**

**T1Visions** - EVP Sales & Marketing

**RF Micro/Qorvo –** Business Development and Cellular RF Products

**Tessera –** Business Development & Sales

**TE Connectivity –** Business Development & Sales

MBA: University of Colorado, Leeds, BSEE: Ohio University

**VP Wafer Fab -**

**Mary Winters:**

**MEMS ITC –** Director

**Eastman Kodak -** Sr. Engineer, 18 years MEMS manufacturing and process commercialization

B.S: University of Rochester in Chemical Engineering, M.E: University of Illinois

**VP Engineering -**

**Rohan Houlden:**

**RF Micro/Qorvo –** 17 years, GM Connectivity Business, Front-End Modules & BAW Filters, WiFi, Smart Energy, & Automotive

**Rockwell/Conexant –** Engineering

MBA: University of Iowa, MS: Iowa State, BS: Royal Melbourne Institute of Technology



## Our First Pass at Akoustis' Revenue, Market Cap, and Stock Potential

While Akoustis in the process of delivering its first qualification ready production parts for its first four customer engagements, and we expect modest initial commercial volume revenue before the end of CY18, there is still very limited visibility as to the trajectory of the company's ramp.

As we've mentioned earlier, we believe WiFi revenue is likely the path of least resistance, as the company will not have to displace an established BAW filter supplier.

We expect its first signed customer, the Chinese Front-End module maker, will likely be the second layering of revenue, although it's impossible today to have any visibility as to the success of the company's initial designs, which handset OEMs may end up using the Akoustis' filter, or how many phones might eventually be sold.

We also note that included in our modeling is about $1.5 million of annual revenue that the NY facility is currently generating from its MEMS business, which is expected to continue, and comes in fairly linear through the year.

However, while it is currently difficult to predict product timing or customer specific visibility in the smartphone market, we do have an understanding of what will likely be the company's initial target bands and the annual filter volumes we expect to be shipped for each of these bands.

We also have an estimate of the current BAW filter market opportunity and its anticipated growth rate. We can then make some assumptions of the company's potential share gains.

Knowing Akoustis' first mobile customer engagement is with a tier-1 Chinese front-end module maker, and understanding the strengths of its single-crystal piezoelectric design, we can infer that some of the company's first targeted bands will likely be the high bandwidth and high-frequency TDD bands, probably bands 38, 40, 41, 42, and 43. We also expect the company's high bandwidth capability would overlap nicely with the FDD bands 3, 7, and 25.

The table below shows our estimate of the company's initial target bands, their frequency and bandwidth specifications, along with an estimate of what level of $k^2$ a competitive filter would likely require.

This $k^2$ estimate is a function of the band's fractional bandwidth, which is calculated by dividing the width of the band by its center frequency. We selected this list of likely target bands because of their high frequencies, comparatively wide bandwidth and their requirement for relatively higher $k^2$, for which we believe Akoustis' capabilities are particularly well suited.



## Expected Frequency Targets

| Band | Uplink | | | BW | Frac BW | K2eff | Downlink | | | BW | Frac BW | K2eff | Duplex Spacing | Duplex Mode | Regions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Low | | High | | | | Low | | High | | | | | | |
| 3 | 1710 MHz | - | 1785 MHz | 75 | 4.29% | 7.51% | 1805 MHz | - | 1880 MHz | 75 | 4.07% | 6.11% | 95 | FDD | Europe |
| 7 | 2500 MHz | - | 2570 MHz | 70 | 2.76% | 4.83% | 2620 MHz | - | 2690 MHz | 70 | 2.64% | 3.95% | 120 | FDD | Europe |
| 25 | 1850 MHz | - | 1915 MHz | 65 | 3.45% | 6.04% | 1930 MHz | - | 1995 MHz | 65 | 3.31% | 4.97% | 80 | FDD | North America |
| 38 | 2570 MHz | - | 2620 MHz | 50 | 1.93% | 3.37% | 2570 MHz | - | 2620 MHz | 50 | 1.93% | 2.89% | 0 | TDD | Asia, EMEA |
| 40 | 2300 MHz | - | 2400 MHz | 100 | 4.26% | 7.45% | 2300 MHz | - | 2400 MHz | 100 | 4.26% | 6.38% | 0 | TDD | China, Others |
| 41 | 2496 MHz | - | 2690 MHz | 194 | 7.48% | 11.22% | 2496 MHz | - | 2690 MHz | 194 | 7.48% | 11.22% | 0 | TDD | North America, China |
| 42 | 3400 MHz | - | 3600 MHz | 200 | 5.71% | 10.00% | 3400 MHz | - | 3600 MHz | 200 | 5.71% | 8.57% | 0 | TDD | Japan, EMEA |
| 43 | 3600 MHz | - | 3800 MHz | 200 | 5.41% | 9.46% | 3600 MHz | - | 3800 MHz | 200 | 5.41% | 8.11% | 0 | TDD | APAC, EMEA |

*Source: Company reports and Drexel Hamilton estimates*

Below is our estimate of total global filter volumes per band for these eight expected initial target bands, with about 10 billion filters projected to ship in 2018, growing to about 16.7 billion units by 2021. Note that band 41, which we expect is likely the company's first filter engagement, is estimated to consume about 1.2 billion filters in 2017, growing to about 2.4 billion units by 2021.

At the bottom of the chart we also include our assumptions for Akoustis' WiFi market share ramp, which we aggregate with the mobile market share to derive a view of the firm's revenue potential. While these assumptions provide a framework, our model tends to be a bit more conservative. Also note that the table below is based on calendar year forecasts, while Akoustis year ends in June.



## Revenue Potential of Akoustis' Targeted Mobile Bands and 5 GHz WiFi

| RFFE Forecast By Targeted AKTS Band | | | | | | |
|---|---|---|---|---|---|---|
| Band | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| 3 | 2,700 M | 3,100 M | 3,365 M | 3,775 M | 4,050 M | 4,428 M |
| 7 | 1,351 M | 1,700 M | 2,122 M | 2,280 M | 2,401 M | 2,693 M |
| 25 | 730 M | 700 M | 810 M | 1,150 M | 1,750 M | 2,375 M |
| 38 | 250 M | 350 M | 450 M | 540 M | 600 M | 718 M |
| 40 | 335 M | 580 M | 750 M | 880 M | 1,000 M | 1,198 M |
| 41 | 835 M | 1,200 M | 1,567 M | 1,815 M | 1,996 M | 2,365 M |
| 42 | 185 M | 330 M | 510 M | 715 M | 950 M | 1,351 M |
| 43 | 68 M | 210 M | 425 M | 680 M | 950 M | 1,571 M |
| Total Unit Forecast for Selected Bands | 6,453 M | 8,171 M | **10,002 M** | **11,837 M** | **13,696 M** | **16,699 M** |
| **AKTS Market Share Assumption - Drexel Hamilton** | | 0% | 0.0% | 0.3% | 0.5% | 1.5% |
| Total Potential AKTS Units (M) | | 0 M | 0 M | 36 M | 68 M | 250 M |
| ASP Assumption | | $0.40 | $0.40 | $0.38 | $0.36 | $0.34 |
| **Potental AKTS Revenue (M$)** | | **$0.0** | **$0.0** | **$13.5** | **$24.7** | **$85.9** |
| **Drexel Hamilton Assumed Band 41 Market Share** | | | | 1.5% | 3.5% | 10.0% |
| Total Potential AKTS Units (M) | | | | 27 M | 70 M | 236 M |
| ASP Assumption | | | | $0.38 | $0.36 | $0.34 |
| **Potental AKTS Revenue (M$)** | | | | **$10.3** | **$25.2** | **$81.1** |

| Estimated WiFi SAM and Akoustis Market Share | | | | |
|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 |
| WiFi SAM Revenue Forecast, in millions | $400 | $464 | $538 | $625 |
| **AKTS Market Share Assumption - Drexel Hamilton** | **0.5%** | **2.0%** | **3.5%** | **4.0%** |
| **Potential AKTS Revenue (M$)** | **$2.0** | **$9.3** | **$18.8** | **$25.0** |
| Total AKTS Revenue, Mobile, WiFi, MEMS ($1.5m/yr) | $3.5 | $24.3 | $45.1 | $112.4 |

*Source: Company reports and Drexel Hamilton estimates*

## Initiating with Buy Rating and $15 Price Target

With our expectation that the company will likely begin shipping initial revenue units late in 2018, most of which will likely come from WiFi filters, we would expect only modest revenue in the first volume year.

However, beginning in 2019, we expect both WiFi and initial volumes from its smartphone and non-mobile wins. In 2020, we apply just a half point of market share gains to the entire eight initial target bands, which equates to about 68 million units and about $25 million of potential revenue.

Given the firm's initial Chinese RF engagement is likely for Band 41, if we assume only about a 3.5% share gain in 2020, we reach roughly the same 70 million units and $25 million of potential revenue.

We can also look at Akoustis' initial revenue potential from the angle of individual handset design wins. We focus only on the first likely Band 41 engagement and that Akoustis' first Chinese RF module maker customer is most likely to have early success with local Tier-2 smartphone OEMs, where we typically see average annual successful regional handset volumes of about 10 million. If we assume this Akoustis customer is able to earn socket design wins



at just five lower-volume Tier-2 Chinese OEMs, Akoustis potential revenue would be about the same $25 million by 2020.

Post the purchase of the Canandaigua fab, the company's quarterly expenses have increased to about $4.8 million. If we assume a mature manufacturing process by 2020, gross margins should trend into the mid-to-upper 50s, which should allow the company to achieve breakeven at a $10-$12 million quarterly revenue run rate.

While it's impossible to accurately predict the company's market share trends, if its designs are successful, we believe share gains could happen very quickly, particularly given the constrained supply of BAW filters into the Chinese market and the current duopoly that controls the industry. As can be seen in the table above, if by 2021 Akoustis can earn just a 1.5% share of its initial targeted bands, and just 4% of its 5 GHz WiFi opportunity, the company could generate revenue of about $110 million.

The market cap-to-sales ratios of the leading mature RF suppliers are in the 3-5x range, with Qorvo at about 3x and Skyworks and Broadcom at about 5x. If we apply an Akoustis multiplier toward the high-end of this range, which we believe is warranted given the growth we expect, we believe a market cap of at least $400-$500 million could be well supported, if Akoustis' designs are successful.

However, we are currently taking a bit more conservative approach with our model, estimating breakeven by the end of 2020 and revenue of $74 million in 2021, with Adjusted EPS of $0.78. By applying a 5x revenue multiple to our 2021 estimate, we derive a market cap of about $370 million, which when divided by about 25 million future shares, we arrive at our target price of $15. Additionally, if we use a P/E approach and our 2021 EPS estimate of $0.78, our $15 target would be about 19.2x future earnings.

## Risks

While Akoustis has made significant design and manufacturing progress, it is still a late-stage development company, who has yet to prove that its prototype designs can be manufactured in commercially acceptable volumes. It may be the case that what can be proven in the lab, cannot be done in high volumes at prices that would be competitive in the market.

The company has acquired an existing MEMS manufacturing facility that it is repurposing for BAW filter production. While the manufacturing processes are similar, the company may be unable to cost-effectively adapt this capacity to its needs.

The BAW filter industry is largely controlled by a duopoly and it may prove more difficult than Akoustis expects to gain market share, regardless of their product's technical merits.

Incumbents may choose to become aggressive on pricing in an attempt to keep Akoustis from gaining market share, which may make Akoustis' manufacturing model unprofitable.

The company has limited liquidity and it may be unable to raise the capital resources necessary to fully commercialize its technology.





BAW filter incumbents may claim that Akoustis designs infringe on their intellectual property and may choose to litigate, which could prove costly to defend and may make potential customers hesitant to use Akoustis' designs.

The company is dependent on the intellectual resources of a few key employees. Should any of these chose to leave the firm, it may significantly reduce the company's chance of success.



## Akoustis (AKTS) Income Statement ($ milllions, except per share)

Cody G. Acree, CFA
972-564-8416
cacree@drexelhamilton.com

David N. Williams
972-564-8413
dwilliams@drexelhamilton.com

| | FY17A Jun-17 | 1Q18A Sep-17 | 2Q18E Dec-17 | 3Q18E Mar-18 | 4Q18E Jun-18 | FY18E Jun-18 | 1Q19E Sep-18 | 2Q19E Dec-18 | 3Q19E Mar-19 | 4Q19E Jun-19 | FY19E Jun-19 | 1Q20E Sep-19 | 2Q20E Dec-19 | 3Q20E Mar-20 | 4Q20E Jun-20 | FY20E | FY21E Jun-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | 0.5 | 0.3 | 0.5 | 0.6 | 0.7 | 2.0 | 1.0 | 1.5 | 3.0 | 5.5 | 11.0 | 7.0 | 8.0 | 9.0 | 10.0 | 34.0 | 74.0 |
| **Cost of Goods Sold** | - | 0.2 | 0.3 | 0.4 | 0.4 | 1.3 | 0.6 | 0.9 | 1.6 | 2.6 | 5.7 | 3.2 | 3.4 | 3.7 | 4.0 | 14.3 | 29.6 |
| **Adjusted Gross Profit** | **-** | **0.1** | **0.2** | **0.2** | **0.3** | **0.7** | **0.4** | **0.6** | **1.4** | **2.9** | **5.3** | **3.9** | **4.6** | **5.3** | **6.0** | **19.7** | **44.4** |
| Research and Development | 4.4 | 3.0 | 3.0 | 3.1 | 3.2 | 12.3 | 3.3 | 3.4 | 3.6 | 3.7 | 13.9 | 3.8 | 4.0 | 4.2 | 4.3 | 16.3 | 19.1 |
| General and Administrative Expenses | 6.0 | 1.8 | 1.9 | 1.9 | 1.9 | 7.5 | 2.0 | 2.1 | 2.2 | 2.3 | 8.5 | 2.3 | 2.4 | 2.5 | 2.6 | 9.9 | 11.6 |
| Stock Based Comp Adjustment | | (0.6) | (0.6) | (0.7) | (0.7) | (2.6) | (0.7) | (0.8) | (0.8) | (0.8) | (3.1) | (0.9) | (0.9) | (1.0) | (1.0) | (3.8) | (4.6) |
| **Adjusted Operating Expenses** | **6.5** | **4.2** | **4.3** | **4.3** | **4.4** | **17.2** | **4.6** | **4.7** | **4.9** | **5.1** | **19.3** | **5.3** | **5.5** | **5.7** | **5.9** | **22.5** | **26.1** |
| **Adjusted Earnings/Loss from Ops** | **(6.1)** | **(4.1)** | **(4.1)** | **(4.1)** | **(4.1)** | **(16.5)** | **(4.2)** | **(4.1)** | **(3.5)** | **(2.2)** | **(14.0)** | **(1.5)** | **(0.9)** | **(0.4)** | **0.1** | **(2.7)** | **18.3** |
| Grant Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Income (expense) | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | 0.3 |
| Interest Income | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in Fair Value of Derivative Liabilities | (0.9) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Adjusted Other Income (expense)** | **0.0** | **0.1** | **0.1** | **0.1** | **0.1** | **0.3** | **0.1** | **0.1** | **0.1** | **0.1** | **0.3** | **0.1** | **0.1** | **0.1** | **0.1** | **0.3** | **0.3** |
| **Adjusted Earnings Before Taxes** | **(6.1)** | **(4.0)** | **(4.0)** | **(4.0)** | **(4.0)** | **(16.1)** | **(4.1)** | **(4.0)** | **(3.4)** | **(2.2)** | **(13.6)** | **(1.4)** | **(0.9)** | **(0.3)** | **0.2** | **(2.4)** | **18.7** |
| **Income Tax Provision (benefit)** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Adjusted Net Income** | **(6.1)** | **(4.0)** | **(4.0)** | **(4.0)** | **(4.0)** | **(16.1)** | **(4.1)** | **(4.0)** | **(3.4)** | **(2.2)** | **(13.6)** | **(1.4)** | **(0.9)** | **(0.3)** | **0.2** | **(2.4)** | **18.7** |
| *Non-GAAP to GAAP Total Adjustments* | | *(0.6)* | *(0.6)* | *(0.7)* | *(0.7)* | *(2.6)* | *(0.7)* | *(0.8)* | *(0.8)* | *(0.8)* | *(3.1)* | *(0.9)* | *(0.9)* | *(1.0)* | *(1.0)* | *(3.8)* | *(4.6)* |
| **Net Income (Loss) GAAP** | (9.1) | (4.6) | (4.6) | (4.7) | (4.7) | (18.7) | (4.8) | (4.8) | (4.2) | (3.0) | (16.8) | (2.2) | (1.8) | (1.3) | (0.9) | (6.2) | 14.0 |
| **Net Adjusted EPS (Diluted)** | **($0.36)** | **($0.21)** | **($0.18)** | **($0.18)** | **($0.18)** | **($0.74)** | **($0.18)** | **($0.18)** | **($0.15)** | **($0.09)** | **($0.60)** | **($0.06)** | **($0.04)** | **($0.01)** | **$0.01** | **($0.10)** | **$0.78** |
| **Net Earnings (loss) Per Share Diluted** | **($0.54)** | **($0.24)** | **($0.21)** | **($0.21)** | **($0.21)** | **($0.86)** | **($0.21)** | **($0.21)** | **($0.18)** | **($0.13)** | **($0.73)** | **($0.10)** | **($0.08)** | **($0.06)** | **($0.04)** | **($0.27)** | **$0.59** |
| **Shares Outstanding - Diluted** | 16.99 | 19.17 | 22.40 | 22.51 | 22.62 | 21.68 | 22.74 | 22.85 | 22.97 | 23.08 | 22.91 | 23.20 | 23.31 | 23.43 | 23.55 | 23.37 | 23.84 |
| Stock Based Comp. Expense | 3.91 | 0.60 | 0.63 | 0.66 | 0.69 | 2.58 | 0.73 | 0.76 | 0.80 | 0.84 | 3.13 | 0.88 | 0.93 | 0.97 | 1.02 | 3.81 | 4.63 |
| **Adjusted EBITDA** | **(5.94)** | **(3.89)** | **(3.86)** | **(3.89)** | **(3.89)** | **(15.53)** | **(3.93)** | **(3.85)** | **(3.24)** | **(2.01)** | **(13.03)** | **(1.21)** | **(0.71)** | **(0.17)** | **0.30** | **(1.78)** | **19.26** |
| **Annual Sales Growth** | N/A | N/A | N/A | 246% | 127% | 311% | 232% | 233% | 445% | 686% | 450% | 600% | 433% | 200% | 82% | 209% | 118% |
| Sequential Sales Growth | N/A | N/A | 0% | 0% | 0% | N/A | 0% | 0% | 0% | 0% | N/A | 0% | 0% | 0% | 0% | N/A | N/A |
| **Annual Earnings Growth** | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | 0% |
| Sequential Earnings Growth | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | 0% |
| Cost of Revenue | 0% | 64% | 64% | 64% | 62% | 63% | 61% | 57% | 52% | 48% | 52% | 45% | 43% | 41% | 40% | 42% | 40% |
| Gross Margin | 100% | 36% | 36% | 36% | 38% | 37% | 39% | 43% | 48% | 52% | 49% | 55% | 57% | 59% | 60% | 58% | 60% |
| Research & Development % OpEx | 42% | 62% | 62% | 62% | 62% | 62% | 62% | 62% | 62% | 62% | 62% | 62% | 62% | 62% | 62% | 62% | 62% |
| General and Administrative % OpEx | 58% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 38% |
| Operating Margin | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | -21% | -12% | -4% | 1% | -8% | 25% |
| Net Margin | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | -19% | -11% | -4% | 2% | -7% | 25% |
| Adjusted EBITDA Margin | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | -17% | -9% | -2% | 3% | -5% | 26% |
| Adjusted Tax Rate | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

*Source: Company Reports & Drexel Hamilton Estimates*



Akoustis Technologies, Inc.

February 8, 2018

## Akoustis (AKTS) Balance Sheet ($ milllions, except per share)

| | 1Q17A | 2Q17A | 3Q17A | 4Q17A | 1Q18A | 2Q18E | 3Q18E | 4Q18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sep-16 | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | Mar-20 | Jun-20 | Jun-21 |
| **Current Assets** | | | | | | | | | | | | | | | | | |
| Cash and Cash Equivalents | 3.1 | 5.0 | 9.4 | 9.6 | 5.4 | 11.6 | 5.7 | 0.6 | (5.0) | (10.4) | (15.6) | (18.9) | (21.8) | (24.3) | (26.7) | (27.9) | (15.8) |
| Inventory | 0.0 | 0.0 | 0.0 | 0.2 | 0.1 | 0.3 | 0.5 | 0.3 | 0.3 | 0.3 | 0.5 | 0.3 | 0.3 | 0.3 | 0.5 | 0.3 | 0.3 |
| Prepaid Expenses | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Deposits | | | 0.7 | 0.0 | 0.1 | 0.0 | 0.0 | - | - | - | - | - | - | - | - | - | - |
| Accounts Recievable | - | 0.0 | - | - | 0.3 | - | 0.2 | 0.1 | - | - | 0.2 | 0.1 | - | - | 0.2 | 0.1 | 0.1 |
| **Total Current Assets** | **3.2** | **5.2** | **10.3** | **10.0** | **6.1** | **12.1** | **6.6** | **1.2** | **(4.5)** | **(9.9)** | **(14.7)** | **(18.3)** | **(21.3)** | **(23.8)** | **(25.8)** | **(27.3)** | **(15.2)** |
| **Non Current Assets** | | | | | | | | | | | | | | | | | |
| Property and Equipment, net | 0.2 | 0.6 | 0.7 | 7.9 | 10.2 | 11.9 | 13.7 | 15.4 | 15.4 | 17.2 | 18.9 | 20.7 | 20.9 | 22.9 | 24.9 | 26.9 | 32.9 |
| Intangibles, Net | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Other Assets | 0.1 | 0.0 | 0.0 | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **Total Assets** | **3.6** | **5.9** | **11.1** | **18.1** | **16.6** | **24.4** | **20.6** | **17.0** | **11.3** | **7.7** | **4.6** | **2.8** | **0.0** | **(0.5)** | **(0.5)** | **0.0** | **18.1** |
| **Current Liabilities** | | | | | | | | | | | | | | | | | |
| Accounts Payable and Accrued Expenses | 0.8 | 0.9 | 1.3 | 1.3 | 3.8 | 2.1 | 2.1 | 2.3 | 2.2 | 2.3 | 2.4 | 2.5 | 2.6 | 2.7 | 2.8 | 2.9 | 3.4 |
| Deferred Revenue | | 0.0 | 0.0 | 0.0 | 0.0 | | | | | | | | | | | | - |
| Convertible Notes Payable | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Current Liabilities** | **0.8** | **0.9** | **1.3** | **1.4** | **3.8** | **2.1** | **2.1** | **2.3** | **2.2** | **2.3** | **2.4** | **2.5** | **2.6** | **2.7** | **2.8** | **2.9** | **3.4** |
| **Contingent Real Estate Liability** | - | - | - | 1.7 | 1.7 | | | | | | | | | | | | |
| **Derivative Liabilities** | 1.5 | 0.4 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Liabilities** | **2.3** | **1.3** | **1.3** | **3.1** | **5.6** | **2.1** | **2.1** | **2.3** | **2.2** | **2.3** | **2.4** | **2.5** | **2.6** | **2.7** | **2.8** | **2.9** | **3.4** |
| **Total Shareholders Equity** | **1.3** | **4.6** | **9.8** | **15.0** | **11.1** | **22.3** | **18.5** | **14.7** | **9.1** | **5.4** | **2.2** | **0.3** | **(2.6)** | **(3.2)** | **(3.3)** | **(2.9)** | **14.7** |
| **Total Liabilities & Shareholders Equity** | **3.6** | **5.9** | **11.1** | **18.1** | **16.6** | **24.4** | **20.6** | **17.0** | **11.3** | **7.7** | **4.6** | **2.8** | **0.0** | **(0.5)** | **(0.5)** | **0.0** | **18.1** |
| Total cash | 3.1 | 5.0 | 9.4 | 9.6 | 5.4 | 11.6 | 5.7 | 0.6 | (5.0) | (10.4) | (15.6) | (18.9) | (21.8) | (24.3) | (26.7) | (27.9) | (15.8) |
| Total cash and investments | 3.1 | 5.0 | 9.4 | 9.6 | 5.4 | 11.6 | 5.7 | 0.6 | (5.0) | (10.4) | (15.6) | (18.9) | (21.8) | (24.3) | (26.7) | (27.9) | (15.8) |
| Total debt (LT + ST) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net cash | 3.1 | 5.0 | 9.4 | 9.6 | 5.4 | 11.6 | 5.7 | 0.6 | (5.0) | (10.4) | (15.6) | (18.9) | (21.8) | (24.3) | (26.7) | (27.9) | (15.8) |
| Net Debt | (3.1) | (5.0) | (9.4) | (9.6) | (5.4) | (11.6) | (5.7) | (0.6) | 5.0 | 10.4 | 15.6 | 18.9 | 21.8 | 24.3 | 26.7 | 27.9 | 15.8 |
| Net cash per share ($) | $0.19 | $0.31 | $0.53 | $0.53 | $0.28 | $0.52 | 0.25 | 0.02 | (0.22) | (0.45) | (0.68) | (0.82) | (0.94) | (1.04) | (1.14) | (1.19) | (0.66) |
| BV/Share | $0.08 | $0.29 | $0.55 | $0.83 | $0.58 | $1.00 | 0.82 | 0.65 | 0.40 | 0.24 | 0.10 | 0.01 | (0.11) | (0.14) | (0.14) | (0.12) | 0.61 |

*Source: Company Reports & Drexel Hamilton Estimates*



## Akoustis (AKTS) Cash Flow ($ milllions, except per share)

| | FY15 Jun-16 | FY17A Jun-17 | FY18E Jun-18 | FY19E Jun-19 | FY20E Jun-20 | FY21E Jun-21 |
|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | |
| Net Income | (5.4) | (9.1) | (18.7) | (16.8) | (6.2) | 14.0 |
| Depreciation | 0.0 | 0.1 | - | - | - | - |
| Amortization of intangibles | 0.0 | 0.0 | (0.9) | (0.7) | (0.3) | 0.6 |
| Share Based Compensation | 0.9 | 3.9 | 2.6 | 3.1 | 3.8 | 4.6 |
| Change in Fair Value of Derivative Liabilities | 1.0 | 0.9 | - | - | - | - |
| Accounts Recievable | - | - | (0.1) | 0.0 | (0.0) | 0.0 |
| Inventory | (0.0) | (0.0) | (0.1) | - | - | - |
| Accounts Payable and Accrued Expenses | 0.2 | 0.6 | 1.0 | 0.2 | 0.4 | 0.5 |
| Prepaid Expenses | 0.0 | (0.1) | (0.0) | - | - | - |
| Cash Paid for Deposits | | | 0.0 | - | - | - |
| Deferred Revenue | - | 0.0 | (0.0) | - | - | - |
| Other Assets | - | (1.8) | (0.2) | - | - | - |
| **Cash Flow from Operating Activities** | **(3.3)** | **5.5** | **(14.6)** | **(12.5)** | **(1.0)** | **20.1** |
| **Investing Activities** | | | | | | |
| Cash Paid for Machinery & Equipment | (0.1) | (4.5) | (7.8) | (7.0) | (8.0) | (8.0) |
| Cash Paid for Intangibles | (0.0) | (0.1) | (0.0) | - | - | - |
| **Cash Flow from Investing Activities** | **(0.2)** | **(4.5)** | **(7.8)** | **(7.0)** | **(8.0)** | **(8.0)** |
| **Financing Activities** | | | | | | |
| Borrowings from promissory note | - | - | - | - | - | - |
| Repayment of promissory note | - | - | - | - | - | - |
| Proceeds from Issuance of Common Stock | 3.3 | 15.4 | 13.3 | - | - | - |
| Proceeds from Exercise of Warrants | | 0.2 | | | | |
| Proceeds from issuance of preferred stock | - | - | - | - | - | - |
| Proceeds from Debt Issuance | 0.0 | - | - | - | - | - |
| Proceeds received from convertible note | - | - | - | - | - | - |
| **Cash Flow from Financing Activities** | **3.3** | **15.6** | **13.3** | **-** | **-** | **-** |
| **Cash Flow Net Changes in Cash** | **(0.2)** | **5.5** | **(9.1)** | **(19.5)** | **(9.0)** | **12.1** |
| Beginning Cash | 4.3 | 4.2 | 9.6 | 0.6 | (18.9) | (27.9) |
| **Ending Cash** | **4.2** | **9.6** | **0.6** | **(18.9)** | **(27.9)** | **(15.8)** |

*Source: Company Reports & Drexel Hamilton Estimates*



# Important Disclosures

## Investment Risk

While Akoustis has made significant design and manufacturing progress, it is still a late-stage development company, who has yet to prove that its prototype designs can be manufactured in commercially acceptable volumes. It may be the case that what can be proven in the lab, cannot be done in high volumes at prices that would be competitive in the market.

The company has acquired an existing MEMS manufacturing facility that it is repurposing for BAW filter production. While the manufacturing processes are similar, the company may be unable to cost-effectively adapt this capacity to its needs.

The BAW filter industry is largely controlled by a duopoly and it may prove more difficult than Akoustis expects to gain market share, regardless of their product's technical merits.

Incumbents may choose to become aggressive on pricing in an attempt to keep Akoustis from gaining market share, which may make Akoustis' manufacturing model unprofitable.

The company has limited liquidity and it may be unable to raise the capital resources necessary to fully commercialize its technology.

BAW filter incumbents may claim that Akoustis designs infringe on their intellectual property and may choose to litigate, which could prove costly to defend and may make potential customers hesitant to use Akoustis' designs.

The company is dependent on the intellectual resources of a few key employees, should any of these chose to leave the firm, it may significantly reduce the company's chance of success.

## Valuation Methodology

Our model is conservatively estimating revenue of $74 million in 2021, with Adjusted EPS of $0.78. Applying a 5x revenue multiple, we derive a market cap of about $370 million, which when divided by about 25 million future shares, we arrive at our target price of $15, or 19.2x our 2021 EPS estimate of $0.78.

## Analyst Certification

I, Cody Acree, CFA and David Williams, was principally responsible for the preparation of this research report and certify that the views expressed in this research report accurately reflect my personal views about the subject security(ies) or issuer(s) and that my compensation was not, is not, or will not be directly or indirectly related to the specific recommendations or views contained in this research report.

## Rating Definitions

The Equity Research Department Stock Rating System consists of three separate ratings. The appropriate rating is determined by a stock's estimated 12-month total return potential, which consists of the expected percentage price change to the 12-month price target plus the current yield on anticipated dividends. A 12-month price target is the analyst's best estimate of the market price of the stock in 12 months. A 12-month price target is highly subjective and the result of numerous assumptions, including company, industry, and market fundamentals, both on an absolute and relative basis, as well as investor sentiment, which can be highly volatile.

The definition of each rating is as follows:

Buy: estimated total return potential greater than or equal to 10%
Hold: estimated total return potential greater than -10% and less than 10%
Sell: estimated total return potential less than or equal to -10%
NR: Not Rated

## Drexel Hamilton ratings distribution (as of 02/8/2018):

All companies under coverage:

| | |
|---|---|
| Buy | 78.00% |
| Hold | 22.00% |
| Sell | 0.00% |
| Not Rated (NR) | 0.00% |

All companies under coverage to which it has provided investment banking services in the previous 12 months:

| | |
|---|---|
| Buy | 15.38% |
| Hold | 0% |
| Sell | 0% |
| Not Rated (NR) | 0% |

## Issuer-Specific Disclosures (as of 02/8/2018):

Drexel Hamilton or an affiliate has received compensation from this subject company Akoustis Technologies, Inc. for investment banking services in the last 12 months.

Drexel Hamilton or an affiliate expects to receive or intends to seek compensation for investment banking services from this subject company Akoustis Technologies, Inc. within the next three months.

## General Disclosures

Electronic research is simultaneously available to all clients. This report is provided to Drexel Hamilton clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Drexel Hamilton. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Drexel Hamilton.



This report is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

## Other Disclosures

The information and statistics in this report have been obtained from sources we believe are reliable but we do not warrant their accuracy or completeness. We do not undertake to advise the reader as to changes in figures or our views. This is not a solicitation of an order to buy or sell any securities.

FINRA Regulation has adopted rules that will prohibit research analysts from trading in securities of covered companies during specified time periods before and after the publication of research.

Drexel Hamilton will effect agency transactions in the securities mentioned, on behalf of its clients submitting orders to buy or sell.

Drexel Hamilton makes its research reports available to institutional investors through Bloomberg, Thomson Reuters, FactSet, and Capital IQ.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Drexel Hamilton.

Copyright ©2018 Drexel Hamilton. Member FINRA and SIPC.

# EXHIBIT O




# XBAW® TECHNOLOGY

## XBAW® Technology

HIGHER THERMAL CONDUCTIVITY DRIVEN BY
BETTER QUALITY SINGLE CRYSTAL AlN
3.6GHz
Single Crystal Piezo
Poly Crystal Piezo
Output Power (dBm)
Input Power (dBm)
Peak Power | dBm | W
Single Crystal | 46.1 | 40.6
Poly Crystal | 43.5 | 22.5

### Why High Purity AlN Piezoelectric

- Acoustic properties maintained over wide thickness range enabling high frequency applications
  - Consistently low rocking curve FWHM
  - Consistently high sound velocity measured
- Enhanced crystal quality drives 40x narrower XRD FWHM (0.028° vs. 1.26°)
- Single crystal AlN provides enhanced piezoelectric properties (d33,e33)
- Demonstrated power handling > 10W @ 3.7GHz

CHOOSE FROM GALLERY

INDUSTRY CHALLENGES | TECHNOLOGY BENEFITS | DIFFERENTIATED SOLUTIONS

© 2023 AKOUSTIS. All Rights Reserved. | Privacy Policy

# EXHIBIT P



US009673384B2

(12) **United States Patent**
**Shealy**

(10) **Patent No.: US 9,673,384 B2**
(45) **Date of Patent: *Jun. 6, 2017**

(54) **RESONANCE CIRCUIT WITH A SINGLE CRYSTAL CAPACITOR DIELECTRIC MATERIAL**

(71) Applicant: **Akoustis, Inc.**, Cornelius, NC (US)

(72) Inventor: **Jeffrey B. Shealy**, Cornelius, NC (US)

(73) Assignee: **AKOUSTIS, INC.**, Huntersville, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 259 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/298,057**

(22) Filed: **Jun. 6, 2014**

(65) **Prior Publication Data**

US 2015/0357994 A1 Dec. 10, 2015

(51) **Int. Cl.**

| | |
|---|---|
| ***H01G 4/08*** | (2006.01) |
| ***H01L 41/314*** | (2013.01) |
| ***H03H 9/02*** | (2006.01) |
| ***H03H 9/17*** | (2006.01) |

(52) **U.S. Cl.**

CPC ....... ***H01L 41/314*** (2013.01); ***H03H 9/02574*** (2013.01); ***H03H 9/174*** (2013.01); *H01G 4/08* (2013.01); *H03H 9/175* (2013.01); *Y10T 29/43* (2015.01)

(58) **Field of Classification Search**

CPC H01G 4/30; H01G 4/012; H01G 4/20; H01G 4/005; H01G 4/255

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,231,327 A | 7/1993 | Ketcham |
| 5,894,647 A | 4/1999 | Lakin |
| 6,051,907 A | 4/2000 | Ylilammi |
| 6,114,635 A | 9/2000 | Lakin et al. |
| 6,262,637 B1 | 7/2001 | Bradley et al. |
| 6,377,137 B1 | 4/2002 | Ruby |
| 6,384,697 B1 | 5/2002 | Ruby |
| 6,472,954 B1 | 10/2002 | Ruby et al. |
| 6,617,060 B2 | 9/2003 | Weeks, Jr. et al. |
| 6,812,619 B1 | 11/2004 | Kaitila et al. |
| 6,841,922 B2 * | 1/2005 | Aigner .................. H03H 9/175 310/335 |
| 6,864,619 B2 | 3/2005 | Aigner et al. |
| 6,879,224 B2 | 4/2005 | Frank |
| 6,909,340 B2 | 6/2005 | Aigner et al. |
| 6,933,807 B2 | 8/2005 | Marksteiner et al. |
| 7,112,860 B2 | 9/2006 | Saxler |
| 7,250,360 B2 | 7/2007 | Shealy et al. |

(Continued)

*Primary Examiner* — Nguyen Ha

(74) *Attorney, Agent, or Firm* — Richard T. Ogawa; Ogawa P.C.

(57) **ABSTRACT**

A single crystal acoustic electronic device. The device has a substrate having a surface region. The device has a first electrode material coupled to a portion of the substrate and a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns and overlying an exposed portion of the surface region and coupled to the first electrode material. In an example, the single crystal capacitor dielectric material is characterized by a dislocation density of less than $10^{12}$ defects/$cm^2$. A second electrode material is overlying the single crystal capacitor dielectric material.

**42 Claims, 9 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,268,436 | B2 | 9/2007 | Aigner et al. | |
| 7,365,619 | B2 | 4/2008 | Aigner et al. | |
| 7,514,759 | B1 | 4/2009 | Mehta et al. | |
| 7,875,910 | B2 | 1/2011 | Sheppard et al. | |
| 7,982,363 | B2 | 7/2011 | Chitnis | |
| 8,304,271 | B2 | 11/2012 | Huang et al. | |
| 2005/0264137 | A1* | 12/2005 | Taniguchi | H03H 3/02 310/324 |
| 2006/0072282 | A1* | 4/2006 | Uchida | H01G 4/1227 361/320 |
| 2006/0249811 | A1* | 11/2006 | Sakashita | B82Y 30/00 257/532 |
| 2016/0036580 | A1* | 2/2016 | Shealy | H04B 1/44 370/297 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

| Filter Solution | Conventional | Present Example |
|---|---|---|
| Filter type | BAW or FBAR | BAW |
| Filter Peizo Material | AlN, ZnO, PZT | Single Crystal GaN or AlGaN |
| Substrate | Silicon/Sapphire | Silicon |
| Technique | Sputtered | MOCVD |
| Crystal Quality | Amorphous (random) | Single-Crystal (ordered) |
| Acoustic Coupling ($K^2$) | Poor (6.5%-15%) | Better (>30% projected) |
| Filter Insertion Loss (dB) | -3dB (Lossy) | -1dB is goal (Disruptive) |
| Adjacent channel rejection | good | better |
| Transmitter Impact | 60% Tx Power lost | 20% Tx Power lost |
| Receiver Impact | Degrade Signal Quality | Improved Signal Quality |

FIG. 13

# RESONANCE CIRCUIT WITH A SINGLE CRYSTAL CAPACITOR DIELECTRIC MATERIAL

## CROSS-REFERENCES TO RELATED APPLICATIONS

The present application incorporates by reference, for all purposes, the following concurrently filed patent applications, all commonly owned: Ser. No. 14/298,076 titled "METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT", filed Jun. 6, 2014, and Ser. No. 14/298,100 titled "INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES", filed Jun. 6, 2014.

## BACKGROUND OF THE INVENTION

The present invention relates generally to electronic devices. More particularly, the present invention provides techniques related to a single crystal acoustic resonator. Merely by way of example, the invention has been applied to a resonator device for a communication device, mobile device, computing device, among others.

Mobile telecommunication devices have been successfully deployed world-wide. Over a billion mobile devices, including cell phones and smartphones, were manufactured in a single year and unit volume continues to increase year-over-year. With ramp of 4G/LTE in about 2012, and explosion of mobile data traffic, data rich content is driving the growth of the smartphone segment—which is expected to reach 2B per annum within the next few years. Coexistence of new and legacy standards and thirst for higher data rate requirements is driving RF complexity in smartphones. Unfortunately, limitations exist with conventional RF technology that is problematic, and may lead to drawbacks in the future.

From the above, it is seen that techniques for improving electronic devices are highly desirable.

## BRIEF SUMMARY OF THE INVENTION

According to the present invention, techniques generally related to electronic devices are provided. More particularly, the present invention provides techniques related to a single crystal acoustic resonator. Merely by way of example, the invention has been applied to a resonator device for a communication device, mobile device, computing device, among others.

In an example, the present invention provides a single crystal capacitor dielectric material configured on a substrate by a limited area epitaxy. The material is coupled between a pair of electrodes, which are configured from a topside and a backside of a substrate member, in an example. In an example, the single crystal capacitor dielectric material is provided using a metal-organic chemical vapor deposition, a molecular beam epitaxy, an atomic layer deposition, a pulsed laser deposition, a chemical vapor deposition, or a wafer bonding process. In an example, the limited area epitaxy is lifted-off the substrate and transferred to another substrate. In an example, the material is characterized by a defect density of less than 1E+11 defects per square centimeter. In an example, the single crystal capacitor material is selected from at least one of AlN, AlGaN, InN, BN, or other group III nitrides. In an example, the single crystal capacitor

material is selected from at least one of a single crystal oxide including a high K dielectric, ZnO, or MgO.

In an example, a single crystal acoustic electronic device is provided. The device has a substrate having a surface region. The device has a first electrode material coupled to a portion of the substrate and a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns and overlying an exposed portion of the surface region and coupled to the first electrode material. In an example, the single crystal capacitor dielectric material is characterized by a dislocation density of less than $10^{12}$ defects/$cm^2$. A second electrode material is overlying the single crystal capacitor dielectric material.

One or more benefits are achieved over pre-existing techniques using the invention. In particular, the invention enables a cost-effective resonator device for communications applications. In a specific embodiment, the present device can be manufactured in a relatively simple and cost effective manner. Depending upon the embodiment, the present apparatus and method can be manufactured using conventional materials and/or methods according to one of ordinary skill in the art. The present device uses a gallium and nitrogen containing material that is single crystalline. Depending upon the embodiment, one or more of these benefits may be achieved. Of course, there can be other variations, modifications, and alternatives.

A further understanding of the nature and advantages of the invention may be realized by reference to the latter portions of the specification and attached drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

In order to more fully understand the present invention, reference is made to the accompanying drawings. Understanding that these drawings are not to be considered limitations in the scope of the invention, the presently described embodiments and the presently understood best mode of the invention are described with additional detail through use of the accompanying drawings in which:

FIG. **1** is a simplified diagram illustrating a surface single crystal acoustic resonator according to an example of the present invention.

FIG. **2** is a simplified diagram illustrating a bulk single crystal acoustic resonator according to an example of the present invention.

FIG. **3** is a simplified diagram illustrating a feature of a bulk single crystal acoustic resonator according to an example of the present invention.

FIG. **4** is a simplified diagram illustrating a piezo structure according to an example of the present invention.

FIG. **5** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

FIG. **6** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

FIG. **7** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

FIG. **8** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

FIG. **9** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

FIG. **10** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

FIG. **11** is a simplified diagram of a substrate member according to an example of the present invention.

FIG. **12** is a simplified diagram of a substrate member according to an example of the present invention.

FIG. **13** is a simplified table illustrating features of a conventional filter compared against the present examples according to examples of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

According to the present invention, techniques generally related to electronic devices are provided. More particularly, the present invention provides techniques related to a single crystal acoustic resonator. Merely by way of example, the invention has been applied to a resonator device for a communication device, mobile device, computing device, among others.

As additional background, the number of bands supported by smartphones is estimated to grow by 7-fold compared to conventional techniques. As a result, more bands mean high selectivity filter performance is becoming a differentiator in the RF front end of smartphones. Unfortunately, conventional techniques have severe limitations.

That is, conventional filter technology is based upon amorphous materials and whose electromechanical coupling efficiency is poor (only 7.5% for non-lead containing materials) leading to nearly half the transmit power dissipated in high selectivity filters. In addition, single crystal acoustic wave devices are expected to deliver improvements in adjacent channel rejection. Since there are twenty (20) or more filters in present smartphone and the filters are inserted between the power amplifier and the antenna solution, then there is an opportunity to improve the RF front end by reducing thermal dissipation, size of power amplifier while enhancing the signal quality of the smartphone receiver and maximize the spectral efficiency within the system.

Utilizing single crystal acoustic wave device (herein after "SAW" device) and filter solutions, one or more of the following benefits may be achieved: (1) large diameter silicon wafers (up to 200 mm) are expected to realize cost-effective high performance solutions, (2) electromechanical coupling efficiency is expected to more than triple with newly engineered strained piezo electric materials, (3) Filter insertion loss is expected to reduce by 1 dB enabling longer battery life, improve thermal management with smaller RF footprint and improving the signal quality and user experience. These and other benefits can be realized by the present device and method as further provided throughout the present specification, and more particularly below.

FIG. **1** is a simplified diagram illustrating a surface single crystal acoustic resonator according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. The present surface single crystal acoustic resonator device **100** having a crystalline piezo material **120** overlying a substrate **110** is illustrated. As shown, an acoustic wave propagates in a lateral direction from a first spatial region to a second spatial region substantially parallel to a pair of electrical ports **140**, which form an inter-digital transducer configuration **130** with a plurality of metal lines **131** that are spatially disposed between the pair of electrical ports **140**. In an example, the electrical ports on the left side can be designated for signal input, while the electrical ports on the right side are designated for signal output. In an example, a pair of electrode regions are configured and routed to a vicinity of a plane parallel to a contact region coupled to the second electrode material.

In a SAW device example, surface acoustic waves produce resonant behavior over a narrow frequency band near 880 MHz to 915 MHz frequency band—which is a designated passband for a Europe, Middle East and Africa (EMEA) LTE enabled mobile smartphone. Depending on region of operation for the communication device, there can be variations. For example, in North American transmit bands, the resonator can be designed such that resonant behavior is near the 777 MHz to 787 MHz frequency passband. Other transmit bands, found in other regions, can be much higher in frequency, such as the Asian transmit band in the 2570 MHz to 2620 MHz passband. Further, the examples provided here are for transmit bands. In similar fashion, the passband on the receiver side of the radio front end also require similar performing resonant filters. Of course, there can be variations, modifications, and alternatives.

Other characteristics of surface acoustic wave devices include the fundamental frequency of the SAW device, which is determined by the surface propagation velocity (determined by the crystalline quality of the piezo-electric material selected for the resonator) divided by the wavelength (determined by the fingers in the interdigitated layout in FIG. **1**). Measured propagation velocity (also referred to as SAW velocity) in GaN of approximately 5800 m/s has been recorded, while similar values are expected for AlN. Accordingly, higher SAW velocity of such Group III-nitrides enables a resonator to process higher frequency signals for a given device geometry.

Resonators made from Group III-nitrides are desirable as such materials operate at high power (leveraging their high critical electric field), high temperature (low intrinsic carrier concentration from their large bandgap) and high frequency (high saturated electron velocities). Such high power devices (greater than 10 Watts) are utilized in wireless infrastructure and commercial and military radar systems to name a few. Further, stability, survivability and reliability of such devices are critical for field deployment.

Further details of each of the elements provided in the present device can be found throughout the present specification and more particular below.

FIG. **2** is a simplified diagram illustrating a bulk single crystal acoustic resonator according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. The present bulk single crystal acoustic resonator device **200** having a crystalline piezo material is illustrated. As shown, an acoustic wave propagates in a vertical direction from a first spatial region to a second spatial region between an upper electrode material **231** and a substrate member **210**. As shown, the crystalline piezo material **220** is configured between the upper (**231**) and lower (**232**) electrode material. The top electrode material **231** is configured underneath a plurality of optional reflector layers, which are formed overlying the top electrode **231** to form an acoustic reflector region **240**.

In a bulk acoustic wave (hereinafter "BAW") device example, acoustic waves produce resonant behavior over a narrow frequency band near 3600 MHz to 3800 MHz frequency band—which is a designated passband for a LTE enabled mobile smartphone. Depending on region of operation for the communication device, there can be variations. For example, in North American transmit bands, the resonator can be designed such that resonant behavior is near the 2000 MHz to 2020 MHz frequency passband. Other transmit bands, found in other regions such as the Asian transmit band in the 2500 MHz to 2570 MHz passband. Further, the examples provided here are for transmit bands. In similar fashion, the passband on the receiver side of the radio front

end also require similar performing resonant filters. Of course, there can be variations, modifications, and alternatives.

Other characteristics of single crystal BAW devices include the electromechanical acoustic coupling in the device, which is proportionate to the piezoelectricity constant (influence by the design and strain of the single crystal piezo layer) divided by the acoustic wave velocity (influenced by scattering and reflections in the piezo material). Acoustic wave velocity in GaN of over 5300 m/s has been observed. Accordingly, high acoustic wave velocity of such Group III-nitrides enables a resonator to process higher frequency signals for a given device geometry.

Similar to SAW devices, resonators made from Group III-nitrides are desirable as such materials operate at high power (leveraging their high critical electric field), high temperature (low intrinsic carrier concentration from their large bandgap) and high frequency (high saturated electron velocities). Such high power devices (greater than 10 Watts) are utilized in wireless infrastructure and commercial and military radar systems to name a few. Further, stability, survivability and reliability of such devices are critical for field deployment.

Further details of each of the materials provided in the present device can be found throughout the present specification and more particular below.

In an example, the device has a substrate, which has a surface region. In an example, the substrate can be a thickness of material, a composite, or other structure. In an example, the substrate can be selected from a dielectric material, a conductive material, a semiconductor material, or any combination of these materials. In an example, the substrate can also be a polymer member, or the like. In a preferred example, the substrate is selected from a material provided from silicon, a gallium arsenide, an aluminum oxide, or others, and their combinations.

In an example, the substrate is silicon. The substrate has a surface region, which can be in an off-set or off cut configuration. In an example, the surface region is configured in an off-set angle ranging from 0.5 degree to 1.0 degree. In an example, the substrate is <111> oriented and has high resistivity (greater than $10^3$ ohm-cm). Of course, there can be other variations, modifications, and alternatives.

In an example, the device has a first electrode material coupled to a portion of the substrate and a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns. In an example, the single crystal capacitor dielectric material has a suitable dislocation density. The dislocation density is less than $10^{12}$ defects/cm$^2$, and greater than $10^4$ defects per cm$^2$, and variations thereof. The device has a second electrode material overlying the single crystal capacitor dielectric material. Further details of each of these materials can be found throughout the present specification and more particularly below.

In an example, the single crystal capacitor material is a suitable single crystal material having desirable electrical properties. In an example, the single crystal capacitor material is generally a gallium and nitrogen containing material such as a AlN, AlGaN, or GaN, among InN, InGaN, BN, or other group III nitrides. In an example, the single crystal capacitor material is selected from at least one of a single crystal oxide including a high K dielectric, ZnO, MgO, or alloys of MgZnGaInO. In an example, the high K is characterized by a defect density of less than $10^{12}$ defects/cm$^2$, and greater than $10^4$ defects per cm$^2$. Of course, there can be other variations, modifications, and alternatives.

In an example, the single crystal capacitor dielectric material is characterized by a surface region at least 50 micron by 50 micron, and variations. In an example, the surface region can be 200 micron×200 um or as high as 1000 um×1000 um. Of course, there are variations, modifications, and alternatives.

In an example, the single crystal capacitor dielectric material is configured in a first strain state to compensate to the substrate. That is, the single crystal material is in a compressed or tensile strain state in relation to the overlying substrate material. In an example, the strained state of a GaN when deposited on silicon is tensile strained whereas an AlN layer is compressively strain relative to the silicon substrate.

In a preferred example, the single crystal capacitor dielectric material is deposited overlying an exposed portion of the substrate. In an example, the single crystal capacitor dielectric is lattice mismatched to the crystalline structure of the substrate, and may be strain compensated using a compressively strain piezo nucleation layer such as AlN or SiN.

In an example, the device has the first electrode material is configured via a backside of the substrate. In an example, the first electrode material is configured via a backside of the substrate. The configuration comprises a via structure configured within a thickness of the substrate.

In an example, the electrode materials can be made of a suitable material or materials. In an example, each of the first electrode material and the second electrode material is selected from a refractory metal or other precious metals. In an example, each of the first electrode material and the second electrode material is selected from one of tantalum, molybdenum, platinum, titanium, gold, aluminum tungsten, or platinum, combinations thereof, or the like.

In an example, the first electrode material and the single crystal capacitor dielectric material comprises a first interface region substantially free from an oxide bearing material. In an example, the first electrode material and the single crystal capacitor dielectric material comprises a second interface region substantially free from an oxide bearing material. In an example, the device can include a first contact coupled to the first electrode material and a second contact coupled to the second electrode material such that each of the first contact and the second contact are configured in a co-planar arrangement.

In an example, the device has a reflector region configured to the first electrode material. In an example, the device also has a reflector region configured to the second electrode material. The reflector region is made of alternating low impedance (e.g. dielectric) and high-impedance (e.g. metal) reflector layers, where each layer is targeted at one quarter-wave in thickness, although there can be variations.

In an example, the device has a nucleation material provided between the single crystal capacitor dielectric material and the first electrode material. The nucleation material is typically AlN or SiN.

In an example, the device has a capping material provided between the single crystal capacitor dielectric material and the second electrode material. In an example, the capping material is GaN.

In an example, the single crystal capacitor dielectric material preferably has other properties. That is, the single crystal capacitor dielectric material is characterized by a FWHM of less than one degree.

In an example, the single crystal capacitor dielectric is configured to propagate a longitudinal signal at an acoustic velocity of 5000 meters/second and greater. In other embodiments where strain is engineered, the signal can be

over 6000 m/s and below 12,000 m/s. Of course, there can be variations, modifications, and alternatives.

The device also has desirable resonance behavior when tested using a two-port network analyzer. The resonance behavior is characterized by two resonant frequencies (called series and parallel)—whereby one exhibits an electrical impedance of infinity and the other exhibits an impedance of zero. In between such frequencies, the device behaves inductively. In an example, the device has s-parameter derived from a two-port analysis, which can be converted to impedance. From s**11** parameter, the real and imaginary impedance of the device can be extracted. From s**21**, the transmission gain of the resonator can be calculated. Using the parallel resonance frequency along the known piezo layer thickness, the acoustic velocity can be calculated for the device.

FIG. **3** is a simplified diagram illustrating a feature of a bulk single crystal acoustic resonator according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. As shown, diagram **300** shows the present invention applied as a band pass filter for RF signals. A specific frequency range is allowed through the filter, as depicted by the darkened block elevated from the RF spectrum underneath the wavelength illustration. This block is matched to the signal allowed through the filter in the illustration above. Single crystal devices can offer better acoustic quality versus BAW devices due to lower filter loss and relieving the specification requirements on the power amplifier. These can result benefits for devices utilizing the present invention such as extended battery, efficient spectrum use, uninterrupted caller experience, and others.

FIG. **4** is a simplified diagram illustrating a piezo structure according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the structure **400** is configured on a bulk substrate member **410**, including a surface region. In an example, the single crystal piezo material epitaxial **420** is formed using a growth process. The growth process can include chemical vapor deposition, molecular beam epitaxial growth, or other techniques overlying the surface of the substrate. In an example, the single crystal piezo material can include single crystal gallium nitride (GaN) material, single crystal Al(x)Ga(1−x)N where $0<x<1.0$ (x="Al mole fraction") material, single crystal aluminum nitride (AlN) material, or any of the aforementioned in combination with each other. Of course, there can also be modifications, alternatives, and variations. Further details of the substrate can be found throughout the present specification, and more particularly below.

FIG. **5** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the structure **500** is configured overlying a nucleation region **530**, which is overlying a surface of the substrate **510**. In an example, the nucleation region **530** is a layer or can be multiple layers. The nucleation region is made using a piezo-electric material in order to enable acoustic coupling in a resonator circuit. In an example, the nucleation region is a thin piezo-electric nucleation layer, which may range from about 0 to 100 nm in thickness, may be used to initiate growth of single crystal piezo material **520** overlying the surface of the substrate. In an example, the nucleation region can be made using a thin SiN or AlN material, but can include variations. In an example, the single crystal piezo material has a thickness that can range from 0.2 um to 20 um, although there can be variations. In an example, the piezo material that has a thickness of about 2 um is typical for 2 GHz acoustic resonator device. Further details of the substrate can be found throughout the present specification, and more particularly below.

FIG. **6** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the structure **600** is configured using a GaN piezo material **620**. In an example, each of the regions are single crystal or substantially single crystal. In an example, the structure is provided using a thin AlN or SiN piezo nucleation region **630**, which can be a layer or layers. In an example, the region is unintentional doped (UID) and is provided to strain compensate GaN on the surface region of the substrate **610**. In an example, the nucleation region has an overlying GaN single crystal piezo region (having Nd—Na: between $10^{14}$/cm3 and $10^{18}$/cm3), and a thickness ranging between 1.0 um and 10 um, although there can be variations. Further details of the substrate can be found throughout the present specification, and more particularly below.

FIG. **7** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. As shown, the structure **700** is configured using an AlN piezo material **720**. Each of the regions is single-crystal or substantially single crystal. In an example, the structure is provided using a thin AlN or SiN piezo nucleation region **730**, which can be a layer or layers. In an example, the region is unintentional doped (UID) and is provided to strain compensate AlN on the surface region of the substrate **710**. In an example, the nucleation region has an overlying AlN single crystal piezo region (having Nd—Na: between $10^{14}$/cm3 and $10^{18}$/cm3), and a thickness ranging between 1.0 um and 10 um, although there can be variations. Further details of the substrate can be found throughout the present specification, and more particularly below.

FIG. **8** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. As shown, the structure **800** is configured using an AlGaN piezo material **820**. Each of the regions is single-crystal or substantially single crystal. In an example, the structure is provided using a thin AlN or SiN piezo nucleation region **830**, which can be a layer or layers. In an example, the region is unintentional doped (UID) and is provided to strain compensate AlN on the surface region of the substrate **810**. In an example, the AlGaN single crystal piezo layer where Al(x)Ga(1−x)N has Al mole composition $0<x<1.0$, (Nd—Na: between $10^{14}$/cm3 and $10^{18}$/cm3), a thickness ranging between 1 um and 10 um, among other features. Further details of the substrate can be found throughout the present specification, and more particularly below.

FIG. **9** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. The structure **900** is configured using an AlN/AlGaN piezo material **920**. Each of the regions is single-crystal or substantially single crystal. In an example, the structure is provided using a thin AlN or SiN piezo nucleation region **930**, which can be a layer or layers. In an example, the region is unintentional doped (UID) and is provided to strain compensate AlN on the surface region of the substrate **910**. In an example, one or more alternating

stacks are formed overlying the nucleation region. In an example, the stack includes AlGaN/AlN single crystal piezo layer where Al(x)Ga(1−x)N has Al mole composition 0<x<1.0; (Nd—Na: between 1014/cm3 and 1018/cm3), a thickness ranging between 1.0 um and 10 um; a AlN (1 nm<thickness<30 nm) serves to strain compensate lattice and allow thicker AlGaN piezo layer. In an example, the final single crystal piezo layer is AlGaN. In an example, the structure has a total stack thickness of at least 1 um and less than 10 um, among others. Further details of the substrate can be found throughout the present specification, and more particularly below.

FIG. **10** is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. As shown, the structure **1000** has an optional GaN piezo-electric cap layer or layers **1040**. In an example, the cap layer **1040** or region can be configured on any of the aforementioned examples, among others. In an example, the cap region can include at least one or more benefits. Such benefits include improved electro-acoustic coupling from topside metal (electrode **1**) into piezo material, reduced, surface oxidation, improved manufacturing, among others. In an example, the GaN cap region has a thickness ranging between 1 nm-10 nm, and has Nd—Na: between $10^{14}$/cm3 and $10^{18}$/cm3, although there can be variations. Further details of the substrate can be found throughout the present specification, and more particularly below.

FIG. **11** is a simplified diagram of a substrate member according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the single crystal acoustic resonator material **1120** can be a single crystal piezo material epitaxial grown (using CVD or MBE technique) on a substrate **1110**. The substrate **1110** can be a bulk substrate, a composite, or other member. The bulk substrate **1110** is preferably gallium nitride (GaN), silicon carbide (SiC), silicon (Si), sapphire (Al2O3), aluminum nitride (AlN), combinations thereof, and the like.

FIG. **12** is a simplified diagram of a substrate member according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the single crystal acoustic resonator material **1220** can be a single crystal piezo material epitaxial grown (using CVD or MBE technique) on a substrate **1210**. The substrate **1210** can be a bulk substrate, a composite, or other member. The bulk substrate **1210** is preferably gallium nitride (GaN), silicon carbide (SiC), silicon (Si), sapphire (Al2O3), aluminum nitride (AlN), combinations thereof, and the like. In an example, the surface region of the substrate is bare and exposed crystalline material.

FIG. **13** is a simplified table illustrating features of a conventional filter compared against the present examples according to examples of the present invention. As shown, the specifications of the "Present Example" versus a "Conventional" embodiment are shown with respect to the criteria under "Filter Solution".

In an example, the GaN, SiC and Al2O3 orientation is c-axis in order to improve or even maximize a polarization field in the piezo-electric material. In an example, the silicon substrate orientation is <111> orientation for same or similar reason. In an example, the substrate can be off-cut or offset. While c-axis or <111> is nominal orientation, an offcut angle between +/−1.5 degrees may be selected for one or more of the following reasons: (1) controllability of process; (2) maximization of K2 of acoustic resonator, and other reasons. In an example, the substrate is grown on a face, such as a growth face. A Ga-face is preferred growth surface (due to more mature process). In an example, the substrate has a substrate resistivity that is greater than 104 ohm-cm, although there can be variations. In an example, the substrate thickness ranges 100 um to 1 mm at the time of growth of single crystal piezo deposition material. Of course, there can be variations, modifications, and alternatives.

As used herein, the terms "first" "second" "third" and "nth" shall be interpreted under ordinary meaning Such terms, alone or together, do not necessarily imply order, unless understood that way by one of ordinary skill in the art. Additionally, the terms "top" and "bottom" may not have a meaning in reference to a direction of gravity, while should be interpreted under ordinary meaning. These terms shall not unduly limit the scope of the claims herein.

As used herein, the term substrate is associated with Group III-nitride based materials including GaN, InGaN, AlGaN, or other Group III containing alloys or compositions that are used as starting materials, or AlN or the like. Such starting materials include polar GaN substrates (i.e., substrate where the largest area surface is nominally an (h k l) plane wherein h=k=0, and l is non-zero), non-polar GaN substrates (i.e., substrate material where the largest area surface is oriented at an angle ranging from about 80-100 degrees from the polar orientation described above towards an (h k l) plane wherein l=0, and at least one of h and k is non-zero) or semi-polar GaN substrates (i.e., substrate material where the largest area surface is oriented at an angle ranging from about +0.1 to 80 degrees or 110-179.9 degrees from the polar orientation described above towards an (h k l) plane wherein l=0, and at least one of h and k is non-zero).

As shown, the present device can be enclosed in a suitable package.

While the above is a full description of the specific embodiments, various modifications, alternative constructions and equivalents may be used. As an example, the packaged device can include any combination of elements described above, as well as outside of the present specification. As used herein, the term "substrate" can mean the bulk substrate or can include overlying growth structures such as a gallium and nitrogen containing epitaxial region, or functional regions, combinations, and the like. Therefore, the above description and illustrations should not be taken as limiting the scope of the present invention which is defined by the appended claims.

What is claimed is:

**1**. A single crystal acoustic electronic device comprising:

a substrate having a via cavity formed through a portion of the substrate, the substrate having a surface region and a backside surface region;

a first electrode material coupled to a portion of the backside surface region and spatially configured within the via cavity;

a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns and overlying the via cavity and coupled to the first electrode material through the via cavity, the single crystal capacitor dielectric material being characterized by a dislocation density of less than $10^{12}$ defects/$cm^2$; and

a second electrode material overlying the single crystal capacitor dielectric material.

**2**. The device of claim **1** wherein the single crystal capacitor material is selected from at least one of AlN, AlGaN, InN, BN, or other group III nitrides.

**3**. The device of claim **1** wherein the single crystal capacitor material is selected from at least one of a single crystal oxide including a high K dielectric, ZnO, or MgO.

**4**. The device of claim **1** wherein the single crystal capacitor dielectric material is characterized by a surface region of at least 200 micron by 200 micron.

**5**. The device of claim **1** wherein the single crystal capacitor dielectric material is configured in a first strain state to compensate to the substrate; wherein the single crystal capacitor dielectric material is deposited overlying the exposed portion of the substrate.

**6**. A single crystal acoustic electronic device comprising:

a substrate having a via cavity formed through a portion of the substrate, the substrate having a surface region and a backside surface region;

a first electrode material coupled to a portion of the backside surface region and spatially configured within the via cavity to form a via structure within a portion of the substrate;

a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns and overlying the via cavity and coupled to the first electrode material through the via cavity, the single crystal capacitor dielectric material being characterized by a dislocation density of less than $10^{12}$ defects/$cm^2$; and

a second electrode material overlying the single crystal capacitor dielectric material.

**7**. The device of claim **6** wherein the surface region is configured in an off-set angle.

**8**. The device of claim **6** further comprising a reflector region configured to the first electrode material.

**9**. The device of claim **6** further comprising a reflector region configured to the second electrode material; wherein each of the first electrode material and the second electrode material is selected from a refractory metal.

**10**. The device of claim **6** wherein the each of the first electrode material and the second electrode material is selected from one of tantalum or molybdenum.

**11**. The device of claim **6** wherein the first electrode material and the single crystal capacitor dielectric material comprises a first interface region substantially free from an oxide bearing material.

**12**. The device of claim **6** wherein the first electrode material and the single crystal capacitor dielectric material comprises a second interface region substantially free from an oxide bearing material.

**13**. The device of claim **6** further comprising a nucleation material provided between the single crystal capacitor dielectric material and the first electrode material; and further comprising a capping material provided between the single crystal capacitor dielectric material and the second electrode material.

**14**. The device of claim **6** wherein the single crystal capacitor dielectric material is characterized by a FWHM of less than one degree; and further comprising a parameter derived from a two port analysis.

**15**. The device of claim **6** wherein the first electrode material comprises a first electrode structure configured and routed to a vicinity of a plane parallel to a contact region coupled to the second electrode material.

**16**. The device of claim **6** wherein the surface region of the substrate is bare and exposed crystalline material.

**17**. The device of claim **6** wherein the single crystal capacitor dielectric is configured to propagate a longitudinal signal at an acoustic velocity of 6000 meters/second and greater; and further comprising a first contact coupled to the first electrode material and a second contact coupled to the second electrode material such that each of the first contact and the second contact are configured in a co-planar arrangement.

**18**. The device of claim **6** wherein the semiconductor substrate is selected from a silicon, a gallium arsenide, gallium nitride, aluminum nitride, an aluminum oxide, or others.

**19**. A method of fabricating a single crystal acoustic electronic device, the method comprising:

providing a substrate, the substrate having a surface region and a backside surface region;

forming a via cavity through a portion of the substrate;

forming a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns and overlying the via cavity, the single crystal capacitor dielectric material being characterized by a dislocation density of less than $10^{12}$ defects/$cm^2$;

forming a first electrode material coupled to the single crystal capacitor dielectric material through the via cavity, the first electrode material being coupled to a portion of the backside surface region and spatially configured within the via cavity; and

forming a second electrode material overlying the single crystal capacitor dielectric material;

wherein the forming of the single crystal capacitor dielectric comprising nucleating a material overlying the surface region; and forming a thickness of the single crystal capacitor dielectric overlying the nucleating material.

**20**. The method of claim **19** wherein the single crystal capacitor material is selected from at least one of AlN, AlGaN, InN, BN, or other group III nitrides.

**21**. The method of claim **19** wherein the single crystal capacitor material is selected from at least one of a single crystal oxide including a high K dielectric, ZnO, or MgO.

**22**. The method of claim **19** wherein the single crystal capacitor dielectric material is characterized by a surface region of at least 200 micron by 200 micron.

**23**. The method of claim **19** wherein the single crystal capacitor dielectric material is configured in a first strain state to compensate to the substrate.

**24**. A method of fabricating a single crystal acoustic electronic device, the method comprising:

providing a substrate, the substrate having a surface region and a backside surface region;

forming a via cavity through a portion of the substrate;

forming a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns and overlying the via cavity, the single crystal capacitor dielectric material being characterized by a dislocation density of less than $10^{12}$ defects/$cm^2$;

forming a first electrode material coupled to the single crystal capacitor dielectric material through the via cavity, the first electrode material being coupled to a portion of the backside surface region and spatially configured within the via cavity; and

forming a second electrode material overlying the single crystal capacitor dielectric material.

**25**. A method of fabricating a single crystal acoustic electronic device, the method comprising:

providing a substrate, the substrate having a surface region and a backside surface region;

forming a via cavity through a portion of the substrate;

forming a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns and overlying the via cavity, the single crystal capacitor dielec-

tric material being characterized by a dislocation density of less than $10^{12}$ defects/$cm^2$;

forming a first electrode material coupled to the single crystal capacitor dielectric material through the via cavity, the first electrode material being coupled to a portion of the backside surface region and spatially configured within the via cavity to form a via structure within a portion of the substrate; and

forming a second electrode material overlying the single crystal capacitor dielectric material.

**26**. The method of claim **25** wherein the surface region is configured in an off-set angle.

**27**. The method of claim **25** further comprising a reflector region configured to the first electrode material.

**28**. The method of claim **25** further comprising a reflector region configured to the second electrode material.

**29**. The method of claim **25** wherein each of the first electrode material and the second electrode material is selected from a refractory metal.

**30**. The method of claim **25** wherein the each of the first electrode material and the second electrode material is selected from one of tantalum or molybdenum.

**31**. The method of claim **25** wherein the first electrode material and the single crystal capacitor dielectric material comprises a first interface region substantially free from an oxide bearing material.

**32**. The method of claim **25** wherein the first electrode material and the single crystal capacitor dielectric material comprises a second interface region substantially free from an oxide bearing material.

**33**. The method of claim **25** further comprising a nucleation material provided between the single crystal capacitor dielectric material and the first electrode material.

**34**. The method of claim **25** further comprising a capping material provided between the single crystal capacitor dielectric material and the second electrode material.

**35**. The method of claim **25** wherein the single crystal capacitor dielectric material is characterized by a FWHM of less than one degree.

**36**. The method of claim **25** further comprising a parameter derived from a two port analysis.

**37**. The method of claim **25** wherein the first electrode material comprises a first electrode structure configured and routed to a vicinity of a plane parallel to a contact region coupled to the second electrode material.

**38**. The method of claim **25** wherein the surface region of the substrate is bare and exposed crystalline material.

**39**. The method of claim **25** wherein the single crystal capacitor dielectric is configured to propagate a longitudinal signal at an acoustic velocity of 6000 meters/second and greater.

**40**. The method of claim **25** wherein the forming of the single crystal capacitor dielectric is deposited at a temperature ranging from 400 Degrees Celsius to 1200 Degrees Celsius.

**41**. The method of claim **25** wherein the single crystal capacitor dielectric comprising a surface roughness of 2 nm and less, RMS by atomic force microscopy.

**42**. The method of claim **25** wherein the substrate is selected from a silicon, a gallium arsenide, an aluminum oxide, or others.

* * * * *

# EXHIBIT Q
# (Redacted in Its Entirety)

# EXHIBIT R
# (Redacted in Its Entirety)

# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANALOG DEVICES, INC., Plaintiff, ) C.A. No. 19-2225-RGA

v. ) JURY TRIAL DEMANDED

XILINX, INC., Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

XILINX, INC. and XILINX ASIA PACIFIC PTE. LTD., Counterclaim Plaintiffs,

v.

ANALOG DEVICES, INC., Counterclaim Defendant.

J. Caleb Boggs Courthouse
844 North King Street
Wilmington, Delaware

Friday, February 7, 2020
10:00 a.m.
Scheduling Conference

BEFORE: THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

APPEARANCES:

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JACK B. BLUMENFELD, ESQUIRE

-and-

WILMER CUTLER PICKERING HALE & DORR LLP
BY: CYNTHIA D. VREELAND, ESQUIRE

For the Plaintiff and Counterclaim Defendant

APPEARANCES CONTINUED:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
BY: ANNE SHEA GAZA, ESQUIRE

-and-

MORRISON & FOERSTER LLP
BY: MICHAEL A. JACOBS, ESQUIRE
BY: BITA RAHEBI, ESQUIRE
BY: HECTOR G. GALLEGOS, ESQUIRE

For the Defendant and Counterclaim Plaintiffs

*** PROCEEDINGS ***

THE COURT: All right. Good morning, everyone. Please be seated.

(Everyone said, Good morning, Your Honor.)

THE COURT: So this is Analog versus Xilinx, Civil Action Number 19-2225.

Mr. Blumenfeld, good morning.

MR. BLUMENFELD: Good morning, Your Honor.

THE COURT: I see you have Ms. Vreeland with you.

MS. VREELAND: Good morning, Your Honor.

THE COURT: Good morning.

Ms. Gaza, who do you have with you?

MS. GAZA: Good morning, Your Honor. I have Michael Jacobs.

THE COURT: I've seen him before.

MR. JACOBS: Yes, Your Honor.

MS. GAZA: Bita Rahebi.

MS. RAHEBI: Good morning, Your Honor.

THE COURT: Good morning.

MS. GAZA: Hector Gallegos.

MR. GALLEGOS: Good morning, Your Honor.

THE COURT: Good morning.

MS. GAZA: And David Parandoosh from Xilinx. He's the director of IP.

MR. PARANDOOSH: Good morning, Your Honor.

THE COURT: Good morning.

All right. Okay. So the first thing is I read the brief by Xilinx. No, I read two briefs, and I guess it is the plaintiff who wants to bifurcate these things, these two cases, plaintiff's patents versus defendant's products or vice versa, and real vice versa.

So as I understand it, defendant has asserted eight patents presumably to match the eight patents that plaintiff has asserted. So if you want to talk to me about it, you can, but basically every case I've ever had where the defendant asserted patents against a plaintiff, I have sooner or later severed the trials. Or not severed, bifurcated the trials.

Isn't that right?

MR. BLUMENFELD: It is. I think by bifurcating the trials, and I think it has happened in every case we

have found.

THE COURT: And do you agree with that?

MS. GAZA: I do, Your Honor, though I think that there are reasons I would defer to Mr. Jacobs as to why it's probably premature to do so at this juncture.

THE COURT: And maybe it's premature, and I did have one case called Zimmer versus Stryker or maybe it was Stryker versus Zimmer where I think I kind of said, well, I'll decide later on. But otherwise, I've pretty much always done it early on, and the reason is so that you prepare for what's actually going to happen.

So Mr. Jacobs, if you want to talk now, I will listen. I mean, in some ways what you've put in writing sounded pretty much like what other people put in writing when they opposed this. But what I would say is this is I think I'm going to schedule the two trials back to back and maybe this is -- I can't now actually a hundred percent remember exactly what I said in Zimmer versus Stryker, and actually I thought I had the dates in here, but I don't.

So I'm going to, no matter what you say right now -- well, probably that's not a fair thing to do. What would you like to tell me before I make a ruling?

MR. JACOBS: Well, so I'm going to adopt the vocabulary, separating trials.

THE COURT: Yeah.

MR. JACOBS: I think of bifurcation as liability versus damages, and really we're just separating their claims against us versus our claims against them.

THE COURT: Right. That's what I understand we're talking about.

MR. JACOBS: And our recommendation is just to, and I'll be colloquial about it, kick this can down the road. None of us know what is going to unfold in this case, what kind of IPRs, for example, are going to be filed, what kind of stays, if anything, will be requested. And it's a competitor-on-competitor case arguably, so it's a little different from some of the cases that you see, but --

THE COURT: They're different than the cases I see, they're not different from the cases where I separate them.

MR. JACOBS: No, that's right, but in this particular case what is likely to unfold over the next several months is there's going to be some discovery. There's going to be some litigation. Each side will size up its case with an eye toward what might ultimately happen by way of PTAB and litigation before Your Honor, and there will be a reckoning that goes on.

And our recommendation is simply leave that reckoning right now to occur in the context of some uncertainty about whether you're ultimately going to

separate the trials because we will bargain in the shadow of that uncertainty or that determination. And that's really where, we're -- to be kind of brutally honest about it, that's where we're coming from.

THE COURT: Okay. Well, I appreciate the candor. And in some ways, based on my track record and what I've just said, I'm not sure that your bargaining is going to be any different if I kick the can down the road as opposed to doing what I'm inclined to do right now because it's not realistic to expect a different outcome a few months from now.

So I think it's better to be straightforward. And I don't think I actually officially have to do anything at all, so I'm going to dismiss the motion or do something else to take it off the docket.

The presumption is separate trials. I'm going to schedule it for separate trials. If somewhere down the road, for reasons relating to the trials as opposed to bargaining in the shadow of the schedule, there's a really good reason to combine them, you know, you're not prohibited from bringing it up. And based on the arguments you make, if you make an argument that persuades me that I should do it, I'll do it.

You know, part of the reason why I've always separated the trials when there's patents going both ways is

right after I became a judge, and I kind of expect Mr. Blumenfeld and possibly Ms. Gaza have heard this before, Judge Stark said to me that he had just finished doing a trial where there were patents going both ways, and he described it as using various unfavorable adjectives. Multiple unfavorable adjectives.

And I have found, because I have had at least one case where both trials actually took place, you know, it made for a much cleaner case. I don't think it actually took any significant extra amount of time over doing one trial with everything thrown in. I don't think it unfairly prejudiced anybody. I don't think having two different juries decide what are after all two different sets of questions, do they infringe your patents and do you infringe their patents, is somehow unfair, or I don't know.

And you know, the jury service, in my belief, it's better to spread that out among the population. There's a group of people now known as the gig economy who can't sit on a two-week jury trial. Sometimes they can't sit on a one-week jury trial, either, but there are fewer people excluded if the service terms are shorter.

So for all those reasons, I'm going to schedule it for separate dates. At the end, I'm going to certainly keep it under one case number. I'm not actually going to enter an order, I guess, bifurcating it, but as I've said on

the record here, that's the presumption.

Okay?

MR. JACOBS: Understood. And then I think what you said was back to back which would put them in proximity to each other which --

THE COURT: Right. And that's my recollection, which could be wrong. I forget, were either of you involved in Zimmer and Stryker?

MS. GAZA: I was in Zimmer versus Stryker.

THE COURT: You know, I know I had them scheduled at the end back to back. I think, you know, I blocked off two weeks. So I think I did delay making a decision there, but I did it just so that I could -- because I had at least -- you know, four times that I had done it before that case, that that's the way it was going to end up.

So we'll do that and --

MS. GAZA: Yeah.

THE COURT: -- that will sort of, as best we can, preserve the options.

MS. GAZA: And Your Honor, it was very helpful, I know in the Zimmer versus Stryker case that Your Honor kept the case otherwise together so all discovery and proceedings went together in the case.

THE COURT: Well, you know, that's I think kind

of the way you've done the schedule here, and that makes sense to me because there's certainly efficiencies from you all doing discovery of a topic that applies to both cases at the same time. You know, it may put some sort of burden on you to be thinking when you're asking questions that apply to one case or the other, but that's part of the reason I like you to know what I expect to have happen up front so you can be thinking about that as you go along.

So the other question that you raised just generally in regards to the scheduling order was the location of depositions for parties or representatives. And I think this came out partly as a result of the slight modification I made to my standard form order, and I think we're talking about paragraph 4 which is on pages 2 and 3.

And so part of the reason why I had changed my standard form order was because if a plaintiff sued a defendant, the defendant often counterclaimed for invalidity. And you know, I didn't think because the plaintiff chose the forum and the defendant chose to defend itself by including invalidity counterclaims that that should act as a way of saying, well, the defendant chose the forum, too.

But I think it's a different thing when the defendant files its own patents because I presume if you had wanted to, you could have filed your suit against the

plaintiff in California or wherever it is that they're predominantly located or have their principal place of business. So you made a discretionary decision, you know, maybe a tactical decision to file your counterclaims which, in my opinion, are genuine counterclaims because you're introducing new, you know, sort of offenses in the sense of on the attack as opposed to some other sense claims.

So that being said, as I understand it, Xilinx is located in Asia in, I guess, Singapore. And so the question is: Where does Xilinx's representatives who fall within the rule, where they have to come to to be deposed? Is that kind of what we're talking about here?

Because I take it, I thought I saw -- did I see that the plaintiff was saying Massachusetts which I guess is where the plaintiff's attorneys are?

MR. BLUMENFELD: No, the plaintiff is actually in Massachusetts. The defendant, as I understand it, its U.S. operations are in California, but apparently it has an overseas location in Singapore, maybe other overseas locations. But we talked about this further yesterday, and we would like to leave the default provision in, but not because we want to force all witnesses, party witnesses to come to Delaware, just because we don't have enough information to know who those witnesses are going to be and where they are.

And I told Ms. Gaza's associate yesterday that we will, of course, work with them about deposition locations. But what we couldn't agree to was that their people would be on the West Coast. We just don't know, you know, who they are or what they are, so...

THE COURT: But the general idea that your people should be deposed in Massachusetts which is your principal place of business, and that their people, if California is their principal place of business in the U.S., that the depositions should be there of the officers, directors, managing agents, and I guess, the Rule 30(b)(6), you're saying you're agreeable to that?

MR. BLUMENFELD: No, it's not -- no, I don't want to agree to anything right now because I don't feel like I have enough information, but what I am saying is we're not fighting to make their people in California come to Delaware. That wasn't the purpose of that.

It was just that as things go on and we find out who the witnesses are actually going to be and where they are, we can deal with it. And that's the way it happens in every case. This default standard has been in your order and other judges' orders.

I've never had a case where all the witnesses came to Delaware. People get pretty reasonable about this because it works both ways.

THE COURT: Do you have any comment on this?

MS. GAZA: Well, Your Honor, what we were trying to do is to really front the issue with plaintiff's counsel and explain why we wanted to try and work it out so that the parties would have kind of a protocol in place and hopefully avoid disputes down the road that we may have to bring to Your Honor. We have one defendant who is also a counterclaim plaintiff who is in California, but we also have one Xilinx Asia who is in Singapore.

So any of those officers, directors, party representatives would have to come to the U.S. And we're fine doing that, we just think it makes sense to pick one location, and then we can include language such as, you know, subject to the parties' agreement otherwise or the Court's order.

THE COURT: But that language is already typically in there; right?

MS. GAZA: The language is in there that they would have to come to this district for it, and there's no problem. Of course, obviously, the parties are litigating in Delaware. But it just seems if we know this issue exists, why not lay the ground rules now.

THE COURT: But doesn't the standard order have the subject to court order or agreement in it --

MR. BLUMENFELD: Yes.

THE COURT: -- which I don't --

MS. GAZA: It does.

THE COURT: And in fact, you have it here.

MS. GAZA: Right. So the plaintiffs have proposed that, and we would be fine as long as we can work, you know, to get on a witness-by-witness basis, but that's why we had proposed an alternative.

THE COURT: Okay. So I'm going to go with what the plaintiff -- the standard language, you know, with the expectation, and I can't say with all the different discovery disputes that I've ever had that I ever remember there being one about whether a particular person needed to be deposed in Delaware or some other place in the United States. I think I've had one or two involving Europe. So I'm going to go with the plaintiff's language and certainly expect the reasonableness that is historic.

Okay. So I think then the only other thing are these dates that we need to fill in. And so the dates that I had in mind was the hearing on claim construction for, I guess, the analog patents would be 9:00 a.m. on December 10th of 2020. And the hearing on the Xilinx asserted patents would be at 9:00 a.m. on December 15th of 2020.

Are those dates agreeable?

MS. VREELAND: Yes.

MR. JACOBS: Yes, Your Honor.

THE COURT: Okay. And then the pretrial conference date would be at 9:00 a.m. on January 7th of 2022.

Is that date agreeable?

MR. JACOBS: Yes, Your Honor.

THE COURT: Yes. And then I guess because there was something up in the air here -- hold on.

All right. And I'm going to schedule these for five-day jury trials. How about the first trial is on January 24th of 2022, and the second trial is on January 31st of 2022?

MS. VREELAND: That would be great, Your Honor.

MR. JACOBS: Fine, Your Honor.

THE COURT: Okay. All right.

So I think that takes care of all the things that I either identified as being in dispute or that needed a date from me. Is there anything else to be discussed?

MR. BLUMENFELD: I don't think so. I think one thing we should talk about, based on the January 7th pretrial, is moving the jury instructions and pretrial order before Christmas rather than --

THE COURT: Well, you can work that out between yourselves. So why don't I do this, I was actually writing this in like I would just sign this, but why don't you

discuss that among yourselves. If you want to modify that in some way, go ahead.

And I assume, Mr. Blumenfeld, that you submitted this. Yeah, if you would just resubmit this.

MR. BLUMENFELD: We can do that.

THE COURT: And if you modify those dates, that's fine by me. All right?

MR. BLUMENFELD: Thank you.

THE COURT: Okay. Anything else from the defendant?

MR. JACOBS: Nothing.

MS. GAZA: Nothing, Your Honor.

THE COURT: Okay. Well, thank you very much --

MR. JACOBS: Thank you.

THE COURT: -- for coming here, and I will sign the order when I get it. Okay?

MR. BLUMENFELD: Thank you, Your Honor.

MS. GAZA: Thank you, Your Honor.

THE COURT: Have a good day.

(Scheduling Conference was concluded at 10:19 a.m.)

I hereby certify the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Heather M. Triozzi
Certified Merit and Real-Time Reporter
U.S. District Court

# EXHIBIT T

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVIDI TECHNOLOGIES CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-397-RGA |
| VISIBLE WORLD, INC., et al., | : | |
| Defendants. | : | |

**ORDER**

The Plaintiff has filed a motion to dismiss various state law and antitrust counterclaims (D.I. 131) that were raised for the first time in the Defendants' answers to the Plaintiff's First Amended Complaint. The Plaintiff raises numerous theories as to why these counterclaims should be dismissed.

The primary substantive point of dispute is whether the Defendants have properly pleaded that the Plaintiff's patent lawsuit is "objectively baseless."

Defendants' counterclaims were new when filed on September 27, 2012. (D.I. 110 & 111). While the filing was done with the permission of the Court and the agreement of the Plaintiff, it was done in relation to a First Amended Complaint that contained no change of substance. There does not appear to have been any hint that new, different, and substantial counterclaims would be added. Indeed, the filing was after the completion of paper discovery, and only shortly before the close of all fact discovery on November 16, 2012. (D.I. 21, ¶2(c)). Briefing on the motion to dismiss was not completed until early December. In my opinion, Defendant is too late in adding these new counterclaims to include them in the trial of this case.

(In addition, I do not believe as a general matter that these sorts of potentially prejudicial counterclaims, even if timely filed, should be tried at the same time to the same jury as the patent infringement claims.).

Thus, this 7th day of December 2012, I will **TRIFURCATE**[1] the state law and antitrust counterclaims for purposes of discovery and trial, with the motion to dismiss (D.I. 131) being **DENIED WITHOUT PREJUDICE** to its being renewed once the trial on the patent infringement case is concluded. It seems likely that events between now and then will shed light on the issues raised by the counterclaims.

Richard G. Andrews
United States District Judge

---

[1] This case is already bifurcated. (D.I. 21, ¶2(a)).