IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| | ) | C.A. No. 21-1417-JPM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S
MOTION FOR PROTECTIVE ORDER ON
QORVO INC'S REQUEST FOR INSPECTION**

Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") submit this motion pursuant to Rule 1, Rule 26(b)(1), Rule 26(c), and Rule 34 of the Federal Rules of Civil Procedure, in addition to the authorities cited in Akoustis' Opening Brief, to request that the Court issue a protective order to deny Plaintiff Qorvo, Inc. ("Qorvo") the ability to proceed with its Request for Inspection, served on Akoustis on May 5, 2023 and modified in Qorvo's *ex parte* letter to the Court dated August 11, 2023 (Dkt. 270).

Akoustis requests that the Court order the parties to meet and confer to agree on a mutually acceptable inspection protocol that contains specific parameters and steps to be undertaken, which are proportional to the needs of the case and which contain defined parameters to minimize the disclosure of privileged, private, and non-relevant confidential information of Akoustis and its employees, and disruption to Akoustis' business.

Akoustis further requests that the Court order that the inspection either be conducted by Akoustis' expert or that the parties be ordered to select by a mutually agreeable neutral, third-

1

party forensic expert, who will be appointed by the Court to perform the inspection pursuant to the parties' agreed upon protocol, with costs to be split between the parties.

In support of its motion, Akoustis submits its Opening Brief and the Declarations of David L. Stanton and Jerry Bui, filled concurrently herewith.

Pursuant to local rule 7.1.1, the undersigned counsel avers that it met and conferred with Qorvo prior to filing this motion. The parties were unable to resolve the dispute prior to filing this motion.

Dated:  August 16, 2023

| | |
|---|---|
| PILLSBURY WINTHROP<br>SHAW PITTMAN LLP | BAYARD, P.A. |
| David A. Jakopin<br>Dianne L. Sweeney<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |
| David L. Stanton<br>725 S. Figueroa St., 36th Floor<br>Los Angeles, CA 90017<br>(213) 488-7100<br>david.stanton@pillsburylaw.com | *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |
| Theresa A. Roozen<br>Robert C.F. Pérez<br>1200 17th St NW<br>Washington, DC 20036<br>(202) 663-8000<br>theresa.roozen@pillsburylaw.com<br>robert.perez@pillsburylaw.com | |
| Shani Rivaux<br>600 Brickell Avenue, Suite 3100<br>Miami, FL 33131<br>(786) 913-4900<br>shani.rivaux@pillsburylaw.com | |
| *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* | |