**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | C.A. No. 21-1417-JPM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2023, that the foregoing Motion for Protective Order of Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") is GRANTED. Plaintiff Qorvo, Inc. ("Qorvo") may not proceed with enforcing its Request for Inspection. Instead:

The parties are ordered to meet and confer on a mutually acceptable protocol for the forensic examination of Akoustis' relevant devices and data repositories. The protocol must contain specific parameters and steps to be undertaken by the examiner, which are to be proportional to the needs of the case and designed to minimize the disclosure of privileged, private, and non-relevant confidential information of Akoustis and its employees, and to minimize unnecessary business disruptions to Akoustis' business. The protocol shall prohibit *ex parte* communications between the forensic examiner and either party or party representatives.

The Court further orders that:

- Said inspection shall be performed by Akoustis' expert, Jerry Bui of FTI.

[OR, ALTERNATIVELY:]

1

- The parties are to meet and confer upon a mutually agreeable neutral, third-party forensic expert, who will be appointed by the Court to perform the inspection pursuant to the parties' agreed upon protocol, with costs to be split between the parties. If the parties are unable to select a third-party neutral by mutual agreement, each party shall submit to the Court the C.V. of its preferred forensic examiner, and the Court will select among the candidates. The parties are to share the cost of the third-party neutral evaluation.

_____
UNITED STATES DISTRICT JUDGE