IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-01417-JPM ) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

The Court held a Discovery Disputes Hearing on August 18, 2023. Based on discussions held during the Hearing, the following is **ORDERED**:

1. The Hearing is adjourned and continued to **Tuesday, August 22, 2023 at 10:00 a.m. CT / 11:00 a.m. ET** by Video Conference. Invites will be sent to Parties in advance of the hearing.

2. Defendants' Motion for Protective Order (ECF No. 283) is **DENIED**.

3. Forensic examination of Defendants' computer systems limited to fifteen (15) custodians is authorized. Plaintiff shall file a revised protocol proposal for the details of how the forensic examination is to be conducted no later than August 23, 2023.

4. The deadlines for the forensic examination are as follow:

    a. Defendants shall provide images of laptops and/or other relevant devices to Plaintiff's expert no later than September 1, 2023.

    b. Plaintiff's expert shall provide to Defense counsel and/or to authorized Akoustis personnel the material by list/designation or actual copies that said expert intends to examine/utilize by no later than September 28, 2023. Per Plaintiff's counsel, that will give Defendants a little more than two weeks to review the materials, log them, and produce them before the close of fact discovery.

    c. The forensic investigation shall be completed no later than October 16, 2023.

5. For the reasons discussed, Plaintiff is not required to further respond to Defendants' Request for Production (RFP) 173, other than providing any responsive information or documents that it has already agreed to provide.

6. Each party is permitted to take depositions totaling an additional 90 hours. It is anticipated that this will result in approximately ten (10) additional depositions per side. The determinative limit on total deposition time will be "total depositions not to exceed a total of 90 hours in length." The Parties and/or court reporter shall maintain a record of the time utilized by each party in each deposition.

**SO ORDERED**, this 21st day of August, 2023.

                                        s/ Jon P. McCalla
                                        JON P. McCALLA
                                        UNITED STATES DISTRICT JUDGE