# Exhibit I

Public Version

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1417 (JPM) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) **DEMAND FOR JURY TRIAL** ) ) |
| Defendants. | ) ) |

**PLAINTIFF QORVO, INC.'S SUPPLEMENTAL IDENTIFICATION
OF TRADE SECRETS**

On April 28, 2023, Defendants Akoustis Technologies, Inc. and Akoustis, Inc. ("Defendants" or "Akoustis") produced over 2,800 documents and on May 3, 2023, Akoustis produced over 1,660 documents. Akoustis produced more documents on May 27, 2023 and June 20, 2023. Furthermore, third party Michael Hodge produced documents on June 9, 2023 and June 12, 2023, and was deposed on July 11, 2023. Qorvo also took the deposition of Ya Annia Shen on July 12, 2023. Plaintiff Qorvo, Inc. ("Plaintiff" or "Qorvo") diligently reviewed these documents and testimony, and has identified additional trade secrets misappropriated by Akoustis. Accordingly, Qorvo hereby supplements its May 1, 2023 Identification of Trade Secrets to identify additional trade secrets Akoustis has misappropriated. This Supplemental Identification of Trade Secrets is based on the discovery received from Akoustis to date and the investigation Qorvo has been able to conduct as of today's date. Qorvo's investigation is ongoing, including with respect to the above documents, as are fact and expert discovery. Thus, Qorvo reserves the right to further supplement its identification of trade secrets.