

600 N. King Street • Suite 400  
P.O. Box 25130 • Wilmington, DE 19801  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
Email: sbrauerman@bayardlaw.com

August 15, 2023

**VIA CM/ECF**
[ **Public Version** ]
Honorable Jon Phipps McCalla  
Odell Horton Federal Building  
167 North Main Street  
Chambers Room 942  
Memphis, TN 38103

RE:   *Qorvo, Inc. v. Akoustis Technologies, Inc., et al.*, C.A. No. 21-1417-JPM

Dear Judge McCalla:

In advance of the discovery conference on Friday, August 18, 2023, the parties respectfully submit this joint letter.

*<u>Summary of Akoustis's Position</u>*

A number of material issues have arisen since the last conference with the Court on May 10, and Akoustis hopes to address these matters at the August 18 hearing. Accordingly, Akoustis wishes to alert the Court to the subject matter of these issues and hope that the Court will make time to discuss them at the forthcoming discovery conference, including to set further hearing(s) as appropriate to resolve these matters. The items Akoustis hopes the Court will be able to address are as follows:

1. Qorvo's Response to Akoustis' Request for Production No. 173. This is the subject matter discussed in the joint letter filed as Dkt 249, for which the August 18, 2023, discovery conference was initially set.

2. Akoustis' Motion to Re-Designate the Second Amended Complaint Marked Attorneys' Eyes Only to Confidential (Dkt. 187). This motion was filed April 25, 2023, is fully briefed, and has not been resolved.

3. Akoustis' Motion for Leave to File an Amended Answer to Add Counterclaim (Dkt. 244). This motion was filed July 24, 2023, and Akoustis will file its reply brief on

1

Tuesday, August 15, 2023.  Akoustis requests oral argument.

4. Qorvo's Demand to Inspect and Akoustis' Motion for Protective Order.  Akoustis intends to file a motion for protective order in connection with Qorvo's demand for forensic inspection, which was discussed in Qorvo's letter to the Court dated Friday August 10, 2023.  Akoustis requests oral argument.

5. Akoustis' Anticipated Motion to Strike Qorvo's Untimely Disclosure of Trade Secrets.  Qorvo identified, for the first time, an additional 36 trade secrets on July 25, 2023.  If Qorvo does not file a motion seeking leave to amend its trade secret disclosure, Akoustis intends to file a motion to strike these additional trade secrets as untimely given the Court's May 1, 2023 deadline.

6. The Number of Permitted Depositions.  At the May 10 conference, the Court did not change the deposition limit but indicated that it might consider up to 12 depositions.  Qorvo has now suggested it has the right to take over 20 depositions. (Qorvo has taken 4 depositions to date and added 8 newly proposed deponents last week.) Akoustis seeks clarification from the Court on the number of depositions that will be permitted.

7. Akoustis' Request to Modify the Case Schedule.  Akoustis plans to seek a 90 to 120-day extension of the trial date and discovery cutoff-for several reasons. Akoustis has proposed that the parties meet and confer on this matter in advance of the hearing to see if the parties can propose a mutual schedule.

8. Deposition of Robert Bruggeworth.  Akoustis seeks the deposition of Qorvo's CEO, whom Qorvo has refused to make available for deposition.  The parties have met and conferred and are at an impasse, and Akoustis intends to file a motion to compel.

### *Summary of Qorvo's Position*

Based on the letter briefs submitted to the Court, Qorvo believes the following topics are ripe to be addressed by the Court:

1. Qorvo's Response to Akoustis' Request for Production No. 173.  This is the subject matter discussed in the joint letter filed as Dkt 249, for which the August 18, 2023, discovery conference was initially set.

2. Qorvo's Request for a Forensic Inspection of Akoustis's Computer Systems. Qorvo raised this dispute in the letter filed as Dkt. 270.

3. Deposition limits.  To date, Qorvo has taken four short depositions, averaging just over three hours of record time for Qorvo's questions. Two of the depositions occurred in October and November 2022, before the filing of the Second Amended Complaint. Qorvo notified Akoustis that it intends to take 15 additional depositions. Of those, ten witnesses are Akoustis employees, one deposition would be of Akoustis itself under Rule 30(b)(6), and four witnesses are third parties. Qorvo believes this number of depositions is appropriate given the size and scope of this case. But Akoustis has objected and refused to provide dates for all but one witness.

Qorvo submits that the remaining topics listed above by Akoustis do not require the Court's

immediate attention. Qorvo opposes any extension of the discovery or trial schedules. `

Should Your Honor have any questions or wish the parties to address these issues differently, counsel for all parties are available at the convenience of the Court.

Sincerely,

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman

cc: Counsel of record