## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| QORVO, INC., | ) | |
|  | ) | |
|  | ) | C.A. No. 21-1417-JPM |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
|  | ) | |
| Defendants. | ) | |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Akoustis Technologies, Inc. and Akoustis, Inc. to file a redacted version of the Opening Brief in Support of Akoustis Technologies, Inc. and Akoustis, Inc.'s Motion for Protective Order on Qorvo Inc.'s Request for Inspection and the accompanying Declarations of David Stanton and Jerry Bui (D.I. 284-286) is extended until August 30, 2023.

Dated: August 23, 2023

| Morris, Nichols, Arsht & Tunnell LLP | Bayard, P.A. |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Ronald P. Golden III* |
| Jack B. Blumenfeld (#1014) | Stephen B. Brauerman (#4952) |
| Jeremy A. Tigan (#5239) | Ronald P. Golden III (#6254) |
| 1201 North Market Street | 600 North King Street, Suite 400 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 655-5000 |
| (302) 658-9200 | sbrauerman@bayardlaw.com |
| jblumenfeld@morrisnichols.com | rgolden@bayardlaw.com |
| jtigan@morrisnichols.com | |
|  | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____ 2023.

2

_____
United States District Judge