IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>     Plaintiff,<br><br>   v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and<br>AKOUSTIS, INC.<br>     Defendants. | ) <br> ) <br> ) <br> ) Case No. 1:21-01417-JPM <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF KEVIN T. FAULKNER IN SUPPORT OF PLAINTIFF'S FORENSIC INSPECTION OF DEFENDANTS' COMPUTER SYSTEMS

I, Kevin T. Faulkner, declare as follows:

1. I am a Vice President in the Unit 42 Security Consulting group at Palo Alto Networks, Inc. I am designated as Plaintiff Qorvo, Inc.'s ("Qorvo") expert to conduct a forensic inspection in the above captioned matter. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so.

2. I have reviewed the Court's order dated August 24, 2023 (the "Order"), pertaining to the forensic inspection of Defendants Akoustis Technologies, Inc.'s and Akoustis, Inc.'s (collectively, "Akoustis") computer systems.

3. I agree not to share with Qorvo's counsel or communicate with Qorvo's counsel about document-like files on the forensic images (including word documents, emails, spreadsheets, PowerPoint presentations, instant messages, and PDFs) or any contents of the forensic images reflecting interactions involving Akoustis' in-house or outside counsel (or suggest their contents in any way), until Akoustis has produced the files.

-2-

4.      I agree not to disclose or discuss with Qorvo any documents-like files I review or analyze as part of the forensic inspection that Akoustis does not produce.

5.      I acknowledge that Akoustis is providing the forensic images on an Attorneys' Eyes Only basis pursuant to the Protective Order in this case.

6.      I agree to submit myself to the jurisdiction of the Court for the purposes of compliance with the Court's orders, including the Court's exercise of contempt power in the event of any noncompliance on my part with the Order or any other order that the Court may issue involving the forensic images and the information extracted from them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 28, 2023.

_____
Kevin T. Faulkner

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 28, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>Ryan Selness, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert M. Fuhrer, Esquire<br>Robert C.F. Pérez, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

- 2 -

Theresa A. Roozen, Esquire					VIA ELECTRONIC MAIL
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Shani Rivaux, Esquire					VIA ELECTRONIC MAIL
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL  33131
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

							*/s/ Jeremy A. Tigan*
							_____
							Jeremy A. Tigan (#5239)