Public Version

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:21-cv-01417-JPM |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF DAVID L. STANTON REGARDING THE NEW DOCUMENTS CITED IN QORVO, INC.'S SUPPLEMENTAL IDENTIFICATION OF TRADE SECRETS

I, David L. Stanton, declare:

1.      I am a Partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP and serve as counsel of record for the Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") in the above-captioned matter.  I have personal knowledge of the facts stated herein, except those stated on information and belief, and if called upon, could and would testify competently to them.  I submit this declaration in accordance with the offer of my partner, Dianne Sweeney, to provide the Court with a declaration about the production timing and duplicative nature of certain documents during the hearing held before this Court on August 22, 2023.

2.      On Friday, July 25, 2023, Qorvo, Inc. ("Qorvo") served its Supplemental Identification of Trade Secrets, a true and correct copy of which is attached hereto as Exhibit A. Starting on page 53, Qorvo identifies eleven (11) purported new trade secret groups (Trade Secret

2958-9370

Public Version

Groups 72-83[1]).  These groups often have multiple subgroups, which leads to the addition of more than thirty (30) new alleged trade secrets.

  3.  Below is a chart that lists the documents cited in the supplementation as well as when the document was first produced.  As detailed below, of the 29 new documents cited by Qorvo, only six (6) of them were not produced by Akoustis in 2022 in the same or a materially similar form, including the three documents listed from the production by former Akoustis employee, David Hodge.  The six (6) new documents are highlighted in blue below.

|   | Bates No. | Akoustis Production Service Date | If produced in 2023, Bates and Date of Earlier Duplicative Production |
|---|-----------|---------------------------------|----------------------------------------------------------------------|
| 1 | AKTS_00060886 | 9/2/2022 | |
| 2 | AKTS_00106853 | 9/30/2022 | |
| 3 | AKTS_00153400 | 11/16/2022 | |
| 4 | AKTS_00153401 | 11/16/2022 | |
| 5 | AKTS_00153402 | 11/16/2022 | |
| 6 | AKTS_00153403 | 11/16/2022 | |
| 7 | AKTS_00153404 | 11/16/2022 | |
| 8 | AKTS_00153405 | 11/16/2022 | |
| 9 | AKTS_00177912 | 11/16/2022 | |
| 10 | AKTS_00177917 | 11/16/2022 | |
| 11 | AKTS_00177918 | 11/16/2022 | |
| 12 | AKTS_00178088 | 11/16/2022 | |
| 13 | AKTS_00178089 | 11/16/2022 | |
| 14 | AKTS_00178654 | 11/16/2022 | |
| 15 | AKTS_00178655 | 11/16/2022 | |
| 16 | AKTS_00180686 | 11/16/2022 | |
| 17 | AKTS_00180687 | 11/16/2022 | |
| 18 | AKTS_00180690 | 11/16/2022 | |
| 19 | AKTS_00180691 | 11/16/2022 | |

---

[1] Akoustis notes that there is no Trade Secret Group 73, which is why there are 11 instead of 12 groups.  Ex. A at p. 53.

2958-9370

Public Version

| | Bates No. | Akoustis Production Service Date | If produced in 2023, Bates and Date of Earlier Duplicative Production |
|---|---|---|---|
| 20 | AKTS_00407943 | 4/28/2023 | |
| 21 | AKTS_00407978 | 4/28/2023 | |
| 22 | AKTS_00409963 | 4/28/2023 | |
| 23 | AKTS_00413328 | 4/28/2023 | AKTS_00016343[2], produced 6/3/2022 |
| 24 | AKTS_00413593 | 4/28/2023 | |
| 25 | AKTS_00416926 | 4/28/2023 | |
| 26 | AKTS_00422332 | 4/28/2023 | |
| 27 | HODGE_000206 | Approx. 6/15/2023 | AKTS_00204965[3] produced 1/27/2023 |
| 28 | HODGE_000212 | Approx. 6/15/2023 | AKTS_00204845[4] produced 1/27/2023 |
| 29 | HODGE_000244 | Approx. 6/15/2023 | AKTS_00204845[5] produced 1/27/2023 |

---

[2] The substance in AKTS_00413328 (Exhibit B) and AKTS_00016343 (Exhibit C) are the same. AKTS_00016343 contains some additional title slides and occasionally had different formatting.

[3] All slides in HODGE_000206 (Exhibit D) appear to be identical to the slides produced in AKTS_00204965 (Exhibit E) at AKTS_00204967-70; although, the quality of the images in HODGE_000206 appears to be lower.

[4] HODGE_000212 (Exhibit F) and AKTS_00204845 (Exhibit G) appear to be identical; although, the quality of the images in HODGE_000212 appears to be lower.

[5] All the slides in HODGE_000244 (Exhibit H) appear to be identical to the slide produced in AKTS_00204845 (Exhibit G) at AKTS_00204846-47, AKTS_00204858-61, AKTS_00204850-56; although, the quality of the images in HODGE_000244 appears to be lower.

2958-9370

Public Version

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th

day of August, 2023.

David L. Stanton

2958-9370