Public Version

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:21-cv-01417-JPM |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF DAVID L. STANTON REGARDING THE NEW DOCUMENTS CITED IN QORVO, INC.'S SUPPLEMENTAL IDENTIFICATION OF TRADE SECRETS

I, David L. Stanton, declare:

1. I am a Partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP and serve as counsel of record for the Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") in the above-captioned matter. I have personal knowledge of the facts stated herein, except those stated on information and belief, and if called upon, could and would testify competently to them. I submit this errata to my declaration filed August 24 2023. This errata is to correct paragraph 3 which should state:[1]

2. Below is a chart that lists the documents cited in the supplementation as well as when the document was first produced. As detailed below, of the 29 new documents cited by Qorvo, only six (6) of them were not produced by Akoustis after January 2023 ~~in 2022~~ in the same or a materially similar form, including the three documents listed from the production by former Akoustis employee, David Hodge. The six (6) new documents are highlighted in blue below.

---

[1] Red, underlined text indicates new language. Red, stricken text indicates a deletion.

███████████████████ Public Version ███████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of August, 2023.

                                                          _____
                                                          David L. Stanton