# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-1417-JPM |
| | ) |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Qorvo, Inc. to file a redacted version of Declaration of Jonathan DeFosse regarding Plaintiff's Supplemental Trade Secrets Disclosures (D.I. 305) is extended until September 6, 2023.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| /s/ Jeremy A. Tigan | /s/ Stephen B. Brauerman |
| Jack B. Blumenfeld (#1014) | Stephen B. Brauerman (#4952) |
| Jeremy A. Tigan (#5239) | Ronald P. Golden III (#6254) |
| 1201 North Market Street | 600 North King Street, Suite 400 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 655-5000 |
| (302) 658-9200 | sbrauerman@bayardlaw.com |
| jblumenfeld@morrisnichols.com | rgolden@bayardlaw.com |
| jtigan@morrisnichols.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

SO ORDERED this 6th day of September, 2023.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE