# EXHIBIT A

**PUBLIC VERSION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417 (JPM) |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF QORVO, INC.'S IDENTIFICATION OF TRADE SECRETS**

In accordance with the Amended Scheduling Order entered April 5, 2023 (D.I. 178), Plaintiff Qorvo, Inc. ("Plaintiff" or "Qorvo") hereby provides its identification of trade secrets upon which its claims are based with reasonable particularity. This identification of trade secrets is based on the discovery received from Defendants Akoustis Technologies, Inc. and Akoustis, Inc. ("Defendants" or "Akoustis") and the investigation Qorvo has been able to conduct as of today's date. Qorvo's investigation is ongoing, as are fact and expert discovery. Thus, Qorvo reserves the right to supplement this identification of trade secrets.

**I.      TECHNOLOGY OVERVIEW**

Qorvo develops and commercializes a line of thin-film bulk acoustic wave ("BAW") filters. BAW resonator filters, or BAW filters, are a vital component in advanced radio frequency ("RF") filtering solutions for wireless devices using cellular- and WiFi-based technologies as used in, for example, the world's most advanced radar and communications systems, automotive technologies, and many other industries. BAW filters are important because wireless devices communicate using particularized frequency bands in the electromagnetic spectrum that are assigned by government entities to prevent interference between different devices and service

Case 1:21-cv-01417-JPM Document 321-1 Filed 09/06/23 Page 3 of 5 PageID #: 16131

**PUBLIC VERSION**

|  |  |
|---|---|
| OF COUNSEL:<br><br>Robert M. Masters<br>Jonathan R. DeFosse<br>Timothy P. Cremen<br>Roy D. Jung<br>SHEPPARD, MULLIN, RICHTER<br>   & HAMPTON LLP<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC 20006-6801<br>(202) 747-1900<br><br>Eric K. Gill<br>Zachary Alper<br>Theodore Mayer<br>SHEPPARD, MULLIN, RICHTER<br>   & HAMPTON LLP<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130-4092<br>(858) 720-8900<br><br>James C. Wald<br>SHEPPARD, MULLIN, RICHTER<br>   & HAMPTON LLP<br>1901 Avenue of the Stars, 16th Floor<br>Los Angeles, CA 90067<br>(310) 228-3700<br><br>May 1, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiff Qorvo, Inc.* |

**PUBLIC VERSION**

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, copies of the foregoing were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>Ryan Selness, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert M. Fuhrer, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102-4856<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017-5524<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Theresa A. Roozen, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1200 Seventeenth Street, NW<br>Washington, DC  20036-3006<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

PUBLIC VERSION

Shani Rivaux, Esquire  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
600 Brickell Avenue, Suite 3100  
Miami, FL  33131  
*Attorneys for Defendants Akoustis*  
*Technologies, Inc. and Akoustis, Inc.*

*VIA ELECTRONIC MAIL*

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)