# EXHIBIT C




PUBLIC VERSION

# Transcript of Ya Annia Shen

**Date:** July 12, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

UNITED STATES DISTRICT COURT

For the

DISTRICT OF DELAWARE

QORVO, INC.,

Plaintiff, Case No.

V. 1:21 cv 01417 JPM

AKOUSTIS TECHNOLOGIES, INC.

And AKOUSTIS,

Defendants.

/

PUBLIC VERSION

The deposition of YA ANNIA SHEN, taken at the instance of the Defendants pursuant to stipulations contained herein; the reading and signing of the deposition reserved before Tamika Burnette, Certified Court Reporter, at 9:00 a.m., on July 12, 2023, at 10130 Perimeter Parkway, Suite 200, Charlotte, North Carolina 28216.

APPEARANCE PAGE

ON BEHALF OF THE PLAINTIFF:

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
BY: Mr. Jonathan DeFosse, Esquire
2099 Pennsylvania Avenue, Northwest
Suite 100
Washington, DC 20006
(202) 747 1900
Jdefosse@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
BY: Mr. Eric K. Gill, Esquire
12275 El Camino Real
Suite 200
San Diego, California 92130
(858) 720 8900
Egill@sheppardmullin.com

APPEARANCE PAGE CONTINUED

ON BEHALF OF THE DEFENDANT:

PILLSBURY WINTHROP SHAW PITTMAN, LLP
BY: Mr. David A. Jakopin, Esquire
Mr. Brian Cordova, Esquire
2550 Hanover Street
Palo Alto, California 94304
(650) 233 4790
David.jakopin@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN, LLP
BY: Ms. Theresa A. Roozen, Esquire
1200 Seventeenth Street, Northwest
Washington, DC 20036
(202) 663 8185
Theresa.roozen@pillsburylaw.com

ON BEHALF OF THE WITNESS:
BY: Mr. Joshua R. Van Kampen, Esquire
315 East Worthington Avenue
Charlotte, NC 28203
(704) 749 2638
josh@vankampenlaw.com

ALSO PRESENT:
Melody Adair, Videographer

Q. Anything else? 09:30:50
A. I think when, like when we talked about those documents, and he also mentioned Mr. David Dyer also got some from Mr. Rowland Holden. That's like similar in nature. 09:30:52 09:31:00 09:31:09 09:31:14
Q. Anything from your time working at Akoustis? 09:31:17 09:31:20
A. I personally did not get anything from Mr. Rowland Holden or Jeff Shealy directly, but I do remember this one instance that what's his name. I think his name is JB, he was hired after me. He was his job was a trim or process engineer in Rochester, the FAB, and one time he sent out a like a graph about Qorvo's process parameters, and I specifically remember that instance, then I just, like, tell him, "you should not be doing that" and that we should all delete the e mail and that was it. 09:31:21 09:31:29 09:31:37 09:31:47 09:31:51 09:31:59 09:32:05 09:32:20 09:32:24 09:32:27
Q. Is that JB Kwan? 09:32:31
A. I think so. I don't remember his last name, although I worked with him when I was at Qorvo. I know of him. I never met him because he was located in Texas FAB, back then. 09:32:42 09:32:44 09:32:47 09:32:50
Q. And when you say you told him he should not be doing that and to delete, et cetera, was that via e mail that you told him that? 09:32:52 09:32:56 09:33:02

A. I think so. I don't remember a direct conversation through Teams or whatever, the chat messages from before, but I I just remember, like, this is kind of like their secret sauce. Like, we shouldn't be passing that around.
Q. You mean Qorvo's secret sauce?
A. Right.
Q. Why did you think it was Qorvo's why do you think that information was Qorvo's important, confidential information?
A. It may not be that extremely important, but that is like someone's process that that shows, like, what is your your trim rate, your parameters, and they wouldn't put that on their website and share it with competitors.
Basically, if we can repeat that, then the process will be similar.
Q. The process that Akoustis would use to trim its filters?
A. Yes. That that's a how can I describe it? It's like if someone's doing something, and if you want to copy someone's, that like, the process and if you get exact same like, say cooking, the flour and water ratio and all the ingredients, and the timing of it, and even the

09:33:04 09:33:11 09:33:16 09:33:21 09:33:26 09:33:27 09:33:30 09:33:31 09:33:39 09:33:43 09:33:44 09:33:48 09:33:53 09:33:58 09:34:03 09:34:09 09:34:13 09:34:19 09:34:22 09:34:24 09:34:30 09:34:41 09:34:46 09:34:49 09:34:55

container you should be using, then you should be able to bake the exact same bread like the other person.

So if the other person doesn't want you to bake the same bread, they just don't tell you, like, the parameters. Does that make sense?

Q. Yes. So the information that JB provided, was something that Akoustis could use to do the same thing that Qorvo was doing?

A. Not exactly. So this is not a recipe, but it signifies, like, when you do that, if you reach these parameters, that that means you are using the same recipe. Like like when you bake the bread and at ten minutes mark, 20 minutes mark, 30 minutes mark, what that bread should look like. Then if you can repeat a ten minute mark, 20 minutes mark, 30 minutes mark, how the bread should look like, then it'll guarantee, like, you can break the same bread.

Q. So maybe we can talk about this in terms of Akoustis's products instead of bread and flour and also, what I want to understand is if Akoustis could use that information to its benefit, in terms of developing and producing bulk acoustic wave filters?

MR. JAKOPIN: Objection, speculation. Vague and ambiguous question.

09:34:56 09:34:59 09:35:03 09:35:03 09:35:05 09:35:12 09:35:14 09:35:19 09:35:22 09:35:25 09:35:33 09:35:37 09:35:42 09:35:47 09:35:53 09:35:57 09:36:02 09:36:06 09:36:07 09:36:10 09:36:17 09:36:21 09:36:26 09:36:33 09:36:36

BY MR. GILL: Did you understand the question? 09:36:39

A. I think it just signifies, like, if the equipment Akoustis is using is producing the same results as what a metro company is producing. It's not to the extent that, like, so significant as a product because a product involves a lot of things, like, the process to the design, even the packaging. Like, it's a lot of work in there. So whatever JB is showing us is just, like, very, very small portion of that. Just like one of the process if Akoustis is doing it, the same as Qorvo or not. And maybe Akoustis can find a different way of doing it, and it can also make the product I mean the process a success. But it's kind of like just trying to repeat what Qorvo's process is and that is not the whole process. That is like a one thing, which is trimming. 09:36:41 09:36:45 09:36:50 09:37:01 09:37:08 09:37:11 09:37:15 09:37:20 09:37:24 09:37:29 09:37:36 09:37:41 09:37:45 09:37:53 09:37:58 09:38:00

Q. So it could be part of the process that Akoustis would use to develop a bulk acoustic wave filter? 09:38:01 09:38:03 09:38:09

MR. JAKOPIN: Objection. Foundation. Speculation. Vague and ambiguous. 09:38:09 09:38:11

THE WITNESS: I guess it's not like so much the whole process. It's just like if the process result is similar to what Qorvo has. 09:38:20 09:38:22 09:38:24

BY MR. GILL: Was it when did JB send this information?
A. Probably not too long after he started. Maybe a few months after I started, then but for him, maybe a few weeks after he started.
Q. Did he join Akoustis from Qorvo?
A. That was my understanding.
Q. And then when he sent this information, was it a document, was it an attachment to an e mail?
A. It's just a picture in the e mail, if I remember correctly. It can also be an attachment in the e mail, but I don't remember which one. But I do see that picture, like a car scale picture of the trim rate in there because that is something when I was working at Qorvo, designers would have to check if something goes wrong, then when we're doing the troubleshooting process, we would check the trim rate and those numbers, like to see if everything looks correct and just troubleshooting process.
Q. Okay. Is that something you also did or the designers also did at Akoustis?
MR. JAKOPIN: Objection.
THE WITNESS: Not really, because [REDACTED] [REDACTED] So, if there's no direct access to that data, designers

09:38:34 09:38:38 09:38:39 09:38:50 09:38:57 09:38:59 09:39:04 09:39:07 09:39:09 09:39:14 09:39:17 09:39:21 09:39:25 09:39:32 09:39:36 09:39:40 09:39:44 09:39:48 09:39:54 09:40:10 09:40:12 09:40:15 09:40:16 09:40:18 09:40:27

(Whereupon, proceedings were concluded at 3:25 p.m.)

CERTIFICATE OF NOTARY PUBLIC

I, Melody Adair, Notary Public, do hereby certify that the aforementioned witness was sworn before me at the aforemention location, and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 26th day, of July, 2023.

My Commission Expires: May 16, 2028

Melody Adair, Notary Public
for the State of North Carolina

CERTIFICATE OF REPORTER

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES)

I, TAMIKA M. BURNETTE, hereby certify that the foregoing proceedings were taken before me at the time and place therein designated; that a review of the transcript was requested, and that the foregoing pages numbered 1 through 153 are a true and correct record of the aforesaid proceedings.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Tamika Burnette

DATED this 26th day of July, 2023

TAMIKA M. BURNETTE.
CERTIFIED COURT REPORTER, RPR, CSR

COURT REPORTER DISCLOSURE

Pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of California which states: "Each court reporter shall tender a disclosure form at the time of the taking of the deposition stating the arrangements made for the reporting services of the certified court reporter, by the court reporter's employer, or the referral source for the deposition, with any party to the litigation, counsel to the parties or other entity. Such form shall be attached to the deposition transcript." I make the following disclosure:

I am a California Certified Court Reporter. I am here as a representative of Planet Depos. Planet Depos contacted to provide court reporting services for the deposition. Planet Depos will not be taking this deposition under any contract that is prohibited by O.C.G.A. 91128(c).

Planet Depos has no contract/agreement to provide court reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition. Planet Depos will charge its usual and customary rates to all parties

in the case, and a financial discount will not be given to any party to this litigation.

Tamika M. Burnette, RPR, CSR14502

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason the in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it. You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

E R R A T A

PAGE LINE CHANGE

Reason for
Change:

Reason for
Change:

Reason for
Change:

Reason for
Change:

Reason for
Change:

Reason for
Change:

ACKNOWLEDGEMENT OF DEPONENT

I, , do hereby certify that I have read the foregoing pages to and that the same is a correct transcript of the answers given by me to the questions therein propounded, except for corrections or changes in form or substances, if any, noted in the attached Errata Sheet.

Date Signature

Subscribed and sworn before me this day of , 2023.

My Commission Expires:

Notary Public.