# AFFIDAVIT OF SERVICE

| Case:<br>21-1417-JPM | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>9550025 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>QORVO, INC., | | Defendant / Respondent:<br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | |
| Received by:<br>DLS Discovery | | For:<br>Bayard Firm | |
| To be served upon:<br>Eero, LLC c/o Corporation Service Company | | | |

I, Chad Toscano, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Litigation Management representative , 251 Little Falls Dr, Wilmington, DE 19808
**Manner of Service:** Registered Agent, Sep 12, 2023, 2:21 pm EDT
**Documents:** Subpoena and attachments

**Additional Comments:**
1) Successful Attempt: Sep 12, 2023, 2:21 pm EDT at 251 Little Falls Dr, Wilmington, DE 19808 received by Litigation Management representative .

_____ Sept 12, 2023
Chad Toscano                     Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
Sept 12, 2023
Date                     Commission Expires

*[Notary seal: JEFFREY A. LOW, MY COMMISSION EXPIRES JULY 30, 2025, NOTARY PUBLIC STATE OF DELAWARE]*