IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on September 20, 2023, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Objections and Responses to Plaintiff's Fourth Set of Interrogatories (Nos. 21-24) and this Notice of Service were served on the following counsel of record via email:

>Jack B. Blumenfeld (#1014)
>Jeremy A. Tigan (#5239)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>jblumenfeld@morrisnicols.com
>jtigan@morrisnichols.com

>Robert M. Masters
>Jonathan R. DeFosse
>Timothy P. Cremen
>Roy D. Jung
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>2099 Pennsylvania Avenue, NW Suite 100
>Washington, DC 2006-6801
>(202) 747-1900
>rmasters@sheppardmullin.com
>jdefosse@sheppardmullin.com
>tcremen@sheppardmullin.com

rjung@sheppardmullin.com

Eric K. Gill
Zachary Alper
Theodore Mayer
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
(858) 720-8900
egill@sheppardmullin.com
zalper@sheppardmullin.com
tmayer@sheppardmullin.com

James C. Wald
Kazim A. Naqvi
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90067
(310) 228-3700
jwald@sheppardmullin.com
knaqvi@sheppardmullin.com

Dated: September 20, 2023

| | |
|---|---|
| PILLSBURY WINTHROP<br>SHAW PITTMAN LLP | BAYARD, P.A. |
| David A. Jakopin<br>Dianne L. Sweeney<br>Ryan Selness<br>2550 Hanover Street<br>Palo Alto, CA 94304-1115<br>(650) 233-4500<br>david.jakopin@pillsburylaw.com<br>dianne@pillsburylaw.com<br>ryan.selness@pillsburylaw.com | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* |
| David L. Stanton<br>725 S. Figueroa St., 36th Floor<br>Los Angeles, CA 90017<br>(213) 488-7100<br>david.stanton@pillsburylaw.com | |
| Theresa A. Roozen<br>1200 17th St NW<br>Washington, DC 20036<br>(202) 663-8000<br>theresa.roozen@pillsburylaw.com | |
| Shani Rivaux<br>600 Brickell Avenue, Suite 3100<br>Miami, FL 33131<br>(786) 913-4900<br>shani.rivaux@pillsburylaw.com | |
| Robert C. F. Pérez<br>Pillsbury Winthrop Shaw Pittman LLP<br>1650 Tysons Blvd., Ste. 1400<br>McLean, VA 22102<br>(703) 770-7900<br>robert.perez@pillsburylaw.com | |
| *Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.* | |