IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) **DEMAND FOR JURY TRIAL** |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF DEPOSITION OF**
**ANTHONY NIXON PURSUANT TO FED. R. CIV. P. 30(B)(1)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and applicable Local Rules, Plaintiff Qorvo, Inc., by and through its attorneys, will take the deposition upon oral examination of Anthony Nixon, Vice President of Information Technology at Akoustis Technologies, Inc. and Akoustis, Inc., at a location in Charlotte, NC to be agreed upon by counsel. The deposition will commence on November 10, 2023, at 9:00 AM Eastern or on a date, time, and location to be agreed upon by counsel. The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will be recorded by including, but not limited to, sound, video and/or stenographic means and will continue from day to day (excluding Saturdays, Sundays, and holidays) until completed as permissible under Fed. R. Civ. P. 30(d). No persons other than the witness, parties, spouses of parties, counsel, employees of counsel, and the officer taking the deposition may attend this deposition. Defendants are requested to produce the witness at the stated time and place and are invited to attend and participate in the manner provided for in the Federal Rules of Civil Procedure and the Local Rules.

| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | |
| | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | _____ |
| | Jack B. Blumenfeld (#1014) |
| Robert M. Masters | Jeremy A. Tigan (#5239) |
| Jonathan R. DeFosse | 1201 North Market Street |
| Timothy P. Cremen | P.O. Box 1347 |
| Roy D. Jung | Wilmington, DE  19899-1347 |
| SHEPPARD, MULLIN, RICHTER | (302) 658-9200 |
|    & HAMPTON LLP | jblumenfeld@morrisnichols.com |
| 2099 Pennsylvania Avenue, NW, Suite 100 | jtigan@morrisnichols.com |
| Washington, DC  20006-6801 | |
| (202) 747-1900 | *Attorneys for Plaintiff Qorvo, Inc.* |
| | |
| Eric K. Gill | |
| Zachary Alper | |
| Theodore Mayer | |
| SHEPPARD, MULLIN, RICHTER | |
|    & HAMPTON LLP | |
| 12275 El Camino Real, Suite 100 | |
| San Diego, CA  92130-4092 | |
| (858) 720-8900 | |
| | |
| James C. Wald | |
| Kazim A. Naqvi | |
| SHEPPARD, MULLIN, RICHTER | |
|    & HAMPTON LLP | |
| 1901 Avenue of the Stars, 16th Floor | |
| Los Angeles, CA  90067 | |
| (310) 228-3700 | |

October 5, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 5, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>Ryan Selness, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert C.F. Pérez, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

2

Theresa A. Roozen, Esquire                                                    *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Shani Rivaux, Esquire                                                         *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL  33131
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

2