IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) **DEMAND FOR JURY TRIAL** |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR MONETARY AND ADVERSE INFERENCE
SANCTIONS FOR CONTEMPT AND SPOLIATION**

Plaintiff Qorvo, Inc. hereby moves for an Order issuing sanctions against Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") under Fed. R. Civ. P. 37(b) and (e). The grounds for Plaintiff's motion are set forth in its opening brief and supporting papers filed herewith.

OF COUNSEL:

Robert M. Masters
Jonathan R. DeFosse
Timothy P. Cremen
Roy D. Jung
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC  20006-6801
(202) 747-1900

Eric K. Gill
Zachary Alper
Theodore Mayer
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA  92130-4092
(858) 720-8900

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

Case 1:21-cv-01417-JPM   Document 347   Filed 10/05/23   Page 2 of 6 PageID #: 16383

James C. Wald
Kazim A. Naqvi
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA  90067
(310) 228-3700

October 5, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) **DEMAND FOR JURY TRIAL** ) ) |
|     Defendants. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION**

Before the Court is Plaintiff Qorvo Inc.'s ("Qorvo") Motion for Monetary and Adverse Inference Sanctions for Contempt and Spoliation ("Motion"). After review and consideration thereof, the Court ORDERS that the Motion is hereby GRANTED. It is ORDERED that the Court imposes an adverse inference against Akoustis for Akoustis's permanent spoliation of the computer hard drives of Joonbum Kwon ("Kwon") and Joel Morgan ("Morgan"), in the form of an instruction to the jury at any trial that the deleted files were unfavorable to Akoustis. It is further ORDERED that Akoustis is precluded from submitting evidence that Kwon or Morgan did not possess, use, or disclose Qorvo's trade secrets or confidential information.

The Court also finds Akoustis Technologies Inc. and Akoustis, Inc. (collectively, "Akoustis") in contempt for failure to comply with the Court's Discovery Order (D.I. 62) and the Forensic Inspection Protocol (D.I. 299). It is further ORDERED that, under Fed. R. Civ. P. 37(b)(2)(A), that the following facts be deemed established and Akoustis is prohibited from opposing or submitting evidence against these facts:

    1. Kwon and Morgan possessed, used, and disclosed Qorvo's trade secrets and confidential information;

2. Akoustis destroyed laptops of Kwon and Morgan; and

3. The deleted files were unfavorable to Akoustis.

It is further ORDERED that Qorvo is granted an award of monetary sanctions for reasonable attorneys' fees and costs incurred in making this motion, an accounting of which Qorvo will provide to Akoustis within 14 days of the date of this order.

IT IS SO ORDERED this _____ day of _____, 2023.


_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 5, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>Ryan Selness, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert C.F. Pérez, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

2

Theresa A. Roozen, Esquire                                          *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Shani Rivaux, Esquire                                              *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL  33131
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)