**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. 21-01417-JPM |
| v. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) **PUBLIC VERSION** |
| Defendants. | ) |
| | ) **Confidential Version Filed: October 5, 2023** |
| | ) **Public Version Filed: October 16, 2023** |
| | ) |
| | ) |

**DECLARATION OF JONATHAN DEFOSSE REGARDING PLAINTIFF'S
MOTION FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR
CONTEMPT AND SPOLIATION**

I, Jonathan DeFosse, declare as follows:

1.      I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar for the District of Columbia and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so.  I provide this Declaration in support of Qorvo's Motion for Monetary and Adverse Inference Sanctions for Contempt and Spoliation.

2.      Attached as **Exhibit A** is a true and correct copy of a document that Akoustis produced in this litigation with production numbers AKTS_00414264-414267.

3.      Attached as **Exhibit B** is a true and correct copy of a file Akoustis produced in this litigation in native format with the production number AKTS_00022565.

4.      A true and correct copy of a web capture of https://www.linkedin.com/in/joelmorgan/ (last visited September 29, 2023) is attached as **Exhibit C**.

5.      A true and correct copy of Qorvo's Rule 26(a) Initial Disclosures, served on February 23, 2022, is attached hereto as **Exhibit D**.

6.      A true and correct copy of Qorvo's Rule 26(a) First Amended Initial Disclosures, served on March 15, 2023, is attached hereto as **Exhibit E**.

7.      A true and correct copy of Qorvo's Rule 26(a) Second Amended Initial Disclosures, served on May 3, 2023, is attached hereto as **Exhibit F**.

8.      A true and correct copy of Akoustis's "Identification of Sources of Documents and ESI that May Reasonably Be Relevant to the Discovery Topics Identified by Plaintiff Qorvo Inc. Pursuant to Agreement and Order on Document and E-Discovery," served on May 13, 2022, is attached hereto as **Exhibit G**.

9.      A true and correct copy of a July 28, 2017 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00118852-118859, is attached hereto as **Exhibit H**.

10.     A true and correct copy of an August 3, 2017 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00118995-118998, is attached hereto as **Exhibit I**.

11.     A true and correct copy of an August 16, 2017 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00076656-76662, is attached hereto as **Exhibit J**.

12.     A true and correct copy of an October 25, 2017 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00037311-37323, is attached hereto as **Exhibit K**.

13.     A true and correct copy of an October 26, 2017 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00037338-37351, is attached hereto as **Exhibit L**.

████████████████████████████████

14.     A true and correct copy of excerpts from the deposition transcript of Ya Annia Shen, taken July 12, 2023, is attached hereto as **Exhibit M**.

15.     A true and correct copy of a January 16, 2020 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00144075-144109, is attached hereto as **Exhibit N**.

16.     A true and correct copy of a January 20, 2020 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00144175-144223, is attached hereto as **Exhibit O**.

17.     A true and correct copy of a February 11, 2020 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00144764-144813, is attached hereto as **Exhibit P**.

18.     A true and correct copy of a March 17, 2021 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00103883-103885, is attached hereto as **Exhibit Q**.

19.     A true and correct copy of a March 12, 2018 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00122741-122743, is attached hereto as **Exhibit R**.

20.     A true and correct copy of a August 17, 2018 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00126386-126423, is attached hereto as **Exhibit S**.

21.     A true and correct copy of a April 18, 2019 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00137354-137391, is attached hereto as **Exhibit T**.

22.     A true and correct copy of a March 17, 2021 e-mail and attachment(s) produced by Akoustis in this litigation as AKTS_00103886-103923, is attached hereto as **Exhibit U**.

23.     ██████████████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

24. ██████████████████████████████████████████

25.     The Parties telephonically met and conferred on September 8, 2023. ████

26.     On September 13, 2023, Qorvo's counsel advised Akoustis's counsel that it intended to file the instant Motion, and would seek monetary sanctions and adverse inference sanctions. The Parties' conferred a final time on September 19, 2023.  The Parties were unable to reach any resolution. A true and correct copy of the September 13, 2023 e-mail from Qorvo's counsel to Akoustis's counsel is attached hereto as **Exhibit Y**.

27.     A true and correct copy of Akoustis's "Rule 26(a)(1) Amended Initial Disclosures," served in May 2022, is attached hereto as **Exhibit Z**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 5, 2023.

*/s/ Jonathan R. DeFosse*
Jonathan DeFosse

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 5, 2023, upon the following in the manner indicated:

Stephen B. Brauerman, Esquire                    *VIA ELECTRONIC MAIL*
Ronald P. Golden III, Esquire
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE  19801
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

David A. Jakopin, Esquire                        *VIA ELECTRONIC MAIL*
Dianne L. Sweeney, Esquire
Ryan Selness, Esquire
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA  94304-1115
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Robert C.F. Pérez, Esquire                       *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA  22102-4856
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

David L. Stanton, Esquire                        *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA  90017-5524
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Theresa A. Roozen, Esquire                                    *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Shani Rivaux, Esquire                                         *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL  33131
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)