IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>                Plaintiff,<br><br>       v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>                Defendants. | Case No. 1:21-01417-JPM<br><br>**DEMAND FOR JURY TRIAL**<br>**PUBLIC VERSION**<br><br>**Confidential Version Filed: October 5, 2023**<br>**Public Version Filed: October 16, 2023** |

**DECLARATION OF KEVIN T. FAULKNER IN SUPPORT OF PLAINTIFF'S MOTION FOR MONETARY AD ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION**

I, Kevin T. Faulkner, declare as follows:

1. I am a Vice President in the Unit 42 Security Consulting group at Palo Alto Networks, Inc. I am designated as Plaintiff Qorvo, Inc.'s ("Qorvo") expert to conduct a forensic inspection in the above captioned matter. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so. I provide this Declaration in support of Qorvo's Motion for Monetary and Adverse Inference Sanctions for Contempt and Spoliation.

2. I have reviewed the Court's order dated August 24, 2023 (the "Order"), pertaining to the forensic inspection of Defendants Akoustis Technologies, Inc.'s and Akoustis, Inc.'s (collectively, "Akoustis") computer systems (D.I. 299). ███████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████

-2-

███████████████████████████████████████

██████████████████████████████

3. ███████████████████████████

███████████████████████████████████████

██████████████████████████████

███████████████████████████████

████████████████████

4. ███████████████████████████

███████████████████████████████████████

██████████████████████████

████████████████████████████████

███████████████████████████████████████

██████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████

████████████████

5. █████████████████████

███████████████████████████████

███████████████████████████████████████

████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

-3-

██████████████████████████████████████████

████████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 26, 2023.

_____
Kevin T. Faulkner

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 5, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>Ryan Selness, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert C.F. Pérez, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

-2-

Theresa A. Roozen, Esquire                                                           *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Shani Rivaux, Esquire                                                                *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL  33131
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

                                                                         */s/ Jeremy A. Tigan*

                                                                         Jeremy A. Tigan (#5239)