# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., <br><br> Defendants. | C.A. No. 1:21-cv-01417-JPM |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Akoustis Technologies, Inc. and Akoustis, Inc. to file their Answering Brief in Opposition to Motion for Sanctions is extended until October 27, 2023.

Dated: October 17, 2023

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Ronald P. Golden III* |
| Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jtigan@morrisnichols.com <br><br> *Attorneys for Plaintiff* | Stephen B. Brauerman (#4952) <br> Ronald P. Golden III (#6254) <br> 600 North King Street, Suite 400 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com <br><br> *Attorneys for Defendants* |

**IT IS SO ORDERED** this 17th day of October, 2023.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

1