CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of District of Columbia and the Commonwealth of Virginia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: October 19, 2023

                                           */s/ Riccardo Macchiaroli*
                                           Riccardo Macchiaroli
                                           Pillsbury Winthrop Shaw Pittman LLP
                                           1650 Tysons Blvd., Ste. 1400
                                           McLean, VA 22102