# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-1417-JPM |
| | ) |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ronald S. Lemieux, David S. Elkins and Victoria Q. Smith of Squire Patton Boggs (US) LLP hereby enter their appearances in the above-captioned action as counsel for defendants AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. Their motions for admission pro hac vice will promptly follow.

| | |
|---|---|
| Dated: October 26, 2023 | BAYARD, P.A. |
| | |
| | /s/ *Stephen B. Bauerman* |
| | Stephen B. Bauerman (#4952) |
| | Ronald P. Golden III (#6254) |
| | 600 N. King Street, Suite 400 |
| | Wilmington, Delaware |
| | (302) 655-5000 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | sbauerman@bayardlaw.com |
| | rgolden@bayardlaw.com |
| David A. Jakopin | |
| Dianne L. Sweeney | *Attorneys for Defendants Akoustis* |
| Ryan Selness | *Technologies, Inc. and Akoustis, Inc.* |
| 2550 Hanover Street | |
| Palo Alto, CA 94304-1115 | |
| (650) 233-4500 | |
| david.jakopin@pillsburylaw.com | |
| dianne@pillsburylaw.com | |
| ryan.selness@pillsburylaw.com | |
| | |
| David L. Stanton | |
| 725 S. Figueroa St., 36th Floor | |
| Los Angeles, CA 90017 | |
| (213) 488-7100 | |
| david.stanton@pillsburylaw.com | |
| | |
| Theresa A. Roozen | |
| 1200 17th St NW | |
| Washington, DC 20036 | |
| (202) 663-8000 | |
| theresa.roozen@pillsburylaw.com | |
| | |
| Shani Rivaux | |
| 600 Brickell Avenue, Suite 3100 | |
| Miami, FL 33131 | |
| (786) 913-4900 | |
| shani.rivaux@pillsburylaw.com | |
| | |
| Riccardo Macchiaroli | |
| Robert C. F. Pérez | |
| Pillsbury Winthrop Shaw Pittman LLP | |
| 1650 Tysons Blvd., Ste. 1400 | |
| McLean, VA 22102 | |
| (703) 770-7900 | |
| ric.macchiaroli@pillsburylaw.com | |
| robert.perez@pillsburylaw.com | |

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
SQUIRE PATTON BOGGS (US) LLP
1841 Page Mill Road, Suite 150
Palo Alto, CA  94304-1216
(650) 856-6500
ronald.lemieux@squirepb.com
david.elkins@squirepb.com
victoria.smith@squirepb.com