**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) C.A. No. 21-1417-JPM ) ) |
| v. | ) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) |
| Defendants. | ) ) |

**PROPOSED ORDER**

IT IS HEREBY ORDERED this _____ day of _____, 2023, that the foregoing application of Ronald S. Lemieux, David S. Elkins, and Victoria Q. Smith for admission to practice in this action *pro hac vice* is GRANTED.

_____
UNITED STATES DISTRICT JUDGE