CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and numerous U.S. District Courts, the Ninth and Federal Circuit Courts of Appeals, and the U.S. Supreme Court, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: October 27, 2023

        */s/ Ronald S. Lemieux*
        Ronald S. Lemieux
        Squire Patton Boggs (US) LLP
        1841 Page Mill Road, Suite 150
        Palo Alto, CA  94304
        (650) 843-3330 (O)
        Ronald.Lemieux@squirepb.com