CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the Bar of the State of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am familiar with this Court's Local Rules.

Dated: October 27, 2023

                              */s/ Victoria Q. Smith*
                              Victoria Q. Smith
                              Squire Patton Boggs
                              SQUIRE PATTON BOGGS (US) LLP
                              1801 Page Mill Road, Suite 110
                              Palo Alto, CA 94304
                              (650) 856-6500