**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.,<br><br>Defendants. | C.A. No. 1:21-01417-JPM |

## ORDER

IT IS HEREBY ORDERED this 31st day of October, 2023, that the foregoing application of Ronald S. Lemieux, David S. Elkins, and Victoria Q. Smith for admission to practice in this action *pro hac vice* is GRANTED.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE