IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 21-1417-JPM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Defendants to file a redacted version of Defendants' Opposition to Qorvo, Inc.'s Motion for Monetary and Adverse Inference Sanctions for Contempt and Spoliation and accompanying Declarations of David Stanton, Jerry Biu, Chad Leuer, and Anthony Nixon (D.I. 372-377) is extended until November 8, 2023.

Dated: November 2, 2023

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
| */s/ Jeremy A. Tigan* | */s/ Ronald P. Golden III* |
| Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jtigan@morrisnichols.com <br><br> *Attorneys for Plaintiff* | Stephen B. Brauerman (#4952) <br> Ronald P. Golden III (#6254) <br> 600 North King Street, Suite 400 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com <br><br> *Attorneys for Defendants* |

2

      SO ORDERED this _____ day of _____ 2023.

                                                  _____
                                                  United States District Judge