■■■ Public Version ■■■

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:21-cv-01417-JPM |
| ) | |
| AKOUSTIS TECHNOLOGIES, INC. and ) | ■■■■■■■■■■ |
| AKOUSTIS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF DAVID L. STANTON IN SUPPORT OF DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S OPPOSITION TO QORVO, INC.'S MOTION FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION

I, David L. Stanton, declare:

1. I am a Partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP and serve as counsel of record for the Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") in the above-captioned matter. I have personal knowledge of the facts stated herein, and if called upon, I could and would testify competently to them. I submit this declaration in support of Akoustis' Opposition to Qorvo, Inc.'s ("Qorvo") Motion for Monetary and Adverse Inference Sanctions for Contempt and Spoliation ("Motion").

2. Akoustis began producing documents and ESI in the present action in April 2022, and has now produced over ■■■■■■ pages and over ■■■■■■ native files as part of document discovery in this case.

3. Prior to its May 5, 2023 Request for Inspection, Qorvo had not indicated its intent to seek forensic imaging. Qorvo also had not objected to the sources of ESI produced by Akoustis, which were fully disclosed, or filed any motions to compel.

4.      On May 5, 2023, 19 months after initiating this lawsuit, Qorvo served a demand for forensic inspection of the physical devices associated with Akoustis employees.

5.      █████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████

6.      On September 19, 2023, the parties held a scheduled meet and confer call to discuss the two missing two laptops. During that call, Qorvo's counsel demanded that Akoustis consent to an adverse inference instruction or face a motion for contempt and bad faith. I explained that such harsh penalties were not available on this record, either under Rule 37 of the Federal Rules of Civil Procedure or the law of the Third Circuit. Once Qorvo's counsel had confirmed that Akoustis would not agree to Qorvo's unreasonable terms, he promptly ended the meet and confer call. Qorvo Motion followed on October 5, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of October, 2023.

*David L. Stanton* (signature)

David L. Stanton

Public Version

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 27, 2023, copies of the attached document were served via electronic mail on all counsel of record.

                                      */s/ Ronald P. Golden III*
                                      Ronald P. Golden III

**Other Documents**

1:21-cv-01417-JPM Qorvo, Inc. v. Akoustis Technologies, Inc. et al

Public Version

PATENT

## U.S. District Court

## District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Golden, Ronald on 10/27/2023 at 5:04 PM EDT and filed on 10/27/2023
**Case Name:**      Qorvo, Inc. v. Akoustis Technologies, Inc. et al
**Case Number:**    1:21-cv-01417-JPM
**Filer:**          Akoustis Technologies, Inc.
                    Akoustis, Inc.
**Document Number:** 373

**Docket Text:**
[SEALED] DECLARATION re [372] Answering Brief in Opposition, / *Declaration of David L. Stanton* by Akoustis Technologies, Inc., Akoustis, Inc.. (Attachments: # (1) Certificate of Service)(Golden, Ronald)


**1:21-cv-01417-JPM Notice has been electronically mailed to:**

David A. Jakopin     david.jakopin@pillsburylaw.com, docket@pillsburylaw.com

David L. Stanton     david.stanton@pillsburylaw.com, irene.hooper@pillsburylaw.com

Dianne L. Sweeney     dianne@pillsburylaw.com, meri@pillsburylaw.com

Eric K. Gill     egill@sheppardmullin.com, ksok@sheppardmullin.com

Jack B. Blumenfeld     Jbbefiling@mnat.com, jblumenfeld@mnat.com

Jeremy A. Tigan     JTigan@morrisnichols.com, jatefiling@mnat.com, mnat_IP_eFiling@morrisnichols.com

Jonathan R. DeFosse     jdefosse@sheppardmullin.com

Riccardo Macchiaroli     ric.macchiaroli@pillsburylaw.com

Robert C.F. Perez     robert.perez@pillsburylaw.com

Robert M. Masters     rmasters@sheppardmullin.com, mrpatrick@sheppardmullin.com

Ronald P. Golden , III     rgolden@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com

Roy D. Jung     rjung@sheppardmullin.com

Ryan Selness     ryan.selness@pillsburylaw.com, meri@pillsburylaw.com

Shani Rivaux     shani.rivaux@pillsburylaw.com, soraya.garcia@pillsburylaw.com

Stephen B. Brauerman     sbrauerman@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com, tdevine@bayardlaw.com

Theresa A. Roozen     theresa.roozen@pillsburylaw.com

Timothy P. Cremen     tcremen@sheppardmullin.com

Zachary Alper     zalper@sheppardmullin.com

**1:21-cv-01417-JPM Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a             Public Version
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/27/2023] [FileNumber=5362887-0] [669f559528f21772788d9424d6dacb953a7d540e670124d3d8ce2d6cbb42db200f7538921736ef007b729af7ce6996cb4ddedfd686114eeefa21d95c4d8d468a]]
**Document description:**Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/27/2023] [FileNumber=5362887-1] [0ab6d94004a7e2b48bb9f24d19ac6c53edc1299a1a6a8d9c8456d9cd44a2e6e0a97dea3af9fefa0424fc52715d338c9076125b7977972de1eddb23a0d3bdfb47]]