Public Version

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:21-cv-01417-JPM |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF JERRY BUI IN SUPPORT OF DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S OPPOSITION TO QORVO, INC.'S MOTION FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION**

I, Jerry Bui, declare:

**I.     PERSONAL AND COMPANY BACKGROUND AND EXPERIENCE**

    **A.     Qualifications**

1. My name is Jerry Bui. I am a Managing Director at FTI Consulting, Inc. ("FTI"), located at 2001 Ross Ave, Suite 650, Dallas, Texas 75201. I currently serve as one of the Technology Segment's leaders of FTI's Digital Forensics practice, where I provide services that include evidence collection, forensic analysis, expert testimony, and data analytics.

2. FTI is a well-respected, independent, global business advisory firm dedicated to helping organizations manage change, mitigate risk, and resolve disputes: financial, legal, operational, political & regulatory, reputational, and transactional. The organization has more than 4,700 consultants and professionals in 27 countries, and every year, FTI helps more than 6,100 organizations globally transform the way they anticipate and respond to events. The scope of FTI's clients includes, but is not limited to, 56 of Fortune's Global 100 corporations, 43 of the Financial Times-Stock Exchange 100, 97 of the world's top 100 law firms, and each of the top 10 bank

holding companies. I am supported by hundreds of dedicated digital forensics, cybersecurity, incident response, and data and analytics consultants, with cross-functional teams led by those with decades of experience at the highest levels of law enforcement, intelligence, and global private sector institutions.

3. Prior to this position, I was Executive Director of Digital Forensics at Lighthouse Document Technologies, Inc. ("Lighthouse"), where I served as the global leader of digital forensic services and evidence collection for investigation and litigation matters and was responsible for the development of proactive risk management consulting services.

4. Before joining Lighthouse, I served as the U.S. Director of Forensics at Inventus, LLC, where I acted as the national leader of digital forensic services performing similar duties as at Lighthouse.

5. Before joining Inventus, LLC, I served as an independent contractor supporting an OFAC investigation for a large online retailer in response to a regulatory inquiry.

6. Prior to that, I was the Advisory Director of Forensic Technology Services and Investigative Analytics at PricewaterhouseCoopers, where I focused on global supply chain fraud and compliance solutions in pharmaceutical life sciences and food trust. I was responsible for advising clients on regulatory affairs and enforcement trends involving the Food and Drug Administration and Department of Justice as it related to false claims, anti-bribery and anti-corruption, and food safety. I also have held leadership positions at Ernst and Young, KPMG, and Navigant Consulting.

7. I have more than 20 years of experience in forensic analysis, including in connection with complex investigations, regulatory inquiries, and litigation matters. I have performed hundreds of forensic acquisitions of electronic evidence, forensic examinations of

digital media, forensic inspections as a third-party neutral, and conversions of electronic evidence for litigation review.

8.	On average, I perform and oversee around 50 to 100 forensic inspections per year, something I have been doing now for 23 years.

9.	I hold the following professional certifications: I am a Certified Fraud Examiner (License 662639); a Microsoft Certified Professional; and a Six Sigma Green Belt. These certifications demonstrate my expertise in fraud detection and prevention, forensic accounting, Microsoft technologies, and business process improvement.

10.	I also am a member of the Forensic Expert Witness Association, Academy of Court-Appointed Neutrals, Association of Certified Fraud Examiners, the Institute of Internal Auditors, and Project Management Institute.

11.	I regularly provide thought leadership on topics of e-Discovery, emerging technology, fraud, and misconduct, speaking at industry events sponsored by FTI Consulting and third-party Forensic software companies. On April 3, 2023, for example, I spoke to 300 judges and attorneys at the Jacksonville Federal Bar Association at the Nimmons Seminar about AI deep fakes and falsified evidence.

12.	My curriculum vitae is enclosed as **Exhibit A** hereto and contains testimony given at trial or deposition in the past four years and lists articles that I have published in the past 10 years.

**B.	Assignment**

13.	FTI was engaged by Pillsbury Winthrop Shaw Pittman, LLP ("Pillsbury") as an e-Discovery consultant to perform the preservation of devices and other data sources for key custodians of Defendant Akoustis, Inc. ("Akoustis"). Given my experience, I was asked to review

Public Version

Qorvo, Inc.'s Motion for Monetary and Adverse Inference Sanctions for Contempt and Spoliation ("Qorvo's Motion") and the declarations of Kevin Faulkner and Jonathan DeFosse submitted in support of that Motion.

14. My testimony in this Declaration is based on an objective analysis of the evidence and circumstances made available to me.

## II.    QORVO'S MOTION AND SUPPORTING DECLARATIONS

15. ███████████████████████████████████████

   ■ ███████████████████████████████████████

███████████████████████████████████████████

   ■ ███████████████████████████████████████

      ███████████████████████████████████████

      ███████████████

   ■ ███ ██████ ██████ ███████ ██████ ████████ ███
      ███████

   ■ ███████████████████████████████████████
      ███████████████

   ■ ███████████████████████████████████████

   ■ ███████████████████████████████████

   ■ ███████████████████████████████████████

███████████████████████████████████████

   ■ ███████████████████████████████████████

      ███████████████████████████████████████

      ███████████████

4



19. The above information was transferred directly to Mr. Faulkner, without any filtering by date or keyword. This large, unfiltered corpus of material provided a broad view of

4869-1605-2363

documents and ESI associated with these 15 custodians and was an extensive corpus for any forensic analysis.

20. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ However, for many of the supposedly missing categories of metadata identified in Qorvo's Motion and in Mr. Faulkner's supporting declaration, either the data is still available in other forms or there are alternative sources from which comparable information could be gathered or determined.

21. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ A simple inspection of any of these OneDrive documents will show the Date Created, Date Modified and Last Access Date values are forensically intact, reflecting their original values, and versions attached to emails would also have sent and received date information included.

22. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Public Version

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████

23.   ████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████   █████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████ █

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██ ███████████████████████████████████████████

█████████████████████████████   ████████████████

███████████████████████████████████████████████

████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of October, 2023.

_____
Jerry Bui

Public Version

# EXHIBIT A



**Public Version**

**Managing Director**
**FTI Consulting, Technology Segment**

2001 Ross Ave Ste 650, Dallas TX 75201, USA
+1 214-397-1708  jerry.bui@fticonsulting.com

### Education
Bachelor of Political Science, UCLA

### Certifications
Certified Fraud Examiner
Microsoft Certified Professional
Lean Six Sigma Green Belt

### Expertise
Digital Forensics
Investigation Support
E-Discovery
Data Analytics

### Associations
Forensic Expert Witness Association (FEWA)
Expert Advisor Co-Lead to INTERPOL Metaverse Forensics Program
Academy of Court-Appointed Neutrals
Association of Certified Fraud Examiners (ACFE)
Association of Certified Ediscovery Specialists (ACEDS)
The Institute of Internal Auditors (IIA)
Project Management Institute (PMI)

Jerry Bui is a Managing Director in FTI's Dallas, Texas, US Technology Segment. He is a keynote speaker and thought leader with over 20 years of experience assisting clients with emerging technology related aspects of investigations and he has testified 15+ times in support of civil matters.

Mr. Bui's clients include major companies within the areas of pharmaceutical life sciences, medical device, big tech, and other industries. His practice primarily focuses on emerging data sources in the cloud and the impact they have to ediscovery workflows. He regularly assists clients through all phases of investigations; helping them to understand their options when responding to government subpoenas and requests from opposing parties. He also assists his clients to attack the methods and procedures used by opposing experts. Mr. Bui has testified in support of civil spoliation motions as well as on topics such as proper digital forensics procedures, the adequacy of efforts undertaken by opposing parties and topic related to the theft of Trade Secret information.

Mr. Bui is often personally requested to conduct in-depth forensic examinations of computers used by key persons of interest and to provide expert courtroom testimony to support his findings. In addition to his client-based responsibilities, Mr. Bui is also a diversity ambassador for the firm and promotes professional development in the Asian-American Pacific Islander (AAPI) community.

Prior to joining FTI, Mr. Bui was the Executive Director of Forensics at Lighthouse where he acted as the global leader of digital forensic services and evidence collection for investigation and litigation matters and was responsible for the development of proactive risk management consulting services.

Mr. Bui worked for three of the Big Four advisory firms. At PricewaterhouseCoopers, he was the Advisory Director of Forensic Technology Services and Investigative Analytics where he focused on global supply chain fraud and compliance solutions in pharmaceutical life sciences and food trust. Mr. Bui was responsible for advising clients on regulatory affairs and enforcement trends involving the Food and Drug Administration and Department of Justice as it related to false claims, anti-bribery and anti-corruption, and food safety.

Jerry has also held leadership positions at Ernst and Young, KPMG, and Navigant Consulting.

### Relevant Experience

<u>2018 – 2021</u>: Mr. Bui was the Advisory leader of the digital forensics practice globally at **Lighthouse** offering proactive and reactive services including evidence collection, forensic analysis, expert testimony, and data analytics. Mr. Bui led an international remediation project for a large pharmaceutical and biotech company visiting Taipei, Taiwan and Wuhan, China to validate the deletion of trade secret documents from the Defendant's laboratory IT environments. He also conducted data acquisition from a Defendant's M365 cloud environment while on the ground in Ho Chi Minh City, Vietnam, speaking the local language during custodian interviews and coordinating with IT personnel.

**EXPERTS WITH IMPACT™**



2017 – 2018: Mr. Bui ran the entire digital forensics practice nationally as a Director at **Inventus** and he oversaw the forensic services and evidence collection work for investigation and litigation matters. One of Mr. Bui's notable client-facing consulting engagements included an information security risk assessment for a pre-FDA biotech company on current state gaps and delivered future state recommendations based on leading industry practice.

2017: Mr. Bui served as an Independent Contractor supporting an OFAC investigation for a large online retailer in response to a regulatory inquiry.

2015 – 2017: At **PwC**, Mr. Bui was an Advisory Director whose focus was on global supply chain fraud and compliance solutions in pharmaceutical life sciences and food trust using emerging forensic technology techniques for industry-specific challenges. He developed an open-source Tableau replacement using D3 and JavaScript to allow for flexible integration with other analytics components for end-to-end client solutions incorporating qualitative SME questionnaire responses, quantitative risk assessments, third-party onboarding and monitoring, risk-based sample selections, investigation case management and the remediation of fraud and misconduct. Mr. Bui also performed a current state assessment, gap analysis and future state recommendations for a healthcare pharmacy benefits manager to proactively address regulatory drug pricing probes that were being conducted by the government within the industry.

2013 – 2015: At **Ernst & Young**, Mr. Bui was a Senior Manager in Audit who provided proactive solutions within the life sciences industry. First, he developed a physician conflict of interest compliance monitoring dashboard using internal and external data for a large healthcare provider system. Mr. Bui also developed a continuous compliance monitoring dashboard and in-country scorecards for a leading pharmaceutical manufacturer incorporating compliance KPIs defined at the global and local levels. He further developed a continuous audit program for a medical device manufacturer incorporating fraud, bribery and corruption analytics, risk ranking and intelligent sample selections for repeatable in-country audits. Finally, Mr. Bui developed a competitive benchmark dashboard for several life sciences companies to assess risk surrounding outlier behavior of sales reps when engaging healthcare professionals for fee-for-service arrangements, samples distribution and meals and entertainment reimbursement.

2005 – 2013: At **KPMG**, Mr. Bui managed a multi-jurisdictional stock options back-dating litigation using an electronic document review platform for multiple law firms in three time zones lasting 18 months. He also managed a Federal Trade Commission "second request" anti-trust review of email communication between two web advertisement industry giants. As a practice development initiative, Mr. Bui launched the offshore ediscovery center in New Delhi, India to enhance electronic document processing capacity for onshore litigation support and investigation matters. He was also responsible for an internal dashboarding platform mining more than 200 terabytes of data, providing performance metrics, margin analysis and KPI scorecards.

2004 – 2005: At, **Navigant Consulting**, Mr. Bui was an Associate Director who supported an AML lookback investigation on nation's oldest privately owned bank with homeland security implications. He also created the firm's first Analytics-as-a-Service platform with Microsoft SQL Server in a private cloud environment.

## Speaking Engagement/Lectures

Mr. Bui engages with law firms, corporate clients, and litigation support associations regularly to deliver educational sessions that he has developed on topics related to computer forensics and emerging data sources. Mr. Bui is considered a thought leader and is invited to speak at conferences and webinars. He has shared his industry perspective as a keynote speaker, moderator, and panelist.

## Publications

- January 2012 – Co-authored a KPMG whitepaper titled "The Case for Statistical Sampling in E-Discovery", arguing that a robust statistical sampling process can confirm whether technology-assisted results are as effective as human review.
- February 2015 – Co-authored an Ernst & Young whitepaper titled "Open Payment benchmarking and analytics: formulate a balanced product strategy", demonstrating the breakthrough use of federal data for competitive intelligence in the life sciences industry.



- <u>March 2019</u> – Authored an article for JD Supra titled "Security v. Privacy", emphasizing the distinct difference between the two concepts as it relates to social media data and consumer protection.
- <u>April 2020</u> – Authored an article on Medium titled "Adopting a Compliant & Defensible Remote Collections Strategy", warning about the new risks and vulnerabilities of a remote work force during the COVID-19 pandemic.
- <u>May 2020</u> – Authored an article on Medium titled "Prevent IP Theft During a COVID RIF – Don't Let Your Trade Secrets Depart with Employees", warning that additional measures need to be taken by companies regarding mass layoffs during the COVID-19 pandemic.
- <u>October 2022</u> – Co-authored an article on the FTI Technology Blog titled "The Modern Data Paradox: Power and Problems in Discovery and Investigations", warning that chat, collaboration, mobile, and social media sources present the latest data challenges for traditional ediscovery workflows.
- <u>February 2023</u> – Co-authored an article on the FTI Technology Blog titled "Insider Risk Management in Microsoft 365", discussing the proactive stance that enterprises can take by leveraging insider risk management features built into Microsoft 365 for the detection and prevention of fraud and misconduct.
- <u>August 2023</u> – Authored an article on Law.com titled "AI-Generated Content, Deepfakes, and New Data Push the Limits of Civil Procedure", discussing how traditional tools and techniques need to adapt to handle new data challenges in the era of Generative AI.

## Training

Forensic ToolKit (FTK), Access Data, 2005

Encase Fundamentals, Guidance Software, 2007

Encase Intermediate, Guidance Software, 2007

The Data Scientist's Toolbox, Coursera, 2015

R Programming, Coursera, 2015

Getting and Cleaning Data, Coursera, 2015

Exploratory Data Analysis, Coursera, 2015

Practical HACCP Training Certificate, International Food Safety & Quality Network, 2016

Forensic Fundamentals, Magnet Forensics, 2017

Axiom Examination, Magnet Forensics, 2017

Axiom Internet and Cloud Investigations, Magnet Forensics, 2018

## Testimony, Reporting, Deposition and Declaration Experience

Mr. Bui has testified over 15 times in Federal and State courts for civil matters. He has been qualified as an expert in computer forensics, document metadata, and cloud-based platforms.

- MSCM HOLDINGS, INC. V. PCS-MOSAIC HOLDINGS, LLC AND MOSAIC TECHNOLOGIES GROUP, LLC
  Court Of Chancery of The State of Delaware
  Case No. 2022-0959-SG (2023)
  Declaration in support of Defendants/Counterclaim and third party Plaintiffs' motion for a preliminary injunction.

- PAMPA ENERGÍA S.A. (Argentina) V. PETROBRAS INTERNATIONAL BRASPETRO B.V. (The Netherlands)
  International Court of Arbitration of the International Chamber of Commerce
  ICC Case No. 25255/MK (2023)
  In-person testimony on behalf of Respondent.

- AMAZON.COM, INC. V. WDC HOLDINGS LLC DBA NORTHSTAR COMMERCIAL PARTNERS
  United States District Court, Eastern District of Virginia Alexandria Division
  Case No. 1:20-cv-484-RDA-TCB (2023)



Expert Report pursuant to Federal Rule 26(a)(2) on behalf of Plaintiff.

- MATTHEW D. VAN STEENWYK V. KEDRIN E. VAN STEENWYK
  United States District Court, Central District of California
  Case No. 2:20-cv-02375 FLA (AFMx) (2022)
  Expert Report pursuant to Federal Rule 26(a)(2) and deposition on behalf of Plaintiff.

- SYNGENTA SEEDS, LLC. V. TODD WARNER, JOSHUA SLEPER, FARMER'S BUSINESS NETWORK.
  United States District Court, District of Minnesota
  Case No. 20-1428-ECT-BRT (2021)
  Expert Report pursuant to Federal Rule 26(a)(2), rebuttal report, and declaration on behalf of Defendant.

- PLATTIN CREEK EXCAVATING, LLC. V. MICHAEL D. HARMAN, JR.
  Circuit Court of St. Louis Country, State of Missouri
  Case No. 21SL-CC04188 (2021)
  Affidavit for filing of temporary restraining order and preliminary injunction on behalf of Plaintiff.

- CANNACO RESEARCH CORPORATION V. SHAUNEEN MILITELLO
  Superior Court of the State of California, Los Angeles, CA
  Case No. 21STCV13314 (2021)
  Declaration in support of ex parte application to modify preliminary injunction on behalf of Plaintiff.

- HVI CAT CANYON, INC. CHAPTER 7 EVIDENTIARY HEARING
  United States Bankruptcy Court, Central District of California, Northern Division
  Case No. 9:19-11573 (2021)
  Declaration and in-person testimony on behalf of Trustee.

- PAMPA ENERGÍA S.A. (Argentina) V. PETROBRAS INTERNATIONAL BRASPETRO B.V. (The Netherlands)
  International Court of Arbitration of the International Chamber of Commerce
  ICC Case No. 25255/MK (2021)
  Expert report and rebuttal opinions on behalf of Respondent.

- MEMPHIS MEATS, INC. V. NAPAT TANDIKUL
  Northern District of California, Oakland Division
  Case No. 4:21-cv-03072-TSH (2021)
  Declaration on behalf of Plaintiff.

- APPLE INC. V. GERARD WILLIAMS III
  Superior Court of the State of California, Santa Clara, CA
  Case No. 19-CV-352866 (2021)
  Declaration in support of Defendant's opposition to TRO and expedited discovery, and deposition.

- DONNA AZIZ V. MURHPHY OIL USA, INC.; MURPHY USA, INC.; AND MURPHY OIL CORPORATION
  District Court of Tarrant County, Texas
  Case No. 017-315193-20 (2021)
  Declaration on behalf of Defendants.



JERRY BUI                                    Public Version

- CARECENTRIX, INC. and NDES HOLDINGS, LLC V. MARCUS LANZNAR and SIGNIFY HEALTH, LLC
  District Court of the State of Delaware
  Case No. 20-1765 (LPS) (2021)
  In support of Defendants' answering brief in opposition to Plaintiffs' renewed motion for preliminary injunction, deposition.

- SUNPOWER CORPORATION V. GABRIELLA BUNEA
  American Arbitration Association, San Francisco, CA
  Case No. 01-19-0003-9663 (2021)
  Rebuttal opinions and in-person testimony on behalf of Respondent.

- SNAP! MOBILE, INC. V. VERTICAL RAISE, LLC, PAUL LANDERS
  District Court of Kootenai County, Idaho
  Case No. CV28-19-8796 (2021)
  Declaration in support of Defendant.

- GUSTAVO MARTINEZ V. CITY OF ASBURY PARK, MONMOUTH COUNTY, BOROUGH OF BELMAR, AMIR BERCOVICZ, DEWITT BACON, DANIEL SAVASTANO WILLIAM WHITLEY AND JOHN DOE OFFICERS 1-14
  District Court of the State of New Jersey
  Case No. 3:20-cv-8710 (2020)
  Declaration in support of Plaintiff.

- QUID, INC V. SEAN GOURLEY
  Judicial Arbitration and Mediation Services (JAMS), San Francisco, CA
  Case No. 1210036447 (2020)
  Summary of expert opinions, rebuttal opinions, deposition, and in-person testimony on behalf of Respondent.

- QUID, INC V. PRIMER TECHNOLOGY, INC.
  Superior Court of the State of California, San Francisco, CA
  Case No. CGC-19-574788 (2019)
  Declaration in support of Defendant's opposition to Plaintiff's application for preliminary injunction.

- STATE OF MISSOURI, ex rel. Sheriff Paul Vescovo, III V. CLAY COUNTY, MISSOURI, ET AL.
  Circuit Court of Clay County, Missouri
  Case No. 19CY-CV04353 (2019)
  Affidavit of Webmail accounts collected and method of collection.

- JASON D. TRETER V. MUELLER CHARTER SCHOOL
  Superior Court of the State of California, San Diego, CA
  Case No. 37-2017-00002125-CU-WT-CTL (2018)
  Declaration in support of Plaintiff's opposition to Defendant's motion to compel.

- ASML US, INC. V. XTAL, INC.
  Superior Court of the State of California, Santa Clara, CA
  Case No. 16-CV-295051 (2018)
  Declaration in support of Defendant's opposition to Plaintiff's motion for preliminary injunction.



JERRY BUI                                Public Version

- MARKET PLACE NORTH CONDOMINIUM ASSOCIATION V. AFFILIATED FM INSURANCE COMPANY
  U.S. District Court, Western District of Washington at Seattle
  Case No.2:17-cv-00625-RSM (2018)
  Declaration in support of Defendant's motion for protective order.

- ARLINE RESTO V. 1545 SECOND AVENUE, LLC.
  Superior Court of the State of California, San Diego, CA
  Case No. 37-2016-00029001-CU-WT-CTL (2018)
  Declaration in support of Defendant's motion for terminating sanctions, deposition on behalf of Defendant.

- ASML US, INC. V. HUA-YU LIU AND SONG LAN
  American Arbitration Association, San Francisco Regional Office, San Francisco, CA
  Case No. AAA ref. No.: 01-16-100101-7373 (2017)
  Declaration on behalf of Respondents.



Public Version

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 27, 2023, copies of the attached document were served via electronic mail on all counsel of record.

                                                */s/ Ronald P. Golden III*
                                                Ronald P. Golden III

**Other Documents**

1:21-cv-01417-JPM Qorvo, Inc. v. Akoustis Technologies, Inc. et al

**Public Version**

PATENT

## U.S. District Court

## District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Golden, Ronald on 10/27/2023 at 5:06 PM EDT and filed on 10/27/2023
**Case Name:**         Qorvo, Inc. v. Akoustis Technologies, Inc. et al
**Case Number:**    1:21-cv-01417-JPM
**Filer:**                    Akoustis Technologies, Inc.
                                  Akoustis, Inc.
**Document Number:** 374

**Docket Text:**
**[SEALED] DECLARATION re [372] Answering Brief in Opposition, /** *Declaration Jerry Bui* **by Akoustis Technologies, Inc., Akoustis, Inc.. (Attachments: # (1) Exhibit A, # (2) Certificate of Service)(Golden, Ronald)**


**1:21-cv-01417-JPM Notice has been electronically mailed to:**

David A. Jakopin     david.jakopin@pillsburylaw.com, docket@pillsburylaw.com

David L. Stanton     david.stanton@pillsburylaw.com, irene.hooper@pillsburylaw.com

Dianne L. Sweeney     dianne@pillsburylaw.com, meri@pillsburylaw.com

Eric K. Gill     egill@sheppardmullin.com, ksok@sheppardmullin.com

Jack B. Blumenfeld     Jbbefiling@mnat.com, jblumenfeld@mnat.com

Jeremy A. Tigan     JTigan@morrisnichols.com, jatefiling@mnat.com, mnat_IP_eFiling@morrisnichols.com

Jonathan R. DeFosse     jdefosse@sheppardmullin.com

Riccardo Macchiaroli     ric.macchiaroli@pillsburylaw.com

Robert C.F. Perez     robert.perez@pillsburylaw.com

Robert M. Masters     rmasters@sheppardmullin.com, mrpatrick@sheppardmullin.com

Ronald P. Golden , III     rgolden@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com

Roy D. Jung     rjung@sheppardmullin.com

Ryan Selness     ryan.selness@pillsburylaw.com, meri@pillsburylaw.com

Shani Rivaux     shani.rivaux@pillsburylaw.com, soraya.garcia@pillsburylaw.com

Stephen B. Brauerman     sbrauerman@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com, tdevine@bayardlaw.com

Theresa A. Roozen     theresa.roozen@pillsburylaw.com

Timothy P. Cremen     tcremen@sheppardmullin.com

Zachary Alper     zalper@sheppardmullin.com

**1:21-cv-01417-JPM Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a                    Public Version
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/27/2023] [FileNumber=5362895-0] [dec31ff54ee52bb1731ae87843822bfaac1a159be066b4e7ee5a333cc002c1c6a2041d4c256ae12274f03bacda00d89b7715c93c5c83f8aeee7a09ff58500417]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/27/2023] [FileNumber=5362895-1] [c2fe2b6ac65bb053abe03b28baa0a5efb19177d9a412f0904ed5d44ca5af72c745164b1f80ffca19346eca8785b055958c420049d1354df968d0191b8245773d]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/27/2023] [FileNumber=5362895-2] [9a59698f183f43d1b9e4512f2628e8a9d11f958601e8dcdbc120eea548f8274be13be3504145962110bc5b2ad2d3366ec4f6aa5ec97408fb8ab39398cedc76ef]]