Public Version

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1417-JPM ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | ) ) ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF JIMMY SPICKLER IN SUPPORT OF DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S OPPOSITION TO QORVO, INC.'S MOTION FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION**

I, Jimmy Spickler, declare:

1. My name is Jimmy Spickler. I am a Senior Systems Engineer and part of the Information Technology Department ("IT") at Akoustis, Inc. I have personal knowledge of the facts stated herein, except those stated on information and belief, and if called upon, could and would testify competently to them. I submit this declaration in support of Akoustis Technologies, Inc. and Akoustis, Inc.'s (collectively, "Akoustis") Opposition to Qorvo, Inc.'s Motion for Monetary Sanctions and Adverse Inference Sanctions for Contempt and Spoliation.

2. I joined Akoustis in 2021 as a Senior Systems Engineer. I work in the Huntersville, North Carolina and report directly to the company's Vice President of Information Technology, Anthony Nixon.

3. ████████████████████████████████████████████████████ The standard offboarding procedure when an employee leaves Akoustis is that the Human Resources

Public Version

Department puts in a ticket to IT personnel at the employee's local office, indicating that the employee is leaving. ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████     ██████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████

4.      In December 2022, the IT team at the Huntersville office consisted of just myself, with Anthony Nixon supervising. When Joel Morgan departed the company, on or about December 16, 2022, I received the ticket from HR notifying IT that Mr. Morgan was leaving.

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████   ████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

2

[REDACTED]

5.  Around that time, I noticed that Mr. Nixon had held onto some laptops of departing employees and kept them out of the standard operating procedure.  At the time, I did not know why he was doing that, and assumed there was something important about the data on those laptops that needed to be preserved.  On certain occasions, Mr. Nixon also took over responsibility for processing the laptops of a departing employee.  [REDACTED]

6.  I only learned in June of this year (2023) of the litigation hold that Akoustis' legal team had prepared related to the legal issues with Qorvo, Inc.  [REDACTED]

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26 day of October, 2023.

*Jimmy Spickler* (signature)
Jimmy Spickler

3

Public Version

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 27, 2023, copies of the attached document were served via electronic mail on all counsel of record.

*/s/ Ronald P. Golden III*
Ronald P. Golden III

**Other Documents**

Public Version

1:21-cv-01417-JPM Qorvo, Inc. v. Akoustis Technologies, Inc. et al

PATENT

## U.S. District Court

## District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Golden, Ronald on 10/27/2023 at 5:08 PM EDT and filed on 10/27/2023
**Case Name:**        Qorvo, Inc. v. Akoustis Technologies, Inc. et al
**Case Number:**      1:21-cv-01417-JPM
**Filer:**            Akoustis Technologies, Inc.
                      Akoustis, Inc.
**Document Number:** 375

**Docket Text:**
[SEALED] DECLARATION re [372] Answering Brief in Opposition, / *Declaration of Jimmy Spickler* by Akoustis Technologies, Inc., Akoustis, Inc.. (Attachments: # (1) Certificate of Service)(Golden, Ronald)


**1:21-cv-01417-JPM Notice has been electronically mailed to:**

David A. Jakopin     david.jakopin@pillsburylaw.com, docket@pillsburylaw.com

David L. Stanton     david.stanton@pillsburylaw.com, irene.hooper@pillsburylaw.com

Dianne L. Sweeney     dianne@pillsburylaw.com, meri@pillsburylaw.com

Eric K. Gill     egill@sheppardmullin.com, ksok@sheppardmullin.com

Jack B. Blumenfeld     Jbbefiling@mnat.com, jblumenfeld@mnat.com

Jeremy A. Tigan     JTigan@morrisnichols.com, jatefiling@mnat.com, mnat_IP_eFiling@morrisnichols.com

Jonathan R. DeFosse     jdefosse@sheppardmullin.com

Riccardo Macchiaroli     ric.macchiaroli@pillsburylaw.com

Robert C.F. Perez     robert.perez@pillsburylaw.com

Robert M. Masters     rmasters@sheppardmullin.com, mrpatrick@sheppardmullin.com

Ronald P. Golden , III     rgolden@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com

Roy D. Jung     rjung@sheppardmullin.com

Ryan Selness     ryan.selness@pillsburylaw.com, meri@pillsburylaw.com

Shani Rivaux     shani.rivaux@pillsburylaw.com, soraya.garcia@pillsburylaw.com

Stephen B. Brauerman     sbrauerman@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com, tdevine@bayardlaw.com

Theresa A. Roozen     theresa.roozen@pillsburylaw.com

Timothy P. Cremen     tcremen@sheppardmullin.com

Zachary Alper     zalper@sheppardmullin.com

**1:21-cv-01417-JPM Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a                                         Public Version
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/27/2023] [FileNumber=5362910-0] [871a3419e02a286711ae06a2a22f669b5bde76649ced5fef2feb588ba7090a01a7521e93f7cec3e6fab75512e5c01624c12fd02a9cfae456c78866480fb1a2af]]

**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/27/2023] [FileNumber=5362910-1] [012acb014a93b2c889a9f173e10e39ca29effc1968ec0896753f7235c4b8ec7c163ff0f200ae93cc5d8ea8b30450da5a1eb90ec5191dc591ff9d54a5285d0a6d]]