██████████████████████ Public Version ██████████████████████

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417-JPM |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | ████████████████ |
| AKOUSTIS, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DECLARATION OF CHAD LEUER IN SUPPORT OF DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S OPPOSITION TO QORVO, INC.'S MOTION FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION

I, Chad Leuer, declare:

1.      My name is Chad Leuer.  I am an Information Technology (IT) Manager at Akoustis, Inc.  I have personal knowledge of the facts stated herein, except those stated on information and belief, and if called upon, could and would testify competently to them.  I submit this declaration in support of Akoustis Technologies, Inc. and Akoustis, Inc.'s (collectively, "Akoustis") Opposition to Qorvo, Inc.'s Motion for Monetary Sanctions and Adverse Inference Sanctions for Contempt and Spoliation.

2.      I joined Akoustis on June 26, 2017 as Information Technology (IT) Manager.  I am one of two IT personnel at Akoustis' Canandaigua, New York office, and I report to Anthony Nixon in the Huntersville, North Carolina office.

3.      When an employee based in the Canandaigua office leaves Akoustis, the local IT office is alerted to offboard the user. ████████████████████████████

████████████████████████████████████████

Public Version

4.      When Joonbum Kwon left Akoustis in the fall of 2022, the IT department at Canandaigua consisted of me and an IT Support Tech, Anthony Ricketts.  Mr. Ricketts is no longer with Akoustis.

5.      I was also unaware at the time that Mr. Kwon was under any litigation hold. Based on my recollection and my review of the records, Mr. Ricketts was similarly unaware. Neither of us had received a copy of any litigation hold at the time nor were we informed of any individuals who were specifically under litigation hold.  I only learned of the litigation hold related to the legal issues Qorvo, Inc. on August 29, 2023.

//

//

2

8442-1515

Public Version

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of October, 2023.

_____

Chad Leuer

8442-1515

Public Version

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 27, 2023, copies of the attached document were served via electronic mail on all counsel of record.


*/s/ Ronald P. Golden III*
Ronald P. Golden III

**Other Documents**

1:21-cv-01417-JPM Qorvo, Inc. v.
Akoustis Technologies, Inc. et al

Public Version

PATENT

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered by Golden, Ronald on 10/27/2023 at 5:12 PM EDT and filed on 10/27/2023

| | |
|---|---|
| **Case Name:** | Qorvo, Inc. v. Akoustis Technologies, Inc. et al |
| **Case Number:** | 1:21-cv-01417-JPM |
| **Filer:** | Akoustis Technologies, Inc. |
| | Akoustis, Inc. |

**Document Number:** 376

**Docket Text:**
**[SEALED] DECLARATION re [372] Answering Brief in Opposition,** *Declaration of Chad Leuer* **by Akoustis Technologies, Inc., Akoustis, Inc.. (Attachments: # (1) Certificate of Service)(Golden, Ronald)**

**1:21-cv-01417-JPM Notice has been electronically mailed to:**

David A. Jakopin   david.jakopin@pillsburylaw.com, docket@pillsburylaw.com

David L. Stanton   david.stanton@pillsburylaw.com, irene.hooper@pillsburylaw.com

Dianne L. Sweeney   dianne@pillsburylaw.com, meri@pillsburylaw.com

Eric K. Gill   egill@sheppardmullin.com, ksok@sheppardmullin.com

Jack B. Blumenfeld   Jbbefiling@mnat.com, jblumenfeld@mnat.com

Jeremy A. Tigan   JTigan@morrisnichols.com, jatefiling@mnat.com, mnat_IP_eFiling@morrisnichols.com

Jonathan R. DeFosse   jdefosse@sheppardmullin.com

Riccardo Macchiaroli   ric.macchiaroli@pillsburylaw.com

Robert C.F. Perez   robert.perez@pillsburylaw.com

Robert M. Masters   rmasters@sheppardmullin.com, mrpatrick@sheppardmullin.com

Ronald P. Golden , III   rgolden@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com

Roy D. Jung   rjung@sheppardmullin.com

Ryan Selness   ryan.selness@pillsburylaw.com, meri@pillsburylaw.com

Shani Rivaux   shani.rivaux@pillsburylaw.com, soraya.garcia@pillsburylaw.com

Stephen B. Brauerman   sbrauerman@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com, tdevine@bayardlaw.com

Theresa A. Roozen   theresa.roozen@pillsburylaw.com

Timothy P. Cremen   tcremen@sheppardmullin.com

Zachary Alper   zalper@sheppardmullin.com

**1:21-cv-01417-JPM Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:**n/a                                   Public Version

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1079733196 [Date=10/27/2023] [FileNumber=5362919-
0] [91ef7f06041caf030f9d8bb158a930cd44cb63ac3071693af17980255364f23043
25e0f4676c18caea1d3d0ea0c9a171b7c4e1deb8a93296fadc8f5b9ce4a1f8]]

**Document description:**Certificate of Service

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1079733196 [Date=10/27/2023] [FileNumber=5362919-
1] [57ff871b83c4c3f54af2dfef7ace662a6009cb83512abf6453ef69f3054378307c
5edabf0b62c8da33a22144138c032c6116d47b23097cb444e0cf33fce097b8]]