Public Version

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-1417-JPM <br> ) <br> ) <br> ) ▮▮▮▮▮▮▮▮▮ <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF ANTHONY NIXON IN SUPPORT OF DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S OPPOSITION TO QORVO, INC.'S MOTION FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION

I, Anthony Nixon, declare:

1. My name is Anthony Nixon. I am the Vice President of Information Technology at Akoustis, Inc. I have personal knowledge of the facts stated herein, except those stated on information and belief, and if called upon, could and would testify competently to them. I submit this declaration in support of Akoustis Technologies, Inc. and Akoustis, Inc.'s (collectively, "Akoustis") Opposition to Qorvo, Inc.'s Motion for Monetary Sanctions and Adverse Inference Sanctions for Contempt and Spoliation.

2. I joined Akoustis as VP of Information Technology on June 6, 2021. As Vice President of IT, I oversee the Information Technology (IT) team at Akoustis, including our main office in Huntersville, North Carolina, and our fabrication plant in Canandaigua, New York. The IT department at Akoustis consists of eight employees at the Huntersville, North Carolina office and two employees at the Canandaigua, New York plant. My job as Vice President of IT at Akoustis includes determining the standard operating procedure for document retention, the

practices followed when processing an employee's computer upon departure from the company, and the implementation of litigation holds. I have a total of 27 years of experience working in IT.

3. 



6. As the Vice President of IT, I am responsible for implementing litigation holds when they are issued by Akoustis' legal team. In my time at Akoustis so far, the IT department has only had to implement one litigation hold, the one related to the Qorvo, Inc. ("Qorvo") lawsuit. I received the litigation hold related to the Qorvo lawsuit on October 21, 2021, from the Akoustis legal team. The litigation hold notice was dated October 8, 2021. Upon receiving the hold notice, I made sure to familiarize myself with each of the names on the list. ▮

4859-3038-1703

**Public Version**



7. The litigation hold notice for the Qorvo lawsuit was updated on February 18, 2022 to add additional custodians, including Joonbum Kwon and Joel Morgan. In total, thirty-six individuals were on the February 2022 litigation hold list, of which thirty were in the North Carolina office. Two were in the New York office, and the remainder worked remotely or across multiple offices. Since thirty of the thirty-six individuals on the hold notice were located in the North Carolina office, and because our IT team is small and managed under my supervision, I personally undertook to implement the litigation hold by taking the actions outlined above. I did not circulate the litigation hold to anyone else in IT.



Public Version



13. In my capacity as Vice President of IT for Akoustis, I take the responsibility of implementing the Qorvo litigation hold very seriously and had made all efforts that I thought

4859-3038-1703

were necessary and appropriate to make sure we had adequately preserved relevant data. For instance, although Akoustis has recently approved a new data retention policy, I personally made the decision to wait on implementing that policy (which includes routine deletion of data after three years) because I want to make sure that we do not inadvertently destroy any data that could be relevant to the Qorvo litigation. I have now shared the litigation hold notice with our IT teams across all offices and am addressing our litigation hold obligations in our weekly IT team meetings. I have also created a draft litigation hold procedure and checklist for the IT team to follow in future litigation hold situations.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of October, 2023.

Anthony Nixon

Public Version

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 27, 2023, copies of the attached document were served via electronic mail on all counsel of record.

        */s/ Ronald P. Golden III*
        Ronald P. Golden III

Other Documents
1:21-cv-01417-_____ Akoustis Technologies, Inc. et al

**Public Version**

PATENT

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Golden, Ronald on 10/27/2023 at 5:14 PM EDT and filed on 10/27/2023
Case Name: Qorvo, Inc. v. Akoustis Technologies, Inc. et al
Case Number: 1:21-cv-01417-JPM
Filer: Akoustis Technologies, Inc.
Akoustis, Inc.
**Document Number:** 377

**Docket Text:**
**[SEALED] DECLARATION re [372] Answering Brief in Opposition,** / *Declaration of Anthony Nixon* **by Akoustis Technologies, Inc., Akoustis, Inc.. (Attachments: # (1) Certificate of Service)(Golden, Ronald)**

**1:21-cv-01417-JPM Notice has been electronically mailed to:**

David A. Jakopin    david.jakopin@pillsburylaw.com, docket@pillsburylaw.com

David L. Stanton    david.stanton@pillsburylaw.com, irene.hooper@pillsburylaw.com

Dianne L. Sweeney    dianne@pillsburylaw.com, meri@pillsburylaw.com

Eric K. Gill    egill@sheppardmullin.com, ksok@sheppardmullin.com

Jack B. Blumenfeld    Jbbefiling@mnat.com, jblumenfeld@mnat.com

Jeremy A. Tigan    JTigan@morrisnichols.com, jatefiling@mnat.com, mnat_IP_eFiling@morrisnichols.com

Jonathan R. DeFosse    jdefosse@sheppardmullin.com

Riccardo Macchiaroli    ric.macchiaroli@pillsburylaw.com

Robert C.F. Perez    robert.perez@pillsburylaw.com

Robert M. Masters    rmasters@sheppardmullin.com, mrpatrick@sheppardmullin.com

Ronald P. Golden , III    rgolden@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com

Roy D. Jung    rjung@sheppardmullin.com

Ryan Selness    ryan.selness@pillsburylaw.com, meri@pillsburylaw.com

Shani Rivaux    shani.rivaux@pillsburylaw.com, soraya.garcia@pillsburylaw.com

Stephen B. Brauerman    sbrauerman@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com, tdevine@bayardlaw.com

Theresa A. Roozen    theresa.roozen@pillsburylaw.com

Timothy P. Cremen    tcremen@sheppardmullin.com

Zachary Alper    zalper@sheppardmullin.com

**1:21-cv-01417-JPM Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

Public Version

**Document description:**
**Original filename:**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/27/2023] [FileNumber=5362925-
0] [89ed8bcb134b21abfae3d943a8d8ecf409ad01e6434b46c3921b6ab503ff53d0f2
f6080c8c57614ee1732f1b4e20b9b0e9356e4727f1ee2c7b9bcac370631184]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/27/2023] [FileNumber=5362925-
1] [5b7bce117b03582c3ce978fe05e88a8e6a512c27b0065f9d82e360cb12931e4a53
a399c4a0e740fce1d039aa39495b415318ca664595b97922e70b7cee0b4706]]