IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417 (JPM) |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following deadlines in the Amended Scheduling Order (D.I. 198) are extended as follows:

| Case Event | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Witness Disclosures | 11/17/2023 | 11/21/2023 at Noon ET |
| Rebuttal Expert Witness Disclosures | 12/14/2023 | 12/20/2023 at Noon PT |

All other case deadlines shall remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP            BAYARD, P.A.

*/s/ Jeremy A. Tigan*                                                  */s/ Stephen B. Brauerman*

Jack B. Blumenfeld (#1014)                                    Stephen B. Brauerman (#4952)
Jeremy A. Tigan (#5239)                                        Ronald P. Golden III (#6254)
1201 North Market Street                                       600 North King Street, Suite 400
P.O. Box 1347                                                           Wilmington, DE 19801
Wilmington, DE 19899-1347                                  (302) 655-5000
(302) 658-9200                                                          sbrauerman@bayardlaw.com
jblumenfeld@morrisnichols.com                           rgolden@bayardlaw.com
jtigan@morrisnichols.com

*Attorneys for Defendants*
*Attorneys for Plaintiff Qorvo, Inc.*                      *Akoustis Technologies, Inc. and Akoustis, Inc.*

November 13, 2023

2

SO ORDERED this _____ day of _____, 2023.

_____
Jon P. McCalla
United States District Judge