IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) |
| | ) |
|       Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following deadlines in the Amended Scheduling Order (D.I. 198) are extended as follows:

| Case Event | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Witness Disclosures | 11/17/2023 | 11/21/2023 at Noon ET |
| Rebuttal Expert Witness Disclosures | 12/14/2023 | 12/20/2023 at Noon PT |

All other case deadlines shall remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP     BAYARD, P.A.

*/s/ Jeremy A. Tigan*                                    */s/ Stephen B. Brauerman*

Jack B. Blumenfeld (#1014)                Stephen B. Brauerman (#4952)
Jeremy A. Tigan (#5239)                    Ronald P. Golden III (#6254)
1201 North Market Street                   600 North King Street, Suite 400
P.O. Box 1347                                     Wilmington, DE 19801
Wilmington, DE 19899-1347             (302) 655-5000
(302) 658-9200                                   sbrauerman@bayardlaw.com
jblumenfeld@morrisnichols.com        rgolden@bayardlaw.com
jtigan@morrisnichols.com

                                                             *Attorneys for Defendants*
*Attorneys for Plaintiff Qorvo, Inc.*         *Akoustis Technologies, Inc. and Akoustis, Inc.*

November 13, 2023

**IT IS SO ORDERED** this 14th day of November, 2023.

                                                        /s/ Jon P. McCalla
                                                        JON P. McCALLA
                                                        UNITED STATES DISTRICT JUDGE