IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on November 14, 2023, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Third Supplemental Objections and Responses to Plaintiffs' Third Set of Interrogatories (Nos. 16-20), Fifth Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1-10), and this Notice of Service were served on the following counsel of record via email:

>Jack B. Blumenfeld (#1014)
>Jeremy A. Tigan (#5239)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>jblumenfeld@morrisnicols.com
>jtigan@morrisnichols.com

>Robert M. Masters
>Jonathan R. DeFosse
>Timothy P. Cremen
>Roy D. Jung
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>2099 Pennsylvania Avenue, NW Suite 100
>Washington, DC 2006-6801
>(202) 747-1900
>rmasters@sheppardmullin.com

        jdefosse@sheppardmullin.com
        tcremen@sheppardmullin.com
        rjung@sheppardmullin.com

        Eric K. Gill
        Zachary Alper
        Theodore Mayer
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        12275 El Camino Real, Suite 100
        San Diego, CA 92130-4092
        (858) 720-8900
        egill@sheppardmullin.com
        zalper@sheppardmullin.com
        tmayer@sheppardmullin.com

        James C. Wald
        Kazim A. Naqvi
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        1901 Avenue of the Stars, 16th Floor
        Los Angeles, CA 90067
        (310) 228-3700
        jwald@sheppardmullin.com
        knaqvi@sheppardmullin.com

| | |
|---|---|
| Dated: November 14, 2023 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Ronald P. Golden III (#6254) |
| | 600 N. King Street, Suite 400 |
| | Wilmington, Delaware 19801 |
| David A. Jakopin | (302) 655-5000 |
| Dianne L. Sweeney | sbrauerman@bayardlaw.com |
| Ryan Selness | rgolden@bayardlaw.com |
| 2550 Hanover Street | |
| Palo Alto, CA 94304-1115 | *Attorneys for Akoustis Technologies, Inc.* |
| (650) 233-4500 | *and Akoustis, Inc.* |
| david.jakopin@pillsburylaw.com | |
| dianne@pillsburylaw.com | |
| ryan.selness@pillsburylaw.com | |

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

Riccardo Macchiaroli
Robert C. F. Pérez
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd., Ste. 1400
McLean, VA 22102
(703) 770-7900
ric.macchiaroli@pillsburylaw.com
robert.perez@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.*

SQUIRE PATTON BOGGS (US) LLP

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
1941 Page Mill Road, Suite 150
Palo Alto, CA 94304
Ronald.Lemieux@squirepb.com
David.Elkins@squirepb.com
Victoria.Smith@squirepb.com

*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.*