# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-cv-01417-JPM |
| v. ) | |
| ) | |
| AKOUSTIS TECHNOLOGIES, INC. and ) | |
| AKOUSTIS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING A HEARING

Before the Court is Defendant Akoustis Technologies, Inc.'s and Defendant Akoustis, Inc.'s (collectively "Akoustis") Request for Oral Argument, filed on November 14, 2023. (ECF No. 403.)  Akoustis moves the Court to schedule a teleconference to address the disputes presented in Plaintiff Quorvo, Inc.'s, ("Quorvo") Motion for Sanctions. (ECF No. 347.) The Request is GRANTED.

A 30-minute video hearing on Quorvo's Motion for Sanctions will be held on Monday November 20, 2023 at 1:00 p.m. CT/ 2:00 p.m. ET.

All deadlines shall remain unchanged.

**IT IS SO ORDERED**, this 14th day of November, 2023.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE