# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| QORVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 21-1417-JPM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Defendants to file a redacted version of Defendants' Amended Federal Rule of Civil Procedure 30(b)(6) Notice of Deposition to Qorvo, Inc. (D.I. 386) is extended until November 20, 2023.

Dated: November 16, 2023

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Ronald P. Golden III* |
| Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jtigan@morrisnichols.com <br><br> *Attorneys for Plaintiff* | Stephen B. Brauerman (#4952) <br> Ronald P. Golden III (#6254) <br> 600 North King Street, Suite 400 <br> Wilmington, DE  19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com <br><br> *Attorneys for Defendants* |

SO ORDERED this 20th day of November 2023.

/s/ Jon P. McCalla
_____
United States District Judge