IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on November 21, 2023, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Opening Expert Report of Dr. Clark Nguyen Regarding The Invalidity of U.S. Patent Nos. 7,522,018 B2 and 9,735,755 B2 and this Notice of Service were served on the following counsel of record via email:

>Jack B. Blumenfeld (#1014)
>Jeremy A. Tigan (#5239)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>jblumenfeld@morrisnicols.com
>jtigan@morrisnichols.com
>
>Robert M. Masters
>Jonathan R. DeFosse
>Timothy P. Cremen
>Roy D. Jung
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>2099 Pennsylvania Avenue, NW Suite 100
>Washington, DC 2006-6801
>(202) 747-1900
>rmasters@sheppardmullin.com
>jdefosse@sheppardmullin.com
>tcremen@sheppardmullin.com

        rjung@sheppardmullin.com

        Eric K. Gill
        Zachary Alper
        Theodore Mayer
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        12275 El Camino Real, Suite 100
        San Diego, CA 92130-4092
        (858) 720-8900
        egill@sheppardmullin.com
        zalper@sheppardmullin.com
        tmayer@sheppardmullin.com

        James C. Wald
        Kazim A. Naqvi
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        1901 Avenue of the Stars, 16th Floor
        Los Angeles, CA 90067
        (310) 228-3700
        jwald@sheppardmullin.com
        knaqvi@sheppardmullin.com

| | |
|---|---|
| Dated: November 21, 2023 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Ronald P. Golden III (#6254) |
| | 600 N. King Street, Suite 400 |
| | Wilmington, Delaware 19801 |
| David A. Jakopin | (302) 655-5000 |
| Dianne L. Sweeney | sbrauerman@bayardlaw.com |
| Ryan Selness | rgolden@bayardlaw.com |
| 2550 Hanover Street | |
| Palo Alto, CA 94304-1115 | *Attorneys for Akoustis Technologies, Inc.* |
| (650) 233-4500 | *and Akoustis, Inc.* |
| david.jakopin@pillsburylaw.com | |
| dianne@pillsburylaw.com | |
| ryan.selness@pillsburylaw.com | |

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

Riccardo Macchiaroli
Robert C. F. Pérez
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd., Ste. 1400
McLean, VA 22102
(703) 770-7900
ric.macchiaroli@pillsburylaw.com
robert.perez@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.*

SQUIRE PATTON BOGGS (US) LLP

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
1941 Page Mill Road, Suite 150
Palo Alto, CA 94304
Ronald.Lemieux@squirepb.com
David.Elkins@squirepb.com
Victoria.Smith@squirepb.com

*Attorneys for Akoustis Technologies, Inc. and Akoustis, Inc.*