IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417 (JPM) |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the

deadline for Qorvo, Inc. to file redacted versions of D.I. Nos. 398-401 is extended to November 22,

2023.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

November 20, 2023

BAYARD, P.A.

*/s/ Ronald P. Golden III*

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE  19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants*
*Akoustis Technologies, Inc. and Akoustis, Inc.*

SO ORDERED this 21st day of November, 2023.

/s/ Jon P. McCalla

United States District Court Judge