IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC. | ) |
| Plaintiff, | ) ) ) C.A. 21-01417-JPM ) |
| v. | ) **DEMAND FOR JURY TRIAL** |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | ) ) **PUBLIC VERSION** |
| Defendants. | ) ) ) ) ) |

**DECLARATION OF KAZIM NAQVI REGARDING PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION**

I, Kazim Naqvi, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar of the State of California and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so. I provide this Declaration in support of Qorvo's Reply Brief in Support of Motion for Monetary and Adverse Inference Sanctions for Contempt and Spoliation.

2. A true and correct copy of relevant excerpts from the deposition transcript of Joonbum Kwon, taken October 20, 2023, is attached hereto as **Exhibit A**.

3. A true and correct copy of e-mail correspondence between counsel for Qorvo and Akoustis regarding identification of materials Kevin Faulkner requested Akoustis as part of forensic inspection on September 28, 2023, is attached hereto as **Exhibit B**.

-2-

    4.       A true and correct copy of relevant excerpts from the deposition transcript of Rohan Houlden, taken August 29, 2023, is attached hereto as **Exhibit C**.

    5.       A true and correct copy of relevant excerpts from the deposition transcript of Dave Aichele, taken September 15, 2023, is attached hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2023.

                                        */s/ Kazim Naqvi*
                                        Kazim Naqvi

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 10, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>Ryan Selness, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert C.F. Pérez, Esquire<br>Riccardo Macchiaroli, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Theresa A. Roozen, Esquire                                                    VIA ELECTRONIC MAIL
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Shani Rivaux, Esquire                                                         VIA ELECTRONIC MAIL
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL  33131
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Ronald S. Lemieux, Esquire                                                    VIA ELECTRONIC MAIL
David S. Elkins, Esquire
Victoria Q. Smith, Esquire
SQUIRE PATTON BOGGS (US) LLP
1841 Page Mill Road, Suite 150
Palo Alto, CA  94304-1216
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

                                                              */s/ Jeremy A. Tigan*
                                                              _____
                                                              Jeremy A. Tigan (#5239)