EXHIBIT A



# Transcript of Joonbum Kwon, Ph.D.

**Date:** October 20, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3    - - - - - - - - - - - - - x

4    QORVO, INC.,                 :

5               Plaintiff,        :

6       v.                        : C.A. No. 21-1417-JPM

7    AKOUSTIS TECHNOLOGIES,       :

8    INC. and AKOUSTIS, INC.,     :

9               Defendants.       :

10   - - - - - - - - - - - - - x

11

12

13          ███████████████████████

14

15

16      Videotaped Deposition of JOONBUM KWON, Ph.D.

17                  Fulton, Maryland

18              Friday, October 20, 2023

19                     9:17 a.m.

20

21

22

23   Job No. 511747

24   Pages:  1 - 175

25   Reported by:  Janet A. Hamilton, RDR

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    2

1          Videotaped Deposition of JOONBUM KWON,

2     Ph.D., held at the offices of:

3

4

5

6          Regus Business Centers

7          8115 Maple Lawn Boulevard

8          Suite 350

9          Fulton, Maryland  20759

10         240.786.4500

11

12

13

14

15

16         Pursuant to Subpoena, before Janet A.

17    Hamilton, Registered Diplomate Reporter and Notary

18    Public in and for the State of Maryland.

19

20

21

22

23

24

25

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    3

```
1              A P P E A R A N C E S

2   ON BEHALF OF THE PLAINTIFF:

3        ROY D. JUNG, ESQUIRE

4        TIMOTHY P. CREMEN, ESQUIRE

5        SHEPPARD MULLIN RICHTER & HAMPTON LLP

6        2099 Pennsylvania Avenue, NW

7        Suite 100

8        Washington, DC  20006

9        202.747.1900

10

11  ON BEHALF OF DEFENDANTS:

12       RIC MACCHIAROLI, ESQUIRE

13       PILLSBURY WINTHROP SHAW PITTMAN

14       1200 Seventeenth Street, NW

15       Washington, DC  20036

16       202.663.8000

17  ALSO PRESENT:

18       ANDREW STROMBERG, Videographer

19       KYONGSOOK KIM, Lead Interpreter

20       YOUSUN CHOI, Check Interpreter

21

22

23

24

25
```

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    4

```
1               C O N T E N T S

2   EXAMINATION OF JOONBUM KWON, Ph.D.        PAGE

3      By Mr. Jung                              9

4      By Mr. Macchiaroli                     171

5

6

7

8               E X H I B I T S

9           (Attached to the transcript)

10  KWON DEPOSITION

11  Exhibit 645   Subpoena                     14

12  Exhibit 646   Non-Party Joonbum Kwon's     16

13     Objections and Responses to Plaintiff's

14     Subpoena to Testify at a Deposition in a

15     Civil Action

16  Exhibit 647   Employee Confidentiality and 31

17     Invention Assignment Agreement

18     QORVO 008422120 - QORVO 008422121

19  Exhibit 648   Termination Information      32

20     QORVO 00012283 - QORVO 00012286

21  Exhibit 649   E-mail string               49

22     AKTS 00475415 - AKTS 00475416

23  Exhibit 650   Trim Tool/Process -         49

24     Discussions (Akoustis)

25     AKTS 00475417 - AKTS 00475420
```

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                              5

```
 1          E X H I B I T S   C O N T I N U E D

 2

 3    Exhibit 651   AKF1938 Die to Die/            50

 4       Laminate Date (Akoustis)

 5         AKTS 00475421 - AKTS 00475424

 6    Exhibit 652   E-mail string                  80

 7         AKTS 00076532 - AKTS 00076534

 8    Exhibit 653   E-mail from Rama Vetury        94

 9         AKTS 00475922

10    Exhibit 654 Table                            94

11         AKTS 00475923 - AKTS 00475923

12    Exhibit 655   E-mail from JB Kwon           100

13         AKTS 00476299

14    Exhibit 656   Akoustis presentation         100

15         AKTS 00476300 - AKTS 00476309

16    Exhibit 657   Table:  Selective Trimming    105

17         AKTS 00407978 - AKTS 00407978

18    Exhibit 658   The DOE Plan for Selective    111

19       Trim (Akoustis)

20         AKTS 00611530 - AKTS 00611536

21    Exhibit 659   E-mail exchange               116

22         AKTS 00079438

23    Exhibit 660   Abstract: "AIN Film Stress    116

24       and Uniformity for BAW filters on 200mm wafers"

25         AKTS 00079439 - AKTS 00079442
```

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    6

1          E X H I B I T S   C O N T I N U E D

2

3    Exhibit 661   E-mail exchange            160

4      AKTS 00476746

5    Exhibit 662   Akoustis presentation:     160

6      Trim Work Center Update

7      AKTS 00476747 - AKTS 00476759

8

9            EXHIBITS PREVIOUSLY MARKED

10   Exhibit 403   Akoustis 2023 Product Catalog

11   Exhibit 420   E-mail exchange

12     AKTS 00076656 - AKTS 00076657

13   Exhibit 421   Trim Calculation SiN Trims

14     AKTS 00076658 - AKTS 00076662

15   Exhibit 435   E-mail

16     AKTS 00037331

17   Exhibit 436   Trim System Evaluation Plan

18     JB Kwon (Akoustis)

19     AKTS 00037312 - AKTS 00037323

20   Exhibit 437   E-mail

21     AKTS 00037338

22   Exhibit 438   Trim Work Center Update

23     (Akoustis)

24     AKTS 00037339 - AKTS 00037351

25

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    7

```
 1          EXHIBITS PREVIOUSLY MARKED CONTINUED
 2
 3   Exhibit 452   E-mail string
 4      AKTS 00118852 - AKTS 00118854
 5   Exhibit 453   Trim Calculation SiN Trims
 6      AKTS 00118855 - AKTS 00118859
 7   Exhibit 454   E-mail exchange
 8      AKTS 00076553
 9   Exhibit 455   Proposed Trimming Options
10      (Akoustis)
11      AKTS 00076554 - AKTS 00076556
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    38

| | | |
|---|---|---|
| 1 | process at Akoustis? | 10:08:31 |
| 2 | MR. MACCHIAROLI:  Objection, vague. | 10:08:34 |
| 3 | A  I don't remember. | 10:08:37 |
| 4 | Q  What things did you do on a day-to-day | 10:08:39 |
| 5 | basis as a senior process engineer? | 10:08:58 |
| 6 | A  It -- it was similar to what I'd done at | 10:09:06 |
| 7 | Qorvo, try to maintain, sustain process, keep | 10:09:15 |
| 8 | monitoring process parameters to see, yeah. | 10:09:19 |
| 9 | Q  Who did you work on -- who did you work | 10:09:27 |
| 10 | with on a daily basis? | 10:09:30 |
| 11 | A  I don't remember. | 10:09:38 |
| 12 | Q  Who did you generally work with? | 10:09:41 |
| 13 | A  I don't remember. | 10:09:48 |
| 14 | Q  What does develop trim process mean? | 10:09:51 |
| 15 | A  We -- we have to optimize trim process, | 10:10:05 |
| 16 | its parameters, to implement required frequence | 10:10:20 |
| 17 | bands range based on customer requirements. | 10:10:31 |
| 18 | Q  Does Akoustis trim its BAW filters? | 10:10:36 |
| 19 | A  Yes. | 10:10:42 |
| 20 | Q  Does Akoustis trim all of its BAW filters? | 10:10:46 |
| 21 | MR. MACCHIAROLI:  Objection, calls for | 10:10:51 |
| 22 | speculation, vague. | 10:10:53 |
| 23 | A  I don't know.  I don't remember. | 10:10:57 |
| 24 | Q  How does Akoustis trim its BAW filters? | 10:11:02 |
| 25 | MR. MACCHIAROLI:  Calls for speculation. | 10:11:16 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023

46

| | | |
|---|---|---|
| 1 | position when you left Akoustis? | 10:27:27 |
| 2 | A  My last position was step process | 10:27:34 |
| 3 | engineer. | 10:27:40 |
| 4 | Q  When did you change from a senior process | 10:27:41 |
| 5 | engineer to a step process engineer? | 10:27:43 |
| 6 | A  I don't remember the exact years. | 10:27:46 |
| 7 | Q  Was it a role change, or was it a title | 10:27:51 |
| 8 | change? | 10:27:55 |
| 9 | A  Title change. | 10:27:57 |
| 10 | Q  What was the last project you worked on as | 10:28:02 |
| 11 | a step process engineer? | 10:28:06 |
| 12 | A  Not step, staff process. | 10:28:13 |
| 13 | Q  Staff? | 10:28:15 |
| 14 | A  Yeah. | 10:28:18 |
| 15 | Q  Okay. | 10:28:18 |
| 16 | A  I don't remember. | 10:28:19 |
| 17 | Q  When you left Akoustis, how many staff | 10:28:24 |
| 18 | process engineers were there? | 10:28:26 |
| 19 | A  I don't remember. | 10:28:30 |
| 20 | Q  Prior to your departure at Akoustis, did | 10:28:32 |
| 21 | you work with any other staff process engineer? | 10:28:36 |
| 22 | A  I don't remember. | 10:28:42 |
| 23 | Q  As a staff engineer who did you report to? | 10:28:59 |
| 24 | A  David Pawlik. | 10:29:06 |
| 25 | Q  Who is David Pawlik? | 10:29:10 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                                    64

| | | |
|---|---|---|
| 1 | data." What is SiN thickness data? | 11:09:42 |
| 2 | A  This is silicon nitride thickness data. | 11:09:45 |
| 3 | Q  What is trim removal amount for SiN trims? | 11:09:50 |
| 4 | A  It's a silicon nitride trim removal | 11:09:59 |
| 5 | amount. | 11:10:04 |
| 6 | Q  Below you said, "Hope this will be helpful | 11:10:05 |
| 7 | for trim plan." | 11:10:08 |
| 8 | Is this the trim plan we have previously | 11:10:12 |
| 9 | discussed about? | 11:10:14 |
| 10 | A  Trim plan... as I say, I don't recall what | 11:10:17 |
| 11 | is the trim plan is. | 11:10:28 |
| 12 | Q  Why did you say this will be helpful for | 11:10:30 |
| 13 | trim plans? | 11:10:33 |
| 14 | A  I don't remember that.  It's 2017, so... | 11:10:36 |
| 15 | Q  Okay.  If you could put the e-mail aside | 11:10:41 |
| 16 | and move on to the fourth exhibit number marked as | 11:10:45 |
| 17 | 453. | 11:10:50 |
| 18 | This was produced to us as an attachment | 11:10:50 |
| 19 | to the exhibit number marked 452.  It bears the | 11:10:53 |
| 20 | Bates number AKTS 00118855.  Please flip through | 11:10:56 |
| 21 | the document. | 11:11:03 |
| 22 | A  Yeah. | 11:11:05 |
| 23 | Q  Do you recognize this document? | 11:11:07 |
| 24 | Let's go to page 2 entitled "Trim | 11:12:06 |
| 25 | Calculations SiN ████████████." | 11:12:08 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    65

```
 1   Below there are colored boxes.  What are they?        11:12:13
 2      A  It looks like it is ███████████              11:12:35
 3   ████████████████                                       11:12:45
 4      Q  Did you create these boxes?                    11:12:48
 5      A  I don't remember.                               11:12:55
 6      Q  Did you reference any document bearing a       11:12:56
 7   Qorvo confidential label to create these boxes?      11:12:59
 8      A  I don't remember.                               11:13:02
 9      Q  Did you reference any Qorvo confidential       11:13:02
10   information to create these boxes?                    11:13:05
11      A  I don't recall that.                            11:13:07
12      Q  Did you possess any Qorvo document when       11:13:11
13   you left Qorvo?                                        11:13:14
14      A  No.                                             11:13:16
15      Q  Did you access any document to create        11:13:17
16   this -- these boxes?                                   11:13:21
17      A  No.                                             11:13:23
18      Q  Did you access this presentation after you   11:13:24
19   have shared in the e-mail?                             11:13:27
20      A  No.                                             11:13:29
21      Q  Let's look at the red box in the middle      11:13:30
22   where it says, ██████████████████                 11:13:33
23      A  I don't remember what that means.             11:13:46
24      Q  What is ███████                              11:13:48
25      A  I don't recall that.                           11:13:52
```

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    66

| | | |
|---|---|---|
| 1 | Q   What is ███ | 11:13:54 |
| 2 | A   I don't remember that. | 11:13:58 |
| 3 | Q   At the bottom of the page, the second -- | 11:14:02 |
| 4 | the first bullet, apologies, it says, "████ | 11:14:04 |
| 5 | ████████████████████████ | 11:14:09 |
| 6 | ████████"; is that correct? | 11:14:12 |
| 7 | A   Yeah. | 11:14:16 |
| 8 | Q   What does that mean? | 11:14:17 |
| 9 | A   I don't remember. | 11:14:26 |
| 10 | Q   Dr. Kwon, did you use any ████████ | 11:14:27 |
| 11 | when you worked at Akoustis? | 11:14:34 |
| 12 | A   I don't remember. | 11:14:35 |
| 13 | Q   Did you use any ████████ at Qorvo? | 11:14:35 |
| 14 | A   I don't remember. | 11:14:39 |
| 15 | Q   Did you learn ████████████████ | 11:14:39 |
| 16 | when you worked at Qorvo? | 11:14:43 |
| 17 | A   I don't remember. | 11:14:45 |
| 18 | Q   At this time did Akoustis have a ████ | 11:14:46 |
| 19 | ████ | 11:14:50 |
| 20 | A   I don't know.  I don't remember that. | 11:14:53 |
| 21 | Q   Let's look at the chart at the top where | 11:14:55 |
| 22 | the red box is that is circled, the red box below | 11:14:57 |
| 23 | where there is a red font.  It says, ████████ | 11:15:02 |
| 24 | ████████████████████ | 11:15:04 |
| 25 | Do you see that? | 11:15:08 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                         67

| | | |
|---|---|---|
| 1 | A   Yes. | 11:15:09 |
| 2 | Q   What is ellipso measurement? | 11:15:09 |
| 3 | A   This is kind of metrology tool to measure | 11:15:18 |
| 4 | material thickness. | 11:15:25 |
| 5 | Q   Is that different from, equipment from | 11:15:26 |
| 6 | MetaPulse Online? | 11:15:30 |
| 7 | A   Yes. | 11:15:33 |
| 8 | Q   Does it measure the material thickness | 11:15:34 |
| 9 | using the same method, using sonar? | 11:15:36 |
| 10 | A   What was your question? | 11:15:43 |
| 11 | Q   Does -- does the ellipsometer measure the | 11:15:45 |
| 12 | thickness of a material using the same method as | 11:15:51 |
| 13 | MetaPulse Online? | 11:15:57 |
| 14 | A   No. | 11:15:58 |
| 15 | Q   Could you explain the difference? | 11:15:59 |
| 16 | A   I don't know the detail, but as far as I | 11:16:10 |
| 17 | know, ellipsometer equipment, it's not kind of the | 11:16:14 |
| 18 | sonar system. | 11:16:20 |
| 19 | Q   Okay.  But the ellipsometer and MetaPulse | 11:16:22 |
| 20 | Online both measure thickness of a material? | 11:16:29 |
| 21 | A   Yeah. | 11:16:32 |
| 22 | Q   It measures the thickness of a metal | 11:16:32 |
| 23 | material? | 11:16:35 |
| 24 | A   Not sure.  Ellipsometer only measure | 11:16:39 |
| 25 | dielectric material I think. | 11:16:44 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    68

| | | |
|---|---|---|
| 1 | Q  Both equipments measure dielectric | 11:16:46 |
| 2 | material thickness? | 11:16:48 |
| 3 | A  No.  MetaPulse measure only metal | 11:16:50 |
| 4 | materials. | 11:16:55 |
| 5 | Q  Did Akoustis use any equipment to measure | 11:16:55 |
| 6 | dielectric material thickness? | 11:16:58 |
| 7 | A  I don't remember. | 11:17:01 |
| 8 | Q  In the beginning of the sentence, it | 11:17:03 |
| 9 | actually says ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:17:06 |
| 10 | A  I don't recall that.  I don't know what | 11:17:13 |
| 11 | that means. | 11:17:14 |
| 12 | Q  Did you learn ▮▮▮▮▮▮  when you worked | 11:17:18 |
| 13 | at Qorvo? | 11:17:20 |
| 14 | A  I don't remember. | 11:17:22 |
| 15 | Q  If you look into the gray box, it reads | 11:17:24 |
| 16 | ▮▮▮▮▮▮▮▮▮▮▮▮ | 11:17:28 |
| 17 | Do you see that? | 11:17:30 |
| 18 | A  Yeah. | 11:17:30 |
| 19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:17:31 |
| 20 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:17:35 |
| 21 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:17:42 |
| 22 | A  Yes. | 11:17:43 |
| 23 | Q  When you -- when you previously discussed | 11:17:45 |
| 24 | about the dielectric material thickness, ▮▮▮▮▮ | 11:17:46 |
| 25 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:17:48 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                              69

```
1       A   I don't remember.                      11:17:53
2       Q   Why do you ██████████              11:17:54
3       A   I don't remember.                      11:17:57
4       Q   What is ████████████            11:17:58
5       A   █████████████████████        11:18:07
6       Q   What are you measuring?                11:18:17
7       A   I don't remember that, what it measure. 11:18:28
8       Q   Let me rephrase the question.  Which layer 11:18:32
9  are you measuring ██████?                   11:18:34
10      A   I don't remember.                      11:18:38
11      Q   Did Akoustis incorporate Qorvo's       11:18:40
12  ████████████ in its trimming procedure?     11:18:43
13      A   I don't remember.                      11:18:47
14      Q   Did you have authorization from Qorvo to 11:18:50
15  share this information with any Akoustis     11:18:55
16  employees?                                    11:18:58
17      A   I don't remember that.                 11:19:03
18      Q   Did anyone say this should not be shared? 11:19:04
19      A   I don't remember.                      11:19:11
20      Q   Did anyone say this should be deleted? 11:19:12
21      A   I don't remember.                      11:19:14
22      Q   If you could flip to the page 3, it bears 11:19:20
23  the Bates number AKTS 00118857 entitled Trim 11:19:26
24  Calculations, SiN Trims, Fixed Frequency Trim 11:19:34
25  Scheme; is that correct?                      11:19:39
```

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    70

1       A   Yeah.                                               11:19:40

2       Q   What is fixed frequency trim skim --               11:19:40

3   scheme?                                                    11:19:48

4       A   I think you can see the answers for your          11:20:00

5   question in the sentence.  Maybe that is the              11:20:02

6   definition, I think.                                      11:20:06

7       Q   For the court reporter please describe it         11:20:08

8   in a verbal language, please.                             11:20:10

9       A   To implement the inside frequence shifted         11:20:16

10  to the higher frequence target.                           11:20:25

11      Q   Is it a shift, or is it an expansion?             11:20:29

12      A   It is actually the same definition, I             11:20:37

13  think, shift and expansions.                               11:20:40

14      Q   Does the end product of a fixed frequency        11:20:42

15  trim scheme increase its bandwidth?                        11:20:44

16      A   Yeah.  We can increase bandwidth.                 11:20:52

17      Q   Do you perform fixed frequency trim on a          11:20:55

18  BAW filter?                                                11:20:58

19      A   I don't remember that.                            11:20:59

20      Q   Did Akoustis -- whether -- at your time at        11:21:00

21  Akoustis, did you perform fixed frequency trim at         11:21:03

22  Akoustis?                                                  11:21:06

23      A   I don't remember.                                 11:21:08

24      Q   If you could look at the top right where          11:21:10

25  it says a second bullet in blue.  It starts               11:21:12

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    71

| | | |
|---|---|---|
| 1 | with -- it begins with a targeted value.  Do you | 11:21:17 |
| 2 | see that? | 11:21:20 |
| 3 |    A  Yeah. | 11:21:20 |
| 4 |    Q  What is targeted value? | 11:21:22 |
| 5 |    A  I think this is target -- targeted | 11:21:32 |
| 6 | frequence. | 11:21:36 |
| 7 |    Q  Okay.  What does ██████████ | 11:21:37 |
| 8 | ██████████  mean? | 11:21:43 |
| 9 |    A  I think ████████████ | 11:21:49 |
| 10 | ████████████. | 11:22:01 |
| 11 |    Q  Did you learn this information when you | 11:22:05 |
| 12 | worked at Qorvo? | 11:22:07 |
| 13 |    A  I don't remember that. | 11:22:10 |
| 14 |    Q  This know-how is Qorvo confidential | 11:22:11 |
| 15 | information? | 11:22:15 |
| 16 |    A  I don't remember. | 11:22:15 |
| 17 |    Q  Did Akoustis incorporate Qorvo's know-how | 11:22:16 |
| 18 | in its trimming operations? | 11:22:19 |
| 19 |    A  I don't remember. | 11:22:21 |
| 20 |    Q  Did you have authorization from Qorvo to | 11:22:22 |
| 21 | share this information with Akoustis employees? | 11:22:24 |
| 22 |    A  I don't remember. | 11:22:27 |
| 23 |    Q  Did anyone say this information should not | 11:22:27 |
| 24 | be shared? | 11:22:30 |
| 25 |    A  I don't remember that. | 11:22:30 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    72

| | | |
|---|---|---|
| 1 | Q   Did anyone say this should be deleted? | 11:22:31 |
| 2 | A   I don't remember. | 11:22:34 |
| 3 | Q   Below there are colored boxes.  What are | 11:22:35 |
| 4 | they? | 11:22:38 |
| 5 | A   It looks like how to calculate silicon | 11:22:44 |
| 6 | nitride removal amount. | 11:23:02 |
| 7 | Q   Did you create these boxes? | 11:23:10 |
| 8 | A   I don't remember that. | 11:23:12 |
| 9 | Q   Did you reference any document bearing | 11:23:13 |
| 10 | Qorvo confidential information to create these | 11:23:15 |
| 11 | boxes? | 11:23:19 |
| 12 | A   I don't remember. | 11:23:19 |
| 13 | Q   Did you reference any Qorvo confidential | 11:23:20 |
| 14 | information to create these boxes? | 11:23:22 |
| 15 | A   I don't remember. | 11:23:24 |
| 16 | Q   Did you access any document to create | 11:23:25 |
| 17 | these boxes? | 11:23:26 |
| 18 | A   I don't remember. | 11:23:27 |
| 19 | Q   Did you access this presentation after you | 11:23:27 |
| 20 | created these boxes? | 11:23:29 |
| 21 | A   I don't remember. | 11:23:30 |
| 22 | Q   Did you share these presentations after | 11:23:31 |
| 23 | you -- after you have shared on this e-mail? | 11:23:34 |
| 24 | A   I don't remember. | 11:23:36 |
| 25 | Q   Let's look at the green box in the middle. | 11:23:37 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                          73

```
 1   It says, ███████████████████████          11:23:43

 2   there is a formula that says, ██████████   11:23:53

 3   ██████████████████████                     11:24:02

 4        THE COURT REPORTER:  Please slow down.

 5   Q   ██████████████████████████████         11:24:06

 6   ██████████████████                         11:24:07

 7        What is F target?                      11:24:10

 8   A   Looks like target frequence.           11:24:18

 9   Q   What is F initial?                      11:24:20

10   A   Like initial frequence.                11:24:24

11   Q   What is ████████                        11:24:26

12   A   ██████████████████                     11:24:30

13   Q   Is ██████████  reference saying page 2 of  11:24:34

14   this document bearing Bates number AKTS 00118856?  11:24:37

15   A   Yeah.  I think this -- yeah, ██████████  11:24:51

16   yeah.                                       11:24:54

17   Q   Is this formula Qorvo confidential      11:24:56

18   information?                                11:24:58

19   A   I don't remember.  I don't know.        11:25:01

20   Q   Could you please explain the formula?   11:25:03

21   A   As you look and see the locations, they  11:25:17

22   got the frequence deltas from target frequence to  11:25:24

23   initial frequence and divided by ██████████, so  11:25:29

24   we can get the trim removal amount.  That's what I  11:25:37

25   understand.                                 11:25:42
```

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                        74

| | | |
|---|---|---|
| 1 | Q   When you were at Akoustis, did you use | 11:25:44 |
| 2 | this formula to determine silicon nitride removal | 11:25:46 |
| 3 | amount? | 11:25:49 |
| 4 | A   I don't remember. | 11:25:50 |
| 5 | Q   How does Akoustis determine silicon | 11:25:50 |
| 6 | nitride removal amount? | 11:25:53 |
| 7 | A   I don't remember that. | 11:25:54 |
| 8 | Q   Did you use MetaPulse Online equipment to | 11:25:58 |
| 9 | determine thickness data? | 11:26:04 |
| 10 | A   Yeah.  I used the MetaPulse to measure | 11:26:09 |
| 11 | metrology materials. | 11:26:14 |
| 12 | Q   If you could look at the bottom of a page | 11:26:17 |
| 13 | 2 bearing Bates numbers AKTS 00118856, there is a | 11:26:20 |
| 14 | green box at the bottom.  It then says, " | 11:26:27 |
| 15 | | 11:26:32 |
| 16 |         [Sic] | 11:26:39 |
| 17 |     Do you see that? | 11:26:39 |
| 18 | A   Yes. | 11:26:39 |
| 19 | Q   What is delta F? | 11:26:40 |
| 20 | A   I don't remember that. | 11:26:47 |
| 21 | Q   What is | 11:26:48 |
| 22 | A   I don't remember. | 11:26:57 |
| 23 | Q   At the top left it says, " | 11:26:59 |
| 24 | " | 11:27:03 |
| 25 |     Do you see that? | 11:27:05 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    75

| | |
|---|---|
| 1 | A  Yeah. | 11:27:06 |
| 2 | Q  Is this formula Qorvo confidential | 11:27:07 |
| 3 | information? | 11:27:10 |
| 4 | A  I don't know.  I don't remember. | 11:27:11 |
| 5 | Q  What is dimension? | 11:27:12 |
| 6 | A  I don't know.  I don't remember. | 11:27:22 |
| 7 | Q  What is density? | 11:27:23 |
| 8 | A  I don't know. | 11:27:25 |
| 9 | Q  Did Akoustis incorporate this formula in | 11:27:29 |
| 10 | the trimming operations? | 11:27:34 |
| 11 | A  I don't remember. | 11:27:35 |
| 12 | Q  Did you measure ███████████████ | 11:27:36 |
| 13 | when you were at Akoustis? | 11:27:40 |
| 14 | A  I don't remember. | 11:27:42 |
| 15 | Q  Did you measure thickness of a silicon | 11:27:42 |
| 16 | nitride when you were at Akoustis? | 11:27:45 |
| 17 | A  Yes, I used, yeah. | 11:27:47 |
| 18 | Q  Let's look at page 4 bearing Bates No. | 11:27:55 |
| 19 | AKTS 00118858. | 11:27:59 |
| 20 | At the top it says, "Trim calculation, SiN | 11:28:06 |
| 21 | trims, frequency tradeoff trim scheme"; is that | 11:28:11 |
| 22 | correct? | 11:28:14 |
| 23 | A  Yes. | 11:28:14 |
| 24 | Q  What is frequency tradeoff trim scheme? | 11:28:15 |
| 25 | A  I don't recall that.  I don't know what is | 11:28:23 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                                    76

| | | |
|---|---|---|
| 1 | this. | 11:28:30 |
| 2 | Q   Okay.  At the top in blue, it states, "The | 11:28:30 |
| 3 | targeted value," the second bullet, "The targeted | 11:28:35 |
| 4 | value on the reference parameter," and it goes on. | 11:28:38 |
| 5 | Do you see that? | 11:28:41 |
| 6 | A   Yeah. | 11:28:41 |
| 7 | Q   What is the targeted value? | 11:28:42 |
| 8 | A   As I said, looks like target purpose. | 11:28:46 |
| 9 | Q   What does targeted value on the reference | 11:28:53 |
| 10 | parameter here, F2, mean? | 11:28:56 |
| 11 | A   Just based on this pictures on the left, | 11:29:11 |
| 12 | it looks like low frequence target after trimming. | 11:29:20 |
| 13 | Q   Could you explain that to me?  What | 11:29:28 |
| 14 | does -- | 11:29:31 |
| 15 | A   It could be -- it's distinct frequence | 11:29:34 |
| 16 | target in trim step.  So... | 11:29:56 |
| 17 | Q   Okay. | 11:30:02 |
| 18 | A   I think this is another next step | 11:30:03 |
| 19 | frequence target. | 11:30:06 |
| 20 | Q   Next step frequence target? | 11:30:07 |
| 21 | A   Yeah.  F2, I think. | 11:30:10 |
| 22 | Q   Right after it says, ███████████ | 11:30:12 |
| 23 | ████████████       What does that mean? | 11:30:14 |
| 24 | A   I don't know what that mean. | 11:30:23 |
| 25 | Q   Why is this important? | 11:30:25 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                                77

| | | |
|---|---|---|
| 1 | A   I have no idea.  I don't know. | 11:30:27 |
| 2 | Q   Based on your experience, what does the | 11:30:35 |
| 3 | ███████████████████████████████ | 11:30:39 |
| 4 | ██████████████████ mean? | 11:30:42 |
| 5 | A   I have no idea from this point. | 11:30:49 |
| 6 | Q   Did you learn this when you were at Qorvo? | 11:30:50 |
| 7 | A   I don't remember. | 11:30:55 |
| 8 | Q   This know-how is Qorvo confidential | 11:30:56 |
| 9 | information? | 11:30:59 |
| 10 | A   I don't know. | 11:30:59 |
| 11 | Q   Is this information publicly available? | 11:30:59 |
| 12 | A   I don't know. | 11:31:02 |
| 13 | Q   Did Akoustis incorporate Qorvo's know-how | 11:31:04 |
| 14 | in its trim operations? | 11:31:07 |
| 15 | A   I have no idea.  I don't remember. | 11:31:10 |
| 16 | Q   Did you have authority from Qorvo to share | 11:31:12 |
| 17 | this know-how with Akoustis employees? | 11:31:16 |
| 18 | A   I don't remember. | 11:31:19 |
| 19 | Q   Did anyone say this should not be shared? | 11:31:20 |
| 20 | A   I don't remember. | 11:31:22 |
| 21 | Q   Did anyone say this should be deleted? | 11:31:23 |
| 22 | A   I don't remember. | 11:31:26 |
| 23 | Q   Below there are colored boxes.  What are | 11:31:28 |
| 24 | they? | 11:31:30 |
| 25 | A   It looks like a trim removal amount | 11:31:52 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    78

| | | |
|---|---|---|
| 1 | ████████ . | 11:31:58 |
| 2 | Q  Did you create these boxes? | 11:31:59 |
| 3 | A  I don't remember. | 11:32:01 |
| 4 | Q  Did you reference any document bearing a | 11:32:02 |
| 5 | Qorvo confidential label to create these boxes? | 11:32:04 |
| 6 | A  I don't remember. | 11:32:07 |
| 7 | Q  Did you reference any Qorvo confidential | 11:32:08 |
| 8 | information to create these boxes? | 11:32:10 |
| 9 | A  I don't remember. | 11:32:12 |
| 10 | Q  Did you access any document to create this | 11:32:13 |
| 11 | presentation -- the boxes? | 11:32:17 |
| 12 | A  I don't remember. | 11:32:20 |
| 13 | Q  Did you access the documents after | 11:32:21 |
| 14 | creating the presentation? | 11:32:23 |
| 15 | A  I don't remember. | 11:32:25 |
| 16 | Q  Did you access this presentation after you | 11:32:26 |
| 17 | shared them in this e-mail? | 11:32:28 |
| 18 | A  I don't remember. | 11:32:30 |
| 19 | Q  Does Akoustis perform frequency tradeoff | 11:32:35 |
| 20 | trim? | 11:32:39 |
| 21 | A  I don't remember. | 11:32:40 |
| 22 | Q  How does Akoustis perform trimming? | 11:32:41 |
| 23 | A  I don't remember detail. | 11:32:46 |
| 24 | Q  Did anyone else create these, this | 11:32:54 |
| 25 | presentation? | 11:32:56 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                                    79

| | | |
|---|---|---|
| 1 | A   I don't remember. | 11:32:58 |
| 2 | Q   Have you received this presentation from | 11:33:00 |
| 3 | anyone at Akoustis? | 11:33:03 |
| 4 | A   I don't remember. | 11:33:04 |
| 5 | Q   Let's look at the green box in the middle | 11:33:17 |
| 6 | of the page.  It shows "██████████████████ | 11:33:20 |
| 7 | ██████," and there's a formula right after.  It | 11:33:26 |
| 8 | says, ████████████████████████████ | 11:33:30 |
| 9 | ███████████████████ | 11:33:41 |
| 10 |     Do you see that? | 11:33:48 |
| 11 | A   Yeah. | 11:33:48 |
| 12 | Q   Could you explain the formula to me? | 11:33:49 |
| 13 | A   I think I already explain that this | 11:33:52 |
| 14 | equation is very similar to the prior page, the | 11:33:58 |
| 15 | green box.  Yeah, I think it is the same. | 11:34:07 |
| 16 | Q   Did you reference any Qorvo confidential | 11:34:09 |
| 17 | information to create these formulas? | 11:34:11 |
| 18 | A   I don't remember. | 11:34:13 |
| 19 | Q   Why is this formula important? | 11:34:13 |
| 20 |     MR. MACCHIAROLI:  Objection, assumes facts | 11:34:18 |
| 21 | not in evidence. | 11:34:21 |
| 22 | A   This is just ███████████████ | 11:34:32 |
| 23 | ███████ | 11:34:37 |
| 24 | Q   Is this public information? | 11:34:37 |
| 25 | A   I don't know. | 11:34:39 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    80

```
1        Q  Did you learn this formula when you worked      11:34:41
2    at Qorvo?                                               11:34:43
3        A  I don't remember.                               11:34:44
4        Q  Calculating ███████████████████                 11:34:45
5    ██████████████████████████████████  is Qorvo           11:34:47
6    confidential information?                               11:34:51
7        A  I don't remember that.                           11:34:52
8        Q  Did Akoustis incorporate Qorvo's formula        11:34:52
9    in its trimming operation?                              11:34:55
10       A  I don't remember.                                11:34:57
11       Q  Does Akoustis perform trimming on silicon       11:34:59
12   nitride ███████████████?                                11:35:02
13       A  I don't remember.                                11:35:04
14       Q  Did you have authorization from Qorvo to        11:35:05
15   share this information with Akoustis employees?         11:35:07
16       A  I don't remember.                                11:35:10
17       Q  Did anyone say this should not be shared?       11:35:10
18       A  I don't remember that.                           11:35:14
19       Q  Did anyone say this should not -- should        11:35:15
20   be deleted?                                             11:35:18
21       A  I don't remember.                                11:35:19
22       Q  We can put that aside and move on to the        11:35:27
23   next one.                                               11:35:30
24           (Kwon Deposition Exhibit 652 was marked
25   for identification.)                                    11:36:34
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023

93

| | | |
|---|---|---|
| 1 | information? | 11:56:43 |
| 2 | A  I don't know. | 11:56:46 |
| 3 | Q  Did you have authorization from Qorvo to | 11:56:47 |
| 4 | share this information with Akoustis employees? | 11:56:49 |
| 5 | A  I don't remember. | 11:56:53 |
| 6 | Q  Did anyone say this should not be shared? | 11:56:53 |
| 7 | A  I do not remember that. | 11:56:56 |
| 8 | Q  If you look at the top, the second bullet | 11:56:58 |
| 9 | on the black, it says "Will Rudolph." | 11:57:01 |
| 10 | Do you see that? | 11:57:05 |
| 11 | A  Yeah. | 11:57:06 |
| 12 | Q  What is Rudolph? | 11:57:07 |
| 13 | A  This is MetaPulse vendor name. | 11:57:09 |
| 14 | Q  Okay.  Did Rudolph MetaPulse eliminate ■■■ | 11:57:15 |
| 15 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:57:20 |
| 16 | A  I don't remember that.  What that -- | 11:57:26 |
| 17 | Q  Did Akoustis incorporate Qorvo silicon | 11:57:28 |
| 18 | nitride thickness ■■■■■■■■ | 11:57:31 |
| 19 | A  I don't remember that. | 11:57:38 |
| 20 | Q  Please put the two exhibits to the side. | 11:57:39 |
| 21 | MR. MACCHIAROLI:  Counsel, if it's | 11:58:13 |
| 22 | convenient, after you finish your examination on | 11:58:14 |
| 23 | this exhibit, can we take a break?  I think at | 11:58:16 |
| 24 | that point we'll have been going for about an hour | 11:58:19 |
| 25 | and 15, hour and 20? | 11:58:21 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    127

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are going back on | 13:45:03 |
| 2 | the record.  The time is 1:45 p.m. | 13:45:12 |
| 3 | BY MR. JUNG: | 13:45:17 |
| 4 | Q  Dr. Kwon, during the break did you have a | 13:45:17 |
| 5 | discussion with your counsel? | 13:45:19 |
| 6 | A  No. | 13:45:21 |
| 7 | Q  How many years of experience in trimming | 13:45:23 |
| 8 | do you have? | 13:45:26 |
| 9 | A  Around ten years. | 13:45:34 |
| 10 | Q  In your current position at Northrop do | 13:45:38 |
| 11 | you work in trimming? | 13:45:43 |
| 12 | A  I cannot say anything about Northrop | 13:45:51 |
| 13 | Grumman. | 13:45:54 |
| 14 | Q  Understood. | 13:45:54 |
| 15 | A  This is confidential. | 13:45:55 |
| 16 | Q  Do you remember any specific project you | 13:45:59 |
| 17 | worked on when you were at Qorvo? | 13:46:01 |
| 18 | A  I don't remember that. | 13:46:10 |
| 19 | Q  Do you recall any project you worked on | 13:46:11 |
| 20 | when you were at Akoustis? | 13:46:13 |
| 21 | A  I don't remember the detail of the | 13:46:20 |
| 22 | project. | 13:46:24 |
| 23 | Q  Could you tell me any differences between | 13:46:25 |
| 24 | the way Qorvo and Akoustis performed trimming on | 13:46:26 |
| 25 | their BAW filters? | 13:46:30 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    134

| 1 | this box that says ▮▮▮▮▮▮▮▮▮▮▮▮ | 13:59:25 |
| 2 |     A  I do not recall that. | 13:59:29 |
| 3 |     Q  Based on your experience is the addition | 13:59:30 |
| 4 | of the box necessary? | 13:59:35 |
| 5 |     A  I have no ideas. | 13:59:38 |
| 6 |     Q  Did you reference any document to create | 13:59:40 |
| 7 | this chart? | 13:59:42 |
| 8 |     A  I do not remember. | 13:59:44 |
| 9 |     Q  Did Akoustis incorporate Qorvo's SiN | 13:59:52 |
| 10 | ▮▮▮▮▮▮▮▮▮▮ | 13:59:56 |
| 11 |     MR. MACCHIAROLI:  Objection.  Calls for | 13:59:58 |
| 12 | speculation. | 14:00:03 |
| 13 |     A  I do not recall that. | 14:00:03 |
| 14 |     Q  Did Akoustis incorporate Qorvo's trim | 14:00:04 |
| 15 | ▮▮▮▮▮▮▮▮▮▮? | 14:00:08 |
| 16 |     MR. MACCHIAROLI:  Same objection. | 14:00:10 |
| 17 |     A  I do not remember that. | 14:00:12 |
| 18 |     Q  When you worked at Akoustis, did you use | 14:00:14 |
| 19 | Qorvo's trim ▮▮▮▮▮▮▮▮▮? | 14:00:17 |
| 20 |     A  I do not recall that. | 14:00:20 |
| 21 |     Q  When you were at Akoustis, did you measure | 14:00:22 |
| 22 | thickness data of a silicon nitride layer? | 14:00:24 |
| 23 |     A  Yes, I did. | 14:00:33 |
| 24 |     Q  Did you have authorization from Qorvo to | 14:00:42 |
| 25 | share this information with Akoustis employees? | 14:00:44 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    135

| 1 | A   I do not remember that. | 14:00:47 |
| 2 | Q   Did anyone, any Akoustis employee, tell | 14:00:50 |
| 3 | you this should not be shared? | 14:00:54 |
| 4 | A   I do not recall that. | 14:00:56 |
| 5 | Q   Did any Akoustis employee tell you this | 14:00:57 |
| 6 | should be deleted? | 14:00:59 |
| 7 | A   I do not recall that. | 14:00:59 |
| 8 | Q   Did you disclose Qorvo's ███████ to any | 14:01:02 |
| 9 | Akoustis employees? | 14:01:07 |
| 10 | A   I do not remember. | 14:01:08 |
| 11 | Q   Did you disclose any document, any Qorvo | 14:01:11 |
| 12 | document disclosing ████████████████ and | 14:01:14 |
| 13 | ████████████? | 14:01:18 |
| 14 | A   I do not remember that. | 14:01:19 |
| 15 | Q   Did Akoustis reference Qorvo's ██████? | 14:01:21 |
| 16 | MR. MACCHIAROLI:  Objection, vague.  Calls | 14:01:27 |
| 17 | for speculation. | 14:01:34 |
| 18 | A   I have no ideas. | 14:01:34 |
| 19 | Q   Did you use Qorvo's ████████ when you | 14:01:36 |
| 20 | worked at Qorvo? | 14:01:39 |
| 21 | A   I do not remember that. | 14:01:42 |
| 22 | Q   Did you use Qorvo's ████████ when you | 14:01:44 |
| 23 | worked at Akoustis? | 14:01:46 |
| 24 | A   I do not remember that. | 14:01:49 |
| 25 | Q   This chart is Qorvo confidential | 14:01:55 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023

154

| | | |
|---|---|---|
| 1 | A  I don't know.  I don't remember. | 14:28:24 |
| 2 | Q  Did Akoustis incorporate Qorvo's selective | 14:28:27 |
| 3 | trim process? | 14:28:31 |
| 4 | MR. MACCHIAROLI:  Calls for speculation. | 14:28:32 |
| 5 | A  I have no idea. | 14:28:36 |
| 6 | Q  When you were employed at Qorvo, have you | 14:28:39 |
| 7 | performed selective trims on a BAW resonator? | 14:28:43 |
| 8 | A  I don't remember that. | 14:28:47 |
| 9 | Q  When you were employed at Qorvo, have you | 14:28:48 |
| 10 | performed selective trims on Qorvo BAW filters? | 14:28:51 |
| 11 | A  I do not recall that. | 14:28:56 |
| 12 | Q  When you were employed at Akoustis, have | 14:28:57 |
| 13 | you performed selective trimming on an Akoustis | 14:28:59 |
| 14 | BAW resonator? | 14:29:03 |
| 15 | A  I don't remember. | 14:29:05 |
| 16 | Q  When you were employed at Akoustis, have | 14:29:06 |
| 17 | you performed selective trimming on an Akoustis | 14:29:09 |
| 18 | BAW filter? | 14:29:13 |
| 19 | A  I don't remember that. | 14:29:14 |
| 20 | Q  Did you disclose how Akoustis trims | 14:29:33 |
| 21 | silicon nitride to any Akoustis employees? | 14:29:37 |
| 22 | MR. MACCHIAROLI:  Objection, vague. | 14:29:40 |
| 23 | A  I do not remember that. | 14:29:44 |
| 24 | Q  Did you disclose any Qorvo, any document | 14:29:46 |
| 25 | bearing a Qorvo label that discloses a trim, | 14:29:50 |

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023

159

| | | |
|---|---|---|
| 1 | frequency delta by changing trim power."  What | 14:36:42 |
| 2 | does "thickness delta" mean? | 14:36:47 |
| 3 | A  Maybe thickness difference. | 14:36:53 |
| 4 | Q  Is the thickness the same thickness | 14:36:56 |
| 5 | referenced under Qorvo? | 14:36:58 |
| 6 | A  I have no ideas. | 14:37:02 |
| 7 | Q  Right below Qorvo next to removal maps | 14:37:04 |
| 8 | (thickness data), is that thickness the same -- | 14:37:09 |
| 9 | thickness data the same as thickness delta? | 14:37:13 |
| 10 | A  I have no ideas. | 14:37:15 |
| 11 | Q  What does "freq delta" mean? | 14:37:17 |
| 12 | A  I don't know what that means, F-R-Q. | 14:37:21 |
| 13 | Q  What does "by changing trim power" mean? | 14:37:23 |
| 14 | A  Maybe change trim powers. | 14:37:34 |
| 15 | Q  Why did you say the difference between the | 14:37:38 |
| 16 | thickness delta and frequency delta is a | 14:37:41 |
| 17 | correlation? | 14:37:45 |
| 18 | A  I do not remember that. | 14:37:45 |
| 19 | Q  Did Akoustis incorporate Qorvo's trim | 14:37:46 |
| 20 | removal calculation method? | 14:37:49 |
| 21 | MR. MACCHIAROLI:  Calls for speculation. | 14:37:51 |
| 22 | A  I have no idea. | 14:37:53 |
| 23 | Q  Did you have permission from Qorvo to | 14:37:58 |
| 24 | disclose this information? | 14:38:01 |
| 25 | A  I have no idea. | 14:38:04 |

1

2                          * * *

3              ACKNOWLEDGMENT OF DEPONENT

4          I, JOONBUM KWON, Ph.D., do hereby

5    acknowledge that I have read and examined the

6    foregoing testimony, and the same is a true,

7    correct and complete transcription of the

8    testimony given by me, and any corrections appear

9    on the attached Errata sheet signed by me.

10

11

12

13     (DATE)                    (SIGNATURE)

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023

175

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2

3         I, Janet A. Hamilton, Registered Diplomate

4    Reporter and Notary Public before whom the

5    foregoing deposition was taken, do hereby certify

6    that the foregoing transcript is a true and

7    correct record of the testimony given; that said

8    testimony was taken by me stenographically and

9    thereafter reduced to typewriting under my

10   direction; that review was requested; and that I

11   am neither counsel for, related to, nor employed

12   by any of the parties to this case and have no

13   interest, financial or otherwise, in its outcome.

14        IN WITNESS WHEREOF, I have hereunto set my

15   hand this 26th day of October, 2023.

16

17

18

19

20

21

22   Janet A. Hamilton

23   Registered Diplomate Reporter

24   My commission expires

25   February 4, 2024.

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM