# EXHIBIT B

**Roy Jung**

| | |
|---|---|
| **From:** | James Wald |
| **Sent:** | Thursday, September 28, 2023 10:43 PM |
| **To:** | Stanton, David |
| **Cc:** | sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; Jakopin, David A.; Sweeney, Dianne L.; Roozen, Theresa A.; Selness, Ryan; Rivaux, Shani; jblumenfeld@morrisnichols.com; JTigan@morrisnichols.com; Jonathan DeFosse; Roy Jung; LegalTm-Qorvo-Akoustis |
| **Subject:** | FW: Encrypted Hard Drive Sent to Pillsbury Winthrop |
| **Attachments:** | Custodian Devices and Evidence ID Numbers.pdf |

David,

Please see the email, below, from Kevin Faulkner.

Regards,

**James Wald**
+1 310-228-6143 | direct
JWald@sheppardmullin.com | Bio

**Sheppard**Mullin
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
+1 310-228-3700 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Kevin Faulkner <kfaulkner@paloaltonetworks.com>
**Sent:** Thursday, September 28, 2023 7:20 PM
**To:** James Wald <JWald@sheppardmullin.com>
**Subject:** Encrypted Hard Drive Sent to Pillsbury Winthrop

The disk we have shipped out today for delivery tomorrow included the following information. At the top level of the disk, there are eight (8) folders with their names listed below in bold. I have provided a description of the data in each folder below for your reference.

1. **Axiom Forensic Artifact Reports** - Contains folders for each custodian, followed by folders for each evidence item, containing reports from the Axiom forensic tool listing information about forensic artifacts on each evidence item where applicable.
2. **Bender and Vetury Qorvo Email Archives** - Contains Email archive files from Qorvo/RFMD's email platform found on devices of Bender and Vetury.
3. **Houlden Text Messages** - Contains text messages with attachments from Holden's mobile device for conversation threads with one of the other 14 custodians.
4. **USB Detective Forensic Listings** - Contains folders for each custodian, followed by folders for each evidence item, containing reports from the USB Detective forensic tool listing information about forensic artifacts on each evidence item where applicable.
5. **Vetury Qorvo Laptop Backups** - Contains Windows Backup data from a Qorvo laptop found on one of Veturey's drives.
6. **X-Ways Forensic File Listings** - Contains folders for each custodian, followed by folders for each evidence item, containing lists of files on each device from the X-Ways forensic tool.
7. **X-Ways Search Results - No Lawyer Hits** - Contains folders for each custodian with the evidence item number appended to the end of each folder name. These folders contain files found on the respective evidence item that

   hit on search criteria using multiple search approaches. Files were exported in their original folder structure with original file system metadata to the extent it exists. This folder only includes files that did **not** also hit on the attorney name, email, phone number list provided by Counsel for Akoustis.

8. **X-Ways Search Results - Yes Lawyer Hits** - Contains folders for each custodian with the evidence item number appended to the end of each folder name. These folders contain files found on the respective evidence item that hit on search criteria using multiple search approaches. Files were exported in their original folder structure with original file system metadata to the extent it exists. This folder only includes files did also hit on the attorney name, email, phone number list provided by Counsel for Akoustis.

To organize data where the evidence item was assigned an Evidence ID "EID" by FTI, we used FTI's EID to identify that item. For items where FTI did not provide us with an EID, we created new EIDs all prefixed with "Unit42-" and starting from EID number E101.

A chart of the EIDs we used to identify data for each item is listed in the attached PDF file. Please note we did find one virtual machine on the Shealy computer with EID "F11545-1-AB1-E011" and designated that virtual machine as EID "F11545-1-AB1-E011-PVM"

The FedEx tracking number for the drive we shipped is:

The drive is bitlocker encrypted. The password to open the bitlocker drive appears on the following line:



Please let me know if you have any questions.

Thanks,

-Kevin

**Kevin Faulkner  |  Unit 42, Vice President**
Palo Alto Networks  |  350 5th Ave Suite 4010  |  New York, NY 10118  |  USA
Office: +1.646.792.5353  |  Mobile: +1.512.265.5733  |  www.paloaltonetworks.com

  

*The content of this message is the proprietary and confidential property of Palo Alto Networks, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited.*