# EXHIBIT C



# Transcript of Rohan Houlden

**Date:** August 29, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE DISTRICT OF DELAWARE
3    C.A. No. 21-1417 (JPM)
4    QORVO, INC.,
5       Plaintiff,
6    v.
7    AKOUSTIS TECHNOLOGIES, INC. and
     AKOUSTIS, INC.,
8
9       Defendants.
10   ------------------------------------X
11
12   ███████████████████████████████████
13              Tuesday, August 29, 2023
14              VIDEOTAPED DEPOSITION
15                 OF ROHAN HOULDEN
16
17
18   Reported By:
19   Randi J. Garcia, RPR
20   Job No.:  502525
21
22
23
24
25
```

```
 1
 2
 3
 4           Transcript of the deposition of
 5   ROHAN HOULDEN, called for Oral Examination in
 6   the above-captioned matter, said Deposition
 7   being taken pursuant to Federal Rules of
 8   Civil Procedure by and before RANDI J.
 9   GARCIA, Registered Professional Reporter, and
10   Notary Public, held at Regus Charlotte,
11   University Executive Park, 301 McCullough
12   Drive, Suite 400, Charlotte, North Carolina,
13   held on Tuesday, August 29, 2023, commencing
14   at approximately 9:18 a.m.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    A P P E A R A N C E S:

 2

      For Plaintiff Qorvo, Inc.
 3    BY:  JONATHAN DEFOSSE, ESQ.
      ROBERT MASTERS, ESQ.
 4    Sheppard, Mullin, Richter & Hampton LLP
      2099 Pennsylvania Ave., NW,
 5    Suite 100
      Washington, DC 20006-6801
 6

 7

 8    For Defendant Akoustis Technologies, Inc.
      BY: DAVID A. JAKOPIN, ESQ.
 9    DIANNE L. SWEENEY,  ESQ.
      Pillsbury Winthrop Shaw Pittman
10    2550 Hanover Street
      Palo Alto, CA 94304-1115 USA
11

12    and....

13    Pillsbury Winthrop Shaw Pittman
      BY: THERESA ROOZEN, ESQ
14    1200 Seventeenth Street, NW
      Washington, DC 20036 USA
15

16    Also Present:

17    Melody Adair, Videographer

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X
 2
 3           WITNESS: ROHAN HOULDEN
 4
 5      EXAMINATION                              PAGE
 6
 7   By Mr. DeFosse  ..............................13
 8   By Mr. Jakopin: ..............................345
 9   By Mr. DeFosse: ..............................351
10
11
12                      * * *
```

```
                    INDEX TO EXHIBITS


    EXHIBIT         DESCRIPTION                    PAGE


    Exhibit  76     subpoena                        14

    Exhibit  77     Qorvo 00012287                  45

    Exhibit  78     AKTS 00204965                   49

    Exhibit  79     AKTS 00075127                   53

    Exhibit  80     AKTS 00210274                   60

    Exhibit  81     AKTS 00210830                   62

    Exhibit  82     AKTS 00210842                   63

    Exhibit  83     AKTS 00210845                   68

    Exhibit  84     AKTS 00210811                   70

    Exhibit  85     AKTS 00210812                   72

    Exhibit  86     AKTS 00211968                   78

    Exhibit  87     AKTS 00211969                   80

    Exhibit  88     Excel spreadsheet               81

    Exhibit  89     AKTS 00211973                   84

    Exhibit  90     AKTS 00117498                   86

    Exhibit  91     attachment to e-mail to         89

    Exhibit  92     printed out versions            89
                    characterization test plan

    Exhibit  93     printed out versions            89
                    qualitifcation test plan
```

| | | | |
|---|---|---|---|
| 1 | (Continued) | | |
| 2 | Exhibit 94 | AKTS 00117499 | 93 |
| 3 | Exhibit 95 | AKTS 00117503 | 94 |
| 4 | Exhibit 96 | AKTS 00117507 | 95 |
| 5 | Exhibit 97 | AKTS 00155718 | 97 |
| 6 | Exhibit 98 | AKTS 00126348 | 106 |
| 7 | Exhibit 99 | AKTS 00126349 | 106 |
| 8 | Exhibit 100 | AKTS 00126386 | 109 |
| 9 | Exhibit 101 | AKTS 00126387 | 109 |
| 10 | Exhibit 102 | AKTS 00126424 | 112 |
| 11 | Exhibit 103 | AKTS 00126425 | 113 |
| 12 | Exhibit 104 | AKTS 00126569 | 116 |
| 13 | Exhibit 105 | AKTS 00126570 | 116 |
| 14 | Exhibit 106 | AKTS 00137354 | 118 |
| 15 | Exhibit 107 | AKTS 00137355 | 118 |
| 16 | Exhibit 108 | AKTS 00137343 | 121 |
| 17 | Exhibit 109 | AKTS 00137350 | 121 |
| 18 | Exhibit 92 | AKTS 00117519 | 124 |
| 19 | Exhibit 93 | AKTS 00117520 | 124 |
| 20 | Exhibit 110 | AKTS 00145340 | 124 |
| 21 | Exhibit 111 | AKTS 00145341 | 127 |
| 22 | Exhibit 112 | printout of a Excel spreadsheet | 127 |
| 23 | Exhibit 113 | AKTS 00348448 | 133 |
| 24 | Exhibit 114 | AKTS 00348449 | 135 |
| 25 | | | |

```
 1        (Continued)
 2
          Exhibit  115    AKTS 00109482              139
 3
          Exhibit  116    AKTS 00109483              139
 4
          Exhibit  117    AKTS 00348540              145
 5
          Exhibit  118    metadata                   148
 6
          Exhibit  119    AKTS 00162120              150
 7
          Exhibit  120    AKTS 00162128              154
 8
          Exhibit  121    AKTS 00156270              158
 9
          Exhibit  122    AKTS 00156271              158
10
          Exhibit  123    AKTS 00156275              158
11
          Exhibit  124    AKTS 00156279              158
12
          Exhibit  125    AKTS 00156280              158
13
          Exhibit  126    AKTS00196501               168
14
          Exhibit  127    AKTS00197071               172
15
          Exhibit  128    AKTS00203690               174
16
          Exhibit  129    AKTS00205076               175
17
          Exhibit  130    AKTS00206497               178
18
          Exhibit  131    AKTS00205039               179
19
          Exhibit  132    AKTS00205062               181
20
          Exhibit  133    AKTS00224641               182
21
          Exhibit  134    AKTS00234959               185
22
          Exhibit  135    AKTS00202599               189
23
          Exhibit  136    AKTS00203493               190
24
          Exhibit  137    AKTS00274307               192
25
```

```
 1       (Continued)
 2
         Exhibit  138    AKTS00274308                    192
 3
         Exhibit  139    AKTS00274309                    192
 4
         Exhibit  140    AKTS00151319                    199
 5
         Exhibit  141    AKTS00151320                    199
 6
         Exhibit  142    AKS00160224                     213
 7
         Exhibit  143    AKTS00160225                    213
 8
 9       Exhibit  144    AKTS00197279                    216

10       Exhibit  145    AKTS 00198478                   220

11       Exhibit  146    AKTS 00198854                   221

12       Exhibit  147    AKTS 00204214                   222

13       Exhibit  148    AKTS 00205066                   223

14       Exhibit  149    AKTS 00204845                   226

15       Exhibit  150    printout of the metadata        227

16       Exhibit  151    AKTS 00138229                   234

17       Exhibit  152    AKTS 00138230                   235

18       Exhibit  153    AKTS 00138236                   239

19       Exhibit  154    AKTS 00138271                   240

20       Exhibit  155    AKTS 00138272                   240

21       Exhibit  156    AKTS 00202000                   245

22       Exhibit  157    AKTS 00135701                   249

23       Exhibit  158    AKTS 00135702                   254

24       Exhibit  159    AKTS 00141631                   255

25
```

| | | | |
|---|---|---|---|
| 1 | | (Continued) | |
| 2 | Exhibit 160 | AKTS 00141632 | 255 |
| 3 | Exhibit 161 | AKTS 00198736 | 260 |
| 4 | Exhibit 162 | AKTS 00198836 | 261 |
| 5 | Exhibit 163 | AKTS 000076365 | 264 |
| 6 | Exhibit 164 | AKTS 00076366 | 264 |
| 7 | Exhibit 165 | AKTS-00139271 | 269 |
| 8 | Exhibit 166 | AKTS-00139272 | 269 |
| 9 | Exhibit 167 | text messages | 271 |
| 10 | Exhibit 168 | AKTS 00284707 | 274 |
| 11 | Exhibit 169 | AKTS 002285186 | 275 |
| 12 | Exhibit 170 | AKTS 00424083 | 275 |
| 13 | Exhibit 171 | text exchange | 280 |
| 14 | Exhibit 172 | AKTS 00207259 | 282 |
| 15 | Exhibit 173 | AKTS 00207260 | 282 |
| 16 | Exhibit 174 | AKTS 00116274 | 288 |
| 17 | Exhibit 175 | AKTS 00209274 | 298 |
| 18 | Exhibit 176 | AKTS 00209275 | 298 |
| 19 | Exhibit 177 | AKTS 00021232 | 300 |
| 20 | Exhibit 178 | AKTS 00266338 | 303 |
| 21 | Exhibit 179 | AKTS 00422451 | 307 |
| 22 | Exhibit 180 | AKTS 0007614 | 309 |
| 23 | Exhibit 181 | AKTS 00014828 | 311 |
| 24 | Exhibit 182 | AKTS 00370379 | 314 |
| 25 | | | |

```
 1       (Continued)
 2
         Exhibit  183   AKTS 00014900                     318
 3
         Exhibit  184   AKTS 00015988                     321
 4
         Exhibit  185   AKTS 00088751                     323
 5
         Exhibit  186   AKTS 00021266                     326
 6
         Exhibit  187   AKTS 00015166                     327
 7
         Exhibit  188   AKTS 00422246                     329
 8
         Exhibit  189   AKTS 00015237                     334
 9
         Exhibit  190   AKTS 00015419                     336
10
         Exhibit  191   AKTS 00015553                     336
11
         Exhibit  192   AKTS 00015659                     338
12
         Exhibit  193   AKTS 00015704                     338
13
         Exhibit  194   AKTS 00015765                     339
14
         Exhibit  195   AKTS 00015985                     340
15
         Exhibit  196   AKTS 00024455                     341
16
         Exhibit  197   AKTS 000016105                    342
17
         Exhibit  198   Qorvo 643138 through 643215       348
18
         Exhibit  199   Qorvo 664990 through 664998       350
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | All Around You▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" | 10:13:18 |
| 2 |     Do you see that? | 10:13:25 |
| 3 | A. Yes. | 10:13:25 |
| 4 | Q. Okay. Now, the number at the bottom, | 10:13:26 |
| 5 | it starts with AKTS. | 10:13:30 |
| 6 |     Do you see that? | 10:13:33 |
| 7 | A. Yes. | 10:13:33 |
| 8 | Q. That means that this was produced | 10:13:35 |
| 9 | from Akoustis' files. Okay? | 10:13:36 |
| 10 | A. Okay. | 10:13:40 |
| 11 | Q. And, in particular, the metadata that | 10:13:41 |
| 12 | was provided with this document indicates that | 10:13:43 |
| 13 | this was found in your files at Akoustis? | 10:13:45 |
| 14 | A. Okay. | 10:13:49 |
| 15 | Q. Do you recognize this document? | 10:13:51 |
| 16 | A. No. | 10:13:54 |
| 17 | Q. You would agree with me that this is | 10:13:57 |
| 18 | a Qorvo document; correct? | 10:13:59 |
| 19 | A. Yes. | 10:14:01 |
| 20 | Q. You would agree that this is a | 10:14:02 |
| 21 | confidential Qorvo document? | 10:14:04 |
| 22 | A. It's confidential, isn't it? Yes, I | 10:14:07 |
| 23 | see confidential, yes. | 10:14:09 |
| 24 | Q. And this is a document that concerns | 10:14:11 |
| 25 | aspects of resonator design? | 10:14:13 |

| | | |
|---|---|---|
| 1 | A. Layout of resonators, not a design. | 10:14:20 |
| 2 | Q. Okay. So the -- the layout of | 10:14:23 |
| 3 | resonators -- | 10:14:26 |
| 4 | A. Right. | 10:14:27 |
| 5 | Q. -- for example, to be used in a | 10:14:27 |
| 6 | filter? | 10:14:29 |
| 7 | A. Not in an Akoustis' filter, but | 10:14:30 |
| 8 | possibly in a Qorvo filter. | 10:14:37 |
| 9 | Q. When you left Qorvo, you retained a | 10:14:40 |
| 10 | copy of this confidential document? | 10:14:42 |
| 11 | A. I do not recall. | 10:14:46 |
| 12 | Q. You took this document, Exhibit 78, | 10:14:49 |
| 13 | with you to Akoustis; right? | 10:14:53 |
| 14 | A. I -- I do not recall. I don't | 10:14:56 |
| 15 | believe so. I do not recall. | 10:14:57 |
| 16 | Q. You provided excerpts of this | 10:15:00 |
| 17 | document to Dave Hodge in October 2016; is that | 10:15:02 |
| 18 | right? | 10:15:06 |
| 19 | A. I do not recall. | 10:15:07 |
| 20 | Q. Do you recall providing excerpts of | 10:15:08 |
| 21 | any Qorvo confidential documents to Mr. Hodge | 10:15:10 |
| 22 | in 2016? | 10:15:12 |
| 23 | A. No. | 10:15:14 |
| 24 | Q. You did not have authorization to | 10:15:19 |
| 25 | share Exhibit 78 with anyone at Akoustis; is | 10:15:21 |

| | | |
|---|---|---|
| 1 | A. Yes. | 12:45:18 |
| 2 | Q. Now, at 11:36 a.m. on September 14, | 12:45:18 |
| 3 | 2021 you forwarded Mr. Abdelmajid's e-mail from | 12:45:28 |
| 4 | your home address to your work address; is that | 12:45:31 |
| 5 | right? | 12:45:35 |
| 6 | A. Someone did. I'm not sure. It may | 12:45:37 |
| 7 | have been a family member, because I don't use | 12:45:39 |
| 8 | that address. So Mr. Ahmad may have sent it by | 12:45:41 |
| 9 | mistake. I would say someone from my house | 12:45:46 |
| 10 | sent it to my work e-mail. | 12:45:48 |
| 11 | Q. Who else in your house has access to | 12:45:49 |
| 12 | the Houlden house e-mail? | 12:45:51 |
| 13 | A. My wife and three kids. | 12:45:53 |
| 14 | Q. Okay. Do you use the ▇▇▇▇▇ | 12:45:55 |
| 15 | e-mail? | 12:45:58 |
| 16 | A. No. Very rarely. Maybe taxes, I | 12:45:58 |
| 17 | think at the end of the year taxes, I kind of | 12:46:02 |
| 18 | bounce between, but taxes primarily. | 12:46:05 |
| 19 | Q. Now, if you look at Exhibit 116 -- | 12:46:07 |
| 20 | A. Yes. | 12:46:10 |
| 21 | Q. -- that is the same attachment that | 12:46:10 |
| 22 | Mr. Abdelmajid sent to you at 11:16 a.m. on | 12:46:14 |
| 23 | September 14, 2021? | 12:46:19 |
| 24 | A. Yes. | 12:46:21 |
| 25 | Q. Which is the confidential Qorvo | 12:46:22 |

```
 1                    CERTIFICATE
 2                   NORTH CAROLINA
 3
 4          I, the undersigned authority, hereby
 5   certify that the foregoing transcript, page 1
 6   through 352 is a true and correct transcription
 7   of the deposition of Rohan Houlden taken before
 8   me at the time and place set forth on the title
 9   page hereof.
10          I further certify that said witness
11   was duly sworn by me according to law.
12          I further certify that I am not of
13   counsel to any of the parties to said cause or
14   otherwise interested in the event thereof.
15          IN WITNESS WHEREOF I hereunto set my
16   hand and affix official seal this 10th day of
17   September, 2023.     Randi Garcia
18
19          RANDI GARCIA, COURT REPORTER, RPR
20                              NOTARY PUBLIC
21
22
23
24
25
```

```
 1   I have read the foregoing transcript of my
 2   deposition and find it to be true and
 3   accurate to the best of my knowledge and
 4   belief.
 5
 6
 7
 8
 9   ROHAN HOULDEN
10   Sworn and subscribed to before me on
11
12   this            day
13   of                      2023.
14
15
16
17   Notary
18   My Commission Expires
19
20
21
22
23
24
25
```