# EXHIBIT D



# Transcript of David Aichele

**Date:** September 15, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF DELAWARE

3    QORVO, INC.,                    ) C.A. No. 21-1417 JPM

4                                    )

5             Plaintiff,             )

6                                    )

7    v.                              )

8                                    )

9    AKOUSTIS TECHNOLOGIES, INC.,    )

10   and AKOUSTIS, INC.,             )

11                                   )

12            Defendants.            )

13                                   )

14

15            ████████████████████████████████

16

17               VIDEOTAPED DEPOSITION OF

18                    DAVID AICHELE

19              Charlotte, North Carolina

20             Friday, September 15, 2023

21                    8:38 a.m.

22

23      Reported by:  Christine A. Taylor, RPR

24      Job No.: 505394

25

Transcript of David Aichele
Conducted on September 15, 2023                    2

```
1                       APPEARANCES

2

3    For the Plaintiff:

4         SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
          BY: JONATHAN R. DeFOSSE, ESQ.
5             ROY JUNG, ESQ.
              2099 Pennsylvania Avenue, NW, Suite 100
6             Washington, D.C.  20006
              202.747.1900
7             jdefosse@sheppardmullin.com
              rjung@sheppardmullin.com
8

9    For the Defendants:

10        PILLSBURY WINTHROP SHAW PITTMAN, LLP
          BY: DAVID A. JAKOPIN, ESQ.
11            2550 Hanover Street
              Palo Alto, California  94304
12            650.233.4046
              david.jakopin@pillsburylaw.com
13

14

15   Also Present:

16        Drew Wright, Akoustis

17        Len Harris, Videographer

18

19

20

21

22

23

24

25
```

Transcript of David Aichele
Conducted on September 15, 2023                    3

```
 1                 C O N T E N T S

 2                                              PAGE

 3   EXAMINATION BY MR. DeFOSSE                   21

 4

 5

 6                   * * *

 7

 8                 E X H I B I T S

 9   EXHIBIT          DESCRIPTION              PAGE

10   Exhibit 468   10/29/2015 E-mails, Subject: RE:   67

11                 New Qorvo BAW Advanced

12                 Development results, Bates

13                 AKTS 00069739 - 69740

14   Exhibit 469   8/25/16 E-mails, Subject: Re:    74

15                 Akoustis, Bates AKTS 00115835 -

16                 115837

17   Exhibit 470   ALEO - 9/2/16 E-mails, Subject:   80

18                 RE: SAW filters from 600 Mhz to

19                 1000 Mhz, Bates AKTS 00471343 -

20                 471347

21   Exhibit 471   AEO - Spreadsheet produced in    83

22                 native - Bates AKTS 00471348

23   Exhibit 472   AEO - 1/7/19 E-mails, Subject:    85

24                 RE: B25Tx Comparison, Bates

25                 AKTS 00244229 - 244230
```

Transcript of David Aichele
Conducted on September 15, 2023

4

```
 1    Exhibit 473    AEO - 2/27/19 E-mail, Subject:    88
 2                   The spec of QpQ1298, Bates
 3                   AKTS 00135693
 4    Exhibit 474    AEO - QPQ1298 Target Data Sheet,    88
 5                   Bates AKTS 00135694 - 135700
 6    Exhibit 475    AEO - 9/28/19 E-mails, Subject:    93
 7                   Re: Saurabh, Bates AKTS 00135701
 8    Exhibit 476    AEO - QPQ1298 Target Data Sheet,    93
 9                   Bates AKTS 00135702 - 135708
10    Exhibit 477    AEO - 11/13/19 E-mail, Subject:    96
11                   The meeting with CMCC, Bates
12                   AKTS 00041092 - 51093
13    Exhibit 478    QPQ1298 Target Data Sheet, Bates    96
14                   AKTS 00051094 - 51100
15    Exhibit 479    AEO - 11/13/19 E-mail, Subject:    99
16                   CMCC/Xiaomi/H3, Bates
17                   AKTS 00041101
18    Exhibit 480    QPQ1298 Target Data Sheet, Bates    99
19                   AKTS 00051102 - 51108
20    Exhibit 481    AEO - 11/26/19 E-mails, Subject:    102
21                   RE: A10249 Simulations, Bates
22                   AKTS 00051456 - 51460
23    Exhibit 482    QPQ1298 Target Data Sheet, Bates    102
24                   AKTS 00051461 - 51467
25    Exhibit 483    885136 2437 mhZ BAW Filter,    102
```

███████████████

Transcript of David Aichele
Conducted on September 15, 2023                        5

```
 1                    Bates AKTS 00051468 - 51475
 2    Exhibit 484    AEO - 12/11/19 E-mail, Subject:   104
 3                    The meeting summary with Comba
 4                    20191212, Bates AKTS 00273641
 5    Exhibit 485    QPQ1298 Target Data Sheet, Bates  104
 6                    AKTS 00273642 - 273648
 7    Exhibit 486    AEO - 2/11/20 E-mail, Subject:    107
 8                    2.6G filter summary, Bates
 9                    AKTS 00090983
10    Exhibit 487    QPQ1298 Target Data Sheet, Bates  107
11                    AKTS 00090984 - 90990
12    Exhibit 488    AEO - 2/26/20 E-mail, Subject:    109
13                    B41 Qorvo data sheet, Bates
14                    AKTS 00277443
15    Exhibit 489    QPQ1298 Target Data Sheet, Bates  109
16                    AKTS 00277444 - 277450
17    Exhibit 490    AEO - Spreadsheets produced in    109
18                    native - Bates AKTS 00277451
19    Exhibit 491    AEO - 3/6/20 E-mails, Subject:    112
20                    RE: ZTE's question about A10235,
21                    Bates AKTS 00277875 - 277876
22    Exhibit 492    QPQ1298 Target Data Sheet, Bates  112
23                    AKTS 00277877 - 277883
24    Exhibit 493    AEO - 3/17/20 E-mail, Subject:    115
25                    Re: Taisaw, Bates AKTS 00053077
```

Transcript of David Aichele
Conducted on September 15, 2023                                    6

```
 1                          - 53078

 2    Exhibit 494    QPQ1298 Target Data Sheet, Bates    115

 3                   AKTS 00053079 - 53085

 4    Exhibit 495    AEO - 3/23/20 E-mails, Subject:      118

 5                   Re: B41 footprint, Bates

 6                   AKTS 00092217

 7    Exhibit 496    QPQ1298 Target Data Sheet, Bates    118

 8                   AKTS 000092218 - 92224

 9    Exhibit 497    AEO - 6/8/20 E-mails, Subject:      119

10                   RE: The update of n41 filter,

11                   Bates AKTS 00285678 - 285680

12    Exhibit 498    QPQ1298 Target Data Sheet, Bates    119

13                   AKTS 00285681 - 285687

14    Exhibit 499    AEO - 2/8/21 E-mail, Subject:       120

15                   Qorvo QPQ1298 B41b, Bates

16                   AKTS 00504307

17    Exhibit 500    AEO - QPQ1298 Target Data Sheet,    120

18                   Bates AKTS 00504309 - 504314

19    Exhibit 501    AEO - 2/8/21 E-mail, Subject:       122

20                   Qorvo QPQ1298 B41b, Bates

21                   AKTS 00504315

22    Exhibit 502    AEO - 5/22/19 E-mails, Subject:     124

23                   Re: Quick update on Qorvo, Bates

24                   AKTS 00086734

25    Exhibit 503    AEO - 5/22/19 E-mails, Subject:     128
```

Transcript of David Aichele
Conducted on September 15, 2023                    7

| 1  |             | FW: Quick update on Qorvo, Bates      |     |
| 2  |             | AKTS 00138229                         |     |
| 3  | Exhibit 504 | AEO - Screenshot - Bates              | 128 |
| 4  |             | AKTS 00138230                         |     |
| 5  | Exhibit 505 | AEO - 5/23/19 E-mail, Subject:        | 132 |
| 6  |             | Qorvo C-V2X, Bates AKTS 00138271      |     |
| 7  | Exhibit 506 | AEO - QPQ2200Q Band 57 BAW Co=Ex      | 132 |
| 8  |             | Filter, Bates AKTS 00138272 -         |     |
| 9  |             | 139274                                |     |
| 10 | Exhibit 507 | AEO - 5/30/19 E-mails, Subject:       | 136 |
| 11 |             | Re: Full Presentation material        |     |
| 12 |             | Re: Quick update on Qorvo, Bates      |     |
| 13 |             | AKTS 00487276 - 487279                |     |
| 14 | Exhibit 508 | AEO - 3/31/20 E-mail, Subject:        | 151 |
| 15 |             | Update on Qorvo and WiFi              |     |
| 16 |             | application, Bates AKTS 00053286      |     |
| 17 |             | - 53287                               |     |
| 18 | Exhibit 509 | AEO - QPQ2200Q Band 47 BAW Co-Ex      | 151 |
| 19 |             | Filter, Bates AKTS 00053288 -         |     |
| 20 |             | 553291                                |     |
| 21 | Exhibit 510 | AEO -11/30/22 E-mail, Subject:        | 153 |
| 22 |             | Qorvo cv2x, Bates AKTS 00564564       |     |
| 23 | Exhibit 511 | QPQ2200Q Preliminary,                 | 153 |
| 24 |             | AKTS 00564565 - 564575                |     |
| 25 | Exhibit 512 | AEO - 5/24/18 E-mail, Subject:        | 156 |

Transcript of David Aichele
Conducted on September 15, 2023                              8

| 1  |              | 5/24/18, Subject 5.8 GHz Filter, |     |
| 2  |              | Bates AKTS 00079705 |     |
| 3  | Exhibit 513  | Filtering: Managing Crowded | 156 |
| 4  |              | Frequency Spectrum, Bates |     |
| 5  |              | AKTS 00079706 |     |
| 6  | Exhibit 514  | AEO - 10/28/19 E-mails, Subject: | 161 |
| 7  |              | FW: Coexistence filter between |     |
| 8  |              | n79 and WiFi 5G, Bates |     |
| 9  |              | AKTS 00141631 |     |
| 10 | Exhibit 515  | AEO - Qorvo 5G Solution - Bates | 161 |
| 11 |              | AKTS 00141632 - 141637 |     |
| 12 | Exhibit 516  | AEO - 1/22/20 E-mail, Subject: | 166 |
| 13 |              | Qorvo 3.5 GHz 300 MHz BAW |     |
| 14 |              | filter, Bates AKTS 00275239 |     |
| 15 | Exhibit 517  | AEO - 8/6/21 E-mails, Subject: | 171 |
| 16 |              | Re: Qorvo Qtrly Earnings Call, |     |
| 17 |              | Bates AKTS 00512177 - 512178 |     |
| 18 | Exhibit 518  | QPQ3500, Bates AKTS 00512179 - | 171 |
| 19 |              | 512189 |     |
| 20 | Exhibit 519  | AEO - 7/9/20 E-mails, Subject: | 174 |
| 21 |              | FW: WiFi filter mkt review, |     |
| 22 |              | Bates AKTS 01051319 |     |
| 23 | Exhibit 520  | AEO - FAE Intelligence Report - | 174 |
| 24 |              | WCON Q2, 2020, Bates |     |
| 25 |              | AKTS 00151329 - 005151347 |     |

Transcript of David Aichele
Conducted on September 15, 2023

9

| 1 | Exhibit 521 | AEO - 1/7/20 E-mail, Subject: | 181 |
| 2 | | The meeting summary with Tenda | |
| 3 | | 20200107, Bates AKTS 00143669 - | |
| 4 | | 143670 | |
| 5 | Exhibit 522 | AEO - Document Bates | 184 |
| 6 | | AKTS 00143671 | |
| 7 | Exhibit 523 | Document Bates AKTS 00143672 - | 184 |
| 8 | | 143675 | |
| 9 | Exhibit 524 | AEO - E-mail, Subject: Qorvo 6.2 | 188 |
| 10 | | GHz, Bates AKTS 00274307 | |
| 11 | Exhibit 525 | AEO - Document Bates | 188 |
| 12 | | AKTS 00274308 | |
| 13 | Exhibit 526 | AEO - Document Bates | 188 |
| 14 | | AKTS 00274398 - 274312 | |
| 15 | Exhibit 527 | AEO - 4/10/20 E-mails, Subject: | 191 |
| 16 | | RE: Qorvo WiFi BAW filter, Bates | |
| 17 | | AKTS 00146974 | |
| 18 | Exhibit 528 | AEO - QPQ1903, Bates | 191 |
| 19 | | AKTS 00146975 - 146980 | |
| 20 | Exhibit 529 | AEO - QPQ1904, Bates | 191 |
| 21 | | AKTS 00146981 - 146986 | |
| 22 | Exhibit 530 | AEO - 8/9/19 E-mails, Subject: | 196 |
| 23 | | Additional information of | |
| 24 | | Qualcomm, Bates AKTS 00264715 - | |
| 25 | | 264717 | |

Transcript of David Aichele
Conducted on September 15, 2023                                    10

```
 1   Exhibit 531    AEO - 8/7/20 E-mail, Subject:    201
 2                  Qorvo info, Bates AKTS 00496841
 3   Exhibit 532    Qorvo - 2020 IDP Global Sales    201
 4                  Conference, Bates AKTS 00496842
 5                  - 496870
 6   Exhibit 533    Qorvo - Technical Sales Training 201
 7                  April 24, 2020, Bates
 8                  AKTS 00496871 - 496905
 9   Exhibit 534    Qorvo - HPS Switches, Limiters,  201
10                  Defense and Aerospace GaN and
11                  Filters, Bates AKTS 00496906 -
12                  496939
13   Exhibit 535    MMIC High Power Amplifiers Sales 201
14                  Conference 2020, Bates
15                  AKTS 00496940 - 496961
16   Exhibit 536    Qorvo IDP Virtual Sales          201
17                  Conference 2020, Bates
18                  AKTS 00496962 - 496973
19   Exhibit 537    AEO - 8/7/20 E-mails, Subject:   207
20                  RE: Qorvo info, Bates
21                  AKTS 00496974
22   Exhibit 538    High Performance Solutions 2020  207
23                  Sales Conference, Bates
24                  AKTS 00496975 - 00496987
25   Exhibit 539    Qorvo IDP 2020 Sales Conference, 207
```

Transcript of David Aichele
Conducted on September 15, 2023                    11

```
 1                    Bates AKTS 00496988 - 497005
 2    Exhibit 540    Automotive Solutions for V2X,     207
 3                    Wi-Fi & SDARS, Bates
 4                    AKTS 00497006 - 497031
 5    Exhibit 541    IDP Sales Conference WCON, Bates  207
 6                    AKTS 00497032 - 497055
 7    Exhibit 542    ADO - 8/7/20 E-mails, Subject:    209
 8                    RE: Qorvo info, Bates
 9                    AKTS 00497056 - 497057
10    Exhibit 543    ActiveCiPS Programmable Power     209
11                    Management, Bates AKTS 00497058
12                    - 497090
13    Exhibit 544    ███████████████, Bates           209
14                    AKTS 00497091 - 497111
15    Exhibit 545    Qorvo IDP Sales Conference April  209
16                    2020, Bates AKTS 00497112 -
17                    497139
18    Exhibit 546    Qorvo Sales Conference 2020,      209
19                    Bates AKTS 00497140 - 497164
20    Exhibit 547    Qorvo Virtual Sales Conference    209
21                    2020, Bates AKTS 00497165 -
22                    497189
23    Exhibit 548    Qorvo WCON End-Node Solutions,    209
24                    Sales Conference 2020, Bates
25                    AKTS 00497190 - 497209
```

Transcript of David Aichele
Conducted on September 15, 2023                    12

```
1    Exhibit 549    Wi-Fi 6 & IoT System Solutions,    209
2                   2020 Qorvo Virtual Sales
3                   Conference, Bates AKTS 00497210
4                   - 497247
5    Exhibit 550    AEO - 8/7/20 E-mails, Subject:    212
6                   RE: Qorvo info, Bates
7                   AKTS 00497248 - 497249
8    Exhibit 551    Document produced in native,    213
9                   Bates AKTS 00497250
10   Exhibit 552    AEO - 5/12/21 E-mail, Subject:    216
11                  Qorvo DS, Bates AKTS 00157707
12   Exhibit 553    QPQ1904, Bates AKTS 00157708 -    216
13                  157712
14   Exhibit 554    QPQ1903, Bates AKTS 00157713 -    216
15                  157717
16   Exhibit 555    7/7/21 E-mail, Subject: QPQ1903    217
17                  & QPQ1904, Bates AKTS 00159391
18   Exhibit 556    QPQ1903, Bates AKTS 00159392 -    217
19                  159396
20   Exhibit 557    QPQ1904, Bates AKTS 00159398 -    217
21                  159402
22   Exhibit 558    AEO - 10/6/21 E-mail, Subject:    220
23                  Re: Data sheet for Quervo WiFi
24                  Filters, Bates AKTS 00163231
25   Exhibit 559    QPQ1903 - Bates AKTS 00163232 -    220
```

Transcript of David Aichele
Conducted on September 15, 2023                              13

```
 1                  163236
 2   Exhibit 560    QPQ1904 - Bates AKTS 00163238 -    220
 3                  163242
 4   Exhibit 561    QPQ1903 - Bates AKTS 00163267 -    221
 5                  163271
 6   Exhibit 562    QPQ1904, Bates AKTS 00163273 -     221
 7                  163277
 8   Exhibit 563    AEO - 10/7/21 E-mail, Subject:     221
 9                  Qorvo, Bates AKTS 00163266
10   Exhibit 564    AEO - 8/9/19 E-mails, Subject:     239
11                  FW: Additional information of
12                  Qualcomm, Bates AKTS 00264873 -
13                  264875
14   Exhibit 565    AEO - 2/25/21 E-mails, Subject:    225
15                  RE: WiFi6E Update for mobile
16                  20210222, Bates AKTS 00323714 -
17                  323716
18   Exhibit 566    QM45392, Bates AKTS 00323718 -     225
19                  323734
20   Exhibit 567    AEO - 2/22/21 E-mails, Subject:    232
21                  WiFi6E Update for mobile
22                  20210222, Bates AKTS 00323121
23   Exhibit 568    AEO - WLAN8201C, Bates             232
24                  AKTS 00323123
25   Exhibit 569    Wi-Fi Product Roadmap Update,      232
```

```
 1                    November 2020 - Bates

 2                    AKTS 00323146

 3   Exhibit 570   AEO 4/14/21 E-mails, Subject:    230

 4                    Re: Trieste P1 AKTS match

 5                    solution verify and finetune,

 6                    Bates AKTS 00157075

 7   Exhibit 571   QPF4656, Bates AKTS 00157083     230

 8   Exhibit 572   This exhibit was not used.       238

 9   Exhibit 573   AEO - 4/14/21 E-mails, Subject:  238

10                    FW: Trieste P1 AKTS match

11                    solution verify and finetune,

12                    Bates AKTS 00328075 - 328083

13   Exhibit 574   QPF4656, Bates AKTS 00328084 -   238

14                    328092

15   Exhibit 575   QPF4526, Bates AKTS 00328093 -   238

16                    328099

17   Exhibit 576   ADO - 2/23/17 E-mail, Subject:   242

18                    AKF-1938 test plans, Bates

19                    AKTS 00117498

20   Exhibit 577   Characterization Test Plan,      242

21                    Bates AKTS 00117499

22   Exhibit 578   Qualification Test Plan, Bate    242

23                    AKTS 0000117503

24   Exhibit 579   Evaluation Board Test Plan,      242

25                    Bates AKTS 00117507
```

| | | | |
|---|---|---|---|
| 1 | Exhibit 580 | Production Test Plan, Bates | 242 |
| 2 | | AKTS 0000117512 | |
| 3 | Exhibit 581 | RFSW8009 Evaluation Board Test | 242 |
| 4 | | Plan, Bates AKTS 0000117516 | |
| 5 | Exhibit 582 | AEO - 8/16/18 E-mail, Subject: | 248 |
| 6 | | FW: Some light reading, Bates | |
| 7 | | AKTS 00126569 | |
| 8 | Exhibit 583 | AEO - SAW & BAW Filter RF Power | 248 |
| 9 | | Life/Reliability Testing, Bates | |
| 10 | | AKTS 00126570 | |
| 11 | Exhibit 584 | AEO - 4/18/19 E-mail, Subject: | 250 |
| 12 | | Light reading, Bates | |
| 13 | | AKTS 00137343 | |
| 14 | Exhibit 585 | AEO - Calculating Reliability | 250 |
| 15 | | using FIT & MTTF: Arrhenius HTOL | |
| 16 | | Model, Bates AKTS 00137344 | |
| 17 | Exhibit 586 | AEO - HTOL testing document, | 250 |
| 18 | | Bates AKTS 00137350 | |
| 19 | Exhibit 587 | AEO - 16.8 Power Handling and | 250 |
| 20 | | Reliability, Bates AKTS 00137352 | |
| 21 | Exhibit 588 | AEO - 4/18/19 E-mail, Subject: | 253 |
| 22 | | RE: Light reading, Bates | |
| 23 | | AKTS 00137354 | |
| 24 | Exhibit 589 | SAW & BAW Filter RF Power | 253 |
| 25 | | Life/Reliability Testing, Sept. | |

Transcript of David Aichele
Conducted on September 15, 2023                           16

```
1                   25, 2015, Bates AKTS 00137355
2    Exhibit 590    AEO - 9/14/21 E-mails, Subject:    256
3                   RE: WIFI6E specs - attached 11a
4                   FEM xls, Bates AKTS 0000162125
5    Exhibit 591    Document produced in native,       256
6                   Bates AKTS 00162126
7    Exhibit 592    AEO - 2/4/20 E-mail, Subject:      257
8                   Re: Note, Bates AKTS 00144565
9    Exhibit 593    AEO - 11/9/21 E-mail, Subject:     260
10                   Re: Cisco Note, Bates
11                   AKTS 00166270
12   Exhibit 594    AEO - 3/21/22 E-mail, Subject:     261
13                   Qorvo BAW Plexer, Bates
14                   AKTS 00530075
15   Exhibit 595    AEO - 8/17/15 E-mails, Subject:    262
16                   Re: New Company Akoustis, Bates
17                   AKTS 00069492 - 69495
18   Exhibit 596    AEO - 5G New Radio Evolution       271
19                   Towards 2020, Bates
20                   AKTS 00000997
21   Exhibit 597    AEO - 7/9/21 E-mail, Subject:      276
22                   Wallpaper Jul R2, Bates
23                   AKTS 00021023
24   Exhibit 598    AEO - Document produced in         276
25                   native, Bates AKTS 00021024
```

Transcript of David Aichele
Conducted on September 15, 2023                                17

| | | | |
|---|---|---|---|
| 1 | Exhibit 599 | AEO - 7/2/18 E-mail, Subject: | 282 |
| 2 | | RE: FedEx Shipment 771870549987 | |
| 3 | | Notification, Bates | |
| 4 | | AKTS 00226431 | |
| 5 | Exhibit 600 | AEO - Evaluation results of | 282 |
| 6 | | Akoustis BAW filter, Bates | |
| 7 | | AKTS 00226432 - 226441 | |
| 8 | Exhibit 601 | AEO - 12/14/18 E-mails, Subject: | 288 |
| 9 | | Re: Evaluation report, Bates | |
| 10 | | AKTS 0000084938 - 84943 | |
| 11 | Exhibit 602 | AEO - Akoustis XBAW RF-Filters, | 288 |
| 12 | | Bates AKTS 00084944 - 84956 | |
| 13 | Exhibit 603 | AEO - High Power, Wideband | 288 |
| 14 | | Single Crystal XBAW Technology | |
| 15 | | for sub-6 GHz Micro RF Filter | |
| 16 | | Applications, Bates | |
| 17 | | AKTS 00084957 - 84960 | |
| 18 | Exhibit 604 | AEO - Akoustis XBAW WiFi 5 GHz | 288 |
| 19 | | Coexist Filters, Bates | |
| 20 | | AKTS 00084961 | |
| 21 | Exhibit 605 | AEO - 1/24/19 E-mails, Subject: | 293 |
| 22 | | RE: AKF1252 High Power Samples, | |
| 23 | | Bates AKTS 00246445 - 246449 | |
| 24 | Exhibit 606 | AEO - Evaluation Report, Bates | 293 |
| 25 | | AKTS 00246450 - 00246460 | |

```
 1    Exhibit 607    AEO - 4/24/17 E-mails, Subject:    297
 2                   FW: MSET111 filter 093 epi wafer
 3                   2003028-01 compare with previous
 4                   poly wafer, Bates
 5                   AKTS 0000147953 - 00147957
 6    Exhibit 608    AEO - 5/17/20 E-mail, Subject:     300
 7                   FW: An idea official email to
 8                   Mr. SH Yoon and DJ Kim regarding
 9                   on project allocation for
10                   MEST115, Bates AKTS 00147068 -
11                   149069
12    Exhibit 609    AEO - Samsung Update May 20,       300
13                   2020, Bates AKTS 00149070 -
14                   149105
15    Exhibit 610    AEO - 3/29/18 E-mails, Subject:    303
16                   Re: Update, Bates AKTS 00221928
17                   - 221929
18    Exhibit 611    AEO - Preliminary AKF-1252,        303
19                   Bates AKTS 00221930 - 221933
20
21
22
23
24
25
```

```
 1                PREVIOUSLY MARKED EXHIBITS

 2

 3   Exhibit 92  AEO - Document produced in native,   243

 4               Bates AKTS00117519

 5   Exhibit 93  Document produced in native, Bates   243

 6               AKTS 00117520

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of David Aichele
Conducted on September 15, 2023                    60

```
1        A    Other than I guess discussions          09:24:23
2    internally, not -- not in the sense of what you   09:24:30
3    just defined, no.                                 09:24:35
4        Q    You said other than discussions          09:24:35
5    internally, what did you mean by that?            09:24:43
6        A    It -- I think what I'm saying is other   09:24:44
7    than obviously discussions here, you know, that   09:24:47
8    this is what's going to be discussed.             09:24:50
9        Q    Okay.  So let me just stop you there.  I 09:24:52
10   don't want you tell me anything that you've       09:24:54
11   discussed with Mr. Jakopin or Mr. Wright or       09:24:56
12   attorneys.                                         09:24:59
13       A    No, I'm not.                              09:24:59
14       Q    So let's -- I'm going to go back to my   09:25:00
15   first question.  Let's try it again.              09:25:04
16       A    Okay.                                     09:25:05
17       Q    Mr. Aichele, are you aware of any use of 09:25:06
18   Qorvo confidential information at Akoustis?       09:25:09
19       A    No, I'm not.                              09:25:12
20       Q    Did you have any possession of Qorvo     09:25:12
21   confidential information in your files at         09:25:15
22   Akoustis?                                          09:25:17
23       A    Not that I'm aware.                       09:25:17
24       Q    And then I take it from that answer that 09:25:20
25   you're not aware of ever saving any Qorvo         09:25:25
```

Transcript of David Aichele
Conducted on September 15, 2023                           197

| | | |
|---|---|---|
| 1 | if you look at the bottom, Mr. Kim provides a | 13:50:59 |
| 2 | postscript.  Do you see that?  It says "PS"? | 13:51:06 |
| 3 | A   Yes, I do. | 13:51:08 |
| 4 | Q   Okay.  And you remember I had asked you | 13:51:09 |
| 5 | previously whether you were aware of Mr. Kim | 13:51:13 |
| 6 | ███████████████████████████████████████████ | 13:51:15 |
| 7 | ███████████████████████████████████████████ | 13:51:19 |
| 8 | ███████████████████████████████████████████ | 13:51:21 |
| 9 | A   I think my answer was I did not know | 13:51:22 |
| 10 | where his exact information that he would collect | 13:51:25 |
| 11 | would come from. | 13:51:27 |
| 12 | Q   Okay.  So Mr. Kim writes in his | 13:51:28 |
| 13 | postscript to you, "Do me a favor that can you | 13:51:31 |
| 14 | accept my expense claim of entertainment with | 13:51:36 |
| 15 | ████████████████████████ without the name of | 13:51:40 |
| 16 | persons." | 13:51:46 |
| 17 | Do you see that? | 13:51:47 |
| 18 | A   Yes, I do. | 13:51:48 |
| 19 | Q   Do you know why Mr. Kim wanted to submit | 13:51:48 |
| 20 | expense reports to you that did not have the names | 13:51:53 |
| 21 | of persons from ███████████████████████████ | 13:51:54 |
| 22 | ███████████████████████████████ in there? | 13:51:58 |
| 23 | A   I would speculate based on what he | 13:52:00 |
| 24 | stated in this e-mail is he would like to keep the | 13:52:03 |
| 25 | names out of the expense report because, as he | 13:52:06 |

Transcript of David Aichele
Conducted on September 15, 2023                    310

```
1    STATE OF NORTH CAROLINA )
                             )   CERTIFICATE OF TRANSCRIPT
2    COUNTY OF UNION         )

3        I, CHRISTINE A. TAYLOR, RPR, a Notary Public

4    within and for the State of North Carolina, do

5    hereby certify:

6        That DAVID AICHELE, the witness whose

7    deposition is hereinbefore set forth, having

8    produced satisfactory evidence of identification

9    and having been first duly sworn by me, and that

10   such deposition is a true record of the testimony

11   given by such witness.

12       I further certify that I am not financially

13   interested in the outcome of this action, a

14   relative, employee, attorney or counsel of any of

15   the parties, nor am I a relative or employee of

16   such attorney or counsel.

17       IN WITNESS WHEREOF, I have hereunto set my

18   hand this 27th day of September, 2023.

19

20

21        CHRISTINE A. TAYLOR
          Registered Professional Reporter
22        Notary Public 19960530077

23

24

25
```