IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417 (JPM) |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | **DEMAND FOR JURY TRIAL** |
| AKOUSTIS, INC., | ) | **PUBLIC VERSION** |
| | ) | |
| Defendants. | ) | |

## OBJECTIONS TO DECLARATIONS OF JERRY BUI, JIMMY SPICKLER, CHAD LEUER AND ANTHONY NIXON (D.I. 374-377)

Plaintiff Qorvo, Inc. objects to portions of the Declarations of Jerry Bui (D.I. 374), Jimmy Spickler (D.I. 375), Chad Leuer (D.I. 376) and Anthony Nixon (D.I. 377) filed in support of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Opposition to Qorvo, Inc.'s Motion for Monetary and Adverse Inference Sanctions for Contempt and Spoliation (D.I. 372) as follows.

**Declaration Jerry Bui (D.I. 374):**

| Paragraph | Portion | Objections |
|---|---|---|
| 18 | ███████████ | • Lacks foundation (FRE 602).<br>• Prejudicial (FRE 403).<br>• Mr. Bui's statements are incomplete and misleading because he fails to mention that ███████████ |

| Paragraph | Portion | Objections |
|---|---|---|
| 19 | ███████ | • Lacks foundation (FRE 602).<br>• Mr. Bui has no basis to opine on ███████ |
| 21 | Qorvo objects to this paragraph in its entirety. | • Relevance (FRE 401, 402).<br>• Mr. Bui's statements only discuss ███████ |
| 22 | ███████ | • Relevance (FRE 401, 402).<br>• Lacks foundation (FRE 602).<br>• Mr. Bui does not explain what the ███████ |
| 23 | ███████ | • Relevance (FRE 401, 402).<br>• Mr. Bui only discusses ███████ |

| Paragraph | Portion | Objections |
|---|---|---|
|  |  | Motion and the accompanying declaration of Kevin Faulkner.<br>• Mr. Bui states that ■■■ |
| 24 | ■■■ | • Lacks foundation (FRE 602).<br>• Relevance (FRE 401, 402).<br>• Mr. Bui does not dispute that ■■■ |

**Declaration of Jimmy Spickler (D.I. 375):**

| Paragraph | Portion | Objections |
|---|---|---|
| 3 | ■■■ | • Lacks foundation (FRE 602).<br>• ■■■ |

**Declaration Chad Leuer (D.I. 376):**

| Paragraph | Portion | Objections |
|---|---|---|
| 5 | ■■■ | • Lacks foundation/speculation (FRE 602). |

3

| | | |
|---|---|---|
| | ■ | • Hearsay (FRE 801/802)<br>• Mr. Leuer cannot testify as to Mr. Ricketts' knowledge. Mr. Leuer lacks personal knowledge to testify as to what Mr. Ricketts received or was informed about. Conversations and/or communications Mr. Leuer had with Mr. Ricketts' are hearsay. |

**Declaration of Anthony Nixon (D.I. 377):**

| Paragraph | Portion | Objections |
|---|---|---|
| 3 | ■ | • Lacks foundation (FRE 602).<br>• Hearsay (FRE 801/802)<br>• Mr. Nixon does not specify how ■ |
| 3 | ■ | • Lacks foundation/speculation (FRE 602).<br>• Mr. Nixon does not explain the ■ |

| Paragraph | Portion | Objections |
|---|---|---|
| 5 | ■ | • Relevance (FRE 401, 402).<br>• Lacks foundation (FRE 602).<br>• Mr. Nixon does not explain how ■<br>• ■ |
| 5 | ■ | • Lacks foundation (FRE 602).<br>• Hearsay (FRE 801/802)<br>• Mr. Nixon's statements are ■ |
| 9 | ■ | • Lacks foundation (FRE 602).<br>• Relevance (FRE 401/402).<br>• Mr. Nixon does not specify what ■ |

| Paragraph | Portion | Objections |
|---|---|---|
| 9 | ■ | • Lacks Foundation (FRE 602).<br>• Relevance (FRE 401/402).<br>• Mr. Nixon does not specify the ■ |
| 10 | ■ | • Speculation/lacks personal knowledge (FRE 602).<br>• Mr. Nixon cannot testify to what ■ |
| 11 | ■ | • Relevance (FRE 401/402).<br>• Mr. Nixon does not explain how ■ |
| 11 | ■ | • Speculation/lacks personal knowledge (FRE 602).<br>• Mr. Nixon cannot testify to what ■ |

6

| Paragraph | Portion | Objections |
|---|---|---|
| 12 | ███ | • Speculation/lacks personal knowledge (FRE 602).<br>• Mr. Nixon cannot testify as to the ███ |

OF COUNSEL:

Robert M. Masters
Jonathan R. DeFosse
Timothy P. Cremen
Roy D. Jung
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC  20006-6801
(202) 747-1900

Eric K. Gill
Zachary Alper
Theodore Mayer
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA  92130-4092
(858) 720-8900

James C. Wald
Kazim A. Naqvi
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA  90067
(310) 228-3700

November 10, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 10, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |
| David A. Jakopin, Esquire<br>Dianne L. Sweeney, Esquire<br>Ryan Selness, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |
| Robert C.F. Pérez, Esquire<br>Riccardo Macchiaroli, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102-4856<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |
| David L. Stanton, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017-5524<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | VIA ELECTRONIC MAIL |

Theresa A. Roozen, Esquire  *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Shani Rivaux, Esquire  *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL  33131
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Ronald S. Lemieux, Esquire  *VIA ELECTRONIC MAIL*
David S. Elkins, Esquire
Victoria Q. Smith, Esquire
SQUIRE PATTON BOGGS (US) LLP
1841 Page Mill Road, Suite 150
Palo Alto, CA  94304-1216
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)