IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on December 20, 2023, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Rebuttal Report of Dr. Robert Darveaux Regarding Trade Secrets, Rebuttal Report of Dr. Michael Lebby Regarding Trade Secrets, Rebuttal Report of Dr. Clark Nguyen Regarding Trade Secrets and Noninfringement, Expert Rebuttal Report of Carlyn, Irwin, and this Notice of Service were served on the following counsel of record via email:

> Jack B. Blumenfeld (#1014)
> Jeremy A. Tigan (#5239)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> jblumenfeld@morrisnicols.com
> jtigan@morrisnichols.com
>
> Robert M. Masters
> Jonathan R. DeFosse
> Timothy P. Cremen
> Roy D. Jung
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 2099 Pennsylvania Avenue, NW Suite 100
> Washington, DC 2006-6801
> (202) 747-1900
> rmasters@sheppardmullin.com

        jdefosse@sheppardmullin.com
        tcremen@sheppardmullin.com
        rjung@sheppardmullin.com

        Eric K. Gill
        Zachary Alper
        Theodore Mayer
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        12275 El Camino Real, Suite 100
        San Diego, CA 92130-4092
        (858) 720-8900
        egill@sheppardmullin.com
        zalper@sheppardmullin.com
        tmayer@sheppardmullin.com

        James C. Wald
        Kazim A. Naqvi
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        1901 Avenue of the Stars, 16th Floor
        Los Angeles, CA 90067
        (310) 228-3700
        jwald@sheppardmullin.com
        knaqvi@sheppardmullin.com

| | |
|---|---|
| Dated: December 20, 2023 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Ronald P. Golden III (#6254) |
| | 600 N. King Street, Suite 400 |
| | Wilmington, Delaware 19801 |
| David A. Jakopin | (302) 655-5000 |
| Dianne L. Sweeney | sbrauerman@bayardlaw.com |
| Ryan Selness | rgolden@bayardlaw.com |
| 2550 Hanover Street | |
| Palo Alto, CA 94304-1115 | *Attorneys for Akoustis Technologies, Inc.* |
| (650) 233-4500 | *and Akoustis, Inc.* |
| david.jakopin@pillsburylaw.com | |
| dianne@pillsburylaw.com | SQUIRE PATTON BOGGS (US) LLP |
| ryan.selness@pillsburylaw.com | |
| | Ronald S. Lemieux |
| David L. Stanton | David S. Elkins |
| 725 S. Figueroa St., 36th Floor | Victoria Q. Smith |
| Los Angeles, CA 90017 | 1941 Page Mill Road, Suite 150 |
| (213) 488-7100 | Palo Alto, CA 94304 |

| | |
|---|---|
| david.stanton@pillsburylaw.com | Ronald.Lemieux@squirepb.com |
| | David.Elkins@squirepb.com |
| Theresa A. Roozen | Victoria.Smith@squirepb.com |
| 1200 17th St NW | |
| Washington, DC 20036 | *Attorneys for Akoustis Technologies, Inc. and* |
| (202) 663-8000 | *Akoustis, Inc.* |
| theresa.roozen@pillsburylaw.com | |

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

Riccardo Macchiaroli
Robert C. F. Pérez
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd., Ste. 1400
McLean, VA 22102
(703) 770-7900
ric.macchiaroli@pillsburylaw.com
robert.perez@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc.
and Akoustis, Inc.*