### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 21-1417-JPM |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that David A Jakopin, Dianne L. Sweeney, Ryan Selness, David L. Stanton, Theresa A. Roozen, Shani Rivaux, Robert C. F. Pérez, and Riccardo Macchiaroli of Pillsbury Winthrop Shaw Pittman LLP hereby are no longer serving as counsel for Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") in the above-captioned matter.  Akoustis will continue to be represented by the firms Squire Patton Boggs (US) LLP and Bayard, P.A.


Dated:  December 29, 2023

OF COUNSEL:

PILLSBURY WINTHROP SHAW
PITTMAN LLP

David A. Jakopin
Dianne L. Sweeney
Ryan Selness
2550 Hanover Street
Palo Alto, CA 94304-1115
(650) 233-4500
david.jakopin@pillsburylaw.com
dianne@pillsburylaw.com
ryan.selness@pillsburylaw.com

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Akoustis Technologies, Inc.*
*and Akoustis, Inc.*

1

4861-2792-2584

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

Riccardo Macchiaroli
Robert C. F. Pérez
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd., Ste. 1400
McLean, VA 22102
(703) 770-7900
ric.macchiaroli@pillsburylaw.com
robert.perez@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc.*
*and Akoustis, Inc.*

4861-2792-2584