IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION OF DR. MICHAEL LEBBY

PLEASE TAKE NOTICE that, pursuant to the Court's Scheduling Order and Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Qorvo, Inc. ("Qorvo"), by and through their counsel, will take the deposition of Dr. Michael Lebby at the offices of Sheppard, Mullin Richter LLP, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111. The deposition will commence on January 31, 2024 at 9:00 AM PST, or at such other date, time, and place as are mutually agreed upon by counsel for the parties.

The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will be recorded by including, but not limited to, videographic, sound, and/or stenographic means and will continue until completed as permissible under the Federal Rules of Civil Procedure or more limited in time as the parties may agree.

-2-

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| OF COUNSEL: | */s/ Jeremy A. Tigan* |
|  | _____ |
| Robert M. Masters | Jack B. Blumenfeld (#1014) |
| Jonathan R. DeFosse | Jeremy A. Tigan (#5239) |
| Timothy P. Cremen | 1201 North Market Street |
| Roy D. Jung | P.O. Box 1347 |
| SHEPPARD, MULLIN, RICHTER | Wilmington, DE  19899-1347 |
| & HAMPTON LLP | (302) 658-9200 |
| 2099 Pennsylvania Avenue, NW, Suite 100 | jblumenfeld@morrisnichols.com |
| Washington, DC  20006-6801 | jtigan@morrisnichols.com |
| (202) 747-1900 |  |
|  | *Attorneys for Plaintiff Qorvo, Inc.* |

Eric K. Gill
Zachary Alper
Theodore Mayer
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA  92130-4092
(858) 720-8900

James C. Wald
Kazim A. Naqvi
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA  90067
(310) 228-3700

Jennifer Klein Ayers
SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
(469) 391-7400

January 11, 2024

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 11, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA  94304-1216<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)