# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>  Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>  Defendants. | C.A. No. 21-1417 (JPM)<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF TAKING DEPOSITION OF DR. JOHN BRAVMAN

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure ("Rule" or "Rules") 30, defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s (collectively "Akoustis" or "Defendants") will take the deposition of Dr. John Bravman by oral examination using a combination of stenographic means, videotape and/or audio tape. The oral examination will begin on January 25, 2024, commencing at 9:00 a.m. EST, at the offices of Squire Patton Boggs (US) LLP, 2550 M Street NW, Washington, D.C., 20037, until completed. The deposition will be before a Notary Public or other person authorized by law to administer oaths.

- 2 -

Dated:   January 12, 2024

OF COUNSEL:

| | |
|---|---|
| SQUIRE PATTON BOGGS (US) LLP | BAYARD, P.A. |
| | |
| Ronald S. Lemieux | */s/ Ronald P. Golden III* |
| David S. Elkins | Stephen B. Brauerman (#4952) |
| Victoria Q. Smith | Ronald P. Golden III (#6254) |
| 1841 Page Mill Road | 600 N. King Street, Suite 400 |
| Suite 150 | Wilmington, Delaware |
| Palo Alto, California 94304 | (302) 655-5000 |
| (650) 856-6500 | sbauerman@bayardlaw.com |
| ronald.lemieux@squirepb.com | rgolden@bayardlaw.com |
| david.elkins@squirepb.com | |
| victoria.smith@squirepb.com | *Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* |