# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| QORVO, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>　　　　Defendants. | C.A. No. 21-1417 (JPM)<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF TAKING DEPOSITION OF MELISSA BENNIS

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure ("Rule" or "Rules") 30, defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s (collectively "Akoustis" or "Defendants") will take the deposition by oral examination of Melissa Bennis on January 23, 2024, commencing at 9:00 a.m. CST.

The witness(es), court reporter(s), and counsel for the parties will appear remotely via video link utilizing the secure web-based deposition option afforded by Veritext or comparable alternative video teleconference ("VTC") services or telephonically to provide remote/virtual access for those parties wishing to participate in the deposition via the internet and/or telephone.]

Please take notice that Akoustis reserves the right to record the deposition either by stenographic means by a court reporter certified to record depositions or a digital reporter utilizing state-of-the-art digital recording equipment.  Take note that the deposition officer may also be remote and out of the presence of the deponent via one of the options above for the purposes of providing the oath/affirmation to the deponent and capturing the proceeding.

Please take further notice that Akoustis reserves the right to utilize the following: (1) recording the deposition utilizing audio or video technology; (2) instant visual display such that that reporter's writing of the proceeding will be available to all who are a party to this proceeding to request and receive it in Realtime via LiveNote or similar technology; (3) exhibit capture (picture-in-picture) technology in which any exhibit reviewed by the deponent during the deposition can be captured visually; and (4) conducting the deposition utilizing a paperless exhibit display process called Exhibit Share or a similar paperless virtual display platform.  The parties are advised that in lieu of a paper set of exhibits, they may be provided and displayed digitally to the deposition officer, deponent, parties and counsel.  The exhibits will be compiled by the deposition officer for purposes of exhibit stamping, and ultimate production of the final certified transcript.

Akoustis requests that counsel for Qorvo contact counsel for Akoustis at lease five (5) calendar days before the deposition to advise who will appear via the remote participating means so that the necessary arrangements can be made.

Dated:   January 12, 2024

OF COUNSEL:

SQUIRE PATTON BOGGS (US) LLP

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
1841 Page Mill Road
Suite 150
Palo Alto, California 94304
(650) 856-6500
ronald.lemieux@squirepb.com
david.elkins@squirepb.com
victoria.smith@squirepb.com

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware
(302) 655-5000
sbauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*