IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on January 16, 2024, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Corrected Rebuttal Report of Dr. Robert Darveaux Regarding Trade Secrets, Corrected Rebuttal Report of Dr. Michael Lebby Regarding Trade Secrets, and this Notice of Service were served on the following counsel of record via email:

> Jack B. Blumenfeld (#1014)
> Jeremy A. Tigan (#5239)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> jblumenfeld@morrisnicols.com
> jtigan@morrisnichols.com
>
> Robert M. Masters
> Jonathan R. DeFosse
> Timothy P. Cremen
> Roy D. Jung
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 2099 Pennsylvania Avenue, NW Suite 100
> Washington, DC 2006-6801
> (202) 747-1900
> rmasters@sheppardmullin.com
> jdefosse@sheppardmullin.com
> tcremen@sheppardmullin.com

        rjung@sheppardmullin.com

        Eric K. Gill
        Zachary Alper
        Theodore Mayer
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        12275 El Camino Real, Suite 100
        San Diego, CA 92130-4092
        (858) 720-8900
        egill@sheppardmullin.com
        zalper@sheppardmullin.com
        tmayer@sheppardmullin.com

        James C. Wald
        Kazim A. Naqvi
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        1901 Avenue of the Stars, 16th Floor
        Los Angeles, CA 90067
        (310) 228-3700
        jwald@sheppardmullin.com
        knaqvi@sheppardmullin.com

| | |
|---|---|
| Dated: January 16, 2023 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| SQUIRE PATTON BOGGS (US) LLP | Ronald P. Golden III (#6254) |
| | 600 N. King Street, Suite 400 |
| Ronald S. Lemieux | Wilmington, Delaware 19801 |
| David S. Elkins | (302) 655-5000 |
| Victoria Q. Smith | sbrauerman@bayardlaw.com |
| 1941 Page Mill Road, Suite 150 | rgolden@bayardlaw.com |
| Palo Alto, CA 94304 | |
| Ronald.Lemieux@squirepb.com | *Attorneys for Akoustis Technologies, Inc.* |
| David.Elkins@squirepb.com | *and Akoustis, Inc.* |
| Victoria.Smith@squirepb.com | |

*Attorneys for Akoustis Technologies, Inc.*
*and Akoustis, Inc.*