## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) C.A. No. 21-1417-JPM ) ) |
| v. | ) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER REGARDING FEDERAL RULE OF 56
AND DABUERT MOTION PRACTICE AND SCHEDULE**

The Court, having considered the parties' Joint Motion Regarding Federal Rule of Civil Procedure and Daubert Motion Practice and Schedule,

IT IS HEREBY ORDERED THAT , this _____ day of _____, 2024:

1. The parties may combine all Federal Rule of Civil Procedure 56 motions brought by the parties into a single brief that does not exceed 30 pages, with any opposition brief similarly limited to 30 pages.

2. The parties shall have a combined page limitation on Federal Rule of Civil Procedure 56 and Daubert motions such that a party may not exceed 50 total pages of briefing in support of or opposition to such motions.

3. Leave is granted for the parties to conduct the deposition of Akoustis' expert, Dr. Michael Lebby, on January 31, 2024, five days after the close of expert discovery.

4. The Court adopts Akoustis' proposal that *Daubert* motions shall be submitted on or before February 9 and responses filed on February 24.

**or**

The Court adopts Qorvo's position that *Daubert* motions shall be submitted in accordance with the schedule for dispositive motions set forth in D.I. 198.

_____
THE HONORABLE JON P. McCALLA
UNITED STATES DISTRICT JUDGE