# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| | ) | C.A. No. 1:21-cv-01417-JPM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REGARDING FEDERAL RULE OF 56 AND DABUERT MOTION PRACTICE AND SCHEDULE

The Court, having considered the parties' Joint Motion Regarding Federal Rule of Civil Procedure and Daubert Motion Practice and Schedule (ECF No. 439),

**IT IS HEREBY ORDERED THAT**, this 22nd day of January, 2024:

1. The parties may combine all Federal Rule of Civil Procedure 56 motions brought by the parties into a single brief that does not exceed 30 pages, with any opposition brief similarly limited to 30 pages.

2. The parties shall have a combined page limitation on Federal Rule of Civil Procedure 56 and Daubert motions such that a party may not exceed 50 total pages of briefing in support of or opposition to such motions.

3. Leave is granted for the parties to conduct the deposition of Akoustis' expert, Dr. Michael Lebby, on January 31, 2024, five days after the close of expert discovery.

4. The Court adopts Akoustis' proposal that *Daubert* motions shall be submitted on or before February 9 and responses filed by February 24.

/s/ Jon P. McCalla
_____
THE HONORABLE JON P. McCALLA
UNITED STATES DISTRICT JUDGE