# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., ) | |
| ) | C.A. No. 21-1417-JPM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AKOUSTIS TECHNOLOGIES, INC. and ) | |
| AKOUSTIS, INC., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING THE AKOUSTIS DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56

The Court, having considered Defendants Akoustis Technologies, Inc. and Akoustis, Inc. ("Akoustis")'s Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56 on Counts VI, VIII, and IX, Count III, Count V, Count VII, Count II, and Count IV of the Second Amended Complaint (the "Motion"),

IT IS HEREBY ORDERED this _____ day of _____, 2024 that the Motion is GRANTED.

_____
THE HONORABLE JON P. McCALLA
UNITED STATES DISTRICT JUDGE