IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) **DEMAND FOR JURY TRIAL** |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF THE VALIDITY OF U.S. PATENT NOS. 7,522,018 AND 9,735,755**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Qorvo, Inc. ("Qorvo") respectfully moves this Court for summary judgment on each of the following grounds:

- Claims 1 and 12 of U.S. Patent No. 7,522,018 are not invalid under 35 U.S.C. §§ 112, 102, or 103; and

- Claims 9 and 10 of U.S. Patent No. 9,735,755 are not invalid under 35 U.S.C. §§ 112, 102, or 103.

The grounds for this motion are set forth in Plaintiff's opening brief, counsel and expert declarations, and exhibits to the declarations.

-2-

|  |  |
|---|---|
| OF COUNSEL:<br><br>Robert M. Masters<br>Jonathan R. DeFosse<br>Timothy P. Cremen<br>Roy D. Jung<br>SHEPPARD, MULLIN, RICHTER<br>    & HAMPTON LLP<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC  20006-6801<br>(202) 747-1900<br><br>Eric K. Gill<br>Zachary Alper<br>Theodore Mayer<br>SHEPPARD, MULLIN, RICHTER<br>    & HAMPTON LLP<br>12275 El Camino Real, Suite 100<br>San Diego, CA  92130-4092<br>(858) 720-8900<br><br>James C. Wald<br>Kazim A. Naqvi<br>SHEPPARD, MULLIN, RICHTER<br>    & HAMPTON LLP<br>1901 Avenue of the Stars, 16th Floor<br>Los Angeles, CA  90067<br>(310) 228-3700<br><br>Jennifer Klein Ayers<br>SHEPPARD, MULLIN, RICHTER<br>    & HAMPTON LLP<br>2200 Ross Avenue, 20th Floor<br>Dallas, TX 75201<br>(469) 391-7400<br><br>February 1, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiff Qorvo, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
|           Plaintiff, | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) **DEMAND FOR JURY TRIAL** |
|           Defendants. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF THE VALIDITY OF U.S. PATENT NOS. 7,522,018 AND 9,735,755**

Before the Court is Plaintiff Qorvo Inc.'s Motion for Summary Judgment that U.S. Patent Nos. 7,522,018 and U.S. Patent No. 9,735,755 ("Motion"). After review and consideration thereof, the Court ORDERS that the Motion is hereby GRANTED, and specifically that:

1. Claims 1 and 12 of U.S. Patent No. 7,522,018 are not invalid under 35 U.S.C. §§ 112, 102, or 103; and

2. Claims 9 and 10 of U.S. Patent No. 9,735,755 are not invalid under 35 U.S.C. §§ 112, 102, or 103.

IT SO ORDERED this _____ day of _____, 2024.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 1, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA  94304-1216<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)