IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC. | ) |
| Plaintiff, | ) ) ) Case No. 1:21-01417-JPM |
| v. | ) ) DEMAND FOR JURY TRIAL |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | ) ) ) |
| Defendants. | ) ) ) ) ) ) |

**DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF
PLAINTIFF'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT OF THE VALIDITY OF
U.S. PATENT NOS. 7,522,018 AND 9,735,755**

I, Timothy P. Cremen, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar for the District of Columbia and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so.

2. Attached as **Exhibit A** is a true and correct copy of *Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Final Invalidity and Unenforceability Contentions*, which was served on June 15, 2023.

3. Attached as **Exhibit B** is a true and correct copy of relevant excerpts of the *Opening Expert Report of Dr. Clark Nguyen Regarding the Invalidity of U.S. Patent Nos. 7,522,018 B2 and 9,735,755 B2*, which was served on November 21, 2023.

-2-

4. Attached as **Exhibit C** is a true and correct copy of *Declaration of John C. Bravman, Ph.D., In Support of Qorvo, Inc.'s Motion for Summary Judgment of the Validity of U.S. Patent Nos. 7,522,018 And 9,735,755* ("Bravman Decl."). Further, attached as **Exhibit 1** to the Bravman Decl. is a true and correct copy of *Expert Report of John C. Bravman, Ph.D., Regarding Validity*, which was served on December 20, 2023.

5. Attached as **Exhibit D** is a true and correct copy of U.S. Patent No. 7,522,018.

6. Attached as **Exhibit E** is a true and correct copy of U.S. Patent No. 9,735,755.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2024.

                                                  /s/ Timothy P. Cremen
                                                  Timothy P. Cremen

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 1, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA 94304-1216<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)