# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417-JPM |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S FINAL INVALIDITY AND UNENFORCEABILITY CONTENTIONS

Pursuant to the Court's Amended Scheduling Order (D.I. 198) and the Local Patent Rules for the Western District of Tennessee ("LPRs" or "Local Patent Rules"), Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Defendants" or "Akoustis") hereby submit its Final Invalidity and Unenforceability Contentions under LPR 3.8(b) regarding the claims asserted by Plaintiff Qorvo, Inc. ("Plaintiff" or "Qorvo") as to United States Patent Nos. 7,522,018 (the "'018 Patent") and 9,735,755 (the "'755 Patent") (collectively, the "Asserted Patents" or "Patents-in-Suit"), in its Initial Infringement Contentions in this matter.  Qorvo asserts Akoustis infringes claims 1-6, 10, and 12-14 of the '018 Patent and claims 1-7, 9-16, and 18 of the '755 Patent (collectively, the "Asserted Claims").

These Invalidity Contentions reflect Akoustis' present knowledge and contentions, and Akoustis reserves all rights to modify and supplement these contentions with leave of the Court in accordance with LPR 3.8(d) in the event that additional invalidity grounds are identified during discovery in this case or otherwise.  Akoustis further reserves the right to supplement and/or amend these contentions in response to any arguments of validity or infringement

advanced by Qorvo in this litigation; as discovery proceeds, including based on expert discovery disclosures or upon further investigation; based on any information learned during fact discovery including prior art produced by Qorvo.  Akoustis otherwise reserves the right to supplement or amend these contentions as necessary and appropriate and as provided under the Local Patent Rules.  Prior art not included in this disclosure, whether known or not known to Akoustis, may become relevant.  In particular, Akoustis is currently unaware of the extent, if any, to which Qorvo will contend that limitations of the Asserted Claims are not disclosed in the prior art identified by Akoustis according to the Court's Claim Constructions and the plain and ordinary meaning of non-construed terms.  To the extent that such an issue arises, Akoustis reserves the right to identify other references that would have made the addition of the allegedly missing limitation to the disclosed device or method claims obvious.

These Invalidity Contentions are not, and should in no way be construed as, admissions or adoptions of any particular claim scope or construction, or as an admission that a particular claim limitation is met by the Accused Products in any particular way.

Akoustis' Invalidity Contentions should not be construed as an admission regarding the proper construction of any asserted claim and should not be deemed to relate to Akoustis' non-infringement positions.  Further, to the extent an Accused Product feature comprises or arises from prior art, Akoustis contends, without admitting purported infringement, that the Asserted Claims are anticipated and/or made obvious in light of such prior art and Qorvo's Infringement Contentions.

The information set forth in these contentions is provided without waiving: (1) the right to object to the use of any statement for any purpose, in this action or any other, on the grounds of privilege, relevance, materiality, or any other appropriate grounds; (2) the right to object to

2

any request involving or relating to the subject matter of the statements herein; (3) the right to revise, correct, supplement, or clarify any of the statements provided below at any time, including at trial; (4) the right to contest the construction of any claim element(s) and to allege additional bases for invalidity; or (5) any of Akoustis' claims or defenses in this litigation.

The contentions of each dependent claim incorporate the contentions of each claim from which the dependent claim depends. This includes all prior art and non-prior art defenses, including all defenses available under 35 U.S.C. §§ 101, 102, 103, and 112. As described in further detail below, the relevant prior art references and the knowledge of the person of ordinary skill in the art render the Asserted Claims invalid under 35 U.S.C. §§ 102, 103, and 112.

In those instances where Akoustis contends that the Asserted Claims are invalid for failing to comply with 35 U.S.C. § 112 (*e.g.*, lack of written description, not enabled, and/or indefinite), Akoustis has applied the prior art. These Invalidity Contentions, however, do not constitute Akoustis' agreement or view as to the meaning of, definiteness of, written description support for, or enablement of any claim contained therein, or that the Asserted Patents properly disclose structures corresponding to functions in claims governed by 35 U.S.C. § 112(6). To the contrary, Akoustis notes numerous grounds for invalidity on such bases below. Further, none of the Invalidity Contentions contained herein shall be construed as an admission that any asserted claim satisfies the requirements of 35 U.S.C. §§ 101 and/or 112.

Much of the art identified in the attached exhibits reflects common knowledge and the state of the art before the respective earliest effective filing dates of the applications for the Asserted Patents. In many instances, where a particular contention calls for combining references, any one of a number of references can be combined. Each of the Asserted Claims is anticipated by and/or rendered obvious in view of one or more of the items of prior art identified

herein alone or in combination with other prior art references.  The accompanying invalidity claim charts list specific examples where prior art references disclose, either expressly or inherently, each limitation of the Asserted Claims and/or examples of disclosures in view of which a person of ordinary skill in the art ("POSITA") at the time of the alleged inventions would have considered each limitation, and therefore the claim as a whole, obvious.

Certain pieces of identified prior art inherently disclose features of the Asserted Claims. Akoustis reserves the right to rely on inherency to demonstrate invalidity of the Asserted Claims. Moreover, certain prior art references and solutions may inherently disclose certain features of the Asserted Claims as they are being construed by Plaintiff in this case.

Akoustis may rely on cited or uncited portions of the prior art, other documents, and expert testimony to establish the inherency of certain features of the prior art to invalidate one or more of the Asserted Claims.  Akoustis also reserves the right to rely on any reference identified in these Invalidity Contentions or any other reference to prove that the solution or references herein are enabled or to explain the meaning of a term used in the solutions or in any reference.

The citations included in each of the accompanying invalidity claim charts are illustrative, and not exhaustive.  In an effort to focus the issues, Akoustis is identifying only exemplary portions of cited prior art references.  The references, however, may contain additional support on which Akoustis may rely.  Akoustis reserves the right to rely on uncited portions of the identified prior art to establish the invalidity of the Asserted Claims.  For any given quotation or excerpt, for example, Akoustis reserves the right to introduce other text and images (including but not limited to surrounding, related, or explanatory text, images, or uncited portions of the prior art references) from the same or other documents that may help to provide context to the quotation or excerpt.

Furthermore, where Akoustis cites a particular figure in a prior art reference, the citation should be understood to encompass the caption and description of the figure and any corresponding text relating to the figure.  Similarly, where Akoustis cites to particular text referring to a figure, the citation should be understood to include the corresponding figure as well.  Akoustis may also rely on other documents and information, including cited references and prosecution histories for the Asserted Patents, and witness testimony (*e.g.*, expert testimony), to explain, amplify, illustrate, demonstrate, provide context for, or aid in the understanding of the cited portions of the references.  When Akoustis identifies a citation for an element, each and every disclosure of the same element in the reference is not necessarily identified.  The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference.

The specific combinations of references provided below to establish obviousness under 35 U.S.C. § 103 are merely examples and are not intended to be exhaustive.  In particular, Akoustis is currently unaware of the extent, if any, to which Qorvo will contend that limitations of the Asserted Claims are not disclosed in the art identified herein by Akoustis.  To the extent that an issue arises with any such limitation, Akoustis reserves the right to identify other references that would have made obvious the addition of the allegedly missing limitation from the perspective of one of ordinary skill in the relevant art.

To the extent these Invalidity Contentions identify any prior art patents and/or printed publications under 35 U.S.C. §§ 102(a) or (b), Akoustis may also rely on those patents and/or printed publications as evidence that the described invention was known or used by others under 35 U.S.C. § 102(a), (f) or (g)(2), or was in public use, was known publicly, or on sale under 35 U.S.C. § 102(b).

As discussed above, these Invalidity Contentions reflect Akoustis' current knowledge, thinking and contentions as of this stage of the present litigation.  Akoustis' provision of these contentions is neither an admission nor a concession that Qorvo has properly set forth bases for infringement of the Asserted Claims in its Infringement Claim Charts.  Akoustis' invalidity positions set forth in these contentions may be in the alternative and do not constitute any concession by Akoustis for the purposes of infringement.  *See, e.g.*, *Vanmoor v. Wal-Mart Stores, Inc*., 201 F.3d 1363, 1366 (Fed. Cir. 2000).

Akoustis further reserves the right to amend these Invalidity Contentions to counter any secondary considerations of non-obviousness asserted by Qorvo.  Akoustis expressly reserves the right to rely on witness testimony about the prior art references to supplement and explain these contentions, where appropriate, including for example, a rationale for combining references or portions of references.  Moreover, Akoustis reserves the right to revise its ultimate contentions concerning the invalidity of the Asserted Claims, which may change depending upon any findings as to the priority date of the Asserted Claims, and/or positions that Qorvo or fact or expert witnesses may take concerning claim construction, infringement, and/or invalidity issues.

Finally, Akoustis is only providing Invalidity Contentions for the Asserted Claims.  Should Qorvo later attempt to assert other claims and should the Court grant Qorvo leave to do so, Akoustis reserves the right to contend that any newly-Asserted Claims are invalid.

## I.  GENERAL STATE OF THE ART AT THE TIME OF THE ALLEGED INVENTIONS

The prior art identified herein, as well as "References Cited" on the face of the Asserted Patents that are not explicitly identified below, may provide background and context pertinent to the teachings and interpretation of the invalidating prior art referenced by the invalidity claim charts.  This prior art is only exemplary and is not in any way intended to limit the scope of what

one of ordinary skill in the art would have understood at the time of the alleged invention. Akoustis reserves the right to rely upon additional prior art, information, and/or knowledge to demonstrate what one of ordinary skill would have understood prior to the dates of alleged invention of the Asserted Claims of the Asserted Patents.  The accompanying prior art, art cited and arguments made in the patent prosecution history, as well as the "References Cited" on the face of the Asserted Patents (which are incorporated herein by reference), are illustrative of the general state of the art to which the Asserted Patents pertain (*i.e.*, what one of ordinary skill in the art would have understood) at a time prior to the dates of alleged invention of the Asserted Claims of the Asserted Patents.

## II.   INVALIDITY UNDER 35 U.S.C. §§ 102 AND 103 (LPR 3.5(a)-(b))

### A.  Prior Art References

The prior art listed below: (1) anticipates the Asserted Claims of the Asserted Patents either expressly or inherently; and/or (2) renders obvious the Asserted Claims of the Asserted Patents as understood by a person having ordinary skill in the art, either alone or in combination with other prior art identified herein; and/or (3) provides relevant background about the state of the prior art and what was known by ordinarily skilled artisans at the time.  A limitation-by-limitation comparison with each Asserted Claim is set forth in the accompanying invalidity claim charts for each reference.

<u>**Patents, Patent Applications, and Printed Publications**</u>

| '018 PATENT | | | | |
| --- | --- | --- | --- | --- |
| Reference | Title | Pub. Date | Inventor(s)/Applicant(s) | § 102 Claims |
| A | WO 02/093740 AKTS_00014405 - | 11/21/2002 | MADA, Tetsuo, et al. | 1-3, 6, 10, 12-14 |

| | | | '018 PATENT | |
|---|---|---|---|---|
| | AKTS_00014485<br><br>Translation<br><br>AKTS_00421241 -<br>AKTS_00421317 | | | |
| B | US Pat. 6,081,171<br><br>AKTS_00014518 -<br>AKTS_00014560 | 6/27/2000 | ELLA, Juha | 1, 2, 10, 12, 13 |
| C | US Pat. 5,760,663<br><br>AKTS_00014561 -<br>AKTS_00014582 | 6/2/1998 | PRADAL, Bortolo M. | 1, 2, 12, 13 |
| D | US Pat. 5,873,154<br><br>AKTS_00014583 -<br>AKTS_00014595 | 2/23/1999 | YLILAMMI, Markku A.,<br>et al. | 1, 2, 12-14 |
| E | WO 99/10938<br><br>AKTS_00014596 -<br>AKTS_00014614 | 8/22/1997 | ZIMNICKI, Charles, et<br>al. | |
| F | WO2002023720A1<br><br>AKTS_00014615 -<br>AKTS_00014635 | 3/21/2002 | AIGNER, Robert, et al. | |
| G | P2001-250995A<br><br>AKTS_00014636 -<br>AKTS_00014644 | 9/14/2001 | Mitsubishi Electric<br>Corporation | |
| H | US Pat. 6,874,211<br><br>AKTS_00014652 -<br>AKTS_00014663 | 4/5/2005 | BRADLEY, Paul, et al. | |
| J[1] | Influence of ZnO<br>and Electrode<br>Thickness on the<br>Performance of | 1999 | OSBOND, P. et al. | |

---

[1] Intentionally skipping "I" to avoid numerical confusion to Roman numeral I.

| '018 PATENT | | | |
|---|---|---|---|
| | Thin Film Bulk Acoustic Wave Resonators<br><br>AKTS_00014664 - AKTS_00014667 | | | |

| '755 PATENT | | | | | |
|---|---|---|---|---|---|
| Reference | Title | Pub. Date | Inventor(s)/Applicant(s) | § 102 Claims |
| K | DE 102 41 425 A1 AKTS_00014668 - AKTS_00014694 Translation AKTS_00421215 - AKTS_00421240 | 3/18/2004 | EPCOS AG | 1, 3, 9-12 |
| L | US 2014/0159548 A1<br><br>AKTS_00014729 - AKTS_00014756 | 6/12/2014 | BURAK, Dariusz, et al. | 1, 3, 9-13, 18 |
| M | US Pat. 7,709,999 B2 AKTS_00014757 - AKTS_00014773 | 2/15/2007 | ITAYA, Kazuhiko, et al. | 1, 3, 9-12 |
| N | US Pat. 8,384,497<br><br>AKTS_00014774 - AKTS_00014800 | 2/26/2013 | ZHANG, Hao | |
| O | Energy Trapping in Mesa-Shaped Quartz Crystal Microbalance AKTS_00014801 - AKTS_00014806 | 2002 | SHEN, F., et al. | |
| P | US Pat. 7,522,018<br><br>AKTS_00014807 - AKTS_00014815 | 4/21/2009 | MILSOM, R., et al. | |

### B.  Anticipation and/or Obviousness

Specific anticipation and/or obviousness assertions with respect to each asserted claim are set forth in the accompanying invalidity claim charts for each Asserted Patent.  As set forth in these charts, Akoustis contends that each Asserted Claim of the Asserted Patents is anticipated and/or rendered obvious, alone or in combination, by the disclosures in the above references.

Akoustis also reserves the right to rely on any prior art system or apparatus described in any of the charted prior art references or discovered through discovery.

Akoustis asserts that each of the above prior art references anticipates, either expressly or inherently, and/or renders obvious, alone or in combination, one or more of the Asserted Claims of the Asserted Patents.  With respect to obviousness, each of the above prior art references render the Asserted Claims obvious: (1) alone in view of the understanding and skill of one ordinary skilled in the art; (2) in combination with admitted prior art as reflected in the specification, prosecution history, or otherwise; (3) in combination with one or more of the above prior art references; or (4) in combination with other prior art.  In other words, to the extent that any particular prior art reference is not found to disclose a particular claim element, that reference may be combined with any of the other prior art references disclosed in these contentions as possessing that claim element (or the knowledge of one of ordinary skill in the art as exhibited by such prior art) to render one or more of the Asserted Claims obvious.

Akoustis reserves the right to supplement its Invalidity Contentions based on discovery of relevant evidence including disclosure of relevant sales, public uses, and designs of art that may teach one or more limitations of the patents-in-suit prior to the priority date or 1-year patent bar date, as applicable.

The United States Supreme Court clarified the standard for what types of inventions are patentable in *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398 (2007).  In particular, the Supreme Court emphasized that inventions arising from ordinary innovation, ordinary skill, or common sense should not be patentable.  In that regard, a patent claim may be obvious if the combination of elements was obvious to try or there existed at the time of the invention a known problem for which there was an obvious solution encompassed by the patent's claims.  In addition, when a reference is available in one field of endeavor, design incentives and other market forces can prompt variations of it, either in the same field or a different one.  If a person of ordinary skill can implement a predictable variation, 35 U.S.C. § 103 likely bars its patentability.

Fundamentally, the Asserted Claims are obvious because there were a variety of prior art resonator devices incorporating the claimed features of the Asserted Claims.  The Asserted Claims, to the extent not directly anticipated, mainly compile different limitations from different pieces of art, and they are employed in their expected manner, or they made insubstantial changes and claimed insubstantial deviations from prior art that do not advance acoustic resonator design in any inventive way.  Thus, the problems and solutions relating to design and manufacture of acoustic resonators were well known by those skilled in the art at the time of the Asserted Patents, and it would have been obvious to one of skill in the art to employ those techniques, systems, and products in a manner that meets the Asserted Claims.

A person of ordinary skill in the art would have been motivated to combine the above cited references for numerous reasons.  For example, the reason, motivation or suggestion to modify or combine the references in the manner claimed can be found in the explicit and/or implicit teachings of the prior art as a whole, the general knowledge of those skilled in the art, including knowledge of trends in the field and knowledge that the art is of special interest or

11

importance in the field, common sense, predictability, expectations, design incentives or need, market demand or pressure, market forces, and from the fact that the references are in the same field of endeavor and/or seek to solve a common problem.

Further, the prior art references—as well as the Asserted Patents—were part of the same field of acoustic resonators.  A person of ordinary skill in the art would have been aware of these references and products and would not have to reach out beyond the field to make any combination.

In addition, a person having ordinary skill in the art would be motivated to combine any of the references because all of the claim elements were identified, predictable solutions, and involved techniques frequently applied in the field of acoustic resonators, including but not limited to: selecting relative thicknesses of top and bottom electrodes as described and claimed in the '018 Patent, and selecting relative thicknesses of material layers both within and outside an active region of the device as described and claimed in the '755 Patent, and other non-inventive combinations asserted in the Asserted Claims.

By the respective time of filing of each of the Asserted Patents, one of ordinary skill in the art would have been very familiar with various solutions for design and manufacture of acoustic resonators, particularly the solutions that are as simple as shown by the Patents-in-Suit. Akoustis notes that both the '018 Patent and the '755 Patent include as their primary distinguishing features limitations that fundamentally merely compare layer or structure thicknesses.  In the case of the '018 Patent, the comparison is between two electrodes; in the case of the '755 Patent, the comparison is between the passivation layer in the active area and material layers outside the active area.  Because only a finite number of predictable solutions were possible—that is, two layers may be equal in thickness, a first of the two may be thicker

than a second, or the second may be thicker than the first—a person of ordinary skill in the art would have had good reason to pursue the known options and obvious variations of those known options.

The prior art identified above is analogous prior art within the same field. Certain of the art, incorporate the teachings of other pieces of similar prior art. Thus, one of ordinary skill in the art would be motivated to combine any of the prior art with any other of the prior art asserted in these contentions given the similarity in the art and the solutions sought, particularly where a piece of art specifically references or discusses another piece of art. These references provide interrelated teachings, and one of ordinary skill would look to all of these references when seeking to solve the problems purportedly solved by the Asserted Patents.

In sum, one of skill in the art would have been motivated to combine these references by education, knowledge, and experience, by the state of the prior art as a whole, and/or by the nature of the problem to be solved in view of common sense and the teachings of the known art. Moreover, one of ordinary skill in the art would have been well-equipped with sufficient education, knowledge, skill, and training to make the specific combinations with a reasonable expectation of success.

In addition, Akoustis notes that it has seen no indication of any secondary considerations of non-obviousness. For example, Akoustis has seen no evidence of any particular commercial success attributable to the alleged discovery of employing electrodes having different thicknesses as in the '018 Patent or the use of one or more material layers having a thickness that is n times the thickness of the passivation layer as in the '755 Patent, long-felt but unsolved needs, failure of others, or unexpected results. Moreover, Akoustis has seen no indication that any such secondary consideration has a nexus to any of the Asserted Claims. To the extent that Qorvo

provides contentions or evidence of secondary conditions of non-obviousness, Akoustis reserves the right to respond either through supplementing these contentions, another form of written discovery, or through Akoustis' expert reports.

Akoustis reserves the right to further specify the motivations to combine the prior art in response to positions that Qorvo may take later in this case, and as discovery, including third-party discovery, proceeds. Akoustis may rely on any and all portions of the prior art, other documents, and expert testimony to establish that a person of ordinary skill in the art would have been motivated to modify or combine the prior art so as to render the Asserted Claims invalid as obvious.

In view of the foregoing, and the indications of anticipation in the chart, above, Akoustis contends that with respect to the '018 Patent, claims 1, 2, 12, and 13 are anticipated by at least references A, B, C, and D. Claims 3 and 6 are anticipated by at least reference A. Claims 3, 4, and 5 are obvious in view of at least any of A-D in combination with E, F, and/or G. Claims 10 and 14 are anticipated by at least A and B, and/or are obvious in view of C and/or D in view of A and/or B.

With respect to the '755 Patent, Akoustis contends that claims 1, 3, and 9-12 are anticipated by at least references K, L, and/or M. Claims 2, 4, 13, and 18 are anticipated at least by reference L and/or are obvious in view of K and/or M in view of L. Claims 5-7 are obvious in view of any of references K, L, and/or M alone or in combination. Claims 14-16 are obvious in view of any of references K, L, and/or M alone or in combination.

## III.   INVALIDITY UNDER 35 U.S.C. § 112 (LPR 3.5(d))

Akoustis lists below exemplary grounds upon which the Asserted Claims of the Asserted Patents are invalid based on inadequate written description under 35 U.S.C. § 112(1) and/or lack of enablement under 35 U.S.C. § 112(1).

14

### A. Lack of Written Description and Enablement Under 35 U.S.C. § 112, First Paragraph

35 U.S.C. § 112(1) (§ 112(a) for the '755 Patent) recites the written description and enablement requirement. *See* 35 U.S.C. § 112(1) ("The specification shall contain a written description . . . of the manner and process of making and using [the invention] in such full, clear, concise and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same."). To satisfy the written description requirement, the description must "clearly allow persons of ordinary skill in the art to recognize that [the inventor] invented what is claimed." *Ariad Pharm., Inc. v. Eli Lilly and Co.*, 598 F.3d 1336, 1351 (Fed. Cir. 2010). Moreover, the Supreme Court has recently held that "the specification must enable the *full scope* of the invention as defined by its claims. The more one claims, the more one must enable." *Amgen v. Sanofi*, 598 U.S.  (2023), slip. op. at 13 (emphasis added). In other words, the test for sufficiency is whether the disclosure of the application relied upon reasonably conveys to those skilled in the art that the inventor had possession of the claimed subject matter as of the filing date. *Id.* The test requires an objective inquiry into the four corners of the specification from the perspective of a person of ordinary skill in the art. Based on that inquiry, the specification must describe an invention understandable to that skilled artisan and show that the inventor actually invented the invention claimed. "Whether the written description requirement is satisfied is a fact-based inquiry that will depend on the nature of the claimed invention and the knowledge of one skilled in the art at the time an invention is made, and a patent application is filed." *Carnegie Mellon Univ. v. Hoffmann La Roche Inc.*, 541 F.3d 1115, 1122 (Fed. Cir. 2008). Actual "possession" or reduction to practice outside of the specification is not enough. Rather, as stated above, it is the specification itself that must demonstrate possession. And while the description requirement does not demand any particular

15

form of disclosure, *Carnegie Mellon Univ.*, 541 F.3d at 1122, or that the specification recite the claimed invention *in haec verba*, a description that merely renders the invention obvious does not satisfy the requirement, *Lockwood v. Am. Airlines*, 107 F.3d 1565, 1571-72 (Fed. Cir. 1997).

The claims do not find support in the specification concerning the written description requirement and the enablement requirement in the original filings. *Ariad Pharm., Inc. v. Eli Lilly and Co*., 598F.3d 1336, 1341, 94 USPQ2d 1161, 1167 (Fed. Cir. 2010) (en banc) ("If Congress had intended enablement to be the sole description requirement of §112, first paragraph, the statute would have been written differently."); *In re Armbruster*, 512 F.2d 676, 677, 185 USPQ 152, 153 (CCPA 1975) ("[A]specification which 'describes' does not necessarily also 'enable' one skilled in the art to make or use the claimed invention."). In general, the '755 Patent fails to enable an embodiment incorporating a thin-film bulk acoustic resonator (FBAR). Each and every described and illustrated embodiment is directed to a solidly mounted resonator (SMR). By way of example, there is no teaching of how to determine what is the active area of the resonator as it pertains to FBAR embodiments. As a result, the skilled artisan is not able to determine where to place the "one or more material layers" in order to achieve the recited function of reducing a density of mechanical energy in an outer region." Additionally, Plaintiff and/or the named inventor(s) did not enable or was not in possession of the claims as claimed at the time of the applications, and the claims fail under §112(1) or §112(a) for failing to disclose or enable the following limitations.

| Claims | Limitation | Summary |
|---|---|---|
| '018 Patent claim 1 | "the top electrode layer is thinner than the bottom electrode layer to increase a filter bandwidth of the electro-acoustic resonator" | As shown in the tables included in the '018 Patent, the top electrode being thinner than the bottom electrode layer does not, in every case, result in an increase in filter bandwidth. The patentee is attempting to claim "all successful combinations" while only providing an instruction to "try a large set of combinations and then record the successful ones." *See*, *Amgen*, at 17. |
| '018 Patent claim 2 | "maximizes the filter bandwidth" | The specification fails to enable maximizing a filter bandwidth, instead at best teaching how to moderately increase a filter bandwidth in the context of a specific device configuration. Moreover, there are multiple methods of increasing bandwidth, and it is not clear to the skilled artisan what changing factor resulted in the change in bandwidth. |
| '018 Patent claim 13 | "maximizes a coupling factor" | The specification fails to enable maximizing a coupling factor, instead at best teaching how to moderately increase a coupling factor in the context of a specific device configuration. Moreover, there are multiple methods of increasing bandwidth, and it is not clear to the skilled artisan what changing factor resulted in the change in bandwidth. |

| Claims | Limitation | Summary |
|---|---|---|
| '018 Patent claim 14 | "greater than 0.215" | The term has no upper limit on the coupling factor and even if there is an inherent upper limit, the specification does not enable one of skill in the art to approach that limit. In particular, the specification indicates a maximum value of 0.226 (Figure 4), which is only an improvement of 8.7% compared to the lowest value shown in that Figure, 0.208. |
| '755 Patent claims 3, 9, 10, 12 | "acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region" | The skilled artisan is not able to determine how to affect what wavelengths are created in the active region on the basis of acoustic matching between the active region and the outer region, nor on the ratio n. |

## B. Indefiniteness Under §112 – Indefinite terms

The Supreme Court "require[s] that a patent's claims, viewed in light of the specification and prosecution history, inform those skilled in the art about the scope of the invention with reasonable certainty." *Nautilus, Inc. v. Biosig Instruments, Inc.*, 134 S. Ct. 2120, 2129 (U.S. 2014) (emphasis added). While "absolute precision is unattainable" in patented claims, the definiteness requirement "mandates clarity." *Id*.

Akoustis identifies the following terms as indefinite.

| Claims | Term | Summary |
|---|---|---|
| '018 Patent claim 1 | "to increase a filter bandwidth" | The term is indefinite at least because "increase" implies a comparison between two quantities, and the claim fails to set forth against what the filter bandwidth should be compared. |

| Claims | Term | Summary |
|---|---|---|
| '018 Patent claim 2 | "maximizes the filter bandwidth" | The term is indefinite at least because "maximize," as best understood by Akoustis, would require a comparison against a hypothetical maximum, and the claim fails to set forth how such a hypothetical maximum is to be determined, nor does the specification provide any standard for determining a maximum. |
| '018 Patent claim 6 | "has a lower acoustic impedance" | The term is indefinite because acoustic impedance has a dependency on both material and geometry, and the claim fails to set forth any meaningful limitations on the geometry of either conductive material layer. |
| '018 Patent claim 10 | "thicknesses scaling approximately inversely with resonant frequency" | The term is indefinite at least because "approximately" is an indefinite term and the specification does not provide guidance as to the breadth that should be accorded to "approximately."  For example, Qorvo, in its Infringement Contentions implicitly asserted that a ratio of 1:1.5 is approximately the same as a ratio of 1:1.17.  Furthermore, "thicknesses scaling approximately inversely with resonant frequency" is simply unclear. |
| '018 Patent claim 13 | "maximizes a coupling factor of the electro-acoustic resonator" | The term is indefinite at least because "maximize," as best understood by Akoustis, would require a comparison against a hypothetical maximum, and the claim fails to set forth how such a hypothetical maximum is to be determined, nor does the specification provide any standard for determining a maximum. |
| '018 Patent claim 14 | "greater than 0.215" | The term is indefinite at least because there is no upper limit on the coupling factor and even if there is an inherent upper limit, the specification does not enable one of skill in the art to approach that limit.  In particular, the specification indicates a maximum value of 0.226 (Figure 4), which is only an improvement of 8.7% compared to the lowest value shown in that Figure, 0.208. |

## IV.   SUPPORTING DOCUMENTS

### A.  Invalidity Charts (LPR 3.5(c))

Pursuant to LPR 3.5(c), Akoustis hereby presents its charts responsive to Plaintiff's February 18, 2022, infringement chart.  In constructing the charts, Akoustis has made reasonable assumptions, to the extent necessary and appropriate, as to the meaning of claim terms for the purpose of these contentions only and has used those meanings to prepare these contentions.

The Asserted Claims are invalid under one or more of §§102 and 103.  Claim charts in accordance with the requirements of the Local Patent Rules, are attached hereto as **Exhibits A-B**.

### B.  Initial Invalidity Document Production

Pursuant to LPR 3.6, Akoustis is producing:

a)  Copies of prior art identified pursuant to LPR 3.5(a).  Akoustis is producing relevant documents AKTS_00014405-00014815.  With respect to foreign language publications, Akoustis has produced translations of at least the relevant portions.

b)  No assertion of unenforceability has been made herein, and therefore no documents are being produced pursuant to LPR 3.6(b).  Akoustis reserves the right to amend these contentions based on any discovery supporting unenforceability.

Dated:  June 15, 2023

PILLSBURY WINTHROP                          BAYARD, P.A.
SHAW PITTMAN LLP

David A. Jakopin                            */s/ Ronald P. Golden III*
Dianne L. Sweeney                           Stephen B. Brauerman (#4952)
Ryan Selness                                Ronald P.  Golden III (#6254)
2550 Hanover Street                         600 N. King Street, Suite 400
Palo Alto, CA 94304-1115                    Wilmington, Delaware 19801
(650) 233-4500                              (302) 655-5000
david.jakopin@pillsburylaw.com              sbrauerman@bayardlaw.com
dianne@pillsburylaw.com                     rgolden@bayardlaw.com
ryan.selness@pillsburylaw.com
                                            *Attorneys for Akoustis Technologies, Inc. and*
Robert M. Fuhrer                            *Akoustis, Inc.*
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
robert.fuhrer@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc. and*
*Akoustis, Inc.*

**EXHIBIT A**
**INVALIDITY CONTENTION CHARTS FOR**
**U.S. PATENT NO. 7,522,018 (THE "'018 PATENT")**

The charts below illustrate Akoustis' contentions concerning invalidity of the '018 Patent.  Akoustis expressly reserves the right to amend these contentions based on the outcome of any supplemental fact discovery in the case including, but not limited to, information produced by Qorvo and/or third parties.  These contentions are not an admission of any kind, including with regard to claim construction.

| **Claim 1** | **WO 02/093740 (Japanese with Translation)[2]** |
|---|---|
| Electro-acoustic resonator (1, 8, 17) comprising: | The '740 Publication describes resonators of the FBAR and SBAR types. P. 2, ll. 10-12. ("Thin film bulk acoustic wave resonator…FBAR…."). |
| a membrane structure FBAR (1) with a layer structure comprising a piezoelectric layer (5, 14, 24) and a top (6, 15, 25) and a bottom (4, 13, 23) electrode layer, with the thickness (T1, T2, . . . T6) of the two electrode layers being unequal, | An FBAR membrane structure resonator is illustrated in Fig. 2, and includes a piezoelectric layer 16, a top electrode layer 17, and a bottom electrode layer 15 supported by a membrane, thin film 13. See, Fig. 2; p. 14, ll. 22-28.<br><br>In one example, Example 2, the lower electrode 15 is 115nm thick and the upper electrode 17 is 100nm thick. See, p. 30, ln. 27 – p. 31, ln. 11. Additional examples likewise meet this<br><br>**FIG.2**<br><br>limitation. |
| characterised in that the top electrode layer (T1, T3, T5) is thinner than the bottom (T2, T4, T6) electrode layer to increase a filter bandwidth of the electro-acoustic resonator. | The upper electrode is thinner than the bottom electrode – 100nm vs 115nm. Example, 2, *id*. See, also, several other examples in Fig. 5.<br><br>The '740 Publication teaches that it is useful to obtain "a thin film piezoelectric resonator that enables achievement of a high-speed FBAR or SBAR … [having] a high electromechanical coupling coefficient, and, additionally a superior acoustic quality factor (Q value), *bandwidth*, frequency temperature characteristics…" P. 3, ll. 19-24 (emphasis added).<br><br>Numerous Example resonators are described, having different top and bottom electrode thicknesses and different bandwidths, different Q factors, and different central frequencies. Thus, the skilled artisan would appreciate from the |

---

[2] Citations to page and line numbers refer to the translation.

|  | '740 Publication that altering the electrode thicknesses can alter Q factor, bandwidth, and central frequency.  Pp. 29-50, tables.<br><br>Maximum filter bandwidth is proportional to $k^2$. See, '018 Patent, col. 1, ll. 15-16.<br><br>The '740 Publication indicates that $k^2$ for Examples 1-4 is between 4.85 and 6.2%, which equates to a k in the range 0.220 – 0.248, which the skilled artisan would recognize as providing a large filter bandwidth.  See, Table 2, and compare to Figs. 4 and 5 of the '018 Patent. |
| :---: | :--- |
| **Claim 2** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes the filter bandwidth. | In view of the teaching of the '740 Publication that the bandwidth should be improved to provide a thin film piezoelectric resonator which can realize high performance, it would have been obvious to use the teachings of the '171 Patent that layer thicknesses and arrangements determine filter bandwidth to optimize (maximize) the filter bandwidth. |
| **Claim 3** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that at least one of the electrode layers is formed by a stack of conductive materials (25, 26 or 22, 23). | Examples 19-32 each include a lower electrode layer that is formed of two (Ex. 19, 32) or three (Ex. 20-31) layers of conductive materials. Examples 20, 22, 25, 28, 30, 31 include an upper electrode having three layers of conductive materials, Examples 24, 26, and 29 include an upper electrode having two layers of conductive material.  See, Tables. |
| **Claim 4** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) a conductive thin diffusion baffler is formed. | It was well-known in the art to include a diffusion barrier between different metal layers to reduce the amount of inter-diffusion between layers.  See, e.g., WO199010938A1. |

| Claim 5 | Prior Art |
|---|---|
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 4, characterised in that the diffusion baffler between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) consists of titanium nitride (TiN), or titanium (Ti), or consists of combinations of titanium nitride (TiN) and titanium (Ti). | Titanium was well-known in the art as able to provide a diffusion barrier between an electrode metal layer and a SiN or SiO layer. See, e.g., JP2001250995A.<br>It was known in the art that a diffusion barrier may be made from titanium or compounds thereof. WO '938 teaches the use of an aluminum diffusion barrier, and it would have been a mere design choice to replace the aluminum with titanium, which, similarly to aluminum, readily forms an oxide layer. |
| **Claim 6** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that in the stack, the conductive material (23, 25) in contact with the piezoelectric layer (24) has a lower acoustic impedance than the conductive material (22, 26) that is not in contact with the piezoelectric layer (24). | Example 26 is a resonator that has a first upper electrode layer in contact with the piezoelectric layer that is Al (45nm) and a second upper electrode layer that is Mo (140nm). The full upper electrode layer has a thickness of 185nm which is thinner than the lower electrode layer thickness of 210nm. Fig. 5; p. 48, ln. 22 – p. 49, ln. 4.<br><br>According to the '018 Patent, the acoustic impedance of Al is lower than that of Mo. See, col. 2, ll. 48-53 and claims 7 and 8. |
| **Claim 10** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that the electrode layers (4, 6, 13, 15, 23, 25) comprise Molybdenum (Mo) and that, for a resonant frequency in the region of 2 GHz, the thickness (T1, T3, T5) of the top Molybdenum layer (6, 15,25) is in the region of 200 nm and the thickness (T2, T4, T6) of the bottom Molybdenum layer (4, 13, 23) is in the region of 300 nm, these thicknesses scaling approximately inversely with resonant frequency. | Several of the Examples include electrodes comprising molybdenum, including at least examples 19-26.<br><br>Examples 19-32 have a resonant frequency in the region of 2 GHz to the extent that "in the region of" is not indefinite.<br><br>At least Examples 21 and 23 have a top Mo layer with a thickness in the region of 200nm, to the extent that "in the region of" is not indefinite.<br><br>The specific thicknesses of the electrode layers is a matter of mere routine experimentation. |

A-4

|  | "[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| --- | --- |
| **Claim 12** | **Prior Art** |
| Use of an electro-acoustic resonator (1, 8, 17) as claimed in claim 1, as a component of a radio frequency (RF) filter, or as a component used in a sensor, or used in an ultrasonic transducer, or used in an array of ultrasonic transducers. | The '740 Publication teaches that resonators of the type described are suitable for use in RF filters, among other well-understood applications.  P. 1, ln. 30, p. 2, ln. 9 . |
| **Claim 13** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes a coupling factor of the electro-acoustic resonator (1, 8, 17). | To the extent that this limitation can be understood, the '740 Publication teaches that coupling factor can be modified by changing the electrode thicknesses.  It would be obvious to the skilled artisan to select a maximum value for coupling factor to obtain improved bandwidth in the resulting resonator. |
| **Claim 14** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1 characterised in that a coupling factor of the electro-acoustic resonator (1, 8, 17) is greater than 0.215. | Examples 1-4 have a value for $k^2$ between 4.85 and 6.2%, which equates to a k in the range 0.220 – 0.248.<br><br>Examples 19-32 have a value for $k^2$ between 5.05 and 6.50%, which equates to a k in the range 0.225 - 0.255.<br><br>All of these are greater than 0.215. |

| Claim 1 | US Pat. No. 6,081,171 |
|---|---|
| Electro-acoustic resonator (1, 8, 17) comprising: | The '171 Patent describes "filters that include Bulk Acoustic Wave (BAW) resonators… for controlling filter passband characteristics." Col. 1, ll. 8-12. |
| a membrane structure FBAR (1) with a layer structure comprising a piezoelectric layer (5, 14, 24) and a top (6, 15, 25) and a bottom (4, 13, 23) electrode layer, with the thickness (T1, T2, . . . T6) of the two electrode layers being unequal, | A membrane 88 structure BAW 80 includes a piezoelectric layer includes a piezoelectric layer 22, a top electrode layer 26, and a bottom electrode layer 24. Col. 18, ll. 47-51.<br><br>The top electrode may have a different thickness than the bottom electrode.  See, Table 3, col. 10, ll. 25-38.<br><br> |
| characterised in that the top electrode layer (T1, T3, T5) is thinner than the bottom (T2, T4, T6) electrode layer to increase a filter bandwidth of the electro-acoustic resonator. | The top electrode (322nm) is thinner than the  bottom electrode (331nm).   Table 3, col. 10, ll. 25-38.<br><br>"BAW ladder filters yield passbands having **bandwidths** that are a function of, for example, the types of materials used to form the piezoelectric layers of the BAW resonators, and the respective **thicknesses** of the layer stacks of the BAW resonators."  Col. 2, ll. 27-31.  Likewise, "for a BAW resonator wherein there is a large ratio between a thickness of a membrane layer of the resonator to a thickness of a piezoelectric layer of the resonator, the frequency differential between the parallel and series resonances of the resonator is small.  For BAW resonators that include electrodes and a piezoelectric layer, but which do not include membrane layers, the frequency differential between the series and parallel resonances is large."  Col. 2, ll. 42-50.  Additionally,  the '171 Patent teaches that "reduction in a piezoelectric layer thickness and a corresponding increase in the thickness of another layer (e.g., a support layer or **electrode layer**) of a SCF device …..results in the device yielding corresponding |

A-6

|  | *narrower* passband bandwidths (and *decreasing coupling levels*).  As such the level of coupling provided may be decreased by altering the relative thicknesses of these layers." Col. 11, ll. 6-15, (emphasis added).  This implies of course that to provide a larger passband and increasing coupling levels, similar alteration of the relative thicknesses of the layers may be performed. |
|---|---|
| **Claim 2** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes the filter bandwidth. | One object of the '171 Patent is to provide improved filter bandwidth.  See, col. 14, ll. 1-6.<br>It would have been obvious to use the teachings of the '171 Patent that layer thicknesses determine filter bandwidth to optimize (maximize) the filter bandwidth. |
| **Claim 3** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that at least one of the electrode layers is formed by a stack of conductive materials (25, 26 or 22, 23). | It would have been obvious to incorporate an additional conductive material as a  compression layer as taught in WO2002023720A1 in order to provide a thin piezoelectric layer while maintaining a high coupling coefficient.  WO'720, p. 4, ll. 26-33; see also, '018 Patent, col. 1, 30-41, describing the contents of WO'720. |
| **Claim 4** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) a conductive thin diffusion baffler is formed. | It was well-known in the art to include a diffusion barrier between different metal layers to reduce the amount of inter-diffusion between layers.  See, e.g., WO199010938A1. |
| **Claim 5** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 4, characterised in that the diffusion baffler between the stacked conductive materials of the electrode layers (22 and 23 and/or | Titanium was well-known in the art as able to provide a diffusion barrier between an electrode metal layer and a SiN or SiO layer. JP2001250995A.<br>It was known in the art that a diffusion barrier may be made from titanium or compounds thereof.  WO '938 |

| 25 and 26) consists of titanium nitride (TiN), or titanium (Ti), or consists of combinations of titanium nitride (TiN) and titanium (Ti). | teaches the use of an aluminum diffusion barrier, and it would have been a mere design choice to replace the aluminum with titanium, which, similarly to aluminum, readily forms an oxide layer. |

| Claim 6 | Prior Art |
|---|---|
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that in the stack, the conductive material (23, 25) in contact with the piezoelectric layer (24) has a lower acoustic impedance than the conductive material (22, 26) that is not in contact with the piezoelectric layer (24). | It would have been obvious to incorporate an additional conductive material having a higher acoustic impedance than the first electrode as a compression layer as taught in WO2002023720A1 in order to provide a thin piezoelectric layer while maintaining a high coupling coefficient. WO'720, p. 4, ll. 26-33; see also, '018 Patent, col. 1, 30-41, describing the contents of WO'720.<br><br>It is a mere design choice to select among conductive materials in the stack such that one may have a lower characteristic acoustic impedance than another.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |

| Claim 10 | Prior Art |
|---|---|
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that the electrode layers (4, 6, 13, 15, 23, 25) comprise Molybdenum (Mo) and that, for a resonant frequency in the region of 2 GHz, the thickness (T1, T3, T5) of the top Molybdenum layer (6, 15,25) is in the region of 200 nm and the thickness (T2, T4, T6) of the bottom Molybdenum layer (4, 13, 23) is in the region of 300 nm, these thicknesses scaling approximately inversely with resonant frequency. | The lower electrode 24 may be comprised of…molybdenum (Mo)…. The upper electrode 26 may also be comprised of…molybdenum (Mo)…." Col. 17, ll. 34-40.<br><br>The specific thicknesses of the electrode layers is a matter of mere routine experimentation.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |

A-8

| Claim 12 | Prior Art |
|---|---|
| Use of an electro-acoustic resonator (1, 8, 17) as claimed in claim 1, as a component of a radio frequency (RF) filter, or as a component used in a sensor, or used in an ultrasonic transducer, or used in an array of ultrasonic transducers. | The '171 Patent teaches that the resonators described therein may be used as components in various types of filters including, for example, in GPS systems. Col. 1, ln. 60 – col. 2, ln. 1. The skilled artisan is aware that GPS systems operate on radio frequencies and that therefore a filter for use in GPS systems is an RF filter. |

| Claim 13 | Prior Art |
|---|---|
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes a coupling factor of the electro-acoustic resonator (1, 8, 17). | To the extent that this limitation can be understood, the '171 Patent teaches that bandwidth can be optimized by altering the thickness of the electrode layers. Col. 2, ll. 27-31. The skilled artisan is aware that coupling factor and filter bandwidth are interrelated and that therefore maximizing coupling factor is inherent in optimizing bandwidth. |
| Claim 14 | Prior Art |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1 characterised in that a coupling factor of the electro-acoustic resonator (1, 8, 17) is greater than 0.215. | It is a mere design choice to select a higher coupling factor, as it is a known result-effective variable in the process of designing electro-acoustic resonators. The skilled artisan would have been motivated to select a coupling factor greater than 0.215.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |

| Claim 1 | U. S. Pat. No. 5,760,663 |
|---|---|
| Electro-acoustic resonator (1, 8, 17) comprising: | The '663 Patent describes Bulk Acoustic Wave electro-acoustic resonators for use in broadband filters. Col. 1, ll. 5-8; col. 2, ll. 18-26. |
| a membrane structure FBAR (1) with a layer structure comprising a piezoelectric layer (5, 14, 24) and a top (6, 15, 25) and a bottom (4, 13, 23) electrode layer, with the thickness (T1, T2, . . . T6) of the two electrode layers being unequal, | The BAW structure includes a first (top) electrode 102 a piezoelectric layer 106, and a second (bottom) electrode 110.  See, Fig. 2; p. 8, ll. 17-24.<br><br><br><br>In an embodiment, a simulated BAW structure 302 has a top electrode 102 with a thickness of 0.10μm.  Col. 7, ll. 32-35.   The bottom electrode has a thickness of 0.29μm which is unequal to the thickness of the top electrode.  Col. 6, ll. 33-36. |
| characterised in that the top electrode layer (T1, T3, T5) is thinner than the bottom (T2, T4, T6) electrode layer to increase a filter bandwidth of the electro-acoustic resonator. | The upper electrode is thinner than the  bottom electrode – 0.10μm vs 0.20μm.  Col. 7, ll. 32-35; col. 6, ll. 33-36.<br><br>The '663 Patent teaches that large bandwidth is desirable for broadband filtering.  Col. 2, ll. 53-59.  It was well-known that changing layer thicknesses affects bandwidth.  It is either inherent in the structure of the electrodes of the '663 that filter bandwith is increased, or it is obvious to the skilled artisan that changing the thickness of the electrode 102 can be used to adjust the filter bandwidth as understood by the |

| | skilled artisan. |
| --- | --- |
| **Claim 2** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes the filter bandwidth. | The '663 Patent teaches that it is desirable to obtain a large bandwidth, and that it is a mere engineering choice (trade-off) between Q and bandwidth.  "Large Q values, however, come at a trade off of decreased filter bandwidth. In a preferred embodiment of the present invention, a compromise between Q and filter bandwidth is made such that BAW resonator 100 operates at a lower mode number (below 20) in order to obtain the necessary bandwidth for front-end, broadband filtering requirements." Col. 2, ll. 53-59. |
| **Claim 3** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that at least one of the electrode layers is formed by a stack of conductive materials (25, 26 or 22, 23). | It would have been obvious to incorporate an additional conductive material as a  compression layer as taught in WO2002023720A1 in order to provide a thin piezoelectric layer while maintaining a high coupling coefficient. WO'720, p. 4, ll. 26-33; see also, '018 Patent, col. 1, 30-41, describing the contents of WO'720. |
| **Claim 4** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) a conductive thin diffusion baffler is formed. | It was well-known in the art to include a diffusion barrier between different metal layers to reduce the amount of inter-diffusion between layers.  See, e.g., WO199010938A1. |
| **Claim 5** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 4, characterised in that the diffusion baffler between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) consists of titanium nitride (TiN), or titanium (Ti), or consists of combinations of titanium nitride (TiN) and titanium (Ti). | Titanium was well-known in the art as able to provide a diffusion barrier between an electrode metal layer and a SiN or SiO layer. JP2001250995A.<br>It was known in the art that a diffusion barrier may be made from titanium or compounds thereof.  WO '938 teaches the use of an aluminum diffusion barrier, and it would have been a mere design choice to replace the |

|  | aluminum with titanium, which, similarly to aluminum, readily forms an oxide layer. |
|---|---|
| **Claim 6** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that in the stack, the conductive material (23, 25) in contact with the piezoelectric layer (24) has a lower acoustic impedance than the conductive material (22, 26) that is not in contact with the piezoelectric layer (24). | It would have been obvious to incorporate an additional conductive material having a higher acoustic impedance than the first electrode as a compression layer as taught in WO2002023720A1 in order to provide a thin piezoelectric layer while maintaining a high coupling coefficient.  WO'720, p. 4, ll. 26-33; see also, '018 Patent, col. 1, 30-41, describing the contents of WO'720.<br><br>It is a mere design choice to select among conductive materials in the stack such that one may have a lower characteristic acoustic impedance than another.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| **Claim 10** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that the electrode layers (4, 6, 13, 15, 23, 25) comprise Molybdenum (Mo) and that, for a resonant frequency in the region of 2 GHz, the thickness (T1, T3, T5) of the top Molybdenum layer (6, 15,25) is in the region of 200 nm and the thickness (T2, T4, T6) of the bottom Molybdenum layer (4, 13, 23) is in the region of 300 nm, these thicknesses scaling approximately inversely with resonant frequency. | Molybdenum was well-known as a conductive material for electrodes in devices of this type. See, e.g., the '154 Patent.<br><br>The specific thicknesses of the electrode layers is a matter of mere routine experimentation.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| **Claim 12** | **Prior Art** |
| Use of an electro-acoustic resonator (1, 8, 17) as claimed in claim 1, as a component | The '663 Patent describes the use of BAW filters of the type disclosed for use in radio transceivers |

| | |
|---|---|
| of a radio frequency (RF) filter, or as a component used in a sensor, or used in an ultrasonic transducer, or used in an array of ultrasonic transducers. | (i.e., use as an RF filter).  See, col. 1, ll. 11-20. |

| **Claim 13** | **Prior Art** |
|---|---|
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes a coupling factor of the electro-acoustic resonator (1, 8, 17). | To the extent that this limitation can be understood, the '663 Publication teaches that filter bandwidth can be modified by changing the electrode thicknesses.  Coupling factor and filter bandwidth are known in the art to be correlated.  See, '018 Patent, col. 1, ll. 15-16.  It would be obvious to the skilled artisan to select a maximum value for coupling factor to obtain improved bandwidth in the resulting resonator. |
| **Claim 14** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1 characterised in that a coupling factor of the electro-acoustic resonator (1, 8, 17) is greater than 0.215. | The '663 Publication teaches that filter bandwidth can be modified by changing the electrode thicknesses.  Coupling factor and filter bandwidth are known in the art to be correlated.  See, '018 Patent, col. 1, ll. 15-16.  It would have been obvious to select a high coupling factor in order to provide a filter with a large bandwidth. |

| Claim 1 | US Pat. No. 5,873,154 |
|---|---|
| Electro-acoustic resonator (1, 8, 17) comprising: | The '154 Patent teaches a thin film bulk acoustic wave resonator, which is a type of electro-acoustic resonator.  See, Abstract. |
| a membrane structure FBAR (1) with a layer structure comprising a piezoelectric layer (5, 14, 24) and a top (6, 15, 25) and a bottom (4, 13, 23) electrode layer, with the thickness (T1, T2, . . . T6) of the two electrode layers being unequal, | The FBAR of the '154 Patent includes a piezoelectric layer 12, a top electrode layer 10, and a bottom electrode layer 14. Col. 4, ll. 19-33.<br>The top electrode (200nm) has a different thickness than the bottom electrode (1300nm). Col. 4, ll. 33-42.<br><br> |
| characterised in that the top electrode layer (T1, T3, T5) is thinner than the bottom (T2, T4, T6) electrode layer to increase a filter bandwidth of the electro-acoustic resonator. | The top electrode (200nm) is thinner than the bottom electrode (1300nm).  Col. 4, ll. 33-42. "Factors that may be considered in determining appropriate layer thicknesses include, by example, the lossiness and the acoustic impedances of FBAR layers, effective piezoelectric coupling (i.e., *which determines filter bandwidth*)...." Col. 7, ll. 52-56. (Emphasis added).<br><br>Furthermore, Fig. 4 shows that the coupling coefficient $k_{eff}$ of the FBAR of the '154 Patent is 0.2227 (for longitudinal waves) or 0.2466 (for shear waves), which each are similar to or higher than the ranges for $k_{eff}$ taught in the '018 Patent. |
| Claim 2 | Prior Art |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a | It would have been obvious to use the teachings of the '154 Patent that layer thicknesses determine filter bandwidth to optimize |

A-14

| relative thickness of the two electrode layers maximizes the filter bandwidth. | (maximize) the filter bandwidth. |
|---|---|
| **Claim 3** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that at least one of the electrode layers is formed by a stack of conductive materials (25, 26 or 22, 23). | It would have been obvious to incorporate an additional conductive material as a compression layer as taught in WO2002023720A1 in order to provide a thin piezoelectric layer while maintaining a high coupling coefficient. WO'720, p. 4, ll. 26-33; see also, '018 Patent, col. 1, 30-41, describing the contents of WO'720. |
| **Claim 4** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) a conductive thin diffusion baffler is formed. | It was well-known in the art to include a diffusion barrier between different metal layers to reduce the amount of inter-diffusion between layers. See, e.g., WO199010938A1. |
| **Claim 5** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 4, characterised in that the diffusion baffler between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) consists of titanium nitride (TiN), or titanium (Ti), or consists of combinations of titanium nitride (TiN) and titanium (Ti). | Titanium was well-known in the art as able to provide a diffusion barrier between an electrode metal layer and a SiN or SiO layer. JP2001250995A. It was known in the art that a diffusion barrier may be made from titanium or compounds thereof. WO '938 teaches the use of an aluminum diffusion barrier, and it would have been a mere design choice to replace the aluminum with titanium, which, similarly to aluminum, readily forms an oxide layer. |
| **Claim 6** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that in the stack, the conductive material (23, 25) in contact with the piezoelectric layer (24) has a lower acoustic impedance than the conductive material (22, 26) that is not in contact with the piezoelectric layer (24). | It would have been obvious to incorporate an additional conductive material having a higher acoustic impedance than the first electrode as a compression layer as taught in WO2002023720A1 in order to provide a thin piezoelectric layer while maintaining a high coupling coefficient. WO'720, p. 4, ll. 26-33; |

|  | see also, '018 Patent, col. 1, 30-41, describing the contents of WO'720.<br><br>It is a mere design choice to select among conductive materials in the stack such that one may have a lower characteristic acoustic impedance than another.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
|---|---|
| **Claim 10** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that the electrode layers (4, 6, 13, 15, 23, 25) comprise Molybdenum (Mo) and that, for a resonant frequency in the region of 2 GHz, the thickness (T1, T3, T5) of the top Molybdenum layer (6, 15,25) is in the region of 200 nm and the thickness (T2, T4, T6) of the bottom Molybdenum layer (4, 13, 23) is in the region of 300 nm, these thicknesses scaling approximately inversely with resonant frequency. | The electrodes may be made from "any suitable metal," including molybdenum.  Col. 4, ll. 53-58.  The top electrode layer may have a thickness of 200nm.  Col. 4, ll. 34-35.<br><br>The specific thicknesses of the electrode layers is a matter of mere routine experimentation.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| **Claim 12** | **Prior Art** |
| Use of an electro-acoustic resonator (1, 8, 17) as claimed in claim 1, as a component of a radio frequency (RF) filter, or as a component used in a sensor, or used in an ultrasonic transducer, or used in an array of ultrasonic transducers. | "The FBAR 1…can function as, by example, a portion of a filter…."  Col. 4, ll. 21-23. |
| **Claim 13** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers | To the extent that this limitation can be understood, the '154 Patent teaches that coupling factor can be optimized by altering the |

| maximizes a coupling factor of the electro-acoustic resonator (1, 8, 17). | thicknesses of the two electrode layers.<br><br>"Factors that may be considered in determining appropriate layer thicknesses include, by example, the lossiness and the acoustic impedances of FBAR layers, effective piezoelectric coupling (i.e., *which determines filter bandwidth*)…." Col. 7, ll. 52-56. (Emphasis added). |
|---|---|
| **Claim 14** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1 characterised in that a coupling factor of the electro-acoustic resonator (1, 8, 17) is greater than 0.215. | The coupling factor of the electro-acoustic resonator is 0.2227, which is greater than 0.215. See, Fig. 4. |

**EXHIBIT B**
**INVALIDITY CONTENTION CHARTS FOR**
**U.S. PATENT NO. 9,735,755, (THE "'755 PATENT")**

The charts below illustrate Akoustis' initial contentions concerning invalidity of the '755 Patent. Akoustis expressly reserves the right to amend these contentions based on the outcome of any supplemental fact discovery in the case including, but not limited to, information produced by Qorvo and/or third parties. These contentions are not an admission of any kind, including with regard to claim construction.

**Background**

It was well-known for decades prior to the filing date of the '755 Patent that resonators could be designed with the intention to define regions that either support or prevent the excitation of particular modes (i.e., wavelengths). By designing interfaces between the resonator region and outside regions, an acoustic match or an acoustic mismatch can be produced. This was shown, for example, by Shockley as early as 1963. (Fig. below from, Nguyen, BAW Resonator Tutorial, 11/17/2022, p. 33)



Structures for producing a match or mismatch can include mass loading, mass reduction (providing a thinner region, for example), changes in geometry, and changes in materials. As shown in the Figure below (id.), a thickened ring (Region 3) around Region 1 creates Region 2 outside that region. A thinned region creates a Region 4. Region 5 represents a stack of

different materials which may represent a different resonator, or another structure altogether. Finally, Region 6 is defined by a thickened region of the substrate, without any additional layers.



This general approach to designing resonators and selecting what energy is to be confined or allowed to escape is a common thread among the references cited below, and the '755 Patent at bar. Once the general approach is known, it is simply a matter of applying known design principles in a known way for the skilled artisan to design and manufacture resonators for particular uses.

| Claim 1 | German Patent Publication DE 10241425A1[3] |
|---|---|
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '425 Publication teaches a bulk acoustic wave resonator.  ¶1. |
| a piezoelectric layer;<br><br>a first electrode on a first surface of the piezoelectric layer;<br><br>a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator includes a piezoelectric layer PS, and a bottom electrode E1, and a top electrode E2.<br><br>Fig. 3; ¶¶73-74.<br><br> |
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and | "It is possible for the upper layer region OS of the resonator according to the invention comprises an additional dielectric layer (here a passivation layer, e.g., of silicon oxide)…." ¶78.<br><br>In an example, the passivation layer has a thickness of 90nm.  ¶109. |
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the | One or more material layers, dielectric structure DS, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 3. The dielectric structure is adjacent to the second electrode and has a portion that overlies the second electrode in the transition zone |

---

[3] References are to English language translation.

| active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, | UZ. Fig. 3.  The dielectric structure is at least partially in an outer region of the resonator, outside the active region AK.  Fig. 3.  The dielectric structure has a thickness equal to that of the upper electrode, which may be, for example, 200nm, though it may also be smaller or larger.  ¶¶76, 46.  200nm is n times 90nm, where n = 2.22. |
| --- | --- |
| wherein: n is a value other than 1; and | 2.22 is a value other than 1. |
| n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1. | The transition zone defined by the dielectric structure enables the adaptation of the boundary conditions between the active area and the outside area.  ¶75.  The structure of the active zone, the transition zone, and the outer area helps with, "suppression of acoustic waves in [the outer area] …."  ¶79, see also, ¶24.  Suppression of such waves leads to a reduction of mechanical energy density transmitted to the outer region of the resonator. |
| **Claim 2** | **Prior Art** |
| The BAW resonator of claim 1 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer. | The '425 Publication teaches that the same zone structure with an active zone AK, a transition zone UZ, and an outer zone AU can be created by having a portion of the top electrode E2 overlying the dielectric structure DS rather than by having the dielectric structure DS overlying the top electrode E2. See, Fig. 4.<br><br><br><br>Fig. 4<br><br>Because the '425 Publication teaches that a metallic |

|  | electrode layer or a dielectric layer can equally perform the same structural function, and because a mere preference for $SiO_2$ as the dielectric material is expressed, it would have been obvious to modify the embodiment of Fig. 3 by using a material other than $SiO_2$. Although the UZ in this configuration lies within the active region, the skilled artisan recognizes that energy containment by mass loading can be achieved whether a dielectric (passivation layer) or metallic layer is used to create the increased mass load. |
|---|---|
| **Claim 3** | **Prior Art** |

| The BAW resonator of claim 1 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | Hashimoto teaches that a resonator may be designed in a manner that avoids generation of laterally trapped waves in spurious modes. Hashimoto, p. 83.  In particular, this is achieved by ensuring that the boundary conditions and the wavenumber are such that equation 3.88 of Hashimoto is true. |
|---|---|

We can also set up a second interesting problem with (3.73). This takes place when we let $\beta_n = 0$. In this case we get a coupling coefficient

$$k_s^2 = \begin{cases} 1 & n = 0 \\ 0 & n \neq 0 \end{cases} \qquad (3.88)$$

This describes a resonator with only one single mode excited. That means it is spurious resonance free.

| | Just as in Hashimoto's laterally infinite, or as a practical matter, extremely long, resonator, a resonator having acoustically matched active and outer regions will prevent excitation of spurious modes, and Hashimoto goes on to describe this situation at p. 83-84.  See, QORVO_0024750-51. |
|---|---|
| **Claim 4** | **Prior Art** |
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | The portion of the dielectric structure overlying the top electrode in the transition zone is a border around a periphery of the active region and provides a mass loading. See, Fig. 3.  Alternately, it would have been obvious to incorporate a frame or border ring as taught in the '548 Publication in order to provide a mass loading to suppress electrically excited piston mode in the frame region as was well-known in the art. |

| Claim 5 | Prior Art |
|---|---|
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The portion of the dielectric structure overlying the top electrode in the transition zone is a border ring around a periphery of the active region and provides a mass loading. See, Fig. 3.<br><br>The specific thicknesses of the layers are a matter of mere routine experimentation or optimization in accordance with known design considerations.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| **Claim 6** | **Prior Art** |
| The BAW resonator of claim 1 wherein the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness (TPA) of the passivation layer in the active region. | Depositing the passivation layer before depositing the dielectric structure to produce the claimed structure would have been an obvious design choice and a matter of mere optimization.<br><br>Selection of any order of performing process steps is *prima facie* obvious in the absence of new or unexpected results. *In re Gibson,* 39 F.2d 975, 5 USPQ 230 (CCPA 1930). |
| **Claim 7** | **Prior Art** |
| The BAW resonator of claim 6 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer | It would have been obvious to incorporate a frame or border ring as taught in the '548 Publication in order to provide a mass loading to suppress electrically excited piston mode in the frame region as was well-known in the art. |

| | |
|---|---|
| region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The specific thicknesses of the layers are a matter of mere routine experimentation or optimization in accordance with known design considerations.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| **Claim 9** | **Prior Art** |
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '425 Publication teaches a bulk acoustic wave resonator.  ¶1. |
| a piezoelectric layer;<br><br>a first electrode on a first surface of the piezoelectric layer;<br><br>a second electrode on a second surface of the<br><br>piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator includes a piezoelectric layer PS, and a bottom electrode E1, and a top electrode E2.<br><br>Fig. 3; ¶73.<br><br><br><br>Fig. 3 |
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and | "It is possible for the upper layer region OS of the resonator according to the invention comprises an additional dielectric layer (here a passivation layer, e.g., of silicon oxide)…." ¶78.<br><br>In an example, the passivation layer has a thickness of 90nm. ¶109. |

|  |  |
|---|---|
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TPA) of the passivation layer within the active region, | One or more material layers, dielectric structure DS, combined with the passivation layer which overlies dielectric structure DS, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 3. The dielectric structure is adjacent to the second electrode and has a portion that overlies the second electrode in the transition zone UZ. Fig. 3. The dielectric structure is in an outer region of the resonator, outside the active region AK. Fig. 3. The dielectric structure has a thickness equal to that of the upper electrode, which may be, for example, 200nm, though it may also be smaller or larger. ¶¶76, 46. 200nm is n times 90nm, where n = 2.22. |
| wherein: n is a value other than 1; and | 2.22 is a value other than 1. |
| n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | Hashimoto teaches that a resonator may be designed in a manner that avoids generation of laterally trapped waves in spurious modes. Hashimoto, p. 83. In particular, this is achieved by ensuring that the boundary conditions and the wavenumber are such that equation 3.88 of Hashimoto is true. <br><br> We can also set up a second interesting problem with (3.73). This takes place when we let $\beta_n = 0$. In this case we get a coupling coefficient <br><br> $$k_x^2 = \begin{cases} 1 & n = 0 \\ 0 & n \neq 0 \end{cases} \qquad (3.88)$$ <br><br> This describes a resonator with only one single mode excited. That means it is spurious resonance free. <br><br> Just as in Hashimoto's laterally infinite, or as a practical matter, extremely long, resonator, a resonator having acoustically matched active and outer regions will prevent excitation of spurious modes, and Hashimoto goes on to describe this situation at p. 83-84. See, QORVO_0024750-51. |
| **Claim 10** | **Prior Art** |
| A method of fabricating a BAW resonator, comprising: | The '425 Publication teaches a bulk acoustic wave resonator. ¶1. |
| providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer; | The resonator includes a piezoelectric layer PS, and a bottom electrode E1, and a top electrode E2. |

| providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | Fig. 3; ¶73.  Fig. 3 |
|---|---|
| providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and | "It is possible for the upper layer region OS of the resonator according to the invention comprises an additional dielectric layer (here a passivation layer, e.g., of silicon oxide)…." ¶78. In an example, the passivation layer has a thickness of 90nm. ¶109. |
| providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TPA) of the passivation layer within the active region, wherein: | One or more material layers, dielectric structure DS, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 3. The dielectric structure is adjacent to the second electrode and has a portion that overlies the second electrode in the transition zone UZ. Fig. 3. The dielectric structure is in an outer region of the resonator, outside the active region AK. Fig. 3. The dielectric structure has a thickness equal to that of the upper electrode, which may be, for example, 200nm, though it may also be smaller or larger. ¶¶76, 46. 200nm is n times 90nm, where n = 2.22. |
| n is a value other than 1; and | 2.22 is a value other than 1. |

| n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | Hashimoto teaches that a resonator may be designed in a manner that avoids generation of laterally trapped waves in spurious modes. Hashimoto, p. 83. In particular, this is achieved by ensuring that the boundary conditions and the wavenumber are such that equation 3.88 of Hashimoto is true. |
|---|---|

We can also set up a second interesting problem with (3.73). This takes place when we let $\beta_n = 0$. In this case we get a coupling coefficient

$$k_s^2 = \begin{cases} 1 & n = 0 \\ 0 & n \neq 0 \end{cases} \qquad (3.88)$$

This describes a resonator with only one single mode excited. That means it is spurious resonance free.

Just as in Hashimoto's laterally infinite, or as a practical matter, extremely long, resonator, a resonator having acoustically matched active and outer regions will prevent excitation of spurious modes, and Hashimoto goes on to describe this situation at p. 83-84. See, QORVO_0024750-51.

| Claim 11 | Prior Art |
|---|---|
| A method of fabricating a BAW resonator, comprising: | The '425 Publication teaches a bulk acoustic wave resonator. ¶1. |
| providing an initial structure comprising a piezoelectric layer and<br><br>a first electrode on a first surface of the piezoelectric layer;<br><br>providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator includes a piezoelectric layer PS, and a bottom electrode E1, and a top electrode E2.<br><br>Fig. 3; ¶73. |



Fig. 3

| | |
|---|---|
| providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TP$_A$) within the active region of the BAW resonator; and | "It is possible for the upper layer region OS of the resonator according to the invention comprises an additional dielectric layer (here a passivation layer, e.g., of silicon oxide)…." ¶78.<br>In an example, the passivation layer has a thickness of 90nm. ¶109. |
| providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TP$_A$) of the passivation layer within the active region, wherein: | One or more material layers, dielectric structure DS, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 3. The dielectric structure is adjacent to the second electrode and has a portion that overlies the second electrode in the transition zone UZ. Fig. 3. The dielectric structure is in an outer region of the resonator, outside the active region AK. Fig. 3. The dielectric structure has a thickness equal to that of the upper electrode, which may be, for example, 200nm, though it may also be smaller or larger. ¶¶76, 46. 200nm is n times 90nm, where n = 2.22. |
| n is a value other than 1; and | 2.22 is a value other than 1. |
| n is within a range of values for which a density of mechanical | The transition zone defined by the dielectric structure enables the adaptation of the boundary conditions between |

| energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1. | the active area and the outside area.  ¶75.  The structure of the active zone, the transition zone, and the outer area helps with, "suppression of acoustic waves in [the outer area] …." ¶79, see also, ¶24.  Suppression of such waves leads to a reduction of mechanical energy density transmitted to the outer region of the resonator. |
|---|---|
| **Claim 12** | **Prior Art** |
| The method of claim 11 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The transition zone (i.e., the zone where the one or more material layers is present) is configured to ensure that boundary conditions are adapted such that the desired main mode is excited in the active area, while the outside area is such that the acoustic waves decay exponentially. ¶24.  To the extent it is possible to configure it such that "one or more wavelengths that cause energy leakage into the outer region are not excited in the active region," Akoustis contends that "localization of the combination mode in the active area of the resonator" and "damping of the combination mode in the outer area" meets this limitation. See, ¶89, Fig. 5b. |
| **Claim 13** | **Prior Art** |
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | The transition zone defined by the dielectric structure enables the adaptation of the boundary conditions between the active area and the outside area.  ¶75.  This structure acts as a border ring and provides a mass loading.<br><br>Alternately, it would have been obvious to incorporate a frame or border ring as taught in the '548 Publication in order to provide a mass loading to suppress electrically excited piston mode in the frame region as was well-known in the art. |
| **Claim 14** | **Prior Art** |
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined | The specific thicknesses of the layers are a matter of mere routine experimentation or optimization in accordance with known design considerations.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |

| | |
|---|---|
| thickness of the second electrode, the border ring, and the passivation layer within the active region. | |
| **Claim 15** | **Prior Art** |
| The method of claim 11 wherein providing the passivation layer comprises providing the passivation layer such that the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness (TPA) of the passivation layer in the active region. | Depositing the passivation layer before depositing the dielectric structure to produce the claimed structure would have been an obvious design choice and a matter of mere optimization.<br><br>Selection of any order of performing process steps is *prima facie* obvious in the absence of new or unexpected results. *In re Gibson,* 39 F.2d 975, 5 USPQ 230 (CCPA 1930). |
| **Claim 16** | **Prior Art** |
| The method of claim 15 further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | It would have been obvious to incorporate a frame or border ring as taught in the '548 Publication in order to provide a mass loading to suppress electrically excited piston mode in the frame region as was well-known in the art.<br><br>The specific thicknesses of the layers are a matter of mere routine experimentation or optimization in accordance with known design considerations.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |

| Claim 18 | Prior Art |
|---|---|
| The method of claim 11 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer. | The '425 Publication teaches that the same zone structure with an active zone AK, a transition zone UZ, and an outer zone AU can be created by having a portion of the top electrode E2 overlying the dielectric structure DS rather than by having the dielectric structure DS overlying the top electrode E2.  See, Fig. 4.<br><br><br>Fig. 4<br><br>Because the '425 Publication teaches that a metallic electrode layer or a dielectric layer can equally perform the same structural function, and because a mere preference for $SiO_2$ as the dielectric material is expressed, it would have been obvious to modify the embodiment of Fig. 3 by using a material other than $SiO_2$. |

| Claim 1 | U.S. Pat. Pub. 2014/0159548A1 |
|---|---|
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '548 Publication teaches a bulk acoustic wave resonator FBAR 100B. ¶41. |
| a piezoelectric layer; a first electrode on a first surface of the piezoelectric layer; a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator 100B includes a piezoelectric layer 125, and a bottom electrode 115, and a top electrode 135.<br><br>Fig. 1B; ¶41.<br><br>Fig. 1B |
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and | "Although not shown, a passivation layer may be present on top of the top electrode 135 with thickness sufficient to insulate all layers of the acoustic stack from the environment…." ¶52.<br>The thickness of the passivation layer within the active region is 2000Å. ¶82. |
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a | One or more material layers, 130, 140 are present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 1B. The outer region where the collar 140 is located is outside the active region 152 of the resonator, and the collar 140 has a thickness of 9500Å. Fig. 1B, ¶¶55, 83. The skilled artisan would understand that the planarization layer has a thickness equal to that of the electrode which is 3250Å. Thus, the combined one or more material layers 130, 140 have a thickness that is that is 6.3 times the thickness of the passivation layer (2000Å) within the active region. ¶82. |

B-15

| | |
|---|---|
| thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, | |
| wherein: n is a value other than 1; and | 6.3 is a value other than 1. |
| n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1. | The function of the collar 140 is to provide mass loading which reduces transmission of mechanical energy between the active region and the outer region, in particular confinement of piston modes and suppression of unwanted spurious lateral modes. ¶¶32, 58. Additionally, the structure and material of the planarization layer 130 is selected to cooperate with the collar 140 to reduce propagation of the eTE1 mode in the region away from the active region. See, ¶ 53. |
| **Claim 2** | **Prior Art** |
| The BAW resonator of claim 1 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer. | The collar 140 comprises a dielectric material which may be $SiO_2$, SiN, SiC, AlN, ZnO, $Al_2O_3$, diamond, diamond-like-carbon, or lead zirconium titanate. ¶52. The planarization layer comprises borosilicate glass. ¶53. The passivation layer comprises AlN. ¶82. |
| **Claim 3** | **Prior Art** |
| The BAW resonator of claim 1 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | Hashimoto teaches that a resonator may be designed in a manner that avoids generation of laterally trapped waves in spurious modes. Hashimoto, p. 83. In particular, this is achieved by ensuring that the boundary conditions and the wavenumber are such that equation 3.88 of Hashimoto is true. |

We can also set up a second interesting problem with (3.73). This takes place when we let $\beta_{sv} = 0$. In this case we get a coupling coefficient

$$k_s^2 = \begin{cases} 1 & n = 0 \\ 0 & n \neq 0 \end{cases} \qquad (3.88)$$

This describes a resonator with only one single mode excited. That means it is spurious resonance free.

Just as in Hashimoto's laterally infinite, or as a practical matter, extremely long, resonator, a resonator having acoustically matched active and outer regions will prevent excitation of spurious modes, and Hashimoto goes on to describe this situation at p. 83-84. See, QORVO_0024750-51.

B-16

| Claim 4 | Prior Art |
|---|---|
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | A frame 145 forms a border ring located around a periphery of the active region of the resonator within the second electrode. Fig. 1B; ¶52. The frame provides a mass loading to suppress electrically excited piston mode in the frame region. ¶58. |

| Claim 5 | Prior Art |
|---|---|
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | A frame 145 forms a border ring located around a periphery of the active region of the resonator within the second electrode. Fig. 1B; ¶52.

The specific thicknesses of the layers are a matter of mere routine experimentation or optimization in accordance with known design considerations.

"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller*, 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |

| Claim 6 | Prior Art |
|---|---|
| The BAW resonator of claim 1 wherein the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness (TPA) of the passivation layer in the active | Depositing the passivation layer before depositing the dielectric structure to produce the claimed structure would have been an obvious design choice and a matter of mere optimization.

Selection of any order of performing process steps is *prima facie* obvious in the absence of new or unexpected results. *In re Gibson*, 39 F.2d 975, 5 USPQ 230 (CCPA 1930). |

| region. | |
|---|---|
| **Claim 7** | **Prior Art** |
| The BAW resonator of claim 6 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | A frame 145 forms a border ring located around a periphery of the active region of the resonator within the second electrode. Fig. 1B; ¶52. The frame provides a mass loading to suppress electrically excited piston mode in the frame region. ¶58.<br><br>The specific thicknesses of the layers are a matter of mere routine experimentation or optimization in accordance with known design considerations.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| **Claim 9** | **Prior Art** |
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '548 Publication teaches a bulk acoustic wave resonator FBAR 100B. ¶41. The various structures are "formed using conventional processing techniques, with examples including various forms of deposition, sputtering, etching, polishing, and so on." ¶89. |
| a piezoelectric layer;<br><br>a first electrode on a first surface of the piezoelectric layer;<br>a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator 100B includes a piezoelectric layer 125, and a bottom electrode 115, and a top electrode 135.<br><br>Fig. 1B; ¶41.<br><br><br><br>*Fig. 1B* |

| | |
|---|---|
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and | "Although not shown, a passivation layer may be present on top of the top electrode 135 with thickness sufficient to insulate all layers of the acoustic stack from the environment…." ¶52.<br>The thickness of the passivation layer within the active region is 2000Å. ¶82. |
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TPA) of the passivation layer within the active region, | One or more material layers, 130, 140 are present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 1B. The outer region where the collar 140 is located is outside the active region 152 of the resonator, and the collar 140 has a thickness of 9500Å. Fig. 1B, ¶¶55, 83. The skilled artisan would understand that the planarization layer has a thickness equal to that of the electrode which is 3250Å. Thus, the combined one or more material layers 130, 140 have a thickness that is that is 6.3 times the thickness of the passivation layer (2000Å) within the active region. ¶82. |
| wherein: n is a value other than 1; and | 6.3 is a value other than 1. |
| n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | Hashimoto teaches that a resonator may be designed in a manner that avoids generation of laterally trapped waves in spurious modes. Hashimoto, p. 83. In particular, this is achieved by ensuring that the boundary conditions and the wavenumber are such that equation 3.88 of Hashimoto is true.<br><br>We can also set up a second interesting problem with (3.73). This takes place when we let $\beta_{zz} = 0$. In this case we get a coupling coefficient<br><br>$$k_e^2 = \begin{cases} 1 & n = 0 \\ 0 & n \neq 0 \end{cases} \qquad (3.88)$$<br><br>This describes a resonator with only one single mode excited. That means it is spurious resonance free.<br><br>Just as in Hashimoto's laterally infinite, or as a practical matter, extremely long, resonator, a resonator having acoustically matched active and outer regions will prevent excitation of spurious modes, and Hashimoto goes on to describe this situation at p. 83-84. See, QORVO_0024750-51. |

| **Claim 10** | **Prior Art** |
|---|---|
| A method of fabricating a BAW resonator, comprising: | The '548 Publication teaches a bulk acoustic wave resonator FBAR 100B. ¶41. |
| providing an initial structure comprising a piezoelectric layer and<br>a first electrode on a first surface of the piezoelectric layer;<br>providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator 100B includes a piezoelectric layer 125, and a bottom electrode 115, and a top electrode 135.<br><br><br><br>*Fig. 1B*<br><br>Fig. 1B; ¶41. |
| providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and | "Although not shown, a passivation layer may be present on top of the top electrode 135 with thickness sufficient to insulate all layers of the acoustic stack from the environment…." ¶52.<br>The thickness of the passivation layer within the active region is 2000Å. ¶82. |
| providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TPA) of the | One or more material layers, 130, 140 are present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 1B. The outer region where the collar 140 is located is outside the active region 152 of the resonator, and the collar 140 has a thickness of 9500Å. Fig. 1B, ¶¶55, 83. The skilled artisan would understand that the planarization layer has a thickness equal to that of the electrode which is 3250Å. Thus, the combined one or more material layers 130, 140 have a thickness that is that is 6.3 times the thickness of the passivation layer (2000Å) within the active region. ¶82. |

B-20

| passivation layer within the active region, wherein: | |
|---|---|
| n is a value other than 1; and | 6.3 is a value other than 1. |
| n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The planarization layer and the collar are configured such that a vertical modal energy distribution across the acoustic stack in the region of the collar matches a vertical modal energy distribution across the acoustic stack in the active region. ¶53.  To the extent that it is possible to configure it such that "one or more wavelengths that cause energy leakage into the outer region are not excited in the active region," the exponential decay of the eTE1 mode in the direction away from the collar/membrane interface meets this limitation.  ¶53. |
| **Claim 11** | **Prior Art** |
| A method of fabricating a BAW resonator, comprising: | The '548 Publication teaches a bulk acoustic wave resonator FBAR 100B.  ¶41. |
| providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer; providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; |  *Fig. 1B* The resonator 100B includes a piezoelectric layer 125, and a bottom electrode 115, and a top electrode 135. Fig. 1B; ¶41. |
| providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness $(TP_A)$ within the active | "Although not shown, a passivation layer may be present on top of the top electrode 135 with thickness sufficient to insulate all layers of the acoustic stack from the environment…." ¶52. The thickness of the passivation layer within the active region is 2000Å.  ¶82. |

| | |
|---|---|
| region of the BAW resonator; and | |
| providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TP$_A$) of the passivation layer within the active region, wherein: | One or more material layers, 130, 140 are present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 1B. The outer region where the collar 140 is located is outside the active region 152 of the resonator, and the collar 140 has a thickness of 9500Å. Fig. 1B, ¶¶55, 83. The skilled artisan would understand that the planarization layer has a thickness equal to that of the electrode which is 3250Å. Thus, the combined one or more material layers 130, 140 have a thickness that is that is 6.3 times the thickness of the passivation layer (2000Å) within the active region. ¶82. |
| n is a value other than 1; and | 6.3 is a value other than 1. |
| n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1. | The function of the collar 140 is to provide mass loading which reduces transmission of mechanical energy between the active region and the inner region, in particular confinement of piston modes and suppression of unwanted spurious lateral modes. ¶¶32, 58. Additionally, the structure and material of the planarization layer 130 is selected to cooperate with the collar 140 to reduce propagation of the eTE1 mode in the region away from the active region. See, ¶ 53. |
| **Claim 12** | **Prior Art** |
| The method of claim 11 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | Hashimoto teaches that a resonator may be designed in a manner that avoids generation of laterally trapped waves in spurious modes. Hashimoto, p. 83. In particular, this is achieved by ensuring that the boundary conditions and the wavenumber are such that equation 3.88 of Hashimoto is true. We can also set up a second interesting problem with (3.73). This takes place when we let $\beta_n = 0$. In this case we get a coupling coefficient $$k_s^2 = \begin{cases} 1 & n = 0 \\ 0 & n \neq 0 \end{cases} \qquad (3.88)$$ This describes a resonator with only one single mode excited. That means it is spurious resonance free. Just as in Hashimoto's laterally infinite, or as a practical matter, extremely long, resonator, a resonator having acoustically matched active and outer regions will prevent excitation of spurious modes, and Hashimoto goes on to |

|  | describe this situation at p. 83-84.  See, QORVO_0024750-51. |
|---|---|
| **Claim 13** | **Prior Art** |
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | A frame 145 forms a border ring located around a periphery of the active region of the resonator within the second electrode. Fig. 1B; ¶52.  The frame provides a mass loading to suppress electrically excited piston mode in the frame region.  ¶58. |
| **Claim 14** | **Prior Art** |
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | A frame 145 forms a border ring located around a periphery of the active region of the resonator within the second electrode. Fig. 1B; ¶52.  The specific thicknesses of the layers are  a matter of mere routine experimentation or optimization in accordance with known design considerations.  "[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| **Claim 15** | **Prior Art** |
| The method of claim 11 wherein providing the passivation layer comprises providing the passivation layer such that the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator | Depositing the passivation layer before depositing the dielectric structure to produce the claimed structure would have been an obvious design choice and a matter of mere optimization.  Selection of any order of performing process steps is *prima facie* obvious in the absence of new or unexpected results. *In re Gibson,* 39 F.2d 975, 5 USPQ 230 (CCPA 1930). |

| such that a thickness of the passivation layer in the outer region is the n times the thickness (TPA) of the passivation layer in the active region. | |
|---|---|
| **Claim 16** | **Prior Art** |
| The method of claim 15 further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | It would have been obvious to incorporate a frame or border ring as taught in the '548 Publication in order to provide a mass loading to suppress electrically excited piston mode in the frame region as was well-known in the art.<br><br>The specific thicknesses of the layers are a matter of mere routine experimentation or optimization in accordance with known design considerations.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller*, 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| **Claim 18** | **Prior Art** |
| The method of claim 11 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer. | The collar 140 comprises a dielectric material which may be $SiO_2$, SiN, SiC, AlN, ZnO, $Al_2O_3$, diamond, diamond-like-carbon, or lead zirconium titanate. ¶52. The planarization layer comprises borosilicate glass. ¶53. The passivation layer comprises AlN. ¶82. |

| **Claim 1** | **U.S. Pat. No. 7,709,999** |
|---|---|
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '999 Patent teaches a thin film resonator that "operates on bulk standing waves." Col. 2, ll. 20-23. |
| a piezoelectric layer;<br>a first electrode on a first surface of the piezoelectric layer; | The resonator 1 includes a piezoelectric layer 6, and a bottom electrode 5, and a top electrode 7. |

| a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | Fig. 1; col. 4, ll. 55-61.  |
|---|---|
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and | Fig. 10 illustrates a passivation layer 9, on a surface of the second electrode 7 opposite the piezoelectric layer 6 and within an active region of the resonator.  The passivation layer in this embodiment has a uniform thickness of 2-50nm. Fig. 10; col. 7, 56-65.  |
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, | One or more material layers, passivation layer 9, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator.  Fig. 11.  The passivation layer 9 has a thickened portion, 9c, near an outer periphery of the active region.  Fig. 11.  If "adjacent to the second electrode" is construed to include "on top of the second electrode," then portion 9c of the passivation layer is adjacent the second electrode. The thickness $t_c$ at the point 9c is greater than the thickness of the portion 9B.  Fig. 11.  The insulator 9 is "thin on the center of the second electrode, and is thick on the periphery of the |

| | |
|---|---|
| | second electrode." Fig. 11; claim 9. |
| | \n\nSee also, Fig. 13, illustrating an embodiment including a tapered region. |
| wherein: n is a value other than 1; and | Because the insulator is thin on the center of the second electrode and thick on the periphery of the second electrode, n is a value other than 1. |
| n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1. | The thickened portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations."  Col. 8, ll. 50-58.  Suppression of such vibrations leads to a reduction of mechanical energy density transmitted to the outer region of the resonator. |
| **Claim 2** | **Prior Art** |
| The BAW resonator of claim 1 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer. | It would have been obvious to incorporate a collar made from a material other than the material of the passivation layer as taught in the '548 Publication in order to perform the same function of dispersing the frequencies of standing waves as taught in the '999 Patent. |
| **Claim 3** | **Prior Art** |
| The BAW resonator of claim 1 wherein n is such that the outer | The thickened portion is configured to "effectively disperse the frequencies of standing waves and |

| | |
|---|---|
| region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | suppress spurious vibrations." Col. 8, ll. 50-58.  To the extent that it is possible to configure it such that "one or more wavelengths that cause energy leakage into the outer region are not excited in the active region," Akoustis contends that dispersing the frequencies of standing waves meets this limitation. |
| **Claim 4** | **Prior Art** |
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | It would have been obvious to incorporate a frame or border ring as taught in the '548 Publication in order to provide a mass loading to suppress electrically excited piston mode in the frame region as was well-known in the art. |
| **Claim 5** | **Prior Art** |
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The specific thicknesses of the layers are a matter of mere routine experimentation or optimization in accordance with known design considerations.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| **Claim 6** | **Prior Art** |
| The BAW resonator of claim 1 wherein the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region | Depositing the passivation layer before depositing the dielectric structure to produce the claimed structure would have been an obvious design choice and a matter of mere optimization.<br><br>Selection of any order of performing process steps is *prima facie* obvious in the absence of new or unexpected results.  *In re Gibson,* 39 F.2d 975, 5 USPQ 230 (CCPA 1930). |

| of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness (TPA) of the passivation layer in the active region. | |
|---|---|
| **Claim 7** | **Prior Art** |
| The BAW resonator of claim 6 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | It would have been obvious to incorporate a frame or border ring as taught in the '548 Publication in order to provide a mass loading to suppress electrically excited piston mode in the frame region as was well-known in the art.<br><br>The specific thicknesses of the layers are a matter of mere routine experimentation or optimization in accordance with known design considerations.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| **Claim 9** | **Prior Art** |
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '999 Patent teaches a thin film resonator that "operates on bulk standing waves."  Col. 2, ll. 20-23. |
| a piezoelectric layer;<br><br>a first electrode on a first surface of the piezoelectric layer;<br><br>a second electrode on a second surface of the<br><br>piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator 1 includes a piezoelectric layer 6, and a bottom electrode 5, and a top electrode 7. |

| | Fig. 1; col. 4, ll. 55-61. |
|---|---|
| |  |
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and | Fig. 10 illustrates a passivation layer 9, on a surface of the second electrode 7 opposite the piezoelectric layer 6 and within an active region of the resonator.  The passivation layer in this embodiment has a uniform thickness of 2-50nm.<br>Fig. 10; col. 7, 56-65<br> |

| | |
|---|---|
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a<br><br>thickness that is n times the thickness<br><br>($T_{PA}$) of the passivation layer within<br><br>the active region, | One or more material layers, passivation layer 9, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 11. The passivation layer 9 has a thickened portion, 9c, near an outer periphery of the active region. Fig. 11. If "adjacent to the second electrode" is construed to include "on top of the second electrode," then portion 9c of the passivation layer is adjacent the second electrode. The thickness $t_c$ at the point 9c is greater than the thickness of the portion 9B. Fig. 11. The insulator 9 is "thin on the center of the second electrode, and is thick on the periphery of the second electrode." Fig. 11; claim 9.<br><br><br><br>See also, Fig. 13, illustrating an embodiment including a tapered region. |
| wherein: n is a value other than 1; and | Because the insulator is thin on the center of the second electrode and thick on the periphery of the second electrode, n is a value other than 1. |
| n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The thickened portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations." Col. 8, ll. 50-58. To the extent that it is possible to configure it such that "one or more wavelengths that cause energy leakage into the outer region are not excited in the active region," Akoustis contends that dispersing the frequencies of standing waves meets this limitation. |

| Claim 10 | Prior Art |
|---|---|
| A method of fabricating a BAW resonator, comprising: | The '999 Patent teaches a thin film resonator that "operates on bulk standing waves." Col. 2, ll. 20-23. |
| providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer; providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator 1 includes a piezoelectric layer 6, and a bottom electrode 5, and a top electrode 7. Fig. 1; col. 4, ll. 55-61.  FIG. 1 |
| providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and | Fig. 10 illustrates a passivation layer 9, on a surface of the second electrode 7 opposite the piezoelectric layer 6 and within an active region of the resonator. The passivation layer in this embodiment has a uniform thickness of 2-50nm. Fig. 10; col. 7, 56-65.  FIG. 10 |
| providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region | One or more material layers, passivation layer 9, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 11. The passivation layer 9 has a thickened portion, 9c, near an outer periphery of the |

| | |
|---|---|
| of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein: | active region. Fig. 11. If "adjacent to the second electrode" is construed to include "on top of the second electrode," then portion 9c of the passivation layer is adjacent the second electrode. The thickness $t_c$ at the point 9c is greater than the thickness of the portion 9B. Fig. 11. The insulator 9 is "thin on the center of the second electrode, and is thick on the periphery of the second electrode." Fig. 11; claim 9.  See also, Fig. 13, illustrating an embodiment including a tapered region. |
| n is a value other than 1; and | Because the insulator is thin on the center of the second electrode and thick on the periphery of the second electrode, n is a value other than 1. |
| n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The thickened portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations." Col. 8, ll. 50-58. To the extent that it is possible to configure it such that "one or more wavelengths that cause energy leakage into the outer region are not excited in the active region," Akoustis contends that dispersing the frequencies of standing waves meets this limitation. |

| Claim 11 | Prior Art |
|---|---|
| A method of fabricating a BAW resonator, comprising: | The '999 Patent teaches a thin film resonator that "operates on bulk standing waves." Col. 2, ll. 20-23. |
| providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer; providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator 1 includes a piezoelectric layer 6, and a bottom electrode 5, and a top electrode 7. Fig. 1; col. 4, ll. 55-61.  FIG. 1 |
| providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and | Fig. 10 illustrates a passivation layer 9, on a surface of the second electrode 7 opposite the piezoelectric layer 6 and within an active region of the resonator. The passivation layer in this embodiment has a uniform thickness of 2-50nm. Fig. 10; col. 7, 56-65.  FIG. 10 |

| | |
|---|---|
| providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein: | One or more material layers, passivation layer 9, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator.  Fig. 11.  The passivation layer 9 has a thickened portion, 9c, near an outer periphery of the active region.  Fig. 11.  If "adjacent to the second electrode" is construed to include "on top of the second electrode," then portion 9c of the passivation layer is adjacent the second electrode. The thickness $t_c$ at the point 9c is greater than the thickness of the portion 9B.  Fig. 11.  The insulator 9 is "thin on the center of the second electrode, and is thick on the periphery of the second electrode."  Fig. 11; claim 9.<br><br><br><br>See also, Fig. 13, illustrating an embodiment including a tapered region. |
| n is a value other than 1; and | Because the insulator is thin on the center of the second electrode and thick on the periphery of the second electrode, n is a value other than 1. |
| n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1. | The thickened portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations."  Col. 8, ll. 50-58.  Suppression of such vibrations leads to a reduction of mechanical energy density transmitted to the outer region of the resonator. |
| **Claim 12** | **Prior Art** |

| | |
|---|---|
| The method of claim 11 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The thickened portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations." Col. 8, ll. 50-58.  To the extent that it is possible to configure it such that "one or more wavelengths that cause energy leakage into the outer region are not excited in the active region," Akoustis contends that dispersing the frequencies of standing waves meets this limitation. |
| **Claim 13** | **Prior Art** |
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | It would have been obvious to incorporate a frame or border ring as taught in the '548 Publication in order to provide a mass loading to suppress electrically excited piston mode in the frame region as was well-known in the art. |
| **Claim 14** | **Prior Art** |
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The specific thicknesses of the layers are a matter of mere routine experimentation or optimization in accordance with known design considerations.  "[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |
| **Claim 15** | **Prior Art** |
| The method of claim 11 wherein providing the passivation layer comprises providing the passivation layer such that the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer | Depositing the passivation layer before depositing the dielectric structure to produce the claimed structure would have been an obvious design choice and a matter of mere optimization.  Selection of any order of performing process steps is *prima facie* obvious in the absence of new or unexpected results.  *In re Gibson,* 39 F.2d 975, 5 USPQ 230 (CCPA 1930). |

B-35

| | |
|---|---|
| region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness ($T_{PA}$) of the passivation layer in the active region. | |
| **Claim 16** | **Prior Art** |
| The method of claim 15 further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | It would have been obvious to incorporate a frame or border ring as taught in the '548 Publication in order to provide a mass loading to suppress electrically excited piston mode in the frame region as was well-known in the art.<br><br>The specific thicknesses of the layers are a matter of mere routine experimentation or optimization in accordance with known design considerations.<br><br>"[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Aller,* 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). |

| Claim 18 | Prior Art |
|---|---|
| The method of claim 11 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer. | The '425 Publication teaches that the same zone structure with an active zone AK, a transition zone UZ, and an outer zone AU can be created by having a portion of the top electrode E2 overlying the dielectric structure DS rather than by having the dielectric structure DS overlying the top electrode E2. See, Fig. 4.<br><br><br>Fig. 4<br><br>Because the '425 Publication teaches that a metallic electrode layer or a dielectric layer can equally perform the same structural function, it would have been obvious to modify the embodiment of Figs. 1, 10, or 11 by using a material other than the material of the passivation layer. |

# Exhibit B

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417-JPM |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## OPENING EXPERT REPORT OF DR. CLARK NGUYEN REGARDING THE INVALIDITY OF U.S. PATENT NOS. 7,522,018 B2 AND 9,735,755 B2

**TABLE OF CONTENTS**

I.      INTRODUCTION ..................................................................................1

      I. A.    Credentials and Qualifications ...................................................2

      I. A. 1. Educational Background and Academic Experience ...................................2

      I. A. 2. Industry and Government Experience .........................................................3

      I. A. 3. Awards, Publications, and Patents ..............................................................4

II.     ASSIGNMENT...................................................................................5

III.    MATERIALS CONSIDERED .........................................................6

IV.    SUMMARY OF OPINIONS ............................................................6

V.     LEGAL PRINCIPALS......................................................................9

VI.    THE '018 PATENT .........................................................................12

      VI. A.  Lack of Enablement ....................................................................13

      VI. A. 1.       Questionable Efficacy ...................................................13

      VI. A. 2.       Questionable Mechanism...............................................15

      VI. A. 3.       Insufficient Differentiation ............................................15

      VI. B.  The '018 Asserted Claims Are Invalid as Anticipated and Obvious .........16

VII.   THE '755 PATENT .........................................................................19

      VII. A. Prior Art, Enablement and Indefiniteness...................................................20

      VII. A. 1.     Insufficient Differentiation from Known Approaches...................20

      VII. A. 2.     Insufficient Clarity ........................................................24

      VII. A. 3.     Questionable Efficacy ...................................................25

      VII. A. 4.     Implementation Indistinguishable from Well-Known Procedure..27

      VII. B. General Remarks on Invalidity .................................................................28

i

VII. C. The '755 Asserted Claims Are Invalid as Anticipated and Obvious .........30

VIII.    CONCLUSION ......................................................................................................31

ii

I.    **INTRODUCTION**

1.      My name is Clark Nguyen. I am currently the Conexant Distinguished Professor in Electrical Engineering and Computer Sciences at the University of California at Berkeley ("UC Berkeley"), a co-Director and former Executive Director of the Berkeley Sensor & Actuator Center, and the Chair of Electrical Engineering in the Department of Electrical Engineering & Computer Sciences at UC Berkeley.

2.      As discussed further below, I have over three decades of experience in Microelectromechanical systems ("MEMS") technology and Integrated Circuit and System Design. My areas of expertise include integrated micromechanical signal processors and integrated sensors, merged circuit/micromechanical technologies, RF communications, integrated circuit design and technology, and short- and long-term stability in micromechanical devices.

3.      I have been retained on behalf of Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") to provide my analysis and opinions regarding the validity of claims in the US Patent Nos. 7,522,018 B2 (the "'018 Patent") and 9,735,755 B2 (the "'755 Patent") (collectively, the "Asserted Patents").

4.      I am being compensated for my work on this case at a rate of $700 per hour. I am also being reimbursed for all incurred expenses. My compensation does not in any way depend on the content of my analysis, testimony, report(s), or the outcome of this proceeding. I am the Faculty Director of the Berkeley Sensor and Actuator Center ("BSAC"), of which Qorvo is an industry member. I have not worked with Qorvo on any specific projects in my role as Faculty Director. I have no other interests in this proceeding or with any of the parties.

4892-5746-8562

5.      I am competent to testify to the matters stated in this report and declaration, have personal knowledge of the facts and statements herein, and each of the statements is true and correct to the best of my knowledge.

## I. A.   Credentials and Qualifications

6.      Below is a summary of my education, work experience, and publications. A current copy of my complete *curriculum vitae* is attached to this report as **Exhibit A**.

## I. A. 1.   Educational Background and Academic Experience

7.      My educational background includes a Ph.D. in Electrical Engineering and Computer Sciences in 1994, a M.S. in Electrical Engineering and Computer Sciences in 1991, and a B.S. in Electrical Engineering and Computer Sciences in 1988, all at U.C. Berkeley.

8.      I have been a Full Professor of the Electrical Engineering and Computer Sciences Department at U.C. Berkeley from July 2006 until the present. Before that, I worked at the Department of Electrical Engineering and Computer Science at the University of Michigan as an Assistant Professor from 1995 to 2001, an Associate Professor from 2001 to 2006, and a Full Professor up until mid-2006 when I took the professorship position at U.C. Berkeley.

9.      I have regularly taught electrical engineering courses at both the undergraduate and the graduate level. Some of these courses have included piezoelectric and silicon MEMS resonators and related devices, which are reflected in my *curriculum vitae*.

10.      My research focuses on MEMS and circuit design, including integrated micromechanical signal processors and sensors, merged transistor/MEMS circuit design, merged circuit/micromechanical technologies, RF communication architectures, and integrated circuit design and technology.

4892-5746-8562

11.     In particular, my research group at U.C. Berkeley is presently investigating the extension of the frequency range of micromechanical signal processors (including filters, oscillators, and RF front-ends) into the X-Band range, developing merged circuit/microstructure technologies, studying physical phenomena that influence the frequency stability of micro- and nano-scale mechanical resonators, exploring novel architectures for single-chip transceivers for military and commercial applications using MEMS technologies, generating circuit models and developing automatic generation codes for mechanical signal processor design, and designing and implementing novel, completely monolithic integrated sensors.

12.     I am perhaps best recognized as a pioneer of vibrating RF MEMS technology, whose research results include (i) the first VHF micromechanical filter and mixer-filter devices; (ii) the first medium-scale integrated (MSI) micromechanical signal processing circuits; (iii) the first micromechanical power amplifier and converter, (iv) the first ultra-low power MEMS-based wireless communication transceivers, (v) the first micromechanical free-free beam and contour-mode disk and ring resonators with Q's exceeding 42,000 at frequencies up to 3 GHz—still the highest on-chip Q's of any room temperature device at this frequency; and (vi) oscillator circuits referenced to wine-glass disk resonator arrays that achieve phase noise performance commensurate with smartphone reference oscillator specifications.

## I. A. 2.    Industry and Government Experience

13.     In 2001, I founded Discera, Inc., a company aimed at commercializing communication products based upon MEMS technology, with an initial focus on the very vibrating micromechanical resonators pioneered by my research in past years. I served as Vice President and Chief Science & Technology Officer of Discera from 2001 to mid-2002. Discera shipped more

3

than 1 million MEMS-based oscillators per month up until late 2013, when it was acquired by Micrel, itself absorbed by Microchip, who continues to sell these MEMS oscillators to this day.

14.     In mid-2002, I joined the Microsystems Technology Office ("MTO") of the Defense Advanced Research Projects Agency ("DARPA") in Arlington, Virginia, where I served as a Program Manager in MEMS technology. At DARPA, from mid-2002 through 2005, I created and managed a diverse set of programs that included MEMS, Micro Power Generation ("MPG"), Chip-Scale Atomic Clock ("CSAC"), MEMS Exchange ("MX"), Harsh Environment Robust Micromechanical Technology ("HERMIT"), Micro Gas Analyzers ("MGA"), Radio Isotope Micropower Sources ("RIMS"), RF MEMS Improvement ("RFMIP"), Navigation-Grade Integrated Micro Gyroscopes ("NGIMG"), and Micro Cryogenic Coolers ("MCC").

### I. A. 3.     Awards, Publications, and Patents

15.     I have received numerous awards and recognition for my contributions to MEMS (among other things), which are reflected in my curriculum vitae, including the 1938E Award for Research and Teaching Excellence from the University of Michigan in 1998, the University of Michigan EECS Departmental Achievement Award in 1999, the Ruth and Joel Spira Award for Outstanding Teaching in 2000, the University of Michigan's 2001 Henry Russel Award, the U.C. Berkeley EECS Department EE Outstanding Teaching Award in 2013, the 2006 Cady Award from the IEEE UFFC society, and the 2017 IEEE Robert Bosch Micro and Nano Electro Mechanical Systems Award.

16.     I am the author of numerous publications, which are reflected in my *curriculum vitae*. My publication accolades include the 2007 IEEE Transactions on Ultrasonics, Ferroelectrics, and Frequency Control Best Paper Award, the 2005 IEEE International Solid-State Circuits Conference Jack Raper Award for Outstanding Technology Directions, the Best Invited

Paper Award at the 2004 IEEE Custom Integrated Circuits Conference, the 2004 DARPA Tech Best Technical Presentation Award, and together with my students, numerous Best Paper Awards at prestigious conferences that include the IEEE International Frequency Control Symposium, the IEEE International Microelectromechanical Systems Conference, the IEEE International Electron Devices Meeting, and the International Conference on Solid-State Sensors, Actuators, and Microsystems (Transducers).

17.     I am a Fellow of the IEEE and served as President of the IEEE Ultrasonics, Ferroelectrics, and Frequency Control ("UFFC") Society from 2016-2017, its Junior Past-President from 2018-2019, and its Senior Past-President from 2020-2021. I presently serve as the President of the IEEE MEMS Technical Community, which intends to transition to an IEEE Council in the near future.

18.     I also have over 30 pending and granted U.S. patents in MEMS and related technology, which are reflected in my *curriculum vitae*.

## II.     <u>ASSIGNMENT</u>

19.     As noted above, I have been retained on behalf of Akoustis to analyze the Asserted Patents and the prior art. In particular, I have been asked for my opinion as to whether the claimed inventions and methods of the Asserted Patents would be considered novel or obvious in comparison to the teachings of the prior art references by one of ordinary skill in the art. I have also been asked for my opinion as to whether the claimed inventions and methods of the Asserted Patents are invalid due to lack of enablement by one of ordinary skill in the art.

20.     My opinions are based on my technical experience, knowledge, and expertise in RF filter technology generally, and specifically RF filter resonators. My opinions are further based on my review of the Asserted Patents and their prosecution histories, various prior art documents,

materials produced by the parties in this proceeding, and documents reflecting the level of ordinary skill in the art in the relevant time period.

21.     I was involved in the claim construction process in this proceeding and submitted an expert report on claim construction issues. I am familiar with the claim construction briefing submitted to the Court by both Plaintiff Qorvo, Inc. ("Qorvo") and Akoustis, as well as Qorvo's expert declaration regarding claim construction, and the Court's resulting Claim Construction Order.

22.     To the extent new information becomes available, this new information will be reviewed to determine whether it may have an impact on my opinions and analyses. Accordingly, I may be required to supplement this report. If asked, I would expect to testify at trial regarding additional information that becomes available or additional evidence that is admitted.

## III.    <u>MATERIALS CONSIDERED</u>

23.     As part of my preparation for writing this report, I have reviewed the materials listed in **Exhibit B**.

## IV.    <u>SUMMARY OF OPINIONS</u>

24.     This report contains my analysis and opinions regarding the validity of each Asserted Patent. With respect to each patent, I first set forth my analysis and opinions on enablement and overall indefiniteness, followed by my analysis and opinions on claim validity in light of the prior art and my own experience.

25.     Overall, the specification of the '018 Patent and the specification of the '755 Patent, particularly as it relates to any FBAR implementation, lack sufficient detail to enable a person of ordinary skill in the art to practice the claimed inventions. A summary of my conclusions in this regard is:

4892-5746-8562

Claims 1-6, 10, and 12-14 of the '018 Patent are not enabled; and

Claims 1-7, 9-16, and 18 of the '755 Patent are not enabled, especially with respect to an FBAR implementation.

26.     The claimed inventions of the Asserted Patents are also not effective from a cause-and-effect perspective relative to known methods described by publications that predate them. A summary of my conclusions relative to the validity of the Asserted Patents is:

- The WO '740 Publication anticipates claims 1-4, 6, 10, 12, and 14 of the '018 Patent and/or renders obvious on its own claims 2, 5, 10, 12, and 13;

- The WO '740 Publication in view of the '938 Publication renders obvious claim 4 of the '018 Patent;

- The '171 Patent anticipates claims 1, 12, and 14 of the '018 Patent and/or renders obvious on its own claims 2, 4, 5, 13, and 14;

- The '171 Patent in view of the '720 Publication and/or the '425 Publication renders obvious claim 3 of the '018 Patent;

- The '171 Patent in view of the '425 Publication and/or the WO '740 Publication renders obvious claims 6 and 10 of the '018 Patent;

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 is improperly construed so as not to require two different resonators as a result of the "as compared to…. when n=1" claim language, then the DE '425 Publication anticipates claims 1, 2, 4, 5, 11, 13, 14, and 18 of the '755 Patent and/or renders obvious on its own claims 6, 7, 15, and 16;

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 is improperly construed so as not to require two different resonators

7

as a result of the "as compared to…. when n=1" claim language, then the DE '425 Publication in view of Hashimoto renders obvious claims 3 and 12 of the '755 Patent;

- The DE '425 Publication in view of Hashimoto renders obvious claims 9 and 10 of the '755 Patent;

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 is improperly construed so as not to require two different resonators as a result of the "as compared to…. when n=1" claim language, then the '548 Publication anticipates claims 1-7, 9-16, and 18 of the '755 Patent;

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 is improperly construed so as not to require two different resonators as a result of the "as compared to…. when n=1" claim language, then the '548 Publication in view of Hashimoto renders obvious claims 3 and 12 of the '755 Patent;

- The '548 Publication in view of Hashimoto renders obvious claims 9 and 10 of the '755 Patent;

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 is improperly construed so as not to require two different resonators as a result of the "as compared to…. when n=1" claim language, then the '999 Patent anticipates claims 1, 3-7, and 11-16 of the '755 Patent and/or renders obvious on its own claims 6, 7, 15, and 16;

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 is improperly construed so as not to require two different resonators as a result of the "as compared to…. when n=1" claim language, then the '999 Patent in view of the DE '425 Publication, the '548 Publication, Hashimoto, and/or Shockley

renders obvious claims 2 and 18 of the '755 Patent;

- The '999 Patent anticipates and/or renders obvious on its own claims 9 and 10 of the '755 Patent.

## V.   <u>LEGAL PRINCIPALS</u>

27.     I am not an attorney. For the purposes of this report, I have been informed about certain aspects of the law that are relevant to my analysis and opinions on whether I believe that the patents are invalid based on my understanding of one of ordinary skill in the art from a technical perspective.

28.     My understanding of the validity of the patent claims and the state of the art as understood by a person of ordinary skill in the art at the time the invention was made is further based on my understanding of the legal principles of claim construction.

29.     With respect to the level of ordinary skill in the art, it is my opinion that the '755 and '018 Patents concern BAW resonators as used in certain RF filters. Based on the complexity of the technology, one of ordinary skill in the art during the time period in question would have had an undergraduate degree in electrical engineering with two to four years of experience in the technical field, or a master's degree in electrical engineering with one to two years of experience in the field; or an equivalent combination of education and experience. I base this on my experience working with those of ordinary skill in the art in the relevant technology, my years of experience teaching those subjects, and curriculum development and administration during my teaching career.

30.     I understand that prior art to the Asserted Patents includes at least patents and printed publications in the relevant art that predate the respective filing dates of each patent.

31.     I understand that a patent may include two types of claims: independent claims and

4892-5746-8562

dependent claims. An independent claim stands alone and includes only the limitations it states. A dependent claim can depend from an independent claim or another dependent claim. I understand that a dependent claim includes all the limitations that it states in addition to all the limitations recited in the claim(s) from which it depends.

32.     I understand that for a patent claim to be valid, what is claimed must be novel. I further understand that if each and every element of a claim is disclosed in a single prior art reference, then the claimed invention is anticipated under 35 U.S.C. § 102, and the claimed invention is not valid. In order for the invention to be anticipated, each element of the claimed invention must be described or embodied, either expressly or inherently, in the single prior art reference. In order for a reference to inherently disclose a claim limitation, that limitation must necessarily be present in the reference.

33.     I understand that a prior art reference must, in order to anticipate, provide sufficient disclosure to enable a person of ordinary skill in the art to practice what is described.  In this regard, I understand that apparatus claims cover what a device is, not what a device does. Furthermore, a claim containing a recitation with respect to the manner in which a claimed apparatus is intended to be employed does not differentiate the claimed apparatus from a prior art apparatus if the prior art apparatus teaches all the structural limitations of the claim.

34.     In addition to being novel, I understand that, for a patent claim to be valid, what is claimed must be non-obvious. Obviousness under 35 U.S.C. § 103 is a basis for invalidity as follows: where a prior art reference discloses less than all limitations of a given patent claim, that patent claim is invalid if the differences between the claimed subject matter and the prior art reference are such that the claimed subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the relevant art.

4892-5746-8562

35.     Under this standard, I understand that a single prior art reference, even though not anticipating, could still render a claim obvious to a person of ordinary skill in art, given that person's knowledge and experience in the field, as well as an understanding of the state of the art at the time the prior art reference was disclosed. Obviousness can also be based on a combination of references that discloses all limitations of the claimed invention, either expressly or inherently.

36.     I understand that an obviousness determination requires an analysis of the scope and content of the prior art, any differences between the alleged invention and the prior art, and the level of ordinary skill in evaluating the pertinent art.

37.     I further understand that a claim may be obvious if there is a reason for a person of ordinary skill in the art to modify a prior art reference or to combine multiple prior art references to arrive at the alleged invention recited in the claims. If a person having ordinary skill in the relevant art can implement a predictable variation, obviousness likely bars its patentability. For the same reason, if a technique has been used to improve one device, and a person having ordinary skill in the art would recognize that it would improve similar devices in the same way, using the technique is obvious.

38.     I understand that a claim can be obvious if it unites old elements with no change to their respective functions or alters prior art by mere substitution of one element for another known in the field, and that combination yields predictable results. While it may be helpful to identify a reason for a modification or combination, common sense should guide the analysis, and no rigid requirement of finding a teaching, suggestion, or motivation to combine is required. Design incentives and other market forces in the same field or a different one can also prompt modifications or combinations.

4892-5746-8562

39.     I further understand that certain factors may support or rebut the obviousness of a claim. I understand that such secondary considerations include, among other things, commercial success of the patented invention, skepticism of those having ordinary skill in the art at the time of invention, unexpected results of the invention, any long-felt but unsolved need in the art that was satisfied by the alleged invention, the failure of others to make the alleged invention, praise of the alleged invention by those having ordinary skill in the art, and copying of the alleged invention by others in the field.

40.     I understand that there must be a nexus—a connection—between any such secondary considerations and the alleged invention. I also understand that contemporaneous and independent invention by others is a secondary consideration tending to show obviousness.

41.     I understand that obviousness should not be analyzed using the benefit of hindsight. Instead, it must be analyzed from the standpoint of what a person of ordinary skill in the art would have known and understood at the time of the claimed invention.

42.     I understand that the specification of a patent must teach those of ordinary skill in the art how to make and use the full scope of the claimed invention without undue experimentation.

## VI.     THE '018 PATENT

43.     The '018 Patent is entitled "Electro-Acoustic Resonator with a Top Electrode Layer Thinner Than a Bottom Electrode Layer." The '018 Patent has a filing date of December 4, 2003, and a foreign priority date of December 13, 2002. The '018 Patent describes an electro-acoustic resonator that includes a piezoelectric layer sandwiched between a pair of electrodes, a top electrode and a bottom electrode. The top electrode is thinner than the bottom electrode. The '018 Patent states that "[the] optimum coupling factor $k_r$ is achieved by the arrangement that the top electrode… is thinner than the bottom electrode…." *See*, '018 Patent, Abstract.

12

44.    Qorvo has asserted the infringement of claims 1-6, 10, and 12-14 of the '018 Patent in this case (the "'018 Asserted Claims").

**VI. A.  Lack of Enablement**

45.    The '018 Patent lacks enablement because the efficacy of its approach is questionable, the mechanism it provides to explain how it works is questionable, and its efficacy cannot be distinguished amongst many other more effective methods to achieve its objective. The following subsections now expand on these.

**VI. A. 1.   Questionable Efficacy**

*The alleged cause and effect on which the '018 Patent is premised is not correct. Specifically, reducing the thickness of the top electrode relative to the bottom electrode so that the former is thinner than the latter does not necessarily lead to an increase in electromechanical coupling, i.e., an increase in potential filter bandwidth. Just as often, it leads to a decrease in bandwidth.*

46.    This patent is invalid because it is not enabled. Specifically, the intended purpose, *i.e.*, "to increase a filter bandwidth of the electro-acoustic resonator," is not achieved simply by selecting a top electrode thickness that is less than a bottom electrode thickness.

47.    This asserted result is in fact contradicted by the data of the Fig. 4-7 tables included in the patent specification. For example, in the T3 = 250 nm column of the Fig. 4 table, where T3 refers to the top electrode thickness, the largest electromechanical coupling of 0.224 occurs when the bottom electrode thickness (T4) is 200 nm, which is thinner than the top electrode. As the bottom electrode gets thicker going down the column, the electromechanical coupling starts dropping to 0.219 with equal top and bottom thicknesses, and down to 0.217 when the top electrode is much thinner than the 400-nm-thick bottom electrode. Since the largest attainable bandwidth for many specific filter designs often increases with electromechanical coupling, one can loosely

13

equate electromechanical coupling in Figs. 4-7 with maximum potential bandwidth. Doing so, it appears that this column in the table of Fig. 4 disputes that the approach described by the claims of the '018 Patent constitutes a valid design strategy. In particular, claim 1 seems to not hold for many cases, and looking more closely at not only columns, but also rows, of the tables, the instances when a thinner top electrode than bottom electrode provides a stronger electromechanical coupling (or a wider potential bandwidth) seem quite random. One of ordinary skill in the art does not have a basis to determine which of the many combinations of thicknesses will work as suggested and which will not work as suggested.

48.     The tables thus dispute the premise of claim 1, *i.e.*, that a thinner top electrode than bottom electrode provides a wider bandwidth. That there are instances where the opposite is true, *i.e.*, a thicker top electrode than bottom electrode provides the largest electromechanical coupling, hence largest bandwidth for certain filter designs in a given row or column, further disputes claim 1. That there are cases where equal top and bottom electrode thicknesses provide the largest electromechanical coupling, hence largest filter bandwidth, *e.g.*, the T4 = 150 nm row of Fig. 4, also disputes the claim. Electromechanical couplings further do not seem to monotonically vary with decreasing top electrode thickness or increasing bottom electrode thickness.

49.     With no consistent causal relationship or mapping between the thinness of the top electrode relative to the bottom electrode and the strength of a resonator's electromechanical coupling, the limitations of claim 1 cannot be said to create the suggested effect. And further, with many other available methods to increase the bandwidth of a filter, including stack engineering (as taught in the '740 Patent), and considering that increasing bandwidth via top electrode thickness relative to bottom electrode thickness is hit and miss with no mechanism explained in the '018 Patent or supported by any well-known physical principal, the '018 Patent does not allow one of

14

ordinary skill in the art to determine whether an increase in filter bandwidth came about via the electrode thickness ratioing described and claimed in the '018 Patent, or not.

## VI. A. 2.   Questionable Mechanism

*The '018 Patent does not offer a supportable argument for how a thinner top electrode than bottom electrode provides a wider bandwidth.*

50.     The patent states, "The enhancement occurs due to an improved match, inside the piezoelectric layer, between the spatial distributions of the applied electric field (which is approximately constant in the direction normal to the layer) and the electric field directly coupled to the acoustic wave (which is approximately co-sinusoidal about a plane midway between thin electrodes, but closer to constant for optimal electrode thickness)." Col. 2, ll. 2-8. One of ordinary skill in the art would not know whether this is a significant effect, especially in light of other simultaneous effects, such as the change in layer impedances (including electrodes) as the electrode layer thicknesses vary.

51.     In fact, as either electrode thickness approaches a quarter-wavelength at the resonance frequency, the stack begins to react more like a Bragg reflector (or mirror), which can remove much of the resistance to motion of the stack and thereby raise the effective electromechanical coupling. It is not immediately clear which mechanism then is responsible for the increase. If it is the reflector effect, then this is something that was known for many years before the '018 Patent. Some analysis to distinguish which mechanism dominates is needed but is not provided in the '018 Patent. The haphazard, nearly random, nature of the data in the '018 Patent's tables further attest to the lack of a teaching to one of ordinary skill in the art that enables the claimed inventions.

## VI. A. 3.   Insufficient Differentiation

15

*Given that some of the '018 Patent claims supposedly result in an "increased filter bandwidth" or a "maximized filter bandwidth," the '018 Patent does not teach one of ordinary skill how to determine whether the bandwidth increased or is maximized. And the '018 Patent does not teach one of ordinary skill how to do so.*

52.     For example, consider a BAW product that has a desired bandwidth. If there is only one product, *e.g.*, it is the only product in its frequency range, there is nothing else to compare with, so no reference by which to determine whether the bandwidth increased versus a previous product in the frequency range. If there were another product in the same space and the product in question had a larger bandwidth, then an argument is possible, but the '018 Patent does not teach one of ordinary skill how to establish whether this happened because of a thinner top electrode than bottom electrode versus so many other design changes that could have caused this (and that arguably are more effective in raising bandwidth).

53.     These other design approaches include choice of the piezoelectric material, doping of the piezoelectric material, choice of the electrode material, use of an FBAR or an SMR, the type of coupling employed between the resonators constituting a filter, the acceptable filter passband ripple (where a higher ripple threshold allows for a larger bandwidth), reduction in shunt parasitic capacitance at the input/outputs (where parasitic capacitance lowers electromechanical coupling), increasing the piezoelectric thickness versus its stack thickness, and many more.

54.     Any resonator or filter design will use a plurality of these approaches, making it very difficult to ascertain, if even possible, which of the approaches is truly responsible for the larger bandwidth. Given that the '018 Patent teachings do not support the proposition that a thinner top electrode always leads to a larger bandwidth, it is apparent that what is claimed is not enabled.

**VI. B.   <u>The '018 Asserted Claims Are Invalid as Anticipated and Obvious</u>**

4892-5746-8562

55.     Electrode engineering to affect performance parameters of acoustic resonators, such as BAW resonators, is an age-old practice. Indeed, it was well-known even for quartz crystals that predate FBARs and SMRs that electrode material, thickness, shape, and proximity to the resonator [Kosinski, 1989] [Shockley, 1966] [Osbond, 1999] [US Pat. 4,135,108] [WO 99/10938] [WO 02/093740] [WO 2002023720A1] [US Pat. 6,081,171], all influence numerous performance variables for BAW resonators, including resonance frequency, quality factor, spurious mode suppression, and yes, the topic of the '018 Patent: electromechanical coupling. A person of ordinary skill in the art of BAW resonator design will undoubtedly understand that changes to any of the electrode thicknesses, let alone the relative thicknesses of the top and bottom electrodes, will affect BAW performance.

56.     There are numerous instances of existing or documented electroacoustic resonators for which the top electrode is thinner than the bottom electrode. Indeed, even if the intention were to make the electrodes equal, finite fabrication tolerances alone would dictate that perhaps half of the resonators manufactured would have top electrodes thinner than bottom electrodes. This is not to say that this occurs only by chance. Indeed, there are pre-2002 examples of resonators for which the top electrode was purposely designed [Kosinski, 1989] [Shockley, 1966] [Osbond, 1999] [US Pat. 4,135,108] [WO 99/10938] [WO 02/093740] [WO 2002023720A1] [US Pat. 6,081,171].

57.     Just a few examples of resonators for which thinner top electrodes than bottom influence the electromechanical coupling are:

- Japanese Patent WO 02/093740 includes an FBAR resonator with a ~100-nm-thick top electrode thinner than a ~115-nm-bottom electrode.

- US Pat. No. 6,081,171 describes a resonator for which a 322-nm-thick top electrode is thinner than its 331-nm-thick bottom electrode.

17

- US Pat. No. 5,873,154 describes a BAW resonator for which its 200-nm-thick top electrode is thinner than its 1300-nm-thick bottom electrode.

58.    There are indeed ample examples predating the '018 Patent where the top electrode of a BAW resonator was thinner than its bottom electrode and this impacted the electromechanical coupling of the resonator in a way that raises it. All this prior art invalidates claim 1 by anticipation. To the extent that any element of any of the claims is not explicitly or inherently shown in a single reference, that element is well-known in the art, shown in other references, and therefore those claims are obvious in view of combinations of the art discussed herein.

59.    In this regard, the originally filed claims in the application that became the '018 Patent were all rejected. QORVO_00000204 - QORVO_00000216; QORVO_00000238 - QORVO_00000249. During prosecution, functional language, "to increase a filter bandwidth of the electro-acoustic resonator," was added to overcome prior art rejections based on art showing the use of a thinner top layer. QORVO_00000254 - QORVO_00000258.

60.    The claim charts attached to my report as **Exhibit C** set forth my analysis and opinions regarding the invalidity of each '018 Asserted Claims. Specifically, it is my opinion that:

- The WO '740 Publication anticipates claims 1-4, 6, 10, 12, and 14 of the '018 Patent and/or renders obvious on its own claims 2, 5, 10, 12, and 13;

- The WO '740 Publication in view of the '938 Publication renders obvious claim 4 of the '018 Patent;

- The '171 Patent anticipates claims 1, 12, and 14 of the '018 Patent and/or renders obvious on its own claims 2, 4, 5, 13, and 14;

- The '171 Patent in view of the '720 Publication and/or the '425 Publication renders obvious claim 3 of the '018 Patent;

18

4892-5746-8562

- The '171 Patent in view of the'425 Publication and/or the '740 Publication renders obvious claims 6 and 10 of the '018 Patent.

## VII.   **THE '755 PATENT**

61.     The '755 Patent is entitled "BAW Resonator Having Lateral Energy Confinement and Methods of Fabrication Thereof." The '755 Patent has a filing date of October 6, 2015, and claims priority to a provisional patent application filed August 20, 2015. It claims an approach to reduce energy loss from an active region of a BAW resonator to its surrounding outer region by depositing a passivation layer and sizing the layer stack in the outer region so that the ratio of the outer region thickness over the piezoelectric layer to the active region passivation layer thickness is not equal to 1. It claims that the case where n is not equal to 1 will yield less energy loss (or a higher quality factor Q ['755, Col. 7, lines 29-30]) than the case where n=1.

62.     Qorvo has asserted the infringement of claims 1-7, 9-16, and 18 of the '755 Patent in this case (the "'755 Asserted Claims").

63.     None of the originally filed independent application claims from the originally filed '755 patent application were allowed. Rather, they were all rejected, and this rejection was not contested. Instead, in the Examiner's Communication of January 4, 2017, the Examiner, without giving any reasoning, simply stated that what were application claims 2, 3, 11, and 12 would be allowable if rewritten into independent form. QORVO_0000350-0000360 at QORVO_0000359. In response, in the Patent Owner submission of March 17, 2017, that was done, such that all of the independent claims (as amended or newly added), then contained one of two variants of language: that from what had been dependent application claims 2 and 11 ("as compared to ….when n is equal to 1"), and that from which had been dependent application claims 3 and 12 ("wavelengths…are not excited…"). QORVO_0000379 – QORVO_0000391.

19

**VII. A.**          **Prior Art, Enablement and Indefiniteness**

64.     The '755 Patent presents an enablement issue with respect to FBAR resonators that I now itemize in the following sub-sections.

**VII. A. 1.  Insufficient Differentiation from Known Approaches**

***The description of the '755 Patent approach does not clearly differentiate it from approaches already known to a person of ordinary skill in the art.***

65.     The '755 Patent attempts to differentiate its approach from previous well-known dispersion design approaches by claiming ['755 Patent, Col. 7, lines 8-16] that it uniquely modifies the imaginary part of the lateral dispersion in the outer region in a way that promotes lateral wave decay in the outer region that then reduces lateral leakage. However, adjusting stack layer thicknesses to vary mass or stiffness loading in different regions of a piezoelectric material slab to modify both the real and imaginary parts of the propagation constant in each region is a well-known technique described long ago by Shockley [Shockley, 1966] and many other authors [Hashimoto, 2009] [Shen, 2002] [DE 102 41 425 A1] [US Pat. 6,081,171] over many decades.

66.     There are an ample number of publications that describe how differences in the thicknesses of various regions in a piezoelectric slab of material, whether achieved by mere etching of the piezoelectric or by adding stacks of layers of the same or other materials, allow a designer to tailor each region so that it either supports lateral wave propagation at specific frequencies or not. The use of mass loading (or stiffness loading) to affect differences in the mass or stiffness of different regions on a piezoelectric slab has long been a nearly universal technique used well before FBARs or SMRs were employed as front-end filters in communication circuits.

67.     In fact, these methods were in use more than 60 years ago to trap energy within the active region of vibrating quartz crystals to maximize the Q of their resonance, which in turn

4892-5746-8562

maximizes the performance of oscillators referenced to said quartz crystals. Even in these days long ago, this universal technique basically entailed varying the thicknesses of different regions on a piezoelectric slab, whether by etching [Shen, 2002] [US Pat. 6,874,211] or mass loading [US 2014/0159548 A1].

68.    Thus, it is not clear from the '755 Patent specification that its approach is any different from what is well known to a person of ordinary skill in the art. In fact, as illustrated by the figure below, depositing a passivation layer over both the active region and the outer region of a BAW resonator amounts to nothing more than changing the ratio of thicknesses between the active region and outer regions, making this approach indistinguishable from the approach well known to a person of ordinary skill in the art. The Patent Examiner in the examination recognized this by rejecting all but application claims 2, 3, 11 and 12, as noted above.



69.    A person of ordinary skill in the art will know from literature predating the '755 Patent, e.g., [Shockley, 1966] [Shen, 2002], that one can trap lateral wave energy in the active device by designing the thicknesses of the active and outer regions. They will know that they can do this with [US 2014/0159548 A1], or without [Shockley, 1966] a border transition region

between them. In the latter approach, *i.e.*, without a border region, a designer need only practice the mass loading teachings of Shockley [Shockley, 1966] and/or the many publications describing mesa-based approaches to energy trapping [Shen, 2002], where one need only create a (normally abrupt) surface discontinuity (*cf.* the figures in Section VII. B. ) to affect the mass or stiffness loading needed to establish the dispersion curves or real and/or imaginary propagation constants to allow only evanescent waves in the outer region, thereby greatly eliminating energy loss to the outer region.

70.     If using an approach incorporating a border transition region, one can choose the region thicknesses so that the active region is acoustically matched to the adjacent border region, then choose the lateral dimensions of the border transition region and the thickness dimension of the outer region so that lateral waves reflect from the border region-outer region interface after traversing a 1/4 wavelength of distance through the border region [DE 102 41 425 A1, ¶75]. This reflection can create a standing wave in the device that contains the energy in the device and prevents energy loss, similar to the Bragg reflector below an SMR, but this time in the lateral direction.

71.     While the '755 Patent applicants did this, there is no need to define "n" as a ratio between the thickness of an outer region stack over the piezoelectric and the passivation layer thickness over an active region. All deposition of a passivation layer does is change the active region-to-outer region (AR-to-OR) stack ratio from (referring to the previous figure).

AR-to-OR Stack Ratio (before) $= \frac{t_{AR(before)}}{t_{OR(before)}}$ before passivation deposition to

AR-to-OR Stack Ratio (after) $= \frac{t_{AR(before)+t_{passivation}}}{t_{OR(before)} + t_{passivation}}$

22

after passivation deposition, where the AR-to-OR Stack Ratio(after) is slightly smaller than the AR-to-OR Stack Ratio(before).  Adjusting the active region-to-outer region stack ratio is a well-known method to tailor the active region-to-outer region interface to either support or suppress lateral wave propagation [Shockley, 1966] [Shen, 2022], and depositing a uniform layer over an existing thickness discontinuity is an obvious way to affect a change in this ratio. So for the independent claims that include the "…as compare to ….n=1" limitation, they would have been obvious other than with respect to the requirement to make two devices in order to satisfy the plain meaning of the claim language, as to make two such devices would not have been obvious to one of ordinary skill in the art.

72.     Notably, Gernot Fattinger, one of the inventors of the '755 Patent, conceded in his deposition testimony that nothing in the specification teaches "a formula to govern ratio of the passivation layer in the active region to the outer region."  October 25, 2023 Deposition Transcript of Gernot Fattinger, pp. 191-192. Additionally, in explaining how the purported invention of the '755 Patent is implemented, he described a process involving simulation of appropriate amounts of passivation material to be trimmed in the active and outside regions. *Id.*, pp. 176-177. Indeed, he testified that there is not any way to figure out the appropriate amounts of material to be trimmed without performing simulations. *Id.* The '755 Patent itself does not include any description of performing simulations to obtain the appropriate ratios.

73.     The "wavelengths …. not excited" set of claims of the '755 Patent describes an acoustic match between the active and outer region to allow lateral propagating waves to escape the active region. If there are no reflective boundaries in the outer region, then the wave reinforcement needed to generate a standing wave is not present, so a lateral mode is not excited.

23

74.     Whether effective or not, this method of acoustically matching the active and outer regions to prevent excitation of a standing wave (or mode) was known before the '755 Patent to a person of ordinary skill in the art in light of the teachings of Hashimoto [Hashimoto, 2009]. Specifically, Hashimoto teaches that a laterally infinite resonator will not support a lateral mode, since it has no boundary conditions, *i.e.*, no edges, that can trap lateral waves to form a mode [Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral wavenumber is zero, as set forth more fully in the prior art invalidity section.

75.     A person of ordinary skill in the art will know that the boundary for lateral waves disappears, *i.e.*, the lateral length effectively becomes infinite, when the active region is matched to the outer region at their interface, since a matched condition allows lateral waves to propagate from one region to the other without reflection. In other words, a matched condition removes the boundary that reflects waves to form a mode, thereby removing the ability to generate or excite a lateral mode in the active region. Thus, the '755 Patent's description of the mechanism that suppresses mode excitation was already described by Hashimoto in a book that predates that patent.

## VII. A. 2.  <u>Insufficient Clarity</u>

***The mechanism claimed to achieve the patent's intent is not sufficiently described to a level where a person of ordinary skill in the art can implement it, e.g., for an FBAR device, as the description in the patent specification of the mechanism behind the approach in fact makes a stronger case that the approach would more likely result in the opposite effect to that desired, i.e., lead to more energy loss, not less, for an FBAR device.***

76.     Matching at the active to outer region interface will allow lateral propagating waves to freely escape the active region. While this can theoretically prevent the formation of a lateral

24

standing wave and thus theoretically prevent excitation of such an associated mode, this would not prevent energy transfer from the active region to the outer region and eventual loss of this energy, nor is it described how to achieve this, e.g., for an FBAR resonator.

77.     Therefore, this approach and mechanism as described does not achieve the intent of the patent, e.g., for an FBAR resonator, which from the very second sentence of the '755 Patent and from Col. 2, lines 23-26, is to reduce energy loss from the active region to maintain or raise the quality factor of the device towards better resonator performance.

**VII. A. 3.  <u>Questionable Efficacy</u>**

***For an actual fabricated BAW resonator employing a passivation layer for which n does not equal 1, there is no clear way to ascertain whether the approach is even working, since there are many other design approaches that reduce energy loss, many of them more effective than the method of the '755 Patent.***

78.     The '755 Patent attempts to use simulations of SMR resonators to allegedly prove the efficacy of its approach. The simulations, however, are presented in grayscale, not color, so one cannot decipher for example whether a dark-shaded region corresponds to high or low energy. Consequently, one cannot decipher from the simulations whether the '755 Patent approach achieves its stated goal to reduce energy loss to the outer region. I note further that the accuracy of any simulation is generally dependent on the implementation details governing it. For example, a finite element simulation depends not only on the physical parameters used, such as density, elastic modulus, temperature coefficient, etc., but also on the specifics of the simulation setup, such as the type, size, and number of elements used in its mesh.

79.     It is especially difficult to correctly model and mesh effects that occur at material interfaces and regions of high spatial frequency, such as corners and abrupt topography. In such

cases the result of a finite element simulation can vary quite widely depending on the mesh specification. Thus, a person of ordinary skill in the art will know that one cannot rely entirely on simulation to implement a feature in a product, but rather must demonstrate the intended effect via physical experimentation. The '755 Patent contains no physical experimental data to support the efficacy of its approach.

80.     If one ignores the above and accepts that the simulations are correct for the SMR resonators on which they are run, note that without an equivalent simulation for an FBAR resonator this approach would not be taught for an FBAR resonator, since the differences between an SMR and FBAR are substantial. To start with, the Bragg reflector of an SMR and its overlap into the outer region will influence the lateral wave propagation in the outer region in a way that does not apply to an FBAR, for which there is no Bragg reflector present, so there is no interference from said Bragg reflector. With respect to the differences between SMR and FBAR resonators, I note the testimony of Dr. Robert Aigner, where he stated that while (in his opinion) SMR resonators were typically relatively easy to manufacture, FBAR resonators were not. November 8, 2023 Deposition Transcript of Robert Aigner, pp. 112-113. Indeed, each of these resonator types comes with their own unique manufacturing challenges. For an SMR, it is difficult to ensure that all Bragg reflector layers are sized to be quarter wavelength in the face of film thickness variations across a wafer. This problem, however, is not present in an FBAR manufacturing process flow. On the other hand, an FBAR manufacturing process must deal with stress in the suspended membrane—something that is much less problematic for an SMR, which of course does not have a suspended membrane. Again, the differences between an SMR and FBAR are substantial, and the '755 Patent contains nothing to teach its approach for an FBAR.

4892-5746-8562

81.     Ultimately, there are not sufficient teachings within the '755 Patent to allow one of ordinary skill in the art to make the invention as claimed, nor to determine whether a given increase in quality factor or other indication of reduced energy loss were caused by the approach specified by the '755 Patent or by the many other approaches already known to reduce loss, many of which much more effective at doing so. Indeed, as explained in my tutorial at the claim construction hearing, other loss mechanisms, such as metal material loss, metal electrode resistive electronic loss, and piezoelectric material loss can all contribute significantly more loss than the lateral wave propagation focus of the '755 Patent.

82.     Thus, when one sees a passivation layer over a given BAW resonator whose quality factor has increased, one cannot conclude that the passivation layer was responsible for the reduced energy loss, since that reduced energy loss could have come about via any number of design strategies, including changing the electrode metal material, or changing or improving the piezoelectric material.

83.     Ultimately, there is no clear way to ascertain whether the method of the '755 Patent is even working in the face of all of these (largely more effective) strategies to reducing energy loss.

## VII. A. 4.  <u>Implementation Indistinguishable from Well-Known Procedure</u>

***The method of the '755 Patent revolves around a fabrication process step that is nearly universal for wafer-scale planar fabricated devices, specifically the deposition of a passivation layer. It is unclear how one might differentiate the procedure of the '755 Patent from the mere deposition of a passivation layer for the universal purpose to passivate or protect the device.***

84.     There is no way to determine whether a device that includes a passivation layer intended to use the approach of the '755 Patent rather than using the passivation layer to passivate

27

or protect devices from the environment, the latter being the accepted universal reason for including a passivation layer. The fact that the layer is called a "passivation layer" underscores the fact that passivation, *i.e.*, environmental protection or isolation, is by far the main reason why products include this.

85.     Indeed, it is well known that the exposed surfaces of any planar-processed device, *e.g.*, a transistor, a resonator, has a higher susceptibility to unwanted contamination effects due to the higher surface-to-volume ratio of microscale devices versus macro scale ones. Among the unwanted effects are undue charging via dangling bonds and just plain contamination that can promote energy loss, *i.e.*, lower Q, or introduce unwanted resistive paths. Passivation by depositing a protective film, *e.g.*, silicon dioxide, silicon nitride, prevents these unwanted surface effects. Most commercial products that use planar monolithic fabrication will likely have a passivation layer.

## VII. B.        General Remarks on Invalidity

86.     It was well-known for decades prior to the filing date of the '755 Patent that resonators could be designed with the intention to define regions that either support or prevent the excitation of particular modes (*i.e.*, wavelengths). By designing interfaces between the resonator region and outside regions, an acoustic match or an acoustic mismatch can be produced. This was shown, for example, by Shockley as early as 1963 (Fig. below from, Nguyen, BAW Resonator Tutorial, 11/17/2022, p. 33).



28

87.     Structures for producing a match or mismatch can include mass loading, mass reduction (providing a thinner region, for example), changes in geometry, and changes in materials. As shown in the Figure below (*id.*), a thickened ring (Region 3) around Region 1 creates Region 2 outside that region. A thinned region creates a Region 4. Region 5 represents a stack of different materials which may represent a different resonator, or another structure altogether. Finally, Region 6 is defined by a thickened region of the substrate, without any additional layers.



88.     This general approach to designing resonators and selecting what energy is to be confined or allowed to escape is a common thread among the references cited below, and the '755 Patent at bar. Once the general approach is known, it is simply a matter of applying known design principles in a known way for one of ordinary skill in the art to design and manufacture resonators for particular uses.

89.     With respect to the recited feature in which "n is within a range of values [such that energy in the outer region] is reduced as compared to [energy in the outer region] when n is equal to 1," I understand this term, in accordance with its plain meaning, to mean that this requires a comparison between two different configurations of an otherwise identical device. I further understand that Qorvo has taken the position that it more broadly means simply that good bandwidth performance is present in the claimed resonator. *See, e.g.*, Qorvo's Final Infringement Contentions – Exhibit B, B-13-B15; B-18-B-19; B-43-B-45; B-58-B-60; B-73-B-77. Assuming

4892-5746-8562

arguendo Qorvo's position, then my opinion is as discussed below in Section VII.C., and as shown in **Exhibit D**.

VII. C.        <u>**The '755 Asserted Claims Are Invalid as Anticipated and Obvious**</u>

90.        The claim charts attached to my report as **Exhibit D** set forth my analysis and opinions regarding the invalidity of each '755 Asserted Claim. Specifically, it is my opinion that:

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 are improperly construed so as not to require two different resonators as a result of the "as compared to…. when n=1" claim language, then the DE '425 Publication anticipates claims 1, 2, 4, 5, 11, 13, 14, and 18 of the '755 Patent and/or renders obvious on its own claims 6, 7, 15, and 16;

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 are improperly construed so as not to require two different resonators as a result of the "as compared to…. when n=1" claim language, then the DE '425 Publication in view of Hashimoto renders obvious claims 3 and 12 of the '755 Patent;

- The DE '425 Publication in view of Hashimoto renders obvious claims 9 and 10 of the '755 Patent;

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 are improperly construed so as not to require two different resonators as a result of the "as compared to…. when n=1" claim language, then the '548 Publication anticipates claims 1-7, 9-16, and 18 of the '755 Patent;

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 are improperly construed so as not to require two different resonators as a result of the "as compared to…. when n=1" claim language, then the '548

30

Publication in view of Hashimoto renders obvious claims 3 and 12 of the '755 Patent;

- The '548 Publication in view of Hashimoto renders obvious claims 9 and 10 of the '755 Patent;

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 are improperly construed so as not to require two different resonators as a result of the "as compared to…. when n=1" claim language, then the '999 Patent anticipates claims 1, 3-7, and 11-16 of the '755 Patent and/or renders obvious on its own claims 6, 7, 15, and 16;

- If the '755 Patent claim limitation that formed the basis for the Examiner's allowance of claims 1 and 11 are improperly construed so as not to require two different resonators as a result of the "as compared to…. when n=1" claim language, then the '999 Patent in view of the '425 Publication, the '548 Publication, Hashimoto, and/or Shockley renders obvious claims 2 and 18 of the '755 Patent;

- The '999 Patent anticipates and/or renders obvious on its own claims 9 and 10 of the '755 Patent.

## VIII.  <u>CONCLUSION</u>

91.     As shown in the claim charts, and described above, it is my opinion that all claims of both the '018 Patent and the '755 Patent are invalid. Neither of the Asserted Patents teaches one of ordinary skill in the art how to make and use the invention claimed and are therefore invalid as not enabled. Finally, both patents attempt to claim devices, structures, and methods that were well understood long before their filing dates, and are therefore invalid as anticipated or obvious in view of the prior art.

4892-5746-8562

92.     While the opinions set forth in this opening report are complete, I reserve the right to supplement this report and any of the opinions expressed herein, should I receive additional information or evidence that is relevant to those opinions between now and the time that I testify at deposition or trial. Moreover, I reserve the right to serve one or more additional expert reports in this litigation if requested to do so, and I reserve the right to supplement the opinions set forth herein as part of such additional expert reports in order to account for additional information or evidence that is learned or developed before any such additional report is prepared.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and information.

Dated:_____              Respectfully submitted,


                                   Clark Nguyen, PhD.

32

Exhibit C

**EXHIBIT C**
**Initial Expert Report of Clark Nguyen**

**WO 02/093740**

| '018 Asserted Claim 1 | WO 02/093740 (Japanese with Translation) |
|---|---|
| Electro-acoustic resonator (1, 8, 17) comprising: | There is no question that the '740 Publication describes electro-acoustic resonators of the FBAR and SBAR types. So, this element of the claim is present. One of the parties attempts to suggest in places that translation from one language to another leaves some doubt, but the figures alone leave no doubt. For example, the figure on the first page is clearly an FBAR. |
| a membrane structure FBAR (1) with a layer structure comprising a piezoelectric layer (5, 14, 24) and a top (6, 15, 25) and a bottom (4, 13, 23) electrode layer, with the thickness (T1, T2, . . . T6) of the two electrode layers being unequal, | Again, the figure on the first page is clearly an FBAR, comprising a piezoelectric layer 16 sandwiched by a top electrode layer 17 and a bottom electrode layer 15, all supported by a membrane, thin film 13. See, Fig. 2; p. 14, ll. 22-28. And again, language translation is not a factor, here.

In Example 2, the lower electrode 15 is 115nm thick and the upper electrode 17 is thinner, being only 100nm thick. See, p. 30, ll. 27-31. This element is thus present in this document.

I can further say with confidence that in actual realization of BAW resonators, the top and bottom electrodes will nearly always be unequal, just from the finite fabrication tolerances of planar processes. This is a very well known fact that permeates all manufactured BAW resonators, which is why it is remarkable that a patent exists that attempts to include a difference in thickness between the top and bottom electrodes. It is improper to patent something that has existed since the very first BAW resonator. |
| characterised in that the top electrode layer (T1, T3, T5) is thinner than the bottom (T2, T4, T6) electrode layer to increase a filter bandwidth of the electro-acoustic resonator. | As already mentioned, the upper electrode at 100 nm is thinner than the 115 nm bottom electrode in Example 2, as well as in several other examples in Fig. 5. Thus, this element is present in the publication.

The '740 Publication teaches that it is useful to obtain "a large electromechanical coupling coefficient, and therefore is excellent in acoustic quality factor (Q value), **bandwidth**, frequency temperature characteristic… and to provide a thin film piezoelectric resonator which can realize high performance FBAR or SBAR." P. 3, ll. 19-24 (emphasis added). The publication is not quite right in contending that large electromechanical coupling necessarily leads to a large quality factor $Q$, since often there is an electromechanical coupling versus $Q$ trade-off. However, it is quite correct when it states that large electromechanical coupling contributes to potentially large filter bandwidth. I say potential filter bandwidth because the bandwidth of any filter ultimately depends on many things, including the electromechanical coupling coefficient, but also including the resonator-to-resonator coupling, the distance between the resonances of the constituent resonators (which also depends upon parasitic elements, e.g., parasitic capacitance), the acceptable passband ripple, and the termination impedance [Zverev, 1967] [Gerber, Chpt. 5, 1985].

There are numerous examples in the text and summarized in the tables of this publication that show various relative thicknesses of the top and bottom electrodes leading to differences in electromechanical coupling, which in turn lead to differences in potential filter bandwidth.

In some of the examples, e.g., Example 22, a top electrode of 170 nm being thinner than a 190 nm bottom electrode leads to one of the larger electromechanical coupling coefficients at 6.27%. This is an increase over Example 10, which uses equal top and bottom electrode thicknesses of 105 nm each to post an electromechanical coupling coefficient of only 5.41%. The claim element where a thinner top electrode than bottom electrode yields a larger potential bandwidth (via a larger electromechanical coupling coefficient) is therefore clearly present in this publication.

I will note that Example 16 also has equal top and bottom thicknesses of 100 nm yet posts an electromechanical coupling |

**EXHIBIT C**
**Initial Expert Report of Clark Nguyen**

|  | coefficient of 6.38%, which is higher than that of Example 22 (which has a thinner top electrode than bottom). So, a thinner top than bottom electrode does not always lead to increased bandwidth, as even the '018 Patent shows in its own tables. One wonders why a concept that does not yield a consistent cause and effect can be patentable, since it does not offer any better design insight or procedure than trial and error selection of relative thicknesses. |
|---|---|
| **'018 Asserted Claim 2** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes the filter bandwidth. | The '740 Publication teaches that it is useful to obtain "a large electromechanical coupling coefficient, and therefore is excellent in acoustic quality factor (Q value), *bandwidth*, frequency temperature characteristic… and to provide a thin film piezoelectric resonator which can realize high performance FBAR or SBAR." P. 3, ll. 19-24 (emphasis added). The publication is not quite right in saying that large electromechanical coupling leads to a large quality factor $Q$, since often there is an electromechanical coupling vs $Q$ trade-off. However, it is quite correct when it states that large electromechanical coupling contributes to potentially large bandwidth. I say potential filter bandwidth because the bandwidth of any filter ultimately depends on many things, including the electromechanical coupling coefficient, but also including the resonator-to-resonator coupling, the distance between the resonances of the constituent resonators (which also depends upon parasitic elements, e.g., parasitic capacitance), and the termination impedance [Zverev, 1967] [Gerber, Chpt. 5, 1985].

Insomuch as the '740 Publication shows via measured examples that the electromechanical coupling depends upon the relative thicknesses of the top and bottom electrodes it thereby also states that the maximum potential bandwidth of a filter using these resonators depends upon this ratio. Thus, the '740 Publication includes this feature or renders this feature obvious. It is within the ordinary level of skill in the art to select values that provide a maximum bandwidth in the case that that is a goal of a particular design. |
| **'018 Asserted Claim 3** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that at least one of the electrode layers is formed by a stack of conductive materials (25, 26 or 22, 23). | Examples 19-32 each include a lower electrode layer that is formed of two (Ex. 19, 32) or three (Ex. 20-31) layers of conductive materials. Examples 20, 22, 25, 28, 30, 31 include an upper electrode having three layers of conductive materials, Examples 24, 26, and 29 include an upper electrode having two layers of conductive material. Thus, the '740 Publication includes this feature. |
| **'018 Asserted Claim 4** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) a conductive thin diffusion baffler is formed. | It was well-known in the art to include a diffusion barrier between different metal layers to reduce the amount of inter-diffusion between layers. See, e.g., WO199010938A1. The use of diffusion barriers between metals predates the '018 patent by many years, as it was and still is a common technique to stop interdiffusion between interconnect in transistor semiconductor fabrication [Farahani, 1985]. Therefore, this claim is obvious in view of the '740 Publication alone, or the '740 Publication in view of the '938 Publication. |
| **'018 Asserted Claim 5** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 4, characterised in that the | Titanium and its compounds are very well-known in the art (for many decades) and widely used as diffusion barriers (between metals and other conductive materials) in planar semiconductor fabrication [Farahani, 1985], MEMS fabrication [Nguyen, 1999], |

4889-4014-3250.v1

**EXHIBIT C**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| diffusion baffler between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) consists of titanium nitride (TiN), or titanium (Ti), or consists of combinations of titanium nitride (TiN) and titanium (Ti). | and a host of other purposes. Therefore, this claim is obvious in view of the '740 Publication. |
| **'018 Asserted Claim 6** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that in the stack, the conductive material (23, 25) in contact with the piezoelectric layer (24) has a lower acoustic material (22, 26) than the conductive material (22, 26) that is not in contact with the piezoelectric layer (24). | Example 26 is a resonator that has a first upper electrode layer in contact with the piezoelectric layer that is Al (45nm) and a second upper electrode layer that is Mo (140nm).  The full upper electrode layer has a thickness of 185nm which is thinner than the lower electrode layer thickness of 210nm.  Fig. 5; p. 48, ln. 22- p. 49, ln. 4. <br><br> According to the '018 Patent, the acoustic impedance of Al is lower than that of Mo.  See, col. 2, ll. 48-53 and claims 7 and 8. <br><br> There is not much more to say here, but perhaps to confirm that the acoustic impedance of Al at $16,650,900$ kg/(m$^2$/s) is indeed smaller than that of Mo at $64,890,000$ kg/(m$^2$/s). In any event, the '740 Publication includes this feature. |
| **'018 Asserted Claim 10** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that the electrode layers (4, 6, 13, 15, 23, 25) comprise Molybdenum (Mo) and that, for a resonant frequency in the region of 2 GHz, the thickness (T1, T3, T5) of the top Molybdenum layer (6, 15,25) is in the region of 200 nm and the thickness (T2, T4, T6) of the bottom Molybdenum layer (4, 13, 23) is in the region of 300 nm, these thicknesses scaling approximately inversely with resonant frequency. | Several of the Examples include electrodes comprising molybdenum, including at least examples 19-26. <br><br> Examples 19-32 have a resonant frequency in the region of 2 GHz to the extent that "in the region of" is not indefinite. <br><br> At least Examples 21 and 23 have a top Mo layer with a thickness in the region of 200nm, to the extent that "in the region of" is not indefinite. <br><br> Thus, the '740 Publication does include examples within the range of the claim. <br><br> The '018 Patent does not provide sufficient information for a designer to control whether the electromechanical coupling goes up or down when using a specific top-to-bottom electrode thickness ratio. Rather, trial-and-error iterations seem to be required to achieve a certain goal, e.g., to achieve a larger electromechanical coupling coefficient. To the extent not anticipated by the '740 Publication, this claim is rendered obvious in view of the '740 Publication. |
| **'018 Asserted Claim 12** | **Prior Art** |
| Use of an electro-acoustic resonator (1, 8, 17) as claimed in claim 1, as a component of a radio frequency (RF) filter, or as a component used in a sensor, or used in an ultrasonic transducer, or used in an array of ultrasonic transducers. | The '740 Publication teaches that resonators of the type described are suitable for use in RF filters, among other well-understood applications. P. 1, ln. 30 – p. 2, ln. 9. The applications listed in this claim were well known to a person of ordinary skill in the art at the time of disclosure rendering this claim either anticipated or obvious in view of this reference. |
| **'018 Asserted Claim 13** | **Prior Art** |

3

4889-4014-3250.v1

**EXHIBIT C**
**Initial Expert Report of Clark Nguyen**

| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes a coupling factor of the electro-acoustic resonator (1, 8, 17). | To the extent that this limitation can be understood, the '740 Publication teaches that coupling factor can be modified by changing the electrode thicknesses. It would be obvious to the skilled artisan to select a maximum value for coupling factor to obtain improved bandwidth in the resulting resonator. Thus, the '740 Publication renders this claim obvious. |
|---|---|
| **'018 Asserted Claim 14** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1 characterised in that a coupling factor of the electro-acoustic resonator (1, 8, 17) is greater than 0.215. | Examples 1-4 have a value for $k^2$ between 4.85 and 6.2%, which equates to a k in the range 0.220 – 0.248.<br><br>Examples 19-32 have a value for $k^2$ between 5.05 and 6.50%, which equates to a k in the range 0.225 - 0.255.<br><br>All of these are greater than 0.215. Enough said. The '740 publication teaches this feature. |

## US Pat. No. 6,081,171

| **'018 Asserted Claim 1** | **US Pat. No. 6,081,171** |
|---|---|
| Electro-acoustic resonator (1, 8, 17) comprising: | The '171 Patent describes "filters that include Bulk Acoustic Wave (BAW) resonators… for controlling filter passband characteristics." Col. 1, ll. 8-12. Thus, it includes this claim element. |
| a membrane structure FBAR (1) with a layer structure comprising a piezoelectric layer (5, 14, 24) and a top (6, 15, 25) and a bottom (4, 13, 23) electrode layer, with the thickness (T1, T2, . . . T6) of the two electrode layers being unequal, | A membrane 88 structure BAW 80 includes a piezoelectric layer includes a piezoelectric layer 22, a top electrode layer 26, and a bottom electrode layer 24. Col. 18, ll. 47-51.<br><br>The top electrode may have a different thickness than the bottom electrode. See, Table 3, col. 10, ll. 25-38.<br><br> |
| characterised in that the top electrode layer (T1, T3, T5) is thinner than the bottom (T2, | The top electrode (322nm) is thinner than the bottom electrode (331nm). Table 3, col. 10, ll. 25-38. There is no denying that the top and bottom electrode have different thicknesses, and the former is thinner. |

4

**EXHIBIT C**
**Initial Expert Report of Clark Nguyen**

| T4, T6) electrode layer to increase a filter bandwidth of the electro-acoustic resonator. | "BAW ladder filters yield passbands having ***bandwidths*** that are a function of, for example, the types of materials used to form the piezoelectric layers of the BAW resonators, and the respective ***thicknesses*** of the layer stacks of the BAW resonators." Col. 2, ll. 27-31.  Likewise, "for a BAW resonator wherein there is a large ratio between a thickness of a membrane layer of the resonator to a thickness of a piezoelectric layer of the resonator, the frequency differential between the parallel and series resonances of the resonator is small.  For BAW resonators that include electrodes and a piezoelectric layer, but which do not include membrane layers, the frequency differential between the series and parallel resonances is large." Col. 1, ll. 42-50.  Additionally, the '171 Patent teaches that "reduction in a piezoelectric layer thickness and a corresponding increase in the thickness of another layer (e.g., a support layer or ***electrode layer***) of a SCF device … results in the device yielding corresponding ***narrower*** passband bandwidths (and ***decreasing coupling levels***).  As such the level of coupling provided may be decreased by altering the relative thicknesses of these layers." Col. 11, ll. 6-15, (emphasis added).  This implies of course that to provide a larger passband and increasing coupling levels, similar alteration of the relative thicknesses of the layers may be performed.
|   | Ultimately, the main point here is that the electromechanical coupling increases as the thickness of the piezoelectric layer increases versus other layers in its stack. This is a widely understood design knob known by persons of ordinary skill in the art. While the '171 Patent does teach that ratioing the thicknesses of the piezoelectric layer with other layers, e.g., the metal layers, does impact the electromechanical coupling, it however does not explicitly describe ratioing the top and bottom metal electrode thicknesses. (This is probably for good reason, since even the '018 Patent shows that ratioing the metal electrodes is not a predictable design method.) |
| **'018 Asserted Claim 2** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes the filter bandwidth. | One object of the '171 Patent is to provide improved filter bandwidth.  See, col. 14, ll. 1-6. The '171 Patent makes clear that layer thicknesses determine filter bandwidth to optimize (maximize) the filter bandwidth.  This element is therefore obvious in view of the '171 Patent. |
|   | While the '171 Patent does teach that ratioing the thicknesses of the piezoelectric layer with other layers, e.g., the metal layers, in a stack does impact the electromechanical coupling, it however does not explicitly describe ratioing the top and bottom metal electrode thicknesses. (This is probably for good reason, since even the '018 Patent shows that ratioing the metal electrodes is not a predictable design method.) |
| **'018 Asserted Claim 3** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that at least one of the electrode layers is formed by a stack of conductive materials (25, 26 or 22, 23). | While the '171 Patent does describe the use of a stack of piezoelectric and other materials, including metal electrodes, to control filter bandwidth, it does not mention the use of conductor stacks for each electrode. |
|   | It would have been obvious to incorporate an additional conductive material as a compression layer as taught in WO2002023720A1 to provide a thin piezoelectric layer while maintaining a high coupling coefficient.  WO'720, p. 4, ll. 26-33. Given that the use of multiple layer Bragg reflectors was a known technique to isolate a BAW resonator from its surroundings, normally from the substrate below, but also from above, where publications like the '425 Publication include top Bragg reflectors, it is true that this would have been obvious to do had a designer wanted a stronger electromechanical coupling. For example, [¶41] in the '425 Publication says, "The upper and/or lower electrode can be made of a metal, a metal alloy, or a plurality of such layers (for example, a combination of AI and W). A multilayer electrode, compared to an electrode consisting of only one layer, can allow a wider bandwidth of a filter employing BAW resonators or allow the use of a thinner piezoelectric layer." Therefore, this element is |

EXHIBIT C
**Initial Expert Report of Clark Nguyen**

|  | obvious in view of the '720 Publication and/or the '425 Publication. |
|---|---|
| **'018 Asserted Claim 4** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) a conductive thin diffusion baffler is formed. | It was well-known in the art to include a diffusion barrier between different metal layers to reduce the amount of inter-diffusion between layers.  See, e.g., WO199010938A1. The use of diffusion barriers between metals predates the '018 Patent by many years, as it was and still is a common technique to stop interdiffusion between interconnect in transistor semiconductor fabrication [Farahani, 1985]. Therefore, this claim is obvious in view of the '171 Patent. |
| **'018 Asserted Claim 5** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 4, characterised in that the diffusion baffler between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) consists of titanium nitride (TiN), or titanium (Ti), or consists of combinations of titanium nitride (TiN) and titanium (Ti). | Titanium and its compounds are very well-known in the art (for many decades) and widely used as diffusion barriers (between metals and other conductive materials) in planar semiconductor fabrication [Farahani, 1985], MEMS fabrication [Nguyen, 1999], and a host of other purposes. Therefore, this claim is obvious in view of the '171 Patent. |
| **'018 Asserted Claim 6** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that in the stack, the conductive material (23, 25) in contact with the piezoelectric layer (24) has a lower acoustic impedance than the conductive material (22, 26) that is not in contact with the piezoelectric layer (24). | This claim is not explicitly contained in the '171 Patent. It however is a known technique, as exemplified by knowledge of Bragg reflection methods in use before the '018 Patent. Specifically, the use of multiple layer Bragg reflectors was a known technique to isolate a BAW resonator from its surroundings, normally from the substrate below, but also from above, where publications like the '425 Publication include top Bragg reflectors, it is true that this would have been obvious to do had a designer wanted a stronger electromechanical coupling. For example, [¶41] in the '425 Publication says, "The upper and/or lower electrode can be made of a metal, a metal alloy, or a plurality of such layers (for example, a combination of Al and W). A multilayer electrode, compared to an electrode consisting of only one layer, can allow a wider bandwidth of a filter employing BAW resonators or allow the use of a thinner piezoelectric layer."

The '740 Publication further teaches this concept via it Example 26, where the metal in contact with the piezoelectric has a lower acoustic impedance than the metal not in contact.

Therefore, this element is obvious in view of the '425 Publication and/or the '740 Publication. |
| **'018 Asserted Claim 10** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that the electrode layers (4, 6, 13, 15, 23, 25) comprise Molybdenum (Mo) and that, for a | The lower electrode 24 may be comprised of…molybdenum (Mo)…. The upper electrode 26 may also be comprised of…molybdenum (Mo)…." Col. 17, ll. 34-40. So, the material part of this claim appears in the '171 publication.

The specific thicknesses of 200 nm and 300 nm for the top and bottom electrodes, respectively, are not cited in the '171 Patent. But |

**EXHIBIT C**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| resonant frequency in the region of 2 GHz, the thickness (T1, T3, T5) of the top Molybdenum layer (6, 15,25) is in the region of 200 nm and the thickness (T2, T4, T6) of the bottom Molybdenum layer (4, 13, 23) is in the region of 300 nm, these thicknesses scaling approximately inversely with resonant frequency. | again, the use of differing top and bottom electrode thicknesses was already a known option before the '018 Patent, as revealed in the previous chart for the '740 Publication and by the passage in the '425 Publication that reads [¶41], "The upper and/or lower electrode can be made of a metal, a metal alloy, or a plurality of such layers (for example, a combination of Al and W). A multilayer electrode, compared to an electrode consisting of only one layer, can allow a wider bandwidth of a filter employing BAW resonators or allow the use of a thinner piezoelectric layer." Therefore, this element is obvious in view of the '740 Publication and/or the '425 Publication. |
| **'018 Asserted Claim 12** | **Prior Art** |
| Use of an electro-acoustic resonator (1, 8, 17) as claimed in claim 1, as a component of a radio frequency (RF) filter, or as a component used in a sensor, or used in an ultrasonic transducer, or used in an array of ultrasonic transducers. | The '171 Patent teaches that the resonators described therein may be used as components in various types of filters including, for example, in GPS systems.  Col. 1, ln. 60 – col. 2, ln. 1.  The skilled artisan is aware that GPS systems operate on radio frequencies and that therefore a filter for use in GPS systems is an RF filter.  Thus, the '171 Patent contains this element of the claim. |
| **'018 Asserted Claim 13** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes a coupling factor of the electro-acoustic resonator (1, 8, 17). | To the extent that this limitation can be understood, the '171 Patent teaches that bandwidth can be optimized by altering the thickness of the electrode layers.  Col. 2, ll. 27-31.  The skilled artisan is aware that coupling factor and filter bandwidth are interrelated and that therefore maximizing coupling factor is inherent in optimizing bandwidth.  Therefore, this feature is obvious in view of the '171 Patent. |
| **'018 Asserted Claim 14** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1 characterised in that a coupling factor of the electro-acoustic resonator (1, 8, 17) is greater than 0.215. | It is a mere design choice to select a higher coupling factor, as it is a known knob to maximize the potential bandwidth of a given filter using electro-acoustic resonators.  The skilled artisan would have been motivated to select a coupling factor greater than 0.215. This claim was already in practice by designers.  Therefore, this feature is obvious in view of the '171 Patent. |

## US Pat. No. 5,873,154

| **'018 Asserted Claim 1** | **US Pat. No. 5,873,154** |
|---|---|
| Electro-acoustic resonator (1, 8, 17) comprising: | The '154 Patent teaches a thin film bulk acoustic wave resonator, which is a type of electro-acoustic resonator.  See, Abstract.  Thus, the '154 Patent contains this element. |

4889-4014-3250.v1

**EXHIBIT C**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| a membrane structure FBAR (1) with a layer structure comprising a piezoelectric layer (5, 14, 24) and a top (6, 15, 25) and a bottom (4, 13, 23) electrode layer, with the thickness (T1, T2, . . . T6) of the two electrode layers being unequal, | The FBAR of the '154 Patent includes a piezoelectric layer 12, a top electrode layer 10, and a bottom electrode layer 14.  Col. 4, ll. 19-33. <br><br> The top electrode (200nm) has a different thickness than the bottom electrode (1300nm).   Col. 4, ll. 33-42. <br><br> Thus, the '154 Patent includes this element. <br><br>  |
| characterised in that the top electrode layer (T1, T3, T5) is thinner than the bottom (T2, T4, T6) electrode layer to increase a filter bandwidth of the electro-acoustic resonator. | The top electrode (200nm) is thinner than the bottom electrode (1300nm).   Col. 4, ll. 33-42. <br><br> "Factors that may be considered in determining appropriate layer thicknesses include, by example, the lossiness and the acoustic impedances of FBAR layers, effective piezoelectric coupling (i.e., ***which determines filter bandwidth***) …."  Col. 7, ll. 52-56. (Emphasis added). The acoustic mirror described by the '154 Patent transforms the high acoustic impedance of the substrate to a much lower acoustic impedance seen by the piezoelectric layer, thereby allowing it to vibrate more freely, reducing the amount of material it must displace. This raises the efficiency of its drive, i.e., it raises the electromechanical coupling or bandwidth. Thus, this element is present in the '154 Patent. |
| **'018 Asserted Claim 2** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes the filter bandwidth. | It would have been obvious to use the teachings of the '154 Patent that layer thicknesses determine filter bandwidth to optimize (maximize) the filter bandwidth.  Thus, the '154 Patent includes this claim. |
| **'018 Asserted Claim 3** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that at least one of the electrode layers is formed | The '154 Patent states [Col. 10, 41-45], "In accordance with the invention, Step (A) may be performed by forming a plurality of Stacked layers to form the acoustic mirror. Preferably, at least one of the Stacked layers forms a bottom electrode layer, and at least another one of the Stacked layers comprises the polymer material." <br><br> It would have been obvious to incorporate an additional conductive material as a compression layer as taught in WO2002023720A1 |

**EXHIBIT C**
**Initial Expert Report of Clark Nguyen**

| by a stack of conductive materials (25, 26 or 22, 23). | to provide a thin piezoelectric layer while maintaining a high coupling coefficient.  WO '720, p. 4, ll. 26-33. |
| | Thus, the '154 Patent contains this feature, or this feature is obvious in view of the '720 Publication. |

| **'018 Asserted Claim 4** | **Prior Art** |
| --- | --- |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 3, characterised in that between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) a conductive thin diffusion baffler is formed. | It was well-known in the art to include a diffusion barrier between different metal layers to reduce the amount of inter-diffusion between layers.  See, e.g., WO199010938A1. The use of diffusion barriers between metals predates the '018 Patent by many years, as it was and still is a common technique to stop interdiffusion between interconnect in transistor semiconductor fabrication [Farahani, 1985]. |
| | The '154 Patent specifically states [Col. 10, 41-45], "In accordance with the invention, Step (A) may be performed by forming a plurality of Stacked layers to form the acoustic mirror. Preferably, at least one of the Stacked layers forms a bottom electrode layer, and at least another one of the Stacked layers comprises the polymer material." Given that the '154 Patent focuses on making a reflector using a stack of alternating high and low acoustic impedance materials, it would have been obvious to a person of ordinary skill in the art to apply this to the electrodes. Thus, the '154 Patent includes this feature, or this feature is obvious in view of the '720 Publication. |

| **'018 Asserted Claim 5** | **Prior Art** |
| --- | --- |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 4, characterised in that the diffusion baffler between the stacked conductive materials of the electrode layers (22 and 23 and/or 25 and 26) consists of titanium nitride (TiN), or titanium (Ti), or consists of combinations of titanium nitride (TiN) and titanium (Ti). | Titanium and its compounds are very well-known in the art (for many decades) and widely used as diffusion barriers (between metals and other conductive materials) in planar semiconductor [Farahani, 1985], MEMS fabrication [Nguyen, 1999], and a host of other purposes. |
| | The '154 Patent states [Col. 10, 41-45], "In accordance with the invention, Step (A) may be performed by forming a plurality of Stacked layers to form the acoustic mirror. Preferably, at least one of the Stacked layers forms a bottom electrode layer, and at least another one of the Stacked layers comprises the polymer material." A person of ordinary skill in the art would have known to include a diffusion barrier layer between metals in a stack, if necessary. Thus, the '154 Patent discloses this feature. |

| **'018 Asserted Claim 6** | **Prior Art** |
| --- | --- |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that in the stack, the conductive material (23, 25) in contact with the piezoelectric layer (24) has a lower acoustic impedance than the conductive material (22, 26) that is not in contact with the piezoelectric layer (24). | The '154 Patent states [Col. 10, 41-45], "In accordance with the invention, Step (A) may be performed by forming a plurality of Stacked layers to form the acoustic mirror. Preferably, at least one of the Stacked layers forms a bottom electrode layer, and at least another one of the Stacked layers comprises the polymer material." It does not explicitly include an example where the conductive material in contact with the piezoelectric layer has a lower acoustic impedance than the conductive material not in contact, but it does not preclude this choice. |
| | In fact, the '154 Patent teaches multiple Bragg reflection methods that rely on stacks of different materials. The materials in the '154 Patent happen to be a metal and a polymer, with the higher impedance metal in contact with the piezoelectric, but it would have been obvious to attach a lower impedance metal electrode layer to the piezoelectric layer than the layer not in contact in light of the teachings of the '740 Publication that includes an Example 26 where the metal in contact with the piezoelectric has a lower acoustic impedance than the metal not in contact. |
| | Thus, the use of multiple layer Bragg reflectors was a known technique to isolate a BAW resonator from its surroundings, normally |

**EXHIBIT C**
**Initial Expert Report of Clark Nguyen**

| | from the substrate below, but also from above. For example, [¶41] in the '425 Publication says, "The upper and/or lower electrode can be made of a metal, a metal alloy, or a plurality of such layers (for example, a combination of Al and W). A multilayer electrode, compared to an electrode consisting of only one layer, can allow a wider bandwidth of a filter structured on the basis of BAW resonators or allow the use of a thinner piezoelectric layer." Therefore, this element is obvious in view of the '740 Publication and/or the '425 Publication. |
|---|---|
| **'018 Asserted Claim 10** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that the electrode layers (4, 6, 13, 15, 23, 25) comprise Molybdenum (Mo) and that, for a resonant frequency in the region of 2 GHz, the thickness (T1, T3, T5) of the top Molybdenum layer (6, 15,25) is in the region of 200 nm and the thickness (T2, T4, T6) of the bottom Molybdenum layer (4, 13, 23) is in the region of 300 nm, these thicknesses scaling approximately inversely with resonant frequency. | The electrodes may be made from "any suitable metal," including molybdenum.  Col. 4, ll. 53-58.  The top electrode layer may have a thickness of 200nm.  Col. 4, ll. 34-35.<br><br>The specific thicknesses of the layers in the bottom reflector are governed by quarter-wavelength dimensions, which vary with the center frequency. It is conceivable that a given set of frequency and metal material could yield a bottom electrode thickness in the region of 300 nm. Thus, the elements of this claim are obvious in view of the '154 Patent. |
| **'018 Asserted Claim 12** | **Prior Art** |
| Use of an electro-acoustic resonator (1, 8, 17) as claimed in claim 1, as a component of a radio frequency (RF) filter, or as a component used in a sensor, or used in an ultrasonic transducer, or used in an array of ultrasonic transducers. | "The FBAR 1…can function as, by example, a portion of a filter…."  Col. 4, ll. 21-23. This element is present in the '154 Patent. |
| **'018 Asserted Claim 13** | **Prior Art** |
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1, characterised in that a relative thickness of the two electrode layers maximizes a coupling factor of the electro-acoustic resonator (1, 8, 17). | To the extent that this limitation can be understood, the '154 Patent teaches that coupling factor can be optimized by altering the thicknesses of the two electrode layers.<br><br>"Factors that may be considered in determining appropriate layer thicknesses include, by example, the lossiness and the acoustic impedances of FBAR layers, effective piezoelectric coupling (i.e., ***which determines filter bandwidth***) …."  Col. 7, ll. 52-56. (Emphasis added). The acoustic mirror described by the '154 publication transforms the high acoustic impedance of the substrate to a much lower acoustic impedance seen by the piezoelectric layer, thereby allowing it to vibrate more freely, reducing the amount of material it must displace. This raises the efficiency of its drive, i.e., it raises (or maximizes) the electromechanical coupling or potential bandwidth.<br><br>Thus, this element is present in the '154 Patent. |

**EXHIBIT C**
**Initial Expert Report of Clark Nguyen**

| '018 Asserted Claim 14 | Prior Art |
|---|---|
| Electro-acoustic resonator (1, 8, 17) as claimed in claim 1 characterised in that a coupling factor of the electro-acoustic resonator (1, 8, 17) is greater than 0.215. | The coupling factor of the electro-acoustic resonator is 0.2227, which is greater than 0.215.  See Fig. 4. Thus, this element is present in the '154 Patent. |

4889-4014-3250.v1

Exhibit D

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

**DE 10241425**

| '755 Patent Asserted Claim 1 | German Patent Publication DE 10241425A1 |
|---|---|
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '425 Publication clearly includes this element in the very first paragraph ¶1, which states, "The invention relates to a resonator operating with bulk acoustic waves (or an FBAR, thin film bulk acoustic Wave resonator), also called a bulk acoustic wave resonator (BAW)." The figures alone already make clear that this element is present in the '425 Publication. [1] |
| a piezoelectric layer; a first electrode on a first surface of the piezoelectric layer; a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator includes a piezoelectric layer PS sandwiched between a bottom electrode E1 and a top electrode E2 as in Fig. 3 below. This element of the claim is clearly present. Fig. 3; [¶73].  Fig. 3 |
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW | "It is possible for the upper layer region OS of the resonator according to the invention to have an additional dielectric layer (here a passivation layer, e.g., of silicon dioxide)…." ¶78. It is not only possible, it is quite probable in practice, since passivation is very often standard practice for planar-processed devices. Indeed, it is well known that the exposed surfaces of any planar-processed |

[1] I understand that Qorvo has raised issues with the accuracy of machine translation of this reference. My understanding is that a certified translation has been produced in this matter, and that translation forms the basis for my opinion.

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and | device, e.g., a transistor, a resonator, has a higher susceptibility to unwanted effects due to the higher surface-to-volume ratio of microscale devices. Among the unwanted effects are undue charging via dangling bonds and just plain contamination that can promote energy loss, i.e., lower $Q$, or introduce unwanted resistive paths. Passivation by depositing a protective film, e.g., silicon dioxide, silicon nitride, prevents these unwanted surface effects. Most commercial products that use planar monolithic fabrication will likely have a passivation layer.<br><br>In an example within this document, the passivation layer has a thickness of 90nm.  ¶109. |
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, | The dielectric structure DS located on the piezoelectric layer in the outer region satisfies this claim element. The element is also pictured in Fig. 3 in a way that a person skilled in the art would easily understand this. |
| wherein: n is a value other than 1; and | In the example of [¶76], the dielectric structure DS is equal in thickness to the adjacent second electrode E2, which in [¶46] is given as 200 nm in the example. This means the value of n is 200/90, or 2.22. This is a value other than 1, so this claim element is present in the document. |
| n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1. | The '425 publication teaches that thickness ratios and material makeups can be selected to elicit numerous desired outcomes, including both generation or suppression of lateral waves, i.e., raising or reducing energy density, respectively, in the adjacent outer region. While the publication illustrates a case where a transition zone UZ is used to encourage lateral propagation in order to negate it at the outer region edge via quarter-wavelength design [¶75], it also allows for tailoring of lateral propagation without the need for a transition zone UZ. This is explained in the passage, "An expedient and desired dispersion behavior can be achieved - for given layer thicknesses and materials of the electrodes and the piezoelectric layer - solely through a suitable selection of the material and thicknesses of the layers of the acoustic mirror, i.e., without additional structures in the edge region of the resonator." [¶96]<br><br>Note that adjusting the ratio of the passivation thickness in the active region to the thickness of the stack of materials above the piezoelectric layer in the outer region, i.e., adjusting what the '755 Patent defines as "n", is no different from changing the thickness and material makeup in the two regions to tailor the propagation characteristics of lateral waves as described in the '425 Publication. From this perspective, this publication describes the features of claim 1 of the '755 Patent.<br><br>To be clear, the '425 Publication does not explicitly define an "n" and state that n must be different from 1. But it does not need to. Any person of ordinary skill in the art will understand that there are many combinations of layer thicknesses and materials that can present dispersion characteristics that will lower lateral wave propagation, hence lower energy density in an outer region, for which n will not equal 1. |
| **'755 Patent Asserted Claim 2** | **Prior Art** |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| The BAW resonator of claim 1 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer. | The '425 Publication teaches the use of stacks of different types of materials to tailor lateral wave propagation. The stacks can even include properly sized layers of the reflector structure in an SMR, which means they include metals as well as the dielectrics often used as passivation. The stack in the transition zone UZ is another example of this, as shown in Fig. 4, repeated here for convenience.<br><br><br>Fig. 4<br><br>While the '425 Publication does indicate that the layer thickness in the AU region can be different from the thickness over the active region [¶84], it does not present an example where the layers in the AU region can be other than the passivation material. However, the '425 Publication is written quite well, particularly in how it describes in a general way how layer stacking can promote or negate lateral wave propagation depending upon the implementation. The detailed and general approach imparts to any person skilled in the art that the method is region-agnostic, i.e., it can be used for any region: active, transition, or outer. In the '425 Publication's description, the transition region practically serves as the outer region of the '755 Patent, as it is the region adjacent to the active region. There is no question that the transition region uses materials other than the passivation material in its stack. Thus, the one or more material layers can be of a material other than a passivation material. This feature is therefore included in the '425 Publication. |
| **'755 Patent Asserted Claim 3** | **Prior Art** |
| The BAW resonator of claim 1 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that | The '425 Publication states, "The BAW resonator has 3 regions that determine the lateral profile of the acoustic wave: an active region AK in which the "piston mode" of the bulk acoustic wave is supported, an outer region AU in which the acoustic wave decays rapidly, and a transition zone UZ that enables the adjustment of the boundary conditions between the active region and the outer region. The lateral width of the transition zone is preferably approximately a quarter wavelength of the lateral wave mode that can be excited in this region, so that a wave bulge of a standing wave is formed at the boundary of the active region and the transition zone, and a wave node of a standing wave is formed at the boundary of the transition zone and the outer region." [¶75] To |

3

4863-2447-0418.v1

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| cause energy leakage into the outer region are not excited in the active region. | make the wave bulge at the boundary of the active region and the transition zone, a person of ordinary skill in the art will know that this requires an acoustic match at the interface. A person of ordinary skill in the art will also understand that the bulge will transition to a node, i.e., no amplitude, no energy, a quarter wavelength away. |
| | As taught by Hashimoto, a person of ordinary skill in the art will also know that a laterally infinite resonator will not support a lateral mode, since it has no boundary conditions, i.e., no edges, that can trap lateral waves to form a mode [Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral wavenumber is zero. A person of ordinary skill in the art will know that the boundary for lateral waves disappears, i.e., the lateral length effectively becomes infinite, when the active region is matched to the outer region at their interface, since a matched condition allows lateral waves to propagate from one region to the other without reflection. In other words, a matched condition removes the boundary that reflects waves to form a mode, thereby removing the ability to generate or excite a lateral mode in the active region. Thus, this feature present in the Hashimoto publication and this claim is therefore rendered obvious by the '425 Publication in view of Hashimoto. |
| **'755 Patent Asserted Claim 4** | **Prior Art** |
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | The portion of the dielectric structure in Fig. 3 of the '425 Publication overlying the top electrode in the transition zone is a border ring around a periphery of the active region that also occupies what many would call the outer region. Thus, the '425 Publication calls it a transition region, since a part of it can be considered in the active region and part of it can be considered in the outer region. It is clear from the detailed specification that this region can serve as a frame or border ring that provides a mass loading to tailor wave propagation pursuant to suppressing spurious modes and/or reducing energy loss. |
| **'755 Patent Asserted Claim 5** | **Prior Art** |
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The portion of the dielectric structure in Fig. 3 overlying the top electrode in the transition zone is a border ring around a periphery of the active region. In this figure, the stack combining the electrode E2 and dielectric layer DS constitutes the border ring. The thickness in the far outer region is merely the thickness of the dielectric layer DS alone, which obviously is thinner than the combination of E2 and DS. Thus, the '425 Publication includes this claim. |
| **'755 Patent Asserted Claim 6** | **Prior Art** |
| The BAW resonator of claim 1 wherein the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such | Inasmuch as the '425 Publication states "the dispersion behavior of the acoustic wave components is not determined by the absolute thickness of the first or the second electrode layer, but by the total thickness of the first and the second electrode," [¶37] it is clear that the total thickness in a given region, more so than any specific ordering of layers, governs the ability to tailor lateral wave propagation via thickness variation from region to region. The publication further states, "It is possible that upper layer region OS of the resonator according to the invention comprises an additional dielectric layer (here, a passivation layer, for example made of silicon oxide), which is not shown in this figure for the sake of clarity, and which can be used on the one hand, for the passivation of the uppermost resonator layer and on the other hand, through a suitable selection of the layer thickness, for the reduction of the resonant frequency or for the reduction of environmental influences on the resonator." This passage makes clear that thickness |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| that a thickness of the passivation layer in the outer region is the n times the thickness (TPA) of the passivation layer in the active region. | adjustments to tailor wave propagation can be done in any material or material stack. This generalization is also taught by Shockley in early treatments on dispersion design [Shockley, 1966]. From this perspective, forming the passivation layer before depositing the dielectric structure, e.g., in Fig. 3, would have been an obvious option. |
|---|---|
| **'755 Patent Asserted Claim 7** | **Prior Art** |
| The BAW resonator of claim 6 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The portion of the dielectric structure in Fig. 3 overlying the top electrode in the transition zone is a border ring around a periphery of the active region. In this figure, the stack combining the electrode E2 and dielectric layer DS constitutes the border ring. The thickness in the far outer region is merely the thickness of the dielectric layer DS alone, which obviously is thinner than the combination of E2 and DS. Inasmuch as the '425 Publication also makes clear that a combination of layers can be used to tailor wave propagation, a person of ordinary skill in the art would understand that multiple layers can be used in the outer region and depending on the desired outcome, e.g., mode generation or mode suppression, the stack thickness in the outer region can be thinner than that in the border region. Thus, the '425 Publication renders this claim obvious. |
| **'755 Patent Asserted Claim 9** | **Prior Art** |
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '425 Publication clearly includes this element in the very first paragraph ¶1, which states, "The invention relates to a resonator operating with bulk acoustic waves (or an FBAR, thin film bulk acoustic wave resonator), also called a bulk acoustic wave resonator (BAW)." Language translation is not an issue, as just the figures already make it clear. Thus, this element is present in the '425 Publication. |
| a piezoelectric layer; <br><br> a first electrode on a first surface of the piezoelectric layer; <br><br> a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator includes a piezoelectric layer PS sandwiched between a bottom electrode E1 and a top electrode E2 as in Fig. 3 below. This element of the claim is clearly present. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| | Fig. 3; ¶73. |
| |  |
| | Fig. 3 |
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and | "It is possible for the upper layer region OS of the resonator according to the invention to have an additional dielectric layer (here a passivation layer, e.g., of silicon dioxide)…." ¶78. It is not only possible, it is quite probable in practice, since passivation is very often standard practice for planar-processed devices. Indeed, it is well known that the exposed surfaces of any planar-processed device, e.g., a transistor, a resonator, has a higher susceptibility to unwanted effects due to the higher surface-to-volume ratio of microscale devices. Among the unwanted effects are undue charging via dangling bonds and just plain contamination that can promote energy loss, i.e., lower *Q*, or introduce unwanted resistive paths. Passivation by depositing a protective film, e.g., silicon dioxide, silicon nitride, prevents these unwanted surface effects. Most commercial products that use planar monolithic fabrication will likely have a passivation layer.<br><br>In an example within this document, the passivation layer has a thickness of 90nm. ¶109. |
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and | The dielectric structure DS located on the piezoelectric layer in the outer region satisfies this claim element. The element is also pictured in Fig. 3 in a way that a person skilled in the art would easily understand this. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, | |
| wherein: n is a value other than 1; and | In the example of [¶76], the dielectric structure DS is equal in thickness to the adjacent second electrode E2, which in [¶46] is given as 200 nm in the example. This means the value of n is 200/90, or 2.22. This is a value other than 1, so this claim element is present in the document. |
| n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The '425 Publication states, "The BAW resonator has 3 regions that determine the lateral profile of the acoustic wave: an active region AK in which the 'piston mode' of the bulk acoustic wave is supported, an outer region AU in which the acoustic wave decays rapidly, and a transition zone UZ that enables the adjustment of the boundary conditions between the active region and the outer region. The lateral width of the transition zone is preferably approximately a quarter wavelength of the lateral wave mode that can be excited in this region, so that a wave bulge of a standing wave is formed at the boundary of the active region and the transition zone, and a wave node of a standing wave is formed at the boundary of the transition zone and the outer region." To make the wave bulge at the boundary of the active region and the transition zone, a person of ordinary skill in the art will know that this requires an acoustic match at the interface. A person of ordinary skill in the art will also understand that the bulge will transition to a node, i.e., no amplitude, no energy, a quarter wavelength away.

As taught by Hashimoto, a person of ordinary skill in the art will also know that a laterally infinite resonator will not support a lateral mode, since it has no boundary conditions, i.e., no edges, that can trap lateral waves to form a mode [Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral wavenumber is zero. A person of ordinary skill in the art will know that the boundary for lateral waves disappears, i.e., the lateral length effectively becomes infinite, when the active region is matched to the outer region at their interface, since a matched condition allows lateral waves to propagate from one region to the other without reflection. In other words, a matched condition removes the boundary that reflects waves to form a mode, thereby removing the ability to generate or excite a lateral mode in the active region. Thus, this feature is present in the Hashimoto publication and this claim is therefore rendered obvious by the '425 Publication in view of Hashimoto. |
| **'755 Patent Asserted Claim 10** | **Prior Art** |
| A method of fabricating a BAW resonator, comprising: | The '425 Publication states, "The invention relates to a resonator operating with bulk acoustic waves (or an FBAR, thin film bulk acoustic wave resonator), also called a bulk acoustic wave resonator (BAW)." It does not explicitly call out a method for fabricating the BAW resonators, but it does provide ample descriptions of the structure of the BAW resonators, arguably more detailed than contained in the '755 Patent, since it breaks down the dimensions needed for some of the layers to tailor the wave propagation. |
| providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer;

providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator includes a piezoelectric layer PS sandwiched between a bottom electrode E1 and a top electrode E2 as in Fig. 3 below. This element of the claim is clearly present. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

<table>
<tr>
<td></td>
<td>

Fig. 3; [¶73].



</td>
</tr>
<tr>
<td>

providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and

</td>
<td>

"It is possible for the upper layer region OS of the resonator according to the invention to have an additional dielectric layer (here a passivation layer, e.g., of silicon dioxide)…." ¶78. It is not only possible, it is quite probable in practice, since passivation is very often standard practice for planar-processed devices. Indeed, it is well known that the exposed surfaces of any planar-processed device, e.g., a transistor, a resonator, has a higher susceptibility to unwanted effects due to the higher surface-to-volume ratio of microscale devices. Among the unwanted effects are undue charging via dangling bonds and just plain contamination that can promote energy loss, i.e., lower $Q$, or introduce unwanted resistive paths. Passivation by depositing a protective film, e.g., silicon dioxide, silicon nitride, prevents these unwanted surface effects. Most commercial products that use planar monolithic fabrication will likely have a passivation layer.

In an example within this document, the passivation layer has a thickness of 90nm.  ¶109.

</td>
</tr>
<tr>
<td>

providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW

</td>
<td>

The dielectric structure DS located on the piezoelectric layer in the outer region satisfies this claim element. The element is also pictured in Fig. 3 in a way that a person skilled in the art would easily understand this.

</td>
</tr>
</table>

4863-2447-0418.v1

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| resonator and the one or more material layers having a thickness that is n times the thickness (TPA) of the passivation layer within the active region, wherein: | |
|---|---|
| n is a value other than 1; and | In the example of [¶76], the dielectric structure DS is equal in thickness to the adjacent second electrode E2, which in [¶46] is given as 200 nm in the example. This means the value of n is 200/90, or 2.22. This is a value other than 1, so this claim element is present in the document. |
| n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The '425 publication states, "The BAW resonator has 3 regions that determine the lateral profile of the acoustic wave: an active region AK in which the "piston mode" of the bulk acoustic wave is supported, an outer region AU in which the acoustic wave decays rapidly, and a transition zone UZ that enables the adjustment of the boundary conditions between the active region and the outer region. The lateral width of the transition zone is preferably approximately a quarter wavelength of the lateral wave mode that can be excited in this region, so that a wave bulge of a standing wave is formed at the boundary of the active region and the transition zone, and a wave node of a standing wave is formed at the boundary of the transition zone and the outer region." To make the wave bulge at the boundary of the active region and the transition zone, a person of ordinary skill in the art will know that this requires an acoustic match at the interface. A person of ordinary skill in the art will also understand that the bulge will transition to a node, i.e., no amplitude, no energy, a quarter wavelength away.

As taught by Hashimoto, a person of ordinary skill in the art will also know that a laterally infinite resonator will not support a lateral mode, since it has no boundary conditions, i.e., no edges, that can trap lateral waves to form a mode [Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral wavenumber is zero. A person of ordinary skill in the art will know that the boundary for lateral waves disappears, i.e., the lateral length effectively becomes infinite, when the active region is matched to the outer region at their interface, since a matched condition allows lateral waves to propagate from one region to the other without reflection. In other words, a matched condition removes the boundary that reflects waves to form a mode, thereby removing the ability to generate or excite a lateral mode in the active region. Thus, this feature is present in the Hashimoto publication and this claim is therefore rendered obvious by the '425 Publication in view of Hashimoto. |
| **'755 Patent Asserted Claim 11** | **Prior Art** |
| A method of fabricating a BAW resonator, comprising: | The '425 Publication states, "The invention relates to a resonator operating with bulk acoustic waves (or an FBAR, thin film bulk acoustic wave resonator), also called a bulk acoustic wave resonator (BAW)." It does not explicitly call out a method for fabricating the BAW resonators, but it does provide ample descriptions of the structure of the BAW resonators, arguably more detailed than contained in the '755 Patent, because it breaks down the dimensions needed for some of the layers to tailor the wave propagation. |
| providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer;

providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator includes a piezoelectric layer PS sandwiched between a bottom electrode E1 and a top electrode E2 as in Fig. 3 below. This element of the claim is clearly present. |

9

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

|  | Fig. 3; [¶73]. |
|---|---|
|  | <br><br>Fig. 3 |
| providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TP$_A$) within the active region of the BAW resonator; and | "It is possible for the upper layer region OS of the resonator according to the invention to have an additional dielectric layer (here a passivation layer, e.g., of silicon dioxide) …." ¶78. It is not only possible, it is quite probable in practice, since passivation is very often standard practice for planar-processed devices. Indeed, it is well known that the exposed surfaces of any planar-processed device, e.g., a transistor, a resonator, has a higher susceptibility to unwanted effects due to the higher surface-to-volume ratio of microscale devices. Among the unwanted effects are undue charging via dangling bonds and just plain contamination that can promote energy loss, i.e., lower $Q$, or introduce unwanted resistive paths. Passivation by depositing a protective film, e.g., silicon dioxide, silicon nitride, prevents these unwanted surface effects. Most commercial products that use planar monolithic fabrication will likely have a passivation layer.<br><br>In an example within this document, the passivation layer has a thickness of 90nm. ¶109. |
| providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW | The dielectric structure DS located on the piezoelectric layer in the outer region satisfies this claim element. The element is also pictured in Fig. 3 in a way that a person skilled in the art would easily understand this. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| resonator and the one or more material layers having a thickness that is n times the thickness (TP$_A$) of the passivation layer within the active region, wherein: | |
|---|---|
| n is a value other than 1; and | In the example of [¶76], the dielectric structure DS is equal in thickness to the adjacent second electrode E2, which in [¶46] is given as 200 nm in the example. This means the value of n is 200/90, or 2.22. This is a value other than 1, so this claim element is present in the document. |
| n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1. | The '425 Publication teaches that thickness ratios and material makeups can be selected to elicit numerous desired outcomes, including both generation or suppression lateral waves, i.e., raising or reducing energy density, respectively, in the adjacent outer region. While the publication illustrates a case where a transition zone UZ is used to encourage lateral propagation in order to negate it at the outer region edge via quarter-wavelength design, it also allows for tailoring of lateral propagation without the need for a transition zone UZ. This is explained in the passage, "An expedient and desired dispersion behavior can be achieved - for given layer thicknesses and materials of the electrodes and the piezoelectric layer - solely through a suitable selection of the material and thicknesses of the layers of the acoustic mirror, i.e., without additional structures in the edge region of the resonator." [¶96] |
| | Note that adjusting the ratio of the passivation thickness in the active region to the thickness of the stack of materials above the piezoelectric layer in the outer region, i.e., adjusting what the contentious patent defines as "n", is no different from changing the thickness and material makeup in the two regions to tailor the propagation characteristics of lateral waves as described in the '425 Publication. From this perspective, this publication captures claim 1 of the '755 Patent. |
| | To be clear, the '425 Publication does not explicitly define an "n" and state that n must be different from 1. But it does not need to. Any person of ordinary skill in the art will understand that there are many combinations of layer thicknesses and materials that can present dispersion characteristics that will lower lateral wave propagation, hence lower energy density in an outer region, for which n will not equal 1. |
| **'755 Patent Asserted Claim 12** | **Prior Art** |
| The method of claim 11 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The '425 Publication states, "The BAW resonator has 3 regions that determine the lateral profile of the acoustic wave: an active region AK in which the 'piston mode' of the bulk acoustic wave is supported, an outer region AU in which the acoustic wave decays rapidly, and a transition zone UZ that enables the adjustment of the boundary conditions between the active region and the outer region. The lateral width of the transition zone is preferably approximately a quarter wavelength of the lateral wave mode that can be excited in this region, so that a wave bulge of a standing wave is formed at the boundary of the active region and the transition zone, and a wave node of a standing wave is formed at the boundary of the transition zone and the outer region." [¶75] To make the wave bulge at the boundary of the active region and the transition zone, a person of ordinary skill in the art will know that this requires an acoustic match at the interface. A person of ordinary skill in the art will also understand that the bulge will transition to a node, i.e., no amplitude, no energy, a quarter wavelength away. |
| | As taught by Hashimoto, a person of ordinary skill in the art will know that a laterally infinite resonator will not support a lateral mode, since it has no boundary conditions, i.e., no edges, that can trap lateral waves to form a mode [Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral wavenumber is zero. A person of ordinary skill in the art will know that the |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | boundary for lateral waves disappears, i.e., the lateral length effectively becomes infinite, when the active region is matched to the outer region at their interface, since a matched condition allows lateral waves to propagate from one region to the other without reflection. In other words, a matched condition removes the boundary that reflects waves to form a mode, thereby removing the ability to generate or excite a lateral mode in the active region. Thus, this feature is present in the Hashimoto publication and this claim is therefore rendered obvious by the '425 Publication in view of Hashimoto. |
|---|---|
| **'755 Patent Asserted Claim 13** | **Prior Art** |
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | The portion of the dielectric structure in Fig. 3 of the '425 Publication overlying the top electrode in the transition zone is a border ring around a periphery of the active region that also occupies what many would call the outer region. Thus, the '425 Publication calls it a transition region, since a part of it can be considered in the active region and part of it can be considered in the outer region. It is clear from the detailed specification that this region can serve as a frame or border ring that provides a mass loading to tailor wave propagation pursuant to suppressing spurious modes and/or reducing energy loss. |
| **'755 Patent Asserted Claim 14** | **Prior Art** |
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The portion of the dielectric structure in Fig. 3 overlying the top electrode in the transition zone is a border ring around a periphery of the active region. In this figure, the stack combining the electrode E2 and dielectric layer DS constitutes the border ring. The thickness in the outer region is merely the thickness of the dielectric layer DS alone, which obviously is thinner than the combination of E2 and DS. Thus, the '425 Publication includes this feature. |
| **'755 Patent Asserted Claim 15** | **Prior Art** |
| The method of claim 11 wherein providing the passivation layer comprises providing the passivation layer such that the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness (TPA) of the passivation layer in the active region. | Inasmuch as the '425 Publication states "the dispersion behavior of the acoustic wave components is not determined by the absolute thickness of the first or the second electrode layer, but by the total thickness of the first and the second electrode," [¶37] it is clear that the total thickness in a given region, more so than any specific ordering of layers, governs the ability to tailor lateral wave propagation via thickness variation from region to region. The publication further states, "It is possible that upper layer region OS of the resonator according to the invention comprises an additional dielectric layer (here, a passivation layer, for example made of silicon oxide), which is not shown in this figure for the sake of clarity, and which can be used on the one hand, for the passivation of the uppermost resonator layer and on the other hand, through a suitable selection of the layer thickness, for the reduction of the resonant frequency or for the reduction of environmental influences on the resonator." This passage makes clear that thickness adjustments to tailor wave propagation can be done in any material or material stack. This generalization is also taught by Shockley in early treatments on dispersion design [Shockley, 1966]. From this perspective, forming the passivation layer before depositing the dielectric structure, e.g., in Fig. 3, would have been an obvious option. |

4863-2447-0418.v1

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| '755 Patent Asserted Claim 16 | Prior Art |
|---|---|
| The method of claim 15<br><br>further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The portion of the dielectric structure in Fig. 3 overlying the top electrode in the transition zone is a border ring around a periphery of the active region. In this figure, the stack combining the electrode E2 and dielectric layer DS constitutes the border ring. The thickness in the outer region is merely the thickness of the dielectric layer DS alone, which obviously is thinner than the combination of E2 and DS. Inasmuch the '425 publication also makes clear that a combination of layers can be used to tailor wave propagation, a person of ordinary skill in the art would understand that multiple layers can be used in the out region and depending on the desired outcome, e.g., mode generation or mode suppression, the stack thickness in the outer region can be thinner than that in the border ring. Thus, the '425 Publication renders this claim obvious. |
| **'755 Patent Asserted Claim 18** | **Prior Art** |
| The method of claim 11 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer. | The '425 Publication teaches the use of stacks of different types of materials to tailor lateral wave propagation. The stacks can even include properly sized layers of the reflector structure in an SMR, which means they include metals as well as the dielectrics often used as passivation. The stack in the transition zone UZ is another example of this, as shown in Fig. 4, repeated here for convenience.<br><br><br>Fig. 4<br><br>While the '425 Publication does indicate that the layer thickness in the AU region can be different from the thickness over the |

13

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | active region [¶84], it does not present an example where the layers in the AU region can be other than the passivation material. However, the '425 Publication is written quite well, particularly in how it describes in a general way how layer stacking can promote or negate lateral wave propagation depending upon the implementation. The detailed and general approach imparts to any person skilled in the art that the method is region-agnostic, i.e., it can be used for any region: active, transition, or outer. In the '425 description, the transition region practically serves as the outer region of the '755 Patent, as it is the region adjacent to the active region. There is no question that the transition region uses materials other than the passivation material in its stack. Thus, the one or more material layers can be of a material other than a passivation material. This feature is therefore included in the '425 Publication. |
|---|---|

**U.S. Pat. Pub. 2014/0159548A1**

| '755 Patent Asserted Claim 1 | U.S. Pat. Pub. 2014/0159548A1 |
|---|---|
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '548 Publication teaches a bulk acoustic wave resonator FBAR 100B.  ¶41. Thus, the '548 Publication includes this element. |
| a piezoelectric layer;<br><br>a first electrode on a first surface of the piezoelectric layer;<br><br>a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator 100B includes a piezoelectric layer 125, and a bottom electrode 115, and a top electrode 135.<br><br>Fig. 1B; ¶41.<br><br><br><br>*Fig. 1B*<br><br>Thus, the '548 Publication includes this element. |

14

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and | "Although not shown, a passivation layer may be present on top of the top electrode 135 with thickness sufficient to insulate all layers of the acoustic stack from the environment…." ¶52.<br><br>In association with the Fig. 4 simulation, the '548 Publication further provides a thickness of the passivation layer within the active region of 2000Å [¶82], which serves as concrete evidence that a passivation layer is included in this publication.<br><br>Note that passivation is very often standard practice for planar-processed devices. Indeed, it is well known that the exposed surfaces of any planar-processed device, e.g., a transistor, a resonator, has a higher susceptibility to unwanted effects due to the higher surface-to-volume ratio of microscale devices. Among the unwanted effects are undue charging via dangling bonds and just plain contamination that can promote energy loss, i.e., lower $Q$, or introduce unwanted resistive paths. Passivation by depositing a protective film, e.g., silicon dioxide, silicon nitride, prevents these unwanted surface effects. Most commercial products that use planar monolithic fabrication will likely have a passivation layer. |
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (T_PA) of the passivation layer within the active region, | One or more material layers, 130, 140 are present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 1B. The outer region where collar 140 is located is outside the active region 152 of the resonator, and the collar 140 has a thickness of 9500Å. Fig. 1B, ¶¶55, 83. The skilled artisan would understand that the planarization layer has a thickness equal to that of the electrode which is 3250Å. Thus, the combined one or more material layers 130, 140 have a thickness that is that is 6.3 times the thickness of the passivation layer (2000Å) within the active region. ¶82.<br><br>Qorvo's Validity Contentions argues that "there is no disclosure for the thickness of planarization layers." However, one skilled in the art understands that planarization leaves a flat topology, meaning that all films deposited over the same supporting plane will have the same thickness.<br><br>There is also a suggestion that "there is no disclosure that any passivation layer, if present, extends laterally outside the upper electrodes." However, one skilled in the art understands that because a primary purpose of passivation is to protect from the environment, a passivation deposition is a blanket deposition over a wafer, meaning that its thickness is the same in all areas, including the active region and the outer region. Given that the outer region consists of a stack of the passivation layer and several other layers, n will be a value other than 1. |
| wherein: n is a value other than 1; and | n is a value other than 1, as explained in the previous cell. |
| n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1. | The function of collar 140 is to provide mass loading which reduces transmission of mechanical energy between the active region and the outer region, in particular confinement of piston modes and suppression of unwanted spurious lateral modes. ¶¶32, 58. Additionally, the structure and material of the planarization layer 130 is selected to cooperate with collar 140 to reduce propagation of the eTE1 mode in the region away from the active region. See, ¶ 53. Thus, this element is present in the '548 Publication. |
| **'755 Patent Asserted Claim 2** | **Prior Art** |
| The BAW resonator of claim 1 wherein the one or more material layers comprise one or more layers of a material other than a | The collar 140 comprises a dielectric material which may be $SiO_2$, SiN, SiC, AlN, ZnO, $Al_2O_3$, diamond, diamond-like-carbon, or lead zirconium titanate. ¶82. The planarization layer comprises borosilicate glass. ¶53. The passivation layer comprises AlN. ¶82. These options are all stated very clearly in the patent, so there is no need for any "obviousness" argument. It is clear that there are a multitude of material options to use in the stack other than the material used for passivation. Thus, the '548 Publication |

4863-2447-0418.v1

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| passivation material comprised in the passivation layer. | includes this claim. |
|---|---|
| **'755 Patent Asserted Claim 3** | **Prior Art** |
| The BAW resonator of claim 1 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The '548 Publication states [¶32], "The collar is typically designed so that its cutoff frequency is substantially the same as the cutoff frequency in the main membrane region, and its main non-propagating mode (evanescent mode, for instance) has substantially the same modal distribution as the piston mode in the main membrane region." This essentially amounts to acoustic matching. The passage further states, "This prevents acoustic energy in the piston mode from being converted into unwanted propagating modes in the collar region and propagating and evanescent modes in the main membrane region." Thus, the '548 Publication includes this claim element.<br><br>For further insight, Hashimoto also teaches that a laterally infinite resonator will not support a lateral mode, since it has no boundary conditions, i.e., no edges, that can trap lateral waves to form a mode [Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral wavenumber is zero. A person of ordinary skill in the art will know that the boundary for lateral waves disappears, i.e., the lateral length effectively becomes infinite, when the active region is matched to the outer region at their interface, since a matched condition allows lateral waves to propagate from one region to the other without reflection. In other words, a matched condition removes the boundary that reflects waves to form a mode, thereby removing the ability to generate or excite a lateral mode in the active region. Thus, this feature is present in the Hashimoto publication and to the extent it is not anticipated by the '548 Publication alone, it is obvious in view of the '548 Publication in combination with Hashimoto. |
| **'755 Patent Asserted Claim 4** | **Prior Art** |
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | From the '548 Publication [¶30], "The acoustic resonator may further include a collar disposed outside a main membrane region and/or a frame disposed within the main membrane region." Both the collar and frame represent stack thickness changes that mass load their regions to influence wave propagation, which a person of ordinary skill in the art will recognize as border rings. Thus, the '548 Publication includes this claim element.<br><br>Both the collar 140 and frame 145 match what the '755 Patent calls a border ring [Fig. 1B; ¶52]. Indeed, the claim construction order for the current case defines the active region as "the region of the resonator that is electrically driven, plus any portions of the resonator that are located above or below the electrically driven regions." This means the active region is larger than what the '548 Publication calls the "main membrane region", which in turn means that the collar overlaps both the active region and the outer region, allowing it to be interpreted as a border ring on the one hand, and as a stack in the outer region on the other.<br><br>Regardless, both the frame and the collar can serve a similar purpose in influencing wave propagation. [¶58] |
| **'755 Patent Asserted Claim 5** | **Prior Art** |
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or | Both the collar 140 and frame 145 match what the '755 calls a border ring [Fig. 1B; ¶52]. Indeed, the claim construction order for the current case defines the active region as "the region of the resonator that is electrically driven, plus any portions of the resonator that are located above or below the electrically driven regions." This means the active region is larger than what the '548 Publication calls the "main membrane region", which in turn means that the collar overlaps both the active region and the outer region, allowing it to be interpreted as a border ring on the one hand, and as a stack in the outer region on the other. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The collar in the '548 Publication particularly satisfies this claim element, since in Fig. 1B, it clearly is a thicker stack over the active region (where the bottom electrode overlaps the top one on the right side of the cross section) than deeper in the outer region (past the collar). |
|---|---|
| **'755 Patent Asserted Claim 6** | **Prior Art** |
| The BAW resonator of claim 1 wherein the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness (TPA) of the passivation layer in the active region. | In stating that wave propagation can be tailored by either a collar 140 above the second electrode or a frame 145 buried between the piezoelectric layer and top electrode [Fig. 1B], the '548 publication makes clear that the ordering of the layers is not substantively consequential when using them for mass loading to tailor wave propagation. Therefore, a person of ordinary skill in the art will understand that it matters little if the passivation layer is on the piezoelectric layer or on another layer in the stack. Thus, a person of ordinary skill in the art will recognize this claim element in the '548 Publication. |
| **'755 Patent Asserted Claim 7** | **Prior Art** |
| The BAW resonator of claim 6 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | Both the collar 140 and frame 145 match what the '755 Patent calls a border ring [Fig. 1B; ¶52]. Indeed, the claim construction order for the current case defines the active region as "the region of the resonator that is electrically driven, plus any portions of the resonator that are located above or below the electrically driven regions." This means the active region is larger than what the '548 Publication calls the "main membrane region", which in turn means that the collar overlaps both the active region and the outer region, allowing it to be interpreted as a border ring on the one hand, and as a stack in the outer region on the other. |
| | The collar in the '548 Publication particularly satisfies this claim element, since in Fig. 1B, it clearly is a thicker stack over the active region (where the bottom electrode overlaps the top one on the right side of the cross section) than deeper in the outer region (past the collar). |
| **'755 Patent Asserted Claim 9** | **Prior Art** |
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '548 Publication teaches a bulk acoustic wave resonator FBAR 100B.  ¶41. Thus, the '548 Publication includes this element. |
| A piezoelectric layer; a first electrode on a first surface of the piezoelectric layer; a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the | The resonator 100B includes a piezoelectric layer 125, and a bottom electrode 115, and a top electrode 135. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| piezoelectric layer; | Fig. 1B; ¶41.<br><br><br>*Fig. 1B*<br><br>Thus, the '548 Publication includes this element. |
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and | "Although not shown, a passivation layer may be present on top of the top electrode 135 with thickness sufficient to insulate all layers of the acoustic stack from the environment…." ¶52.<br><br>In association with the Fig. 4 simulation, the '548 Publication further provides a thickness of the passivation layer within the active region of 2000Å [¶82], which serves as concrete evidence that a passivation layer is included in this publication.<br><br>Note that passivation is very often standard practice for planar-processed devices. Indeed, it is well known that the exposed surfaces of any planar-processed device, e.g., a transistor, a resonator, has a higher susceptibility to unwanted effects due to the higher surface-to-volume ratio of microscale devices. Among the unwanted effects are undue charging via dangling bonds and just plain contamination that can promote energy loss, i.e., lower $Q$, or introduce unwanted resistive paths. Passivation by depositing a protective film, e.g., silicon dioxide, silicon nitride, prevents these unwanted surface effects. Most commercial products that use planar monolithic fabrication will likely have a passivation layer. |
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness | One or more material layers, 130, 140 are present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 1B. The outer region where collar 140 is located is outside the active region 152 of the resonator, and the collar 140 has a thickness of 9500Å. Fig. 1B, ¶¶55, 83. The skilled artisan would understand that the planarization layer has a thickness equal to that of the electrode which is 3250Å. Thus, the combined one or more material layers 130, 140 have a thickness that is that is 6.3 times the thickness of the passivation layer (2000Å) within the active region. ¶82.<br><br>One of the parties suggests that "there is no disclosure for the thickness of planarization layers". However, one skilled in the art understands that planarization leaves a flat topology, meaning that all films deposited over the same supporting plane will have the |

18

4863-2447-0418.v1

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| (TPA) of the passivation layer within the active region, | same thickness.<br><br>There is also a suggestion that "there is no disclosure that any passivation layer, if present, extends laterally outside the upper electrodes." However, one skilled in the art understands that because a primary purpose of passivation is to protect from the environment, a passivation deposition is a blanket deposition over a wafer, meaning that its thickness is the same in all areas, including the active region and the outer region. Given that the outer region consists of a stack of the passivation layer and several other layers, n will be a value other than 1. |
| wherein: n is a value other than 1; and | n is a value other than 1, as explained in the previous cell. |
| n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The '548 Publication states [¶32], "The collar is typically designed so that its cutoff frequency is substantially the same as the cutoff frequency in the main membrane region, and its main non-propagating mode (evanescent mode, for instance) has substantially the same modal distribution as the piston mode in the main membrane region." This essentially amounts to acoustic matching. The passage further states, "This prevents acoustic energy in the piston mode from being converted into unwanted propagating modes in the collar region and propagating and evanescent modes in the main membrane region." Since the collar region can be in the active region, the '548 Publication includes this claim element.<br><br>For further insight, and as pointed out by one party, Hashimoto also teaches that a laterally infinite resonator will not support a lateral mode, since it has no boundary conditions, i.e., no edges, that can trap lateral waves to form a mode [Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral wavenumber is zero. A person of ordinary skill in the art will know that the boundary for lateral waves disappears, i.e., the lateral length effectively becomes infinite, when the active region is matched to the outer region at their interface, since a matched condition allows lateral waves to propagate from one region to the other without reflection. In other words, a matched condition removes the boundary that reflects waves to form a mode, thereby removing the ability to generate or excite a lateral mode in the active region. Thus, this feature is present in the Hashimoto publication and to the extent it is not anticipated by the '548 Publication alone, it is obvious in view of the '548 Publication in combination with Hashimoto. |
| **'755 Patent Asserted Claim 10** | **Prior Art** |
| A method of fabricating a BAW resonator, comprising: | The '548 Publication teaches a bulk acoustic wave resonator FBAR 100B.  ¶41. The various structures are "formed using conventional processing techniques, with examples including various forms of deposition, sputtering, etching, polishing, and so on."  ¶89. Thus, the '548 Publication includes this element. |
| providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer; providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator 100B includes a piezoelectric layer 125, and a bottom electrode 115, and a top electrode 135. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | Fig. 1B; ¶41. |
|---|---|
| | <br><br>*Fig. 1B*<br><br>Thus, the '548 Publication includes this element. |
| providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and | "Although not shown, a passivation layer may be present on top of the top electrode 135 with thickness sufficient to insulate all layers of the acoustic stack from the environment…." ¶52.<br><br>In association with the Fig. 4 simulation, the '548 Publication further provides a thickness of the passivation layer within the active region of 2000Å [¶82], which serves as concrete evidence that a passivation layer is included in this publication.<br><br>Note that passivation is very often standard practice for planar-processed devices. Indeed, it is well known that the exposed surfaces of any planar-processed device, e.g., a transistor, a resonator, has a higher susceptibility to unwanted effects due to the higher surface-to-volume ratio of microscale devices. Among the unwanted effects are undue charging via dangling bonds and just plain contamination that can promote energy loss, i.e., lower $Q$, or introduce unwanted resistive paths. Passivation by depositing a protective film, e.g., silicon dioxide, silicon nitride, prevents these unwanted surface effects. Most commercial products that use planar monolithic fabrication will likely have a passivation layer. |
| providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the | One or more material layers, 130, 140 are present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 1B. The outer region where collar 140 is located is outside the active region 152 of the resonator, and the collar 140 has a thickness of 9500Å. Fig. 1B, ¶¶55, 83. The skilled artisan would understand that the planarization layer has a thickness equal to that of the electrode which is 3250Å. Thus, the combined one or more material layers 130, 140 have a thickness that is that is 6.3 times the thickness of the passivation layer (2000Å) within the active region. ¶82.<br><br>One of the parties suggests that "there is no disclosure for the thickness of planarization layers". However, one skilled in the art understands that planarization leaves a flat topology, meaning that all films deposited over the same supporting plane will have the |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| thickness (TPA) of the passivation layer within the active region, wherein: | same thickness.<br><br>There is also a suggestion that "there is no disclosure that any passivation layer, if present, extends laterally outside the upper electrodes." However, one skilled in the art understands that since a primary purpose of passivation is to protect from the environment, a passivation deposition is a blanket deposition over a wafer, meaning that its thickness is the same in all areas, including the active region and the outer region. Given that the outer region consists of a stack of the passivation layer and several other layers, n will be a value other than 1. |
|---|---|
| n is a value other than 1; and | n is a value other than 1, as explained in the previous cell. |
| n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The '548 Publication states [¶32], "The collar is typically designed so that its cutoff frequency is substantially the same as the cutoff frequency in the main membrane region, and its main non-propagating mode (evanescent mode, for instance) has substantially the same modal distribution as the piston mode in the main membrane region." This essentially amounts to acoustic matching. The passage further states, "This prevents acoustic energy in the piston mode from being converted into unwanted propagating modes in the collar region and propagating and evanescent modes in the main membrane region." Thus, the '548 Publication includes this claim element.<br><br>For further insight, and as pointed out by one party, Hashimoto also teaches that a laterally infinite resonator will not support a lateral mode, since it has no boundary conditions, i.e., no edges, that can trap lateral waves to form a mode [Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral wavenumber is zero. A person of ordinary skill in the art will know that the boundary for lateral waves disappears, i.e., the lateral length effectively becomes infinite, when the active region is matched to the outer region at their interface, since a matched condition allows lateral waves to propagate from one region to the other without reflection. In other words, a matched condition removes the boundary that reflects waves to form a mode, thereby removing the ability to generate or excite a lateral mode in the active region. Thus, this feature is present in the Hashimoto publication and to the extent it is not anticipated by the '548 Publication alone, it is obvious in view of the '548 Publication in combination with Hashimoto. |
| **'755 Patent Asserted Claim 11** | **Prior Art** |
| A method of fabricating a BAW resonator, comprising: | The '548 Publication teaches a bulk acoustic wave resonator FBAR 100B.  ¶41. The various structures are "formed using conventional processing techniques, with examples including various forms of deposition, sputtering, etching, polishing, and so on."  ¶89. Thus, the '548 Publication includes this element. |
| providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer;<br><br>providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | The resonator 100B includes a piezoelectric layer 125, and a bottom electrode 115, and a top electrode 135. |

21

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

<table>
<tr>
<td></td>
<td>

Fig. 1B; ¶41.



*Fig. 1B*

Thus, the '548 Publication includes this element.
</td>
</tr>
<tr>
<td>

providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TP$_A$) within the active region of the BAW resonator; and
</td>
<td>

"Although not shown, a passivation layer may be present on top of the top electrode 135 with thickness sufficient to insulate all layers of the acoustic stack from the environment…." ¶52.

In association with the Fig. 4 simulation, the '548 Publication further provides a thickness of the passivation layer within the active region of 2000Å [¶82], which serves as concrete evidence that a passivation layer is included in this publication.

Note that passivation is very often standard practice for planar-processed devices. Indeed, it is well known that the exposed surfaces of any planar-processed device, e.g., a transistor, a resonator, has a higher susceptibility to unwanted effects due to the higher surface-to-volume ratio of microscale devices. Among the unwanted effects are undue charging via dangling bonds and just plain contamination that can promote energy loss, i.e., lower $Q$, or introduce unwanted resistive paths. Passivation by depositing a protective film, e.g., silicon dioxide, silicon nitride, prevents these unwanted surface effects. Most commercial products that use planar monolithic fabrication will likely have a passivation layer.
</td>
</tr>
<tr>
<td>

providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the
</td>
<td>

One or more material layers, 130, 140 are present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 1B. The outer region where collar 140 is located is outside the active region 152 of the resonator, and the collar 140 has a thickness of 9500Å. Fig. 1B, ¶¶55, 83. The skilled artisan would understand that the planarization layer has a thickness equal to that of the electrode which is 3250Å. Thus, the combined one or more material layers 130, 140 have a thickness that is that is 6.3 times the thickness of the passivation layer (2000Å) within the active region. ¶82.

One of the parties suggests that "there is no disclosure for the thickness of planarization layers". However, one skilled in the art understands that planarization leaves a flat topology, meaning that all films deposited over the same supporting plane will have the
</td>
</tr>
</table>

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| thickness (TP$_A$) of the passivation layer within the active region, wherein: | same thickness.<br><br>There is also a suggestion that "there is no disclosure that any passivation layer, if present, extends laterally outside the upper electrodes." However, one skilled in the art understands that since a primary purpose of passivation is to protect from the environment, a passivation deposition is a blanket deposition over a wafer, meaning that its thickness is the same in all areas, including the active region and the outer region. Given that the outer region consists of a stack of the passivation layer and several other layers, n will be a value other than 1. |
| n is a value other than 1; and | n is a value other than 1, as explained in the previous cell. |
| n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1. | The function of collar 140 is to provide mass loading which reduces transmission of mechanical energy between the active region and the outer region, in particular confinement of piston modes and suppression of unwanted spurious lateral modes. ¶¶32, 58. Additionally, the structure and material of the planarization layer 130 is selected to cooperate with collar 140 to reduce propagation of the eTE1 mode in the region away from the active region. See, ¶ 53. Thus, this element is present in the '548 Publication. |
| **'755 Patent Asserted Claim 12** | **Prior Art** |
| The method of claim 11 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The '548 Publication state [¶32], "The collar is typically designed so that its cutoff frequency is substantially the same as the cutoff frequency in the main membrane region, and its main non-propagating mode (evanescent mode, for instance) has substantially the same modal distribution as the piston mode in the main membrane region." This essentially amounts to acoustic matching. The passage further states, "This prevents acoustic energy in the piston mode from being converted into unwanted propagating modes in the collar region and propagating and evanescent modes in the main membrane region." Thus, the '548 Publication includes this claim element.<br><br>For further insight, and as pointed out by one party, Hashimoto also teaches that a laterally infinite resonator will not support a lateral mode, since it has no boundary conditions, i.e., no edges, that can trap lateral waves to form a mode [Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral wavenumber is zero. A person of ordinary skill in the art will know that the boundary for lateral waves disappears, i.e., the lateral length effectively becomes infinite, when the active region is matched to the outer region at their interface, since a matched condition allows lateral waves to propagate from one region to the other without reflection. In other words, a matched condition removes the boundary that reflects waves to form a mode, thereby removing the ability to generate or excite a lateral mode in the active region. Thus, this feature is present in the Hashimoto publication and to the extent it is not anticipated by the '548 Publication alone, it is obvious in view of the '548 Publication in combination with Hashimoto. |
| **'755 Patent Asserted Claim 13** | **Prior Art** |
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | From the '548 Publication [¶30], "The acoustic resonator may further include a collar disposed outside a main membrane region and/or a frame disposed within the main membrane region." Both the collar and frame represent stack thickness changes that mass load their regions to influence wave propagation, which a person of ordinary skill in the art will recognize as border rings. Thus, the '548 Publication includes this claim element.<br><br>Both the collar 140 and frame 145 match what the '755 Patent calls a border ring [Fig. 1B; ¶52]. Indeed, the claim construction |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

|  |  |
|---|---|
|  | order for the current case defines the active region as "the region of the resonator that is electrically driven, plus any portions of the resonator that are located above or below the electrically driven regions." This means the active region is larger than what the '548 Publication calls the "main membrane region", which in turn means that the collar overlaps both the active region and the outer region, allowing it to be interpreted as a border ring on the one hand, and as a stack in the outer region on the other.<br><br>Regardless, both the frame and the collar can serve a similar purpose in influencing wave propagation. [¶58] |
| **'755 Patent Asserted Claim 14** | **Prior Art** |
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | Both the collar 140 and frame 145 match what the '755 Patent calls a border ring [Fig. 1B; ¶52]. Indeed, the claim construction order for the current case defines the active region as "the region of the resonator that is electrically driven, plus any portions of the resonator that are located above or below the electrically driven regions." This means the active region is larger than what the '548 Publication calls the "main membrane region", which in turn means that the collar overlaps both the active region and the outer region, allowing it to be interpreted as a border ring on the one hand, and as a stack in the outer region on the other.<br><br>The collar in the '548 Publication particularly satisfies this claim element, because in Fig. 1B, it clearly is a thicker stack over the active region (where the bottom electrode overlaps the top one on the right side of the cross section) than deeper in the outer region (past the collar). |
| **'755 Patent Asserted Claim 15** | **Prior Art** |
| The method of claim 11 wherein providing the passivation layer comprises providing the passivation layer such that the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness (TPA) of the passivation layer in the active region. | In stating that wave propagation can be tailored by either a collar 140 above the second electrode or a frame 145 buried between the piezoelectric layer and top electrode [Fig. 1B], the '548 Publication makes clear that the ordering of the layers is not substantively consequential when using them for mass loading to tailor wave propagation. Therefore, a person of ordinary skill in the art will understand that it matters little if the passivation layer is on the piezoelectric layer or on another layer in the stack. Thus, a person of ordinary skill in the art will recognize this claim element in the '548 Publication. |
| **'755 Patent Asserted Claim 16** | **Prior Art** |
| The method of claim 15<br><br>further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the | Both the collar 140 and frame 145 match what the '755 calls a border ring [Fig. 1B; ¶52]. Indeed, the claim construction order for the current case defines the active region as "the region of the resonator that is electrically driven, plus any portions of the resonator that are located above or below the electrically driven regions." This means the active region is larger than what the '548 Publication calls the "main membrane region", which in turn means that the collar overlaps both the active region and the outer region, allowing it to be interpreted as a border ring on the one hand, and as a stack in the outer region on the other. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The collar in the '548 Publication particularly satisfies this claim element, since in Fig. 1B, it clearly is a thicker stack over the active region (where the bottom electrode overlaps the top one on the right side of the cross section) than deeper in the outer region (past the collar). |
| **'755 Patent Asserted Claim 18** | **Prior Art** |
| The method of claim 11 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer. | The collar 140 comprises a dielectric material which may be $SiO_2$, $SiN$, $SiC$, $AlN$, $ZnO$, $Al_2O_3$, diamond, diamond-like-carbon, or lead zirconium titanate. ¶52.  The planarization layer comprises borosilicate glass.  ¶53.  The passivation layer comprises AlN. ¶82. These options are all stated very clearly in the patent, so there is no need for any "obviousness" argument. It is clear that there are a multitude of material options to use in the stack other than the material used for passivation. Thus, the '548 Publication includes this element. |

## U.S. Pat. No. 7,709,999

| **'755 Patent Asserted Claim 1** | **U.S. Pat. No. 7,709,999** |
|---|---|
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '999 Patent teaches a thin film resonator that "operates on bulk standing waves."  Col. 2, ll. 20-23. It is quite clear that the '999 Patent includes this claim element. |
| a piezoelectric layer; <br><br> a first electrode on a first surface of the piezoelectric layer; <br><br> a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | An immediate example from the '999 Patent comes with Fig. 1, where the resonator 1 includes a piezoelectric layer 6, and a bottom electrode 5, and a top electrode 7. It is quite clear that the '999 Patent includes this element. <br><br> Fig. 1; col. 4, ll. 55-61. <br><br>  <br><br> There are several other examples in other figures, such as Fig. 11 and Fig. 13, both of which clearly show piezoelectric layers |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| | sandwiched between electrodes. |
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and | Fig. 10 illustrates a passivation layer 9, on a surface of the second electrode 7 opposite the piezoelectric layer 6 and within an active region of the resonator.  The passivation layer in this embodiment has a uniform thickness of 2-50nm.<br><br>Fig. 10; col. 7, 56-65<br><br><br><br>Fig. 11 and Fig. 13 also present passivation layer 9. It is quite clear that this element is present in the '999 Patent. |
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, | One or more material layers, passivation layer 9, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator.  Fig. 11.  The passivation layer 9 has a thickened portion, 9c, near an outer periphery of the active region.  Fig. 11.  If "adjacent to the second electrode" is construed to include "on top of the second electrode," then portion 9c of the passivation layer is adjacent to the second electrode. The thickness $t_c$ at point 9c is greater than the thickness of portion |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| | 9B.  Fig. 11.  The insulator 9 is "thin on the center of the second electrode and is thick on the periphery of the second electrode." Fig. 11; claim 9. |
| |  |
| | The above generated by one party assumes that "adjacent to the second electrode" can be construed to include "on top of the second electrode." However, this is not necessary. In Fig. 11, there is a sidewall spacer layer with thickness tb that is in the outer region, as construed during claims construction in the current case. In fact, the outer region in Fig. 11 has two thicknesses: tb close the edge of the second electrode and ta further away. |
| | See also, Fig. 13, illustrating an embodiment including a tapered region. This example has several passivation layer thicknesses in the active region, tc, tb, and the passivation layer thickness in region 9B. |
| | Thus, the '999 Patent includes this claim element in several places. |
| wherein: n is a value other than 1; and | In Fig. 11, tb is thicker than the passivation film thickness over the second electrode, so n is a value other than 1. In Fig. 13, ta is thicker than the passivation film thickness over the second electrode in the 9B region, so again, n is a value other than 1. In many of the examples, the '999 Patent includes this claim element. |
| n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1. | The thickened and/or graded portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations."  Col. 8, ll. 50-58.  Suppression of such vibrations leads to a reduction of mechanical energy density transmitted to the outer region of the resonator.<br><br>In addition, the tapered region effectively generates a spread of cutoff frequencies, making it difficult to generate a strong lateral mode, i.e., a propagating lateral wave, thereby reducing the density of mechanical energy in the outer region as compared to when n is equal to 1. This is particularly true in the Fig. 13 example. Thus, this claim element is present in the '999 Patent. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| '755 Patent Asserted Claim 2 | Prior Art |
|---|---|
| The BAW resonator of claim 1 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer. | The specification in the '999 Patent does not explicitly include a stack of different materials in the outer region. However, if one adds the teaching of the '425 or '548 Publications, or the contents of Hashimoto [Hashimoto, 2009], or the confinement methods of Shockley [Shockley, 1966], it would have been obvious to incorporate other materials if convenient to achieve a mass loading or thickness that attains the desired lateral wave propagation. |
| **'755 Patent Asserted Claim 3** | **Prior Art** |
| The BAW resonator of claim 1 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The thickened and/or graded portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations." Col. 8, ll. 50-58. Since in Fig. 13 there is a border transition at the interface of the 9B and 9A regions, and the relative thicknesses at this border interface are generally designed for a match ['425 Publication, 0075], the '999 Patent includes matching. The graded portion further presents a spread of cutoff frequencies to affect a vague boundary between the active and outer regions to suppress the reinforcement needed to generate standing waves and thereby suppress excitation of waves that could cause energy leakage from the active region to the outer region. |
| **'755 Patent Asserted Claim 4** | **Prior Art** |
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | The thickened structure on the periphery of the active region of Fig. 11 in the '999 Patent is a border ring providing a mass loading. The region to the right past the electrode edge then serves as the immediate outer region with a thickness clearly different from the passivation layer thickness over the second electrode. Thus, the '999 Patent includes this feature. |
| **'755 Patent Asserted Claim 5** | **Prior Art** |
| The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The thickened structure on the periphery of the active region of Fig. 11 in the '999 Patent is a border ring providing a mass loading. The region to the right past the electrode edge then serves as the immediate outer region with a thickness clearly different from the passivation layer thickness over the second electrode and smaller than the thickness in the border ring region. Thus, the '999 Patent includes this feature. |
| **'755 Patent Asserted Claim 6** | **Prior Art** |
| The BAW resonator of claim 1 wherein the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region | The region to the right past the electrode edge serves as the immediate outer region with a thickness clearly different from the passivation layer thickness over the second electrode. Since all of layer 9 is deposited as a passivation layer (but is structured to create the thickness differences), the passivation is indeed on the second surface of the piezoelectric layer. Thus, the '999 Patent includes this feature. |

4863-2447-0418.v1

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness (TPA) of the passivation layer in the active region. | |
| **'755 Patent Asserted Claim 7** | **Prior Art** |
| The BAW resonator of claim 6 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The thickened structure on the periphery of the active region of Fig. 11 in the '999 Patent is a border ring providing a mass loading. The region to the right past the electrode edge then serves as the immediate outer region with a thickness clearly different from the passivation layer thickness over the second electrode. Since all of layer 9 is deposited as a passivation layer (but is structured to create the thickness differences), the passivation is indeed on the second surface of the piezoelectric layer. Thus, the '999 Patent includes this feature. |
| **'755 Patent Asserted Claim 9** | **Prior Art** |
| A Bulk Acoustic Wave (BAW) resonator, comprising: | The '999 Patent teaches a thin film resonator that "operates on bulk standing waves." Col. 2, ll. 20-23. It is quite clear that the '999 Patent includes this claim element. |
| a piezoelectric layer; <br><br> a first electrode on a first surface of the piezoelectric layer; <br><br> a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | An immediate example from the '999 Patent comes with Fig. 1, where the resonator 1 includes a piezoelectric layer 6, and a bottom electrode 5, and a top electrode 7. It is quite clear that the '999 Patent includes this element. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| | Fig. 1; col. 4, ll. 55-61.<br><br><br>There are several other examples in other figures, such as Fig. 11 and Fig. 13, both of which clearly show piezoelectric layers sandwiched between electrodes. |
| a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and | Fig. 10 illustrates a passivation layer 9, on a surface of the second electrode 7 opposite the piezoelectric layer 6 and within an active region of the resonator.  The passivation layer in this embodiment has a uniform thickness of 2-50nm.<br><br>Fig. 10; col. 7, 56-65<br><br><br>Fig. 11 and Fig. 13 also present passivation layer 9. It is quite clear that this element is present in the '999 Patent. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, | One or more material layers, passivation layer 9, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator.  Fig. 11.  The passivation layer 9 has a thickened portion, 9c, near an outer periphery of the active region.  Fig. 11.  If "adjacent to the second electrode" is construed to include "on top of the second electrode," then portion 9c of the passivation layer is adjacent to the second electrode. The thickness $t_c$ at point 9c is greater than the thickness of portion 9B.  Fig. 11.  The insulator 9 is "thin on the center of the second electrode and is thick on the periphery of the second electrode." Fig. 11; claim 9.<br><br><br><br>The above generated by one party assumes that "adjacent to the second electrode" can be construed to include "on top of the second electrode." However, this is not necessary. In Fig. 11, there is a sidewall spacer layer with thickness tb that is in the outer region, as construed during claims construction in the current case. In fact, the outer region in Fig. 11 has two thicknesses: tb close the edge of the second electrode and ta further away.<br><br>See also, Fig. 13, illustrating an embodiment including a tapered region. This example has several passivation layer thicknesses in the active region, tc, tb, and the passivation layer thickness in region 9B.<br><br>Thus, the '999 Patent includes this claim element in several places. |
| wherein: n is a value other than 1; and | In Fig. 11, tb is thicker than the passivation film thickness over the second electrode, so n is a value other than 1. In Fig. 13, ta is thicker than the passivation film thickness over the second electrode in the 9B region, so again, n is a value other than 1. In many of the examples, the '999 Patent includes this claim element. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The thickened and/or graded portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations." Col. 8, ll. 50-58. Since in Fig. 13 there is a border transition at the interface of the 9B and 9A regions, and the relative thicknesses at this border interface are generally designed for a match ['425 Publication, 0075], the '999 Patent includes matching. The graded portion further presents a spread of cutoff frequencies to affect a vague boundary between the active and outer regions to suppress the reinforcement needed to generate standing waves and thereby suppress excitation of waves that could cause energy leakage from the active region to the outer region. |
| **'755 Patent Asserted Claim 10** | **Prior Art** |
| A method of fabricating a BAW resonator, comprising: | The '999 Patent teaches a thin film resonator that "operates on bulk standing waves." Col. 2, ll. 20-23. It is quite clear that the '999 Patent includes this claim element. |
| providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer;<br><br>providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | An immediate example from the '999 Patent comes with Fig. 1, where the resonator 1 includes a piezoelectric layer 6, and a bottom electrode 5, and a top electrode 7. It is quite clear that the '999 Patent includes this element.<br><br>Fig. 1; col. 4, ll. 55-61.<br><br><br><br>There are several other examples in other figures, such as Fig. 11 and Fig. 13, both of which clearly show piezoelectric layers sandwiched between electrodes. |
| providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and | Fig. 10 illustrates a passivation layer 9, on a surface of the second electrode 7 opposite the piezoelectric layer 6 and within an active region of the resonator. The passivation layer in this embodiment has a uniform thickness of 2-50nm. |

32

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | Fig. 10; col. 7, 56-65 |
|---|---|
| |  |
| | Fig. 11 and Fig. 13 also present passivation layer 9. It is quite clear that this element is present in the '999 Patent. |
| providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein: | One or more material layers, passivation layer 9, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator.  Fig. 11.  The passivation layer 9 has a thickened portion, 9c, near an outer periphery of the active region.  Fig. 11.  If "adjacent to the second electrode" is construed to include "on top of the second electrode," then portion 9c of the passivation layer is adjacent to the second electrode. The thickness $t_c$ at point 9c is greater than the thickness of portion 9B.  Fig. 11.  The insulator 9 is "thin on the center of the second electrode and is thick on the periphery of the second electrode." Fig. 11; claim 9. |

4863-2447-0418.v1

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

<table>
<tr>
<td></td>
<td>



The above generated by one party assumes that "adjacent to the second electrode" can be construed to include "on top of the second electrode." However, this is not necessary. In Fig. 11, there is a sidewall spacer layer with thickness tb that is in the outer region, as construed during claims construction in the current case. In fact, the outer region in Fig. 11 has two thicknesses: tb close the edge of the second electrode and ta further away.

See also, Fig. 13, illustrating an embodiment including a tapered region. This example has several passivation layer thicknesses in the active region, tc, tb, and the passivation layer thickness in region 9B.

Thus, the '999 Patent includes this claim element in several places.
</td>
</tr>
<tr>
<td>n is a value other than 1; and</td>
<td>In Fig. 11, tb is thicker than the passivation film thickness over the second electrode, so n is a value other than 1. In Fig. 13, ta is thicker than the passivation film thickness over the second electrode in the 9B region, so again, n is a value other than 1. In many of the examples, the '999 Patent includes this claim element.</td>
</tr>
<tr>
<td>n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.</td>
<td>The thickened and/or graded portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations." Col. 8, ll. 50-58. Since in Fig. 13 there is a border transition at the interface of the 9B and 9A regions, and the relative thicknesses at this border interface are generally designed for a match ['425 Publication, 0075], the '999 Patent includes matching. The graded portion further presents a spread of cutoff frequencies to affect a vague boundary between the active and outer regions to suppress the reinforcement needed to generate standing waves and thereby suppress excitation of waves that could cause energy leakage from the active region to the outer region.</td>
</tr>
</table>

34

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| '755 Patent Asserted Claim 11 | Prior Art |
|---|---|
| A method of fabricating a BAW resonator, comprising: | The '999 Patent teaches a thin film resonator that "operates on bulk standing waves."  Col. 2, ll. 20-23. It is quite clear that the '999 Patent includes this claim element. |
| providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer;<br><br>providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | An immediate example from the '999 Patent comes with Fig. 1, where the resonator 1 includes a piezoelectric layer 6, and a bottom electrode 5, and a top electrode 7. It is quite clear that the '999 Patent includes this element.<br><br>Fig. 1; col. 4, ll. 55-61.<br><br><br><br>There are several other examples in other figures, such as Fig. 11 and Fig. 13, both of which clearly show piezoelectric layers sandwiched between electrodes. |
| providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and | Fig. 10 illustrates a passivation layer 9, on a surface of the second electrode 7 opposite the piezoelectric layer 6 and within an active region of the resonator.  The passivation layer in this embodiment has a uniform thickness of 2-50nm. |

4863-2447-0418.v1

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

<table>
<tr>
<td></td>
<td>Fig. 10; col. 7, 56-65



Fig. 11 and Fig. 13 also present passivation layer 9. It is quite clear that this element is present in the '999 Patent.</td>
</tr>
<tr>
<td>providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein:</td>
<td>One or more material layers, passivation layer 9, is present on the surface of the piezoelectric layer adjacent to the second electrode in an outer region of the resonator. Fig. 11. The passivation layer 9 has a thickened portion, 9c, near an outer periphery of the active region. Fig. 11. If "adjacent to the second electrode" is construed to include "on top of the second electrode," then portion 9c of the passivation layer is adjacent to the second electrode. The thickness $t_c$ at point 9c is greater than the thickness of portion 9B. Fig. 11. The insulator 9 is "thin on the center of the second electrode and is thick on the periphery of the second electrode." Fig. 11; claim 9.</td>
</tr>
</table>

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| |  |
| | The above generated by one party assumes that "adjacent to the second electrode" can be construed to include "on top of the second electrode." However, this is not necessary. In Fig. 11, there is a sidewall spacer layer with thickness tb that is in the outer region, as construed during claims construction in the current case. In fact, the outer region in Fig. 11 has two thicknesses: tb close the edge of the second electrode and ta further away.

See also, Fig. 13, illustrating an embodiment including a tapered region. This example has several passivation layer thicknesses in the active region, tc, tb, and the passivation layer thickness in region 9B.

Thus, the '999 Patent includes this claim element in several places. |
| n is a value other than 1; and | In Fig. 11, tb is thicker than the passivation film thickness over the second electrode, so n is a value other than 1. In Fig. 13, ta is thicker than the passivation film thickness over the second electrode in the 9B region, so again, n is a value other than 1. In many of the examples, the '999 Patent includes this claim element. |
| n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical | The thickened portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations." Col. 8, ll. 50-58.  Suppression of such vibrations leads to a reduction of mechanical energy density transmitted to the outer region of the resonator.

In addition, the tapered region effectively generates a spread of cutoff frequencies, making it difficult to generate a strong lateral mode, i.e., a propagating lateral wave, thereby reducing the density of mechanical energy in the outer region as compared to when n |

37

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| energy in the outer region of the BAW resonator when n is equal to 1. | is equal to 1. This is particularly true in the Fig. 13 example. Thus, this claim element is present in the '999 Patent. |

| '755 Patent Asserted Claim 12 | Prior Art |
|---|---|
| The method of claim 11 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | The thickened and/or graded portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations." Col. 8, ll. 50-58. Since in Fig. 13 there is a border transition at the interface of the 9B and 9A regions, and the relative thicknesses at this border interface are generally designed for a match ['425 Publication, 0075], the '999 Patent includes matching. The graded portion further presents a spread of cutoff frequencies to affect a vague boundary between the active and outer regions to suppress the reinforcement needed to generate standing waves and thereby suppress excitation of waves that could cause energy leakage from the active region to the outer region. |

| '755 Patent Asserted Claim 13 | Prior Art |
|---|---|
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading. | The thickened structure on the periphery of the active region of Fig. 11 in the '999 Patent is a border ring providing a mass loading. The region to the right past the electrode edge then serves as the immediate outer region with a thickness clearly different from the passivation layer thickness over the second electrode. Thus, the '999 Patent includes this element. |

| '755 Patent Asserted Claim 14 | Prior Art |
|---|---|
| The method of claim 11 further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The thickened structure on the periphery of the active region of Fig. 11 in the '999 Patent is a border ring providing a mass loading. The region to the right past the electrode edge then serves as the immediate outer region with a thickness clearly different from the passivation layer thickness over the second electrode and smaller than the thickness in the border ring region. Thus, the '999 Patent includes this element. |

| '755 Patent Asserted Claim 15 | Prior Art |
|---|---|
| The method of claim 11 wherein providing the passivation layer comprises providing the passivation layer such that the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed | The region to the right past the electrode edge serves as the immediate outer region with a thickness clearly different from the passivation layer thickness over the second electrode. Since all of layer 9 is deposited as a passivation layer (but is structured to create the thickness differences), the passivation is indeed on the second surface of the piezoelectric layer. Thus, the '999 Patent includes this element. |

**EXHIBIT D**
**Initial Expert Report of Clark Nguyen**

| | |
|---|---|
| by a portion of the passivation layer in the outer region of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness ($T_{PA}$) of the passivation layer in the active region. | |
| **'755 Patent Asserted Claim 16** | **Prior Art** |
| The method of claim 15<br><br>further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region. | The thickened structure on the periphery of the active region of Fig. 11 in the '999 Patent is a border ring providing a mass loading. The region to the right past the electrode edge then serves as the immediate outer region with a thickness clearly different from the passivation layer thickness over the second electrode. Since all of layer 9 is deposited as a passivation layer (but is structured to create the thickness differences), the passivation is indeed on the second surface of the piezoelectric layer. Thus, the '999 Patent includes this element. |
| **'755 Patent Asserted Claim 18** | **Prior Art** |
| The method of claim 11 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer. | The specification in the '999 Patent does not explicitly include a stack of different materials in the outer region. However, if one adds the teaching of the '425 or '548 Publications, or the contents of Hashimoto [Hashimoto, 2009], or the confinement methods of Shockley [Shockley, 1966], it would have been obvious to incorporate other materials if convenient to achieve a mass loading or thickness that attains the desired lateral wave propagation. Thus, this claim is obvious in view of the '999 Patent in combination with the '425 Publication, the '548 Publication, Hashimoto, and/or Shockley. |

# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC. | ) |
| | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-1417-JPM |
| | ) |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**DECLARATION OF JOHN C. BRAVMAN, PH.D., IN SUPPORT OF QORVO, INC.'S**
**MOTION FOR SUMMARY JUDGMENT OF THE VALIDITY OF**
**U.S. PATENT NOS. 7,522,018 AND 9,735,755**

I, John C. Bravman, declare as follows:

1.      I have been engaged by counsel for Qorvo, Inc. ("Qorvo") as an expert in the above-captioned case.  I have been asked to provide my opinions on the validity of U.S. Patent Nos. 7,522,018 ("the '018 patent") and 9,735,755 ("the '755 patent").

2.      I provide this declaration in support of Qorvo's Motion for Summary Judgment of the Validity of U.S. Patent Nos. 7,522,018 and 9,735,755.  I am over the age of eighteen, and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter.  I have personal knowledge of the facts in this declaration, and I could and would testify to these facts.

3.      I prepared an *Expert Report Regarding Validity* of the '018 and '755 patents in the above-captioned matter.

4.      On December 20, 2023, I submitted my *Expert Report Regarding Validity*.

Attached as Exhibit 1 is a true and correct copy of that report.

5.      The statements and opinions set forth in my *Expert Report Regarding Validity* are true and accurate based on my personal knowledge and professional experience.  My *Expert Report Regarding Validity* accurately reflects the facts and circumstances described therein. If called to testify, I could and would competently testify to these statements and opinions.

6.      I expect to testify at trial in this action regarding the statements and opinions set forth in my *Expert Report Regarding Validity*, as well as on any other issues for which I have submitted or will submit opinions in this action.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 1, 2024.

_____

John C. Bravman, Ph.D.

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC. | ) |
| | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-1417-JPM |
| | ) |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## EXPERT REPORT OF JOHN C. BRAVMAN, PH.D., REGARDING VALIDITY

# **Table of Contents**

I. INTRODUCTION ................................................................................................................. 1

II. BACKGROUND, QUALIFICATIONS, AND COMPENSATION ........................................ 1

III. INFORMATION REVIEWED AND SUMMARY OF OPINIONS ...................................... 1

IV. LEGAL PRINCIPLES APPLIED ..................................................................................... 2

    A.    Burden of Proof .......................................................................................................... 2

    B.    POSITA ..................................................................................................................... 3

    C.    Claim Construction ................................................................................................... 3

    D.    Anticipation .............................................................................................................. 3

    E.    Obviousness .............................................................................................................. 6

    F.    Enablement ............................................................................................................. 10

V. PERSON OF ORDINARY SKILL IN THE ART ("POSITA") ........................................ 11

VI. BAW Resonator Design ................................................................................................. 13

VII. THE '018 PATENT ....................................................................................................... 15

    A.    The '018 Patent's Disclosure .................................................................................. 15

    B.    The Prosecution History of the '018 Patent ........................................................... 19

    C.    The Asserted Claims ............................................................................................... 20

        1.    Claim 1 .............................................................................................................. 20

        2.    Claim 12 ............................................................................................................ 21

    D.    Claims 1 and 12 of the '018 Patent Are Enabled ................................................... 22

        1.    Undue Experimentation Is Not Required to Make And Use The Claimed Invention 22

        2.    While Dr. Nguyen Argues Claims 1 and 12 are Not Enabled, He Provides No Undue Experimentation Analysis ................................................................................................... 24

    E.    Dr. Nguyen's General Statements About the Art and References He Applies ............. 26

    F.    Claims 1 and 12 Are Valid Over WO '740 ............................................................. 28

    G.    Claims 1 and 12 Are Valid Over US '171 .............................................................. 32

    H.    Claims 1 and 12 Are Valid Over US '154 .............................................................. 35

    I.    Unasserted Claims .................................................................................................. 38

VIII. THE '755 PATENT ..................................................................................................... 38

    A.    The '755 Patent's Disclosure .................................................................................. 38

    B.    The Prosecution History of the '755 Patent ........................................................... 42

C.      Asserted Claims 9 and 10..............................................................................42

D.      Claims 9 and 10 of The '755 Patent Are Enabled.......................................47

    1.      Undue Experimentation Is Not Required to Make And Use The Claimed Invention 47

    2.      While Dr. Nguyen Argues Claims 1 and 12 are Not Enabled, He Provides No Undue Experimentation Analysis.........................................................................49

E.      Dr. Nguyen's General Statements About The Art ......................................56

F.      Claims 9 and 10 Are Valid Over DE '425 and Hashimoto.........................56

G.      Claims 9 and 10 Are Valid Over US '548 and Hashimoto.........................61

H.      Claims 9 and 10 Are Valid Over US '999 ...................................................64

I.      Unasserted Claims .......................................................................................67

IX. CONCLUSION ..................................................................................................68

X. RESERVATION OF RIGHTS ............................................................................68

## I.     INTRODUCTION

1.      My name is John C. Bravman, Ph.D.  I am the President of, and a Professor of

Electrical Engineering at, Bucknell University.

2.      As set forth in my November 21, 2023 *Infringement Expert Report*, I have been

retained by Qorvo, Inc. ("Qorvo") to serve as a technical expert witness in this matter.

3.      In my *Infringement Expert Report*, I concluded that various Accused Products (or

their method of fabrication) made, used, sold, or offered for sale by Defendants Akoustis

Technologies, Inc. and Akoustis, Inc. (collectively, "Defendants" or "Akoustis") infringe claims

1 and 12 of the U.S. Patent Number 7,522,018 ("the '018 Patent") and claims 9 and 10 of the

U.S. Patent Number 9,735,755 ("the '755 Patent") (collectively, the "Asserted Claims").

4.      I have been asked by Qorvo to review the November 21, 2023 *Opening Expert*

*Report of Dr. Clark Nguyen Regarding the Invalidity of U.S. Patent Nos. 7,522,018 B2 and*

*9,735,755 B2* ("*Nguyen Invalidity Report*") and provide my opinions as to the validity of the

Asserted Claims.

## II.     BACKGROUND, QUALIFICATIONS, AND COMPENSATION

5.      My background, expert qualifications, testifying history, and compensation are set

forth in detail in my *Infringement Expert Report*.

## III.     INFORMATION REVIEWED AND SUMMARY OF OPINIONS

6.      I have reviewed the *Nguyen Invalidity Report*, its exhibits, and the documents

cited therein, along with Akoustis' June 15, 2023 *Final Invalidity Contentions* and Qorvo's July

25, 2023 *Final Validity Contentions*.

7.      I have also reviewed the documents cited in my *Infringement Expert Report*,

including the '018 and '755 Patents, their file histories, and the documents related to claim

construction, and any other document I cite in this Report.

8.      I have also relied upon my experience and background in forming my opinions herein.

9.      In view of the above-described information and based on my expertise in the relevant subject matter of the '018 and '755 Patents, it is my opinion that Asserted Claims 1 and 12 of the '018 Patent and 9 and 10 of the '755 Patent are valid over the invalidity bases advanced in the *Nguyen Invalidity Report*.

10.      This Report contains statements of my opinions formed to date and the bases and reasons for those opinions. I offer these opinions based upon my own personal knowledge skill, experience, training, and education and, if called upon to testify, would testify competently to the matters contained herein.

11.      I reserve the right to adjust or supplement my opinions and analysis if I become aware of additional information, or in response to the reports of others.  Moreover, I may comment or testify in response to the testimony of other witnesses, including witnesses who testify on behalf of Akoustis.

## IV.    LEGAL PRINCIPLES APPLIED

12.      I am neither an attorney nor a legal expert and offer no legal opinions. Counsel for Qorvo has informed me that the following legal principles are applicable, and I have applied these standards in arriving at the conclusions expressed in this report.

### A.      Burden of Proof

13.      I understand the claims of an issued U.S. patent are presumed valid. A party challenging a patent's validity, whether based on anticipation, obviousness, or otherwise, bears a heavy burden of persuasion, requiring proof of invalidity by "clear and convincing evidence."

14.     I understand the validity of a claim must be determined on the basis of the claimed subject matter as a whole.

**B.     POSITA**

15.     I understand that my assessment and determination of validity must be undertaken from the perspective of what would have been known or understood by a person of ordinary skill in the art at the time of the invention of the claimed subject matter (a "POSITA").

16.     I understand that in patent law, POSITA refers to a person who is trained in the relevant technical field of a patent without possessing extraordinary or otherwise exceptional skill. Factors such as the education level of those working in the field, the sophistication of the technology, the types of problems encountered in the art, prior art solutions to those problems, and the speed at which innovations are made may help establish the level of skill in the art.

17.     My definition of a POSITA can be found in §V.

**C.     Claim Construction**

18.     As with analyzing infringement, I understand that for validity, each asserted claim must be construed to determine its proper scope and meaning to a POSITA. My understanding of the principles of claim construction are set forth in detail in my *Infringement Expert Report* and I apply the same constructions (and principles) here as necessary to my analysis.

**D.     Anticipation**

19.     I understand that a patent claim is anticipated only if each claim limitation is shown in a single prior art reference. The identical invention must be shown in as complete detail as is contained in the patent claim.

20.     Whether a reference is eligible as prior art and whether a reference anticipates are two separate questions. The status of a reference as prior art is a legal question based upon underlying fact issues. For the '018, the scope of available prior art is set by statute as follows:

*A person shall be entitled to a patent unless –*

*(a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent, or*

*(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of the application for patent in the United States, or . . .*

*(e) the invention was described in . . . an application for patent . . . by another filed in the United States before the invention by the applicant for patent . . . .*

35 U.S.C. § 102 (pre-AIA). For the '755 Patent, the scope of available prior art is set by statute (with some exceptions) as follows:

*A person shall be entitled to a patent unless –*

*(a)Novelty; Prior Art.—A person shall be entitled to a patent unless—*

*(1) the claimed invention was patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention; or*

*(2) the claimed invention was described in a patent issued under section 151, or in an application for patent published or deemed published under section 122(b), in which the patent or application, as the case may be, names another inventor and was effectively filed before the effective filing date of the claimed invention.*

35 U.S.C. § 102.

21.     Once it has been established that a document is a legitimate piece of prior art, a determination of anticipation involves two steps. The first step is construing the claims (as mentioned above), which is a question of law. The second step is comparing the properly construed claims to the prior art, which is a question of fact.

22.     I understand that differences between the prior art reference and the claimed invention, however slight, prevent anticipation. Every element of the claimed invention must be literally present in the reference, arranged or combined as in the claim. For example, unless a reference discloses within the four corners of the document not only all of the limitations

claimed, but also all of the limitations arranged or combined in the same way as recited in the claim, it cannot be said to prove prior invention of the thing claimed and, thus, cannot anticipate.

23.     I understand that the requirement that the prior art elements themselves be arranged as in the claim means that claims cannot be treated as mere catalogues of separate parts, in disregard of the part-to-part relationships set forth in the claims and that give the claims their meaning. A prior art reference that discloses individual claim elements that could have been arranged in the same way as the claim, but does not itself describe or depict them arranged in that way, does not anticipate the claim. A prior art reference that discloses all elements of the claim, but does not contain any discussion linking the elements with each other, does not show the invention arranged as in the claim.

24.     I understand that anticipation cannot be based on merely picking and choosing multiple, distinct teachings from the reference that could somehow be combined to arrive at the claimed invention. It is incorrect to find anticipation by combining different parts of separate embodiments in the reference simply because they are found within the four corners of the document.

25.     I understand that, for anticipation, it is not enough that the prior art reference discloses part of the claimed invention, which a POSITA might supplement to make the whole, or that it includes multiple, distinct teachings that the artisan might somehow combine to achieve the claimed invention.

26.     I understand that anticipation can be shown by express or inherent teachings of a reference. But inherency can only be demonstrated by showing that the reference necessarily includes the allegedly inherent feature. Inherency cannot be shown by probabilities or possibilities. The mere fact that a certain thing may result from a given set of circumstances is

not sufficient. Thus, that a POSITA would understand that a prior art reference may possibly disclose, or suggest, a feature is inadequate to prove inherency, and therefore inadequate to show anticipation of the claim by that reference. Similarly, the mere fact that a certain thing may result from a given set of circumstances is not sufficient to establish inherency. Occasional results are not inherent.

27.     Lastly, I understand that, for anticipation, the reference must also disclose each claim element with sufficient clarity to prove its existence in the prior art and enable a POSITA to make the invention without undue experimentation. I understand that factors to be considered when determining whether undue experimentation is required include, but are not limited to: (a) the breadth of the claims; (b) the nature of the invention; (c) the state of the prior art; (d) the level of one of ordinary skill; (e) the level of predictability in the art; (f) the amount of direction provided by the inventor; (g) the existence of working examples; and (h) the quantity of experimentation needed to make or use the invention based on the content of the disclosure.

### E.     Obviousness

28.     I understand that a patent claim is obvious "if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains." This has typically been referred to as the obviousness inquiry.

29.     I understand that obviousness is a question of law based on underlying factual determinations, including: (1) the scope and content of prior art; (2) differences between prior art and claims; (3) the level of ordinary skill in the art; and (4) objective indicia of non-obviousness.

30.     I understand that a reference qualifies as prior art for an obviousness determination only when it is analogous to the claimed invention. Two separate tests define the scope of analogous prior art: (1) whether the art is from the same field of endeavor, regardless of the problem addressed and, (2) if the reference is not within the field of the inventor's endeavor, whether the reference still is reasonably pertinent to the particular problem with which the inventor is involved. A reference is reasonably pertinent if, even though it may be in a different field from that of the inventor's endeavor, it is one which, because of the matter with which it deals, logically would have commended itself to an inventor's attention in considering his problem. Where the invention and the references are directed to different problems, the inventor would not have been motivated to consider any of these references when making his invention.

31.     I understand that the claimed invention must be considered as a whole in analyzing obviousness. In determining the differences between the prior art and the claims, the question under the obviousness inquiry is not whether the differences themselves would have been obvious, but whether the claimed invention as a whole would have been obvious. It is an improper approach to the obviousness inquiry to try to distill the invention down to a "gist" or "core," as this superficial mode of analysis disregards elements of the whole.

32.     I understand that where a party asserts obviousness based on a combination of teachings of multiple prior art references or a combination of distinct embodiments of a single prior art reference, the party must demonstrate that a POSITA would have had reason to combine the teachings to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success from doing so. This is often referred to as "motivation to combine."

33.     In other words, a claim is not made obvious merely because each of its features was independently known in the prior art and could have been combined. A party asserting obviousness must show *why* a POSITA would have been motivated to combine those features to arrive at the claimed invention. This is so because inventions in most, if not all, instances rely upon building blocks long since uncovered, and claimed discoveries almost of necessity will be combinations of what, in some sense, is already known.

34.     I understand that reasonable expectation of success is assessed as of the date of the invention described in the patent. That the inventors were ultimately successful is irrelevant to whether a POSITA, at the time the invention was made, would have reasonably expected success. Any finding to the contrary represents impermissible use of hindsight—*i.e.*, using the inventors' success as evidence that the success would have been expected.

35.     I understand that one indicator of non-obviousness is when prior art "teaches away" from combining certain known elements. A prior art reference teaches away from the patent's particular combination if it leads in a different direction or discourages that combination, recommends steps that would not likely lead to the patent's result, or otherwise indicates that a seemingly inoperative device would be produced. If the prior art indicated that the invention would not have worked for its intended purpose or otherwise taught away from the invention, the invention is not obvious. Likewise, the fact that elements work together in an "unexpected and fruitful manner" supports the conclusion that an invention is not obvious to those skilled in the art.

36.     I understand that an invention would not have been obvious if the inventor would have been motivated to vary all parameters or try each of numerous possible choices until one possibly arrived at a successful result, where the prior art gave either no indication of which

parameters were critical or no direction as to which of many possible choices is likely to be successful. Where the prior art suggested exploring a new technology or general approach that seemed to be a promising field of experimentation, but gave only general guidance as to the particular form of the claimed invention or how to achieve it, obviousness does not arise.

37.     I understand that one must remain vigilant of the distortion caused by hindsight bias and must be cautious of arguments reliant upon ex post reasoning. The selective hindsight combination of teachings that show various elements of the claim generally does not suffice to establish obviousness.

38.     Regarding objective indicia of non-obviousness, I understand that certain objective indicia, with a nexus to the claimed invention, can be important evidence regarding whether a patent is obvious or non-obvious. Such indicia include: (i) commercial success; (ii) long-felt but unsolved needs in the art for the invention, particularly in the face of prior art later asserted to lead to a solution; (iii) failure of others to achieve the results of the invention; (iv) unexpected or surprising results; (v) unexpected properties of the claimed invention; (vi) licenses showing industry respect for the invention; (vii) skepticism of skilled artisans before the invention or accepted wisdom contrary to it; (viii) copying of the invention by others in the field; (ix) seemingly minor technological differences having practical impact in a crowded field; (x) a previously unrecognized problem; and (xi) industry acceptance or praise.

39.     I understand that evidence of such objective indicia must be considered when present. It is generally incorrect to reach a conclusion on obviousness before considering the evidence of secondary considerations, and in then evaluating the latter solely in terms of whether it may fill any gaps in the initial conclusion on obviousness. On the other hand, such evidence is

not a requirement for patentability, and the absence of such evidence is a neutral factor in the analysis of obviousness or non-obviousness.

### F.    Enablement

40.    It is my understanding that the specification of a patent must describe the invention in such terms that a POSITA can make and use the claimed invention. This is the enablement requirement set forth in 35 U.S.C. §112(a) (for the '755 Patent) or pre-AIA 35 U.S.C. §112, 1st ¶ (for the '018 Patent). Its purpose is to ensure that the invention is communicated to the interested public in a meaningful way.

41.    I understand that, to comply with the enablement requirement, it is not necessary to enable a POSITA to make and use a perfected, commercially viable embodiment (absent a claim limitation to that effect). Detailed procedures and specifications are not necessary if the description of the invention itself is sufficient to permit a POSITA to make and use it. Indeed, a patent need not teach, and preferably omits, what is well known in the art.

42.    Rather, I understand the test for enablement is whether the invention is described such that a POSITA can make and use the invention without undue experimentation. In other words, a claim is enabled if undue experimentation by a POSITA is not needed to practice the claimed invention. The test is not whether any experimentation is necessary, but whether, if experimentation is necessary, it is undue. Indeed, even if the experimentation needed to develop the claimed invention is complex, it is not necessarily undue if the art typically engages in such experimentation. As long as the specification discloses at least one method for making and using the claimed invention that bears a reasonable correlation to the claimed invention, then the enablement requirement is satisfied. Any part of the specification can support an enabling disclosure, including a background section.

43.     I understand that the factors to consider when determining whether any necessary experimentation is "undue" include at least: (a) the breadth of the claims; (b) the nature of the invention; (c) the state of the prior art; (d) the level of one of ordinary skill; (e) the level of predictability in the art; (f) the amount of direction provided by the inventor; (g) the existence of working examples; and (h) the quantity of experimentation needed to make or use the invention based on the content of the disclosure.

44.     I understand that the amount of guidance or direction in the specification needed to enable the invention is inversely related to the amount of knowledge in the state of the art as well as the predictability in the art. But even in unpredictable arts, a disclosure of every possible operable instantiation of the invention is not required. A single embodiment may provide broad enablement in cases involving predictable factors, such as mechanical or electrical elements. If one skilled in the art can readily anticipate the effect of a change within the subject matter to which the claimed invention pertains, then there is predictability in the art.

## V.     PERSON OF ORDINARY SKILL IN THE ART ("POSITA")

45.     My opinions as to the characteristics of a hypothetical POSITA of the '755 Patent and the '018 Patent are set forth in detail in my *Infringement Expert Report*.

46.     In particular, I came to the conclusion that a POSITA of both the '018 and '755 Patents would have had at least a bachelor's degree, or the equivalent degree, in electrical engineering, materials science, physics, or a related field, and 3-5 years of experience in the research, design, or development of thin film devices, or equivalent experience.  A person with more education and less experience may also meet this standard.

47.     I believe that I am at least a POSITA in the context of each of the '755 and '018 Patents and, furthermore, I have supervised or trained those who were also POSITAs.  Moreover,

I qualified as a POSITA as of the time of the invention of the claims of the '755 and '018 Patents.  Accordingly, I believe that I am qualified to opine from the perspective of a POSITA as to both patents.

48.     Dr. Nguyen opines that a POSITA for the '755 Patent "would have had an undergraduate degree in electrical engineering with two to four years of experience in the technical field, or a master's degree in electrical engineering with one to two years of experience in the field; or an equivalent combination of education and experience." *Nguyen Invalidity Report*, ¶29.

49.     As I explained in my *Infringement Expert Report* with respect to an earlier expression of this opinion by Dr. Nguyen, the substantive difference between his definition and mine relates to a POSITA's possible undergraduate degrees. It is my opinion that any of the undergraduate programs identified in my definition of a POSITA would have provided the requisite technical background for a POSITA.  In fact, it is my opinion that—when it comes to thin film device design—engineers/scientists with materials science, mechanical engineering (a "related field"), and/or physics backgrounds are generally better equipped to understand the implications of structural and material design choices in thin film devices than those with solely electrical engineering backgrounds. The fundamental tenet of materials science, for instance, links material properties and performance—in isolation and within a system—to how each material has been processed and to how each material is structured at the atomic level and above. These are the core concepts that need apprehension to understand the '755 and '018 patents. Thus, I maintain my opinion as to the definition of a POSITA is correct.

## VI.    BAW RESONATOR DESIGN

50.    As set forth in my *Infringement Expert Report*, both the '755 Patent and the '018 Patent relate to structural features of Bulk Acoustic Wave ("BAW") resonators, which are electromechanical devices where a standing acoustic wave is generated by an electrical signal in a piezoelectric material.  In a simple configuration, a BAW resonator includes a piezoelectric material (*e.g.*, quartz, AlN, or ZnO) sandwiched between two metallic electrodes, such as shown in the diagram below.



51.    In this example, the top and bottom electrodes excite acoustic waves in the piezoelectric layer, which are reflected from the top and bottom surfaces to form a standing acoustic wave. The frequency at which resonance occurs is determined by the physical parameters of the piezoelectric layer and electrodes (*e.g.*, thicknesses and materials used).

52.    The BAW resonators are typically mounted on supporting structure. The configuration of the supporting structure defines two types of BAW resonators, solidly mounted resonators (or BAW-SMR, SMR, or SBAR) and film bulk acoustic resonators (or FBAR). Simplified examples of these two constructions are shown below.



53.     As can be seen in the above, the physical constructions of BAW resonators are straightforward. They are made of a series of layers fabricated according to common semiconductor processing and manufacturing techniques.

54.     Filtering performance is highly dependent, in part, on the interactions of the various layers of the BAW resonator. Thus, the crucial aspect of making a competitive BAW filter (at the time of the '018 and '755 Patents and still today) is tuning the physical properties of the layers such that they work together to provide a desired filtering performance. This resonator tuning (at the time of the '018 and '755 Patents and still today) was typically accomplished by preparing sets of prototype resonators with varying layer properties (*e.g.*, dimensions and materials) and testing/comparing their individual performance until a suitably performing resonator configuration was found. Alternatively (or as a precursor to physical prototypes), computerized simulations of the prototype designs could be performed to determine their performance, and as a guide for specifying the prototyping parameters. Also, by using the term "tuning" in the foregoing, I do not mean to signify that this process is simple, as it is not. It is a complex balancing act of research involving cycles of simulation/prototyping, experimentation, and evaluation.

55.     A POSITA would have understood this prototyping and testing methodology could go through many cycles until a suitably performing resonator configuration was found. A

POSITA would also have understood that it was (and is) not at all uncommon for certain changes (*e.g.*, particular selection of dimensions and materials) to have differing effects when implemented in different resonator designs. For example, the selection of a particular piezoelectric layer material or dimension could have different performance effects when used with electrodes made of different materials, *etc*.

56.     Accordingly, it was (and is) not uncommon for a manufacturer to prepare many sets of prototype resonators during product development before finding a suitable design. In other words, a POSITA would have understood, when reading the '018 and '755 Patents, that significant and repeated experimentation during product design was (and is) quite common for BAW resonator development. Against this backdrop, any discovery of a particular relationship between specific aspects of a resonator's design and its performance, such as taught by the '018 and '755 Patents, was (and is) quite valuable as a tool for a designer to utilize during BAW resonator development.

## VII.     THE '018 PATENT

### A.     The '018 Patent's Disclosure

57.     The '018 Patent relates to the configuration of "[a]n electro-acoustic resonator" of either the FBAR (*e.g.*, FIG. 1) or SBAR/SMR (*e.g.*, FIG. 2) type, where one electrode (*e.g.*, the top electrode such as element 6 in FIG. 1 or 15 in FIG. 2) is made thinner than the other (*e.g.*, the bottom electrode such as element 4 in FIG. 1 or 13 in FIG. 2) to provide an improved filter bandwidth and coupling factor. Ex. 001 (*'018 Patent*), Abstract, 1:61-2:8, 5:15-24. The '018 Patent indicates it is an improvement of prior art resonators that used electrodes of equal thickness. Ex. 001 (*'018 Patent*), 1:30-60.

58.     FIG. 1 provides an exemplary embodiment of the '018 Patent's invention where FBAR resonator 1 includes substrate 2, etch-stop layer 3, bottom electrode layer 4 with thickness T2, piezoelectric layer 5, top electrode layer 6 with thickness T1, and mass-loading layer 7, where T2 > T1. Ex. 001 (*'018 Patent*), 3:32-41.



FIG.1

59.     FIG. 2 provides another exemplary embodiment of the '018 Patent's invention where SBAR/SMR resonator 8 includes substrate 9, acoustic mirror 10, bottom electrode layer 13 with thickness T4, piezoelectric layer 14, top electrode layer 15 with thickness T3, and mass-loading layer 16, where T4 > T3. Ex. 001 (*'018 Patent*), 3:42-51.



FIG.2

60.     FIG. 3 provides another exemplary embodiment of the '018 Patent's invention where SBAR/SMR resonator 17 includes substrate 18, acoustic mirror 19, bottom outer electrode layer 22 (of equal thickness to 26), bottom inner electrode layer 23 with thickness T6,

piezoelectric layer 24, top inner electrode layer 25 with thickness T5, top outer electrode layer 26 (of equal thickness to 22), and mass-loading layer 27, where T6 > T5. Ex. 001 (*'018 Patent*), 3:52-4:3.



FIG.3

61.     FIGS. 4-7 are tables of coupling factors $k_r$ produced by various relationships between electrode layer thicknesses in the above exemplary embodiments.

62.     FIGS. 4 and 5 show $k_r$ values while varying the thicknesses (T3, T4) of molybdenum (Mo) electrode layers (15, 13) in the FIG. 2 embodiment, where the piezoelectric layer 24 is 1410 nm thick aluminum nitride. FIG. 4 represents where the FIG. 2 embodiment is non-mass-loaded and FIG. 5 represents where the FIG. 2 embodiment is mass loaded (150 nm thickness). Ex. 001 (*'018 Patent*), 4:15-40.

| T3 / T4 | 50 nm | 100 nm | 150 nm | 200 nm | 250 nm | 300 nm |
|---|---|---|---|---|---|---|
| 100 nm | 0,216 | 0,219 | 0,218 | 0,218 | 0,212 | 0,208 |
| 150 nm | 0,216 | 0,219 | 0,223 | 0,218 | 0,219 | 0,216 |
| 200 nm | 0,220 | 0,224 | 0,222 | 0,224 | 0,224 | 0,220 |
| 250 nm | 0,216 | 0,219 | 0,224 | 0,226 | 0,219 | 0,216 |
| 300 nm | 0,223 | 0,226 | 0,224 | 0,226 | 0,218 | 0,223 |
| 350 nm | 0,214 | 0,218 | 0,224 | 0,226 | 0,218 | 0,214 |
| 400 nm | | | 0,223 | 0,217 | 0,217 | 0,213 |

FIG.4

| T3 / T4 | 50 nm | 100 nm | 150 nm | 200 nm | 250 nm | 300 nm |
|---|---|---|---|---|---|---|
| 100 nm | 0,214 | 0,216 | 0,216 | 0,214 | 0,212 | 0,209 |
| 150 nm | 0,218 | 0,219 | 0,219 | 0,218 | 0,216 | 0,213 |
| 200 nm | 0,219 | 0,222 | 0,222 | 0,221 | 0,218 | 0,214 |
| 250 nm | 0,221 | 0,223 | 0,223 | 0,222 | 0,219 | 0,217 |
| 300 nm | 0,221 | 0,223 | 0,223 | 0,222 | 0,219 | 0,217 |
| 350 nm | 0,219 | 0,223 | 0,223 | 0,222 | 0,219 | 0,217 |
| 400 nm | | | 0,222 | 0,221 | 0,218 | 0,216 |

FIG.5

63.     FIGS. 6 and 7 show $k_r$ values while varying the thickness (T5, T6) of platinum (Pt) inner electrode layers 23, 25 in conjunction with 200 nm thick aluminum outer electrode layers 22, 26 and aluminum nitride piezoelectric layer 24. FIG. 6 represents where the FIG. 2 embodiment is non-mass-loaded and FIG. 7 represents where the FIG. 2 embodiment is mass loaded. Ex. 001 (*'018 Patent*), 4:48-5:8.

| T6 / T6 | 0 nm | 50 nm | 100 nm | 150 nm | 200 nm | 250 nm |
|---|---|---|---|---|---|---|
| 0 nm | 0,204 | 0,202 | 0,198 | 0,191 | 0,191 | 0,181 |
| 50 nm | 0,207 | 0,212 | 0,208 | 0,203 | 0,194 | 0,192 |
| 100 nm | 0,209 | 0,216 | 0,211 | 0,204 | 0,204 | 0,194 |
| 150 nm | 0,209 | 0,216 | 0,211 | 0,213 | 0,203 | 0,192 |
| 200 nm | 0,213 | 0,211 | 0,216 | 0,208 | 0,196 | 0,183 |
| 250 nm | 0,207 | 0,214 | 0,208 | 0,199 | 0,185 | 0,171 |

FIG.6

| T5 / T6 | 0 nm | 50 nm | 100 nm | 150 nm | 200 nm | 250 nm |
|---|---|---|---|---|---|---|
| 0 nm | 0,204 | 0,204 | 0,198 | 0,191 | 0,184 | 0,177 |
| 50 nm | 0,212 | 0,212 | 0,208 | 0,201 | 0,194 | 0,186 |
| 100 nm | 0,214 | 0,216 | 0,213 | 0,207 | 0,198 | 0,190 |
| 150 nm | 0,216 | 0,218 | 0,214 | 0,216 | 0,198 | 0,180 |
| 200 nm | 0,213 | 0,216 | 0,212 | 0,204 | 0,194 | 0,183 |
| 250 nm | 0,208 | 0,212 | 0,206 | 0,198 | 0,187 | 0,175 |

FIG.7

64.     A POSITA reviewing FIGS. 4-7 would have understood that the varying results of FIGS. 4-7 are due to complex interactions of the various layers, but that there is a demonstration, in particular configurations and ranges, that $k_r$ increases when a top electrode is made thinner than a bottom electrode while holding the remaining aspects of the resonator design constant.

### B.    The Prosecution History of the '018 Patent

65.    The Application that became the '018 Patent was filed on June 8, 2005. Ex. 002 (*'018 File History*), pp. 194-276. It claims priority through PCT/IB03/05678, filed December 4, 2003 to European Application 02258613, filed December 13, 2002. Ex. 001 (*'018 Patent*), cover and Ex. 002 (*'018 File History*), pp. 224-276. The original claims were rejected in view of several prior art references (*id.*, pp. 68-75), to which the Applicants responded by amending the claims to be directed specifically to FBAR devices (*id.*, 50-59). *See*, *e.g.*, amendments to claim 1 below.

> 1.    (currently amended) Electro-acoustic resonator (1, 8, 17) <u>comprising a membrane structure FBAR (1)</u> with a layer structure comprising a piezoelectric layer (5, 14, 24) and a top (6, 15, 25) and a bottom (4, 13, 23) electrode layer, with the thickness (T1, T2, . . . T6) of the two electrode layers being unequal, characterised in that the top electrode layer (T1, T3, T5) is thinner than the bottom (T2, T4, T6) electrode layer.

66.    The amended claims were subsequently rejected as being obvious in view of the mass loading teachings of U.S. Patent No. 6,874,211 to Bradley. Ex. 002 (*'018 File History*), pp. 36-42. The Examiner did indicate, however, that specifying the function of the '018 Patent's invention—to increase filter bandwidth—would differentiate the claims from Bradley. *Id.*, pp. 43-44. The Applicants so amended claim 1 (*id.*, p. 24, as shown below):

> 1.    (currently amended) Electro-acoustic resonator (1, 8, 17) comprising a membrane structure FBAR (1) with a layer structure comprising a piezoelectric layer (5, 14, 24) and a top (6, 15, 25) and a bottom (4, 13, 23) electrode layer, with the thickness (T1, T2, . . . T6) of the two electrode layers being unequal, characterised in that the top electrode layer (T1, T3, T5) is thinner than the bottom (T2, T4, T6) electrode layer <u>to increase a filter bandwidth of the electro-acoustic resonator</u>.

and correspondingly argued that Bradley was silent as to this feature (*id.*, p. 28, as shown below):

> In contrast, an electro-acoustic resonator with differing thicknesses between top and bottom electrode layers such that the bandwidth is increased operates by increasing the coupling factor of the resonator. Page 5, lines 16-23. While Bradley does describe reducing the thickness of a resonator, Bradley does not teach manipulating the coupling factor or increasing the bandwidth of the resonator. Therefore, Bradley does not teach increasing a filter bandwidth of a resonator because Bradley merely teaches tuning the resonant frequency of a resonator.

67.     The claims were then allowed. Ex. 002 (*'018 File History*), pp. 14-17.

**C.     The Asserted Claims**

  *1. Claim 1*

68.     Asserted Claim 1 of the '018 Patent recites the following (with bolded claim element labels added):

> **[1a]** 1. Electro-acoustic resonator (1, 8, 17) comprising:
>
> **[1b]** a membrane structure FBAR (1) with a layer structure comprising a piezoelectric layer (5, 14, 24) and a top (6, 15, 25) and a bottom (4, 13, 23) electrode layer, with the thickness (T1, T2, . . . T6) of the two electrode layers being unequal,
>
> **[1c]** characterised in that the top electrode layer (T1, T3, T5) is thinner than the bottom (T2, T4, T6) electrode layer to increase a filter bandwidth of the electro-acoustic resonator.

69.     As set forth in my *Infringement Expert Report*, a POSITA would have considered the meaning of "electro-acoustic resonator" to be straightforward, and include within its scope a single FBAR or SBAR resonator, provided either singly or as part of a larger structure of resonators, such as in a BAW filter (the normal usage of a BAW resonator).

70.     As set forth in my *Infringement Expert Report*, the meaning of element [1b] is also straightforward and a POSITA would have understood it without further definition (*e.g.*, an FBAR structure with a piezoelectric layer, top electrode, and bottom electrode, and that the thicknesses of the two electrode layers are intentionally different). A POSITA would have understood that an FBAR structure includes a membrane/air gap configuration.

71.     As set forth in my *Infringement Expert Report*, the meaning of element [1c] is also straightforward and a POSITA would have understood it without further definition (*e.g.*, the top electrode layer is thinner than the bottom electrode layer, and that the effect of that difference is to increase a filter bandwidth of the resonator *vis-à-vis* a configuration where the electrode layers are of equal thickness).

72.     In this context, a POSITA would have understood the "filter bandwidth of the resonator" to be the resonator's filtering bandwidth (*i.e.*, its passband). Also, a POSITA would have understood the comparative configuration to which the inventive resonator is compared (to determine if bandwidth is increased) to be identical to the inventive resonator except that the electrodes are of equal thickness. This is the straightforward understanding of this phrase such that the effect on bandwidth of the differing electrode thickness can be isolated. It is also supported by element [1b]'s recitation that the inventive configuration uses electrodes with "unequal" thicknesses, which correspondingly indicates that the comparative configuration has equal thickness electrodes. It is further supported by the manner in which the invention of the '018 Patent was explained in the context of Tables 4-7, which varies electrode thicknesses only to explain the invention.

73.     Dr. Nguyen does not provide any specific explanation as to how he is reading any of the elements of claim 1. While it is unclear from his analysis, he does appear to believe that elements [1b]/[1c] reads on a BAW resonator with a thinner top and thicker bottom electrode that provides increased bandwidth compared to any other BAW resonator configuration. But that is not how a POSITA would have understood elements [1b]/[1c].

### 2.  *Claim 12*

74.     Asserted Claim 12 of the '018 Patent recites the following:

12. Use of an electro-acoustic resonator (1, 8, 17) as claimed in claim 1, as a component of a radio frequency (RF) filter, or as a component used in a sensor, or used in an ultrasonic transducer, or used in an array of ultrasonic transducers.

75.     As set forth in my *Infringement Expert Report*, the meaning of claim 12 is straightforward and a POSITA would understand it without further definition (*e.g.*, the resonator of claim 1 provided in an RF filter).

76.     Dr. Nguyen does not provide any specific explanation as to how he is reading claim 12.

### D.     Claims 1 and 12 of the '018 Patent Are Enabled

#### 1.     *Undue Experimentation Is Not Required to Make And Use The Claimed Invention*

77.     My understanding of the enablement requirement is set forth in §IV.F. In sum, it is my understanding that: (i) a claim is enabled if undue experimentation by a POSITA is not needed to practice the claimed invention; (ii) even if the experimentation needed to develop the claimed invention is complex, it is not necessarily undue if the art typically engages in such experimentation; and (iii) as long as the specification discloses at least one method for making and using the claimed invention that bears a reasonable correlation to the claimed invention, then the enablement requirement is satisfied.

78.     Based on this understanding, a POSITA would have considered claims 1 and 12 of the '018 Patent to be fully enabled.

79.     Specifically, at least FIGS. 1-3 of the '018 Patent, and their respective descriptions in the '018 Patent's specification, fully enable the structural aspects of claims 1 and 12. Indeed, the claims include exemplary parenthetical references to the corresponding layer structure described in the Figures and specification, and making/fabricating the claimed structure would have been straightforward to a POSITA using standard semiconductor manufacturing

techniques. No experimentation, let alone undue experimentation, would have been necessary for a POSITA to make the claimed BAW resonator.

80.     As for element [1c] (the "characterized by …" clause), this element is also fully enabled by the foregoing and the exemplary test results shown in FIGS. 4-7 of the '018 Patent (along with their respective specification descriptions). As set forth above, element [1c] specifies two requirements: (i) that the top electrode be thinner than the bottom; and (ii) that the configuration provides an increased filter bandwidth *vis-à-vis* a comparative configuration with equal thickness electrodes. Examples of particular BAW resonator configurations where a thinner top and thicker bottom electrode provides an increased $k_r$ (described by the '018 Patent as having a proportional relationship to bandwidth via its squared value, $k_r^2$) *vis-à-vis* a comparable configuration with equal thickness electrodes are shown in FIGS. 4-7.

81.     At least these examples fully enable the scope of element [1c], because a POSITA would have understood that, in particular configurations, using a thinner top electrode and thicker bottom electrode would have provided increased filter bandwidth for a BAW resonator. A POSITA would have understood that this concept can be implemented in the design of BAW filters as a tool to increase bandwidth. As set forth above, a POSITA in the BAW resonator space would have understood that BAW resonator design normally involved repeated cycles of prototype testing of many potential design variations. A POSITA reading the '018 Patent and seeking to implement it would have found it straightforward to adjust the electrode thicknesses as taught by the '018 Patent and confirm their bandwidth effects in BAW filters being designed.

82.     Thus, to the extent any experimentation would have been required to make and use the invention recited in claim 1 of the '018 Patent, it would not have been undue.

### 2. While Dr. Nguyen Argues Claims 1 and 12 are Not Enabled, He Provides No Undue Experimentation Analysis

83. Dr. Nguyen asserts that the '018 Patent "lacks enablement because the efficacy of its approach is questionable, the mechanism it provides to explain how it works is questionable, and its efficacy cannot be distinguished amongst many other more effective methods to achieve its objective." *Nguyen Invalidity Report*, ¶45 (*see also* ¶25).

84. Dr. Nguyen, however, does not address the relevant question—does the '018 Patent enable a POSITA to make and use the invention without undue experimentation? Indeed, Dr. Nguyen does not even attempt to address any of the factors that I understand are necessary to consider when determining whether experimentation is "undue," including: (a) the breadth of the claims; (b) the nature of the invention; (c) the state of the prior art; (d) the level of one of ordinary skill; (e) the level of predictability in the art; (f) the amount of direction provided by the inventor; (g) the existence of working examples; and (h) the quantity of experimentation needed to make or use the invention based on the content of the disclosure.

85. Thus, I understand Dr. Nguyen's alleged non-enablement arguments to be irrelevant to a proper enablement analysis.

86. Nevertheless, I have reviewed Dr. Nguyen's arguments in detail. For at least the reasons discussed in the following sections, I disagree that any of Dr. Nguyen's arguments support a conclusion that claims 1 and 12 of the '018 Patent are not enabled.

87. ***Dr. Nguyen's Assertions of "Questionable Efficacy" Are Irrelevant:*** Dr. Nguyen first asserts that the '018 Patent is not enabled because some of the examples in the FIG. 4-7 tables do not show that every implementation of a thinner top and thicker bottom electrode results in increased bandwidth. *Nguyen Invalidity Report*, ¶¶46-49.

88.     I disagree for at last two reasons. *First*, this argument has nothing to do with undue experimentation. *Second*, as discussed above, a POSITA would not have understood the '018 Patent to teach that every implementation of a thinner top electrode and thicker bottom electrode in every BAW resonator would have resulted in an increased bandwidth *vis-à-vis* a comparable resonator with equal thickness electrodes. Rather, a POSITA would have understood that this was true in particular configurations (such as those shown in FIGS. 4-7) and that this concept can be applied in other designs to provide increased bandwidth.

89.     ***Dr. Nguyen's Assertions of "Questionable Mechanism" Are Irrelevant:*** Dr. Nguyen next asserts that the '018 Patent is not enabled because it does not provide a sufficient technical explanation for how its layers interact to provide the increased bandwidth. *Nguyen Invalidity Report*, ¶¶50-51.

90.     I disagree for several reasons. *First*, again, this argument has nothing to do with undue experimentation. *Second*, as stated above, it is my understanding there is no requirement that a patent teach what a POSITA would have understood. Here, a POSITA would have generally understood BAW layer dimensions and materials to affect BAW resonator performance. *Third*, Dr. Nguyen appears to be arguing that the patent does not describe and compare the universe of bandwidth effects of all electrode thicknesses in all situations, such as when other resonator design aspects (*e.g.*, other layer dimensions and materials) are also changed. But that is not the concept to which claim 1 of the '018 Patent is directed. As set forth above, element [1c] specifies two requirements: (i) that the top electrode be thinner than the bottom; and (ii) that the configuration provides an increased filter bandwidth *vis-à-vis* a comparable configuration with equal thickness electrodes. Thus, it is directed to improved

bandwidth in a particular configuration provided by the differential electrode thicknesses only. This scope is fully enabled for at least the reasons above.

91.     ***Dr. Nguyen's Assertion of "Insufficient Differentiation" Are Irrelevant:*** Dr. Nguyen next asserts that the '018 Patent is not enabled because it does not explain how a POSITA would have determined whether a bandwidth increased in a particular product due to electrode design or some other design choice. *Nguyen Invalidity Report*, ¶¶52-54.

92.     I disagree for several reasons. *First*, again, this argument has nothing to do with undue experimentation. *Second*, again, it is my understanding there is no requirement that a patent teach what a POSITA would have understood. To the extent Dr. Nguyen is asserting a POSITA would not have known how to measure bandwidth, either directly by physical testing or virtually by simulation, he is simply wrong. Such measurement techniques were well-known before the '018 Patent. *Third*, Dr. Nguyen appears to be misunderstanding the "characterized by …" clause. The clause provides a clear way to measure the increased bandwidth—by comparing the bandwidth of the design with a comparative configuration that has equal thickness electrodes (*e.g.*, a configuration that uses all the same dimensions and materials other than equal electrode thicknesses). Such a comparison removes the effects on bandwidth of any other dimension or material change and focuses on the impact of the electrode thickness change only.

### E.     Dr. Nguyen's General Statements About the Art and References He Applies

93.     Dr. Nguyen argues that a POSITA would have understood that adjusting electrode thickness affects BAW performance. *Nguyen Invalidity Report*, ¶55. I do not disagree that a POSITA would have had a general understanding that BAW resonator layer adjustments (*e.g.*, as to dimensions and materials) may affect BAW performance. However, I see no realization in the

prior art (and Dr. Nguyen points to none) that providing electrodes with different thicknesses in particular BAW filter configurations would result in an increased bandwidth.

94.     Dr. Nguyen argues that "[t]here are numerous instances of existing or documented electroacoustic resonators for which the top electrode is thinner than the bottom electrode" (*Nguyen Invalidity Report*, ¶56) and "ample examples predating the '018 Patent where the top electrode of a BAW resonator was thinner than its bottom electrode" that impacted the electromagnetic coupling of the resonator (*Nguyen Invalidity Report*, ¶58). Despite this broad statement, Dr. Nguyen cites only three references as allegedly relevant to the claims. However, each fails to disclose, or teach or suggest, the inventions recited in claims 1 and 12 of the '018 Patent for the reasons I discuss below.

95.     Dr. Nguyen argues that, in BAW resonators, "even if the intention were to make the electrodes equal, finite fabrication tolerances alone would dictate that perhaps half of the resonators manufactured would have top electrodes thinner than bottom electrodes." *Nguyen Invalidity Report*, ¶56. A POSITA would not understand the '018 Patent to cover a BAW resonator where a thickness difference between its electrodes is caused only by fabrication tolerances. A POSITA would not consider those electrodes "unequal" as required by element [1b]. A POSITA would also understand that the manufacturing tolerances noted by Dr. Nguyen would typically be far smaller than the design differences in these types of structures, especially in a qualified manufacturing environment.

96.     Dr. Nguyen argues that the three references he identifies (discussed individually below) invalidate claim 1 by anticipation and that "[t]o the extent that any element of any of the claims is not explicitly or inherently shown in a single reference, that element is well-known in the art, shown in other references, and therefore those claims are obvious in view of

combinations of the art discussed herein." *Nguyen Invalidity Report*, ¶56. I disagree that any of Dr. Nguyen's identified references anticipate claims 1 and 12 of the '018 Patent for the reasons discussed herein, and see no obviousness analysis (*e.g.*, any analysis of how or why the identified references or their embodiments would have been modified) in the *Nguyen Invalidity Report* for either claim. Thus, Dr. Nguyen has not demonstrated that any of his identified references invalidate either claim 1 or 12 of the '018 Patent.

### F.    Claims 1 and 12 Are Valid Over *WO '740*

97.    Dr. Nguyen asserts that WO 02/093740 A1 ("*WO '740*") anticipates claims 1 and 12 of the '018 Patent. *Nguyen Invalidity Report*, ¶¶26, 60. Dr. Nguyen provides a chart as Exhibit C to his report that compares claims 1 and 12 to *WO '740*.

98.    I have been asked to perform a technical review of Dr. Nguyen's validity analysis of claims 1 and 12 in view of *WO '740*. It is my conclusion that claims 1 and 12 are not anticipated or obvious in view of *WO '740*, and are therefore valid over *WO '740*, for at least the following reasons.

99.    ***Dr. Nguyen Does Not Support His Assertion That WO '740 Discloses a "115 nm" Thick Top Electrode To Show it Anticipates or Renders Obvious Element [1b]:*** In his Exhibit C, Dr. Nguyen compares element [1b] to the resonator depicted in *WO '740's* FIG. 2, describing it as an FBAR with piezoelectric layer 16, top electrode layer 17, and bottom electrode layer 15, citing *WO '740's* Fig. 2 and p. 14, ll. 22-28. *Nguyen Exhibit C*, p. 1. Further, Dr. Nguyen asserts that *WO '740's* Example 2 uses a 115nm thick lower electrode 15 and a 100nm thick upper electrode 17, citing *WO '740's* p. 30, ll. 27-31. *Nguyen Exhibit C*, p. 1.

100.    It appears that Dr. Nguyen is therefore relying on *WO '740's* Example 2's indication (as translated) that "[a] layered film of a 15 nm thick Ti layer and a 100 nm thick Pt

layer on the top thereof was formed on the surface of based film 13 by a DC magnetron sputtering method and patterned through photolithography to form a bottom electrode 15." WO '740, p. 30, ll. 27-31. Other than citing the above, Dr. Nguyen has not explained why the 15 nm thick Ti layer would be considered part of the bottom electrode rather than simply an adhesion layer. Nor has he explained how the 15 nm Ti layer would be capable of any particular effect as to [1c] below.

101.    Dr. Nguyen also asserts that "in actual realization of BAW resonators, the top and bottom electrodes will nearly always be unequal, just from the finite fabrication tolerances of planar processes." *Nguyen Exhibit C*, p. 1. Again, as I stated above, a POSITA would not understand the '018 Patent to cover a BAW resonator where a thickness difference between its electrodes is caused only by fabrication tolerances because tolerance differences due to fabrication cannot be controlled and a POSITA would not consider those electrodes "unequal." Rather, POSITA would understand this to be manifest in deliberate design factors, which are fundamentally different than the statistical variations in process outcomes to which Dr. Nguyen points.

102.    For at least these reasons, Dr. Nguyen fails to adequately explain his assertion that element [1b] is disclosed or taught by *WO '740*.

103.    ***Dr. Nguyen Has Not Shown That WO '740 Anticipates or Renders Obvious Element [1c]:*** In his Exhibit C, Dr. Nguyen references the alleged electrodes in element [1b] as disclosing a thinner top electrode and thicker bottom electrode, and then asserts:

> The '740 Publication teaches that it is useful to obtain "a large electromechanical coupling coefficient, and therefore is excellent in acoustic quality factor (Q value), bandwidth, frequency temperature characteristic… and to provide a thin film piezoelectric resonator which can realize high performance FBAR or SBAR." P. 3, ll. 19-24 (emphasis added). The publication is not quite right in contending that large electromechanical coupling necessarily leads to a large

quality factor Q, since often there is an electromechanical coupling versus Q trade-off. However, it is quite correct when it states that large electromechanical coupling contributes to potentially large filter bandwidth. I say potential filter bandwidth because the bandwidth of any filter ultimately depends on many things, including the electromechanical coupling coefficient, but also including the resonator-to-resonator coupling, the distance between the resonances of the constituent resonators (which also depends upon parasitic elements, e.g., parasitic capacitance), the acceptable passband ripple, and the termination impedance [Zverev, 1967] [Gerber, Chpt. 5, 1985]."

There are numerous examples in the text and summarized in the tables of this publication that show various relative thicknesses of the top and bottom electrodes leading to differences in electromechanical coupling, which in turn lead to differences in potential filter bandwidth.

In some of the examples, e.g., Example 22, a top electrode of 170 nm being thinner than a 190 nm bottom electrode leads to one of the larger electromechanical coupling coefficients at 6.27%. This is an increase over Example 10, which uses equal top and bottom electrode thicknesses of 105 nm each to post an electromechanical coupling coefficient of only 5.41%. The claim element where a thinner top electrode than bottom electrode yields a larger potential bandwidth (via a larger electromechanical coupling coefficient) is therefore clearly present in this publication.

I will note that Example 16 also has equal top and bottom thicknesses of 100 nm yet posts an electromechanical coupling coefficient of 6.38%, which is higher than that of Example 22 (which has a thinner top electrode than bottom). So, a thinner top than bottom electrode does not always lead to increased bandwidth, as even the '018 Patent shows in its own tables. One wonders why a concept that does not yield a consistent cause and effect can be patentable, since it does not offer any better design insight or procedure than trial and error selection of relative thicknesses.

*Nguyen Exhibit C*, pp. 1-2.

104.    While Dr. Nguyen asserts that *WO '740* is generally interested in providing improved bandwidth, and that some BAW configurations will provide increased bandwidth versus other BAW configurations, he does not explain how *WO '740* discloses that its Example 2 configuration (upon which he relies as allegedly disclosing element [1b]) would provide an increased filter bandwidth *vis-à-vis* a comparative version of Example 2 where the electrode layers are of equal thickness but all other design features remain the same. This is the required analysis to show anticipation, but is nowhere to be found in the *Nguyen Invalidity Report*.

105.    Dr. Nguyen's reference to the differences between Example 22 and 10 cannot provide this missing analysis because the structures of the two examples are quite different. Example 10 has the structure of FIGS. 1, 2 with PT/Ti electrodes, a 1.50 μm AiN/GaN Piezoelectric layer, and a 0.50 μm $SiO_2$ insulator layer. Example 22 has the structure of FIGS. 7,8 with Ti/Au/Mo and Ni/Au/Mo electrodes, a 1.30 μm AlN Piezoelectric layer, and a 0.25 μm SiN insulator layer. *See WO '740*, Tables 3-7. Because of these structural and material differences, Example 10 cannot be compared to Example 22 to determine whether the electrode thickness differences result in an increased bandwidth in Example 22 *vis-à-vis* a comparative version of Example 22 where the electrode layers are of equal thickness but all other design features remain the same.

106.    In sum, Dr. Nguyen has not cited any portion of *WO '740*, and I see no disclosure, or teaching or suggestion in *WO '740*, that recognizes that designing and fabricating a thinner top electrode and thicker bottom electrode would provide an increased bandwidth for a BAW filter *vis-à-vis* a comparative version of the BAW filter where the electrode layers are of equal thickness but all other design features remain the same.

107.    For at least these reasons, Dr. Nguyen fails to demonstrate that element [1c] is disclosed by *WO '740*. Dr. Nguyen does not otherwise assert that a POSITA would have found the features of element [1c] obvious over *WO '740*, or explained how *WO '740* would have been modified to meet element [1c]'s requirements. Thus, Dr. Nguyen has not shown that *WO '740* anticipates or renders obvious element [1c].

108.    ***Conclusion Regarding Claim 1:*** Because Dr. Nguyen has not shown that *WO '740* anticipates or renders obvious at least element [1c], and has not adequately explained his

assertions as to element [1b], Dr. Nguyen has not met his burden to show that claim 1 is invalid in view of *WO '740*.

109.   **Claim 12:** Because Dr. Nguyen has not shown claim 1 to be invalid in view of *WO '740*, claim 12 is not either.

G.   **Claims 1 and 12 Are Valid Over *US '171***

110.   Dr. Nguyen asserts that U.S. Patent No. 6,081,171 ("*US '171*") anticipates claims 1 and 12 of the '018 Patent. *Nguyen Invalidity Report*, ¶¶26, 60. Dr. Nguyen provides a chart as Exhibit C to his report that compares claims 1 and 12 to *US '171*.

111.   I have been asked to perform a technical review of Dr. Nguyen's validity analysis of claims 1 and 12 in view of *US '171*. It is my conclusion that claims 1 and 12 are not anticipated or obvious in view of *US '171*, and are therefore valid over *US '171*.

112.   **Dr. Nguyen Has Not Shown That US '171 Anticipates or Renders Obvious Element [1b]:** In his Exhibit C, Dr. Nguyen compares element [1b] to the resonator design in *US '171's* FIG. 4a, which he asserts to be a membrane structure FBAR with piezoelectric layer 22, top electrode layer 26, and bottom electrode layer 24, citing *US '171's* Col. 18, ll. 47-51. *Nguyen Exhibit C*, p. 4. Dr. Nguyen further asserts that "[t]he top electrode may have a different thickness than the bottom electrode," citing Table 3 and col. 10, ll. 25-38. *Nguyen Exhibit C*, p. 4.

113.   However, Dr. Nguyen only asserts that different electrode thicknesses "may" be present in his US '171 analysis. He does not identify the specific thicknesses of top and bottom electrodes in Table 3 upon which he is relying to show element [1b] is disclosed in *US '171*, or explain how those electrode thicknesses would have been utilized in the FIG. 4a embodiment upon which he otherwise is relying to show element [1b].

114.    For at least these reasons, Dr. Nguyen has failed to demonstrate that element [1b] is disclosed by *US '171*. Further, Dr. Nguyen does not otherwise assert that a POSITA would have found the features of element [1b] obvious over *US '171*, or explained how *US '171* would have been modified to meet element [1b]'s requirements. Thus, Dr. Nguyen has not shown that *US '171* anticipates or renders obvious element [1b].

115.    ***Dr. Nguyen Has Not Shown That US '171 Anticipates or Renders Obvious Element [1c]:*** In his Exhibit C, Dr. Nguyen asserts that US '171 discloses that "[t]he top electrode (322nm) is thinner than the bottom electrode (331nm)" (*Nguyen Exhibit C*, p. 4) and then asserts:

> BAW ladder filters yield passbands having bandwidths that are a function of, for example, the types of materials used to form the piezoelectric layers of the BAW resonators, and the respective thicknesses of the layer stacks of the BAW resonators." Col. 2, ll. 27-31. Likewise, "for a BAW resonator wherein there is a large ratio between a thickness of a membrane layer of the resonator to a thickness of a piezoelectric layer of the resonator, the frequency differential between the parallel and series resonances of the resonator is small. For BAW resonators that include electrodes and a piezoelectric layer, but which do not include membrane layers, the frequency differential between the series and parallel resonances is large." Col. 1, ll. 42-50. Additionally, the '171 Patent teaches that "reduction in a piezoelectric layer thickness and a corresponding increase in the thickness of another layer (e.g., a support layer or electrode layer) of a SCF device … results in the device yielding corresponding narrower passband bandwidths (and decreasing coupling levels). As such the level of coupling provided may be decreased by altering the relative thicknesses of these layers." Col. 11, ll. 6-15, (emphasis added). This implies of course that to provide a larger passband and increasing coupling levels, similar alteration of the relative thicknesses of the layers may be performed.

> Ultimately, the main point here is that the electromechanical coupling increases as the thickness of the piezoelectric layer increases versus other layers in its stack. This is a widely understood design knob known by persons of ordinary skill in the art. ***While the '171 Patent does teach that ratioing the thicknesses of the piezoelectric layer with other layers, e.g., the metal layers, does impact the electromechanical coupling, it however does not explicitly describe ratioing the top and bottom metal electrode thicknesses***. (This is probably for good reason, since even the '018 Patent shows that ratioing the metal electrodes is not a predictable design method.)

*Nguyen Exhibit C*, pp. 4-5 (emphasis added).

116.    While Dr. Nguyen argues that *US '171* teaches adjusting the thickness of a piezoelectric layer *vis-à-vis* another layer in a BAW resonator, he does not explain how *US '171* discloses its Figure 4a configuration (upon which he relies as allegedly disclosing element [1b]) would provide an increased filter bandwidth *vis-à-vis* a comparative version of Figure 4a where the electrode layers are of equal thickness but all other design features remain the same. This is the required analysis but is nowhere to be found in the *Nguyen Invalidity Report*.

117.    In fact, Dr. Nguyen specifically admits, in the emphasized portion of the above quotation, that *US '171* does not teach (let alone disclose) that providing a differential electrode thickness (let alone the thickness differential he specifically identifies in Table 3) would have any effect on bandwidth.

118.    Indeed, Table 3 is provided to show that tuning overall thicknesses between different resonators provides performance benefits. *See*, *e.g.*, *US '171* at 2:51-3:19. This does not disclose, or teach or suggest, the claimed relationship.

119.    In sum, Dr. Nguyen has not cited any portion of, and I see no disclosure, or teaching or suggestion in, *US '171* that recognizes that providing a thinner top electrode and thicker bottom electrode would provide an increased bandwidth for a BAW filter *vis-à-vis* a comparative version of the BAW filter where the electrode layers are of equal thickness but all other design features remain the same.

120.    For at least these reasons, Dr. Nguyen fails to demonstrate that element [1c] is disclosed by *US '171*. Dr. Nguyen does not otherwise assert that a POSITA would have found the features of element [1c] obvious over *US '171*, or explained how *US '171* would have been

modified to meet element [1c]'s requirements. Thus, Dr. Nguyen has not shown that *US '171* anticipates or renders obvious element [1c].

121.     **Conclusion Regarding Claim 1:** Because Dr. Nguyen has not shown that *US '171* anticipates or renders obvious elements [1b] or [1c], Dr. Nguyen has not met his burden to show that claim 1 is invalid in view of *US '171*.

122.     **Claim 12:** Because Dr. Nguyen has not shown claim 1 to be invalid in view of *US '171*, claim 12 is not either.

### H.     Claims 1 and 12 Are Valid Over US '154

123.     Dr. Nguyen identifies U.S. Patent No. 5,873,154 ("*US '154*") as relevant to the '018 Patent (*Nguyen Invalidity Report*, ¶57) and provides a chart as Exhibit C to his report that compares claims 1 and 12 to *US '154*. However, Dr. Nguyen does not specifically opine that *US '154* anticipates or renders obvious claims 1 and 12 of the '018 Patent. *Nguyen Invalidity Report*, ¶60.

124.     Nevertheless, I have been asked to perform a technical review of Dr. Nguyen's comparison of claims 1 and 12 to *US '154*. It is my conclusion that Dr. Nguyen's comparison does not show that claims 1 and 12 are anticipated or obvious in view of *US '154*. Thus, the claims are valid over *US '154*.

125.     **Dr. Nguyen Has Not Shown That US '154 Anticipates or Renders Obvious Element [1b]:** In his Exhibit C, Dr. Nguyen compares element [1b] to the resonator design in *US '154's* FIG. 1, which he asserts to be an FBAR with piezoelectric layer 12, top electrode layer 10, and bottom electrode layer 14, citing *US '171's* Col. 4, ll. 19-33. *Nguyen Exhibit C*, p. 8. Dr. Nguyen further asserts that "[t]he top electrode (200nm) has a different thickness than the bottom electrode (1300nm)," citing col. 4, ll. 33-42. *Nguyen Exhibit C*, p. 8.

126.    I disagree that *US '154's* FIG. 1 embodiment is a "membrane structure FBAR" as recited in element [1b]. FIG. 1 is not a membrane structure as the electrode and piezoelectric stack in FIG. 1 is mounted on acoustic mirror layers 16, 17 and there is no air gap to form a membrane.

127.    While I note that *US '154* calls its resonator an FBAR, a POSITA would have understood its configuration to be an SMR or SBAR resonator. A POSITA would have understood that the term "FBAR" was more inconsistently used before 2008, including to cover SMR/SBAR structures. But even if the "FBAR" label is used, *US '154* does not disclose a membrane structure.

128.    For at least these reasons, Dr. Nguyen's comparison fails to demonstrate that element [1b] is disclosed by *US '154*. Further, Dr. Nguyen's comparison does not otherwise assert that a POSITA would have found the features of element [1b] obvious over *US '154*, or explain how *US '154* would have been modified to meet element [1b]'s requirements. Thus, Dr. Nguyen's comparison has not shown that *US '154* anticipates or renders obvious element [1b].

129.    ***Dr. Nguyen Has Not Shown That US '154 Anticipates or Renders Obvious Element [1c]:*** In his Exhibit C, Dr. Nguyen asserts that *US '154* discloses that "[t]he top electrode (200nm) is thinner than the bottom electrode (1300nm). Col. 4, ll. 33-42." (*Nguyen Exhibit C*, p. 8) and then asserts:

> Factors that may be considered in determining appropriate layer thicknesses include, by example, the lossiness and the acoustic impedances of FBAR layers, effective piezoelectric coupling (i.e., which determines filter bandwidth) …." Col. 7, ll. 52-56. (Emphasis added). The acoustic mirror described by the '154 Patent transforms the high acoustic impedance of the substrate to a much lower acoustic impedance seen by the piezoelectric layer, thereby allowing it to vibrate more freely, reducing the amount of material it must displace. This raises the efficiency of its drive, i.e., it raises the electromechanical coupling or bandwidth. Thus, this element is present in the '154 Patent.

*Nguyen Exhibit C*, p. 8 (emphasis added).

130.    While Dr. Nguyen argues that *US '154* teaches adjusting layer thickness, he does not explain how *US '154* discloses its Figure 1 configuration (upon which he relies as allegedly disclosing element [1b]) would provide an increased filter bandwidth *vis-à-vis* a comparative version of Figure 1 where the electrode layers are of equal thickness but all other design features remain the same. This is the required analysis but is nowhere to be found in the *Nguyen Invalidity Report*.

131.    In sum, Dr. Nguyen has not cited any portion of *US '154*, and I see no disclosure, or teaching or suggestion in *US '154*, that recognizes that providing a thinner top electrode and thicker bottom electrode would provide an increased bandwidth for a BAW filter *vis-à-vis* a comparative version of the BAW filter where the electrode layers are of equal thickness but all other design features remain the same.

132.    For at least these reasons, Dr. Nguyen's comparison fails to demonstrate that element [1c] is disclosed by *US '154*. Dr. Nguyen's comparison does not otherwise assert that a POSITA would have found the features of element [1c] obvious over *US '154*, or explain how *US '154* would have been modified to meet element [1c]'s requirements. Thus, Dr. Nguyen's comparison has not shown that *US '154* anticipates or renders obvious element [1c].

133.    ***Conclusion:*** Because Dr. Nguyen's comparison has not shown that *US '154* anticipates or renders obvious elements [1b] or [1c], there has been no showing that would meet the burden to show claim 1 is invalid in view of *US '154*.

134.    ***Claim 12:*** Because Dr. Nguyen's comparison has not shown claim 1 to be invalid in view of *US '154*, claim 12 is not either.

### I.        Unasserted Claims

135.    Dr. Nguyen also argues that various claims, including dependent claims 2-6, 10, 13, and 14 of the '018 Patent, are invalid on various prior art bases. *Nguyen Invalidity Report*, ¶¶25-26, 60. Because it is my opinion that claim 1 is valid over each of Dr. Nguyen's alleged bases of invalidity for the reasons above, dependent claims 2-6, 10, 13, and 14 would also be valid. To the extent I am asked to testify about these claims in the future, I reserve my right to supplement this report to address them to the extent necessary.

## VIII.   THE '755 PATENT

### A.        The '755 Patent's Disclosure

136.    A POSITA would have understood the '755 Patent to be directed to structural configurations of BAW resonators to reduce the lateral leakage of mechanical energy from an active region to an outer region of the BAW resonator. *See*, *e.g.*, Ex. 003 (*'755 Patent*), Abstract, 1:14-17. To do so, the '755 Patent provides: (i) a passivation layer with a thickness ($T_{PA}$) in an active region of the resonator on top of an electrode – piezoelectric layer – electrode structure; and (ii) material in the outer region of the resonator on the piezoelectric layer that has a thickness $n*T_{PA}$, where $n \neq 1$ and n is chosen such that the structure reduces the density of mechanical energy in the outer region as compared to a structure where n=1. *Id*., Abstract, 2:30-56. Alternatively, n is chosen such that the outer region and the active region of the BAW resonator are acoustically matched such that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region (and thus cannot leak). Ex. 003 (*'755 Patent*), 2:57-61. Ex. 003 (*'755 Patent*), 5:5-23. The '755 Patent indicates that its teachings are equally applicable to both SMR and FBAR BAW resonators. Ex. 003 (*'755 Patent*), 7:54-57.

137.    To explain the invention, the '755 Patent first refers to a conventional BAW resonator 10 in FIG. 1A with piezoelectric layer 12, electrodes 14, 16, reflector 18, border ring

30 and passivation layer 32. Ex. 003 (*'755 Patent*), 1:35-50. In use, acoustic waves in the piezoelectric layer 12 within an active region 34 of the BAW resonator 10 are excited by an electrical signal applied to electrodes 14, 16, and a resonance frequency is determined by, *e.g.*, the thickness of the piezoelectric layer 12 and the mass of the electrodes 14, 16. Ex. 003 (*'755 Patent*), 1:51-2:3.



FIG. 1A
(PRIOR ART)

FIG. 1B
(PRIOR ART)

138.    It is important to contain the mechanical energy and reduce the wave energy lost from the electrode 14 – piezoelectric layer 12 – electrode 16 structure. To minimize downward energy leakage, either a reflector 18 or air cavity (in an FBAR structure) is used. Ex. 003 (*'755 Patent*), 2:4-13. But these structures do not prevent lateral (*e.g.*, left/right) leakage from the electrode 14 / piezoelectric layer 12 / electrode 16 structure (the overlap of which define the lateral borders of the active region), into the outer region of the resonator, as shown in FIG. 1B. Ex. 003 (*'755 Patent*), 2:14-26.

139.    The '755 Patent then describes its inventive structure to reduce such lateral leakage, as explained in FIGS. 2A, 2B, 3A, and 3B. Specifically, FIG. 2A provides a reference SMR BAW resonator 38 with piezoelectric layer 40, bottom electrode 42, top electrode 44,

reflector 46, border ring 58, and passivation layer 60 on the surface of the reference BAW

resonator 38 over both an active region 62 and an outer region 64 with a constant thickness $T_{PA}$.

Ex. 003 (*'755 Patent*), 5:24-6:25. As shown in FIG. 3A, the FIG. 2A configuration exhibits a

significant amount of lateral leakage of mechanical energy from the active region 62 into the

outer region 64. Ex. 003 (*'755 Patent*), 6:26-31.



FIG. 2A    FIG. 2B

FIG. 3A    FIG. 3B

140.    In contrast, FIG. 2B shows BAW resonator 66 with improved lateral confinement

(i.e., reduced lateral leakage) of mechanical energy. Piezoelectric layer 68, bottom and top

electrodes 70 and 72, reflector 74, and BO ring 86 are the same as the corresponding components

of the reference BAW resonator 38. Ex. 003 (*'755 Patent*), 6:32-41. The difference from the

FIG. 2B construction is that BAW resonator 66 includes passivation layer 88 that has thickness

$T_{PA}$ over the active region 90 but has a thickness $n \times T_{PA}$, where $n \neq 1$, in the outer region 92. Ex. 003 (*'755 Patent*), 6:42-54. The outer region thickness can also be provided using multiple material layers 94, as shown in FIG. 4. Ex. 003 (*'755 Patent*), 7:34-53, 3:25-27.

141.    In these configurations, n is chosen such that it reduces the lateral leakage of mechanical energy from the active region 90 of the BAW resonator 66 into the outer region 92 as compared to that of the reference BAW resonator 38 of FIG. 2A, as shown in FIG. 3B. Ex. 003 (*'755 Patent*), 6:42-6. FIGS. 3A/3B are graphical illustrations of the results of simulations of the density of mechanical energy throughout the structures of resonators 38 and 66, respectively. Ex. 003 (*'755 Patent*), 6:58-63. The '755 Patent indicates that simulations provide better results to determine n. Ex. 003 (*'755 Patent*), 6:64-67.

142.    The reduction of lateral leakage results from selecting n such that the

outer region 92 and the active region 90 of the BAW resonator 66 are acoustically matched such that one or more acoustic wavelengths that cause lateral leakage of mechanical energy from the active region 90 into the outer region 92 are not excited in the active region 90. As a result, the acoustic coupling between the active and outer regions 90 and 92 is mitigated and, as such, lateral leakage is reduced. In other words, n is selected such that the total thickness of the material on the surface of the piezoelectric layer 68 in the outer region 92 of the BAW resonator 66 changes the extinction coefficient associated with the exponential decay in the outer region 92 (as compared to that in the reference BAW resonator 38) and modifies the imaginary part of the lateral dispersion in the outer region 92 in such a manner that lateral leakage is reduced.

Ex. 003 ('755 Patent), 7:1-16.

143.    In some embodiments, the value of n is selected such that the total thickness of the layers on the surface of the piezoelectric layer 68 in the outer region 92 is less than or equal to the total thickness of the top electrode 72, the BO ring 86, and the passivation layer 88 within the active region 90. Ex. 003 (*'755 Patent*), 7:16-33.

144.    The '755 Patent also describes a method of making its resonator, as shown in FIGS. 5A-5E. Ex. 003 (*'755 Patent*), 8:62-9:40.

### B.    The Prosecution History of the '755 Patent

145.    The Application that became the '755 Patent was filed on October 6, 2015 (Ex. 004 (*'755 File History*), pp. 94-140), claiming priority to U.S. Provisional Application No. 62/207,702, filed August 20, 2015 (Ex. 005 (*'755 Provisional App*).

146.    The only amendments to the claims were to incorporate subject matter (Ex. 004 (*'755 File History*), pp. 28-48) found allowable in the first office action (*id.*, 56-66), as shown below.

> 1.    (Currently Amended) A Bulk Acoustic Wave (BAW) resonator, comprising:
>    a piezoelectric layer;
>    a first electrode on a first surface of the piezoelectric layer;
>    a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;
>    a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and
>    one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein:
>        n is a value other than 1; and
>        n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1.

147.    The claims were allowed on April 13, 2017. Ex. 004 (*'755 File History*), pp. 7-11.

### C.    Asserted Claims 9 and 10

148.    Asserted Claims 9 and 10 of the '755 Patent recite the following (with bolded claim element labels added):

| Claim 9 | Claim 10 |
|---|---|
| **[9a]** 9. A BAW resonator comprising: | **[10a]** 10. A method of fabricating a BAW resonator, comprising: |

| Claim 9 | Claim 10 |
|---|---|
| **[9b]** a piezoelectric layer;<br><br>**[9c]** a first electrode on a first surface of the piezoelectric layer; | **[10b]** providing an initial structure comprising a piezoelectric layer and **[10c]** a first electrode on a first surface of the piezoelectric layer; |
| **[9d]** a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; | **[10d]** providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer; |
| **[9e]** a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and | **[10e]** providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and |
| **[9f]** one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TPA) of the passivation layer within the active region, wherein: | **[10f]** providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TPA) of the passivation layer within the active region, wherein: |
| **[9g]** n is a value other than 1; and | **[10g]** n is a value other than 1; and |
| **[9h]** n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | **[10h]** n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. |

149.    ***The Meaning of Elements [9a]/[10a]:*** As set forth in my *Infringement Expert Report*, a POSITA would have considered the meaning of "BAW resonator" to be straightforward, and include within its scope a single FBAR or SBAR resonator, provided either singly or as part of a larger structure of resonators, such as in a BAW filter (its normal usage). As

for a "method of fabricating" in element [10a], a POSITA would also have considered this language to be straightforward (*e.g.*, methods of making the BAW resonator).

150.    ***The Meaning of Elements [9b]-[9d]/[10b]-[10d]:*** As set forth in my *Infringement Expert Report*, the meaning of elements [9b]-[9d] is straightforward and a POSITA would have understood them without further definition (*e.g.*, a stack of, from bottom to top, a first electrode, piezoelectric layer, and second electrode). As for elements [10b]-[10d], the same applies as to the recited structure and a POSITA would also have understood "providing …" to be straightforward (*e.g.*, a step in the method of making the BAW resonator).

151.    ***The Meaning of Elements [9e]/[10e]:*** As set forth in my *Infringement Expert Report*, the meaning of element [9e] is straightforward, and a POSITA would understand it without further definition (*e.g.*, a passivation layer with a thickness ($T_{PA}$) on top of the electrode/piezoelectric/electrode stack within the active region of the BAW resonator). As for elements [10b]-[10d], the same applies as to the recited structure and a POSITA would also have understood "providing …" to be straightforward as discussed above (*e.g.*, a step in the method of making the BAW resonator).

152.    In the context of these elements, I also understand that the Court has construed "active region" as "the region of the resonator that is electrically driven, plus any portions of the resonator that are located above or below the electrically driven regions" and "outer region" as the region of the resonator that is outside of the active region." Ex. 016 to my *Infringement Expert Report*, pp. 8-15. These are what are illustrated in the '755 Patent's FIGS. 2A and 2B, below, with the lateral borders of these regions identified by dashed lines.



153.   **The Meaning of Elements [9f]-[9g]/[10f]-[10g]:** As set forth in my *Infringement Expert Report*, the meaning of elements [9f]-[9g] is straightforward, and a POSITA would understand them without further definition (*e.g.*, one or more material layers on the top surface of the piezoelectric layer in the outer region that have a thickness n times (n≠1) the thickness ($T_{PA}$) of the passivation layer within the active region). As for elements [10f]-[10g], the same applies as to the recited structure and a POSITA would also have understood "providing …" to be straightforward as discussed above (*e.g.*, a step in the method of making the BAW resonator).

154.   **The Meaning of Elements [9h]/[10h]:** As set forth in my *Infringement Expert Report*, the meaning of elements [9h]/10h] is straightforward and a POSITA would understand it without further definition (*e.g.*, n is selected such that the outer and active regions are tuned so that wavelengths that cause energy leakage into the outer region are not excited/amplified in the active region). I understand that the Court found "are not excited in the active region" to have its plain and ordinary meaning. Ex. 016 to my *Infringement Expert Report*, pp. 20-22.

155.   In the context of the foregoing, a POSITA would have understood elements [9f]-[9h]/[10f]-[10h] as providing the following two requirements: (i) that the one or more material

layers have a thickness "n" times the thickness ($T_{PA}$) of a passivation layer within the active region (where n≠1); and (ii) that the selected value of "n" results in the outer and active regions being tuned to each other such at least one wavelength that would otherwise cause energy leakage into the outer region is not excited/amplified in the active region, as compared to an alternative configuration of the inventive resonator that is identical in structure except that "n" is set to equal 1.

156.    This is the straightforward understanding of this phrase such that the effect on wavelength excitation caused by the value of "n" can be isolated. It is also supported by element [9g]/[10g]'s recitation that the inventive configuration has "n" set to a value other than 1, which correspondingly indicates that n=1 in the comparative configuration. It is further supported by the manner in which the invention of the '755 Patent was explained in the context of FIGS. 2A/3A. and FIGS. 2B/3B (and their respective descriptions in the '755 Patent's specification), where the only feature changed between FIGS. 2A and 2B is the value of "n."

157.    Dr. Nguyen does not consistently apply this term. In one instance, he states that he understands "this term, in accordance with its plain meaning, to mean that this requires a comparison between two different configurations of an otherwise identical device." *Nguyen Invalidity Report* ¶89. But in other instances, he appears to believe that elements [9f]-[9h]/[10f]-[10h] read on a BAW resonator where n≠1 that provides improved performance compared to any other BAW resonator configuration. But that is not how a POSITA would have understood elements [9f]-[9h]/[10f]-[10h]. A POSITA would have understood these elements as set forth above and the proper comparison to be to a resonator of a similar construction but where n=1. In other instances, as discussed in §VIII.D.2 below, Dr. Nguyen appears to believe that elements [9h]/[10h] require the active and outer regions to be matched "to allow lateral propagating waves

to escape the active region" such that there are "no reflective boundaries" between the active and outer regions. *Nguyen Invalidity Report* ¶¶73-75. But that is opposite to how a POSITA would have understood elements [9h]/[10h]. The entire point of the '755 Patent is to reduce lateral dispersion of waves, and this effect is explicitly stated in elements [9h]/[10h]. Dr. Nguyen seems to be reading requirements into "acoustically matched" that are opposite to the intrinsic record. "Acoustically matched" in this regard means that the respective properties are tuned or selected to provide the claimed effect.

**D.     Claims 9 and 10 of The '755 Patent Are Enabled**

**1.     *Undue Experimentation Is Not Required to Make And Use The Claimed Invention***

158.     As discussed above with regard to the '018 Patent, my understanding of the enablement requirement is set forth in §IV.F. In sum, it is my understanding that: (i) a claim is enabled if undue experimentation by a POSITA is not needed to practice the claimed invention; (ii) even if the experimentation needed to develop the claimed invention is complex, it is not necessarily undue if the art typically engages in such experimentation; and (iii) as long as the specification discloses at least one method for making and using the claimed invention that bears a reasonable correlation to the claimed invention, then the enablement requirement is satisfied.

159.     Based on this understanding, a POSITA would have considered claims 9 and 10 of the '018 Patent to be fully enabled.

160.     Specifically, at least FIGS. 1A, 2A, 2B, 4, and 5A-5E of the '755 Patent, and their respective descriptions in the '755 Patent's specification, fully enable the structural aspects of claims 9 and 10, and at least FIGS. 5A-5E fully enable the method aspects of claim 10. Making/fabricating the structure of claims 9 and 10 using the method of claim 10 would have been straightforward to a POSITA using standard semiconductor manufacturing techniques. No

experimentation, let alone undue experimentation, would have been necessary for a POSITA to make the claimed BAW resonator or use the claimed method to make the claimed BAW resonator.

161.     As for elements [9h]/[10h], they are also fully enabled by the foregoing and the comparisons shown in FIGS. 1A/1B, FIGS. 2A/3A. and FIGS. 2B/3B, along with their respective specification descriptions. As set forth above, elements [9f]-[9h]/[10f]-[10h] read together have two requirements: (i) that the one or more material layers have a thickness "n" times the thickness ($T_{PA}$) of a passivation layer within the active region (where $n \neq 1$); and (ii) that the selected value of "n" results in the outer and active regions being tuned to each other such at least one wavelength that would otherwise cause energy leakage into the outer region is not excited/amplified in the active region, as compared to an alternative configuration of the inventive resonator that is identical in structure except that "n" is set to equal 1. This exact comparison, and the method of measuring its effects via simulation, are shown by comparing FIGS. 2B/3B on one hand and FIGS. 2A/3A on the other. Specifically, FIGS. 2B/3B provide an example of a BAW resonator configuration/simulation where $n \neq 1$ that provides relatively decreased density of mechanical energy (which a POSITA would understand is the result of particular wavelengths not being excited in the active region) and FIGS. 2A/3A provide a comparative example BAW resonator configuration/simulation where $n=1$ that provides relatively increased density of mechanical energy.

162.     At least these examples fully enable the scope of elements [9h]/[10h] because a POSITA would have understood that, in particular configurations, setting $n \neq 1$ would result in an acoustic match between the active and outer regions such that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. A POSITA would

have understood that this concept can be implemented in the design of BAW resonators as a tool to improve confinement of mechanical energy in a resonator. As set forth above, a POSITA in the BAW resonator space would have understood that BAW resonator design normally involved repeated cycles of prototype testing of many potential design variations. A POSITA reading the '755 Patent and seeking to implement it would have found it straightforward to adjust "n" values as taught by the '755 Patent and confirm its effect on the confinement of mechanical energy in BAW filters being designed.

163.    Thus, to the extent any experimentation would have been required to make and use the invention recited in claims 9 and 10 of the '755 Patent, it would not have been undue.

### 2. *While Dr. Nguyen Argues Claims 1 and 12 are Not Enabled, He Provides No Undue Experimentation Analysis*

164.    Dr. Nguyen asserts that the '755 Patent "presents an enablement issue with respect to FBAR resonators that I now itemize in the following sub-sections." *Nguyen Invalidity Report*, ¶64 (*see also* ¶25).

165.    Dr. Nguyen, however, (like for the '018 Patent) does not address the relevant question—does the '755 Patent enable a POSITA to make and use the invention without undue experimentation? Indeed, Dr. Nguyen does not even attempt to address any of the factors that I understand are necessary to consider when determining whether experimentation is "undue," including: (a) the breadth of the claims; (b) the nature of the invention; (c) the state of the prior art; (d) the level of one of ordinary skill; (e) the level of predictability in the art; (f) the amount of direction provided by the inventor; (g) the existence of working examples; and (h) the quantity of experimentation needed to make or use the invention based on the content of the disclosure.

166.    Thus, I understand Dr. Nguyen's alleged non-enablement arguments to be irrelevant to a proper enablement analysis.

167.     Nevertheless, I have reviewed Dr. Nguyen's arguments in detail. For at least the reasons discussed in the following sections, I disagree that any of Dr. Nguyen's arguments support a conclusion that claims 1 and 12 of the '018 Patent are not enabled.

168.     ***Dr. Nguyen's Assertion of "Insufficient Differentiation from Known Approaches" Is Irrelevant and Applies the Wrong Construction:*** Dr. Nguyen first asserts that the '755 Patent is no different from various references. *Nguyen Invalidity Report* ¶¶65-71. As discussed below, however, Dr. Nguyen only specifically asserts invalidity based on DE 102 41 425 A1 ("*DE ''425*"), U.S. Patent Application Publication No. 2014/0159548 A1 ("*US '548*"), and *Hashimoto*. Regarding these references, I explain below why Dr. Nguyen's analyses are faulty. As for the remaining references cited in this section, Dr. Nguyen has not provided a specific invalidity analysis (*e.g.*, a claim chart) supporting his assertions to which I can reply. And, in any event, I see no realization in any of the references cited by Dr. Nguyen that the selection of a particular "n" value results in improved mechanical energy confinement.

169.     As to Dr. Nguyen's assertions that a POSITA would have generally understood BAW layer dimensions and materials to affect BAW resonator performance, I do not disagree. However, again, I see no realization in any of the references cited by Dr. Nguyen that the selection of a particular "n" value results in improved mechanical energy confinement.

170.     Moreover, these arguments have nothing to do with enablement or the showing of undue experimentation. Indeed, to the extent Dr. Nguyen is asserting the '755 Patent describes known methodologies (it does not) he cannot argue non-enablement as by definition POSITAs would have known how to make and use known technology and techniques.

171.     In this section Dr. Nguyen also asserts that Gernot Fattinger, one of the inventors of the '755 Patent, testified that the '755 Patent did not include a specific formula to set "n" and

that simulations would be used to determine specific designs. *Nguyen Invalidity Report* ¶72. Other than noting this, Dr. Nguyen does not explain why this testimony is relevant in the context of enablement. And in fact it is not relevant as it is my understanding that patents do not have to express their inventions in terms of specific formulas; furthermore, the use of simulations to design BAW resonators was and is a normal practice during development, as I discuss above.

172.    As noted in §VIII.C, above, Dr. Nguyen also asserts in this section that:

73. The "wavelengths …. not excited" set of claims of the '755 Patent describes an acoustic match between the active and outer region to allow lateral propagating waves to escape the active region. If there are no reflective boundaries in the outer region, then the wave reinforcement needed to generate a standing wave is not present, so a lateral mode is not excited.

74. Whether effective or not, this method of acoustically matching the active and outer regions to prevent excitation of a standing wave (or mode) was known before the '755 Patent to a person of ordinary skill in the art in light of the teachings of Hashimoto [Hashimoto, 2009]. Specifically, Hashimoto teaches that a laterally infinite resonator will not support a lateral mode, since it has no boundary conditions, i.e., no edges, that can trap lateral waves to form a mode [Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral wavenumber is zero, as set forth more fully in the prior art invalidity section.

75. A person of ordinary skill in the art will know that the boundary for lateral waves disappears, i.e., the lateral length effectively becomes infinite, when the active region is matched to the outer region at their interface, since a matched condition allows lateral waves to propagate from one region to the other without reflection. In other words, a matched condition removes the boundary that reflects waves to form a mode, thereby removing the ability to generate or excite a lateral mode in the active region. Thus, the '755 Patent's description of the mechanism that suppresses mode excitation was already described by Hashimoto in a book that predates that patent.

*Nguyen Invalidity Report* ¶¶73-75.

173.    This analysis demonstrates a fundamental misunderstanding of elements [9h]/[10h]. The "acoustically matched" requirement of elements [9h]/[10h] does not mean that the active and outer regions are matched "to allow lateral propagating waves to escape the active region" and that there are "no reflective boundaries" between the active and outer regions.

Rather, as explained above, it means that n is selected such that the outer and active regions are tuned so that wavelengths that cause energy leakage into the outer region are not excited/amplified in the active region.

174.    This is the only proper reading of elements [9h]/[10h] such that "one or more wavelengths that cause energy leakage into the outer region are not excited in the active region." This understanding is also clear from the following explanation of acoustic matching in the '755 Patent:

> Embodiments of a Bulk Acoustic Wave (BAW) resonator in which an outer region of the BAW resonator is engineered in such a manner that lateral leakage of mechanical energy from an active region of the BAW resonator is reduced, and methods of fabrication thereof, are disclosed. In general, in some embodiments, a thickness of a material in the outer region of the BAW resonator is such that the outer region of the BAW resonator is acoustically matched to the active region of the BAW resonator in such a manner that wavelengths that cause the lateral leakage of mechanical energy are not excited in the active region. As a result, there is no leakage of wavelengths excited in the active region into oscillation modes in the outer region. In other words, the thickness of the material in the outer region of the BAW resonator is selected such that the extinction coefficient (i.e., the rate of exponential decay for evanescent waves) associated with the exponential decay in the outer region and the imaginary part of the lateral dispersion in the outer region are changed in such a manner that lateral leakage is reduced.

'755 Patent, col. 5:5-23.

175.    Moreover, because Dr. Nguyen's argument misconstrues elements [9h]/[10h], it does not support a finding of non-enablement or undue experimentation. Nor does Dr. Nguyen address undue experimentation.

176.   ***Dr. Nguyen's Assertion of "Insufficient Clarity" Applies the Wrong Construction and Is Irrelevant:*** Dr. Nguyen asserts that the "mechanism claimed to achieve the patent's intent" (*e.g.*, the improvement of mechanical energy confinement) "is not sufficiently described to a level where a person of ordinary skill in the art can implement it" because the '755 Patent's description "makes a stronger case that the approach would more likely result in the opposite effect to that desired, i.e., lead to more energy loss, not less." *Nguyen Invalidity Report*, heading before ¶76. *See also* ¶77.

177.   I disagree. Dr. Nguyen appears to base this assertion on his position that elements [9h]/[10h] read on matching the active and outer regions to "allow lateral propagating waves to freely escape the active region." *Nguyen Invalidity Report* ¶76. But this is opposite to how a POSITA would have understood elements [9h]/[10h], for at least the reasons expressed above. The proper scope of elements [9h]/[10h] is enabled for at least the reasons I discuss above in §VIII.D.1.

178.   Again, because Dr. Nguyen's argument misconstrues elements [9h]/[10h], it does not support a finding of non-enablement or undue experimentation.

179.   ***Dr. Nguyen's Assertion of "Questionable Efficacy" Is Irrelevant:*** Dr. Nguyen asserts that, for a fabricated resonator where n≠1, there is no way to ascertain whether "one or more wavelengths that cause energy leakage into the outer region are not excited in the active region" as recited by elements [9h]/[10h] because there are "other design approaches that reduce energy loss." *Nguyen Invalidity Report* heading before ¶78. *See also* ¶81 (a POSITA cannot "determine whether a given increase in quality factor or other indication of reduced energy loss were caused by the approach specified by the '755 Patent or by the many other approaches already known to reduce loss"); ¶82 ("one cannot conclude that the passivation layer was

responsible for the reduced energy loss, since that reduced energy loss could have come about via any number of design strategies"), and ¶83 ("there is no clear way to ascertain whether the method of the '755 Patent is even working in the face of all of these (largely more effective) strategies to reducing energy loss").

180.    I disagree. As set forth in §VIII.D.1, it is a straightforward matter to determine whether a particular BAW design meets elements [9h]/[10h] in the manner explained by the '755 Patent's comparison of the FIGS. 2B/3B configuration/simulation on one hand and the FIGS. 2A/3A configuration/simulation on the other. For example, a POSITA would have recognized that comparing the simulation of lateral energy leakage (as shown in FIG. 3B) of a BAW resonator design where n≠1 (as shown in FIG. 2B) with a simulation (as shown in FIG. 3A) of a comparative version of the BAW resonator design changed only so that n=1 (as shown in FIG. 2A) would provide the methodology to determine whether the BAW resonator design results in "one or more wavelengths that cause energy leakage into the outer region are not excited in the active region" as compared to the comparative version.

181.    Dr. Nguyen asserts a POSITA would not have been able to "decipher" the FIG. 3A and 3B simulation results in the '755 Patent because they are in grayscale. *Nguyen Invalidity Report*, ¶78. I disagree. A POSITA would have understood the grayscale plots to show decreased density of mechanical energy in FIG. 3B, at least at the level necessary to make and use the invention without undue experimentation.

182.    Dr. Nguyen asserts that simulations are sometimes difficult to properly implement. *Nguyen Invalidity Report*, ¶¶78-79. But a POSITA would understand that simulations were (and are) routinely used in the art to determine various properties of BAW resonators. And in the case of the '755 Patent, because a POSITA would have understood

simulations would have been used to measure both the inventive and comparative structure and compare them, any minor differences between the simulations and a real-world implementation of the simulated BAW resonator would cancel out.

183.    Finally, Dr. Nguyen asserts that if one accepts the simulations described in the '755 Patent are "correct for the SMR resonators on which they are run, note that without an equivalent simulation for an FBAR resonator this approach would not be taught for an FBAR resonator, since the differences between an SMR and FBAR are substantial" and "the '755 Patent contains nothing to teach its approach for an FBAR." *Nguyen Invalidity Report*, ¶80, citing deposition testimony from Robert Aigner.

184.    I disagree. As set forth in the '755 Patent (and discussed above), the difference between an FBAR and SMR resonator is the structure upon which the resonator is mounted that prevents acoustic waves from leaving vertically. '755 Patent, 2:4-26. In contrast, the '755 Patent is directed to preventing lateral leakage; it is agnostic as to whether an FBAR or SMR structure is used to contain vertical leakage. *Id*. Indeed, the '755 Patent expressly states that its concepts are applicable to both constructions. '755 Patent, 3:53-56. And a POSITA would have considered it a straightforward matter to perform the same comparison depicted in FIGS. 2B/3B and 2A/3A and described above for an FBAR construction. As for the deposition testimony of Robert Aigner cited by Dr. Nguyen, I note that it does not say that the '755 Patent would somehow not work in an FBAR implementation. Rather, the cited testimony relates to the difference in manufacturability of the two resonator types, not their structural impact as to the features relevant to claims 9 and 10.

185.    Moreover, Dr. Nguyen's arguments do not address undue experimentation, and are therefore irrelevant.

186.    ***Dr. Nguyen's Assertion of "Implementation Indistinguishable from Well-Known Procedure" Is Irrelevant:*** Dr. Nguyen asserts that passivation layers are well-known in the art, and that "there is no way to determine whether a device that includes a passivation layer" uses it in accordance with the '755 Patent as opposed to "to passivate or protect devices from the environment." *Nguyen Invalidity Report*, ¶¶84-85.

187.    I disagree, it is a straightforward matter to determine whether a BAW resonator design utilizes the claimed features, as discussed above in §§VIII.C and VIII.D.1. Moreover, Dr. Nguyen's arguments do not address undue experimentation.

### E.    Dr. Nguyen's General Statements About The Art

188.    Dr. Nguyen next again asserts that it was known before the '755 Patent to design BAW material layers to affect energy dispersion. *Nguyen Invalidity Report*, ¶¶86-89. I do not disagree. Again, however, Dr. Nguyen only specifically asserts invalidity based on DE 102 41 425 A1 ("*DE ''425*"), U.S. Patent Application Publication No. 2014/0159548 A1 ("*US '548*"), and *Hashimoto*. Regarding these references, I explain below why Dr. Nguyen's analyses are faulty. As for the remaining statements in this section, Dr. Nguyen has not provided a specific invalidity analysis (*e.g.*, a claim chart) supporting his assertions to which I can reply. And, in any event, I see no realization in any of the references cited by Dr. Nguyen that the selection of a particular "n" value results in improved mechanical energy confinement.

### F.    Claims 9 and 10 Are Valid Over *DE '425* and *Hashimoto*

189.    Dr. Nguyen asserts that DE 102 41 425 A1 ("*DE ''425*") in view of *Hashimoto* renders obvious claims 9 and 10 of the '755 Patent." *Nguyen Invalidity Report* ¶¶26, 90. Dr. Nguyen provides a chart as Exhibit D to his report that compares claims 9 and 10 to this combination.

190.    I have been asked to perform a technical review of Dr. Nguyen's validity analysis of claims 9 and 10 in view of *DE '425* and *Hashimoto*. It is my conclusion that claims 9 and 10 are not obvious in view of *DE '425* and *Hashimoto*, and are therefore valid over *DE '425* and *Hashimoto*, for at least the following reasons.

191.    ***Dr. Nguyen Provides No Obviousness Analysis:*** Although Dr. Nguyen asserts claims 9 and 10 are obvious in view of a combination of *DE '425* and *Hashimoto*, he simply cites the teachings of these references with no explanation how they would have been combined by a POSITA or why a POSITA would have been motivated to combine them in the first place. For at least this reason, Dr. Nguyen's purported combination fails.

192.    ***Dr. Nguyen Has Not Shown That DE '425 Teaches Elements [9e]-[9g]/[10e]-[10g]:*** As set forth above, elements [9e]-[9g]/[10e]-[10g] of the '755 Patent recite the following:

| Claim 9 | Claim 10 |
|---|---|
| **[9e]** a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and | **[10e]** providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness (TPA) within the active region of the BAW resonator; and |
| **[9f]** one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TPA) of the passivation layer within the active region, wherein: | **[10f]** providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness (TPA) of the passivation layer within the active region, wherein: |
| **[9g]** n is a value other than 1; and | **[10g]** n is a value other than 1; and |

193.     In his Exhibit D, Dr. Nguyen compares the
BAW resonator of *DE '425's* FIG. 3 (reproduced here) to the
resonator recited in claims 9 and 10. *Nguyen Exhibit D*, pp. 6-9.



194.     Dr. Nguyen then compares the "passivation
layer" that has "a thickness (TPA) within the active region of
the BAW resonator" of element [9e]/[10e] to the "passivation
layer" disclosed in ¶78 of *DE '425* and asserts that it has a thickness of 90 nm, citing ¶109 of *DE
'425*. *Nguyen Exhibit D*, pp. 6, 8. I disagree with Dr. Nguyen's analysis. The 90nm thick
passivation layer set forth in ¶109 of *DE '425* is described as being provided in a very different
stack from FIG. 3's, and Dr. Nguyen has not explained how or why it would have been used in
the FIG. 3 stack, at least with that particular dimension.

195.     Dr. Nguyen then compares the DS layer shown in the FIG. 3 embodiment to the
"one or more material layers" in element [9f]/[10f] and asserts that, because the DS layer "is
equal in thickness to the adjacent second electrode E2, which in [¶46] is given as 200 nm",
"[t]his means the value of n is 200/90, or 2.22," which meets element [9g]/[10g]. *Nguyen Exhibit
D*, p. 6-9. I disagree. Dr. Nguyen cites no disclosure of FIG. 3's DS layer thickness in *DE '425*,
or that it is equivalent to the thickness of electrode E2. FIG. 3 is, at best, a block diagram that
cannot be relied on for such specific disclosures.

196.     For at least these reasons, Dr. Nguyen's analysis fails to demonstrate that
elements [9e]-[9g]/[10e]-[10g] are obvious in view of *DE '425* and *Hashimoto*.

197.     ***Dr. Nguyen Has Not Shown That DE '425 and/or Hashimoto Teaches
Elements [9h]/10h]:*** As set forth above, element [9h]/[10h] of the '755 Patent recites the
following:

| Claim 9 | Claim 10 |
|---|---|
| **[9h]** n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | **[10h]** n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. |

198.     In his Exhibit D, Dr. Nguyen asserts:

The '425 Publication states, "The BAW resonator has 3 regions that determine the lateral profile of the acoustic wave: an active region AK in which the 'piston mode' of the bulk acoustic wave is supported, an outer region AU in which the acoustic wave decays rapidly, and a transition zone UZ that enables the adjustment of the boundary conditions between the active region and the outer region. The lateral width of the transition zone is preferably approximately a quarter wavelength of the lateral wave mode that can be excited in this region, so that a wave bulge of a standing wave is formed at the boundary of the active region and the transition zone, and a wave node of a standing wave is formed at the boundary of the transition zone and the outer region." To make the wave bulge at the boundary of the active region and the transition zone, a person of ordinary skill in the art will know that this requires an acoustic match at the interface. A person of ordinary skill in the art will also understand that the bulge will transition to a node, i.e., no amplitude, no energy, a quarter wavelength away.

As taught by Hashimoto, a person of ordinary skill in the art will also know that a laterally infinite resonator will not support a lateral mode, since it has no boundary conditions, i.e., no edges, that can trap lateral waves to form a mode [Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral wavenumber is zero. A person of ordinary skill in the art will know that the boundary for lateral waves disappears, i.e., the lateral length effectively becomes infinite, when the active region is matched to the outer region at their interface, since a matched condition allows lateral waves to propagate from one region to the other without reflection. In other words, a matched condition removes the boundary that reflects waves to form a mode, thereby removing the ability to generate or excite a lateral mode in the active region. Thus, this feature is present in the Hashimoto publication and this claim is therefore rendered obvious by the '425 Publication in view of Hashimoto.

*Nguyen Exhibit D*, p. 7, 9.

199.     I do not see how Dr. Nguyen's assertions here bear any relationship to the

language of element [9h]/[10h] (as understood in the context of elements [9e]-[9g]/[10e]-[10g]).

200.    Specifically, under the proper understanding of this element set forth above in §VIII.C), Dr. Ngyuen does not explain how *DE '425* and/or *Hashimoto* teach any specific BAW configuration (such as *DE '425's* FIG. 3 embodiment which he compares to the other elements of claim 9/10) where: (i) one or more material layers have a thickness "n" times the thickness ($T_{PA}$) of a passivation layer within the active region (where n≠1); and (ii) the selected value of "n" results in the outer and active regions being tuned to each other such at least one wavelength that would otherwise cause energy leakage into the outer region is not excited/amplified in the active region, as compared to an alternative configuration of the inventive resonator that is identical in structure except that "n" is set to equal 1. This is the required analysis to show obviousness, but is nowhere to be found in the *Nguyen Invalidity Report*.

201.    Indeed, Dr. Nguyen, while inconsistently applying element [9h]/[10h] in his *Report*, does recognize (as set forth above in §VIII.C) that "this term, in accordance with its plain meaning, to mean that this requires a comparison between two different configurations of an otherwise identical device." *Nguyen Invalidity Report* ¶89. But Dr. Nguyen provides no such comparison analysis in his Exhibit D.

202.    Although it is not entirely clear, it appears that Dr. Nguyen's analysis here relates to his alternative assertion that elements [9h]/[10h] require the active and outer regions to be matched "to allow lateral propagating waves to escape the active region" such that there are "no reflective boundaries" between the active and outer regions. *Nguyen Invalidity Report* ¶¶73-75. But this assertion is improper for the reasons expressed in §VIII.C and VIII.D.2. Thus, it cannot be used to show the obviousness of element [9h]/[10h].

203.    For at least these reasons, Dr. Nguyen's comparison fails to demonstrate that element [9h]/[10h] is obvious in view of *DE '425* and *Hashimoto*.

204. ***Dr. Nguyen Has Not Shown That DE '425 and/or Hashimoto Teaches Claim 10's Method:*** In addition to the reasons above that Dr. Nguyen's (alleged) combination of *DE '425* and *Hashimoto* fails to teach or suggest the elements of claim 10, Dr, Nguyen's analysis fails for an additional reason. Element [10a] recites "10. A method of fabricating a BAW resonator, comprising" and elements [10b]-[10f] specifying the "providing …" of the particular claimed elements. While Dr. Nguyen concedes that *DE '425* "does not call out a method for fabricating the BAW resonators" (*Nguyen Exhibit D*, p. 7) he does not otherwise assert that the claimed method would have been obvious thereover (or in view of *Hashimoto*).

205. ***Conclusion:*** Because Dr. Nguyen's comparison has not shown that his (alleged) combination of *DE '425* and *Hashimoto* teaches all the features of claims 9 and 10, there has been no showing that would meet the burden to show claims 9 or 10 are invalid in view of *DE '425* and *Hashimoto*.

**G.    Claims 9 and 10 Are Valid Over *US '548* and *Hashimoto***

206.    Dr. Nguyen asserts that U.S. Patent Application Publication No. 2014/0159548 A1 ("*US '548*") anticipates claims 9 and 10, or renders obvious claims 9 and 10 in combination with *Hashimoto*. *Nguyen Invalidity Report* ¶¶26, 90. Dr. Nguyen provides a chart as Exhibit D to his report that compares claims 9 and 10 to *US '548* and *Hashimoto*.

207.    I have been asked to perform a technical review of Dr. Nguyen's analysis of claims 9 and 10 in view of *US '548* and *Hashimoto*. It is my conclusion that claims 9 and 10 are not anticipated by *US '548* and are not obvious over *US '548* and *Hashimoto*, and are therefore valid over these references.

208.    ***Dr. Nguyen Provides No Obviousness Analysis:*** Although Dr. Nguyen asserts claims 9 and 10 are obvious in view of a combination of *US '548* and *Hashimoto*, he simply cites

the teachings of these references with no explanation how they would have been combined by a

POSITA or why a POSITA would have been motivated to combine them in the first place. For at

least this reason, Dr. Nguyen's purported combination fails.

209.    *Dr. Nguyen Has Not Shown That US '548 and/or Hashimoto Teaches*

*Elements [9h]/10h]:* As set forth above, element [9h]/[10h] of the '755 Patent recites the

following:

| Claim 9 | Claim 10 |
|---|---|
| **[9h]** n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | **[10h]** n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. |

210.    In his Exhibit D, Dr. Nguyen asserts:

The '548 Publication states [¶32], "The collar is typically designed so that its
cutoff frequency is substantially the same as the cutoff frequency in the main
membrane region, and its main non-propagating mode (evanescent mode, for
instance) has substantially the same modal distribution as the piston mode in the
main membrane region." This essentially amounts to acoustic matching. The
passage further states, "This prevents acoustic energy in the piston mode from
being converted into unwanted propagating modes in the collar region and
propagating and evanescent modes in the main membrane region." Since the
collar region can be in the active region, the '548 Publication includes this claim
element.

For further insight, and as pointed out by one party, Hashimoto also teaches that a
laterally infinite resonator will not support a lateral mode, since it has no
boundary conditions, i.e., no edges, that can trap lateral waves to form a mode
[Hashimoto, pg. 83]. Hashimoto describes this as the case when the lateral
wavenumber is zero. A person of ordinary skill in the art will know that the
boundary for lateral waves disappears, i.e., the lateral length effectively becomes
infinite, when the active region is matched to the outer region at their interface,
since a matched condition allows lateral waves to propagate from one region to
the other without reflection. In other words, a matched condition removes the
boundary that reflects waves to form a mode, thereby removing the ability to
generate or excite a lateral mode in the active region. Thus, this feature is present
in the Hashimoto publication and to the extent it is not anticipated by the '548

Publication alone, it is obvious in view of the '548 Publication in combination with Hashimoto.

*Nguyen Exhibit D*, p. 19, 21.

211. Similarly to the *DE '425/Hashimoto* combination discussed above, I do not see how Dr. Nguyen's assertions here bear any relationship to the language of element [9h]/[10h] (as understood in the context of elements [9e]-[9g]/[10e]-[10g]).

212. Specifically, under the proper understanding of this element set forth above in §VIII.C, Dr. Ngyuen does not explain how *US '548* and/or *Hashimoto* teach any specific BAW configuration (such as *DE '425's* FIG. 3 embodiment which he compares to the other elements of claim 9/10) where: (i) one or more material layers have a thickness "n" times the thickness ($T_{PA}$) of a passivation layer within the active region (where n≠1); and (ii) the selected value of "n" results in the outer and active regions being tuned to each other such at least one wavelength that would otherwise cause energy leakage into the outer region is not excited/amplified in the active region, as compared to an alternative configuration of the inventive resonator that is identical in structure except that "n" is set to equal 1. This is the required analysis to show obviousness, but is nowhere to be found in the *Nguyen Invalidity Report*.

213. Indeed, Dr. Nguyen, while inconsistently applying element [9h]/[10h] in his *Report*, does recognize (as set forth above in §VIII.C) that "this term, in accordance with its plain meaning, to mean that this requires a comparison between two different configurations of an otherwise identical device." *Nguyen Invalidity Report* ¶89. But Dr. Nguyen provides no such comparison analysis in his Exhibit D.

214. Although it is not entirely clear, it appears that Dr. Nguyen's analysis here relates to his alternative assertion that elements [9h]/[10h] require the active and outer regions to be matched "to allow lateral propagating waves to escape the active region" such that there are "no

reflective boundaries" between the active and outer regions. *Nguyen Invalidity Report* ¶¶73-75. But this assertion is improper for the reasons expressed in §VIII.C and VIII.D.2. Thus, it cannot be used to show the obviousness of element [9h]/[10h].

215.    For at least these reasons, Dr. Nguyen's comparison fails to demonstrate that element [9h]/[10h] is obvious in view of *US '548* and *Hashimoto*.

216.    ***Conclusion:*** Because Dr. Nguyen's comparison has not shown that his (alleged) combination of *US '548* and *Hashimoto* teaches all the features of claims 9 and 10, there has been no showing that would meet the burden to show claims 9 or 10 are invalid in view of *DE '425* and *Hashimoto*.

## H.    Claims 9 and 10 Are Valid Over *US '999*

217.    Dr. Nguyen asserts that U.S. Patent No. 7,709,999 B2 ("US ''999") anticipates and/or renders obvious claims 9 and 10. *Nguyen Invalidity Report* ¶¶26, 90. Dr, Nguyen provides a chart as Exhibit D to his report that compares claims 9 and 10 to *US '999*.

218.    I have been asked to perform a technical review of Dr. Nguyen's analysis of claims 9 and 10 in view of *US '999*. It is my conclusion that claims 9 and 10 are not anticipated by, or obvious in view of, *US '999*, and are therefore valid over these references.

219.    ***Dr. Nguyen Provides No Obviousness Analysis:*** Although Dr. Nguyen asserts claims 9 and 10 are alternatively obvious over *US '999*, he simply cites the teachings of *US '999* with no explanation how they would have been modified by a POSITA or why a POSITA would have been motivated to modify them. For at least this reason, Dr. Nguyen has not demonstrated obviousness of claims 9 and 10.

220.    ***Dr. Nguyen Has Not Shown That US '999 Teaches Element [9h]/10h]:*** As set forth above, element [9h]/[10h] of the '755 Patent recites the following:

| Claim 9 | Claim 10 |
|---|---|
| **[9h]** n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. | **[10h]** n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region. |

221.    In his Exhibit D, Dr. Nguyen asserts:

The thickened and/or graded portion is configured to "effectively disperse the frequencies of standing waves and suppress spurious vibrations." Col. 8, ll. 50-58. Since in Fig. 13 there is a border transition at the interface of the 9B and 9A regions, and the relative thicknesses at this border interface are generally designed for a match ['425 Publication, 0075], the '999 Patent includes matching. The graded portion further presents a spread of cutoff frequencies to affect a vague boundary between the active and outer regions to suppress the reinforcement needed to generate standing waves and thereby suppress excitation of waves that could cause energy leakage from the active region to the outer region.

*Nguyen Exhibit D*, p. 19, 21.

222.    Similarly to the *DE '425*/*Hashimoto* and *US '548*/*Hashimoto* combinations discussed above, I do not see how Dr. Nguyen's assertions here bear any relationship to the language of element [9h]/[10h] (as understood in the context of elements [9e]-[9g]/[10e]-[10g]).

223.    Specifically, under the proper understanding of this element set forth above in §VIII.C, Dr. Ngyuen does not explain how *US '999* teaches any specific BAW configuration (such as any of the embodiments he compares to the other elements of claim 9/10) where: (i) one or more material layers have a thickness "n" times the thickness ($T_{PA}$) of a passivation layer within the active region (where n≠1); and (ii) the selected value of "n" results in the outer and active regions being tuned to each other such at least one wavelength that would otherwise cause energy leakage into the outer region is not excited/amplified in the active region, as compared to an alternative configuration of the inventive resonator that is identical in structure except that "n"

is set to equal 1. This is the required analysis to show obviousness, but is nowhere to be found in the *Nguyen Invalidity Report*.

224.    Indeed, Dr. Nguyen, while inconsistently applying element [9h]/[10h] in his *Report*, does recognize (as set forth above in §VIII.C) that "this term, in accordance with its plain meaning, to mean that this requires a comparison between two different configurations of an otherwise identical device." *Nguyen Invalidity Report* ¶89. But Dr. Nguyen provides no such comparison analysis in his Exhibit D.

225.    Although it is not entirely clear, it appears that Dr. Nguyen's analysis here relates to his alternative assertion that elements [9h]/[10h] require the active and outer regions to be matched "to allow lateral propagating waves to escape the active region" such that there are "no reflective boundaries" between the active and outer regions. *Nguyen Invalidity Report* ¶¶73-75. But this assertion is improper for the reasons expressed in §VIII.C and VIII.D.2. Thus, it cannot be used to show the obviousness of element [9h]/[10h].

226.    For at least these reasons, Dr. Nguyen's comparison fails to demonstrate that element [9h]/[10h] is obvious in view of *US '999*.

227.    ***Dr. Nguyen Has Not Shown That US '999 Teaches Claim 10's Method:*** In addition to the reasons above that Dr. Nguyen's assertion of *US '999* fails to teach or suggest the elements of claim 10, Dr, Nguyen's analysis fails for an additional reason. Element [10a] recites "10. A method of fabricating a BAW resonator, comprising" and elements [10b]-[10f] specifying the "providing …" of the particular claimed elements. Dr. Nguyen asserts only that US '999 teaches that its resonator "operates on bulk standing waves." *Nguyen Exhibit D*, p. 32. But this does not teach or suggest a fabrication method.

228.   *Conclusion:* Because Dr. Nguyen's comparison has not shown that *US '999* teaches all the features of claims 9 and 10, there has been no showing that would meet the burden to show claims 9 or 10 are invalid in view of *US '999*.

## I.   Unasserted Claims

229.   Dr. Nguyen also argues that various claims, including claims 1-6, 7, 11-16, and 18 of the '755 Patent, are invalid on various bases. *Nguyen Invalidity Report*, ¶¶25-26, 90. Dr. Nguyen fails to show that independent claims 1 and 11 are non-enabled for at least the reasons above discussed for claims 9 and 10 (*e.g.*, he has not explained how undue experimentation would have been required for a POSITA to make and use the claimed inventions). As for the prior art bases advanced for these claims, Dr. Nguyen has also failed to explain how any of his cited references or combinations teaches or suggests the final element of each of independent claim 1 and 11 for reasons similar to that explained above for elements [9h]/[10h] (*e.g.*, he has not explained how the cited references or combinations teach any specific BAW configuration where: (i) one or more material layers have a thickness "n" times the thickness ($T_{PA}$) of a passivation layer within the active region (where n≠1); and (ii) the selected value of "n" results in the outer and active regions being tuned to each other such that a density of mechanical energy in the outer region of the BAW resonator is reduced, as compared to an alternative configuration of the inventive resonator that is identical in structure except that "n" is set to equal 1. This is the required analysis to show obviousness, but is nowhere to be found in the *Nguyen Invalidity Report*. Regarding claims 2-6, 7, 12-16, and 18, because claims 1 and 11 are valid, these are too. To the extent I am asked to testify about these claims in the future, I reserve my right to supplement this report to address them to the extent necessary.

## IX.    CONCLUSION

230.    In view of the foregoing, it is my opinion that Dr. Nguyen has failed to show invalidity, by clear and convincing evidence, of any Asserted Claim.

## X.    RESERVATION OF RIGHTS

231.    My opinions are based upon the information that I have considered to date.

232.    I reserve the right to rely on various portions of the documents that I have discussed in this report that I have not already explicitly cited to in this report to more fully explain my opinions as expressed in this report.

233.    I reserve the right to supplement my opinions in the future to respond to any arguments raised by Akoustis or its expert, any trial testimony, and to take into account new information that becomes available to me.

234.    I reserve the right to provide rebuttal opinions and testimony in response to Akoustis's experts, and rebuttal testimony in response to any of Akoustis's fact witnesses.

235.    I reserve the right to use animations, demonstratives, enlargements of actual exhibits, and other information in order to illustrate my opinions.

236.    I declare that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Executed on December 20, 2023.

_____

John C. Bravman

# Exhibit D

US007522018B2

(12) **United States Patent**
Milsom et al.

(10) **Patent No.:** **US 7,522,018 B2**
(45) **Date of Patent:** **Apr. 21, 2009**

(54) **ELECTRO-ACOUSTIC RESONATOR WITH A TOP ELECTRODE LAYER THINNER THAN A BOTTOM ELECTRODE LAYER**

(75) Inventors: **Robert Frederick Milsom**, Redhill (GB); **Hans-Peter Löbl**, Monschau-Imgenbroich (DE)

(73) Assignee: **NXP B.V.**, Eindhoven (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 330 days.

(21) Appl. No.: **10/538,110**

(22) PCT Filed: **Dec. 4, 2003**

(86) PCT No.: **PCT/IB03/05675**

§ 371 (c)(1),
(2), (4) Date: **Dec. 14, 2005**

(87) PCT Pub. No.: **WO2004/053798**

PCT Pub. Date: **Jun. 24, 2004**

(65) **Prior Publication Data**

US 2006/0131990 A1    Jun. 22, 2006

(30) **Foreign Application Priority Data**

Dec. 13, 2002    (EP) ................................. 02258613

(51) **Int. Cl.**
*H03H 9/13*    (2006.01)
*H03H 9/15*    (2006.01)
*H03H 9/54*    (2006.01)

(52) **U.S. Cl.** ...................... **333/187**; 333/189; 310/312; 310/364

(58) **Field of Classification Search** ................. 333/187, 333/188; 310/312, 364
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,864,261 A * | 1/1999 | Weber | ......................... 333/187 |
| 5,873,154 A | 2/1999 | Ylilammi et al. | |
| 6,051,907 A | 4/2000 | Ylilammi | |
| 6,249,074 B1 | 6/2001 | Zimnicki et al. | |
| 6,291,931 B1 * | 9/2001 | Lakin | ........................... 310/364 |
| 6,710,508 B2 * | 3/2004 | Ruby et al. | ................... 310/312 |
| 6,874,211 B2 * | 4/2005 | Bradley et al. | ............... 29/25.35 |
| 2006/0220763 A1 * | 10/2006 | Iwasaki et al. | ............... 333/133 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1152475 A1 | 11/2001 |
| WO | WO0223720 A1 | 3/2002 |

* cited by examiner

*Primary Examiner*—Barbara Summons
(74) *Attorney, Agent, or Firm*—Aaron Waxler

(57) **ABSTRACT**

An electro-acoustic resonator (**1**, **8**, **17**) of the membrane or FBAR type (**1**) or the solidly-mounted or SBAR type (**8**), with electrodes comprising a single conducting layer or multiple conducting layers, i.e. sandwich construction (**17**) with an optimum coupling factor kr and thus an improved filter bandwidth. The optimum coupling factor kr is achieved by the arrangement that the top electrode (**6**, **15**, **25**) is thinner than the bottom electrode (**4**, **13**, **23**). The coupling factor is independent of the resonator's layout defined by the mask.

**14 Claims, 5 Drawing Sheets**





FIG.1

Case 1:21-cv-01417-JPM   Document 446-1   Filed 02/01/24   Page 244 of 268 PageID #: 18175



FIG.2



FIG.3

| T3 \ T4 | 50 nm | 100 nm | 150 nm | 200 nm | 250 nm | 300 nm |
|---|---|---|---|---|---|---|
| 100 nm | 0,216 | 0,219 | 0,218 | 0,218 | 0,212 | 0,208 |
| 150 nm | 0,216 | 0,219 | 0,223 | 0,218 | 0,219 | 0,216 |
| 200 nm | 0,220 | 0,224 | 0,222 | 0,224 | 0,224 | 0,220 |
| 250 nm | 0,216 | 0,219 | 0,224 | 0,226 | 0,219 | 0,216 |
| 300 nm | 0,223 | 0,226 | 0,224 | 0,226 | 0,218 | 0,223 |
| 350 nm | 0,214 | 0,218 | 0,224 | 0,226 | 0,218 | 0,214 |
| 400 nm |  |  | 0,223 | 0,217 | 0,217 | 0,213 |

FIG.4

| T3 \ T4 | 50 nm | 100 nm | 150 nm | 200 nm | 250 nm | 300 nm |
|---|---|---|---|---|---|---|
| 100 nm | 0,214 | 0,216 | 0,216 | 0,214 | 0,212 | 0,209 |
| 150 nm | 0,218 | 0,219 | 0,219 | 0,218 | 0,216 | 0,213 |
| 200 nm | 0,219 | 0,222 | 0,222 | 0,221 | 0,218 | 0,214 |
| 250 nm | 0,221 | 0,223 | 0,223 | 0,222 | 0,219 | 0,217 |
| 300 nm | 0,221 | 0,223 | 0,223 | 0,222 | 0,219 | 0,217 |
| 350 nm | 0,219 | 0,223 | 0,223 | 0,222 | 0,219 | 0,217 |
| 400 nm |  |  | 0,222 | 0,221 | 0,218 | 0,216 |

FIG.5

| T6 \ T6 | 0 nm | 50 nm | 100 nm | 150 nm | 200 nm | 250 nm |
|---|---|---|---|---|---|---|
| 0 nm | 0,204 | 0,202 | 0,198 | 0,191 | 0,191 | 0,181 |
| 50 nm | 0,207 | 0,212 | 0,208 | 0,203 | 0,194 | 0,192 |
| 100 nm | 0,209 | 0,216 | 0,211 | 0,204 | 0,204 | 0,194 |
| 150 nm | 0,209 | 0,216 | 0,211 | 0,213 | 0,203 | 0,192 |
| 200 nm | 0,213 | 0,211 | 0,216 | 0,208 | 0,196 | 0,183 |
| 250 nm | 0,207 | 0,214 | 0,208 | 0,199 | 0,185 | 0,171 |

FIG.6

| T6 \ T5 | 0 nm | 50 nm | 100 nm | 150 nm | 200 nm | 250 nm |
|---|---|---|---|---|---|---|
| 0 nm | 0,204 | 0,204 | 0,198 | 0,191 | 0,184 | 0,177 |
| 50 nm | 0,212 | 0,212 | 0,208 | 0,201 | 0,194 | 0,186 |
| 100 nm | 0,214 | 0,216 | 0,213 | 0,207 | 0,198 | 0,190 |
| 150 nm | 0,216 | 0,218 | 0,214 | 0,216 | 0,198 | 0,180 |
| 200 nm | 0,213 | 0,216 | 0,212 | 0,204 | 0,194 | 0,183 |
| 250 nm | 0,208 | 0,212 | 0,206 | 0,198 | 0,187 | 0,175 |

FIG.7

US 7,522,018 B2

1

## ELECTRO-ACOUSTIC RESONATOR WITH A TOP ELECTRODE LAYER THINNER THAN A BOTTOM ELECTRODE LAYER

The invention relates to an electro-acoustic wave resonator. Resonators are the basic building blocks of filters.

Thin-film bulk acoustic wave (BAW) resonator filters are of growing interest particularly for radio frequency (RF) front-end selectivity in wireless applications, e.g. 2G and 3G handsets. This technology offers the best possibility for integration and miniaturisation. One of the important parameters of an electro-acoustic resonator is its coupling factor $k_r$ defined by $k_r^2 = [1 - (f_r/f_a)^2]$. In this equation $f_r$ and $f_a$ are the resonator's resonance and antiresonance, i.e. the frequencies of minimum and maximum impedance. Maximum achievable filter bandwidth is proportional to $k_r^2$.

A BAW resonator consists essentially of a layer sequence comprising two electrode layers adjacent to a piezoelectric layer. For RF applications the piezoelectric layer typically consists of a deposited layer of a material such as aluminium nitride (AlN). For reducing deposition time, resonators with a feasibly thin piezoelectric layer are desired. The disadvantage of thin-film piezoelectric materials is their rather low coupling coefficient $k_r$. As resonator coupling factor $k_r$ is proportional to the coupling coefficient $k_t$ the design of the electro-acoustic resonator has to be optimised to compensate the rather low coupling coefficient $k_t$ of thin-film piezoelectric materials. For example, a high coupling factor $k_r$ is required for the 3G UMTS receive (RX) and transmit (TX) bands.

WO 02/23720 A1 discloses a resonator that comprises a first electrode, a second electrode and a piezoelectric layer arranged between the above. A first acoustic compression layer is arranged between the piezoelectric layer and the first electrode with a higher acoustic impedance than the first electrode. For a warranty of a sufficiently low resistance of the electrodes that document reveals that the electrodes are at least 200 nm thick. There, the electrode preferably consists of Aluminium (Al) with a thickness of 300-600 nm. Such an electrode results in a low electrical resistance and effects only a small deterioration of the coupling coefficient achieved by the arrangement of an acoustic compression layer.

U.S. Pat. No. 6,051,907 discloses a method for tuning a thin-film bulk acoustic wave resonator (FBAR) located on a wafer. The method is used for fine tuning if the centre frequency is different from a target value and is done by etching the top electrode. According to U.S. Pat. No. 6,051,907 the structure of thin-film bulk acoustic wave resonators formed on wafers is altered before the wafer is diced. That method effects that the FBAR exhibits a series or parallel resonant frequency that is within an acceptable error margin of a design series or parallel resonant frequency, respectively. In one example of U.S. Pat. No. 6,051,907 the top and the bottom electrode both comprise molybdenum (Mo) having a thickness of 300 nm. As the method for fine tuning in that document is based on thinning of the top electrodes of the FBARs, which results in increasing series resistance of the FBARs, there it is proposed to design top electrodes (of Mo) with a thickness of 400 nm and with a correspondingly thinner layer of piezoelectric material, in this case zinc-oxide (ZnO).

The objective of the invention is to provide an electro-acoustic resonator which will give increased filter bandwidth.

This objective is achieved by an electro-acoustic resonator with a layer structure comprising a piezoelectric layer and a top and a bottom electrode layer, with the thickness of the two electrode layers being unequal and with the top electrode layer being thinner than the bottom electrode layer. In this

2

configuration maximum resonator coupling factor is achieved. The enhancement occurs due to an improved match, inside the piezoelectric layer, between the spatial distributions of the applied electric field (which is approximately constant in the direction normal to the layer) and the electric field directly coupled to the acoustic wave (which is approximately cosinusoidal about a plane midway between thin electrodes, but closer to constant for optimal electrode thickness).

The electro-acoustic resonator may be a solidly-mounted thin-film resonator (SBAR) or may have a membrane structure, also referred to as a film bulk acoustic wave resonator (FBAR). The layer sequence of an FBAR is typically etch-stop layer/bottom electrode layer/piezoelectric layer/top electrode layer. The energy is confined by having a perfect reflector at the free-space interface above and below the resonator. The layer sequence of an SBAR is typically substrate/ Bragg reflector/bottom electrode layer/piezoelectric layer/ top electrode layer. The Bragg reflector comprises alternate high and low mechanical impedance layers and provides the required reflection below the resonator. A mass-loading layer above the top electrode is included in a subset of the resonators in a typical filter design. The mass-loaded resonators have slightly lower $f_r$ and $f_a$ than the non-mass-loaded resonators. In all cases the resonant frequency is approximately inversely proportional to the thickness of the piezoelectric layer. For typical RF applications all layer thicknesses are of the order of 100 nm to 2000 nm. The substrate thickness is typically of the order of 0.1 mm to 2 mm.

At least one of the electrode layers of the electro-acoustic resonator can be formed by a stack of two (or more) conductive materials. Such a configuration is referred to here as a "sandwich" structure. The conductive materials have to be carefully chosen as they influence the electrical loss and the bandwidth.

In one embodiment of the electro-acoustic resonator a conductive thin diffusion barrier is formed between the electrode layers.

In a further embodiment the conductive material in the stack that is in contact with the piezoelectric layer has a higher acoustic impedance than the conductive material that is not in contact with the piezoelectric layer.

In another embodiment the conductive material in the stack that is in contact with the piezoelectric layer has a lower acoustic impedance than the outer conductive material that is not in contact with the piezoelectric layer. Preferably, the outer conductive material is a noble metal such as gold (Au) or platinum (Pt) which protects the resonator's surface.

The conductive material with the lower acoustic impedance preferably comprises aluminium (Al).

The conductive material with the higher acoustic impedance comprises for example platinum (Pt), tungsten (W), molybdenum (Mo), titan-tungsten ($Ti_xW_{1-x}$, $0 < x < 1$) or gold (Au).

The diffusion barrier between the electrode layers and/or between the electrodes may consist of titanium nitride (TiN) or titanium (Ti) or may consist of combinations of titanium nitride (TiN) and titanium (Ti).

For example, the inventive electro-acoustic resonator can be used in a filter with a centre frequency of 1.95 GHz. This is the centre frequency corresponding to the transmission (TX) band of the UMTS 3G standard. For this application the bandwidth required is very close to the maximum achievable using aluminium nitride for the piezoelectric layer.

One preferred embodiment, for use in filters with centre frequency in the region of 2 GHz, is an electro-acoustic resonator whose electrode layers comprise molybdenum with, for a resonant frequency in the region of 2 GHz, the top layer's

US 7,522,018 B2

3

thickness being in the region of 200 nm and the bottom layer's thickness being the region of 300 nm, these thicknesses scaling approximately inversely with resonant frequency.

Another preferred embodiment is an electro-acoustic resonator whose electrode layers comprise platinum with, for a resonant frequency in the region of 2 GHz, the top layer's thickness being in the region of 50 nm and the bottom layer's thickness being in the region of 150 nm, these thicknesses scaling approximately inversely with resonant frequency.

The inventive electro-acoustic resonator may be used as a component of a radio frequency (RF) filter, or as a component used in a sensor, or used in an ultrasonic transducer, or used in an array of ultrasonic transducers.

These and other aspects of the invention will become apparent from and will be elucidated with reference to the embodiments described hereinafter, where

FIG. **1** illustrates a layer sequence in an FBAR,

FIG. **2** illustrates a layer sequence in an SBAR,

FIG. **3** illustrates a layer sequence in a sandwich SBAR,

FIG. **4** illustrates a table with the coupling factor versus the thicknesses of top and bottom electrode for a non-mass-loaded SBAR,

FIG. **5** illustrates a table with the coupling factor versus the thicknesses of top and bottom electrode for a mass-loaded SBAR,

FIG. **6** illustrates a table with the coupling factor versus the thicknesses of top and bottom electrode for a non-mass-loaded sandwich SBAR,

FIG. **7** illustrates a table with the coupling factor versus the thicknesses of top and bottom electrode for a mass-loaded sandwich SBAR.

FIG. **1** illustrates a layer sequence in an FBAR **1** consisting of, from bottom to top, a substrate **2**, an etch-stop layer **3**, a bottom electrode layer **4**, a piezoelectric layer **5**, a top electrode layer **6** and a mass-loading layer **7**. The FBAR **1** shows the electrode layers **4**, **6** with unequal thicknesses with the top electrode **6** having a thickness of T**1** and the bottom electrode **4** having a thickness of T**2**. According to the invention T**1** is smaller than T**2**. This asymmetrical arrangement enables the resonator to achieve maximum coupling-factor, thus giving maximum filter bandwidth.

FIG. **2** illustrates a layer sequence in an SBAR **8** consisting of, from bottom to top, a substrate **9**, an acoustic mirror **10** like a Bragg reflector comprising alternate high **11** and low **12** mechanical impedance layers, a bottom electrode layer **13**, a piezoelectric layer **14**, a top electrode layer **15** and a mass-loading layer **16**. The SBAR **8** shows electrode layers **13**, **15** with unequal thicknesses with the top electrode **15** having a thickness of T**3** and the bottom electrode **13** having a thickness of T**4**. According to the invention thickness T**3** is smaller than thickness T**4**.

FIG. **3** illustrates a layer sequence in a sandwich SBAR **17** consisting of, from bottom to top, a substrate **18**, an acoustic mirror **19** like a Bragg reflector comprising alternate high **20** and low **21** mechanical impedance layers, a bottom outer electrode layer **22**, a bottom inner electrode layer **23**, a piezoelectric layer **24**, a top inner electrode layer **25**, a top outer electrode layer **26** and a mass-loading layer **27**. The sandwich SBAR **17** shows outer electrode layers **22** and **26** of equal thickness, and inner electrode layers **23** and **25** of unequal thickness with the inner top electrode **25** having a thickness of T**5** and the inner bottom electrode **23** having a thickness of T**6**. Between the electrodes **22** and **23** and/or between the electrodes **25** and **26** there may be a diffusion barrier consisting of a layer of e.g. TiN or a combination of layers of Ti and TiN. This diffusion barrier is to avoid inter-diffusion of the two electrode materials **22** and **23** or **25** and **26** respectively.

4

The thickness of the thin diffusion barrier is between 10 and 30 nm and does not change the performance of the resonator substantially.

The mass-loading layer (**7** in FIG. **1**, **16** in FIG. **2**, **27** in FIG. **3**) is included in a subset of the resonators in a typical filter. The remaining resonators are non-mass-loaded.

The invention is illustrated by the example of a 1.95 GHz filter for the TX band of the UMTS 3G standard. For this application the bandwidth required is very close to the maximum achievable using aluminium nitride (AlN). In principle, a different optimum combination of layers is required for the mass-loaded and non-mass-loaded resonators. The optimum combinations are applicable to both ladder and lattice implementations of the filter.

FIG. **4** illustrates a table with the coupling factor $k_r$ versus the thickness T**3** of the top electrode **15** and versus the thickness T**4** of the bottom electrode **13** of the filter's non-mass-loaded SBARs **8** as shown in FIG. **2**. The electrode metal is molybdenum (Mo) which has about twice the acoustic impedance of aluminium nitride, and very high quality aluminium nitride layers can be grown on it. Tantalum pentoxide ($Ta_2O_5$) and silicon dioxide ($SiO_2$) are employed as the high and the low impedance layers of the Bragg reflector. According to the table the optimum thicknesses of Molybdenum are seen to be in the region of T**3**=200 nm for the top electrode **15** and of T**4**=300 nm for the bottom electrode **13**. For this combination the corresponding thickness of the aluminium nitride is 1410 nm, and the corresponding maximum value of $k_r$ is 0.226.

FIG. **5** illustrates a table with the coupling factor $k_r$ versus the thickness T**3** of the top electrode **15** and versus the thickness T**4** of the bottom electrode **13** for the filter's mass-loaded resonators SBAR **8**. The optimum thicknesses of the molybdenum also are seen to be in the region of T**3**=200 nm for the top electrode **15** and of T**4**=300 nm for the bottom electrode **13** resulting in a maximum value of kr of 0.222. The mass-loading layer thickness is 150 nm. Other layer thicknesses are the same as for the non-mass-loaded SBARs described in FIG. **4**.

The enhancement of the coupling factor kr using the described optimum unequal thicknesses T**3** and T**4** should be even higher when tungsten (W) is used instead of molybdenum as tungsten has a mechanical impedance some 70% higher than that of molybdenum.

Filter implementation for the same centre frequency using sandwich SBARs is now considered.

FIG. **6** illustrates a table with the coupling factor $k_r$ versus the thickness T**5** of the top electrode **25** and versus the thickness T**6** of the bottom electrode **23** for the filter's non-mass-loaded sandwich SBARs **17**. The outer electrode layers **22**, **26** are of aluminium and the inner electrode layers **23**, **25** adjacent to the piezoelectric (AlN) layer **24** are of platinum (Pt). To achieve an adequately low electrical resistance it is proposed that the aluminium layers **22**, **26** have the same thickness, here set to 200 nm. The top **25** and the bottom **23** electrode layers are the variables. Optimum coupling factor $k_r$ is obtained with values of about T**5**=50 nm for the top electrode **25** and of about T**6**=150 nm for the bottom electrode **23** respectively. Between the electrodes **22** and **23** and/or between the electrodes **25** and **26** there may be a diffusion barrier consisting of a layer of e.g. TiN or a combination of layers of Ti and TiN. This diffusion barrier is to avoid interdiffusion of the two electrode materials **22** and **23** or **25** and **26** respectively. The thickness of the thin diffusion barrier is between 10 and 30 nm and does not change the performance of the resonator substantially.

US 7,522,018 B2

5

FIG. **7** illustrates a table with the coupling factor k$_r$ versus the thickness T**5** of the top electrode **25** and versus the thickness T**6** of the bottom electrode **23** for the filter's mass-loaded SBARs **17**. Optimum coupling factor k$_r$ is again obtained with values of about T**5**=50 nm for the top electrode **25** and of about T**6**=150 nm for the bottom electrode **23** respectively. Other layer thicknesses are the same as for the non-mass-loaded sandwich SBARs described in FIG. **6**.

In both mass-loaded and non-mass-loaded sandwich SBARs optimum thicknesses of the inner Pt electrodes are almost independent of the thicknesses of the Al outer electrodes **22**, **26**. For optimum Pt layer thicknesses and Al layer thicknesses of 100 nm, 200 nm and 300 nm the coupling factor k$_r$=0.220, 0.216 and 0.202 respectively.

The invention may be summarised by a thin-film bulk acoustic wave resonator (**1**, **8**, **17**) of the membrane or FBAR type (**1**) or the solidly-mounted or SBAR type (**8**), either with single layer electrodes (**1**, **8**) or of the multiple-layer electrode sandwich construction (**17**), with an optimum coupling factor k$_r$, and thus increased bandwidth in filters incorporating such resonators. The optimum coupling factor k$_r$ is achieved by the arrangement that the top electrode (**6**, **15**, **25**) is thinner than the bottom electrode (**4**, **13**, **23**). The coupling factor is independent of the resonator's layout.

The invention claimed is:

**1**. Electro-acoustic resonator (**1**, **8**, **17**) comprising a membrane structure FBAR (**1**) with a layer structure comprising a piezoelectric layer (**5**, **14**, **24**) and a top (**6**, **15**, **25**) and a bottom (**4**, **13**, **23**) electrode layer, with the thickness (T**1**, T**2**, . . . T**6**) of the two electrode layers being unequal, characterised in that the top electrode layer (T**1**, T**3**, T**5**) is thinner than the bottom (T**2**, T**4**, T**6**) electrode layer to increase a filter bandwidth of the electro-acoustic resonator.

**2**. Electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **1**, characterised in that a relative thickness of the two electrode layers maximizes the filter bandwidth.

**3**. Electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **1**, characterised in that at least one of the electrode layers is formed by a stack of conductive materials (**25**, **26** or **22**, **23**).

**4**. Electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **3**, characterised in that between the stacked conductive materials of the electrode layers (**22** and **23** and/or **25** and **26**) a conductive thin diffusion baffler is formed.

**5**. Electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **4**, characterised in that the diffusion baffler between the stacked conductive materials of the electrode layers (**22** and **23** and/or **25** and **26**) consists of titanium nitride (TiN), or titanium (Ti), or consists of combinations of titanium nitride (TiN) and titanium (Ti).

6

**6**. Electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **3**, characterised in that in the stack, the conductive material (**23**, **25**) in contact with the piezoelectric layer (**24**) has a lower acoustic impedance than the conductive material (**22**, **26**) that is not in contact with the piezoelectric layer (**24**).

**7**. Electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **3**, characterised in that the conductive material (**23**, **25**) that is in contact with the piezoelectric layer (**24**) has a higher acoustic impedance than the conductive material (**22**, **26**) that is not in contact with the piezoelectric layer (**24**).

**8**. Electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **7**, characterised in that the conductive material with the higher acoustic impedance comprises platinum (Pt), tungsten (W), molybdenum (Mo), titan-tungsten (Ti$_x$W$_{1-x}$, 0<x<1), Gold (Au).

**9**. Electro-acoustic (**1**, **8**, **17**) resonator as claimed in claim **7**, characterised in that the conductive material with the lower acoustic impedance comprises Aluminium (Al).

**10**. Electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **1**, characterised in that the electrode layers (**4**, **6**, **13**, **15**, **23**, **25**) comprise Molybdenum (Mo) and that, for a resonant frequency in the region of 2 GHz, the thickness (T**1**, T**3**, T**5**) of the top Molybdenum layer (**6**, **15**, **25**) is in the region of 200 nm and the thickness (T**2**, T**4**, T**6**) of the bottom Molybdenum layer (**4**, **13**, **23**) is in the region of 300 nm, these thicknesses scaling approximately inversely with resonant frequency.

**11**. Electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **1**, characterised in that the electrode layers (**4**, **6**, **13**, **15**, **23**, **25**) comprise platinum (Pt) and that, for a resonant frequency in the region of 2 GHz, the thickness (T**1**, T**3**, T**5**) of the top platinum layer (**6**, **15**,**25**) is in the region of 50 nm and the thickness (T**2**, T**4**, T**6**) of the bottom platinum layer (**4**, **13**, **23**) is in the region of 150 nm, these thicknesses scaling approximately inversely with resonant frequency.

**12**. Use of an electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **1**, as a component of a radio frequency (RF) filter, or as a component used in a sensor, or used in an ultrasonic transducer, or used in an array of ultrasonic transducers.

**13**. Electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **1**, characterised in that a relative thickness of the two electrode layers maximizes a coupling factor of the electro-acoustic resonator (**1**, **8**, **17**).

**14**. Electro-acoustic resonator (**1**, **8**, **17**) as claimed in claim **1**, characterised in that a coupling factor of the electro-acoustic resonator (**1**, **8**, **17**) is greater than 0.215.

\* \* \* \* \*

# Exhibit E

US009735755B2

(12) **United States Patent**
Fattinger et al.

(10) Patent No.: **US 9,735,755 B2**
(45) **Date of Patent:** **Aug. 15, 2017**

(54) **BAW RESONATOR HAVING LATERAL ENERGY CONFINEMENT AND METHODS OF FABRICATION THEREOF**

(71) Applicant: **RF Micro Devices, Inc.**, Greensboro, NC (US)

(72) Inventors: **Gernot Fattinger**, Sorrento, FL (US); **Alireza Tajic**, Winter Springs, FL (US)

(73) Assignee: **Qorvo US, Inc.**, Greensboro, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 29 days.

(21) Appl. No.: **14/876,426**

(22) Filed: **Oct. 6, 2015**

(65) **Prior Publication Data**

US 2017/0054429 A1    Feb. 23, 2017

**Related U.S. Application Data**

(60) Provisional application No. 62/207,702, filed on Aug. 20, 2015.

(51) **Int. Cl.**
*H03H 9/02* (2006.01)
*H03H 9/13* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... *H03H 9/02157* (2013.01); *H03H 3/02* (2013.01); *H03H 9/02086* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ........... H03H 9/02118; H03H 9/02102; H03H 9/132; H03H 9/02157; H03H 9/171; H03H 9/02086; H03H 3/02
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,612,488 B1 * 11/2009 Bouche .................. H03H 9/131
                                                          310/320
2002/0014808 A1 * 2/2002 Misu .................. H03H 9/02133
                                                          310/312
(Continued)

OTHER PUBLICATIONS

Pensala, Tuomas, "Thin Film Bulk Acoustic Wave Devices—Performance Optimization and Modeling," Dissertation, VTT Publications 756, 2011, pp. 50-53.

*Primary Examiner* — Robert Pascal
*Assistant Examiner* — Jorge Salazar, Jr.
(74) *Attorney, Agent, or Firm* — Withrow & Terranova, P.L.L.C.

(57) **ABSTRACT**

Embodiments of a Bulk Acoustic Wave (BAW) resonator in which an outer region of the BAW resonator is engineered in such a manner that lateral leakage of mechanical energy from an active region of the BAW resonator is reduced, and methods of fabrication thereof, are disclosed. In some embodiments, a BAW resonator includes a piezoelectric layer, a first electrode on a first surface of the piezoelectric layer, a second electrode on a second surface of the piezoelectric layer opposite the first electrode, and a passivation layer on a surface of the second electrode opposite the piezoelectric layer, the passivation layer having a thickness $(T_{PA})$. The BAW resonator also includes a material on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator. The additional material has a thickness that is n times the thickness $(T_{PA})$ of the passivation layer.

**18 Claims, 9 Drawing Sheets**



**US 9,735,755 B2**

Page 2

(51) **Int. Cl.**
  *H03H 3/02*      (2006.01)
  *H03H 9/17*      (2006.01)
(52) **U.S. Cl.**
  CPC ........ *H03H 9/02118* (2013.01); *H03H 9/132*
           (2013.01); *H03H 9/171* (2013.01)
(58) **Field of Classification Search**
  USPC ........................................ 333/133, 187, 188
  See application file for complete search history.

(56)                **References Cited**

             U.S. PATENT DOCUMENTS

2013/0127300 A1 *  5/2013  Umeda ................... H01L 41/18
                                              310/365
2015/0094000 A1 *  4/2015  Aigner ................... H03H 3/02
                                              455/73

* cited by examiner



*FIG. 1B*
*(PRIOR ART)*



*FIG. 1A*
*(PRIOR ART)*



66
BO RING 86
n*$T_{PA}$
$T_{PA}$
PASSIVATION LAYER 88
86
TOP ELECTRODE 72
PIEZOELECTRIC LAYER 68
BOTTOM ELECTRODE 70
$SiO_2$ 84
TUNGSTEN 82
$SiO_2$ 80
TUNGSTEN 78
$SiO_2$ 76
REFLECTOR 74
OUTER REGION 92
ACTIVE REGION 90
OUTER REGION 92
38
BO RING 58
$T_{PA}$
$T_{PA}$
PASSIVATION LAYER 60
58
TOP ELECTRODE 44
PIEZOELECTRIC LAYER 40
BOTTOM ELECTRODE 42
$SiO_2$ 56
TUNGSTEN 54
$SiO_2$ 52
TUNGSTEN 50
$SiO_2$ 48
REFLECTOR 46
OUTER REGION 64
ACTIVE REGION 62
OUTER REGION 64

FIG. 2B

FIG. 2A



*FIG. 3B*



*FIG. 3A*



FIG. 4



*FIG. 5A*



FIG. 5B



FIG. 5C



FIG. 5D



FIG. 5E

1

## BAW RESONATOR HAVING LATERAL ENERGY CONFINEMENT AND METHODS OF FABRICATION THEREOF

### RELATED APPLICATIONS

This application claims the benefit of provisional patent application Ser. No. 62/207,702, filed Aug. 20, 2015, the disclosure of which is hereby incorporated herein by reference in its entirety.

### FIELD OF THE DISCLOSURE

The present disclosure relates to Bulk Acoustic Wave (BAW) resonators and, in particular, to improvement of confinement of mechanical energy within a BAW resonator.

### BACKGROUND

Due to, among other things, their small size, high Q values, and very low insertion losses at microwave frequencies, particularly those above 1.5 Gigahertz (GHz), Bulk Acoustic Wave (BAW) filters have become the filter of choice for many modern wireless applications. In particular, BAW filters are the filter of choice for many 3rd Generation (3G) and 4th Generation (4G) wireless devices. For instance, virtually all Long Term Evolution (LTE) compatible mobile devices operating in LTE frequency bands above 1.5 GHz utilize BAW filters. For mobile devices, the low insertion loss of the BAW filter provides many advantages such as, e.g., improved battery life, compensation for higher losses associated with the need to support many frequency bands in a single mobile device, etc.

One example of a conventional BAW resonator 10 is illustrated in FIG. 1A. In this example, the BAW resonator 10 is, in particular, a Solidly Mounted Resonator (SMR) type BAW resonator 10. As illustrated, the BAW resonator 10 includes a piezoelectric layer 12 (which is sometimes referred to as a piezoelectric plate) between a bottom electrode 14 and a top electrode 16. Since the BAW resonator 10 is a SMR type BAW resonator 10, the BAW resonator 10 also includes a reflector 18 (which is more specifically referred to as a Bragg reflector) that includes multiple layers 20-28 of alternating materials with varying refractive index. In this example, the BAW resonator 10 also includes a Border (BO) ring 30 on the top surface of the top electrode 16 around the periphery of the top electrode 16. Finally, the BAW resonator 10 includes a passivation layer 32.

In operation, acoustic waves in the piezoelectric layer 12 within an active region 34 of the BAW resonator 10 are excited by an electrical signal applied to the bottom and top electrodes 14 and 16. The active region 34 is the region of the BAW resonator 10 that is electrically driven. In other words, the active region 34 is the region of the BAW resonator 10 consisting of, in this example, the bottom electrode 14, the top electrode 16, the portion of the piezoelectric layer 12 between the bottom and top electrodes 14 and 16, and the portion of the reflector 18 below the bottom electrode 14. Conversely, an outer region 36 of the BAW resonator 10 is a region of the BAW resonator 10 that is not electrically driven (i.e., the area outside of the active region 34). The frequency at which resonance of the acoustic waves occurs is a function of the thickness of the piezoelectric layer 12 and the mass of the bottom and top electrodes 14 and 16. At high frequencies (e.g., greater than 1.5 GHz), the thick-

2

ness of the piezoelectric layer 12 is only micrometers thick and, as such, the BAW resonator 10 is fabricated using thin-film techniques.

Ideally, in order to achieve a high Q value, the mechanical energy should be contained, or trapped, within the active region 34 of the BAW resonator 10. The reflector 18 operates to prevent acoustic waves from leaking longitudinally, or vertically, from the BAW resonator 10 into the substrate (not shown, but below the reflector 18). Notably, in a Film Bulk Acoustic Resonator (FBAR) type BAW resonator, an air cavity is used instead of the reflector 18, where the air cavity likewise prevents acoustic waves from escaping into the substrate.

While the reflector 18 (or air cavity for a FBAR type BAW resonator) confines mechanical energy within the active region 34 of the BAW resonator 10 in the longitudinal, or vertical, direction, a substantial amount of mechanical energy still leaks laterally from the active region 34 of the BAW resonator 10 into the outer region 36 of the BAW resonator 10 and then down into the substrate, as illustrated FIG. 1B. This lateral leakage of mechanical energy at the boundaries of the BAW resonator 10 degrades the Q of the BAW resonator 10. As such, there is a need for systems and methods for mitigating the loss of mechanical energy through lateral dispersion into the outer region 36 of the BAW resonator 10.

### SUMMARY

Embodiments of a Bulk Acoustic Wave (BAW) resonator in which an outer region of the BAW resonator is engineered in such a manner that lateral leakage of mechanical energy from an active region of the BAW resonator is reduced, and methods of fabrication thereof, are disclosed. In some embodiments, a BAW resonator includes a piezoelectric layer, a first electrode on a first surface of the piezoelectric layer, a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer, and a passivation layer on a surface of the second electrode opposite the piezoelectric layer, the passivation layer having a thickness ($T_{PA}$). The BAW resonator also includes a material on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator. The outer region of the BAW resonator is a region outside of an active region of the BAW resonator. The additional material has a thickness that is n times the thickness ($T_{PA}$) of the passivation layer, wherein n is a value other than 1. In this manner, lateral leakage of the mechanical energy from the active region of the BAW resonator into the outer region of the BAW resonator can be reduced.

In some embodiments, n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1.

In some embodiments, n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.

In some embodiments, the BAW resonator further includes a Border (BO) ring around a periphery of the active region of the BAW resonator within or on the second electrode, the BO ring providing a mass loading.

In some embodiments, the BAW resonator further includes a BO ring around a periphery of the active region

US 9,735,755 B2

3

of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the BO ring, and the passivation layer within the active region.

In some embodiments, the passivation layer is also on the surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region consist of the portion of the passivation layer in the outer region of the BAW resonator such that the thickness of the passivation layer in the outer region is n times the thickness $(T_{P4})$ of the passivation layer in the active region. Further, in some embodiments, the BAW resonator further includes a BO ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the BO ring, and the passivation layer within the active region. Further, in some embodiments, the piezoelectric layer is Aluminum Nitride (AlN), the first and second electrodes each comprise a Tungsten layer and an Aluminum Copper layer, and the passivation layer is Silicon Nitride (SiN).

In some embodiments, the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer.

Embodiments of a method of fabricating a BAW resonator are also disclosed. In some embodiments, the method of fabrication of a BAW resonator includes providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer, providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer, providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness $(T_{P4})$ within the active region of the BAW resonator, and providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness $(T_{P4})$ of the passivation layer, wherein n is a value other than 1.

Those skilled in the art will appreciate the scope of the present disclosure and realize additional aspects thereof after reading the following detailed description of the preferred embodiments in association with the accompanying drawing figures.

BRIEF DESCRIPTION OF THE DRAWING FIGURES

The accompanying drawing figures incorporated in and forming a part of this specification illustrate several aspects of the disclosure, and together with the description serve to explain the principles of the disclosure.

FIGS. 1A and 1B illustrate one example of a conventional Bulk Acoustic Wave (BAW) resonator and lateral leakage of mechanical energy from an active region of the BAW resonator into an outer region of the BAW resonator;

FIGS. 2A and 2B illustrate a BAW resonator having reduced lateral leakage, as compared to a reference BAW resonator, according to some embodiments of the present disclosure;

4

FIGS. 3A and 3B illustrate the reduced lateral leakage of the BAW resonator of FIG. 2B as compared to the reference BAW resonator of FIG. 2A, for one example implementation;

FIG. 4 illustrates a BAW resonator having reduced lateral leakage according to some other embodiments of the present disclosure; and

FIGS. 5A through 5E graphically illustrate a process for fabricating the BAW resonator of either FIG. 2B or FIG. 4 according to some embodiments of the present disclosure.

DETAILED DESCRIPTION

The embodiments set forth below represent the necessary information to enable those skilled in the art to practice the embodiments and illustrate the best mode of practicing the embodiments. Upon reading the following description in light of the accompanying drawing figures, those skilled in the art will understand the concepts of the disclosure and will recognize applications of these concepts not particularly addressed herein. It should be understood that these concepts and applications fall within the scope of the disclosure and the accompanying claims.

It should be understood that, although the terms first, second, etc. may be used herein to describe various elements, these elements should not be limited by these terms. These terms are only used to distinguish one element from another. For example, a first element could be termed a second element, and, similarly, a second element could be termed a first element, without departing from the scope of the present disclosure. As used herein, the term "and/or" includes any and all combinations of one or more of the associated listed items.

It should also be understood that when an element is referred to as being "connected" or "coupled" to another element, it can be directly connected or coupled to the other element or intervening elements may be present. In contrast, when an element is referred to as being "directly connected" or "directly coupled" to another element, there are no intervening elements present.

It should be understood that, although the terms "upper," "lower," "bottom," "intermediate," "middle," "top," and the like may be used herein to describe various elements, these elements should not be limited by these terms.

These terms are only used to distinguish one element from another. For example, a first element could be termed an "upper" element and similarly, a second element could be termed an "upper" element depending on the relative orientations of these elements, without departing from the scope of the present disclosure.

The terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the disclosure. As used herein, the singular forms "a," "an," and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the terms "comprises," "comprising," "includes," and/or "including" when used herein specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

Unless otherwise defined, all terms (including technical and scientific terms) used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this disclosure belongs. It will be further understood that terms used herein should be interpreted as having

US 9,735,755 B2

5

meanings that are consistent with their meanings in the context of this specification and the relevant art and will not be interpreted in an idealized or overly formal sense unless expressly so defined herein.

Embodiments of a Bulk Acoustic Wave (BAW) resonator in which an outer region of the BAW resonator is engineered in such a manner that lateral leakage of mechanical energy from an active region of the BAW resonator is reduced, and methods of fabrication thereof, are disclosed. In general, in some embodiments, a thickness of a material in the outer region of the BAW resonator is such that the outer region of the BAW resonator is acoustically matched to the active region of the BAW resonator in such a manner that wavelengths that cause the lateral leakage of mechanical energy are not excited in the active region. As a result, there is no leakage of wavelengths excited in the active region into oscillation modes in the outer region. In other words, the thickness of the material in the outer region of the BAW resonator is selected such that the extinction coefficient (i.e., the rate of exponential decay for evanescent waves) associated with the exponential decay in the outer region and the imaginary part of the lateral dispersion in the outer region are changed in such a manner that lateral leakage is reduced.

In this regard, FIGS. 2A and 2B illustrate a BAW resonator having reduced lateral leakage, as compared to a reference BAW resonator, according to some embodiments of the present disclosure. More specifically, FIG. 2A illustrates a reference BAW resonator 38. In this example, the reference BAW resonator 38 includes a piezoelectric layer 40 (which is sometimes referred to as a piezoelectric plate). The piezoelectric layer 40 may be any suitable type of piezoelectric material such as, for example, Aluminum Nitride (AlN) or Zinc Oxide (ZnO). Further, the piezoelectric layer 40 may be a single layer of piezoelectric material or may include multiple sublayers of the same or different piezoelectric materials.

The reference BAW resonator 38 further includes a bottom electrode 42 on a bottom surface of the piezoelectric layer 40 and a top electrode 44 on a top surface of the piezoelectric layer 40 opposite the bottom electrode 42. Each of the bottom and top electrodes 42 and 44 may be a single layer of one material or may include two or more layers of the same or different materials. For example, in some embodiments, each of the bottom and top electrodes 42 and 44 includes a layer of Tungsten immediately adjacent to the piezoelectric layer 40 and a layer of Aluminum Copper on the Tungsten layer opposite the piezoelectric layer 40.

In this example, the reference BAW resonator 38 is a Solidly Mounted Resonator (SMR) type BAW resonator and, as such, the reference BAW resonator 38 also includes a reflector 46 (which is more specifically referred to as a Bragg reflector) that includes multiple alternating layers 48, 50, 52, 54, and 56 of alternating materials with varying refractive index. In this example, the layers 48, 50, 52, 54, and 56 are alternating layers of Silicon Dioxide (SiO$_2$) and Tungsten.

In this example, the reference BAW resonator 38 also includes a Border (BO) ring 58. In this example, the BO ring 58 is a "ring" or "frame" of material that is on the top surface of the top electrode 44 around the periphery of the top electrode 44. However, the BO ring 58 may alternative be within the top electrode 44 (i.e., beneath a first metal layer of multiple metal layers forming the top electrode 44 or between two adjacent metal layers in a stack of metal layers forming the top electrode). As will be appreciated by one of ordinary skill in the art, the BO ring 58 provides mass

6

loading or thickened edge loading, where this mass loading avoids acoustic mismatch between an active region and an outer region, providing a smooth transition of propagating waves in the active region to evanescent waves in the outer region.

Lastly, the reference BAW resonator 38 includes a passivation layer 60 on the surface of the reference BAW resonator 38 over both an active region 62 and an outer region 64 of the reference BAW resonator 38. While the passivation layer 60 can be of any suitable material, in one example, the passivation layer 60 is Silicon Nitride (SiN). For the reference BAW resonator 38, a thickness ($T_{P4}$) of the passivation layer 60 is the same both in the active region 62 and in the outer region 64. Notably, as used herein, the active region 62 is the region of the reference BAW resonator 38 that is electrically driven which, in the example of FIG. 2A, is the region consisting of the bottom electrode 42, the top electrode 44, the portion of the piezoelectric layer 40 between the bottom and top electrodes 42 and 44, and the portion of the reflector 46 beneath the bottom electrode 42. The outer region 64 is the region of the reference BAW resonator 38 that is not electrically driven or, in other words, the region of the reference BAW resonator 38 that is outside of the active region 62.

As illustrated in FIG. 3A, during operation, the reference BAW resonator 38 of FIG. 2A exhibits a significant amount of lateral leakage of mechanical energy from the active region 62 into the outer region 64. This lateral leakage, or lack of lateral confinement, degrades the quality factor (Q) of the reference BAW resonator 38.

FIG. 2B illustrates a BAW resonator 66 with improved lateral confinement (i.e., reduced lateral leakage) of mechanical energy according to some embodiments of the present disclosure. In this example, the BAW resonator 66 includes a piezoelectric layer 68 (which is sometimes referred to as a piezoelectric plate), bottom and top electrodes 70 and 72, a reflector 74 including layers 76, 78, 80, 82, and 84, and a BO ring 86, which are exactly the same as the corresponding components of the reference BAW resonator 38 and, as such, their details are not repeated.

Lastly, the BAW resonator 66 includes a passivation layer 88 on the surface of the BAW resonator 66 over both an active region 90 and an outer region 92 of the BAW resonator 66. Within the active region 90, the passivation layer 88 is exactly the same as the passivation layer 60 of the reference BAW resonator 38. Within the active region 90, the passivation layer 88 has a thickness ($T_{P4}$), which is equal to that of the passivation layer 60 of the reference BAW resonator 38. However, in the outer region 92, the passivation layer 60 has a thickness of n×$T_{P4}$, where n≠1 (i.e., the thicknesses of the passivation layers 60 and 88 in the outer regions 64 and 92 of the reference BAW resonator 38 and the BAW resonator 66, respectively, are not the same). The value of n is in a range that reduces the lateral leakage of mechanical energy from the active region 90 of the BAW resonator 66 into the outer region 92 as compared to that of the reference BAW resonator 38 of FIG. 2A. This reduction of lateral leakage is illustrated in FIG. 3B, where FIGS. 3A and 3B are graphical illustrations of the results of a simulation of the density of mechanical energy throughout the structures of the reference BAW resonator 38 and the BAW resonator 66, respectively.

Suitable values for n may be determined, e.g., by simulation or, in some cases, empirically. However, for most practical implementations, empirical calculations are complex and, as such, simulation will provide better results.

US 9,735,755 B2

7

In general, the value of n is such that the outer region 92 and the active region 90 of the BAW resonator 66 are acoustically matched such that one or more acoustic wavelengths that cause lateral leakage of mechanical energy from the active region 90 into the outer region 92 are not excited in the active region 90. As a result, the acoustic coupling between the active and outer regions 90 and 92 is mitigated and, as such, lateral leakage is reduced. In other words, n is selected such that the total thickness of the material on the surface of the piezoelectric layer 68 in the outer region 92 of the BAW resonator 66 changes the extinction coefficient associated with the exponential decay in the outer region 92 (as compared to that in the reference BAW resonator 38) and modifies the imaginary part of the lateral dispersion in the outer region 92 in such a manner that lateral leakage is reduced. In some embodiments, the value of n is selected such that the total thickness of the layers on the surface of the piezoelectric layer 68 in the outer region 92 is less than or equal to the total thickness of the top electrode 72, the BO ring 86, and the passivation layer 88 within the active region 90. This can be expressed as:

$$T_{PA\_OUT} = n * T_{PA} \le T_{ELEC} + T_{BO} + T_{PA},$$

where $T_{PA\_OUT}$ is the thickness of the passivation layer 88 in the outer region 92, $T_{ELEC}$ is the thickness of the top electrode 72, $T_{BO}$ is the thickness of the BO ring 86, and $T_{PA}$ is the thickness of the passivation layer 88 in the active region 90. In some embodiments, within the range of $0 < n * T_{PA} \le T_{ELEC} + T_{BO} + T_{PA}$, the value of n that provides the best performance (e.g., highest Q) can be determined, e.g., via simulation. Thus, the value of n can be said to be a function of the thicknesses of the material stack in the active region 90.

In the embodiment of FIG. 2B, the material layers (i.e., the stack of material layers) in the outer region 92 is modified via the thickness of the passivation layer 88 in the outer region 92. However, the present disclosure is not limited thereto. Additional or alternative materials may be used in the outer region 92 to provide the desired reduction in lateral leakage. In this regard, FIG. 4 illustrates the BAW resonator 66 according to another embodiment of the present disclosure. In this example, the material layer(s) on the surface of the piezoelectric layer 68 in the outer region 92 are generalized as material layer(s) 94. The material layer(s) 94 may be the same material as the passivation layer 88 (i.e., the embodiment of FIG. 2B), some other material(s), or any combination thereof. The material layer(s) 94 has a thickness that is n×$T_{PA}$, as described above. As also described above, the value of n is selected such that lateral leakage is reduced as compared to a corresponding reference BAW resonator (i.e., a BAW resonator that, other than the material layer(s) 94, is otherwise exactly the same as the BAW resonator 66).

In the examples of FIGS. 2B and 4, the BAW resonator 66 is a SMR type BAW resonator. However, the concepts disclosed herein are equally applicable to Film Bulk Acoustic Resonator (FBAR) type BAW resonators.

Notably, the use of the material (i.e., the passivation layer 88 having thickness n×$T_{PA}$ in the embodiment of FIG. 2B or the material layer(s) 94 in the embodiment of FIG. 4) in the outer region 92 of the BAW resonator 66 as described herein is to be distinguished from conventional treatment of type II dispersion stacks. With respect to conventional treatment of type II resonators, mass loading of a BAW resonator is used to move the cutoff frequency of the outer region of the BAW resonator to be in the correct position, relative to the cutoff frequency of the active region, in order to trap the waves

8

associated with the main thickness extensional wave mode. More specifically, there are two types of lateral dispersion that a thickness extensional BAW resonator can exhibit, namely, Type I and Type II. Type I, which is normally exhibited by ZnO based BAW resonators, is where the dispersion curve of the main thickness extensional wave mode is monotonically increasing from the cut-off frequency, which is defined by the frequency at which the dispersion curve crosses from real to imaginary. For Type I dispersion, mass loading of the BAW resonator in the outer region is not needed. More specifically, the top electrode not being present in the outer region is sufficient to have the outside cutoff frequency above the active cutoff frequency. This leads to an exponentially decaying main thickness wave mode in the outer region and, thus, trapping of the main thickness wave mode in the active region.

Type II lateral dispersion, which is normally exhibited by AlN based BAW resonators, is where the dispersion curve of the main thickness extensional wave mode has a negative slope. For conventional mass loading with respect to BAW resonators exhibiting Type II dispersion, the idea is to trap the small kx wave modes on the negative part of the main thickness branch. For that, the cutoff frequency of the outer region of the BAW resonator must be below the cutoff frequency of the active region to ensure that there is no propagating wave mode associated with the main thickness wave mode in the outer region. Therefore, conventional mass loading is used to move the cutoff frequency of the outer region of the BAW resonator below the cutoff frequency of the active region.

The problem with such conventional treatment of type II resonator is that it does not take into account the presence of any other higher kx branches. In practice, other higher kx branches must be taken into account to minimize lateral leakage.

In the present disclosure, depending on the particular implementation, the BAW resonator 66 may exhibit either Type I or Type II dispersion. Regardless of the dispersion type exhibited by the BAW resonator 66, unlike conventional treatment of type II resonators which moves the cutoff frequency of the outer region to a desired point relative to the cutoff frequency of the active region (i.e., higher than the cutoff frequency of the active region for Type I dispersion or lower than the cutoff frequency of the active region for Type II dispersion), the material stack in the outer region 92 of the BAW resonator 66 is engineered, as described above, in such a manner that the extinction coefficient associated with the exponential decay in the outer region 92 is changed and the imaginary part of the lateral dispersion in the outer region 92 is modified. By doing so, the way in which waves decay in the outer region 92 can be controlled to reduce lateral leakage. For example, for an embodiment of the BAW resonator 66 exhibiting Type II dispersion, the material stack in the outer region 92 is modified to improve energy trapping by modifying the imaginary part of the dispersion curve in the outer region 92. While engineering the material stack in the outer region 92 in this manner will alter the cutoff frequency of the outer region 92, the altered cutoff frequency of the outer region 92 will not necessarily be lower than the cutoff frequency of the active region 90, which is contrary to the conventional mass loading for Type II dispersion.

FIGS. 5A through 5E graphically illustrate a process for fabricating the BAW resonator of either FIG. 2B or FIG. 4 according to some embodiments of the present disclosure. As illustrated, the process begins with an initial structure that includes the piezoelectric layer 68, the bottom electrode 70, and, in this example, the reflector 74. Note, however, that

US 9,735,755 B2

9

the initial structure may vary depending on the particular implementation. The initial structure may be fabricated using any appropriate process.

Next, as illustrated in FIG. 5B, the top electrode 72 is provided on (e.g., formed or deposited on) the surface of the piezoelectric layer 68 opposite the bottom electrode 70. Then, in this example, the BO ring 86 is provided on the surface of the top electrode 72 opposite the piezoelectric layer 68 around the periphery of the active region 90, as illustrated in FIG. 5C. Lastly, in the embodiment of FIG. 2B, the passivation layer 88 is provided (e.g., formed or deposited) on the surface of the BAW resonator 66 in both the active region 90 and the outer region 92 such that the thickness of the passivation layer 88 in the outer region 92 is n times the thickness ($T_{PA}$) of the passivation layer 88 within the active region 90, as illustrated in FIG. 5D. More generally, the passivation layer 88 is provided in the active region 90 and the one or more material layers 94 are provided in the outer region 92 according to the embodiment of FIG. 4, as illustrated in FIG. 5E.

Those skilled in the art will recognize improvements and modifications to the preferred embodiments of the present disclosure. All such improvements and modifications are considered within the scope of the concepts disclosed herein and the claims that follow.

What is claimed is:

1. A Bulk Acoustic Wave (BAW) resonator, comprising:
a piezoelectric layer;
a first electrode on a first surface of the piezoelectric layer;
a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;
a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and
one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein:
n is a value other than 1; and
n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1.

2. The BAW resonator of claim 1 wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer.

3. The BAW resonator of claim 1 wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.

4. The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading.

5. The BAW resonator of claim 1 further comprising a border ring around a periphery of the active region of the

10

BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region.

6. The BAW resonator of claim 1 wherein the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that a thickness of the passivation layer in the outer region is the n times the thickness ($T_{PA}$) of the passivation layer in the active region.

7. The BAW resonator of claim 6 further comprising a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region.

8. The BAW resonator of claim 7 wherein the piezoelectric layer is Aluminum Nitride (AlN), the first and second electrodes each comprise a Tungsten layer and an Aluminum Copper layer, and the passivation layer is Silicon Nitride (SiN).

9. A BAW resonator comprising:
a piezoelectric layer;
a first electrode on a first surface of the piezoelectric layer;
a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;
a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and
one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein:
n is a value other than 1; and
n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.

10. A method of fabricating a BAW resonator, comprising:
providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer;
providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;
providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and
providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the

US 9,735,755 B2

11

outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein:

n is a value other than 1; and

n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.

**11**. A method of fabricating a Bulk Acoustic Wave (BAW) resonator, comprising:

providing an initial structure comprising a piezoelectric layer and a first electrode on a first surface of the piezoelectric layer;

providing a second electrode on a second surface of the piezoelectric layer opposite the first electrode on the first surface of the piezoelectric layer;

providing a passivation layer on a surface of the second electrode opposite the piezoelectric layer within an active region of the BAW resonator, the passivation layer having a thickness ($T_{PA}$) within the active region of the BAW resonator; and

providing one or more material layers on the second surface of the piezoelectric layer adjacent to the second electrode in an outer region of the BAW resonator, the outer region of the BAW resonator being a region outside of the active region of the BAW resonator and the one or more material layers having a thickness that is n times the thickness ($T_{PA}$) of the passivation layer within the active region, wherein:

n is a value other than 1; and

n is within a range of values for which a density of mechanical energy in the outer region of the BAW resonator is reduced as compared to a density of mechanical energy in the outer region of the BAW resonator when n is equal to 1.

**12**. The method of claim **11** wherein n is such that the outer region of the BAW resonator and the active region of the BAW resonator are acoustically matched in such a

12

manner that one or more wavelengths that cause energy leakage into the outer region are not excited in the active region.

**13**. The method of claim **11** further comprising providing a border ring around a periphery of the active region of the BAW resonator within or on the second electrode, the border ring providing a mass loading.

**14**. The method of claim **11** further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the one or more material layers in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region.

**15**. The method of claim **11** wherein providing the passivation layer comprises providing the passivation layer such that the passivation layer is also on the second surface of the piezoelectric layer adjacent to the second electrode in the outer region of the BAW resonator, and the one or more material layers in the outer region is formed by a portion of the passivation layer in the outer region of the BAW resonator such that the thickness of the passivation layer in the outer region is the n times the thickness ($T_{PA}$) of the passivation layer in the active region.

**16**. The method of claim **15** further comprising providing a border ring around a periphery of the active region of the BAW resonator, and n is such that a thickness of the passivation layer in the outer region of the BAW resonator is less than or equal to a combined thickness of the second electrode, the border ring, and the passivation layer within the active region.

**17**. The method of claim **16** wherein the piezoelectric layer is Aluminum Nitride (AlN), the first and second electrodes each comprise a Tungsten layer and an Aluminum Copper layer, and the passivation layer is Silicon Nitride (SiN).

**18**. The method of claim **11** wherein the one or more material layers comprise one or more layers of a material other than a passivation material comprised in the passivation layer.

* * * * *