▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>       Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>       Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED**<br><br>▬▬▬▬▬▬▬▬ |

## DECLARATION OF DAVID S. ELKINS IN SUPPORT OF THE AKOUSTIS DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, DAVID S ELKINS, declare as follows:

1. I am a partner of the law firm of Squire Patton Boggs (US) LLP and am one of the counsel of record for defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") in this matter. I make this declaration on my own personal knowledge or, where indicated, on information and belief formed after reasonable inquiry under the circumstances. If called to do so, I could and would testify competently to the facts stated below.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from Qorvo's Second Supplemental Objections and Responses to Akoustis' First Set of Interrogatories (Nos. 1-9), dated July 21, 2023.

3. Attached as Exhibit 2 is a true and correct copy of Plaintiff Qorvo's Inc's Identification of Trade Secrets, dated May 1, 2023.

4. Attached as Exhibit 3 is a true and correct copy of Plaintiff Qorvo's Inc's Supplemental Identification of Trade Secrets, dated July 25, 2023.

5.      Attached as Exhibit 4 is a true and correct copy of Plaintiff Qorvo's Inc's Second Supplemental Identification of Trade Secrets, dated October 12, 2023.

6.      Attached as Exhibit 5 is a true and correct copy of Plaintiff Qorvo's Inc's Identification of Trade Secrets It Currently Expects to Present At Trial, dated November 17, 2023 (the "Trial Disclosure").

7.      After receiving the Trial Disclosure, I asked Akoustis' local counsel to convene a "lead and local" discussion by video conference to meet and confer with Qorvo's counsel about deficiencies with their Trial Disclosure. Ronald Lemieux, Stephen Brauerman, and I appeared for Akoustis. Robert Masters, Jonathan DeFosse and Jeremy Tigan appeared for Qorvo. On behalf of Akoustis, we explained the deficiencies of the Trial Disclosure, namely that it does not describe Qorvo's purported trade secrets with sufficient particularity, and with 104 claimed trade secrets did not comply with the Court's order that Qorvo reduce the scope of its trade secret claim. Qorvo's counsel simply disagreed, asserting that the document was sufficient.

8.      Attached as Exhibit 6 is a true and correct copy of excerpts from the transcript of the Deposition of Stanley Shanfield, dated January 26, 2024.[1]

9.      Attached as Exhibit 7 is a true and correct copy of excerpts from Defendants Akoustis Technologies Inc.'s and Akoustis Inc's Fifth Supplemental Responses to Plaintiffs First Set of Interrogatories (Nos.1-10), dated November 14, 2023.

10.     Attached as Exhibit 8 is a true and correct copy of Plaintiff's Final Infringement Contentions, dated June 15, 2023.

---

[1] To the extent a rough transcript for a deposition is submitted as an exhibit, Defendants will file a substitute exhibit from a certified final transcript once it becomes available.

2

11. Attached as Exhibit 9 is a true and correct copy of excerpts from the transcript of the Deposition of John C. Bravman, dated January 25, 2024.

12. Attached as Exhibit 10 is a true and correct copy of excerpts from the transcript of the Deposition of Helge Heinrich, dated January 26, 2024.

13. Attached as Exhibit 11 is a true and correct copy of excerpts from the Expert Report and Disclosure of Melissa A. Bennis, dated November 21, 2023.

14. Attached as Exhibit 12 is a true and correct copy of excerpts from the transcript of the Deposition of Melissa A. Bennis, dated January 23, 2024

15. Attached as Exhibit 13 is a true and correct copy of excerpts from the transcript of the Deposition of David Aichele, dated September 15, 2023.

16. Attached as Exhibit 14 is a true and correct copy of excerpts from the transcript of the Deposition of Michael Hodge, dated July 11, 2023.

17. Attached as Exhibit 15 is a true and correct copy of excerpts from the transcript of the Deposition of Anthony Testa, dated September 28, 2023.

18. Attached as Exhibit 16 is a true and correct copy of excerpts from the Corrected Rebuttal Report of Dr. Robert Darveaux Regarding Trade Secrets, dated January 16, 2024.

19. Attached as Exhibit 17 is a true and correct copy of excerpts from the Corrected Rebuttal Report of Dr. Michael Lebby Regarding Trade Secrets, dated January 5, 2024.

20. Attached as Exhibit 18 is a true and correct copy of excerpts from the transcript of the Deposition of Colin Hunt, dated October 10, 2023.

21. Attached as Exhibit 19 is a true and correct copy of excerpts from Qorvo's Third Supplemental Objections and Responses to Akoustis' Second Set of Interrogatories (Nos. 10-12), dated September 26, 2023.

22.     Attached as Exhibit 20 is a true and correct copy of excerpts from the transcript of the Deposition of Holly Johnson, dated November 9, 2023.

23.     Attached as Exhibit 21 is a true and correct copy of excerpts from Qorvo's Third Supplemental Objections and Responses to Akoustis' First Set of Interrogatories (Nos. 1-9), dated August 16, 2023.

24.     Attached as Exhibit 22 is a true and correct copy of the Exhibit 682 to the Deposition of Holly Johnson, dated November 9, 2023.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 1, 2024.

/s/ *David S. Elkins*
David S. Elkins