# EXHIBIT 2

# REDACTED IN THE ENTIRETY