# EXHIBIT 3

# REDACTED IN THE ENTIRETY