# EXHIBIT 4

# REDACTED IN THE ENTIRETY