# EXHIBIT 5

# REDACTED IN THE ENTIRETY