# EXHIBIT 9

# REDACTED PUBLIC VERSION

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF DELAWARE
 3     ---------------------------------
 4     QORVO, INC.,                        )
 5               Plaintiff,                )
 6     v.                                  )   C.A. NO. 21-1417
 7     AKOUSTIS TECHNOLOGIES, INC.         )
 8     and AKOUSTIS, INC.,                 )
 9               Defendants.               )
10     ---------------------------------
11
12
13
14
15         Videotaped Videoconference Deposition of
16                  JOHN C. BRAVMAN, Ph.D.
17                     Washington, D.C.
18                Thursday, January 25, 2024
19                        9:42 a.m.
20                      Pages 1 - 112
21
22
23
24        Reported by:  Penny C. Wile, RMR-CRR
25
```

Page 1

## Page 2

1  Videotaped Videoconference Deposition of JOHN C.
2  BRAVMAN, Ph.D. taken pursuant to Notice before Penny C.
3  Wile, Registered Merit Reporter, Certified Realtime
4  Reporter, and E-Notary Public for the Commonwealth of
5  Virginia.
6           - - -

## Page 3

1           A P P E A R A N C E S
2
3  ON BEHALF OF THE PLAINTIFF:
4      TIMOTHY P. CREMEN, ESQUIRE
5      SHEPPARD MULLIN
6      (Via Videoconference)
7      2099 Pennsylvania Avenue, N.W., Suite 100
8      Washington, DC 20006-6801
9      (202)747-1900
10     tcremen@sheppardmullin.com
11
12 ON BEHALF OF THE DEFENDANTS:
13     RONALD S. LEMIEUX, ESQUIRE
14     SQUIRE PATTEN BOGGS, LLP
15     (Via Videoconference)
16     1841 Page Mill Road, Suite 150
17     Palo Alto, CA 94304
18     (650)856-6500
19     ronald.lemieux@squirepb.com

## Page 4

1           A P P E A R A N C E S
2
3  ON BEHALF OF THE DEFENDANTS:
4      MATTHEW STANFORD, ESQUIRE
5      SQUIRE PATTEN BOGGS, LLP
6      (Via Videoconference)
7      2550 M Street NW
8      Washington, D.C. 20037
9      (202)457-7520
10     matthew.stanford@squirepb.com
11
12
13
14     Also present:  Gordon Thomas, Video Specialist

## Page 5

1           C O N T E N T S
2
3  EXAMINATION OF JOHN C. BRAVMAN, Ph.D.        PAGE
4      By Mr. Lemieux                    7
5
6
7
8
9
10          E X H I B I T S
11     (Attached to the transcript)
12 NO.       DESCRIPTION                PAGE
13 Exhibit 1    Bravman expert report        24
14 Exhibit 2    Patent '018                  40
15 Exhibit 3    Patent '755                  86

```
 1  show you anything other than the plots that resulted   12:12:06
 2  from his simulations?                                  12:12:09
 3     A.  No.  Not that I recall.                         12:12:12
 4     Q.  And before you signed and finalized your        12:12:17
 5  report did he actually show you any plots that he had  12:12:20
 6  obtained from -- from running his simulations?         12:12:24
 7     A.  Yeah.  We were looking at plots on the          12:12:27
 8  screen.                                                12:12:30
 9     Q.  Okay.  And these are the same plots that        12:12:30
10  later you determined to be inaccurate?                 12:12:33
11     A.  I determined that one of them must have         12:12:36
12  been the wrong plot that was put into a report.  It was 12:12:38
13  accurate for some other structure but not the one that 12:12:42
14  was described in the report.                           12:12:46
15     Q.  But at the time you were discussing these       12:12:49
16  with Dr. Shanfield you didn't notice the mistake?      12:12:52
17     A.  I think --                                      12:12:56
18         MR. CREMEN:  Objection; vague and               12:12:58
19  mischaracterizes testimony.                            12:13:01
20         THE WITNESS:  We were looking at                12:13:02
21  individual plots on our -- on our Zoom call, and so    12:13:03
22  there wasn't a context surrounding like does this      12:13:05
23  description fit with this plot.                        12:13:08
24  BY MR. LEMIEUX:                                        12:13:10
25     Q.  Uh-huh.                                         12:13:10
                                                      Page 94
```

```
 1         How many different plots did Dr. Shanfield  12:13:10
 2  show you during your Zoom call?                        12:13:12
 3     A.  A small number.  Three.  Five.  Not, you        12:13:15
 4  know, 25.                                              12:13:26
 5     Q.  Did Dr. --                                      12:13:27
 6     A.  I remember asking --                            12:13:34
 7     Q.  -- Shanfield --                                 12:13:34
 8     A.  I'm sorry.                                      12:13:35
 9     Q.  I'm sorry.  Go ahead.  I didn't mean to         12:13:35
10  cut you off.  I'm sorry.                               12:13:38
11     A.  I remember asking, because of the nature        12:13:39
12  of simulation and modeling, you know, is this in your  12:13:41
13  opinion representative of the spectrum that you've run? 12:13:45
14  And to that he said, yes.  But I don't recall how many 12:13:48
15  individual plots we looked at.                         12:13:53
16     Q.  Did you have any understanding during that      12:13:55
17  conversation, that Zoom call, that Dr. Shanfield was   12:13:58
18  showing you only a subset of the simulation results that 12:14:03
19  he had created?                                        12:14:07
20         MR. CREMEN:  Objection; vague.                  12:14:18
21         THE WITNESS:  I think what I asked him,         12:14:19
22  were they representative of his question, that's -- I  12:14:21
23  was dealing with that natural concern or query.  And   12:14:22
24  when he said, no, this is representative, I -- I did not 12:14:26
25  ask to see, well, show me them all anyway.             12:14:29
                                                      Page 95
```

```
 1  BY MR. LEMIEUX:                                        12:14:33
 2     Q.  Uh-huh.                                         12:14:33
 3         But you understood that he had -- he had        12:14:33
 4  run other simulations other than the ones that he      12:14:34
 5  ultimately showed you; is that correct?                12:14:38
 6     A.  I -- I don't know if I would say I              12:14:44
 7  understood that.  I would not be surprised to find that 12:14:46
 8  out.  The beauty of modeling, you can run a lot of     12:14:50
 9  simulations.                                           12:14:52
10     Q.  Well, did Dr. Shanfield say that he had         12:14:53
11  run other simulations other than the ones he was showing 12:14:55
12  you?                                                   12:14:58
13     A.  When I asked him is this representative         12:14:58
14  and he answered yes, I did not ask him how many did he 12:15:04
15  run.  Of course, in a simulation once the code is      12:15:08
16  written and it doesn't crash, you can run it a million 12:15:12
17  times.  You better get the same answer.  There is no   12:15:15
18  randomness in a -- unless you put in a random factor -- 12:15:19
19  in most simulations.  So what I meant was variations   12:15:22
20  over the parameters of the model that were pertinent.  12:15:26
21     Q.  Different simulations?                          12:15:29
22     A.  Yeah.  Different simulations.                   12:15:30
23     Q.  Okay.  And he indicated to you that he had      12:15:32
24  run other simulations besides the ones that he shared  12:15:36
25  with you?                                              12:15:40
                                                      Page 96
```

```
 1     A.  I don't recall if I asked him that way or       12:15:41
 2  not.  I remember asking, is this representative?  Is   12:15:46
 3  this -- is this what you're going to rely on?  Is this 12:15:48
 4  what I'm going to rely on?  Is -- are you representing 12:15:54
 5  to me -- because I'm going to point to you in my report. 12:15:57
 6     Q.  Uh-huh.                                         12:15:57
 7     A.  So is this representative?  And he said,        12:16:00
 8  yes.  And that's what I remember.                      12:16:01
 9     Q.  Did Dr. Shanfield identify the specific         12:16:03
10  plots he intended to use in his report during this     12:16:05
11  conversation with you?                                 12:16:09
12     A.  No.                                             12:16:10
13     Q.  So at the time you signed off on your           12:16:11
14  report you did not know which specific plots he was    12:16:16
15  actually going to include in his report; is that right? 12:16:19
16         MR. CREMEN:  Objection; vague and               12:16:23
17  mischaracterizes his testimony.                        12:16:25
18         THE WITNESS:  I think that's fair.              12:16:27
19  BY MR. LEMIEUX:                                        12:16:29
20     Q.  So in your report you incorporated              12:16:56
21  portions of Dr. Shanfield's findings without           12:16:58
22  independently confirming the results?                  12:17:01
23     A.  Correct.  That's why -- and I attributed        12:17:03
24  it to him.                                             12:17:07
25     Q.  Regarding your opinion that the                 12:17:20
                                                      Page 97
```

**Page 98**

```
 1  alternative designs provided by Akoustis, alternative     12:17:21
 2  product designs, still infringe the '755 patent, was      12:17:29
 3  your conclusion based upon the testing that was done for  12:17:34
 4  you by Dr. Heinrich?                                      12:17:38
 5      A.  I don't recall that.  I don't think I             12:17:39
 6  cited to him.  I'll have to look at my report.  Maybe     12:17:45
 7  I'm disremembering.                                       12:17:49
 8          That's the -- no.  In that brief section          12:18:00
 9  of my report I don't cite to Dr. Heinrich.  Heinrich.     12:18:28
10      Q.  And you indicated to me earlier that you          12:18:32
11  never conducted any independent measurements or           12:18:35
12  evaluations of the accused products; is that correct?    12:18:37
13      A.  That's correct.                                   12:18:41
14      Q.  And do the non -- the alternative designs         12:18:41
15  that Akoustis provided you, do they have a silicon        12:18:47
16  nitride passivation layer that has the same thickness in 12:18:54
17  the active region as it does in the red-dashed box?       12:18:56
18          MR. CREMEN:  Counsel, are you asking about        12:18:56
19  the '755 or the '018 patent?                              12:19:05
20          MR. LEMIEUX:  '755, I believe.                    12:19:05
21          MR. CREMEN:  I think the witness is               12:19:07
22  looking at the '018 patent.                               12:19:09
23          THE WITNESS:  '755, right?                        12:19:14
24  BY MR. LEMIEUX:                                           12:19:15
25      Q.  Yes.                                              12:19:15
```

**Page 99**

```
 1      A.  Yeah.  The little helpful green sheet came        12:19:16
 2  out.                                                      12:19:24
 3          Why is this -- I'm sorry for fumbling.            12:19:33
 4      Q.  No.  That's okay.                                 12:19:35
 5      A.  Is it in here?  Is this -- okay.  Now I've        12:19:35
 6  got it.  I'm sorry.  Which report are you referring to?   12:19:56
 7      Q.  Your reports regarding the alternative            12:19:59
 8  designs --                                                12:20:01
 9      A.  Uh-huh.                                           12:20:02
10      Q.  -- in the '755 patent.  And the question          12:20:03
11  is does the non-infringing -- excuse me.  The             12:20:11
12  alternative designs that were presented, do you have a    12:20:14
13  silicon nitride passivation layer that has the same       12:20:18
14  thickness in the active region as it does in the          12:20:21
15  red-dashed box?                                           12:20:24
16      A.  Can you -- oh.  What page is that on?             12:20:26
17  That's paragraph 217.                                     12:20:31
18      Q.  Yeah.  Right.  Underneath paragraph 218.          12:20:33
19      A.  Thank you.                                        12:20:36
20          And that's in the first report.  Okay.            12:20:45
21  And now your question is?  I'm sorry.                     12:21:04
22      Q.  Do these alternative designs have a               12:21:06
23  silicon nitride passivation layer that has the same       12:21:09
24  thickness in the active region as it does in the          12:21:13
25  red-dashed box?                                           12:21:15
```

**Page 100**

```
 1          MR. CREMEN:  Objection; vague.                    12:21:18
 2          THE WITNESS:  I'm not seeing a red-dashed         12:21:20
 3  box.                                                      12:21:26
 4  BY MR. LEMIEUX:                                           12:21:27
 5      Q.  I think that's that little box that's --          12:21:27
 6  here you go.                                              12:21:30
 7      A.  Okay.  Yeah.  Thank you.                          12:21:31
 8          The drawing indicates same thickness of           12:21:36
 9  silicon nitride within that red-dashed box, yes.          12:21:42
10      Q.  Okay.                                             12:21:42
11      A.  And that is -- it extends -- that                 12:21:48
12  red-dashed box is all above the air cavity, so that's --  12:21:55
13  and you asked about whether it's inside and outside the   12:22:02
14  active region?                                            12:22:05
15      Q.  Yes.  Does it have the same thickness in          12:22:07
16  the active region as it does in that red-dashed box?      12:22:12
17          MR. CREMEN:  Objection; vague.                    12:22:18
18          THE WITNESS:  Well, by the -- the drawing         12:22:23
19  it -- it appears to.                                      12:22:29
20  BY MR. LEMIEUX:                                           12:22:32
21      Q.  All right.  And these are drawings that           12:22:32
22  were prepared by Akoustis?                                12:22:33
23      A.  I believe so, yes.                                12:22:35
24      Q.  Okay.                                             12:22:37
25      A.  In -- in -- that comes from -- look in            12:22:42
```

**Page 101**

```
 1  paragraph 220 of my report.  It cites the person, a       12:22:46
 2  Mr. Kim, in his deposition transcript.  But I also        12:22:52
 3  write:  I have not -- I have not seen because Akoustis    12:22:57
 4  has not provided confirming evidence of this.  But that   12:23:02
 5  came from that gentleman's testimony.                     12:23:05
 6      Q.  Well, have you seen any evidence that the         12:23:07
 7  alternative designs don't have the same thickness in the  12:23:11
 8  active region?                                            12:23:16
 9          MR. CREMEN:  Objection; vague.                    12:23:23
10          THE WITNESS:  No, I don't -- I don't              12:23:26
11  believe I have.                                           12:23:28
12          So in the next paragraph, 221, where I            12:23:29
13  cite to Dr. Heinrich's cross-sections, I state that such  12:23:37
14  an assertion is not supported.                            12:23:47
15  BY MR. LEMIEUX:                                           12:23:51
16      Q.  Well, here we've switched.  In 221 you're         12:23:51
17  talking about the accused products and not the            12:23:54
18  alternative designs.                                      12:23:57
19          So would you agree with me, Dr. Bravman,          12:23:58
20  that if Dr. Heinrich did not actually obtain              12:24:00
21  cross-sections of the alternative designs that there is   12:24:03
22  no evidence provided by Dr. Heinrich or Qorvo that these  12:24:08
23  designs do not maintain the same thickness?              12:24:15
24          MR. CREMEN:  Objection; vague.                    12:24:22
25          THE WITNESS:  Neither side has produced           12:24:23
```

## Page 106

 1  interest if that data existed to show you're wrong.  But   12:29:52
 2  I've not seen that.  And so that's the basis on which my   12:29:56
 3  opinion is based, and it is opinion because it's not      12:30:01
 4  documented fact.                                           12:30:05
 5      Q.  And you're aware, Dr. Bravman, given that         12:30:06
 6  you've been an expert witness in multiple matters, that   12:30:10
 7  as the plaintiff in this case your client has the burden  12:30:13
 8  of proof to prove that something actually exists or that  12:30:17
 9  something doesn't exist, not the defendant?  Do you        12:30:20
10  understand that?                                           12:30:26
11         MR. CREMEN:  Objection; calls for a legal           12:30:29
12  conclusion.                                                12:30:31
13         THE WITNESS:  With the normal non-legal             12:30:34
14  proviso, yes, that's my understanding of the law, but     12:30:35
15  I'm not an attorney.                                       12:30:41
16         MR. LEMIEUX:  Let's take a quick break.             12:30:43
17         THE VIDEOGRAPHER:  The time is 12:30 p.m.           12:30:51
18  We're going off the record.                                12:30:54
19         (A recess was taken.)                               12:30:55
20         THE VIDEOGRAPHER:  The time is 12:50 p.m.           12:50:50
21  We're going back on the record.                            12:50:57
22         Please proceed, counsel.                            12:50:59
23  BY MR. LEMIEUX:                                            12:51:01
24      Q.  Dr. Bravman, I'd like to remind you that          12:51:01
25  you are testifying under oath.                             12:51:04

## Page 107

 1          How do you feel about Stanford being             12:51:06
 2  exiled to the ACC starting in 2024?                       12:51:09
 3      A.  I'm very upset.                                   12:51:13
 4      Q.  As a -- as a good Stanford alum, you              12:51:15
 5  should be.  I am, as well.                                12:51:19
 6          We have no further questions.                    12:51:20
 7      A.  Thank you.                                        12:51:23
 8         MR. CREMEN:  I have nothing either.               12:51:25
 9         MR. LEMIEUX:  All right.                          12:51:27
10         THE VIDEOGRAPHER:  The time is 12:51 p.m.          12:51:27
11  We are going off the record.                              12:51:29
12
13         (Signature having not been waived, the
14  videotaped videoconference deposition of JOHN BRAVMAN,
15  Ph.D. was concluded at 12:51 p.m.)

## Page 108

ACKNOWLEDGMENT OF WITNESS

    I, JOHN C. BRAVMAN, Ph.D., do hereby
acknowledge that I have read and examined the foregoing
testimony, and the same is a true, correct and complete
transcription of the testimony given by me and any
corrections appear on the attached Errata Sheet signed
by me.


_____        _____
(DATE)                   (SIGNATURE)

## Page 109

COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

    I, Penny C. Wile, Registered Merit
Reporter, Certified Realtime Reporter, and E-Notary
Public for the Commonwealth of Virginia at large, whose
commission expires January 31, 2025, do certify that
the aforementioned appeared before me, was sworn by me,
and was thereupon examined by counsel; and that the
foregoing is a true, correct, and full transcript of
the testimony adduced.
    I further certify that I am neither
related to nor otherwise associated with any counsel or
party to this proceedings, nor otherwise interested in
the event thereof.
    IN WITNESS WHEREOF, I have hereunto set my
hand and affixed my notarial seal this 30th day of
January, 2024.


         _____
         Penny C. Wile, E-Notary Public, #212528
         Commonwealth of Virginia at Large
         REGISTERED MERIT REPORTER
         CERTIFIED REALTIME REPORTER