# EXHIBIT 13

# REDACTED PUBLIC VERSION



Planet Depos®
We Make It Happen™

# Transcript of David Aichele

**Date:** September 15, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
                          1
 1        IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF DELAWARE
 3   QORVO, INC.,            ) C.A. No. 21-1417 JPM
 4                           )
 5         Plaintiff,        )
 6                           )
 7   v.                      )
 8                           )
 9   AKOUSTIS TECHNOLOGIES, INC., )
10   and AKOUSTIS, INC.,     )
11                           )
12         Defendants.       )
13   ------------------------)
14
15
16
17           VIDEOTAPED DEPOSITION OF
18                  DAVID AICHELE
19            Charlotte, North Carolina
20          Friday, September 15, 2023
21                   8:38 a.m.
22
23    Reported by:  Christine A. Taylor, RPR
24    Job No.: 505394
25
```

```
                          2
 1                  APPEARANCES
 2
 3   For the Plaintiff:
 4      SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
        BY: JONATHAN R. DeFOSSE, ESQ.
 5          ROY JUNG, ESQ.
        2099 Pennsylvania Avenue, NW, Suite 100
 6      Washington, D.C.  20006
        202.747.1900
 7      jdefosse@sheppardmullin.com
        rjung@sheppardmullin.com
 8
 9   For the Defendants:
10      PILLSBURY WINTHROP SHAW PITTMAN, LLP
        BY: DAVID A. JAKOPIN, ESQ.
11      2550 Hanover Street
        Palo Alto, California  94304
12      650.233.4046
        david.jakopin@pillsburylaw.com
13
14
15   Also Present:
16      Drew Wright, Akoustis
17      Len Harris, Videographer
18
```

```
                          3
 1              C O N T E N T S
 2                                            PAGE
 3   EXAMINATION BY MR. DeFOSSE                21
 4
 5
 6                    * * *
 7
 8              E X H I B I T S
 9   EXHIBIT       DESCRIPTION              PAGE
10   Exhibit 468   ████████████████████:     67
11                 ████████████
12                 ████████, Bates
13                 AKTS_00069739 - 69740
14   Exhibit 469   ████████████████████      74
15                 ███████, Bates AKTS_00115835 -
16                 115837
17   Exhibit 470   A███████████████████:     80
18                 ████████████████████
19                 ███████, Bates AKTS_00471343 -
20                 471347
21   Exhibit 471   AEO - Spreadsheet produced in   83
22                 native - Bates AKTS_00471348
23   Exhibit 472   ████████████████████      85
24                 ██████████, Bates
25                 AKTS_00244229 - 244230
```

```
                          4
 1   Exhibit 473   ████████████████████      88
 2                 ██████████, Bates
 3                 AKTS_00135693
 4   Exhibit 474   ████████████████████,     88
 5                 Bates AKTS_00135694 - 135700
 6   Exhibit 475   ████████████████████:     93
 7                 ████████, Bates AKTS_00135701
 8   Exhibit 476   ████████████████████,     93
 9                 Bates AKTS_00135702 - 135708
10   Exhibit 477   ████████████████████      96
11                 ████████████, Bates
12                 AKTS_00041092 - 51093
13   Exhibit 478   ████████████, Bates       96
14                 AKTS_00051094 - 51100
15   Exhibit 479   ████████████████████:     99
16                 ██████████, Bates
17                 AKTS_00041101
18   Exhibit 480   ██████████████, Bates     99
19                 AKTS_00051102 - 51108
20   Exhibit 481   ████████████████████      102
21                 ████████████, Bates
22                 AKTS_00051456 - 51460
23   Exhibit 482   ████████████, Bates       102
24                 AKTS_00051461 - 51467
25   Exhibit 483   ████████████████████,     102
```

49

1  if you want to call it. So the defense market was
2  the first one that I targeted.
3      Q   And you mentioned NRE. Is that where a
4  company will fund research or product development?
5      A   Correct.
6      Q   Okay. And when did -- when did the
7  defense market become a target segment for
8  Akoustis?
9      A   Around 2016.
10     Q   Okay. And were there other segments
11 that Akoustis determined should be target
12 segments?
13     A   The Wi-Fi AP market is the second one as
14 well.
15     Q   I'm sorry, the Wi-Fi what market?
16     A   AP, access point. So it's mainly fixed.
17 So Wi-Fi is used in both mobile devices but also
18 in fixed devices, so the routers and extenders
19 that you see.
20     Q   And when did Akoustis decide to target
21 the Wi-Fi access point market?
22     A   It's around 2016 as well.
23     Q   You mentioned that one of the things you
24 weighed when you joined in 2014 was that the
25 technology was relatively new?

50

1      A   Uh-huh.
2      Q   What do you mean by that?
3      A   In that it's a -- you know, it's in an
4  incubator in some respects. You know, it's a new
5  process that was getting developed. So it, you
6  know, was I guess in early stages as you would
7  call it. So you have to go through different
8  phases of what I call a technology development
9  process, you know, from, you know, concept of a
10 technology to, you know, full release and, you
11 know, process release and production ramping. So
12 that was in that first gate, you know, which is
13 the early stages, and that was in 2013, 2014 when
14 Jeff started the company.
15     Q   Okay. What technology is it that was in
16 the early stages at that time?
17     A   The BAW technology.
18     Q   BAW filter technology?
19     A   Yes. Correct.
20     Q   In 2014 were there any companies in the
21 market that had BAW filter products?
22     A   Yes.
23     Q   Okay. And what companies were those?
24     A   So I don't know exactly when the RFMD
25 TriQuint merger was, but TriQuint had the

51

1  technology in 2014. It may have been that that
2  was when the merger was to create Qorvo. You also
3  had Broadcom which is Avago Broadcom. You also
4  had other Japanese companies that had the
5  technology as well, and I believe Korean companies
6  as well. But the two dominant players in the
7  market at the time, clearly the leader was
8  Broadcom Avago and second tier was TriQuint.
9      Q   Was there something about Mr. Shealy's
10 technology that you thought distinguished it from
11 the incumbent players in the BAW filter market?
12     A   Yeah. The concept of the single crystal
13 approach and some of the theories behind it. When
14 I did some research and potential -- you know,
15 what you have to look at is you bring technology
16 to market is how can you differentiate, you know,
17 because obviously, you know, we're a startup
18 company. If you're not differentiating, you're
19 not going to get anywhere. So I was looking at
20 what the advantages, you know, in the single
21 crystal would have from performance standpoint.
22     Q   How was single crystal technology
23 different from the technology that the incumbent
24 players had at this time in 2014?
25     A   The theory and practical, you know, at

52

1  the time is a couple of things. One is higher
2  sound velocity which manifests itself, you know,
3  in higher performance, high-Q. There's also the
4  power handling of the material. So those were the
5  two, you know, things that, you know, we were
6  looking at. But there are other things that are
7  not as evident when you look at the technical side
8  is non-linearities in the material are better. So
9  those are things that, you know, if you can get
10 the technology to, you know, produce itself and
11 get it released, those benefits would turn into
12 performance advantages in the filter.
13     Q   Was Akoustis able to develop the
14 products in order to -- the single crystal
15 products in order to realize these performance
16 benefits?
17     A   Yes.
18     Q   And at what point did Akoustis achieve a
19 product that -- a single crystal product that
20 achieved performance benefits over incumbent
21 technology?
22     A   Well, it's kind of hard to say that it
23 was over incumbent technology because the first
24 product that we had, there was not really a
25 competitor with BAW technology at that frequency.

**53**

So the first product that we had using the single crystal was AKF-1938. That was developed in 2016, 2017, and so that utilized the single crystal technology.

Q   Okay. And did the single -- did the AKF-1938 achieve higher sound velocity?

A   It's not, you know, when you look at the performance of the product, it's not evident in that that it's got higher sound velocity. So I can't, you know, say that yes, it did or didn't. All I know is that the product that we're selling met the performance requirements of the customer.

Q   Okay. How about power handling? Did the AKF-1938 have better power handling than --

A   It was not designed for higher power handling. It was an IF filter. So an IF filter is low power. IF stands for intermediate frequency. So it was used as a lower frequency that would then get upgraded or converted to a RF frequency, so it's low power handling. So it wasn't important for that product.

Q   Okay. What about the non-linearities?

A   It wasn't important for that product.

Q   And you said that AKF-1938 was developed in 2016?

**54**

A   2016, 2017, in that range.

Q   What type of product is it again?

A   It's a BAW filter at 3.8-gigahertz used as -- it's an IF filter.

Q   Okay. And did the AKF-1938 go into commercial production?

A   Yes, it did.

Q   Do you recall how many units were sold?

A   Tens of thousands. I can't remember exactly, you know, what the quantity is, but tens of thousands.

Q   And were there particular customers for the AKF-1938?

A   There's one specific customer.

Q   And who is that?

A   ▮

Q   And we'll just take this opportunity since you mentioned that to mark the transcript of your deposition as attorneys' eyes only.

MR JAKOPIN:  We'll do that as well on the Akoustis side.

THE WITNESS:  Now I'll clarify one thing, though, is that what we went into production with, polycrystal. It wasn't single

**55**

crystal on the AKF-1938. So the development time that we had been delivering the prototype and preproduction units in, you know, the hundreds, if not thousand, were single crystal. And then we made the transition to production with the polycrystal around 2018, 2019.

BY MR. DeFOSSE:

Q   What do you mean by polycrystal?

A   So it's a different material and it's a different deposition method. So single crystal is done with MOCVD or it can be some other process, but there's a definition of what single crystal means and that varies, you know, by different technical resources.

Polycrystalline is done with a PVD, which is called physical vapor deposition. So it's a different process than the MOCVD single crystal epi, e-p-i. So one is basically grown. Single crystal is grown; whereas, the polycrystalline, which is PVD, is done more of a sputtering deposition method.

Q   And you said -- I heard you mention e-p-i?

A   Epi.

Q   Epi.

**56**

A   Correct.

Q   Is epi a name for single crystal technology?

A   Correct. It's epitaxial. So it's a terminology used, you know, for, you know, the single crystal epitaxial growth.

Q   Okay. For the incumbent players in the BAW filter market, do you know what type of materials they were using?

A   Not specifically, but I would assume based on the technical articles and, you know -- and marketing articles that they used polycrystalline. There's a lot of technology symposiums that these companies participate in and whenever they do any kind of technical paper or presentation, it will usually call out polycrystalline. So I assume that they're using polycrystalline.

Q   Okay. And so you mentioned that tens of thousands of units of the AKF-1938 were sold to ▮?

A   Correct.

Q   The units that were sold ▮ were polycrystalline units?

A   Not all of them. Some of them single

57

 1  crystal in the earlier phases of the development
 2  process and the relationship and then it
 3  transitioned to polycrystalline.
 4      Q   So once the product, AKF-1938, went into
 5  commercial production, it was -- the
 6  polycrystalline materials were used?
 7      A   Correct.
 8      Q   Okay.  Why the switch from the single
 9  crystal materials to the polycrystalline materials
10  for the AKF-1938?
11      A   Mainly is the acquisition of STC-MEMS,
12  which is the fab that we bought up in New York.
13  So prior to that, you know, we had a foundry
14  agreement with a -- you know, a fab that was doing
15  our process.  And so when we acquired STC, we
16  transferred, you know, the process, which we
17  owned.  It was an agreement between us and the
18  foundry partner.  We transferred the process into
19  the STC-MEMS fab and continued with the
20  development utilizing the single crystal.  We
21  actually bought a MOCVD reactor.
22          So prior to that time, you know, we were
23  having the material, the single crystal
24  outsourced, so we had a material company
25  delivering the wafers with the material growth on

58

 1  it.  And then we had the foundry partner that was
 2  doing all of the fabrication.
 3          So when we acquired STC-MEMS, we
 4  transferred, you know, the technology into the
 5  STC-MEMS.  We bought a reactor and got the reactor
 6  up and running.  And we kept on with the
 7  development of the -- you know, the single crystal
 8  with our process, but then recognized that they
 9  also had -- the fab had a polycrystalline
10  capability.  So they had a -- the equipment
11  sputtering, so we started doing some development
12  on that.
13          There are some difficulties with single
14  crystal because of the reaction, the temperatures,
15  that you can't deposit on -- at least at the time
16  you could not deposit on silicon, which is a low
17  cost substrate.  So you have to deposit on a
18  fairly expensive substrate called silicon carbide.
19  And also there were yield issues at the time with
20  the single crystal.  And this application did not
21  require, you know, some of the benefits of high
22  power.  And when we found that the
23  polycrystalline, you know, worked, you know, we
24  decided to make the transition, you know, from
25  single crystal to poly.

59

 1      Q   Did you see a drop-off when you moved to
 2  poly in terms of the performance of the AKF-1938?
 3      A   No, not on that -- not on that design.
 4      Q   Other than AKF-1938, has Akoustis gone
 5  into commercial production with any other -- well,
 6  strike that.  That was not right.
 7          Has Akoustis gone into production --
 8  commercial production with any part that's using
 9  single crystal materials?
10      A   Not presently.
11      Q   Previously has Akoustis gone into
12  commercial production with any part using single
13  crystal materials?
14      A   Yeah, not previously, not presently.
15  Through the scope, we have not released product
16  into production, but we have done a lot of
17  development with the single crystal.
18      Q   Now, Mr. Aichele, you understand that
19  one of the claims in this lawsuit by my client,
20  Qorvo, is that Akoustis has misappropriated
21  Qorvo's confidential information.  Are you aware
22  of that?
23      A   Correct.
24      Q   Are you aware of any use of Qorvo
25  confidential information at Akoustis?

60

 1      A   Other than I guess discussions
 2  internally, not -- not in the sense of what you
 3  just defined, no.
 4      Q   You said other than discussions
 5  internally, what did you mean by that?
 6      A   It -- I think what I'm saying is other
 7  than obviously discussions here, you know, that
 8  this is what's going to be discussed.
 9      Q   Okay.  So let me just stop you there.  I
10  don't want you tell me anything that you've
11  discussed with Mr. Jakopin or Mr. Wright or
12  attorneys.
13      A   No, I'm not.
14      Q   So let's -- I'm going to go back to my
15  first question.  Let's try it again.
16      A   Okay.
17      Q   Mr. Aichele, are you aware of any use of
18  Qorvo confidential information at Akoustis?
19      A   No, I'm not.
20      Q   Did you have any possession of Qorvo
21  confidential information in your files at
22  Akoustis?
23      A   Not that I'm aware.
24      Q   And then I take it from that answer that
25  you're not aware of ever saving any Qorvo

269

1  A  It was the manufacturability of it and
2  primarily the deposition -- the way that our
3  manufacturing flow was the deposition of the
4  material onto silicon carbide substrate and then
5  being able to transfer that, you know, would
6  create some yield issues. So two objectives came
7  out of that transition to the new single crystal
8  material was to get away from silicon carbide
9  substrate and also into a high yielding process.
10  Q  Okay. And when was the -- when was
11  the -- when did Akoustis start focussing on what
12  you called the new single crystal materials with
13  the different substrates or the ability to use the
14  different substrates?
15  A  I would estimate that it was around
16  2019, 2020. The main engagement that we had was
17  on a part number that I'm sure you've seen in your
18  discovery on AKF-1435,
19
20
21
22
23
24
25

270

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18  Q
19
20
21
22
23
24
25

271

1  Q
2
3
4
5
6      (Exhibit 596 marked for identification.)
7  BY MR. DeFOSSE:
8  Q  Mr. Aichele, I've handed you what's been
9  marked as Exhibit 596. This document multipage --
10  is a multipage document. The production number on
11  the first page is AKTS_00000997.
12      Take a minute to look at it and then let
13  me know if you recognize this document.
14  A  I don't even recognize my own documents.
15  Q  So you don't recognize this document?
16  A  I don't recognize.
17  Q  Got it.
18      MR JAKOPIN: There was no 595?
19      MR. JUNG: That was before.
20      THE WITNESS: This is 595.
21      MR. DeFOSSE: Then 594 was on the
22  laptop.
23      MR JAKOPIN: Okay.
24  BY MR. DeFOSSE:
25  Q  All right. So, Mr. Aichele, Exhibit 596

272

1  appears to be a presentation that you delivered at
2  a conference in Spain; is that right?
3  A  It appears so, yes.
4  Q  Do you recall attending the conference?
5  A  I do now, yes.
6  Q  Okay. And do you recall providing a
7  presentation there?
8  A  Yes, I do.
9  Q  Okay. On the first page there's the
10  slogan for Akoustis and there's the -- kind of in
11  lighter gray under the word Akoustis it says,
12  "Innovation and single crystal bulk acoustic wave
13  technology"?
14  A  Yes.
15  Q  I've seen that tag line on a number of
16  Akoustis's materials leading up at least to May of
17  2017; is that fair?
18  A  That is fair. Correct.
19  Q  At some point did the company change
20  that statement about innovation and single crystal
21  bulk acoustic wave technology?
22  A  Yes.
23  Q  What was that?
24  A  I would say probably mid-2018, about
25  that time frame.

273

1  Q  And why did the -- so just to be clear,
2  what happened was Akoustis removed that subheader
3  to its logo; is that right?
4  A  I believe so, yes.
5  Q  Why did Akoustis do that?
6  A  Because we were not only doing
7  innovation in single crystal at that point.  We
8  were also including other material selections.
9  So, you know, at the time that we decided to make
10 that change, we probably had about four different
11 materials that we were starting to utilize.  One
12 was single crystal.  ███████████████████
13 ████████████████████████████████
14 ████████████████████████████████
15 ███████████████████████  So we
16 eventually had five different materials that we
17 were doing.
18     And we were also doing some innovation
19 in polycrystalline as well.  So the decision was
20 we were not only utilizing one material set being
21 single crystal, we were using multiple.  So
22 there's no reason to continue to use that marker
23 as the only marker.
24  Q  If you look at -- on page 2 of
25 Exhibit 596, there's a recitation of Akoustis's

274

1  mission and progress.  Do you see that?
2  A  Yes, I do.
3  Q  So for the mission statement it says,
4  "Revolutionize the RF filter for mobile wireless
5  using patented single crystal piezoelectric
6  materials."
7     Do you see that?
8  A  Yes, I do.
9  Q  Has that mission also changed over the
10 years?
11 A  It is -- I would say that it is matured
12 in that, you know, it's again focusing on
13 revolutionizing the RF filter market for not only
14 mobile wireless, but we're also working on fixed
15 wireless as well and utilizing different materials
16 and utilizing our XBAW process.
17 Q  Okay.  What is the XBAW process?
18 A  It's the trademark that we have for our
19 bulk acoustic wave process that we have up in New
20 York.
21 Q  Okay.  And is that a single crystal
22 process?
23 A  It's ambiguous to the material set.  So
24 it could be single crystal, polycrystalline,
25 aluminum scandium, polycrystalline scandium,

275

1  single crystal.  So it can utilize all the
2  different material selections.
3  Q  We were talking earlier about a point in
4  time when the single crystal technology was
5  brought back to the R&D phase; is that fair?
6  A  Yes.
7  Q  What point in time was that?
8  A  ████████████████████████
9  ████████████████████████████
10 ████████████████████████████
11 ████████████████████████████
12 ████████████████████████████
13 ████████████████████████████
14 ████████████████████████████
15 ████████████  That time frame I'm guesstimating was
16 in, you know, 2019, 2020.  I would have to go back
17 and look at the e-mail when I sent it.
18 Q  ████████████████████████
19 ████████████████████████████
20 ████████████████████████████
21 ████████████████████████████
22 ████████████████████████████
23 ████████████████████████████
24 ████████████████████████████

276

1  ████████████████████████████
2  ████████████████████████████
3  ████████████████████████████
4  ████████████████████████████
5  ████████████████████████████
6  ████████████████████████████
7  ████████████████████████████
8  ████████████████████████████
9     (Exhibits 597 and 598 marked for
10 identification.)
11 BY MR. DeFOSSE:
12 Q  Okay.  Mr. Aichele, I've handed you
13 what's been marked as Exhibits 597 and 598.
14 Exhibit 597 is a document, an e-mail that has the
15 production number AKTS_00021023 at the bottom.
16 Exhibit 598 was produced to us as an attachment to
17 Exhibit 597.  It was produced in native format
18 with the production number AKTS_00021024.
19     Do you recognize Exhibits 597 and 598?
20 A  I do not recognize the e-mail, but I do
21 recognize the Exhibit 598.
22 Q  Okay.  And what is the Exhibit 598?
23 A  It's a document that ██████████
24 ████████████████████████████
25 ██████████████████████ he's

```
                                                          277
 1  got in development and tries to keep, you know,
 2  everything in an organized format.
 3      Q   After -- and by Rohan, you mean
 4  Mr. Houlden?
 5      A   Correct.
 6      Q   After Mr. Houlden left the company, did
 7  someone else take over the wallpaper document?
 8      A   I don't think that there's a similar
 9  document, but there is a -- the PMO team has an
10  NPI document that they maintain, but it's not
11  under the same kind of exhibit that you have here.
12      Q   Okay.  And if we -- if we look at the
13  wallpaper document that was sent in July of 2021
14  to yourself; is that right?
15      A   Correct.
16      Q   Is this listing then the products that
17  Akoustis had under development at this time?
18      A   It appears so, yes.
19      Q   And are these products at all different
20  stages of development?
21      A   Yes.  I would imagine so.
22      Q   Okay.  If we look at Exhibit 598 and I
23  want to look at the sixth column over that says
24  "material"?
25      A   Uh-huh.
```

```
                                                          278
 1      Q   Do you see that?
 2      A   Yes, I do.
 3      Q   And then there's some -- the rows
 4  underneath there have a few different variations
 5  in materials.  So if we take the top row on
 6  Exhibit 598,
```



```
                                                          280
21      A   I would have to go back and look at the
22  dates, but I would believe that was prior to this
23  because that was 2021, but it could be in that
24  same time frame.  I just can't remember.
25      Q   Did Akoustis continue to make the
```

281

1  AKF-1435
2
3
4
5
6
7
8
9     Q   Still on Exhibit 598 are -- in the
10 second row on the second page there's red bolded
11 entry in the material column that says
12                  .  Do you have any idea what that's
13 referring to?
14    A   No, I don't.
15    Q   Okay.  And then if you go down further,
16 there's some entries between the yellow and red
17 lines on page 2 of Exhibit 598 that have the entry
18
19
20
21
22
23
24
25

282

1
2
3     A   I believe so.
4         MR. DeFOSSE:  Can we go off the record
5  for a minute?
6         THE VIDEOGRAPHER:  The time is 4:08 p.m.
7  We are off the record.
8   (Recess taken from 4:08 p.m. until 4:14 p.m.)
9         THE VIDEOGRAPHER:  We are back on the
10 record.  The time is 4:14 p.m.
11        (Exhibits 599 and 600 marked for
12 identification.)
13 BY MR. DeFOSSE:
14    Q   All right.  Mr. Aichele, I've handed you
15 what has been marked as Exhibits 599 and 600.
16 Exhibit 599 is an e-mail with the production
17 number AKTS_00226431 on the bottom and Exhibit 600
18 was produced to us as an attachment to
19 Exhibit 599.  It has the production number
20 AKTS_00226432 on it.
21        Do you recognize Exhibits 599 and 600?
22    A   I do not recognize the e-mail, but I do
23 remember, you know, the presentation.
24    Q   Okay.  So could you explain to me
25 generally what's going on in the context of

283

1  Exhibits 599 and 600?
2     A   It was a technical exchange, you know,
3  trying to build a relationship with
4
5
6                                and so they continued
7  to evaluate the Akoustis technology.  So we would
8  continue to give them periodic updates both from a
9  technology standpoint and from a commercial
10 standpoint.  And so there was very frequent
11 exchanges of information that we would continue to
12 share with them.  And out of this they continued
13 to track and give us feedback on how we're
14 tracking from our performance and our advancements
15 in the technology.
16    Q   Okay.  As part of the correspondence
17          , did you provide them with samples of
18 the AKF-1252 to test?
19    A   I believe so.
20    Q   And it appears that, for example,
21 Exhibit 600 is one of the evaluation test reports
22 that they --           generated based on its
23 testing of the AKF-1252?
24    A   That appears so, yes.
25    Q   Do you recall whether there were a

284

1  series of tests           performed on different
2  AKF-1252 samples?
3     A   Different versions, correct.
4     Q   Okay.  Including both single crystal
5  versions and polycrystalline versions?
6     A   Yes.  They were early on in the stages
7  with us.  They probably may not have been the
8  AKF-1252 at the time, but they did have some
9  evaluation of the single crystal material.  Based
10 on the time frame here, possibility that these
11 samples could have been the polycrystalline.
12    Q   And do you recall whether
13 ultimately reached any conclusions as to the
14 performance of the polycrystalline samples
15 compared to the single crystal samples of the
16 Akoustis products?
17    A   I don't think that they were drawing a
18 conclusion based on single crystal or polycrystal.
19 It was mainly on the performance of the filter and
20 resonator technology independent of the material
21 so they would look at both materials.  They had
22 interest in the single crystal based on the
23 ability to handle higher power.  But really what
24 they were doing is assessing our XBAW technology.
25    Q   Okay.  And could you describe for me

285

1  again -- XBAW is a process?  Is that what it is?
2     A  XBAW is a trademark that I use to
3  describe, really, five pillars.  So mainly I focus
4  on -- and there's slides in our presentation, but
5  I focus on, you know -- and I can't remember all
6  the pillars.  But the ones that I focus on is
7  that, you know, when I define what differentiates
8  Akoustis and our XBAW technology is based on the
9  material selection.  So I can list all five
10 different materials that we have access to, which
11 is a selling point that I've matured as, you know,
12 we have continued to mature as a company.  So
13 that's one part of it is the material selection.
14        And then the second one is the -- is our
15 XBAW process, as they call it, which is a patented
16 process.  And what's unique to us is it's a MEMS
17 flow base process which nobody else has.  Being
18 nobody in the competitive market segment of BAW
19 filters.  So if you go look at Broadcom's process,
20 which is the FBAR, and you go look at, you know,
21 Qorvo or Qualcomm's process, which is SMR, they're
22 nothing similar to Akoustis's XBAW process.  And
23 that MEMS flow allows us to do things that the
24 other manufacturers cannot do because we do this
25 thing called a transfer.  So part of the idea of

286

1  where X came from is the transfer.  So, you know,
2  that's -- and, obviously, you have FBAR, so I'm
3  trying to differentiate with XBAW as a way that I
4  can differentiate out on the market.
5     Q  When you refer to transfer, what do you
6  mean?
7     A  It's a transferring of a flow.  So a
8  MEMS base flow is different from a traditional
9  silicon flow.  I'm not a MEMS expert, so I can't
10 explain exactly what it is, but what we do when we
11 manufacture.  So if I were looking at Avago
12 Broadcom, which is FBAR, they have an air
13 dielectric on bottom, an air dielectric on top.
14 And fundamentally they've got infinite resistance.
15 That's the best performance you're going to get
16 out of a BAW filter.  That's where you're going to
17 achieve the highest Q.
18        When you do SMR, you're basically
19 setting it on to a substrate which may be at 200
20 ohms of resistance, but you're always going to
21 degrade your Qs.  So that part is always going to
22 be -- Avago has always been the premium solution
23 out there that you want the benchmark against.
24        So when FBAR is manufactured, you have
25 your silicon substrate, they put a seed layer on

287

1  it, and then they put electrode and then they put
2  piezo and then they put an electrode and then they
3  do their engineering structure.
4        What we do is we have a sacrificial
5  wafer.  We do deposition of our materials so we
6  don't have a seed layer.  We do a straight
7  deposition of our piezo material and then we form
8  the bottom electrode.  We do an electrode.  We
9  form the bottom electrode.  We then transfer that
10 to the final substrate and then we basically
11 remove the sacrificial wafer, and then we do the
12 top electrode and then we create the back on it --
13 backed up edge.  So when FBAR runs their wafers,
14 we run our wafer completely different.  Processes,
15 completely different technology.  So that transfer
16 is very unique to us because we can add features
17 that nobody in the industry can so we can engineer
18 the bottom electrode and the top electrode.  And
19 so I try to use that as a selling point.
20        I don't try to get into the details, you
21 know, when we're talking to, you know, designers
22 of system architectures.  But we do get into a lot
23 of deep technical discussions with very strategic
24 partners that they're trying to understand what
25 differentiates Akoustis and the XBAW process and

288

1  the material selection are two reasons.
2        (Exhibits 601 - 604 marked for
3  identification.)
4  BY MR. DeFOSSE:
5     Q  Mr. Aichele, I've handed you what's been
6  marked as Exhibits 601, 602, 603, 604.
7  Exhibit 601 is an e-mail that has the production
8  number AKTS_00084938.
9        Exhibit 602 is produced to us as an
10 attachment to Exhibit 601.  It has the production
11 number AKTS_00084944 on the first page.
12        Exhibit 603 was also produced to us as
13 an attachment to Exhibit 601.  It has the
14 production number AKTS_00084957 on the first page.
15        And Exhibit 604 was also produced to us
16 as an attachment to Exhibit 601.  It has the
17 production number AKTS_00084961 on the first page.
18        Mr. Aichele, do you recognize
19 Exhibits 601 through 604?
20    A  No, I do not.
21    Q  Okay.  These appear to be an e-mail
22 exchange and attachments in connection with your
23 conversation           ; is that fair?
24    A  That is fair.  Correct.
25    Q  And is this a continuation of the last


289

1  exhibits we looked at from June of 2018 where
2  ▓▓▓ continued to test Akoustis products?
3    A  Yes.  This is ongoing technical
4  exchange.
5    Q  If you look at the cover e-mail, which
6  has been marked as Exhibit 601, you provide a
7  couple of comments that you've numbered 1
8  through 5.  Do you see that?
9    A  Yes, I do.
10   Q  In paragraph number 2 you have a
11 notation about ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12 ▓▓▓▓.  Do you see that?
13   A  Yes, I do.
14   Q  You said, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓"
17    Do you see that?
18   A  Yes, I do.
19   Q  What was it that you were trying to
20 communicate here ▓▓▓▓▓▓▓▓?
21   A  Mainly is that the advantage of the EPI
22 material is when you take a design that's done,
23 you know, the exact same design using poly and
24 using EPI and then we do what we call a power
25 stress test where we basically step it up and

290

1  every certain duration you step up the power until
2  you get a break point in that you typically see
3  catastrophic failure at the exact same two
4  designs, one in EPI, one in poly.  We get about
5  3 DB better power handling using the EPI material.
6    Q  Okay.  And what was the basis for the
7  view that there would be 3 DB better power
8  handling with the EPI material?
9    A  Just based on the description I gave is
10 it's empirical data.  It's test date that we would
11 take apples to apples comparison of the designs
12 and the test, you know, setup.  The only
13 difference is, is the piezo material is poly in
14 one test and EPI in the other test.  And both of
15 them tested under the same conditions, we see
16 about 3 DB more power handling.  And the
17 fundamental theory is, is that single crystal does
18 not have the green boundaries of the
19 polycrystalline.  Polycrystalline is more of an
20 amorphous type structure, so there's grain
21 boundaries.
22     So your thermal transfer, you have a
23 higher thermal resistance with poly than you do
24 with EPI.  So the whole theory is, is that you can
25 get the heat out which means that you can push the

291

1  part harder.
2    Q  Okay.  At the point that you had sent
3  the samples ▓▓▓▓▓▓▓ for testing, you sent poly
4  samples of AKF-1252, not EPI samples; is that
5  right?
6    A  Correct.
7    Q  And so you were suggesting to Mr. -- or
8  ▓▓▓▓▓▓▓ that the EPI samples -- if the EPI
9  material would outperform the poly material in
10 connection with the power handling?
11   A  Correct.
12   Q  Okay.  If we look at Exhibit 602, can
13 you tell me what this is?
14   A  I think this is just a presentation
15 update standard deck that we would share with
16 customers.
17   Q  Okay.  And was this -- the title on the
18 first page is "Akoustis XBAW RF Filters."  Do you
19 see that?
20   A  Yes, I do.
21   Q  Was this presentation meant to describe
22 the advantages of the XBAW technology that
23 Akoustis was giving?
24   A  Yeah, I would say so.  I think at that
25 time we started to trademark it, so we wanted to

292

1  get that brand out there and start raising
2  awareness to it.  So I think it was updating the
3  presentation to include that in there.
4    Q  Okay.  If we look on slide 5 of the
5  presentation, there's a slide dedicated to showing
6  the differences between competing BAW filter
7  technology.  Do you see that?
8    A  Yes, I do.
9    Q  And so as I understand the slide, if you
10 look on the left-hand side, there's the SMR
11 technology; is that right?
12   A  Correct.
13   Q  And that would be what Qorvo is using?
14   A  I believe so, yes, correct.
15   Q  And then FBAR is the -- is what you
16 referred to as what Avago has?
17   A  Broadcom Avago, yes.
18   Q  Okay.  And then on the far right is --
19 there's a box around it and that looks to be the
20 presentation of what Akoustis's XBAW technology
21 is; is that right?
22   A  Yes, correct.
23   Q  Okay.  And this presentation that's been
24 marked as Exhibit 602, that's one that you were
25 forwarding t▓▓▓▓▓▓▓ but it's a presentation that

293
1  you would make for the companies as well?
2    A  I believe so, yes.
3    Q  Was this a standard -- a standard deck?
4    A  Yes, I believe so.
5    Q  And what type of people would you
6  provide this presentation to?
7    A  I mean, typically it's, you know, the
8  key customers that we're targeting to engage with.
9  So there were several RF front end companies like
10 ▓▓▓▓ that we were engaged with at this time.
11 And then also the base station market Wi-Fi AP.
12 But mostly it was, you know, when we're talking to
13 the technologists that I would share, you know,
14 some of these details.
15   Q  Okay.  What about companies who would be
16 interested potentially in purchasing Akoustis
17 filters, was this part of the differentiation --
18   A  Yes.
19   Q  -- effort there?
20   A  Yes.
21   Q  Okay.
22      (Exhibits 605 and 606 marked for
23 identification.)
24 BY MR. DeFOSSE:
25   Q  So, Mr. Aichele, I've handed you what's

294
1  been marked as Exhibits 605 and 606.  Exhibit 605
2  is an e-mail.  It's got the production number
3  AKTS_00246445 on the first page.
4      Exhibit 606 was produced to us as an
5  attachment to Exhibit 605.  It's got the
6  production number AKTS_00246450 on the first page.
7      Do you recognize Exhibits 605 and 606?
8    A  No, I do not.
9    Q  Okay.  Is Exhibit 605 an e-mail exchange
10 between yourself ▓▓▓▓ from January of 2019?
11   A  Yes, it appears so.
12   Q  And are they providing you with
13 additional feedback on samples that Akoustis had
14 provided for testing?
15   A  Yes, it appears so.
16   Q  And in particular they have now tested
17 the EPI samples that Akoustis provided?
18   A  Yes, it appears so.
19   Q  Do you recall whether you provided those
20 EPI samples in follow up to your e-mail from
21 December of the prior year referencing the power
22 handling benefits of EPI?
23   A  I don't remember specifically, but based
24 on his e-mail, it appears so.
25   Q  Okay.  ▓▓▓▓ checked to see whether

295
1  the power handling of the EPI product was superior
2  to the poly product?
3    A  It appears so.
4  
5  
6  
7  
8  
9    Q  Okay.  If we turn to Exhibit 606, is
10 this the evaluation report ▓▓▓▓ provided to
11 Akoustis showing the results of ▓▓▓▓ testing?
12   A  It appears so, yes.
13   Q  And if we turn to slide 10 of
14 Exhibit 606, which has the production number
15 AKTS_00246459 on it.
16   A  Okay.
17   Q  Are you there?
18   A  Yeah.
19   Q  Slide 10 is -- starts the report on the
20 ▓▓▓▓; right?
21   A  Correct.
22   Q  And then ▓▓▓▓ appear
23 to be provided on slide 11; is that right?
24   A  Correct.
25   Q  And the conclusion that's noted here on

296
1  slide 11 of ▓▓▓▓
2  
3  
4  
5  
6  
7  
8  
9  
10 
11 
12 
13 
14 
15 
16 
17 
18 
19 
20 
21   Q  Okay.  Did Akoustis ever perform tests
22 internally that showed that the polycrystalline
23 material did not outperform -- sorry, strike that.
24      Did Akoustis ever perform tests
25 internally that showed that the single crystal



309

```
 1      Q  Okay.  Do you know whether Mr. Houlden's
 2   access or circulation of Qorvo confidential
 3   materials had any role in the company's decision
 4   to part ways with him?
 5      A  No, I do not.
 6         MR. DeFOSSE:  All right.  Thank you for
 7   your time today.  I appreciate it.
 8         I will pass the witness.
 9         MR JAKOPIN:  No questions.
10         MR. DeFOSSE:  We're done.
11         THE WITNESS:  Thank you very much.
12         MR. DeFOSSE:  Thank you.
13         THE VIDEOGRAPHER:  This concludes the
14   video deposition of David Aichele.  The time is
15   6:59 p.m.  We are off the record -- I'm sorry,
16   4:59 p.m.  We are off the record.
17             - - -
18         (Read and sign reserved.)
19             - - -
20      (Deposition concluded at 4:59 p.m.)
21             - - -
```

310

```
 1   STATE OF NORTH CAROLINA )
                             )  CERTIFICATE OF TRANSCRIPT
 2   COUNTY OF UNION         )
 3      I, CHRISTINE A. TAYLOR, RPR, a Notary Public
 4   within and for the State of North Carolina, do
 5   hereby certify:
 6      That DAVID AICHELE, the witness whose
 7   deposition is hereinbefore set forth, having
 8   produced satisfactory evidence of identification
 9   and having been first duly sworn by me, and that
10   such deposition is a true record of the testimony
11   given by such witness.
12      I further certify that I am not financially
13   interested in the outcome of this action, a
14   relative, employee, attorney or counsel of any of
15   the parties, nor am I a relative or employee of
16   such attorney or counsel.
17      IN WITNESS WHEREOF, I have hereunto set my
18   hand this 27th day of September, 2023.
19      [signature: Christine Taylor]
20      _____
21         CHRISTINE A. TAYLOR
           Registered Professional Reporter
22         Notary Public 19960530077
```

311

```
 1         DEPOSITION ERRATA SHEET
 2
 3   Our Assignment No:  505394
 4   Case Caption:  Qorvo, Inc. v. Akoustis
 5   Technologies, Inc., et al.
 6
 7      DECLARATION UNDER PENALTY OF PERJURY
 8      I declare under penalty of perjury that
 9   I have read the entire transcript of my deposition
10   taken in the captioned matter or the same has been
11   read to me, and the same is true and accurate,
12   save and except for changes and/or corrections, if
13   any, as indicated by me on the DEPOSITION ERRATA
14   SHEET hereof, with the understanding that I offer
15   these changes as if still under oath.
16      Sign on the _____ day of
17   _____, 20 __.
18
19
20      _____
21         DAVID AICHELE
```

312

```
 1         DEPOSITION ERRATA SHEET
 2
 3   Page No. _____ Line No. _____ Change to: _____
 4   _____
 5   Reason for Change: _____
 6   Page No. _____ Line No. _____ Change to: _____
 7   _____
 8   Reason for Change: _____
 9   Page No. _____ Line No. _____ Change to: _____
10   _____
11   Reason for Change: _____
12   Page No. _____ Line No. _____ Change to: _____
13   _____
14   Reason for Change: _____
15   Page No. _____ Line No. _____ Change to: _____
16   _____
17   Reason for Change: _____
18   Page No. _____ Line No. _____ Change to: _____
19   _____
20   Reason for Change: _____
21
22   SIGNATURE:_____ DATE:_____
23         DAVID AICHELE
```