# EXHIBIT 14

# REDACTED PUBLIC VERSION



# Transcript of Michael Hodge, II

**Date:** July 11, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

```
             UNITED STATES DISTRICT COURT
                       For the
                DISTRICT OF DELAWARE

QORVO, INC.,
     Plaintiff,          Case No.
V.                       1:21-cv-01417-JPM
AKOUSTIS TECHNOLOGIES, INC.
And AKOUSTIS,
     Defendants.
_____/

          [REDACTED]

          The deposition of MICHAEL HODGE, II, taken
at the instance of the Defendants pursuant to stipulations
contained herein; the reading and signing of the deposition
reserved before Tamika Burnette, Certified Court Reporter,
at 9:00 a.m., on July 11, 2023, at 10130 Perimeter Parkway,
Suite 200, Charlotte, North Carolina  28216.
```

**Page 2**

```
                    APPEARANCE PAGE

ON BEHALF OF THE PLAINTIFF:
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
BY:  Mr. Jonathan DeFosse, Esquire
     2099 Pennsylvania Avenue, Northwest
     Suite 100
     Washington, DC  20006
     (202) 747-1900
     Jdefosse@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
BY:  Mr. Eric K. Gill, Esquire
     12275 El Camino Real
     Suite 200
     San Diego, California  92130
     (858) 720-8900
     Egill@sheppardmullin.com
```

**Page 3**

```
              APPEARANCE PAGE CONTINUED

ON BEHALF OF THE DEFENDANT:
PILLSBURY WINTHROP SHAW PITTMAN, LLP
BY:  Mr. David A. Jakopin, Esquire
     2550 Hanover Street
     Palo Alto, California  94304
     (650) 233-4790
     David.jakopin@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN, LLP
BY:  Ms. Theresa A. Roozen, Esquire
     1200 Seventeenth Street, Northwest
     Washington, DC  20036
     (202) 663-8185
     Theresa.roozen@pillsburylaw.com

ALSO PRESENT:
Melody Adair, Videographer
```

**Page 4**

```
                        INDEX PAGE

WITNESS                                              PAGE
MICHAEL HODGE, II
     EXAMINATION BY MR. DEFOSSE                        8
     EXAMINATION BY MR. JAKOPIN                      170
     EXAMINATION BY MR. DEFOSSE                      216
     EXAMINATION BY MY. JAKOPIN                      229

                        EXHIBITS

EXHIBIT              DESCRIPTION                     PAGE
EXHIBIT NO. 1        DEPOSITION TRANSCRIPT            11
EXHIBIT NO. 2        NOTICE                           19
EXHIBIT NO. 3        LETTER                           21
EXHIBIT NO. 4        LETTER                           81
EXHIBIT NO. 5        QORVO FILTER DESIGN              85
EXHIBIT NO. 6        COMPOSITE EXHIBIT                90
EXHIBIT NO. 7        COMPOSITE EXHIBIT                90
EXHIBIT NO. 8        MEETING REQUEST                  91
EXHIBIT NO. 9        AUTOMATED TEST PLAN              95
EXHIBIT NO. 10       SPREADSHEET                     108
EXHIBIT NO. 11       A10252                          110
EXHIBIT NO. 12       PRODUCT OVERVIEW                113
EXHIBIT NO. 13       TEAM CHAT DIALOGUE              126
```

157

1  Q. If you could take a minute, look at this and
2  tell me if you recognize it?
3  A. (Witness examining document.)
4     Yes. It just looks like a document to
5  describe ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6  ▮▮▮▮▮▮▮▮▮▮.
7  Q. Do you know where ▮▮▮▮▮▮ derived what's
8  been marked as Exhibit 18?
9  A. Yes. I -- honestly, I'm not even -- I probably
10 didn't even see this part in here.
11 Q. Okay.
12 A. So I don't know anything about that. Yes.
13 Q. And you're not -- I'm just verifying. You
14 don't know ▮▮▮▮▮▮ --
15 A. (Nodding no.)
16 Q. -- so you don't know whether he was a Qorvo
17 employee?
18 A. No. Never heard of him before.
19 Q. Would you find it problematic if you learned
20 that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮▮
22    MR. JAKOPIN: Objection. Calls for
23 speculation.
24    THE WITNESS: I mean, was any of the text
25 changed inside here? Because, you know, if it's just a

158

1  template, I don't see there's anything wrong with just
2  changing a template. But if it's like, you know, they
3  just -- all that was changed was the heading, then maybe
4  that's a little problematic. But...
5  Q. BY MR. DEFOSSE: What do -- what does Akoustis
6  use test plans to do?
7  A. It's just describing a -- a procedure that a
8  technician should follow or someone reviewing the data
9  should follow to make sure that it's like a box part. I
10 mean, they checked all the boxes, right?
11 Q. Okay. And what stage does that testing review
12 take place at?
13 A. Yes. So it's -- it's -- this would be after
14 the part's released to production.
15 Q. Okay. And is that -- is that testing procedure
16 an important part of producing products for the market?
17    MR. JAKOPIN: Objection. Calls for
18 speculation.
19    THE WITNESS: (Witness examining document.)
20    I mean, yes, you have to test something
21 that guarantees that the performance, at least it's
22 scaled. So, yes, there's some -- yes, it's something
23 that everyone does. Yes.
24 Q. BY MR. DEFOSSE: And why is it that you have to
25 test it to guarantee it works at scale?

159

1  A. I -- I mean, you -- sometimes you can -- you
2  can test a batch of parts, but, you know, maybe that was
3  just a really good wafer or maybe the other ones are bad
4  or maybe this assembly allotted to this supplier was
5  really good and the other ones were bad. So you just
6  want to make sure your process is repeated.
7  Q. While working at -- while working at -- you can
8  move that to the side.
9  A. Okay.
10 Q. While working at Akoustis, did you design any
11 BAW filters that had a single crystal piece of electric
12 glare?
13 A. Yes.
14 Q. Okay. Which products?
15    MR. JAKOPIN: Objection. Foundation.
16    THE WITNESS: So 1252 and 1938, those AKF
17 products, they were both designed originally with
18 material grown with the MSCBD.
19 Q. BY MR. DEFOSSE: Okay. When you say "designed
20 originally," what do you mean?
21 A. Well, the design evolved while I was -- while
22 it was in development. You -- so you showed me -- yes,
23 this right here (indicating).
24 Q. You're referring to --
25 A. I'm referring to Exhibit 14.

160

1  Q. Okay.
2  A. So this image right here is from whenever -- it
3  was -- when we were using the single crystal process.
4  This is the old process.
5  Q. Okay.
6  A. So this -- so this material was -- is single
7  crystal for sure.
8  Q. Okay. And you're referring to the page with
9  the number --
10 A. 942 at the end.
11 Q. -- 942 at the end of Exhibit --
12 A. 14.
13 Q. -- 14.
14 A. Yes.
15 Q. So at that time, the -- in development, you
16 were using the single crystal process?
17 A. Yes. Absolutely.
18 Q. Okay. And did that change at some point?
19 A. So there's the patent I referred to earlier
20 that Da Ho Kim wrote about a transfer process, so when
21 we -- when Akoustis started using that transfer process,
22 the -- it was more flexible about what the material
23 could be.
24 Q. Okay. And at what point in time did Akoustis
25 start using the transfer process?

161

A. Oh, okay. I got you. The 18th, it should have been. Yes -- sorry, end of 2017, I -- yes.

Q. And starting at the end of 2017 when Mr. Kim's transfer process became available, did Akoustis transition away from the single crystal products to polycrystalline products?

MR. JAKOPIN: Objection. Foundation.

THE WITNESS: So I do not work in the fab and I'm not -- I wasn't on the device engineering team at the time nor was I part of the processing team.

So the exact material used on all the devices that were produced, I don't know for certain. I was under the impression that the material was grown via BBV processes at that point.

Now, whether that's still -- someone calls that single crystal or not, you know, that's not for me to determine. But that was my understanding. But I don't know for a fact what was being used.

Q. BY MR. DEFOSSE: Are you aware of anyone referring to materials grown with the PVD process as single crystal?

A. Within Akoustis or outside?

Q. Let's start within Akoustis.

A. I think the term was single crystal or near single crystal or something like that. I vaguely

162

remember a term like that. But yes, I think that was said before, but yes, that's what I remember.

Q. Okay. And the PVD would be near single crystal?

A. That's what they were referring to, yes.

Q. Okay.

A. But yes.

Q. Are you aware of any product that Akoustis ever produced that used single crystal electrode players as opposed to near single crystal electrode players?

A. That actually made it through production release, I can't -- I can't think of one right now.

Q. Okay. Do you know why Akoustis transitioned from using the single crystal materials to using near single crystal materials?

A. My understanding is that it's a little more nuance than that. So my understanding, from my point of view, when I was in the company, in conversations that I had, the original process, while you can produce a filter with it, it's not large scale manufacturable, because of some yield issues with the way the device was fabricated, so we moved to this new process that data patented.

That process, there's nothing about that process that means you can't process single crystal

163

materials with -- you could do -- sorry. MOCD, you could do -- you could use MOCDB films or you could use PVD films. There's nothing about that process that makes it special that it can only use one or the other.

But this -- now, this is my view, I don't -- I haven't heard anyone say this specifically, but my view is that it would be probably more difficult or possibly expensive to do the single crystal, because of the substrate, it has to be grown on, but that's my view. I don't know what was actually done or the actual detail of it.

Q. Okay. Were you ever involved in providing technical descriptions to customers concerning Akoustis' technology?

A. Sure, yes. I mean, I would produce documents that Dave would -- or slides that Dave would share with -- in customer meetings, yes.

Q. Okay. In any of those slides did you describe Akoustis' single crystal technology?

A. I can't think of an instance where I called it -- I referred to the crystal, I think I was more talking about the design itself. So, like, data, size, that sort of thing.

Q. Okay. If Akoustis product were manufactured using the PVD process --

164

A. (Nodding yes.)

Q. -- do you think it would be misleading to call it a single crystal product?

MR. JAKOPIN: Objection. Calls for speculation. Foundation as well.

THE WITNESS: I think -- I think most people would assume PVD is polycrystal, but again, it -- it's really not for me to say. It's really more for a qualitatives measurement by a material scientist to make that determination.

Q. BY MR. DEFOSSE: Were you ever involved in communications with Akoustis' investors about the kind of technology that Akoustis was using?

A. No. I don't talk a to investors.

Q. Okay. Did you ever have -- or were you ever part of any conversation at Akoustis discussing whether it was misleading to tell investors that the technology was single crystal after the end of 2017?

A. I can't remember a specific conversation.

Q. Did anyone ever express a concern to you that Akoustis should not be referring to its product as single crystal, after the end of 2017?

A. I can't remember an instance.

Q. Okay.

MR. DEFOSSE: Why don't we go off the

165

1  record.
2         THE VIDEOGRAPHER:  Stand by.  We are going
3  off the record.  The time is 1:09 p.m.
4         (Off the record.)
5         THE VIDEOGRAPHER:  Stand by.  We are back
6  on the record.  The time is now -- we're back on the
7  record.  The time is 2:10 p.m.
8     Q.  BY MR. DEFOSSE:  Mr. Hodge, before we went on
9  lunch break, we were discussing the process at Akoustis
10 for manufacturing single crystal products; do you recall
11 that?
12    A.  Yes.
13    Q.  Okay.  And you said prior to the end of 2017,
14 Akoustis was using a different production process; is
15 that fair?
16    A.  Yes.  So the -- the Exhibit 14 we were talking
17 about right before lunch, that was -- that was like a
18 proto to the XB1 process for the XB1.  Yes.  That one is
19 prescribed in the earlier Akoustis thought process
20 patent.  And, yes, that one -- I am confident that all
21 of the stuff produced under that was single crystal.
22    Q.  Okay.  Was there a name for that process, the
23 older process?
24    A.  I can't think of one.  It was never qualified
25 and released, so it just may be never got a name.  I

166

1  think internally we refer to it as the cavity process.
2     Q.  Okay.
3     A.  So you might -- there may be -- you may have
4  seen e-mails or something that talks about a cavity
5  process.  That's what we're referring to.
6     Q.  Can you tell me what was involved in that
7  cavity process?
8     A.  You know, I wasn't the processor or processing
9  it, but the way I understood it is you -- so on a BAW
10 Akoustis resonator, you got to process the top and the
11 bottom.  So you process the top of the wafer, and then
12 you would edge up to the layer, from the back side, and
13 then process the backside.
14        So you essentially have a wafer with
15 cavities in the back of it to access the back of the
16 tool.
17        THE COURT REPORTER:  Can you keep your
18 voice up, please?  You break off at the end of your
19 sentences.
20        THE WITNESS:  I got you.
21    Q.  BY MR. DEFOSSE:  Okay.  At then at the end of
22 2017, Mr. Hemp had developed an alternative to the
23 cavity process?
24    A.  That is correct.  Yes.
25    Q.  And that's what we refer to as XB1 or XBAW?

167

1     A.  Yes.  When it was in development, you might
2  have -- when we were comparing it to the cavity
3  process, it may have been referred to as the transfer
4  process.  Yes.
5     Q.  Okay.  And how did the transfer process differ
6  from the cavity process?
7     A.  I think it's detailed in the patent, but
8  essentially you -- it's been a while, I got to
9  remember -- you fabricate, you process the back of the
10 resonator, then you transfer it to another wafer, take
11 off the original carrier wafer and then you process the
12 front side.
13    Q.  Okay.  And it's the transfer process because
14 you would transfer --
15    A.  You're transferring it to another wafer, yes.
16    Q.  And what is it about the transfer process that
17 allows Akoustis to use PPD in addition to MOV -- MOCD?
18        MR. JAKOPIN:  Objection.  Foundation.
19        THE WITNESS:  I think you could have
20 processed PVD material with the cavity process as well,
21 it just wasn't -- we were focusing on the single crystal
22 materials at the time.
23        So I don't think there was anything that
24 enabled it.  It just -- the reason they -- we moved to
25 it was it was a more sound process for building

168

1  resonators.  So maybe a more robust and better
2  manufacturable, I would say.  Yes.
3     Q.  BY MR. DEFOSSE:  What does PVD stand for?
4     A.  It's -- it's --
5        MR. JAKOPIN:  I believe it's PVD.
6        THE WITNESS:  Yes, PVD.
7        MR. DEFOSSE:  That's what I thought I said.
8        THE WITNESS:  Yes.
9     Q.  BY MR. DEFOSSE:  D as in dog?
10    A.  Yes.  I think it's -- it's been a while since I
11 -- Process Vapor Deposition.  I don't know.  It's some
12 vapor process.  Sorry.
13    Q.  No problem.
14        Did -- did Akoustis, at the time you were
15 there, use any ▮▮▮▮▮▮▮▮ in its product
16 development process?
17    A.  It --
18        MR. JAKOPIN:  Objection.  Foundation.
19        THE WITNESS:  Any what now?
20    Q.  BY MR. DEFOSSE:  ▮▮▮▮?
21    A.  ▮▮▮▮?
22    Q.  Yes.  Are you familiar with that term?
23    A.  You mean, like, a PDP?
24    Q.  Yes.  ▮▮▮▮ in the product development
25 process?

185

1  of what I've marked as Exhibit 31.
2      Do you recognize this?
3      A. Yes. This was a paper that was published.
4  But, yes, it's -- this was a conference as well. This
5  is talking about the 3.7 gigahertz filters. So this is
6  -- yes.
7      Q. And you're an author on this paper?
8      A. Yes.
9      Q. What was this paper -- you gave me a general,
10 but what was the focus of the paper and what were the
11 results that its describing?
12     A. So, yes. This is a paper on the performance of
13 the 19 -- AKF1938 development.
14     Q. Yes?
15     A. So what was probably special about that part is
16 that was really the first filter that really met the
17 customer's spec, and was getting into the market. So me
18 and Jeff thought that was publication worthy for us.
19     Q. And what kind of part was the 1938?
20     A. It's at F-1, is that what you mean? What do
21 you mean by "what part"?
22     Q. I'm asking you.
23     A. Yes. It's a 1938. It's a military
24 application. It's -- it's a band passed filter. It
25 uses -- let's see here. This may be an early version of

186

1  it, so it's got the -- it's got the cavity process from
2  the cartoon on Figure 1. Yes.
3      Q. So this was a paper based on a project that had
4  been done, which was this military application that used
5  the old process?
6      A. Yes.
7      Q. The XBAW, correct?
8      A. Yes. I'm -- I'm pretty sure this is before --
9  this predates the transfer process. Yes.
10     Q. And this would have used the MOCVD process to
11 make the single crystal, correct?
12     A. Yes. Correct. It even tells you in here.
13 Yes.
14     Q. Thank you.
15        (Exhibit 32 marked for identification.)
16     Q. BY MR. JAKOPIN: Do you recognize that?
17     A. (Witness examining document.)
18        Yes. So this is a paper as well. This is
19 using the 1252 as reporting the results of the 1252 with
20 -- and this is with the cavity process, I believe.
21 Let's see. Yes, the cavity process as well.
22     Q. So was the initial 1252 a cavity process?
23     A. Yes. Because we started development on that
24 part in early 2017, if I remember correctly, late 2016,
25 early 2017.

187

1      Yes, at that point we had not developed the
2  transfer process yet.
3      Q. When you did the 10252?
4      A. Yes.
5      Q. That was a re-spin of that process. It was
6  then using the XBAW process, correct?
7      A. That, the entire development of 10252, used the
8  XBAW process. Yes, that is correct. But -- yes.
9         Just be clear, though, the AKF152 span both
10 processes, but I don't know if that was clear or not.
11 But, yes.
12     Q. What do you mean by span both processes?
13     A. If you were to go buy an AFK1252 part from RFW
14 today and took it apart, it would not be the cavity
15 process.
16     Q. So the productized version used the XBAW, but
17 it started by the cavity process?
18     A. That's correct. Yes.
19     Q. So the development started with the cavity
20 process, it wasn't successful, you then used the XBAW
21 process, and then it then became the 1252. After the
22 XBAW process, which was then a product that was
23 delivered?
24     A. Correct. Yes.
25        MR. JAKOPIN: This is -- so I was trying

188

1  not to carry much paper home.
2         MR. DEFOSSE: We were trying the same
3  strategy, but you messed it up and now you're thanking
4  it all to us.
5      Q. BY MR. JAKOPIN: I'm going to hand you a
6  printout of a patent application. It's identified as
7  attorney Docket 8969-RO-000900 U.S.
8         Do you recognize that?
9         (Exhibit 33 marked for identification.)
10        THE WITNESS: Yes. This is one of the
11 patents. Yes. This is the original one. Yes. I seen
12 this. Yes.
13     Q. BY MR. JAKOPIN: So as shown on page 1, you're
14 the third identified inventor?
15     A. Yes.
16     Q. This is a patent application we're looking at,
17 correct?
18     A. Correct.
19     Q. And on the last two pages of this document are
20 the declaration and assignment of the patent application
21 from the inventors to the company, correct?
22     A. (Witness examining document.)
23        Yes. That's what it says.
24     Q. And is that your signature with a date of
25 October 27, 2016?

Transcript of Michael Hodge, II
Conducted on July 11, 2023

54 (213 to 216)

213

1  Akoustis employee questions about it, correct?
2  **A. Or showed the report, yeah. I'm not really**
3  **sure, but yes.**
4  Q. All right. Thanks. Now --
5  **A. And by the way, what I recall is that was 1252,**
6  **the part.**
7  Q. Right. That was what you talked about before.
8  **A. Yeah. Okay.**
9  Q. I'm going to mark as Exhibit 49 a document
10 bearing the Bates range of 89511 through 89515.
11      (Exhibit 49 marked for identification.)
12 Q. BY MR. JAKOPIN: Do you recognize that?
13 **A. (Witness examining document.)**
14     **Okay. Yes. So an e-mail between myself**
15 **and Dave Aichele. It looks like**
16
17
18
19
20
21
22
23 Q. So if you'll go to Bates page spanning 513 to
24 514 --
25 **A. Yes.**

214

1  Q.
2
3
4
5  Q. Great. Thank you.
6     MR. JAKOPIN: I'm marking as Exhibit 50 a
7  document bearing the Bates range 9162 to 9168.
8     (Exhibit 50 marked for identification.)
9  Q. BY MR. JAKOPIN: Do you recognize that?
10 **A. It looks like an e-mail from Frank where he's**
11 **comparing 1252 to a Qorvo filter. This may be a**
12 **continuation from Exhibit 49.**
13 Q. Great. Now, do you -- actually, one last one.
14    Staying on 1252, I'm going to hand you a
15 document bearing the Bates range 45661 to 45672.
16    And for the record, I'll say the parent
17 e-mail, which I thought I had a copy of and I don't,
18 Bates page 45660, is an e-mail from Jeff Shealy to Dave
19 Aichele, Dave Hodge, and Rowland. And the attachment
20 document title is,
21                    ."
22     (Exhibit 51 marked for identification.)
23 Q. BY MR. JAKOPIN: Do you recognize that?
24 **A. (Witness examining document.)**
25    **Yeah. It just looks like -- it looks like**

215

1
2
3
4
5
6  Q. Do you recognize having reviewed that before?
7  **A. Vaguely. Yeah. I -- I remember -- I mean, I**
8  **remember getting -- maybe hearing about something like**
9  **this, but yeah. I'm sure I reviewed it back then, but,**
10 **yeah, I just don't remember it.**
11 Q. All right. And for our last document, I hope,
12 I'm going to hand you a document with the Bates range of
13 216127 through 216145.
14    (Exhibit 52 marked for identification.)
15 Q. BY MR. JAKOPIN: Do you recognize that?
16 **A. (Witness examining document.)**
17    **Oh, yeah, this is an e-mail from -- yeah.**
18    **This is an e-mail report from a manager**
19    **. It's an -- some evaluation samples. It looks**
20 **like he had characterized it, and some of the report, it**
21 **looks like what they found out, details on it. Yep.**
22 Q.            is a customer or a potential customer
23 at that time?
24 **A. Potential customer, yeah. It looks like we,**
25 **you know, sampled some parts and had dialogue going.**

216

1  Yes.
2  Q. So they gave you some parts, they did a bunch
3  of testing on their own, and then they gave you those
4  test results back is what's going on here, correct?
5  **A. Yeah, sometimes that's -- that's normal. You**
6  **would sample something for someone and then the idea is**
7  **you're giving this to them and then they'll share what**
8  **they find. And then you can see how other people -- how**
9  **it performs on other people's systems. It's always good**
10 **to have that feedback.**
11 Q. Right. All right. Well, I don't have anything
12 else for the moment.
13    Thank you for your time today, appreciate
14 it.
15 **A. Yep.**
16          EXAMINATION
17 Q. BY MR. DEFOSSE: All right. Just a few more,
18 Mr. Hodge. Thank you. Maybe turning back most recently
19 to Exhibit 51.
20 **A. Okay.**
21 Q. Thanks. So you understand that this is a Qorvo
22 presentation that somehow ended up in the possession of
23 Akoustis?
24 **A. It appears that way. Yes.**
25 Q. And it looks like every page of the

229

1 one I forgot to ask at the time. If we could, maybe we
2 can wrap this up.
3            EXAMINATION
4    Q. BY MR. JAKOPIN: We had taken a look at
5 Exhibit 5 earlier?
6    A. Yes.
7    Q. And the passband on that is significantly
8 different than the passband on the 1252 and the 1256.
9    A. Oh, yeah.
10   Q. Correct?
11   A. Yeah. It's much narrower. Yeah.
12   Q. Okay. Thank you.
13        MR. DEFOSSE: No further questions. We can
14 go off the record.
15        THE VIDEOGRAPHER: Okay. Stand by. This
16 marks the end of the deposition of -- of Michael Hodge.
17 We are going off the record at 4:24 p.m.
18        (Off the record.)
19        (Whereupon, proceedings were concluded at
20 4:24 p.m.)

230

1          CERTIFICATE OF NOTARY PUBLIC
2    I, Melody Adair, Notary Public,
3 do hereby certify that the aforementioned witness
4 was sworn before me at the aforemention location,
5 and that I am neither counsel for, related to, nor
6 employed by any of the parties to this case and
7 have no interest, financial or otherwise, in its
8 outcome.
9       IN WITNESS WHEREOF, I have hereunto set
10 my hand and affixed my notarial seal this 25th day,
11 of July, 2023.

14 My Commission Expires: May 16, 2028

17 _____
18 Melody Adair, Notary Public
19 for the State of North Carolina

231

1          CERTIFICATE OF REPORTER
2
3    STATE OF CALIFORNIA )
4                        )
5    COUNTY OF LOS ANGELES)
6
7       I, TAMIKA M. BURNETTE, hereby certify
8 that the foregoing proceedings were taken before me at
9 the time and place therein designated; that a review of
10 the transcript was requested, and that the foregoing
11 pages numbered 1 through 229 are a true and correct
12 record of the aforesaid proceedings.
13      I further certify that I am not a relative,
14 employee, attorney or counsel of any of the parties, nor
15 am I a relative or employee of any of the parties'
16 attorneys or counsel connected with the action, nor am I
17 financially interested in the action.
18           Tamika Burnette
19
20      DATED this 25th day of July, 2023.
21      _____
22         TAMIKA M. BURNETTE
23      CERTIFIED COURT REPORTER, RPR, CSR-14502

232

1          COURT REPORTER DISCLOSURE
2      Pursuant to Article 10.B of the Rules and
3 Regulations of the Board of Court Reporting of the
4 Judicial Council of California which states: "Each
5 court reporter shall tender a disclosure form at the
6 time of the taking of the deposition stating the
7 arrangements made for the reporting services of the
8 certified court reporter, by the court reporter's
9 employer, or the referral source for the deposition,
10 with any party to the litigation, counsel to the parties
11 or other entity. Such form shall be attached to the
12 deposition transcript." I make the following
13 disclosure:
14      I am a California Certified Court
15 Reporter. I am here as a representative of Planet
16 Depos. Planet Depos contacted to provide court
17 reporting services for the deposition. Planet Depos
18 will not be taking this deposition under any contract
19 that is prohibited by O.C.G.A. 91128(c).
20      Planet Depos has no contract/agreement to
21 provide court reporting services with any party to the
22 case, any counsel in the case, or any reporter or
23 reporting agency from whom a referral might have been
24 made to cover this deposition. Planet Depos will charge
25 its usual and customary rates to all parties in the