# EXHIBIT 15

# REDACTED PUBLIC VERSION

# Transcript of **Tony Testa**

Thursday, September 28, 2023

***Qorvo, Inc. v. Akoustis Technologies, Inc.***

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 132682

1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF DELAWARE
2

3   Qorvo, Inc.,                          )
                                          )
4           Plaintiff,                    )
                                          ) Civil Action No.
5   v.                                    ) 21-cv-1417
                                          )
6   Akoustis Technologies, Inc. and       )
    Akoustis, Inc.,                       )
7                                         )
            Defendants.                   )
8   _____  )

9

10

11          ████████████████████████████████

12          ██████████████████████████

13          Videotaped Deposition of TONY TESTA

14              Greensboro, North Carolina

15            Thursday, September 28, 2023

16                    9:08 a.m.

17

18

19

20

21   Reported by:   Karen Kidwell, RMR, CRR

22

23

24

25



Page 2

1  APPEARANCES:

2  On Behalf of Plaintiff and the Witness:

3      ROBERT M. MASTERS, ESQ.

4      Sheppard Mullin Richter & Hampton LLP

5      2099 Pennsylvania Avenue, NW

6      Suite 100

7      Washington, DC  20006

8      202.747.1935

9      masters@sheppardmullin.com

10

11  On Behalf of Defendants:

12      DAVID A. JAKOPIN, ESQ.

13      Pillsbury Winthrop Shaw Pittman LLP

14      2475 Hanover Street

15      Palo Alto, CA  94304

16      650.233.4790

17      david.jakopin@pillsburylaw.com

18

19

20

21

22

23  Also Present:

24      John Roberts, Videographer

25

Page 3

1          VIDEOTAPED DEPOSITION OF TONY TESTA, a

2  witness called on behalf of Defendants, before Karen

3  K. Kidwell, Notary Public, in and for the State of

4  North Carolina, at 717 Green Valley Road, Suite 200,

5  Greensboro, North Carolina, on Thursday,

6  September 28, 2023, commencing at 9:08 a.m.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1          I N D E X

2  WITNESS/EXAMINATION                Page

3  TONY TESTA

4   By Mr. Jakopin                20

5

6

7

8

9

10          E X H I B I T S

11   Number        Description        Page

12  Exhibit 1001 E-mail chain, top e-mail .........51
13     11/2/2016, Tony Testa to Wayne
       Polonio and others, Subject:
14     ██████████████ Attorneys, Eyes Only - Subject
       to Protective Order, Bates
15     QORVO_00172343

16  Exhibit 1002 E-mail chain, top e-mail .........54
       3/6/2017, Alex Zajac, to Wilco
17     Van Hoogstraeten and others,
       ██████████████████████
18
       ██████████ Attorneys Eyes
19  Only-Subject to Protective
       Order, Bates QORVO_00137868-69
20
21  Exhibit 1003 E-mail chain, 8/30/2018, Cees ....55
       Links to Hans Schwarz and
       others, Subject:
       ██████████████████
       ██████, Attorneys Eyes Only -
24  Subject to Protective Order,
       Bates QORVO_00312050-052
25

Page 5

1          E X H I B I T S (Cont'd)

2   Number        Description        Page

3  Exhibit 1004 E-mail chain, top e-mail .........59
4     ██████████████████████████
5     Attorneys Eyes Only - Subject
6     to Protective Order, Bates
       QORVO_00065438-65501

7  Exhibit ███████████████████████..62
8
9     Protective Order, Bates
       QORVO_00062875-62925

10  Exhibit 1006 E-mail chain, top e-mail .........63
11    ██████████████████████
12
13    Attorneys Eyes Only - Subject
14    to Protective Order, Bates
       QORVO_00135177-178

15  Exhibit 1007 E-mail chain, top e-mail .........65
16    ██████████████████████
17
18    ██████████████████████
19    Eyes Only - Subject to
       Protective Order, Bates
       QORVO_00135183-184

20  Exhibit 1008 9/6/2019 E-mail, Jeff Mink to ....67
21    ██████████████████████
22
       attachment, Attorneys Eyes
23    Only - Subject to Protective
       Order, Bates
24    QORVO_00653761-774
25

Page 122

1    (A luncheon recess transpired from
2    12:51 p.m. until 1:57 p.m.)
3    VIDEOGRAPHER:  The time is 1:57.  We're on
4  the record.
5    MR. JAKOPIN:  Good afternoon.  So I'll
6  start by -- also on, ahead of Akoustis, marking
7  the transcript attorneys' eyes only.
8  BY MR. JAKOPIN:
9    Q.  Mr. Testa, what did you do to prepare for
10 your deposition today?
11   A.  So, had gone through the files that were
12 shared with our legal team, and just became familiar
13 with some of the material.
14   Q.  Did you meet with any of your lawyers?
15   A.  I did.
16   Q.  Who?
17   A.  So I met with Rob, and with Greg Warder.
18   Q.  When did that happen?
19   A.  That was just yesterday.
20   Q.  Okay.  Any preparation other than that?
21   A.  No.
22   Q.  About how long?
23   A.  We spent maybe from 9:00 a.m.
24 until 1:00 p.m.
25   Q.  Okay.  Thanks.

Page 123

1    A.  Yes.
2    Q.  Earlier today we talked about customers
3  purchasing the product based upon the functional
4  specs.  And you had talked about sort of the stacks
5  not being part of what were the considerations that
6  the customers were using.  Do you recall that?
7    A.  I do.
8    Q.  Would then it follow that the type of
9  piezoelectric layer that was within the stack also
10 wasn't of a concern to a customer?
11   A.  In general, no.
12   Q.  Any specific times it was?
13   A.  If you're speaking to a CTO-type
14 organization within a company, they may have more
15 affinity and ties to understanding the technology
16 deeper.  But the -- the board owners, at the project
17 level, they're looking at how to facilitate their
18 system design.
19   Q.  What do you mean by "CTO-type
20 organization"?
21   A.  The technology leads within a -- a
22 corporation that drives their technology path and
23 vision for the future.  They are much more
24 technology-oriented, right?  So they're just -- they
25 have an affinity for it, understanding it, making

Page 124

1  sure they're -- they understand the comparisons and
2  the trade-offs between technologies in general.
3    Q.  And will they then inquire specifically
4  about what the specifics are that they're purchasing,
5  or they're thinking of purchasing, or proposing for
6  the future?
7    A.  They may, yeah.  And that leads to some of
8  those technical summit-type meetings we discussed.
9    Q.  Okay.  Thanks.
10   A.  Uh-huh.
11   Q.  Are you familiar with the single-crystal
12 press releases that Akoustis did?
13   A.  I am, yeah.
14   Q.  Were there any instances of Qorvo
15 customers not purchasing Qorvo product because of
16 those single-crystal kind of press releases --
17   MR. MASTERS:  Object to --
18 BY MR. JAKOPIN:
19   Q.  -- that you're aware of?
20   MR. MASTERS:  Oh, sorry.
21   Object to form.
22   THE WITNESS:  Not that I'm aware of in the
23   product side service.  Don't know, across the
24   company, if there was any concerns.
25

Page 125

1  BY MR. JAKOPIN:
2    Q.  Did you ever have any Qorvo customers or
3  potential customers come to you saying they were
4  confused about Akoustis and its single-crystal
5  technology?
6    A.  I did not have those conversations.
7    MR. JAKOPIN:  So I'm going to mark as
8    Exhibit 1037 a document bearing Bates range
9    QORVO_166493 to 499.
10   (Exhibit 1037 was marked for identification.)
11 BY MR. JAKOPIN:
12   Q.  Do you recognize that?
13   A.  Thank you.
14   Yes, this seems to follow that previous
15 thread we had.
16   Q.  And it's relating to sort of development
17 of the Qorvo products?
18   A.  Correct.  Yeah.
19   Q.  And in the Alex Zajac e-mail, on the Bates
20 page ending 497, the subject line is "QPQ 1904 ███
21 ████████        Do you see that?
22   A.  I do.
23   Q.  What does ██████ " stand for?
24   A.  It is the ████████████████.
25   Q.  There was a ████████████████

Page 186

1     Q.  And it shows the piezo in between, with
2  the electrodes on the top and the bottom, correct?
3     A.  Correct.
4     Q.  And then below that, it says, "Replace air
5  cavity with acoustic reflector."  Do you see that?
6     A.  I do.
7     Q.  Do you know if that's a reference to the
8  Broadcom air cavity?
9        MR. MASTERS:  Objection.  Foundation.
10       THE WITNESS:  I do not.
11 BY MR. JAKOPIN:
12    Q.  Do you know if it's a reference to the
13 acoustic air cavity?
14       MR. MASTERS:  Same objection.
15       THE WITNESS:  Do not.
16 BY MR. JAKOPIN:
17    Q.  Are you familiar with the pSwitch at all?
18    A.  I do not believe so.  Do you have more
19 detail on the pSwitch?
20    Q.  So we can take a look at Bates page 79544,
21 which is the presentation Exhibit 42.
22    A.  Introduced a concept, not the specific
23 data or performance.
24    Q.  As shown, the frequency range for this
25 switch is somewhere between 4 and 5 gigahertz,

Page 187

1  correct?
2        MR. MASTERS:  Objection.  Foundation.
3        THE WITNESS:  Yeah, per the data.
4  Correct.
5        MR. JAKOPIN:  Can I have five minutes to
6  just think through if I have anything else?  And
7  then we can probably be done for the day.
8        MR. MASTERS:  Sure.
9        VIDEOGRAPHER:  The time is 4:14.  We're
10 off the record.
11       (A recess transpired from 4:14 p.m. until
12       4:19 p.m.)
13       VIDEOGRAPHER:  The time is 4:19.  We're on
14 the record.
15       MR. JAKOPIN:  I'm done with questions,
16 Mr. Testa, for now.  Thank you much.
17       THE WITNESS:  Thank you.
18       MR. MASTERS:  Mr. Testa, I have no
19 questions for you.  Thank you for your time.
20       And this will close out your deposition.
21       THE WITNESS:  Excellent.  Thank you.
22       VIDEOGRAPHER:  We are off the record at
23 4:19, and this concludes today's testimony.
24       COURT REPORTER:  Do you want a rough draft
25 this evening?

Page 188

1        MR. MASTERS:  No.
2        COURT REPORTER:  You do want a final,
3  though, right?
4        MR. MASTERS:  Yes, we do.
5        (Time Noted:  4:20 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 189

1  STATE OF NORTH CAROLINA
   COUNTY OF MECKLENBURG
2
3        I, Karen K. Kidwell, RMR, CRR, in and for
4  the State of North Carolina, do hereby certify that
5  there came before me on Thursday, September 28, 2023,
6  the person hereinbefore named, who was by me duly sworn
7  to testify to the truth and nothing but the truth of
8  his knowledge concerning the matters in controversy in
9  this cause; that the witness was thereupon examined
10 under oath, the examination was stenographically
11 reported and reduced to typewriting under my direction,
12 and the deposition is a true record of the testimony
13 given by the witness.
14       I further certify that I am neither attorney
15 or counsel for, nor related to or employed by, any
16 attorney or counsel employed by the parties hereto or
17 financially interested in the action.
18       This the 4th day of October, 2023.
19
20
21       _____
22       Karen K. Kidwell, RMR, CRR
          Notary Public #19971050142
23
24
25