# EXHIBIT 16

# REDACTED PUBLIC VERSION

# CORRECTED REBUTTAL REPORT OF DR. ROBERT DARVEAUX REGARDING TRADE SECRETS

January 16, 2024

limited number of suppliers that can compete in that market. Low layer count evaluation boards (EVBs) have much more relaxed design rules, so they have a larger supply base.

49.     Furthermore, information about the internal structure and operation of anything that is physical (the size and shape of a resonator, for example), can easily be obtained by reverse engineering. All one needs is a single sample to measure dimensions, analyze materials, determine simple circuit topology, etc. Most companies have this capability internally. However, third parties like YOLE (System Plus Consulting) and Prismark routinely offer tear downs of devices to the public for purchase.

50.     The result of the above observations is that there are very few trade secrets in the electronics industry. If somebody has something that they think is truly novel, they apply for a patent. This is known in the industry.

51.     Customers in the electronics industry supply chain are just as sophisticated as suppliers. In fact, every customer also plays the role of supplier to the next level up the chain. There is a great deal of technical interchange and transparency between customers and suppliers. Supplier audits are standard practice, and every company accepts it. Regular roadmap meetings and technical working groups on specific programs are standard practice. It is typically a 1 to 3 year engagement between first samples and production ramp. Regardless of any Akoustis marketing or similar statements about made about the company's research regarding or use of "single-crystal" technology, the level of sophistication of both potential and actual purchasers of Akoustis BAW filter products is such that they certainly would have known whether the piezoelectric layer of the relevant product was composed of polycrystalline material as opposed to epitaxial or "single-crystal" material.

52.     Companies win business over their competitors by getting to market first and by offering an attractive price / performance value proposition (i.e., a product that meets or exceeds a customer's requirements at an acceptable price). A BAW filter customer does not care if Akoustis piezoelectric layer is single crystal or polycrystal, as long as the electrical performance, quality, and quantity of the filter supply are consistent. If there were a quality excursion that was tied to the crystal structure of the piezoelectric layer, then it would matter.

## VII.    AKOUSTIS SUPPLY CHAIN

53.     Akoustis's supply chain and packaging types are outlined in its response to Qorvo's Interrogatory No. 16. I created the below figure to summarize the key elements of the supply chain flow. This is only a subset of the full list of equipment and material suppliers involved.

54.     Design data from Akoustis flows primarily into Wafer Fabrication, Wafer Probe Test and Trim, Assembly and Test, and Substrate suppliers. Equipment suppliers provide equipment and know-how to all operations. Material suppliers provide material and know-how to the Wafer Fabrication and Assembly operations. Package substrate suppliers provide material and know-how to the Assembly operation. The product flows from Wafer Fabrication => Wafer Probe Test and Trim => Assembly and Final Test => Customer. The product starts out as silicon wafers and ends up as packaged BAW filters.



QORVO_00072324 at QORVO_00072365.

Hence, non-rectangular resonators are not a Qorvo trade secret and Akoustis achieved no time-to-market head start by having this Qorvo document in its possession.

76. At paragraphs 129-141 of his Report, Dr. Shanfield describes  It is not clear (and Dr. Shanfield does not explain) how any of this information could ever be used by Akoustis. are all specific to Qorvo's SMR BAW technology. All the detailed information about the dimensional layout of each feature down to the micrometer, the material types, the layer thicknesses, etc. is absent from Qorvo's presentations. There is no explanation given by Dr. Shanfield how this information, which is specific to SMR BAW technology, was applied to Akoustis's FBAR BAW filter designs.

77. Design goals and electrical specifications were obtained directly from customers by Akoustis.[40] Akoustis had no use for specifications in Qorvo presentations because it is dangerous to use competitor information in this way. The specifications could have been out of date, and no longer accurately represented what the customers needed. The best business practice is to meet with the customer early and stay engaged. If Akoustis takes a few months to

---

[39] QORVO_00665605; HODGE_000212 (Dep. Ex. 5); AKTS_00204845 (Dep Ex. 149).

[40] *See, e.g.*, AKTS_00116709.

do a design spin, then finds out the customer specification has changed, it just wasted all that time. Akoustis achieved no time-to-market head start by having this Qorvo document.

78. At paragraphs 142-154 of his Report, Dr. Shanfield discusses ▮▮▮▮▮▮▮▮▮▮.[41] First, neither Dr. Shanfield nor Qorvo's forensic expert Dr. Kevin Faulkner presents any evidence that the ▮▮▮▮▮▮ was ever accessed by an employee at Akoustis. Therefore, it could not have had any impact to Akoustis ability to generate revenue, and at least not before approximately 2024 given the date of the presentation. Second, the information in the ▮▮▮▮▮▮ was all either known in the industry or not applicable to Akoustis.

79. At paragraph 144 of his Report, Dr. Shanfield discusses a roadmap slide. The innovation vectors of reduced size, increased Q, Increased temp stability, increased operating frequency are obvious to anybody working in the industry. All of Qorvo's competitors have had the same development goals for many years. Nothing in the roadmap slide discussed in paragraph 144 is a trade secret. The next applicable frequency bands come from the standards bodies and the customer base. Akoustis achieved no time-to-market head start by having this information.

80. At paragraphs 145 and 150-151 of his Report, Dr. Shanfield discusses ▮▮▮▮▮▮ was known in the industry.[42] Further, this concept is not likely possible with Akoustis' FBAR type filters. According to the Fattinger et al. 2004, "the Solidly Mounted Resonator (SMR) BAW concept has been utilized because it offers excellent mechanical robustness and simplifies wafer-handling, dicing and packaging as compared to membrane BAWs."[43] The ▮▮▮▮▮▮ discussed in paragraphs 145 and 150-151 of the Shanfield Report is not a trade secret. Dr. Stanfield provides no evidence that this technology was employed in an Akoustis product. Hence, Akoustis achieved no time-to-market head start by having this information.

81. At paragraph 145 of his Report, Dr. Shanfield discusses ▮▮▮▮▮▮. This technology has been available in high-volume production since before 2010.[44] It is not a trade secret, and Akoustis does not use a ▮▮▮▮▮▮.[45] Akoustis achieved no time-to-market head start by having this information.

82. At paragraph 145 of his Report, Dr. Shanfield also discusses ▮▮▮▮▮▮. There is not enough detail to decipher what this means, but it is clearly

---

[41] QORVO_00888028 (▮▮▮▮▮▮); AKTS_00413593.

[42] AKTS_00194188 (Fattinger, et al. (2004)).

[43] AKTS_00194188 (Fattinger, et al. (2004) at 416).

[44] SeungJae Lee et al., *Electrical Characterization of Wafer Level Fan-Out (WLFO) Using Film Substrate for Low Cost Millimeter Wave Application*, IEEE 60th ECTC, 1461-67 (2010).

[45] Akoustis's Third Supplemental Interrogatory Responses (November 14, 2023) at 19-25 (Akoustis Response to Qorvo Interrogatory No. 16).


of this document. Akoustis did not internally develop any products to compete with Qorvo's front-end modules. Hence, the specific data has no value to Akoustis. Furthermore, test specifications are based on customer requirements for a specific application. Qorvo test specifications are not useful to Akoustis.

146. Even in the cases where Qorvo and Akoustis have the same customer and same application, Akoustis gets its specifications directly from the customer.[69] This is to ensure that Akoustis can continually meet the customer's specifications as they evolve over the development process.

147. Akoustis achieved no time-to-market head start by having ███████████ ███████████.

148. At paragraphs 280 and 282 of his Report, Dr. Shanfield describes a ███████████ ███████████████████████████████████. There is no trade secret in the format of this document. Akoustis did not internally develop any products to compete with Qorvo's switch modules. Hence, the specific data has no value to Akoustis. If Akoustis ever did develop a switch module, it would obtain the up-to-date specification data directly from the customer. Akoustis achieved no time-to-market head start by having ███████████████████████.

149. At paragraphs 281-282 of his Report, Dr. Shanfield describes ███████████ ███████████████████████████████████. There is no trade secret in the format of this document. Akoustis did not internally develop any products to compete with Qorvo's switch modules. Hence, the specific data has no value to Akoustis. If Akoustis ever did develop a switch module, they would obtain the up-to-date specification data directly from the customer. Akoustis achieved no time-to-market head start by having ███████████████████████.

150. At paragraphs 283-294 of his Report, Dr. Shanfield describes how several Akoustis employees had Qorvo documents related to Qorvo's product development process that were marked confidential. Although some of these documents were shared with other Akoustis employees, as discussed above, none of these documents contained actual trade secrets that were useful to Akoustis. The STC-MEMS fab and all of Akoustis' supply chain partners already had documents, engineering resources, and decades of experience in product development.

151. Furthermore, there is no evidence provided by Dr. Shanfield how these documents enabled Akoustis to sample BAW filters to customers in 2017 and start low-volume production in FY19 (July 2018 to June 2019). Documents don't develop products, teams of people do. In this case, Akoustis already had a team in place with information and expertise that, unlike much of the information that Dr. Shanfield claims are "trade secrets," was actually suitable to Akoustis's FBAR BAW technology. Clearly, the Qorvo documents resulted in zero time-to-market head start for Akoustis.

152. At paragraph 295 of his Report, Dr. Shanfield states, "████████████ ███████████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████" EXEC-TEK_00018643."

---

[69] *See, e.g.*, AKTS_00116709.

failure vs. 1/kT. Similarly, tests can be run at multiple power levels (constant temperature) to determine the power-law exponent in the Eyring model. The constants used in the failure prediction model must be determined from the process, design, and material set in the applicable filter. Hence, specific data on Qorvo filters is not useful to Akoustis.

199. Dr. Shanfield shows a slide with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[91] This shows ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In addition, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. FIT rate calculations are explained in JEDEC JESD85 "Methods for Calculating Failure Rates in Units of FITS."[92] This methodology is not a Qorvo trade secret. The constants in the calculation are useful only for the filter design, process, and material set that was tested. Akoustis achieved no time-to-market head start by having Qorvo's slides showing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in its possession.

200. According to a discussion I had with Akoustis's Vice President of Engineering, Kamran Cheema, on November 10, 2023, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

201. At paragraphs 333 to 335 of his Report, Dr. Shanfield discusses conditions for measuring insertion loss.[94]

202. At paragraph 333 of his Report, Dr. Shanfield shows two slides from AKTS_00126349. The Qorvo slide shown in AKTS_00126349 at AKTS_00126360 states "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮." The Qorvo slide shown in AKTS_00126349 at AKTS_00126361 states "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮." These are not Qorvo trade secrets and are widely known in the industry.[95] Akoustis achieved no time-to-market head start by having these Qorvo's slides in its possession.

203. At paragraph 334 of his Report, Dr. Shanfield shows two slides from AKTS_00126349. The Qorvo slide shown in AKTS_00126349 at AKTS_00126367 makes several general statements about RF power testing of filters. These issues are not Qorvo trades secrets and are well known in the industry.

---

[91] AKTS_00126349 at AKTS_00126372.

[92] ATKS_01206365.

[93] AKTS_01201440.

[94] AKTS_00126349 at AKTS_00126360, -61, -67, and -68.

[95] *See, e.g.*, AKTS_01206852 at AKTS_01206853.



AKTS_00126349 at AKTS_00126367 (yellow highlights added).

Some relevant points are highlighted in the above slide.  First, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  That is why specific data on Qorvo filters are not useful to Akoustis.  Each company must characterize their own specific filter design, process, and material set.  Second, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Hence, the <u>customer</u> drives the required test conditions (not competitors).   The customer will specify the maximum and minimum operating temperatures they are interested in testing.  An example is the below table:

- 67 -



AKTS_00116709 at AKTS_00116709 (yellow highlight added).

Akoustis achieved no time-to-market head start by having Qorvo's slide on RF power testing of filters in its possession.



204.    The Qorvo slide shown in AKTS_00126349 at AKTS_00126368 shows ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  This behavior is not a Qorvo trade secret and such basic concepts are well known in the industry.  Akoustis achieved no time-to-market head start by having Qorvo's slide on ▮▮▮▮▮▮▮▮▮▮▮▮.

205.    At paragraph 335 of his Report, Dr. Shanfield discusses why the concepts in the slides shown in AKTS_00126349 at AKTS_00126360, -61, -67, and -68 are important.  Nevertheless, these concepts are not Qorvo trade secrets, because they are well known in the industry.  Akoustis achieved no time-to-market head start by having Qorvo's slides in its possession.

315. Finally, it is my opinion that Akoustis achieved zero time-to-market head start benefit due to having the Qorvo Documents. At most, Akoustis derived 258 hours of engineering time value and $264 of technical document purchasing value by possessing the Qorvo Documents identified in the Information Categories.

## XII. RESERVATION OF RIGHTS

316. I reserve the right to supplement this Report based on additional information, including documents produced, testimony, including without limitation the deposition testimony of Dr. Shanfield or Mr. Faulkner clarifying their respective reports, or other information offered by Qorvo, Qorvo's experts, or a third party, or Court rulings issued after submission of my Report.

317. At trial, I may use visual aids and demonstratives to demonstrate the bases for my opinions, such as drawings, excerpts from the documents and materials I considered in forming my opinions, discovery responses, deposition transcripts, diagrams, videos, and animations.

Executed this 16th of January, 2024

_____
Robert Darveaux