# EXHIBIT 17

# REDACTED PUBLIC VERSION

**CORRECTED**

# REBUTTAL REPORT OF DR. MICHAEL LEBBY REGARDING TRADE SECRETS

## JANUARY 5, 2024

companies such as Qualcomm, Qorvo, Skyworks, etc., and distribute them to customers for sale. This means that the distributor will handle many companies and competitive products and would be aware of the advantages and disadvantages of the products it carries. Distributors have access to an abundance of competitive data of different manufactured products and can see first-hand which products do well with customers and which do not. This results in much competitive data being publicly available within the industry. Distributors are also popular to communicate with as they know which products sell best, and why they sell best. Distributors also like to match high performing products to high volume and high paying customers as they benefit from the increased sales business.

67. In this industry, customers in general are technologically sophisticated. Many customers for example hire technically trained engineers who act as experts in choosing the right product for their particular application. I've often found in my experience customers with detailed technical knowledge on the products they are reviewing for purchase. For example, I would expect that FBAR customers would understand the technical specification and technology differences between the design and materials used, such as the differences between a polycrystalline-based filter and a single crystal-based filter.

## VII. RESERVATION OF RIGHTS

155. I expect to be called to provide expert testimony at trial regarding the opinions I have formed resulting from my research and investigation as set forth in this report. As part of my testimony, I may provide background information on acoustic wave filter technology, any reviewed patents, products, publications, or other evidence, and I reserve the right to use visual aids to illustrate my testimony.

Executed this 5th of January, 2024

_____
Michael Lebby