# EXHIBIT 19

# REDACTED PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417 (JPM) |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | **DEMAND FOR JURY TRIAL** |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## QORVO'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO AKOUSTIS' SECOND AND THIRD SETS OF INTERROGATORIES (NOS. 10–12)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and the applicable Local Rules of the United States District Court for the District of Delaware ("Local Rules"), Plaintiff Qorvo, Inc. ("Qorvo" or "Plaintiff"), by and through its undersigned counsel, provides its third objections and responses to Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s (collectively, "Akoustis" or "Defendants") Second and Third Sets of Interrogatories (Nos. 10–12) (collectively, the "Interrogatories," and each, individually, an "Interrogatory").

## GENERAL RESERVATIONS AND OBJECTIONS

Qorvo generally objects to Defendants' Interrogatories as follows. These general objections shall be incorporated by reference into each response below.

1.   Qorvo's responses are made solely for the purpose of this action.

2.   Qorvo's investigation and development of all facts and circumstances relating to this action is ongoing. By making the accompanying responses and objections to Defendants' requests, Qorvo does not waive, and expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and

2.      Qorvo further objects to Akoustis' Instruction No. 2 to the extent Akoustis' Instruction seeks to impose obligations on Qorvo to disclose "available" information not within Qorvo's possession, custody, or control.

## SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 10.**

For each alleged act, practice, or method that you allege is an "unfair or deceptive act[] or practice[]…affecting commerce in the state of North Carolina" and/or an "unfair method[] of competition affecting commerce in the state of North Carolina," describe in detail all facts, evidence, and information concerning each such act, practice or method including, without limitation: the specific "Qorvo BAW Proprietary Information" at issue; what allegedly happened to such "Qorvo BAW Proprietary Information," including any alleged misappropriation, disclosure, or usage of any kind; when such act, practice, or method allegedly occurred; why such act, practice, or method is unfair or deceptive; how such act, practice, or method injured Qorvo; all documents or communication concerning your response; and all persons with knowledge of any fact, evidence, or information in your response.

**RESPONSE TO INTERROGATORY NO. 10 (January 23, 2023, amended July 21, 2023):**

In addition to the General Objections, Qorvo objects to this Interrogatory as including multiple subparts.  Qorvo further objects to this Interrogatory to the extent it seeks disclosure of any expert opinion concerning Akoustis's unfair and deceptive acts and damages relating to such acts.  Qorvo expressly reserves the right to disclose expert opinions on these topics in accordance with the deadlines set by the Federal Rules of Civil Procedure, the applicable Local Rules, and any scheduling order issued in this action.  Qorvo further objects to this Interrogatory as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it purports to require Qorvo to identify or describe "all documents or communications concerning [Qorvo's] response" to this Interrogatory and "all persons with knowledge of any fact, evidence, or information in [Qorvo's] response" to this Interrogatory.

Subject to and without waiving the foregoing objections, Qorvo responds as follows: Among other things, Akoustis' unfair or deceptive acts and practices include at least the

████████████████████████████████████████

following:    (i) illegally and systematically poaching Qorvo employees to harm Qorvo's business, (ii) obtaining and using Qorvo confidential information from such employees as well as other Qorvo employees; and (iii) making false and misleading statements concerning the characteristics of the Akoustis BAW filters and Qorvo's BAW filters.

The Qorvo employees targeted by Akoustis's recruitment scheme include at least the following employees:





Pursuant to Rule 33(d), Qorvo identifies the following non-exhaustive, exemplary documents reflecting Akoustis's recruitment scheme:

- AKTS_00076806

- AKTS_00014828

- AKTS_00116274

- AKTS_00081208

- AKTS_00127599

- AKTS_00015419

- AKTS_00016826

- AKTS_00151964

- AKTS_00096030

- AKTS_00152144

- AKTS_00088751

████████████████████████████████

- AKTS_00017074

- AKTS_00017075

- AKTS_00021232

- AKTS_00015166

- AKTS_00105898

- AKTS_00168732

- AKTS_00144876

- AKTS_00149353

- AKTS_00090340

- AKTS_00090337

- AKTS_00015776

- AKTS_00076177

- AKTS_00022450

-  AKTS_00022463

- AKTS_00000138

- AKTS_00025628

- AKTS_00025629

- AKTS_00155786

- AKTS_00069906

- EXEC-TEK_00007685

- EXEC-TEK_00018643

- EXEC-TEK_00017222

████████████████████████████████████████

Examples of confidential information that Akoustis has misappropriated from current and former Qorvo employees include, but are not limited to, confidential Qorvo technical, customer, employee, and market information reflected in the documents referenced below.   Specific examples  include: ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

██████████████████████████████████████

Akoustis also targeted Qorvo employees and placed them in positions so that they would inevitably use the confidential information they obtained at Qorvo.  The Qorvo confidential information was then distributed within Akoustis and used for Akoustis' business operations, including to assist Akoustis in entering the market for BAW filters and circumventing problems that Akoustis could not otherwise solve on its own.  Qorvo's former employees poached by Akoustis were legally bound not to disclose or use Qorvo's confidential information after leaving Qorvo.  Such employees' violations of their legal obligations not to misappropriate or otherwise disclose Qorvo confidential information to Akoustis, including for Akoustis' benefit, has caused harm to Qorvo.  Furthermore, Akoustis' inevitable use of Qorvo confidential information conveyed to Akoustis by the poached Qorvo employees has caused harm to Qorvo by enabling Akoustis to unfairly compete with Qorvo for sales of BAW filters and for investment capital.

Pursuant to Rule 33(d), Qorvo identifies the following non-exhaustive, exemplary documents reflecting the confidential information that Akoustis has misappropriated from Qorvo:

- AKTS_00144175

- AKTS_00144176

- AKTS_00144227

- AKTS_00144229

- AKTS_00144277

- AKTS_00144764

- AKTS_00117498

- AKTS_00117516

- AKTS_00117520

- AKTS_00137354

- AKTS_00137355

- AKTS_00138229

- AKTS_00138230

- AKTS_00138236

- AKTS_00138271

- AKTS_00138272

- AKTS_00141631

- AKTS_00141632

- AKTS_00143236

- AKTS_00143237

- AKTS_00143238

- AKTS_00143245

- AKTS_00143246

- AKTS_00144075

- AKTS_00144076

- AKTS_00144091

- AKTS_00143669

- AKTS_00143672

- AKTS_00145340

- AKTS_00145341

- AKTS_00145342

- AKTS_00149378

- AKTS_00149379

- AKTS_00149384

- AKTS_00149386

- AKTS_00151319

- AKTS_00151320

- AKTS_00156270

- AKTS_00156271

- AKTS_00156275

- AKTS_00160225

- AKTS_00167236

- AKTS_00167237

- AKTS_00167245

- AKTS_00076365

- AKTS_00139271

- AKTS_00076366

- AKTS_00146872

- AKTS_00146875

- AKTS_00147049

- AKTS_00147814

- AKTS_00148379

- AKTS_00148380

- AKTS_00148869

- AKTS_00148873

- AKTS_00148966

- AKTS_00148970

- AKTS_00148984

- AKTS_00154895

- AKTS_00154896

- AKTS_00155097

- AKTS_00155718

- AKTS_00146178

- AKTS_00152442

- AKTS_00083525

- AKTS_00083526

- AKTS_00083701

- AKTS_00083704

- AKTS_00083728

- AKTS_00083735

- AKTS_00083737

- AKTS_00083755

- AKTS_00083773

- AKTS_00083777

- AKTS_00083796

- AKTS_00083820

- AKTS_00083851

- AKTS_00083872

████████████████████████████████

- AKTS_00083903

- AKTS_00083926

- AKTS_00083949

- AKTS_00083973

- AKTS_00083997

- AKTS_00084023

- AKTS_00084052

- AKTS_00084075

- AKTS_00084091

- AKTS_00084121

- AKTS_00084143

- AKTS_00084165

- AKTS_00084187

- AKTS_00084211

- AKTS_00084640

- AKTS_00084644

- AKTS_00084648

- AKTS_00084650

- AKTS_00147803

- AKTS_00147805

- AKTS_00147806

- AKTS_00014828

- AKTS_00015704

██████████████████████████

- AKTS_00016450

- AKTS_00016573

- AKTS_00021573

- AKTS_0002473

- AKTS_00026258

- AKTS_00026259

- AKTS_00079722

- AKTS_00126132

- AKTS_00085800

- AKTS_00076144

- AKTS_00144565

- AKTS_00157649

- AKTS_00115835

- AKTS_00119375

- AKTS_00124048

- AKTS_00139318

- AKTS_00139319

- AKTS_00141718

- AKTS_00144864

- AKTS_00146624

- AKTS_00146925

- AKTS_00146974

- AKTS_00147125

- AKTS_00147969
- AKTS_00151224
- AKTS_00151225
- AKTS_00151231
- AKTS_00152274
- AKTS_00152275
- AKTS_00152833
- AKTS_00152836
- AKTS_00153399
- AKTS_00155914
- AKTS_00156056
- AKTS_00156057
- AKTS_00156063
- AKTS_00016554
- AKTS_00069739
- AKTS_00075252
- AKTS_00093001
- AKTS_00076443
- AKTS_00076529
- AKTS_00076656
- AKTS_00076658
- AKTS_00079444
- AKTS_00086734

- AKTS_00093294

- AKTS_00093618

- AKTS_00105336

- AKTS_00144876

Additional acts and practices include Akoustis falsely advertising and promoting its products to customers and investors as using single crystal technology when in fact those products used polycrystalline technology. Akoustis' unfair competition has resulted in lost sales and investment opportunities for Qorvo as well as other harm to Qorvo's business.

Pursuant to Rule 33(d), Qorvo identifies the following non-exhaustive, exemplary documents reflecting Akoustis's false statements:

- AKTS_00128311

- AKTS_00128234

- AKTS_00128429

- AKTS_00159811

- AKTS_00080810

- AKTS_00080811

- AKTS_00080899

- AKTS_00092976

- AKTS_00084508

- AKTS_00126917

- AKTS_00134771

- AKTS_00076493

- AKTS_00126728

███████████████████████████████

- AKTS_00145394
- AKTS_00145507
- AKTS_00147877
- AKTS_00150748
- AKTS_00151421
- AKTS_00151577
- AKTS_00177927
- AKTS_00086138
- AKTS_00086186
- AKTS_00080761
- AKTS_00080793
- AKTS_00080851
- AKTS_00080891
- AKTS_00080949
- AKTS_00082547
- AKTS_00082559
- AKTS_00082603
- AKTS_00084887
- AKTS_00082980
- AKTS_00084348
- AKTS_00085252
- AKTS_00085464
- AKTS_00085768

- AKTS_00085816
- AKTS_00085956
- AKTS_00092856
- AKTS_00092902
- AKTS_00101213
- AKTS_00102341
- AKTS_00095863
- AKTS_00143989
- AKTS_00144299
- AKTS_00144882
- AKTS_00146775
- AKTS_00147005
- AKTS_00147740
- AKTS_00146570
- AKTS_00147953
- AKTS_00148136
- AKTS_00148418
- AKTS_00151294
- AKTS_00151791
- AKTS_00153444
- AKTS_00145363
- AKTS_00149068
- AKTS_00136210

████████████████████████████████████

- AKTS_00142463

- AKTS_00142540

- AKTS_00147036

- AKTS_00150787

- AKTS_00094283

- AKTS_00151050

- AKTS_00192824

- AKTS_00134480

- AKTS_00143612

- AKTS_00143804

- AKTS_00144676

- AKTS_00144677

- AKTS_00154340

- AKTS_00024320

- AKTS_00069492

- AKTS_00072926

- AKTS_00076285

- AKTS_00076371

- AKTS_00076886

- AKTS_00076890

- AKTS_00076386

- AKTS_00076691

- AKTS_00076751

- AKTS_00076784

- AKTS_00076785

- AKTS_00076427

- AKTS_00076635

- AKTS_00076703

- AKTS_00076974

- AKTS_00076993

- AKTS_00076981

- AKTS_00077048

- AKTS_00077189

- AKTS_00077192

- AKTS_00077439

- AKTS_00077235

- AKTS_00077252

- AKTS_00077257

- AKTS_00077245

- AKTS_00077454

- AKTS_00077506

- AKTS_00077530

- AKTS_00077548

- AKTS_00077838

- AKTS_00077954

- AKTS_00078005

████████████████████████████████

- AKTS_00078018

- AKTS_00078121

- AKTS_00082603

- AKTS_00075356

- AKTS_00072767

- AKTS_00072965

- AKTS_00073187

- AKTS_00085009

Persons knowledgeable regarding the foregoing include but are not limited to Rohan Houlden, Jeffrey Shealy, Robert Dry, David Aichele, Wendy Wright, Alan Nicol, Jon Robbins, Mike Meng, Brian Ma, Brian Trabert, Joel Morgan, Todd Bender, Tom Sepenzis, Mary Winters, Mitali Pathak, Daeho Kim, Guillermo Moreno, Holly Johnson, Jerry Gray, John Myrick, Joonbum Kwon, Mark D. Boomgarden, Pinal Patel, Ramakrishna Vetury, Westbrooke Hosse, Ya Shen, David Hodge, Kamran Cheema, David Breton, Paul Makowenskyj, Tony Espinoza, Kindra Lane, William Schmid, Colin Hunt, Michael Ortiz, Ali-Imran Bawangaonwala, Shawn Gibb, Jerry Neal, Arther Geiss, Suzanne Rudy, and Adam Cowan.

Qorvo's investigation into the subject matter of this Interrogatory is continuing.  For example, Akoustis continues to produce documents reflecting (i) the widespread efforts to poach Qorvo employees; (ii) the solicitation and use of Qorvo confidential information; and (iii) the false statements that Akoustis has made concerning its BAW filters and how those filters compare to competitor filters.  Qorvo reserves the right to supplement its response to this Interrogatory as appropriate, including based on discovery produced or made available by Akoustis and/or third parties.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10 (July 21, 2023)**

Subject to and without waiving the foregoing objections, Qorvo responds as follows:

Pursuant to Rule 33(d), Qorvo incorporates by reference the documents listed in its May 1, 2023 Identification of Trade Secrets.   Qorvo further identifies the following documents relating to Akoustis's misappropriation of Qorvo's confidential information:

- AKTS_00046855

- AKTS_00046856

- AKTS_00051092

- AKTS_00051094

- AKTS_00051101

- AKTS_00051102

- AKTS_00051456

- AKTS_00051461

- AKTS_00051468

- AKTS_00053077

- AKTS_00053079

- AKTS_00053286

- AKTS_00053288

- AKTS_00060886

- AKTS_00065907

- AKTS_00065911

- AKTS_00066514

- AKTS_00066516

- AKTS_00067806

- AKTS_00067809

- AKTS_00075127

- AKTS_00076365

- AKTS_00076366

- AKTS_00083525

- AKTS_00083526

- AKTS_00084575

- AKTS_00084576

- AKTS_00084583

- AKTS_00084584

- AKTS_00084592

- AKTS_00084640

- AKTS_00084644

- AKTS_00084648

- AKTS_00084650

- AKTS_00090983

- AKTS_00090984

- AKTS_00092217

- AKTS_00092218

- AKTS_00103883

- AKTS_00103884

- AKTS_00103886

████████████████████████████████

- AKTS_00103887

- AKTS_00106853

- AKTS_00109482

- AKTS_00109482

- AKTS_00109483

- AKTS_00109483

- AKTS_00117498

- AKTS_00117499

- AKTS_00117503

- AKTS_00117507

- AKTS_00117512

- AKTS_00117516

- AKTS_00117519

- AKTS_00117520

- AKTS_00117610

- AKTS_00117611

- AKTS_00117636

- AKTS_00117637

- AKTS_00117638

- AKTS_00118852

- AKTS_00118855

- AKTS_00121819

- AKTS_00121820

- AKTS_00122693

- AKTS_00122695

- AKTS_00122700

- AKTS_00122701

- AKTS_00122705

- AKTS_00122711

- AKTS_00122715

- AKTS_00122718

- AKTS_00122723

- AKTS_00122731

- AKTS_00122735

- AKTS_00126348

- AKTS_00126349

- AKTS_00126386

- AKTS_00126387

- AKTS_00126424

- AKTS_00126425

- AKTS_00126531

- AKTS_00126532

- AKTS_00126569

- AKTS_00126570

- AKTS_00126940

- AKTS_00126942

████████████████████████████████

- AKTS_00126950

- AKTS_00126976

- AKTS_00126987

- AKTS_00127011

- AKTS_00127034

- AKTS_00127046

- AKTS_00127067

- AKTS_00129587

- AKTS_00129589

- AKTS_00129590

- AKTS_00129594

- AKTS_00129598

- AKTS_00129603

- AKTS_00129606

- AKTS_00129614

- AKTS_00129619

- AKTS_00129623

- AKTS_00129629

- AKTS_00131828

- AKTS_00131829

- AKTS_00131830

- AKTS_00131831

- AKTS_00131832

███████████████████████

- AKTS_00131841

- AKTS_00131865

- AKTS_00131871

- AKTS_00131872

- AKTS_00131877

- AKTS_00131881

- AKTS_00131886

- AKTS_00131889

- AKTS_00132271

- AKTS_00132272

- AKTS_00132273

- AKTS_00132274

- AKTS_00132275

- AKTS_00132283

- AKTS_00132292

- AKTS_00132295

- AKTS_00132313

- AKTS_00132337

- AKTS_00132342

- AKTS_00132349

- AKTS_00132355

- AKTS_00132361

- AKTS_00132366

- AKTS_00135693

- AKTS_00135694

- AKTS_00135701

- AKTS_00135702

- AKTS_00136098

- AKTS_00136100

- AKTS_00136101

- AKTS_00136102

- AKTS_00136103

- AKTS_00137343

- AKTS_00137344

- AKTS_00137350

- AKTS_00137352

- AKTS_00137354

- AKTS_00137355

- AKTS_00138229

- AKTS_00138230

- AKTS_00138236

- AKTS_00138271

- AKTS_00138272

- AKTS_00139271

- AKTS_00139271

- AKTS_00139272

- AKTS_00139272

- AKTS_00141622

- AKTS_00141625

- AKTS_00141631

- AKTS_00141632

- AKTS_00143236

- AKTS_00143237

- AKTS_00143238

- AKTS_00143245

- AKTS_00143246

- AKTS_00143669

- AKTS_00143669

- AKTS_00143671

- AKTS_00143671

- AKTS_00143672

- AKTS_00143672

- AKTS_00144075

- AKTS_00144076

- AKTS_00144091

- AKTS_00144175

- AKTS_00144176

- AKTS_00144227

- AKTS_00144229

- AKTS_00144277

- AKTS_00144764

- AKTS_00144766

- AKTS_00145340

- AKTS_00145340

- AKTS_00145341

- AKTS_00145341

- AKTS_00145342

- AKTS_00145342

- AKTS_00145952

- AKTS_00145953

- AKTS_00146974

- AKTS_00146975

- AKTS_00146981

- AKTS_00149378

- AKTS_00149379

- AKTS_00149384

- AKTS_00149386

- AKTS_00151319

- AKTS_00151320

- AKTS_00153400

- AKTS_00153401

- AKTS_00153402

- AKTS_00153403

- AKTS_00153404

- AKTS_00153405

- AKTS_00154895

- AKTS_00154896

- AKTS_00154898

- AKTS_00156270

- AKTS_00156270

- AKTS_00156271

- AKTS_00156271

- AKTS_00156275

- AKTS_00156275

- AKTS_00156279

- AKTS_00156279

- AKTS_00156280

- AKTS_00156280

- AKTS_00156281

- AKTS_00156282

- AKTS_00156286

- AKTS_00156290

- AKTS_00156291

- AKTS_00156292

- AKTS_00156293

- AKTS_00156297

- AKTS_00156301

- AKTS_00156302

- AKTS_00157075

- AKTS_00157083

- AKTS_00157092

- AKTS_00157223

- AKTS_00157224

- AKTS_00157233

- AKTS_00157234

- AKTS_00157707

- AKTS_00157708

- AKTS_00157713

- AKTS_00158392

- AKTS_00158393

- AKTS_00158394

- AKTS_00158395

- AKTS_00159391

- AKTS_00159392

- AKTS_00159398

- AKTS_00160224

- AKTS_00160225

- AKTS_00162125

████████████████████████████████

- AKTS_00162126

- AKTS_00163231

- AKTS_00163232

- AKTS_00163238

- AKTS_00163266

- AKTS_00163267

- AKTS_00163273

- AKTS_00167236

- AKTS_00167237

- AKTS_00167245

- AKTS_00177910

- AKTS_00177912

- AKTS_00177912

- AKTS_00177917

- AKTS_00177918

- AKTS_00178088

- AKTS_00178089

- AKTS_00178654

- AKTS_00178655

- AKTS_00179018

- AKTS_00179019

- AKTS_00179029

- AKTS_00179037

████████████████████████████████████

- AKTS_00179062

- AKTS_00179085

- AKTS_00179094

- AKTS_00179095

- AKTS_00179105

- AKTS_00179113

- AKTS_00179138

- AKTS_00179161

- AKTS_00180686

- AKTS_00180687

- AKTS_00180690

- AKTS_00180691

- AKTS_00186404

- AKTS_00186405

- AKTS_00186418

- AKTS_00186425

- AKTS_00186438

- AKTS_00188852

- AKTS_00188853

- AKTS_00188866

- AKTS_00188875

- AKTS_00188888

- AKTS_00188901

- AKTS_00207259

- AKTS_00207260

- AKTS_00208283

- AKTS_00208284

- AKTS_00210274

- AKTS_00210570

- AKTS_00210571

- AKTS_00210572

- AKTS_00210680

- AKTS_00210681

- AKTS_00210732

- AKTS_00210733

- AKTS_00210811

- AKTS_00210812

- AKTS_00210830

- AKTS_00210842

- AKTS_00210844

- AKTS_00210845

- AKTS_00211401

- AKTS_00211968

- AKTS_00211969

- AKTS_00211972

- AKTS_00211973

████████████████████████████████

- AKTS_00212526

- AKTS_00212527

- AKTS_00212543

- AKTS_00212802

- AKTS_00212802

- AKTS_00212803

- AKTS_00212803

- AKTS_00212810

- AKTS_00212810

- AKTS_00214115

- AKTS_00214116

- AKTS_00215998

- AKTS_00216061

- AKTS_00216939

- AKTS_00216987

- AKTS_00221355

- AKTS_00221700

- AKTS_00222276

- AKTS_00222278

- AKTS_00222279

- AKTS_00222284

- AKTS_00222288

- AKTS_00222292

- AKTS_00222295

- AKTS_00222303

- AKTS_00222308

- AKTS_00222312

- AKTS_00222318

- AKTS_00223008

- AKTS_00223009

- AKTS_00223010

- AKTS_00223011

- AKTS_00223012

- AKTS_00223013

- AKTS_00223014

- AKTS_00223015

- AKTS_00223016

- AKTS_00223017

- AKTS_00223456

- AKTS_00223457

- AKTS_00223458

- AKTS_00224130

- AKTS_00224131

- AKTS_00224132

- AKTS_00224445

- AKTS_00224446

- AKTS_00224453
- AKTS_00224454
- AKTS_00224870
- AKTS_00224871
- AKTS_00224872
- AKTS_00225927
- AKTS_00225928
- AKTS_00225929
- AKTS_00225930
- AKTS_00225931
- AKTS_00228117
- AKTS_00228118
- AKTS_00228119
- AKTS_00228120
- AKTS_00238447
- AKTS_00238450
- AKTS_00238453
- AKTS_00238454
- AKTS_00238455
- AKTS_00238456
- AKTS_00238457
- AKTS_00238458
- AKTS_00238459

- AKTS_00238465

- AKTS_00238466

- AKTS_00238513

- AKTS_00238515

- AKTS_00238516

- AKTS_00238517

- AKTS_00238518

- AKTS_00238519

- AKTS_00238520

- AKTS_00238523

- AKTS_00238525

- AKTS_00238526

- AKTS_00238527

- AKTS_00238529

- AKTS_00238530

- AKTS_00238532

- AKTS_00238533

- AKTS_00238534

- AKTS_00238535

- AKTS_00238536

- AKTS_00238537

- AKTS_00238538

- AKTS_00238539

████████████████████████████████████

- AKTS_00238540

- AKTS_00238541

- AKTS_00238542

- AKTS_00238543

- AKTS_00238545

- AKTS_00240176

- AKTS_00240177

- AKTS_00240385

- AKTS_00240386

- AKTS_00240393

- AKTS_00240401

- AKTS_00240407

- AKTS_00244229

- AKTS_00244324

- AKTS_00244332

- AKTS_00245037

- AKTS_00245040

- AKTS_00245041

- AKTS_00245044

- AKTS_00245502

- AKTS_00245503

- AKTS_00245517

- AKTS_00245518

- AKTS_00247976

- AKTS_00247977

- AKTS_00247978

- AKTS_00247979

- AKTS_00247980

- AKTS_00250181

- AKTS_00250183

- AKTS_00250184

- AKTS_00250185

- AKTS_00250186

- AKTS_00250583

- AKTS_00250585

- AKTS_00250586

- AKTS_00250588

- AKTS_00250589

- AKTS_00250590

- AKTS_00250593

- AKTS_00250594

- AKTS_00251003

- AKTS_00251004

- AKTS_00251005

- AKTS_00251005

- AKTS_00251006

- AKTS_00251006
- AKTS_00251007
- AKTS_00251007
- AKTS_00251145
- AKTS_00251146
- AKTS_00251148
- AKTS_00251150
- AKTS_00251151
- AKTS_00264715
- AKTS_00264873
- AKTS_00264915
- AKTS_00268828
- AKTS_00268829
- AKTS_00268830
- AKTS_00268837
- AKTS_00272076
- AKTS_00272077
- AKTS_00273641
- AKTS_00273642
- AKTS_00274307
- AKTS_00274307
- AKTS_00274308
- AKTS_00274308

████████████████████████████████████

- AKTS_00274309

- AKTS_00274309

- AKTS_00275239

- AKTS_00275239

- AKTS_00277019

- AKTS_00277020

- AKTS_00277021

- AKTS_00277028

- AKTS_00277029

- AKTS_00277031

- AKTS_00277032

- AKTS_00277039

- AKTS_00277040

- AKTS_00277041

- AKTS_00277042

- AKTS_00277043

- AKTS_00277044

- AKTS_00277046

- AKTS_00277047

- AKTS_00277048

- AKTS_00277055

- AKTS_00277056

- AKTS_00277057

- AKTS_00277443
- AKTS_00277443
- AKTS_00277444
- AKTS_00277444
- AKTS_00277451
- AKTS_00277451
- AKTS_00277875
- AKTS_00277877
- AKTS_00278600
- AKTS_00278602
- AKTS_00282314
- AKTS_00285678
- AKTS_00285681
- AKTS_00287903
- AKTS_00287904
- AKTS_00287916
- AKTS_00287921
- AKTS_00288032
- AKTS_00288121
- AKTS_00288123
- AKTS_00288377
- AKTS_00289533
- AKTS_00289535

████████████████████████████

- AKTS_00292376

- AKTS_00316012

- AKTS_00316309

- AKTS_00316310

- AKTS_00316313

- AKTS_00316314

- AKTS_00316315

- AKTS_00316320

- AKTS_00316325

- AKTS_00316326

- AKTS_00316329

- AKTS_00319701

- AKTS_00319702

- AKTS_00320415

- AKTS_00320416

- AKTS_00323510

- AKTS_00323513

- AKTS_00323514

- AKTS_00323515

- AKTS_00323714

- AKTS_00323718

- AKTS_00328075

- AKTS_00328084

- AKTS_00328093

- AKTS_00339701

- AKTS_00339702

- AKTS_00339729

- AKTS_00339730

- AKTS_00348361

- AKTS_00348362

- AKTS_00348363

- AKTS_00348450

- AKTS_00348451

- AKTS_00377082

- AKTS_00377083

- AKTS_00377236

- AKTS_00396639

- AKTS_00396649

- AKTS_00396650

- AKTS_00396657

- AKTS_00396660

- AKTS_00396665

- AKTS_00396672

- AKTS_00396679

- AKTS_00396690

- AKTS_00396695

████████████████████████████████████

- AKTS_00396699

- AKTS_00396703

- AKTS_00396709

- AKTS_00396712

- AKTS_00396719

- AKTS_00396727

- AKTS_00396745

- AKTS_00396766

- AKTS_00396771

- AKTS_00396777

- AKTS_00396782

- AKTS_00396792

- AKTS_00396795

- AKTS_00396797

- AKTS_00396802

- AKTS_00396806

- AKTS_00396811

- AKTS_00396813

- AKTS_00396814

- AKTS_00396818

- AKTS_00396819

- AKTS_00396820

- AKTS_00396821

- AKTS_00396822

- AKTS_00396823

- AKTS_00396824

- AKTS_00396825

- AKTS_00396826

- AKTS_00396827

- AKTS_00396828

- AKTS_00396829

- AKTS_00396830

- AKTS_00396831

- AKTS_00396832

- AKTS_00396833

- AKTS_00396834

- AKTS_00396835

- AKTS_00396836

- AKTS_00396837

- AKTS_00396838

- AKTS_00396839

- AKTS_00396840

- AKTS_00396841

- AKTS_00396842

- AKTS_00396843

- AKTS_00396844

- AKTS_00396845

- AKTS_00396846

- AKTS_00407943

- AKTS_00407943

- AKTS_00407978

- AKTS_00409963

- AKTS_00413328

- AKTS_00413593

- AKTS_00416926

- AKTS_00420970

- AKTS_00422332

- HODGE_000206

- HODGE_000210

- HODGE_000211

- HODGE_000212

- HODGE_000244

The foregoing documents show examples of Akoustis' wide-spread scheme to solicit, distribute, and use of Qorvo's confidential information.  Furthermore, these documents show the Qorvo BAW Proprietary Information and other trade secrets at issue and what happened to such information, including Akoustis' misappropriation, disclosure, and use, and related acts.  The documents also reflect when the foregoing acts occurred.

Trade secrets Akoustis misappropriated are further identified in Qorvo's May 1, 2023 Identification of Trade Secrets, which is incorporated herein by reference.

███████████████████████████████████████

Akoustis's illegal acts have harmed Qorvo, including by undermining the competitive advantage Qorvo derives from its confidential information, as explained in more detail below in response to Interrogatory No. 11, which response is incorporated herein by reference.

Regarding the false statements Akoustis has made concerning its products, Qorvo incorporates by reference its response to Interrogatory No. 8 and any supplements thereto.  In addition, pursuant to Rule 33(d), Qorvo identifies the following as exemplary documents reflecting Akoustis's false statements:

- AKTS_00000883

- AKTS_00000884

- AKTS_00002062

- AKTS_00002124

- AKTS_00011029

- AKTS_00024404

- AKTS_00042030

- AKTS_00042038

- AKTS_00042153

- AKTS_00046299

- AKTS_00076285

- AKTS_00076371

- AKTS_00076386

- AKTS_00076427

- AKTS_00076635

- AKTS_00076691

████████████████████████████████████

- AKTS_00076703
- AKTS_00076703
- AKTS_00076751
- AKTS_00076784
- AKTS_00076886
- AKTS_00076890
- AKTS_00076974
- AKTS_00076981
- AKTS_00076993
- AKTS_00077189
- AKTS_00077192
- AKTS_00077235
- AKTS_00077245
- AKTS_00077252
- AKTS_00077439
- AKTS_00077454
- AKTS_00077506
- AKTS_00077530
- AKTS_00077548
- AKTS_00077838
- AKTS_00077954
- AKTS_00078005
- AKTS_00078018

██████████████████████████

- AKTS_00078630

- AKTS_00078904

- AKTS_00080810

- AKTS_00082603

- AKTS_00082917

- AKTS_00084688

- AKTS_00084690

- AKTS_00084894

- AKTS_00084938

- AKTS_00084938

- AKTS_00085155

- AKTS_00085218

- AKTS_00085589

- AKTS_00085589

- AKTS_00085626

- AKTS_00086739

- AKTS_00089152

- AKTS_00115703

- AKTS_00119678

- AKTS_00125763

- AKTS_00137673

- AKTS_00138517

- AKTS_00143612

- AKTS_00149068
- AKTS_00149068
- AKTS_00221192
- AKTS_00222250
- AKTS_00224122
- AKTS_00225178
- AKTS_00226591
- AKTS_00227080
- AKTS_00234713
- QORVO_00000583
- QORVO_00000647
- QORVO_00000716
- QORVO_00000720
- QORVO_00007004
- QORVO_00018752
- QORVO_00023609
- QORVO_00023637
- QORVO_00023670
- QORVO_00023693
- QORVO_00023696
- QORVO_00023806
- QORVO_00023954
- QORVO_00023998

- QORVO_00024006

- QORVO_00024051

- QORVO_00024064

- QORVO_00024177

- QORVO_00024194

- QORVO_00024198

- QORVO_00024206

- QORVO_00024233

- QORVO_00024317

- QORVO_00024321

- QORVO_00024487

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10 (AUGUST 16, 2023)**

Subject to and without waiving the foregoing objections, Qorvo supplements its response as follows:

Pursuant to Rule 33(d), Qorvo additionally identifies the following document reflecting Akoustis's recruitment scheme:

- AKTS_00021023

Pursuant to Rule 33(d), Qorvo additionally identifies the following document relating to Akoustis's misappropriation of Qorvo's confidential information:

- AKTS_00037312

- AKTS_00037339

- AKTS_00051092

████████████████████████████

- AKTS_00051101

- AKTS_00060886

- AKTS_00065907

- AKTS_00065911

- AKTS_00066514

- AKTS_00066516

- AKTS_00076443

- AKTS_00090983

- AKTS_00092217

- AKTS_00106853

- AKTS_00119669

- AKTS_00119670

- AKTS_00135693

- AKTS_00135701

- AKTS_00153400

- AKTS_00153401

- AKTS_00153402

- AKTS_00153403

- AKTS_00153404

- AKTS_00153405

- AKTS_00157075

- AKTS_00157083

- AKTS_00157092

███████████████████████████████

- AKTS_00157223

- AKTS_00157224

- AKTS_00157707

- AKTS_00157708

- AKTS_00157713

- AKTS_00158395

- AKTS_00159391

- AKTS_00159392

- AKTS_00159398

- AKTS_00162125

- AKTS_00163231

- AKTS_00163232

- AKTS_00163238

- AKTS_00163266

- AKTS_00163267

- AKTS_00163273

- AKTS_00177910

- AKTS_00177912

- AKTS_00177917

- AKTS_00177918

- AKTS_00178088

- AKTS_00178089

- AKTS_00178654

████████████████████████████████

- AKTS_00178655

- AKTS_00179018

- AKTS_00179029

- AKTS_00179037

- AKTS_00179094

- AKTS_00179105

- AKTS_00179113

- AKTS_00180686

- AKTS_00180687

- AKTS_00180690

- AKTS_00180691

- AKTS_00186404

- AKTS_00186418

- AKTS_00186438

- AKTS_00188852

- AKTS_00188866

- AKTS_00188901

- AKTS_00272076

- AKTS_00273641

- AKTS_00277875

- AKTS_00285678

- AKTS_00323714

- AKTS_00323718

- AKTS_00328075

- AKTS_00328084

- AKTS_00328093

- AKTS_00407943

- AKTS_00407978

- AKTS_00409963

- AKTS_00413328

- AKTS_00413593

- AKTS_00416926

- AKTS_00422332

- QORVO_00622621

- QORVO_00623767

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10 (September 26, 2023)**

Pursuant to Rule 33(d), Qorvo additionally identifies the following document relating to

Akoustis's misappropriation of Qorvo's confidential information:

- AKTS_00323121

- AKTS_00323123

- AKTS_00323146

- AKTS_00471343

- AKTS_00471348

- AKTS_00472874

- AKTS_00472877

███████████████████████

- AKTS_00484501

- AKTS_00487276

- AKTS_00491117

- AKTS_00491118

- AKTS_00491119

- AKTS_00496841

- AKTS_00496842

- AKTS_00496871

- AKTS_00496906

- AKTS_00496940

- AKTS_00496962

- AKTS_00496974

- AKTS_00496975

- AKTS_00496988

- AKTS_00497006

- AKTS_00497032

- AKTS_00497056

- AKTS_00497058

- AKTS_00497091

- AKTS_00497112

- AKTS_00497140

- AKTS_00497165

- AKTS_00497190

████████████████████████████████

- AKTS_00497210
- AKTS_00497248
- AKTS_00497250
- AKTS_00499398
- AKTS_00499399
- AKTS_00499400
- AKTS_00499401
- AKTS_00499402
- AKTS_00499403
- AKTS_00499404
- AKTS_00499405
- AKTS_00504307
- AKTS_00504308
- AKTS_00504315
- AKTS_00504765
- AKTS_00504766
- AKTS_00511981
- AKTS_00511982
- AKTS_00512148
- AKTS_00512149
- AKTS_00512160
- AKTS_00512162
- AKTS_00512177

- AKTS_00512179

- AKTS_00517270

- AKTS_00517271

- AKTS_00517282

- AKTS_00517318

- AKTS_00517319

- AKTS_00517330

- AKTS_00517408

- AKTS_00517409

- AKTS_00517415

- AKTS_00525899

- AKTS_00525900

- AKTS_00530075

- AKTS_00545738

- AKTS_00545742

- AKTS_00545752

- AKTS_00564564

- AKTS_00564565

- AKTS_00573082

**INTERROGATORY NO. 11.**

For each piece of "Qorvo BAW Proprietary Information" that you contend relates to your allegation that "Akoustis has engaged in unfair or deceptive acts or practices and in unfair methods of competition affecting commerce in the state of North Carolina" and that "[s]uch acts violate the North Carolina Unfair and Deceptive Trade Practices Act, N.C.G.S. § 75-1.1", describe in detail all facts, evidence, and information concerning your allegation that "Qorvo

████████████████████████████

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____

OF COUNSEL:

Robert M. Masters
Jonathan R. DeFosse
Timothy P. Cremen
Roy D. Jung
SHEPPARD, MULLIN, RICHTER
    & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC  20006-6801
(202) 747-1900

Eric K. Gill
Zachary Alper
Theodore Mayer
SHEPPARD, MULLIN, RICHTER
    & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA  92130-4092
(858) 720-8900

James C. Wald
Kazim A. Naqvi
SHEPPARD, MULLIN, RICHTER
    & HAMPTON LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA  90067
(310) 228-3700

September 26, 2023

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*