# EXHIBIT 22

# REDACTED IN THE ENTIRETY