IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to file their answering briefs in opposition to motions for summary judgment (D.I. 442, 444) is extended from February 19 (a Court holiday) to February 20, 2024.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

BAYARD, P.A.

/s/ *Stephen B. Brauerman*

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants
Akoustis Technologies, Inc. and Akoustis, Inc.*

February 15, 2024

SO ORDERED this _____ day of _____, 2024.

_____
United States District Court Judge