IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QORVO, INC.,                                          )
                                                      )
                        Plaintiff,                    )
                                                      )
        v.                                            )   C.A. No. 21-1417 (JPM)
                                                      )
AKOUSTIS TECHNOLOGIES, INC. and                       )
AKOUSTIS, INC.,                                       )
                                                      )
                        Defendants.                   )

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the

deadline for Qorvo, Inc. to file redacted versions of its Opening Briefs in Support of its Motions

to Exclude Expert Testimony and the supporting Declaration of Jonathan DeFosse (D.I. 452, 454,

455) is extended until February 23, 2024.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          BAYARD, P.A.

/s/ Jeremy A. Tigan                           /s/ Stephen B. Brauerman

_____             _____
Jack B. Blumenfeld (#1014)                    Stephen B. Brauerman (#4952)
Jeremy A. Tigan (#5239)                       Ronald P. Golden III (#6254)
Anthony D. Raucci (#5948)                     600 North King Street, Suite 400
1201 North Market Street                      Wilmington, DE  19801
P.O. Box 1347                                 (302) 655-5000
Wilmington, DE  19899-1347                    sbrauerman@bayardlaw.com
(302) 658-9200                                rgolden@bayardlaw.com
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com                      *Attorneys for Defendants*
araucci@morrisnichols.com                     *Akoustis Technologies, Inc. and Akoustis, Inc.*

*Attorneys for Plaintiff Qorvo, Inc.*

February 19, 2024

            SO ORDERED this _____ day of _____, 2024.


                                        _____
                                        United States District Court Judge