IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:21-cv-01417-JPM |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Qorvo, Inc. to file redacted versions of its Opening Briefs in Support of its Motions to Exclude Expert Testimony and the supporting Declaration of Jonathan DeFosse (D.I. 452, 454, 455) is extended until February 23, 2024.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
| */s/ Jeremy A. Tigan* | */s/ Stephen B. Brauerman* |
| Jack B. Blumenfeld (#1014) | Stephen B. Brauerman (#4952) |
| Jeremy A. Tigan (#5239) | Ronald P. Golden III (#6254) |
| Anthony D. Raucci (#5948) | 600 North King Street, Suite 400 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 655-5000 |
| Wilmington, DE 19899-1347 | sbrauerman@bayardlaw.com |
| (302) 658-9200 | rgolden@bayardlaw.com |
| jblumenfeld@morrisnichols.com | |
| jtigan@morrisnichols.com | *Attorneys for Defendants* |
| araucci@morrisnichols.com | *Akoustis Technologies, Inc. and Akoustis, Inc.* |

*Attorneys for Plaintiff Qorvo, Inc.*

February 19, 2024

**IT IS SO ORDERED** this 20th day of February, 2024.

/s/ Jon P. McCalla
JON P. McCALLA
UNLITED STATES DISTRICT JUDGE