# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>　　　　　Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED**<br><br>**[FILED UNDER SEAL]** |

## NOTICE OF SUBSTITUTION OF THE EXHIBITS TO THE DECLARATION OF DAVID S. ELKINS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Defendants Akoustis Technologies, Inc. and Akoustis, Inc. ("Akoustis") hereby submit the excerpts of the certified final transcripts of the depositions of Dr. Stanley Shanfield and Dr. Helge Heinrich as Exhibit 6 and Exhibit 10, respectively, to the Declaration of David S. Elkins in Support of Akoustis' Motion for Partial Summary Judgment (D.I. 447) in substitution for the respective rough transcripts submitted on February 1, 2024.

| | |
|---|---|
| Dated:   February 8, 2024 | Respectfully submitted, |
| | */s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, Delaware<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |
| OF COUNSEL:<br><br>Ronald S. Lemieux<br>David S. Elkins<br>Victoria Q. Smith<br>Squire Patton Boggs (US) LLP<br>1841 Page Mill Road<br>Suite 150<br>Palo Alto, California 94304<br>(650) 856-6500<br>ronald.lemieux@squirepb.com<br>david.elkins@squirepb.com<br>victoria.smith@squirepb.com | *Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* |

# EXHIBIT 6

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1         IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF DELAWARE
 3
 4   - - - - - - - - - - - - - -+
 5   QORVO, INC.,                |
 6            Plaintiff,         | Case Number:
 7     vs.                       | 1:21-cv-01417-JPM
 8   AKOUSTIS TECHNOLOGIES,      |
 9   INC., and AKOUSTIS, INC.,   |
10            Defendants.        |
11   - - - - - - - - - - - - - -+
12
13         CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15                Videotaped Deposition of
16                STANLEY SHANFIELD, Ph.D.
17                Friday, January 26, 2024
18                       9:15 a.m.
19
20
21   Reported by:
22   Laurie Donovan, RPR, CRR, CLR
23   Veritext Job No. 6391961
24
25   PAGES 1 - 256
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        ACKNOWLEDGEMENT OF WITNESS
 2
 3        I, Stanley Shanfield, Ph.D., do
 4   hereby acknowledge that I have read and
 5   examined the foregoing testimony, and the
 6   same is a true, correct and complete
 7   transcription of the testimony given by me,
 8   and any corrections appear on the attached
 9   Errata sheet signed by me.
10
11
12   _____  _____
13   (DATE)            STANLEY SHANFIELD, Ph.D.
14
15
16
17
18
19
20
21
22
23
24
25
                                                Page 254
```

```
 1   CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
 2
 3        I, Laurie Donovan, Registered
 4   Professional Reporter, Certified Realtime
 5   Reporter, and notary public for the District
 6   of Columbia, the officer before whom the
 7   foregoing deposition was taken, do hereby
 8   certify that the foregoing transcript is a
 9   true and correct record of the testimony
10   given; that said testimony was taken by me
11   stenographically and thereafter reduced to
12   typewriting under my supervision; and that I
13   am neither counsel for, related to, nor
14   employed by any of the parties to this case
15   and have no interest, financial or otherwise,
16   in its outcome.
17        IN WITNESS WHEREOF, I have hereunto
18   set my hand and affixed my notarial seal this
19   2nd day of February 2024.
20
21
22   LAURIE DONOVAN, RPR, CRR
23   NOTARY PUBLIC IN AND FOR THE
24   DISTRICT OF COLUMBIA
25   My commission expires:  July 14, 2027
                                                Page 256
```

```
 1        E R R A T A  S H E E T
 2   IN RE:  QORVO, INC. vs. AKOUSTIS TECHNOLOGIES
 3   RETURN BY:
 4   PAGE   LINE         CORRECTION AND REASON
 5   ____   ____   _____
 6   ____   ____   _____
 7   ____   ____   _____
 8   ____   ____   _____
 9   ____   ____   _____
10   ____   ____   _____
11   ____   ____   _____
12   ____   ____   _____
13   ____   ____   _____
14   ____   ____   _____
15   ____   ____   _____
16   ____   ____   _____
17   ____   ____   _____
18   ____   ____   _____
19   ____   ____   _____
20   ____   ____   _____
21   ____   ____   _____
22   ____   ____   _____
23   ____   ____   _____
24
     _____  _____
25   STANLEY SHANFIELD, Ph.D.         DATE
                                                Page 255
```

# EXHIBIT 10

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                      MARSHALL DIVISION
    _____
 4  AKOUSTIS TECHNOLOGIES,    :
 5  INC. AND AKOUSTIS, INC., :
 6          Plaintiffs,       :
 7      v.                    :  Civil Action No.
 8  QORVO, INC.,              :   2:23-cv-180
 9          Defendant.        :
    _____:
10
11
12
13       Remote Zoom Videotaped Deposition of HELGE
14  HERMANN HEINRICH, PH.D., taken with the witness
15  participating from his office at the University
16  of Virginia, Thornton Hall, 351 McCormick Road,
17  Charlottesville, Virginia, beginning at 9:01 a.m.,
18  Friday, January 26, 2024, before Ryan K. Black,
19  Registered Professional Reporter, Certified
20  Livenote Reporter and Notary Public in and for
21  the Commonwealth of Pennsylvania.
22
23
24  JOB No. 6391955
25  PAGES 1 - 122
```

Page 1

```
 1            C E R T I F I C A T E
 2
 3        I do hereby certify that I am a Notary
 4   Public in good standing, that the aforesaid
 5   testimony was taken before me, pursuant to
 6   notice, at the time and place indicated; that
 7   said deponent was by me duly sworn to tell the
 8   truth, the whole truth, and nothing but the
 9   truth; that the testimony of said deponent was
10   correctly recorded in machine shorthand by me and
11   thereafter transcribed under my supervision with
12   computer-aided transcription; that the deposition
13   is a true and correct record of the testimony
14   given by the witness; and that I am neither of
15   counsel nor kin to any party in said action, nor
16   interested in the outcome thereof.
17
18        WITNESS my hand and official seal this
19   2nd
20
21
22
23        Ryan K. Black, RPR, CLR
24        Notary Public
25
```

Page 122

32 (Page 122)

## CERTIFICATE OF SERVICE

I certify that counsel of record is being served on February 8, 2024, with a copy of this document via email.

>   */s/ Stephen B. Brauerman*
>   Stephen B. Brauerman (#4952)

**Notices**

1:21-cv-01417-JPM Qorvo, Inc. v. Akoustis Technologies, Inc. et al

PATENT

## U.S. District Court

## District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Golden, Ronald on 2/8/2024 at 3:42 PM EST and filed on 2/8/2024
**Case Name:**        Qorvo, Inc. v. Akoustis Technologies, Inc. et al
**Case Number:**      1:21-cv-01417-JPM
**Filer:**            Akoustis Technologies, Inc.
                      Akoustis, Inc.
**Document Number:** 448

**Docket Text:**
[SEALED] NOTICE of Substitution of The Exhibits to The Declaration of David S. Elkins by Akoustis Technologies, Inc., Akoustis, Inc. re [447] Declaration,, (Attachments: # (1) Exhibit 6, # (2) Exhibit 10, # (3) Certificate of Service)(Golden, Ronald)


**1:21-cv-01417-JPM Notice has been electronically mailed to:**

David S. Elkins     david.elkins@squirepb.com, danni.fontana@squirepb.com

Eric K. Gill     egill@sheppardmullin.com, ksok@sheppardmullin.com

Jack B. Blumenfeld     Jbbefiling@mnat.com, jblumenfeld@mnat.com, mnat_IP_eFiling@morrisnichols.com

Jeremy A. Tigan     JTigan@morrisnichols.com, jatefiling@mnat.com, mnat_IP_eFiling@morrisnichols.com

Jonathan R. DeFosse     jdefosse@sheppardmullin.com

Robert M. Masters     rmasters@sheppardmullin.com, mrpatrick@sheppardmullin.com

Ronald P. Golden , III     rgolden@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com

Roy D. Jung     rjung@sheppardmullin.com

Stephen B. Brauerman     sbrauerman@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com, tdevine@bayardlaw.com

Timothy P. Cremen     tcremen@sheppardmullin.com

Victoria Q. Smith     victoria.smith@squirepb.com

Zachary Alper     zalper@sheppardmullin.com

**1:21-cv-01417-JPM Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/8/2024] [FileNumber=5459887-0]
[7e4310c10a1638044605448a237ce866a473f15c9fe7aaf59488611c48f9d7fe4f07
e348848247bc4dea16132467279e6813a8b69bced93f953dcad5dbac3bab]]
**Document description:** Exhibit 6
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/8/2024] [FileNumber=5459887-1]
[8df82f725e7a955f76e83c5a5a66244147eb9a94d421a53ba8e61ee122967a86403d
7fc71f7b088a0cf6a5606a48b3f21881c1d8b50cb13b53e8bac07ce94fa3]]
**Document description:** Exhibit 10
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/8/2024] [FileNumber=5459887-2]
[6bdcf09ba578c461ea9dbc9ccd665dcdf3c15b84883308c2e80df5fd834221e69a1b
123b4d1d0ef1050d51487b8aef3920eb8e869f2dd81586dc13a4ca47223b]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/8/2024] [FileNumber=5459887-3]
[62c9d546141b8e51e7a0837854c9f8e7fcfbbf057ef15f58e80534cb3d5374c00c4a
45b66883287168b302e873a6aea5079ed7f5d7d541666581630411a76f41]]