IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
|            Plaintiff, | ) **PUBLIC VERSION** <br> ) <br> ) |
| v. | ) C.A. No. 21-1417 (JPM) <br> ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) **Confidential Version Filed: February 9, 2024** <br> ) |
|            Defendants. | ) **Public Version Filed: February 23, 2024** |

**DECLARATION OF JONATHAN DEFOSSE REGARDING PLAINTIFF'S MOTIONS TO EXCLUDE EXPERT TESTIMONY OF AKOUSTIS EXPERTS DR. MICHAEL LEBBY AND CARLYN IRWIN**

I, Jonathan DeFosse, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar for the District of Columbia and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so. I provide this Declaration in support of Qorvo's Motions to Exclude: 1) Expert Testimony of Akoustis Expert Dr. Michael Lebby; 2) Expert Testimony of Akoustis Expert Carlyn Irwin (the "Motions").

2. Attached as **Exhibit A** is a true and correct copy of Qorvo expert Cuyler Robinson's expert report, served on November 21, 2023.

3. Attached as **Exhibit B** is a true and correct copy of Qorvo expert Dr. Stanley Shanfield's expert report regarding trade secrets, served on November 21, 2023.

4. Attached as **Exhibit C** is a true and correct copy of the corrected copy of Akoustis expert Dr. Michael Lebby's expert report, served on January 16, 2024 (dated January 5, 2024).

5. Attached as **Exhibit D** are true and correct copy of relevant excerpts cited in the Motions from the deposition transcript of Dr. Michael Lebby, dated January 31, 2024.

6. Attached as **Exhibit E** is a true and correct copy of Akoustis expert Carlyn Irwin's expert report, served on December 20, 2023.

7. Attached as **Exhibit F** are true and correct copy of relevant excerpts cited in the Motions from the deposition transcript of Carlyn Irwin, dated January 26, 2024.

8. Attached as **Exhibit G** is a true and correct copy of the corrected copy of Akoustis expert Dr. Robert Darveaux's expert report, served on January 16, 2024.

9. Attached as **Exhibit H** are true and correct copy of relevant excerpts cited in the Motions from the deposition transcript of Dr. Robert Darveaux, dated January 18, 2024.

10. Attached as **Exhibit I** is a true and correct copy of Akoustis expert Dr. Clark Nguyen's expert report, served on December 20, 2023.

11. Attached as **Exhibit J** is a true and correct copy of Exhibit 530 (AKTS_00264715) from the January 31, 2024 deposition of Dr. Michael Lebby (originally used in the deposition of David Aichele on September 15, 2023).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 9, 2024.

*/s/ Jonathan R. DeFosse*
Jonathan DeFosse

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 9, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA  94304-1216<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)