IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>　　　　Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED**<br>[FILED UNDER SEAL]<br>[PUBLIC VERSION] |

**THE AKOUSTIS DEFENDANTS'
MOTION TO EXCLUDE CERTAIN DAMAGES OPINIONS OF MELISSA A. BENNIS**

　　　Pursuant to Federal Rule of Evidence 702, defendants Akoustis Technologies, Inc. and Akoustis Inc. ("Akoustis" or the "Akoustis Defendants") respectfully move the Court for an Order excluding the following opinions of plaintiff Qorvo, Inc.'s damages expert Melissa A. Bennis because they are unreliable and do not fit the facts of this case.

　　　1.　　Ms. Bennis' opinion regarding "head-start" unjust enrichment damages is the basis for all trade secret misappropriation damages, including for the trade secret misappropriation portion of Qorvo's unfair competition claim. That opinion is fatally flawed and thus unreliable for two primary reasons. First, it is based on a comparison of the "time value" of bare revenue that Akoustis actually received versus the revenue it would have received if that revenue had been delayed by five years. Revenue, however, is not a cognizable basis for calculating unjust enrichment except as part of the calculation of a defendant's "ill-gotten" profits – which Ms. Bennis does not purport to calculate, as Akoustis has never earned a profit. Second, even if revenue were a proper basis for unjust enrichment damages (it is not), Ms. Bennis errs by including in her revenue calculation all of Akoustis' historical revenue, including that which is not related to Qorvo's purported trade secrets.

2.      Ms. Bennis' opinion regarding damages for "employee poaching" – part of Qorvo's claimed unfair competition damages – is also unreliable. Her opinion relates to the actual damages that Qorvo purportedly suffered in replacing employees it lost to Akoustis' purported "poaching." Ms. Bennis bases her opinion, however, on the ▮▮▮▮▮▮▮▮▮▮▮▮ employees at RFM Integrated Device, Inc. ("RFMi"), a fabless supplier of surface acoustic wave ("SAW") resonators and filters that Akoustis acquired in 2022. Ms. Bennis conducted no analysis regarding the comparability of employee replacement costs between the two companies. Nor did she even ask Qorvo whether it actually replaced any of the allegedly poached employees about whom she opines on replacement costs.

The grounds for this motion are set forth in its brief in support, declarations, and exhibits, concurrently filed.

Dated:  February 9, 2024

OF COUNSEL:

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
Squire Patton Boggs (US) LLP
1841 Page Mill Road
Suite 150
Palo Alto, California 94304
(650) 856-6500
ronald.lemieux@squirepb.com
david.elkins@squirepb.com
victoria.smith@squirepb.com

Respectfully submitted,

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*

## **CERTIFICATE OF SERVICE**

I, Stephen B. Brauerman, hereby certify that on February 9, 2024, a true and correct copy of the foregoing was served on all counsel of record.

Date: February 9, 2024

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)

**Motions**

1:21-cv-01417-JPM Qorvo, Inc. v. Akoustis Technologies, Inc. et al

PATENT

# U.S. District Court

## District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Golden, Ronald on 2/9/2024 at 4:58 PM EST and filed on 2/9/2024
**Case Name:**       Qorvo, Inc. v. Akoustis Technologies, Inc. et al
**Case Number:**     1:21-cv-01417-JPM
**Filer:**           Akoustis Technologies, Inc.
                     Akoustis, Inc.
**Document Number:** 456

**Docket Text:**
**[SEALED] MOTION to Exclude Certain Damages Opinions of Melissa A. Bennis - filed by Akoustis Technologies, Inc., Akoustis, Inc.. (Attachments: # (1) Certificate of Service)(Golden, Ronald)**


**1:21-cv-01417-JPM Notice has been electronically mailed to:**

David S. Elkins     david.elkins@squirepb.com, danni.fontana@squirepb.com

Eric K. Gill     egill@sheppardmullin.com, ksok@sheppardmullin.com

Jack B. Blumenfeld     Jbbefiling@mnat.com, jblumenfeld@mnat.com, mnat_IP_eFiling@morrisnichols.com

Jennifer Klein Ayers     jayers@sheppardmullin.com, 3515833420@filings.docketbird.com

Jeremy A. Tigan     JTigan@morrisnichols.com, jatefiling@mnat.com, mnat_IP_eFiling@morrisnichols.com

Jonathan R. DeFosse     jdefosse@sheppardmullin.com

Robert M. Masters     rmasters@sheppardmullin.com, mrpatrick@sheppardmullin.com

Ronald P. Golden , III     rgolden@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com

Roy D. Jung     rjung@sheppardmullin.com

Stephen B. Brauerman     sbrauerman@bayardlaw.com, lfracek@bayardlaw.com, ntalarowski@bayardlaw.com, tdevine@bayardlaw.com

Timothy P. Cremen     tcremen@sheppardmullin.com

Victoria Q. Smith     victoria.smith@squirepb.com

Zachary Alper     zalper@sheppardmullin.com

**1:21-cv-01417-JPM Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document  
**Original filename:**n/a  
**Electronic document Stamp:**  
[STAMP dcecfStamp_ID=1079733196 [Date=2/9/2024] [FileNumber=5461665-0] [801a6ec6594585d53267dbddcf6ac8942a0fa71343fdfbeac8b1d3d00d5378747e0a e45bb2287c3d95bf6cd2e1dea943ada92c580555668fa63071d3cce0ad2f]]  
**Document description:** Certificate of Service  
**Original filename:**n/a  
**Electronic document Stamp:**  
[STAMP dcecfStamp_ID=1079733196 [Date=2/9/2024] [FileNumber=5461665-1] [07f72e4145419c310c19cd37e053a24bc199edba7530364060b0c8e1738ceff40cf2 17976dc85fb3513177e2b3d41e9ae23a193c676bf81f6d97bce5a1ff265a]]