| | |
|---|---|
| QORVO, INC. | |
| Plaintiff, | C.A. No. 21-1417 (JPM) |
| v. | |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | **JURY TRIAL DEMANDED** |
| Defendants. | |

**DECLARATION OF DR. MICHAEL LEBBY IN SUPPORT OF
THE AKOUSTIS DEFENDANTS' BRIEF IN RESPONSE TO
PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY**

I, Michael Lebby, declare as follows:

1.      I have been retained by Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") to provide my expert opinion in the above-captioned matter and have submitted a rebuttal expert report regarding trade secrets.  I make this declaration in support of the Akoustis Defendants' Brief in Response to Plaintiff's Motion to Exclude the Expert Testimony of Dr. Michael Lebby (D.I. 453, 454).

2.      If called to testify under oath in court, I could and would testify competently to the facts stated herein.

3.      I have worked in the electronics industry since the mid-1980s and have served in various roles in large and small companies during that time.  My roles sometimes require me to attend industry conferences during which I and other attendees (also called "delegates") would be shown presentations containing technological subject matter during talks given by employees of companies of various sizes.

4.	After their conclusion, some conferences will allow attendees to download the presentations that were shown at the conference.  I and other attendees would receive an email notification that contain a link through which we could download the presentations.  Generally, these links remain active for a set time period, e.g., one week after the conclusion of a conference.

5.	Attached hereto as **Exhibit 1** is a true and correct copy of an email dated March 9, 2016 from Mr. Stephen Whitehurst, COO of Angel Business Communications regarding the last chance to download the presentations shown at the inaugural PIC International conference in 2016 which focuses on the photonic integrated circuit (PIC) industry.  The event overview and agenda for this conference are available on the PIC International website at https://picinternational.net/past-events/2016.  I received Exhibit 1 after the 2016 conference was concluded.  Exhibit 1 requests feedback after which I would be able to download the conference presentations (emphasis in original):  "***Once we receive your feedback, you will be able to download all the latest conference presentations.***"

6.	Additionally, I am sometimes a presenter at conferences.  Generally, prior to the conference, I and other presenters receive email correspondence from the conference coordinators requesting that our presentations be submitted in advance to ensure that the presentations can be shown at conference without any technical difficulties.

7.	Attached hereto as **Exhibit 2** is a true and correct copy of an email string with the most recent email dated February 7, 2018 to Mr. Adam Richardson, Marketing Manager of Angel Business Communications regarding presentations for the 3rd PIC International conference.  The event overview and agenda for the 2018 conference are available on the PIC International website at https://picinternational.net/past-events/2018.  I was a speaker at this conference and received Exhibit 2 in advance of the conference.  The initiating email (dated February 7, 2018 at 3:56 a.m.)

from Mr. Richardson states that, "After the event we will be distributing presentations (pdf versions) via a download link to our delegates unless we receive written confirmation from yourselves that you do not wish for your talk to be circulated." In a subsequent email (dated February 7, 2018 at 4:31 a.m.), Mr. Richardson states that the initiating email is a "general mailer to all speakers."

8.      As a part of my work and throughout my professional career, I attend industry conferences to learn about markets, technologies, competition, products, and other things that help me to do my job and make the company that I work for successful. For example, shortly after the submission of my rebuttal report in this case and the following holiday season, I traveled to Europe from January 9 through 22, 2024 for business meetings as a representative for my company Lightwave Logic Inc., and followed that with a trip from January 23 to 27, 2024 to represent Lightwave Logic Inc. at the LD Micro Banking conference in Puerto Rico. From January 28 to January 31st, during which I was also preparing for and attending my deposition in this case, I was in San Francisco attending and speaking at SPIE's Photonics West and, in particular, Optica's VIP executive reception with over 500 attendees, as well as EPICs VIP executive lunch with over 150 attendees.

9.      In the month of January and not counting my own presentations and the presentations of others that I attended at conferences, I estimate that I had over twenty meetings in which I spoke to at least 100 executives in the technology industry.

10.      Throughout my professional career, I have downloaded and saved a number of conference presentations for future reference. Sometimes I may miss an oral talk that is recorded at a conference that I am attending. I would download the talk's presentation and/or video and view the presentation/recorded talk on my own schedule after the conference has concluded. I

have attached two examples of conference presentations that I have downloaded and stored as part of my routine practice.

11.     Attached hereto as **Exhibit 3** is a true and correct copy of a presentation entitled "The Quest for 5G, CS International 2016" by Mr. Michael O'Neal.  Exhibit 3 bears the Qorvo trademark in the top left corner of the first slide as well as in the footer of each subsequent slide. The footer also includes the phrase "Qorvo® Proprietary Information, ©2016 Qorvo, Inc."  I downloaded Exhibit 3 from a link provided to me as an attendee of the CS International conference in 2016.   The event overview and gallery are available on the CS International website at https://csinternational.net/past-events/2016.  Two photos on the gallery show a bag given out at the conference with the "CS International" conference name along with Qorvo's logo.

12.     Attached hereto as **Exhibit 4** is a true and correct copy of a presentation entitled "Organic versus Compound Semiconductor:  Competitive or Complementary Materials for Particular Applications" by Andreas Tonnis, CTO of AIXTRON.  The footer of this presentation includes the phrases "2016 | CS International, Brussels, Belgium" and "Confidential ● Proprietary" (the latter in red font).  I downloaded Exhibit 4 from a link provided to me as an attendee of the CS International conference in 2016.

13.     Exhibits 3 and 4 are two of many examples of conference presentations that I have downloaded after the conclusion of conferences that I have attended and that bear "confidential" or "proprietary" labels.  For the CS International conference in 2016, in addition to Exhibits 3 and 4, I am aware of nine other presentations that were publicly shown at the conference and then made available to attendees by download after the conference concluded and that bear "confidential," "proprietary," or similar labels.

14.     For the ECOC Market Focus conference in 2017 (website at https://ecoc2017.org/), I am aware of six presentations that were publicly shown at the conference and then made available to attendees by download after the conference concluded and that bear "confidential," "proprietary," or similar labels.

15.     For the joint CS International and PIC International conferences in 2019 (event overview and speakers and agenda available at https://csinternational.net/past-events/2019), I am aware of 10 presentations that were publicly shown at the conference and then made available to attendees by download after the conference concluded and that bear "confidential," "proprietary," or similar labels.

16.     In addition to the presentations described in paragraphs 11 through 15 above, I am aware of at least fifteen other presentations that were publicly shown at industry conferences and then made available to attendees by download after the conferences concluded and that bear "confidential," "proprietary," or similar labels.  The individuals who gave the talks and used the presentations that are described in this declaration represented companies across a vast spectrum of sizes, from start-ups with only a dozen employees to multinational companies with tens of thousands of employees.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 23rd day of February 2024, in San Francisco, California.

_____
Michael Lebby