# LEBBY EXHIBIT 1

**From:** Photonic Integrated Circuits conference  mail21@angelbc-mail.com
**Subject:** Last chance to download the conference presentations
**Date:** March 9, 2016 at 6:37 AM
**To:** drmlebby@gmail.com



**Dear Michael Lebby,**

We do hope that you thoroughly enjoyed the inaugural PIC International conference in Brussels on the 1st 2nd March and we thank you for attending.

*We have noticed that you have not yet downloaded the updated conference presentations. The presentations will only be available for the next 7 days.*

The feedback received at the event has been very positive and I do hope you also benefitted from your attendance.

I would very much appreciate your feedback so that we can make the 2nd conference in 2017 even better! survey is only 2 questions long and 2 minutes of your time will help shape your conference for 2017.

*Once we receive your feedback, you will be able to download all the conference presentations.*

# www.picinternational.net/feedback

Kind regards,



**Stephen Whitehurst**
Chief Operating Officer
Tel: +44 (0)2476 718970
Email: stephen.whitehurst@angelbc.com

**PS: We are also launching a new quarterly PIC Magazine. If you have not registered to receive your copy, register here:** www.picmagazine.net

If you'd rather not receive any emails from us, please unsubscribe by clicking here

Angel Business Communications. 6 Bow Court, Fletchworth Gate, Burnsall Road, Coventry, West Midlands CV5 6SP. Registered in England & Wales with number 1972952.