# LEBBY EXHIBIT 2

**From:** Michael Lebby drmlebby@gmail.com
**Subject:** Re: PIC International: UPDATED Presentation Guidelines & Deadlines Reminders
**Date:** February 7, 2018 at 7:32 AM
**To:** Adam Richardson adam.richardson@angelbc.com



No problem at all.  Just thought you should be aware as after the case I can help on the transport.

On Feb 7, 2018, at 4:31 AM, Adam Richardson <adam.richardson@angelbc.com> wrote:

> Hi Michael, I understand and appreciate I'm bombarding somewhat this week so apologies.
>
> This is just a general mailer to all speakers and doesn't necessarily take into consideration individual circumstances and we of course will be flexible with deadlines.
>
> Thanks for getting back to me so quickly this week on a variety of matters.
>
> Best regards
>
> Adam
>
> Adam Richardson
> Marketing Manager
> Angel Business Communications
>
> **T**: +44 (0)2476 823120; **F**: +44 (0)2476 718971
> **W**: www.taas.technology. www.cs-international.net; www.picinternational.net; www.highendsensors.net;
>
> <image001.png>
> Disclaimer:
> Any opinions expressed in this email are those of the individual and not necessarily the company.  This email and any files transmitted with it are confidential and solely for the use of the intended recipient.  If you are not the intended recipient or the person responsible for delivering to the intended recipient, be advised that you have received this email in error and that any use is strictly prohibited.  If you have received this email in error, advise the sender immediately by using the reply facility in your email software.  We have taken every reasonable precaution to ensure that any attachment to this email is swept for viruses. However, we cannot accept liability for any damaged sustained as a result of software viruses and advise you to carry out your own virus checks before opening any attachment.
> Company Reg: 1972952
>
> **From:** Michael Lebby [mailto:drmlebby@gmail.com]
> **Sent:** 07 February 2018 12:29
> **To:** Adam Richardson <adam.richardson@angelbc.com>
> **Subject:** Re: PIC International: UPDATED Presentation Guidelines & Deadlines Reminders
>
> fyi - i am in the waymo/google vs uber case right now in SF.  i am uber's technical expert.  once this is finished i can help you with the automotive stuff.  this is a huge trial - as you probably can see from the news.
>
> michael

> On Feb 7, 2018, at 3:56 AM, Adam Richardson <adam.richardson@angelbc.com> wrote:
>
> Dear Speakers,
>
> With PIC International fast approaching please find below updated guidelines and deadlines for your talk at the Brussels Conference for your perusal.
>
> 1. **Presentation time**: 15 minutes
> 2. **Presentation preferred format:** 16:9 aspect ratio in both a ppt and pdf
> 3. **Presentation draft deadline submission**: 16 February 2018*
>
> *The reason we ask for presentations in advance is to ensure that any technical issues can be overcome and remedied by the AV team in advance of the days of the actual event – for instance should you wish to include videos or other elements in your presentation.
>
> Also for speakers who are yet to have submitted their abstracts or confirmed which theme is most suitable for your talk can you please send to me as soon as possible as these will be included in the official Conference guide, which will be going into production shortly.
>
> The agenda will be officially launched in the coming weeks with your specific time and day of your presentation.
>
> After the event we will be distributing presentations (pdf versions) via a download link to our delegates unless we receive written confirmation from yourselves that you do not wish for your talk to be circulated.
>
> If you have any questions at all regarding the above please don't hesitate to contact me.
>
> We look forward to your contributions in April.
>
> Many thanks & best regards
>
> Adam
>
> Adam Richardson
> Marketing Manager
> Angel Business Communications
>
> **T**: +44 (0)2476 823120; **F:** +44 (0)2476 718971
> **W:** www.taas.technology. www.cs-international.net; www.picinternational.net; www.highendsensors.net;
>
> <image001.png>
> Disclaimer:
> Any opinions expressed in this email are those of the individual and not necessarily the company.  This

email and any files transmitted with it are confidential and solely for the use of the intended recipient. If you are not the intended recipient or the person responsible for delivering to the intended recipient, be advised that you have received this email in error and that any use is strictly prohibited. If you have received this email in error, advise the sender immediately by using the reply facility in your email software. We have taken every reasonable precaution to ensure that any attachment to this email is swept for viruses. However, we cannot accept liability for any damaged sustained as a result of software viruses and advise you to carry out your own virus checks before opening any attachment.
Company Reg: 1972952

Disclaimer
_____
_____ This email message has been scanned for viruses and delivered safely by Barracuda Networks.
_____
_____

## Disclaimer

_____
_____ This email message has been scanned for viruses and delivered safely by Barracuda Networks.

_____
_____