# LEBBY EXHIBIT 3



# The Quest for 5G
# CS International 2016

**Michael O'Neal**

Qorvo® Proprietary Information
© 2016  Qorvo, Inc.

# Market Trends Driving 5G

## Everything on the Cloud

- APPLICATIONS
- PLATFORMS
- VIRTUALIZED INFRASTRUCTURE



## Ubiquitous Connectivity

- VIDEO STREAMING EVERYWHERE
- VIRTUAL REALITY/TELEPRESENCE
- INTERNET OF EVERYTHING



## Smart Infrastructure

- SELF-DRIVING/CONNECTED CARS
- SMART CITIES
- CRITICAL CONTROL OF REMOTE DEVICES





# 5G System Requirements

|  | 4G | 5G |
|---|---|---|
| Cell edge data rates | 10 Mbps | 1 Gbps+ |
| Spectral Efficiency |  | 3x improvement |
| User plane latency | < 10ms | < 1ms |
| Mobility | 350 kmph | 500 kmph |
| Network energy efficiency | - | Need to improve energy efficiency by 50% |
| Traffic density | - | 10s of Tbps |
| Connection density | - | Millions of connections/km2 |



**Enhanced Mobile Broadband**
- Gigabytes in a second
- 3D video, UHD screens
- Work and play in the cloud
- Smart home/Building
- Augmented reality
- Voice
- Self-driving car
- Smart city
- Mission critical application
- Industry automation

**Massive Machine Type Communications**

**Ultra-Reliable and Low-Latency Communications**

# Key Disruptive Technology Trends Enabling 5G

- mmW Spectrum
- Massive MIMO
- Advanced Coding & Modulation Schemes
- Integrated Backhaul & Cloud-based RAN



- Higher Frequency, Wider BW, Higher Efficiency PAs
- Low NF LNA, Quantized Phase Shifters, Ultra-low jitter clocks
- Low Cost mmW Packaging
- Ultra-High Speed and Low Power ADC/DAC
- High Gain Directional Antenna and Beamforming
- Very High Data Rate Serial Links – SerDes, TIA and Optical Drivers



# Delivering Higher Capacity and Better User Experience



Massive MIMO



LTE-Pro / AAS



LTE-A and LTE –U

**10x User Experience Data Rates**
**100x Air Traffic Capacity**
**3x Spectral Efficiency**



# Proposed Architecture for 5G
## Smaller Form Factor, Wider Bandwidth and Higher Efficiency Power Amplifiers

### All Digital BF



**PROS:**
- Most flexible
- Optimal MU-MIMO

**CONS:**
- High DC power consumption

**ENABLING TECHNOLOGIES:**
- High-power High-efficiency PA
- Low power ADC/DACs

### Tiled Hybrid BF



**PROS:**
- Fewer baseband chains
- Larger arrays for more beamforming gain

**CONS:**
- Complex phase shifter network

**ENABLING TECHNLOGIES:**
- Integrated Beamforming RFICs
- Integrated FEMs (LNA+PA+SW)

### Switched Beam



**PROS:**
- Fewer baseband chains
- Larger arrays for more beamforming gain

**CONS:**
- More complex antenna

**ENABLING TECHNLOGIES:**
- High-power high-efficiency PA w/ Integrated switches



# GaN Enabling Monolithic Frontend Solution for 5G

## Higher PD → Small Size → Miniaturization & Easy Integration



**0.25 mm pHEMT**
PD: ~ 650 mW/mm

4.3 x 3.0 mm

**0.15 mm pHEMT**
PD: ~ 800 mW/mm

3.0 x 2.9 mm

**0.15 mm GaN HEMT**
PD: ~ 2800 mW/mm

2.6 x 0.9 mm

**Massive Antenna Arrays**

**82% Size Reduction @ 4x power density**

2002 — GaAs — 2005 — GaAs — 2014 — GaN

- GaN technology reduces design complexity.
- Essential for success of high-frequency commercial markets.



# Qorvo Technologies Enabling RAN Transformation

## 4G LTE Macro



- GaN-based multi-band high power amplifiers
- TC SAW/BAW enabling carrier aggregation

## HetNet



- High efficiency linear and monolithic GaAs Doherty PA
- PA-Duplexer modules

## LTE-Pro



- Ultra compact GaN-based Doherty PA and Switch-LNA Modules
- High-power BAW filter modules

## 5G



- mmW GaN FEMs & Si-based TRx enabling advanced beamforming
- Ultra high speed serial links

Technology →

2012 (3GPP Rel 8/12) < 4GHZ   |   2016 (Rel 13/14) < 6GHz   |   2020 (Rel-14/15) >






# Thank you

Qorvo® Proprietary Information
© 2016  Qorvo, Inc.