# LEBBY EXHIBIT 4

# Organic versus Compound Semiconductor

# Competitive or Complementary Materials
# for Particular Applications



Andreas Tönnis
CTO



# Our Technology Portfolio

| Compound Semiconductors | | Silicon Semiconductors | Organic | Carbon |
|---|---|---|---|---|
| MOCVD | | ALD/MOCVD | OVPD®/PVPD®/TFE | PECVD |
| **LEDs, Lasers and Optoelectronics** | **Power Management GaN / SiC** | **Silicon Semiconductors** | **Organic Electronics** | **Graphene, CNTs and CNWs** |
| • LEDs for display: TVs, mobile phones, tablets, etc.<br>• LEDs for lighting<br>• LEDs for automotive<br>• LEDs for datacom<br>• Lasers for telecom, consumer electronics<br>• Photovoltaics | • RF transistors<br>• AC-DC converters<br>• DC-DC converters<br>• Solar inverters<br>• Motor drives in industrial applications automotive and consumer electronics | • DRAM Dielectric and Metal Electrode<br>• Flash Inter Poly Dielectric and Metals<br>• Logic Gate stack<br>• ReRAM and PCRAM Active element and Electrode<br>• Logic High Mobility Channel | • OLEDs for display: TVs, mobile phones, tablets, etc.<br>• Thin Film Encapsulation<br>• OLEDs for lighting<br>• Organic, flexible electronics<br>• Organic Photovoltaics | • Transistors<br>• Interconnects<br>• Flexible Electronics<br>• Energy Storage<br>• Sensors, etc. |

CONFIDENTIAL ● PROPRIETARY



# Our Technology Portfolio

| Compound Semiconductors | | Silicon Semiconductors |
|---|---|---|
| MOCVD | | ALD/MOCVD |
| **LEDs, Lasers and Optoelectronics** | **Power Management GaN / SiC** | **Silicon Semiconductors** |
| • LEDs for display: TVs, mobile phones, tablets, etc.<br>• LEDs for lighting<br>• LEDs for automotive<br>• LEDs for datacom<br>• Lasers for telecom, consumer electronics | • RF transistors<br>• AC-DC converters<br>• DC-DC converters<br>• Solar inverters<br>• Motor drives in industrial applications automotive and consumer electronics | • DRAM Dielectric and Metal Electrode<br>• Flash Inter Poly Dielectric and Metals<br>• Logic Gate stack<br>• ReRAM and PCRAM Active element and Electrode<br>• Logic High Mobility Channel |
|  |  |  |

CONFIDENTIAL ● PROPRIETARY



# Our Technology Portfolio

| Compound Semiconductors | | Silicon Semiconductors |
|---|---|---|
| MOCVD | | ALD/MOCVD |
| **LEDs, Lasers and Optoelectronics** | **Power Management GaN / SiC** | **Silicon Semiconductors** |
| • LEDs for display: TVs, mobile phones, tablets, etc.<br>• LEDs for lighting<br>• LEDs for automotive<br>• LEDs for datacom<br>• Lasers for telecom, consumer electronics | • RF transistors<br>• AC-DC converters<br>• DC-DC converters<br>• Solar inverters<br>• Motor drives in industrial applications automotive and consumer electronics | • DRAM Dielectric and Metal Electrode<br>• Flash Inter Poly Dielectric and Metals<br>• Logic Gate stack<br>• ReRAM and PCRAM Active element and Electrode<br>• Logic High Mobility Channel |

  

**CAPTURING LIGHT, GENERATING CASH
EXPLOITING OPPORTUNITIES FOR LEDS AND LASERS**

CONFIDENTIAL ● PROPRIETARY



# Our Technology Portfolio

| Compound Semiconductors | | Silicon Semiconductors |
|---|---|---|
| MOCVD | | ALD/MOCVD |
| **LEDs, Lasers and Optoelectronics** | **Power Management GaN / SiC** | **Silicon Semiconductors** |
| • LEDs for display: TVs, mobile phones, tablets, etc.<br>• LEDs for lighting<br>• LEDs for automotive<br>• LEDs for datacom<br>• Lasers for telecom, consumer electronics | • RF transistors<br>• AC-DC converters<br>• DC-DC converters<br>• Solar inverters<br>• Motor drives in industrial applications automotive and consumer electronics | • DRAM Dielectric and Metal Electrode<br>• Flash Inter Poly Dielectric and Metals<br>• Logic Gate stack<br>• ReRAM and PCRAM Active element and Electrode<br>• Logic High Mobility Channel |

  

**DRIVING DEPLOYMENT OF WIDE BANDGAP POWER DEVICES
THE QUEST FOR 5G**

CONFIDENTIAL ● PROPRIETARY



# Our Technology Portfolio

**MAKING HETEROGENOUS INTEGRATION A HIT**

| Compound Semiconductors | Silicon Semiconductors |
|---|---|
| MOCVD | ALD/MOCVD |

| LEDs, Lasers and Optoelectronics | Power Management GaN / SiC | Silicon Semiconductors |
|---|---|---|
| • LEDs for display: TVs, mobile phones, tablets, etc.<br>• LEDs for lighting<br>• LEDs for automotive<br>• LEDs for datacom<br>• Lasers for telecom, consumer electronics | • RF transistors<br>• AC-DC converters<br>• DC-DC converters<br>• Solar inverters<br>• Motor drives in industrial applications automotive and consumer electronics | • DRAM Dielectric and Metal Electrode<br>• Flash Inter Poly Dielectric and Metals<br>• Logic Gate stack<br>• ReRAM and PCRAM Active element and Electrode<br>• Logic High Mobility Channel |

  



CONFIDENTIAL ● PROPRIETARY

# Today's production solutions



AIX 2800G4-TM
Lasers, PV, Electronics



AIX R6
LED

## Compound Semiconductors

### MOCVD

| LEDs, Lasers and Optoelectronics | Power Management GaN / SiC |
|---|---|
| • LEDs for display: TVs, mobile phones, tablets, etc.<br>• LEDs for lighting<br>• LEDs for automotive<br>• LEDs for datacom<br>• Lasers for telecom, consumer electronics<br>• Photovoltaics | • RF transistors<br>• AC-DC converters<br>• DC-DC converters<br>• Solar inverters<br>• Motor drives in industrial applications automotive and consumer electronics |





Nominated:
CS High-Volume
Manufacturing Award
2016



AIX G5+ C
GaN Power Electronics

CONFIDENTIAL ● PROPRIETARY



# An application conquered by Compound Semiconductor

Source: IHS Q1/2015, Strategies Unlimited

### Global LED lamp shipments



### LED Market Forecast



- Note – almost all light sources are point sources or geometrically confined
- OLEDs have gained interest as a complementary if not competitive technology
  - Delivering a perfectly diffuse illumination
  - Allowing any shape in application

CONFIDENTIAL ● PROPRIETARY





2016 | CS International, Brussels, Belgium











## OLEDs
### A new perception of light

Rather than a beam emerging from a single light-emitting point, light coming from the larger surface provides pleasant, uniform illumination.

The OLED produces a soft light, casting no shadows and no glare: It is about pureness and subtle beauty.



2016 | CS International, Brussels, Belgium

# First Success Factor: Cost

**OLED module (FL300)**  vs.  **LED module (Idealux)**



| | | | |
|---|---|---|---|
| Active area | 144 cm² | Active area | 900 cm² |
| Lumen output | 300 lm | Lumen output | 1000 lm |
| Power | 7W | Power | 16W |

**50 lm/W**

Retail Price ~ 200 $
Prod. cost target < 1 $

**62 lm/W**

Retail price ~ 100 $

**600-200 $/klm**          **100 $/klm**

**OLED TV 55" UHD LGD**  vs.  **LCD 55" UHD TV**

OLED TV outperforms best LCD in nearly all categories




Watch out for Contrast and black levels!

**$ 2,905**          **$ 695**

CONFIDENTIAL ● PROPRIETARY



# AIXTRON Contribution to OLED Breakthrough

Source: DisplaySearch, AIXTRON



2016 | CS International, Brussels, Belgium

CONFIDENTIAL ● PROPRIETARY



# Cost drivers for OLED manufacturing processes

$$CoO[\$/m^2] \approx \frac{C_{Equip}[M\$]}{(l \cdot w)[m^2]} + 0,4[g/m^2] \cdot \frac{C_{org}[\$/g]}{\eta[\%]}$$

| | |
|---|---|
| Uptime: | 85 % |
| Yield: | 90% |
| TAKT: | 2 min |
| Stack thickness: | 300 nm |

**Conclusions:**

→ **Fix costs can be reduced by substrate size** (assuming equipment costs don't scale linear)

→ **For variable costs cost of materials, manufacturing efficiency, and stack design are most relevant!**

CONFIDENTIAL ● PROPRIETARY



# Critical Manufacturing Equipment Requirements

→ **Efficient Material Utilization**

→ **High Availability**
  **Uptime**

→ **High throughput**
  **enlarged size without compromising throughput**

→ **Overall capital efficiency**
  **total invest vs. throughput**

→ **Flexibility:**
  **suitable for various stack designs and different products**

CONFIDENTIAL ● PROPRIETARY



# OLED coating technology

- State of the art OLED are typically based on small molecules (in contrast to polymer OLED)
- Small molecules are mostly evaporated thermally by means of VTE or OVPD

| **Vacuum Thermal Evaporation (VTE)** | **Organic Vapor Phase Deposition (OVPD)** |
|---|---|




| | | | |
|---|---|---|---|
| • **Inefficient** | Deposition (1-30 %) | • **Efficient** | Deposition (> 70 %) |
| | Degradation of organic materials | | **No** Degradation of organic materials |
| • **Downtime** | frequent cleaning of chamber walls | • **Uptime** | **No** parasitic deposition |
| | frequent source refill (high vacuum) | | **No** interruptions for source refill |
| • **Inflexible** | layer sequence | • **Flexible** | layer sequence |

CONFIDENTIAL ● PROPRIETARY



# OVPD: Multi Layer Deposition Tool



## OLED Device Structure

HIL

CONFIDENTIAL ● PROPRIETARY



# OVPD: Multi Layer Deposition Tool



OLED Device Structure

CONFIDENTIAL ● PROPRIETARY



# OVPD: Multi Layer Deposition Tool



OLED Device
Structure

CONFIDENTIAL ● PROPRIETARY



# OVPD: Multi Layer Deposition Tool



OLED Device Structure

CONFIDENTIAL ● PROPRIETARY



## OVPD Unique Advantages

→**Efficient Material Utilization**   > 80 % (Gen 8 and beyond)

→**High Availability**   No frequent cleaning

→**High throughput**   Highest deposition rates

→**Overall capital efficiency**   Less chambers per line

→**Flexibility**   Mutiple sources/layers per OVPD

CONFIDENTIAL ● PROPRIETARY



# Organic Lab in Germany - Facility Layout

→ **OLED Device Capability**

- **Pre-Treatment**
- **OLED stack Deposition by OVPD**
- **Full or Split Device Stack in up to 3 OVPD PMs**
- **Optional: FMM in one OVPD**
- **Metal Deposition by VTE**
- **Encapsulation – Glass Encap. in GB**

→ **Single/Multi Layer Capability**

- **Deposition on Gen3.5 Substrates with FMM**
- **Deposition on Gen8 test area Deposition performance validation via Si-Wafers and QCMs**



**Gen8/3.5 Demo Module**

*OLAD* **- Organic Large Area Demonstrator**



**OEC-200 Demo Cluster**

CONFIDENTIAL ● PROPRIETARY



# OLAD (ORGANIC LARGE AREA DEMONSTRATION SYSTEM)



**Demo CAPABILITIES**
- **Gen8.5 area (2.2 x 2.5 m²)**
- **Gen8.5 showerhead & source**
- **Uniformity ± 2%**
- **High rates: 50 A/sec**
- **Gen3.5 substrates + FMM mask**
- **Active mask alignment ± 3µm**
- **400+ hrs. Operation w/o interruption**
- **Continuous material reload**

Gen8.5 OVPD  Demonstration System

PROPRIETARY



# Enabling flexible OLED products through unique barrier layer

Source: DisplaySearch, AIXTRON



CONFIDENTIAL ● PROPRIETARY



# 2nd Success Factor: Enabling Flexibility with excellent barriers



Ref: J. Lee, Materials Today, April 2006, Vol. 9, No.4

OLED has strictest barrier requirements

OLED has toughest flexibility requirements

**Resulting Film Development Goals**:
- **Effective and robust barrier performance on flexible substrates**
- **Fabrication process that is low-cost and high-throughput**

CONFIDENTIAL ● PROPRIETARY



# OptaCap™ Inorganic Layer Linear Multi-Source Design



Source Isolation
(Grounded)

Dielectric Isolation

Exhaust Flow

1st Source
Electrode Pair

Substrate Scanned
Under CDH (2 sources)

Substrate &
Shadow Mask on
Platen & Pedestal

CONFIDENTIAL ● PROPRIETARY



# Why is OptaCap™ Barrier Superior?

AIXTRON's OptaCap™ - Nano-Structured Film Deposition

**AIXTRON's OptaCap™ PECVD system generates a multilayer structured barrier that can be simultaneously low stress, low cost, highly flexible and an excellent barrier.**

**Competing systems cannot**

TEM performed by EAG



**Multi-pass Scanning**

**Hardness = 13.6 GPa**

**Hardness = 8.0 GPa**

**Substrate or OLED**

**Deposited SiN Barrier Film
(multiple source passes)**

CONFIDENTIAL ● PROPRIETARY



# Benefits of Nano-Structured SiNx

**High transparency:**

> 95 % across visible range

**Low film stress:**

< 100 MPa (compressive)

**Low permeation:**

WVTR < 5 x $10^{-6}$ g/m$^2$/day

**Tolerant of particles:**

Low permeation + step coverage

**High flexibility:**

10k flexures on PEN, radius = 5 mm

**No to Minimal Device Damage**

Minimal shift in I/V and I/L OLED Device Characteristics

CONFIDENTIAL ● PROPRIETARY

AIXTRON

# Benefits of Nano-Structured SiNx

→   Scalable Process

→   High throughput

→   Attractive cost of ownership

→   High flexibility

→   State-of-the-art performance

CONFIDENTIAL ● PROPRIETARY

AIXTRON

# Next Generation R&D platform OptaCap-200 (200x200mm²)





**OPTACAP-200
integrated in OEC-200 cluster**

*Prepared for Cluster-connection
Also available as standalone glovebox
solution*

CONFIDENTIAL ● PROPRIETARY



# A competitive or complementary solution?

- OLED needs breakthrough manufacturing technologies to become competitive
  - Production cost
  - Product flexibility

**Unique Advantages:**

▪ Highest Material Utilization (> 60 %)

▪ Highest Throughput (r > 50 Å/s)

▪ Highest Yield

  ▪ Best thickness repeatability (< ± 2 %)

  ▪ Best thickness uniformity (< ± 2 %)

*Pioneered by Stephen Forrest at Princeton University
*UDC Technology Licensed to AIXTRON for Equipment Manufacturing

### Large Area Production
Fully Automated material handling

 

### OEC-200 (200 x 200 mm²)
Manual/Automated Material Handling



CONFIDENTIAL ● PROPRIETARY



# Thank you very much for your attention.

If you have any further questions or require more information, please contact us at:

AIXTRON SE
Dornkaulstr. 2
52134 Herzogenrath
Germany
Phone +49 (2407) 9030-0
Fax     +49 (2407) 9030-40
E-Mail  info@aixtron.com

AIXTRON

Our technology. Your future.