CIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:21-cv-01417-JPM |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Defendants to file a redacted version of its Declaration of Victoria Q. Smith (D.I. 464) and for Plaintiff to file redacted versions of its Answering Brief in Opposition to Defendants' Motion for Partial Summary Judgment (D.I. 465) and the supporting Declarations of Kevin T. Faulkner, Scott Miller, Jonathan DeFosse, and Dr. Stanley Shanfield (D.I. 466-469) is extended until March 5, 2024.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| /s/ *Anthony D. Raucci* | /s/ *Stephen B. Brauerman* |
| Jack B. Blumenfeld (#1014) | Stephen B. Brauerman (#4952) |
| Jeremy A. Tigan (#5239) | Ronald P. Golden III (#6254) |
| Anthony D. Raucci (#5948) | 600 North King Street, Suite 400 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 655-5000 |
| Wilmington, DE 19899-1347 | sbrauerman@bayardlaw.com |
| (302) 658-9200 | rgolden@bayardlaw.com |
| jblumenfeld@morrisnichols.com | |
| jtigan@morrisnichols.com | *Attorneys for Defendants* |
| araucci@morrisnichols.com | *Akoustis Technologies, Inc. and Akoustis, Inc.* |

*Attorneys for Plaintiff Qorvo, Inc.*

February 27, 2024

**IT IS SO ORDERED** this 28th day of February, 2024.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE