**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AKOUSTIS TECHNOLOGIES, INC. and )<br>AKOUSTIS, INC. )<br>Defendants. )<br>) | C.A. 21-01417-JPM<br><br>**DEMAND FOR JURY TRIAL**<br><br>▬▬▬▬▬▬<br><br>**REDACTED - PUBLIC VERSION**<br>Original Filing Date: February 26, 2024<br>Redacted Filing Date: March 4, 2024 |

**DECLARATION OF JENNIFER KLEIN AYERS REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN DAMAGES OPINIONS OF MELISSA A. BENNIS**

I, Jennifer Klein Ayers, declare as follows:

1.  I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar of the State of Texas and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so. I provide this Declaration in support of Qorvo's Answering Brief in Opposition to Defendants' Motion to Exclude Certain Damages Opinions of Melissa A. Bennis (the "Motion").

2.  Attached as **Exhibit A** is a true and correct copy of excerpts of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00021708.

3.  Attached as **Exhibit B** is a true and correct copy of excerpts of the deposition transcript of Dr. Stanley Shanfield, dated January 26, 2024.

4.  Attached as **Exhibit C** is a true and correct copy of excerpts of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00022063.

-2-

5. Attached as **Exhibit D** is a true and correct copy of excerpts of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00017457.

6. Attached as **Exhibit E** is a true and correct copy of excerpts of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00016873.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of Akoustis Technologies, Inc's. Form 10-K for fiscal year ended June 30, 2023, available at https://ir.akoustis.com/sec-filings/annual-reports.

8. Attached as **Exhibit G** is a true and correct copy of a PDF download of a document available at https://ir.akoustis.com/news-events/press-releases/detail/301/akoustis-acquires-gdsi-a-us-based-trusted-supplier-of.

9. Attached as **Exhibit H** is a true and correct copy of excerpts of a document produced by Akoustis in this matter bearing beginning Bates number AKTS_00842035.

10. Attached as **Exhibit I** is a true and correct copy of a document produced by Akoustis bearing beginning Bates number AKTS_00164189.

11. Attached as **Exhibit J** is a true and correct copy of excerpts of Akoustis Technologies, Inc's. Form 10-Q for the quarterly period ended December 31, 2023, available at https://ir.akoustis.com/sec-filings/all-sec-filings?form_type=10-Q&year=.

12. Attached as **Exhibit K** is a true and correct copy of excerpts of a document produced by Akoustis in this matter bearing beginning Bates number AKTS_01095268.

13. Attached as **Exhibit L** is a true and correct copy of excerpts of a document produced by Akoustis in this matter bearing beginning Bates number AKTS_00179476.

14. Attached as **Exhibit M** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00023831.

15. Attached as **Exhibit N** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00023867.

16. Attached as **Exhibit O** is a true and correct copy of excerpts of the deposition transcript of Carlyn Irwin, dated January 26, 2024.

17. Attached as **Exhibit P** is a true and correct copy of excerpts of the deposition transcript of Michael Ortiz, dated October 13, 2022.

18. Attached as **Exhibit Q** is a true and correct copy of a document produced by Akoustis bearing beginning Bates number AKTS_01200287.

19. Attached as **Exhibit R** is a true and correct copy of excerpts of the deposition transcript of Melissa Bennis, dated January 23, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 26, 2024.

*/s/ Jennifer Klein Ayers*
Jennifer Klein Ayers

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 26, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA  94304-1216<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)