Exhibit A
(Excluded in Its Entirety)

Exhibit B

# Melissa Bennis
## Managing Director



Chicago, IL USA
**Office:** +1.312.724.7203
mbennis@stout.com

### Education

M.B.A., Accounting, Marketing and
Management & Strategy
Kellogg Graduate School of
Management, Northwestern University

B.S., Finance with emphasis in
Accounting, with Honors, University of
Illinois, Urbana – Champaign

### Designations

Certified Public Accountant (CPA)
Licensed in Illinois

### Practice Areas

Complex Business Litigation
Intellectual Property Disputes

Melissa Bennis is a Managing Director in the Disputes, Compliance, & Investigations group. She is retained as an expert witness on damages in the case of litigation and provides related financial consulting for clients nationwide. She has testified in deposition, trial, and arbitration in venues around the country.

Her work has involved disputes with claims of patent infringement, trade secret misappropriation, copyright infringement, trademark and trade dress infringement, misappropriation of confidential information, breach of contract, defamation, and several other types of commercial business disputes.

She has conducted complex damages studies involving lost sales, lost profits, incremental profits, manufacturing and marketing capacity, fixed and variable costs, product line profitability, price erosion, reasonable royalty, unjust enrichment, diminution in value, commercial success, irreparable harm, and pre-judgment and post-judgment interest.

She has prepared expert reports reflecting professional opinions in these areas, assisted trial lawyers in developing discovery by analyzing financial issues, developing strategy, preparing interrogatories and document requests, participating in the depositions of witnesses, and preparing demonstrative exhibits for trial.

Her non-dispute-related work has included royalty audits, assessment of the economics involved in long-term contracts, assistance of a major consumer products company in the development of intellectual property strategies by conducting a patent portfolio analysis, a licensing analysis and a competitive assessment, the performance of an intellectual property valuation in anticipation of a merger, and consultation of license agreement portfolios.

Prior to joining Stout, Melissa was a Principal at a boutique litigation consulting firm, and, prior to that, consulted with two of the world's largest accounting and consulting firms.

### Professional Memberships

- American Institute of Certified Public Accountants (AICPA)
- Illinois CPA Society (ICPAS)
- American Bar Association (ABA)
- Licensing Executives Society (LES)

**Melissa Bennis**
Managing Director



## Employment

Stout – *Managing Director*, August 2022 - Present

Davis & Hosfield Consulting LLC – *Principal*, January 2013 - August 2022

Davis & Hosfield Consulting LLC – *Director*, January 2006 - December 2012

Davis & Hosfield Consulting LLC – *Manager*, June 2003 - December 2005

KPMG LLP, Chicago Office – Manager, Forensics Practice, May 2002 - May 2003

Arthur Andersen LLP, Chicago Office – *Consultant*, Value Solutions Practice, September 1998 - May 2002


## Publications and Awards

Named annually 2018 to present by IAM Patent 1000 – The World's Leading Patent Professionals recommended economic experts

"Successful Strategies for Calculating Damages," 2014 Illinois CPA Society Fraud & Forensic Symposium. Standard Club. Chicago, Illinois.  28 October 2014.

2014 Illinois CPA Society Fraud and Forensic Accounting Conference committee member

Named Illinois CPA Society and AICPA 2013 Woman to Watch

Bennis, Melissa A., and Sara D. Rinke, "Communicating with Your Expert Witness." The Woman Advocate. American Bar Association, Section of Litigation, Summer 2009, Vol. 14: (8).


## Litigation Consulting Experience - Industries

Industries have included aerospace, agroscience, automotive, bar coding, biologics, biotechnology, cable television, call processing, candy, car seats, carpet fiber, cellular phones, chemicals, children's clothing, cold-chain shipping, commercial lighting, computer networking, consumer products, data aggregation software, diagnostics, DSL, e-commerce, electronics, fitness, flooring, food flavoring, food processing, franchising, gaming, home appliances, home speakers, industrial equipment, jewelry, lawn care, LCD kiosks, LED lighting, media, military equipment, mobile applications, mobile hotspots, molecular diagnostics, mortgage lending, municipal waste management, navigational devices, nutritional supplements, oil and gas fracking tools, optical networking, pest management, pharmaceuticals, power tools, professional sports broadcasting software, publishing, roofing equipment, semiconductors, shipping solutions, smartphones, smart boards, software, steel, streaming, surgical equipment, thermostats, toys, transportation, USB technology, video gaming, water treatment, and window treatments.

**Melissa Bennis**
Managing Director



---

**Testimony Experience**

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Testimony* |
|---|---|---|---|---|
| Koninklijke KPN N.V. v. Telefonaktiebolaget LM Ericsson and Ericsson Inc. Case No. 2:22-cv-00282-JRG | United States District Court for the Eastern District of Texas, Marshall Division | McKool Smith, P.C. | Patent Infringement | Report: 2023 |
| Synopsys, Inc. v. Real Intent, Inc. Case No. 5:20-cv-02819 | United States District Court for the Northern District of California | Keker, Van Nest & Peters LLP | Patent Infringement | Report: 2023 |
| GoTV Streaming, LLC v. Netflix, Inc. Case No. 2:22-cv-07556-RGK-SHK | United States District Court for the Central District of California, Western Division | Willkie Farr & Gallagher LLP | Patent Infringement | Trial: 2023 Deposition: 2023 Report: 2023 |
| Kove IO, Inc. v. Amazon Web Services, Inc. Case No. 1:18-cv-08175 | United States District Court for the Northern District of Illinois, Eastern Division | Fisch Sigler LLP | Patent Infringement | Deposition: 2023 Report: 2023 |
| EcoFactor, Inc. v. ecobee, Inc. Case No. 6:22-CV-00033-ADA | United States District Court for the Western District of Texas, Waco Division | Venable LLP | Patent Infringement | Deposition: 2023 Report: 2023 |
| EcoFactor, Inc. v. ecobee, Inc. Case No. 6:21-cv-00428-ADA | United States District Court for the Western District of Texas, Waco Division | Venable LLP | Patent Infringement | Trial: 2023 Deposition: 2023 Report: 2022 (2) |
| ecobee, Inc. v. EcoFactor, Inc. Case No. 1:21-CV-00323-MN | United States District Court for the District of Delaware | Venable LLP | Patent Infringement | Deposition: 2023 Report: 2023 (2) |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Testimony |
|---|---|---|---|---|
| Envirotainer AB v. Doubleday Acquisitions, LLC d/b/a CSafe Global Case No. IPR2022-00292 Case No. IPR2022-00293 Case No. IPR2022-00851 Case No. IPR2022-00864 | United States Patent and Trademark Office before the Patent Trial and Appeal Board | Fenwick & West LLP | Patent Infringement | Deposition: 2022, 2023 Declaration: 2022 (2), 2023 (2) |
| Howlink Global LLC. v. AT&T Corp.; AT&T Communications, LLC, AT&T Mobility LLC and AT&T Services, Inc. Case No. 2:22-cv-00040-JRG-RSP | United States District Court for the Eastern District of Texas, Marshall Division | Alston & Bird LLP | Patent Infringement | Report: 2023 (2) |
| Howlink Global LLC. v. Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Enterprise Solutions, LLC, Verizon Business Global LLC, Verizon Business Network Services, LLC, Verizon Corporate Services Group Inc., Verizon Data Services, LLC, Verizon Media Inc., and Verizon Online, LLC Case No. 2:22-cv-00042-JRG-RSP | United States District Court for the Eastern District of Texas, Marshall Division | Alston & Bird LLP | Patent Infringement | Report: 2023 (2) |
| Alan Ludwig. v. Rush Street Gaming, LLC and Churchill Downs Incorporated Case No. 2021L012976 | Circuit Court of Cook County, Illinois, County Department, Law Division | Perkins Coie LLP | Breach of Contract Breach of Fiduciary Duty | Report: 2022 |
| Doubleday Acquisitions LLC d/b/a CSafe Global v. Envirotainer AB and Envirotainer Inc. Civil Action No.: 1:21-cv-03749 - SCJ | United States District Court for the Northern District of Georgia Atlanta Division | Fenwick & West LLP | Patent Infringement | Declaration: 2022 (2) |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Testimony |
|---------|-------|----------|------|-----------|
| Vampire Family Brands, LLC v. RiGO Trading, S.A.; Haribo of America, Inc.; et al. Case No. 2:21-cv-05560-DSF-JC | United States District Court for the Central District of California, Western Division | Leydig, Voit & Mayer, Ltd. | Trademark infringement | Report: 2022 (2) |
| F45 Training Pty Ltd. and F45 Training Inc. v. Body Fit Training USA Inc. and BFT Franchise Holdings LLC Case No. 1:20-cv-01194-WCB | United States District Court for the District of Delaware | Willkie Farr & Gallagher LLP | Patent Infringement | Report: 2022 |
| Kenall Manufacturing Company v. Cooper Lighting, LLC and Eaton Corporation Case No. 1:17-cv-04575 | United States District Court for the Northern District of Illinois, Eastern Division | Jansson Munger McKinley & Kirby Ltd. | Patent Infringement and Breach of Contract | Deposition: 2022 Report: 2021 |
| Good Kaisha IP Bridge 1 v. Telefonaktiebolaget LM Ericsson and Ericsson Inc.Ericsson and Ericsson Inc. Case No. 2:21-cv-00213-JRG | United States District Court for the Eastern District of Texas, Marshall Division | McKool Smith, P.C. | Patent Infringement | Deposition: 2022 Report: 2022 |
| Tecnomatic, S.p.A. v. Bryan Cave Leighton Paisner, LLP | Arbitration | Howarth & Smith | Legal Malpractice, Breach of Contract, Negligent Concealment, Breach of Fiduciary Duty, Constructive Fraud, Fraud by Concealment, and Fraudulent Misrepresentation | Arbitration: 2022 |
| Kristen N. Cooley, guardian of the Estate of Nolan Ocean Cooley, a minor v. Target Corporation, Target Enterprise, Inc., and John Does 1-10 Case No. 20-cv-02152-DWF-DTS | United States District Court for the District of Minnesota | Greene Espel PLLP | Copyright Infringement | Deposition: 2022 Report: 2022 |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Testimony |
|---|---|---|---|---|
| Polar Environmental Technologies, Inc. v. Rust-Oleum Corporation Case No. 4:20-cv-00017-HRH | United States District Court for the District of Alaska | Swanson, Martin & Bell, LLP | Breach of Contract Breach of the Covenant of Good Faith and Fair Dealing | Deposition: 2022 Report: 2021 |
| Promotion In Motion, Inc. v. HARIBO of America, Inc. Case No. 19-cv-14183-MCA-LDW | United States District Court for the District of New Jersey | Leydig, Voit & Mayer, Ltd. | Trademark and Trade Dress infringement | Deposition: 2021 Reports: 2021 (2) |
| Anthony Scott Levandowski v. Uber Technologies, Inc. Case No. 20-30242 (HLB) | United States Bankruptcy Court for the Northern District of California, San Francisco Division | Jenner & Block LLP | Breach of Contract | Deposition: 2021 Report: 2021 |
| Hong Kong uCloudlink Network Technology Limited, et al. v. SIMO Holdings Inc., et al. Case No. 18-cv-05031-EMC | United States District Court for the Northern District of California | Sheppard, Mullin, Richter & Hampton LLP | Patent infringement | Deposition: 2021 Reports: 2021 (2) |
| Click-to-Call Technologies LP v. Ingenio, Inc., et al. Civil Action No. 1:12-cv-00465 | United States District Court for the Western District of Texas, Austin Division | Kilpatrick Townsend & Stockton LLP | Patent infringement | Report: 2021 |
| Wonderland Switzerland AG v. Evenflo Company, Inc. Civil Action No. 18-1990-RGA | United States District Court for the District of Delaware | Baker & Hostetler LLP | Patent infringement | Trial: 2021 Deposition: 2020 Reports: 2020 (2) |
| CAO Lighting, Inc. v. Light Efficient Design Case No.: 1:17-cv-07359 | United States District Court for the Northern District of Illinois, Eastern Division | Barnes & Thornburg LLP | Patent infringement | Deposition: 2020 Report: 2019 |
| For Life Products, LLC v. Rust-Oleum Corporation Case No.: 0:19-cv-63097-BB | United States District Court for the Southern District of Florida | Swanson, Martin & Bell, LLP | Breach of Contract Breach of the Covenant of Good Faith and Fair Dealing | Declaration: 2020 |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Testimony |
|---|---|---|---|---|
| TQ Delta, LLC v. ZyXEL Communications, Inc. and ZyXEL Communications Corporation C.A. No. 13-cv-02013-RGA | United States District Court for the District of Delaware | Bradley Arant Boult Cummings LLP | Patent infringement | Report: 2019 |
| ArcelorMittal and ArcelorMittal Atlantique v. AK Steel Corporation Case No. 13-685-MN | United States District Court for the District of Delaware | Covington & Burling LLP | Patent infringement | Report: 2019 |
| Novartis Vaccines and Diagnostics, Inc., Novartis Pharma AG, and Grifols Worldwide Operations Limited v. Regeneron Pharmaceuticals, Inc. Case No. 1:18-cv-02434 | United States District Court for the Southern District of New York, White Plains Division | Rakoczy Molino Mazzochi Siwik LLP | Patent infringement | Reports: 2019 (2) |
| Manufacturing Resources International, Inc. v. Civiq Smartscapes, LLC, Civiq Holdings, LLC, Comark, LLC, and Comark Holdings, LLC Case No. 1:17-cv-00269 | United States District Court for the District of Delaware | Standley Law Group | Patent infringement | Deposition: 2019 (2) Reports: 2019 (3) |
| Hunter Douglas, Inc., and Andrew J. Toti Testamentary Trust v. Nien Made Enterprise Co. Ltd., Norman International, Inc., et al. Civil Action No. 1:13-cv-01412 | United States District Court for the District of Colorado | Perkins Coie | Patent infringement | Arbitration: 2019 |
| Exmark Manufacturing Co., Inc. v. Briggs & Stratton Power Products Group, LLC and Schiller Grounds Care, Inc. Case No. 8:10-cv-00187 | United States District Court for the District of Nebraska | Carlson Caspers Vanderburgh & Lindquist, P.A. | Patent infringement | Trial: 2018, 2015 Deposition: 2018, 2015 Reports: 2018, 2014, 2012 |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Testimony |
|---------|-------|----------|------|-----------|
| The Renco Group, Inc. v. <u>MacAndrews AMG Holdings LLC; MacAndrews & Forbes Holdings Inc., and AM General Holdings LLC</u> Case No. 7668-VCN | The Chancery of the State of Delaware | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Breach of Contract | Deposition: 2018 Report: 2018 |
| <u>Video Gaming Technologies, Inc.</u> v. Castle Hill Studios LLC, et al. Case No. 17-cv-00454-GKF-jfj | United States District Court for the Northern District of Oklahoma | Covington & Burling LLP | Trademark infringement Trade dress Infringement Unfair Competition Trade Secret Misappropriation Misappropriation of Confidential Business Information | Deposition: 2018 Report: 2018 |
| EcoServices, LLC v. <u>Certified Aviation Services, LLC</u> Case No. 5:16-cv-01824 | United States District Court for the Central District of California | Mayer Brown LLP | Patent infringement | Trial: 2018 Deposition: 2018 Report: 2018 |
| <u>Altela, Inc.</u> v. Arizona Science and Technology Enterprises, LLC, et al Case No. 01-17-0000-3338 | American Arbitration Association | The Miller Law Firm | Breach of Contract | Arbitration: 2018 Deposition: 2018 Report: 2018 |
| <u>Indivior Inc., Indivior UK Limited and Aquestive Therapeutics, Inc.</u> v. Dr. Reddy's Laboratories S.A. and Dr. Reddy's Laboratories, Inc. Civil Action No. 17-7111 Civil Action No. 18-1775 Civil Action No. 18-5288 | United States District Court for the District of New Jersey | Covington & Burling LLP | Patent infringement | Declaration: 2018 |
| RELX Inc. v. <u>Informatica Corp.</u>; <u>Informatica Corp.</u> v. RELX Inc. and RELX Group PLC Case No. 1:16-cv-9718-AKH | United States District Court for the Southern District of New York | Fried, Frank, Harris, Shriver & Jacobson LLP | Breach of Contract Copyright Infringement | Deposition: 2018 Reports: (2) 2018 |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Testimony |
|---|---|---|---|---|
| Lambda Optical Solutions LLC v. Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. C.A. No. 10-487-RGA-CJB | United States District Court for the District of Delaware | Ropes & Gray LLP | Patent Infringement | Deposition: 2018 Reports: 2018; 2013 |
| JVIS-USA, LLC and JVIS Manufacturing, LLC d/b/a JVIS USA Manufacturing, LLC v. Nartron Corporation, n/k/a Gen X Microsystems and a/k/a Oldnar Corporation, and UUSI, LLC d/b/a Nartron and UUSA, LLC d/b/a Nartron v. JVIS-USA, LLC and JVIS Manufacturing, LLC and Futaba Corporation of America Case No: 13-2742-CB | State of Michigan In the Circuit Court for the County of Macomb | The Miller Law Firm Wienner & Gould | Breach of contract, breach of express warranty, breach of implied warranty and fraud | Arbitration: 2017 Deposition: 2016 Reports: (2) 2016 |
| VIA Technologies, Inc., U.S., VIA Technologies, Inc. (Taiwan), and VIA Labs, Inc. v. ASUS Computer International, ASUSTEK Computer Inc., and ASMedia Technology Case No. 5:14-cv-03586-BLF | United States District Court for the Northern District of California, San Jose Division | Russ August & Kabat | Trade secret misappropriation, patent infringement | Deposition: 2017 Reports: 2017, 2016 |
| Toy'n Around, Inc. v. VTech Electronics North America, LLC Case No: 0:16-cv-01413 | United States District Court for the District of Minnesota | Steptoe & Johnson LLP | Violation of Minn. Stat. § 325E.37, breach of contract, breach of covenant of good faith and fair dealing, tortious interference with economic opportunity, and unjust enrichment | Report: 2017 |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Testimony |
|---|---|---|---|---|
| Yardi Systems, Inc. v. Property Solutions International, Inc. Case No. 2:13-CV-07764-FMO-CW | United States District Court for the Central District of California | Morrison & Foerster LLP | Trade secret misappropriation, copyright infringement, intentional interference with contractual relations, breach of express contract, breach of implied-in-fact contract | Reports: 2016, 2015 |
| The Manitowoc Company, Inc. v. Michael J. Kachmer, Craig Reuther, and Christopher Brisch Case No. 1:14-cv-09271 | United States District Court for the Northern District of Illinois | Seyfarth Shaw LLP | Misappropriation of confidential and/or proprietary information and breach of contract | Deposition: 2016 Report: 2016 |
| FONA International Inc. v. Flavor Concepts, Inc., Larry Wadsworth, Chreyl Berger, f/k/a Cheryl Pagor, FlavorFocus, LLC f/k/a FC Ingredients, LLC No. 2010 CH 003722 | In the Circuit Court of the Eighteenth Judicial Circuit County Department – Chancery Division DuPage County, Illinois | Ekl, Williams & Provenzale LLC Hughes Socol Piers Resnick & Dym Ltd. | Trade secret misappropriation | Deposition: 2016 Report: 2016 |
| Daniel Rivera, Stephen Kensinger, Deborah Joy Meacock, and Rebecca Scheuneman v. Allstate Insurance Company Case No: 1:10-cv-01733 | United States District Court for the Northern District of Illinois Eastern Division | RDS Law Offices, LLC | Defamation and Violations of the Fair Credit Reporting Act | Trial: 2016 Deposition: 2015 Report: 2015 |
| Signal IP, Inc. v. Mercedes-Benz USA, LLC Case No. 14-cv-3109 | United States District Court for the Central District of California, Western Division | Fried, Frank, Harris, Shriver & Jacobson LLP | Patent infringement | Deposition: 2016 Report: 2015 |
| Advanced Ground Information Systems, Inc. v. Life360, Inc. Case No. 9:14-cv-80651-DMM | United States District Court for the Southern District of Florida | Kenyon & Kenyon | Patent infringement | Trial: 2015 Deposition: 2015 Report: 2014 |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Testimony |
|---|---|---|---|---|
| McAirlaids, Inc. v. Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC Civil Action No. 7:13-cv-00193 | United States District Court for the Western District of Virginia | Banner & Witcoff, Ltd. | Patent infringement | Deposition: 2015 Report: 2014 |
| GemEx Systems, Inc. and UGTS, Inc. v. Andrus, Sceales, Starke & Sawall, LLP, Cook & Franke, S.C., Jeffrey S. Sokol, Westchester Fire Insurance Company, and St. Paul Fire & Marine Insurance Company Case No. 11CV000414 | Circuit Court State of Wisconsin Milwaukee County | Boardman & Clark LLP | Negligence and breach of contract | Deposition: 2015 Report: 2014 |
| Brent E. Smith and AES Raptor, LLC v. Garlock Equipment Company Case No. 5:13-cv-00104-GAF | United States District Court for the Western District of Missouri St. Joseph Division | Larkin Hoffman Daly & Lindgren Ltd | Patent infringement | Report: 2014 |
| Dwyer Instruments, Inc. v. Sensocon, Inc. and Tony E. Kohl Civil Action No. 3:09cv10 | United States District Court for the Northern District of Indiana, South Bend Division | Barnes & Thornburg LLP | Trademark, trade dress and copyright infringement; unfair competition; false designation of origin | Trial: 2014 Reports: 2013, 2010 |
| Business Logic Holding Corporation v. Ibbotson Associates, Inc. and Morningstar, Inc. No. 09 Ch 46687 | Circuit Court of Cook County, Illinois, County Department, Chancery Division | Swanson, Martin & Bell | Trade secret misappropriation; breach of contract | Deposition: 2013 Reports: 2014, 2013 |
| Shinsedai Company, Limited v. Nintendo Company, Limited and Nintendo of America Inc. Case 3:11-cv-02799-CAB-MDD | United States District Court for the Southern District of California, San Diego Division | Hagens Berman Sobol Shapiro LLP | Patent Infringement | Deposition: 2014 Report: 2014 |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Testimony |
|---------|-------|----------|------|-----------|
| Peak Completion Technologies, Inc. and Summit Downhole Dynamics, Ltd. v. Team Oil Tools, L.P., Stephen Jackson, and Everest Completion Tools, LLC Cause No. CV-48344 | District Court of Midland County, Texas, 441st Judicial District | Raley & Bowick LLP | Trade secret misappropriation | Trial: 2014 Report: 2014 |
| TNS Media Research, LLC d/b/a Kantar Media Audiences, and Cavendish Square Holding B.V. v. TRA Global, Inc. (d/b/a TRA, Inc.) Civil Action No. 11 CIV 4039 | United States District Court for the Southern District of New York | Goldberg, Lowenstein, & Weatherwax Kirkland & Ellis | Patent infringement; trade secret misappropriation; breach of fiduciary duty; breach of contract | Deposition: 2013 Declaration: 2013 Report: 2013 |
| Conxall Corporation v. ICONN Systems, LLC, Richard Regole, Kerry Nelson, Robert Smith, Manual Sanchez, Mario Caldera, and Jerome Vorel Case No. 08 CH 15396 | Circuit Court of Cook County, Illinois County Department, Law Division | Howarth & Smith Williams Montgomery & John | Trade secret misappropriation | Trial: 2013 Deposition: 2012 Reports (2): 2012, 2011 |
| Ibormeith IP, LLC v. Mercedes-Benz USA, LLC and Daimler AG Case No. 2:10-cv-05378 | United States District Court for the District of New Jersey | Shearman & Sterling LLP | Patent infringement | Report: 2012 |
| Eazypower Corporation v. Jore Corporation Case No. 1:04-cv-06372 | United States District Court for the Northern District of Illinois Eastern Division | Christensen O'Connor Johnson Kindness PLLC | Patent infringement | Deposition: 2012 Report: 2009 |
| Southern California Gas Company v. Syntellect, Inc. Case No. 08-cv-0941 BEN-MDD | United States District Court for the Southern District of California | Fennemore Craig, P.C. | Breach of contract | Deposition: 2011 Reports: (2) 2011 |
| LadaTech, LLC v. Illumina, Inc. and Solexa, Inc. Case No. 09-627 (SLR) | United States District Court for the District of Delaware | Morris, Nichols, Arsht & Tunnell LLP | Patent infringement | Deposition: 2011 Report: 2011 |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Testimony |
|---------|-------|----------|------|-----------|
| Elliott Equipment Company, Inc. v. <u>Navistar, Inc.</u> Case No. 1:10-CV-00638 | United States District Court for the District of Maryland | Wharton Levin Ehrmantraut & Klein, P.A. | Breach of contract; dealer termination | Report: 2010 |
| Eppendorf AG, Eppendorf Array Technologies S.A. and Eppendorf North America, Inc. v. <u>Nanosphere, Inc.</u> Case No. 1:09-cv-00504 | United States District Court for the District of Delaware | Perkins Coie LLP | Patent infringement | Reports (2): 2010 |
| <u>BarTex Research, LLC</u> v. FedEx Corporation, et al. Civil Action No. 6:07cv385 | United States District Court for the Eastern District of Texas, Tyler Division | Niro, Haller & Niro, Ltd. | Patent infringement | Deposition: 2009 Report: 2009 |
| <u>Antonio Lewis</u> v. Chicago Extruded Metals Company Civil Action No. 05 C 3634 | United States District Court for the Northern District of Illinois Eastern Division | Brinks Hofer Gilson & Lione | Race discrimination and retaliation | Report: 2008 |
| <u>Fast Food Gourmet, Inc.</u> v. Little Lady Foods, Inc. and Kraft Foods Global, Inc. Case No. 05 C 6022 | United States District Court for the Northern District of Illinois Eastern Division | Tanner & Lehman | Trade secret misappropriation | Deposition: 2007 Reports: 2007, 2008 |
| Tokai Corp. and Scripto-Tokai, Inc. v. <u>Newell Rubbermaid Inc. and Irwin Industrial Tool Company</u> Case No. CV 06-1064 PA (PJWX) | United States District Court for the Central District of California | Schiff Hardin LLP | Patent infringement | Deposition: 2006 Report: 2006 |
| <u>Deborah R. Perry</u> v. Samuel Bodman, Secretary, United States Department of Energy 1:05-cv-03634 | United States District Court for the Northern District of Illinois Eastern Division | Bartlit Beck Herman Palenchar & Scott LLP | Age and sex discrimination | Report: 2006 |
| <u>Sandra Lozado-Boulware</u> v. John W. Snow, Secretary, Department of the Treasury | United States District Court for the Northern District of Illinois Eastern Division | Bartlit Beck Herman Palenchar & Scott LLP | Unlawful termination | Report: 2004 |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Testimony |
|---------|-------|----------|------|-----------|
| Case No. 02 CV 2712 | | | | |
| Calculation of Presumed Economic and Non-Economic Loss on behalf of <u>the family of Mr. Victor Wald</u> | 9/11 Fund, New York, New York | Kirkland & Ellis LLP | Lost earnings and non-economic damages | Report: 2002 |

*Underline indicates client*

## Other Expert Witness Retentions

- Patent infringement matters in the telecommunications infrastructure industry (2023).
- Patent infringement matter involving USB technology (2023).
- Trade secret misappropriation matter in the steel industry (2023).
- Trademark infringement matter in the rehabilitation and home care industry (2023).
- Patent infringement matter involving geolocation technology (2023).
- Patent infringement matter involving aerial measurement technology (2022).
- Patent infringement matter involving oil and gas tooling (2022).
- Patent infringement matter involving nutritional supplements (2022).
- Trade secret misappropriation and breach of contract matter in the senior living and rehabilitation industry (2022).
- Patent infringement and breach of contract matter in the consumer product industry (2022).
- Patent infringement, breach of contract, trade secret misappropriation matter in the sports media industry (2021).
- Patent infringement matter in the home speaker industry (2021).
- Trademark infringement matter in the mobile communication industry (2021).
- Patent infringement matter involving smartphone repair technology (2021).
- Breach of licensing agreement involving medical devices (2020).
- Patent infringement matter in the software industry (2020).
- Patent infringement matter involving data management software (2020).
- Patent infringement matter involving currency trading software (2020).
- Patent infringement matter in the business and education electronics industry (2020).
- Patent infringement matter in the smartphone industry (2020).
- Patent infringement matter in the diagnostics industry (2020).
- Trade secret misappropriation matter in the oil and gas industry (2020).
- Patent infringement matter in the biologics industry (2019).
- Trademark matter in the software industry (2019).
- Breach of contract matter in the paint industry (2019).
- Breach of contract in the professional consulting industry (2019).
- Patent infringement matter in the pharmaceutical industry (2019).
- Breach of contract matter in the software industry (2019).
- Breach of contract in the consumer lending industry (2018).

**Melissa Bennis**
Managing Director



- Trade secret misappropriation in the outdoor recreational equipment industry (2018).
- Trade secret misappropriation matter involving military piloting technology (2017).
- Patent infringement matter involving streaming technology (2017).
- Patent infringement matter involving fitness tracking technology (2017).
- Patent infringement, sham litigation and Walker Process Fraud matter in the medical diagnostics industry (2017).
- Patent infringement matter in the security industry (2017).
- Patent infringement matter in the packaging industry (2017).
- Patent infringement matter in the agricultural industry (2016).
- Breach of contract and fraud in the pharmaceutical industry (2014).
- Trademark matter involving trademark use in a video game (2014).
- Patent infringement matter involving laboratory equipment (2014).
- Patent infringement matter in the automotive industry (2014).
- Patent infringement matter in the automotive industry (2013).
- Dealer termination matter in the transportation industry (2012).
- Patent infringement matter in the toy industry (2012).
- Patent infringement matter in the semiconductor industry (2012).
- Breach of contract matter in the health care industry (2011).
- Patent infringement matter in the semiconductor industry (2011).
- Patent infringement matter in the pharmaceutical industry (2011).
- Patent infringement matter in the transportation industry (2007).
- Patent infringement matter in the transportation industry (2007).
- Patent infringement matter in the cosmetics industry (2007).
- Trademark infringement matter in the retail clothing industry (2007).
- Patent infringement matter in the food industry (2006).
- Patent infringement matter in the utilities industry (2006).

**Melissa Bennis**
Managing Director



### Consulting Experience

| Lawsuit | Court | Law Firm | Type | Industry/Product |
|---------|-------|----------|------|------------------|
| Kruse Technology Partnership v. <u>Daimler AG; Mercedes-Benz USA LLC</u>; Detroit Diesel Corporation; Western Star Truck Sales, Inc.; Volkswagen AG' Volkswagen Group of America, Inc.; Chrysler Group LLC; Daimler Trucks North America LLC; Mercedes-Benz U.S. International, Inc. <u>and Daimler Vans Manufacturing LLC</u> SACV 10-1066 JVS | United States District Court for the Central District of California, Southern Division | Shearman & Sterling LLP | Patent infringement | Patent infringement claims related to combustion engine technology in the automotive industry. |
| Triangle Software, LLC v. Garmin International, Inc.; <u>TomTom, Inc.</u>; Volkswagen Group of America, Inc.; and Westwood One, Inc. Civil Action No. 1:10-cv-01457 | United States District Court for the for the Eastern District of Virginia Alexandria Division | Morrison Foerster LLP | Patent infringement | Patent infringement claims related to traffic features on personal navigation devices. |
| Mformation Technologies, Inc. v. <u>Research In Motion Limited and Research In Motion Corporation</u> Case No. 5:08-cv-04990 | United States District Court for the Northern District of California, San Jose Division | Kirkland & Ellis LLP | Patent infringement | Patent infringement claims related to mobile device management technology for smartphones. |
| Osmose, Inc. v. <u>Arch Chemicals, Inc., Arch Wood Protection, Inc., Arch Treatment Technologies, Inc., Cox Industries, Inc., and Rocky Top Building Products, Inc. and Madison Wood Preservers, Inc.</u> Civil Action No. 2:10-cv-00108 | United States District Court for the Eastern District of Virginia, Norfolk Division | Kilpatrick Townsend & Stockton LLP | Patent infringement | Patent infringement claims related to wood preservative chemicals. |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Industry/Product |
|---|---|---|---|---|
| WiAV Solutions LLC v. Motorola, Inc., et al. (on behalf of defendant Nokia Corporation and Nokia Inc.) 3:09cv447 REP | United States District Court for the Eastern District of Virginia Richmond Division | Alston & Bird LLP | Patent infringement | Patent infringement claims related to cellular phone technology. |
| Semiconductor Energy Laboratory Co., Ltd. v. Samsung Electronics Co., Ltd.; S-LCD Corporation; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC and Samsung Mobile Display Co., Ltd. 3:09-CV-00001-BBC | United States District Court for the Western District of Wisconsin | Jenner & Block LLP | Patent infringement | Patent infringement claims related to LCD technology. |
| Honeywell International Inc. and Honeywell Intellectual Properties Inc. v. Nikon Corporation, et al. (against defendants FUJIFILM Corporation and FUJIFILM U.S.A., Inc. C.A. No. 04-1337-JJF (Consolidated) | United States District Court for the District of Delaware | Robins, Kaplan, Miller & Ciresi L.L.P. | Patent infringement | Patent infringement claims related to LCD technology. |
| Honeywell International Inc. and Honeywell Intellectual Properties Inc. v. Nikon Corporation, et al. (against defendants Samsung SDI Co., Ltd and Samsung SDI America, Inc.) C.A. No. 04-1337-JJF (Consolidated) C.A. No. 04-1337-JJF (Consolidated) | United States District Court for the District of Delaware | Robins, Kaplan, Miller & Ciresi L.L.P. | Patent infringement | Patent infringement claims related to LCD technology. |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Industry/Product |
|---|---|---|---|---|
| Ford Motor Company v. Navistar International Transportation Corporation and International Truck and Engine Corporation and Navistar International Transportation Corporation and International Truck and Engine Corporation v. Ford Motor Company Case No. 07-080067-CK | State of Michigan in the Circuit Court For the County of Oakland | Kirkland & Ellis LLP | Breach of contract | Breach of contract claims related to the manufacture of diesel engines. |
| Ronald A. Katz Technology Licensing LP v. TD Banknorth Inc. et al (on behalf of defendants Dillard's Inc. and Dillard Investment Co Inc.) Case No. 1:06-cv-00544-GMS | United States District Court for the District of Delaware (Wilmington) | Alston & Bird LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |
| Ronald A. Katz Technology Licensing, L.P. v. Ahold USA Inc. et al (on behalf of defendants Ahold USA Inc., Stop & Shop Supermarket Company LLC, Giant Food Stores LLC and Giant Food Inc.) Case No. 1:06-cv-00545-GMS | United States District Court for the District of Delaware (Wilmington) | Alston & Bird LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |
| Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable Inc. et al (on behalf of defendant AOL LLC, Compuserve Interactive Services Inc. and Netscape Communications Corporation) Case No. 1:06-cv-00546-GMS | United States District Court for the District of Delaware (Wilmington) | Alston & Bird LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Industry/Product |
|---------|-------|----------|------|------------------|
| Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable Inc. et al (on behalf of defendant <u>Charter Communications Inc., Charter Communications Holding Company LLC, Charter Communications Operating LLC and Charter Communications Entertainment I LLC</u>) Case No. 1:06-cv-00546-GMS | United States District Court for the District of Delaware (Wilmington) | Alston & Bird LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |
| Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable Inc. et al (on behalf of defendant <u>Time Warner Cable Inc., Time Warner NY Cable LLC and Time Warner Entertainment Company LP</u>) Case No. 1:06-cv-00546-GMS | United States District Court for the District of Delaware (Wilmington) | Alston & Bird LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |
| Ronald A. Katz Technology Licensing, L.P. v. Humana, Inc (on behalf of defendants <u>Humana, Inc. and Humana Military Healthcare Services, Inc.</u>) Case No. 9:06-cv-199-RC | United States District Court for the Eastern District of Texas (Lufkin) | Standley Law Group LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |
| <u>Repligen Corporation and The Regents of the University of Michigan</u> v. Bristol-Myers Squibb Company Case No. 2:06-CV-004-TJW | United States District Court for the Eastern District of Texas Marshall Division | Fish & Richardson P.C. | Patent infringement | Patent infringement claims related to rheumatoid arthritis pharmaceutical. |
| Solvay, S.A. v. <u>Honeywell Specialty Materials, LLC and Honeywell International Inc.</u> Case No. 06-557-SLR | United States District Court for the District of Delaware | Kirkland & Ellis | Patent infringement | Patent infringement claims related to foam blowing agents (chemicals). |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Industry/Product |
|---------|-------|----------|------|------------------|
| Abbott Diabetes Care Inc. and Abbott Laboratories v. <u>Roche Diagnostics Corporation</u> and Bayer Healthcare LLC Case No.: C05-3117 MJJ | United States District Court for the Northern District of California | Barnes & Thornburg LLP | Patent infringement | Patent infringement claims related to at-home blood insulin level testing products. |
| <u>O'Gara-Hess & Eisenhardt Armoring Company, L.L.C.</u> v. Paul Bartock and Ibis Tek, LLC Case No. CV 2006 04 1157 | Common Pleas Court of Butler County, Ohio | Sebaly, Shillito & Dyer | Misappropriation of trade secrets; breach of contract | Misappropriation of trade secret claims related to armored equipment used in conflict. |
| <u>Spectralytics, Inc.</u> v. Cordis Corporation and Norman Noble, Inc. Civil Action No. 05-1464 (PJS/RLE) | United States District Court for The District of Minnesota | Carlson Caspers Vandenburgh & Lindquist | Patent infringement | Patent infringement claims related to surgical stents. |
| <u>DE Technologies, Inc.</u> v. DELL Inc. Civil Action No. 7:04 CV 00628 | United States District Court for the Western District of Virginia | Robins, Kaplan, Miller & Ciresi L.L.P. | Patent infringement | Patent infringement claims related to international e-commerce transactions. |
| Maytag Corporation v. <u>Electrolux Home Products, Inc.</u>, d/b/a Frigidaire Civil Action No. C 04-4067-MWB | United States District Court for the Northern District of Iowa, Western Division | Alston & Bird LLP | Patent infringement | Patent infringement claims on plastic spin basket of a washing machine. |
| <u>Alcon Manufacturing, Ltd. and Alcon Laboratories, Inc.,</u> v. Advanced Medical Optics, Inc. Civil Action No. 4-05CV-496-A | United States District Court for the Northern District of Texas, Fort Worth Division | Rader, Fishman & Grauer PLLC | Patent infringement | Patent infringement claims on surgical equipment used to correct cataracts. |
| <u>International Truck and Engine Corporation</u> v. Kile International Trucks, Inc. Case No. 2004L000580 | Circuit Court of Eighteenth Judicial Circuit, DuPage County, Illinois, Law Division | Seyfarth Shaw LLP | Breach of contract | Involved breach of a dealership agreement within the transportation industry. |
| <u>J.B. Hunt Transport, Inc.</u> v. BNSF Railway Company, J.B. Hunt Transport, Inc. v. BNSF Railway Company Case No. 71 181 Y00490 04 | American Arbitration Association | Crowell & Moring LLP | Breach of contract | Breach of joint service agreement in railroad/trucking business.  Non-exclusivity, rates charged, etc. |

**Melissa Bennis**
Managing Director



| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Industry/Product* |
|---|---|---|---|---|
| Honeywell International Inc. and Honeywell Intellectual Properties Inc. v. Hamilton Sundstrand Corp. Civil Action No. 03-1153 | United States District Court for the District of Delaware | Kirkland & Ellis LLP | Patent infringement | Patent infringement claims on auxiliary power units used on regional jets. |
| Advanced Medical Optics, Inc. v. Alcon Laboratories, Inc. and Alcon Manufacturing Ltd. Civil Action No. 03-1095-KAJ | United States District Court for the District of Delaware | Kirkland & Ellis LLP | Patent infringement | Patent infringement claims on surgical equipment used to correct cataracts. |
| Dow AgroSciences LLC v. Crompton Corporation and Uniroyal Chemical Company, Inc. Civil Action No. 1:03-CV-0654-SEB-JPG | United States District Court Southern District of Indiana, Indianapolis Division | Barnes & Thornburg LLP | Patent infringement | Patent infringement claims on termite treatment systems. |
| Syngenta Seeds, Inc. v. Monsanto Company, et al., Pioneer Hi-Bred, et al. Civil Action No. 02-1331 (SLR) | United States District Court for the District of Delaware | Kaye Scholer LLP | Patent infringement | Patent infringement claims on hybrid corn seed. |
| Pinpoint Incorporated v. Amazon.com Inc., et al. Civil Action No. 03C-4954 | United States District Court for the Northern District of Illinois | Bartlit Beck Herman Palenchar & Scott LLP | Patent infringement | Patent infringement claims on personalization features used in internet commerce. |
| Do It Best Corp. v. Passport Software, Inc. Case No. 01 C 7674 | United States District Court for the Northern District of Illinois, Eastern Division | Barnes & Thornburg LLP | Copyright infringement | Copyright infringement claims on software systems used in franchised hardware stores for accounting, inventory, etc. |
| Milliken & Company v. Interface, Inc., et al. Civil Action No. 7:02-3633-20 | United States District Court for the District of South Carolina | Kilpatrick Stockton LLP | Patent infringement | Patent infringement claims related to carpet tile. |
| Rambus, Inc. v. Infineon Technologies AG, et al. Civil Action No. 3:00CV524 | United States District Court for the Eastern District of Virginia | Kirkland & Ellis LLP | Patent infringement | Patent infringement claims related to semiconductors. |
| Europe Container Terminus B.V. v. S.L. Service, Inc., formerly Sea-Land Service, Inc. | International Arbitration | Crowell & Moring LLP | Breach of contract | Involved international ocean shipping. |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Industry/Product |
|---|---|---|---|---|
| T. Andrew Janes v. Bose Corporation Civil Action No. 02C3886 | United States District Court for the Northern District of Illinois, Eastern Division | Fish & Richardson | Patent infringement | Patent infringement claims on in-home speaker/entertainment systems. |
| Honeywell International Inc. and Honeywell Intellectual Property Inc. v. Solutia, Inc. Civil Action No. 01-423 | United States District Court for the District of Delaware | Kirkland & Ellis LLP | Patent infringement | Patent infringement claims related to carpet fiber. |
| Ferrari S.p.A., Ferrari Idea, S.A. and Mattel, Inc. v. Bburago, S.p.A. and Bburago USA, Inc. CV 00-09291 NM(CTx) | United States District Court for the Central District of California | Gardner Carton & Douglas | Trademark infringement | Trademark infringement claims related to Ferrari mark on model cars. |
| EAC Operations, Inc. v. City of Chicago 01 C 6028 | United States District Court for the Northern District of Illinois, Eastern Division | Brinks, Hofer, Gilson & Lione | Patent infringement | Patent infringement claims on method of using blue bags in recycling programs. |
| BorgWarner Inc. and BorgWarner TorqTransfer Systems Inc. v. New Venture Gear Inc. No. 00-C-7470 | United States District Court for the Northern District of Illinois, Eastern Division | Brinks Hofer Gilson & Lione | Patent infringement | Patent infringement claims on torque on-demand transfer cases for autos. |
| Donald D. Harrison, D.C. and Sanghak O. Harrison, D.C. d/b/a Harrison CBP Seminars v. Stephan J. Troyanovich, D.C. and MPA-Media No. 01-1301 | United States District Court for the Central District of Illinois | Hayes, Hammer, Miles, Cox & Ginzkey | Copyright infringement; unfair competition; deceptive trade practices; interference with advantageous business relations | Copyright infringement claims on chiropractic publishing. |
| TV/Com International, Inc. v. MediaOne of Greater Florida, Inc., Canal Plus Technologies S.A., Canal Plus US Technologies, Inc. and Société Européene de Contrôle d' Accés No. 3:00-CV-1045-J-21 A | United States District Court for the Middle District of Florida, Jacksonville Division | Oblon, Spivak, McClelland, Maier & Neustadt | Patent infringement | Patent infringement claims on enciphering and deciphering digital information signals for radio or television broadcasting. |
| Residential Funding Corporation v. DeGeorge Financial Corp., et al. No. 3:00CV202 (JBA) | United States District Court for the District of Connecticut | Bartlit Beck Herman Palenchar & Scott | Breach of contract; unfair trade practices | Breach of Contract related to residential construction/mortgage funding. |

**Melissa Bennis**
Managing Director



| Lawsuit | Court | Law Firm | Type | Industry/Product |
|---|---|---|---|---|
| <u>Eva Zeisel</u> v. The Orange Chicken L.L.C. and Nambe Mille, Inc. 13 181 00588 00 | American Arbitration Association Commercial Arbitration Tribunal New York, New York | Kirkland & Ellis LLP | Breach of contract; contract termination; tortious interference | Breach of Contract related to design work on home accents. |
| <u>Honeywell International, Inc. and Honeywell Intellectual Properties, Inc.</u> v. Hamilton Sundstrand Corporation Civil Action No. 99-309 (GMS) | United States District Court for the District of Delaware | Kirkland & Ellis LLP | Patent infringement | Patent infringement related to auxiliary power units on aircraft. |
| MorphoSys AG v. <u>Cambridge Antibody Technology, Ltd.</u> No. 1:99CV01012 | United States District Court for the District of Columbia | Katten Muchin Zavis Marshall Gerstein & Borun | Patent infringement | Patent infringement claims related to human antibody technology. |
| <u>AMP Incorporated and The Whitaker Corporation</u> v. Teradyne, Inc. No. 4:CV-98-0975 | United States District Court, Middle District of Pennsylvania | Brinks Hofer Gilson & Lione | Patent infringement; trade secret misappropriation | Involved patents on electrical connectors. |

*Underline indicates client*

Exhibit C





## Authors and Contributors

### Author

**Margaret A. Ray** is a professor of economics and director of the Center for Economic Education at the University of Mary Washington. She taught Advanced Placement Economics at Collegiate School in Richmond, Virginia, in 2002–2003 and was an economist and director of economic education at the Federal Reserve Bank of Richmond. Margaret has been a reader, table leader, and question leader for the AP Economic Examinations from 1993 to the present and and she received the Excellence in Teaching Economics award from the Council for Economic Education for her work developing curriculum for teaching introductory economics.

### Contributing Author

**Gary L. Stone**, author of *Advanced Placement Economics Microeconomics* and contributor to Unit 1, is a professor of economics and director of the Center for Economic Education at Winthrop University. He has conducted numerous workshops for AP Economics teachers and has been a reader and table leader for the AP Economics Examinations for over two decades. Gary received the Bessie B. Moore Service Award from the National Association of Economic Educators for his work in economic education with K–12 teachers in the United States and other countries.

### Content Consultant

**Dennis Placone** is professor emeritus of economics and director of the Center for Economic Education at Clemson University. He has more than 35 years of teaching, research, and administrative experience at Clemson, and has conducted workshops for K–12 teachers including AP teachers since 1989. He served as chair of the AP Economics Test Development Committee from 1997–2003.

### Project Director

**Kevin Gotchet** is the director for the Excellence in Economic Education program. He has been with the Council for Economic Education for more than eight years and has taken a leading role in several CEE initiatives.

### Funding

The Council for Economic Education gratefully acknowledges the funding of this publication by the U.S. Department of Education, Office of Innovation and Improvement, Excellence in Economic Education: Advancing K–12 Economic & Financial Education Nationwide grant award U215B100002. The contents of this book developed under the grant from the Department of Education do not necessarily represent the policy of the Department of Education, and you should not assume endorsement by the federal government.

Copyright © 2014, Council for Economic Education, 122 East 42 Street, Suite 2600, New York, NY 10168. All rights reserved. The visuals and student activities may be duplicated for classroom use, the number not to exceed the number of students in each class. Notice of copyright must appear on all pages. With the exception of the visuals and student activities, no part of this book may be reproduced in any form by any means without written permission from the publisher. Printed in the United States of America.

ISBN: 978-156183-668-0

 **4** Macroeconomics

**ACTIVITY 4-2**

# *Time Value of Money*

A dollar you receive today is worth more than a dollar you may receive a year from today! Money has a time value because interest rates are positive. For example, if you earn 5 percent per year on your savings account, one dollar will grow to one dollar plus five cents after one year. Since the present value of $1.05 to be received one year from now (if interest rates are 5%) is $1.00, then the present value of $1.00 to be received one year from now (again if interest rates are 5%) must be some value less than $1.00. In fact, the present value can be calculated using the formula

$$PV = FV / (1 + r)^n$$

where

PV is present value

FV is future value

r is the rate of interest per period

n is the number of compounding periods (per year).

Using the formula for our example:

PV = $1.00 / (1.05)$^1$

PV = $0.95.

Today's value of $1.00 to be received one year from now if the interest rate is 5 percent is $0.95.

Business executives must consider the time value of money when making business investment spending decisions. They know that future profit projections must be converted to the present value in order to make a correct decision about whether a certain business project is profitable. Notice that the interest rate is in the denominator of the formula indicating the present value is inversely related to the interest rate. Thus, less business investment spending is worthwhile at higher interest rates.

For example, assume a business was considering the purchase of a new machine that costs $2,000 now. The machine is expected to generate profits of $1,000 at the end of year one and $1,400 at the end of year two. For simplicity, assume the machine completely wears out and is worthless after the two years. Also assume the business must borrow the $2,000 at 9 percent interest. Should the business borrow and purchase the machine?

Using the present value formula:

$$PV = \$1,000 / (1.09)^1 + \$1,400 / (1.09)^2 = \$917.43 + \$1,178.35 = \$2,095.78.$$

The business should invest in the machine since the present value of its future profits from the machine is greater than the cost of the machine: $2,095.78 − $2,000 = $95.78.

Now, what if the rate the business had to pay to borrow increased to 15 percent?

Using the present value formula:

$$PV = \$1,000 / (1.15)^1 + \$1,400 / (1.15)^2 = \$869.57 + \$1,058.60 = \$1,928.17.$$

The business should not invest in the machine since the present value of its future profits from the machine is now less than the cost of the machine: $1,928.17 – $2,000 = ($71.83).

Understanding the time value of money also helps for understanding the relationship between bond prices and interest rates. A bond is a loan with a fixed interest rate called the coupon rate. Bonds are long-term fixed-rate loans of usually 20 or 30 years. The seller (borrower) of a bond agrees to pay the buyer (lender) the amount of interest specified each year plus the face value of the bond at the end of the specified period, again typically 20 or 30 years. Often the buyer of the bond (lender) incurs a liquidity problem and needs to sell the bond before it reaches its maturity. So, at what price can the owner of the bond sell the bond?

To answer that question, let's assume the original bond was a 20-year bond with a face value of $1,000 and the coupon rate was 5 percent. That means the owner was receiving $50 in interest payments each year and was planning on receiving the $1,000 back at the end of year 20. But, let's further assume the owner needs some cash and wants to sell the bond after owning it for 18 years and that current interest rates for bonds with the same level of risk are now 7 percent. That means there are two more interest payments due (one next year and one two years from now) and the face value will be due at the date of maturity or 20th year (two years from now). What price can the owner sell the bond for now that current interest rates are higher?

Using the present value formula:

$$PV = \$50 / (1.07)^1 + \$1,050 / (1.07)^2 = \$46.73 + \$917.11 = \$963.84.$$

*Note:* Current interest rate is higher and the price of the bond is lower.

Now assume that current interest rates for bonds with the same level of risk are now 3 percent, which is lower than the 5 percent coupon rate. So, now what price can the owner sell the bond?

Using the present value formula:

$$PV = \$50 / (1.03)^1 + \$1,050 / (1.03)^2 = \$48.54 + \$1,019.42 = \$1,067.96.$$

*Note:* Current interest rate is lower and the price of the bond is higher. We can conclude that bond prices are inversely related to interest rates.

*Final note:* What would the same $1,000 bond sell for if interest rates were still equal to the 5 percent coupon rate? Hopefully, you concluded that the price would be the same as the original price or $1,000. To check this out using our formula:

$$PV = \$50 / (1.05)^1 + \$1,050 / (1.05)^2 = \$47.62 + \$952.38 = \$1,000.$$

1. What will $3,000 deposited into a savings account be worth after one year if interest rates are 3 percent compounded yearly?