UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>      Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>      Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF VICTORIA Q. SMITH IN SUPPORT OF
THE AKOUSTIS DEFENDANTS' BRIEF IN RESPONSE
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Victoria Q. Smith, declare as follows:

    1.    I am a Partner with the law firm of Squire Patton Boggs (US) LLP. I am one of the attorneys responsible for the representation of Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") in this matter. I make this declaration in support of the Akoustis Defendants' Brief in Response to Plaintiff's Motion for Summary Judgment of Validity of U.S. Patent Nos. 7,522,018 and 9,735,755.

    2.    If called to testify under oath in court, I could and would testify competently to the facts stated herein.

    3.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Transcript of the Deposition of Dr. Stanley Shanfield, dated January 26, 2024.

- 2 -

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 20th day of February 2024, in Dallas, Texas.

/s/ Victoria Q. Smith
Victoria Q. Smith

# EXHIBIT 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF DELAWARE
 3
 4    - - - - - - - - - - - - - -+
 5    QORVO, INC.,                |
 6             Plaintiff,         | Case Number:
 7       vs.                      | 1:21-cv-01417-JPM
 8    AKOUSTIS TECHNOLOGIES,      |
 9    INC., and AKOUSTIS, INC.,   |
10             Defendants.        |
11    - - - - - - - - - - - - - -+
12
13    ███████████████████████████████████████
14
15                   Videotaped Deposition of
16                   STANLEY SHANFIELD, Ph.D.
17                   Friday, January 26, 2024
18                          9:15 a.m.
19
20
21    Reported by:
22    Laurie Donovan, RPR, CRR, CLR
23    Veritext Job No. 6391961
24
25    PAGES 1 - 256
```

Page 1

```
 1          Q    Well --
 2          A    By changing the electrode thickness top
 3   and bottom, you can take advantage of the reduced
 4   loss of the resonator and end up with a filter
 5   that has increased bandwidth, and that is where
 6   this claim number 1 is pointing for a person of
 7   skill in the art.  They would not confuse filter
 8   and resonator.
 9          Q    Okay, and if, in fact, the difference in
10   electrode layers resulted in a decrease of the
11   bandwidth of the electroacoustic resonator, would
12   it be outside the scope then of claim 1?
13          A    As I explained -- and I'll explain it
14   again -- this claim and this specification that
15   goes with it is talking about the point that a
16   resonator will have less loss when you use unequal
17   electrode thicknesses.
18               You can convert that, as an electrical
19   engineer, to a filter design that ends up with
20   larger bandwidth, and that is the connection
21   between filter and resonator.
22               So the question you're answering --
23   asking, rather, doesn't make sense technically.
24          Q    Well, if the combination of a thicker
25   top electrode layer and a thinner bottom electrode
```

Page 58

```
 1   layer does not result in less loss in the acoustic
 2   -- excuse me -- electroacoustic resonator, would
 3   that still then somehow create greater bandwidth
 4   if it doesn't create less loss?
 5        A    But it does create less loss.  That's
 6   what --
 7        Q    That's the assumption you're making.
 8   I'm asking you, though, if you assume -- and you
 9   can tell me whether or not you think that's
10   physically possible or not, but I'm asking you to
11   assume that despite the fact that you have the
12   difference in electrode layers, if it doesn't
13   actually result in less loss in the
14   electroacoustic resonator, will it still have the
15   effect of creating greater bandwidth?
16        A    So your question once again doesn't make
17   sense, because I'm afraid you don't appreciate the
18   difference between a resonator and a filter.
19             The resonator is operating within a
20   narrow band of frequencies, and when you say it
21   has more loss, well, what frequency band is it?
22   The claim is addressing the view that you can take
23   advantage or you can use the fact that you have
24   reduced loss with -- and by "reduced loss" meaning
25   at a particular frequency range, such that
```

Page 59

```
 1    bandwidth is increased.
 2         Q    Okay.  Move to strike the witness's
 3    response as nonresponsive.
 4              Dr. Shanfield, are there factors other
 5    than the relative thickness of the electrodes, the
 6    electrode layers that might affect filter
 7    bandwidth?
 8         A    Yes.
 9         Q    What are those other factors?
10         A    The passivation of material, a pattern
11    on the active versus the nonactive region.
12         Q    Any other factors?
13         A    Yes.
14         Q    Could you list them for me, as many as
15    you can think of?
16         A    The amount of scandium, S-C-A-N-D-I-U-M,
17    in the piezoelectric layer.
18         Q    Anything else?  Any other factors?
19         A    Yes.  I, I could probably go on for an
20    hour with a list of factors if you want.
21         Q    Okay.  Would you say there are more than
22    20 potential factors that could affect filter
23    bandwidth?
24         A    I don't know about 20, but maybe.
25         Q    Well, you said you could go on for an
```

Page 60

**CERTIFICATE OF SERVICE**

I, Ronald P. Golden III, hereby certify that on February 20, 2024, a true and correct copy of the foregoing was served on all counsel of record.

Date: February 20, 2024

*/s/ Ronald P. Golden III*
Ronald P. Golden III (#6254)