IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. 21-01417-JPM |
| v. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| Defendants. | ) |
| | ) REDACTED - PUBLIC VERSION |
| | ) Original Filing Date: February 20, 2024 |
| | ) Redacted Filing Date: March 8, 2024 |
| | ) |

## DECLARATION OF SCOTT MILLER

I, Scott Miller, declare as follows:

1. I am over the age of eighteen (18), I am competent to make this declaration, and all statements herein are within my personal knowledge and are true and correct.

2. I have worked at Qorvo and its predecessor company (RF Micro Devices) since January 1997. From January 2015 until June 2021, I worked as a Senior Engineering Manager. Since June 2021, I have worked as a Senior Manager, Project Management.

3. In my role as a Senior Engineering Manager from January 2015 until June 2021, I managed a team of engineers. From ▮▮▮▮▮ was one of the engineers on my team. I understand that ▮▮▮ left Qorvo in ▮▮▮.

4. In February 2021, ▮▮▮ informed me that, while she was employed at Qorvo, she had interviewed for a position at Akoustis, Inc. ▮▮▮ further informed me that, during the interview, an Engineering Manager at Akoustis asked her to send screen shots of Qorvo's "Yield Page." The Yield Page is a repository of confidential information ▮▮▮

-1-

███ ███ ███ told me that she wanted to bring the incident to my attention because she believed the request was unethical.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2024.

*Scott Miller* (signature)
Scott Miller

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 20, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA 94304-1216<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)