#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and<br>AKOUSTIS, INC.<br>　　　　　　Defendants. | ) <br> ) <br> ) <br> ) C.A. 21-01417-JPM <br> ) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) REDACTED - PUBLIC VERSION <br> ) Original Filing Date: February 20, 2024 <br> ) Redacted Filing Date: March 8, 2024 <br> ) |

### DECLARATION OF JONATHAN DEFOSSE IN SUPPORT OF QORVO'S OPPOSITION TO AKOUSTIS'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Jonathan DeFosse, declare as follows:

1.　　I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar for the District of Columbia and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so. I provide this Declaration in support of Qorvo's Opposition to Akoustis's Motion for Partial Summary Judgment.

2.　　Between November 2022 and January 2023, Akoustis produced a large volume of document in response to Qorvo's discovery requests (approximately 45,000 documents). Among the materials produced were numerous presentations and other documents that appeared to come from Qorvo, including documents with Qorvo's logo. Many of those documents also included legends or other language indicating that the documents were "confidential" or "proprietary."

3. On November 22, 2023, the day after Qorvo served Dr. Shanfield's expert report, Akoustis's counsel sent an email tagged "urgent" challenging for the first time the sufficiency of Qorvo's trade secret disclosures.

4. On November 28, 2023, counsel conferred. Akoustis's counsel asserted that Qorvo had only disclosed "categories" of trade secrets and failed to identify any specific information that Qorvo alleged to qualify as a trade secret. Qorvo responded first that it was improper for Akoustis to wait until after the close of discovery and service of opening expert reports to suddenly argue for the first time that Qorvo's trade secret disclosures were insufficient. Qorvo next explained that its disclosures were reasonably particular—Qorvo (i) identified the specific information it asserts as trade secrets; (ii) cited specific documents found at Akoustis disclosing that information; and (iii) served a 500-page expert report walking through those documents and identifying the specific trade secret information. Following the parties' conference, Akoustis did not file a motion with the Court seeking to strike Qorvo's disclosures or compel further disclosures.

5. Attached as **Exhibit A** is a true and correct copy of excerpts of a document produced by Akoustis in this matter bearing beginning Bates No. AKTS_00443067.

6. Attached as **Exhibit B** is a true and correct copy of a document marked as Exhibit 896 and introduced during the deposition of Dr. Robert Darveaux, dated January 18, 2024.

7. Attached as **Exhibit C** is a true and correct copy of a document produced by Akoustis in this matter bearing beginning Bates No. AKTS_00696848.

8. Attached as **Exhibit D** is a true and correct copy of excerpts of a document marked as Exhibit 761 and introduced during the deposition of Jeffrey Shealy, dated November 15, 2023.

9. Attached as **Exhibit E** is a true and correct copy of a document marked as Exhibit 700 and introduced during the deposition of Dave Aichele on November 10, 2023.

10. Attached as **Exhibit F** is a true and correct copy of a document marked as Exhibit 682 and introduced during the deposition of Holly Johnson, dated November 9, 2023.

11. Attached as **Exhibit G** is a true and correct copy of a document produced by Akoustis in this matter bearing beginning Bates No. AKTS_01010155.

12. Attached as **Exhibit H** is a true and correct copy of excerpts of the deposition transcript of Dave Aichele, dated November 10, 2023.

13. Attached as **Exhibit I** is a true and correct copy of a document marked as Exhibit 786 and introduced during the deposition of Jeffrey Shealy, dated November 15, 2023.

14. Attached as **Exhibit J** is a true and correct copy of a document marked as Exhibit 787 and introduced during the deposition of Jeffrey Shealy, dated November 15, 2023.

15. Attached as **Exhibit K** is a true and correct copy of a document marked as Exhibit 174 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

16. Attached as **Exhibit L** is a true and correct copy of a document marked as Exhibit 79 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

17. Attached as **Exhibit M** is a true and correct copy of a document marked as Exhibit 82 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

18. Attached as **Exhibit N** is a true and correct copy of a document marked as Exhibit 115 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

19. Attached as **Exhibit O** is a true and correct copy of a document marked as Exhibit 116 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

20. Attached as **Exhibit P** is a true and correct copy of excerpts of the deposition transcript of Rohan Houlden, dated August 29, 2023.

21. Attached as **Exhibit Q** is a true and correct copy of a document marked as Exhibit 530 and introduced during the deposition of Dave Aichele, dated September 15, 2023.

22. Attached as **Exhibit R** is a true and correct copy of a document marked as Exhibit 531 and introduced during the deposition of Dave Aichele, dated September 15, 2023.

23. Attached as **Exhibit S** is a true and correct copy of a document marked as Exhibit 527 and introduced during the deposition of Dave Aichele, dated September 15, 2023.

24. Attached as **Exhibit T** is a true and correct copy of a document marked as Exhibit 507 and introduced during the deposition of Dave Aichele, dated September 15, 2023.

25. Attached as **Exhibit U** is a true and correct copy of a document marked as Exhibit 624 and introduced during the deposition of Colin Hunt, dated October 10, 2023.

26. Attached as **Exhibit V** is a true and correct copy of a document marked as Exhibit 517 and introduced during the deposition of Dave Aichele, dated September 15, 2023.

27. Attached as **Exhibit W** is a true and correct copy of a document marked as Exhibit 625 and introduced during the deposition of Colin Hunt, dated October 10, 2023.

28. Attached as **Exhibit X** is a true and correct copy of a document marked as Exhibit 229 and introduced during the deposition of Robert Dry, dated August 30, 2023.

29. Attached as **Exhibit Y** is a true and correct copy of a document marked as Exhibit 230 and introduced during the deposition of Robert Dry, dated August 30, 2023.

30. Attached as **Exhibit Z** is a true and correct copy of a document marked as Exhibit 221 and introduced during the deposition of Robert Dry, dated August 30, 2023.

31. Attached as **Exhibit AA** is a true and correct copy of a document marked as Exhibit 248 and introduced during the deposition of Robert Dry, dated August 30, 2023.

32. Attached as **Exhibit BB** is a true and correct copy of a document marked as Exhibit 251 and introduced during the deposition of Robert Dry, dated August 30, 2023.

33. Attached as **Exhibit CC** is a true and correct copy of a document marked as Exhibit 106 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

34. Attached as **Exhibit DD** is a true and correct copy of a document marked as Exhibit 772 and introduced during the deposition of Jeffrey Shealy, dated November 15, 2023.

35. Attached as **Exhibit EE** is a true and correct copy of a document marked as Exhibit 779 and introduced during the deposition of Jeffrey Shealy, dated November 15, 2023.

36. Attached as **Exhibit FF** is a true and correct copy of a document marked as Exhibit 127 and introduced during the deposition of Jeffrey Shealy, dated November 15, 2023.

37. Attached as **Exhibit GG** is a true and correct copy of excerpts of the deposition transcript of Dave Hodge, dated July 11, 2023.

38. Attached as **Exhibit HH** is a true and correct copy of a document marked as Exhibit 78 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

39. Attached as **Exhibit II** is a true and correct copy of a document marked as Exhibit 149 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

40. Attached as **Exhibit JJ** is a true and correct copy of a document produced by Akoustis in this matter bearing beginning Bates No. AKTS_00016504.

41. Attached as **Exhibit KK** is a true and correct copy of a document marked as Exhibit 620 and introduced during the deposition Colin Hunt, dated October 10, 2023.

42. Attached as **Exhibit LL** is a true and correct copy of a document marked as Exhibit 720 and introduced during the deposition of Dave Aichele on November 10, 2023.

43. Attached as **Exhibit MM** is a true and correct copy of a document produced by Akoustis in this matter bearing beginning Bates No. AKTS_00811405.

44. Attached as **Exhibit NN** is a true and correct copy of a document marked as Exhibit 436 and introduced during the deposition of Mary Winters, dated September 12, 2023.

45. Attached as **Exhibit OO** is a true and correct copy of a document marked as Exhibit 438 and introduced during the deposition of Mary Winters, dated September 12, 2023.

46. Attached as **Exhibit PP** is a true and correct copy of a document marked as Exhibit 453 and introduced during the deposition of Rama Vetury, dated September 13, 2023.

47. Attached as **Exhibit QQ** is a true and correct copy of excerpts of the deposition transcript of Mary Winters, dated September 12, 2023.

48. Attached as **Exhibit RR** is a true and correct copy of excerpts of the deposition transcript of Joonbum Kwon, dated October 20, 2023.

49. Attached as **Exhibit SS** is a true and correct copy of a document marked as Exhibit 452 and introduced during the deposition of Rama Vetury, dated September 13, 2023.

50. Attached as **Exhibit TT** is a true and correct copy of a document marked produced by Qorvo in this matter bearing beginning Bates No. QORVO_00890518.

51. Attached as **Exhibit UU** is a true and correct copy of a document marked as Exhibit 662 and introduced during the deposition of Joonbum Kwon, dated October 20, 2023.

52. Attached as **Exhibit VV** is a true and correct copy of a document marked as Exhibit 729 and introduced during the deposition of Dave Aichele, dated November 10, 2023.

53. Attached as **Exhibit WW** is a true and correct copy of a document marked as Exhibit 98 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

54. Attached as **Exhibit XX** is a true and correct copy of a document marked as Exhibit 100 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

55. Attached as **Exhibit YY** is a true and correct copy of a document marked as Exhibit 102 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

56. Attached as **Exhibit ZZ** is a true and correct copy of a document marked as Exhibit 104 and introduced during the deposition of Rohan Houlden, dated August 29, 2023.

57. Attached as **Exhibit AAA** is a true and correct copy of excerpts of the Corrected Rebuttal Report of Dr. Robert Darveaux Regarding Trade Secrets, served by Akoustis on January 16, 2024.

58. Attached as **Exhibit BBB** is a true and correct copy of excerpts of the Rebuttal Report of Dr. Clark Nguyen Regarding Trade Secret and Noninfringement, served by Akoustis on December 20, 2023.

59. Attached as **Exhibit CCC** is a true and correct copy of excerpts of the Corrected Rebuttal Report of Dr. Michael Lebby Regarding Trade Secrets, served by Akoustis on January 16, 2024.

60. Attached as **Exhibit DDD** is a true and correct copy of excerpts of Akoustis's Fifth Supplemental Objections and Response to Plaintiff's First Set of Interrogatories (Nos. 1-10), served by Akoustis on November 14, 2023.

61. Attached as **Exhibit EEE** is a true and correct copy of excerpts of Akoustis's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-3), served by Akoustis on May 6, 2022.

62. Attached as **Exhibit FFF** is a true and correct copy of excerpts of Qorvo's Final Infringement Contentions, dated June 15, 2023.

63. Attached as **Exhibit GGG** is a true and correct copy of excerpts of the deposition transcript of Jeffrey Shealy, dated November 15, 2023.

64. Attached as **Exhibit HHH** is a true and correct copy of a document marked as Exhibit 762 and introduced during the deposition of Jeffrey Shealy, dated November 15, 2023.

65. Attached as **Exhibit III** is a true and correct copy of a document marked as Exhibit 763 and introduced during the deposition of Jeffrey Shealy, dated November 15, 2023.

66. Attached as **Exhibit JJJ** is a true and correct copy of excerpts of the deposition transcript of Dave Aichele, dated September 15, 2023.

67. Attached as **Exhibit LLL** is a true and correct copy of a document marked as Exhibit 605 and introduced during the deposition of Dave Aichele, dated September 15, 2023.

68. Attached as **Exhibit MMM** is a true and correct copy of a document marked as Exhibit 606 and introduced during the deposition of Dave Aichele, dated September 15, 2023.

69. Attached as **Exhibit NNN** is a true and correct copy of a document marked as Exhibit 790 and introduced during the deposition of Jeffrey Shealy, dated November 15, 2023.

70. Attached as **Exhibit OOO** is a true and correct copy of excerpts of a document produced by Akoustis in this matter bearing beginning Bates No. AKTS_01039458.

71. Attached as **Exhibit PPP** is a true and correct copy of excerpts of the deposition transcript of Dr. Stanley Shanfield, dated January 26, 2024.

72. Attached as **Exhibit QQQ** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates No. QORVO_00012785.

73. Attached as **Exhibit RRR** is a true and correct copy of a document produced by Akoustis in this matter bearing beginning Bates No. AKTS_00171041.

74. Attached as **Exhibit SSS** is a true and correct copy of a document marked as Exhibit 13 and introduced during the deposition of Dave Hodge, dated July 11, 2023.

75. Attached as **Exhibit TTT** is a true and correct copy of excerpts of the deposition transcript of Annia Shen, dated July 12, 2023.

76. Attached as **Exhibit UUU** is a true and correct copy of a document marked as Exhibit 791 and introduced during the deposition of Jeffrey Shealy, dated November 15, 2023.

77. Attached as **Exhibit VVV** is a true and correct copy of excerpts of the deposition transcript of Robert Dry, dated August 30, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 20, 2024.

*/s/ Jonathan DeFosse*
Jonathan DeFosse

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 20, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA  94304-1216<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)