# Exhibit A

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended April 1, 2023

or

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number 001-36801



## Qorvo, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **46-5288992** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **7628 Thorndike Road** | |
| **Greensboro, North Carolina** | **27409-9421** |
| (Address of principal executive offices) | (Zip Code) |

**(336) 664-1233**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.0001 par value | QRVO | The Nasdaq Stock Market LLC |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or

AKTS_00443067

Table of Contents

an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☑ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | | Smaller reporting company | ☐ |
| | | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☑

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☑

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant was approximately $8,073,738,818 as of October 1, 2022. For purposes of such calculation, shares of common stock held by persons who held more than 10% of the outstanding shares of common stock and shares held by directors and officers of the registrant and their immediate family members have been excluded because such persons may be deemed to be affiliates. This determination is not necessarily conclusive.

As of May 12, 2023, there were 98,736,229 shares of the registrant's common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

The registrant has incorporated by reference into Part III of this report certain portions of its proxy statement for its 2023 annual meeting of stockholders, which is expected to be filed within 120 days after the end of the registrant's fiscal year ended April 1, 2023.

AKTS_00443068

Table of Contents

**QORVO, INC.**
**FORM 10-K**
**FOR THE FISCAL YEAR ENDED APRIL 1, 2023**
**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| | Forward-Looking Information. | 4 |

**PART I**

| Item 1. | Business. | 4 |
| Item 1A. | Risk Factors. | 13 |
| Item 1B. | Unresolved Staff Comments. | 31 |
| Item 2. | Properties. | 32 |
| Item 3. | Legal Proceedings. | 32 |
| Item 4. | Mine Safety Disclosures. | 32 |

**PART II**

| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities. | 32 |
| Item 6. | [Reserved] | 34 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations. | 34 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk. | 46 |
| Item 8. | Financial Statements and Supplementary Data. | 48 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure. | 88 |
| Item 9A. | Controls and Procedures. | 88 |
| Item 9B. | Other Information. | 89 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections. | 89 |

**PART III**

| Item 10. | Directors, Executive Officers and Corporate Governance. | 90 |
| Item 11. | Executive Compensation. | 90 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters. | 90 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence. | 90 |
| Item 14. | Principal Accounting Fees and Services. | 90 |

**PART IV**

| Item 15. | Exhibit and Financial Statement Schedules. | 91 |
| Item 16. | Form 10-K Summary. | 91 |
| Exhibit Index. | | 92 |
| Signatures. | | 95 |

AKTS_00443069

In this Annual Report on Form 10-K, the words "Qorvo," "we," "our," "ours," "us" and "the Company" refer only to Qorvo, Inc. and our subsidiaries and not any other person or entity. The following discussion should be read in conjunction with the consolidated financial statements and notes thereto included elsewhere in this Annual Report on Form 10-K.

**Forward-Looking Information**

This Annual Report on Form 10-K contains forward-looking statements within the meaning of the federal securities laws, particularly in Item 1: "Business," Item 1A: "Risk Factors" and Item 7: "Management's Discussion and Analysis of Financial Condition and Results of Operations." These forward-looking statements include, but are not limited to, statements about our plans, objectives, representations and contentions, and are not historical facts and typically are identified by terms such as "may," "will," "should," "could," "expect," "plan," "anticipate," "believe," "estimate," "forecast," "predict," "potential," "continue" and similar words, although some forward-looking statements are expressed differently. Additionally, statements concerning future matters such as our future business, prospects, results of operations, financial condition or research and development or technology investments; new or enhanced products, services or technologies; emerging industries or business models; design wins or product launches; industry, market or technology trends, dynamics or transitions, such as technology upgrade cycles; our future demand or supply conditions or macroeconomic factors; strategic investments, acquisitions or divestitures, and the anticipated timing or benefits thereof; continued impacts of the COVID-19 pandemic; legal or regulatory matters; U.S./China trade and national security tensions; the war in Ukraine; vertical integration by our customers; competition; and other statements regarding matters that are not historical are also forward-looking statements.

Although forward-looking statements in this Annual Report reflect the good faith judgment of our management, such statements can only be based on facts and factors currently known and understood by us. Consequently, forward-looking statements involve inherent risks and uncertainties, and actual financial results and outcomes may differ materially and adversely from the results and outcomes discussed in or anticipated by the forward-looking statements. Material factors that could cause actual results to differ materially from our expectations are summarized and disclosed under "Risk Factors" in Part I, Item 1A of this Annual Report on Form 10-K.

We undertake no obligation to revise or update any forward-looking statements in order to reflect any event or circumstance that may arise after the date of this Annual Report. Readers are cautioned to review carefully and consider the various disclosures made in this Annual Report, which attempt to advise interested parties of the risks and factors that may affect our business, financial condition, results of operations and prospects.

**PART I**

**ITEM 1. BUSINESS.**

*Company Overview*

Qorvo® is a global leader in the development and commercialization of technologies and products for wireless, wired and power markets.

In the second quarter of fiscal 2023, we updated our organizational structure from two operating segments (Mobile Products and Infrastructure and Defense Products) to three operating segments (High Performance Analog ("HPA"), Connectivity and Sensors Group ("CSG") and Advanced Cellular Group ("ACG")). This change was made to more closely align technologies and applications with customers and end markets. All prior-period segment data has been adjusted to reflect these three operating segments. As part of the new organizational structure, we also centralized the sales teams formerly within our two prior segments into a single global sales force. We believe our global sales force enables us to more quickly capitalize on opportunities across customers and markets to accelerate long-term diversified growth.

HPA is a leading global supplier of radio frequency ("RF") and power solutions for automotive, defense and aerospace, cellular infrastructure, broadband and other markets. CSG is a leading global supplier of connectivity and sensor solutions, with broad expertise spanning ultra-wideband ("UWB"), Matter®, Bluetooth® Low Energy,

4

Table of Contents

Zigbee®, Thread®, Wi-Fi®, cellular Internet of Things ("IoT"), microelectromechanical system ("MEMS")-based sensors and bulk acoustic wave ("BAW")-based sensors. ACG is a leading global supplier of cellular RF solutions for smartphones, wearables, laptops, tablets and other devices.

Our design expertise and manufacturing capabilities span multiple process technologies. Our primary wafer fabrication facilities are in North Carolina, Oregon and Texas. Our primary assembly and test facilities are in China, Costa Rica, Germany and Texas. We have design, sales and other manufacturing facilities throughout Asia, Europe and North America. We also source products and materials through external suppliers.

In addition to organic growth, our strategy includes the potential acquisition of businesses, assets and technologies that complement our existing capabilities and enable us to drive growth in new or existing markets.

***Industry Trends, Markets and Products***

Global connectivity trends and the proliferation of smarter, data-driven, connected devices are increasing data traffic and raising requirements for the efficiency and throughput of wireless and wired networks. At the same time, environmental initiatives and technology advancements related to sustainability are driving investments across a range of consumer, enterprise, and industrial applications requiring increasing power efficiency. This supports multiyear technology upgrade cycles and increases the demand for our technologies and products.

Our business is diversified across markets, including mobile devices, cellular infrastructure, power management and conversion, IoT, connected home, defense and aerospace, and automotive. Our products solve our customers' most complex RF and power-related challenges while enhancing performance, improving efficiency, increasing functionality, reducing complexity, shrinking form factors and addressing other critical challenges.

*Mobile Devices*
Qorvo's largest market is mobile devices, which is a global market characterized by large volumes. It includes smartphones, wearables, laptops, tablets and other devices. Our products for mobile devices include highly integrated RF solutions featuring filters, switches, amplifiers, multiplexers and other components leveraging multiple process technologies in a miniaturized form factor. Our portfolio also includes power management integrated circuits ("ICs"), UWB system-on-a-chip ("SoC") and system-in-package ("SiP") solutions, MEMS-based sensors, antenna tuners, antennaplexers, as well as discrete multiplexers, duplexers, filters, and switches.

Advances in mobile devices are transforming how end users around the world access content, interact with communities and transact commerce. The migration to 5G enables higher data throughput, lower signal latency and massive machine-type communication. 5G devices operate over a wide range of frequencies and face challenges related to efficiency, linearity, signal coexistence, signal integrity and form factor. 5G architectures are more complex and include Multiple-Input/Multiple-Output ("MIMO"), higher frequencies with wider bandwidths, and new paths featuring carrier aggregation.

In addition, mobile device original equipment manufacturers ("OEMs") are leveraging UWB's precision-location accuracy to enhance functionality with applications that can offer secure remote access, indoor navigation and other functionality. They are also seeking to adopt force-sensing touch sensor technology to enhance human-machine interfaces, create new consumer experiences and advance industrial design.

These challenges and the increases in functionality and complexity are driving requirements for high performance and highly integrated RF solutions.

*Cellular Infrastructure*
Operators of cellular base stations are migrating to 5G to increase capacity, expand coverage and lower the cost per bit of data delivered. This is enabling new data-driven intelligent applications that combine global connectivity with advanced capabilities, including artificial intelligence and machine learning. New use cases include industrial automation, robotics, remote medical care, autonomous vehicles and augmented reality/virtual reality ("AR/VR").

Qorvo supports the world's leading cellular base station OEMs with a broad portfolio of infrastructure solutions to address requirements for increased data capacity and throughput and improved efficiency. Our cellular base station products include switches, low noise amplifier ("LNA") modules, variable gain amplifiers, integrated power amplifier ("PA") Doherty modules, discrete LNAs and high power amplifiers and power amplifier modules

5

Table of Contents

combining high power amplifiers with small signal content. These products leverage deep expertise across technologies including gallium nitride ("GaN") and gallium arsenide ("GaAs").

5G networks operate over a wide range of frequencies, and deployments can vary with spectrum allocation, regional demographics, geopolitical considerations and other factors. In the U.S., the allocation of C-band frequency has supported the deployment of base stations operating in the sub-7 GHz frequency range. Many of these base stations are configured with massive MIMO active antenna arrays, which increases the number of RF transmit and receive channels. Base stations operating over millimeter wave frequencies are also being deployed to address capacity requirements in high-density environments and support applications such as fixed wireless access.

*Power Management and Conversion*
Power efficiency is a core requirement in all electronics, and power management and power conversion are critical to enhancing efficiency. Industry trends in electric vehicles ("EVs")/hybrid-EVs, renewable energy systems, battery-operated portable devices, EV chargers, on-board chargers, data storage, circuit protection and similar applications, are sharpening the focus on power efficiency and increasing the demand for our power management and power conversion solutions.

Qorvo's silicon carbide ("SiC") power devices provide state-of-the-art efficiency in a range of power conversion applications. Our SiC portfolio includes Schottky diodes and transistors ranging in voltage from 650V to 1700V. Power levels vary from 650 watts to hundreds of kilowatts, and markets include automotive, industrial, IT infrastructure and renewable energy.

Qorvo's power management solutions include programmable power management ICs and power application controllers (PACs®). Our programmable power management ICs provide customers digital and analog power control. They reduce solution size, lower cost, improve system reliability and shorten our customers' product development time. Our power management products manage voltages from 1.8V to 600V and power up to 4,000 watts.

*IoT and Connected Home*
The proliferation of data-driven connected devices that sense, process and communicate is increasing demand for wireless connectivity solutions that increase throughput and capacity, reduce latency, enhance security, and maximize efficiency. Use cases in consumer, commercial and industrial IoT applications include connected cars, cloud gaming, AR/VR, telemedicine and factory automation.

Connected home devices allow remote access and control of applications including entertainment, comfort, health monitoring, and property monitoring and security. These devices can be controlled through a computer, tablet or smartphone, or through a direct peer-to-peer device such as a voice-enabled remote control, tablet or home control assistant.

In Wi-Fi, new standards and architectures, such as 802.11ax (Wi-Fi 6), Wi-Fi 6E and Wi-Fi 7, are enhancing performance, increasing range and capacity, and enabling new use cases. The upcoming Wi-Fi 7 standard will double the channel bandwidth and number of spatial streams compared to Wi-Fi 6E and use multi-link operation to combine portions of the 5 GHz and 6 GHz bands into a single link. This will enable faster speeds over longer distances. As standards and architectures evolve, requirements increase for more functional and more highly integrated RF front end solutions. Qorvo's Wi-Fi portfolio includes PAs, switches, LNAs and BAW filters, as well as solutions including front end modules ("FEMs") and iFEMs featuring integrated filters.

In lower power applications, smart device OEMs increasingly prefer multi-protocol integrated SoCs that enable multiple radios to connect concurrently. The coexistence of multiple low power wireless protocols, such as Bluetooth Low Energy, Zigbee, and Thread, in single-placement SoCs reduces form factor, extends battery life and advances the proliferation of IoT devices. Matter is an open and universal smart home overlay developed to simplify multi-protocol interoperability and accelerate adoption of IoT devices and platforms. Lastly, UWB is enabling new use cases that require precision location accuracy and security, including secure home access, secure car access, indoor navigation and other applications. Qorvo's low power portfolio includes multi-protocol (Bluetooth Low Energy, Zigbee and Thread) SoC solutions, single standard UWB SoCs, and UWB SiP solutions that consist of SoC hardware, firmware and application software.

6

Table of Contents

*Defense and Aerospace*

In defense and aerospace, Qorvo focuses primarily on high-power phased array radar, electronic military applications and communications systems. Within these markets, the adoption of phased array radar, the introduction of new frequency bands and the shift to higher frequencies are expanding the opportunity for our products and technologies. We are a leading supplier of RF products and compound semiconductor foundry services to defense primes and other global defense and aerospace customers. We also engage directly with defense customers to develop next-generation semiconductor and packaging technologies.

Our PAs support phased array radars and communication systems. Our solid-state, high-power products provide highly reliable, efficient broadband solutions for complex applications across a broad frequency spectrum. Our premium filters optimize frequency spectrum to expand network capacity and extend coverage. We also offer industry-leading standard products and integrated multi-chip modules such as LNAs, mixers, phase shifters, switches, multiplexers and attenuators.

*Automotive*

In automotive markets, new use cases including vehicle-to-everything ("V2X") communications, advanced connectivity services, and secure car access, are supporting the migration to more connected, more intelligent vehicles. These new use cases are driving increased content across multiple connectivity and sensing technologies, including cellular, V2X, Wi-Fi, satellite radio, MEMS-based force-sensing, and UWB. Our force-sensing touch sensors enable an enhanced human-machine interface experience in automotive smart interior applications. Our UWB solutions leverage ultra-low latency and precision location accuracy to enable digital key access and digital key sharing while reducing the risk of "man-in-the-middle," or "relay" attacks possible with legacy technologies.

Similarly, electrification trends and the adoption of EVs/hybrid-EVs are increasing the need for more efficient power delivery solutions and increasing requirements for semiconductor content in automotive markets. This supports increasing adoption of compound semiconductor technologies such as SiC.

Our connectivity and sensor products for automotive applications include BAW filters, LNAs, switches, PAs, front-end solutions, force-sensing touch sensors, and UWB solutions. Our automotive power products include traction inverters, on-board chargers, and DC/DC converters. Our products meet or exceed automotive AEC-Q100 quality and reliability standards, and our customers include market leading automotive Tier-1 suppliers.

**Research and Development**

We invest in research and development ("R&D") to develop advanced technologies and products to best serve our markets. Our R&D activities support large competitive design win opportunities for major programs at key customers, which require best-in-class performance, size, cost and functional density. We also invest in R&D to develop new products for broader market applications. Our R&D efforts focus on continuous improvement and innovation in fundamental areas including materials, software, semiconductor process technologies, simulation and modeling, systems architecture, circuit design, device packaging, module integration and test capabilities.

We have developed multiple generations of GaAs, GaN, BAW and surface acoustic wave ("SAW") process technologies that we manufacture. We invest in these technologies to improve device performance, reduce die size and reduce manufacturing costs. We also source technologies in cooperation with key suppliers, including silicon on insulator ("SOI") for switches and tuners, silicon germanium ("SiGe") for amplifiers, complementary metal oxide semiconductor ("CMOS") for power management devices and SoC solutions, MEMS technology for switches and force-sensing and SiC for high-voltage power conversion devices. We combine these technologies with proprietary design methods, intellectual property ("IP") and other expertise to improve performance, increase integration and reduce the size and cost of our products.

We develop and qualify advanced packaging technologies to reduce component size, improve performance and reduce package costs. We also invest in large scale module assembly and test capabilities to bring these technologies to market in very high volumes.

7

AKTS_00443073

Table of Contents

**Qorvo, Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements**
**April 1, 2023**

**1.**
**THE COMPANY AND ITS SIGNIFICANT ACCOUNTING POLICIES**

Qorvo, Inc. ("the Company") is a global leader in the development and commercialization of technologies and products for wireless, wired and power markets. Qorvo, Inc. was formed as the result of a business combination (the "Business Combination") of RF Micro Devices, Inc. and TriQuint Semiconductor, Inc. ("TriQuint"), which closed on January 1, 2015.

The Company's design expertise and manufacturing capabilities span multiple process technologies. The Company's primary wafer fabrication facilities are in North Carolina, Oregon and Texas, and its primary assembly and test facilities are in China, Costa Rica, Germany and Texas. The Company also sources products and materials through external suppliers. The Company operates design, sales and other manufacturing facilities throughout Asia, Europe and North America.

During the second quarter of fiscal 2023, the Company updated its organizational structure to more closely align technologies and applications with customers and end markets. Prior to this organizational change, the Company operated under two segments (Mobile Products ("MP") and Infrastructure and Defense Products ("IDP")), and subsequent to this organizational change, the Company is operating under three segments (High Performance Analog ("HPA"), Connectivity and Sensors Group ("CSG") and Advanced Cellular Group ("ACG")). Refer to Note 17 for additional information regarding the new organizational structure.

*Principles of Consolidation and Basis of Presentation*

The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries. All significant intercompany accounts and transactions have been eliminated in consolidation. Certain prior period amounts (including prior period segment results) have been reclassified to conform to the fiscal 2023 presentation.

*Accounting Periods*

The Company uses a 52- or 53-week fiscal year ending on the Saturday closest to March 31 of each year. The most recent three fiscal years ended on April 1, 2023, April 2, 2022 and April 3, 2021. Fiscal years 2023 and 2022 were 52-week years, and fiscal 2021 was a 53-week year.

*Use of Estimates*

The preparation of the consolidated financial statements in conformity with U.S. generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses, and the disclosure of contingent liabilities. The Company evaluates its estimates on an ongoing basis, including those related to revenue recognition, product warranty obligations, valuation of inventories, tax related contingencies, valuation of long-lived and intangible assets, other contingencies and litigation, among others. The Company generally bases its estimates on historical experience, expected future conditions and third-party evaluations. The inputs into certain of these estimates and assumptions include the consideration of the impact of the COVID-19 pandemic and other macroeconomic factors. Actual results could differ materially from these estimates, and such differences could affect the operations reported in future periods.

*Cash and Cash Equivalents*

Cash and cash equivalents consist of demand deposit accounts, money market funds, and other temporary, highly liquid investments with original maturities of three months or less when purchased.

*Investments*

Marketable equity securities consist of common stock in publicly traded companies and are carried at fair value with both the realized and unrealized gains and losses reported in "Other income (expense), net." Fair values of publicly traded equity securities are determined using quoted prices in active markets. The marketable equity securities are

# Exhibit B

# Chapter 16
# BAW Filters and Duplexers for Mobile Communication

Robert Aigner

PLAINTIFF'S
EXHIBIT

**896**

## 16.1   Introduction

While there is no broad consensus RF bulk acoustic wave (BAW) technology should actually be listed as an RF-MEMS technology, most experts would agree BAW is a true success story. In fact—at this point in time—no other "true" RF-MEMS technology comes even close to BAW in terms of market penetration and revenue generated. It is a prime example for an innovation having a profound impact on size and performance of devices most persons consider a necessity in daily life: the smartphone. Without the selectivity of high-performance acoustic filters, none of the advanced cellular voice and data services would exist. There is an insatiable demand for higher wireless data rates across all boundaries of society and geography. Why has BAW flourished way beyond the predictions in recent years?

The allocated frequency spectrum is very limited, and the most favorable frequencies are already occupied by cell phone bands, by governmental agencies, or by unlicensed bands with restricted transmission range. All new wireless systems released are forced to deploy relying on less favorable frequency bands that have noisy or "oversensitive" neighbors—sometimes both. The commercial viability of these new bands depends at least in part on equipment makers' ability to solve neighborhood problems. BAW filters play a key role in minimizing interference between systems operating in different bands. The reason for the spectacular growth of BAW is the high number of smartphones shipped, multiplied by the large number of bands a typical smartphone is equipped to operate in.

This chapter aims to provide background information on applications, their requirements, and how those link into technology features late-generation BAW technology offers.

R. Aigner (✉)
Qorvo, Inc., Orlando, FL, USA
e-mail: Robert.Aigner@Qorvo.com

© Springer International Publishing Switzerland 2017                                387
H. Bhugra, G. Piazza (eds.), *Piezoelectric MEMS Resonators*,
Microsystems and Nanosystems, DOI 10.1007/978-3-319-28688-4_16

AKTS_01134464

## 16.2   Short History of BAW

Filters based on acoustic waves have their origins in the 1950s when quartz crystals became broadly available and enabled filters to become far more selective than LC-based filter circuits. In the 1970s surface acoustic waves (SAWs) on various piezoelectric crystal materials entered the scene for filters with a frequency range up to about 100 MHz [ ]. Those filters were predominantly used as intermediate frequency (IF) filters in heterodyne receivers. Starting in the mid-1980s, enhancements to SAW filter processes made them a viable solution for frequencies up to 1 GHz. The production volumes for acoustic filters remained very low until cell phones became affordable for a wide public in the mid-1990s. During that time, RF-SAW filters were used mostly in the receive path between antenna and low-noise amplifier, while the transmit path used LC filters or ceramic filters. LC filters show very poor selectivity as the $Q$-values of inductors are constrained by restive losses. Ceramic filters on the other side can be very selective, but they have a very large footprint and height. "Direct conversion" receiver architecture took hold in the industry around year 2001 which led to the demise of SAW IF filters in cell phone architectures. As a side effect, this made RF filtering at the antenna much more demanding. SAW IF filters had been good business for many suppliers which were now looking to replace the revenue lost with new filter products. About at the same time, cell phones started adding support for multiple bands as needed for international roaming. Size of phones had shrunk steadily for more than a decade, but with multiple bands supported in one phone, pressure was building to radically reduce the size and thickness of the RF filters. BAW technology arrived just at the right time to respond to this challenge.

Attempts to make a BAW filter using thin film materials go back to the 1970s. Those were ultimately unsuccessful due to the poor quality of piezoelectric thin films available at that time. Most early work was related to a device concept we would today classify as a film bulk acoustic resonator (FBAR) in which a free-standing membrane is used to prevent the acoustic wave from escaping into the substrate. In the late 1980s the early pioneers set out again to conquer the challenge of thin film quality. The first to succeed making a real product in the RF frequency range was Ken Lakin. He circumvented the challenges of making a free-standing membrane by introducing an acoustic Bragg reflector using multilayers of dissimilar materials [2]. The concept and name BAW solidly mounted resonator (SMR) was born. Ken Lakin was first in depositing high-quality AlN thin films with strong preferential $c$-axis orientation. He succeeded getting piezo coefficients close enough to a monocrystal—as needed to achieve sufficient coupling coefficient and quality factor for a practical BAW filter. He founded the company TFR Technologies in 1989 which focused on specialty BAW filters for space and military applications. The first products were delivered to customers in 1997. The facility exists to this day as part of Qorvo (whose predecessor TriQuint acquired TFR in 2004) and continues to supply small volumes of highly specialized filters. Independent of the activities

at TFR a small group at HP labs around Rich Ruby started to investigate the FBAR concept in 1993 [3]. In 1999 they had mastered the challenges of making membranes and growing excellent AlN on a bottom electrode. The level of performance they reached was suitable for commercialization, and they smartly chose duplexers for the PCS CDMA band at 1.9 GHz as their lead product to go in production with. Their selling point was a dramatic reduction in size and thickness compared to existing duplexers. Early products emerged in 2001 around the time HP spun out all non-computer divisions into Agilent. By year 2004 Agilent had a solid grip on the market for PCS duplexer and had sent conventional ceramic duplexers into obsolescence. The wireless division of Agilent was spun out to form Avago in 2005 which to this day is a leading player in BAW/FBAR (note: Avago announced to change its name to Broadcom in May 2015). The third contender in commercializing BAW filter was a group at Infineon which started out as a secret project between Siemens (later Infineon) and cell phone maker Nokia in 1997. The author of this chapter had the honor to lead this effort between 1997 and 2005. The group's innovations eliminated several of the shortcomings acoustic reflectors had suffered from and succeeded to launch a first BAW-SMR filter to the cell phone market in 2001 [4]. That group also introduced localized ion beam etching as method to correct for manufacturing variations in frequency across a wafer. A moderate amount of BAW filters for GSM phones were shipped in the years to follow. The activity later faltered when Nokia lost interest in BAW and Infineon's management misjudged how important filters would soon become in RF systems.

Following HP/Agilent/Avago's (/Broadcom's) highly publicized product launch in the early 2000s a large number of semiconductor companies started efforts to develop BAW. At the peak around 2005, there were at least 11 companies actively developing BAW, many of which had unrealistic goals and schedules and/or poor strategic alignment. The challenges of BAW technology are easily underestimated, in particular how to achieve very high coupling coefficient, $Q$-values, and spurious mode suppression—all at once—and finally manufacture BAW filters at very high yields. Five contenders reportedly terminated BAW development between 2007 and 2009. Infineon sold the BAW business to competitor Avago in 2008. Following the acquisition of TFR Technologies in 2004, TriQuint entered the race for the cell phone BAW market. The author joined TriQuint in 2006 to lead this effort. Production readiness was achieved in early 2009 followed by an immediate ramp into high volume. In the years between 2009 and 2012, TriQuint (now Qorvo) and Avago (now Broadcom) fought a fierce battle in court which resulted in a settlement and patent cross license agreement. As a side effect, some of the minor players were scared away from pursuing the most attractive applications for BAW filters, effectively leaving Avago (now Broadcom) and TriQuint (now Qorvo) as the only two vendors for BAW filters. The years following 2012 brought extreme growth for both companies. By the end of year 2015, the total accumulated number of BAW and FBAR filter chips out in the field will have surpassed 20 billion units.

# Exhibit C

# Qorvo's Innovative BAW Filters for 5G



### Timeline of BAW at Qorvo

First production BAW filter shipped (TFR Technologies) — **1996**

TriQuint acquires TFR Technologies (Bend, OR) — **2004**

First commercial BAW products shipped (Richardson, TX factory) — **2009**

Merger between TriQuint & RFMD: Qorvo — **2015**

The 10 billionth BAW filter shipped, introduction of complex multiplexer products for 4G LTE — **2017**

Production release of BAW5 (5th gen. BAW), expanding frequency range of BAW filters to 6 GHz 200 mm wafer manufacturing release — **2018**

Production release for BAW filters up to 6 GHz — **2019**

The onset of 5G is materializing much faster than predicted. Newly developed innovations in the 5G supply chain are being requested now. Consumers and businesses are expecting and asking for an increase in data capacity and data link speeds.

RF component suppliers are also caught in this wave. One of the key 5G enabling components, RF filters, is being asked to do more. As a component that mitigates out-of-band interference to allow only the desired data to pass from transmitter to receiver, or visa-versa, the filter provides both system quality of service and reliability. In 5G however, it is being asked to do this job with less space, in a smaller form factor, with higher Power Class 2 requirements, while providing higher overall performance. In some models the size of a 5G phone battery can be twice the size of previous LTE phones. For example, the Samsung Note 5G S10 phone has a battery that is 20% larger than the legacy Note LTE S10 model. While this increase in size helps increase the mA/h capacity of the 5G phone by about 32%, the battery now inhabits a larger area of the PCB previously occupied by other components like the RF front end (RFFE).

## System Advantages Low Insertion Loss Qorvo BAW Provides

### Transmit Insertion Loss - 0.5 dB

- 25 ~ 50 mA savings for PA
- Longer talking time
- Higher antenna transmit power than previous generations
- Better thermal performance
  - Reduces overall device temperature
  - Reduces requirement for additional thermal solutions

### Receive Insertion Loss - 0.7 dB

- Better RF signal range coverage
- Lower drop call rate
- Improved receiver signal power

*...resulting in an increase in data throughout and overall better user experience*

Not only is size becoming a constraint, 5G high frequencies are also affecting RFFE design. To meet the demands of 5G, frequency spectrum is required. 5G acquires this additional spectrum from the higher frequency bands found above 3 GHz – both in the sub-7 GHz and mmWave ranges (i.e. the more familiar "sub-6 GHz" terminology is included in "sub7 GHz" to support potential frequency allocations up to 7 GHz). The higher the frequency of a design, the greater the challenge of meeting parameter requirements.

One system parameter RF filters must meet is passband insertion loss. Line lengths, matching components, filter components and connecting trace lines have an added effect on insertion loss, especially at the higher frequency ranges above 3 GHz. To optimize a system's link budget, low insertion loss is required. As the frequency range increases into the sub-7 GHz realm and above, meeting this insertion loss gets increasingly challenging. Filter target insertion losses of 1 or 2 dB have now moved to below 1 dB, as manufacturers want to increase system margin and efficiency at the higher frequencies of 5G.

Qorvo has been solving filtering challenges since 1996 when BAW production began, and has over 240 patents on BAW technology to date. We have shipped over ten billion BAW filters globally and increased filter complexity by creating multiplexers that maximize carrier aggregation (CA) performance in a small form factor. Qorvo BAW performs in the 1 GHz up to 20 GHz range; Qorvo filters supplied in the higher mmWave ranges above 9 GHz are used mostly for defense and aerospace applications, such as radar systems. For mobile devices, consumer premise equipment or automotive products, BAW filter technology is focused up to the 9 GHz range.

Our BAW has many attributes that outperform competitor SAW or FBAR technologies – such as high Q, low spurs and steep skirts. Additionally, Qorvo BAW has superior thermal properties compared to other filter products found in the marketplace.

These thermal properties come in handy with 5G Power Class 2 (PC2) requirements. The PC2 requirement increases the maximum output power previously defined by Power Class 3. PC2 increases the transmit output power of the RFFE to compensate for greater propagation losses at the higher 5G frequencies. Ultimately, an increase in power creates more system thermal heat.

## Qorvo BAW Technology





www.qorvo.com

AKTS_00696848

© Qorvo US, Inc. | 1-2020

To make efficient use of additional 5G spectrum, a filter cannot degrade bandwidth while operating over a wide range of temperatures. BAW has a vertical heat flux acoustic reflector that allows thermal heat to quickly and efficiently dissipate away from the filter. The topology of BAW provides a lower resistance and prevents resonators from overheating. BAW exhibits very little frequency shifts, making it ideal for 5G applications that are prone to self-heating due to higher transmit power.



In all 5G use case categories, devices are becoming more complex. Engineers must negotiate their way through designs efficiently without compromising system performance. One complexity, as noted above, is spectrum, another is designing a device with a minimum number of antennas, line connections and lead lengths. Device manufacturers try to create products with the highest amount of functionality in the simplest way. To help reduce the number of antennas in a system, engineers use filters integrated into antenna-plexers.. Antenna-plexers reduce antenna complexity by allowing one antenna to transmit a large bandwidth. This large bandwidth is then split by the antenna-plexer into multiple different bands. For example, the triplexer shown below splits the Wi-Fi, mid-band and ultra-high bands going to one antenna while providing the out-of-band (OOB) rejection needed for optimal coexistence.

Carrier aggregation (CA) is another complex function of the RFFE. CA allows microwave devices to create higher data rates by combining two or more carrier signals. Linear multiplexer filters with OOB rejection allow for multiple CA combinations. For example, bands n77 and n79 in 5G New Radio designs or LTE bands 1, 3 and 7. These OOB rejection challenges in CA exist in many regions throughout the globe. Using BAW, engineers have access to multiplexers featuring minimal insertion loss below or around 1 dB. This low insertion loss minimizes any negative effect on the power amplifier current drain and device battery life. BAW also provides best-in-class band isolation and cross-isolation for optimal system-level performance.



The number of bands in 5G use cases will continue to grow. The mobile device market has used SAW, BAW and FBAR filter technologies for decades. However, 5G will alter the alloted spectrum in mobile and non-mobile devices like handsets, Wi-Fi, automotive V2X, radar and infrastructure and presumably others not yet known. With all the possible 5G applications, discrete and integrated BAW will help engineers resolve complex antenna systems and coexistence challenges.



B1+B3+B7 Hexaplexers - Enabling Carrier Aggregation



As a proven longtime industry leader, Qorvo understands that each device manufacturer creates unique products. By providing RFFE design flexibility, device manufacturers can more easily layout and design products for multiple 5G use cases. Qorvo's portfolio of filters helps customers find the best product for their design to meet stringent certification and design parameters.



QORVO and ALL AROUND YOU are registered trademarks
of Qorvo US, Inc. in the US and in other countries.

www.qorvo.com

# Exhibit D



# AKOUSTIS TECHNOLOGIES, INC.

## FORM 8-K
(Current report filing)

## Filed 05/29/15 for the Period Ending 05/22/15

| | |
|---|---|
| Address | 9805 NORTHCROSS CENTER COURT, SUITE H |
| | HUNTERSVILLE, NC 28078 |
| Telephone | 7026054086 |
| CIK | 0001584754 |
| Symbol | AKTS |
| SIC Code | 3661 - Telephone and Telegraph Apparatus |
| Fiscal Year | 06/30 |


Powered By EDGAROnline
http://www.edgar-online.com
© Copyright 2016, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.


DEPOSITION EXHIBIT 761

AKTS_01062283

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 8-K

## CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **May 22, 2015**



## AKOUSTIS TECHNOLOGIES, INC.
(Exact name of registrant as specified in its charter)

| **Nevada** | **333-193467** | **33-1229046** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**9805 Northcross Center Court, Suite H**
**Huntersville, NC 28078**
(Address of principal executive offices, including zip code)

**704-997-5735**
(Registrant's telephone number, including area code)

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

AKTS_01062284

TABLE OF CONTENTS

| | | |
|---|---|---|
| | CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | 1 |
| | EXPLANATORY NOTE | 2 |
| ITEM 1.01 | ENTRY INTO A MATERIAL DEFINITIVE AGREEMENT | 4 |
| ITEM 2.01 | COMPLETION OF ACQUISITION OR DISPOSITION OF ASSETS | 4 |
| | DESCRIPTION OF BUSINESS | 9 |
| | RISK FACTORS | 19 |
| | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 37 |
| | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT | 46 |
| | DIRECTORS, EXECUTIVE OFFICERS, PROMOTERS AND CONTROL PERSONS | 49 |
| | EXECUTIVE COMPENSATION | 53 |
| | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS | 55 |
| | MARKET PRICE OF AND DIVIDENDS ON COMMON EQUITY AND RELATED STOCKHOLDER MATTERS | 56 |
| | DESCRIPTION OF SECURITIES | 58 |
| | LEGAL PROCEEDINGS | 60 |
| | INDEMNIFICATION OF DIRECTORS AND OFFICERS | 60 |
| ITEM 3.02 | UNREGISTERED SALES OF EQUITY SECURITIES | 61 |
| ITEM 5.01 | CHANGES IN CONTROL OF REGISTRANT | 63 |
| ITEM 5.02 | DEPARTURE OF DIRECTORS OR PRINCIPAL OFFICERS; ELECTION OF DIRECTORS; APPOINTMENT OF PRINCIPAL OFFICERS; COMPENSATORY ARRANGEMENTS OF CERTAIN OFFICERS | 63 |
| ITEM 5.06 | CHANGE IN SHELL COMPANY STATUS | 63 |
| ITEM 9.01 | FINANCIAL STATEMENTS AND EXHIBITS | 63 |
| | FINANCIAL STATEMENTS | F-1 |

AKTS_01062285

**Accounting Treatment; Change of Control**

The Merger is being accounted for as a "reverse merger," and Akoustis, Inc., is deemed to be the accounting acquirer in the reverse merger for accounting purposes. Consequently, the assets and liabilities and the historical operations that will be reflected in the financial statements prior to the Merger will be those of Akoustis, Inc., and will be recorded at the historical cost basis of Akoustis, Inc., and the consolidated financial statements after completion of the Merger will include the assets and liabilities of Akoustis, Inc., historical operations of Akoustis, Inc., and operations of the Company and its subsidiaries from the closing date of the Merger. As a result of the issuance of the shares of our Common Stock pursuant to the Merger, a change in control of the Company occurred as of the date of consummation of the Merger. Except as described in this Current Report, no arrangements or understandings exist among present or former controlling stockholders with respect to the election of members of our Board of Directors and, to our knowledge, no other arrangements exist that might result in a change of control of the Company.

We continue to be a "smaller reporting company," as defined under the Exchange Act, following the Merger. We believe that as a result of the Merger we have ceased to be a "shell company" (as such term is defined in Rule 12b-2 under the Exchange Act).

## DESCRIPTION OF BUSINESS

Immediately following the Merger, the business of Akoustis became our business.

**Corporate Information**

As described above, we were incorporated in Nevada as Danlax, Corp. on April 10, 2013. Our original business was development and sale of mobile games. Prior to the Merger, our Board determined to discontinue operations in this area and to seek a new business opportunity. As a result of the Merger, we have acquired the business of Akoustis.

Akoustis was incorporated on May 12, 2014, under the laws of the State of Delaware and commenced doing business in North Carolina in May 2014.

Our authorized capital stock currently consists of 300,000,000 shares of the Common Stock, and 10,000,000 shares of the Preferred Stock. Our Common Stock is quoted on the OTC Markets (OTCQB) under the symbol "AKTS," which changed from "DNLX" on May 1, 2015.

Our principal executive offices are located at 9805 Northcross Center Court, Suite H, Huntersville, NC 28078. Our federal Employer Identification Number (EIN) is 33-1229046; the EIN of Akoustis, Inc., is 46-5645617. Our telephone number is 704-997-5735. Our website address is www.akoustis.com . (The information contained on, or that can be accessed through, our website is not a part of this Report.)

"Akoustis™," the Akoustis logo and "Bulk ONE™" are our trademarks. This Report may contain additional trade names, trademarks and/or service marks of other companies. We do not intend our use or display of other companies' trade names, trademarks, or service marks to imply a relationship with these other companies, or endorsement or sponsorship of us by these other companies. Other trademarks appearing in this prospectus are the property of their respective holders.

9

Glossary

The following is a glossary of technical terms used herein:

- **Acoustic wave** —a mechanical wave that vibrates in the same direction as its direction of travel.

- **Acoustic wave filter** —an electromechanical device that provides radio frequency control and selection, in which an electrical signal is converted into a mechanical wave in a device constructed of a piezoelectric material and then back to an electrical signal.

- **Band, channel or frequency band** —a designated range of radio wave frequencies used to communicate with a mobile device.

- **Bulk acoustic wave (BAW)** —an acoustic wave traveling through a material exhibiting elasticity, typically vertical or perpendicular to the surface of a piezoelectric material.

- **Digital baseband**— the digital transceiver, which includes the main processor for the communication device.

- **Duplexer** —a bi-directional device that connects the antenna to the transmitter and receiver of a wireless device and simultaneously filters both the transmit signal and receive signal.

- **Filter** —a series of interconnected resonators designed to pass (or select) a desired radio frequency signal and block unwanted signals.

- **Group III element nitrides** —single crystal nitride crystal containing at least one element from the Group III metals in the period table (scandium (Sc), yttrium (Y), lanthanum (La) and actinium (Ac)).

- **Monolithic topology** —a description of an electrical circuit whereby all the elements of the circuit are fabricated at the same time using the same process flow.

- **Power Amplifier Duplexer (PAD)** —an RF module containing a power amplifier and duplex filter components for the RF front-end of a smartphone.

- **Piezoelectric materials**— certain solid materials (such as crystals and certain ceramics) that produce a voltage in response to applied mechanical stress, or that deform when a voltage is applied to them.

- **Resonator** —a device whose impedance sharply changes over a narrow frequency range and is characterized by one or more 'resonance frequency' due to a standing wave across the resonator's electrodes. The vibrations in a resonator can be either electromagnetic or mechanical (including acoustic). Resonators are the building blocks for RF filters used in mobile wireless devices.

- **RF**— radio frequency

- **RF front-end** —the circuitries in a mobile device responsible for processing the analog radio signals and is located between the device's antenna and the digital baseband.

- **Surface acoustic wave (SAW)** —an acoustic wave traveling horizontally along the surface of a material.

10

AKTS_01062295

**Overview**

Akoustis™ is an early stage, "fabless" company developing, designing and manufacturing innovative filter products for radio frequency, or RF, front-ends for the mobile wireless device industry. We use a fundamentally new piezoelectric resonator technology that we call Bulk ONE™ in the manufacturing of acoustic resonators, the building blocks of high selectivity "RF" filters required to route signals in a smartphone or other mobile or wearable device. Filters are a critical component of the RF front-end, and their use has multiplied with the launch and licensing of 4G/LTE frequency bands. They are used to define the range of frequencies of radio signals that are transmitted (the "passband") and simultaneously reject unwanted signals. The increasing demand for wireless data and user applications is driving an increase in the number of wireless channels or frequency bands in a single device. Each new band introduced creates an increase in a demand for filters. A high-end smartphone, for example, must filter the transmit and receive paths for 2G, 3G and 4G wireless access methods in up to 15 bands, as well as Wi-Fi, Bluetooth and in some cases GPS. Signals in the receive paths must be isolated from one another. The filters also must reject other extraneous signals from numerous sources. The current approach to RF filter manufacturing utilizes thin-film polycrystalline materials (thin-film bulk acoustic resonators, or "FBARs") with relatively high resistance that dissipate a significant amount of the energy in the signal (referred to as "lossy"), resulting in front-end heat generation and reduced battery life. In order to compensate for such losses, the power amplifier specifications are increased, by as much as a factor of two, which reduces further the battery life and puts more demands on the thermal management of the mobile device.

As the filter count per mobile device increases, these inefficiencies will become more limiting. We plan to use single crystal piezoelectric materials to develop a new class of filters with a fundamental advantage to reduce losses over existing thin film technologies. We have fabricated R&D resonators demonstrating the feasibility of our Bulk ONE technology, and are in the process of transitioning the technology into a production-capable wafer fabrication facility for the ultimate purpose of manufacturing our bulk mode acoustic wave filters. Our business model involves "fabless" manufacturing, meaning that we leverage capital investments and capacity of our strategic partners to manufacture our wafers. Once our technology is qualified for manufacturing, we expect to design and sell single crystal filter products using our Bulk ONE technology.

We believe our technology is disruptive to the RF front-end market through the following expected advantages:

- Lower insertion loss,

- Wider bandwidth coverage,

- Improved power compression and linearity,

- Reduced power amplifier cost,

- Reduced heat generation and reduced battery loading, and

- Reduced guard band between adjacent frequency bands.

Once our Bulk ONE technology is qualified for production, our product focus is on innovative single-band filter products for the growing RF front-end market, which can be used to make duplexer or multiplexer filter products necessary for the Mobile Internet. These products present the greatest near-term potential for commercialization of our technology. According to a McKinsey Global Institute report, the Mobile Internet and the so-called "Internet of Things" (IoT) is one of the twelve potentially economically disruptive technologies with an estimated economic value impact that could be over $25 trillion.

11

# Exhibit E





AKTS_00000193

# FORWARD-LOOKING STATEMENTS

This document includes "forward-looking statements" within the meaning of Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, that are intended to be covered by the "safe harbor" created by those sections. These forward-looking statements include, but are not limited to, statements about our estimates, expectations, beliefs, intentions, plans or strategies for the future (including our possible future results of operations, business strategies, competitive position, potential growth opportunities, potential market opportunities and the effects of competition), and the assumptions underlying such statements. Forward-looking statements include all statements that are not historical facts and typically are identified by use of terms such as "may," "will," "should," "could," "expect," "plan," "anticipate," "believe," "estimate," "predict," "intend," "forecast," "seek," "potential," "continue" and similar words, although some forward-looking statements are expressed differently. Forward-looking statements are neither historical facts nor assurances of future performance. Instead, these forward-looking statements are based on management's current beliefs, expectations and assumptions and are subject to risks and uncertainties. Factors that could cause actual results to differ materially from those currently anticipated include, without limitation, risks relating to the results of our research and development activities, including uncertainties relating to semiconductor process manufacturing; the development of our XBAW™ technology and products presently under development and the anticipated timing of such development; our ability to protect our intellectual property rights that are valuable to our business, including patent and other intellectual property rights; our ability to successfully manufacture, market and sell products based on our technologies; the ability to achieve qualification of our products for commercial manufacturing in a timely manner and the size and growth of the potential markets for any products so qualified; the rate and degree of market acceptance of any of our products; our ability to raise funding to support operations and the continued development and qualification of our products and the technologies underlying them; and our ability to service our outstanding indebtedness. These and other risks and uncertainties are described in more detail in the Risk Factors and Management's Discussion and Analysis of Financial Condition and Results of Operations sections of the Company's most recent Annual Report on Form 10-K and in subsequently filed Quarterly Reports on Form 10-Q. Considering these risks, uncertainties and assumptions, the forward-looking statements regarding future events and circumstances discussed in this document may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. You should not rely upon forward-looking statements as predictions of future events. The forward-looking statements included in this document speak only as of the date hereof and, except as required by law, we undertake no obligation to update publicly or privately any forward-looking statements, whether written or oral, for any reason after the date of this document to conform these statements to new information, actual results or to changes in our expectations.

THESE MATERIALS DO NOT CONSTITUTE AN OFFER TO SELL, OR THE SOLICITATION OF ANY OFFER TO BUY, ANY SECURITIES OF AKOUSTIS TECHNOLOGIES, INC., OR OF ANY OTHER ENTITY WHATSOEVER. ANY REPRESENTATION TO THE CONTRARY SHOULD BE IGNORED.

"Akoustis®", the Akoustis logo, "BulkONE®" and "XBAW™" are trademarks or registered trademarks of Akoustis Technologies, Inc. and/or its subsidiaries.



# AKOUSTIS AT A GLANCE

## Snapshot



**Corporate Headquarters Huntersville, NC**

| | |
|---|---|
| Shares Outstanding (12/31/18) | 25.1M |
| Debt (12/31/18) | $25.0M |
| Cash (12/31/18) | $42.1M |

*Completed $40.8M Financing in October 2018*

- ❏ **Ticker:** AKTS (NASDAQ)
- ❏ **Corporate HQ:** Huntersville, NC
- ❏ **Captive Manufacturing:** Canandaigua, NY
- ❏ **Founded:** 2014
- ❏ **Employees:** 76

(1) Source: Mobile Experts 2018 report

## Company Overview

- ❏ Akoustis Technologies Inc., a commercial stage company, designs and manufactures **patented single crystal radio frequency ("RF") BAW filters** for the 4G/5G mobile & network infrastructure, WiFi and military markets.
- ❏ Product advantages include **power handling, bandwidth, size and speed.**
- ❏ **First BAW RF manufacturing line** completed and producing RF filters from a **wafer process which is repeatable and predictable.**
- ❏ Commercial BAW portfolio includes 5.2 GHz (WiFi), 5.6 GHz (WiFi), two 1.8 GHz (4G/LTE Infrastructure) and 3.8 GHz (Radar) RF filters; **first filter revenue** achieved in Sept 2018; **open contracts** to develop **two 5G Infrastructure filters** (3.5 GHz, 3.6 GHz).

## Investment Highlights

- ❏ **$3.7 billion addressable market in 2018**, and expected to grow to $5.4B by 2021 – the fastest growing segment of $14B RFFE (radio frequency front end)[1].
- ❏ **Premium BAW filter market serviced today by duopoly** (Broadcom, Qorvo).
- ❏ **Escalating demands for mobile data** requiring higher frequency spectrum (5G and unlicensed WiFi) with **RF filters providing selectivity and enabling coexistence.**
- ❏ Customer engagement, testing and pre-production orders from OEM, ODM, SoC and RF module maker partners across target markets.
- ❏ **Vertically-integrated design and manufacturing (IDM)** business model.
- ❏ **Seasoned leadership team** with expertise in RF and microelectromechanical systems ("MEMS").

3

**AKOUSTIS** TECHNOLOGIES

AKTS_00000195

# EXECUTIVE LEADERSHIP & PARTNERS



**JEFF SHEALY**
CEO & FOUNDER

Former VP & GM at RFMD (now
Qorvo), Co-founded RF Nitro
(sold to RFMD)
25 YRS Industry Exp., MBA, PhD



**KEN BOLLER**
Interim - CFO

Corporate Controller &
Assistant Secretary at AKTS
Controller & Director of
Accounting at Ecolab
25 YRS Experience, CPA (PA).



**DAVID AICHELE**
VP BUS DEV

Former Director RFMD (Qorvo)
& Exec VP Private Company
23 YRS Industry Exp.,BSEE &
MBA



**ROHAN HOULDEN**
CHIEF PRODUCT OFFICER

Former GM at Qorvo & Product
Line Mgr. at Conexant
27 YRS Industry Exp., BSEE,
MBA



**MARY WINTERS**
VP WAFER FAB

Former Director MEMS ITC
& Sr. Eng. Eastman Kodak
18 YRS Industry Exp., BSCE &
MS

UNIVERSITY
PARTNERS

 

COMMERCIAL
PARTNERS

 National Science
Foundation (NSF)

4

 

AKTS_00000196

# SEASONED BOARD MEMBERS



**JERRY NEAL**
CO-CHAIRMAN,
DIRECTOR

Founded RFMD
(now Qorvo); 35 YRS+ RF
and Wireless Industry
Experience





**ART GEISS**
CO-CHAIRMAN,
DIRECTOR

Former VP Operations
RFMD (now Qorvo);
previous Alpha mgmt.
(now Skyworks)





**STEVE DENBAARS**
DIRECTOR

Co-founded Nitres, Soraa,
Soraa Laser Diode; UCSB
Professor; Expert in III-N
Materials






**JEFF MCMAHON**
DIRECTOR

Director at North Highland.
17 YRS+ Mgmt.
Consulting Experience





**SUZANNE RUDY**
DIRECTOR

Former VP of Tax and
Treasurer at Qorvo, UNC,
UCSB degrees; Financial
Expert





**STEVE MILLER**
DIRECTOR

Former President / CEO
and Chairman at Sawtek;
Former Director at TriQuint



5



# MOBILE DEVICES REQUIRE RF FILTERS TO CONNECT



## Mobile device RF complexity increasing:

**Multiband**
- Today greater than 40 bands
- Next generation up to 100 bands
- More bands drive greater coexistence filtering needs

**Multimode**
- Next generation 5G devices re-use 2G, 3G, 4G spectrum
- Expanding high band spectrum

**Multi Connectivity**
- Data speeds driving architecture
- Utilizing unlicensed 5GHz spectrum

**Akoustis' patented RF filter technology supports high band spectrum in smartphones enabling faster internet speeds**

6

 

# RF MARKET DYNAMICS



(1) Source: Barclays, Semiconductor Market Perspectives, 2017
(2) Source: Mobile Experts 2016 Report



AKTS_00000199

# AKOUSTIS TARGET END MARKETS



| Application | Smartphones, Tablets, Pucks | | Tri-Band Routers, Set-Top Boxes, CPE | FD-MIMO, Small Cells | Radar, Milcom |
|---|---|---|---|---|---|
| Akoustis Solutions | 1.8-3 GHz BAW Discrete/Multiplex Filter | 3-6 GHz BAW Discrete/Multiplex Filter | 2.4/5.2/5.6GHz BAW Discrete Filter | 1.8-6 GHz BAW Discrete/Multiplex Filter | 1-10 GHz Discrete, Multiplexer, Integrated Switch Filters |
| Value Proposition | Improve battery life & reduce dropped calls | Size reduction, Improve battery life & reduce dropped calls | Size reduction support 5 GHz, multiband simultaneous operation | Size reduction support higher power, improve receive sensitivity | Size reduction support higher power, |
| 2020 Filter Market Size | $10.6 Billion[1] | | | $1.0 Billion[2] | |
| | *High Volume Market* | | | *Niche Markets* | |

(1) Source: Mobile Experts 2018 Report.
(2) Source: Mobile Experts 2018 Report, ABI 2017 Report, Akoustis internal study.

8

INNOVATION IN SINGLE CRYSTAL
BULK WAVE TECHNOLOGY



AKTS_00000200

# UPDATED TARGET MILESTONES

| WiFi | • **Q1 CY19**: Second 5.2 GHz WiFi pre-production order   Achieved, See 1/7/19 PR <br>• **Q1 CY19**: Deliver 5.6 GHz samples to additional customers |
| --- | --- |
| 5G Mobile | • **1H CY19**: Complete wafer-level packaging design<br>• **2H CY19**: Design win from mobile customer |
| 5G Infrastructure | • **1H CY19**: Deliver 5G filter samples to potential customers<br>• **2H CY19**: Receive 5G infrastructure order |
| 4G Infrastructure / Defense | • **Q1 CY19**: Ship 3.8 GHz filter against open production purchase order<br>• **Q1 CY19**: Add follow-on order for military customer for new band<br>• **1H CY19**: Ship production product to current 4G LTE customer |

9



# WHY SINGLE CRYSTAL MATERIALS FOR BAW?



High power handling

High mechanical coupling

High sound velocity

High power, wide bandwidth RF filters operating at high frequency

(1)  Source: Akoustis Measured Data, 2018
(2)  Source: Akoustis' 2018 IEEE International Ultrasonics Symposum (IUS) Paper

10

INNOVATION IN SINGLE CRYSTAL
BULK WAVE TECHNOLOGY



# SINGLE CRYSTAL BAW (XBAW™) TECHNOLOGY: 1 to 7 GHz



- Single crystal XBAW enables **high power performance RF filters** from 1 to 7 GHz

(1)  Source  See Akoustis 2018 IEEE International Ultrasonics Symposium (IUS)
     Paper for single crystal BAW power performance versus poly crystal BAW

11



AKTS_00000203

# EXPANDING INTELLECTUAL PROPERTY (IP) PORTFOLIO



System Application

High Selectivity Filters

Package Technology

Acoustic Devices & Manufacturing

Piezo Materials

Platform Substrates

## Akoustis IP Portfolio

- Foundational single crystal BAW devices and RF filters
- Vertical portfolio from platform substrates to system application
- 21 Patents[1], 38 patents pending plus numerous trade secrets
- Key materials IP from Cornell University and University of California



http://www.akoustis.com/patents/

(1)  Includes Akoustis issued patents, Cornell patent under license (see PR 9-7-16), and UCSB patents
under agreement (see PR 9-22-15)

12

INNOVATION IN SINGLE CRYSTAL
BULK WAVE TECHNOLOGY



# RF FILTER GROWTH DRIVERS IN WIFI CPE

| 1. Tri-band Architecture | 2. Multi-User MIMO Radios [2] | 3. Mesh Network (Nodes) [3] |







Dual-Band: 2 radios with 2 filters
*2.4 GHz and 5.6 GHz only*
*No Coexistence at 5 GHz*

Tri-Band: 3 radios with 3 filters
*2.4 GHz, 5.2 GHz and 5.6 GHz*
*Coexistence challenges at 5GHz*

2x2 MIMO: 6 radios with 6 filters
*4 filters required above 5 GHz*

8x8 MIMO: 24 radios with 24 filters
*16 filters required above 5 GHz*

2 Nodes: 12 radios with 12 filters
*8 filters required above 5 GHz*

3 Nodes: 18 radios with 18 filters
*12 filters required above 5 GHz*

➢ RF Filter Market for WiFi customer premise equipment (CPE) is expected to grow from $347M (2018) to $540M (2021) [1]

(1) Source: Mobile Experts, Akoustis internal estimates
(2) Source: Link-Sys AC2200 MU-MIMO Tri-Band Router
(3) Source: Link-Sys Velop AC6600 MU-MIMO Tri-Band Router

13



# FIRST TANDEM 5.2 GHz/5.6 GHz WIFI BAW FILTER SOLUTION



(1) Source: Measured Akoustis data of AKF-1252 and AKF-1256 filters

AKTS_00000206

# AKOUSTIS BAW FILTER 23X SMALLER VS INCUMBENT FILTER



Akoustis offers the industry's first and only commercial 5.2 GHz and 5.6 GHz BAW RF filters for Tri-Band WiFi

Tri-Band 2.4/5.2/5.6 GHz WiFi Router (2x2 MIMO)

Akoustis 5 GHz BAW filter is 23x smaller:

103 mm³ vs. 4.5 mm³

AKF-1252 Akoustis

2.5mm x 2.0mm x 0.9mm

Source: Link-Sys AC2200 MU-MIMO Tri-Band Router

15



# FILTER POWER IS KEY FOR MASSIVE MIMO BTS

## 4G vs. 5G Network Architecture



Source: Mitsubishi Electric

### 64 Element 8x8 Massive MIMO 5G Antenna Array

Each Radio Requires a Separate Filter

Source: MACOM

## Product / Market Dynamics

- Focus on small cells & massive MIMO Base Station (BTS)
- 5G will deploy with 32, 64 or 128 radios per BTS
- Akoustis has demonstrated significant power handling advantage with single crystal XBAW
- Engaged with initial 5G infrastructure customer with product launch anticipated in the second half of calendar 2019
- More demanding environment, longer end product life cycle
- Field trials leading to mass scale deployment in calendar 2020

## Target Customers



**VALUE PROPOSITION** | High performance, small form factor filter with high power capability

16

INNOVATION IN SINGLE CRYSTAL
BULK WAVE TECHNOLOGY



# MOBILE WIRELESS / SMARTPHONE

| Application | Product Focus / Market Dynamics |
|---|---|
|  | - Focus on new 3-6 GHz spectrum for 5G<br>- 5G mobile design cycles ongoing<br>- WiFi shift from dual-band to tri-band in Mobile<br>- MIMO/MU-MIMO architectures growing; driving radio and filter content<br>- Value proposition: power, bandwidth, size |

**Target Customers**



17

AKTS_00000209

# GROWING, HIGH-FREQUENCY PRODUCT PORTFOLIO



Source: Qualcomm, Oct 2017, Huawe, 2017.

18

AKTS_00000210

# QUALIFIED XBAW WAFER FAB – CANANDAIGUA, NY



- **122,000 sq. ft. Silicon MEMS Wafer Fab Facility** including 30,000 sq. ft. class 100/1000 clean room, 150-mm wafer fab tools, 57-acres of real property and MEMS Operations team
- Consolidated Company's supply chain into one turn-key facility with **shorter cycle time and scalable manufacturing capacity (up to 150,000 6" wafers starts per year** when fully equipped)
- **ISO 9001:2015** registered quality management system
- **Completed first generation XBAW (XB1) process** (July 2018)
- Captive manufacturing enables **Integrated Design and Manufacturer (IDM) business model**

19



AKTS_00000211

## SUMMARY



- Experienced and diverse team of RF & MEMS leaders—driving commercialization of patented BAW RF filters
- Addressing fastest growing segment of $14B RF Front End total market[1] —5GHz WiFi growing and 5G Mobile Network accelerating
- Vertically-integrated design and manufacturing business model
- Executing on key business milestones:
  - A) First pre-production 5.2GHz WiFi filter PO
  - B) First 5.6 GHz WiFi filter samples shipped
  - C) Delivered two 4G/LTE filters for Infrastructure
  - D) Two contracts signed for 5G Infrastructure

(1) Source: Mobility Experts 2018 Report



A leading, fully-integrated designer & manufacturer of patented, single crystal BAW RF filters for large, rapidly growing markets.

AKTS_00000213

# COMPETING BAW FILTER TECHNOLOGY



AKTS_00000214

# Exhibit F
# (Redacted in Its Entirety)

# Exhibit G
# (Redacted in Its Entirety)

# Exhibit H



**Planet Depos**
**We Make It** *Happen* ™

# Transcript of David Aichele, Corporate Designee

**Date:** November 10, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

Planet Depos
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

**1**

```
1       IN THE UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF DELAWARE
3   --------------------------------X
4   QORVO, INC.,                    :
5              Plaintiff,           :
                                    : Case No.: C.A.
6       v.                          : No. 21-1417 JPM
7   AKOUSTIS TECHNOLOGIES, INC.,    :
8   and AKOUSTIS, INC.,             :
9              Defendants.          :
10  --------------------------------X
11
12
13
14          Videotaped Deposition of
15   AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.,
16     By and through its Designated Representative,
17              DAVID AICHELE
18          Charlotte, North Carolina
19          Friday, November 10, 2023
20             9:03 a.m. Eastern
21
22
23  Job No.: 514702
24  Pages 1-338
25  Reported by: Karen Kidwell, RMR, CRR
```

**2**

```
1
2
3
4
5       Videotaped Deposition of
6   Akoustis Technologies, Inc. and Akoustis, Inc. by
7   DAVID AICHELE, held at:
8
9
10          Regus - Charlotte/University Executive Park
11          302 McCullough Drive, Suite 400
12          Charlotte, North Carolina 28262
13          704.909.2700
14
15
16
17
18     Pursuant to Notice of Deposition, before Karen
19  Kidwell, RMR, CRR, Notary Public in and for the State
20  of North Carolina.
21
22
23
24
25
```

**3**

```
1           A P P E A R A N C E S
2
3   ON BEHALF OF THE PLAINTIFF, QORVO, INC.:
4      JONATHAN R. DeFOSSE, ESQ.
5      Sheppard, Mullin, Richter & Hampton, LLP
6      2099 Pennsylvania Avenue, NW, Suite 100
7      Washington, D.C.  20006
8      202.747.1932
9      jdefosse@sheppardmullin.com
10
11   - and -
12
13      ZACHARY ALPER, ESQ.
14      Sheppard, Mullin, Richter & Hampton, LLP
15      12275 El Camino Real, Suite 100
16      San Diego, CA  92130-4092
17      858.523.6776
18      zalper@sheppardmullin.com
19
20
21
22
23
24
25
```

**4**

```
1   APPEARANCES CONTINUED:
2
3          ON BEHALF OF THE DEFENDANT, AKOUSTIS
4      TECHNOLOGIES, INC., AND AKOUSTIS, INC.:
5          DAVID S. ELKINS, ESQUIRE
6          Squire Patton Boggs (US) LLP
7          1841 Page Mill Road, Suite 150
8          Palo Alto, California  94304
9          415.531.6103
10         david.elkins@squirepb.com
11
12
13
14
15
16  Also Present:
17         Drew Wright, Akoustis
18         Melody Adair, Videographer
19
20
21  REPORTER'S NOTE: All quotations from exhibits
22  are reflected in the manner in which they
23  were read into the record and do not
24  necessarily indicate an exact quote from the
25  document.
```

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023

5 (17 to 20)

17

1    FRIDAY, NOVEMBER 10, 2023
2         P R O C E E D I N G S
3              - - -
4    VIDEOGRAPHER:  Here begins Media Number 1
5  in the videotaped deposition of David Aichele,
6  in the matter of Qorvo, Inc., vs. Akoustis
7  Technologies, Inc., and Akoustis, Inc., in the
8  United States District Court, for the District
9  of Delaware, Case Number 21-1417-JPM.
10    Today's date is November 10th, 2023.  The
11  time on the video monitor is 9:03 a.m.
12  Today's -- the videographer today is Melody
13  Adair, representing Planet Depos.  This
14  deposition is taking place at Regus Business
15  Solutions, Charlotte Executive Park location.
16    Would counsel please voice-identify
17  themselves, and state whom they represent.
18    MR. DeFOSSE:  Jonathan DeFosse, here on
19  behalf of Qorvo, Inc.  With me is my colleague
20  Zachary Alper.
21    MR. ELKINS:  David Elkins, of Squire
22  Patton Boggs, representing the Akoustis entities
23  and representing the witness.
24    MR. WRIGHT:  Drew Wright, Akoustis.
25    VIDEOGRAPHER:  The court reporter today is

18

1    Karen Kidwell, representing Planet Depos.  The
2    witness will now be sworn.
3              DAVID AICHELE
4    being first duly sworn, testified as follows:
5              EXAMINATION
6  BY MR. DeFOSSE:
7    Q.  Good morning, Mr. Aichele.
8    A.  Good morning.
9    Q.  You've been deposed in the matter before,
10  right?
11    A.  Correct.
12    Q.  I'm going to just remind you of a few of
13  our ground rules for a deposition.  I know you're
14  familiar with those.
15    First, if I ask you a question today that
16  you don't understand, you're going to ask me to
17  rephrase it, right?
18    A.  Correct.
19    Q.  And if you answer my question, I'm going
20  to assume that you did understand it.  Is that fair?
21    A.  Yes.  That's fair.
22    Q.  You understand you're testifying under
23  oath today?
24    A.  Yes, I do.
25    Q.  And it's the same oath you would take in a

19

1  court of law?
2    A.  Yes.
3    Q.  We're going to take breaks throughout the
4  day.  If you need one, just let me know, and we'll
5  take one.  Okay?
6    A.  Okay.
7    Q.  Sorry.  I'm already going blank this
8  morning.  I must be tired.
9    A.  That's okay.
10    Q.  If you answer, you're going to have to
11  answer verbally, okay?
12    A.  Correct.
13    Q.  All right.  You understand that
14  you're here to testify today on behalf of
15  Akoustis, Inc., as a corporate representative.  Do
16  you understand that?
17    A.  Yes.  Yes, I do.
18    Q.  And pursuant to a deposition notice that
19  was served on the company, right?
20    A.  Correct.
21    Q.  I'm going to hand you what's been marked
22  as Exhibit 687.
23    (Exhibit 687 was marked for identification.)
24    MR. DeFOSSE:  Okay.  I'll identify
25  Exhibit 687 for the record as an amended

20

1  Rule 30(b)(6) notice from Plaintiff Qorvo Inc.
2  to Defendants Akoustis Technologies Inc. and
3  Akoustis Inc., which was filed with the court on
4  November 8th, 2023.
5  BY MR. DeFOSSE:
6    Q.  Do you have Exhibit 687 in front of you,
7  Mr. Aichele?
8    A.  Yes, I do.
9    Q.  Do you recognize this exhibit?
10    A.  Yes.  I recognize it.
11    Q.  Okay.  Have you reviewed this exhibit in
12  connection with preparing for your testimony today?
13    A.  Not specifically for today's testimony,
14  but I have reviewed it in the past.
15    Q.  Okay.  I'd like to go through the topics
16  in Exhibit 687 and just make sure we're on the same
17  page as to which topics you'll be addressing today on
18  behalf of the Akoustis companies.  Okay?
19    A.  Okay.
20    Q.  So if I could ask you to turn to page 8 of
21  Exhibit 687.  You will see that there is a heading
22  that's marked "Topics For Examination"?
23    A.  Yes, I see it.
24    Q.  Okay.  It's -- and I'm -- please take your
25  time as we go through this to review and make sure

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023

---

69

1    Q.  Do you know how Akoustis went about
2  querying the data that's reflected here in this file?
3    **A.  Not specifically.  But, you know, I -- I**
4  **believe that they've got their -- their processes and**
5  **their -- you know, their systems that they collect**
6  **all this information and compile it.  So I know that**
7  **we were using -- trying it for salaries and**
8  **employees.  So that information, you know, is**
9  **collected there, and we now use another system now,**
10  **today.**
11       **Same thing with the stock-based comps.**
12  **I'm sure that was things that were filed with our**
13  **outside firm, that we collect all that information.**
14  **So I know there's different -- different systems,**
15  **different, you know, ways that they can compile this**
16  **information, and then they -- they basically have**
17  **their -- their summary that they pull together.**
18    Q.  Okay.  But you don't know specifically
19  which system the information came from?
20    **A.  No, I do not.**
21    Q.  When you spoke with Mr. Boller about the
22  financials, did you ask him about how they were put
23  in the R&D summary together?
24    **A.  No, I did not.**
25    Q.  Do you know whether any expenses were

70

1  excluded from the -- the "R&D Summary" tab?
2    **A.  No, I do not.**
3    Q.  If we look at Column A of the tab, there's
4  a list of categories of expenses.  Do you see that?
5    **A.  Yes, I do.**
6    Q.  The top one, Row 5, is "Salaries and
7  Benefits."  Do you see that?
8    **A.  Yes, I do.**
9    Q.  What's included in "Salaries and
10  Benefits"?
11    **A.  Typically the employee salaries, you know,**
12  **be it either exempt or nonexempt, and the benefits,**
13  **which usually is going to be their -- their health**
14  **care and their 401(k) match, and any other, you know,**
15  **things that have been negotiated, you know, with**
16  **respects to, you know, external benefits that they**
17  **get.  You know, life insurance, et cetera; what's**
18  **ever part of that.**
19    Q.  You said exempt -- whether the employees
20  are exempt or nonexempt, right?
21    **A.  Correct.**
22    Q.  What does that mean?
23    **A.  "Exempt" means full-time employees that**
24  **are not hourly; "nonexempt" are, you know, basically**
25  **hourly employees.**

71

1    Q.  How does Akoustis decide which employees'
2  salaries and benefits are included as an R&D expense?
3    **A.  Could you restate the question?**
4    Q.  Sure.  As I understand Exhibit 688, the
5  "R&D Summary" tab, this is a summary of Akoustis's
6  research and development expenses --
7    **A.  Right.**
8    Q.  -- right?
9    **A.  Right.**
10    Q.  And one of the expenses that's listed,
11  which appears to be the largest expense on this tab,
12  at $53 million, as the grand total --
13    **A.  Yes.**
14    Q.  -- is salaries and benefits.  Right?
15    **A.  Yes.**
16    Q.  And as I understand it, the salaries and
17  benefits that are reflected here, you said, are
18  employee salaries and benefits such as health care --
19    **A.  Yeah.**
20    Q.  -- right?
21    **A.  Correct.**
22    Q.  And so my question is, how does Akoustis
23  decide which employees' salaries and which employees'
24  benefits are included as a research and development
25  expense?

72

1    **A.  It's based on their role and**
2  **responsibility.  So if a majority of their role is in**
3  **the R&D department -- so it would be engineering, or**
4  **the fab-related, you know, and any other, you know,**
5  **groups that are R&D-focused, that's where these**
6  **salaries would, you know, ride.**
7       **So you would have different, you know,**
8  **categories, like G&A -- general and administrative --**
9  **and then R&D.  And R&D is heavily, you know,**
10  **reflective of the engineering department, and also**
11  **the -- the process engineers and -- and facility**
12  **engineers and so forth that are up in the fab.  So**
13  **they're a large chunk of our -- you know, our**
14  **salaries.**
15    Q.  Okay.  So the departments that would be
16  related to research and development, I heard you say
17  "engineering."
18    **A.  Primarily engineering, yes.**
19    Q.  And are there -- is engineering a
20  department?  Or what would you call that at Akoustis?
21    **A.  It -- well, there's several engineering**
22  **departments.  But R&D is the umbrella that**
23  **encompasses all of it.  So you have design**
24  **engineering.  You have device engineering.  You have**
25  **process engineers.  You have material engineers.**

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023

73

1      And they're all in different locations,
2   you know, through -- you know, through, you know,
3   Akoustis.  So some New York, some in North Carolina.
4   And that's where the majority of the two are.
5      And so that R&D umbrella basically is
6   where you would put these salaries and benefits.
7      Q.  Okay.  The -- you mentioned also that the
8   fab department would be --
9      A.  Process engineers.  Material engineers.
10  So those are where -- the fab is where those people
11  reside.  So what you may do is divide -- or not
12  "divide," but separate the fab R&D, and then you have
13  the engineering R&D.  And then usually those are
14  combined here under "R&D Expenses."
15     Q.  Okay.  Are there any folks, employees,
16  working in the engineering department whose salaries
17  would not be allocated to research and development?
18     A.  A few.
19     Q.  Okay.
20     A.  Application engineering is an example.  So
21  they report into my group.  So it's sales and
22  marketing.
23     Q.  Okay.
24     A.  So that's where that would be captured.
25     Q.  And what about in the fab:  Are there

74

1   employees at the fab who would not be included in the
2   research and development salaries and benefits?
3      A.  As we transitioned, you know, from the R&D
4   company to, you know, really a commercial company,
5   you want to get to, you know, where you're separating
6   out any of the R&D engineers that are not touching
7   production wafers.
8      So that is the phase that we're sort of in
9   right now.  You know, the -- you know, really, with
10  the D365, it gives us better accuracy, and the
11  organization's maturing.
12     But eventually you would pull out
13  operators or technicians that are not R&D; they're
14  mainly focused on production.  At the time, back --
15  you know, from 2018 to 2022, these
16  operator/technicians were handling both R&D wafers
17  and potentially production release wafers.  So we're
18  trying to set it up such that operator/technicians,
19  because it's a better cost of goods sold tracking.
20     Q.  Okay.  So under the Sage system, all
21  employees at the fab, their salaries, the salaries
22  of -- let me start over again.  Sorry.
23     Under the Sage system, the salaries of all
24  employees working at the fab would have been
25  considered R&D expenses?

75

1      A.  I believe so.  Mainly because everything
2   that we were doing in the -- the fab at the time, up
3   to 2020, was R&D.  And it had not made a transition
4   to a commercial company.
5      And, you know, reasons of getting the new
6   ERP system in is so we can have better traceability
7   so that we can allocate better costs to producing --
8   production product, versus R&D.
9      So I would say it's an accurate statement,
10  up to a certain period; we're trying to get to that
11  traceability now.
12     Q.  Okay.  But -- so for the period when
13  Akoustis began producing commercial products -- well,
14  when would that have started?  When would have
15  Akoustis started to have -- started to produce
16  commercial products?
17     A.  As far as relevant, you know, revenue and
18  commercial, it was around 2020.  We had, you know,
19  revenue from selling commercial products, you know,
20  all the way back to 2017; but it's very small, you
21  know, numbers and so forth.  So it was still part of
22  the R&D, because we hadn't really production-released
23  any of the processes unless 2019.
24     And then the products, you know, getting
25  released in that process, weren't until 2020.  So you

76

1   look at anything prior to that was unreleased
2   processes that, you know, we were shipping.  And so
3   that's still where I would categorize it as R&D.
4      Q.  Okay.  Then from 2020 until June 30th of
5   2023, 100 percent of the salaries and benefits of
6   employees at the fab would be allocated to research
7   and development expenses, even if those employees
8   dedicated some or all of their time to producing
9   commercial wafers?
10     A.  That is potentially an accurate statement.
11  We'd have to talk to the finance guys.  It's not
12  something I know that's been in conversation, to
13  start separating that out.  And I don't know when,
14  you know, that actually got put into play.
15     But it's just really -- better accounting
16  is what we were trying to implement -- or are trying
17  to implement.  With the acquisition of the D365,
18  that'll let us do it.
19     Q.  Sure.  Okay.  And I guess, then, is it
20  fair to say, sitting here today, you don't know
21  whether the salaries and benefits in Column -- in
22  Row 5 of the R&D summary of Exhibit 688 reflect an
23  allocation of the salaries of fab employees between
24  R&D and other categories?
25     A.  Yeah.  I don't know the split.  If it's

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023

157

1    A.  Single crystal is typically a piezo
2  material that utilizes epitaxial piezo which is
3  deposited using CVD which is chemical vapor
4  deposition.
5    Q.  And the single crystal BAW was the
6  technology that Akoustis was presenting; is that
7  right?
8    A.  Yes.
9    Q.  Or pursuing, is that --
10   A.  Right.
11   Q.  And if you look in the bottom kind of
12 legend here, there's a tag line that says "Innovation
13 in single crystal BAW wave technology" is next to
14 Akoustis.  Do you see that?
15   A.  Correct.
16   Q.  Why was that tag line included with the
17 Akoustis logo?
18   A.  Because that's where, you know, our
19 differentiation was to the market.  You know, from
20 the inception of the company, you know, to this, you
21 know, investor deck here is that a lot of the
22 investment we made in the piezo materials, you know,
23 to the equipment to the process, to the IP was around
24 single crystal.  And that's what we were, you know,
25 differentiating against others in the industry at the

158

1  time.
2    Q.  And what were -- what was Akoustis
3  attempting to communicate to investors with the --
4  the chart here comparing service acoustic wave poly
5  crystal BAW and single crystal BAW technologies?
6    A.  Mainly, you know, that the reach that we
7  were driving with the single crystal was going up to
8  7 gigahertz, you know, whereas traditionally, the
9  poly technology, you know, traditionally was down at
10 lower frequencies.  So we were really driving the
11 higher frequency performance.
12   Q.  And that specifically is single crystal
13 BAW would perform better than poly crystal BAW
14 products at least starting at 3 gigahertz?
15   A.  Correct.
16   Q.  If you could turn to the slide that has
17 the production number 895 on it?
18   A.  Uh-huh.
19   Q.  It says "competing BAW filter technology."
20 Do you see that?
21   A.  Correct.
22   Q.  And what's being communicated to investors
23 in this slide?
24   A.  Just looking at the -- you know, the
25 different technologies that are on the market.  And

159

1  "SMR" is solid mounted resonators, one technology;
2  "FBAR," which is film bulk acoustic resonators,
3  another technology.  And then --
4        COURT REPORTER:  Excuse me?
5        THE WITNESS:  Yeah.  So "SMR," solid
6    mounted resonator; and then "FBAR" is film bulk
7    acoustic resonator.
8        And then the Akoustis, our technology, we
9    deemed as XBAW, and so what we're showing is,
10   you know, the differentiation that Akoustis
11   offers, not only in the piezo material but also
12   in our XBAW, you know, transfer flow process.
13 BY MR. DeFOSSE:
14   Q.  Okay.  And what "XBAW" is referring to
15 here is the single-crystal bulk acoustic resonator;
16 is that right?
17   A.  It's -- XBAW is mainly focusing on the
18 process that we have in the fab, that can use a
19 single-crystal, you know, piezo material.
20   Q.  Okay.  But the words on Exhibit 694, on
21 page 895, say "Single-crystal BAW acoustic
22 resonator," and then, parentheses, "XBAW"; is that
23 right?
24   A.  Right.
25   Q.  And then underneath that, there's a

160

1  depiction of a -- a BAW filter.  Is that right?
2    A.  Correct.
3    Q.  And the --
4    A.  Or resonator.
5    Q.  A BAW resonator?  Okay.
6    A.  Yeah.
7    Q.  And it's indicating there that it's got a
8  single-crystal piezoelectric layer?
9    A.  Correct.
10   Q.  And then it looks like below, there's --
11 you see there's three green boxes underneath the
12 resonator?
13   A.  Correct.
14   Q.  It seems like you're making a comparison
15 between the Akoustis product here and the SMR and
16 FR products; is that fair?
17       MR. ELKINS:  Object to form.
18       THE WITNESS:  Correct.
19 BY MR. DeFOSSE:
20   Q.  Okay.  And in particular, you're -- it
21 looks like you're calling out that Akoustis's product
22 has the single-crystal piezo layer, whereas if you
23 look at the FBAR and SMR, in red, it says poly and
24 piezo; is that --
25   A.  Correct.

169

1  You see here on that slide it starts at
2  the top "why single-crystal BAW"?
3  A. Correct.
4  Q. And this looks to be in a similar format
5  to the slide we looked in Exhibit 694, right?
6  A. Correct.
7  Q. But here it looks like there's been a
8  change in the power-handling graphic.
9  A. Correct.
10  Q. And now the graphic is indicating that the
11 single-crystal piezo has a 3.7 dB higher
12 power-handling performance than the poly piezo; is
13 that right?
14  A. Correct.
15  Q. Is this based on the August 2018 test
16 results that we just looked at in Exhibit 695?
17  A. I cannot be sure if that would come from
18 that, but I doubt it.
19  Q. Okay. Well, if you could go back to
20 Exhibit 695, and turn to the page that ends in 882.
21  A. Yeah.
22  Q. Do you see that there's a box that says
23 "Average max power"? Is that right?
24  A. Yes, I do.
25  Q. And what's the difference between the

170

1  polycrystalline and the single-crystal material for
2  the average max power as reflected in Exhibit 695?
3  A. It says -- you mean as far as subtracting
4  that? You're about 3.76.
5  Q. About 3.7 dB?
6  A. 3.8, yeah.
7  Q. Okay. And if we --
8  A. If I average -- if I round up.
9  Q. Round up. Because it's 3.76 --
10  A. 76.
11  Q. -- instead of 3.8? Okay.
12  A. Yes.
13  Q. And then if we look at back at
14 (Exhibit 697, at the page ending in 435, the
15 difference between the two materials is reported
16 as 3.7 dB?
17  A. Yep.
18  Q. Do you think that that's coming from this
19 August of 2018 test?
20  A. Again, I -- I can't confirm, but I would
21 doubt it. Again, that delta, just because you have
22 it there, and it's here, doesn't mean that it's not
23 from a different device because the delta between,
24 you know, 2-finger element versus a -- you know, a --
25 you know, a 7, you know, resonator filter or a

171

1  12-resonator filter is not that much different.
2  So it could have been in the same range.
3  We typically see about 3 to 4 dB of better power
4  handling with single-crystal than we did with poly.
5  And there were some technical papers --
6  the reason I'm bringing that up is there were some
7  technical papers that were done at about this time
8  that -- it could have been that data that was used
9  here. It could have been this data that was used
10 there. I just don't know.
11  Q. Okay. But it is significant to you that
12 the power-handling graph that's included at page 435
13 of Exhibit 697 appears for the first time in
14 September of 2018?
15  A. Yeah. It's -- it's significant. I mean,
16 this is a significant technology advantage that we
17 have with single-crystal, so we're going to be
18 promoting the heck out of it.
19  Q. Yeah, and that's not quite -- I appreciate
20 that. But that wasn't quite my question --
21  A. I understand.
22  Q. My point was, if we looked at the
23 August 2018 version of this presentation, it didn't
24 have the --
25  A. Correct.

172

1  Q. -- the power-handling slide.
2  And then we see in August 17th of 2018,
3  there was a test that was performed that shows
4  approximately 3.7 dB better power handling.
5  A. Yeah.
6  Q. And then in September 2018, a graph is
7  added to the presentation saying that the
8  single-crystal is 3.7 dB better power handling?
9  A. Yeah. Yeah.
10  Q. But I guess what you're saying is there
11 may have been other papers that were produced that --
12  A. May have been other papers, other data.
13 There's -- they're all pointing good advantage.
14  (Exhibit 698 was marked for identification.)
15 BY MR. DeFOSSE:
16  Q. Mr. Aichele, I've handed you what's been
17 marked as Exhibit 698. This is an e-mail and
18 attachment that was produced to us with the
19 production numbers AKTS_00082545 through
20 AKTS_00082546.
21  I'll note for the record that the
22 attachment was produced in native format, and we
23 printed it out here for you.
24  Do you recognize Exhibit 698?
25  A. No, I do not.

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023

233

1  at Akoustis?
2      A.  Do not remember that, no.
3      (Exhibit 718 was marked for identification.)
4  BY MR. DeFOSSE:
5      Q.  Okay, Mr. Aichele, I've handed you what's
6  been marked as Exhibit 718.  This was a document
7  produced to us with the production numbers
8  AKTS_00115974 through AKTS_00115986, as an e-mail and
9  an attachment to that e-mail.
10      Do you recognize Exhibit 718?
11      A.  No, I do not -- other than what we talked
12  about previously on the documentation.
13      Q.  Okay.  And what do you mean by
14  previously --
15      A.  The previous -- this previous
16  documentation on the presentation.
17      Q.  Okay.  And you're referring now to
18  Exhibit 717?
19      A.  17, yes, correct.
20      Q.  Okay.  So Exhibit 718, the first page is
21  an e-mail from Mr. Houlden to yourself.  Is that
22  right?
23      A.  Yes, it is.
24      Q.  And the date on that e-mail is
25  September 9 -- September 8th, 2016.  Is that right?

234

1      A.  It appears so, yes.
2      Q.  At that time, was Mr. Houlden already
3  working at Akoustis?
4      A.  I believe so.  Trying to remember exactly
5  when he joined, but I think it was middle or later
6  part of 2016.
7      Q.  Okay.  And Mr. Houlden has forwarded you
8  the Qorvo statement of work, 5-gigahertz U-NII2C-3
9  Wi-Fi BAW filter presentation?
10      A.  Yes.  It appears so, yes.
11      Q.  And his message to you says, "Latest SOW,
12  FL working on."  Do you see that?
13      A.  Yes, I do.
14      Q.  Do you know what "SOW" refers to?
15      A.  Statement of work.
16      Q.  And "FL"?
17      A.  I assume it's Florida.
18      Q.  And what is the significance of Florida?
19      A.  Florida, I believe, is the design center
20  for Qorvo that would work on BAW, at least around the
21  Orlando area is where they'd work on BAW filter
22  designs.
23      Q.  Did you ask Mr. Houlden to send you
24  information on Qorvo's 5-gigahertz Wi-Fi BAW filter
25  development plans?

235

1      A.  Not that I remember.
2      Q.  Do you recall having a conversation with
3  Mr. Houlden about this presentation?
4      A.  Not about this presentation, but about
5  this particular frequency bands and spectrum, yes.
6      Q.  And what do you remember discussing about
7  these frequency bands and spectrums with Mr. Houlden?
8      A.  Just on the, you know, the development of
9  what we had when he joined; you know, what is it that
10  we were working on, and what is it that we're seeing
11  in the industry.  Where is the customer interest.
12      So, you know, it was along the lines of,
13  you know, this is the strategy; this is the
14  competition I'm seeing; you know, this is what specs
15  we need to hit.
16      And then I'm sure there were conversations
17  around his experience, you know, that he had with
18  Qorvo, because he was running the Wi-Fi -- Wi-Fi CP
19  group, you know, at Qorvo.
20      Q.  As part of the conversation with
21  Mr. Houlden about what Akoustis was working on at
22  this time in September of 2016, what was that?  Well,
23  let me strike that.
24      What was Akoustis working on in September
25  of 2016?

236

1      MR. ELKINS:  Object to form.
2      THE WITNESS:  We were primarily working on
3  three areas.  One is the, you know, the Wi-Fi
4  market.  Second one is the 5G base station
5  around n77, n79.  And then the third is the
6  defense market at 3.8-gigahertz.
7      So it was really focusing on this
8  higher-frequency spectrum, is our intent; and we
9  shifted from sub 3-gigahertz frequency focus to
10  go up to a higher-frequency focus.
11  BY MR. DeFOSSE:
12      Q.  So at this time, in September 2016, when
13  Mr. Houlden sent you the Qorvo information on
14  5-gigahertz BAW filters, Akoustis was working on
15  5-gigahertz BAW filters?
16      A.  As -- as my memory serves me correct, yes,
17  we were.
18      Q.  But you don't remember why Mr. Houlden
19  would have sent you a Qorvo presentation on
20  5-gigahertz BAW filters?
21      A.  No.  Not specifically.
22      Q.  Do you believe it was in connection with
23  the work that Akoustis was doing on 5-gigahertz BAW
24  filters?
25      A.  Again, I, you know, venture that he's, you

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023

85 (337 to 340)

337

```
1    5:51 p.m.
2         COURT REPORTER:  I assume you all have
3    standing orders?
4         MR. DeFOSSE:  I don't think -- I would
5    like rush delivery, please.
6         COURT REPORTER:  When?
7         MR. DeFOSSE:  How soon can you do?
8         (Discussion off the record.)
9         MR. DeFOSSE:  Can we have it Monday?
10        COURT REPORTER:  I can try.
11        MR. DeFOSSE:  If that doesn't work
12   Tuesday, Tuesday is fine.  Let's say Tuesday.
13        (Discussion off the record.)
14        COURT REPORTER:  Do you want a rough
15   draft?
16        MR. DeFOSSE:  Yes, rough draft.
17        MR. ELKINS:  Yes.
18        COURT REPORTER:  Do you want a regular
19   final or expedite?
20        MR. ELKINS:  Expedited.
21        (Time Noted:  5:54 p.m.)
22
23
24
25
```

338

```
1    STATE OF NORTH CAROLINA
     COUNTY OF MECKLENBURG
2
3         I, Karen K. Kidwell, RMR, CRR, the officer
4    before whom the foregoing deposition was taken, do
5    hereby certify that the foregoing transcript is a true
6    and correct record of the testimony given; that said
7    testimony was taken by me stenographically and
8    thereafter reduced to typewriting under my direction;
9    that reading and signing was requested; and that I am
10   neither counsel for, related to, nor employed by any of
11   the parties to this case and have no interest,
12   financial of otherwise, in its outcome.
13        IN WITNESS WHEREOF, I have hereunto set my
14   hand this the 12th day of November, 2023.
15
16
17   Karen K. Kidwell
     _____
     Karen K. Kidwell, RMR, CRR
18   Notary Public #19971050142
19
20
21
22
23
24
25
```

# Exhibits I-O
# (Redacted in Their Entirety)

# Exhibit P



# Transcript of Rohan Houlden

**Date:** August 29, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Rohan Houlden
Conducted on August 29, 2023

---

**1**

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE DISTRICT OF DELAWARE
3  C.A. No. 21-1417 (JPM)
4  QORVO, INC.,
5    Plaintiff,
6  v.
7  AKOUSTIS TECHNOLOGIES, INC. and
   AKOUSTIS, INC.,
8
9    Defendants.
10 ----------------------------------X
11
12  [REDACTED]
13         Tuesday, August 29, 2023
14         VIDEOTAPED DEPOSITION
15           OF ROHAN HOULDEN
16
17
18  Reported By:
19  Randi J. Garcia, RPR
20  Job No.:  502525
21
22
23
24
25

---

**2**

1
2
3
4       Transcript of the deposition of
5  ROHAN HOULDEN, called for Oral Examination in
6  the above-captioned matter, said Deposition
7  being taken pursuant to Federal Rules of
8  Civil Procedure by and before RANDI J.
9  GARCIA, Registered Professional Reporter, and
10 Notary Public, held at Regus Charlotte,
11 University Executive Park, 301 McCullough
12 Drive, Suite 400, Charlotte, North Carolina,
13 held on Tuesday, August 29, 2023, commencing
14 at approximately 9:18 a.m.
15
16
17
18
19
20
21
22
23
24
25

---

**3**

1  A P P E A R A N C E S:
2
   For Plaintiff Qorvo, Inc.
3  BY:  JONATHAN DEFOSSE, ESQ.
   ROBERT MASTERS, ESQ.
4  Sheppard, Mullin, Richter & Hampton LLP
   2099 Pennsylvania Ave., NW,
5  Suite 100
   Washington, DC 20006-6801
6
7
8  For Defendant Akoustis Technologies, Inc.
   BY: DAVID A. JAKOPIN, ESQ.
9  DIANNE L. SWEENEY, ESQ.
   Pillsbury Winthrop Shaw Pittman
10 2550 Hanover Street
   Palo Alto, CA 94304-1115 USA
11
12 and....
13 Pillsbury Winthrop Shaw Pittman
   BY: THERESA ROOZEN, ESQ
14 1200 Seventeenth Street, NW
   Washington, DC 20036 USA
15
16 Also Present:
17 Melody Adair, Videographer
18
19
20
21
22
23
24
25

---

**4**

1              I N D E X
2
3        WITNESS: ROHAN HOULDEN
4
5     EXAMINATION              PAGE
6
7  By Mr. DeFosse .............................13
8  By Mr. Jakopin: ...........................345
9  By Mr. DeFosse: ...........................351
10
11
12              * * *
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Transcript of Rohan Houlden
Conducted on August 29, 2023

9

| | | | |
|---|---|---|---|
| 1 | (Continued) | | |
| 2 | Exhibit 160 | AKTS_00141632 | 255 |
| 3 | Exhibit 161 | AKTS_00198736 | 260 |
| 4 | Exhibit 162 | AKTS_00198836 | 261 |
| 5 | Exhibit 163 | AKTS_000076365 | 264 |
| 6 | Exhibit 164 | AKTS_00076366 | 264 |
| 7 | Exhibit 165 | AKTS-00139271 | 269 |
| 8 | Exhibit 166 | AKTS-00139272 | 269 |
| 9 | Exhibit 167 | text messages | 271 |
| 10 | Exhibit 168 | AKTS_00284707 | 274 |
| 11 | Exhibit 169 | AKTS_002285186 | 275 |
| 12 | Exhibit 170 | AKTS_00424083 | 275 |
| 13 | Exhibit 171 | text exchange | 280 |
| 14 | Exhibit 172 | AKTS_00207259 | 282 |
| 15 | Exhibit 173 | AKTS_00207260 | 282 |
| 16 | Exhibit 174 | AKTS_00116274 | 288 |
| 17 | Exhibit 175 | AKTS_00209274 | 298 |
| 18 | Exhibit 176 | AKTS_00209275 | 298 |
| 19 | Exhibit 177 | AKTS_00021232 | 300 |
| 20 | Exhibit 178 | AKTS_00266338 | 303 |
| 21 | Exhibit 179 | AKTS_00422451 | 307 |
| 22 | Exhibit 180 | AKTS_0007614 | 309 |
| 23 | Exhibit 181 | AKTS_00014828 | 311 |
| 24 | Exhibit 182 | AKTS_00370379 | 314 |
| 25 | | | |

10

| | | | |
|---|---|---|---|
| 1 | (Continued) | | |
| 2 | Exhibit 183 | AKTS_00014900 | 318 |
| 3 | Exhibit 184 | AKTS_00015988 | 321 |
| 4 | Exhibit 185 | AKTS_00088751 | 323 |
| 5 | Exhibit 186 | AKTS_00021266 | 326 |
| 6 | Exhibit 187 | AKTS_00015166 | 327 |
| 7 | Exhibit 188 | AKTS_00422246 | 329 |
| 8 | Exhibit 189 | AKTS_00015237 | 334 |
| 9 | Exhibit 190 | AKTS_00015419 | 336 |
| 10 | Exhibit 191 | AKTS_00015553 | 336 |
| 11 | Exhibit 192 | AKTS_00015659 | 338 |
| 12 | Exhibit 193 | AKTS_00015704 | 338 |
| 13 | Exhibit 194 | AKTS_00015765 | 339 |
| 14 | Exhibit 195 | AKTS_00015985 | 340 |
| 15 | Exhibit 196 | AKTS_00024455 | 341 |
| 16 | Exhibit 197 | AKTS_000016105 | 342 |
| 17 | Exhibit 198 | Qorvo 643138 through 643215 | 348 |
| 18 | Exhibit 199 | Qorvo 664990 through 664998 | 350 |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

11

1    THE VIDEOGRAPHER:  Here begins media
2 number one in the videotaped deposition of
3 Rohan Houlden in the matter of Qorvo, Inc.
4 versus Akoustis Technologies, et al. in
5 the United States District Court for the
6 District of Delaware.  Case number
7 1:21-CV-01417-JPM.
8    Today's date is August 29, 2023.  The
9 time on the video monitor is 9:18 a.m.
10    The videographer for today is Melody
11 Adair representing Planet Depos.  This
12 deposition is taking place at Regus
13 Charlotte/University Executive Park.
14    Would counsel please voice identify
15 themselves and state whom they represent.
16    MR. DeFOSSE:  Jonathan DeFosse, on
17 behalf of Qorvo, Inc.  Here with me today
18 is Robert Masters.
19    MR. JAKOPIN:  David Jakopin from
20 Pillsbury Winthrop Shaw Pittman
21 representing Akoustis.  With me are my
22 colleagues Dianne Sweeney and Theresa
23 Roozen.
24    THE VIDEOGRAPHER:  The court reporter
25 today is Randi Garcia representing Planet

12

1 Depos.
2    The witness will now be sworn.
3 R O H A N  H O U L D E N, after having been
4 first duly sworn, was examined and testified
5 as follows:
6    THE WITNESS:  Yes.
7    MR. DeFOSSE:  Can we go off the
8 record?
9    THE VIDEOGRAPHER:  Stand by.
10    We are going off the record.  The
11 time is 9:19 a.m.
12    (Thereupon, a brief recess was taken.)
13    THE VIDEOGRAPHER:  Here begins media
14 number one in the videotape deposition of
15 Rohan Houlden in the matter of Qorvo, Inc.
16 versus Akoustis Technologies, Inc. et al.
17 in the United States District Court for
18 the District of Delaware.  Case number
19 1:21-CV-0141 -- 01417-JPM.
20    Today's date is August 29, 2023.
21 Time on the video monitor is 9:28 a.m.
22    The videographer for today is Melody
23 Adair representing Planet Depos.
24    This video deposition is taking place
25 at Regus Charlotte/University Executive

Transcript of Rohan Houlden
Conducted on August 29, 2023

17

1    Q.  What's your position at Gallium
2 Semiconductor?
3    **A.  CEO.**
4    Q.  What's the nature of Gallium
5 Semiconductor's business?
6    **A.  Working on gallium nitride products**
7 **for 5G infrastructure and defense and**
8 **aerospace.**
9    Q.  When did you become the CEO of
10 Gallium Semiconductor?
11    **A.  November 1st, 2022.**
12    Q.  Prior to working at Gallium
13 Semiconductor, where were you employed?
14    **A.  I was not.**
15    Q.  Okay.  And during what period were
16 you not employed?
17    **A.  Probably from like July -- mid July**
18 **of '22 to November, October 31st of '22.**
19    Q.  And prior to July of 2022, where were
20 you employed?
21    **A.  I was employed at Akoustis.**
22    Q.  And that's the defendant in the
23 matter, Akoustis, Inc.?
24    **A.  Yes.**
25    Q.  When did you start working at

18

1 Akoustis, Inc.?
2    **A.  Late September 2016.**
3    Q.  When you accepted your position at
4 Akoustis in late September 2016, what was your
5 role at the company?
6    **A.  VP of product engineering.**
7    Q.  Did your position at Akoustis change
8 between September 2016 and July of 2022?
9    **A.  Yes.**
10    Q.  And how is that?
11    **A.  Late 2017 I become the chief product**
12 **officer.**
13    Q.  Late 2017.  Do you have a month that
14 you could give?
15    **A.  No.  I can't recall.  November maybe.**
16    Q.  Was there a change in your
17 responsibilities when you moved from being the
18 vice president of product engineering to the
19 chief product officer?
20    **A.  Yes, I picked up the responsibility**
21 **of operations.**
22    Q.  What is the responsibility of
23 operations?
24    **A.  The responsibility of operations is**
25 **more the back-end assembly and test of the**

19

1 **product, the packaging, sourcing.**
2    Q.  Prior to late 2017, who was
3 responsible for operations at Akoustis?
4    **A.  Mark Boomgarden.**
5    Q.  What was Mr. Boomgarden's title?
6    **A.  VP of operations.**
7    Q.  What were your responsibilities as VP
8 of product engineering?
9    **A.  Trying to -- on the back-end trying**
10 **to do testing of the filters and productization**
11 **of the filters.**
12    Q.  You said "product authorization" of
13 the --
14    **A.  Product -- Productization.  Testing**
15 **the filters.  Really after the filter is**
16 **designed, after it's designed, I was getting --**
17 **getting the filters out to market, you know,**
18 **the part of taking data, characterizing parts,**
19 **you know, data sheets, just getting them ready**
20 **for market.**
21    THE VIDEOGRAPHER:  Counsel, could we
22    have the deponent readjust his microphone.
23    It's rubbing against his shirt.
24    Thank you.
25

20

1 BY MR. DeFOSSE:
2    Q.  In the -- could you take me through
3    maybe more detail what would be involved in
4    getting a filter to market.
5    MR. JAKOPIN:  Objection.  Calls for
6    speculation.
7    THE WITNESS:  After a filter is
8    designed, you just have to take
9    temperature data, characterize the filter
10    over temperature.  You maybe go through
11    the qualification and -- and do thermal
12    testing, humidity testing, complete all
13    that data.  Compile data sheets.  And --
14    and provide samples to customers.
15 BY MR. DeFOSSE:
16    Q.  So the first step in -- in bringing a
17    filter to market is designing the filter; is
18    that fair?
19    **A.  Yes.**
20    Q.  Okay.  As the VP of product
21    engineering, did you have responsibility for
22    the design of filters?
23    **A.  For the first year we really did not**
24 **have a process, so we really weren't doing any**
25 **design of filters.  We were really looking at**

Transcript of Rohan Houlden
Conducted on August 29, 2023

21

1 just individual resonators, trying to get a
2 resonator to work.
3     Q.  After the first year, was Akoustis
4 able to get a resonator to work?
5     A.  Not in the first year, but probably
6 within 15 months.
7     Q.  And to put some dates on this, at
8 what point in time was Akoustis able to get a
9 resonator that worked?
10     A.  Say October of 2017.
11     Q.  And once Akoustis had gotten a
12 resonator to work, the company then moved on to
13 designing a filter; is that fair?
14     A.  Yes.  You have -- you -- once you get
15 a resonator, you characterize the resonator to
16 get some models, and then from those models or
17 that resonator, then you design filters.
18     Q.  Okay.  And what do you mean by
19 "models"?
20     A.  Simulation, you have to characterize
21 an individual resonator, the performance of a
22 resonator, and then a filter consists of 7 to
23 15 different resonators.  So you characterize
24 the resonator just like if you would do
25 anything else, characterizing a transistor if

22

1 you were doing an amplifier or base amp, so you
2 characterize the resonator.
3         You have characteristics of that
4 resonator.  And then when you run your
5 simulation tool, design engineers use those
6 different resonators to form a filter.
7     Q.  Okay.  What simulation tool was
8 Akoustis using in October of 2017?
9     A.  It's called ████. I forget the -- the
10 full name.
11     Q.  Okay.  Is there another name
12 associated with it, for example, the software
13 company that creates the simulator?
14     A.  Yeah, but I forget the name of the
15 company.
16     Q.  Okay.  So starting in October 2017,
17 once there's a working resonator, did you
18 become responsible for the development of the
19 BAW filters as VP of product engineering?
20     A.  Yes, I had design engineers working
21 for me that were working on the designs of
22 those filters.
23     Q.  Okay.  And prior to October 2017,
24 during the development of the resonators, were
25 you responsible for that activity as well?

23

1     A.  I was not involved, but people that
2 worked for me were involved in that creation.
3     Q.  So you supervised the folks at
4 Akoustis who were responsible for developing a
5 working resonator?
6     A.  Yes.
7     Q.  And who were the people at Akoustis
8 that were working on developing a functioning
9 resonator?
10     A.  Daeho.  I forget Daeho's last name.
11 And then there was another gentleman, Frank B.
12 And then there was a lady Pinal Patel.  And
13 then there's also all the people up in the fab
14 in Rochester, that was led by that team with
15 Mary Winters.
16     Q.  Was David Hodge involved in the
17 development of resonators?
18     A.  Very little.  Very little.
19     Q.  When did Mr. Hodge become involved in
20 the product development process?
21     A.  He was at the company when I started.
22 So he was involved in some testing of some
23 resonators.  From that time period up until
24 probably September of 2017, I guess.
25     Q.  What was Mr. Hodge's job at Akoustis,

24

1 at the time you started?
2     A.  Do not recall.  Probably design
3 engineer, I would guess.
4     Q.  Was Mr. Hodge responsible for the
5 development of BAW filters?
6     A.  Yes.
7     Q.  Which is the stage after developing
8 the resonators?
9     A.  Yes.
10     Q.  Okay.  So Mr. Hodge would have taken
11 resonators developed by Mr. Kim, Mr. B and
12 Ms. Patel and then use those resonator designs
13 to design a filter?
14     A.  Resonator models, yes.  So Pinal
15 would make the models -- there was a lot of
16 other people more involved in Rochester, but
17 they were the three key people in Akoustis in
18 Charlotte.
19     Q.  Okay.  Who were the key people in
20 Rochester?
21     A.  I can't remember.  They all worked
22 for Mary.
23     Q.  Okay.
24     A.  I think one gentleman was Ken.  There
25 was a lot of people up there.  I never -- I

Transcript of Rohan Houlden
Conducted on August 29, 2023

141

1   A.  Yes.
2   Q.  Now, at 11:36 a.m. on September 14,
3 2021 you forwarded Mr. Abdelmajid's e-mail from
4 your ▮▮▮▮ to your work address; is that
5 right?
6   A.  Someone did.  I'm not sure.  It may
7 have been ▮▮▮▮, because I don't use
8 that address.  So Mr. Ahmad may have sent it by
9 mistake.  I would say someone ▮▮▮▮
10 sent it to my work e-mail.
11   Q.  Who else ▮▮▮▮ has access to
12 the Houlden house e-mail?
13   A.  ▮▮▮▮
14   Q.  Okay.  Do you use the Houlden house
15 e-mail?
16   A.  No.  Very rarely.  Maybe taxes, I
17 think at the end of the year taxes, I kind of
18 bounce between, but taxes primarily.
19   Q.  Now, if you look at Exhibit 116 --
20   A.  Yes.
21   Q.  -- that is the same attachment that
22 Mr. Abdelmajid sent to you at 11:16 a.m. on
23 September 14, 2021?
24   A.  Yes.
25   Q.  Which is the confidential Qorvo

142

1 product requirement document; right?
2   A.  Yes.
3   Q.  Now, when you or someone ▮▮▮▮
4 ▮▮▮▮ forwarded Mr. Abdelmajid's e-mail from
5 the Houlden ▮▮▮▮ account to the Akoustis
6 account --
7   A.  Right.
8   Q.  -- the "from" in Mr. Abdelmajid's
9 e-mail was deleted; right?
10   A.  Yeah.  I can't -- I don't understand
11 that.
12   Q.  Do you know why Mr. Abdelmajid's --
13 why identification of Mr. Abdelmajid as the
14 sender of the original e-mail would have been
15 obscured?
16   A.  Yeah.  I'm looking.  Tuesday -- this
17 is -- this is 11:00 a.m.; right?  So I would --
18 I would be in -- I would typically be in
19 Charlotte.  I don't know.  I -- I can -- I do
20 not recall why that would be missing.
21   Q.  Is it your hypothesis that ▮▮▮▮
22 ▮▮▮▮ would have, for some
23 reason, deleted Mr. Abdelmajid's e-mail?
24   MR. JAKOPIN:  Objection.  Calls for
25 speculation.

143

1   THE WITNESS:  No.  No.  I wouldn't
2 think so.
3 BY MR. DeFOSSE:
4   Q.  Okay.  Is that something you would
5 have done in order to avoid having
6 Mr. Abdelmajid's e-mail reflected in your
7 Akoustis account?
8   A.  Doubt -- doubtful, because I haven't
9 done that in the past.
10   Q.  But you knew Mr. Abdelmajid was not
11 authorized to send you this document?
12   A.  That is correct.
13   Q.  And so it seems to me that you might
14 have wanted to ensure his anonymity when you
15 forward it to your work account?
16   A.  Doubtful, but -- and I'm not sure I
17 even sent it, but there's a chance.  I'm not
18 sure what else was missing, but yes.
19   Q.  What were you working on in
20 September 2021 that was relevant to the Qorvo
21 confidential product requirement document?
22   A.  We weren't working on PA switch or
23 LNA, so we weren't working on anything relevant
24 to this document.
25   Q.  Okay.  So I guess this is another

144

1 example of Mr. Abdelmajid sending you a
2 document that was irrelevant?
3   A.  Irrelevant to the business case of
4 any products or irrelevant to any products, I'm
5 not sure why he sent it.  It could be as an
6 example, as a template for the software guys to
7 understand what ▮▮▮▮
8 ▮▮▮▮, given whenever
9 software people are writing software, it's
10 always good to -- to show them what the end
11 product looks like before they go off and write
12 all their code.
13   Q.  What did you do with the confidential
14 Qorvo document after forwarding it to your
15 Akoustis account?
16   A.  Didn't -- didn't you show earlier
17 that I may have forwarded it to some other
18 people or something?  Didn't we show that --
19 didn't you show me -- we got a lot of documents
20 in front of me, but I -- I thought you showed
21 me that I forwarded or had a meeting with the
22 software people, with Pat Lewis and different
23 things.  So I think I would have showed it to
24 the software people to say, ▮▮▮▮
25 ▮▮▮▮ looks like.

Transcript of Rohan Houlden
Conducted on August 29, 2023

89 (353 to 356)

353

```
1              CERTIFICATE
2              NORTH CAROLINA
3
4        I, the undersigned authority, hereby
5   certify that the foregoing transcript, page 1
6   through 352 is a true and correct transcription
7   of the deposition of Rohan Houlden taken before
8   me at the time and place set forth on the title
9   page hereof.
10       I further certify that said witness
11  was duly sworn by me according to law.
12       I further certify that I am not of
13  counsel to any of the parties to said cause or
14  otherwise interested in the event thereof.
15       IN WITNESS WHEREOF I hereunto set my
16  hand and affix official seal this 10th day of
17  September, 2023.  Randi Garcia
18  _____
19       RANDI GARCIA, COURT REPORTER, RPR
20              NOTARY PUBLIC
21
22
23
24
25
```

354

```
1   I have read the foregoing transcript of my
2   deposition and find it to be true and
3   accurate to the best of my knowledge and
4   belief.
5
6
7
8   _____
9   ROHAN HOULDEN
10  Sworn and subscribed to before me on
11
12  this _____ day
13  of _____ 2023.
14
15
16
17  Notary_____
18  My Commission Expires_____
19
20
21
22
23
24
25
```

# Exhibits Q-X
# (Redacted in Their Entirety)