# Exhibits TT-CCC
# (Redacted in Their Entirety)

# Exhibit DDD

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1417-JPM |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S FIFTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-10)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants

Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis" or "Defendants") hereby

submit the following Fifth Supplemental Responses to Qorvo, Inc.'s ("Plaintiff" or "Qorvo")

First Set of Interrogatories (also referred to as "Request(s)").

## PRELIMINARY STATEMENT

1.      Defendants have not completed their investigation of the facts relating to this

case, nor have they completed their factual preparation for trial or received the benefit of expert

opinion and analysis.  The information provided in these responses is based on the information

presently known and reasonably available to Defendants after review of existing discovery and a

reasonable investigation.  Defendants' responses are based on current information and materials

currently in Defendants' possession, custody or control including the current state of the

pleadings including the First Amended Complaint which has been challenged under Rule 12.

Because Defendants' investigation is continuing and discovery has just begun, additional

documents responsive to these Requests may be identified before trial.  Defendants reserve their

1

## INTERROGATORIES

**INTERROGATORY NO. 1:** Identify by name, model number, and any other Identifying

Indicia any Akoustis products that You identify as a bulk acoustic wave filter or that is, use, or

include one or more such bulk acoustic wave filter(s), including each Accused Product, and for

each product, identify (a) the date it was first made, used, sold, offered for sale, and/or imported

by You or on Your behalf in the United States, (b) the date it was last made, used, sold, offered

for sale, and/or imported by You or on Your behalf in the United States, and (c) the three

individuals having the most knowledge of its design, development, marketing, manufacture,

testing, and sales.

## RESPONSE TO INTERROGATORY NO. 1:

In addition to the General Objections set forth above, Akoustis responds to this Request

based on Akoustis' good faith effort to respond to the Request (including its construction of the

defined term(s) used herein) as well as in a manner constrained by Fed. R. Civ. P. 33 and any

other applicable law.  Akoustis limits its response to information in the 6 years prior to the

original complaint as further described above.  Akoustis objects to the Request as including

multiple subsets of Requests.  Akoustis objects to the extent the Request seeks information

relating to non-accused bulk acoustic wave filters as such filters are not relevant to any party's

claim or defense and proportional to the needs of the case, including requested design,

development, marketing, manufacture, testing, and sales for non-accused BAW filter products.

Subject to all of the objections herein and without waiving any privilege, Akoustis

responds based on its current understanding of the Request as follows:  Akoustis has sold and/or

offered for sale the following identified Akoustis bulk acoustic wave filter products, including

the twelve (12) bulk acoustic wave filter products identified by Qorvo as accused "Akoustis BAW Filters":

> AKF-1252, A10252, AKF-1256, A10256, AKF-1938, A10149, A10235, AKF-1336, A10335, A10155, A10165, A10154, A10158, A10160, A10166, A10156, A10266, A10238, A10249, A10130-4, AKF-1335, AKF-1950, AKF-1435, AKF-1125D, AKF-1125U.

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order and ESI Protocol, documents will be produced sufficient to show the relative dates of sales (*i.e.*, first sold and last sold) in the United States for each of the products identified in response to Interrogatory No. 1. Dave Aichele of Akoustis has knowledge of the identified products' marketing and sales. Daeho Kim of Akoustis has knowledge of the products' design and testing. Mary Winters of Akoustis has knowledge of the manufacturing and development of the identified products. Akoustis reserves the right to amend the response and/or production as needed based on any clarity and understanding as to the scope and proportionality of the requested sales information.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1 (6/28/2022):**

Pursuant to Fed. R. Civ. P. 33(d), see attached Exhibit A identifying the respective Akoustis bates number productions responsive to Interrogatory No. 1, subject to the Stipulated Protective Order.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1 (10/18/2023):**

Akoustis supplements this answer to include Samples 30-37, which have been provided to counsel for Qorvo, as well as all variations of the Accused Products that have been provided in the course of discovery.

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1 (11/9/2023):**

Pursuant to Fed. R. Civ. P. 33(d), Akoustis identifies AKTS_00853177 as a document that provides additional information regrading sales of the Akoustis BAW Filters.

**INTERROGATORY NO. 2:**  For each product identified in response to Interrogatory No. 1, identify all geographic locations where that product or any sub-component or layer of such product has been manufactured, the date each such product was first manufactured for commercial purposes, and the identity each vendor or supplier of any material, component or composition used in each such product.

**RESPONSE TO INTERROGATORY NO. 2:**

In addition to the General Objections set forth above, Akoustis responds to this Request based on Akoustis' good faith effort to respond to the Request (including its construction of the defined term(s) used herein) as well as in a manner constrained by Fed. R. Civ. P. 33 and any other applicable law.  Akoustis limits its response to information in the 6 years prior to the original complaint as further described above.  Akoustis objects to the Request as including multiple subsets of requests.  Akoustis objects to Qorvo's reference to "any sub-component or layer of such product" as vague, ambiguous, overbroad, and confusing, and further objects to the scope as unreasonably burdensome and disproportionate to the needs of the case.  Akoustis objects to the extent the Request seeks information relating to non-accused bulk acoustic wave filters as not relevant to any party's claim or defense and proportional to the needs of the case, including requests for the date each such product was first manufactured for commercial purposes.

Subject to all of the objections herein and without waiving any privilege, Akoustis responds based on its current understanding of the Request as follows:  The identified products set forth in response to Interrogatory No. 1 are all manufactured at Akoustis' certified

information (including information only contained in attorney-client communications), such information is within the bounds of the attorney-client privilege and no response is required.

Subject to all of the objections herein and without waiving any privilege, Akoustis responds based on its current understanding of the Request as follows:  To the extent this Request seeks information on the opinion(s) of counsel as a defense, this Request is premature pursuant to LPR 2.3(c).  As to the remainder of the Request, Akoustis incorporates its response to Interrogatory No. 5 regarding knowledge of the Patents-in-Suit.  Akoustis further notes that there is a pending motion to dismiss the allegations of willful infringement for failure to state a claim under Fed. R. Civ. P. 12(b)(6).  Akoustis further notes that Akoustis has not filed its answer to the FAC.  Akoustis reserves the right to amend the response as needed based on any clarity and understanding as to the timing of the Request or scope of the Request in view of the fact that it is Qorvo's burden to properly plead and prove willfulness.

**INTERROGATORY NO. 8:**  Identify any acceptable non-infringing alternative(s) available to You as to the Patents-in-Suit and, for each non-infringing alternative, provide: (a) the specific patent and claim element(s) that you contend are not met by the non-infringing alternative; (b) the date when the non-infringing alternative became available to You or will become available to you; (c) all evidence showing that the non-infringing alternative would be acceptable to consumers; (d) any difference in performance between each Accused Product and its non-infringing alternative; (e) the cost associated with implementing the non-infringing alternative; (f) the time needed to implement the non-infringing alternative; and (g) any other information You contend is relevant to the evaluation of the non-infringing alternative.

**RESPONSE TO INTERROGATORY NO. 8:**

In addition to the General Objections set forth above, Akoustis responds to this Request based on Akoustis' good faith effort to respond to the Request (including its construction of the defined term(s) used herein) as well as in a manner constrained by Fed. R. Civ. P. 33 and any other applicable law.  Akoustis objects to the Request as including multiple subsets of Requests. Akoustis further objects to the reference to "the specific patent and claim element(s)" as vague, ambiguous, and confusing, and objects to the suggestion that any non-infringing alternative must have been made available to Akoustis or differ in performance from the Accused Products.  To the extent the Request seeks attorney-client privileged information (including information only contained in attorney-client communications), such information is within the bounds of the attorney-client privilege and no response is required.

Subject to all of the objections herein and without waiving any privilege, Akoustis responds based on its current understanding of the Request as follows:  As to any non-privileged analysis of any acceptable non-infringing alternative(s), the Request is premature pursuant to LPR 2.3(a).  Akoustis further contends that the Accused Products qualify as non-infringing alternatives as further detailed in its non-infringement contentions.  Akoustis further contends that, for the '018 Patent, by way of example, a product where the electro-acoustic resonator includes a top electrode layer with the same thickness as the bottom electrode layer, would qualify as a non-infringing alternative.  Akoustis further contends that, for the '755 Patent, by way of example, a product with a BAW Acoustic Wave resonator with an outer region where the one or more material layers on the second surface of the piezoelectric adjacent to the second electrode is the same thickness (n=1) as the passivation layer within the active region, would qualify as a non-infringing alternative.  Akoustis reserves the right to amend the response as needed based on any clarity and understanding as to the timing of the Request and scope of the

█████████████████████████████

Request, especially in view of the fact that it is Qorvo's burden to prove damages, including any claim for a reasonable royalty as a basis for damages.  Finally, Akoustis notes that issues relating to non-infringing alternatives can be reserved for expert discovery relating to damages.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8 (6/28/2022):**

Pursuant to Fed. R. Civ. P. 33(d), Akoustis identifies bates number production AKTS_00022006 responsive to Interrogatory No. 8, subject to the Stipulated Protective Order. Although Akoustis maintains that the Accused Products do not infringe the Patents-in-Suit, Akoustis further contends that the non-infringing alternative designs identified in the above referenced production (designated as Variation A and B), although not yet in the market, ████

███████████████████████████████████████████████████

█████████████████████████████████████████████████. Akoustis already possesses the required equipment and materials needed to bring these non-infringing alternative products to market; and these non-infringing alternative products would be acceptable to customers and/or potential customers as a replacement to the Accused Products.  Akoustis further notes that various companies including Broadcom Corporation, Murata Manufacturing Co., Ltd., Qorvo, Skyworks Solutions Inc., Taiyo Yuden Co. Ltd., and Qualcomm Incorporated are part of the RF (radio frequency) component supplier market and that Akoustis and Qorvo compete or are likely to compete with these and other companies in efforts to sell products to companies that procure filters or internally source filters.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8 (07/21/2023):**

Pursuant to Fed. R. Civ. P. 33(d), Akoustis identifies the document starting at Bates AKTS_00439078 as responsive to Interrogatory No. 8, subject to the Stipulated Protective Order.  Although Akoustis maintains that the Accused Products do not infringe the Patents-in-

Suit, Akoustis further contends that variations of the above-identified non-infringing alternative designs for AKF-1252 and AKF-1256 products (AKTS-SAMP_0030 – 31) were provided to Qorvo's counsel on January 6, 2023 without any confidentiality restrictions. These were sold in commerce. The non-infringing alternative designs for A10655 and A10155 (AKTS-SAMP_0032 – 35) were provided to Qorvo's counsel on March 29, 2023, some samples were provided with confidentiality restrictions.[1] AKTS-SAMP_0034 was also sold in commerce. These samples further evidence that there exists acceptable non-infringing alternatives for each of the Patents-in-Suit.

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8 (10/18/2023):**

Subject to the objections set forth above, Akoustis further responds to note that there are several third-party non-infringing alternatives, including but not limited to: Qualcomm's B8381, Qualcomm's B8380, Qualcomm's B8385, Qualcomm's B8387, Qualcomm's B8377, Cirocomm Technology Corp.'s 01152351J41F110, Glead Electronics' DFD5235S180DC, and Glead Electronics' DFD5697S360DC.

Pursuant to Fed. R. Civ. P. 33(d), Akoustis identifies the document starting at Bates AKTS_00682278, AKTS_00682279, AKTS_00439072 as responsive to Interrogatory No. 8, subject to the Stipulated Protective Order.  Although Akoustis maintains that the Accused Products do not infringe the Patents-in-Suit, Akoustis further contends that it provided a a samples of the A10161 (AKTS-SAMP_0036), which does not infringe the '018 patent,  to Qorvo's counsel on September 6, 2023 on an Attorneys Eyes Only – Subject to Protective order

---

[1] AKTS-SAMP_0032 was provided as Confidential; AKTS-SAMP_0033 was provided on an Attorneys' Eyes Only basis; AKTS-SAMP_0034 was provided without confidentiality restrictions; and AKTS-SAMP_0035 was provided on an Attorneys' Eyes Only basis.

basis.  Akoustis also provided a non-infringing sample to Qorvo's counsel, a sample of A10156 (AKTS-SAMP_037), on October 10, 2023 on an Attorneys Eyes Only – Subject to Protective order basis.

**FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8 (11/14/2023):**

Pursuant to Fed. R. Civ. P. 33(d), Akoustis identifies the documents starting at Bates AKTS_00679991 and AKTS_00780833 as responsive to Interrogatory No. 8, subject to the Stipulated Protective Order.

**INTERROGATORY NO. 9:** Identify all evidence of (a) royalty rates and/or lump sum payments You have paid for the use of patents, including an identification of all licenses related in any way to the development, manufacture, use, or sale of any product identified in response to Interrogatory No. 1, and (b) the portion of the profit or the selling price of a product, including any product identified in response to Interrogatory No. 1, that may be customary to pay to allow use of inventions analogous to the inventions of the Patents-in-Suit.

**RESPONSE TO INTERROGATORY NO. 9:**

In addition to the General Objections set forth above, Akoustis responds to this Request based on Akoustis' good faith effort to respond to the Request (including its construction of the defined term(s) used herein) as well as in a manner constrained by Fed. R. Civ. P. 33 and any other applicable law.  Akoustis objects to the Request as including multiple subsets of Requests. Akoustis objects to Qorvo's reference to royalties for "use of [any] patents" and "identification of all licenses related *in any way* to the development, manufacture, use, or sale of any product identified in response to Interrogatory No. 1"  and "the portion of the profit or the selling price of *a[ny] product*, including any product identified in response to Interrogatory No. 1, that may be customary to pay to allow use of inventions analogous to the inventions of the Patents-in-Suit" as

███████████████████████████

sold for revenue 10 samples of the AKF-1252-EVB with a single crystal piezoelectric layer ██████

████████████████████████ These were pre-finalized versions of the AKF-1252.

Dated: November 14, 2023

OF COUNSEL:

PILLSBURY WINTHROP SHAW
PITTMAN LLP

David A. Jakopin
Dianne L. Sweeney
Ryan Selness
2550 Hanover Street
Palo Alto, CA 94304-1115
(650) 233-4500
david.jakopin@pillsburylaw.com
dianne@pillsburylaw.com
ryan.selness@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

Theresa A. Roozen
1200 17th St NW
Washington, DC 20036
(202) 663-8000
theresa.roozen@pillsburylaw.com

Shani Rivaux
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

Riccardo Macchiaroli
Robert C. F. Pérez
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd., Ste. 1400
McLean, VA 22102
(703) 770-7900
ric.macchiaroli@pillsburylaw.com

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Akoustis Technologies, Inc.
and Akoustis, Inc.*

SQUIRE PATTON BOGGS (US) LLP

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
1941 Page Mill Road, Suite 150
Palo Alto, CA 94304
Ronald.Lemieux@squirepb.com
David.Elkins@squirepb.com
Victoria.Smith@squirepb.com

*Attorneys for Akoustis Technologies, Inc. and
Akoustis, Inc.*

robert.perez@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc.*
*and Akoustis, Inc.*

# Exhibit EEE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1417-JPM |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-3)

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Local Rule 26.1, and Local Rule 26.2, Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis" or "Defendants") hereby submit the following Objections and Responses to Qorvo, Inc.'s ("Plaintiff" or "Qorvo") First Set of Request for Production of Documents and Things (Nos. 1-3) (also referred to as "Request(s)").

## PRELIMINARY STATEMENT

1. Defendants have not completed their investigation of the facts relating to this case, nor have they completed their factual preparation for trial or received the benefit of expert opinion and analysis. The information provided in these responses is based on the information presently known and reasonably available to Defendants after review of existing discovery and a reasonable investigation. Defendants' responses are based on current information and materials currently in Defendants' possession, custody, or control including the current state of the pleadings including the First Amended Complaint ("FAC") which has been challenged under Federal Rule of Civil Procedure 12. Because Defendants' investigation is continuing and

1

4856-0524-3164

Order, the Local Rules of the United States District Court for the District of Delaware ("Local

Rules") or the Local Patent Rules, the terms of any final Protective Order or final ESI Protocol.

5.     Akoustis objects to Qorvo's definition of the term "Qorvo" or "Plaintiff" to the

extent it refers to any entity or person other than Qorvo, Inc.  As used herein, "Qorvo" or

"Plaintiff" means Qorvo, Inc.

6.     Akoustis objects to Qorvo's definition of the term "Defendants," "You," or

"Your" as vague and overly broad and to the extent it purports to include entities and persons

that are not a party to this action.  As used in these responses, "Akoustis" shall mean Akoustis

Technologies, Inc. and Akoustis, Inc. and its current employees.

7.     Akoustis objects to the Instructions to the extent they are inconsistent with the

Protective Order and/or ESI Protocol entered in this matter or otherwise unreasonable and/or

disproportionate in view of Rules 26 and 34 of the Federal Rules of Civil Procedure and Local

Rule 26.1 and Local Rule 26.2.

8.     Akoustis incorporates by reference objections to the Definitions and Instructions

set forth in Akoustis' Objections and Responses to Plaintiff's First Set of Interrogatories served

on March 25, 2022.

## **REQUESTS FOR PRODUCTION**

**REQUEST NO. 1:**  Provide ten Samples of each bulk acoustic wave filter product identified in

response to Plaintiff's Interrogatory No. 1.

**RESPONSE TO REQUEST NO. 1:**

Akoustis will provide samples of each bulk acoustic wave filter product identified in

response to Plaintiff's Interrogatory No. 1 to the extent reasonably available.  To the extent

Akoustis has a limited number of any particular bulk acoustic wave filter product identified in

response to Plaintiff's Interrogatory No. 1, Akoustis will provide a reasonable number of available samples to Qorvo. To the extent one or more of the sample(s) are marked or otherwise designated as Confidential or Attorneys Eyes Only ("AEO"), Qorvo's counsel acknowledges, **by accepting service of the samples,** an obligation under paragraph 3 of the Stipulated Protective Order that any information learned or obtained as a result of the inspection of the sample(s) shall be subject to protection under the Order.

**REQUEST NO. 2:**  Provide ten Samples of each bulk acoustic wave filter product identified as including a single crystal piezoelectric layer in response to Plaintiff's Interrogatory No. 10.

**RESPONSE TO REQUEST NO. 2:**

Akoustis will provide samples of each bulk acoustic wave filter product identified in response to Plaintiff's Interrogatory No. 10 to the extent reasonably available. To the extent Akoustis has a limited number of any particular single crystal bulk acoustic wave filter product identified in response to Plaintiff's Interrogatory No. 10, Akoustis will provide a reasonable number of available samples to Qorvo. To the extent one or more of the sample(s) are marked or otherwise designated as Confidential or Attorneys Eyes Only ("AEO"), Qorvo's counsel acknowledges, **by accepting service of the samples,** an obligation under paragraph 3 of the Stipulated Protective Order that any information learned or obtained as a result of the inspection of the sample(s) shall be subject to the requisite protection under the Order.

**REQUEST NO. 3:**  For each product that (i) is identified as including a single crystal piezoelectric layer in response to Plaintiff's Interrogatory No. 10, and (ii) was only offered for sale but never sold: please provide all documents and things evidencing that such offer for sale was made, including but not limited to: electronic communications, advertisements, and promotional materials.

6

████████████████████████

Dated:  May 6, 2022.


PILLSBURY WINTHROP                        BAYARD, P.A.
SHAW PITTMAN LLP

David A. Jakopin                          _/s/ Ronald P. Golden III_____
Dianne L. Sweeney                         Stephen B. Brauerman (#4952)
2550 Hanover Street                       Ronald P. Golden III (#6254)
Palo Alto, CA 94304-1115                  600 N. King Street, Suite 400
(650) 233-4500                            Wilmington, Delaware 19801
david.jakopin@pillsburylaw.com            (302) 655-5000
dianne@pillsburylaw.com                   sbrauerman@bayardlaw.com
                                          rgolden@bayardlaw.com
Robert M. Fuhrer
1650 Tysons Boulevard, 14th Floor         *Attorneys for Akoustis Technologies, Inc. and*
McLean, VA 22102-4856                     *Akoustis, Inc.*
(703) 770-7900
robert.fuhrer@pillsburylaw.com

David L. Stanton
725 S. Figueroa St., 36th Floor
Los Angeles, CA 90017
(213) 488-7100
david.stanton@pillsburylaw.com

*Attorneys for Akoustis Technologies, Inc.*
*and Akoustis, Inc.*

# Exhibit FFF

███████████████████████████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417 (JPM) |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | **DEMAND FOR JURY TRIAL** |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S FINAL INFRINGEMENT CONTENTIONS

Pursuant to the Court's Scheduling Order and the Local Patent Rules for the Western District of Tennessee ("LPRs"), Qorvo, Inc. ("Plaintiff" or "Qorvo") hereby provides its Final Infringement Contentions under LPR 3.8 and LPR 3.1 against Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Defendants" or "Akoustis") in the above-captioned case. These disclosures and contentions are made with respect to United States Patent Nos. 7,522,018 (the "'018 Patent") and 9,735,755 (the "'755 Patent") (collectively, the "Asserted Patents" or "Patents-in-Suit"), and solely for purposes of this action.

## I.   ASSERTED CLAIMS AND ACCUSED PRODUCTS (LPR 3.1(A), (B))

Qorvo asserts Akoustis infringes claims 1-3, 6, 10, and 12-14 of the '018 Patent and claims 1-7, 9-16, and 18 of the '755 Patent (collectively, the "Asserted Claims") pursuant to 35 U.S.C. § 271(a). Akoustis infringes claims 1-3, 6, 10, and 12-14 of the '018 Patent and claims 1-7, and 9 of the '755 Patent at least by making, using, selling, or offering to sell in the United States, without authority, the Accused Products. Akoustis infringes claims 10-16 and 18 of the '755 Patent at least by using the claimed methods to fabricate the Accused Products.

███████████████████████████████████████████

The Accused Products include each of the bulk acoustic wave ("BAW") filters identified

at https://akoustis.com/products/filters/applications/all-products/.

| Part # | Description | Application | Center Freq. (MHz) | Bandwidth (MHz) | Typical Insertion Loss (dB) | Package | Size (mm) | DS PDF | Request Sample | Purchase |
|---|---|---|---|---|---|---|---|---|---|---|
| A10149 | 4.9 GHz 5G Coexistence BAW Filter | Infrastructure | 4850 | 100 | 1.8 | Ceramic | 2.5 x 2.0 x 0.8 | ▦ | ▤ | ⊕ |
| A10155 | 5.5 GHz WiFi 6E Coexistence BAW Filter | WiFi | 5502.5 | 665 | 1.7 | Laminate | 3.5 x 3.5 x 1.4 | ▦ | ▤ | ⊕ |
| A10156 | 5.6 GHz WiFi 6E Coexistence BAW Filter | WiFi | 5600 | 725 | - | Laminate | 3.5 x 3.5 x 1.41 | ▦ | ▤ | |
| A10165 | 6.5 GHz WiFi 6E Coexistence BAW Filter | WiFi | 6535 | 1180 | 1.7 | Laminate | 3.5 x 3.5 x 1.74 | ▦ | ▤ | ⊕ |
| A10235 | 3.5 GHz 5G Coexistence BAW Filter | Infrastructure | 3500 | 200 | 1.3 | Ceramic | 2.5 x 2.0 x 0.8 | ▦ | ▤ | ⊕ |
| A10252 | 5.2 GHz WiFi Coexistence BAW Filter | WiFi | 5250 | 160 | 1.3 | Laminate | 2.5 x 2.0 x 1.0 | ▦ | ▤ | ⊕ |
| A10256 | 5.6 GHz WiFi Coexistence BAW Filter | WiFi | 5665 | 345 | 1.6 | Laminate | 2.5 x 2.0 x 1.0 | ▦ | ▤ | ⊕ |
| A10266 | 6.6 GHz WiFi 6E Coexistence BAW Filter | WiFi | 6600 | 1020 | - | Laminate | 3.5 x 3.5x1.72 | ▦ | ▤ | |
| A10335 | 3.5 GHz 5G Coexistence BAW Filter | Infrastructure | 3450 | 300 | 1.2 | Ceramic | 2.5 x 2.0 x 0.8 | ▦ | ▤ | ⊕ |
| AKF-1252 | 5.2 GHz RF BAW Filter | WiFi | 5250 | 160 | 1.7 | Laminate | 2.5 x 2.0 x 1.0 | ▦ | ▤ | ⊕ |
| AKF-1256 | 5.6 GHz RF BAW Filter | WiFi | 5665 | 345 | 1.9 | Laminate | 2.5 x 2.0 x 1.0 | ▦ | ▤ | ⊕ |
| AKF-1336 | 3.6 GHz CBRS Bandpass BAW Filter | Infrastructure | 3625 | 150 | 1.5 | Ceramic | 2.5 x 2.0 x 0.8 | ▦ | ▤ | ⊕ |
| AKF-1938 | 3.83GHz Bandpass BAW Filter | Defense/General | 3830 | 100 | 1.8 | Ceramic | 2.5 x 2.0 x 0.8 | ▦ | ▤ | ⊕ |

Akoustis, https://akoustis.com/products/filters/applications/all-products/ (visited June 13, 2023).

The Accused Products also include the AKF-1950 BAW Filter previously identified at

https://akoustis.com/products/filters/applications/all-products/ as of February 17, 2022.



| AKF-1950 | 5 GHz UAS BAW Filter | Defense/General | 5060.5 | 150 | 2.0 | Ceramic | 2.5 x 2.0 x 0.8 | | | |

The Accused Products also include each of the products listed by Akoustis in response to Qorvo's Interrogatory No. 1, reproduced below.

**INTERROGATORY NO. 1:** Identify by name, model number, and any other Identifying Indicia any Akoustis products that You identify as a bulk acoustic wave filter or that is, use, or include one or more such bulk acoustic wave filter(s), including each Accused Product, and for each product, identify (a) the date it was first made, used, sold, offered for sale, and/or imported by You or on Your behalf in the United States, (b) the date it was last made, used, sold, offered for sale, and/or imported by You or on Your behalf in the United States, and (c) the three individuals having the most knowledge of its design, development, marketing, manufacture, testing, and sales.

* * *

Subject to all of the objections herein and without waiving any privilege, Akoustis responds based on its current understanding of the Request as follows: Akoustis has sold and/or offered for sale the following identified Akoustis bulk acoustic wave filter products, including the twelve (12) bulk acoustic wave filter products identified by Qorvo as accused "Akoustis BAW Filters":

AKF-1252, A10252, AKF-1256, A10256, AKF-1938, A10149, A10235, AKF-1336, A10335, A10155, A10165, A10154, A10158, A10160, A10166, A10156, A10266, A10238, A10249, A10130-4, AKF-1335, AKF-1950, AKF-1435, AKF-1125D, AKF-1125U.

This listing includes A10130-4, A10154, A10158, A10160, A10166, A10238, A10249, AKF-1125D, AKF 1125U, AKF-1335, AKF-1435, which are not currently listed on Akoustis' web page.

Thus, the complete list of Accused Products includes at least the following: A10130-4, A10149, A10154, A10155, A10156, A10158, A10160, A10165, A10166, A10235, A10238,

███████████████████████████

A10249, A10252, A10256, A10266, A10335, AKF-1125D, AKF 1125U, AKF-1252, AKF-1256, AKF-1336, AKF-1335, AKF-1435, AKF-1938, AKF-1950.

Akoustis may also be infringing the Asserted Claims by making, using, selling, offering for sale, or importing (whether alone or in concert with others, including their subsidiaries) other unidentified, reasonably similar, or complementary devices or products. For example, certain potentially infringing devices may not yet have been identified through discovery such that Qorvo can properly identify them as an Accused Product herein. To the extent such other products (or Akoustis' associated activities) infringe the Asserted Claims in substantially the same manner as set forth in the attached Exhibits A and B, Qorvo asserts that Akoustis infringes the Asserted Claims in connection with those products (and associated activities) as well.

## II.    INFRINGEMENT CHARTS (LPR 3.1(C), (E))

Attached Exhibit A sets forth, in exemplary fashion and by way of illustration only, where each element of each Asserted Claim of the '018 Patent may be found in the Accused Products. Attached Exhibit B sets forth, in exemplary fashion and by way of illustration only, where each element of each Asserted Claim of the '755 Patent may be found in the Accused Products (or how each method element is performed).

Qorvo asserts that, under the proper construction of the Asserted Claims (including the Court's constructions in its March 15, 2023 Claim Construction Order (D.I. 152)), each limitation of the Asserted Claims is literally present in the Accused Products (or literally performed during their manufacture). To the extent any limitation is found not to be literally present (or performed), or to the extent Akoustis argues any limitation is not literally present in the Accused Products (or performed during their manufacture), Qorvo asserts that such limitation is present under the doctrine of equivalents because there are insubstantial differences between the corresponding

structure (or method) and features of the Accused Products (or method) and the elements of the Asserted Claims, and/or the relevant structures and features of the Accused Products (or method of manufacture) perform substantially the same function in substantially the same way to yield substantially the same result as those claim elements.

To the extent any claim element is governed by 35 U.S.C. § 112(6) and the corresponding structure of the Accused Product identified in these charts for that element was not available at the time the relevant claim issued, Qorvo also asserts that such corresponding structure is at least an equivalent structure under the doctrine of equivalents.

## III.    INDIRECT INFRINGEMENT (LPR 3.1(D))

Akoustis infringes each of the Asserted Claims pursuant to 35 U.S.C. § 271(b) by inducing its infringement by third parties at least by actively and knowingly inducing its customers and/or other end users to, literally or under the doctrine of equivalents, make, use, sell, and/or offer for sale in the United States, and/or import into the United States, products incorporating the Accused Products which utilize the inventions recited in the Asserted Claims.

Specifically, Akoustis induces infringement of the Asserted Claims by, for example, publishing instructions on its website instructing third parties on how and where to use the Accused Products. *See, e.g.*, QORVO_00000606-QORVO_00000607; QORVO_00000001-QORVO_00000006. These instructions include recommendations for customers of the Accused Products on how to solder and package the Accused Products as part of customer systems. *See, e.g.*, QORVO_00000606 ("Apply solder paste carefully on each pad using a dispensing system"); QORVO_00000006 ("Recommended Solder Profile[.]"). Akoustis' intent is further demonstrated by PCB diagrams published on its website that instruct customers on PCB metal, solder mask, and stencil pattern layouts for implementing the Accused Products in infringing systems. *See, e.g.*,

Products on the market, in bad faith. Akoustis' bad faith is further demonstrated by its wide-ranging theft of trade secrets described in Qorvo's February 8, 2023 *Second Amended Complaint* (D.I. 125) and May 1, 2023 *Identification of Trade Secrets*.

## V.    PRIORITY (LPR 3.1(F))

Qorvo further asserts that the Asserted Claims of the '018 Patent claim priority to both International Application (Patent Cooperation Treaty) No. PCT/IB03/05675, filed December 4, 2003, and European Patent Application No. EP 02258613, filed December 13, 2002, and are entitled to the filing date of both of these applications. Qorvo further asserts that the Asserted Claims of the '755 Patent claim priority to United States Provisional Patent Application No. 62/207,702, filed August 20, 2015, and are entitled to the filing date of August 20, 2015.

## VI.    RESERVATIONS

Fact discovery in this case is scheduled to close October 16, 2023. As such, Qorvo's investigation of the Accused Products and matters disclosed herein is ongoing. Moreover, Akoustis has yet to produce information believed to be relevant to an infringement analysis of the Asserted Claims, including (but not limited to) Computer Aided Design (CAD) files and testing and simulation data for each Accused Product. Qorvo contends that this information reflects further evidence to show the structure and relevant functions and properties of the Accused Products. In view of the above, these contentions are made according to documents and information produced by Akoustis, and/or reasonably publicly-available information regarding the Accused Products available to Qorvo at this time. Qorvo reserves the right to supplement, amend, or alter these contentions after further discovery including Akoustis' production of information referenced above, and/or after Akoustis and/or third parties produce other documents or things related to the Accused Products.

███████████████████████████████

Akoustis has responded to Qorvo's Interrogatory No. 8 by stating that it has not implemented alternative designs and no product using any alternative design (i.e., AKTS_00022006) is "yet in the market."[1] And Qorvo is not otherwise aware that any such alternative designs have been implemented in any Accused Product. To the extent Akoustis changes the design of any Accused Product and/or Qorvo becomes aware of any changes to the design of any Accused Product, Qorvo reserves the right to supplement, amend, or alter these contentions to address any such new design.

These final contentions are made based on: (i) the Court's constructions of particular terms of the Asserted Claims (*see* D.I. 152), which are incorporated herein; and (ii) Qorvo's plain and ordinary interpretation of the remaining terms. Qorvo reserves the right to supplement, amend, or alter these contentions if, for example, the Court modifies its constructions and/or construes any additional terms.

Qorvo also reserves the right to supplement, amend, or alter these disclosures consistent with the LPRs and Rule 26(e) of the Federal Rules of Civil Procedure, including to identify additional infringing products identified during discovery.

---

[1] Defendants Akoustis Technologies, Inc. and Akoustis Inc.'s First Supplemental Response to Plaintiff's First Set of Interrogatories (Nos. 1, 2, 3, 4, 8, and 10) at 19.

███████████████████████████

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____

OF COUNSEL:

Robert M. Masters
Jonathan R. DeFosse
Timothy P. Cremen
Roy D. Jung
SHEPPARD, MULLIN, RICHTER
    & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC  20006-6801
(202) 747-1900

Eric K. Gill
Zachary Alper
Theodore Mayer
SHEPPARD, MULLIN, RICHTER
    & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA  92130-4092
(858) 720-8900

James C. Wald
SHEPPARD, MULLIN, RICHTER
    & HAMPTON LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA  90067
(310) 228-3700

June 15, 2023

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

9

███████████████████████

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2023, copies of the foregoing were caused to be served

upon the following in the manner indicated:

Stephen B. Brauerman, Esquire                        *VIA ELECTRONIC MAIL*
Ronald P. Golden III, Esquire
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE  19801
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

David A. Jakopin, Esquire                            *VIA ELECTRONIC MAIL*
Dianne L. Sweeney, Esquire
Ryan Selness, Esquire
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA  94304-1115
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Robert M. Fuhrer, Esquire                            *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA  22102-4856
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

David L. Stanton, Esquire                            *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA  90017-5524
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Theresa A. Roozen, Esquire                           *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

███████████████████████████

Shani Rivaux, Esquire                                    *VIA ELECTRONIC MAIL*
Pɪʟʟsʙᴜʀʏ Wɪɴᴛʜʀᴏᴘ Sʜᴀᴡ Pɪᴛᴛᴍᴀɴ LLP
600 Brickell Avenue, Suite 3100
Miami, FL  33131
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*


                                    */s/ Jeremy A. Tigan*
                                    _____
                                    Jeremy A. Tigan (#5239)

# Exhibit GGG



# Transcript of Jeffrey Shealy, Ph.D.

**Date:** November 15, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Jeffrey Shealy, Ph.D.
Conducted on November 15, 2023

---

**Page 1**

```
 1          IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3

 4   QORVO, INC.,

 5              Plaintiff,

 6       vs.            CASE NO:  21-1417 JPM

 7   AKOUSTIS TECHNOLOGIES, INC.,
     and AKOUSTIS, INC.,
 8
                Defendants.
 9

10              * * * * * * *

11

12

13

14   VIDEOTAPED DEPOSITION OF JEFFREY SHEALY, Ph.D.

15            Charlotte, North Carolina

16            Wednesday, November, 2023

17                 9:16 a.m. EDT.

18

19

20

21

22   Job No.: 511228

23   Pages: 1 - 300

24   Reported by: Jillian Doctor, RPR,

25
```

---

**Page 2**

```
 1           A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3        SHEPPARD, MULLIN, RICHTER & HAMPTON,
          LLP
 4        2099 Pennsylvania Avenue, NW, Suite 100
          Washington, D.C.  20006
 5        BY:  Jonathan R. DeFosse, Esquire
               Robert M. Masters, Esquire
 6             Jdefosse@sheppardmullin.com
               Rmasters@sheppardmullin.com
 7
 8   FOR THE DEFENDANTS:

 9        SQUIRE PATTON BOGGS, LLP
          1841 Page Mill Road, Suite 150
10        Palo Alto, California 94304
          BY:  Ronald S. Lemieux, Esquire
11             Ronald.lemieux@squirepb.com

12        - and -

13
          AKOUSTIS TECHNOLOGIES
14        9805-A Northcross Center Ct.
          Huntersville, North Carolina  28078
15        BY:  Drew Wright, Esquire
               Dwright@akoustis.com
16

17

18

19

20   VIDEOGRAPHER:

21        Merinda Evans

22

23

24        JILLIAN DOCTOR, RPR, CRR
          COURT REPORTER
25
```

---

**Page 3**

```
 1              I N D E X

 2   EXAMINATION                        PAGE

 3   By Mr. DeFosse                       9

 4

 5              * * * * * *

 6   EXHIBITS

 7   Deposition Exhibit 757              10

 8     Plaintiff's Notice of Deposition

 9   Deposition Exhibit 758              11

10     Videotaped deposition transcript of Mr. Shealy

11   Deposition Exhibit 759              34

12     Bates AKTS_00981942 through AKTS_00981948

13   Deposition Exhibit 760              50

14     Qorvo_00012270 through Qorvo_00012278

15   Deposition Exhibit 761              65

16     AKTS_01062283 through AKTS_01062660

17   Deposition Exhibit 762              82

18     AKTS_00595118 through AKTS_00595190

19   Deposition Exhibit 763              86

20     AKTS_00594153 through AKTS_00594239

21   Deposition Exhibit 764              93

22     Patent application for Wafer Scale Packaging

23   Deposition Exhibit 765              94

24     AKTS_00442307 through AKTS_00442371

25
```

---

**Page 4**

```
 1   EXHIBITS CONTINUED

 2   Deposition Exhibit 766              95

 3     AKTS_00594567 through AKTS_00594673

 4   Deposition Exhibit 767              96

 5     AKTS_01050041 through AKTS_01050093

 6   Deposition Exhibit 768             105

 7     AKTS_00683474 through AKTS_00683490

 8   Deposition Exhibit 769             117

 9     AKTS_00110239 through AKTS_00110252

10   Deposition Exhibit 770             121

11     AKTS_00069844 through AKTS_00069864

12   Deposition Exhibit 771             125

13     AKTS_00028554 through AKTS_00028577

14   Deposition Exhibit 772             131

15     AKTS_00686236 through AKTS_00686292

16   Deposition Exhibit 773             136

17     AKTS_00207645 through AKTS_00207649

18   Deposition Exhibit 774

19     Skipped in Numbering

20   Deposition Exhibit 775

21     Skipped in Numbering

22   Deposition Exhibit 776

23     Skipped in Numbering

24   Deposition Exhibit 777

25     Skipped in Numbering
```

Transcript of Jeffrey Shealy, Ph.D.
Conducted on November 15, 2023

9

1  THE VIDEOGRAPHER:
2       Would you raise your right hand.
3       JEFFREY SHEALY,
4       having been first duly sworn,
5  was examined and testified as follows:
6  THE VIDEOGRAPHER:
7       You may proceed.
8          EXAMINATION
9  BY MR. DeFOSSE:
10 Q      All right.  Mr. Shealy, good morning.
11 My name is Jonathan DeFosse.  We met off the
12 record.  I'm one of the attorneys for Qorvo in
13 this matter.  Could you please state your full
14 name for the record?
15 A      Yeah.  I'm Jeffrey Blanton Shealy.
16 Q      And what is your current address?
17 A      My current address is
18
19 Q      And you understand that you're being
20 deposed today in a lawsuit that was brought by
21 Qorvo, Inc. against Akoustis, Inc. and Akoustis
22 Technologies, Inc.?
23 A      Yes, sir.
24 Q      I'm going to hand you what's been
25 marked as Deposition Exhibit 757.

10

1          (DEPOSITION EXHIBIT NUMBER 757
2          WAS MARKED FOR IDENTIFICATION.)
3  BY MR. DeFOSSE:
4  Q      Okay.  I'll identify Exhibit 757 for
5  the record as the plaintiff's notice of
6  deposition of Jeffrey Shealy pursuant to Federal
7  Rule of Civil Procedure 30(b)1.  Do you
8  understand that you're here today to testify in
9  response to this deposition notice?
10 A      Yes, sir.
11 Q      Okay.  You have been deposed
12 previously.  Is that correct?
13 A      Yes, sir, I have.
14 Q      On how many occasions?
15 A      I believe only one.
16 Q      Okay.  And what was that occasion?
17 A      That was an employment matter.
18 Q      Okay.  And was that an employment
19 matter that was brought against Akoustis by Mia
20 Shen?
21 A      Yes, it was.
22 Q      Who was Ms. Shen?
23 A      Ms. Shen was a design engineer that had
24 worked for Akoustis Technologies.
25 Q      And what was the nature of Ms. Shen's

11

1  action against Akoustis?
2  A      The nature of the action as I
3  understand it is -- was -- I believe it was an
4  affirmative action case.
5  Q      Okay.
6  A      That was brought post-employment.
7  Q      Okay.  And is Ms. Shen's action still
8  pending against Akoustis?
9  A      No, sir, it's not.
10 Q      How was that action resolved?
11 A
12
13 Q      Okay.  I'm handing you what's been
14 marked as Exhibit 758.
15 A      Okay.
16         (DEPOSITION EXHIBIT NUMBER 758
17         WAS MARKED FOR IDENTIFICATION.)
18 BY MR. DeFOSSE:
19 Q      Do you recognize Exhibit 758,
20 Mr. Shealy?
21 A      Give me a moment and I'll --
22 Q      Please.
23 A      -- answer your question.  I believe I
24 do recognize it.  Although I'm not -- I've not
25 reviewed it before, but I recognize I believe

12

1  what the contents are.
2  Q      Okay.  And what do you understand
3  Exhibit 758 to be?
4  A      This appears to be a video deposition
5  that I took with regards to Ms. Shen's claim
6  against the company.
7  Q      Okay.  And so that's a record of the
8  testimony you provided in the deposition you
9  referred to before.  Is that right?
10 A      That is correct.
11 Q      Okay.  Sitting here today, are you
12 aware of any testimony that you provided in that
13 matter that was incorrect?
14 A      I'm not aware of any.  I've not
15 reviewed the document that's been presented to
16 me.  But I'm not aware of anything walking out of
17 that deposition that was incorrect.
18 Q      Okay.  And you understood when you took
19 that deposition that you were under oath in that
20 case as well?
21 A      Yes, I do, sir.
22 Q      And you did your best to answer
23 questions truthfully and honestly in that
24 deposition?
25 A      I did.



81
1    A      Avago, which is currently Broadcom.
2    And the -- I'm looking at the list.  I don't
3    recall who the second one was.  We would have had
4    a list that we would have looked at.  But these
5    are published lists.  We would have pulled from
6    the top two.  I just don't recall.  This document
7    is quite old.
8    Q      If you look down, there is a heading
9    that says Employees.  Do you see that?
10   A      I do see that.
11   Q      And it says, "At this time in May
12   of 2015, Akoustis had 10 full-time employees."
13   A      Yes.
14   Q      Do you recall who those first 10
15   employees were?
16   A      I could if I saw our employment record.
17   This is eight years ago, sir.
18   Q      Was one of them Rama Vetury?
19   A      Rama Vetury is an employee of our
20   company.  He came in at an early stage.  I just
21   don't recall his start date to say whether he's
22   included in the 10.  I just -- I need more
23   information to make a for certain.
24   Q      What do you mean by early stage?
25   A      Early stage I mean 10 employees.

82
1    Q      Okay.
2    A      Sorry.
3           (DEPOSITION EXHIBIT NUMBER 762
4           WAS MARKED FOR IDENTIFICATION.)
5    BY MR. DeFOSSE:
6    Q      Okay.  Dr. Shealy, the court reporter
7    has handed you what's been marked as Exhibit 762.
8    For the record, this is a document that was
9    produced to us with the production numbers
10   AKTS_00595118 through AKTS_00595190.  On the top
11   of the first page, it says, "Electronic
12   Acknowledgement Receipt."  Do you recognize
13   Exhibit 762?
14   A      Yes, I do.
15   Q      What is Exhibit 762?
16   A      I believe this is a patent application
17   for -- for a first trial manufacturing flow for
18   Bulk ONE or one of the early concepts of a
19   manufacturing flow that would incorporate our
20   single crystal material.
21   Q      Okay.  And you're identified as the
22   sole inventor for this patent application.  Is
23   that right?
24   A      That's correct.
25   Q      Okay.  When did you -- and this

83
1    application was filed on June 6th of 2014?
2    A      Correct.
3    Q      When did you start working on the
4    invention that's reflected in Exhibit 762?
5    MR. LEMIEUX:
6           Objection.  Form.
7    A      The company had put in an SBIR in the
8    May time frame with the National Science
9    Foundation.  And we -- an SBIR is for early stage
10   companies to go off and develop technology and --
11   so in parallel -- parallel with that, at some
12   point in the company's history within the last
13   two months -- the short answer is within the last
14   two months of this filing.
15          One of our founders is a Silicon Valley
16   patent attorney.  And I recognize the drawings in
17   the back are ███████████████████████
18   ████████████████.
19          You didn't ask earlier, but I in
20   graduate school I was a process engineer and
21   developing single crystal materials and making
22   devices from them.  So this work came from --
23   ████████████████
24   ████████ gave Richard Ogawa who drafted these
25   -- as I recall, we drafted these in the Marriott

84
1    airport in -- San Francisco airport.  So he is --
2    he's listed as a founder of the company.  He is a
3    founder of the company.  And he's a pretty
4    doggone good patent attorney.  So ████████████
5    ██████████████████████████████████
6    ██████████████████████████████████
7    ███████████████████████████ I think
8    is -- I didn't go there.  But that's where it
9    came from.
10   BY MR. DeFOSSE:
11   Q      Okay.  ████████████████████
12   ███████████████████████████
13   ███████████████████
14   ██   ████████████████████
15   ████████████████████████████████
16   █████████████████████████████████
17   ████████████████████████████████
18   ████████████████████████████████████
19   █████████████████████████████████████
20   ██████████████████████████████████████
21   ██████████████████████████████████
22   ████████████████████████████████
23   ███████████████████████████████
24   ████████████████████████████████████
25   ███████████████████████.

Transcript of Jeffrey Shealy, Ph.D.
Conducted on November 15, 2023

22 (85 to 88)

---

85

1  Q      Okay.  So when you say the last two
2  months, it's your recollection that ████████
3  ████████████████████████ that was
4  incorporated into the application that's
5  reflected in Exhibit 762 between April and June
6  of 2014?
7  A      My recollection is that -- my
8  recollection is that I met with Mr. Ogawa and
9  Professor Denbaars when we were finalizing the
10  concept of the company.  They had -- they had
11  written some checks for an investment, had given
12  me those investments.  And one of the actions
13  that came out of that was to go off and develop
14  some IP.
15      So I -- I believe these would have been
16  done after we incorporated the company.  So we
17  did -- it was an action that was, hey, we need to
18  get some IP filed.  ████████████████
19  ████████████████████████████████████.
20      So I don't know the time frame when I
21  sent it to him.
22  Q      When was that meeting with Mr. Denbaars
23  and Mr. Ogawa?
24  A      I don't have my calendar, and I don't
25  know that I have a calendar that would tell me

---

86

1  that.  The -- the investments that were -- the
2  commitments for investment were in the April time
3  frame.
4      You know, that's when people were
5  saying, Here's a check.  I don't know that I
6  deposited it.  We had to get the company
7  incorporated.  But once we were incorporated, I'm
8  sure the checks were deposited and so forth.
9  Q      When did you conceive of the
10  manufacturing flow process that's reflected in
11  Exhibit 762?
12  A      As I recall, in the May time frame
13  because we were writing an SBIR.  I don't have
14  the date, sir.
15  Q      Did writing the SBIR occur before or
16  after the meeting with Mr. Ogawa and
17  Mr. Denbaars?
18  A      It would have occurred after.  I mean,
19  I think the deadline was late May for the -- the
20  deadline was late May for SBIRs.  Again, I --
21  nine years ago.  I don't -- don't recall.
22      (DEPOSITION EXHIBIT NUMBER 763
23      WAS MARKED FOR IDENTIFICATION.)
24  BY MR. DeFOSSE:
25  Q      Okay.  Dr. Shealy, the court reporter

---

87

1  has handed you what's been marked as Exhibit 763.
2  This is a document that was produced to us with
3  the production numbers AKTS_00594153 through
4  AKTS_00594239.  On the first page it has the
5  title Electronic Acknowledgment Receipt and it
6  has the application Number 14298100 on it.  Do
7  you recognize Exhibit 763?
8  A      Yes.  I do recognize the document.
9  Q      Okay.  And what is Exhibit 763?
10  A      Looking at the document, this is a --
11  this -- looking at the document, this would be a
12  parallel application that we filed with the
13  previous one that we -- that we filed.  And this
14  was -- again, I -- during that period of time,
15  Mr. Ogawa and I worked on the yearly IP of the
16  company and this was part of that activity.
17  Q      Okay.  And this patent application
18  that's been marked as 763 was filed on the same
19  day as the patent application identified as
20  Exhibit 762?
21  A      I'll -- I'll defer to the date on the
22  application, but I believe when -- when the -- I
23  confirmed the date.  But I believe they were done
24  in parallel.  So it doesn't surprise me.
25  Q      Okay.  And the application that's been

---

88

1  marked as Exhibit 763 concerns a single crystal
2  resonator.  Is that right?
3  MR. LEMIEUX:
4      Objection.  Form.
5  A      My recollection of this looks at -- my
6  recollection of this we were focused on the first
7  words, which were the integrated, but it was
8  using the single crystal.  Yes.  That's correct.
9  BY MR. DeFOSSE:
10  Q      Okay.  When did -- and you were
11  identified as the sole inventor --
12  A      Correct.
13  Q      -- for the application that's been
14  marked as 763?
15  A      That's correct.
16  Q      When did you conceive of this
17  invention?
18  MR. LEMIEUX:
19      Objection.  Form.
20  A      I'm looking at the descriptions.  Same
21  time period.  Same time period as these others.
22  BY MR. DeFOSSE:
23  Q      And when you say these others, you
24  mean --
25  A      I'm looking at Exhibit 762, sir.  It's

---



297

1  Q      Based on the information you've had
2  access to, do you believe that Akoustis should
3  issue an apology to Qorvo?
4  MR. LEMIEUX:
5        Objection. Form.
6  A      I believe we have made statements to
7  Qorvo ████████
8  ████████.
9  MR. DeFOSSE:
10 Q      Sincere meaning Akoustis sincerely
11 believes that apology is warranted here?
12 MR. LEMIEUX:
13       Objection. Form.
14 A      I think the company is -- approached
15 this as -- the way the company approached this
16 was we believe -- we believe there are some
17 things Qorvo thinks we've done, which we haven't.
18 And we're certainly -- we certainly had made an
19 attempt to have a dialogue about that, ████████
20 ████████
21 MR. DeFOSSE:
22       Okay. I'm set. I'll pass the witness.
23 MR. LEMIEUX:
24       Okay. No questions.
25 MR. DeFOSSE:

298

1        Thank you, Mr. Shealy. We appreciate
2  your time today. We can go off the record.
3  THE VIDEOGRAPHER:
4        Going off the record. The time is now
5  17:55.
6  MR. LEMIEUX:
7        I'd like the rough. I don't need the
8  final expedited.
9  MR. DeFOSSE:
10       Rough tonight. Expedited final
11 tomorrow, please.
12 (Whereupon, the deposition concluded at 5:55 p.m.
13 EDT.)
14
15
16
17
18
19
20
21
22
23
24
25

299

1        CERTIFICATE OF NOTARY PUBLIC
2        I, Merinda Evans, Notary Public,
3  do hereby certify that the aforementioned witness
4  was sworn before me at the aforemention location,
5  and that I am neither counsel for, related to, nor
6  employed by any of the parties to this case and
7  have no interest, financial or otherwise, in its
8  outcome.
9        IN WITNESS WHEREOF, I have hereunto set
10 my hand and affixed my notarial seal this 16th day,
11 of November, 2023.
12
13
14 Merinda E. Evans
15
16
17 _____
18 Merinda Evans, Notary Public
19 for the State of North Carolina
20
21
22
23
24
25

300

1        C E R T I F I C A T E
2
3        I do hereby certify that the above and
4  foregoing transcript of proceedings in the matter
5  aforementioned was taken down by me in machine
6  shorthand, and the questions and answers thereto
7  were reduced to writing under my personal
8  supervision, and that the foregoing represents a
9  true and correct transcript of the proceedings
10 given by said witness upon said hearing.
11       I further certify that I am neither of
12 counsel nor of kin to the parties to the action,
13 nor am I in anywise interested in the result of
14 said cause.
15
16 Jillian Doctor
17
18
19 _____
   JILLIAN DOCTOR, RPR,
19 CERTIFIED REALTIME REPORTER
20 November 16, 2023
21
22
23
24
25

# Exhibit HHH

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 19207451 |
| **Application Number:** | 14298076 |
| **International Application Number:** | |
| **Confirmation Number:** | 9586 |
| **Title of Invention:** | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT |
| **First Named Inventor/Applicant Name:** | Jeffrey B. SHEALY |
| **Customer Number:** | 83275 |
| **Filer:** | Steve Yong Soo Cho |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | A969RO-000200US |
| **Receipt Date:** | 06-JUN-2014 |
| **Filing Date:** | |
| **Time Stamp:** | 14:33:48 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $770 |
| RAM confirmation Number | 899 |
| Deposit Account | 504713 |
| Authorized User | CHO, STEVE Y. |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

    Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

    Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

DEPOSITION EXHIBIT 762

PENGAD 800-631-6989

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 2014_06_03_ADS_A969RO-000200US.pdf | 1503014 / d0c01d490c7bae229b9ac1dk8b73bfbfa4bb2d747 | no | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Oath or Declaration filed | 2014_06_03_DEC_ASSGMT_A969RO-000200US.pdf | 28956 / 102764 1a95afe4338e26544e60819503460a6b3f | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Drawings-only black and white line drawings | 2014_06_03_DWGS_A969RO-000200US.pdf | 3344976 / 6d1e7b4aeb9a07df9573cfad90ebaa8c211003a1 | no | 20 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Nonpublication request from applicant. | 2014_06_03_REQ_NONPUB_A969RO-000200US.pdf | 412224 / e70810b0f3918v025dbc10f81e9466127 1b4f1fb | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Power of Attorney | 2014_06_03_POA_A969RO-000200US.pdf | 2236908 / 83d6f77bf295116353be64766901ebf0b8a21ed | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | | 2014_06_03_SPEC_A969RO-000200US.pdf | 196579 / 4f483ec961e92bedf458804 2bebaa19bbb87ac9d | yes | 37 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Specification | 1 | 31 |
| Claims | 32 | 36 |
| Abstract | 37 | 37 |
| **Warnings:** | | |

| Information: | | | | | |
|---|---|---|---|---|---|
| 7 | Fee Worksheet (SB06) | fee-info.pdf | 36420<br>4efda79d00540cca4798a4f12cba0d0235b5e129 | no | 2 |

| Warnings: |
|---|

| Information: |
|---|

| | Total Files Size (in bytes): | 7759077 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT |
| **First Named Inventor/Applicant Name:** | Jeffrey B. SHEALY |
| **Filer:** | Steve Yong Soo Cho |
| **Attorney Docket Number:** | A969RO-000200US |

Filed as Small Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility filing Fee (Electronic filing) | 4011 | 1 | 70 | 70 |
| Utility Search Fee | 2111 | 1 | 300 | 300 |
| Utility Examination Fee | 2311 | 1 | 360 | 360 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in excess of 20 | 2202 | 1 | 40 | 40 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |

AKTS_00595121

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **770** |

AKTS_00595122

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | Unassigned |
| Filing Date | Herewith |
| First Named Inventor | Jeffrey B. SHEALY |
| Title | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT |
| Art Unit | Unassigned |
| Examiner Name | Unassigned |
| Attorney Docket Number | A969RO-000200US |

## SIGNATURE of Applicant or Patent Practitioner

| Signature | /Steve Y. Cho/ | Date (Optional) | June 3, 2014 |
|---|---|---|---|
| Name | Steve Y. Cho | Registration Number | 44612 |

| Title (if Applicant is a juristic entity) | Attorney of Record |
|---|---|

| Applicant Name (if Applicant is a juristic entity) | Akoustis, Inc. |
|---|---|

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

✓ *Total of 2_____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

AKTS_00595123

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

**OR**

83275

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[✓] The address associated with the above-mentioned Customer Number

**OR**

[ ] The address associated with Customer Number:

**OR**

| Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

|  |
|---|

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

## SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | *[signature]* | Date (Optional) | |
|---|---|---|---|
| Name | JEFFREY B. SHEALY | | |
| Title | President and CEO   Akoustis, Inc. | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[✓] Total of ___2___ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

AKTS_00595124

Attorney Docket No.: A969RO-000200US

## U.S. PATENT APPLICATION

# METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR
# DIELECTRIC FOR A RESONANCE CIRCUIT

Inventor:    Jeffrey B. SHEALY, a citizen of the United States of America, residing at
20514 Queensdale Drive
Cornelius, NC 28031

Assignee:    Akoustis, Inc.
a Delaware corporation
20513 Queensdale Drive
Cornelius, NC 28031

Entity:    Small business concern

AKTS_00595125

PATENT

Attorney Docket No.: A969RO-000200US

# METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT

## CROSS-REFERENCES TO RELATED APPLICATIONS

[0001]    The present application incorporates by reference, for all purposes, the following
5    concurrently filed patent applications, all commonly owned: (Attorney Docket No. A969RO-000100US) titled "RESONANCE CIRCUIT WITH A SINGLE CRYSTAL CAPACITOR DIELECTRIC MATERIAL", filed June 6, 2014, and (Attorney Docket No. A969RO-000300US) titled "INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES", filed June 6, 2014.

10                                    BACKGROUND OF THE INVENTION

[0002]    The present invention relates generally to electronic devices.  More particularly, the present invention provides techniques related to a single crystal acoustic resonator.  Merely by way of example, the invention has been applied to a resonator device for a communication device, mobile device, computing device, among others.

15    [0003]    Mobile telecommunication devices have been successfully deployed world-wide.  Over a billion mobile devices, including cell phones and smartphones, were manufactured in a single year and unit volume continues to increase year-over-year.  With ramp of 4G/LTE in about 2012, and explosion of mobile data traffic, data rich content is driving the growth of the smartphone segment—which is expected to reach 2B per annum within the next few years.  Coexistence of
20    new and legacy standards and thirst for higher data rate requirements is driving RF complexity in smartphones.  Unfortunately, limitations exist with conventional RF technology that is problematic, and may lead to drawbacks in the future.

[0004]    From the above, it is seen that techniques for improving electronic devices are highly desirable.

25

1

AKTS_00595126

## BRIEF SUMMARY OF THE INVENTION

[0005]    According to the present invention, techniques generally related to electronic devices are provided. More particularly, the present invention provides techniques related to a single crystal acoustic resonator. Merely by way of example, the invention has been applied to a

5    resonator device for a communication device, mobile device, computing device, among others.

[0006]    In an example, the present invention provides a single crystal capacitor dielectric material configured on a substrate by a limited area epitaxy. The material is coupled between a pair of electrodes, which are configured from a topside and a backside of a substrate member, in an example. In an example, the single crystal capacitor dielectric material is provided using a

10    metal-organic chemical vapor deposition, a molecular beam epitaxy, an atomic layer deposition, a pulsed laser deposition, a chemical vapor deposition, or a wafer bonding process. In an example, the limited area epitaxy is lifted-off the substrate and transferred to another substrate. In an example, the material is characterized by a defect density of less than 1E+11 defects per square centimeter. In an example, the single crystal capacitor material is selected from at least

15    one of AlN, AlGaN, InN, BN, or other group III nitrides. In an example, the single crystal capacitor material is selected from at least one of a single crystal oxide including a high K dielectric, ZnO, or MgO.

[0007]    In an example, a single crystal acoustic electronic device is provided. The device has a substrate having a surface region. The device has a first electrode material coupled to a portion

20    of the substrate and a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns and overlying an exposed portion of the surface region and coupled to the first electrode material. In an example, the single crystal capacitor dielectric material is characterized by a dislocation density of less than $10^{12}$ defects/ $cm^2$. A second electrode material is overlying the single crystal capacitor dielectric material.

25    [0008]    One or more benefits are achieved over pre-existing techniques using the invention. In particular, the invention enables a cost-effective resonator device for communications applications. In a specific embodiment, the present device can be manufactured in a relatively simple and cost effective manner. Depending upon the embodiment, the present apparatus and method can be manufactured using conventional materials and/or methods according to one of

30    ordinary skill in the art. The present device uses a gallium and nitrogen containing material that

2

is single crystalline. Depending upon the embodiment, one or more of these benefits may be achieved. Of course, there can be other variations, modifications, and alternatives.

[0009]   A further understanding of the nature and advantages of the invention may be realized by reference to the latter portions of the specification and attached drawings.

5

## BRIEF DESCRIPTION OF THE DRAWINGS

[0010]   In order to more fully understand the present invention, reference is made to the accompanying drawings. Understanding that these drawings are not to be considered limitations in the scope of the invention, the presently described embodiments and the presently understood best mode of the invention are described with additional detail through use of the accompanying drawings in which:

[0011]   Figure 1 is a simplified diagram illustrating a surface single crystal acoustic resonator according to an example of the present invention.

[0012]   Figure 2 is a simplified diagram illustrating a bulk single crystal acoustic resonator according to an example of the present invention.

[0013]   Figure 3 is a simplified diagram illustrating a feature of a bulk single crystal acoustic resonator according to an example of the present invention.

[0014]   Figure 4 is a simplified diagram illustrating a piezo structure according to an example of the present invention.

[0015]   Figure 5 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

[0016]   Figure 6 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

[0017]   Figure 7 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

[0018]   Figure 8 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

3

AKTS_00595128

[0019]    Figure 9 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

[0020]    Figure 10 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

5    [0021]    Figure 11 is a simplified diagram of a substrate member according to an example of the present invention.

[0022]    Figure 12 is a simplified diagram of a substrate member according to an example of the present invention.

[0023]    Figure 13 is a simplified table illustrating features of a conventional filter compared
10   against the present examples according to examples of the present invention.

[0024]    Figures 14-22 illustrate a manufacturing method for a single crystal acoustic resonator device in an example of the present invention.

[0025]    Figure 23 illustrates circuit diagrams of the single crystal acoustic resonator device in an example of the present invention.

15   [0026]    Figures 24-32 illustrate a manufacturing method for a single crystal acoustic resonator device in an example of the present invention.

[0027]    Figure 33 illustrates circuit diagrams of the single crystal acoustic resonator device in an example of the present invention.

[0028]    Figures 34 and 35 illustrate a reflector structure configured on the single crystal
20   acoustic resonator device in an example of the present invention.

[0029]    Figure 36 illustrates circuit diagrams of the integrated reflector structure with the single crystal acoustic resonator device of the aforementioned Figures.

[0030]    Figures 37 and 38 illustrate a reflector structure configured on the single crystal acoustic resonator device in an example of the present invention.

25   [0031]    Figure 39 illustrates circuit diagrams of the integrated reflector structure with the single crystal acoustic resonator device of the aforementioned Figures.

4

AKTS_00595129

[0032]    Figure 40 illustrates simplified diagrams of a bottom surface region and top surface region for the single crystal acoustic resonator device in an example of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

[0033]    According to the present invention, techniques generally related to electronic devices are provided. More particularly, the present invention provides techniques related to a single crystal acoustic resonator. Merely by way of example, the invention has been applied to a resonator device for a communication device, mobile device, computing device, among others.

[0034]    As additional background, the number of bands supported by smartphones is estimated to grow by 7-fold compared to conventional techniques. As a result, more bands mean high selectivity filter performance is becoming a differentiator in the RF front end of smartphones. Unfortunately, conventional techniques have severe limitations.

[0035]    That is, conventional filter technology is based upon amorphous materials and whose electromechanical coupling efficiency is poor (only 7.5% for non-lead containing materials) leading to nearly half the transmit power dissipated in high selectivity filters. In addition, single crystal acoustic wave devices are expected to deliver improvements in adjacent channel rejection. Since there are twenty (20) or more filters in present smartphone and the filters are inserted between the power amplifier and the antenna solution, then there is an opportunity to improve the RF front end by reducing thermal dissipation, size of power amplifier while enhancing the signal quality of the smartphone receiver and maximize the spectral efficiency within the system.

[0036]    Utilizing single crystal acoustic wave device (herein after "SAW" device) and filter solutions, one or more of the following benefits may be achieved: (1) large diameter silicon wafers (up to 200mm) are expected to realize cost-effective high performance solutions, (2) electromechanical coupling efficiency is expected to more than triple with newly engineered strained piezo electric materials, (3) Filter insertion loss is expected to reduce by 1dB enabling longer battery life, improve thermal management with smaller RF footprint and improving the signal quality and user experience. These and other benefits can be realized by the present device and method as further provided throughout the present specification, and more particularly below.

5

[0037]    Figure 1 is a simplified diagram illustrating a surface single crystal acoustic resonator according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims.   The present surface single crystal acoustic resonator device 100 having a crystalline piezo material 120 overlying a substrate 110 is

5     illustrated. As shown, an acoustic wave propagates in a lateral direction from a first spatial region to a second spatial region substantially parallel to a pair of electrical ports 140, which form an inter-digital transducer configuration 130 with a plurality of metal lines 131 that are spatially disposed between the pair of electrical ports 140. In an example, the electrical ports on the left side can be designated for signal input, while the electrical ports on the right side are

10     designated for signal output.  In an example, a pair of electrode regions are configured and routed to a vicinity of a plane parallel to a contact region coupled to the second electrode material.

[0038]    In a SAW device example, surface acoustic waves produce resonant behavior over a narrow frequency band near 880MHz to 915MHz frequency band—which is a designated

15     passband for a Europe, Middle East and Africa (EMEA) LTE enabled mobile smartphone. Depending on region of operation for the communication device, there can be variations.  For example, in North American transmit bands, the resonator can be designed such that resonant behavior is near the 777MHz to 787MHz frequency passband.  Other transmit bands, found in other regions, can be much higher in frequency, such as the Asian transmit band in the 2570MHz

20     to 2620 MHz passband.  Further, the examples provided here are for transmit bands.  In similar fashion, the passband on the receiver side of the radio front end also require similar performing resonant filters. Of course, there can be variations, modifications, and alternatives.

[0039]    Other characteristics of surface acoustic wave devices include the fundamental frequency of the SAW device, which is determined by the surface propagation velocity

25     (determined by the crystalline quality of the piezo-electric material selected for the resonator) divided by the wavelength (determined by the fingers in the interdigitated layout in Figure 1). Measured propagation velocity (also referred to as SAW velocity) in GaN of approximately 5800m/s has been recorded, while similar values are expected for AlN. Accordingly, higher SAW velocity of such Group III-nitrides enables a resonator to process higher frequency signals

30     for a given device geometry.

6

[0040]   Resonators made from Group III-nitrides are desirable as such materials operate at high power (leveraging their high critical electric field), high temperature (low intrinsic carrier concentration from their large bandgap) and high frequency (high saturated electron velocities). Such high power devices (greater than 10Watts) are utilized in wireless infrastructure and
5   commercial and military radar systems to name a few.  Further, stability, survivability and reliability of such devices are critical for field deployment.

[0041]   Further details of each of the elements provided in the present device can be found throughout the present specification and more particular below.

[0042]   Figure 2 is a simplified diagram illustrating a bulk single crystal acoustic resonator
10   according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims.  The present bulk single crystal acoustic resonator device 200 having a crystalline piezo material is illustrated.   As shown, an acoustic wave propagates in a vertical direction from a first spatial region to a second spatial region between an upper electrode material 231 and a substrate member 210.  As shown, the crystalline
15   piezo material 220 is configured between the upper (231) and lower (232) electrode material. The top electrode material 231 is configured underneath a plurality of optional reflector layers, which are formed overlying the top electrode 231 to form an acoustic reflector region 240.

[0043]   In a bulk acoustic wave (hereinafter "BAW") device example, acoustic waves produce resonant behavior over a narrow frequency band near 3600MHz to 3800MHz frequency band—
20   which is a designated passband for a LTE enabled mobile smartphone. Depending on region of operation for the communication device, there can be variations.  For example, in North American transmit bands, the resonator can be designed such that resonant behavior is near the 2000MHz to 2020MHz frequency passband. Other transmit bands, found in other regions such as the Asian transmit band in the 2500MHz to 2570 MHz passband.  Further, the examples
25   provided here are for transmit bands.  In similar fashion, the passband on the receiver side of the radio front end also require similar performing resonant filters. Of course, there can be variations, modifications, and alternatives.

[0044]   Other characteristics of single crystal BAW devices include the electromechanical acoustic coupling in the device, which is proportionate to the piezoelectricity constant (influence
30   by the design and strain of the single crystal piezo layer) divided by the acoustic wave velocity (influenced by scattering and reflections in the piezo material).  Acoustic wave velocity in GaN

7

of over 5300m/s has been observed. Accordingly, high acoustic wave velocity of such Group III-nitrides enables a resonator to process higher frequency signals for a given device geometry.

**[0045]** Similar to SAW devices, resonators made from Group III-nitrides are desirable as such materials operate at high power (leveraging their high critical electric field), high temperature
5 (low intrinsic carrier concentration from their large bandgap) and high frequency (high saturated electron velocities). Such high power devices (greater than 10Watts) are utilized in wireless infrastructure and commercial and military radar systems to name a few. Further, stability, survivability and reliability of such devices are critical for field deployment.

**[0046]** Further details of each of the materials provided in the present device can be found
10 throughout the present specification and more particular below.

**[0047]** In an example, the device has a substrate, which has a surface region. In an example, the substrate can be a thickness of material, a composite, or other structure. In an example, the substrate can be selected from a dielectric material, a conductive material, a semiconductor material, or any combination of these materials. In an example, the substrate can also be a
15 polymer member, or the like. In a preferred example, the substrate is selected from a material provided from silicon, a gallium arsenide, an aluminum oxide, or others, and their combinations.

**[0048]** In an example, the substrate is silicon. The substrate has a surface region, which can be in an off-set or off cut configuration. In an example, the surface region is configured in an off-set angle ranging from 0.5 degree to 1.0 degree. In an example, the substrate is <111> oriented
20 and has high resistivity (greater than $10^3$ ohm-cm). Of course, there can be other variations, modifications, and alternatives.

**[0049]** In an example, the device has a first electrode material coupled to a portion of the substrate and a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns. In an example, the single crystal capacitor dielectric material has a suitable dislocation
25 density. The dislocation density is less than $10^{12}$ defects/ $cm^2$, and greater than $10^4$ defects per $cm^2$, and variations thereof. The device has a second electrode material overlying the single crystal capacitor dielectric material. Further details of each of these materials can be found throughout the present specification and more particularly below.

**[0050]** In an example, the single crystal capacitor material is a suitable single crystal material
30 having desirable electrical properties. In an example, the single crystal capacitor material is

8

AKTS_00595133

generally a gallium and nitrogen containing material such as a AlN, AlGaN, or GaN, among InN, InGaN, BN, or other group III nitrides. In an example, the single crystal capacitor material is selected from at least one of a single crystal oxide including a high K dielectric, ZnO, MgO, or alloys of MgZnGaInO. In an example, the high K is characterized by a defect density of less

5    than $10^{12}$ defects/ cm$^2$, and greater than $10^4$ defects per cm$^2$. Of course, there can be other variations, modifications, and alternatives.

[0051]    In an example, the single crystal capacitor dielectric material is characterized by a surface region at least 50 micron by 50 micron, and variations. In an example, the surface region can be 200 micron x 200um or as high as 1000um x 1000um. Of course, there are variations,

10    modifications, and alternatives.

[0052]    In an example, the single crystal capacitor dielectric material is configured in a first strain state to compensate to the substrate. That is, the single crystal material is in a compressed or tensile strain state in relation to the overlying substrate material. In an example, the strained state of a GaN when deposited on silicon is tensile strained whereas an AlN layer is

15    compressively strain relative to the silicon substrate.

[0053]    In a preferred example, the single crystal capacitor dielectric material is deposited overlying an exposed portion of the substrate. In an example, the single crystal capacitor dielectric is lattice mismatched to the crystalline structure of the substrate, and may be strain compensated using a compressively strain piezo nucleation layer such as AlN or SiN.

20    [0054]    In an example, the device has the first electrode material is configured via a backside of the substrate. In an example, the first electrode material is configured via a backside of the substrate. The configuration comprises a via structure configured within a thickness of the substrate.

[0055]    In an example, the electrode materials can be made of a suitable material or materials.

25    In an example, each of the first electrode material and the second electrode material is selected from a refractory metal or other precious metals. In an example, each of the first electrode material and the second electrode material is selected from one of tantalum, molybdenum, platinum, titanium, gold, aluminum tungsten, or platinum, combinations thereof, or the like.

[0056]    In an example, the first electrode material and the single crystal capacitor dielectric

30    material comprises a first interface region substantially free from an oxide bearing material. In

9

AKTS_00595134

an example, the first electrode material and the single crystal capacitor dielectric material comprises a second interface region substantially free from an oxide bearing material. In an example, the device can include a first contact coupled to the first electrode material and a second contact coupled to the second electrode material such that each of the first contact and the

5   second contact are configured in a co-planar arrangement.

**[0057]**   In an example, the device has a reflector region configured to the first electrode material. In an example, the device also has a reflector region configured to the second electrode material. The reflector region is made of alternating low impedance (e.g. dielectric) and high-impedance (e.g. metal) reflector layers, where each layer is targeted at one quarter-wave in

10   thickness, although there can be variations.

**[0058]**   In an example, the device has a nucleation material provided between the single crystal capacitor dielectric material and the first electrode material. The nucleation material is typically AlN or SiN.

**[0059]**   In an example, the device has a capping material provided between the single crystal

15   capacitor dielectric material and the second electrode material. In an example, the capping material is GaN.

**[0060]**   In an example, the single crystal capacitor dielectric material preferably has other properties. That is, the single crystal capacitor dielectric material is characterized by a FWHM of less than one degree.

20   **[0061]**   In an example, the single crystal capacitor dielectric is configured to propagate a longitudinal signal at an acoustic velocity of 5000 meters/second and greater. In other embodiments where strain is engineered, the signal can be over 6000 m/s and below 12,000 m/s. Of course, there can be variations, modifications, and alternatives.

**[0062]**   The device also has desirable resonance behavior when tested using a two-port network

25   analyzer. The resonance behavior is characterized by two resonant frequencies (called series and parallel)—whereby one exhibits an electrical impedance of infinity and the other exhibits an impedance of zero. In between such frequencies, the device behaves inductively. In an example, the device has s-parameter derived from a two-port analysis, which can be converted to impedance. From s11 parameter, the real and imaginary impedance of the device can be

30   extracted. From s21, the transmission gain of the resonator can be calculated. Using the parallel

10

resonance frequency along the known piezo layer thickness, the acoustic velocity can be calculated for the device.

[0063]   Figure 3 is a simplified diagram illustrating a feature of a bulk single crystal acoustic resonator according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. As shown, diagram 300 shows the present invention applied as a band pass filter for RF signals. A specific frequency range is allowed through the filter, as depicted by the darkened block elevated from the RF spectrum underneath the wavelength illustration. This block is matched to the signal allowed through the filter in the illustration above. Single crystal devices can offer better acoustic quality versus BAW devices due to lower filter loss and relieving the specification requirements on the power amplifier. These can result benefits for devices utilizing the present invention such as extended battery, efficient spectrum use, uninterrupted caller experience, and others.

[0064]   Figure 4 is a simplified diagram illustrating a piezo structure according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the structure 400 is configured on a bulk substrate member 410, including a surface region. In an example, the single crystal piezo material epitaxial 420 is formed using a growth process. The growth process can include chemical vapor deposition, molecular beam epitaxial growth, or other techniques overlying the surface of the substrate. In an example, the single crystal piezo material can include single crystal gallium nitride (GaN) material, single crystal $Al(x)Ga(1-x)N$ where $0<x<1.0$ (x="Al mole fraction") material, single crystal aluminum nitride (AlN) material, or any of the aforementioned in combination with each other. Of course, there can also be modifications, alternatives, and variations.   Further details of the substrate can be found throughout the present specification, and more particularly below.

[0065]   Figure 5 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the structure 500 is configured overlying a nucleation region 530, which is overlying a surface of the substrate 510. In an example, the nucleation region 530 is a layer or can be multiple layers. The nucleation region is made using a piezo-electric material in order to enable acoustic coupling in a resonator circuit. In an example, the nucleation region is a thin piezo-electric nucleation layer, which may range from about 0 to 100nm in thickness, may be used to initiate growth of single crystal piezo material 520 overlying

11

the surface of the substrate. In an example, the nucleation region can be made using a thin SiN or AlN material, but can include variations. In an example, the single crystal piezo material has a thickness that can range from 0.2um to 20um, although there can be variations. In an example, the piezo material that has a thickness of about 2um is typical for 2GHz acoustic resonator

5    device. Further details of the substrate can be found throughout the present specification, and more particularly below.

[0066]    Figure 6 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the structure 600 is configured using a GaN piezo

10    material 620. In an example, each of the regions are single crystal or substantially single crystal. In an example, the structure is provided using a thin AlN or SiN piezo nucleation region 630, which can be a layer or layers. In an example, the region is unintentional doped (UID) and is provided to strain compensate GaN on the surface region of the substrate 610. In an example, the nucleation region has an overlying GaN single crystal piezo region (having Nd-Na: between

15    $10^{14}$/cm3 and $10^{18}$/cm3), and a thickness ranging between 1.0um and 10um, although there can be variations. Further details of the substrate can be found throughout the present specification, and more particularly below.

[0067]    Figure 7 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly

20    limit the scope of the claims. As shown, the structure 700 is configured using an AlN piezo material 720. Each of the regions is single-crystal or substantially single crystal. In an example, the structure is provided using a thin AlN or SiN piezo nucleation region 730, which can be a layer or layers. In an example, the region is unintentional doped (UID) and is provided to strain compensate AlN on the surface region of the substrate 710. In an example, the nucleation region

25    has an overlying AlN single crystal piezo region (having Nd-Na: between $10^{14}$/cm3 and $10^{18}$/cm3), and a thickness ranging between 1.0um and 10um, although there can be variations. Further details of the substrate can be found throughout the present specification, and more particularly below.

[0068]    Figure 8 is a simplified diagram illustrating a piezo structure according to an alternative

30    example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. As shown, the structure 800 is configured using an AlGaN piezo

12

AKTS_00595137

material 820. Each of the regions is single-crystal or substantially single crystal. In an example, the structure is provided using a thin AlN or SiN piezo nucleation region 830, which can be a layer or layers. In an example, the region is unintentional doped (UID) and is provided to strain compensate AlN on the surface region of the substrate 810. In an example, the AlGaN single

5    crystal piezo layer where Al(x)Ga(1-x)N has Al mole composition 0<x<1.0, (Nd-Na: between $10^{14}$/cm3 and $10^{18}$/cm3), a thickness ranging between 1um and 10um, among other features. Further details of the substrate can be found throughout the present specification, and more particularly below.

[0069]    Figure 9 is a simplified diagram illustrating a piezo structure according to an alternative
10   example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. The structure 900 is configured using an AlN/AlGaN piezo material 920. Each of the regions is single-crystal or substantially single crystal. In an example, the structure is provided using a thin AlN or SiN piezo nucleation region 930, which can be a layer or layers. In an example, the region is unintentional doped (UID) and is provided to strain
15   compensate AlN on the surface region of the substrate 910. In an example, one or more alternating stacks are formed overlying the nucleation region. In an example, the stack includes AlGaN/AlN single crystal piezo layer where Al(x)Ga(1-x)N has Al mole composition 0<x<1.0; (Nd-Na: between 1014/cm3 and 1018/cm3), a thickness ranging between 1.0um and 10um; a AlN (1nm<thickness<30nm) serves to strain compensate lattice and allow thicker AlGaN piezo
20   layer. In an example, the final single crystal piezo layer is AlGaN. In an example, the structure has a total stack thickness of at least 1um and less than 10um, among others. Further details of the substrate can be found throughout the present specification, and more particularly below.

[0070]    Figure 10 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should
25   not unduly limit the scope of the claims. As shown, the structure 1000 has an optional GaN piezo-electric cap layer or layers 1040. In an example, the cap layer 1040 or region can be configured on any of the aforementioned examples, among others. In an example, the cap region can include at least one or more benefits. Such benefits include improved electro-acoustic coupling from topside metal (electrode 1) into piezo material, reduced, surface oxidation,
30   improved manufacturing, among others. In an example, the GaN cap region has a thickness ranging between 1nm-10nm, and has Nd-Na: between $10^{14}$/cm3 and $10^{18}$/cm3, although there

13

can be variations. Further details of the substrate can be found throughout the present specification, and more particularly below.

[0071]    Figure 11 is a simplified diagram of a substrate member according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope

5    of the claims. In an example, the single crystal acoustic resonator material 1120 can be a single crystal piezo material epitaxial grown (using CVD or MBE technique) on a substrate 1110. The substrate 1110 can be a bulk substrate, a composite, or other member. The bulk substrate 1110 is preferably gallium nitride (GaN), silicon carbide (SiC), silicon (Si), sapphire (Al2O3), aluminum nitride (AlN), combinations thereof, and the like.

10    [0072]    Figure 12 is a simplified diagram of a substrate member according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the single crystal acoustic resonator material 1220 can be a single crystal piezo material epitaxial grown (using CVD or MBE technique) on a substrate 1210. The substrate 1210 can be a bulk substrate, a composite, or other member. The bulk substrate 1210 is

15    preferably gallium nitride (GaN), silicon carbide (SiC), silicon (Si), sapphire (Al2O3), aluminum nitride (AlN), combinations thereof, and the like. In an example, the surface region of the substrate is bare and exposed crystalline material.

[0073]    Figure 13 is a simplified table illustrating features of a conventional filter compared against the present examples according to examples of the present invention. As shown, the

20    specifications of the "Present Example" versus a "Conventional"embodiment are shown with respect to the criteria under "Filter Solution".

[0074]    In an example, the GaN, SiC and Al2O3 orientation is c-axis in order to improve or even maximize a polarization field in the piezo-electric material. In an example, the silicon substrate orientation is <111> orientation for same or similar reason. In an example, the

25    substrate can be off-cut or offset. While c-axis or <111> is nominal orientation, an offcut angle between +/- 1.5 degrees may be selected for one or more of the following reasons: (1) controllability of process; (2) maximization of K2 of acoustic resonator, and other reasons. In an example, the substrate is grown on a face, such as a growth face. A Ga-face is preferred growth surface (due to more mature process). In an example, the substrate has a substrate resistivity that

30    is greater than 104 ohm-cm, although there can be variations. In an example, the substrate

14

thickness ranges 100um to 1mm at the time of growth of single crystal piezo deposition material. Of course, there can be variations, modifications, and alternatives.

[0075] As used herein, the terms "first" "second" "third" and "nth" shall be interpreted under ordinary meaning. Such terms, alone or together, do not necessarily imply order, unless
5 understood that way by one of ordinary skill in the art. Additionally, the terms "top" and "bottom" may not have a meaning in reference to a direction of gravity, while should be interpreted under ordinary meaning. These terms shall not unduly limit the scope of the claims herein.

[0076] As used herein, the term substrate is associated with Group III-nitride based materials
10 including GaN, InGaN, AlGaN, or other Group III containing alloys or compositions that are used as starting materials, or AlN or the like. Such starting materials include polar GaN substrates (i.e., substrate where the largest area surface is nominally an (h k l) plane wherein h=k=0, and l is non-zero), non-polar GaN substrates (i.e., substrate material where the largest area surface is oriented at an angle ranging from about 80-100 degrees from the polar orientation
15 described above towards an (h k l) plane wherein l=0, and at least one of h and k is non-zero) or semi-polar GaN substrates (i.e., substrate material where the largest area surface is oriented at an angle ranging from about +0.1 to 80 degrees or 110-179.9 degrees from the polar orientation described above towards an (h k l) plane wherein l=0, and at least one of h and k is non-zero).

[0077] As shown, the present device can be enclosed in a suitable package. As an example,
20 the packaged device can include any combination of elements described above, as well as outside of the present specification. As used herein, the term "substrate" can mean the bulk substrate or can include overlying growth structures such as a gallium and nitrogen containing epitaxial region, or functional regions, combinations, and the like.

[0078] In an example, the present disclosure provides a step-by-step fabrication of a single-
25 crystal acoustic resonator (SCAR) device. Additionally, the disclosure provides fabrication processes to manufacture two or more resonators together to provide a SCAR filter, among other devices. In an example, the present processes can be implemented using conventional high volume wafer fabrication facilities for efficient operations, and competitive costs. Of course, there can be other variations, modifications, and alternatives.

15

AKTS_00595140

[0079]   Figures 14-22 illustrate a manufacturing method for a single crystal acoustic resonator device in an example of the present invention.  These illustrations are merely examples, and should not unduly limit the scope of the claims herein.

[0080]   Referring to the Figures, an example of a manufacturing process can be briefly
5   described below:

1.  Start;

2.  Provide a substrate member, e.g., 150mm or 200mm diameter material, having a surface region;

3.  Treat the surface region;

10   4.  Form an epitaxial material comprising single crystal piezo material overlying the surface region to a desired thickness;

5.  Pattern the epitaxial material using a masking and etching process to form a trench region by causing formation of an exposed portion of the surface region through a pattern provided in the epitaxial material;

15   6.  Form topside landing pad metal, which may include a stack that has a metal layer that reacts slowly with etchants in a backside substrate etching process, as defined below;

7.  Form topside electrode members, including a first electrode member overlying a portion of the epitaxial material, and a second electrode member overlying the topside landing pad metal;

20   8.  Mask and remove (via etching) a portion of the substrate from the backside to form a first trench region exposing a backside of the epitaxial material overlying the first electrode member, and a second trench region exposing a backside of the landing pad metal;

9.  Form backside resonator metal material for the second electrode overlying the exposed portion of the epitaxial material (or piezo membrane) to form a connection from the
25   epitaxial material to the backside of the landing pad metal coupled to the second electrode member overlying the topside landing pad metal;

16

AKTS_00595141

10. Form resonator active area using a masking and etching process, while electrically and spatially isolating the first electrode member from the second electrode member on the top side, while also fine tuning the resonance capacitor;

11. Form overlying thickness of protecting dielectric material (e.g., SiO2, SiN) overlying an
5      upper surface region on topside surface; and

12. Perform other steps, as desired.

**[0081]** The aforementioned steps are provided for the formation of a resonator device using a single crystal capacitor dielectric. As shown, a pair of electrode members is configured to provide for contact from one side of the device. One of the electrode members uses a backside
10  contact, which is coupled to a metal stack layer to configure the pair of electrodes. Of course, depending upon the embodiment, steps or a step can be added, removed, combined, reordered, or replaced, or has other variations, alternatives, and modifications. Further details of the present manufacturing process can be found throughout the present specification, and more particularly below.

15  **[0082]** As shown in Figure 14, the method begins by providing a substrate member 1410. The substrate member has a surface region. In an example, the substrate member thickness (t) is 400um, which can have a diameter of 150mm or 200mm diameter material, although there can be variations from 50mm to 300mm.

**[0083]** In an example, the surface region of the substrate member is treated. The treatment
20  often includes cleaning and/or conditioning. In an example, the treatment occurs in an MOCVD or LPCVD reactor with ammonia gas flowing at high temperature (e.g. in the range from 940°C to 1100°C) at a pressure ranging from one-tenth of an atmosphere to one atmosphere. Depending upon the embodiment, other treatment processes can also be used.

**[0084]** In an example, the method includes formation of an epitaxial material comprising
25  single crystal piezo material 1420 overlying the surface region to a desired thickness, as shown. Using a configuration of Trimethylgallium (TMG), Trimethylaluminium (TMA), ammonia (NH$_3$) and hydrogen (H$_2$) gases, the epitaxial material is grown under high temperature in the range of 940°C to 1100°C in an atmospheric controlled environment using a MOCVD or LPCVD growth apparatus to a thickness ranging from 0.4um to 7.0um, depending on target

17

resonance frequency of the capacitor device. The material also has a defect density of $10^4$ to $10^{12}$ per $cm^2$, although there can be variations.

[0085]   In an example, the epitaxial material 1521 is patterned (Figure 15). Patterning involves a masking and etching process. The mask is often 1-3 um of photoresist. Etching uses chlorine-
5   based chemistries (gases may include $BCl_3$, $Cl_2$, and/or argon) in an RIE or ICP etch tool, under controlled temperature and pressure conditions to adjust the etch rate and sidewall profile. The patterning forms a trench region (or via structure) by causing formation of an exposed portion of the surface region through a pattern provided in the epitaxial material.

[0086]   In an example, the method forms a topside landing pad metal 1630 (Figure 16), which
10   may include a stack that has a metal layer that reacts slowly with etchants in a backside substrate etching process, as defined below. In an example, the metal is a refractory metal (such as tantalum, molybdenum, tungsten) or other metal (such as gold, aluminum, titanium or platinum). The metal is used subsequently as a stop region for a backside etch process, as noted.

[0087]   In an example, the method forms a topside metal structure (Figure 17). The structure
15   has topside electrode members, including a first electrode member 1741 overlying a portion of the epitaxial material, and a second electrode member 1742 overlying the topside landing pad metal, as shown. The metal structure is made using a refractory metal (such as tantalum, molybdenum, tungsten), and has a thickness of 300nm, chosen to define the resonant frequency of the capacitor device.

20   [0088]   In an example, the method performs backside processing (Figure 18), by flipping the substrate top-side down. In an example, the method includes a patterning process of the backside of the substrate. The process uses a mask and removal process via etching a portion of the substrate 1811 from the backside to form a first trench region exposing a backside of the epitaxial material overlying the first electrode member, and a second trench region exposing a
25   backside of the landing pad metal. In an example, etching is performed using chlorine-based gas in either an RIE or ICP reactor with temperature and pressure defined to control etch rate, selectivity and sidewall slope.

[0089]   Next, the method includes formation of a backside resonator metal material 1943 (Figure 19) for the second electrode overlying the exposed portion of the epitaxial material (or

18

piezo membrane) to form a connection from the epitaxial material to the backside of the landing pad metal coupled to the second electrode member overlying the topside landing pad metal.

[0090]   As shown, the piezo membrane 1921 is sandwiched between the pair of electrodes, which are configured from the top-side and backside of the substrate member 1911. The member is <111> oriented silicon substrate with a resistivity of greater than 10 ohm-cm.

[0091]   In an example, the method forms or patterns the resonator active area 2022 using a masking and etching process (Figure 20). The end objective is to electrically and spatially isolate the first electrode member from the second electrode member on the top side, while also fine tuning the resonance capacitor. In an example, the resonator active area is 200um by 200um. The patterning uses chlorine-based RIE or ICP etching technique.

[0092]   The method forms a thickness of protecting material 2150 (Figure 21). In an example, the method forms a combination of silicon dioxide, which forms a conforming structure, and an overlying silicon nitride capping material. The silicon dioxide and silicon nitride materials are formed using a combination of silane, nitrogen and oxygen sources and deposited using a PECVD chamber.

[0093]   The method forms a first and second electrode (2261, 2262) that are electrically coupled to the first top electrode 2241 and second top electrode 2242, respectively (Figure 22). The intrinsic device is marked as 2201. In an example, the method also may include other steps or other materials, as desirable.

[0094]   In an example, the present method can also include one or more of these processes for formation of the upper electrode structures, passivation material, and backside processing. In an example, the present substrate including overlying structures can include a surface clean using HCl:H2O (1:1) for a predetermined amount of time, followed by rinse and load into sputtering tool.

[0095]   In the sputtering tool to form the electrode metallization, the method includes a molybdenum (Mo) metal (3000Å) blanket deposition using sputtering technique on an exposed top side of the single crystal piezo material. In an example, if desired, a thin titanium adhesion metal (<100Å) can be deposited prior to formation of the Mo metal. Such titanium metal serves as a glue layer, among other features. In an example, the method performs a mask and pattern process to etch away Mo in field areas (leaving Mo in probe pad, coplanar waveguide (CPW)

19

interconnect, top-plate/first electrode, via landing pad/second electrode, and alignment mark areas. In an example, titanium-aluminum ($100\text{Å}/4um$) is deposited on Mo metal in probe pad and CPW areas. In an example, Ti/Al is formed on the landing pad for subsequently deposited copper-tin metal pillars for wafer-level flip-chip package—CuSn pillars and die sawing are

5     deposited. In an example, the method forms a dielectric passivation (25um of Spin-on Polymer photo-dielectric (ELECTRA WLP SH32-1-1) of top-side surface, or alternatively a combination of SiN or SiO2 is formed overlying the top surface.

[0096]   In an example, the method includes patterning to open bond pads and probe pads by exposing photo-dielectric and developing away dielectric material on pads. The patterning

10    process completes an upper region of the substrate structure, before backside processing is performed. Further details of the present method can be found throughout the present specification, and more particularly below.

[0097]   In an example, the substrate is provided on a flip mount wafer and mount (using photoresist) onto a carrier wafer to begin backside process. In an example, the backside

15    processing uses a multi-step (e.g., two step) process. In an example, the wafer is thinned from about 500um to about 300um and less using backside grinding process, which may also include polishing, and cleaning. In an example, the backside is coated with masking material, such as photoresist, and patterned to open trench regions for the piezo material and the landing pad regions. In an example, the method incudes a shallow etch process into the substrate, which can

20    be silicon for example. In an example, the method coats the backside with photoresist to open and expose a backside region of the piezo material, which exposes a full membrane area, which includes enclosed the piezo material and the landing pad areas. In an example, the method also performs an etch until the piezo material and the landing pads are exposed. In an example, the "rib" support is feature which results from 2-step process, although there can be variations, as

25    further described below.

[0098]   In an example, the backside is patterned with photoresist to align the backside pad metal (electrode #2), interconnect and landing pad. In an example, the backside is treated using a cleaning process using dilute HCl:H2O (1:1), among other suitable processes. In an example, the method also includes deposition of about 3000A of Mo metal in selective areas, provided that

30    the backside of the wafer is patterned with metal in a selective manner and not blanket deposition. In an example, the metal is formed to reduce parasitic capacitance and enables

20

AKTS_00595145

routing of backside for circuit implementation, which is beneficial for different circuit node interconnections. In an example, if desired, a thin titanium adhesion metal (<100Å) can be deposited prior to Mo as a glue material.

[0099]    In an example, the method also includes formation of a dielectric passivation (25um of
5    spin-on polymer photo-dielectric (e.g., ELECTRA WLP SH32-1-1) of backside side surface for mechanical stability. In an example in an alternative example, the method includes deposition of SiN and/or SiO2 to fill the backside trench region to provide suitable protection, isolation, and provide other features, if desired.

[0100]    In an example, the method then separates and/or unmounts the completed substrate for
10    transfer into a wafer carrier. The completed substrate has the devices, and overlying protection materials. In an example, the substrate is now ready for saw and break, and other backend processes such as wafer level packaging, or other techniques. Of course, there can be other variations, modifications, and alternatives.

[0101]    Figure 23 illustrates circuit diagrams of the single crystal acoustic resonator device in
15    an example of the present invention. This illustration is merely an example, and should not unduly limit the scope of the claims herein. Circuit 2301 shows a block diagram with the piezo membrane 2322 sandwiched between the first top electrode 2361 and the second top electrode 2362. The connection area 2303 of block diagram 2301 is represented in the circuit diagram 2302, showing an equivalent circuit configuration.

20    [0102]    Figures 24-32 illustrate a manufacturing method for a single crystal acoustic resonator device in an example of the present invention. This illustration is merely an example, and should not unduly limit the scope of the claims herein.

[0103]    An example of an alternative manufacturing process can be briefly described below:

1.  Start;

25    2.  Provide a substrate member, e.g., 150mm or 200mm diameter material, having a surface region;

3.  Treat the surface region to prepare for epitaxial growth;

4.  Form an epitaxial material comprising single crystal piezo material overlying the surface region to a desired thickness;

21

5. Pattern the epitaxial material using a masking and etching process to form a trench region by causing formation of an exposed portion of the surface region through a pattern provided in the epitaxial material; alternatively, the patterning of the epitaxial material may also occur using a laser drill technique;

5      6. Form topside landing pad metal, which may include a stack that has a metal layer that reacts slowly with etchants in a backside substrate etching process, as defined below;

7. Form topside electrode members, including a first electrode member overlying a portion of the epitaxial material, and a second electrode member overlying the topside landing pad metal;

10    8. Mask and remove (via etching) a portion of the substrate from the backside to form a single trench region exposing a backside of the epitaxial material overlying the first electrode member, and exposing a backside of the landing pad metal; a shallow "rib" structure may be formed using a two-step mask and etch process with the goal of providing mechanical support to the epitaxial material;

15    9. Form backside resonator metal material for the second electrode overlying the exposed portion of the epitaxial material (or piezo membrane) to form a connection from the epitaxial material to the backside of the landing pad metal coupled to the second electrode member overlying the topside landing pad metal;

10. Form resonator active area with low surface leakage current using a passivation process, which electrically and spatially isolates the first electrode member from the second electrode member on the top side, while also fine tuning the resonance capacitor; a dielectric passivation layer (such as SiN or SiO2) is deposited using PECVD technique using silane gas in a controlled temperature and pressure environment to control dielectric index of refraction;

25    11. Form overlying thickness of protecting dielectric material (options include SiO2, SiN, or spin-on polymer coating) overlying an upper surface region on topside surface; and

12. Perform other steps, as desired.

[0104]    The aforementioned steps are provided for the formation of a resonator device using a single crystal capacitor dielectric. As shown, a pair of electrode members is configured to

22

AKTS_00595147

provide for contact from one side of the device. One of the electrode members uses a backside contact, which is coupled to a metal stack layer to configure the pair of electrodes. Of course, depending upon the embodiment, steps or a step can be added, removed, combined, reordered, or replaced, or has other variations, alternatives, and modifications. Further details of the present

5    manufacturing process can be found throughout the present specification, and more particularly below.

[0105]    As shown in Figure 24, the method begins by providing a substrate member 2410. The substrate member has a surface region. In an example, the substrate member thickness is 400um, which can have a diameter of 150mm or 200mm diameter material, although there can be

10    variations from 50mm to 300mm.

[0106]    In an example, the surface region of the substrate member is treated. The treatment often includes cleaning and/or conditioning. In an example, the treatment occurs in an MOCVD or LPCVD reactor with ammonia gas flowing at high temperature (e.g. in the range from 940°C to 1100°C) at a pressure ranging from one-tenth of an atmosphere to one atmosphere.

15    [0107]    In an example, the method includes formation of an epitaxial material comprising single crystal piezo material 2420 overlying the surface region to a desired thickness (t), as shown. Using a configuration of Trimethylgallium (TMG), Trimethylaluminium (TMA), ammonia ($NH_3$) and hydrogen ($H_2$) gases, the epitaxial material is grown under high temperature in the range of 940°C to 1100°C in an atmospheric controlled environment using a MOCVD or

20    LPCVD growth apparatus to a thickness ranging from 0.4um to 7.0um, depending on target resonance frequency of the capacitor device. The material also has a defect density of $10^4$ to $10^{12}$ per $cm^2$.

[0108]    In an example, the epitaxial material 2521 is patterned (Figure 25). Patterning involves a masking and etching process. The mask is often 1-3 um of photoresist. Etching uses chlorine-

25    based chemistries (gases may include $BCl_3$, $Cl_2$, and/or argon) in an RIE or ICP etch tool, under controlled temperature and pressure conditions to adjust the etch rate and sidewall profile. The patterning forms a trench region (or via structure) by causing formation of an exposed portion of the surface region through a pattern provided in the epitaxial material.

[0109]    In an example, the method forms a topside landing pad metal 2630 (Figure 26), which

30    may include a stack that has a metal layer that reacts slowly with etchants in a backside substrate

23

etching process, as defined below.  In an example, the metal is a refractory metal (such as tantalum, molybdenum, tungsten) or other metal (such as gold, aluminum, titanium or platinum).  The metal is used subsequently as a stop region for a backside etch process, as noted.

[0110]   In an example, the method forms a topside metal structure (Figure 27).  The structure

5   has topside electrode members, including a first electrode member 2741 overlying a portion of the epitaxial material, and a second electrode member 2742 overlying the topside landing pad metal, as shown.  The metal structure is made using a refractory metal (such as tantalum, molybdenum, tungsten), and has a thickness of 300nm, chosen to define the resonant frequency of the capacitor device.

10   [0111]   In an example, the method performs backside processing (Figure 28), by flipping the substrate top-side down.  In an example, the method includes a patterning process of the backside of the substrate 2811.  The process uses a mask and removal process via etching a portion of the substrate from the backside to form a first trench region exposing a backside of the epitaxial material overlying the first electrode member, and a second trench region exposing a

15   backside of the landing pad metal.  A support member 2812 can be configured between the two trench regions.  In an example, the support member can be recessed from a bottom side surface region, although there can be variations.  In an example, etching is performed using chlorine-based gas in either an RIE or ICP reactor with temperature and pressure defined to control etch rate, selectivity and sidewall slope.

20   [0112]   Next, the method includes formation of a backside resonator metal material 2943 (Figure 29) for the second electrode overlying the exposed portion of the epitaxial material (or piezo membrane) to form a connection from the epitaxial material to the backside of the landing pad metal coupled to the second electrode member overlying the topside landing pad metal.

[0113]   As shown, the piezo membrane 2921 is sandwiched between the pair of electrodes,

25   which are configured from the top-side and backside of the substrate member.  The member is <111> oriented silicon substrate with a resistivity of greater than 10 ohm-cm.

[0114]   In an example, the method forms or patterns the resonator active area using a masking and etching process.  The end objective is to electrically and spatially isolate the first electrode member from the second electrode member on the top side, while also fine tuning the resonance

24

capacitor. In an example, the resonator active area is 200um by 200um. The patterning uses chlorine-based RIE or ICP etching technique.

**[0115]** The method forms a passivation layer 3050 (Figure 30) and a thickness of protecting material 3170 (Figure 31). In an example, the method forms a combination of silicon dioxide, which forms a conforming structure, and an overlying silicon nitride capping material. The silicon dioxide and silicon nitride materials are formed using a combination of silane, nitrogen and oxygen sources and deposited using a PECVD chamber.

**[0116]** The method forms a first and second electrode (3261, 3262) that are electrically coupled to the first top electrode 3241 and second top electrode 3242, respectively (Figure 32). The intrinsic device is marked as 3201. In an example, the method also may include other steps or other materials, as desirable.

**[0117]** In an example, the present method can also include one or more of these processes for formation of the upper electrode structures, passivation material, and backside processing. In an example, the present substrate including overlying structures can include a surface clean using HCl:H2O (1:1) for a predetermined amount of time, followed by rinse and load into sputtering tool.

**[0118]** In the sputtering tool to form the electrode metallization, the method includes a molybdenum (Mo) metal (3000Å) blanket deposition using sputtering technique on an exposed top side of the single crystal piezo material. In an example, if desired, a thin titanium adhesion metal (<100Å) can be deposited prior to formation of the Mo metal. Such titanium metal serves as a glue layer, among other features. In an example, the method performs a mask and pattern process to etch away Mo in field areas (leaving Mo in probe pad, coplanar waveguide (CPW) interconnect, top-plate/first electrode, via landing pad/second electrode, and alignment mark areas. In an example, titanium-aluminum (100Å/4um) is deposited on Mo metal in probe pad and CPW areas. In an example, Ti/Al is formed on the landing pad for subsequently deposited copper-tin metal pillars for wafer-level flip-chip package—CuSn pillars and die sawing are deposited. In an example, the method forms a dielectric passivation (25um of Spin-on Polymer photo-dielectric (ELECTRA WLP SH32-1-1) of top-side surface, or alternatively a combination of SiN or SiO2 is formed overlying the top surface.

25

[0119]    In an example, the method includes patterning to open bond pads and probe pads by exposing photo-dielectric and developing away dielectric material on pads. The patterning process completes an upper region of the substrate structure, before backside processing is performed. Further details of the present method can be found throughout the present
5    specification, and more particularly below.

[0120]    In an example, the substrate is provided on a flip mount wafer and mount (using photoresist) onto a carrier wafer to begin backside process. In an example, the backside processing uses a multi-step (e.g., two step) process. In an example, the wafer is thinned from about 500um to about 300um and less using backside grinding process, which may also include
10    polishing, and cleaning. In an example, the backside is coated with masking material, such as photoresist, and patterned to open trench regions for the piezo material and the landing pad regions. In an example, the method incudes a shallow etch process into the substrate, which can be silicon for example. In an example, the method coats the backside with photoresist to open and expose a backside region of the piezo material, which exposes a full membrane area, which
15    includes enclosed the piezo material and the landing pad areas. In an example, the method also performs an etch until the piezo material and the landing pads are exposed. In an example, the "rib" support is feature which results from 2-step process, although there can be variations.

[0121]    In an example, the backside is patterned with photoresist to align the backside pad metal (electrode #2), interconnect and landing pad. In an example, the backside is treated using
20    a cleaning process using dilute HCl:H2O (1:1), among other suitable processes. In an example, the method also includes deposition of about 3000A of Mo metal in selective areas, provided that the backside of the wafer is patterned with metal in a selective manner and not blanket deposition. In an example, the metal is formed to reduce parasitic capacitance and enables routing of backside for circuit implementation, which is beneficial for different circuit node
25    interconnections. In an example, if desired, a thin titanium adhesion metal (<100Å) can be deposited prior to Mo as a glue material.

[0122]    In an example, the method also includes formation of a dielectric passivation (25um of spin-on polymer photo-dielectric (e.g., ELECTRA WLP SH32-1-1) of backside side surface for mechanical stability. In an example in an alternative example, the method includes deposition of
30    SiN and/or SiO2 to fill the backside trench region to provide suitable protection, isolation, and provide other features, if desired.

26

AKTS_00595151

[0123]    In an example, the method then separates and/or unmounts the completed substrate for transfer into a wafer carrier. The completed substrate has the devices, and overlying protection materials. In an example, the substrate is now ready for saw and break, and other backend processes such as wafer level packaging, or other techniques. Of course, there can be other

5    variations, modifications, and alternatives.

[0124]    Figure 33 illustrates circuit diagrams of the single crystal acoustic resonator device in an example of the present invention. This illustration is merely an example, and should not unduly limit the scope of the claims herein. Circuit 3301 shows a block diagram with the piezo membrane 3322 sandwiched between the first top electrode 3361 and the second top electrode

10    3362. The connection area 3303 of block diagram 3301 is represented in the circuit diagram 3302, showing an equivalent circuit configuration.

[0125]    In an example, the present disclosure illustrations an acoustic reflector structure which can be added, only if needed, or desirable. In an example, the acoustic reflector on a single crystal acoustic resonator device (SCAR) device can provide improved acoustic coupling, so

15    called $K^2$. In conventional BAW devices, an acoustic resonator is inserted into substrate/carrier material, which may be cumbersome and not efficient, although used. In an example, because a portion of the substrate is removed from backside of single crystal piezo material from the device, then the acoustic reflector is likely not needed or desired on either side of the acoustic resonator . However, in contrast to conventional bulk acoustic wave devices where reflector is

20    integrated into the substrate, the acoustic reflector is integrated on the topside of the device where is can serve two functions: (i) reduce moisture sensitivity to SCAR device, AND (ii) provide acoustic isolation from filter device and surrounding environment (similar to a Faraday cage), among other functions. These and other features can be found throughout the present specification and more particularly below.

25    [0126]    Figures 34 and 35 illustrate a reflector structure (3400, 3500) configured on the single crystal acoustic resonator device in an example of the present invention. As shown, the device has similar features as one of the prior examples (Figures 14-22). Additionally, the device is configured with a reflector structure including alternating quarter-wave layers of high acoustic impedance 3452, 3552 (e.g. metals such as Mo, W, Cu, Ta) and low impedance materials 3451,

30    3551 (e.g., dielectrics such as to form acoustic reflector above acoustic resonator device). Figure 35 also shows a first electrode 3561 horizontally coupled to the first top electrode 3541 and a

27

AKTS_00595152

second electrode 3562 vertically coupled to the second top electrode 3542. The intrinsic device is marked as 3501. Of course, there can be other variations, modifications, and alternatives.

[0127]   Figure 36 illustrates circuit diagrams of the integrated reflector structure with the single crystal acoustic resonator device of the aforementioned Figures. This illustration is merely an
5   example, and should not unduly limit the scope of the claims herein. As shown, circuit 3601 is a block diagram with the piezo membrane 3622 sandwiched between the first top electrode 3661 and the second top electrode 3662. The connection area 3603 of block diagram 3601 is represented in the circuit diagram 3602, showing an equivalent circuit configuration.

[0128]   In an example, the present invention can provide an acoustic resonator device
10   comprising a bulk substrate member, having a surface region, and a thickness of material. In an example, the bulk substrate has a first recessed region and a second recessed region, and a support member disposed between the first recessed region and the second recessed region.

[0129]   In an example, the device has a thickness of single crystal piezo material formed overlying the surface region. In an example, the thickness of single crystal piezo material has an
15   exposed backside region configured with the first recessed region and a contact region configured with the second recessed region. The device has a first electrode member formed overlying an upper portion of the thickness of single crystal piezo material and a second electrode member formed overlying a lower portion of the thickness of single crystal piezo material to sandwich the thickness of single crystal piezo material with the first electrode
20   member and the second electrode member. In an example, the second electrode member extends from the lower portion that includes the exposed backside region to the contact region. In an example, the device has a second electrode structure configured with the contact region and a first electrode structure configured with the first electrode member.

[0130]   As shown, the device also has a dielectric material overlying an upper surface region of
25   a resulting structure overlying the bulk substrate member. The device has an acoustic reflector structure configured overlying the first electrode member, the upper portion, the lower portion, and the second electrode member. As shown, the acoustic reflector structure has a plurality of quarter wave layers configured spatially within the dielectric material.

[0131]   Figures 37 and 38 illustrate a reflector structure (3700, 3800) configured on the single
30   crystal acoustic resonator device in an example of the present invention. This illustration is

28

merely an example, and should not unduly limit the scope of the claims herein. As shown, the device has similar features as one of the prior examples (Figures 24-32). Additionally, the device is configured with a reflector structure including alternating quarter-wave layers of high acoustic impedance 3752, 3852 (e.g. metals such as Mo, W, Cu, Ta) and low impedance

5    materials 3751, 3752 (e.g., dielectrics such as to form acoustic reflector above acoustic resonator device). Figure 38 also shows a first electrode 3861 horizontally coupled to the first top electrode 3841 and a second electrode 3862 vertically coupled to the second top electrode 3842. The intrinsic device is marked as 3801. Of course, there can be other variations, modifications, and alternatives.

10   **[0132]**    Figure 39 illustrates circuit diagrams of the integrated reflector structure with the single crystal acoustic resonator device of the aforementioned Figures. This illustration is merely an example, and should not unduly limit the scope of the claims herein. As shown, circuit 3901 is a block diagram with the piezo membrane 3922 sandwiched between the first top electrode 3961 and the second top electrode 3962. The connection area 3903 of block diagram 3901 is

15   represented in the circuit diagram 3902, showing an equivalent circuit configuration.

**[0133]**    In an example, the present invention can provide an acoustic resonator device comprising a bulk substrate member, having a surface region, and a thickness of material. In an example, the bulk substrate has a first recessed region and a second recessed region, and a support member disposed between the first recessed region and the second recessed region.

20   **[0134]**    In an example, the device has a thickness of single crystal piezo material formed overlying the surface region. In an example, the thickness of single crystal piezo material has an exposed backside region configured with the first recessed region and a contact region configured with the second recessed region. The device has a first electrode member formed overlying an upper portion of the thickness of single crystal piezo material and a second

25   electrode member formed overlying a lower portion of the thickness of single crystal piezo material to sandwich the thickness of single crystal piezo material with the first electrode member and the second electrode member. In an example, the second electrode member extends from the lower portion that includes the exposed backside region to the contact region. In an example, the device has a second electrode structure configured with the contact region and a

30   first electrode structure configured with the first electrode member.

29

[0135]   As shown, the device also has a dielectric material overlying an upper surface region of a resulting structure overlying the bulk substrate member. The device has an acoustic reflector structure configured overlying the first electrode member, the upper portion, the lower portion, and the second electrode member. As shown, the acoustic reflector structure has a plurality of quarter wave layers configured spatially within the dielectric material.

[0136]   Figure 40 illustrates simplified diagrams of a bottom surface region and top surface region for the single crystal acoustic resonator device in an example of the present invention. As shown, Figure 40 includes a top view 4001 and bottom view 4003, each with a corresponding cross-sectional view 4002 and 4004, respectively. These views show a resonator device similar to those described previously. A piezo membrane 4020 is disposed overlying a substrate 4010. The top side of the device includes a first and second top electrode 4041, 4042. The etched underside of the substrate includes a bottom electrode 4043. Of course, there can be variations, modifications, and alternatives.

[0137]   While the above is a full description of the specific embodiments, various modifications, alternative constructions and equivalents may be used. Therefore, the above description and illustrations should not be taken as limiting the scope of the present invention which is defined by the appended claims.

30

AKTS_00595155

WHAT IS CLAIMED IS:

1           1.      An acoustic resonator device comprising:

2                   a bulk substrate member, having a surface region, and a thickness of material, the

3           bulk substrate having a first recessed region and a second recessed region, and a support member

4           disposed between the first recessed region and the second recessed region;

5                   a thickness of single crystal piezo material formed overlying the surface region,

6           the thickness of single crystal piezo material having an exposed backside region configured with

7           the first recessed region and a contact region configured with the second recessed region, the

8           single crystal piezo material having a thickness of greater than 0.4 microns, the single crystal

9           piezo material being characterized by a dislocation density of less than $10^{12}$ defects/ cm2;

10                  a first electrode member formed overlying an upper portion of the thickness of

11          single crystal piezo material;

12                  a second electrode member formed overlying a lower portion of the thickness of

13          single crystal piezo material to sandwich the thickness of single crystal piezo material with the

14          first electrode member and the second electrode member, the second electrode member

15          extending from the lower portion that includes the exposed backside region to the contact region;

16                  a second electrode structure configured with the contact region;

17                  a first electrode structure configured with the first electrode member;

18                  a dielectric material overlying an upper surface region of a resulting structure

19          overlying the bulk substrate member; and

20                  an acoustic reflector structure configured overlying the first electrode member,

21          the upper portion, the lower portion, and the second electrode member.

1           2.      The device of claim 1 wherein the support member is configured in a

2           plane coincident with a bottom surface region of the bulk substrate member.

1           3.      The device of claim 1 wherein the support member is configured in a

2           plane off-set and recessed in reference to a bottom surface region of the bulk substrate member.

1           4.      The device of claim 1 wherein the single crystal piezo material being

2           characterized by X-ray diffraction with clear peak at a detector angle (2-Theta) associated with

3           single crystal film and whose Full Width Half Maximum (FWHM) is measured to be less than

4           1.0°.

31

1          5.     A method of manufacturing an integrated circuit, the method comprising:

2          providing a substrate member a surface region and a backside region;

3          treating the surface region to prepare the surface region for growth;

4          forming an epitaxial material comprising single crystal piezo material overlying

5  the surface region to a desired thickness;

6          forming a trench region to form an exposed portion of the surface region through

7  a pattern provided in the epitaxial material;

8          forming a topside landing pad metal within a vicinity of the trench region and

9  overlying the exposed portion of the surface region;

10         forming at least a pair of topside electrode members, including a first electrode

11  member overlying a portion of the epitaxial material, and a second electrode member overlying

12  the topside landing pad metal;

13         processing the backside of the substrate to form a backside trench region exposing

14  a backside of the epitaxial material overlying the first electrode member, and exposing a

15  backside of the landing pad metal; and

16         forming a backside resonator metal material overlying the backside of the

17  epitaxial material to form a connection from the epitaxial material to the backside of the landing

18  pad metal to couple to the second electrode member overlying the topside landing pad metal.

1          6.     The method of claim 5 further comprising forming a resonator active area

2  using at least a portion of the epitaxial material to electrically and spatially isolate the first

3  electrode member from the second electrode member; wherein the treating comprises cleaning

4  the surface region.

1          7.     The method of claim 5 further comprising forming a resonator active area

2  using at least a portion of the epitaxial material to electrically and spatially isolate the first

3  electrode member from the second electrode member; and forming a dielectric passivation

4  material comprising a silicon dioxide and a silicon nitride overlying a resulting structure

5  overlying the substrate member.

1          8.     The method of claim 5 wherein the backside trench region comprises a rib

2  structure to provide mechanical support to the epitaxial material.

32

1          9.      The method of claim 5 wherein the processing is provided until a stop
2     occurs on the backside of the epitaxial material.

1          10.     The method of claim 5 wherein the epitaxial material is a single crystal
2     piezo material selected from at least one of AlN, AlGaN, InN, BN, or other group III nitrides;
3     wherein the epitaxial material having a thickness of greater than 0.4 microns, the epitaxial
4     material being characterized by a dislocation density of less than $10^{12}$ defects/ cm$^2$.

1          11.     The method of claim 5 wherein the epitaxial material is selected from at
2     least one of a single crystal oxide including a high K dielectric, ZnO, or MgO.

1          12.     The method of claim 5 wherein the epitaxial material is characterized by a
2     surface region of at least 50 micron by 50 micron; and wherein the epitaxial material is
3     configured in a first strain state to compensate to the substrate.

1          13.     The method of claim 5 further comprising forming a reflector region
2     coupled to the first electrode member.

1          14.     The method of claim 5 wherein the each of the first electrode material and
2     the second electrode material is selected from one of tantalum or molybdenum.

1          15.     The method of claim 5 wherein the substrate is selected from a silicon, a
2     gallium arsenide, gallium nitride, aluminum nitride, an aluminum oxide, or others.

1          16.     A method of manufacturing an integrated circuit, the method comprising:
2               providing a substrate member a surface region and a backside region;
3               treating surface region to prepare surface region for growth;
4               forming an epitaxial material comprising single crystal piezo material overlying
5     the surface region to a desired thickness;
6               forming a trench region to form an exposed portion of the surface region through
7     a pattern provided in the epitaxial material;
8               forming a topside landing pad metal within a vicinity of the trench region and
9     overlying the exposed portion of the surface region;

33

AKTS_00595158

10          forming at least a pair of topside electrode members, including a first electrode
11   member overlying a portion of the epitaxial material, and a second electrode member overlying
12   the topside landing pad metal;

13          processing the backside of the substrate to form a backside trench region
14   comprising a first recessed region to expose a backside of the epitaxial material overlying the
15   first electrode member, and a second recessed region to expose a backside of the landing pad
16   metal; and

17          forming a backside resonator metal material overlying the backside of the
18   epitaxial material to form a connection from the epitaxial material to the backside of the landing
19   pad metal to couple to the second electrode member overlying the topside landing pad metal.

1          17.    The method of claim 16 further comprising forming a resonator active
2   area using at least a portion of the epitaxial material to electrically and spatially isolate the first
3   electrode member from the second electrode member; and forming a dielectric passivation
4   material comprising a silicon dioxide and a silicon nitride overlying a resulting structure
5   overlying the substrate member.

1          18.    The method of claim 16 wherein the first recessed region and the second
2   recessed region is isolated physically by a rib structure to provide mechanical support to the
3   epitaxial material, the rib structure comprising a surface region co-planar with a backside surface
4   of the substrate.

1          19.    The method of claim 16 wherein the epitaxial material is a single crystal
2   piezo material selected from at least one of AlN, AlGaN, InN, BN, or other group III nitrides or
3   wherein the epitaxial material is selected from at least one of a single crystal oxide including a
4   high K dielectric, ZnO, or MgO.

1          20.    The method of claim 16 wherein the epitaxial material is characterized by
2   a surface region of at least 50 micron by 50 micron; and wherein the epitaxial material is
3   configured in a first strain state to compensate to the substrate.

1          21.    The method of claim 16 further comprising forming a reflector region
2   coupled to the first electrode member; wherein the each of the first electrode material and the
3   second electrode material is selected from one of tantalum or molybdenum; wherein the substrate

34

4    is selected from a silicon, a gallium arsenide, gallium nitride, aluminum nitride, an aluminum

5    oxide, or others.

1

AKTS_00595160

<u>PATENT</u>

Attorney Docket No.: A969RO-000200US

## ABSTRACT OF THE DISCLOSURE

A method of manufacturing an integrated circuit. This method includes forming an epitaxial material comprising single crystal piezo material overlying a surface region of a substrate to a desired thickness and forming a trench region to form an exposed portion of the surface region through a pattern provided in the epitaxial material. Also, the method includes forming a topside landing pad metal and a first electrode member overlying a portion of the epitaxial material and a second electrode member overlying the topside landing pad metal. Furthermore, the method can include processing the backside of the substrate to form a backside trench region exposing a backside of the epitaxial material and the landing pad metal and forming a backside resonator metal material overlying the backside of the epitaxial material to couple to the second electrode member overlying the topside landing pad metal.

36

AKTS_00595161

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | A969RO-000200US |
|---|---|---|
| | Application Number | |

| Title of Invention | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76. This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | | | Remove |
|---|---|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Jeffrey | B. | SHEALY | |

| Residence Information (Select One) | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | Cornelius | State/Province | NC | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 20514 Queensdale Drive |
|---|---|
| Address 2 | |

| City | Cornelius | | State/Province | NC |
|---|---|---|---|---|

| Postal Code | 28031 | Country i | US |
|---|---|---|---|

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.  [Add]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 83275 |
|---|---|
| Email Address | | [Add Email] [Remove Email] |

## Application Information:

| Title of the Invention | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT |
|---|---|

| Attorney Docket Number | A969RO-000200US | Small Entity Status Claimed | ☒ |
|---|---|---|---|

| Application Type | Nonprovisional |
|---|---|

| Subject Matter | Utility |
|---|---|

| Total Number of Drawing Sheets (if any) | 20 | Suggested Figure for Publication (if any) | 1 |
|---|---|---|---|

AKTS_00595162

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | A969RO-000200US |
|---|---|---|
| | Application Number | |

| Title of Invention | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT |
|---|---|

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☒ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 83275 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.

| Prior Application Status | | | Remove |
|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** |
| | | | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.   Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| **Application Number** | **Country** ͥ | **Filing Date (YYYY-MM-DD)** | **Access Code** ͥ (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.   Add

EFS Web 2.2.6

AKTS_00595163

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | | Attorney Docket Number | A969RO-000200US |
|---|---|---|---|
| | | Application Number | |
| Title of Invention | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT | | |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.

## Authorization to Permit Access:

☐ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

AKTS_00595164

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | **Attorney Docket Number** | A969RO-000200US |
|---|---|---|
| | **Application Number** | |
| Title of Invention | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT | |

---

**Applicant 1**  [Remove]

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[Clear]

| ⦿ Assignee | ◯ Legal Representative under 35 U.S.C. 117 | ◯ Joint Inventor |
|---|---|---|
| ◯ Person to whom the inventor is obligated to assign. | ◯ Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here.  ☒

| Organization Name | Akoustis, Inc. |
|---|---|

**Mailing Address Information:**

| Address 1 | 20513 Queensdale Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Cornelius | **State/Province** | NC |
| **Country** i | US | Postal Code | 28031 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.  [Add]

---

## Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section only if non-applicant assignee information is desired to be included on the patent application publication in accordance with 37 CFR 1.215(b). Do not include in this section an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest), as the patent application publication will include the name of the applicant(s).

[Remove]

If the Assignee is an Organization check here.  ☐

AKTS_00595165

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | A969RO-000200US |
|---|---|---|
| | Application Number | |

| Title of Invention | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT |
|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information:**

| Address 1 | |
|---|---|
| Address 2 | |

| City | | State/Province | |
|---|---|---|---|
| Country  i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee Data may be generated within this form by selecting the Add button.   [ Add ]

## Signature:                                                                          [ Remove ]

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications

| Signature | /Steve Y. Cho/ | | | Date  (YYYY-MM-DD) | 2014-06-03 |
|---|---|---|---|---|---|
| First Name | Steve | Last Name | Cho | Registration Number | 44612 |

Additional Signature may be generated within this form by selecting the Add button.   [ Add ]

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

AKTS_00595166

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

AKTS_00595167

Attorney Docket No.: A969RO-000200US

## DECLARATION AND ASSIGNMENT OF PATENT APPLICATION

As a below named inventor, I hereby declare that:

This declaration is directed to the application attached hereto, or if not attached hereto, the below-identified application:

Title of Invention:  METHOD OF MANUFACTURE FOR SINGLE
CRYSTAL CAPACITOR DIELECTRIC FOR A
RESONANCE CIRCUIT

Filing Date:

Application No.:

Attorney Docket No.:   A969RO-000200US

The application was made or authorized to be made by me;

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statements made in this declaration is punishable under 18 U.S.C. § 1001 by fine or imprisonment of not more than five (5) years, or both.

WHEREAS, the below named individual, hereinafter referred to as "Assignor," is an inventor of the invention described and set forth in the above-identified application for United States Letters Patent;

WHEREAS, Akoustis, Inc., located at 20513 Queensdale Drive, Cornelius, NC 28031, hereinafter referred to as "ASSIGNEE," is desirous of acquiring ASSIGNOR'S interest in the said invention and application and in any U.S. Letters Patent which may be granted on the same;

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that, for good and valuable consideration, receipt of which is hereby acknowledged by Assignor, Assignor has sold, assigned and transferred, and by these presents do sell, assign and transfer unto the said Assignee, and Assignee's successors and assigns, all their right, title and interest in and to the said invention and application including any corresponding foreign application, and in and to any Letters Patent which may hereafter be granted on the same in the United States and any corresponding foreign application, the said interest to be held and enjoyed by said Assignee as fully and exclusively as it would have been held and enjoyed by said Assignor had this Assignment and transfer not been made, to the full end and term of any Letters Patent which may be granted thereon, or of any division, renewal, continuation in whole or in part, substitution, conversion, reissue, prolongation or extension thereof.

Assignor further agrees to, without charge to Assignee, but at Assignee's expense, cooperate with Assignee in the prosecution of said application and/or applications, execute, verify, acknowledge and deliver all such further papers, including applications for Letters Patent and for the reissue thereof, and instruments of assignment and transfer thereof, and will perform such other acts as Assignee lawfully may request, to obtain or maintain Letters Patent for said invention and improvement, and to vest title thereto in Assignee, or Assignee's successors and assigns.

Declaration and Assignment
Attorney Docket No.: A969RO-000200US
Page 2

Assignor hereby authorizes and requests AMPACC Law Group, PLLC, 6100 219th Street SW, Suite 580, Mountlake Terrace, WA 98043, to insert herein above the title, application number, and filing date of said application when known.

IN TESTIMONY WHEREOF, the below named inventor and Assignor has signed on the date indicated.

6-3-2014

Date:

Inventor's Name: Jeffrey B. SHEALY

AKTS_00595169



FIG. 1

AKTS_00595170



FIG. 2

AKTS_00595171



300

FIG. 3

AKTS_00595172



FIG. 4



FIG. 5

AKTS_00595173



FIG. 6



FIG. 7

AKTS_00595174



FIG. 8



FIG. 9

AKTS_00595175



FIG. 10

AKTS_00595176

1100



1120

1110

FIG. 11

1200

1211



1220

1210

FIG. 12

AKTS_00595177

| Filter Solution | Conventional | Present Example |
|---|---|---|
| Filter type | BAW or FBAR | BAW |
| Filter Peizo Material | AIN, ZnO, PZT | Single Crystal GaN or AlGaN |
| Substrate | Silicon/Sapphire | Silicon |
| Technique | Sputtered | MOCVD |
| Crystal Quality | Amorphous (random) | Single-Crystal (ordered) |
|  |  |  |
| Acoustic Coupling ($K^2$) | Poor (6.5%-15%) | Better (>30% projected) |
| Filter Insertion Loss (dB) | -3dB (Lossy) | -1dB is goal (Disruptive) |
| Adjacent channel rejection | good | better |
| Transmitter Impact | 60% Tx Power lost | 20% Tx Power lost |
| Receiver Impact | Degrade Signal Quality | Improved Signal Quality |

FIG. 13

AKTS_00595178



FIG. 14

FIG. 15

FIG. 16

AKTS_00595179



FIG. 17

FIG. 18

FIG. 19

AKTS_00595180



FIG. 20



FIG. 21

AKTS_00595181



FIG. 22



FIG. 23

AKTS_00595182



FIG. 24

FIG. 25

FIG. 26

AKTS_00595183



FIG. 27

FIG. 28

FIG. 29

AKTS_00595184



**FIG. 30**



**FIG. 31**

AKTS_00595185



FIG. 32



FIG. 33

AKTS_00595186



FIG. 34

FIG. 35

FIG. 36

AKTS_00595187



FIG. 37

FIG. 38

FIG. 39

AKTS_00595188



FIG. 40

PTO/SB/35 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **NONPUBLICATION REQUEST UNDER 35 U.S.C. 122(b)(2)(B)(i)** | First Named Inventor | Jeffrey B. SHEALY |
| | Title | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT |
| | Attorney Docket Number | A969RO-000200US |

I hereby certify that the invention disclosed in the attached application **has not and will not be** the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

I hereby request that the attached application not be published under 35 U.S.C. 122(b).

/Steve Y. Cho/                                                                                      June 3, 2014

Signature                                                                                                     Date

Steve Y. Cho                                                                                           44,612

Typed or printed name                                                            Registration Number, if applicable

425-348-3500

Telephone Number

This request must be signed in compliance with 37 CFR 1.33(b) and submitted with the application **upon filing.**

Applicant may rescind this nonpublication request at any time. If applicant rescinds a request that an application not be published under 35 U.S.C. 122(b), the application will be scheduled for publication at eighteen months from the earliest claimed filing date for which a benefit is claimed.

If applicant subsequently files an application directed to the invention disclosed in the attached application in another country, or under a multilateral international agreement, that requires publication of applications eighteen months after filing, the applicant **must** notify the United States Patent and Trademark Office of such filing within forty-five (45) days after the date of the filing of such foreign or international application. **Failure to do so will result in abandonment of this application (35 U.S.C. 122(b)(2)(B)(iii)).**

This collection of information is required by 37 CFR 1.213(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office. U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO:  Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

# Exhibit III

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 19208418 |
| **Application Number:** | 14298100 |
| **International Application Number:** | |
| **Confirmation Number:** | 3531 |
| **Title of Invention:** | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES |
| **First Named Inventor/Applicant Name:** | Jeffrey B. SHEALY |
| **Customer Number:** | 83275 |
| **Filer:** | Steve Yong Soo Cho |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | A969RO-000300US |
| **Receipt Date:** | 06-JUN-2014 |
| **Filing Date:** | |
| **Time Stamp:** | 14:40:19 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $730 |
| RAM confirmation Number | 1027 |
| Deposit Account | 504713 |
| Authorized User | CHO, STEVE Y. |

DEPOSITION
EXHIBIT
763
PENGAD 800-631-6989

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

AKTS_00594153

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 2014_06_03_ADS_A969RO-000 300US.pdf | 1503016 <br> 43634a2ca207756e8411a5bd189705d2c5d a716f | no | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Oath or Declaration filed | 2014_06_03_DEC_ASSGMT_A9 69RO-000300US.pdf | 726786 <br> 1cb113cfbb318ea98c100d364f2c76ba01d 48e9f | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Drawings-only black and white line drawings | 2014_06_03_DWGS_A969RO-0 00300US.pdf | 4306933 <br> 0b453b863e4c25d092694368400fd390ca4 b6306 | no | 28 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Power of Attorney | 2014_06_03_POA_A969RO-000 300US.pdf | 4129908 <br> 5e58b26d64a2d956213861910bae0d05cf3 ca94 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Nonpublication request from applicant. | 2014_06_03_REQ_NONPUB_A9 69RO-000300US.pdf | 424750 <br> 480cc43aae53af04f857f114ad790ef8ad163 70c8 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | | 2014_06_03_SPEC_A969RO-00 0300US.pdf | 216709 <br> bf2d377ea71a4a9e3f3c80c7f5bc65a1f928a 58e | yes | 43 |
| | Multipart Description/PDF files in .zip description | | | | |
| | **Document Description** | | **Start** | | **End** |
| | Specification | | 1 | | 37 |
| | Claims | | 38 | | 42 |
| | Abstract | | 43 | | 43 |
| **Warnings:** | | | | | |

AKTS_00594154

| Information: | | | | | |
|---|---|---|---|---|---|
| 7 | Fee Worksheet (SB06) | fee-info.pdf | 33053<br><br>2dd411ea073a4da0ad0e56d533db2e0bbi81caf2 | no | 2 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 11341155 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES |
| **First Named Inventor/Applicant Name:** | Jeffrey B. SHEALY |
| **Filer:** | Steve Yong Soo Cho |
| **Attorney Docket Number:** | A969RO-000300US |

Filed as Small Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility filing Fee (Electronic filing) | 4011 | 1 | 70 | 70 |
| Utility Search Fee | 2111 | 1 | 300 | 300 |
| Utility Examination Fee | 2311 | 1 | 360 | 360 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

AKTS_00594156

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **730** |

AKTS_00594157

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | Unassigned |
| Filing Date | Herewith |
| First Named Inventor | Jeffrey B. SHEALY |
| Title | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES |
| Art Unit | Unassigned |
| Examiner Name | Unassigned |
| Attorney Docket Number | A969RO-000300US |

### SIGNATURE of Applicant or Patent Practitioner

| Signature | /Steve Y. Cho/ | | Date (Optional) | June 3, 2014 |
|---|---|---|---|---|
| Name | Steve Y. Cho | | Registration Number | 44612 |
| Title (if Applicant is a juristic entity) | Attorney of Record | | | |
| Applicant Name (if Applicant is a juristic entity) | | Akoustis, Inc. | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

✓ *Total of 2_____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

AKTS_00594158

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| | |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

**OR**                                                                           83275

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[✓] The address associated with the above-mentioned Customer Number

**OR**

[ ] The address associated with Customer Number:

**OR**

| Firm or Individual Name | |
|---|---|
| Address | |
| City | | State | | Zip | |
| Country | |
| Telephone | | Email | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

| |
|---|

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

## SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | *[signature]* | Date (Optional) | |
|---|---|---|---|
| Name | JEFFREY B. SHEALY | | |
| Title | President and CEO, Akoustis, Inc. | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[✓] Total of   2   forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

AKTS_00594159

PTO/SB/35 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **NONPUBLICATION REQUEST UNDER 35 U.S.C. 122(b)(2)(B)(i)** | First Named Inventor | Jeffrey B. SHEALY |
| | Title | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES |
| | Attorney Docket Number | A969RO-000300US |

I hereby certify that the invention disclosed in the attached application **has not and will not be** the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

I hereby request that the attached application not be published under 35 U.S.C. 122(b).

/Steve Y. Cho/

June 3, 2014

Signature

Date

Steve Y. Cho

44,612

Typed or printed name

Registration Number, if applicable

425-348-3500

Telephone Number

This request must be signed in compliance with 37 CFR 1.33(b) and submitted with the application **upon filing.**

Applicant may rescind this nonpublication request at any time. If applicant rescinds a request that an application not be published under 35 U.S.C. 122(b), the application will be scheduled for publication at eighteen months from the earliest claimed filing date for which a benefit is claimed.

If applicant subsequently files an application directed to the invention disclosed in the attached application in another country, or under a multilateral international agreement, that requires publication of applications eighteen months after filing, the applicant **must** notify the United States Patent and Trademark Office of such filing within forty-five (45) days after the date of the filing of such foreign or international application. **Failure to do so will result in abandonment of this application (35 U.S.C. 122(b)(2)(B)(iii)).**

This collection of information is required by 37 CFR 1.213(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office. U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

AKTS_00594160

Attorney Docket No.: A969RO-000300US

## U.S. PATENT APPLICATION

# INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES

Inventor:   Jeffrey B. SHEALY, a citizen of the United States of America, residing at
20514 Queensdale Drive
Cornelius, NC 28031

Assignee:   Akoustis, Inc.
a Delaware corporation
20513 Queensdale Drive
Cornelius, NC 28031

Entity:   Small business concern

AKTS_00594161

PATENT

Attorney Docket No.: A969RO-000300US

# INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES

## CROSS-REFERENCES TO RELATED APPLICATIONS

[0001]    The present application incorporates by reference, for all purposes, the following
5    concurrently filed patent applications, all commonly owned: (Attorney Docket No. A969RO-
000100US) titled "RESONANCE CIRCUIT WITH A SINGLE CRYSTAL CAPACITOR
DIELECTRIC MATERIAL", filed June 6, 2014, and (Attorney Docket No. A969RO-
000200US) titled "METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR
DIELECTRIC FOR A RESONANCE CIRCUIT", filed June 6, 2014.

10                         BACKGROUND OF THE INVENTION

[0002]    The present invention relates generally to electronic devices. More particularly, the
present invention provides techniques related to a single crystal acoustic resonator. Merely by
way of example, the invention has been applied to a resonator device for a communication
device, mobile device, computing device, among others.

15    [0003]    Mobile telecommunication devices have been successfully deployed world-wide. Over
a billion mobile devices, including cell phones and smartphones, were manufactured in a single
year and unit volume continues to increase year-over-year. With ramp of 4G/LTE in about 2012,
and explosion of mobile data traffic, data rich content is driving the growth of the smartphone
segment—which is expected to reach 2B per annum within the next few years. Coexistence of
20    new and legacy standards and thirst for higher data rate requirements is driving RF complexity in
smartphones. Unfortunately, limitations exist with conventional RF technology that is
problematic, and may lead to drawbacks in the future.

[0004]    From the above, it is seen that techniques for improving electronic devices are highly
desirable.

25

1

AKTS_00594162

## BRIEF SUMMARY OF THE INVENTION

[0005]   According to the present invention, techniques generally related to electronic devices are provided.  More particularly, the present invention provides techniques related to a single crystal acoustic resonator.  Merely by way of example, the invention has been applied to a
5     resonator device for a communication device, mobile device, computing device, among others.

[0006]   In an example, the present invention provides a single crystal capacitor dielectric material configured on a substrate by a limited area epitaxy.  The material is coupled between a pair of electrodes, which are configured from a topside and a backside of a substrate member, in an example.  In an example, the single crystal capacitor dielectric material is provided using a
10    metal-organic chemical vapor deposition, a molecular beam epitaxy, an atomic layer deposition, a pulsed laser deposition, a chemical vapor deposition, or a wafer bonding process.  In an example, the limited area epitaxy is lifted-off the substrate and transferred to another substrate. In an example, the material is characterized by a defect density of less than 1E+11 defects per square centimeter.  In an example, the single crystal capacitor material is selected from at least
15    one of AlN, AlGaN, InN, BN, or other group III nitrides.  In an example, the single crystal capacitor material is selected from at least one of a single crystal oxide including a high K dielectric, ZnO, or MgO.

[0007]   In an example, a single crystal acoustic electronic device is provided.  The device has a substrate having a surface region.  The device has a first electrode material coupled to a portion
20    of the substrate and a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns and overlying an exposed portion of the surface region and coupled to the first electrode material.  In an example, the single crystal capacitor dielectric material is characterized by a dislocation density of less than $10^{12}$ defects/ cm$^2$.  A second electrode material is overlying the single crystal capacitor dielectric material.

25    [0008]   In an example, the present invention provides a configurable single crystal acoustic resonator (SCAR) device integrated circuit.  The circuit comprises a plurality of SCAR devices numbered from 1 through N, where N is an integer of 2 and greater.  Each of the SCAR device has a thickness of single crystal piezo material formed overlying a surface region of a substrate member.  The single crystal piezo material is characterized by a dislocation density of less than
30    $10^{12}$ defects/ cm$^2$.

2

**[0009]** One or more benefits are achieved over pre-existing techniques using the invention. In particular, the invention enables a cost-effective resonator device for communications applications. In a specific embodiment, the present device can be manufactured in a relatively simple and cost effective manner. Depending upon the embodiment, the present apparatus and

5  method can be manufactured using conventional materials and/or methods according to one of ordinary skill in the art. The present device uses a gallium and nitrogen containing material that is single crystalline. Depending upon the embodiment, one or more of these benefits may be achieved. Of course, there can be other variations, modifications, and alternatives.

**[0010]** A further understanding of the nature and advantages of the invention may be realized
10  by reference to the latter portions of the specification and attached drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0011]** In order to more fully understand the present invention, reference is made to the accompanying drawings. Understanding that these drawings are not to be considered limitations
15  in the scope of the invention, the presently described embodiments and the presently understood best mode of the invention are described with additional detail through use of the accompanying drawings in which:

**[0012]** Figure 1 is a simplified diagram illustrating a surface single crystal acoustic resonator according to an example of the present invention.

20  **[0013]** Figure 2 is a simplified diagram illustrating a bulk single crystal acoustic resonator according to an example of the present invention.

**[0014]** Figure 3 is a simplified diagram illustrating a feature of a bulk single crystal acoustic resonator according to an example of the present invention.

**[0015]** Figure 4 is a simplified diagram illustrating a piezo structure according to an example
25  of the present invention.

**[0016]** Figure 5 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

**[0017]** Figure 6 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

3

[0018]   Figure 7 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

[0019]   Figure 8 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

5   [0020]   Figure 9 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

[0021]   Figure 10 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention.

[0022]   Figure 11 is a simplified diagram of a substrate member according to an example of the 10   present invention.

[0023]   Figure 12 is a simplified diagram of a substrate member according to an example of the present invention.

[0024]   Figure 13 is a simplified table illustrating features of a conventional filter compared against the present examples according to examples of the present invention.

15   [0025]   Figures 14-22 illustrate a manufacturing method for a single crystal acoustic resonator device in an example of the present invention.

[0026]   Figure 23 illustrates circuit diagrams of the single crystal acoustic resonator device in an example of the present invention.

[0027]   Figures 24-32 illustrate a manufacturing method for a single crystal acoustic resonator 20   device in an example of the present invention.

[0028]   Figure 33 illustrates circuit diagrams of the single crystal acoustic resonator device in an example of the present invention.

[0029]   Figures 34 and 35 illustrate a reflector structure configured on the single crystal acoustic resonator device in an example of the present invention.

25   [0030]   Figure 36 illustrates circuit diagrams of the integrated reflector structure with the single crystal acoustic resonator device of the aforementioned Figures.

4

AKTS_00594165

**[0031]**   Figures 37 and 38 illustrate a reflector structure configured on the single crystal acoustic resonator device in an example of the present invention.

**[0032]**   Figure 39 illustrates circuit diagrams of the integrated reflector structure with the single crystal acoustic resonator device of the aforementioned Figures.

5   **[0033]**   Figure 40 illustrates simplified diagrams of a bottom surface region and top surface region for the single crystal acoustic resonator device in an example of the present invention.

**[0034]**   Figures 41 and 44 illustrate simplified examples of a single crystal acoustic resonator device configured in a filter ladder network in an example of the present invention.

**[0035]**   Figures 45 to 52 illustrate simplified examples of two and three element single crystal
10   acoustic resonator devices according to examples of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

**[0036]**   According to the present invention, techniques generally related to electronic devices are provided. More particularly, the present invention provides techniques related to a single crystal acoustic resonator. Merely by way of example, the invention has been applied to a
15   resonator device for a communication device, mobile device, computing device, among others.

**[0037]**   As additional background, the number of bands supported by smartphones is estimated to grow by 7-fold compared to conventional techniques. As a result, more bands mean high selectivity filter performance is becoming a differentiator in the RF front end of smartphones. Unfortunately, conventional techniques have severe limitations.

20   **[0038]**   That is, conventional filter technology is based upon amorphous materials and whose electromechanical coupling efficiency is poor (only 7.5% for non-lead containing materials) leading to nearly half the transmit power dissipated in high selectivity filters. In addition, single crystal acoustic wave devices are expected to deliver improvements in adjacent channel rejection. Since there are twenty (20) or more filters in present smartphone and the filters are
25   inserted between the power amplifier and the antenna solution, then there is an opportunity to improve the RF front end by reducing thermal dissipation, size of power amplifier while enhancing the signal quality of the smartphone receiver and maximize the spectral efficiency within the system.

5

AKTS_00594166

[0039]    Utilizing single crystal acoustic wave device (herein after "SAW" device) and filter solutions, one or more of the following benefits may be achieved: (1) large diameter silicon wafers (up to 200mm) are expected to realize cost-effective high performance solutions, (2) electromechanical coupling efficiency is expected to more than triple with newly engineered

5    strained piezo electric materials, (3) Filter insertion loss is expected to reduce by 1dB enabling longer battery life, improve thermal management with smaller RF footprint and improving the signal quality and user experience. These and other benefits can be realized by the present device and method as further provided throughout the present specification, and more particularly below.

10    [0040]    Figure 1 is a simplified diagram illustrating a surface single crystal acoustic resonator according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims.   The present surface single crystal acoustic resonator device 100 having a crystalline piezo material 120 overlying a substrate 110 is illustrated. As shown, an acoustic wave propagates in a lateral direction from a first spatial

15    region to a second spatial region substantially parallel to a pair of electrical ports 140, which form an inter-digital transducer configuration 130 with a plurality of metal lines 131 that are spatially disposed between the pair of electrical ports 140. In an example, the electrical ports on the left side can be designated for signal input, while the electrical ports on the right side are designated for signal output. In an example, a pair of electrode regions are configured and

20    routed to a vicinity of a plane parallel to a contact region coupled to the second electrode material.

[0041]    In a SAW device example, surface acoustic waves produce resonant behavior over a narrow frequency band near 880MHz to 915MHz frequency band—which is a designated passband for a Europe, Middle East and Africa (EMEA) LTE enabled mobile smartphone.

25    Depending on region of operation for the communication device, there can be variations. For example, in North American transmit bands, the resonator can be designed such that resonant behavior is near the 777MHz to 787MHz frequency passband. Other transmit bands, found in other regions, can be much higher in frequency, such as the Asian transmit band in the 2570MHz to 2620 MHz passband. Further, the examples provided here are for transmit bands. In similar

30    fashion, the passband on the receiver side of the radio front end also require similar performing resonant filters. Of course, there can be variations, modifications, and alternatives.

6

AKTS_00594167

[0042]   Other characteristics of surface acoustic wave devices include the fundamental frequency of the SAW device, which is determined by the surface propagation velocity (determined by the crystalline quality of the piezo-electric material selected for the resonator) divided by the wavelength (determined by the fingers in the interdigitated layout in Figure 1).

5   Measured propagation velocity (also referred to as SAW velocity) in GaN of approximately 5800m/s has been recorded, while similar values are expected for AlN. Accordingly, higher SAW velocity of such Group III-nitrides enables a resonator to process higher frequency signals for a given device geometry.

[0043]   Resonators made from Group III-nitrides are desirable as such materials operate at high

10   power (leveraging their high critical electric field), high temperature (low intrinsic carrier concentration from their large bandgap) and high frequency (high saturated electron velocities). Such high power devices (greater than 10Watts) are utilized in wireless infrastructure and commercial and military radar systems to name a few. Further, stability, survivability and reliability of such devices are critical for field deployment.

15   [0044]   Further details of each of the elements provided in the present device can be found throughout the present specification and more particular below.

[0045]   Figure 2 is a simplified diagram illustrating a bulk single crystal acoustic resonator according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. The present bulk single crystal acoustic

20   resonator device 200 having a crystalline piezo material is illustrated.   As shown, an acoustic wave propagates in a vertical direction from a first spatial region to a second spatial region between an upper electrode material 231 and a substrate member 210. As shown, the crystalline piezo material 220 is configured between the upper (231) and lower (232) electrode material. The top electrode material 231 is configured underneath a plurality of optional reflector layers,

25   which are formed overlying the top electrode 231 to form an acoustic reflector region 240.

[0046]   In a bulk acoustic wave (hereinafter "BAW")  device example, acoustic waves produce resonant behavior over a narrow frequency band near 3600MHz to 3800MHz frequency band— which is a designated passband for a LTE enabled mobile smartphone. Depending on region of operation for the communication device, there can be variations. For example, in North

30   American transmit bands, the resonator can be designed such that resonant behavior is near the 2000MHz to 2020MHz frequency passband. Other transmit bands, found in other regions such

7

as the Asian transmit band in the 2500MHz to 2570 MHz passband. Further, the examples provided here are for transmit bands. In similar fashion, the passband on the receiver side of the radio front end also require similar performing resonant filters. Of course, there can be variations, modifications, and alternatives.

5    **[0047]** Other characteristics of single crystal BAW devices include the electromechanical acoustic coupling in the device, which is proportionate to the piezoelectricity constant (influence by the design and strain of the single crystal piezo layer) divided by the acoustic wave velocity (influenced by scattering and reflections in the piezo material). Acoustic wave velocity in GaN of over 5300m/s has been observed. Accordingly, high acoustic wave velocity of such Group

10   III-nitrides enables a resonator to process higher frequency signals for a given device geometry.

**[0048]** Similar to SAW devices, resonators made from Group III-nitrides are desirable as such materials operate at high power (leveraging their high critical electric field), high temperature (low intrinsic carrier concentration from their large bandgap) and high frequency (high saturated electron velocities). Such high power devices (greater than 10Watts) are utilized in wireless

15   infrastructure and commercial and military radar systems to name a few. Further, stability, survivability and reliability of such devices are critical for field deployment.

**[0049]** Further details of each of the materials provided in the present device can be found throughout the present specification and more particular below.

**[0050]** In an example, the device has a substrate, which has a surface region. In an example,

20   the substrate can be a thickness of material, a composite, or other structure. In an example, the substrate can be selected from a dielectric material, a conductive material, a semiconductor material, or any combination of these materials. In an example, the substrate can also be a polymer member, or the like. In a preferred example, the substrate is selected from a material provided from silicon, a gallium arsenide, an aluminum oxide, or others, and their combinations.

25   **[0051]** In an example, the substrate is silicon. The substrate has a surface region, which can be in an off-set or off cut configuration. In an example, the surface region is configured in an off-set angle ranging from 0.5 degree to 1.0 degree. In an example, the substrate is <111> oriented and has high resistivity (greater than $10^3$ ohm-cm). Of course, there can be other variations, modifications, and alternatives.

8

[0052]    In an example, the device has a first electrode material coupled to a portion of the substrate and a single crystal capacitor dielectric material having a thickness of greater than 0.4 microns.  In an example, the single crystal capacitor dielectric material has a suitable dislocation density.  The dislocation density is less than $10^{12}$ defects/ $cm^2$, and greater than $10^4$ defects per

5    $cm^2$, and variations thereof.  The device has a second electrode material overlying the single crystal capacitor dielectric material.  Further details of each of these materials can be found throughout the present specification and more particularly below.

[0053]    In an example, the single crystal capacitor material is a suitable single crystal material having desirable electrical properties.  In an example, the single crystal capacitor material is

10    generally a gallium and nitrogen containing material such as a AlN, AlGaN, or GaN, among InN, InGaN, BN, or other group III nitrides.  In an example, the single crystal capacitor material is selected from at least one of a single crystal oxide including a high K dielectric, ZnO, MgO, or alloys of MgZnGaInO.  In an example, the high K is characterized by a defect density of less than $10^{12}$ defects/ $cm^2$, and greater than $10^4$ defects per $cm^2$.  Of course, there can be other

15    variations, modifications, and alternatives.

[0054]    In an example, the single crystal capacitor dielectric material is characterized by a surface region at least 50 micron by 50 micron, and variations.  In an example, the surface region can be 200 micron x 200um or as high as 1000um x 1000um.  Of course, there are variations, modifications, and alternatives.

20    [0055]    In an example, the single crystal capacitor dielectric material is configured in a first strain state to compensate to the substrate.  That is, the single crystal material is in a compressed or tensile strain state in relation to the overlying substrate material.  In an example, the strained state of a GaN when deposited on silicon is tensile strained whereas an AlN layer is compressively strain relative to the silicon substrate.

25    [0056]    In a preferred example, the single crystal capacitor dielectric material is deposited overlying an exposed portion of the substrate.  In an example, the single crystal capacitor dielectric is lattice mismatched to the crystalline structure of the substrate, and may be strain compensated using a compressively strain piezo nucleation layer such as AlN or SiN.

[0057]    In an example, the device has the first electrode material is configured via a backside of

30    the substrate.  In an example, the first electrode material is configured via a backside of the

9

AKTS_00594170

substrate. The configuration comprises a via structure configured within a thickness of the substrate.

[0058]    In an example, the electrode materials can be made of a suitable material or materials. In an example, each of the first electrode material and the second electrode material is selected from a refractory metal or other precious metals. In an example, each of the first electrode material and the second electrode material is selected from one of tantalum, molybdenum, platinum, titanium, gold, aluminum tungsten, or platinum, combinations thereof, or the like.

[0059]    In an example, the first electrode material and the single crystal capacitor dielectric material comprises a first interface region substantially free from an oxide bearing material. In an example, the first electrode material and the single crystal capacitor dielectric material comprises a second interface region substantially free from an oxide bearing material. In an example, the device can include a first contact coupled to the first electrode material and a second contact coupled to the second electrode material such that each of the first contact and the second contact are configured in a co-planar arrangement.

[0060]    In an example, the device has a reflector region configured to the first electrode material. In an example, the device also has a reflector region configured to the second electrode material. The reflector region is made of alternating low impedance (e.g. dielectric) and high-impedance (e.g. metal) reflector layers, where each layer is targeted at one quarter-wave in thickness, although there can be variations.

[0061]    In an example, the device has a nucleation material provided between the single crystal capacitor dielectric material and the first electrode material. The nucleation material is typically AlN or SiN.

[0062]    In an example, the device has a capping material provided between the single crystal capacitor dielectric material and the second electrode material. In an example, the capping material is GaN.

[0063]    In an example, the single crystal capacitor dielectric material preferably has other properties. That is, the single crystal capacitor dielectric material is characterized by a FWHM of less than one degree.

[0064]    In an example, the single crystal capacitor dielectric is configured to propagate a longitudinal signal at an acoustic velocity of 5000 meters/second and greater. In other

10

AKTS_00594171

embodiments where strain is engineered, the signal can be over 6000 m/s and below 12,000 m/s. Of course, there can be variations, modifications, and alternatives.

**[0065]**     The device also has desirable resonance behavior when tested using a two-port network analyzer. The resonance behavior is characterized by two resonant frequencies (called series and

5     parallel)—whereby one exhibits an electrical impedance of infinity and the other exhibits an impedance of zero. In between such frequencies, the device behaves inductively. In an example, the device has s-parameter derived from a two-port analysis, which can be converted to impedance. From s11 parameter, the real and imaginary impedance of the device can be extracted. From s21, the transmission gain of the resonator can be calculated. Using the parallel

10     resonance frequency along the known piezo layer thickness, the acoustic velocity can be calculated for the device.

**[0066]**     Figure 3 is a simplified diagram illustrating a feature of a bulk single crystal acoustic resonator according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. As shown, diagram 300 shows the

15     present invention applied as a band pass filter for RF signals. A specific frequency range is allowed through the filter, as depicted by the darkened block elevated from the RF spectrum underneath the wavelength illustration. This block is matched to the signal allowed through the filter in the illustration above. Single crystal devices can offer better acoustic quality versus BAW devices due to lower filter loss and relieving the specification requirements on the power

20     amplifier. These can result benefits for devices utilizing the present invention such as extended battery, efficient spectrum use, uninterrupted caller experience, and others.

**[0067]**     Figure 4 is a simplified diagram illustrating a piezo structure according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the structure 400 is configured on a bulk substrate member

25     410, including a surface region. In an example, the single crystal piezo material epitaxial 420 is formed using a growth process. The growth process can include chemical vapor deposition, molecular beam epitaxial growth, or other techniques overlying the surface of the substrate. In an example, the single crystal piezo material can include single crystal gallium nitride (GaN) material, single crystal $Al(x)Ga(1-x)N$ where $0<x<1.0$ (x="Al mole fraction") material, single

30     crystal aluminum nitride (AlN) material, or any of the aforementioned in combination with each

11

other. Of course, there can also be modifications, alternatives, and variations.   Further details of the substrate can be found throughout the present specification, and more particularly below.

[0068]   Figure 5 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly

5   limit the scope of the claims.   In an example, the structure 500 is configured overlying a nucleation region 530, which is overlying a surface of the substrate 510.   In an example, the nucleation region 530 is a layer or can be multiple layers. The nucleation region is made using a piezo-electric material in order to enable acoustic coupling in a resonator circuit.   In an example, the nucleation region is a thin piezo-electric nucleation layer, which may range from about 0 to

10   100nm in thickness, may be used to initiate growth of single crystal piezo material 520 overlying the surface of the substrate.   In an example, the nucleation region can be made using a thin SiN or AlN material, but can include variations.   In an example, the single crystal piezo material has a thickness that can range from 0.2um to 20um, although there can be variations.   In an example, the piezo material that has a thickness of about 2um is typical for 2GHz acoustic resonator

15   device.   Further details of the substrate can be found throughout the present specification, and more particularly below.

[0069]   Figure 6 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims.   In an example, the structure 600 is configured using a GaN piezo

20   material 620.   In an example, each of the regions are single crystal or substantially single crystal. In an example, the structure is provided using a thin AlN or SiN piezo nucleation region 630, which can be a layer or layers.   In an example, the region is unintentional doped (UID) and is provided to strain compensate GaN on the surface region of the substrate 610.   In an example, the nucleation region has an overlying GaN single crystal piezo region (having Nd-Na: between

25   $10^{14}$/cm3 and $10^{18}$/cm3), and a thickness ranging between 1.0um and 10um, although there can be variations.   Further details of the substrate can be found throughout the present specification, and more particularly below.

[0070]   Figure 7 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly

30   limit the scope of the claims.   As shown, the structure 700 is configured using an AlN piezo material 720.   Each of the regions is single-crystal or substantially single crystal.   In an example,

12

AKTS_00594173

the structure is provided using a thin AlN or SiN piezo nucleation region 730, which can be a layer or layers. In an example, the region is unintentional doped (UID) and is provided to strain compensate AlN on the surface region of the substrate 710. In an example, the nucleation region has an overlying AlN single crystal piezo region (having Nd-Na: between $10^{14}$/cm3 and

5   $10^{18}$/cm3), and a thickness ranging between 1.0um and 10um, although there can be variations. Further details of the substrate can be found throughout the present specification, and more particularly below.

[0071]   Figure 8 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly
10   limit the scope of the claims.  As shown, the structure 800 is configured using an AlGaN piezo material 820.  Each of the regions is single-crystal or substantially single crystal. In an example, the structure is provided using a thin AlN or SiN piezo nucleation region 830, which can be a layer or layers.  In an example, the region is unintentional doped (UID) and is provided to strain compensate AlN on the surface region of the substrate 810. In an example, the AlGaN single
15   crystal piezo layer where $Al(x)Ga(1-x)N$ has Al mole composition $0<x<1.0$, (Nd-Na: between $10^{14}$/cm3 and $10^{18}$/cm3), a thickness ranging between 1um and 10um, among other features. Further details of the substrate can be found throughout the present specification, and more particularly below.

[0072]   Figure 9 is a simplified diagram illustrating a piezo structure according to an alternative
20   example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims.  The structure 900 is configured using an AlN/AlGaN piezo material 920.  Each of the regions is single-crystal or substantially single crystal. In an example, the structure is provided using a thin AlN or SiN piezo nucleation region 930, which can be a layer or layers.  In an example, the region is unintentional doped (UID) and is provided to strain
25   compensate AlN on the surface region of the substrate 910. In an example, one or more alternating stacks are formed overlying the nucleation region. In an example, the stack includes AlGaN/AlN single crystal piezo layer where $Al(x)Ga(1-x)N$ has Al mole composition $0<x<1.0$; (Nd-Na: between 1014/cm3 and 1018/cm3), a thickness ranging between 1.0um and 10um; a AlN (1nm<thickness<30nm) serves to strain compensate lattice and allow thicker AlGaN piezo
30   layer.  In an example, the final single crystal piezo layer is AlGaN. In an example, the structure has a total stack thickness of at least 1um and less than 10um, among others. Further details of the substrate can be found throughout the present specification, and more particularly below.

13

[0073]    Figure 10 is a simplified diagram illustrating a piezo structure according to an alternative example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. As shown, the structure 1000 has an optional GaN piezo-electric cap layer or layers 1040. In an example, the cap layer 1040 or region can be

5    configured on any of the aforementioned examples, among others. In an example, the cap region can include at least one or more benefits. Such benefits include improved electro-acoustic coupling from topside metal (electrode 1) into piezo material, reduced, surface oxidation, improved manufacturing, among others. In an example, the GaN cap region has a thickness ranging between 1nm-10nm, and has Nd-Na: between $10^{14}$/cm3 and $10^{18}$/cm3, although there

10   can be variations. Further details of the substrate can be found throughout the present specification, and more particularly below.

[0074]    Figure 11 is a simplified diagram of a substrate member according to an example of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the single crystal acoustic resonator material 1120 can be a single

15   crystal piezo material epitaxial grown (using CVD or MBE technique) on a substrate 1110. The substrate 1110 can be a bulk substrate, a composite, or other member. The bulk substrate 1110 is preferably gallium nitride (GaN), silicon carbide (SiC), silicon (Si), sapphire (Al2O3), aluminum nitride (AlN), combinations thereof, and the like.

[0075]    Figure 12 is a simplified diagram of a substrate member according to an example of the

20   present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. In an example, the single crystal acoustic resonator material 1220 can be a single crystal piezo material epitaxial grown (using CVD or MBE technique) on a substrate 1210. The substrate 1210 can be a bulk substrate, a composite, or other member. The bulk substrate 1210 is preferably gallium nitride (GaN), silicon carbide (SiC), silicon (Si), sapphire (Al2O3), aluminum

25   nitride (AlN), combinations thereof, and the like. In an example, the surface region of the substrate is bare and exposed crystalline material.

[0076]    Figure 13 is a simplified table illustrating features of a conventional filter compared against the present examples according to examples of the present invention. As shown, the specifications of the "Present Example" versus a "Conventional" embodiments are shown with

30   respect to the criteria under "Filter Solution".

14

[0077]    In an example, the GaN, SiC and Al2O3 orientation is c-axis in order to improve or even maximize a polarization field in the piezo-electric material.  In an example, the silicon substrate orientation is <111> orientation for same or similar reason.  In an example, the substrate can be off-cut or offset.    While c-axis or <111> is nominal orientation, an offcut angle

5    between +/- 1.5 degrees may be selected for one or more of the following reasons:  (1) controllability of process; (2) maximization of K2 of acoustic resonator, and other reasons.  In an example, the substrate is grown on a face, such as a growth face.  A Ga-face is preferred growth surface (due to more mature process).  In an example, the substrate has a substrate resistivity that is greater than 104 ohm-cm, although there can be variations.  In an example, the substrate

10    thickness ranges 100um to 1mm at the time of growth of single crystal piezo deposition material. Of course, there can be variations, modifications, and alternatives.

[0078]    As used herein, the terms "first" "second" "third" and "nth" shall be interpreted under ordinary meaning.  Such terms, alone or together, do not necessarily imply order, unless understood that way by one of ordinary skill in the art.  Additionally, the terms "top" and

15    "bottom" may not have a meaning in reference to a direction of gravity, while should be interpreted under ordinary meaning.  These terms shall not unduly limit the scope of the claims herein.

[0079]    As used herein, the term substrate is associated with Group III-nitride based materials including GaN, InGaN, AlGaN, or other Group III containing alloys or compositions that are

20    used as starting materials, or AlN or the like.  Such starting materials include polar GaN substrates (i.e., substrate where the largest area surface is nominally an (h k l) plane wherein h=k=0, and l is non-zero), non-polar GaN substrates (i.e., substrate material where the largest area surface is oriented at an angle ranging from about 80-100 degrees from the polar orientation described above towards an (h k l) plane wherein l=0, and at least one of h and k is non-zero) or

25    semi-polar GaN substrates (i.e., substrate material where the largest area surface is oriented at an angle ranging from about +0.1 to 80 degrees or 110-179.9 degrees from the polar orientation described above towards an (h k l) plane wherein l=0, and at least one of h and k is non-zero).

[0080]    As shown, the present device can be enclosed in a suitable package.  As an example, the packaged device can include any combination of elements described above, as well as

30    outside of the present specification.  As used herein, the term "substrate" can mean the bulk

15

AKTS_00594176

substrate or can include overlying growth structures such as a gallium and nitrogen containing epitaxial region, or functional regions, combinations, and the like.

[0081]   In an example, the present disclosure provides a step-by-step fabrication of a single-crystal acoustic resonator (SCAR) device.  Additionally, the disclosure provides fabrication

5   processes to manufacture two or more resonators together to provide a SCAR filter, among other devices.  In an example, the present processes can be implemented using conventional high volume wafer fabrication facilities for efficient operations, and competitive costs.  Of course, there can be other variations, modifications, and alternatives.

[0082]   Figures 14-22 illustrate a manufacturing method for a single crystal acoustic resonator

10   device in an example of the present invention.  These illustrations are merely examples, and should not unduly limit the scope of the claims herein.

[0083]   Referring to the Figures, an example of a manufacturing process can be briefly described below:

1.  Start;

15   2.  Provide a substrate member, e.g., 150mm or 200mm diameter material, having a surface region;

3.  Treat the surface region;

4.  Form an epitaxial material comprising single crystal piezo material overlying the surface region to a desired thickness;

20   5.  Pattern the epitaxial material using a masking and etching process to form a trench region by causing formation of an exposed portion of the surface region through a pattern provided in the epitaxial material;

6.  Form topside landing pad metal, which may include a stack that has a metal layer that reacts slowly with etchants in a backside substrate etching process, as defined below;

25   7.  Form topside electrode members, including a first electrode member overlying a portion of the epitaxial material, and a second electrode member overlying the topside landing pad metal;

16

8. Mask and remove (via etching) a portion of the substrate from the backside to form a first trench region exposing a backside of the epitaxial material overlying the first electrode member, and a second trench region exposing a backside of the landing pad metal;

9. Form backside resonator metal material for the second electrode overlying the exposed portion of the epitaxial material (or piezo membrane) to form a connection from the epitaxial material to the backside of the landing pad metal coupled to the second electrode member overlying the topside landing pad metal;

10. Form resonator active area using a masking and etching process, while electrically and spatially isolating the first electrode member from the second electrode member on the top side, while also fine tuning the resonance capacitor;

11. Form overlying thickness of protecting dielectric material (e.g., SiO2, SiN) overlying an upper surface region on topside surface; and

12. Perform other steps, as desired.

[0084] The aforementioned steps are provided for the formation of a resonator device using a single crystal capacitor dielectric. As shown, a pair of electrode members is configured to provide for contact from one side of the device. One of the electrode members uses a backside contact, which is coupled to a metal stack layer to configure the pair of electrodes. Of course, depending upon the embodiment, steps or a step can be added, removed, combined, reordered, or replaced, or has other variations, alternatives, and modifications. Further details of the present manufacturing process can be found throughout the present specification, and more particularly below.

[0085] As shown in Figure 14, the method begins by providing a substrate member 1410. The substrate member has a surface region. In an example, the substrate member thickness (t) is 400um, which can have a diameter of 150mm or 200mm diameter material, although there can be variations from 50mm to 300mm.

[0086] In an example, the surface region of the substrate member is treated. The treatment often includes cleaning and/or conditioning. In an example, the treatment occurs in an MOCVD or LPCVD reactor with ammonia gas flowing at high temperature (e.g. in the range from 940°C

17

to 1100°C) at a pressure ranging from one-tenth of an atmosphere to one atmosphere. Depending upon the embodiment, other treatment processes can also be used.

[0087]   In an example, the method includes formation of an epitaxial material comprising single crystal piezo material 1420 overlying the surface region to a desired thickness, as shown. Using a configuration of Trimethylgallium (TMG), Trimethylaluminium (TMA), ammonia (NH$_3$) and hydrogen (H$_2$) gases, the epitaxial material is grown under high temperature in the range of 940°C to 1100°C in an atmospheric controlled environment using a MOCVD or LPCVD growth apparatus to a thickness ranging from 0.4um to 7.0um, depending on target resonance frequency of the capacitor device. The material also has a defect density of $10^4$ to $10^{12}$ per cm$^2$, although there can be variations.

[0088]   In an example, the epitaxial material 1521 is patterned (Figure 15). Patterning involves a masking and etching process. The mask is often 1-3 um of photoresist. Etching uses chlorine-based chemistries (gases may include BCl$_3$, Cl$_2$, and/or argon) in an RIE or ICP etch tool, under controlled temperature and pressure conditions to adjust the etch rate and sidewall profile. The patterning forms a trench region (or via structure) by causing formation of an exposed portion of the surface region through a pattern provided in the epitaxial material.

[0089]   In an example, the method forms a topside landing pad metal 1630 (Figure 16), which may include a stack that has a metal layer that reacts slowly with etchants in a backside substrate etching process, as defined below. In an example, the metal is a refractory metal (such as tantalum, molybdenum, tungsten) or other metal (such as gold, aluminum, titanium or platinum). The metal is used subsequently as a stop region for a backside etch process, as noted.

[0090]   In an example, the method forms a topside metal structure (Figure 17). The structure has topside electrode members, including a first electrode member 1741 overlying a portion of the epitaxial material, and a second electrode member 1742 overlying the topside landing pad metal, as shown. The metal structure is made using a refractory metal (such as tantalum, molybdenum, tungsten), and has a thickness of 300nm, chosen to define the resonant frequency of the capacitor device.

[0091]   In an example, the method performs backside processing (Figure 18), by flipping the substrate top-side down. In an example, the method includes a patterning process of the backside of the substrate. The process uses a mask and removal process via etching a portion of

18

the substrate 1811 from the backside to form a first trench region exposing a backside of the epitaxial material overlying the first electrode member, and a second trench region exposing a backside of the landing pad metal. In an example, etching is performed using chlorine-based gas in either an RIE or ICP reactor with temperature and pressure defined to control etch rate,

5    selectivity and sidewall slope.

**[0092]** Next, the method includes formation of a backside resonator metal material 1943 (Figure 19) for the second electrode overlying the exposed portion of the epitaxial material (or piezo membrane) to form a connection from the epitaxial material to the backside of the landing pad metal coupled to the second electrode member overlying the topside landing pad metal.

10   **[0093]** As shown, the piezo membrane 1921 is sandwiched between the pair of electrodes, which are configured from the top-side and backside of the substrate member 1911. The member is <111> oriented silicon substrate with a resistivity of greater than 10 ohm-cm.

**[0094]** In an example, the method forms or patterns the resonator active area 2022 using a masking and etching process (Figure 20). The end objective is to electrically and spatially

15   isolate the first electrode member from the second electrode member on the top side, while also fine tuning the resonance capacitor. In an example, the resonator active area is 200um by 200um. The patterning uses chlorine-based RIE or ICP etching technique.

**[0095]** The method forms a thickness of protecting material 2150 (Figure 21). In an example, the method forms a combination of silicon dioxide, which forms a conforming structure, and an

20   overlying silicon nitride capping material. The silicon dioxide and silicon nitride materials are formed using a combination of silane, nitrogen and oxygen sources and deposited using a PECVD chamber.

**[0096]** The method forms a first and second electrode (2261, 2262) that are electrically coupled to the first top electrode 2241 and second top electrode 2242, respectively (Figure 22).

25   The intrinsic device is marked as 2201. In an example, the method also may include other steps or other materials, as desirable.

**[0097]** In an example, the present method can also include one or more of these processes for formation of the upper electrode structures, passivation material, and backside processing. In an example, the present substrate including overlying structures can include a surface clean using

19

AKTS_00594180

HCl:H2O (1:1) for a predetermined amount of time, followed by rinse and load into sputtering tool.

[0098]    In the sputtering tool to form the electrode metallization, the method includes a molybdenum (Mo) metal (3000Å) blanket deposition using sputtering technique on an exposed
5    top side of the single crystal piezo material. In an example, if desired, a thin titanium adhesion metal (<100Å) can be deposited prior to formation of the Mo metal. Such titanium metal serves as a glue layer, among other features. In an example, the method performs a mask and pattern process to etch away Mo in field areas (leaving Mo in probe pad, coplanar waveguide (CPW) interconnect, top-plate/first electrode, via landing pad/second electrode, and alignment mark
10    areas. In an example, titanium-aluminum (100Å/4um) is deposited on Mo metal in probe pad and CPW areas. In an example, Ti/Al is formed on the landing pad for subsequently deposited copper-tin metal pillars for wafer-level flip-chip package—CuSn pillars and die sawing are deposited. In an example, the method forms a dielectric passivation (25um of Spin-on Polymer photo-dielectric (ELECTRA WLP SH32-1-1) of top-side surface, or alternatively a combination
15    of SiN or SiO2 is formed overlying the top surface.

[0099]    In an example, the method includes patterning to open bond pads and probe pads by exposing photo-dielectric and developing away dielectric material on pads. The patterning process completes an upper region of the substrate structure, before backside processing is performed. Further details of the present method can be found throughout the present
20    specification, and more particularly below.

[0100]    In an example, the substrate is provided on a flip mount wafer and mount (using photoresist) onto a carrier wafer to begin backside process. In an example, the backside processing uses a multi-step (e.g., two step) process. In an example, the wafer is thinned from about 500um to about 300um and less using backside grinding process, which may also include
25    polishing, and cleaning. In an example, the backside is coated with masking material, such as photoresist, and patterned to open trench regions for the piezo material and the landing pad regions. In an example, the method incudes a shallow etch process into the substrate, which can be silicon for example. In an example, the method coats the backside with photoresist to open and expose a backside region of the piezo material, which exposes a full membrane area, which
30    includes enclosed the piezo material and the landing pad areas. In an example, the method also performs an etch until the piezo material and the landing pads are exposed. In an example, the

20

AKTS_00594181

"rib" support is feature which results from 2-step process, although there can be variations, as further described below.

[0101]   In an example, the backside is patterned with photoresist to align the backside pad metal (electrode #2), interconnect and landing pad. In an example, the backside is treated using a cleaning process using dilute HCl:H2O (1:1), among other suitable processes. In an example, the method also includes deposition of about 3000A of Mo metal in selective areas, provided that the backside of the wafer is patterned with metal in a selective manner and not blanket deposition. In an example, the metal is formed to reduce parasitic capacitance and enables routing of backside for circuit implementation, which is beneficial for different circuit node interconnections. In an example, if desired, a thin titanium adhesion metal (<100Å) can be deposited prior to Mo as a glue material.

[0102]   In an example, the method also includes formation of a dielectric passivation (25um of spin-on polymer photo-dielectric (e.g., ELECTRA WLP SH32-1-1) of backside side surface for mechanical stability. In an example in an alternative example, the method includes deposition of SiN and/or SiO2 to fill the backside trench region to provide suitable protection, isolation, and provide other features, if desired.

[0103]   In an example, the method then separates and/or unmounts the completed substrate for transfer into a wafer carrier. The completed substrate has the devices, and overlying protection materials. In an example, the substrate is now ready for saw and break, and other backend processes such as wafer level packaging, or other techniques. Of course, there can be other variations, modifications, and alternatives.

[0104]   Figure 23 illustrates circuit diagrams of the single crystal acoustic resonator device in an example of the present invention. This illustration is merely an example, and should not unduly limit the scope of the claims herein. Circuit 2301 shows a block diagram with the piezo membrane 2322 sandwiched between the first top electrode 2361 and the second top electrode 2362. The connection area 2303 of block diagram 2301 is represented in the circuit diagram 2302, showing an equivalent circuit configuration.

[0105]   Figures 24-32 illustrate a manufacturing method for a single crystal acoustic resonator device in an example of the present invention. This illustration is merely an example, and should not unduly limit the scope of the claims herein.

21

AKTS_00594182

[0106]    An example of an alternative manufacturing process can be briefly described below:

1.  Start;

2.  Provide a substrate member, e.g., 150mm or 200mm diameter material, having a surface region;

3.  Treat the surface region to prepare for epitaxial growth;

4.  Form an epitaxial material comprising single crystal piezo material overlying the surface region to a desired thickness;

5.  Pattern the epitaxial material using a masking and etching process to form a trench region by causing formation of an exposed portion of the surface region through a pattern provided in the epitaxial material; alternatively, the patterning of the epitaxial material may also occur using a laser drill technique;

6.  Form topside landing pad metal, which may include a stack that has a metal layer that reacts slowly with etchants in a backside substrate etching process, as defined below;

7.  Form topside electrode members, including a first electrode member overlying a portion of the epitaxial material, and a second electrode member overlying the topside landing pad metal;

8.  Mask and remove (via etching) a portion of the substrate from the backside to form a single trench region exposing a backside of the epitaxial material overlying the first electrode member, and exposing a backside of the landing pad metal; a shallow "rib" structure may be formed using a two-step mask and etch process with the goal of providing mechanical support to the epitaxial material;

9.  Form backside resonator metal material for the second electrode overlying the exposed portion of the epitaxial material (or piezo membrane) to form a connection from the epitaxial material to the backside of the landing pad metal coupled to the second electrode member overlying the topside landing pad metal;

10. Form resonator active area with low surface leakage current using a passivation process, which electrically and spatially isolates the first electrode member from the second electrode member on the top side, while also fine tuning the resonance capacitor; a

22

AKTS_00594183

dielectric passivation layer (such as SiN or SiO2) is deposited using PECVD technique using silane gas in a controlled temperature and pressure environment to control dielectric index of refraction;

11. Form overlying thickness of protecting dielectric material (options include SiO2, SiN, or
5       spin-on polymer coating) overlying an upper surface region on topside surface; and

12. Perform other steps, as desired.

[0107]   The aforementioned steps are provided for the formation of a resonator device using a single crystal capacitor dielectric.  As shown, a pair of electrode members is configured to provide for contact from one side of the device.  One of the electrode members uses a backside
10   contact, which is coupled to a metal stack layer to configure the pair of electrodes.  Of course, depending upon the embodiment, steps or a step can be added, removed, combined, reordered, or replaced, or has other variations, alternatives, and modifications.  Further details of the present manufacturing process can be found throughout the present specification, and more particularly below.

15   [0108]   As shown in Figure 24, the method begins by providing a substrate member 2410.  The substrate member has a surface region.  In an example, the substrate member thickness is 400um, which can have a diameter of 150mm or 200mm diameter material, although there can be variations from 50mm to 300mm.

[0109]   In an example, the surface region of the substrate member is treated.  The treatment
20   often includes cleaning and/or conditioning.  In an example, the treatment occurs in an MOCVD or LPCVD reactor with ammonia gas flowing at high temperature (e.g. in the range from 940°C to 1100°C) at a pressure ranging from one-tenth of an atmosphere to one atmosphere.

[0110]   In an example, the method includes formation of an epitaxial material comprising single crystal piezo material 2420 overlying the surface region to a desired thickness (t), as
25   shown.  Using a configuration of Trimethylgallium (TMG), Trimethylaluminium (TMA), ammonia ($NH_3$) and hydrogen ($H_2$) gases, the epitaxial material is grown under high temperature in the range of 940°C to 1100°C in an atmospheric controlled environment using a MOCVD or LPCVD growth apparatus to a thickness ranging from 0.4um to 7.0um, depending on target resonance frequency of the capacitor device.  The material also has a defect density of $10^4$ to $10^{12}$
30   per $cm^2$.

23

AKTS_00594184

[0111]   In an example, the epitaxial material 2521 is patterned (Figure 25). Patterning involves a masking and etching process. The mask is often 1-3 um of photoresist. Etching uses chlorine-based chemistries (gases may include $BCl_3$, $Cl_2$, and/or argon) in an RIE or ICP etch tool, under controlled temperature and pressure conditions to adjust the etch rate and sidewall profile. The

5   patterning forms a trench region (or via structure) by causing formation of an exposed portion of the surface region through a pattern provided in the epitaxial material.

[0112]   In an example, the method forms a topside landing pad metal 2630 (Figure 26), which may include a stack that has a metal layer that reacts slowly with etchants in a backside substrate etching process, as defined below. In an example, the metal is a refractory metal (such as

10   tantalum, molybdenum, tungsten) or other metal (such as gold, aluminum, titanium or platinum). The metal is used subsequently as a stop region for a backside etch process, as noted.

[0113]   In an example, the method forms a topside metal structure (Figure 27). The structure has topside electrode members, including a first electrode member 2741 overlying a portion of the epitaxial material, and a second electrode member 2742 overlying the topside landing pad

15   metal, as shown. The metal structure is made using a refractory metal (such as tantalum, molybdenum, tungsten), and has a thickness of 300nm, chosen to define the resonant frequency of the capacitor device.

[0114]   In an example, the method performs backside processing (Figure 28), by flipping the substrate top-side down. In an example, the method includes a patterning process of the

20   backside of the substrate 2811. The process uses a mask and removal process via etching a portion of the substrate from the backside to form a first trench region exposing a backside of the epitaxial material overlying the first electrode member, and a second trench region exposing a backside of the landing pad metal. A support member 2812 can be configured between the two trench regions. In an example, the support member can be recessed from a bottom side surface

25   region, although there can be variations. In an example, etching is performed using chlorine-based gas in either an RIE or ICP reactor with temperature and pressure defined to control etch rate, selectivity and sidewall slope.

[0115]   Next, the method includes formation of a backside resonator metal material 2943 (Figure 29) for the second electrode overlying the exposed portion of the epitaxial material (or

30   piezo membrane) to form a connection from the epitaxial material to the backside of the landing pad metal coupled to the second electrode member overlying the topside landing pad metal.

24

**[0116]** As shown, the piezo membrane 2921 is sandwiched between the pair of electrodes, which are configured from the top-side and backside of the substrate member. The member is <111> oriented silicon substrate with a resistivity of greater than 10 ohm-cm.

**[0117]** In an example, the method forms or patterns the resonator active area using a masking
5   and etching process. The end objective is to electrically and spatially isolate the first electrode member from the second electrode member on the top side, while also fine tuning the resonance capacitor. In an example, the resonator active area is 200um by 200um. The patterning uses chlorine-based RIE or ICP etching technique.

**[0118]** The method forms a passivation layer 3050 (Figure 30) and a thickness of protecting
10   material 3170 (Figure 31). In an example, the method forms a combination of silicon dioxide, which forms a conforming structure, and an overlying silicon nitride capping material. The silicon dioxide and silicon nitride materials are formed using a combination of silane, nitrogen and oxygen sources and deposited using a PECVD chamber.

**[0119]** The method forms a first and second electrode (3261, 3262) that are electrically
15   coupled to the first top electrode 3241 and second top electrode 3242, respectively (Figure 32). The intrinsic device is marked as 3201. In an example, the method also may include other steps or other materials, as desirable.

**[0120]** In an example, the present method can also include one or more of these processes for formation of the upper electrode structures, passivation material, and backside processing. In an
20   example, the present substrate including overlying structures can include a surface clean using HCl:H2O (1:1) for a predetermined amount of time, followed by rinse and load into sputtering tool.

**[0121]** In the sputtering tool to form the electrode metallization, the method includes a molybdenum (Mo) metal (3000Å) blanket deposition using sputtering technique on an exposed
25   top side of the single crystal piezo material. In an example, if desired, a thin titanium adhesion metal (<100Å) can be deposited prior to formation of the Mo metal. Such titanium metal serves as a glue layer, among other features. In an example, the method performs a mask and pattern process to etch away Mo in field areas (leaving Mo in probe pad, coplanar waveguide (CPW) interconnect, top-plate/first electrode, via landing pad/second electrode, and alignment mark
30   areas. In an example, titanium-aluminum (100Å/4um) is deposited on Mo metal in probe pad

25

and CPW areas. In an example, Ti/Al is formed on the landing pad for subsequently deposited copper-tin metal pillars for wafer-level flip-chip package—CuSn pillars and die sawing are deposited. In an example, the method forms a dielectric passivation (25um of Spin-on Polymer photo-dielectric (ELECTRA WLP SH32-1-1) of top-side surface, or alternatively a combination

5 of SiN or SiO2 is formed overlying the top surface.

[0122]    In an example, the method includes patterning to open bond pads and probe pads by exposing photo-dielectric and developing away dielectric material on pads. The patterning process completes an upper region of the substrate structure, before backside processing is performed. Further details of the present method can be found throughout the present

10 specification, and more particularly below.

[0123]    In an example, the substrate is provided on a flip mount wafer and mount (using photoresist) onto a carrier wafer to begin backside process. In an example, the backside processing uses a multi-step (e.g., two step) process. In an example, the wafer is thinned from about 500um to about 300um and less using backside grinding process, which may also include

15 polishing, and cleaning. In an example, the backside is coated with masking material, such as photoresist, and patterned to open trench regions for the piezo material and the landing pad regions. In an example, the method incudes a shallow etch process into the substrate, which can be silicon for example. In an example, the method coats the backside with photoresist to open and expose a backside region of the piezo material, which exposes a full membrane area, which

20 includes enclosed the piezo material and the landing pad areas. In an example, the method also performs an etch until the piezo material and the landing pads are exposed. In an example, the "rib" support is feature which results from 2-step process, although there can be variations.

[0124]    In an example, the backside is patterned with photoresist to align the backside pad metal (electrode #2), interconnect and landing pad. In an example, the backside is treated using

25 a cleaning process using dilute HCl:H2O (1:1), among other suitable processes. In an example, the method also includes deposition of about 3000A of Mo metal in selective areas, provided that the backside of the wafer is patterned with metal in a selective manner and not blanket deposition. In an example, the metal is formed to reduce parasitic capacitance and enables routing of backside for circuit implementation, which is beneficial for different circuit node

30 interconnections. In an example, if desired, a thin titanium adhesion metal (<100Å) can be deposited prior to Mo as a glue material.

26

AKTS_00594187

[0125]   In an example, the method also includes formation of a dielectric passivation (25um of spin-on polymer photo-dielectric (e.g., ELECTRA WLP SH32-1-1) of backside side surface for mechanical stability. In an example in an alternative example, the method includes deposition of SiN and/or SiO2 to fill the backside trench region to provide suitable protection, isolation, and
5   provide other features, if desired.

[0126]   In an example, the method then separates and/or unmounts the completed substrate for transfer into a wafer carrier. The completed substrate has the devices, and overlying protection materials. In an example, the substrate is now ready for saw and break, and other backend processes such as wafer level packaging, or other techniques. Of course, there can be other
10   variations, modifications, and alternatives.

[0127]   Figure 33 illustrates circuit diagrams of the single crystal acoustic resonator device in an example of the present invention. This illustration is merely an example, and should not unduly limit the scope of the claims herein. Circuit 3301 shows a block diagram with the piezo membrane 3322 sandwiched between the first top electrode 3361 and the second top electrode
15   3362. The connection area 3303 of block diagram 3301 is represented in the circuit diagram 3302, showing an equivalent circuit configuration.

[0128]   In an example, the present disclosure illustrations an acoustic reflector structure which can be added, only if needed, or desirable. In an example, the acoustic reflector on a single crystal acoustic resonator device (SCAR) device can provide improved acoustic coupling, so
20   called $K^2$. In conventional BAW devices, an acoustic resonator is inserted into substrate/carrier material, which may be cumbersome and not efficient, although used. In an example, because a portion of the substrate is removed from backside of single crystal piezo material from the device, then the acoustic reflector is likely not needed or desired on either side of the acoustic resonator . However, in contrast to conventional bulk acoustic wave devices where reflector is
25   integrated into the substrate, the acoustic reflector is integrated on the topside of the device where is can serve two functions: (i) reduce moisture sensitivity to SCAR device, AND (ii) provide acoustic isolation from filter device and surrounding environment (similar to a Faraday cage), among other functions. These and other features can be found throughout the present specification and more particularly below.

30   [0129]   Figures 34 and 35 illustrate a reflector structure (3400, 3500) configured on the single crystal acoustic resonator device in an example of the present invention. As shown, the device

27

has similar features as one of the prior examples (Figures 14-22). Additionally, the device is configured with a reflector structure including alternating quarter-wave layers of high acoustic impedance 3452, 3552 (e.g. metals such as Mo, W, Cu, Ta) and low impedance materials 3451, 3551 (e.g., dielectrics such as to form acoustic reflector above acoustic resonator device). Figure

5    35 also shows a first electrode 3561 horizontally coupled to the first top electrode 3541 and a second electrode 3562 vertically coupled to the second top electrode 3542. The intrinsic device is marked as 3501. Of course, there can be other variations, modifications, and alternatives.

[0130]    Figure 36 illustrates circuit diagrams of the integrated reflector structure with the single crystal acoustic resonator device of the aforementioned Figures. This illustration is merely an

10    example, and should not unduly limit the scope of the claims herein. As shown, circuit 3601 is a block diagram with the piezo membrane 3622 sandwiched between the first top electrode 3661 and the second top electrode 3662. The connection area 3603 of block diagram 3601 is represented in the circuit diagram 3602, showing an equivalent circuit configuration.

[0131]    In an example, the present invention can provide an acoustic resonator device

15    comprising a bulk substrate member, having a surface region, and a thickness of material. In an example, the bulk substrate has a first recessed region and a second recessed region, and a support member disposed between the first recessed region and the second recessed region.

[0132]    In an example, the device has a thickness of single crystal piezo material formed overlying the surface region. In an example, the thickness of single crystal piezo material has an

20    exposed backside region configured with the first recessed region and a contact region configured with the second recessed region. The device has a first electrode member formed overlying an upper portion of the thickness of single crystal piezo material and a second electrode member formed overlying a lower portion of the thickness of single crystal piezo material to sandwich the thickness of single crystal piezo material with the first electrode

25    member and the second electrode member. In an example, the second electrode member extends from the lower portion that includes the exposed backside region to the contact region. In an example, the device has a second electrode structure configured with the contact region and a first electrode structure configured with the first electrode member.

[0133]    As shown, the device also has a dielectric material overlying an upper surface region of

30    a resulting structure overlying the bulk substrate member. The device has an acoustic reflector structure configured overlying the first electrode member, the upper portion, the lower portion,

28

and the second electrode member. As shown, the acoustic reflector structure has a plurality of quarter wave layers configured spatially within the dielectric material.

**[0134]** Figures 37 and 38 illustrate a reflector structure (3700, 3800) configured on the single crystal acoustic resonator device in an example of the present invention. This illustration is

5 merely an example, and should not unduly limit the scope of the claims herein. As shown, the device has similar features as one of the prior examples (Figures 24-32). Additionally, the device is configured with a reflector structure including alternating quarter-wave layers of high acoustic impedance 3752, 3852 (e.g. metals such as Mo, W, Cu, Ta) and low impedance materials 3751, 3752 (e.g., dielectrics such as to form acoustic reflector above acoustic resonator

10 device). Figure 38 also shows a first electrode 3861 horizontally coupled to the first top electrode 3841 and a second electrode 3862 vertically coupled to the second top electrode 3842. The intrinsic device is marked as 3801. Of course, there can be other variations, modifications, and alternatives.

**[0135]** Figure 39 illustrates circuit diagrams of the integrated reflector structure with the single

15 crystal acoustic resonator device of the aforementioned Figures. This illustration is merely an example, and should not unduly limit the scope of the claims herein. As shown, circuit 3901 is a block diagram with the piezo membrane 3922 sandwiched between the first top electrode 3961 and the second top electrode 3962. The connection area 3903 of block diagram 3901 is represented in the circuit diagram 3902, showing an equivalent circuit configuration.

20 **[0136]** In an example, the present invention can provide an acoustic resonator device comprising a bulk substrate member, having a surface region, and a thickness of material. In an example, the bulk substrate has a first recessed region and a second recessed region, and a support member disposed between the first recessed region and the second recessed region.

**[0137]** In an example, the device has a thickness of single crystal piezo material formed

25 overlying the surface region. In an example, the thickness of single crystal piezo material has an exposed backside region configured with the first recessed region and a contact region configured with the second recessed region. The device has a first electrode member formed overlying an upper portion of the thickness of single crystal piezo material and a second electrode member formed overlying a lower portion of the thickness of single crystal piezo

30 material to sandwich the thickness of single crystal piezo material with the first electrode member and the second electrode member. In an example, the second electrode member extends

29

from the lower portion that includes the exposed backside region to the contact region. In an example, the device has a second electrode structure configured with the contact region and a first electrode structure configured with the first electrode member.

[0138] As shown, the device also has a dielectric material overlying an upper surface region of a resulting structure overlying the bulk substrate member. The device has an acoustic reflector structure configured overlying the first electrode member, the upper portion, the lower portion, and the second electrode member. As shown, the acoustic reflector structure has a plurality of quarter wave layers configured spatially within the dielectric material.

[0139] Figure 40 illustrates simplified diagrams of a bottom surface region and top surface region for the single crystal acoustic resonator device in an example of the present invention. As shown, Figure 40 includes a top view 4001 and bottom view 4003, each with a corresponding cross-sectional view 4002 and 4004, respectively. These views show a resonator device similar to those described previously. A piezo membrane 4020 is disposed overlying a substrate 4010. The top side of the device includes a first and second top electrode 4041, 4042. The etched underside of the substrate includes a bottom electrode 4043. Of course, there can be variations, modifications, and alternatives.

[0140] Figures 41 and 44 illustrate simplified examples of a single crystal acoustic resonator device configured in a filter ladder network in an example of the present invention. This illustration is merely an example, and should not unduly limit the scope of the claims herein. In examples, the following description provides illustrations and fabrication processes for manufacturing two-or-more resonators together to produce a SCAR filter, among other elements.

[0141] Referring to Figure 41, the method begins by taking physical implementation for SCAR device 4100 (details found in Figure 22) and translating into circuit element 4102, as shown. The circuit element includes a first electrode 4161, a second electrode 4162, and a resonance circuit device 4101 in between the two electrodes. In an example, each of the acoustic resonator devices comprises a bulk substrate structure, having a surface region, and a thickness of material. In an example, the bulk substrate structure has a first recessed region and a second recessed region, and a support member disposed between the first recessed region and the second recessed region. Of course, there can be variations.

30

[0142]   In an example, the device has a thickness of single crystal piezo material formed overlying the surface region.  In an example the thickness of single crystal piezo material has an exposed backside region configured with the first recessed region and a contact region configured with the second recessed region.  In an example, the single crystal piezo material has

5    a thickness of greater than 0.4 microns, although there can be variations.  In an example, the single crystal piezo material is characterized by a dislocation density of less than $10^{12}$ defects/ cm2, while there can be variations.

[0143]   In an example, the device has a first electrode member formed overlying an upper portion of the thickness of single crystal piezo material and a second electrode member formed

10   overlying a lower portion of the thickness of single crystal piezo material to sandwich the thickness of single crystal piezo material with the first electrode member and the second electrode member, the second electrode member extending from the lower portion that includes the exposed backside region to the contact region.  In an example, a second electrode structure is configured with the contact region and a first electrode structure is configured with the first

15   electrode member.  In an example, the device has a dielectric material overlying an upper surface region of a resulting structure overlying the bulk substrate member and an acoustic reflector structure configured overlying the first electrode member, the upper portion, the lower portion, and the second electrode member.

[0144]   Alternatively, the device can include any of the other aforementioned features, and

20   others.  Of course there can be other variations, modifications, and alternatives.  Further details of the present examples can be found throughout the present specification and more particularly below.

[0145]   Referring to Figure 42, a series shunt configuration 4200 of circuit elements R1, R2, R3, R4, R5, R6, and R7 are shown, although there can be variations and modifications.  That is,

25   the configuration can include a greater quantity of resonators or fewer, depending upon the example.  As shown, the illustration configures a filter ladder network used in an acoustic filter that is made up of series-shunt configure SCARs.

[0146]   Referring now to Figure 43, the monolithic filter ladder network has a plurality of single crystal acoustic resonator devices numbered from R1, R2, R3, R4, R5, R6, and R7 are

30   configured on a common substrate member.  Circuit diagram 4300 corresponds to the device

31

configuration 4301. Of course, there can be a greater quantity or fewer devices that have been configured together.

[0147]   In an example, each of the acoustic resonator device comprises a bulk substrate structure, having a surface region, and a thickness of material. In an example, the bulk substrate structure has a first recessed region and a second recessed region, and a support member disposed between the first recessed region and the second recessed region. Of course, there can be variations.

[0148]   In an example, the device has a thickness of single crystal piezo material formed overlying the surface region. In an example the thickness of single crystal piezo material has an exposed backside region configured with the first recessed region and a contact region configured with the second recessed region. In an example, the single crystal piezo material has a thickness of greater than 0.4 microns, although there can be variations. In an example, the single crystal piezo material is characterized by a dislocation density of less than $10^{12}$ defects/cm2, while there can be variations.

[0149]   In an example, the device has a first electrode member formed overlying an upper portion of the thickness of single crystal piezo material and a second electrode member formed overlying a lower portion of the thickness of single crystal piezo material to sandwich the thickness of single crystal piezo material with the first electrode member and the second electrode member, the second electrode member extending from the lower portion that includes the exposed backside region to the contact region. In an example, a second electrode structure is configured with the contact region and a first electrode structure is configured with the first electrode member. In an example, the device has a dielectric material overlying an upper surface region of a resulting structure overlying the bulk substrate member and an acoustic reflector structure configured overlying the first electrode member, the upper portion, the lower portion, and the second electrode member. Alternatively, the device can include any of the other aforementioned features, and others.

[0150]   As shown, R1, R3, R5, and R7 are configured in a serial manner such that the second electrode structure of R1 is coupled to the first electrode structure of R3 and the second electrode structure of R3 is coupled to the first electrode structure of R5 and the second electrode structure of R5 is coupled to the first electrode structure of R7. The circuit further comprises a first node configured between the second electrode structure of R2 and the first electrode structure of R3, a

32

AKTS_00594193

second node is configured between the second electrode structure of R3 and the first electrode structure of R5, and a third node is configured between the second electrode structure of R5 and the first electrode structure of R7.

[0151] In an example, R2 is configured between the first node and a lower common electrode such that the first electrode structure of R2 is connected to the first node and the second electrode structure of R2 is connected to the lower common electrode. In an example, R4 is configured between the second node and the lower common electrode such that the first electrode structure is connected to the second node and the second electrode structure is connected to the lower common electrode. In an example, R6 is configured between the third node and the lower common electrode such that the first electrode structure of R6 is connected to the third node and the second electrode structure of R6 is connected to the lower common electrode.

[0152] In an example, given the single device has both electrodes on the top surface (or a common side) due to the use of a backside via (from backside electrode 2 to topside electrode 2), the present circuit is wired accordingly with each SCAR device having a backside via as shown in top right. In an example, seven backside vias are included that may consume greater portions of the substrate structures. Further examples of the present circuit devices can be found throughout the present specification and more particularly below.

[0153] Referring to Figure 44, the following illustration configures a filter with reduced or even minimal use of vias to save substrate area. Circuit diagram 4400 corresponds to the device configuration 4401. In an example, the range of values for the present filter configuration is from seven down to one, or a single via (shown right). In an example, the present illustration uses the following boundary conditions: (1) Input of R1 and output of R7 are arranged such they are both topside node 1; (2) maximize the number of internal nodes, which use common node, and (3) the common node (bottom of R2, R4, R6) combine at the top surface of the substrate. As shown, only a single via is included, which leads to savings in expense, processing, and substrate area. Of course, there are multiple examples that can range from the single via to seven vias or more.

[0154] In an example, the second electrodes are shared on a common internal node using a backside connection and metallization. In an example, the first electrodes are shared using a top side connection, which couple each of them together. In an example, only R4 has a via structure, which couples to the lower common electrode member. Of course, there can be variations,

33

AKTS_00594194

modifications, and alternatives.  In an example, the fewer vias leads to less parasitic capacitance or other loads, and reduces processes, and improves substrate usage, which are beneficial for the manufacture of highly integrated devices.

[0155]   Figures 45 to 52 illustrate simplified examples of two and three element single crystal
5   acoustic resonator devices according to examples of the present invention.  This illustration is merely an example, and should not unduly limit the scope of the claims herein.  In examples, the following description provides illustrations for two- or three-element SCAR devices, which are useful at the circuit level to implement a filter.  In an example, some devices do not include a via structure, which is beneficial and more efficient.

10   [0156]   Referring to Figure 45, the illustration shows a filter ladder structure 4500 discussed earlier, which can be configured from two element devices, R1, R2, R3, R4, R5, R6, and R7 in an example.  As shown, R1 and R2 can be configured to form a series shunt two-element device 4501 in an example.  As shown, R6 and R7 can be configured to form a series shunt two-element device 4502 in an example.  Of course, there can be other variations.

15   [0157]   Referring to Figure 46, the illustration shows the same filter ladder structure 4600 discussed earlier can be constructed three element "Y" and "Pi" devices in an example.  In an example, R1, R2 and R3 can be configured to make up a series-shunt-series "Y" element SCAR device 4601.  In an example, R4, R5 and R6 can be configured to make up a shunt-series-shunt three-element "Pi" SCAR device 4602.  In an example, other three element "Y" and "Pi" SCAR
20   devices can be constructed from this network, e.g., R5-R6-R7 make up a "Y" device, R2-R3-R4 make up a "Pi" device.  Of course, there can be other alternatives, modifications, and variations. In an example, which refers to Figure 47, the illustration can provide a lowest count of vias in a SCAR filter or any desirable count, depending upon the embodiment.  Figure 47 can show a similar configuration (4700/4701) to that shown in Figure 44 (4400/4401).  Further details of the
25   present examples, can be found throughout the present specification and more particularly below.

[0158]   In an example, the description illustrates a series-shunt two-element three-terminal SCAR device by Figure 48.  In an example, R1 & R2, among other combinations, as noted can be configured from two simple SCAR structures.  In an example, such two-element device 4801 has no vias, and two terminals including T1, T2, which are on a top side of the substrate member
30   and a third-terminal (T3) is on backside of the substrate.  In an example, the description illustrates the shunt-series two-element three terminal SCAR device 4800.  In an example,

34

referencing R1-R2 from left-to-right, a series-shunt device is illustrated. From right-to-left to left, a shunt-series device is illustrated and has the same physical structure as the aforementioned device. Of course, there can be other variations, modifications, and alternatives.

[0159]    Referring now to Figure 49, the description illustrates a "Y" three-terminal SCAR
5    device without via structure, which reduces the size of the device. As shown and has been described, R1, R2, and R3, among other combinations, form a three-element three terminal "Y" configured SCAR device 4900 in an example. Such example has notable feature, such as no via structures, T1, T2, T3 are connections configured on the topside of the substrate member for bonding wires. In an example, the device also has node two (2), which is common for R1, R2,
10    and R3, and configured "internally" and connected on the backside of the substrate member. In an example, the device is a series shunt series configuration, and has three separate SCAR regions corresponding to three devices to make up the "Y" configuration device.

[0160]    Referring now to Figure 50, the description illustrates a "Y" three-terminal SCAR device with a single via structure, which reduces the size of the device. As shown and has been
15    described, R3, R4, and R5, among other combinations, form a three-element three terminal "Y" configured SCAR device 5000 in an example. Such example has notable features, such as a single via on a backside connected to a front-side or topside of the substrate member. In an example, the device also has T1 and T2 contacts configured to and accessible to the backside of the substrate. T3 is configured to and accessible to the front-side of the substrate.  The node one
20    (1), which is common for R3, R4, and R5, is configured "internally" and is connected on the frontside of the substrate member. In an example, the device is a series shunt series configuration, and has three separate SCAR regions corresponding to three devices to make up the "Y" configuration device.

[0161]    Referring to Figure 51, the description illustrates a "Pi", three-terminal SCAR device
25    with a single via structure in an example.  As shown in the illustration, R2, R3, and R4, among other combinations, form a three-element, three terminal "Pi" configured SCAR device 5100. Such device has notable features such as a single backside via structure to route a backside connect to a front-side of the substrate. In an example, node two (2) for each of the devices R2 and R3 are connected to one another on the backside and form terminal 1 (T1).  In an example,
30    terminal 3, which is T3, is a contact that is accessible to the front-side of substrate. In an example, nodes one (1) 1 for each device R3 and R4 are configured to and connected on the

35

front-side and form terminal 2 (T2). In an example, the device is a shunt series shunt configuration. In an example, the device includes three separate SCAR regions for corresponding to the three devices to form three (3) elements which form and make-up the "Pi" configuration. As shown is a simplified illustration of a shunt series shunt three (3)-element,

5    three terminal "Pi" SCAR device having a single via structure on the R4 shunt leg or member. Of course, there can be variations, alternatives, and modifications.

[0162]    Referring to Figure 52, the description illustrates a "Pi", three-terminal SCAR device with two (2) backside via structures in an example. As shown, the device has been mentioned in an earlier example, however, the present device has an additional via on terminal 1 (T1)

10   configured the contact region from backside to front-side in this example. In an example, the device has notable features, such as two (2) backside via structures to route the backside contact region to connect to the front-side of the substrate. In an example, the device has node two (2) for each device elements R2 and R3 that are connected to one another on the backside and then routed to front-side of the substrate using via structure to form terminal 1 (T1). In an example,

15   terminal 3 (T3) is configured to a contact region accessible to the front-side of substrate. In an example, the node 1 (1) for each device elements R3 and R4 are configured to and connected on the front-side and form terminal 2 (T2). In an example, the device provides a shunt series shunt configuration. Additionally, the device includes use of three separate SCAR regions related to the devices, which form and make-up "Pi" configuration. In an example, as shown, is the shunt

20   series shunt three element, three terminal "Pi" SCAR device 5200 having a single via on the R4 shunt leg plus a single via structure 1 connecting internal node two (2) for R2 and R3 to configured and make the T1 connection to the front-side of the substrate.

[0163]    While the above is a full description of the specific embodiments, various modifications, alternative constructions and equivalents may be used. Therefore, the above

25   description and illustrations should not be taken as limiting the scope of the present invention which is defined by the appended claims.

36

AKTS_00594197

WHAT IS CLAIMED IS:

1.           1.          A monolithic filter ladder network comprising:
2.                   a plurality of single crystal acoustic resonator devices, numbered from R1 to N,
3.  where N is an integer greater than 1, configured on a common substrate member, each of the
4.  acoustic resonator device comprising:
5.                       a bulk substrate structure, having a surface region, and a thickness of
6.  material, the bulk substrate structure having a first recessed region and a second recessed
7.  region, and a support member disposed between the first recessed region and the second
8.  recessed region;
9.                       a thickness of single crystal piezo material formed overlying the surface
10. region, the thickness of single crystal piezo material having an exposed backside region
11. configured with the first recessed region and a contact region configured with the second
12. recessed region, the single crystal piezo material having a thickness of greater than 0.4
13. microns, the single crystal piezo material being characterized  by a dislocation density of
14. less than $10^{12}$ defects/ cm$^2$;
15.                       a first electrode member formed overlying an upper portion of the
16. thickness of single crystal piezo material;
17.                       a second electrode member formed overlying a lower portion of the
18. thickness of single crystal piezo material to sandwich the thickness of single crystal piezo
19. material with the first electrode member and the second electrode member, the second
20. electrode member extending from the lower portion that includes the exposed backside
21. region to the contact region;
22.                       a second electrode structure configured with the contact region;
23.                       a first electrode structure configured with the first electrode member;
24.                       a dielectric material overlying an upper surface region of a resulting
25. structure overlying the bulk substrate member; and
26.                       an acoustic reflector structure configured overlying the first electrode
27. member, the upper portion, the lower portion, and the second electrode member.

1.           2.          The device of claim 1 wherein the support member is configured in a
2.  plane coincident with a bottom surface region of the bulk substrate structure.

37

AKTS_00594198

1        3.     The device of claim 1 wherein the support member is configured in a

2    plane off-set and recessed in reference to a bottom surface region of the bulk substrate structure.

1        4.     The device of claim 1 wherein the single crystal piezo material being

2    characterized by X-ray diffraction with clear peak at a detector angle (2-Theta) associated with

3    single crystal film and whose Full Width Half Maximum (FWHM) is measured to be less than

4    $1.0°$.

1        5.     The device of claim 1 wherein N is equal to at least 7, and R1, R3, R5, and

2    R7 are configured in a serial manner such that the second electrode structure of R1 is coupled to

3    the first electrode structure of R3 and the second electrode structure of R3 is coupled to the first

4    electrode structure of R5 and the second electrode structure of R5 is coupled to the first electrode

5    structure of R7; and further comprising a first node configured between the second electrode

6    structure of R2 and the first electrode structure of R3; a second node is configured between the

7    second electrode structure of R3 and the first electrode structure of R5; and a third node is

8    configured between the second electrode structure of R5 and the first electrode structure of R7.

1        6.     The device of claim 1 wherein N is equal to at least 7, and R1, R3, R5, and

2    R7 are configured in a serial manner such that the second electrode structure of R1 is coupled to

3    the first electrode structure of R3 and the second electrode structure of R3 is coupled to the first

4    electrode structure of R5 and the second electrode structure of R5 is coupled to the first electrode

5    structure of R7; and further comprising a first node configured between the second electrode

6    structure of R2 and the first electrode structure of R3; a second node is configured between the

7    second electrode structure of R3 and the first electrode structure of R5; and a third node is

8    configured between the second electrode structure of R5 and the first electrode structure of R7;

9    and wherein R2 is configured between the first node and a lower common electrode; R4 is

10   configured between the second node and the lower common electrode; and R6 is configured

11   between the third node and the lower common electrode.

1        7.     The device of claim 1 wherein N is equal to at least 7 and R1, R3, R5, and

2    R7 are configured in a serial manner such that the second electrode structure of R1 is coupled to

3    the first electrode structure of R3 and the second electrode structure of R3 is coupled to the first

4    electrode structure of R5 and the second electrode structure of R5 is coupled to the first electrode

38

5    structure of R7; and further comprising a first node configured between the second electrode
6    structure of R2 and the first electrode structure of R3; a second node is configured between the
7    second electrode structure of R3 and the first electrode structure of R5; and a third node is
8    configured between the second electrode structure of R5 and the first electrode structure of R7;
9    and wherein R2 is configured between the first node and a lower common electrode such that the
10   first electrode structure of R2 is connected to the first node and the second electrode structure of
11   R2 is connected to the lower common electrode; R4 is configured between the second node and
12   the lower common electrode such that the first electrode structure is connected to the second
13   node and the second electrode structure is connected to the lower common electrode; and R6 is
14   configured between the third node and the lower common electrode such that the first electrode
15   structure of R6 is connected to the third node and the second electrode structure of R6 is
16   connected to the lower common electrode.

1         8.      The device of claim 1 wherein N is equal to at least 7 and R1, R2, and R3
2    are configured to share a first common node; wherein R5, R6, and R7 are configured to share the
3    first common node; wherein R1, R2, and R3 are configured to share a second common node; and
4    wherein R5, R6, and R7 are configured to share a second common node; and R4 are configured
5    to share the first common node.

1         9.      The device of claim 1 wherein at least one of the plurality of acoustic
2    resonator devices including R1, R2, R3, R4, R5, R6, or R7 comprises a via structure for a contact
3    structure.

1         10.     The device of claim 1 wherein N is equal to at least 7 and R1, R2, and R3
2    are configured to share a first common node; wherein R5, R6, and R7 are configured to share the
3    first common node; wherein R1, R2, and R3 are configured to share a second common node; and
4    wherein R5, R6, and R7 are configured to share a second common node; and R4 are configured
5    to share the first common node; and R4 is configured with a via structure coupled to the first
6    common node.

1         11.     The device of claim 1 wherein the thickness of single crystal piezo
2    material selected from at least one of AlN, AlGaN, InN, BN, or other group III nitrides.

39

1    12.    The device of claim 1 wherein the thickness of single crystal piezo
2    material is selected from at least one of a single crystal oxide including a high K dielectric, ZnO,
3    or MgO.

1    13.    The device of claim 1 wherein the each of the first electrode structure and
2    the second electrode structure is selected from one of tantalum or molybdenum; wherein the bulk
3    substrate structure is selected from a silicon, a gallium arsenide, gallium nitride, aluminum
4    nitride, an aluminum oxide, or others.

1    14.    A configurable monolithic filter ladder network comprising:
2    a plurality of single crystal acoustic resonator (SCAR) devices, numbered from
3    R1 to N, where N is an integer greater than 1, configured on a common substrate member, each
4    of the acoustic resonator device comprising:
5    a bulk substrate structure, having a surface region, and a thickness of material, the
6    bulk substrate structure having a first recessed region and a second recessed region, and a
7    support member disposed between the first recessed region and the second recessed region;
8    a thickness of single crystal piezo material formed overlying the surface region,
9    the thickness of single crystal piezo material having an exposed backside region configured with
10   the first recessed region and a contact region configured with the second recessed region, the
11   single crystal piezo material having a thickness of greater than 0.4 microns, the single crystal
12   piezo material being characterized by a dislocation density of less than $10^{12}$ defects/ cm$^2$;
13   a first electrode member formed overlying an upper portion of the thickness of
14   single crystal piezo material;
15   a second electrode member formed overlying a lower portion of the thickness of
16   single crystal piezo material to sandwich the thickness of single crystal piezo material with the
17   first electrode member and the second electrode member, the second electrode member
18   extending from the lower portion that includes the exposed backside region to the contact region;
19   and
20   a second electrode structure configured with the contact region;
21   a first electrode structure configured with the first electrode member;
22   a dielectric material overlying an upper surface region of a resulting structure
23   overlying the bulk substrate member.

40

AKTS_00594201

15.     The device of claim 14 wherein N is equal to at least 7; wherein R1 and R2 are configured to form a series shunt first two-element device; and R6 and R7 are configured to form a series shunt second two-element device.

16.     The device of claim 14 wherein N is equal to at least 7; and wherein R1, R2 and R3 are configured to make up a first series-shunt-series Y element SCAR device; and R4, R5 and R6 are configured to make up a shunt-series-shunt three-element Pi SCAR device.

17.     The device of claim 14 wherein the thickness of single crystal piezo material selected from at least one of AlN, AlGaN, InN, BN, or other group III nitrides.

18.     The device of claim 14 wherein the thickness of single crystal piezo material is selected from at least one of a single crystal oxide including a high K dielectric, ZnO, or MgO.

19.     The device of claim 14 wherein the each of the first electrode structure and the second electrode structure is selected from one of tantalum or molybdenum; wherein the bulk substrate structure is selected from a silicon, a gallium arsenide, gallium nitride, aluminum nitride, an aluminum oxide, or others.

20.     A configurable single crystal acoustic resonator (SCAR) device integrated circuit comprising a plurality of SCAR devices numbered from 1 through N, where N is an integer of 2 and greater, each of the SCAR device has a thickness of single crystal piezo material formed overlying a surface region of a substrate member, the single crystal piezo material being characterized by a dislocation density of less than $10^{12}$ defects/ $cm^2$.

41

AKTS_00594202

PATENT

Attorney Docket No.: A969RO-000300US

### ABSTRACT OF THE DISCLOSURE

A configurable single crystal acoustic resonator (SCAR) device integrated circuit. The circuit comprises a plurality of SCAR devices numbered from 1 through N, where N is an integer of 2 and greater. Each of the SCAR device has a thickness of single crystal piezo material formed overlying a surface region of a substrate member. The single crystal piezo material is characterized by a dislocation density of less than $10^{12}$ defects/ $cm^2$.

AKTS_00594203

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | A969RO-000300US |
|---|---|---|
| | Application Number | |
| Title of Invention | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | | | Remove |
|---|---|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Jeffrey | B. | SHEALY | |

| Residence Information (Select One) | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | Cornelius | State/Province | NC | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 20514 Queensdale Drive |
|---|---|

| Address 2 | |
|---|---|

| City | Cornelius | | State/Province | NC |
|---|---|---|---|---|

| Postal Code | 28031 | Country i | US |
|---|---|---|---|

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the Add button.     [Add]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 83275 |
|---|---|

| Email Address | | [Add Email] [Remove Email] |
|---|---|---|

## Application Information:

| Title of the Invention | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES | |
|---|---|---|
| Attorney Docket Number | A969RO-000300US | Small Entity Status Claimed ☒ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | 28 | Suggested Figure for Publication (if any) | 1 |

AKTS_00594204

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | A969RO-000300US |
|---|---|---|
| | Application Number | |

| Title of Invention | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES |
|---|---|

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☒ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 83275 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.

| Prior Application Status | | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | | | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.     | Add |

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) ¹the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country ⁱ | Filing Date (YYYY-MM-DD) | Access Codeⁱ (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.     | Add |

AKTS_00594205

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | A969RO-000300US |
|---|---|---|
| | Application Number | |
| Title of Invention | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES | |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.

## Authorization to Permit Access:

☐ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

AKTS_00594206

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | A969RO-000300US |
|---|---|---|
| | Application Number | |

| Title of Invention | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES |
|---|---|

---

**Applicant 1**      | Remove |

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

| Clear |

| ⦿ Assignee | ◯ Legal Representative under 35 U.S.C. 117 | ◯ Joint Inventor |
|---|---|---|

| ◯ Person to whom the inventor is obligated to assign. | ◯ Person who shows sufficient proprietary interest |
|---|---|

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| |
|---|

| Name of the Deceased or Legally Incapacitated Inventor : | |
|---|---|

| If the Applicant is an Organization check here. | ☒ |
|---|---|

| Organization Name | Akoustis, Inc. |
|---|---|

**Mailing Address Information:**

| Address 1 | 20513 Queensdale Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Cornelius | **State/Province** | NC |
| **Country** i | US | Postal Code | 28031 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.     | Add |

---

## Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section only if non-applicant assignee information is desired to be included on the patent application publication in accordance with 37 CFR 1.215(b). Do not include in this section an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest), as the patent application publication will include the name of the applicant(s).

| Remove |

| If the Assignee is an Organization check here. | ☐ |
|---|---|

AKTS_00594207

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | A969RO-000300US |
| | Application Number | |

| Title of Invention | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES |
| --- | --- |

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
| --- | --- | --- | --- | --- |
| | | | | |

**Mailing Address Information:**

| **Address 1** | |
| --- | --- |
| Address 2 | |

| **City** | | **State/Province** | |
| --- | --- | --- | --- |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee Data may be generated within this form by selecting the Add button.    [ Add ]

## Signature:    [ Remove ]

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications

| Signature | /Steve Y. Cho/ | | | Date (YYYY-MM-DD) | 2014-06-03 |
| --- | --- | --- | --- | --- | --- |
| First Name | Steve | Last Name | Cho | Registration Number | 44612 |

Additional Signature may be generated within this form by selecting the Add button.    [ Add ]

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

AKTS_00594208

# **Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

AKTS_00594209

Attorney Docket No.: A969RO-000300US

## DECLARATION AND ASSIGNMENT OF PATENT APPLICATION

As a below named inventor, I hereby declare that:

This declaration is directed to the application attached hereto, or if not attached hereto, the below-identified application:

Title of Invention: INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES

Filing Date:

Application No.:

Attorney Docket No.:    A969RO-000300US

The application was made or authorized to be made by me;

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statements made in this declaration is punishable under 18 U.S.C. § 1001 by fine or imprisonment of not more than five (5) years, or both.

WHEREAS, the below named individual, hereinafter referred to as "Assignor," is an inventor of the invention described and set forth in the above-identified application for United States Letters Patent;

WHEREAS, Akoustis, Inc., located at 20513 Queensdale Drive, Cornelius, NC 28031, hereinafter referred to as "ASSIGNEE," is desirous of acquiring ASSIGNOR'S interest in the said invention and application and in any U.S. Letters Patent which may be granted on the same;

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that, for good and valuable consideration, receipt of which is hereby acknowledged by Assignor, Assignor has sold, assigned and transferred, and by these presents do sell, assign and transfer unto the said Assignee, and Assignee's successors and assigns, all their right, title and interest in and to the said invention and application including any corresponding foreign application, and in and to any Letters Patent which may hereafter be granted on the same in the United States and any corresponding foreign application, the said interest to be held and enjoyed by said Assignee as fully and exclusively as it would have been held and enjoyed by said Assignor had this Assignment and transfer not been made, to the full end and term of any Letters Patent which may be granted thereon, or of any division, renewal, continuation in whole or in part, substitution, conversion, reissue, prolongation or extension thereof.

Assignor further agrees to, without charge to Assignee, but at Assignee's expense, cooperate with Assignee in the prosecution of said application and/or applications, execute, verify, acknowledge and deliver all such further papers, including applications for Letters Patent and for the reissue thereof, and instruments of assignment and transfer thereof, and will perform such other acts as Assignee lawfully may request, to obtain or maintain Letters Patent for said invention and improvement, and to vest title thereto in Assignee, or Assignee's successors and assigns.

Declaration and Assignment
Attorney Docket No.: A969RO-000300US
Page 2

Assignor hereby authorizes and requests AMPACC Law Group, PLLC, 6100 219th Street SW, Suite 580, Mountlake Terrace, WA 98043, to insert herein above the title, application number, and filing date of said application when known.

IN TESTIMONY WHEREOF, the below named inventor and Assignor has signed on the date indicated.

5 - 3 - 2014
_____
Date:

_____
Inventor's Name: Jeffrey B. SHEALY

AKTS_00594211



FIG. 1

AKTS_00594212





FIG. 2



300

1700 MHz     5000+ MHz

RF Spectrum

FIG. 3

AKTS_00594214



FIG. 4



FIG. 5

AKTS_00594215



FIG. 6



FIG. 7

AKTS_00594216



FIG. 8

FIG. 9

AKTS_00594217



FIG. 10

AKTS_00594218



FIG. 11



FIG. 12

AKTS_00594219

| Filter Solution | Conventional | Present Example |
| --- | --- | --- |
| Filter type | BAW or FBAR | BAW |
| Filter Peizo Material | AIN, ZnO, PZT | Single Crystal GaN or AlGaN |
| Substrate | Silicon/Sapphire | Silicon |
| Technique | Sputtered | MOCVD |
| Crystal Quality | Amorphous (random) | Single-Crystal (ordered) |
| Acoustic Coupling ($K^2$) | Poor (6.5%-15%) | Better (>30% projected) |
| Filter Insertion Loss (dB) | -3dB (Lossy) | -1dB is goal (Disruptive) |
| Adjacent channel rejection | good | better |
| Transmitter Impact | 60% Tx Power lost | 20% Tx Power lost |
| Receiver Impact | Degrade Signal Quality | Improved Signal Quality |

FIG. 13

AKTS_00594220



FIG. 14

FIG. 15

FIG. 16

AKTS_00594221



FIG. 17

FIG. 18

FIG. 19

AKTS_00594222



FIG. 20



FIG. 21

AKTS_00594223



**FIG. 22**



**FIG. 23**

AKTS_00594224



FIG. 24

FIG. 25

FIG. 26

AKTS_00594225



FIG. 27

FIG. 28

FIG. 29

AKTS_00594226



FIG. 30



FIG. 31

AKTS_00594227



**FIG. 32**



**FIG. 33**

AKTS_00594228



FIG. 34

FIG. 35

FIG. 36

AKTS_00594229



FIG. 37

FIG. 38

FIG. 39

AKTS_00594230



FIG. 40



## FIG. 41



## FIG. 42

AKTS_00594232



FIG. 43

AKTS_00594233



FIG. 44

AKTS_00594234



FIG. 45



FIG. 46

AKTS_00594235



FIG. 47

AKTS_00594236



FIG. 48



FIG. 49

AKTS_00594237



**FIG. 50**



**FIG. 51**

AKTS_00594238



FIG. 52

AKTS_00594239

# Exhibit JJJ





# Transcript of David Aichele

**Date:** September 15, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

**WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY**

Transcript of David Aichele
Conducted on September 15, 2023

1 (1 to 4)

---

**Page 1**

```
1          IN THE UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF DELAWARE
3  QORVO, INC.,              ) C.A. No. 21-1417 JPM
4                            )
5          Plaintiff,        )
6                            )
7  v.                        )
8                            )
9  AKOUSTIS TECHNOLOGIES, INC., )
10 and AKOUSTIS, INC.,       )
11                           )
12         Defendants.       )
13 _____ )
14
15
16
17         VIDEOTAPED DEPOSITION OF
18         DAVID AICHELE
19         Charlotte, North Carolina
20         Friday, September 15, 2023
21         8:38 a.m.
22
23 Reported by:  Christine A. Taylor, RPR
24 Job No.: 505394
25
```

**Page 2**

```
1             APPEARANCES
2
3  For the Plaintiff:
4     SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
5     BY: JONATHAN R. DeFOSSE, ESQ.
         ROY JUNG, ESQ.
6        2099 Pennsylvania Avenue, NW, Suite 100
         Washington, D.C.  20006
7        202.747.1900
         jdefosse@sheppardmullin.com
8        rjung@sheppardmullin.com
9  For the Defendants:
10    PILLSBURY WINTHROP SHAW PITTMAN, LLP
      BY: DAVID A. JAKOPIN, ESQ.
11       2550 Hanover Street
         Palo Alto, California  94304
12       650.233.4046
         david.jakopin@pillsburylaw.com
13
14
15 Also Present:
16    Drew Wright, Akoustis
17    Len Harris, Videographer
18
19
20
21
22
23
24
25
```

**Page 3**

C O N T E N T S

```
1                                    PAGE
2
3  EXAMINATION BY MR. DeFOSSE          21
4
5
6             * * *
7
8         E X H I B I T S
9  EXHIBIT    DESCRIPTION           PAGE
10 Exhibit 468  10/29/2015 E-mails, Subject: RE:  67
11              New Qorvo BAW Advanced
12              Development results, Bates
13              AKTS_00069739 - 69740
14 Exhibit 469  8/25/16 E-mails, Subject: Re:  74
15              Akoustis, Bates AKTS_00115835 -
16              115837
17 Exhibit 470  ALEO - 9/2/16 E-mails, Subject:  80
18              RE: SAW filters from 600 Mhz to
19              1000 Mhz, Bates AKTS_00471343 -
20              471347
21 Exhibit 471  AEO - Spreadsheet produced in  83
22              native - Bates AKTS_00471348
23 Exhibit 472  AEO - 1/7/19 E-mails, Subject:  85
24              RE: B25x Comparison, Bates
25              AKTS_00244229 - 244230
```

**Page 4**

```
1  Exhibit 473   AEO - 2/27/19 E-mail, Subject:   88
2                The spec of QpQ1298, Bates
3                AKTS_00135693
4  Exhibit 474   AEO - QPQ1298 Target Data Sheet,   88
5                Bates AKTS_00135694 - 135700
6  Exhibit 475   AEO - 9/28/19 E-mails, Subject:   93
7                Re: Saurabh, Bates AKTS_00135701
8  Exhibit 476   AEO - QPQ1298 Target Data Sheet,   93
9                Bates AKTS_00135702 - 135708
10 Exhibit 477   AEO - 11/13/19 E-mail, Subject:   96
11                The meeting with ███, Bates
12                AKTS_00041092 - 51093
13 Exhibit 478   QPQ1298 Target Data Sheet, Bates   96
14                AKTS_00051094 - 51100
15 Exhibit 479   AEO - 11/13/19 E-mail, Subject:   99
16                ███, Bates
17                AKTS_00041101
18 Exhibit 480   QPQ1298 Target Data Sheet, Bates   99
19                AKTS_00051102 - 51108
20 Exhibit 481   AEO - 11/26/19 E-mails, Subject:   102
21                RE: A10249 Simulations, Bates
22                AKTS_00051456 - 51460
23 Exhibit 482   QPQ1298 Target Data Sheet, Bates   102
24                AKTS_00051461 - 51467
25 Exhibit 483   885136 2437 mhZ BAW Filter,   102
```

Transcript of David Aichele
Conducted on September 15, 2023

17

1  Exhibit 599    AEO - 7/2/18 E-mail, Subject:    282
2        RE: FedEx Shipment 771870549987
3        Notification, Bates
4        AKTS_00226431
5  Exhibit 600    AEO - Evaluation results of    282
6        Akoustis BAW filter, Bates
7        AKTS_00226432 - 226441
8  Exhibit 601    AEO - 12/14/18 E-mails, Subject:    288
9        Re: Evaluation report, Bates
10       AKTS_0000084938 - 84943
11 Exhibit 602    AEO - Akoustis XBAW RF-Filters,    288
12       Bates AKTS_00084944 - 84956
13 Exhibit 603    AEO - High Power, Wideband    288
14       Single Crystal XBAW Technology
15       for sub-6 GHz Micro RF Filter
16       Applications, Bates
17       AKTS_00084957 - 84960
18 Exhibit 604    AEO - Akoustis XBAW WiFi 5 GHz    288
19       Coexist Filters, Bates
20       AKTS_00084961
21 Exhibit 605    AEO - 1/24/19 E-mails, Subject:    293
22       RE: AKF1252 High Power Samples,
23       Bates AKTS_00246445 - 246449
24 Exhibit 606    AEO - Evaluation Report, Bates    293
25       AKTS_00246450 - 00246460

18

1  Exhibit 607    AEO - 4/24/17 E-mails, Subject:    297
2        FW: MSET111 filter 093 epi wafer
3        2003028-01 compare with previous
4        poly wafer, Bates
5        AKTS_0000147953 - 00147957
6  Exhibit 608    AEO - 5/17/20 E-mail, Subject:    300
7        FW: An idea official email to
8        Mr. SH Yoon and DJ Kim regarding
9        on project allocation for
10       MEST115, Bates AKTS_00147068 -
11       149069
12 Exhibit 609    AEO -        Update May 20,    300
13       2020, Bates AKTS_00149070 -
14       149105
15 Exhibit 610    AEO - 3/29/18 E-mails, Subject:    303
16       Re: Update, Bates AKTS_00221928
17       - 221929
18 Exhibit 611    AEO - Preliminary AKF-1252,    303
19       Bates AKTS_00221930 - 221933
20
21
22
23
24
25

19

1        PREVIOUSLY MARKED EXHIBITS
2
3  Exhibit 92  AEO - Document produced in native,    243
4        Bates AKTS00117519
5  Exhibit 93  Document produced in native, Bates    243
6        AKTS_00117520
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

20

1        VIDEOTAPED DEPOSITION of DAVID AICHELE,
2  a witness in the above-entitled action, taken
3  pursuant to notice, pursuant to the Federal Rules
4  of Civil Procedure by the Plaintiffs, before
5  CHRISTINE A. TAYLOR, RPR, at the office of Regus -
6  Charlotte/University Executive Park, 301
7  McCullough Drive, Suite 400, Charlotte, North
8  Carolina, on the 15th day of September, 2023, at
9  8:38 a.m.
10       - - -
11       P R O C E E D I N G S
12       - - -
13       THE VIDEOGRAPHER:  Here begins Media
14 Number 1 in the videotaped deposition of David
15 Aichele in the matter of Qorvo, Incorporated,
16 versus Akoustis Technologies, Incorporated, and
17 Akoustis, Incorporated, for the United States
18 District Court for the District of Delaware.  The
19 case number is 21-1417-JPM.
20       Today's date is September 15, 2023, and
21 the time is approximately 8:38 a.m.  The
22 videographer today is Len Harris representing
23 Planet Depos.  This video deposition is taking
24 place at Regus Business Center, 3117 -- I'm sorry,
25 wrong address -- 301 McCullough Drive, Suite 400,

21

1  in Charlotte, North Carolina.
2       Would counsel please voice identify
3  themselves and state whom they represent.
4       MR. DeFOSSE:  Jonathan DeFosse from
5  Sheppard Mullin on behalf of Qorvo, Inc.  Here
6  with me today is Roy Jung also from Sheppard
7  Mullin.
8       MR JAKOPIN:  David Jakopin from
9  Pillsbury Winthrop Shaw Pittman representing
10 Akoustis.  With me here today is Drew Wright,
11 general counsel of -- general counsel of Akoustis.
12      THE VIDEOGRAPHER:  The court reporter
13 today is Christine Taylor representing Planet
14 Depos.  The witness will now be sworn.
15              - - -
16          DAVID AICHELE,
17 having first been duly sworn, was examined
18      and testified as follows:
19              - - -
20          EXAMINATION
21 BY MR. DeFOSSE:
22    Q   Good morning, Mr. Aichele.
23    A   Good morning.
24    Q   As you heard, my name is John DeFosse.
25 I'm one the lawyers representing Qorvo in this

22

1  matter.
2       Could you please state for me your full
3  name.
4    A   David Maxwell Aichele.
5    Q   And your current address?
6  ██████████████████████████████████████
7  █████████████████.
8    Q   And you understand that you're here
9  today being deposed in the lawsuit that Qorvo,
10 Inc., filed against Akoustis and Akoustis
11 Technologies, Inc.; right?
12   A   I do.
13   Q   Have you ever been deposed before?
14   A   Yes, I have.
15   Q   On how many occasions?
16   A   Once.
17   Q   Okay.  I'm going to review some ground
18 rules which may sound familiar to you to help us
19 facilitate an easy day today.
20      First, you understand that you're
21 testifying under oath today?
22   A   Correct.
23   Q   And that's the same oath that you would
24 take in a court of law if you were testifying in
25 front of a jury?

23

1    A   Yes.
2    Q   Everything that I say and that you say
3  today is being written down by our court reporter,
4  so I ask that your answers be audible and not
5  shakes of the head or uh-huhs; okay?
6    A   Understand.
7    Q   If you don't understand a question I ask
8  today, I'd ask you please just to let me know and
9  I'll try to rephrase the question; okay?
10   A   Okay.
11   Q   If you answer a question that I ask
12 without asking me to rephrase it, I'm going to
13 assume that you understood that question; is that
14 fair?
15   A   Yes.
16   Q   There may be objections throughout the
17 day.  You can go ahead and answer the questions
18 without waiting for permission unless your counsel
19 instructs you not to answer; okay?
20   A   Okay.
21   Q   We're going to take breaks about every
22 hour.  If you need a break in between that time,
23 just let me know, and if there's a question
24 pending, we'll finish the answer, and then we'll
25 go off the record.

24

1    A   Okay.
2    Q   Is there any reason that you would be
3  unable to testify fully and truthfully today?
4    A   No reason.
5    Q   What is your -- are you currently
6  employed at Akoustis?
7    A   Yes, I am.
8    Q   What's your current position?
9    A   Executive vice president of business
10 development.
11   Q   And when did you first start working for
12 Akoustis?
13   A   I believe it was May of 2015 or 2014.  I
14 can't remember.  It's in that range though.
15   Q   Okay.  Have you been with Akoustis since
16 the company was formed?
17   A   I was with the company about a year
18 after it was formed.
19   Q   Okay.  Was there someone in your
20 position prior to you being hired at Akoustis?
21   A   I think they had a consultant there for
22 about three, four months prior to me, but no
23 permanent employees as far as I'm aware of.
24   Q   And was your position when you joined
25 Akoustis also the executive vice president of

Transcript of David Aichele
Conducted on September 15, 2023

13 (49 to 52)

49

1  if you want to call it. So the defense market was
2  the first one that I targeted.
3      Q  And you mentioned NRE. Is that where a
4  company will fund research or product development?
5      A  Correct.
6      Q  Okay. And when did -- when did the
7  defense market become a target segment for
8  Akoustis?
9      A  Around 2016.
10     Q  Okay. And were there other segments
11 that Akoustis determined should be target
12 segments?
13     A  The Wi-Fi AP market is the second one as
14 well.
15     Q  I'm sorry, the Wi-Fi what market?
16     A  AP, access point. So it's mainly fixed.
17 So Wi-Fi is used in both mobile devices but also
18 in fixed devices, so the routers and extenders
19 that you see.
20     Q  And when did Akoustis decide to target
21 the Wi-Fi access point market?
22     A  It's around 2016 as well.
23     Q  You mentioned that one of the things you
24 weighed when you joined in 2014 was that the
25 technology was relatively new?

50

1      A  Uh-huh.
2      Q  What do you mean by that?
3      A  In that it's a -- you know, it's in an
4  incubator in some respects. You know, it's a new
5  process that was getting developed. So it, you
6  know, was I guess in early stages as you would
7  call it. So you have to go through different
8  phases of what I call a technology development
9  process, you know, from, you know, concept of a
10 technology to, you know, full release and, you
11 know, process release and production ramping. So
12 that was in that first gate, you know, which is
13 the early stages, and that was in 2013, 2014 when
14 Jeff started the company.
15     Q  Okay. What technology is it that was in
16 the early stages at that time?
17     A  The BAW technology.
18     Q  BAW filter technology?
19     A  Yes. Correct.
20     Q  In 2014 were there any companies in the
21 market that had BAW filter products?
22     A  Yes.
23     Q  Okay. And what companies were those?
24     A  So I don't know exactly when the RFMD
25 TriQuint merger was, but TriQuint had the

51

1  technology in 2014. It may have been that that
2  was when the merger was to create Qorvo. You also
3  had Broadcom which is Avago Broadcom. You also
4  had other Japanese companies that had the
5  technology as well, and I believe Korean companies
6  as well. But the two dominant players in the
7  market at the time, clearly the leader was
8  Broadcom Avago and second tier was TriQuint.
9      Q  Was there something about Mr. Shealy's
10 technology that you thought distinguished it from
11 the incumbent players in the BAW filter market?
12     A  Yeah. The concept of the single crystal
13 approach and some of the theories behind it. When
14 I did some research and potential -- you know,
15 what you have to look at is you bring technology
16 to market is how can you differentiate, you know,
17 because obviously, you know, we're a startup
18 company. If you're not differentiating, you're
19 not going to get anywhere. So I was looking at
20 what the advantages, you know, in the single
21 crystal would have from performance standpoint.
22     Q  How was single crystal technology
23 different from the technology that the incumbent
24 players had at this time in 2014?
25     A  The theory and practical, you know, at

52

1  the time is a couple of things. One is higher
2  sound velocity which manifests itself, you know,
3  in higher performance, high-Q. There's also the
4  power handling of the material. So those were the
5  two, you know, things that, you know, we were
6  looking at. But there are other things that are
7  not as evident when you look at the technical side
8  is non-linearities in the material are better. So
9  those are things that, you know, if you can get
10 the technology to, you know, produce itself and
11 get it released, those benefits would turn into
12 performance advantages in the filter.
13     Q  Was Akoustis able to develop the
14 products in order to -- the single crystal
15 products in order to realize these performance
16 benefits?
17     A  Yes.
18     Q  And at what point did Akoustis achieve a
19 product that -- a single crystal product that
20 achieved performance benefits over incumbent
21 technology?
22     A  Well, it's kind of hard to say that it
23 was over incumbent technology because the first
24 product that we had, there was not really a
25 competitor with BAW technology at that frequency.

Transcript of David Aichele
Conducted on September 15, 2023

14 (53 to 56)

53

1  So the first product that we had using the single
2  crystal was AKF-1938.  That was developed in 2016,
3  2017, and so that utilized the single crystal
4  technology.
5      Q  Okay.  And did the single -- did the
6  AKF-1938 achieve higher sound velocity?
7      A  It's not, you know, when you look at the
8  performance of the product, it's not evident in
9  that that it's got higher sound velocity.  So I
10 can't, you know, say that yes, it did or didn't.
11 All I know is that the product that we're selling
12 met the performance requirements of the customer.
13     Q  Okay.  How about power handling?  Did
14 the AKF-1938 have better power handling than --
15     A  It was not designed for higher power
16 handling.  It was an IF filter.  So an IF filter
17 is low power.  IF stands for intermediate
18 frequency.  So it was used as a lower frequency
19 that would then get upgraded or converted to a RF
20 frequency, so it's low power handling.  So it
21 wasn't important for that product.
22     Q  Okay.  What about the non-linearities?
23     A  It wasn't important for that product.
24     Q  And you said that AKF-1938 was developed
25 in 2016?

54

1      A  2016, 2017, in that range.
2      Q  What type of product is it again?
3      A  It's a BAW filter at 3.8-gigahertz used
4  as -- it's an IF filter.
5      Q  Okay.  And did the AKF-1938 go into
6  commercial production?
7      A  Yes, it did.
8      Q  Do you recall how many units were sold?
9      A  Tens of thousands.  I can't remember
10 exactly, you know, what the quantity is, but tens
11 of thousands.
12     Q  And were there particular customers for
13 the AKF-1938?
14     A  There's one specific customer.
15     Q  And who is that?
16     A  Obviously it's confidential.  It's ███
17 is the company, ███.
18     Q  And we'll just take this opportunity
19 since you mentioned that to mark the transcript of
20 your deposition as attorneys' eyes only.
21     MR JAKOPIN:  We'll do that as well on
22 the Akoustis side.
23     THE WITNESS:  Now I'll clarify one
24 thing, though, is that what we went into
25 production with, polycrystal.  It wasn't single

55

1  crystal on the AKF-1938.  So the development time
2  that we had been delivering the prototype and
3  preproduction units in, you know, the hundreds, if
4  not thousand, were single crystal.  And then we
5  made the transition to production with the
6  polycrystal around 2018, 2019.
7  BY MR. DeFOSSE:
8      Q  What do you mean by polycrystal?
9      A  So it's a different material and it's a
10 different deposition method.  So single crystal is
11 done with MOCVD or it can be some other process,
12 but there's a definition of what single crystal
13 means and that varies, you know, by different
14 technical resources.
15         Polycrystalline is done with a PVD,
16 which is called physical vapor deposition.  So
17 it's a different process than the MOCVD single
18 crystal epi, e-p-i.  So one is basically grown.
19 Single crystal is grown; whereas, the
20 polycrystalline, which is PVD, is done more of a
21 sputtering deposition method.
22     Q  And you said -- I heard you mention
23 e-p-i?
24     A  Epi.
25     Q  Epi.

56

1      A  Correct.
2      Q  Is epi a name for single crystal
3  technology?
4      A  Correct.  It's epitaxial.  So it's a
5  terminology used, you know, for, you know, the
6  single crystal epitaxial growth.
7      Q  Okay.  For the incumbent players in the
8  BAW filter market, do you know what type of
9  materials they were using?
10     A  Not specifically, but I would assume
11 based on the technical articles and, you know --
12 and marketing articles that they used
13 polycrystalline.  There's a lot of technology
14 symposiums that these companies participate in and
15 whenever they do any kind of technical paper or
16 presentation, it will usually call out
17 polycrystalline.  So I assume that they're using
18 polycrystalline.
19     Q  Okay.  And so you mentioned that tens of
20 thousands of units of the AKF-1938 were sold to
21 ███?
22     A  Correct.
23     Q  The units that were sold to ███ were
24 polycrystalline units?
25     A  Not all of them.  Some of them single

57

1  crystal in the earlier phases of the development
2  process and the relationship and then it
3  transitioned to polycrystalline.
4      Q  So once the product, AKF-1938, went into
5  commercial production, it was -- the
6  polycrystalline materials were used?
7      A  Correct.
8      Q  Okay.  Why the switch from the single
9  crystal materials to the polycrystalline materials
10  for the AKF-1938?
11     A  Mainly is the acquisition of STC-MEMS,
12  which is the fab that we bought up in New York.
13  So prior to that, you know, we had a foundry
14  agreement with a -- you know, a fab that was doing
15  our process.  And so when we acquired STC, we
16  transferred, you know, the process, which we
17  owned.  It was an agreement between us and the
18  foundry partner.  We transferred the process into
19  the STC-MEMS fab and continued with the
20  development utilizing the single crystal.  We
21  actually bought a MOCVD reactor.
22         So prior to that time, you know, we were
23  having the material, the single crystal
24  outsourced, so we had a material company
25  delivering the wafers with the material growth on

58

1  it.  And then we had the foundry partner that was
2  doing all of the fabrication.
3         So when we acquired STC-MEMS, we
4  transferred, you know, the technology into the
5  STC-MEMS.  We bought a reactor and got the reactor
6  up and running.  And we kept on with the
7  development of the -- you know, the single crystal
8  with our process, but then recognized that they
9  also had -- the fab had a polycrystalline
10  capability.  So they had a -- the equipment
11  sputtering, so we started doing some development
12  on that.
13         There are some difficulties with single
14  crystal because of the reaction, the temperatures,
15  that you can't deposit on -- at least at the time
16  you could not deposit on silicon, which is a low
17  cost substrate.  So you have to deposit on a
18  fairly expensive substrate called silicon carbide.
19  And also there were yield issues at the time with
20  the single crystal.  And this application did not
21  require, you know, some of the benefits of high
22  power.  And when we found that the
23  polycrystalline, you know, worked, you know, we
24  decided to make the transition, you know, from
25  single crystal to poly.

59

1      Q  Did you see a drop-off when you moved to
2  poly in terms of the performance of the AKF-1938?
3      A  No, not on that -- not on that design.
4      Q  Other than AKF-1938, has Akoustis gone
5  into commercial production with any other -- well,
6  strike that.  That was not right.
7         Has Akoustis gone into production --
8  commercial production with any part that's using
9  single crystal materials?
10     A  Not presently.
11     Q  Previously has Akoustis gone into
12  commercial production with any part using single
13  crystal materials?
14     A  Yeah, not previously, not presently.
15  Through the scope, we have not released product
16  into production, but we have done a lot of
17  development with the single crystal.
18     Q  Now, Mr. Aichele, you understand that
19  one of the claims in this lawsuit by my client,
20  Qorvo, is that Akoustis has misappropriated
21  Qorvo's confidential information.  Are you aware
22  of that?
23     A  Correct.
24     Q  Are you aware of any use of Qorvo
25  confidential information at Akoustis?

60

1      A  Other than I guess discussions
2  internally, not -- not in the sense of what you
3  just defined, no.
4      Q  You said other than discussions
5  internally, what did you mean by that?
6      A  It -- I think what I'm saying is other
7  than obviously discussions here, you know, that
8  this is what's going to be discussed.
9      Q  Okay.  So let me just stop you there.  I
10  don't want you tell me anything that you've
11  discussed with Mr. Jakopin or Mr. Wright or
12  attorneys.
13     A  No, I'm not.
14     Q  So let's -- I'm going to go back to my
15  first question.  Let's try it again.
16     A  Okay.
17     Q  Mr. Aichele, are you aware of any use of
18  Qorvo confidential information at Akoustis?
19     A  No, I'm not.
20     Q  Did you have any possession of Qorvo
21  confidential information in your files at
22  Akoustis?
23     A  Not that I'm aware.
24     Q  And then I take it from that answer that
25  you're not aware of ever saving any Qorvo

269

1    A  It was the manufacturability of it and
2  primarily the deposition -- the way that our
3  manufacturing flow was the deposition of the
4  material onto silicon carbide substrate and then
5  being able to transfer that, you know, would
6  create some yield issues.  So two objectives came
7  out of that transition to the new single crystal
8  material was to get away from silicon carbide
9  substrate and also into a high yielding process.
10    Q  Okay.  And when was the -- when was
11  the -- when did Akoustis start focussing on what
12  you called the new single crystal materials with
13  the different substrates or the ability to use the
14  different substrates?
15    A  I would estimate that it was around
16  2019, 2020.  The main engagement that we had was
17  on a part number that I'm sure you've seen in your
18  discovery on AKF-1435,

270

271

6        (Exhibit 596 marked for identification.)
7  BY MR. DeFOSSE:
8    Q  Mr. Aichele, I've handed you what's been
9  marked as Exhibit 596.  This document multipage --
10  is a multipage document.  The production number on
11  the first page is AKTS_00000997.
12        Take a minute to look at it and then let
13  me know if you recognize this document.
14    A  I don't even recognize my own documents.
15    Q  So you don't recognize this document?
16    A  I don't recognize.
17    Q  Got it.
18        MR JAKOPIN:  There was no 595?
19        MR. JUNG:  That was before.
20        THE WITNESS:  This is 595.
21        MR. DeFOSSE:  Then 594 was on the
22  laptop.
23        MR JAKOPIN:  Okay.
24  BY MR. DeFOSSE:
25    Q  All right.  So, Mr. Aichele, Exhibit 596

272

1  appears to be a presentation that you delivered at
2  a conference in Spain; is that right?
3    A  It appears so, yes.
4    Q  Do you recall attending the conference?
5    A  I do now, yes.
6    Q  Okay.  And do you recall providing a
7  presentation there?
8    A  Yes, I do.
9    Q  Okay.  On the first page there's the
10  slogan for Akoustis and there's the -- kind of in
11  lighter gray under the word Akoustis it says,
12  "Innovation and single crystal bulk acoustic wave
13  technology"?
14    A  Yes.
15    Q  I've seen that tag line on a number of
16  Akoustis's materials leading up at least to May of
17  2017; is that fair?
18    A  That is fair.  Correct.
19    Q  At some point did the company change
20  that statement about innovation and single crystal
21  bulk acoustic wave technology?
22    A  Yes.
23    Q  What was that?
24    A  I would say probably mid-2018, about
25  that time frame.



**309**

1    Q   Okay.  Do you know whether Mr. Houlden's
2  access or circulation of Qorvo confidential
3  materials had any role in the company's decision
4  to part ways with him?
5    A   No, I do not.
6    MR. DeFOSSE:  All right.  Thank you for
7  your time today.  I appreciate it.
8    I will pass the witness.
9    MR JAKOPIN:  No questions.
10    MR. DeFOSSE:  We're done.
11    THE WITNESS:  Thank you very much.
12    MR. DeFOSSE:  Thank you.
13    THE VIDEOGRAPHER:  This concludes the
14  video deposition of David Aichele.  The time is
15  6:59 p.m.  We are off the record -- I'm sorry,
16  4:59 p.m.  We are off the record.
17              - - -
18      (Read and sign reserved.)
19              - - -
20      (Deposition concluded at 4:59 p.m.)
21              - - -
22
23
24
25

**310**

1  STATE OF NORTH CAROLINA )
2                          )  CERTIFICATE OF TRANSCRIPT
2  COUNTY OF UNION       )
3    I, CHRISTINE A. TAYLOR, RPR, a Notary Public
4  within and for the State of North Carolina, do
5  hereby certify:
6    That DAVID AICHELE, the witness whose
7  deposition is hereinbefore set forth, having
8  produced satisfactory evidence of identification
9  and having been first duly sworn by me, and that
10  such deposition is a true record of the testimony
11  given by such witness.
12    I further certify that I am not financially
13  interested in the outcome of this action, a
14  relative, employee, attorney or counsel of any of
15  the parties, nor am I a relative or employee of
16  such attorney or counsel.
17    IN WITNESS WHEREOF, I have hereunto set my
18  hand this 27th day of September, 2023.
19    _Christine Taylor_
20    _____
21    CHRISTINE A. TAYLOR
        Registered Professional Reporter
22    Notary Public 19960530077
23
24
25

**311**

1    DEPOSITION ERRATA SHEET
2
3  Our Assignment No:  505394
4  Case Caption:  Qorvo, Inc. v. Akoustis
5  Technologies, Inc., et al.
6
7    DECLARATION UNDER PENALTY OF PERJURY
8    I declare under penalty of perjury that
9  I have read the entire transcript of my deposition
10  taken in the captioned matter or the same has been
11  read to me, and the same is true and accurate,
12  save and except for changes and/or corrections, if
13  any, as indicated by me on the DEPOSITION ERRATA
14  SHEET hereof, with the understanding that I offer
15  these changes as if still under oath.
16    Sign on the _____ day of
17  _____, 20 __.
18
19
20    _____
21    DAVID AICHELE
22
23
24
25

**312**

1    DEPOSITION ERRATA SHEET
2
3  Page No. _____ Line No. _____ Change to: _____
4  _____
5  Reason for Change:_____
6  Page No. _____ Line No. _____ Change to: _____
7  _____
8  Reason for Change:_____
9  Page No. _____ Line No. _____ Change to: _____
10  _____
11  Reason for Change:_____
12  Page No. _____ Line No. _____ Change to: _____
13  _____
14  Reason for Change:_____
15  Page No. _____ Line No. _____ Change to: _____
16
17  Reason for Change:_____
18  Page No. _____ Line No. _____ Change to: _____
19  _____
20  Reason for Change:_____
21
22  SIGNATURE:_____ DATE:_____
23    DAVID AICHELE
24
25

# EXHIBIT KKK

# Intentionally Omitted

# Exhibits LLL-OOO
# (Redacted in Their Entirety)

# Exhibit PPP

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF DELAWARE

3

4    - - - - - - - - - - - - - -+

5    QORVO, INC.,                |

6            Plaintiff,          | Case Number:

7      vs.                       | 1:21-cv-01417-JPM

8    AKOUSTIS TECHNOLOGIES,      |

9    INC., and AKOUSTIS, INC.,   |

10           Defendants.         |

11   - - - - - - - - - - - - - -+

12

13

14

15            Videotaped Deposition of

16            STANLEY SHANFIELD, Ph.D.

17            Friday, January 26, 2024

18                  9:15 a.m.

19

20

21   Reported by:

22   Laurie Donovan, RPR, CRR, CLR

23   Veritext Job No. 6391961

24

25   PAGES 1 - 256

                                        Page 1

| | |
|---|---|
| 1 | January 26, 2024 |
| 2 | 9:15 a.m. |
| 3 | |
| 4 | ▮▮▮▮▮▮▮▮▮▮▮ - |
| 5 | video deposition of STANLEY SHANFIELD, Ph.D., |
| 6 | held fully in person, with the witness and |
| 7 | all parties participating in person, pursuant |
| 8 | to the Rules of the United States District |
| 9 | Court for the District of Delaware, subject |
| 10 | to such stipulations as may be recited herein |
| 11 | or attached hereto, before Laurie Donovan, a |
| 12 | Registered Professional Reporter and notary |
| 13 | public of the District of Columbia, who |
| 14 | officiated in administering the oath to the |
| 15 | witness. |

Page 2

```
 1              EXAMINATION INDEX
 2                              PAGE
 3 EXAMINATION BY MR. LEMIEUX . . . . . . . . .   8
 4 EXAMINATION BY MR. DEFOSSE . . . . . . . . . 250
 5 FURTHER EXAM BY MR. LEMIEUX . . . . . . . . . 252
 6
 7
 8
 9            E X H I B I T S
10 EXHIBIT    DESCRIPTION            PAGE
11
12 Exhibit 1   Plaintiff's document entitled
13        "Identification of Trade Secrets
14        it Currently Expects to Present
15        at Trial" . . . . . . . . . . . . 135
16
17 Exhibit 2   Email from James Nelson to Shawn
18        Gibb and others, June 12, 2020,
19        Bates QORVO-00062161 . . . . . . 209
20
21 Exhibit 3   Expert Report and Disclosure of
22        Melissa A. Bennis, November 21,
23        2023. . . . . . . . . . . . . . . 222
24
25 Exhibit 4   U.S. Patent Number 7,522,018 . . 40
```

Page 4

```
 1              A P P E A R A N C E S
 2
 3 ON BEHALF OF THE PLAINTIFF:
 4      Sheppard Mullin Richter & Hampton LLP
 5      2099 Pennsylvania Avenue, NW
 6      Suite 100
 7      Washington, D.C. 20006
 8      (202)747-1900
 9      By:  Jonathan R. DeFosse, Esq.
10          jdefosse@sheppardmullin.com
11          Roy Jung, Esq.
12
13 ON BEHALF OF THE DEFENDANTS:
14      Squire Patton Boggs (US)LLP
15      2550 M Street, NW
16      Washington, D.C. 20037
17      (202)457-7520
18      By:  Ronald Lemieux, Esq.
19          ronald.lemieux@squirepb.com
20          Matthew A. Stanford, Esq.
21          matthew.stanford@squirepb.com
22
23 ALSO PRESENT:
24      Gordon Thomas, videographer
25      Xiaomei Cai (remote)
```

Page 3

```
 1          EXHIBITS CONTINUED
 2 EXHIBIT    DESCRIPTION            PAGE
 3
 4 Exhibit 5   U.S. Patent Number 9,735,755 . . 118
 5
 6 Exhibit 6   Expert Report of Stanley
 7        Shanfield, Ph.D. regarding
 8        infringement, November 21, 2023 . 115
 9
10 Exhibit 7   Supplemental Expert Report of
11        Stanley Shanfield, Ph.D.,
12        January 22, 2024 . . . . . . . . 215
13
14 Exhibit 8   Expert Report of Stanley
15        Shanfield, Ph.D. - Misappropriation
16        of Trade Secrets, November 21,
17        2023 . . . . . . . . . . . . . . 158
18
19
20
21
22
23
24
25
```

Page 5

2 (Pages 2 - 5)

1 --------------------------------------------------
2      P R O C E E D I N G S
3         9:15 a.m.
4 --------------------------------------------------
5      THE VIDEOGRAPHER:  Good morning.
6 We're going on the record at 9:15 a.m. on
7 January 26, 2024.
8      Please note that the microphones
9 are sensitive and may pick up whispering and
10 private conversations.  Please mute your
11 phones at this time.  Audio and video
12 recording will continue to take place unless
13 all parties agree to go off the record.
14      This is media unit one of the
15 video-recorded deposition of Mr. Stanley
16 Shanfield in the matter of Qorvo, Inc. versus
17 Akoustis Technologies, Inc., and Akoustis,
18 Inc., filed in the United States District
19 Court for the District of Delaware, case
20 number 1:21-cv-01417-JPM.
21      The location of the deposition is
22 2550 M Street, NW, Washington, D.C., 20037.
23      My name is Gordon Thomas,
24 representing Veritext Legal Solutions, and
25 I'm the videographer.  The court reporter is

Page 6

1 Laurie Donovan from the firm Veritext.
2      Counsel and all present will now
3 state their appearances for the record,
4 beginning with the noticing attorney.
5      MR. LEMIEUX:  My name is Ron
6 Lemieux with Squire Patton Boggs on behalf of
7 the defendant, and accompanying me via Zoom
8 is Xiaomei Cai, one of my colleagues on this
9 case.
10      MR. DEFOSSE:  Jonathan DeFosse from
11 Sheppard Mullin on behalf of Qorvo.  Here
12 with me today is Roy Jung.
13      THE VIDEOGRAPHER:  Will the court
14 reporter please swear in the witness, and
15 counsel may proceed.
16      (Witness duly sworn.)
17      (Technical difficulties.)
18      THE REPORTER:  We need to go off
19 the record.
20      THE VIDEOGRAPHER:  The time is 9:17
21 a.m.  We are going off the record.
22      (Whereupon, a short recess was
23      held.)
24      THE VIDEOGRAPHER:  The time is
25 approximately 9:44 a.m.  We are going back on

Page 7

1 the record.  Please proceed, Counsel.
2      * * * * *
3 Whereupon,
4      STANLEY SHANFIELD, Ph.D.,
5   having been first duly sworn, testified
6   upon his oath as follows:
7      EXAMINATION BY COUNSEL FOR DEFENDANT
8 BY MR. LEMIEUX:
9   Q   Good morning, Dr. Shanfield.
10   A   Good morning.
11   Q   Would you please state your full name
12 for the record, please?
13   A   It's Stanley Shanfield.
14   Q   And if I refer to you during the course
15 of the day as "Dr. Shanfield," is that all right?
16   A   Sure.
17   Q   I want to make sure I give you
18 appropriate respect for someone who has slogged
19 their way through a Ph.D. program.
20      Dr. Shanfield, have you been deposed
21 before?
22   A   Yes.
23   Q   How many times?
24   A   Probably about 15 or 20 times.
25   Q   Okay, so you're familiar with the usual

Page 8

1 instructions in a deposition.
2      You understand that you're testifying
3 here under oath today?
4   A   Yes.
5   Q   And that you are required to respond to
6 my questions unless counsel instructs you not to
7 answer --
8   A   Yes.
9   Q   -- a particular question?
10      We will take breaks from time to time,
11 but if at any point you would like to take a
12 break, just simply ask me, and we'll accommodate
13 that.  Try to do that not while there's a question
14 pending.
15      It's important that we try not to talk
16 over each other for the benefit of the court
17 reporter, and it's going to be even more important
18 that I slow down my speaking cadence for purposes
19 of the court reporter, because I tend to talk
20 quickly.
21      Are you taking any medications,
22 Dr. Shanfield, or is there any reason that might
23 interfere with your ability to give your best
24 testimony today?
25   A   No.

Page 9

3 (Pages 6 - 9)

1 a list of the trade secrets that Qorvo intends to
2 present at trial, correct?
3          MR. DEFOSSE: Objection; lacks
4     foundation.
5 BY MR. LEMIEUX:
6     Q   Expects to present at trial.
7          MR. DEFOSSE: Objection; lacks
8     foundation, calls for speculation.
9          THE WITNESS: I think it -- you're
10    asking me to speculate on --
11 BY MR. LEMIEUX:
12    Q   You don't think --
13    A   -- other than what I've seen.
14    Q   You don't believe the title of this
15 document is accurate?
16    A   No. I do.
17          MR. DEFOSSE: Objection.
18 BY MR. LEMIEUX:
19    Q   Okay. You do? Okay, and so of the
20 trade secrets it currently expects to present at
21 trial, are those trade secrets represented by the
22 bullet points that are underneath each numerical
23 heading?
24          MR. DEFOSSE: Objection; lacks
25    foundation, calls for speculation.

Page 150

1          THE WITNESS: You are asking me to,
2     from this list, try and speculate what trade
3     secrets are being referred to. I identified
4     trade secrets in detail in my report, and I
5     would be happy to talk about those.
6          These are groups, and the first
7     eight groups in this document are the groups
8     that I gave an opinion about.
9 BY MR. LEMIEUX:
10    Q   Do you have any understanding as to
11 whether or not this document is intended to
12 actually disclose and list the trade secrets that
13 plaintiff intends to pursue at trial?
14          MR. DEFOSSE: Objection; lacks
15    foundation, calls for speculation.
16          THE WITNESS: Again, you're asking
17    me to speculate about the meaning of each of
18    these lines in description of this group, or
19    each group, and I, I can tell you what
20    specific trade secrets I believe that
21    Akoustis illicitly obtained, and I'll be
22    happy to go through my report to describe
23    dozens of them. How it corresponds with this
24    list is -- that would be speculation on my
25    part.

Page 151

1 BY MR. LEMIEUX:
2     Q   Let's, let's take a look at Exhibit 1,
3 and look at, on page 3 of Exhibit 1, the numerical
4 heading 2, which states, "Qorvo's BAW filter and
5 resonator designs."
6     A   Yes.
7     Q   Do you believe that the trade secrets
8 that Qorvo intends to present as misappropriated
9 by Akoustis at trial include the items that are
10 listed in the bullet points following numerical
11 heading 2?
12          MR. DEFOSSE: Objection; lacks
13    foundation, calls for speculation.
14          THE WITNESS: I -- as I've said now
15    twice, you're asking me to speculate on the
16    meaning of this list, and what I can tell you
17    is the groups that are identified here match
18    the first eight of these, and that's the
19    groups that I gave opinions about.
20          I have detailed descriptions of
21    specific trade secrets that I believe were
22    taken from Qorvo, and I can easily go into a
23    description of that. I'm not going to
24    speculate on what -- which ones, of the ones
25    I've identified, apply to which statement in

Page 152

1     this document.
2 BY MR. LEMIEUX:
3     Q   Okay. So, for example, in Exhibit 1
4 that we have looked at, under the numerical
5 heading 1, "Qorvo's business plans for WiFi
6 products," isn't it true that on page 28 of your
7 report, you have "a description of Qorvo's
8 business plans for WiFi products" that you assert
9 to be trade secrets?
10    A   Yes. In my opinion, Akoustis had
11 acquired Qorvo's confidential information about
12 their strategy and their business plans for the
13 WiFi market, for WiFi BAW filter products, so that
14 group name does correspond to the group that I
15 analyzed.
16    Q   And on -- in looking at Exhibit 1, under
17 the heading "Qorvo's business plans for WiFi
18 products" on page 2, it says, "Akoustis
19 misappropriated trade secrets reflected in
20 confidential Qorvo business plans related to the
21 WiFi market. Those business plans contain the
22 following trade secrets," and then it proceeds, on
23 page 3, to list a number of bullet points which
24 make reference to very -- looks like deposition
25 exhibits and documents that were produced in

Page 153

39 (Pages 150 - 153)

ACKNOWLEDGEMENT OF WITNESS

1

2

3     I, Stanley Shanfield, Ph.D., do

4   hereby acknowledge that I have read and

5   examined the foregoing testimony, and the

6   same is a true, correct and complete

7   transcription of the testimony given by me,

8   and any corrections appear on the attached

9   Errata sheet signed by me.

10

11

12   _____   _____

13   (DATE)          STANLEY SHANFIELD, Ph.D.

14

15

16

17

18

19

20

21

22

23

24

25

Page 254

---

CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

1

2

3     I, Laurie Donovan, Registered

4   Professional Reporter, Certified Realtime

5   Reporter, and notary public for the District

6   of Columbia, the officer before whom the

7   foregoing deposition was taken, do hereby

8   certify that the foregoing transcript is a

9   true and correct record of the testimony

10   given; that said testimony was taken by me

11   stenographically and thereafter reduced to

12   typewriting under my supervision; and that I

13   am neither counsel for, related to, nor

14   employed by any of the parties to this case

15   and have no interest, financial or otherwise,

16   in its outcome.

17     IN WITNESS WHEREOF, I have hereunto

18   set my hand and affixed my notarial seal this

19   2nd day of February 2024.

20

21

22   LAURIE DONOVAN, RPR, CRR

23   NOTARY PUBLIC IN AND FOR THE

24   DISTRICT OF COLUMBIA

25   My commission expires:  July 14, 2027

Page 256

---

1     E R R A T A   S H E E T

2   IN RE:  QORVO, INC. vs. AKOUSTIS TECHNOLOGIES

3   RETURN BY:

4   PAGE   LINE       CORRECTION AND REASON

5   ____   ____   _____

6   ____   ____   _____

7   ____   ____   _____

8   ____   ____   _____

9   ____   ____   _____

10   ____   ____   _____

11   ____   ____   _____

12   ____   ____   _____

13   ____   ____   _____

14   ____   ____   _____

15   ____   ____   _____

16   ____   ____   _____

17   ____   ____   _____

18   ____   ____   _____

19   ____   ____   _____

20   ____   ____   _____

21   ____   ____   _____

22   ____   ____   _____

23   ____   ____   _____

24

25   STANLEY SHANFIELD, Ph.D.       DATE

Page 255

65 (Pages 254 - 256)