**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE**

| | |
|---|---|
| QORVO, INC.<br><br>      Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>      Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED** |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. L.R. 7.1.4, Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") respectfully request oral argument on (1) the pending Motion to Exclude Expert Testimony of Carlyn Irwin filed by Qorvo, Inc. ("Qorvo") on February 9, 2024 (D.I. 451); (2) the pending Motion to Exclude Expert Testimony of Dr. Michael Lebby filed by Qorvo on February 9, 2024 (D.I. 453); and (3) the pending Motion to Exclude Certain Damages Opinions of Melissa A. Bennis filed by Akoustis on February 9, 2024 (D.I. 456). Briefing on the aforementioned motions is complete. (*See* D.I. 452, 454, 457, 479, 482, 485, 491, 492, 494.) As such, Akoustis respectfully requests that the Court schedule a consolidated argument on all of the aforementioned motions.

Dated:   March 11, 2024

| | |
|---|---|
| OF COUNSEL: | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| Ronald S. Lemieux | Ronald P. Golden III (#6254) |
| David S. Elkins | Bayard, P.A. |
| Victoria Q. Smith | 600 N. King Street, Suite 400 |
| Squire Patton Boggs (US) LLP | Wilmington, Delaware |
| 1841 Page Mill Road | (302) 655-5000 |
| Suite 150 | sbrauerman@bayardlaw.com |
| Palo Alto, California 94304 | rgolden@bayardlaw.com |
| (650) 856-6500 | |
| ronald.lemieux@squirepb.com | *Attorneys for Defendants Akoustis* |
| david.elkins@squirepb.com | *Technologies, Inc. and Akoustis, Inc.* |
| victoria.smith@squirepb.com | |