# Exhibit A



# Planet Depos
### We Make It Happen™

# Transcript of Robert Darveaux, Ph.D.

**Date:** January 18, 2024
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - x
QORVO, INC.,              :
       Plaintiff,         :
   v.                     :
                          : C.A. NO. 21-1417 JPM
AKOUSTIS TECHNOLGIES,     :
INC., et al.,             :
       Defendants.        :
- - - - - - - - - - - - x


              Deposition of ROBERT DARVEAUX, PhD
                      Conducted Virtually
                  Thursday, January 18, 2024
                         11:04 a.m. EST




Job No.: 521333
Pages: 1 - 259
Reported By: Karen Klerekoper, CSR-4250, RPR
```

**Page 2**

```
    Deposition of ROBERT DARVEAUX, PhD, conducted
virtually:





    Pursuant to Notice, before Karen Klerekoper,
Notary Public in and for the State of Michigan.
```

**Page 3**

```
                   A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
    JONATHAN R. DeFOSSE, ESQUIRE
    ROY JUNG, ESQUIRE
    SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
    2099 Pennsylvania Avenue, NW, Suite 100
    Washington, D.C.  20006
    202.747.1900

ON BEHALF OF THE DEFENDANTS:
    VICTORIA Q. SMITH, ESQUIRE
    XIAOMEI CAI, ESQUIRE
    SQUIRE PATTON BOGGS
    1841 Page Mill Road, Suite 150
    Palo Alto, California  94304
    650.856.6500
```

**Page 4**

```
                         INDEX

WITNESS:                                       PAGE:

ROBERT DARVEAUX, PhD
        EXAMINATION BY MR. DeFOSSE:              6

                         *****
EXHIBIT:                                       PAGE:

(Exhibits attached to transcript.)
Exhibit 879, Darveaux Deposition Notice         16
Exhibit 880, 23-12-20 Darveaux rebuttal expert  16
report
Exhibit 881, 24-01-16 corrected Darveaux rebuttal 22
Exhibit 882, expert report of Dr. Stanley Shanfield 28
Exhibit 78, AKTS_00204965-4970, 2016 presentation 45
Exhibit 883, AKTS_01204609-4612, paper by Link  55
Exhibit 884, AKTS_01204591-4596, Gernot Fattinger 56
paper
Exhibit 149, AKTS_00204845-4876, Qorvo presentations 84

(Index continued on following page.)
```

---

Page 5

1  (Index continued.)
2
3  Exhibit 720, AKTS_00413593-3647, acoustic technology    127
4  update 2019
5  Exhibit 885,  Hashimoto 2017                            154
6  Exhibit 886, Akiyama 2009                               157
7  Exhibit 887, Moreira paper                              160
8  Exhibit 888, Matloub research article                   160
9  Exhibit 453, Qorvo trim process                         173
10 Exhibit 438, AKTS_00037339-7351, comparison between     184
11 Qorvo and Akoustis frequency trim.
12 Exhibit 889, Akoustis' trim process PowerPoint          186
13 presentation
14 Exhibit 890, AKTS_00641897, Excel spreadsheet           191
15 Exhibit 891, AKTS_00021881, Excel spreadsheet           200
16 Exhibit 892, Skyworks press release                     226
17 Exhibit 893, 2006 annual report of Skyworks             230
18 Exhibit 894, "Money Today" article                      234
19 Exhibit 895, U.S. Patent Number 7,579,926               236
20 Exhibit 896, AKTS_01134464, Chapter 16, Robert          240
21 Aigner.
22
23                       *****
24
25

---

Page 6

1        P R O C E E D I N G S
2     (Oath stipulation read and agreed by
3  counsel and witness.)
4        ROBERT DARVEAUX, PhD, having been duly
5  sworn testified as follows:
6              EXAMINATION
7  BY MR. DeFOSSE:
8     Q  Good morning, Dr. Darveaux.  My name is
9  Jon DeFosse.  I'm one of the attorneys
10 representing Qorvo in this matter.  I would like
11 to thank you for taking the time to speak with us
12 today.
13        Could you please state your full name and
14 address for the record?
15    A  Robert Francis Darveaux,
16
17    Q  How many times have you testified before,
18 Dr. Darveaux?
19    A  Testified in a trial, I believe three
20 times; and depositions, I think this is going to
21 be my seventh one now.
22    Q  You understand that your testimony today
23 is under oath just as if you were in a court of
24 law?
25    A  Yes.

---

Page 7

1     Q  Are you aware of any circumstances today
2  that would prevent you from understanding my
3  questions?
4     A  No circumstances that would prevent me.
5     Q  So, for example, you're not taking any
6  medication or you don't have any medical
7  conditions that would prevent you from listening
8  to my questions and answering those questions
9  fully?
10    A  I do not.  No, I'm not taking any
11 medication.
12    Q  Okay.  I understand that you have a screen
13 in front of you today that's going to allow you to
14 review the exhibits that are introduced during
15 this deposition.  Is that right?
16    A  That's correct.
17    Q  If you have any difficulty in accessing or
18 reviewing the exhibits, I would ask you to please
19 let me know so we can address those issues if they
20 come up.  Okay?
21    A  I will do that.
22    Q  What did you do to prepare for your
23 deposition today?
24    A  Read over my report.  Read over
25 Shanfield's report.  Read over Faulkner's report.

---

Page 8

1  Read over, you know, some of the other reference
2  materials that I used in my report.  We had a
3  couple of meetings between myself and the
4  attorneys in this room.
5        What else?  We had a -- yeah, that -- that
6  was it.  We had a call, I guess, with the damages
7  expert, as well, yesterday.
8     Q  And who is the damages expert you are
9  referring to?
10    A  Carlin Irwin.
11    (The court reporter asked for clarification.)
12       THE WITNESS:  I think it's I-R-W-I-N.
13       THE REPORTER:  Thank you.
14       THE WITNESS:  Carlin, I think, is
15 C-A-R-L-I-N, maybe.
16    Q  How long did you speak with Ms. Irwin for?
17    A  40 minutes, something like that.
18    Q  And what did you discuss with Ms. Irwin?
19    A  She just wanted to confirm she understood
20 the method that I used to -- to calculate avoided
21 cost.  And I -- I wanted to make sure she was
22 aware that I had found a couple errors in my
23 report.  One of those errors added two hours of
24 engineering time to the avoided cost, so I wanted
25 to make sure she knew that.  Pretty much that.

165

1 hours to search for the document, download it,
2 read it, understand it, which is roughly what it
3 took me to do -- you know, probably took me a
4 little less than that, but I -- I rounded up to
5 about two hours per document.
6      So, then, finally, total for that
7 document, I calculate that there was about four
8 engineering hours saved -- or avoided cost is
9 probably the more proper term.  By having access
10 to the Qorvo document, Akoustis saved about four
11 hours of effort and $66 in purchasing some public
12 documents.
13      That's how each table is laid out.
14   Q  Okay.  And then if you look at the -- on
15 page 95, there are two rows that are in yellow.
16   A  Yeah.
17   Q  What are those?
18   A  Those are just summing up the three tables
19 above.  So, Shanfield breaks his report up
20 different ways.  But the -- one of the final ways
21 he breaks it up is by information of categories.
22 And so, for each category, he -- he comes up with
23 some number of hours of head start -- or not
24 hours, months of head start.
25      So, I broke up my tables in a similar way.

166

1 I tried to identify all the relevant key documents
2 that were discussed by him for that information
3 category, and then I have a table for each one.
4 And I sum up the data for each of the tables in
5 that category.
6      So, in this particular category, it's
7 Qorvo BAW filter and resonator designs, and I
8 estimate there's three key documents there.
9 That's about 10 engineering hours for Akoustis to
10 have found publicly available information in those
11 documents, and that would have been the value.
12 And they would have had to, you know, spend about
13 $165 to obtain these public documents.
14   Q  Okay.  So, in the case of the Qorvo BAW
15 filter and resonator design documents, your
16 opinion is that having those documents saved
17 Akoustis a total of 10 engineering hours; is that
18 right?
19   A  Yes, that's correct.
20   Q  And I guess the implication of that is
21 that it would have taken an engineer at Akoustis a
22 little more than one day to replicate the
23 information that is found in the Qorvo BAW filter
24 and design documents that you reviewed?
25   A  No.  That's -- you're saying that a

167

1 different way.
2   Q  Okay.
3   A  What I'm saying is, the information in
4 those documents that was useful or used by
5 Akoustis, could have been gathered by 10
6 engineering hours of work.
7      What you said was, I could have reproduced
8 every bit of information in those documents with
9 10 engineers hours.  That's not what I'm claiming.
10 I'm not claiming that's what it was.
11      What I'm saying is the useful content, the
12 concepts that were actually useful, such as the
13 effect of -- what is the effect of scandium
14 doping?  That's a useful concept.
15      That could have been obtained by searching
16 for a few engineering documents and reading them.
17   Q  In looking at your chart, am I able to
18 determine what you've determined to be the useful
19 concepts that were in the Qorvo documents found in
20 Akoustis' files?
21   A  So, I -- yeah, sorry, I skipped past that.
22 So, for example, in the last table in this
23 section, this is on acoustic technology update
24 2019, that Qorvo document, the very first thing I
25 state, if there's -- is:  What is the engineering

168

1 task that was reduced by access to this document?
2      So, in that piece of the table, it calls
3 out search and review technical papers on scandium
4 doping and aluminum nitride layers of BAW
5 resonators and coupled resonator filters.  That
6 was another concept in the document.
7      Discuss possible scandium doping levels
8 with the supplier.
9      All other data and concepts shown in this
10 document, this -- I mean, Qorvo document,
11 AKTS_00413593, are specific to Qorvo's SMR BAW
12 technology and packaging platforms that are not
13 useful to Akoustis.
14      So, in that task, I describe what is --
15 what an engineer would have to do to obtain the
16 useful information that was found in the Qorvo
17 document.
18      MR. DeFOSSE:  All right.  Let's go off the
19 record for a break.
20      (Off the record.)
21 BY MR. DeFOSSE:
22   Q  Back on the record.  Dr. Darveaux, I want
23 to switch gears and talk about trimming at this
24 point.  Do you understand what I mean when I say
25 trimming?

257

They're in our electronics industry. They're -- they're wafer foundries. They don't -- they don't design products, per se. They -- you know, they -- their primary function is to fabricate the wafers, you know, giving provided design rules by them, but they are designed by a third -- you know, other companies like NVIDIA.

There is huge outsource assembly and test companies like ASE or Amkor. They do the assembly and test portion, so they're in the electronics industry. Okay?

Then there's -- there's people that are called electronic manufacturing service. EMS companies, like Foxconn, and many others like them. They're in the electronics industry.

So, they -- they do the, you know, part of the manufacturer flow primarily from surface mounting components on circuit boards all the way thorough final product assembly and test.

So, I just gave a few names here and a few different categories, but I consider all those part of the industry. And I didn't even include, you know, the manufacturers of the final product, like Apple or Samsung or Hewlett-Packard or, you know, whatever computer you have sitting on your

258

desk, right? Those are people that are in the electronics industry, as well.

Q  Okay. What about Qualcomm?
A  Qualcomm is in the electronics industry.
Q  Intel?
A  Intel is in the electronics industry.
   MR. DeFOSSE: Okay. I think that's -- let's go off the record for a moment.
   (Off the record.)
   MR. DeFOSSE: Dr. Darveaux, thank you for your testimony today. I do not have any further questions.
   THE WITNESS: Okay.
   MS. SMITH: I also don't have any questions on redirect.
   MR. DeFOSSE: Okay. I think we can go off.
   (Deposition concluded at 8:03 p.m. EST
    Signature of the witness was not
    requested.)

259

CERTIFICATE OF SHORTHAND REPORTER NOTARY PUBLIC

I, Karen Klerekoper, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; that review was NOT requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 22nd day of January 2024.


MY COMMISSION EXPIRES:
OCTOBER 7, 2024

_Karen Klerekoper_
_____
NOTARY PUBLIC IN AND FOR THE STATE OF MICHIGAN