# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. 21-01417-JPM |
| v. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| Defendants. | ) |
| | ) **REDACTED - PUBLIC VERSION** |
| | ) Original Filing Date: March 4, 2024 |
| | ) Redacted Filing Date: March 12, 2024 |

## DECLARATION OF ROBERT M. MASTERS REGARDING PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. MICHAEL LEBBY

I, Robert M. Masters, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar of the District of Columbia and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so. I provide this Declaration in support of Qorvo's Brief in Reply to Defendants' Response to Qorvo's Motion to Exclude Expert Testimony of Dr. Michael Lebby (the "Reply").

2. Attached as **Exhibit A** are true and correct copy of relevant excerpts cited in the Reply from the deposition of Rohan Houlden, dated August 29, 2023.

3. Attached as **Exhibit B** are true and correct copy of relevant excerpts cited in the Reply from the deposition of Dr. Michael Lebby, dated January 31, 2024.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 4, 2024.

*/s/ Robert M. Masters*
Robert M. Masters

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 4, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA  94304-1216<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)