IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-01417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

ORDER SETTING A HEARING

Before the Court is Defendant Akoustis Technologies, Inc.'s and Defendant Akoustis, Inc.'s (collectively "Akoustis") Request for Oral Argument, filed on March 11, 2024. (ECF No. 506.) Akoustis moves the Court to schedule a teleconference to address the disputes presented in (1) the pending Motion to Exclude Expert Testimony of Carlyn Irwin filed by Qorvo, Inc. ("Qorvo") on February 9, 2024 (ECF No. 451); (2) the pending Motion to Exclude Expert Testimony of Dr. Michael Lebby filed by Qorvo on February 9, 2024 (ECF No. 453); and (3) the pending Motion to Exclude Certain Damages Opinions of Melissa A. Bennis filed by Akoustis on February 9, 2024 (ECF No. 456). The Request is **GRANTED**.

A 60-minute video hearing on the three Motions will be held on Tuesday April 2, 2024 at 9:30 a.m. CT/ 10:30 a.m. ET. All deadlines shall remain unchanged.

**IT IS SO ORDERED**, this 13th day of March, 2024.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE