**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE**

| | |
|---|---|
| QORVO, INC.<br><br>    Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>    Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

IT IS HEREBY ORDERED this _____ day of March 2024, that the foregoing application of Xiaomei Cai, Matthew A. Stanford, and Rachael A. Harris of Squire Patton Boggs (US) LLP for admission to practice in this action *pro hac vice* is GRANTED.

_____
UNITED STATES DISTRICT JUDGE