## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: March 15, 2024

                                            */s/ Xiaomei Cai*
                                            Xiaomei Cai
                                            Illinois State Bar No. 6326660
                                            Squire Patton Boggs (US) LLP
                                            2325 E. Camelback Road, Suite 700
                                            Phoenix, Arizona 85016