**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of District of Columbia and Virginia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: March 15, 2024

*/s/ /Matthew A. Stanford*
Matthew A. Stanford
D.C. Bar No. 90014133
VA Bar No. 88016
Squire Patton Boggs (US) LLP
2550 M. Street, NW
Washington, DC 20037