IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>      Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>      Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PRO HAC VICE ADMISSION

IT IS HEREBY ORDERED this 20th day of March 2024, that the foregoing application of Xiaomei Cai, Matthew A. Stanford, and Rachael A. Harris of Squire Patton Boggs (US) LLP for admission to practice in this action *pro hac vice* is GRANTED.

                                                  /s/ Jon P. McCalla
                                              UNITED STATES DISTRICT JUDGE