IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Scheduling Order in this matter does not specify whether motions *in limine* should be separately filed with the Court as traditional motions or filed all at once with the pretrial order as is customary in this District (*see* D.I. 23);

WHEREAS, on March 22, 2024, Plaintiff Qorvo, Inc. ("Qorvo") served its opening motions *in limine* on Defendants Akoustis Technologies, Inc. and Akoustis, Inc. ("Akoustis") (*see* D.I. 500) and Akoustis filed its opening motions *in limine* with the Court (D.I. 518, 519) under seal; and

WHEREAS, the parties have met and conferred, and to avoid burdening the Court's docket with duplicative filings, have agreed to exchange the Joint Proposed Pretrial Order, Proposed Verdict Forms, Proposed Jury Instructions, Proposed *voir dire*, and Motions *in limine* (*see* D.I. 500) pursuant to D. Del. LR 16.3 and to file those documents with the Court on April 8, 2024 (*id.*);

IT THEREFORE IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel, subject to the approval of the Court, that:

(1) The parties shall file their motions *in limine* briefing (opening, answering, and reply briefs as one package) on April 8, 2024 concurrently with their Joint Proposed Pretrial Order, Proposed Verdict Forms, Proposed Jury Instructions, and Proposed *voir dire*;

(2) Akoustis shall file a redacted version of its opening motion in *limine* (D.I. 518, 519) on or before April 15, 2024;

(3) The ECF-generated deadline for Qorvo's oppositions to Akoustis' opening motion *in limine* (which have already been served on Akoustis) is hereby terminated.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
| */s/ Jeremy A. Tigan* | */s/ Stephen B. Brauerman* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>araucci@morrisnichols.com | Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

April 3, 2024

IT IS SO ORDERED, this      day of April, 2024:

_____
UNITED STATES DISTRICT JUDGE