**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. 21-01417-JPM |
| v. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**DECLARATION OF JENNIFER KLEIN AYERS REGARDING PLAINTIFF'S
SUPPLEMENTAL AUTHORITY FOR THE TRADE SECRET DAMAGES ANALYSIS
OF ITS DAMAGES EXPERT MELISSA A. BENNIS**

I, Jennifer Klein Ayers, declare as follows:

1.      I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar of the State of Texas and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so. I provide this Declaration in support of Plaintiff's supplemental letter brief submitted in connection with D.I. 457 (Akoustis's Opening Brief in Support of Its Motion to Exclude Certain Damages Opinions of Melissa A. Bennis) and D.I. 482 (Qorvo's Answering Brief in Opposition to Defendants' Motion to Exclude Certain Damages Opinions of Melissa A. Bennis).

2.      Attached as **Exhibit A** is a true and correct copy of relevant excerpts of JASON LAWS, ESSENTIALS OF FINANCIAL MGMT. (2018).

3.      Attached as **Exhibit B** is a true and correct copy of relevant excerpts of CHRISTIAN SZYLAR, RISK MGMT. UNDER UCITS III/IV: NEW CHALLENGES FOR THE FUND INDUS. (2010).

-1-

-2-

4.      Attached as **Exhibit C** is a true and correct copy of Mohammad Rahman, *Time Value of Money: A Case Study on Its Concept and Its Application in Real Life Problems*, 1-1 *Int'l J. of Rsch. In Finance and Mgmt.* (2018).

5.      Attached as **Exhibit D** is a true and correct copy of Catherine Cote, *Time Value of Money (TVM): A Primer*, Harv. Bus. Sch. Online (June 16, 2022), https://online.hbs.edu/blog/post/time-value-of-money (last visited Apr. 4, 2024).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 4, 2024.

*/s/ Jennifer Klein Ayers*
Jennifer Klein Ayers

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 4, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA  94304-1216<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Xiaomei Cai, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>2325 E. Camelback Road, Suite 700<br>Phoenix, AZ  85016<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Rachael A. Harris, Esquire<br>Matthew A. Stanford, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>2550 M Street, NW<br>Washington, DC  20037<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)