# EXHIBIT A

Home  Read  Sign

in   Search in book …

Want to create or adapt books like this? Learn more about how Pressbooks supports open publishing practices.

SPSCC — ACCT& 203 WORKING

CONTENTS

# *Preface*

Welcome to *Principles of Accounting*, an OpenStax resource. This textbook was written to increase student access to high-quality learning materials, maintaining highest standards of academic rigor at little to no cost.

## About OpenStax

OpenStax is a nonprofit based at Rice University, and it's our mission to improve student access to education. Our first openly licensed college textbook was published in 2012, and our library has since scaled to over 30 books for college and AP® courses used by hundreds of thousands of students. OpenStax Tutor, our low-cost personalized learning tool, is being used in college courses throughout the country. Through our partnerships with philanthropic foundations and our alliance with other educational resource organizations, OpenStax is breaking down the most common barriers to learning and empowering students and instructors to succeed.

## About OpenStax resources

Next: Chapter 1 — Accounting as a Tool for Managers

*Principles of Accounting* is licensed under a Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International (CC BY-NC-SA) license, which means that you can distribute, remix, and build upon the content, as long as you provide attribution to OpenStax and its content contributors, do not use the content for commercial purposes, and distribute the content under the same CC BY-NC-SA license.

Because our books are openly licensed, you are free to use the entire book or pick and choose the sections that are most relevant to the needs of your course. Feel free to remix the content by assigning your students certain chapters and sections in your syllabus, in the order that you prefer. You can even provide a direct link in your syllabus to the sections in the web view of your book.

Instructors also have the option of creating a customized version of their OpenStax book. The custom version can be made available to students in low-cost print or digital form through their campus bookstore. Visit the Instructor Resources section of your book page on openstax.org for more information.

## Art attribution in Principles of Accounting

In *Principles of Accounting*, most art contains attribution to its title, creator or rights holder, host platform, and license within the caption. Because the art is openly licensed, anyone may reuse the art as long as they provide the same attribution to its original source.

To maximize readability and content flow, some art does not include attribution in the text. If you reuse art from this text that does not have attribution provided, use the following attribution: Copyright Rice University, OpenStax, under CC BY-NC-SA 4.0 license.

## Errata

All OpenStax textbooks undergo a rigorous review process. However, like any professional-grade textbook, errors sometimes occur. Since our books are web based, we can make updates periodically when deemed pedagogically necessary. If you have a correction to suggest, submit it through the link on your book page on openstax.org. Subject matter experts review all errata suggestions. OpenStax is committed to remaining transparent about all updates, so you will also find a list of past errata changes on your book page on openstax.org.

## Format

You can access this textbook for free in web view or PDF through openstax.org, and for a low cost in print.

## About *Principles of Accounting*

*Principles of Accounting* is designed to meet the scope and sequence requirements of a two-semester accounting course that covers the fundamentals of financial and managerial accounting. This book is specifically de-

opens with a relatable real-life scenario for today's college student. Thoughtfully designed examples are presented throughout each chapter, allowing students to build on emerging accounting knowledge. Concepts are further reinforced through applicable connections to more detailed business processes. Students are immersed in the "why" as well as the "how" aspects of accounting in order to reinforce concepts and promote comprehension over rote memorization.

## Coverage and scope

Our *Principles of Accounting* textbook adheres to the scope and sequence requirements of accounting courses nationwide. We have endeavored to make the core concepts and practical applications of accounting engaging, relevant, and accessible to students.

**Principles of Accounting, Volume 1: Financial Accounting**

Chapter 1: The Role of Accounting in Society

Chapter 2: Introduction to Financial Statements

Chapter 3: Analyzing and Recording Transactions

Chapter 4: The Adjustment Process

Chapter 5: Completing the Accounting Cycle

Chapter 6: Merchandising Transactions

Chapter 7: Accounting Information Systems

Chapter 8: Fraud, Internal Controls, and Cash

Chapter 9: Accounting for Receivables

Chapter 10: Inventory

Chapter 11: Long-Term Assets

Chapter 12: Current Liabilities

Chapter 13: Long-Term Liabilities

Chapter 14: Corporation Accounting

Chapter 15: Partnership Accounting

Chapter 16: Statement of Cash Flows

**Principles of Accounting, Volume 2: Managerial Accounting**

Chapter 2: Building Blocks of Managerial Accounting

Chapter 3: Cost-Volume-Profit Analysis

Chapter 4: Job Order Costing

Chapter 5: Process Costing

Chapter 6: Activity-Based, Variable, and Absorption Costing

Chapter 7: Budgeting

Chapter 8: Standard Costs and Variances

Chapter 9: Responsibility Accounting and Decentralization

Chapter 10: Short-Term Decision-Making

Chapter 11: Capital Budgeting Decisions

Chapter 12: Balanced Scorecard and Other Performance Measures

Chapter 13: Sustainability Reporting

### *Engaging feature boxes*

Throughout *Principles of Accounting*, you will find features that engage students by taking selected topics a step further.

- **Your Turn.** This feature provides students an opportunity to apply covered concepts.
- **Concepts in Practice.** This feature takes students beyond mechanics and illustrates the utility of a given concept for accountants and non-accountants. We encourage instructors to reference these as part of their in-class lectures and assessments to provide easily relatable applications.
- **Think It Through.** This scenario-based feature puts students in the role of decision-maker. With topics ranging from ethical dilemmas to conflicting analytical results, the purpose of this feature is to teach students that in the real world not every question has just one answer.
- **Continuing Application at Work.** This feature follows an individual company or segment of an industry and examines how businesspeople conduct the decision-making process in different situations. It allows students to see how concepts build on each other.
- **Ethical Considerations.** This feature illustrates the ethical implication of decisions, how accounting concepts are applied to real-life examples, and how financial and managerial decisions can impact many stakeholders.
- **IFRS Connection.** This feature presents the differences and similarities between U.S. GAAP and IFRS, helping students understand how accounting concepts and rules between countries may vary and thus affect financial reporting and decision-making.

*Pedagogical features that reinforce key concepts*

- **Learning Objectives.** Each chapter is organized into sections based on clear and comprehensive learning objectives that help guide students on what they can expect to learn. After completing the modules and assessments, students should be able to demonstrate mastery of the learning objectives.
- **Summaries.** Designed to support both students and instructors, section summaries distill the information in each module down to key, concise points.
- **Key Terms.** Key terms are bolded the first time that they are used and are followed by a definition in context. Definitions of key terms are also listed in the glossary, which appears at the end of the chapter.

*Assessments to test comprehension and practice skills*

An assortment of assessment types are provided in this text to allow for practice and self-assessment throughout the course of study.

- **Multiple Choice**. are basic review questions that test comprehension.
- **Questions** include brief, open-response questions to test comprehension.
- **Exercises** (Sets A and B) are application Application questions that require a combination of quantitative and analytical skills.
- **Problems** (Sets A and B) are advanced Advanced activities that allow students to demonstrate learning and application of multiple learning objectives and skills concurrently in one set of facts. Problems are designed to assess higher levels of Bloom's taxonomy.
- **Thought Provokers** are open-ended questions, often with more than one acceptable response, designed to stretch students intellectually.

*Effective art program*

Our art program is designed to enhance students' understanding of concepts through clear and effective presentations of financial materials and diagrams.

Journal Entry.

| JOURNAL | | | |
|---|---|---|---|
| **Date** | **Account** | **Debit** | **Credit** |
| | Cost of Goods Sold | 25,000 | |
| |     Finished Goods Inventory | | 25,000 |
| | *To record the cost of products sold* | | |

Work in Process Inventory T-Account.



Income Statement.

| WHICHARD & KLEIN, LLP Income Statement For the Year Ended December 31, 2019 | |
|---|---|
| Service Revenue | $412,000 |
| Operating Expenses | |
|   Salaries | 210,000 |
|   Office Expense | 35,000 |
|   Office Equipment | 9,000 |
|   Administrative Salaries | 45,000 |
|   Utilities | 11,000 |
|   Miscellaneous | 7,500 |
| Total Operating Expenses | 317,500 |
| Operating Income | $ 94,500 |

Organizational Chart.



Cash Interest Payment.



| Year | Cash Interest Payment | Interest on Carrying Value | Amortization of Discount | Carrying Value |
|---|---|---|---|---|
| Jan.  1 Year 1 | | | | 91,800 |
| Dec. 31 Year 1 | 5,000 | 6,426 | 1,426 | 93,226 |
| Dec. 31 Year 2 | 5,000 | 6,526 | 1,526 | 94,752 |
| Dec. 31 Year 3 | 5,000 | 6,633 | 1,633 | 96,384 |
| Dec. 31 Year 4 | 5,000 | 6,747 | 1,747 | 98,131 |
| Dec. 31 Year 5 | 5,000 | 6,869 | 1,869 | 100,000 |

General Ledger.

| GENERAL LEDGER | | | | | |
|---|---|---|---|---|---|
| **Cash** | | | | | **Account No. 101** |
| **Date** | **Item** | **Ref.** | **Debit** | **Credit** | **Balance** |
| 2019 | | | | | |
| Jan. 3 | Cash for common stock | | 20,000 | | 20,000 |
| Jan. 9 | Payment from client | | 4,000 | | 24,000 |
| Jan. 12 | Utility bill | | | 300 | 23,700 |
| Jan. 14 | Dividends payment | | | 100 | 23,600 |
| Jan. 17 | Cash for services | | 2,800 | | 26,400 |
| Jan. 18 | Paid cash for equipment | | | 3,500 | 22,900 |
| Jan. 20 | Paid employee salaries | | | 3,600 | 19,300 |
| Jan. 23 | Customer payment | | 5,500 | | 24,800 |

## Additional resources

### Student and instructor resources

We've compiled additional resources for both students and instructors, including Getting Started Guides, an instructor solution guide, and companion presentation slides. Instructor resources require a verified instructor account, which you can apply for when you log in or create your account on openstax.org. Instructor and student resources are typically available within a few months after the book's initial publication. Take advantage of these resources to supplement your OpenStax book.

### Community Hubs

OpenStax partners with the Institute for the Study of Knowledge Management in Education (ISKME) to offer Community Hubs on OER Commons—a platform for instructors to share community-created resources that support OpenStax books, free of charge. Through our Community Hubs, instructors can upload their own materials or download resources to use in their own courses, including additional ancillaries, teaching material, multimedia, and relevant course content. We encourage instructors to join the hubs for the subjects most relevant to your teaching and research as an opportunity both to enrich your courses and to engage with other faculty.

To reach the Community Hubs, visit www.oercommons.org/hubs/OpenStax.

### Technology partners

As allies in making high-quality learning materials accessible, our technology partners offer optional low-cost tools that are integrated with OpenStax books. To access the technology options for your text, visit your book page on openstax.org.

**Senior contributing authors**

**Mitchell Franklin, Le Moyne College (Financial Accounting)**

Mitchell Franklin (PhD, CPA) is an Associate Professor and Director of Undergraduate and Graduate Accounting Programs at Le Moyne College's Madden School of Business. His research interests include the impact of tax law on policy, and innovative education in both financial accounting and taxation, with articles published in journals including *Issues in Accounting Education, Advances in Accounting Education, Tax Notes, Journal of Taxation,* and *The CPA Journal and Tax Adviser*. He teaches introductory and advanced courses in individual and corporate taxation as well as financial accounting. Prior to joining Le Moyne College, he served on the faculty at Syracuse University.

**Patty Graybeal, University of Michigan-Dearborn (Managerial Accounting)**

Patty Graybeal received her BBA from Radford University and her MACCT and PhD from Virginia Tech. She teaches undergraduate and graduate courses in financial, managerial, governmental, and international accounting. She has published scholarly articles on performance plans and compensation structures, as well as bankruptcy prediction, and she currently focuses on pedagogical issues related to instructional methods and resources that enhance student academic success. Prior to UM-Dearborn, she was on the faculty at Wake Forest University, George Mason University, and Virginia Tech. She brings significant real-world experience to the classroom from her prior work in healthcare administration and her current work with the auto industry.

**Dixon Cooper, Ouachita Baptist University**

Dixon Cooper received his BBA in Accounting and MS in Taxation from the University of North Texas. He has taught undergraduate and graduate courses in accounting, finance, and economics. In addition to his academic activities, he served for approximately fifteen years as an author/editor for the AICPA's continuing education program and maintained a tax compliance and financial services practice. He also has several years of experience in public accounting and consulting. Prior to teaching at Ouachita Baptist University, he was a faculty member at the University of North Texas, Texas Christian University Austin College, and the University of Arkansas.

**Contributing authors**

LuAnn Bean, Florida Institute of Technology

Ian Burt, Niagara University

Shana Carr, San Diego City College

David T. Collins, Bellarmine University

Shawna Coram, Florida State College at Jacksonville

Kenneth Creech, Briar Cliff University

Next: Chapter 1 — Accounting as a Tool for Managers

Michael Gauci, Florida Atlantic University

Cindy Greenman, Embry-Riddle Aeronautical University

Michael Haselkorn, Bentley University

Christine Irujo, Westfield State University

Cynthia Johnson, University of Arkansas at Little Rock

Cynthia Khanlarian, North Carolina Agricultural and Technical State University

Terri Lukshaitis, Ferris State University

Debra Luna, Southwest University

Bill Nantz, Houston Community College

Tatyana Pashnyak, Bainbridge State College

Brian Pusateri, University of Scranton

Ellen Rackas, Muhlenberg College

Marianne Rexer, Wilkes University

Roslyn Roberts, California State University, Sacramento

Rebecca Rosner, Long Island University

Jeffrey J. Sabolish, University of Michigan-Flint

Jason E. Swartzlander, Bluffton University

Diane Tanner, University of North Florida

Mark M. Ulrich, Queensborough Community College

Janis Weber, University of Louisiana Monroe

Linda Williams, Tidewater Community College

Darryl Woolley, University of Idaho

**Reviewers**

Janice Akao, Butler Community College

Chandra D. Arthur, Cuyahoga Community College

Next: Chapter 1 — Accounting as a Tool for Managers

Dereck Barr-Pulliam, University of Wisconsin–Madison

John Bedient, Albion College

Debra Benson, Kennesaw State University

Amy Bourne, Oregon State University

Stacy Boyer-Davis, Northern Michigan University

Dena Breece, Methodist University

Lawrence Chui, University of St. Thomas, Minnesota

Sandra Cohen, Columbia College Chicago

Bryan Coleman, Assumption College

Sue Cooper, Salisbury University

Constance Crawford, Ramapo College of New Jersey

Cori O. Crews, Valdosta State University

Annette Davis, Glendale Community College

Ronald de Ramon, Rockland Community College

Julie Dilling, Moraine Park Technical College

Terry Elliott, Morehead State University

Jim Emig, Villanova University

Darius Fatemi, Northern Kentucky University

Rhonda Gilreath, Tiffin University

Alan Glazer, Franklin & Marshall College

Marina Grau, Houston Community College

Amber Gray, Adrian College

Jeffry Haber, Iona College

Michelle Hagadorn, Roanoke College

Regina Ivory Butts, Fort Valley State University

Next: Chapter 1 — Accounting as a Tool for Managers

Christine Kloezeman, California State University, Los Angeles

Lauri L. Kremer, Lycoming College

W. Eric Lee, University of Northern Iowa

Julie G. Lindsey, University of Phoenix

Jennifer Mack, Lindenwood University

Suneel Maheshwari, Indiana University of Pennsylvania

Richard Mandau, Piedmont Technical College

Josephine Mathias, Mercer County Community College

Ermira Mazziotta, Muhlenberg College

Karen B. McCarron, Georgia Gwinnett College

Michelle A. McFeaters, Grove City College

Britton McKay, Georgia Southern University

Christopher McNamara, Finger Lakes Community College

Glenn McQueary, Houston Community College

Tammy Metzke, Milwaukee Area Technical College

Stacey Mirinaviciene, Keuka College

Eleonor Moore, Kirtland Community College

Hassan Niazi, Northern State University

Felicia Olagbemi, Colorado State University-Global Campus

Suzanne Owens, Colorado Mesa University

Jenice Prather-Kinsey, University of Alabama at Birmingham

Tom Prieto, College of the Canyons

Atul Rai, Wichita State University

Kevin Raiford, College of Southern Nevada

Dave Repp, Strayer University

Next: Chapter 1 — Accounting as a Tool for Managers

John Rossi, Moravian College

Angela Seidel, Saint Francis University

Margaret Shackell, Cornell University

Debra Sinclair, University of South Florida St. Petersburg

Mohsen Souissi, Fayetteville State University

Zivia Sweeney, University of Southern California

Tim Swenson, Sullivan University

Hai Ta, Niagara University

Andress Walker, Ventura County Community College District

Teresa Walker, Greensboro College

Roland Warfield, Seton Hill University

Michael Wiggins, Georgia Southern University

Joseph Winter, Niagara University

David Ziebart, University of Kentucky

## LICENSE



## SHARE THIS BOOK



SPSCC -- ACCT& 203 working Copyright © 2018 by OSCRiceUniversity is licensed under a Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International License, except where otherwise noted.

Next: Chapter 1 — Accounting as a Tool for Managers

**Powered by Pressbooks**

Guides and Tutorials  |  Pressbooks Directory  |  Contact

Next: Chapter 1 — Accounting as a Tool for Managers

Home   Read   Sign

in   Search in book …

Want to create or adapt books like this? Learn more about how Pressbooks supports open publishing practices.

SPSCC — ACCT& 203 WORKING

CONTENTS

# Chapter 11 LO 4 — Use Discounted Cash Flow Models to Make Capital Investment Decisions

Your company, Rudolph Incorporated, has begun analyzing two potential future project alternatives that have passed the basic screening using the non–time value methods of determining the payback period and the accounting rate of return. Both proposed projects seem reasonable, but your company typically selects only one option to pursue. Which one should you choose? How will you decide? A discounted cash flow model can assist with this process. In this section, we will discuss two commonly used time value of money–based options: the net present value method (NPV) and the internal rate of return (IRR). Both of these methods are based on the discounted cash flow process.

## Fundamentals of the Discounted Cash Flow Model

The discount cash flow model assigns a value to a business opportunity using time-value measurement tools.

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

return or the initial investment, the company may not consider investment. When considering the discounted cash flow process, the time value of money plays a major role.

## Time Value-Based Methods

As previously discussed, time value of money methods assume that the value of money today is worth more now than in the future. The payback period and accounting rate of return methods do not consider this concept when performing calculations and analyzing results. That is why they are typically only used as basic screening tools. To decide the best option between alternatives, a company performs preference measurement using tools, such as net present value and internal rate of return that do consider the time value of money concept. Net present value (NPV) discounts future cash flows to their present value at the expected rate of return and compares that to the initial investment. NPV does not determine the actual rate of return earned by a project. The internal rate of return (IRR) shows the profitability or growth potential of an investment at the point where NPV equals zero, so it determines the actual rate of return a project earns. As the name implies, net present value is stated in dollars, whereas the internal rate of return is stated as an interest rate. Both NPV and IRR require the company to determine a rate of return to be used as the target return rate, such as the minimum required rate of return or the weighted average cost of capital, which will be discussed in Balanced Scorecard and Other Performance Measures.

A positive NPV implies that the present value of the cash inflows from the project are greater than the present value of the cash outflows, which represent the expenses and costs associated with the project. In an NPV calculation, a positive NPV is typically considered a potentially good investment or project. However, other extenuating circumstances should be considered. For example, the company might not wish to borrow the necessary funding to make the investment because the company might be anticipating a downturn in the national economy.

An IRR analysis compares the calculated IRR with either a predetermined rate of return or the cost of borrowing the money to invest in the project in order to determine whether a potential investment or project is favorable. For example, assume that the investment or equipment purchase is expected to generate an IRR of 15% and the company's expected rate of return is 12%. In this case, similar to the NPV calculation, we assume that the proposed investment would be undertaken. However, remember that other factors must be considered, as they are with NPV.

When considering cash inflows—whether using NPV or IRR—the accountant should examine both profits generated or expenses reduced. Investments that are made may generate additional revenue or could reduce production costs. Both cases assume that the new product or other type of investment generates a positive cash inflow that will be compared to the cost outflows to determine whether there is an overall positive or negative net present value.

Additionally, a company would determine whether the projects being considered are mutually exclusive or not. If the projects or investment options are mutually exclusive, the company can evaluate and identify more

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

NPV and IRR evaluations. Even if all proposals pass the financial requirements of the NPV and IRR methods, only one proposal will be accepted.

Another consideration occurs when a company has the ability to evaluate and accept multiple proposals. For example, an automobile manufacturer is considering expanding its number of dealerships in the United States over the next ten-year period and has allocated $30,000,000 to buy the land. They could purchase any number of properties. They conduct NPV and IRR analyses of fifteen properties and determine that four meet their required standards and market feasibility needs and then purchase those four properties. The opportunities were not mutually exclusive: the number of properties purchased was driven by research and expansion projections, not by their need for only one option.

---

CONTINUING APPLICATION

**Capital Budgeting Decisions**

**Gearhead Outfitters** has expanded to many locations throughout its twenty-plus years in business. How did company management decide to expand? One of the financial tools a business can use is capital budgeting, which addresses many different issues involving the use of current cash flow for future return. As you've learned, capital outlay decisions can be evaluated through payback period, net present value, and methods involving rates of return.

With this in mind, think about the capital budgeting issues **Gearhead**'s management might have faced. For example, in deciding to expand, should the company buy a building or lease one? What method should be used to evaluate this? Purchasing a building might require more initial outlay, but the company will retain an asset. How will such a decision affect the bottom line? With respect to equipment, **Gearhead** could maintain a fleet of vehicles. Should the vehicles be purchased or leased? What will need to be considered in the process?

In developing and maintaining its strategy for sustainability, a business must not only consider day-to-day operations, but also address long-term decisions. Common capital budgeting items like equipment purchases to increase efficiency or reduce costs, decisions about replacement versus repair, and expansion all involve significant cash outlay. How will these items be evaluated? How long will recouping the initial investment take? How much revenue will be generated (or costs saved) through capital outlay? Does the company require a minimum rate of return before it moves forward with investment? If so, how is that return determined? Considering **Gearhead**'s decision to expand, what are some specific capital budgeting decisions important for the company to consider in their long-term strategy?

---

### Basic Characteristics of the Net Present Value Model

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

value of cash inflows and outflows associated with a project at a required rate of return. If the outcome is positive, the company should consider investment. If the outcome is negative, the company would forgo investment.

We previously discussed the calculation for present value using the present value tables, where $n$ is the number of years and $i$ is the expected interest rate. Once the present value factor is determined, it is multiplied by the expected net cash flows to produce the present value of future cash flows. The initial investment is subtracted from this present value calculation to determine the net present value.

### Net present value = Sum of Present Value of net cash flows – Initial Investment

Recall that the Present Value of $1 table is used for a lump sum payout, whereas the Present Value of an Ordinary Annuity table is used for a series of equal payments occurring at the end of each period. Taking this distinction one step further, NPV requires use of different tables depending on whether the future cash flows are equal or unequal in each time period. If the cash flows each period are equal, the company uses the Present Value of an Ordinary Annuity table, where the present value factor is multiplied by the cash flow amount for one period to get the present value. If the cash flows each period are unequal, the company uses the Present Value of $1 table, where the total present value is the sum of each of the unequal cash flows multiplied by the appropriate present value factor for each time period. This concept is discussed in the following example.

Assume that your company, Rudolph Incorporated, is determining the NPV for a new X-ray machine. The X-ray machine has an initial investment of $200,000 and an expected cash flow of $40,000 each period for the next 10 years. The expected $40,000 cash flows from the new X-ray machine can be attributed to either additional revenue generated or cost savings realized by more efficient operations of the new machine. Since these annual cash flows of $40,000 are the same amount in each period over the ten-years this will be a stream of annuity amounts received. The required rate of return on such an investment is 8%. The present value factor ($i$ = 8, $n$ = 10) is 6.710 using the Present Value of an Ordinary Annuity table. Multiplying the present value factor (6.710) by the equal cash flow ($40,000) gives a present value of $268,400. NPV is found by taking the present value of $268,400 and subtracting the initial investment of $200,000 to arrive at $68,400. This is a positive NPV, so the company would consider investment.

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

| Present Value of an Ordinary Annuity Table | | | | | |
|---|---|---|---|---|---|
| Rate (*i*) | | | | | |
| Period (*n*) | 1% | 2% | 3% | 5% | 8% |
| 1 | 0.990 | 0.980 | 0.971 | 0.952 | 0.926 |
| 2 | 1.970 | 1.942 | 1.913 | 1.859 | 1.783 |
| 3 | 2.941 | 2.884 | 2.829 | 2.723 | 2.577 |
| 4 | 3.902 | 3.808 | 3.717 | 3.546 | 3.312 |
| 5 | 4.853 | 4.713 | 4.580 | 4.329 | 3.993 |
| 6 | 5.795 | 5.601 | 5.417 | 5.076 | 4.623 |
| 7 | 6.728 | 6.472 | 6.230 | 5.786 | 5.206 |
| 8 | 7.652 | 7.325 | 7.020 | 6.463 | 5.747 |
| 9 | 8.566 | 8.162 | 7.786 | 7.108 | 6.247 |
| 10 | 9.471 | 8.983 | 8.530 | 7.722 | **6.710** |

If there are two investments that have a positive NPV, and the investments are mutually exclusive, meaning only one can be chosen, the more profitable of the two investments is typically the appropriate one for a company to choose. We can also use the profitability index to compare them. The profitability index measures the amount of profit returned for each dollar invested in a project. This is particularly useful when projects being evaluated are of a different size, as the profitability index scales the projects to make them comparable. The profitability index is found by taking the present value of the net cash flows and dividing by the initial investment cost.

$$\text{Profitability index} = \frac{\text{Present value of cash flows}}{\text{Initial investment cost}}$$

For example, Rudolph Incorporated is considering the X-ray machine that had present value cash flows of $268,400 (not considering salvage value) and an initial investment cost of $200,000. Another X-ray equipment option, option B, produces present value cash flows of $290,000 and an initial investment cost of $240,000. The profitability index is computed as follows.

**Option A:  $268,400 / $200,000 = 1.342**

**Option B:  $290,000 / $240,000 = 1.208**

Based on this outcome, the company would invest in Option A, the project with a higher profitability index of 1.342.

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

all cash flows are added together to get one overall present value figure. This overall present value figure is used when finding the difference between present value and the initial investment cost.

For example, let's say the X-ray machine information is the same, except now cash flows are as follows:

| Year | Cash Flow Amount |
|------|------------------|
| 1 | $20,000 |
| 2 | 25,000 |
| 3 | 20,000 |
| 4 | 40,000 |
| 5 | 40,000 |
| 6 | 60,000 |
| 7 | 30,000 |
| 8 | 35,000 |
| 9 | 25,000 |
| 10 | 45,000 |

To find the overall present value, the following calculations take place using the present value of $1 table.

| Year | Cash Flow Amount | Present Value Factor ($i = 8$, $n$ = specific year) | Present Value |
|------|------------------|------------------|---------------|
| 1 | $ 20,000 | ($i = 8$, $n = 1$) = 0.926 | 0.926 × $20,000 = $18,520 |
| 2 | 25,000 | ($i = 8$, $n = 2$) = 0.857 | 0.857 × 25,000 = 21,425 |
| 3 | 20,000 | ($i = 8$, $n = 3$) = 0.794 | 0.794 × 20,000 = 15,880 |
| 4 | 40,000 | ($i = 8$, $n = 4$) = 0.735 | 0.735 × 40,000 = 29,400 |
| 5 | 40,000 | ($i = 8$, $n = 5$) = 0.681 | 0.681 × 40,000 = 27,240 |
| 6 | 60,000 | ($i = 8$, $n = 6$) = 0.630 | 0.630 × 60,000 = 37,800 |
| 7 | 30,000 | ($i = 8$, $n = 7$) = 0.583 | 0.583 × 30,000 = 17,490 |
| 8 | 35,000 | ($i = 8$, $n = 8$) = 0.540 | 0.540 × 35,000 = 18,900 |
| 9 | 25,000 | ($i = 8$, $n = 9$) = 0.500 | 0.500 × 25,000 = 12,500 |
| 10 | 45,000 | ($i = 8$, $n = 10$) = 0.463 | 0.463 × 45,000 = 20,835 |
| **Total** | **$340,000** | | **$219,990** |

The Present Value of $1 table is used because, each year, a new "lump sum" cash flow is received, so the cash flow in each period is different. The cash flows are treated as one-time lump sum payouts during that year. The present value for each period looks at each year's present value factor at an interest rate of 8%. All the PVs are added together for a total present value of $219,990. The initial investment of $200,000 is subtracted from the $219,990 to arrive at a positive NPV of $19,990. In this case, the company would consider invest-

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

YOUR TURN

**Analyzing a Postage Meter Investment**

Yellow Industries is considering investment in a new postage meter system. The postage meter system would have an initial investment cost of $135,000. Annual net cash flows are $40,000 for the next 5 years, and the expected interest rate return is 10%. Calculate net present value and decide whether or not Yellow Industries should invest in the new postage meter system.

**Solution**

Use the Present Value of an Ordinary Annuity table. Present value factor at $n$ = 5 and $i$ = 10% is 3.791. Present value = 3.791 × $40,000 = $151,640. NPV = $151,640 − $135,000 = $16,640. In this case, Yellow Industries should invest since the NPV is positive.

---

### *Calculation and Discussion of the Results of the Net Present Value Model*

To demonstrate NPV, assume that a company, Rayford Machining, is considering buying a drill press that will have an initial investment cost of $50,000 and annual cash flows of $10,000 for the next 7 years. Assume that Rayford expects a 5% rate of return on such an investment. We need to determine the NPV when cash flows are equal. The present value factor ($i$ = 5, $n$ = 7) is 5.786 using the Present Value of an Ordinary Annuity table. We multiply 5.786 by the equal cash flow of $10,000 to get a present value of $57,860. NPV is found by taking the present value of $57,860 and subtracting the initial investment of $50,000 to arrive at $7,860. This is a positive NPV, so the company would consider the investment.

| Present Value of an Ordinary Annuity Table | | | | |
|---|---|---|---|---|
| **Rate ($i$)** | | | | |
| | 1% | 2% | 3% | 5% |
| 1 | 0.990 | 0.980 | 0.971 | 0.952 |
| 2 | 1.970 | 1.942 | 1.913 | 1.859 |
| 3 | 2.941 | 2.884 | 2.829 | 2.723 |
| 4 | 3.902 | 3.808 | 3.717 | 3.546 |
| 5 | 4.853 | 4.713 | 4.580 | 4.329 |
| 6 | 5.795 | 5.601 | 5.417 | 5.076 |
| 7 | 6.728 | 6.472 | 6.230 | **5.786** |

*Period ($n$)*

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

cost of $56,000 that produces present value cash flows of $60,500. The profitability index is computed as follows.

**Option A:  $57,860 / $50,000 = 1.157**

**Option B:  $60,500 / $56,000 = 1.080**

Based on this outcome, the company would invest in Option A, the project with a higher profitability potential of 1.157.

Now let's assume cash flows are unequal. Unequal cash flow information for Rayford Machining is summarized here.

| Year | Net Cash Flow |
|------|---------------|
| 1 | $10,000 |
| 2 | 5,000 |
| 3 | 7,000 |
| 4 | 3,000 |
| 5 | 10,000 |
| 6 | 10,000 |
| 7 | 10,000 |

To find the overall present value, the following calculations take place using the Present Value of $1 table.

| Year | Cash Flow Amount | Present Value Factor ($i = 5$, $n$ = specific year) | Present Value |
|------|------------------|-----------------------------------------------------|---------------|
| 1 | $10,000 | ($i = 5$, $n = 1$) = 0.952 | 0.952 × $10,000 = $9,520 |
| 2 | 5,000 | ($i = 5$, $n = 2$) = 0.907 | 0.907 ×   5,000 =  4,535 |
| 3 | 7,000 | ($i = 5$, $n = 3$) = 0.864 | 0.864 ×   7,000 =  6,048 |
| 4 | 3,000 | ($i = 5$, $n = 4$) = 0.823 | 0.823 ×   3,000 =  2,469 |
| 5 | 10,000 | ($i = 5$, $n = 5$) = 0.784 | 0.784 ×  10,000 =  7,840 |
| 6 | 10,000 | ($i = 5$, $n = 6$) = 0.746 | 0.746 ×  10,000 =  7,460 |
| 7 | 10,000 | ($i = 5$, $n = 7$) = 0.711 | 0.711 ×  10,000 =  7,110 |
| **Total** | **$55,000** | | **$44,982** |

The present value for each period looks at each year's present value factor at an interest rate of 5%. All individual year present values are added together for a total present value of $44,982. The initial investment of $50,000 is subtracted from the $44,982 to arrive at a negative NPV of $5,018. In this case, Rayford Machining would not invest, since the outcome is negative. The negative NPV value does not mean the investment would be unprofitable; rather, it means the investment does not return the desired 5% the company is looking for in the investments that it makes.

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

The internal rate of return model allows for the comparison of profitability or growth potential among alternatives. All external factors, such as inflation, are removed from calculation, and the project with the highest return rate percentage is considered for investment.

IRR is the discounted rate (interest rate) point at which NPV equals zero. In other words, the IRR is the point at which the present value cash inflows equal the initial investment cost. To consider investment, IRR needs to meet or exceed the required rate of return for the investment type. If IRR does not meet the required rate of return, the company will forgo investment.

To find IRR using the present value tables, we need to know the cash flow number of return periods ($n$) and the intersecting present value factor. To calculate present value factor, we use the following formula.

$$\textbf{Present Value Factor} = \frac{\textbf{Initial Investment Cost}}{\textbf{Annual Net Cash Flows}}$$

We find the present value factor in the present value table in the row with the corresponding number of periods ($n$). We find the matching interest rate ($i$) at this present value factor. The corresponding interest rate at the number of periods ($n$) is the IRR. When cash flows are equal, use the Present Value of an Ordinary Annuity table to find IRR.

For example, a car manufacturer needs to replace welding equipment. The initial investment cost is $312,000 and each annual net cash flow is $49,944 for the next 9 years. We need to find the internal rate of return for this welding equipment. The expected rate of return for such a purchase is 6%. In this case, $n$ = 9 and the present value factor is computed as follows.

**Present Value Factor = $312,000 / $49,944 = 6.247 (rounded)**

Looking at the Present Value of an Ordinary Annuity table, where $n$ = 9 and the present value factor is 6.247, we discover that the corresponding return rate is 8%. This exceeds the expected return rate, so the company would typically invest in the project.

| Present Value of an Ordinary Annuity Table | | | | | | |
|---|---|---|---|---|---|---|
| **Rate ($i$)** | | | | | | |
| | 1% | 2% | 3% | 5% | 8% | 10% |
| 1 | 0.990 | 0.980 | 0.971 | 0.952 | 0.926 | 0.909 |
| 2 | 1.970 | 1.942 | 1.913 | 1.859 | 1.783 | 1.736 |
| 3 | 2.941 | 2.884 | 2.829 | 2.723 | 2.577 | 2.487 |
| 4 | 3.902 | 3.808 | 3.717 | 3.546 | 3.312 | 3.170 |
| 5 | 4.853 | 4.713 | 4.580 | 4.329 | 3.993 | 3.791 |
| 6 | 5.795 | 5.601 | 5.417 | 5.076 | 4.623 | 4.355 |

*Period ($n$)* appears vertically along the left side of the table.

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

If there is more than one viable option, the company will select the alternative with the highest IRR that exceeds the expected rate of return.

Our tables are limited in scope, and therefore, a present value factor may fall in between two interest rates. When this is the case, you may choose to identify an IRR range instead of a single interest rate figure. A spreadsheet program or financial calculator can produce a more accurate result and can also be used when cash flows are unequal.

### *Calculation and Discussion of the Results of the Internal Rate of Return Model*

Assume that Rayford Machining wants to know the internal rate of return for the new drill press. The drill press has an initial investment cost of $50,000 and an annual cash flow of $10,000 for each of the next seven years. The company expects a 7% rate of return on this type of investment. We calculate the present value factor as:

$$\text{Present Value Factor} = \$50,000 / \$10,000 = 5.000$$

Scanning the Present Value of an Ordinary Annuity table reveals that the interest rate where the present value factor is 5 and the number of periods is 7 is between 8 and 10%. Since the required rate of return was 7%, Rayford would consider investment in this metal press machine.

| Present Value of an Ordinary Annuity Table | | | | | | |
|---|---|---|---|---|---|---|
| | Rate (*i*) | | | | | |
| | | 1% | 2% | 3% | 5% | 8% | 10% |
| Period (*n*) | 1 | 0.990 | 0.980 | 0.971 | 0.952 | 0.926 | 0.909 |
| | 2 | 1.970 | 1.942 | 1.913 | 1.859 | 1.783 | 1.736 |
| | 3 | 2.941 | 2.884 | 2.829 | 2.723 | 2.577 | 2.487 |
| | 4 | 3.902 | 3.808 | 3.717 | 3.546 | 3.312 | 3.170 |
| | 5 | 4.853 | 4.713 | 4.580 | 4.329 | 3.993 | 3.791 |
| | 6 | 5.795 | 5.601 | 5.417 | 5.076 | 4.623 | 4.355 |
| | 7 | 6.728 | 6.472 | 6.230 | 5.786 | **5.206** | **4.868** |
| | 8 | 7.652 | 7.325 | 7.020 | 6.463 | 5.747 | 5.335 |
| | 9 | 8.566 | 8.162 | 7.786 | 7.108 | 6.247 | 5.759 |

Consider another example using Rayford, where they have two drill press purchase options. Option A has an IRR between 8% and 10%. The other option, Option B, has an initial investment cost of $60,500 and equal annual net cash flows of $13,256 for the next seven years. We calculate the present value factor as:

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

and the number of periods is 7, the interest rate is 12%. This not only exceeds the 7% required rate, it also exceeds Option A's return of 8% to 10%. Therefore, if resources were limited, Rayford would select Option B over Option A.

| | | \multicolumn{7}{c}{**Present Value of an Ordinary Annuity Table**} |
|---|---|---|---|---|---|---|---|---|
| | | \multicolumn{7}{c}{**Rate (*i*)**} |
| | | 1% | 2% | 3% | 5% | 8% | 10% | 12% |
| Period (n) | 1 | 0.990 | 0.980 | 0.971 | 0.952 | 0.926 | 0.909 | 0.893 |
| | 2 | 1.970 | 1.942 | 1.913 | 1.859 | 1.783 | 1.736 | 1.690 |
| | 3 | 2.941 | 2.884 | 2.829 | 2.723 | 2.577 | 2.487 | 2.402 |
| | 4 | 3.902 | 3.808 | 3.717 | 3.546 | 3.312 | 3.170 | 3.037 |
| | 5 | 4.853 | 4.713 | 4.580 | 4.329 | 3.993 | 3.791 | 3.605 |
| | 6 | 5.795 | 5.601 | 5.417 | 5.076 | 4.623 | 4.355 | 4.111 |
| | 7 | 6.728 | 6.472 | 6.230 | 5.786 | 5.206 | 4.868 | **4.564** |

## Final Summary of the Discounted Cash Flow Models

The internal rate of return (IRR) and the net present value (NPV) methods are types of discounted cash flow analysis that require taking estimated future payments from a project and discounting them into present values. The difference between the two methods is that the NPV calculation determines the project's estimated return in dollars and the IRR provides the percentage rate of return from a project needed to break even.

When the NPV is determined to be $0, the present value of the cash inflows and the present value of the cash outflows are equal. For example, assume that the present value of the cash inflows is $10,000 and the present value of the cash outflows is also $10,000. In this example, the NPV would be $0. At a net present value of zero, the IRR would be exactly equal to the interest rate that was used to perform the NPV calculation. For example, in the previous example, where both the cash inflows and the cash outflows have present values of $10,000 and the NPV is $0, assume that they were discounted at an 8% interest rate. If you were to then calculate the internal rate of return, the IRR would be 8%, the same interest rate that gave us an NPV of $0.

Overall, it is important to understand that a company must consider the time value of money when making capital investment decisions. Knowing the present value of a future cash flow enables a company to better select between alternatives. The net present value compares the initial investment cost to the present value of future cash flows and requires a positive outcome before investment. The internal rate of return also considers the present value of future cash flows but considers profitability stated in terms of percentage of return on the investment or project. These models allows two or more options to be compared to eliminate bias with raw financial figures.

THINK IT THROUGH

**Choosing Investments**

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

Consider this: you have two projects that met the payback period and accounting rate of return screenings identically. Project 1 produced an NPV of $45,000 and had an IRR between 5% and 8%. Project 2 produced a NPV of $35,000 and had an IRR of 10%. This leaves you with a difficult choice, since each alternative has a measurement that exceeds the other and the other variables are the same. Which project would you invest in and why?

---

KEY TAKEAWAYS

### Key Concepts and Summary

- The discounted cash flow model assigns values to a project's alternatives using time value of money and discounts future rates back to present value. Two measurement tools are used in discounted cash flows: net present value and internal rate of return.
- Net present value considers an expected rate of return, converts future cash flows into present value, and compares that to the initial investment cost. If the outcome is positive, the company would look to invest in the project.
- Internal rate of return shows the profitability of an investment, where NPV equals zero. If the corresponding interest rate exceeds the expected rate of return, the company would invest in the project.

---

### Glossary

**discounted cash flow model**
assigns a value to a business opportunity using time-value measurement tools

**internal rate of return method (IRR)**
calculation to determine profitability or growth potential of an investment, expressed as a percentage, at the point where NPV equals zero

**net present value method (NPV)**
discounts future cash flows to their present value at the expected rate of return, and compares that to the initial investment

---

LICENSE

SHARE THIS BOOK

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions

SPSCC -- ACCT& 203 working Copyright © 2018 by OSCRiceUniversity is licensed under a Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International License, except where otherwise noted.

**Powered by Pressbooks**

Guides and Tutorials  |  Pressbooks Directory  |  Contact

Previous: Chapter 11 LO 3 — Explain the Time Value of Money and Calculate Present and Future Values of Lump Sums and Annuities

Next: Chapter 11 LO 5 — Compare and Contrast Non-Time Value-Based Methods and Time Value-Based Methods in Capital Investment Decisions