IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on April 5, 2024, a copy of Defendants Akoustis Technologies, Inc. and Akoustis, Inc.'s Amended Notice Pursuant to 35 U.S.C. § 282 and this Notice of Service were served on the following counsel of record via email:

>Jack B. Blumenfeld (#1014)
>Jeremy A. Tigan (#5239)
>Anthony David Raucci
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>jblumenfeld@morrisnicols.com
>jtigan@morrisnichols.com
>araucci@morrisnichols.com
>
>Robert M. Masters
>Jonathan R. DeFosse
>Timothy P. Cremen
>Roy D. Jung
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>2099 Pennsylvania Avenue, NW Suite 100
>Washington, DC 2006-6801
>(202) 747-1900
>rmasters@sheppardmullin.com
>jdefosse@sheppardmullin.com
>tcremen@sheppardmullin.com

        rjung@sheppardmullin.com

        Eric K. Gill
        Zachary Alper
        Theodore Mayer
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        12275 El Camino Real, Suite 100
        San Diego, CA 92130-4092
        (858) 720-8900
        egill@sheppardmullin.com
        zalper@sheppardmullin.com
        tmayer@sheppardmullin.com

        James C. Wald
        Kazim A. Naqvi
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        1901 Avenue of the Stars, 16th Floor
        Los Angeles, CA 90067
        (310) 228-3700
        jwald@sheppardmullin.com
        knaqvi@sheppardmullin.com

        Jennifer Klein Ayers
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        2200 Ross Avenue, 20th Floor
        Dallas, TX 75201
        (469) 391-7400
        jayers@sheppardmullin.com

| | |
|---|---|
| Dated: April 5, 2024 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Ronald P. Golden III* |
| | Stephen B. Brauerman (#4952) |
| SQUIRE PATTON BOGGS (US) LLP | Ronald P. Golden III (#6254) |
| | 600 N. King Street, Suite 400 |
| Ronald S. Lemieux | Wilmington, Delaware 19801 |
| David S. Elkins | (302) 655-5000 |
| Victoria Q. Smith | sbrauerman@bayardlaw.com |
| 1941 Page Mill Road, Suite 150 | rgolden@bayardlaw.com |
| Palo Alto, CA 94304 | |
| (650) 856-6500 | *Attorneys for Akoustis Technologies, Inc.* |
| Ronald.Lemieux@squirepb.com | *and Akoustis, Inc.* |
| David.Elkins@squirepb.com | |
| Victoria.Smith@squirepb.com | |

SQUIRE PATTON BOGGS (US) LLP

Xiaomei Cai
2325 E. Camelback road, Suite 700
Phoenix, AZ 85016
(602) 528-4000
xiaomei@cai@squirepb.com

SQUIRE PATTON BOGGS (US) LLP

Rachel A. Harris
Matthew Stanford
2550 M Street NW
Washington, D.C. 20037
(202) 457-6000
Rachael.harris@squirepb.com
matthew.stanford@squirepb.com

*Attorneys for Akoustis Technologies, Inc.
and Akoustis, Inc.*