IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS the parties are continuing to confer on Proposed Jury Instructions, Verdict Forms, and Voir Dire Questions, and believe the meet and confer process has been productive, and

WHEREAS the parties believe a short extension of time to file these documents will help to ultimately narrow the issues for the Court to resolve,

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit Proposed Jury Instructions, Verdict Forms, and Voir Dire Questions (D.I. 198, D.I. 500) is extended from April 8, 2024 to April 12, 2024.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| */s/ Anthony D. Raucci* | */s/ Ronald P. Golden III* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>araucci@morrisnichols.com | Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Defendants*<br>*Akoustis Technologies, Inc. and Akoustis, Inc.* |

*Attorneys for Plaintiff Qorvo, Inc.*

April 8, 2024

**SO ORDERED** this _____ day of April, 2024.

_____<br>
United States District Court Judge