IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS the parties are continuing to confer on Proposed Jury Instructions, Verdict Forms, and Voir Dire Questions, and believe the meet and confer process has been productive, and

WHEREAS the parties believe a short extension of time to file these documents will help to ultimately narrow the issues for the Court to resolve,

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit Proposed Jury Instructions, Verdict Forms, and Voir Dire Questions (D.I. 198, D.I. 500) is extended from April 8, 2024 to April 12, 2024.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

April 8, 2024

BAYARD, P.A.

*/s/ Ronald P. Golden III*

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants
Akoustis Technologies, Inc. and Akoustis, Inc.*

**IT IS SO ORDERED** this 8th day of April, 2024.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE