# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>      Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>      Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED** |

## THE AKOUSTIS DEFENDANTS' AMENDED
## IDENTIFICATION OF TRIAL WITNESSES

OF COUNSEL:

SQUIRE PATTON BOGGS (US) LLP

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
1841 Page Mill Road, Suite 150
Palo Alto, California 94304
(650) 856-6500
ronald.lemieux@squirepb.com
david.elkins@squirepb.com
victoria.smith@squirepb.com

Rachael A. Harris
Matthew A. Stanford
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
rachael.harris@squirepb.com
matthew.stanford@squirepb.com

Xiaomei Cai
2325 E. Camelback Road, Suite 700
Phoenix, AZ 85016
(602) 528-4000
xiaomei.cai@squirepb.com

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*

Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") hereby identify their witnesses for trial of this matter:

| Witness | Form of Testimony | Will Call/May Call |
|---|---|---|
| David Aichele | Live | Will Call |
| Kenneth Boller | Live | May Call |
| Robert Darveaux (expert) | Live | Will Call |
| Leah Giovan | Deposition* | Will Call |
| Carlyn Irwin (expert) | Live | Will Call |
| Holly Johnson | Live | Will Call |
| Daeho Kim | Live | Will Call |
| Michael Lebby (expert) | Live | Will Call |
| Clark T.-C. Nguyen (expert) | Live | Will Call |
| Anthony Nixon | Live | May Call |
| Jeffrey Shealey | Live | Will Call |
| Anthony Testa | Live* | Will Call |
| Mary Winters | Live | Will Call |

In the event that plaintiff Qorvo, Inc. calls the asterisked witnesses live during its case-in-chief, Akoustis' trial examination of those witnesses will take place during cross-examination (for the elimination of doubt, Akoustis' examination of those witnesses may exceed the scope of their direct examination to avoid the need to recall those witnesses).

Akoustis also reserves the right not to call one or more trial witnesses identified above or to object on any grounds to the admissibility of the testimony of trial witnesses on either Akoustis' or Qorvo's witness lists. Akoustis further reserves the right to move for exclusion of such testimony.

- 2 -

Dated:   April 17, 2024

OF COUNSEL:

SQUIRE PATTON BOGGS (US) LLP

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
1841 Page Mill Road, Suite 150
Palo Alto, California 94304
(650) 856-6500
ronald.lemieux@squirepb.com
david.elkins@squirepb.com
victoria.smith@squirepb.com

Rachael A. Harris
Matthew A. Stanford
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
rachael.harris@squirepb.com
matthew.stanford@squirepb.com

Xiaomei Cai
2325 E. Camelback Road, Suite 700
Phoenix, AZ 85016
(602) 528-4000
xiaomei.cai@squirepb.com

Respectfully submitted,

*/s/ Ronald P. Golden III*
  Stephen B. Brauerman (#4952)
  Ronald P. Golden III (#6254)
  BAYARD, P.A.
  600 N. King Street, Suite 400
  Wilmington, Delaware
  (302) 655-5000
  sbrauerman@bayardlaw.com
  rgolden@bayardlaw.com

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*