IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Defendants to file a redacted version of the Joint Proposed Pretrial Order (D.I. 530) is extended until April 22, 2024.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
| | |
| /s/ *Anthony D. Raucci* | /s/ *Ronald P. Golden III* |
| | |
| Jack B. Blumenfeld (#1014) | Stephen B. Brauerman (#4952) |
| Jeremy A. Tigan (#5239) | Ronald P. Golden III (#6254) |
| Anthony D. Raucci (#5948) | 600 North King Street, Suite 400 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 655-5000 |
| Wilmington, DE 19899-1347 | sbrauerman@bayardlaw.com |
| (302) 658-9200 | rgolden@bayardlaw.com |
| jblumenfeld@morrisnichols.com | |
| jtigan@morrisnichols.com | *Attorneys for Defendants* |
| araucci@morrisnichols.com | *Akoustis Technologies, Inc. and Akoustis, Inc.* |

*Attorneys for Plaintiff Qorvo, Inc.*

April 17, 2024

SO ORDERED this 19th day of April, 2024.

/s/ Jon P. McCalla

JON P. McCALLA
UNITED STATES DISTRICT JUDGE