# Exhibit F.4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>    Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and<br>AKOUSTIS, INC.<br><br>    Defendants. | C.A. 21-01417-JPM<br><br>**DEMAND FOR JURY TRIAL** |

**DECLARATION OF KAZIM NAQVI REGARDING PLAINTIFF'S MOTION *IN LIMINE* #1: MOTION TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING PLAINTIFF'S ALLEGED UNFAIR AND DECEPTIVE TRADE PRACTICES**

I, Kazim Naqvi, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar of the State of California and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so. I provide this Declaration in support of Plaintiff's Motion *In Limine* #1: Motion to Exclude Evidence and Argument Regarding Plaintiff's Alleged Unfair and Deceptive Trade Practices.

2. Attached as **Exhibit 1** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00062776.

3. Attached as **Exhibit 2** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00076928.

4. Attached as **Exhibit 3** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00062161.

5. Attached as **Exhibit 4** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00062689.

6. Attached as **Exhibit 5** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00627966.

7. Attached as **Exhibit 6** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00076825.

8. Attached as **Exhibit 7** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00060990.

9. Attached as **Exhibit 8** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00133852.

10. Attached as **Exhibit 9** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00652846.

11. Attached as **Exhibit 10** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00122459.

12. Attached as **Exhibit 11** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00105416.

13. Attached as **Exhibit 12** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00063831.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 8, 2024.

*/s/ Kazim Naqvi*
Kazim Naqvi

# Exhibits 1-12
# (Redacted in Their Entirety)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br>　　　　　　Defendants. | )<br>)<br>)<br>) C.A. 21-01417-JPM<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF KAZIM NAQVI REGARDING PLAINTIFF'S MOTION *IN LIMINE* #2: MOTION TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING PLAINTIFF'S ALLEGED ACQUISITION OR USE OF THIRD-PARTY CONFIDENTIAL INFORMATION**

I, Kazim Naqvi, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar of the State of California and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so. I provide this Declaration in support of Plaintiff's Motion *In Limine* #2: Motion to Exclude Evidence and Argument Regarding Plaintiff's Alleged Acquisition or Use of Third-Party Confidential Information.

2. Attached as **Exhibit 1** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00070764.

3. Attached as **Exhibit 2** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00070776.

-1-

4. Attached as **Exhibit 3** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00070791.

5. Attached as **Exhibit 4** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00070812.

6. Attached as **Exhibit 5** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00070824.

7. Attached as **Exhibit 6** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00070839.

8. Attached as **Exhibit 7** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00070874.

9. Attached as **Exhibit 8** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00070895.

10. Attached as **Exhibit 9** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00651152.

11. Attached as **Exhibit 10** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00651169.

12. Attached as **Exhibit 11** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00651192.

13. Attached as **Exhibit 12** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00664991.

14. Attached as **Exhibit 13** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00690086.

15. Attached as **Exhibit 14** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00752044.

16. Attached as **Exhibit 15** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00753641.

17. Attached as **Exhibit 16** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00811723.

18. Attached as **Exhibit 17** is a true and correct copy of a document produced by Qorvo in this matter bearing beginning Bates number QORVO_00838069.

19. Attached as **Exhibit 18** is a true and correct copy of a document produced by Akoustis in this matter bearing beginning Bates number AKTS_00157836.

20. Attached as **Exhibit 19** is a true and correct copy of a document produced by Akoustis in this matter bearing beginning Bates number AKTS_00494323.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 8, 2024.

                                                */s/ Kazim Naqvi*
                                                Kazim Naqvi

# Exhibits 1-19
# (Redacted in Their Entirety)