# Exhibit F.5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE**

| | |
|---|---|
| QORVO, INC. | |
| Plaintiff, | C.A. No. 21-1417 (JPM) |
| v. | |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | **JURY TRIAL DEMANDED** |
| Defendants. | ███████████ |

**DECLARATION OF DAVID S. ELKINS FOR THE AKOUSTIS DEFENDANTS'
MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTIONS IN LIMINE**

I, DAVID S ELKINS, declare as follows:

1.      I am a partner of the law firm of Squire Patton Boggs (US) LLP and am one of the counsel of record for defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") in this matter.  I make this declaration on my own personal knowledge or, where indicated, on information and belief formed after reasonable inquiry under the circumstances.  If called to do so, I could and would testify competently to the facts stated below.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts from the Expert Report of Dr. Michael Lebby, dated January 5, 2024.

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts from Akoustis' Proposed Trial Exhibit DTX-32.

4.      Attached as **Exhibit 3** is a true and correct copy of excerpts from Akoustis' Proposed Trial Exhibit DTX-34.

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts from the corrected Expert Report of Dr. Robert Darveaux, dated January 16, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 1, 2024.

*/s/ David S. Elkins*
David S. Elkins

# EXHIBIT 1

**<span style="color:red">CORRECTED</span>**

**REBUTTAL REPORT OF DR. MICHAEL LEBBY
REGARDING TRADE SECRETS**

**JANUARY 5, 2024**

if you feel that a leak would not affect the product launch, initialization, or growth in the sector.

99.     I disagree with Dr. Shanfield's opinion that tear downs are performed on products only after their full release.  There are companies that are adept at getting hold of early samples to do tear downs.  Those companies write reports on the product or prototype teardowns and sell those reports. Yole is a company that does this type of work.  Regarding paragraph 421 of the Shanfield Report, while prototypes might be available to selected customers, companies do tear downs of early products (even before full release) thus creating data that is either public or quickly becomes public.

100.  Dr. Shanfield's opinions in paragraphs 425-505 are predominantly focused on how Akoustis came to be in possession of documents that Dr. Shanfield claims are confidential.  But there is scant, if any, discussion on whether Akoustis actually used the information.  Instead, Dr. Shanfield spends many paragraphs focusing on competitive intelligence gathering techniques that are common in the industry, such as obtaining samples, RF modules, and parts.  But instead of applying a realistic understanding of the industry, Dr. Shanfield presents a rather naïve view of it, especially with respect to competitive intelligence gathering in Asia.  For example, in paragraph 440 of his Report, Dr. Shanfield takes issue with Colin Hunt,

an Akoustis employee who is trying to obtain samples of Qorvo products for testing.

Dr. Shanfield states:

> The [email exchange between Mr. Hunt and Steven Li, another Akoustis employee in China,] is telling. … Mr. Hunt either knew or should have known that the standard practice in industry was that prototype products were confidential and shared under NDAs. The implication of Mr. Hunt's email—that there could be some "channels" where prototypes are publicly available—is contrary to industry practice.

Yet, Mr. Hunt's email explicitly says, "By the way Steven, please make sure your channels are not breaking any NDA or agreement they have with Qorvo, I do not want us to undertake anything unethical." According to Dr. Shanfield, giving explicit instructions not to break the law is tantamount to encouragement to break the law.

101.   The stance taken by Dr. Shanfield in paragraph 440 of his Report reflects a naïve understanding of doing business in Asia. Cultural norms in Asia permit a higher level of information than is permitted elsewhere. To do business in Asia is to be familiar with how Asia operates. If you send documents or product, then you should be aware that anything and everything is subject to public release. When I do business in Asia, I assume everything is subject to public release, and I estimate if the information will be used or not. While Akoustis may have seen information that related to Asia, Dr. Shanfield provides no evidence that Akoustis

Rebuttal Expert Report of Michael Lebby

## VII.  RESERVATION OF RIGHTS

155.  I expect to be called to provide expert testimony at trial regarding the opinions I have formed resulting from my research and investigation as set forth in this report. As part of my testimony, I may provide background information on acoustic wave filter technology, any reviewed patents, products, publications, or other evidence, and I reserve the right to use visual aids to illustrate my testimony.

Executed this 5th of January, 2024

_____

Michael Lebby

# EXHIBIT 2

1    Jonathan M. James, Bar No. 012204
     C. Mark Kittredge, Bar No. 013907
2    David J. Palmer, Bar No. 026077
     Perkins Coie LLP
3    2901 North Central Avenue, Suite 2000
     Phoenix, Arizona 85012-2788
4    Telephone: (602) 351-8000
     Facsimile: (602) 648-7032
5    jjames@perkinscoie.com
     mkittredge@perkinscoie.com
6    dpalmer@perkinscoie.com

7    Susan E. Foster, *(Pro Hac Vice)*
     Chun M. Ng *(Pro Hac Vice)*
8    Shylah R. Alfonso *(Pro Hac Vice)*
     Perkins Coie LLP
9    1201 Third Avenue, Suite 4800
     Seattle, Washington 98101-3099
10   Telephone: (206) 359-8000
     Facsimile: (206) 359-9000
11   sfoster@perkinscoie.com
     cng@perkinscoie.com
12   salfonso@perkinscoie.com

13   Attorneys for Plaintiff/Counterdefendant
     TriQuint Semiconductor, Inc.

14

15           **UNITED STATES DISTRICT COURT**

16              **DISTRICT OF ARIZONA**

17

18   TriQuint Semiconductor, Inc., a Delaware     No. 09-01531-PHX-JAT
     corporation,

19           Plaintiff/Counterdefendant,     **DECLARATION OF ROBERT**
                                        **AIGNER, PH.D. IN SUPPORT OF**
20      v.                                    **TRIQUINT'S MOTION FOR**
                                        **PARTIAL SUMMARY**
21   Avago Technologies Limited, a Singapore      **JUDGMENT**
     corporation; Avago Technologies U.S., Inc., a
22   Delaware corporation, Avago Technologies
     Wireless IP (Singapore) Ptd., Ltd., a Singapore
23   corporation,

24           Defendants/Counterclaimants.

25

EXHIBIT 1203
WIT: Aigner
DATE: 11-8-23
DAWN A. HILLIER, RMR, CRR

26      I, Robert Aigner, Ph.D. declare as follows:

27        1.     I am employed by TriQuint Semiconductor, Inc. Since January 2006, I have

28   been actively involved in the design and development of TriQuint's bulk acoustic wave

1    filters.

2        2.    TriQuint deposits two layers of aluminum copper with one layer of tungsten
3    between them on its resonators, and removes the top layer of aluminum copper and the
4    tungsten layer from its series resonators, leaving those layers on its shunt resonators.

5        3.    These layer materials are not selected for their acoustic impedances, but are
6    selected for the ability to effectively control their removal using etchants that effectively
7    remove one material without attacking the other.

8        4.    The layer sequence is designed so that, following removal of the layers from
9    the series resonators, both series and shunt resonators will have the same material,
10   aluminum copper, on their top surface, so that photo-resist and plasma-etch residues can
11   be effectively cleaned from these surfaces using an etchant that will not attack the layer
12   material of either resonator.

13       I declare under penalty of perjury under the laws of the United States of America
14   that the foregoing statements are true and correct to the best of my knowledge.

15       Signed this 1st day of August, 2011.

17   _____
             Robert Aigner, Ph.D.

# EXHIBIT 3

1   Jonathan M. James, Bar No. 012204
    C. Mark Kittredge, Bar No. 013907
2   David J. Palmer, Bar No. 026077
    Perkins Coie LLP
3   2901 North Central Avenue, Suite 2000
    Phoenix, Arizona  85012-2788
4   Telephone:  (602) 351-8000
    Facsimile:  (602) 648-7032
5   JJames@perkinscoie.com; MKittredge@perkinscoie.com;
    DPalmer@perkinscoie.com
6
    Susan E. Foster, *(Pro Hac Vice)*
7   Chun M. Ng *(Pro Hac Vice)*
    Shylah R. Alfonso *(Pro Hac Vice)*
8   Perkins Coie LLP
    1201 Third Avenue, Suite 4800
9   Seattle, Washington  98101-3099
    Telephone:  (206) 359-8000
10  Facsimile:  (206) 359-9000
    SFoster@perkinscoie.com; CNg@perkinscoie.com;
11  SAlfonso@perkinscoie.com

12  Attorneys for Plaintiff/Counterdefendant
    TriQuint Semiconductor, Inc.

13

14                   **UNITED STATES DISTRICT COURT**

15                       **DISTRICT OF ARIZONA**

16
    TriQuint Semiconductor, Inc., a Delaware          No. 09-01531-PHX-JAT
17  corporation,

18              Plaintiff/Counterdefendant,        **DECLARATION OF ROBERT
                                                   AIGNER, PH.D. IN SUPPORT OF**
19        v.                                       **TRIQUINT'S MOTION TO SEAL**

20  Avago Technologies Limited, a Singapore
    corporation; Avago Technologies U.S., Inc.,
21  a Delaware corporation, Avago Technologies
    Wireless IP (Singapore) Pte., Ltd., a Singapore
22  corporation,

23              Defendants/Counterclaimants.

24

25        I, Robert Aigner, Ph.D. have personal knowledge and declare as follows:

26        1.    I am an employee of Plaintiff TriQuint Semiconductor, Inc. ("TriQuint").

27  Since 2006, I have been actively involved in the design, development, and manufacturing

28  of TriQuint's bulk acoustic wave filters.

EXHIBIT 1205
WIT: Aigner
DATE: 11-8-23
DAWN A. HILLIER, RMR, CRR

1  2.    In the course of my experience at TriQuint, I have an understanding of

2  TriQuint's product development, manufacturing, and technical and business information

3  that TriQuint considers competitively sensitive, proprietary, and highly confidential.

4  3.    I have reviewed Exhibit 287 to the Declaration of Jonathan M. James in

5  Support of TriQuint's Opposition to Avago's Motion for Summary Judgment ("TriQuint

6  Exhibits") and Exhibits 232 and 234 to Avago's Rule 56.1 Controverting Statement of

7  Facts and Additional Statement of Facts in Support of Response to TriQuint's Statement

8  of Material Facts ("Avago Exhibits").

9  4.    TriQuint Exhibit 287 is a TriQuint internal presentation on bulk acoustic

10  wave operations at TriQuint.  TriQuint Exhibit 287 contains specific, detailed, and highly

11  confidential information regarding TriQuint's manufacturing capacity, the disclosure of

12  which would cause significant harm to TriQuint if revealed to competitors or customers.

13  A true and correct copy of TriQuint Exhibit 287 redacting the most sensitive proprietary

14  information is attached as Exhibit 1 to this Declaration.

15  5.    Avago Exhibits 232 and 234 are TriQuint internal presentations on bulk

16  acoustic wave technology at TriQuint.  Avago Exhibits 232 and 234 contain specific,

17  detailed, and highly confidential information regarding TriQuint's manufacturing capacity

18  and costs, the disclosure of which would cause significant harm to TriQuint if revealed to

19  competitors or customers.  True and correct copies of Avago Exhibits 232 and 234,

20  redacting the most sensitive proprietary information, are attached as Exhibits 2 and 3 to

21  this Declaration, respectively.

22  I declare under penalty of perjury under the laws of the United States of America

23  that the foregoing is true and correct to the best of my knowledge.

24  EXECUTED this 28th day of September, 2011.

25

26

27  Robert Aigner, Ph.D.

28

-2-

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on September 29, 2011, I electronically transmitted the

3 attached document to the Clerk's Office using the CM/ECF System for filing and

4 transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5

6         James A. Ryan
        Krystal M. Aspey

7         Quarles & Brady LLP
        Renaissance One

8         Two North Central Avenue
        Phoenix, Arizona 85004

9         james.ryan@quarles.com

10         krystal.aspey@quarles.com

11         Duane-David Hough
        Brian W. Nolan

12         Mayer Brown LLP

13         1675 Broadway
        New York, New York 10019

14         dhough@mayerbrown.com

15         bnolan@mayerbrown.com

16

17                             /s/ Daniel R. Graziano

18 67024-0009/LEGAL21815095.1

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 287

# BAW Operations Review

## 5/14/08

**TriQuint**
SEMICONDUCTOR

COMPANY PROPRIETARY

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882897

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Agenda:  BAW Operations Review

- Overview
- Progress
  - PassKey II Pull-in
  - Process Development
  - Reliability
- Logistics
  - CT, Training, Hiring
  - Capacity
- Capital

TriQuint
SEMICONDUCTOR

COMPANY PROPRIETARY

**2**

TRIQ0882898

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – Overview

**Q208 Plans vs Actual**

- Complete trimming data transfer software
  - .NET interface done – waiting matlab routines
- Clear R3 Gate – latest plan is 5/23/08
  - Complete R3 qual lots & compile data
    - Lots Completed – need to compile data
  - Analyze R3 reliability results
    - Need to complete analysis and review of on-wafer tests
  - Complete frozen route release
    - Need to release backside route
    - Have list of enhancements for R5
- Clear R4 Gate
  - plan 6/5/08
- Start R5 Qual lot runs
  - estimating end of June
- Start WLP tests @ EVG
  - Howie to Phoenix late June
- Receive & Install WLP Equipment
  - Due 6/21
- Deliver samples for 2nd Design Pass of Passkey2
  - Working Redesign of mask set

**TriQuint SEMICONDUCTOR**

COMPANY PROPRIETARY

3

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882899

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – Overview

**Schedule:**
- Passkey2 Pull-in & reliability changes are diverting resources – release schedule slipping
- R3 (Process Feasibility):  May08 (end)
- R4 (Process Eng):  Jun08 (mid)
- R5 (Manufacturing):  Sep08 (holding)

**Spending:**
- Capital – on budget
  - WLP = $1.63M of 2.00M
  - 6" Tilt SEM = $480K of $550K
- Expense – on budget
  - APR08 = $215K
  - Y08 Total = $940K

**TriQuint SEMICONDUCTOR**

COMPANY PROPRIETARY

**4**

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882900

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – PassKey II Pull-in

**IFX Issues:**

1. Crystals inside parts with WLP – likely due to interaction of WLP & moisture
2. Corrosion on trimmed resonators – likely due to thin passivation from accelerated trimming on Al hillocks
3. Triple beat inter-modulation falling spec – likely poor RX design

**TQS Potential:**

– Pull-in PK2 schedule to replace IFX parts
– Demonstrated superior TX and RX performance
– Si lid with different SU8

**Priorities:**

– Determine if TQS PK2 parts can pass reliability requirements
– Deliver TX and RX samples (200 each by 5/5/08) – Complete
– Deliver TX and RX samples (+1000 each) by 5/19

*TriQuint*
SEMICONDUCTOR

COMPANY PROPRIETARY

5

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882901



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882902

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – PassKey II Pull-in

**Reviewed process for Al hillock formation**

- Demonstrated reduced hillock formation
  - lower PVD de-gas temp
  - integrated into remaining backup lots

- Tested reduced SiN dep temp
  - Lower temperature produces nitride that is less dense
  - H2SO4 acid test results on send ahead wafers
  - 350C = no advantage



H2SO4 Test ~450A SiN

- Tested standard SiN dep temp
  - Reproduced IFX acid test (H2SO4, 45min, 50C)
  - Need >= 700A SiN

- Tested NLOF resist with IPA develop
  - Prevent developer from attacking top electrode Al
  - Demonstrated advantage at DT and used on backup lots
  - Unclear results at BO – used reduce develop time for backup



H2SO4 Test ~700A SiN

**TriQuint**
SEMICONDUCTOR

COMPANY PROPRIETARY

7

TRIQ0882903

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – Process Development

- **Backside Issues**
  - Wafers cracking during grind
  - Contamination after grind
- **SU8 Process Improvements**
  - More uniform SU8 = reduced breakage at grind
    - Static dispense
    - Flush lines
    - Fresh SU8
  - Still need EVG spray coater for edge improvement
- **Tape Residue**
  - Developed & demonstrated pre-tape wax coat to eliminate residue
  - 2X wax coat = release agent for grind tape on frontside
  - Wax (and tape residue) removed in citrisolve cleanup
  - Working to control wafer thickness at edge of wafer with wax

**TriQuint**
SEMICONDUCTOR

COMPANY PROPRIETARY

8

TRIQ0882904

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – Process Development

- Enhancements:
  - Etched BO
    - Collecting data to implement this change now
  - nLOF at DT
    - Collect data to release as R5 process
  - nLOF at BO
    - Optimize BO width with new resist
    - Check impact on hillocking
  - nLOF at Patterned Trim
    - Issues with existing resist heating/popping during trimming
    - Re-deposited resist blocks trim in some areas
    - Cross-linked resist holds up better to trim heat
    - Demonstrated on test wafers
  - UBM cleanup
    - Indication that there is thin oxide top electrode and ubm on pads
    - No performance impact
    - May cause bonding issue
    - Demonstrated wet cleanup
- R3 Frozen Route Release:
  - Only backside remaining

**TriQuint**
SEMICONDUCTOR

COMPANY PROPRIETARY

9

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882905

## BAW Operations Review – Process Development

- Autoclave
- ESD
- HTRFOL

| Test | Conditions | Sample/lot size | Requirements | R3 Status |
|------|-----------|-----------------|--------------|-----------|
| HTS High temperature storage | Wafer-level RF-testing Ta = 150°C readout at t = 100h, t = 500h, t= 1000h | 1 wafer each from 3 lots | RF-performance unharmed | Wafers from 3 lots started 1 wafer complete 2 wafers @ 500h |
| ESD (HBM) | Human body model, C = 100pF, R = 1500ohm 5 pulses each polarity on UCs BAW filter packaged in reference package | 10 samples each from 3 lots | no failures at 500V and 1000V | Complete: 9 filters from 3 lots No fails at 5000V |
| ESD (MM) | Machine model, C = 200pF, R = 0ohm 5 pulses each polarity on UCs BAW filter packaged in reference package | 10 samples each from 3 lots | no failures at 50V and 100V | Complete: 9 filters from 3 lots No fails at 400V |
| HTRFOL High temperature RF operating life | Ta = 85°C, P = 29 dBm input @ upper passband edge, BAW filter packaged in reference package readout at t = 150h, t = 500h, t= 1000h | 10 samples each from 3 lots | No significant RF degradation | Complete on 2 lots No degradation on accelerated test |
| THS Temperature humidity storage | wafer-level RF-testing Ta = 65°C, r.h. = 85% readout at t = 100h, t =500h, t= 1000h | 1 wafer each from 3 lots | RF-performance unharmed | Wafers from 3 lots started 1 wafer complete 2 wafers @ 500h |
| TC Temperature cycling | wafer-level RF-testing Ta1 = -55°C, Ta2 = 150°C readout at 100, 500, 1000 cycles | 1 wafer each from 3 lots | RF-performance unharmed, no physical damage visible | All 3 wafers started 1 wafer completed 40 cycles 2 wafers completed 10 cycles |
| Autoclave | wafer-level RF-testing Ta = 121°C, 100% r.h. readout at t = 96h, 2 atm | 1 wafer each from 3 lots | analyze severity and cause of physical destruction | 2 wafers from resonator lots passed Need to repeat with EUB & RF Test Samples from 9/9? and 9/9? Assembly lined up |
| DC Based HAST | TBD PCT TOO REL.021 Standard DC Based HAST test | TBD per REL.021 | No significant RF degradation | |

COMPANY PROPRIETARY

TriQuint SEMICONDUCTOR

**10**

TRIQ0882906

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882907

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



BAW Operations Review – Autoclave Results

Results (192hrs):
Wafers with more SiN removed by trimming generally worse

W#13   350A Nitride   250A Trimmed          W#18   100A Nitride   500A Trimmed

| Wafer # | SiN3 Dep. (Ang) | Post Trim Thickness (Ang) | Thickness Trimmed (Ang) | Failure Rate Comparison |
|---|---|---|---|---|
| 13 | 600 | 349 | 251 | Medium density – small defects |
| 16 | 600 | 260 | 340 | Very light density – small defects |
| 18 | 600 | 122 | 478 | Areas of Heavy density – Full failure |
| 20 | 1000 | 494 | 506 | Areas of Heavy density – Full failure |

TriQuint SEMICONDUCTOR

COMPANY PROPRIETARY

12

TRIQ0882908

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

**BAW Operations Review – ESD Results**

- **ESD Specs:**
  - **Human Body Model:**
    - 0 fails at 1000V
  - **Machine Model:**
    - 0 fails at 100V

- **ESD Results:**
  - **Human Body Model:**
    - 0 fails at 8000V
  - **Machine Model:**
    - 0 fails at 400V

| JEDEC Standards Classifications |||||||
| --- | --- | --- | --- | --- | --- | --- |
| Method | Standard | Classification | Degradation | Catastrophic | Date |
| Human Body Model | JESD22-A114 | Pass 8000V | | - | 2/25/2008 |
| Machine Model | JESD22-A115 | Pass 400V | Fail 1000V | - | 2/25/2008 |

| ESD Test Results ||||
| --- | --- | --- | --- |
| Serial Number | Test Method | Voltage | Pass/Fail |
| 6 | Human Body Model | 500V | Pass |
| 7 | Human Body Model | 750V | Pass |
| 8 | Human Body Model | 1.5KV | Pass |
| 9 | Human Body Model | 6000V | Pass |
| 10 | Human Body Model | 1000V | Pass |
| 11 | Human Body Model | 1.5KV | Pass |
| 12 | Human Body Model | 8000V | Pass |
| 13 | Human Body Model | 8700V | Pass |
| 14 | Human Body Model | 8000V | Pass |
| 15 | Machine Model | 3000V | Fail |
| 16 | Machine Model | 2000V | Fail |
| 17 | Machine Model | 200V | Fail |
| 18 | Machine Model | 2.5KV | Fail |
| 19 | Machine Model | 500V | Fail |
| 20 | Machine Model | 1250V | Fail |
| 21 | Machine Model | 300V | Pass |
| 22 | Machine Model | 250V | Pass |
| 23 | Machine Model | 400V | Pass |

TriQuint
SEMICONDUCTOR

COMPANY PROPRIETARY

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

13

TRIQ0882909



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882910

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882911

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



16

TRIQ0882912

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



17

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882913

**BAW Operations Review – Schedule/Tasks**

Revising Schedule to Integrate PK2 Pull-in

COMPANY PROPRIETARY

18

TRIQ0882914

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review -- Capital Spending

WLP
- Spray coater:
  - shipment delayed from 5/30 to 6/16 -- issue with plumbing
- Contact expose:
  - lens and mirror coatings change needed to obtain required intensity at 313nm for lid exposure -- +$15K?

Prober #2
- Installed and running -- used to measure PK2 pullin lots

Filmetrics
- Installed and running -- used on backside development -- SU8 thickness uniformity

6" Tilt SEM
- Due in 2 weeks early -- 6/16



SU8 Filmetrics measurement

**TriQuint SEMICONDUCTOR**

COMPANY PROPRIETARY

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

19

TRIQ0882915

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



**20**

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882916

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – Plans

### Q208 Plans

- Complete trimming data transfer software
- Clear R3 Gate
  - Complete R3 qual lots & compile data
  - Analyze R3 reliability results
  - Complete frozen route release
- Clear R4 Gate
- Start R5 Qual lot runs
- Start WLP tests @ EVG
- Receive & Install WLP Equipment
- Deliver samples for 2nd Design Pass of Passkey2

*TriQuint* 🔵.
*SEMICONDUCTOR*

COMPANY PROPRIETARY

21

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882917



22

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW WLP Development Schedule

| Task | 4Q07 | | | 1Q08 | | | 2Q08 | | | 3Q08 | | | 4Q08 | | | 1Q09 | | | 2Q09 | | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| BAW Process | | | | | | | | | | | | | | | | | | | | | |
| Process Release/Freeze (R3/R4) | ✓ | ✓ | ✓ | ✓ | | ✓ | x | x | | | | | | | | | | | | | |
| Manufacturing Release (R5) | | | | | | | ▓ | ▓ | ▓ | ▓ | x | x | | | | | | | | | |
| BAW Design | | | | | | | | | | | | | | | | | | | | | |
| Passkey2 Samples – Pass 1 | | | | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | |
| Passkey2 Samples – Pass 2 | | | | | | | | | ▓ | ▓ | | | | | | | | | | | |
| Qual | | | | | | | | | | | | ▓ | ▓ | | | | | | | | |
| PCN to Motorola | | | | | | | | | | | | | | ▓ | ▓ | | | | | | |
| Ship to Motorola | | | | | | | | | | | | | | | | | | | | | |
| WLP Process (Double Expose) | | | | | | | | | | | | | | | | | | | | | |
| Acquire Equipment | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | |
| Install Equipment (SL1-SL3) | | | | | | | | | | ▓ | | | | | | | | | | | |
| Initial Process Architecture (R2) | | | | | | | | | | ▓ | ▓ | | | | | | | | | | |
| Process Feasibility (R3) | | | | | | | | | | | | ▓ | ▓ | | | | | | | | |
| Process Eng Release/Freeze (R4) | | | | | | | | | | | | | | ▓ | ▓ | | | | | | |
| Manufacturing Release (R5) | | | | | | | | | | | | | | | | | | | | | |

*TriQuint SEMICONDUCTOR*

COMPANY PROPRIETARY

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

23

TRIQ0882919



24

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882920



### Conventional BAW assembly using Si-lid approach

BAW device wafer

Photo-epoxy SU8 layer creates sidewalls of air cavities

Sawing

Pick&place + wirebond — Laminate

Pick&place "Si-lid" — Si-lid — Epoxy film glue — 0.36 mm

Over mold

**Initial BAW ramp-up will utilize "Si-lid" approach**

+ proven in Passkey Gen1
+ time to market for TQTX BAW
− Requires additional process steps for "reverse" wirebonds, Si-lid placement and cure at subcon
− Height limitation 0.36mm
− Not Flip-Chip compatible

Before Si-lid placement    After

_TriQuint_ SEMICONDUCTOR

COMPANY PROPRIETARY

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882921

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## BAW WLP proposal

BAW device wafer

SU8 layer 1, depth selective UV exposure

Ultrasonic development step, wash out unexposed SU8

Overcoat step SU8 layer 2

Sawing

Conventional assembly process (identical to GaAs)

0.25 mm

+ Streamline assembly process
  Eliminate Si-lid sub-con step
  Replace specialized reverse bonding
+ Enable Flip-Chip
+ Reduce package height

→ Requires investment for
  - SU8 photoepoxy coater
    and ultrasonic development
    option
  - SU8 exposure tool with
    upgraded UV light source

Refurbished tools currently used at
  TQTX for SU8 can not be
  upgraded to meet above
  requirements. Even for the Si-lid
  approach investment will be
  needed to start high volume
  production (issues processing SU8
  outside of 6mm from edge in coater,
  alignment accuracy poor → yield loss).

d2

*TriQuint* SEMICONDUCTOR

COMPANY PROPRIETARY

26

TRIQ0882922

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

Slide 26

d2          Si Lid + Bond = 3c + 1c = 4c/module
            Breakeven @ 2 filters/module = $200
            dzych, 11/14/2007

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882923



27

TRIQ0882924

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

## BAW Development Review – Overview

**Q1 Plans vs Actual**

- ✘ Complete trimming data transfer software
  - ✘ Slipped to 4/25/08
- ✔ Exercise backside and trimming Routes
  - ✔ 25 wafers from 5 lots through backside
  - ✔ 1465 trim passes from 21 lots through trimming (W, series, shunt, PA)
- ✘ Complete R3 Qual Lots
  - ✘ Expect to complete 4/11 (4 weeks behind schedule)
- ✔ Complete R3 Reliability testing
  - ✔ Wafer level
  - ✔ Die level
- ✘ Complete process studies and freeze process – release routes in final form
  - ✘ Expect to complete 4/18 (4 weeks behind schedule)
- ✔ Deliver Passkey2 Filters
  - ✔ 2/13/08 = TX and RX die to FL
  - ✔ 3/3/08 = reference board
- ✔ Deliver NextWave 2.3GHz Filters
  - ✔ 3/10/08 = Die to FL
  - ✔ 3/19/08 = assemblies to customer
- ✔ Compile schedule for Zero TC and CRF
  - ✔ Zero TC: developed on test lots & demonstrated on delivered NextWave parts
  - ✔ CRF: Identified INTEL WiMax 2.5GHz need and structure – project start after R4
- ✘ Clear R3 Gate
  - ✘ Expect to complete 4/25 (4 weeks behind schedule)

**TriQuint**
**SEMICONDUCTOR**

Page 28 of TriQuint BAW

COMPANY PROPRIETARY

28

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882925

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Autoclave Trim Passivation Nitride    BAW Reliability

## Passivation Nitride Dep. & Trim
### EG-0912  B0724701

| Wafer # | SiN3 Dep. (Ang) | Post Trim Thickness (Ang) |
|---------|-----------------|---------------------------|
| 13      | 600             | 350                       |
| 16      | 600             | 250                       |
| 18      | 600             | 100                       |
| 20      | 1000            | 500                       |

TriQuint
SEMICONDUCTOR

COMPANY PROPRIETARY

29

TRIQ0882926

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Autoclave Trim Passivation Nitride    BAW Reliability

# TQO Autoclave conditions

Thanks Dorothy Hamada

- 100% Humidity
- 2 atmospheres
- 121deg C

**TriQuint**
SEMICONDUCTOR

COMPANY PROPRIETARY

**30**

TRIQ0882927

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY



TRIQ0882928

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Autoclave Trim Passivation Nitride    BAW Reliability

# *Second* 96hr Treatment Results
## EG-0912  B0724701

| Wafer # | SIN3 Dep. (Ang) | Post Trim Thickness (Ang) | *Thickness Trimmed (Ang)* | Failure Rate Comparison |
|---------|-----------------|---------------------------|---------------------------|-------------------------|
| 13 | 600 | 350 | 250 | Medium density – small defects |
| 16 | 600 | 250 | 350 | Very light density – small defects |
| 18 | 600 | 100 | 500 | Areas of Heavy density – Full failure |
| 20 | 1000 | 500 | 500 | Areas of Heavy density – Full failure |

TriQuint SEMICONDUCTOR

COMPANY PROPRIETARY

32

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882929

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



TRIQ0882930

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



36

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882933

| | | Wafers | | | | 40 | |
|---|---|---|---|---|---|---|---|
| | | 13 | 16 | 18 | 20 | Mean | Range |
| fs | Mean | -1.1 | -0.9 | -1.3 | 0.7 | -0.1 | 1.9 |
| | Std | 0.4 | 0.5 | 0.8 | 0.8 | | |
| | Range | 2.5 | 2.7 | 6.2 | 3.8 | | |
| k2e | Mean | -0.04 | -0.02 | -0.04 | -0.01 | -0.01 | 0.04 |
| | Std | 0.28 | 0.03 | 0.27 | 0.03 | | |
| | Range | 3.27 | 0.15 | 4.12 | 0.25 | | |
| Zfs | Mean | -0.11 | -0.29 | 0.08 | -0.02 | -0.02 | 0.37 |
| | Std | 0.49 | 0.18 | 0.83 | 0.54 | | |
| | Range | 5.66 | 0.80 | 7.97 | 8.02 | | |
| Qp | Mean | -380 | -391 | -513 | -396 | -67 | 513 |
| | Std | 225 | 122 | 355 | 256 | | |
| | Range | 2215 | 613 | 3881 | 2587 | | |

*TriQuint* ◉
SEMICONDUCTOR

COMPANY PROPRIETARY

**37**

TRIQ0882934

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# EXHIBIT 232

# TriQuint Semiconductor
## Technology Conference 2008

## „Bulk Acoustic Wave Technology at TriQuint"

Gernot G. Fattinger
BAW R&D Manager

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0017995

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# BAW Application Space & Activities

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0017996

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



**Application Space for RF Filters**
BAW expands Performance and Maximum Frequency

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
05-CV-1531-PHX-JAT

# Application Space for RF Filters
## Technology Comparison

| | SAW | BAW |
|---|---|---|
| Lower Insertion loss | ○ | ⊕ |
| Temperature drift | ●* | ◐ |
| Power handling | ○ | ◉ |
| Unbalanced-to-bal. transformation | ◉ | ○ |
| Process complexity | ◉* | ● |
| Low-cost package options | ○* | ◉ |
| ESD robustness | ● | ⊕ |
| Applications below 2 GHz | ◉ | ● |
| Applications above 2.5 GHz | ● | ◉ |

* Advanced SAW (e.g. Boundary Wave) allow for more options, but come at the cost of higher process complexity

Gernot G. Fattinger, BAW R&D, 2008-07-18

TRIQ0017998

4

# BAW Device Basics

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0017999

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018000

# BAW Resonator Types
## FBAR vs. SMR



### Film Bulk Acoustic Resonator

stress field of acoustic wave

top electrode

piezo layer

~2um @ 2GHz

bottom el.
support layer

bottom cavity

substrate

### Surface Mount Resonator



stress field of acoustic wave

top electrode

piezo layer

bottom electr.

99.98%

low impedance
high impedance
low impedance
high impedance
low impedance
high impedance

substrate

- Relatively easy to get High Q
- Slightly higher $k^2_{eff}$ (theoretically)
- Hard to manufacture
- Robustness
- Spurious mode suppression difficult
- Advanced device topologies hard to implement
- Large intrinsic TCF (~26ppm/K)

- Better Powerhandling
- Effective spurious mode suppression
- Advanced device topologies straightforward to implement
- Low intrinsic TCF (-17ppm/K)
- Mechanically very robust
- More layers
- Somewhat harder to get high Q and $k^2_{eff}$

Gernot G. Fattinger; BAW R&D, 2008-07-18

6



*Electrical Response*
Important Resonator Parameters

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018001

Gernot G. Fattinger; BAW R&D, 2008-07-18



**BAW Filters**
Ladder Filter Topology

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018002

Gernot G. Fattinger; BAW R&D, 2008-07-18



**BAW Filters**

Ladder Filter Layout (Example: US-PCS TX)

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018003



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018004

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Crucial Performance Parameters

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018005

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# BAW Resonators
## Crucial Performance Parameters

- Sufficient coupling coefficient
  - bandwidth (BW) of the filter
- High Q-values and low series resistance
  - BW, insertion loss (IL), transition band steepness
- Spurious resonance free operation
  - IL, ripple (in the pass band)
- Accurate resonance frequency
- Additionally:
  - Low TCF
  - Powerhandling



Swp Max
2.1GHz

Swp Min
0.1GHz

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 87 of 129



## Filter Performance
### Effect of degraded $k^2_{eff}$

Bandwidth (BW) and/or Return-Loss (RL) specs define lower limit of k2eff

Gernot G. Fattinger, BAW R&D, 2008-07-18

13

TRIQ0018007

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Filter Performance
### Effect of degraded Q

Q = 1300

meeting
insertion loss
specs with margins

Q = 700

Yield = zero

multi-stage filter
APLAC 8.10 User: Evaluation Customer: TriQuint   Oct 23 2006

Gernot G. Fattinger, BAW R&D, 2008-07-18

TRIQ0018008

14

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



# *Filter Performance*
## Effect increased series resistance

Rs = 0.5 ohm
(per resonator)
Q = 1300

Meeting specs
with margins

Rs = 1 ohm
(per resonator)
Q = 1300

Meeting specs
NO margins

multi-stage filter
APLAC 8.10 User: Evaluation Customer: TriQuint   Oct 23 2006

Gernot G. Fattinger, BAW R&D, 2008-07-18

TRIQ0018009

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 89 of 129

15

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Filter Performance
## Effect of spurious resonances



Spurious modes go along with enhanced losses in filters and they create severe problems to meet ripple specs.

Gernot G. Fattinger, BAW R&D, 2008-07-18

16

TRIQ0018010

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ00018011

## Resonator Performance
### Sensitivity to layer thickness variations

### Example: 1.9 GHz BAW stack

| Layer | Material | Thickness [nm] | Sensitivity [MHz/nm] | Sensitivity [MHz/%thickness] |
|-------|----------|----------------|----------------------|------------------------------|
| PA | SiN | 80 | -0.48 | -0.38 |
| M2B | AlCu | 120 | -0.40 | -0.48 |
| M2A | W | 110 | -2.76 | -3.04 |
| P1 | AlN | 1300 | -0.73 | |
| M1B | W | 170 | -1.66 | -2.82 |
| M1A | AlCu | 200 | -0.32 | -0.64 |
| R5 | SiO2 | 890 | -0.26 | -2.31 |
| R4 | W | 570 | -0.04 | -0.23 |
| R3 | SiO2 | 550 | -0.01 | -0.06 |
| R2 | W | 820 | 0.00 | 0.00 |
| R1 | SiO2 | 700 | 0.00 | 0.00 |

### Challenges
- run-to-run variations of each layer

- wafer-uniformity of each layer

- short-range frequency pattern on wafers
  caused by:
  - CVD chuck pattern, Etch-tool chuck pattern
  - local pattern density variations and CMP

- "within resonator" thickness changes
  caused by:
  - CVD/PVD growth rate variations close to edges
  - CMP dishing
  - change of material parameters or mechanical stress across a resonator

Gernot G. Fattinger, BAW R&D, 2008-07-18

17

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



Gernot G. Fattinger, BAW R&D, 2008-07-18

18

# The TriQuint BAW Process

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018013

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# The TriQuint BAW Process
## Focus on Key Processes

- *Planarization*
- *AlN deposition*
- *Frequency Trimming*
- *Wafer Level Package*

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018014

# Planarization
## Acoustic Reflector and Bottom Electrode

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018015

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018016

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 96 of 129



# *Planarization*
## Acoustic Reflector (1)

- High resistivity Si substrate (≥ 500 Ω cm)
- Deposition of reflector layer pair (SiO2/W)
- Deposition of cap layers (AlN/SiO2)
- W, SiO2 uniformity: ≤ **4 % minmax**
  minmax = (max-min)/mean
  (not standard deviation!) edge exclusion of 5 mm;
- AlN seed layers: ≤ **10 % minmax**

active region          outside region          active region

SiO₂
AlN
W
AlCu
Al
AL™-poly
Si₃N₄
UBM

Average W thickness

W thickness range

Gernot G. Fattinger, BAW R&D, 2006-07-18

22

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## *Planarization*
### Acoustic Reflector (2)

- Reflector layer stack R2 is structured using alternating SF6 and Cl based dry etching steps
- Lithography (RA) alignment to flat
- Etch has to be stopped on lowest AlN seed layer (R2-S)

☐ SiO₂
☐ AlN
▨ W
☐ AlCu
☐ Al
☐ AL™-poly
☐ Si₃N₄
☐ UBM

active region          outside region          active region          lead          pad

Gernot G. Fattinger, BAW R&D, 2008-07-15

23

TRIQ0018017



**Planarization**
Acoustic Reflector (3)

- Deposition of planarization oxide, slightly thicker than step-height
- Step coverage difficult, slanted edges are beneficial
- Uniformity is crucial: ≤ 3% minmax

Average SiO2 thickness

active region    outside region    active region    lead    pad

SiO₂
AlN
W
AlCu
Al
AL™-poly
Si₃N₄
UBM

Gernot G. Fattinger, BAW R&D, 2008-07-18

24

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018018



## Planarization

### Acoustic Reflector (4)

- Dry-etch of oxide on top of reflector stacks, leaving an about 0.5 um wide "fence" (critical alignment)

- Etch stop for SF6 based etch on AlN stop layer

SiO₂
AlN
W
AlCu
Al
AL™-poly
Si₃N₄
UBM

pad

lead

active region

outside region

active region

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018019

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Planarization
### Acoustic Reflector (5)

- Oxide **CMP** removes fences
- High selectivity to W needed
- Remaining topology ~200 A
- Surface roughness ~20 A (RMS)

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018020

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## *Planarization*
### Acoustic Reflector (6)



- Deposition of R3 reflector oxide layer
- Deposition and planarization of R4 reflector stack (similar to R2 route)
- Deposition of R5 reflector oxide layer

SiO$_2$
AlN
W
AlCu
Al
AL™-poly
Si$_3$N$_4$
UBM

2.5 kV ×13.0K 2.31µm

active region          outside region          active region          lead          pad

Gernot G. Fattinger, BAW R&D, 2006-07-18

TRIQ00018021

27

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## *Planarization*
### Bottom Electrode

- Dep. and planarization of bottom electrode stack similar to reflector
- High selectivity to tungsten and short CMP time needed to avoid dishing
- Sensitivity of W is ~3 MHz / nm for a 2 GHz device
- Dishing of more than 0.5 nm over the active region screws up resonator performance beyond repair
- Surface roughness <20 A

→ Enough CMP to <u>smoothen</u> <u>surface</u>, but at the same time as little as possible to <u>avoid</u> <u>dishing</u> …!





Gernot G. Fattinger, BAW R&D, 2008-07-18

28

TRIQ0018022

# Piezo-Deposition
## Aluminum Nitride PVD

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018023

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# *Piezo-Deposition*
## General Requirements

- Deposition of AlN piezoelectric (*pulsed-DC magnetron sputtering*)

- AlN uniformity: ≤ **2% minmax**

- Quality of piezomaterial (orientation and polarity of crystallites, thickness of quasi-amorphous layer) crucial to resonator performance

- Besides **process parameters** most influenced by quality (especially roughness) of underlayer

- **Bottom electrode roughness** of $\Delta t_{RMS} \sim 20A$ needed

☐ SiO₂
☒ AlN
☒ W
☐ AlCu
☐ Al
☐ AL™-poly
☐ Si₃N₄
☐ UBM

active region    outside region    active region    lead    pad

Gernot G. Fattinger, BAW R&D, 2008-07-16

30

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 104 of 129

TRIQ0018024

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ00118026

## *Piezo-Deposition*
### Layer Stress Control (1)

Piezo-electric coupling is a function of the **local layer stress**:



B0917761-coupling vs. stress correlation on wafer

Local stress induced by P1 (MPa)

- W01
- W02
- W04
- W05
- W06
- W07
- W08
- W09
- W10
- W11
- W12
- W13
- W14
- W15

➤ Main process parameter to adjust layer stress level is the **RF-bias** power
➤ Magnetron rpm and magnet position used to tweak stress uniformity
➤ Relationship of stress vs. RF-bias:
  ▪ changes over target lifetime
  ▪ conductivity of substrate and underlayers
  ▪ surface material
➤ Same parameters used to control stress also influence thickness uniformity!

Gernot G. Fattinger, BAW R&D, 2008-07-18

31

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

# Piezo-Deposition

## Layer Stress Control (2)

**Piezo-electric coupling needs to be closely monitored!**

Control loop established using weekly "baseline-lots" (simplified process flow):

Etch BO
Lots

**Layer stress too low:**

- Too little piezo-electric coupling
  → too little filter bandwidth
  *"There is a rigid lower coupling limit to yield any good die."*

**Layer stress too high:**

- Layer delamination
- Cracks in piezo-layer
- Excessive wafer-bow
  (show stopper e.g. in stepper)

Gernot G. Fattinger, BAW R&D, 2008-07-18 32

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018026

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## *Piezo-Deposition*
### Roughness and topology of underlayer

**Effect of excessive topology prior to AlN deposition step:**



- deposition of subsequent metal layers into crack, causing shorts
- leakage path for chemicals down to bottom electrode
- regions with different stress than bulk of AlN layer
- potential for acoustic scattering and energy loss
- ...

**Effect of underlayer roughness:**



RMS~2nm

RMS~30nm

Lower limit for coupling, e.g. to cover US-PCS band, is <u>0.0645</u> ...

Gernot G. Fattinger, BAW R&D, 2008-07-18

33

TRIQ0018027

# Remainder of the process
## Detuning the two resonator types

# Remainder of the process
## Creating a functional device

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018028

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## Remainder of the process
### Detuning the two resonator types

SiO$_2$
AlN
W
AlCu
Al
AL™-poly
Si$_3$N$_4$
UBM

- Deposition of the so called "Detune-layers" to offset the resonance frequency of specific resonators
- Selective removal of the detune layer on the resonators which are supposed to be higher in frequency



active region
"series" resonator

outside region

active region
"shunt" resonator

lead

pad

Gernot G. Fattinger, BAW R&D, 2008-07-16

35

TRIQ0018029

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018030

# *Remainder of the process*
## Detuning the two resonator types

SiO₂ — $SiO_2$
AlN
W
AlCu
Al
AL™-poly
Si₃N₄ — $Si_3N_4$
UBM

- Deposition of the remaining layers of the top electrode stack:
  border ring stack (W,AlCu) for spurious mode suppression, and AlCu for
  improved conductivity
- Deposition of **silicon nitride** passivation layer
- Under-bump metallization on pads (Ti/Pt/Au)



active region
"series" resonator          outside region          active region
                                                     "shunt" resonator          lead          pad

Gernot G. Fattinger, BAW R&D, 2008-07-18                                                        36

Case 1:21-cv-01417-JPM   Document 543-3   Filed 04/22/24   Page 90 of 108 PageID #: 26862
Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 111 of 129

37



**Frequency Trimming**
*Ion-Beam-Etching*

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018031

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 112 of 129

TRIQ0018032

# *Frequency Trimming*
## Why do we need frequency trimming?

Frequency vs. thickness sensitivity table for series resonator:
(values based on a typical US-PCS layer stack)

| Layer | Material | Thickness [nm] | Sensitivity [MHz/nm] | Sensitivity [MHz/%thickness] |
|-------|----------|----------------|----------------------|------------------------------|
| PA | SiN | 80 | -0.48 | -0.38 |
| M2B | AlCu | 120 | -0.40 | -0.48 |
| M2A | W | 110 | -2.76 | -3.04 |
| P1 | AlN | 1300 | -0.73 | |
| M1B | W | 170 | -1.66 | -2.82 |
| M1A | AlCu | 200 | -0.32 | -0.64 |
| R5 | SiO2 | 890 | -0.26 | -2.31 |
| R4 | W | 570 | -0.04 | -0.23 |
| R3 | SiO2 | 550 | -0.01 | -0.06 |
| R2 | W | 820 | 0.00 | 0.00 |
| R1 | SiO2 | 700 | 0.00 | 0.00 |

☐ SiO₂
☐ AlN
☒ W
☐ AlCu
☐ Al
☐ AL™-poly
☐ Si₃N₄
☐ UBM



active region
"series" resonator

Even a (hypothetical) *1% range* in all layer depositions would result **in way too much frequency variation** to manufacture any practical device with reasonable yields!

Gernot G. Fattinger, BAW R&D, 2008-07-18

38

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018033

## *Frequency Trimming*
### What layer should be trimmed?

**On the first glance, the obvious choice seems the passivation layer:**

- Frequency variations due to all layers can be measured & compensated
- Low sensitivity allows for accurate positioning on target frequency

**However, there are other limitations to the passivation SiN thickness:**

- Reliability: >80nm
- Coupling degradation & process time: <100nm

| Layer | Material | Thickness [nm] | Sensitivity [MHz/nm] | Sensitivity [MHz/%thickness] |
|-------|----------|----------------|----------------------|------------------------------|
| PA | SiN | 80 | -0.48 | -0.38 |
| M2B | AlCu | 120 | -0.40 | -0.48 |
| M2A | W | 110 | -2.76 | -3.04 |
| P1 | AlN | 1300 | -0.73 | |
| M1B | W | 170 | -1.86 | -2.82 |
| M1A | AlCu | 200 | -0.32 | -0.64 |
| R5 | SiO2 | 890 | -0.26 | -2.31 |
| R4 | W | 570 | -0.04 | -0.23 |
| R3 | SiO2 | 550 | -0.01 | -0.06 |
| R2 | W | 820 | 0.00 | 0.00 |
| R1 | SiO2 | 700 | 0.00 | 0.00 |

 A typical before-trim frequency distribution range of ~50 MHz would require a final SiN range of ~100nm for a flat frequency profile.

 Passivation can only be used for final fine-adjustments. Another **coarse trim step** is needed before that.

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018034

# *Frequency Trimming*
## Coarse trimming - W

 Trim top electrode W

**But:** constant target frequency not possible!

**Because:** Thickness variation in already deposited layers + trimmed W layer causes variation of sensitivity to future layers.

### Trim process sequence:

1. RF-probe to create frequency map of wafer.

2. Fit **electro-acoustic model** to electrical response for each measurement site.

3. Calculate optimal W, so that the <u>final resonator</u> (including all layers to be deposited in the future) ends up at the desired frequency.

4. Remove the desired amount of W.

5. Re-map the frequency distribution on the wafer to evaluate success.



resonator to be trimmed



simulated final resonator

Gernot G. Fattinger, BAW R&D, 2008-07-18

40



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018035



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Case 2:09-cv-01531-JAT    Document 389-9    Filed 10/28/11    Page 117 of 129

## *Frequency Trimming*
### Fine Trimming - SiN

**Trim process sequence:**

1. RF-probe to create frequency map of wafer before SiN deposition. (usually on filters)
2. RF-probe to create frequency map of wafer after SiN deposition.
3. Calculate sensitivity for each site and derive desired SiN thickness profile for target frequency map.
4. [Optional] Coverage of one resonator type with photo resist allows for selective trimming of left or right passband shoulder.
5. Remove the desired amount of SiN.
6. Re-map the frequency distribution.



 Complex IT infrastructure required to handle the necessary metrology data to feed simulations!



Gernot G. Fattinger, BAW R&D, 2008-07-18

43

TRIQ0018037

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018038

# Frequency Trimming
## Fine Trimming - SiN



**Filter Response before Trimming:**

**Filter Response after Trimming:**

*Ion-Beam Trimming*



Frequency compression by trimming:

**Final frequency non-uniformity deviation smaller than 1.5 MHz (min/max - not sigma!)**

**Yield after Trimming:**



Gernot G. Fattinger; BAW R&D, 2008-07-18

44

# Wafer Level Package
## Current and Future Variants

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018039



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018040

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018041

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 121 of 129

# Wafer Level Package
## Future "full" WLP

BAW device wafer



SU8 layer 1, depth selective UV exposure



Ultrasonic development step, wash out unexposed SU8



Overcoat step SU8 layer 2

  

Sawing

Conventional assembly process (identical to GaAs)



0.25 mm

## Benefits over "Si-lid" approach:

- Streamline assembly process
  - Eliminate Si-lid sub-con step
  - Replace specialized reverse bonding
- Enable Flip-Chip
- Reduce package height



Fig. 2. SEM of a wall and roof in cleaved wafer, approx. 45° viewing



Fig. 3. SEM of an air-cavity after sealing the holes, cleaved wafer, approx. 45° viewing angle

Gernot G. Fattinger, BAW R&D, 2008-07-18

47

**Products and Performance**

Gennet G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018042

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# *BAW Duplexer*

## US-PCS Duplexer for Passkey2 and Castor Modules (1)

TQS TX-BAW die:



Passkey2 Module:



Gernot G. Fattinger, BAW R&D, 2008-07-18

### Benefits of TQS-BAW:

- Price
- Reliability
- Non-linearity (Triple-Beat)
- Size

@ otherwise the same performance

TQS RX-BAW die:



49

TRIQ0018043



**BAW Duplexer**
US-PCS Duplexer for Passkey2 and Castor Modules (2)

US-PCS Duplexer for PK2 Module

Passband Zoom

Wideband Response

Gerion G. Fattinger, BAW R&D, 2008-07-15

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018044

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 125 of 129

# *BAW Duplexer*
## Process Characteristics

### *Some Key Figures of the current TQS BAW Process:*

- ❑ 15000 PCS die per wafer (unyielded)
- ❑ Wafer cost is ~ ▮▮▮▮▮▮
- ❑ Average lot turnaround time ~60 days
- ❑ Capacity is ▮▮▮▮▮▮
- ❑ Current run rate about ▮▮▮▮▮▮
- ❑ 250 process steps
- ❑ 15 lithography layers (+3 for full WLP)
- ❑ 3 trim steps througout the process
- ❑ 7 RF-probe steps (last one is a 100% test)
- ❑ 58 metrology steps (50% of which are mass measurements)



Gernot G. Fattinger, BAW R&D, 2008-07-18

51

TRIQ00018046

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018046

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 126 of 129

# *BAW Stopband Filter*
## WiMax 2.3GHz SDARS Stopband Filter for WiMax (1)

**Required Insertion Loss Spec:**



- Very Steep Skirts
  (-3dB…-12dB within 5 MHz)
- Extremly accurate Frequency Position

Young's modulus of SiO2 decreases
with temperature
➔ **compensating effect for TCF**



Gernot G. Fattinger, BAW R&D, 2006-07-18

52

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

# BAW Stopband Filter

## WiMax 2.3GHz SDARS Stopband Filter for WiMax (2)

filter
APLAC 8.10 User: TriQuint Semiconductor Mar 25 2008
0.00
narro
-4.00
dB
-8.00
-12.00
-16.00
-20.00
-24.00
2.300G
2.310G
2.320G
2.330G
2.340G
2.350G
2.360G
2.370G
25C
65C
45C
85C

lower skirt
0.4 dB
< 300kHz
1MHz/div

upper skirt
0.5 dB
< 300kHz
1MHz/div

Δf=300kHz for ΔT60K ⇒ TCF = -2 ppm/K

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018047

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ00018048

# BAW Roadmap
## Technology Development

2007            2008            2009

Eliminate Freq Drift
Over Temp to enable
2 of 3 Nexwave Filters

Zero TC BAW
· Add TC compensation SiO2

· Single/balanced
  conversion possible
· Enables architecture &
  bandwidth for e.g.
  WiMax Filters
  (Ultra Wide Bandwidth)

CRF BAW + WLP[2]

Initial BAW project

"Conventional" BAW

Coupled Resonator
(CRF) BAW
· Eliminates common GND

Duplexers
and Tx filters
(single-ended)

Full Polymer
Encapsulation

BAW + WLP
· non-hermetic air-cavity

Gernot G. Fattinger; BAW R&D, 2008-07-18

* simplified cross-sections, not to scale      54

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018049

## Thank you for your attention!
### Acknowledgements

### TQFL BAW Team

Robert Aigner (Director of Acoustic R&D)

Alexandre Volatier (R&D engineer)

Fabien Dumont (R&D engineer)

### TQTX BAW Team

Sam Roadman (Process Lead)

Mike McClure (Metals & Trim)

Steve Faraboni (Etch & Clean-up)

Darrell Lupo (Etch & Metrology)

Yanghua He (CMP & Grind)

Howie Yang (Litho & WLP)

Sean Hamamoto (RF-probe)

Mohammed Islam (Process Technician)

Cory Lafoy (Process Technician)

Donna Mortensen (Program Manager)

Gernot G. Fattinger; BAW R&D, 2008-07-18

55

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 129 of 129