# EXHIBIT 234



**Lunch & Learn**     **2008-12-05**
*BAW Technology at TriQuint*

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585240

## BAW vs. SAW
### Principles



### SAW

**Surface Acoustic Wave**
Acoustic wave is excited in
piezoelectric crystal and propagates
in lateral direction

finger width ≈ λ/4
$v \approx 4000$ m/s

Q-values typically ~700

### BAW

**Bulk Acoustic Wave**
Acoustic wave is excited and
in thin-film piezolayer and
propagates in vertical direction

layer thickness ≈ λ/2
$v \approx 10000$ m/s

Q-values up to 2700

Gernot G. Fattinger, BAW R&D, 2008-07-18

2

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585241

## BAW Technology
### Value Proposition

- BAW devices show lower losses, better power-handling and better robustness than SAW.

- In wireless applications BAW is needed for duplexers with the most demanding specifications.
  Choose wisely: regardless of the wafer size a BAW-chip is more expensive to manufacture than a SAW.

- For filters above 2.5GHz BAW is the only solution. BAW will play an important role in integrated
  RF modules for Networks business.

- BAW can serve a wide range of high-end applications.



Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585242



## TriQuint's BAW Activities
### Locations

Bend, OR
BAW military fab
(formerly TRF)

Orlando, FL
Acoustic Techn. R&D
and SAW wafer fab

Costa Rica
Assembly fab

Richardson, TX
GaAs and
BAW wafer fab (NEW)

*Texas BAW line in ramp-up*

- BAW volume wafer fab is located in TQTX
- Equipment and materials optimized for BAW, less restrictions than in a CMOS fab
- Capacity is currently 170 WSPM
- Gradual upgrade to 1200 WSPM by Q3'09 in progress
- 5 dedicated BAW PEs, and 2 dedicated technicians
- ~2 more PEs to be hired next year

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585243

## *BAW Duplexer*
### Process Characteristics

<u>*Some Key Figures of the*</u>
<u>*current TQS BAW Process:*</u>



- ❑ 15000 PCS die per wafer (unyielded)
- ❑ Wafer cost is ~
- ❑ Average lot turnaround time ~60 days
- ❑ Capacity is
- ❑ Current run rate about
- ❑ 270+ process steps
- ❑ 15 lithography layers
  (+1 for SU8-wall vs. +3 for full WLP)
- ❑ 3..4 trim steps througout the process
- ❑ 7 RF-probe steps
  (last one is a 100% test)
- ❑ 58 metrology steps
  (50% of which are mass measurements)

Gernot G. Fattinger, BAW R&D, 2008-07-18                                    S.

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585244



# BAW Device Basics

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585245

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585246

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585247



*BAW Filters*
Ladder Filter Topology

Gernot G. Fattinger, BAW R&D, 2008-07-18                                                                                                      9

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585248

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## BAW Filters
### Ladder Filter Layout (Example: US-PCS TX)

Gernot G. Fattinger, BAW R&D, 2006-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585240



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY



## BAW Filters
### Other Topologies

Lattice Filter:

CRF (Coupled Resonator Filter):

SCF (Stacked Crystal Filter):

Gernot G. Fattinger, BAW R&D, 2008-07-18

-12-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585251



## Crucial Performance Parameters

-13-

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585252

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Resonators
### Crucial Performance Parameters



- Sufficient coupling coefficient
  - bandwidth (BW) of the filter
- High Q-values and low series resistance
  - BW, insertion loss (IL), transition band steepness
- Spurious resonance free operation
  - IL, ripple (in the pass band)
- Accurate resonance frequency
- Additionally:
  - Low TCF
  - Powerhandling

Swp Max
2.1GHz

Swp Min
0 1GHz

Gernot G. Fattinger, BAW R&D, 2008-07-18

14

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585253

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Filter Performance
### Effect of degraded $k^2_{eff}$

Bandwidth (BW) and/or Return Loss (RL) specs define lower limit of $k2eff$

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585254

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



Gernot G. Fattinger, BAW R&D, 2006-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585255

## Filter Performance
### Effect increased series resistance



Rs = 0.5 ohm
(per resonator)
Q = 1300

Meeting specs
with margins

Rs = 1 ohm
(per resonator)
Q = 1300

Meeting specs
NO margins

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585256

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## *Filter Performance*
### Effect of spurious resonances



Spurious modes go along with enhanced losses in filters and they create severe problems to meet ripple specs.

Gernot G. Fattinger, BAW R&D, 2008-07-16

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585257

18

# Measured Resonator Performance

Gernot G. Fattinger, BAW R&D, 2008-07-18

-19-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585258

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585259

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585260

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Layer Stack Design

Gernot G. Fattinger, BAW R&D, 2008-07-18

22

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585261



Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585282

# The TriQuint BAW Process

Gernot G. Fattinger, BAW R&D, 2008-07-16

24

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585263

## The TriQuint BAW Process
### Focus on Key Processes

- *Planarization*
- *AlN deposition*
- *Frequency Trimming*
- *Wafer Level Package*

Gernot G. Fattinger, BAW R&D, 2008-07-18

-2S-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585264

## Planarization
### *Acoustic Reflector and Bottom Electrode*

Gernot G. Fattinger, BAW R&D. 2008-07-18

26

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585285

# *Planarization*
## Acoustic Reflector (1)



- High resistivity Si substrate ($\geq 500\ \Omega\,cm$)
- Deposition of reflector layer pair (SiO2/W)
- Deposition of cap layers (AlN/SiO2)
- W, SiO2 uniformity: $\leq 4\ \%$ minmax
  minmax = (max-min)/mean
  (not standard deviation) edge exclusion of 5 mm;
- AlN seed layers: $\leq 10\ \%$ minmax

Gernot G. Fattinger, BAW R&D, 2008-07-18

27

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585266



## *Planarization*
### Acoustic Reflector (2)

- Reflector layer stack R2 is structured using alternating SF6 and CI based dry etching steps
- Lithography (RA) alignment to flat
- Etch has to be stopped on lowest AIN seed layer (R2-S)

Legend:
- SiO₂
- AIN
- W
- AICu
- AI
- AL™-poly
- Si₃N₄
- UBM

active region    outside region    active region    lead    pad

Gernot G. Fattinger, BAW R&D, 2006-07-18                                      28

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585267



## Planarization
### Acoustic Reflector (3)

- Deposition of planarization oxide, slightly thicker than step-height
- Step coverage difficult, slanted edges are beneficial
- Uniformity is crucial: ≤ 3% minmax

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY



## Planarization
### Acoustic Reflector (4)

- Dry-etch of oxide on top of reflector stacks, leaving an about 0.5 um wide "fence" (critical alignment)
- Etch stop for SF6 based etch on AIN stop layer

- ▨ SiO₂
- ☐ AIN
- ▨ W
- ☐ AlCu
- ☐ Al
- ▨ AL™-poly
- ☐ Si₃N₄
- ▨ UBM

active region    outside region    active region    lead    pad

Gernot G. Fattinger, BAW R&D, 2008-07-18                                    30

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY



*Planarization*
## Acoustic Reflector (5)

- Oxide **CMP** removes fences
- High selectivity to W needed
- Remaining topology ~200 A
- Surface roughness ~20 A (RMS)

~200A

SiO₂
AlN
W
AlCu
Al
AL™-poly
Si₃N₄
UBM

active region      outside region      active region      lead      pad

Gernot G. Fattinger, BAW R&D, 2005-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585270



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585271

## *Planarization*
### Bottom Electrode

- Dep. and planarization of bottom electrode stack similar to reflector
- High selectivity to tungsten and short CMP time needed to avoid dishing
- Sensitivity of W is ~3 MHz / nm for a 2 GHz device
- Dishing of more than 0.5 nm over the active region screws up resonator performance beyond repair
- Surface roughness <20 A

→ Enough CMP to <u>smoothen surface</u>, but at the same time as little as possible to <u>avoid dishing</u> ...!





Gernot G. Fattinger, BAW R&D, 2008-07-18                                                                 33

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY                                           TRIQ2585272

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., el al.
09-CV-1531-PHX-JAT



**Piezo-Deposition**
*Aluminum Nitride PVD*

Gernot G. Fattinger, BAW R&D, 2008-07-18

34

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585273



## *Piezo-Deposition*
### General Requirements

- Deposition of AlN piezoelectric (*pulsed-DC magnetron sputtering*)
- AlN uniformity: $\leq$ **2% minmax**
- Quality of piezomaterial (orientation and polarity of crystallites, thickness of quasi-amorphous layer) crucial to resonator performance
- Besides **process parameters** most influenced by quality (especially roughness) of underlayer
- **Bottom electrode roughness of** $\Delta t_{RMS} \sim$ 20A needed

SiO$_2$
AlN
W
AlCu
Al
AL™-poly
Si$_3$N$_4$
UBM

active region     outside region     active region     lead     pad

Gernot G. Fattinger, BAW R&D, 2008-07-18                                                                    35

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY                                                    TRIQ2585274

## *Piezo-Deposition*
### Layer Stress Control (1)

Piezo-electric coupling is a function of the **local layer stress**:



- ➢ Main process parameter to adjust layer stress level is the **RF-bias** power
- ➢ Magnetron rpm and magnet position used to tweak stress uniformity
- ➢ Relationship of stress vs. RF-bias:
  - changes over target lifetime
  - conductivity of substrate and underlayers
  - surface material
- ➢ Same parameters used to control stress also influence thickness uniformity!

Gernot G. Fattinger, BAW R&D, 2008-07-18

36

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

## *Piezo-Deposition*
### Layer Stress Control (2)

 Piezo-electric coupling needs to be closely monitored!

Control loop established using weekly "baseline-lots" (simplified process flow):



| Layer stress too low: | Layer stress too high: |
|---|---|
|  • Too little piezo-electric coupling → too little filter bandwidth *"There is a rigid lower coupling limit to yield any good die."* |  • Layer delamination<br>• Cracks in piezo-layer<br>• Excessive wafer-bow (show stopper e.g. in stepper) |

Gernot G. Fattinger, BAW R&D, 2006-07-18

37

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585276

## *Piezo-Deposition*
### Roughness and topology of underlayer

Effect of excessive topology prior to AlN deposition step:



- deposition of subsequent metal layers into crack, causing shorts
- leakage path for chemicals down to bottom electrode
- regions with different stress than bulk of AlN layer
- potential for acoustic scattering and energy loss

...

Effect of underlayer roughness:



Lower limit for coupling, e.g. to cover US-PCS band, is 0.0645 ...

Gernot G. Fattinger, BAW R&D, 2008-07-18

38

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIO2585277

## Remainder of the process
### Detuning the two resonator types

## Remainder of the process
### Creating a functional device

Gernot G. Fattinger, BAW R&D, 2008-07-18

39

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585278

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## Remainder of the process
### Detuning the two resonator types

- Deposition of the so called "Detune-layers" to offset the resonance frequency of specific resonators
- Selective removal of the detune layer on the resonators which are supposed to be higher in frequency

Legend: SiO₂, AlN, W, AlCu, Al, AL™-poly, Si₃N₄, UBM

active region "series" resonator | outside region | active region "shunt" resonator | lead | pad

Gernot G. Fattinger, BAW R&D, 2008-07-18

40

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585276

## Remainder of the process
### Detuning the two resonator types

- Deposition of the remaining layers of the top electrode stack: border ring stack (W,AlCu) for spurious mode suppression, and AlCu for improved conductivity
- Deposition of silicon nitride passivation layer
- Under-bump-metallization on pads (Ti/Pt/Au)

➔ **15 photo mask layers overall!**

| | SiO₂ |
| | AlN |
| | W |
| | AlCu |
| | Al |
| | AL™-poly |
| | Si₃N₄ |
| | UBM |



Gernot G. Fattinger, BAW R&D, 2006-07-16

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

# Frequency Trimming
## *Ion-Beam-Etching*

Gernot G. Fattinger, BAW R&D, 2008-07-18

42

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585281

# *Frequency Trimming*
## Why do we need frequency trimming?

Frequency vs. thickness sensitivity table for series resonator:
(values based on a typical US-PCS layer stack)

| Layer | Material | Thickness [nm] | Sensitivity [MHz/nm] | Sensitivity [MHz/%thickness] |
|-------|----------|----------------|----------------------|------------------------------|
| PA | SiN | 80 | -0.48 | -0.38 |
| M2B | AlCu | 120 | -0.40 | -0.48 |
| M2A | W | 110 | -2.76 | -3.04 |
| P1 | AlN | 1300 | -0.73 | |
| M1B | W | 170 | -1.66 | -2.82 |
| M1A | AlCu | 200 | -0.32 | -0.64 |
| R5 | SiO2 | 890 | -0.26 | -2.31 |
| R4 | W | 570 | -0.04 | -0.23 |
| R3 | SiO2 | 550 | -0.01 | -0.06 |
| R2 | W | 820 | 0.00 | 0.00 |
| R1 | SiO2 | 700 | 0.00 | 0.00 |

active region
"series" resonator

☐ SiO₂
☐ AlN
☐ W
☐ AlCu
☐ Al
☐ AL™-poly
☐ Si₃N₄
☐ UBM

Challenges
- run-to-run variations of each layer
- wafer-uniformity of each layer
- short-range frequency pattern on wafers
  - caused by:
    - CVD chuck pattern, Etch-tool chuck pattern
    - local pattern density variations and CMP
- "within resonator" thickness changes
  - caused by:
    - CVD/PVD growth rate variations close to edges
    - CMP dishing
    - change of material parameters or
    - mechanical stress across a resonator

Even a (hypothetical) *1% range* (min/max)
in all layer depositions would result in
*way too much frequency variation*
to manufacture any practical device with
reasonable yields!

Gernot G. Fattinger, BAW R&D, 2008-07-18

43

# *Frequency Trimming*
## What layer should be trimmed?

On the first glance, the obvious choice seems the passivation layer:

- Frequency variations due to all layers can be measured & compensated
- Low sensitivity allows for accurate positioning on target frequency

**However, there are other limitations to the passivation SiN thickness:**

- Reliability: >80nm
- Coupling degradation & process time: <100nm

| Layer | Material | Thickness [nm] | Sensitivity [MHz/nm] | Sensitivity [MHz/%thickness] |
|-------|----------|----------------|----------------------|------------------------------|
| PA | SIN | 80 | -0.48 | -0.38 |
| M2B | AlCu | 120 | -0.40 | -0.48 |
| M2A | W | 110 | -2.76 | -3.04 |
| P1 | AlN | 1300 | -0.73 | |
| M1B | W | 170 | -1.66 | -2.82 |
| M1A | AlCu | 200 | -0.32 | -0.64 |
| R5 | SiO2 | 890 | -0.28 | -2.31 |
| R4 | W | 570 | -0.04 | -0.23 |
| R3 | SiO2 | 550 | -0.01 | -0.05 |
| R2 | W | 820 | 0.00 | 0.00 |
| R1 | SiO2 | 700 | 0.00 | 0.00 |

 A typical-before-trim frequency distribution range of ~50 MHz would require a final SiN range of ~100nm for a flat frequency profile.

 Passivation can only be used for final fine-adjustments. Another **coarse trim step** is needed before that.

Gernot G. Fattinger, BAW R&D, 2008-07-18

44

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585283

## *Frequency Trimming*
### Coarse trimming - W

 Trim top electrode W

**But: constant target frequency not possible!**

**Because:** Thickness variation in already deposited layers + trimmed W layer causes variation of sensitivity to future layers.

**Trim process sequence:**

1. RF-probe to create frequency map of wafer.

2. Fit **electro-acoustic model** to electrical response for each measurement site.

3. Calculate optimal W, so that the **final resonator** (including all layers to be deposited in the future) ends up at the desired frequency.

4. Remove the desired amount of W.

5. Re-map the frequency distribution on the wafer to evaluate success.

resonator to be trimmed

simulated final resonator

Gernot G. Fattinger, BAW R&D, 2008-07-18

45

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585284

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Frequency Trimming
## IBE - Ion Beam Etching (2)

*Sketch of principle:*



*Image of ion-source:*



*Active ion-beam:*



*Image of open process chamber:*



Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585285



Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585286

# Frequency Trimming
## Fine Trimming - SiN

Trim process sequence:

1. RF-probe to create frequency map of wafer before SiN deposition. (usually on filters)

2. RF-probe to create frequency map of wafer after SiN deposition.

3. Calculate sensitivity for each site and derive desired SiN thickness profile for target frequency map.

4. [Optional] Coverage of one resonator type with photo resist allows for selective trimming of left or right passband shoulder.

5. Remove the desired amount of SiN.

6. Re-map the frequency distribution.





 Complex IT infrastructure required to handle the necessary metrology data to feed simulations!

Gernot G. Fattinger, BAW R&D, 2008-07-18

48

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585287

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585288

## Wafer Level Package
### Current and Future Variants

Gernot G. Fattinger, BAW R&D, 2008-07-16

-50-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585289

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Wafer Level Package
## Already Available "Si-lid" WLP



BAW device wafer

Photo-epoxy SU8 layer creates sidewalls of air cavities

Sawing

Pick&place + wirebond — Laminate

Pick&place "Si-lid" — Si-lid
Epoxy film glue — 0.36 mm

Overmold



Before Si-lid placement



After Si-lid placement

Gernot G. Fattinger, BAW R&D, 2008-07-15

51

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585290



## Wafer Level Package
### Future "full" WLP

BAW device wafer

SU8 layer 1, depth selective UV exposure

Ultrasonic development step, wash out unexposed SU8

Overcoat step SU8 layer 2

Sawing

Conventional assembly process (identical to GaAs)

0.25 mm

**Benefits over "Si-lid" approach:**

- Streamline assembly process
  - Eliminate Si-lid sub-con step
  - Replace specialized reverse bonding
- Enable Flip-Chip
- Reduce package height

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585291

## Current Products (1)
### US-PCS Duplexer

Gernot G. Fattinger, BAW R&D, 2008-07-18

S3

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585292

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Filters
### Ladder Filter Topology

**Duplexer schematic:**



**TX die:**



**RX die:**



- both filters are 4 stage ladder designs
- no external inductors necessary (besides matching)
- size for both die is about 1.3 x 0.8 mm$^2$

Gernot G. Fattinger, BAW R&D, 2008-07-18

S4

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585293

## *BAW Filters*
### Ladder Filter Topology

#### BAW Filter Technology:

#### FEM overview:



- SMR BAW technology used
- typical Qs ~ 1000, Qp ~ 2000
- typical $k^2_{eff}$ ~ 6.6%
- passivated device surface
- polymer frame on die, capped by silicon lid to provide mold cavity
- die wirebonded to module laminate

#### BAW filter in FEM cross-section:



Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585294

# BAW US-PCS Duplexer
## Application in PA-Duplexer Module (1)

**Block-level schematic:**



**TX BAW Die:**



**Micrograph of Duplexer Portion:**



**RX BAW Die:**



Gernot G. Fattinger, BAW R&D, 2008-07-16

55

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585295

## BAW US-PCS Duplexer
### Application in PA-Duplexer Module (1) - Pass Band Overview



- **RX-ANT** rejection in TX band **~52 dB** (TX signal at ANT leaking into LNA!)
- **TX-ANT** rejection in RX band **~50 dB**
- **TX-RX** rejection in RX band **~52 dB** (transceiver noise leaking into LNA, decreasing sensitivity!)

Gernot G. Fattinger, BAW R&D, 2008-07-18

-57-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies. Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585298



## BAW US-PCS Duplexer
### Application in PA-Duplexer Module (2) - Insertion Loss

- **TX insertion loss** better than **2.3 dB** over passband at ambient
- Gain flatness in module better than 1.5 dB (1dB caused by interstage filter)
- **RX insertion loss** better than **2.7 dB**

Gernot G. Fattinger, BAW R&D, 2008-07-18                                                    S8

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585297

## BAW US-PCS Duplexer
### Application in PA-Duplexer Module (3) - Matching




- **Excellent TX matching** with tight locus close to 50 Ohm point
- RX port locus similar to TX port in size, **slightly capacitive**
- ANT port similar in RL level, centered at 50 Ohm

Gernot G. Fattinger, BAW R&D, 2008-07-18

S9-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585288



## BAW US-PCS Duplexer
### Application in PA-Duplexer Module (4) - Wide Band

- **TX 2nd harmonic rejection better 30 dB, 3rd harmonic better than 15 dB**
- **GPS and ISM rejection better than 45dB**

Gernot G. Fattinger, BAW R&D, 2008-07-18

60

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585298

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# BAW US-PCS Duplexer
## Standalone Duplexer Laminate

**Response overview:**



**Rejection and Isolation:**



**Comparison: rejection in FEM**



- TX-ANT rejection in RX band much better than in module measurements with RF-probes
- Isolation of RF-probes
- Improved evaluation board layout

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585300

## Current Products (1)
### Stopband Filter for WiMax (Temperature Comp.)

Gernot G. Fattinger, BAW R&D, 2008-07-16

62

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585301

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# BAW Stopband Filter
## WiMax 2.3GHz SDARS Stopband Filter for WiMax (1)

**Required Insertion Loss Spec:**



- Very Steep Skirts
  (-3dB...-12dB within 5 MHz)
- Extremly accurate Frequency Position

Young's modulus of SiO2 decreases with temperature
➔ compensating effect for TCF



Gernot G. Fattinger, BAW R&D, 2008-07-18

63

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585302

# BAW Stopband Filter
## WiMax 2.3GHz SDARS Stopband Filter for WiMax (2)





**lower skirt**

0.4 dB

< 300kHz

1MHz/div



**upper skirt**

0.5 dB

< 300kHz

1MHz/div

$\Delta f = 300\text{kHz}$ for $\Delta T60K$  TCF = -2 ppm/K

Gernot G. Fattinger, BAW R&D, 2008-07-16

64

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585303

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Coupled Resonator BAW Filters

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585304

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



# Coupled Resonator BAW Filter
## Functional Principle



upper resonator

coupling layers

lower resonator

mirror
layers

substrate

Gernot G. Fattinger, BAW R&D, 2006-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585305

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Coupled Resonator BAW Filter
### Stack Combinations

Gernot G. Fattinger, BAW R&D, 2008-07-18

— 67—

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

## Coupled Resonator BAW Filter
### Single-ended / Balanced, Impedance Transformation







Gernot G. Fattinger, BAW R&D, 2008-07-18

-68-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585307

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Wideband BAW Filters

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585308



## Wideband BAW Filters
### CRF with Inductor Matching - WiMax 3.5GHz

ILmax = -2.5 dB @ 3300...3900 MHz
RLmax = -12 dB @ 3300...3900 MHz
(~17% rel BW)

(QL = 30)

355 um

590 um

Gernot G. Fattinger, BAW R&D, 2008-07-18

—70—

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585309

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Wideband BAW Filters
## SCF with Inductor Matching (1)

Structure is a SCF (stacked crystal filter) with 2 acoustically coupled piezolayers and a grounded center electrode. The center electrode is layered and designed to provide frequency selective acoustic coupling. Both ports have to be single ended. With the trick described below a large impedance transformation ratio can be accomplished with no extra losses. Actually the almost identical stacks and areas can be use in both cases.





→ The same trick can be applied to a CRF (coupled resonator filter), which will largely enhance the impedance transformation ratio.

Gernot G. Fattinger, BAW R&D, 2006-07-18
71-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585310

## Wideband BAW Filters
### SCF with Inductor Matching (2)

5 ohm input impedance
50 ohm output impedance
matching components:
see next pages





Gernot G. Fattinger, BAW R&D, 2008-07-18

. 72 .

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585311

# Powerhandling & Linearity

Gernot G. Fattinger, BAW R&D, 2006-07-18

- 73 -

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585312

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## *Powerhandling*
### Tests and Failure Mechanisms (1)

**Calculate power dissipation in filters and power density in resonators:**

 

**Slam-test (4 sec. sine burst at "worst" frequency) and compare failure mechanism with model:**

 

74

Gernot G. Fattinger, BAW R&D, 2006-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585313

TriQuint Semiconductor, Inc. v. Avago Technologies. Ltd., et al.
09-CV-1531-PHX-JAT



## *Powerhandling*
### Tests and Failure Mechanisms (2)

- **HTOL Specs:**
  - Input Power: 29dBm ± 0.25dB
  - Duration: 1000h at 85 °C
    - Measurements: 0h, 168h, 500h, 1000h
- **Accelerated Aging:**
  - +10 °C = 2x aging
  - Equivalent Duration 125h @ 115 °C
    - Measurements: 0h, 10h, 62h, 125h

Identify failure fingerprint

Gernot G. Fattinger, BAW R&D, 2006-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585314

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## *Powerhandling*
### Methods for Improvement

- "Double-up" resonators to decrease power density:

  

Slam-Test Handling
Capability improved from
**34 dBm to 39.5 dBm!**

Price to pay:
→ Slight increase in IL

- Use different electrode metals (W, Mo, etc.) …

– 76–

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585315



Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585316

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# BAW Roadmap

Gernot G. Fattinger, BAW R&D, 2008-07-18

-78-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585317



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585318

## New Designs

Gernot G. Fattinger, BAW R&D, 2008-07-18

80

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585316

# Resonator Model
## The modified Butterworth van Dyke model (mBVD)

### Schematic:



### Parameters:

| C<<1.6e-12 | Rs<<0.8 | linp<<0 |
| fs<<1900e6 | Cox<<0.4e-12 | lasp<<1 |
| K2e<<0.035 | Csub<<0 | Qlim<<1500 |
| Qa<<1400 | Rsub<<10e6 | qdeg<<1 |
| qp<<0 | | |

Design parameters (limits defined by technology)
Technology defined parameters

### Resonator symbols:          ### Ladder filter:



Series        Shunt

top
electrode

bottom
electrode        substrate
node

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585320

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## New Designs (1)
### Flow-chart for considering new BAW designs



**Available Technology /
Design-Kit**
Example:
f = 1800 ... 2000 MHz
$k_a^2$ = 6.55 +/- 0.1%
Q = 1600 +/- 200
TCF = -17 ppm/K +/- 1.5 ppm/K
Available Topologies: Ladder, Lattice

**Technology Derivates**
Example (I):
f = 1700 ... 1800 MHz
other parameters remain the same
Example (II):
ke2 = 5.5 +/- 0.1%
other parameters remain the same

**New Technologies**
Examples (I):
f = 800 MHz
other parameters remain the same
Examples (II):
Available Topologies: CRF
other parameters remain the same

Bernd G. Pritzger, BAW R&D, 2006-07-18

82

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ268532*

TriQuint Semiconductor, Inc. v. Avago Technologies. Ltd., et al.
09-CV-1531-PHX-JAT

# Design Example
## Design Process using an available Technology / Design-Kit



### Available Technology / Design-Kit

f = 2300 ... 2600 MHz
$k_a^2$ = 6.6 +/- 0.1%
Q = 1600 +/- 200
TCF = -17 ppm/K +/- 1.5 ppm/K
Available Topologies: Ladder, Lattice

### Filter Requirements:

IL (2400-2500 MHz, T=-40...+80degC) > -3dB

IL (2200-2370 MHz) < -25dB
IL (2530-2700 MHz) < -25dB

RL (2400-2500 MHz, T=-40...+80degC) < -10dB

Single-ended / single-ended
no WLP required

## Example in AWR ...

Gerret G. Fattinger, BAW R&D, 2006-07-14                                    83

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al
09-CV-1531-PHX-JAT

TRIO2585322



## Design Example
### Important Layers

top electrode (TE)

bottom electrode (TE)

lower reflector (RA)

top electrode (TE)        bottom electrode (TE)        lower reflector (RA)

Gernot G. Fattinger, BAW R&D, 2008-07-18

-84-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585323

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Spurious Modes (Lamb Modes)
## The Border Ring Concept

Gernot G. Fattinger, BAW R&D, 2008-07-18

-85-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585324



Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585325



Gernot G. Faßinger, BAW R&D, 2008-07-18

87

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585328

# Spurious Mode Suppression
## Merrits and Trade-Offs of the Border Ring Concept

Gernot G. Fattinger, BAW R&D, 2008-07-18

- 88 -

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY



### Border Ring
#### Merrits and Trade-Offs (1)

Gernot G. Fattinger, BAW R&D, 2008-07-18

-89-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585328



## Border Ring
### Merrits and Trade-Offs (1)

Resonator response for border ring witdh w1:

some spurious modes remaining Qp ~ 1600

Resonator response for border ring witdh w2>w1:

Qp~2050

additional resonance below main series resonance

Gernot G. Fattinger, BAW R&D, 2008-07-16

90

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies. Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585328

## Border-Ring – Merits and Trade-Offs (3)



➔ **Choice of BO parameters is a compromise based on application of a particular resonator**
➔ **There's no "ideal" Border Ring even within one device**

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585330

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## Parasitic Capacitances

Gernot G. Fattinger, BAW R&D, 2008-07-18

92

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY



## Parasitic Capacitances
### What to be aware of when creating interconnects

active region "series" resonator    outside region    active region "shunt" resonator    lead    pad

Gernot G. Fattinger, BAW R&D, 2005-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

## Combined EM and Acoustic Simulation

Gernot G. Fattinger, BAW R&D, 2008-07-18

94

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585333

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## Combined EM & Acoustic Simulation
### Filter Die only (1) - Simulation Details

**EM-simulator (HFSS):**

RX





EM-ports
between
electrodes

- EM simulation is performed
  with full die models
- Each resonator contains
  an EM-port between top-
  and bottom electrode
- Result is a n-port s-
  **parameter** file which can
  be used in any linear circuit
  simulator
- Partial BVD model is
  added in circuit simulator
- Adjust **fs, k2e, Q** to fit to
  measured filter response

TX

**Linear
Circuit Simulator:**





Gernot G. Fattinger, BAW R&D, 2008-07-18

85

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585334

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## Combined EM & Acoustic Simulation
### Filter Die only (2) - Measurement vs. Simulation



- Very accurate **reproduction of performances** for both filters
- Visible deviations caused by **nature of mBVD model:** Only main resonances are described!

Gernot G. Fattinger, BAW R&D, 2008-07-18

-95-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585335

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Combined EM & Acoustic Simulation
### Full Duplexer - Simulation Setup

**EM-simulator (HFSS):**

TX in

ANT

RX out

**Linear Circuit Simulator:**

$R_A$   $C_0$
$L_A$
$C_A$

$R_A$
$L_A$
$C_A$

Gernot G. Fattinger, BAW R&D, 2008-07-18

97

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585336

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Combined EM & Acoustic Simulation
### Full Duplexer - Measurement vs. Simulation (*no re-optimization*)

- **Filter parameters copied 1:1 from EM-acoustic filter-only simulation**
- no additional tweaking of bond wire inductances
- no additional tweaking of matching parameter values
- Excellent reproduction of TX and RX rejection
- Left TX-ANT insertion loss shoulder off
- Wideband response off, especially ground ind. resonances

98

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
08-CV-1531-PHX-JAT

TRIQ2585337

# EXHIBIT 4

**CORRECTED REBUTTAL REPORT OF DR. ROBERT DARVEAUX
REGARDING TRADE SECRETS**


January 16, 2024



AKTS_00118855 at AKTS_00118856.

But this method is not a trade secret because it was disclosed by Fattinger (2008),[53] as shown below:

Step 1) RF probe to create a frequency map before SiN deposition;

Step 2) RF probe to create a frequency map after SiN deposition; and

Step 3) Calculate sensitivity of each site and derive desired SiN thickness profile for target frequency map;

---

[53] Avago Ex. 234 at 49.



Avago Ex. 234 at 49.

102.    Furthermore, Akoustis cannot use Qorvo's method because Akoustis's process flow for FBAR BAW filters is different than Qorvo's process flow for SMR BAW filters. Akoustis must do a release process to create an air cavity under its bottom electrode before █████, as shown below in a slide from AKTS_00280693 at AKTS_00280711 (I have added the air cavity label to this slide). The Si3N4 (SiN) layer is already on their resonators before the release process. Hence, ████████████████████████ ████████████. This is also indicated in the slide as "Test-trim-test" follows the release step. Akoustis achieved zero time-to-market advantage by having the figure above in AKTS_00118855 at AKTS_00118856 in its possession.



AKTS_00037312 at AKTS_00037319.

114.     There are three trim steps discussed in the above slide: Electrode trim, Global Trim (SiN) and Selective Trim (SiN).  None of these processes are Qorvo trade secrets.

115.     Electrode trim is shown in the slide below from Fattinger (2008).[61]  Coarse trim to compensate for variation in previously deposited layers is called out. ████████████ is called out in step 1. ████████████████████████████████████ ████████████ is called out in step 2. ████████████████████████████ ████████████ is called out in step 3.  Trimming the electrode metal (W) is called out in step 4.  This process sequence for coarse trimming of BAW resonator top electrode metal is not a Qorvo trade secret.

116.     Furthermore, Akoustis cannot use this process sequence because ████████████ ████████████ after the electrode patterning step.  Akoustis must do a release process to create an air cavity under their bottom electrode before ████████████████████, as shown above in the slide from AKTS_00280693 at 00280711.  This occurs after the top electrode has had passivation deposited on top of it, so metal electrode trim is not possible at that point in the process flow.

---

[61] Avago Ex. 234 at 46.



Avago Ex. 234 at 46.

117.    Global Trim of Si3N4 (SiN) passivation was discussed above in paragraphs 101-107 and it is called out in Fattinger 2008.[62]  Global trim is not a Qorvo trade secret.

118.    Selective Trim of Si3N4 (SiN) passivation was discussed above in paragraphs 111 to 112 and it is called out in step 4 of Fattinger 2008.[63]  Selective trim is not a Qorvo trade secret.

119.    At paragraphs 205 to 206 of his Report, Dr. Shanfield discusses a slide from AKTS_00037342 shown below.  He states, "The presentation also includes a comparison of Qorvo and Akoustis's frequency trim processes. This suggests Akoustis was considering Qorvo's process and how it might be used by Akoustis and/or incorporated into Akoustis's process." Shanfield at ¶ 206 (citation omitted).  Shanfield is wrong—the slide is showing that Akoustis's process is different from Qorvo's  process.  Qorvo is using ███████████████████ ████████████████████████████████████████████████████████ ███████████████████  Akoustis is using ████████████████████████████████████████████████████████████████████.  To determine ███ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████

---

[62] Avago Ex. 234 at 49.

[63] Avago Ex. 234 at 49.

315.     Finally, it is my opinion that Akoustis achieved zero time-to-market head start benefit due to having the Qorvo Documents. At most, Akoustis derived 258 hours of engineering time value and $264 of technical document purchasing value by possessing the Qorvo Documents identified in the Information Categories.

## XII.     RESERVATION OF RIGHTS

316.     I reserve the right to supplement this Report based on additional information, including documents produced, testimony, including without limitation the deposition testimony of Dr. Shanfield or Mr. Faulkner clarifying their respective reports, or other information offered by Qorvo, Qorvo's experts, or a third party, or Court rulings issued after submission of my Report.

317.     At trial, I may use visual aids and demonstratives to demonstrate the bases for my opinions, such as drawings, excerpts from the documents and materials I considered in forming my opinions, discovery responses, deposition transcripts, diagrams, videos, and animations.

Executed this 16th of January, 2024



_____
      Robert Darveaux