# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-cv-01417-JPM |
| v. ) | |
| ) | |
| AKOUSTIS TECHNOLOGIES, INC. and ) | |
| AKOUSTIS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING UNOPPOSED MOTION TO REDACT A PORTION OF THE APRIL 2, 2024 DAUBERT HEARING TRANSCRIPT

Before the Court is Plaintiff's unopposed Motion to Redact a Portion of the April 2, 2024 Daubert Hearing Transcript and any related briefing and argument. (ECF No. 541.)

For good cause shown, the motion is **GRANTED** and any public version of the transcript of the April 2, 2024 hearing in this matter docketed at D.I. 528 shall reflect the redactions as applied in Exhibit A to this Order.

**IT IS SO ORDERED**, this 25th day of April, 2024.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE