# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
|     Plaintiff, | ) ) ) ) UNDER SEAL ) Case No. 1:21-cv-01417-JPM |
| v. | ) ) |
| AKOUSTIS TECHNOLOGIES, INC., and AKOUSTIS, INC., | ) ) ) |
|     Defendants. | |

## ORDER

Counsel is directed to furnish lunch for 14 jurors engaged in the above-captioned case from Monday, May 6, 2024 through Friday, May 17, 2024.

**IT IS SO ORDERED**, this 26th day of April, 2024.

                                                        /s/ Jon P. McCalla
                                                        JON P. McCALLA
                                                        UNITED STATES DISTRICT JUDGE