IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1417 (JPM) |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Plaintiff Qorvo, Inc. hereby moves for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Plaintiff states as follows:

1. The May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia* for visitors to place personal electronic devices in a locked pouch provided by U.S. marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A jury trial is scheduled in this case the weeks of May 6 and May 13, 2024, in Courtrooms 2A and 4A.

3. Courtroom setup for the trial is scheduled for Friday, May 3, 2024.

4. The following staff, trial consultants, and witnesses intend to appear at courtroom setup and/or the trial on behalf of Plaintiff and request access to their electronic devices for

purposes of the trial, but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Robert Aigner, Witness
- Christopher Anderson, Consultant
- Melissa Bennis, Witness
- Darren Bookbinder, Trial Technology Support
- Michael Boyd, Witness
- Dr. John Bravman, Witness
- Steven E. Creviston, Witness
- Mildred De La Rosa, Paralegal
- Brock Faison, Trial Technology Support
- Gernot Fattinger, Witness
- Kevin Faulkner, Witness
- Jason K. Givens, Client Representative
- Dr. Helge Heinrich, Witness
- Stephanie Limbaugh, Trial Support
- Bryan Parrish, Client Representative
- Melissa Patrick, Paralegal
- Laurel Purewal, Trial Consultant
- R. Cuyler Robinson, Witness
- Dr. Stanley Shanfield, Witness
- Tony Testa, Witness
- Greg Warder, Client Representative

WHEREFORE, Plaintiff respectfully requests that the Court issue an order to exempt the above-named persons from the District of Delaware's May 15, 2023 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

April 30, 2024

SO ORDERED, this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE