# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| QORVO, INC. <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. <br><br> Defendants. | C.A. No. 21-1417 (JPM) <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") respectfully move this Court for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Akoustis states as follows:

The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

A jury trial is scheduled to commence in the above civil action on the week of May 6 and the week of May 13, 2024, in Courtrooms 2A and 4A before the Honorable Jon P. McCalla. Courtroom setup for the trial is scheduled to commence on Friday, May 3, 2024.

The following staff, trial consultants, and witnesses intend to appear at courtroom setup and/or the trial on behalf of Akoustis and request access to their electronic devices for purposes of the trial, but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

| Name | Position |
| --- | --- |
| Karen Lahrman | Paralegal |
| Sarah Conley | Paralegal |
| Jesse Brown | Trial Technology Support |
| Jeremy Luzader | Trial Support |
| David Aichele | Witness |
| Kenneth Boller | Witness |
| Robert Darveaux | Witness |
| Carlyn Irwin | Witness |
| Holly Johnson | Witness |
| Daeho Kim | Witness |
| Michael Lebby | Witness |
| Clark Nguyen | Witness |
| Anthony Nixon | Witness |
| Jeffrey Shealey | Witness |
| Mary Winters | Witness |
| Drew Wright | Akoustis In-house counsel |

As such, Akoustis respectfully requests that the Court issue an order to exempt the above-named persons from the District of Delaware's May 15, 2023 Standing Order.

Dated: April 30, 2024

OF COUNSEL:

SQUIRE PATTON BOGGS (US) LLP

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
1841 Page Mill Road, Suite 150
Palo Alto, California 94304
(650) 856-6500
ronald.lemieux@squirepb.com
david.elkins@squirepb.com
victoria.smith@squirepb.com

Rachael A. Harris
Matthew A. Stanford
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
rachael.harris@squirepb.com
matthew.stanford@squirepb.com

Xiaomei Cai
2325 E. Camelback Road, Suite 700
Phoenix, AZ 85016
(602) 528-4000
xiaomei.cai@squirepb.com

/s/ Ronald P. Golden III
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*

SO ORDERED, this _____ day of _____, 2024:

_____
UNITED STATES DISTRICT JUDGE