# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) C.A. No. 21-1417-JPM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Court issued its Order on Motions in limine (the "Order") on April 26, 2024 (D.I. 548), and the Order directs Defendants Akoustis Technologies, Inc. and Akoustis, Inc. ("Akoustis") to submit to the Court limiting instructions regarding Akoustis' Motions in limine Nos. 1 and 4 (*id.* at 14) on May 1, 2024;

WHEREAS, Akoustis prepared limiting instructions for Motions in limine Nos. 1 and 4 and provided the limiting instructions to Plaintiff Qorvo Inc. in order to alleviate burdening the Court with a dispute regarding the instructions;

WHEREAS, the parties are meeting and conferring regarding the limiting instructions;

IT THEREFORE IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel, subject to the approval of the Court, that the deadline for Akoustis to file its proposed limiting instructions is hereby extended through and including May 2, 2024.

Dated: May 1, 2024

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
| */s/ Jeremy A. Tigan* | */s/ Ronald P. Golden III* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiff* | Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED, this     day of May, 2024:

_____
UNITED STATES DISTRICT JUDGE