IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| | ) Case No. 1:21-cv-01417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC., and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
|     Defendants. | |

## ORDER DENYING MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER

Before the Court are Parties' Motions for Exemptions of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices. (ECF Nos. 554-555.) The May 15 Order requires visitors to place personal electronic devices in a locked pouch provided by U.S. Marshalls unless they fall under certain exceptions. As the Order notes, "[T]his procedure is intended to ensure the personal security and privacy of parties, witnesses, judges, jurors, and counsel involved in court proceedings."

Parties Motions list thirty-seven (37) people (twenty-one in Plaintiff's Motion, sixteen in Defendants' Motion) for whom they seek exemption from the Court's Order. (ECF Nos. 554-555.) Parties state that the listed individuals request access to their electronic devices "for purposes of trial" but do not give detail on why they would need their devices. The plurality of the listed individuals are witnesses. Parties have also emphasized that they are concerned on the disclosure of alleged trade secrets during trial.

Because Parties have not given good cause for granting the requested exceptions to the standing order, both Motions are **DENIED**.

**IT IS SO ORDERED**, this 2nd day of May, 2024.

                                                /s/ Jon P. McCalla
                                                JON P. McCALLA
                                                UNITED STATES DISTRICT JUDGE