IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>  Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>  Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT'S AMENDED MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") respectfully move this Court for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "Standing Order"). In support of this Motion, Akoustis states as follows:

The Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the Standing Order provides for certain exemptions to the Standing Order.

A jury trial is scheduled to commence in this action for the weeks of May 6 and May 13 in Courtrooms 2A and 4A before the Honorable Jon P. McCalla. Courtroom setup for the trial is scheduled to commence on Friday, May 3, 2024.

- 2 -

Akoustis requests exemptions from the Standing Order for the following persons associated with trial as follows.

1. Akoustis requests that paralegals Sarah Conley and Karen Lahrman, both of Squire Patton Boggs (US) LLP, be allowed to bring their electronic devices (work laptop computers and cell phones). They will use the laptops for legal research, case document retrieval for counsel, and additional trial support for counsel. They also request use of cell phones for any emergency matters that may arise that require communication with other office attorneys, fellow office employees, clients, and their elderly parents. Each of these individuals has executed the Acknowledgement and Agreement to Be Bound required by the governing Protective Order. They do not, however, meet the exemptions listed in Standing Order ¶ 4.

2. Akoustis also requests that their trial technology support consultants Jesse Brown and Jeremy Luzader be allowed to bring their electronic devices into the Courtroom to facilitate the presentation of trial exhibits, demonstratives, and other evidence. Mr. Brown works for Prevail Trial Consultants. Mr. Brown is Defendants' hot-seat operator, and will use his laptop and additional technical devices and equipment to perform his role during trial. Mr. Brown also requests the use of his personal cell phone to communicate with his supervisor and fellow office employees. Mr. Luzader works for DLS Discovery and may offer additional courtroom support. Mr. Luzader requests use of his personal cell phone to communicate with his office employees to facilitate that support. Each of these individuals has executed the Acknowledgement and Agreement to Be Bound required by the governing Protective Order. However, they do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order.

3. Akoustis requests that Mary Winters, witness and Defendants' representative, Robert Darveaux, expert witness, and Carlyn Irwin, also an expert witness, be allowed to bring

their electronic devices into the Courtroom. These individuals are expected to be present for significant portions of trial and need to remain in contact with their office employees and clients for any emergency or business obligations that may arise. Each of these individuals has executed the Acknowledgement and Agreement to Be Bound required by the governing Protective Order. However, they do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order.

As such, Akoustis respectfully requests that the Court issue an order to exempt the above-named persons from the District of Delaware's May 15, 2023 Standing Order.

Dated: May 2, 2024

OF COUNSEL:

SQUIRE PATTON BOGGS (US) LLP

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
1841 Page Mill Road, Suite 150
Palo Alto, California 94304
(650) 856-6500
ronald.lemieux@squirepb.com
david.elkins@squirepb.com
victoria.smith@squirepb.com

Rachael A. Harris
Matthew A. Stanford
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
rachael.harris@squirepb.com
matthew.stanford@squirepb.com

Xiaomei Cai
2325 E. Camelback Road, Suite 700
Phoenix, AZ 85016
(602) 528-4000
xiaomei.cai@squirepb.com

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*

SO ORDERED, this _____ day of _____, 2024:

_____
UNITED STATES DISTRICT JUDGE