**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>AKOUSTIS TECHNOLOGIES, INC., and )<br>AKOUSTIS, INC., )<br>)<br>Defendants. ) | UNDER SEAL<br>Case No. 1:21-cv-01417-JPM |

**ORDER EXEMPTING INDIVIDUALS FROM THE DISTRICT OF DELAWARE'S
MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Before the Court are Parties' Amended Motions for Exemption of Persons from the District's May 15, 2023 Standing Order on Personal Devices. (ECF Nos. 562, 564.)

For good cause shown, the following individuals are exempted from the District's Standing Order on May 3, 2024 (trial setup) and between May 6, 2024-May 17, 2024 (trial):

- Sarah Conley, Paralegal (Squire Patton Boggs (US) LLP)

- Karen Lahrman, Paralegal (Squire Patton Boggs (US) LLP)

- Jesse Brown, Trial Technology Support Consultant (Prevail Trial Consultants)

- Jeremy Luzader, Trial Technology Support Consultant (DLS Discovery)

- Mary Winters, Witness and Defendants' Representative

- Robert Darveaux, Opinion/Expert Witness

- Carlyn Irwin, Opinion/Expert Witness

- Roy D. Jung, Counsel (Sheppard, Mullin, Richter & Hampton LLP)

- Mildred De La Rosa, Paralegal (Sheppard, Mullin, Richter & Hampton LLP)

- Stephanie Limbaugh, Paralegal (Sheppard, Mullin, Richter & Hampton LLP)

- Melissa Patrick, Paralegal (Sheppard, Mullin, Richter & Hampton LLP)

- Darren Bookbinder, Trial Technology Support Consultant (Decision Quest)

- Brock Faison, Trial Technology Support Consultant (Trialex)

- Stephen E. Creviston, Witness and Plaintiff's Representative

- Stanley Shanfield, Opinion/Expert Witness

- Melissa Bennis, Opinion/Expert Witness

**IT IS SO ORDERED**, this 3rd day of May, 2024.

      /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE