## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAMBRIA COUNTY ASSOCIATION FOR THE BLIND AND HANDICAPPED, INC. | ) ) ) | Civil Action No. 23-cv-80-SRF |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| AFFORDABLE WIRE MANAGEMENT, LLC, | ) ) | |
| Defendant. | ) ) ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on May 3, 2024, a copy of Plaintiff Cambria County Association For The Blind And Handicapped, Inc.'s Responsive Proposed Constructions for Claim Terms Identified by Defendant and this Notice of Service were served on the following counsel of record via email.

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Andrew H. DeVoogd
Williams S. Dixon
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO PC
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
DHDeVoogd@mintz.com
WSDixon@mintz.com

1

Dated: May 3, 2024

OF COUNSEL
Edward C. Flynn
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
600 Grant St., 44th Floor
Pittsburgh, PA 15219
(412) 566-6000
EFlynn@eckertseamans.com

Daniel Melman
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
10 Bank St. Suite 700
White Plains, NY 10606
(914) 949-2909
DMelman@eckertseamans.com

Theodore Y. McDonough
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
2000 Lenox Dr.
Lawrenceville, NJ 08648
(973) 855-4724
TMcDonough@eckertseamans.com

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff*
*Cambria County Association for the Blind and*
*Handicapped*

2