IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>　　　　Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT'S SECOND AMENDED MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") respectfully move this Court for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "Standing Order"). In support of this Motion, Akoustis states as follows:

The Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the Standing Order provides for certain exemptions to the Standing Order.

A jury trial is scheduled to commence in this action the weeks of May 6 and May 13 in Courtrooms 2A and 4A before the Honorable Jon P. McCalla. Courtroom setup for the trial is scheduled to commence on Friday, May 3, 2024.

- 2 -

Akoustis requests exemptions from the Standing Order for the following persons associated with trial as follows.

1. Akoustis requests Clark Nguyen, an expert witness, be allowed to bring his electronic devices into the Courtroom. Mr. Nguyen is expected to be present for significant portions of trial and needs to remain in contact with their office employees and clients for any emergency or business obligations that may arise. Mr. Nguyen has executed the Acknowledgement and Agreement to Be Bound required by the governing Protective Order. However, they do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order.

As such, Akoustis respectfully requests that the Court issue an order to exempt the above-named person from the District of Delaware's May 15, 2023 Standing Order.

Dated: May 5, 2024

OF COUNSEL:

SQUIRE PATTON BOGGS (US) LLP

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
1841 Page Mill Road, Suite 150
Palo Alto, California 94304
(650) 856-6500
ronald.lemieux@squirepb.com
david.elkins@squirepb.com
victoria.smith@squirepb.com

Rachael A. Harris
Matthew A. Stanford
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
rachael.harris@squirepb.com
matthew.stanford@squirepb.com

Xiaomei Cai
2325 E. Camelback Road, Suite 700
Phoenix, AZ 85016
(602) 528-4000
xiaomei.cai@squirepb.com

/s/ Ronald P. Golden III
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*

SO ORDERED, this _____ day of _____, 2024:

_____
UNITED STATES DISTRICT JUDGE