# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC., and<br>AKOUSTIS, INC.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)　Case No. 1:21-cv-01417-JPM<br>)<br>)<br>)<br>)<br>) |

## ORDER ON OBJECTIONS TO HODGE'S TESTIMONY BY DEPOSITION

The following objections to Parties' Designations on the Transcript of Michael David Hodge, II's July 11, 2023 Deposition Testimony are **SUSTAINED**:

- Plaintiff's Objection to 18:07 – 18:24 (Page 15)

- Plaintiff's Objection to 34:07 – 34:22 (Page 27)

- Plaintiff's Objection to 146:11 – 147:09 (Page 113)

The remaining objections are **OVERRULED**.

**IT IS SO ORDERED**, this 6th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　/s/ Jon P. McCalla
　　　　　　　　　　　　　　　　　　　JON P. McCALLA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE