# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:21-cv-01417-JPM |
| v. | ) |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC., and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | |

### ORDER ON OBJECTIONS TO HOULDEN'S TESTIMONY BY DEPOSITION

The following objections to Parties' Designations on the Transcript of Rohan Houlden's August 29, 2023, Deposition Testimony are **SUSTAINED**:

- Defendants' Objection to 74:02-74:05 (Page 57)
- Defendants' Objection to 74:07-74:08 (Page 58)
- Plaintiff's Objection to 156:01-156:18 (Page 121)
- Defendants' Objection to 182:22-183:07 (Page 142)
- Plaintiff's Objection to 183:24-185:24 (Page 143-44)
- Plaintiff's Objection to 203:06-204:01 (Page 158)
- Plaintiff's Objection to 204:09-204:21 (Page 158-59)
- Plaintiff's Objection to 205:23-206:12 (Page 160)
- Plaintiff's Objection to 207:16-208:18 (Page 161-62)
- Plaintiff's Objection to 209:13-209:22 (Page 162-63)

- Plaintiff's Objection to 210:05-210:25 (Page 163)

- Plaintiff's Objection to 211:01-211:17 (Page 164)

- Defendants' Objection to 309:25-310:11 (Page 239)

- Plaintiff's Objection to 310:23-311:17 (Page 240)

- Plaintiff's Objection to 348:04-350:04 (Page 268-69)

- Plaintiff's Objection to 350:06-351:09 (Page 270)

The remaining objections are **OVERRULED**.

**IT IS SO ORDERED**, this 7th day of May, 2024.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE