IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 1:21-cv-01417-JPM |
| v. ) | |
| ) | |
| AKOUSTIS TECHNOLOGIES, INC., and ) | |
| AKOUSTIS, INC., ) | |
| ) | |
| Defendants. | |

**ORDER ON OBJECTIONS TO VETURY'S TESTIMONY BY DEPOSITION**

All objections to Parties' Designations on the Transcript of Ramakrishna Vetury's September 13, 2023, Deposition Testimony are **OVERRULED**.

**IT IS SO ORDERED**, this 7th day of May, 2024.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE