# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., )<br>)<br>Plaintiff, )<br>)<br>) Case No. 1:21-cv-01417-JPM<br>v. )<br>)<br>AKOUSTIS TECHNOLOGIES, INC., and )<br>AKOUSTIS, INC., )<br>)<br>Defendants. | |

## ORDER ON OBJECTIONS TO HUNT'S TESTIMONY BY DEPOSITION

All objections to Parties' Designations on the Transcript of Colin Hunt's October 10, 2023, Deposition Testimony are **OVERRULED**.

**IT IS SO ORDERED**, this 8th day of May, 2024.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE