# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-01417-JPM ) ) |
| AKOUSTIS TECHNOLOGIES, INC., and AKOUSTIS, INC., | ) ) ) |
| Defendants. | |

## ORDER ON OBJECTIONS TO KWON'S TESTIMONY BY DEPOSITION

The following objections to Parties' Designations on the Transcript of Joonbum Kwon's October 20, 2023, Deposition Testimony are **SUSTAINED**:

- Defendants' Objection to 170:25-171:02 (Page 132)
- Defendants' Objection to 171:04-171:04 (Page 132)

The remaining objections are **OVERRULED**.

**IT IS SO ORDERED**, this 7th day of May, 2024.

                                                            /s/ Jon P. McCalla
                                                           JON P. McCALLA
                                                           UNITED STATES DISTRICT JUDGE