# EXHIBIT 1

1  Jonathan M. James, Bar No. 012204
   C. Mark Kittredge, Bar No. 013907
2  David J. Palmer, Bar No. 026077
   Perkins Coie LLP
3  2901 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012-2788
4  Telephone: (602) 351-8000
   Facsimile: (602) 648-7032
5  JJames@perkinscoie.com; MKittredge@perkinscoie.com;
   DPalmer@perkinscoie.com
6
   Susan E. Foster, *(Pro Hac Vice)*
7  Chun M. Ng *(Pro Hac Vice)*
   Shylah R. Alfonso *(Pro Hac Vice)*
8  Perkins Coie LLP
   1201 Third Avenue, Suite 4800
9  Seattle, Washington 98101-3099
   Telephone: (206) 359-8000
10 Facsimile: (206) 359-9000
   SFoster@perkinscoie.com; CNg@perkinscoie.com;
11 SAlfonso@perkinscoie.com

12 Attorneys for Plaintiff/Counterdefendant
   TriQuint Semiconductor, Inc.
13

14               UNITED STATES DISTRICT COURT
15                   DISTRICT OF ARIZONA
16
17 TriQuint Semiconductor, Inc., a Delaware       No. 09-01531-PHX-JAT
   corporation,
18                                                 **DECLARATION OF ROBERT
            Plaintiff/Counterdefendant,            AIGNER, PH.D. IN SUPPORT OF
19                                                 TRIQUINT'S MOTION TO SEAL**
            v.
20
   Avago Technologies Limited, a Singapore
21 corporation; Avago Technologies U.S., Inc.,
   a Delaware corporation, Avago Technologies
22 Wireless IP (Singapore) Pte., Ltd., a Singapore
   corporation,
23
            Defendants/Counterclaimants.
24

25       I, Robert Aigner, Ph.D. have personal knowledge and declare as follows:

26       1.      I am an employee of Plaintiff TriQuint Semiconductor, Inc. ("TriQuint").

27 Since 2006, I have been actively involved in the design, development, and manufacturing

28 of TriQuint's bulk acoustic wave filters.

EXHIBIT 1205
WIT: Aigner
DATE: 11-28-23
DAWN A. HILLIER, RMR, CRR

QORVO v. AKOUSTIS

**DTX-0034**

C.A. No. 21-1417 (JPM)

2.      In the course of my experience at TriQuint, I have an understanding of TriQuint's product development, manufacturing, and technical and business information that TriQuint considers competitively sensitive, proprietary, and highly confidential.

3.      I have reviewed Exhibit 287 to the Declaration of Jonathan M. James in Support of TriQuint's Opposition to Avago's Motion for Summary Judgment ("TriQuint Exhibits") and Exhibits 232 and 234 to Avago's Rule 56.1 Controverting Statement of Facts and Additional Statement of Facts in Support of Response to TriQuint's Statement of Material Facts ("Avago Exhibits").

4.      TriQuint Exhibit 287 is a TriQuint internal presentation on bulk acoustic wave operations at TriQuint.  TriQuint Exhibit 287 contains specific, detailed, and highly confidential information regarding TriQuint's manufacturing capacity, the disclosure of which would cause significant harm to TriQuint if revealed to competitors or customers. A true and correct copy of TriQuint Exhibit 287 redacting the most sensitive proprietary information is attached as Exhibit 1 to this Declaration.

5.      Avago Exhibits 232 and 234 are TriQuint internal presentations on bulk acoustic wave technology at TriQuint.  Avago Exhibits 232 and 234 contain specific, detailed, and highly confidential information regarding TriQuint's manufacturing capacity and costs, the disclosure of which would cause significant harm to TriQuint if revealed to competitors or customers.  True and correct copies of Avago Exhibits 232 and 234, redacting the most sensitive proprietary information, are attached as Exhibits 2 and 3 to this Declaration, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 28th day of September, 2011.

Robert Aigner, Ph.D.

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James A. Ryan
Krystal M. Aspey
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004
james.ryan@quarles.com
krystal.aspey@quarles.com

Duane-David Hough
Brian W. Nolan
Mayer Brown LLP
1675 Broadway
New York, New York 10019
dhough@mayerbrown.com
bnolan@mayerbrown.com

/s/ Daniel R. Graziano

67024-0009/LEGAL21815095.1

-3-

# EXHIBIT 287



1

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882897

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## Agenda:  BAW Operations Review

- Overview
- Progress
  - PassKey II Pull-in
  - Process Development
  - Reliability
- Logistics
  - CT, Training, Hiring
  - Capacity
- Capital

**TriQuint**
SEMICONDUCTOR

COMPANY PROPRIETARY

**2**

TRIQ0882898

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – Overview

**Q208 Plans vs Actual**

- Complete trimming data transfer software
  - .NET interface done – waiting matlab routines
- Clear R3 Gate – latest plan is 5/23/08
  - Complete R3 qual lots & compile data
    - Lots Completed – need to compile data
  - Analyze R3 reliability results
    - Need to complete analysis and review of on-wafer tests
  - Complete frozen route release
    - Need to release backside route
    - Have list of enhancements for R5
- Clear R4 Gate
  - plan 6/5/08
- Start R5 Qual lot runs
  - estimating end of June
- Start WLP tests @ EVG
  - Howie to Phoenix late June
- Receive & Install WLP Equipment
  - Due 6/21
- Deliver samples for 2nd Design Pass of Passkey2
  - Working Redesign of mask set

**TriQuint**
SEMICONDUCTOR

COMPANY PROPRIETARY

**3**

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882899

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – Overview

**Schedule:**
- Passkey2 Pull-in & reliability changes are diverting resources – release schedule slipping
- R3 (Process Feasibility):  May08 (end)
- R4 (Process Eng):  Jun08 (mid)
- R5 (Manufacturing):  Sep08 (holding)

**Spending:**
- Capital – on budget
  - WLP = $1.63M of 2.00M
  - 6" Tilt SEM = $480K of $550K
- Expense – on budget
  - APR08 = $215K
  - Y08 Total = $940K

COMPANY PROPRIETARY

**TriQuint** SEMICONDUCTOR

4

TRIQ0882900

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – PassKey II Pull-in

**IFX Issues:**
1. Crystals inside parts with WLP – likely due to interaction of WLP & moisture
2. Corrosion on trimmed resonators – likely due to thin passivation from accelerated trimming on Al hillocks
3. Triple beat inter-modulation falling spec – likely poor RX design

**TQS Potential:**
- Pull-in PK2 schedule to replace IFX parts
- Demonstrated superior TX and RX performance
- Si lid with different SU8

**Priorities:**
- Determine if TQS PK2 parts can pass reliability requirements
- Deliver TX and RX samples (200 each by 5/5/08) – Complete
- Deliver TX and RX samples (+1000 each) by 5/19

**TriQuint** SEMICONDUCTOR

COMPANY PROPRIETARY

5

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882901

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



**BAW Operations Review – PassKey II Pull-in**

Approach:
- Reviewed material in line for SiN coverage
  - Ran HCL acid test on wafer from lead performance lot with 300A SiN on shunt resonators – promising results
    - No defects on series resonators with ~700A SiN
    - Defects on sloped BO interconnect with FB trim (possible accelerated ion trim)
    - No defects filters where thin nitride protected by SUB wall
  - Increased SiN thickness on backup lots
    - Decrease top electrode W and AlCu to compensate

Shunt Resonator
HCL ~300A SiN

Filter with SUB Walls
HCL ~300A SiN

TriQuint SEMICONDUCTOR

COMPANY PROPRIETARY

6

TRIQ0882902

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

**BAW Operations Review – PassKey II Pull-in**

Reviewed process for Al hillock formation

- Demonstrated reduced hillock formation
  - lower PVD de-gas temp
  - integrated into remaining backup lots
- Tested reduced SiN dep temp
  - Lower temperature produces nitride that is less dense
  - H2SO4 acid test results on send ahead wafers
  - 350C = no advantage
- Tested standard SiN dep temp
  - Reproduced IFX acid test (H2SO4, 45min, 50C)
  - Need >= 700A SiN
- Tested NLOF resist with IPA develop
  - Prevent developer from attacking top electrode Al
  - Demonstrated advantage at DT and used on backup lots
  - Unclear results at BO – used reduce develop time for backup

COMPANY PROPRIETARY

*TriQuint* SEMICONDUCTOR

7

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882903

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – Process Development

- Backside Issues
  - Wafers cracking during grind
  - Contamination after grind
- SU8 Process Improvements
  - More uniform SU8 = reduced breakage at grind
    - Static dispense
    - Flush lines
    - Fresh SU8
  - Still need EVG spray coater for edge improvement
- Tape Residue
  - Developed & demonstrated pre-tape wax coat to eliminate residue
  - 2X wax coat = release agent for grind tape on frontside
  - Wax (and tape residue) removed in citrisolve cleanup
  - Working to control wafer thickness at edge of wafer with wax

**TriQuint SEMICONDUCTOR**

COMPANY PROPRIETARY

8

TRIQ0882904

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – Process Development

- Enhancements:
  - Etched BO
    - Collecting data to implement this change now
  - nLOF at DT
    - Collect data to release as R5 process
  - nLOF at BO
    - Optimize BO width with new resist
    - Check impact on hillocking
  - nLOF at Patterned Trim
    - Issues with existing resist heating/popping during trimming
    - Re-deposited resist blocks trim in some areas
    - Cross-linked resist holds up better to trim heat
    - Demonstrated on test wafers
  - UBM cleanup
    - Indication that there is thin oxide top electrode and ubm on pads
    - No performance impact
    - May cause bonding issue
    - Demonstrated wet cleanup
- R3 Frozen Route Release:
  - Only backside remaining

TriQuint
SEMICONDUCTOR

COMPANY PROPRIETARY

9

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882905

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review – Process Development

- Autoclave
- ESD
- HTRFOL

| Test | Conditions | Sample/lot size | Requirements | R3 Status |
|---|---|---|---|---|
| HTS High temperature storage | Wafer-level RF-testing Ta = 150°C rreadout at t = 100h, t = 500h, t= 1000h | 1 wafer each from 3 lots | RF-performance unharmed | Wafers from 3 lots started 1 wafer complete 2 wafers @ 500h |
| ESD (HBM) | Human body model, C = 100pF, R = 1500ohm 5 pulses each polarity on I/Os BAW filter packaged in reference package | 10 samples each from 3 lots | no failures at 500V and 1000V | Complete: 9 filters from 2 lots No fails at 5000V |
| ESD (MM) | Machine model, C = 200pF, R = 0ohm 5 pulses each polarity on I/Os BAW filter packaged in reference package | 10 samples each from 3 lots | no failures at 50V and 100V | Complete: 9 filters from 2 lots No fails at 400V |
| HTRFOL High temperature RF operating life | Ta = 85°C, P = 29 dBm input @ upper passband edge, BAW filter packaged in reference package rreadout at t = 160h, t = 500h, t= 1000h | 10 samples each from 3 lots | No significant RF degradation | Complete on 2 lots No degradation on accelerated test |
| THS Temperature humidity storage | Wafer-level RF-testing Ta = 85°C, r.h. = 85% rreadout at t = 100h, t = 500h, t= 1000h | 1 wafer each from 3 lots | RF-performance unharmed | Wafers from 3 lots started 1 wafer complete 2 wafers @ 500h |
| TC Temperature cycling | Wafer-level RF-testing Ta1 = -55°C, Ta2 = 150°C | 1 wafer each from 3 lots | RF-performance unharmed, no physical damage visible | All 3 wafers started 1 wafer completed 45 cycles 2 wafers completed 10 cycles |
| Autoclave | Ta = 121°C, 100% r.h. rreadout at t = 96h, 2 atm TBD per TDD | 1 wafer each from 3 lots | analyze severity and cause of physical destruction | 2 wafers from resonator lots passed Need to repeat with BU8 & RF Test Samples from BW and BW Assembly lined up |
| DC Based HAST | REL.021 Standard DC Based HAST test | TBD per REL.021 | No significant RF degradation | |

COMPANY PROPRIETARY

**TriQuint SEMICONDUCTOR**

10

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882906

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



TRIQ0882907

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

DTX-0034 - p. 15 of 195



### BAW Operations Review – Autoclave Results

Results (192hrs):
    Wafers with more SiN removed by trimming generally worse

| Wafer # | SiN3 Dep. (Ang) | Post Trim Thickness (Ang) | Thickness Trimmed (Ang) | Failure Rate Comparison |
|---|---|---|---|---|
| 13 | 600 | 349 | 251 | Medium density – small defects |
| 16 | 600 | 260 | 340 | Very light density – small defects |
| 18 | 600 | 122 | 478 | Areas of Heavy density – Full failure |
| 20 | 1000 | 494 | 506 | Areas of Heavy density – Full failure |

TriQuint SEMICONDUCTOR

COMPANY PROPRIETARY

12

TRIQ0882908

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

13

TRIQ0882909

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## BAW Operations Review – HTOL Results

**HTOL Specs:**
- Input Power: 29dBm ± 0.25dB
- Duration: 1000h at 85 °C
  Measurements: 0h, 168h, 500h, 1000h

**Accelerated Aging:**
- +10 °C = 2x aging
- Equivalent Duration 125h @ 115 °C
  Measurements: 0h, 10h, 62h, 125h

| Filter # | Test Result | Average Power (dBm) |
|---|---|---|
| 42 | OK | 29.19 |
| 43 | OK | 29.24 |
| 45 | OK | 28.87 |
| 46 | OK | 28.57 |
| 48 | OK | 29.17 |
| 49 | OK | 29.01 |
| 50 | OK | 29.21 |
| 51 | OK | 29.13 |
| 52 | OK | 28.34 |
| 53 | OK | 28.78 |
| 54 | OK | 28.65 |
| 55 | OK | 28.77 |

COMPANY PROPRIETARY

TriQuint SEMICONDUCTOR

TRIQ0882910

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

15

TRIQ0882911

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



16

TRIQ0882912

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



17

TRIQ0882913

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

**BAW Operations Review – Schedule/Tasks**

Revising Schedule to Integrate PK2 Pull-in



COMPANY PROPRIETARY

TriQuint SEMICONDUCTOR

18

TRIQ0882914

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Operations Review -- Capital Spending

**WLP**
- Spray coater:
  - shipment delayed from 5/30 to 6/16 – issue with plumbing
- Contact expose:
  - lens and mirror coatings change needed to obtain required intensity at 313nm for lid exposure -- +$15K?

**Prober #2**
- Installed and running – used to measure PK2 pullin lots

**Filmetrics**
- Installed and running – used on backside development – SU8 thickness uniformity

**6" Tilt SEM**
- Due in 2 weeks early – 6/16



SU8 Filmetrics measurement

*TriQuint SEMICONDUCTOR*

COMPANY PROPRIETARY

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

**19**

TRIQ0882915

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



**20**

TRIQ0882916

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

**BAW Operations Review – Plans**

### Q208 Plans

- Complete trimming data transfer software
- Clear R3 Gate
  - Complete R3 qual lots & compile data
  - Analyze R3 reliability results
  - Complete frozen route release
- Clear R4 Gate
- Start R5 Qual lot runs
- Start WLP tests @ EVG
- Receive & Install WLP Equipment
- Deliver samples for 2nd Design Pass of Passkey2

*TriQuint*
*SEMICONDUCTOR*

COMPANY PROPRIETARY

21

TRIQ0882917

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## BAW Development Review -- Expenses

Q1 Budget = $760K

Q2 Actual = $726K

TriQuint SEMICONDUCTOR

COMPANY PROPRIETARY

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

## BAW WLP Development Schedule

| Task | 4Q07 | | | 1Q08 | | | 2Q08 | | | 3Q08 | | | 4Q08 | | | 1Q09 | | | 2Q09 | | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| **BAW Process** | | | | | | | | | | | | | | | | | | | | | |
| Process Release/Freeze (R3/R4) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | x | x | | | | | | | | | | | | | |
| Manufacturing Release (R5) | | | | | | | ▨ | ▨ | ▨ | ▨ | ▨ | x | x | | | | | | | | |
| **BAW Design** | | | | | | | | | | | | | | | | | | | | | |
| Passkey2 Samples – Pass 1 | | | | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | |
| Passkey2 Samples – Pass 2 | | | | | | | | | | ▨ | ▨ | | | | | | | | | | |
| Qual | | | | | | | | | | | | ▨ | ▨ | ▨ | ▨ | | | | | | |
| PCN to Motorola | | | | | | | | | | | | | | | ▨ | ▨ | | | | | |
| Ship to Motorola | | | | | | | | | | | | | | | ▨ | ▨ | | | | | |
| **WLP Process (Double Expose)** | | | | | | | | | | | | | | | | | | | | | |
| Acquire Equipment | | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | |
| Install Equipment (SL1-SL3) | | | | | | | | | ▨ | | | | | | | | | | | | |
| Initial Process Architecture (R2) | | | | | | | | | | ▨ | ▨ | ▨ | | | | | | | | | |
| Process Feasibility (R3) | | | | | | | | | | | | ▨ | ▨ | | | | | | | | |
| Process Eng Release/Freeze (R4) | | | | | | | | | | | | | ▨ | ▨ | | | | | | | |
| Manufacturing Release (R5) | | | | | | | | | | | | | | ▨ | | | | | | | |

COMPANY PROPRIETARY

TriQuint SEMICONDUCTOR

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

23

TRIQ0882919

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

24

TRIQ0882920

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



25

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882921

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882922

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Slide 26

d2    Si Lid + Bond = 3c + 1c = 4c/module
      Breakeven @ 2 filters/module = $200
      d:ych, 11/14/2007

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882923

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



27

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882924

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Development Review – Overview

**Q1 Plans vs Actual**

✗ Complete trimming data transfer software
- ✗ Slipped to 4/25/08

✓ Exercise backside and trimming Routes
- ✓ 25 wafers from 5 lots through backside
- ✓ 1465 trim passes from 21 lots through trimming (W, series, shunt, PA)

✗ Complete R3 Qual Lots
- ✗ Expect to complete 4/11 (4 weeks behind schedule)

✓ Complete R3 Reliability testing
- ✓ Wafer level
- ✓ Die level

✗ Complete process studies and freeze process – release routes in final form
- ✗ Expect to complete 4/18 (4 weeks behind schedule)

✓ Deliver Passkey2 Filters
- ✓ 2/13/08 = TX and RX die to FL
- ✓ 3/3/08 = reference board

✓ Deliver NextWave 2.3GHz Filters
- ✓ 3/10/08 = Die to FL
- ✓ 3/19/08 = assemblies to customer

✓ Compile schedule for Zero TC and CRF
- ✓ Zero TC: developed on test lots & demonstrated on delivered NextWave parts
- ✓ CRF: Identified INTEL WiMax 2.5GHz need and structure – project start after R4

✗ Clear R3 Gate
- ✗ Expect to complete 4/25 (4 weeks behind schedule)

**TriQuint ⬤**
SEMICONDUCTOR

Page 2/5 4/15/08rv

COMPANY PROPRIETARY

**28**

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882925

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Autoclave Trim Passivation Nitride    BAW Reliability

# Passivation Nitride Dep. & Trim
## EG-0912  B0724701

| Wafer # | SiN3 Dep. (Ang) | Post Trim Thickness (Ang) |
|---------|-----------------|---------------------------|
| 13      | 600             | 350                       |
| 16      | 600             | 250                       |
| 18      | 600             | 100                       |
| 20      | 1000            | 500                       |

TriQuint
SEMICONDUCTOR

COMPANY PROPRIETARY

**29**

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882926

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Autoclave Trim Passivation Nitride   BAW Reliability

# TQO Autoclave conditions

Thanks Dorothy Hamada

- 100% Humidity
- 2 atmospheres
- 121deg C

TriQuint
SEMICONDUCTOR

COMPANY PROPRIETARY

**30**

TRIQ0882927

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Autoclave Trim Passivation Nitride    BAW Reliability

# *Second* 96hr Treatment Results
## EG-0912  B0724701

| Wafer # | SIN3 Dep. (Ang) | Post Trim Thickness (Ang) | *Thickness Trimmed (Ang)* | Failure Rate Comparison |
|---|---|---|---|---|
| 13 | 600 | 350 | 250 | Medium density – small defects |
| 16 | 600 | 250 | 350 | Very light density – small defects |
| 18 | 600 | 100 | 500 | Areas of Heavy density – Full failure |
| 20 | 1000 | 500 | 500 | Areas of Heavy density – Full failure |

**TriQuint** ❧
SEMICONDUCTOR

COMPANY PROPRIETARY

**32**

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882929

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



33

TRIQ0882930

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



36

TRIQ0882933

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

| | | Wafers | | | | LOT 4 | |
|---|---|---|---|---|---|---|---|
| | | 13 | 16 | 18 | 20 | Mean | Range |
| fs | Mean | -1.1 | -0.9 | -1.3 | 0.7 | -0.1 | 1.9 |
| | Std | 0.4 | 0.5 | 0.8 | 0.8 | | |
| | Range | 2.5 | 2.7 | 6.2 | 3.8 | | |
| k2e | Mean | -0.04 | -0.02 | -0.04 | -0.01 | -0.01 | 0.04 |
| | Std | 0.28 | 0.03 | 0.27 | 0.03 | | |
| | Range | 3.27 | 0.15 | 4.12 | 0.25 | | |
| Zfs | Mean | -0.11 | -0.29 | 0.08 | -0.02 | -0.02 | 0.37 |
| | Std | 0.49 | 0.18 | 0.83 | 0.54 | | |
| | Range | 5.66 | 0.80 | 7.97 | 8.02 | | |
| Qp | Mean | -380 | -391 | -513 | -396 | -67 | 513 |
| | Std | 225 | 122 | 355 | 256 | | |
| | Range | 2215 | 613 | 3881 | 2587 | | |

COMPANY PROPRIETARY

*TriQuint* SEMICONDUCTOR

**37**

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0882934

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# EXHIBIT 232

# TriQuint Semiconductor Technology Conference 2008

## „Bulk Acoustic Wave Technology at TriQuint"

Gernot G. Fattinger
BAW R&D Manager

Gernot G. Fattinger, BAW R&D, 2008-07-18

TRIQ0017995

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# BAW Application Space & Activities

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0017996



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0017997

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0017998

# Application Space for RF Filters
## Technology Comparison

| | SAW | BAW |
|---|---|---|
| Lower Insertion loss | ○ | ● |
| Temperature drift | ● * | ● |
| Power handling | ○ | ● |
| Unbalanced-to-bal. transformation | ● | ○ |
| Process complexity | ● * | ● |
| Low-cost package options | ○ * | ● |
| ESD robustness | ● | ● |
| Applications below 2 GHz | ● | ● |
| Applications above 2.5 GHz | ● | ● |

* Advanced SAW (e.g. Boundary Wave) allow for more options, but come at the cost of higher process complexity

Gernot G. Fattinger, BAW R&D, 2008-07-18

4



BAW Device Basics

Gernot G. Fattinger: BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0017999

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018000

# BAW Resonator Types
## FBAR vs. SMR

### Film Bulk Acoustic Resonator

stress field of acoustic wave

top electrode

piezo layer

bottom el.
support layer

~2um @ 2GHz

bottom cavity

substrate

- Relatively easy to get High Q
- Slightly higher $k^2_{eff}$ (theoretically)
- Hard to manufacture
- Robustness
- Spurious mode suppression difficult
- Advanced device topologies hard to implement
- Large intrinsic TCF (~26ppm/K)

Gernot G. Fattinger; BAW R&D, 2008-07-18

### Surface Mount Resonator

stress field of acoustic wave

top electrode

piezo layer

bottom electr.

99.98%

low impedance
high impedance
low impedance
high impedance
low impedance
high impedance

substrate

- Better Powerhandling
- Effective spurious mode suppression
- Advanced device topologies straightforward to implement
- Low intrinsic TCF (-17ppm/K)
- Mechanically very robust
- More layers
- Somewhat harder to get high Q and $k^2_{eff}$

6



$$k_{eff}^2 = (\pi/2 \cdot f_S/f_P) / \tan(\pi/2 \cdot f_S/f_P)$$

Electrical Response
Important Resonator Parameters

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

Gernot G. Fattinger; BAW R&D, 2008-07-18

TRIQ0018001

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



**BAW Filters**
Ladder Filter Topology

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018002

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



**BAW Filters**
Ladder Filter Layout (Example: US-PCS TX)

1330 um

745 um

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018003

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018004

# Crucial Performance Parameters

Genroi G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018005

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Resonators
### Crucial Performance Parameters

- Sufficient coupling coefficient
  - bandwidth (BW) of the filter
- High Q-values and low series resistance
  - BW, insertion loss (IL), transition band steepness
- Spurious resonance free operation
  - IL, ripple (in the pass band)
- Accurate resonance frequency
- Additionally:
  - Low TCF
  - Powerhandling



Swp Max
2.1GHz

Swp Min
0.1GHz

TRIQ0018006

Gernot G. Fattinger, BAW R&D, 2008-07-18

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 86 of 129

12



**Filter Performance**
Effect of degraded $k^2_{eff}$

Bandwidth (BW) and/or Return-Loss (RL) specs define lower limit of $k^2_{eff}$

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 87 of 129

TRIQ0018007



## Filter Performance
### Effect of degraded Q

multi-stage filter
APLAC 8.10 User: Evaluation Customer: TriQuint   Oct 23 2006

Q = 1300

meeting
insertion loss
specs with margins

Q = 700

Yield = zero

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018008

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 88 of 129

14





# Filter Performance
## Effect of spurious resonances

Spurious modes go along with enhanced losses in filters and they create severe problems to meet ripple specs.

Gernot G. Fattinger, BAW R&D, 2008-07-18

16

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 90 of 129

TRIQ0018010

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018011

## Resonator Performance
### Sensitivity to layer thickness variations

Example: 1.9 GHz BAW stack

| Layer | Material | Thickness [nm] | Sensitivity [MHz/nm] | Sensitivity [MHz/%thickness] |
|-------|----------|-----------------|----------------------|------------------------------|
| PA | SiN | 80 | -0.48 | -0.38 |
| M2B | AlCu | 120 | -0.40 | -0.48 |
| M2A | W | 110 | -2.76 | -3.04 |
| P1 | AlN | 1300 | -0.73 | |
| M1B | W | 170 | -1.66 | -2.82 |
| M1A | AlCu | 200 | -0.32 | -0.64 |
| R5 | SiO2 | 890 | -0.26 | -2.31 |
| R4 | W | 570 | -0.04 | -0.23 |
| R3 | SiO2 | 550 | -0.01 | -0.06 |
| R2 | W | 820 | 0.00 | 0.00 |
| R1 | SiO2 | 700 | 0.00 | 0.00 |

Challenges
- run-to-run variations of each layer
- wafer-uniformity of each layer
- short-range frequency pattern on wafers
  caused by:
  - CVD chuck pattern, Etch-tool chuck pattern
  - local pattern density variations and CMP
- "within resonator" thickness changes
  caused by:
  - CVD/PVD growth rate variations close to edges
  - CMP dishing
  - change of material parameters or mechanical stress across a resonator

Gernot G. Fattinger; BAW R&D, 2008-07-18

17

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



# Resonator Performance
## Sensitivity to "within resonator" layer thickness variations

change of resonance frequency causes "spur@fs" problem

W-thickness = 169nm
$f_s$ = 1853 MHz

W-thickness = 170nm
$f_s$ = 1850 MHz

W-thickness = 169nm
$f_s$ = 1853 MHz

Gernot G. Fattinger, BAW R&D, 2008-07-18

18

TRIQ0018012

19

# The TriQuint BAW Process

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018013

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



# The TriQuint BAW Process
## Focus on Key Processes

- Planarization
- AlN deposition
- Frequency Trimming
- Wafer Level Package

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018014

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



Planarization
*Acoustic Reflector and Bottom Electrode*

Gernot G. Fattinger; BAW R&D, 2008-07-18

TRIQ0018015

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## *Planarization*
### Acoustic Reflector (1)

- High resistivity Si substrate ($\geq$ 500 $\Omega$ cm)
- Deposition of reflector layer pair (SiO2/W)
- Deposition of cap layers (AlN/SiO2)
- W, SiO2 uniformity: **$\leq$ 4 % minmax**
  minmax = (max-min)/mean
  (not standard deviation!) edge exclusion of 5 mm;
- AlN seed layers: **$\leq$ 10 % minmax**

Legend:
- SiO₂
- AlN
- W
- AlCu
- Al
- AL™-poly
- Si₃N₄
- UBM

Average W thickness

W thickness range

active region     outside region     active region

Gernot G. Fattinger, BAW R&D, 2008-07-18

22

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018016

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 96 of 129



## Planarization
### Acoustic Reflector (2)

- Reflector layer stack R2 is structured using alternating SF6 and Cl based dry etching steps
- Lithography (RA) alignment to flat
- Etch has to be stopped on lowest AlN seed layer (R2-S)

☐ SIO₂
☐ AlN
▦ W
☐ AlCu
☐ Al
☐ AL™-poly
☐ Si₃N₄
☐ UBM

active region    outside region    active region    lead    pad

Gernot G. Fattinger, BAW R&D, 2006-07-18

23

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018017



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

# Planarization

## Acoustic Reflector (3)

- Deposition of planarization oxide, slightly thicker than step-height
- Step coverage difficult, slanted edges are beneficial
- Uniformity is crucial: ≤ 3% minmax



*Planarization*
Acoustic Reflector (4)

- Dry-etch of oxide on top of reflector stacks, leaving an about 0.5 um wide "fence" (critical alignment)
- Etch stop for SF6 based etch on AlN stop layer

SiO₂ ☐
AlN ☐
W ☒
AlCu ☐
Al ☐
AL™-poly ☐
Si₃N₄ ☐
UBM ☐

pad
lead
active region
outside region
active region

Gernot G. Fattinger, BAW R&D, 2008-07-16

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018019

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Planarization
### Acoustic Reflector (5)

- Oxide **CMP** removes fences
- High selectivity to W needed
- Remaining topology ~200 A
- Surface roughness ~20 A (RMS)

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018020

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## *Planarization*
### Acoustic Reflector (6)

- Deposition of R3 reflector oxide layer
- Deposition and planarization of R4 reflector stack (similar to R2 route)
- Deposition of R5 reflector oxide layer

| | |
|---|---|
| ▨ | SiO₂ |
| ☐ | AlN |
| ▨ | W |
| ☐ | AlCu |
| ☐ | Al |
| ☐ | AL™-poly |
| ☐ | Si₃N₄ |
| ☐ | UBM |

2.5 kV ×13.0K 2.31μm

active region     outside region     active region     lead     pad

Gernot G. Fattinger, BAW R&D, 2008-07-18

27

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018021

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018D22

## *Planarization*
### Bottom Electrode

- Dep. and planarization of bottom electrode stack similar to reflector
- High selectivity to tungsten and short CMP time needed to avoid dishing
- Sensitivity of W is ~3 MHz / nm for a 2 GHz device
- Dishing of more than 0.5 nm over the active region screws up resonator performance beyond repair
- Surface roughness <20 A

→ Enough CMP to <u>smoothen surface</u>, but at the same time as little as possible to <u>avoid dishing</u> …!



Gernot G. Fattinger, BAW R&D, 2008-07-18

28

**Piezo-Deposition**
*Aluminum Nitride PVD*

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018023

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018024

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 104 of 129

## *Piezo-Deposition*
### General Requirements

- Deposition of AlN piezoelectric (*pulsed-DC magnetron sputtering*)
- AlN uniformity: ≤ **2% minmax**
- Quality of piezomaterial (orientation and polarity of crystallites, thickness of quasi-amorphous layer) crucial to resonator performance
- Besides **process parameters** most influenced by quality (especially roughness) of underlayer
- **Bottom electrode roughness** of $\Delta t_{RMS}$ ~ 20A needed

☐ SiO₂
☒ AlN
▨ W
☐ AlCu
☐ Al
☐ AL™-poly
☐ Si₃N₄
☐ UBM

active region   |   outside region   |   active region   |   lead   |   pad

Gernot G. Fattinger, BAW R&D, 2006-07-18

30

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## *Piezo-Deposition*
### Layer Stress Control (1)

Piezo-electric coupling is a
function of the **local layer stress**:



- ➤ Main process parameter to adjust layer stress level is the **RF-bias** power
- ➤ Magnetron rpm and magnet position used to tweak stress uniformity
- ➤ Relationship of stress vs. RF-bias:
  - changes over target lifetime
  - conductivity of substrate and underlayers
  - surface material
- ➤ Same parameters used to control stress also influence thickness uniformity!

Gernot G. Fattinger, BAW R&D, 2008-07-18

31

TRIQ00180026

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## *Piezo-Deposition*
### Layer Stress Control (2)

 **Piezo-electric coupling needs to be closely monitored!**

Control loop established using weekly "baseline-lots" (simplified process flow):



Layer stress too low:

- Too little piezo-electric coupling
  → too little filter bandwidth
  *"There is a rigid lower coupling limit to yield any good die."*



Layer stress too high:

- Layer delamination
- Cracks in piezo-layer
- Excessive wafer-bow
  (show stopper e.g. in stepper)

Gernot G. Fattinger, SAW R&D, 2008-07-18

32

TRIQ0018026

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.,
09-CV-1531-PHX-JAT

TRIQ0018027

## *Piezo-Deposition*
### Roughness and topology of underlayer

**Effect of excessive topology prior to AlN deposition step:**



- deposition of subsequent metal layers into crack, causing shorts
- leakage path for chemicals down to bottom electrode
- regions with different stress than bulk of AlN layer
- potential for acoustic scattering and energy loss
- …

**Effect of underlayer roughness:**



Lower limit for coupling, e.g. to cover US-PCS band, is <u>0.0645</u> …

Gernot G. Fattinger, BAW R&D, 2008-07-18                                     33



Remainder of the process
Detuning the two resonator types

Remainder of the process
Creating a functional device

Gernot G. Fattinger; BAW R&D, 2008-07-18

TRIQ0018028

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Remainder of the process
### Detuning the two resonator types

SiO₂
AlN
W
AlCu
Al
AL™-poly
Si₃N₄
UBM

- Deposition of the so called "Detune-layers" to offset the resonance frequency of specific resonators
- Selective removal of the detune layer on the resonators which are supposed to be higher in frequency

active region
"series" resonator     outside region     active region
"shunt" resonator     lead     pad

Gernot G. Fattinger, BAW R&D, 2008-07-16

35

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018029



# *Remainder of the process*
## Detuning the two resonator types

- Deposition of the remaining layers of the top electrode stack:
  border ring stack (W,AlCu) for spurious mode suppression, and AlCu for improved conductivity
- Deposition of **silicon nitride** passivation layer
- Under-bump metallization on pads (Ti/Pt/Au)

SiO₂ — $SiO_2$
AlN
W
AlCu
Al
AL™-poly
Si₃N₄ — $Si_3N_4$
UBM

active region "series" resonator    outside region    active region "shunt" resonator    lead    pad

Gernot G. Fattinger; BAW R&D, 2008-07-16    36

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018030

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 110 of 129

# Frequency Trimming
## Ion-Beam-Etching

Gernot G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018031

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ00118032

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 112 of 129

# Frequency Trimming
## Why do we need frequency trimming?

Frequency vs. thickness sensitivity table for series resonator:
(values based on a typical US-PCS layer stack)

| Layer | Material | Thickness [nm] | Sensitivity [MHz/nm] | Sensitivity [MHz/%thickness] |
|-------|----------|----------------|----------------------|------------------------------|
| PA | SiN | 80 | -0.48 | -0.38 |
| M2B | AlCu | 120 | -0.40 | -0.48 |
| M2A | W | 110 | -2.76 | -3.04 |
| P1 | AlN | 1300 | -0.73 | |
| M1B | W | 170 | -1.66 | -2.82 |
| M1A | AlCu | 200 | -0.32 | -0.64 |
| R5 | SiO2 | 890 | -0.26 | -2.31 |
| R4 | W | 570 | -0.04 | -0.23 |
| R3 | SiO2 | 550 | -0.01 | -0.06 |
| R2 | W | 820 | 0.00 | 0.00 |
| R1 | SiO2 | 700 | 0.00 | 0.00 |

□ SiO2
□ AlN
☒ W
□ AlCu
□ Al
□ AL™-poly
□ Si3N4
□ UBM

active region
"series" resonator

Even a (hypothetical) *1% range* in all layer depositions would result
in **way too much frequency variation** to manufacture any practical
device with reasonable yields!

Gernot G. Fattinger, BAW R&D, 2008-07-18

38

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 113 of 129

# *Frequency Trimming*
## What layer should be trimmed?

**On the first glance, the obvious choice seems the passivation layer:**

- Frequency variations due to all layers can be measured & compensated
- Low sensitivity allows for accurate positioning on target frequency

**However, there are other limitations to the passivation SiN thickness:**

- Reliability: >80nm
- Coupling degradation & process time: <100nm

| Layer | Material | Thickness [nm] | Sensitivity [MHz/nm] | Sensitivity [MHz/%thickness] |
|-------|----------|----------------|----------------------|------------------------------|
| PA | SiN | 80 | -0.48 | -0.38 |
| M2B | AlCu | 120 | -0.40 | -0.48 |
| M2A | W | 110 | -2.76 | -3.04 |
| P1 | AlN | 1300 | -0.73 | |
| M1B | W | 170 | -1.66 | -2.82 |
| M1A | AlCu | 200 | -0.32 | -0.64 |
| R5 | SiO2 | 890 | -0.26 | -2.31 |
| R4 | W | 570 | -0.04 | -0.23 |
| R3 | SiO2 | 550 | -0.01 | -0.06 |
| R2 | W | 820 | 0.00 | 0.00 |
| R1 | SiO2 | 700 | 0.00 | 0.00 |

 A typical before-trim frequency distribution range of ~50 MHz would require a final SiN range of ~100nm for a flat frequency profile.

 Passivation can only be used for final fine-adjustments.
Another **coarse trim step** is needed before that.

TRIQ0018033

Gernot G. Fattinger, BAW R&D, 2008-07-18

39

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018034

# *Frequency Trimming*
## Coarse trimming - W

 Trim top electrode W

**But:** constant target frequency not possible!

**Because:** Thickness variation in already deposited layers + trimmed W layer causes variation of sensitivity to future layers.

### Trim process sequence:

1. RF-probe to create frequency map of wafer.

2. Fit **electro-acoustic model** to electrical response for each measurement site.

3. Calculate optimal W, so that the <u>final resonator</u> (including all layers to be deposited in the future) ends up at the desired frequency.

4. Remove the desired amount of W.

5. Re-map the frequency distribution on the wafer to evaluate success.

Gernot G. Fattinger, BAW R&D, 2008-07-18



40



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018035

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



**Frequency Trimming**
IBE - Ion Beam Etching (2)

Image of ion-source:

Image of open process chamber:

Sketch of principle:

Active ion-beam:

Gerino G. Fattinger, BAW R&D, 2006-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018036

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018037

# *Frequency Trimming*
## Fine Trimming - SiN

**Trim process sequence:**

1. RF-probe to create frequency map of wafer before SiN deposition. (usually on filters)

2. RF-probe to create frequency map of wafer after SiN deposition.

3. Calculate sensitivity for each site and derive desired SiN thickness profile for target frequency map.

4. [Optional] Coverage of one resonator type with photo resist allows for selective trimming of left or right passband shoulder.

5. Remove the desired amount of SiN.

6. Re-map the frequency distribution.





 Complex IT infrastructure required to handle the necessary metrology data to feed simulations!

Gernot G. Fattinger, BAW R&D, 2008-07-18

43

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



# Frequency Trimming
## Fine Trimming - SiN

**Filter Response before Trimming:**

**Filter Response after Trimming:**

*Ion-Beam Trimming*

Frequency compression by trimming:

before
after

**Final frequency non-uniformity deviation smaller than 1.5 MHz (min/max - not sigma!)**

**Yield after Trimming:**

pass
fail

Gernot G. Fattinger, BAW R&D, 2008-07-18

44

TRIQ0018038

# Wafer Level Package
## Current and Future Variants

Gordon G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018039

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ0018040

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Wafer Level Package
## Future "full" WLP

BAW device wafer



SU8 layer 1, depth selective UV exposure



Ultrasonic development step, wash out unexposed SU8



Overcoat step SU8 layer 2



Sawing



Conventional assembly process (identical to GaAs)



0.25 mm

**Benefits over "Si-lid" approach:**

- Streamline assembly process
  - Eliminate Si-lid sub-con step
  - Replace specialized reverse bonding
- Enable Flip-Chip
- Reduce package height



Fig. 2. SEM of a wall and roof su
cleaved wafer, approx. 45° viewing

Fig. 3. SEM of an air-cavity after sealing the holes,
cleaved wafer, approx. 45° viewing angle

Gernot G. Fattinger, BAW R&D, 2008-07-18

47

TRIQ0018041



**Products and Performance**

Gonton G. Fattinger; BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018042

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# BAW Duplexer
## US-PCS Duplexer for Passkey2 and Castor Modules (1)

TQS TX-BAW die:



from PA — TX BAW — ANT
RX out — RX BAW

Passkey2 Module:



WC 456

**Benefits of TQS-BAW:**

- Price
- Reliability
- Non-linearity (Triple-Beat)
- Size

@ otherwise the same performance

TQS RX-BAW die:



Gernot G. Fattinger, BAW R&D, 2008-07-18

TRIQ0018043

49



BAW Duplexer
US-PCS Duplexer for Passkey2 and Castor Modules (2)

US-PCS Duplexer for PK2 Module

Passband Zoom

Wideband Response

Gerhon G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TRIQ0018044

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# BAW Duplexer
## Process Characteristics

### Some Key Figures of the current TQS BAW Process:

- ❏ 15000 PCS die per wafer (unyielded)
- ❏ Wafer cost is ~ ▮▮▮▮▮
- ❏ Average lot turnaround time ~60 days
- ❏ Capacity is ▮▮▮▮▮
- ❏ Current run rate about ▮▮▮▮▮
- ❏ 250 process steps
- ❏ 15 lithography layers
  (+3 for full WLP)
- ❏ 3 trim steps throught the process
- ❏ 7 RF-probe steps
  (last one is a 100% test)
- ❏ 58 metrology steps
  (50% of which are mass measurements)

Gernot G. Fattinger, BAW R&D, 2008-07-18

51

TRIQ0018046

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ00118046

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 126 of 129

## BAW Stopband Filter
### WiMax 2.3GHz SDARS Stopband Filter for WiMax (1)

**Required Insertion Loss Spec:**



- Very Steep Skirts
  (-3dB…-12dB within 5 MHz)
- Extremly accurate Frequency Position

Young's modulus of SiO2 decreases with temperature
→ **compensating effect for TCF**



increasing oxide thickness

REF (uncomp)

TCF (ppm/C)

Gernot G. Fattinger, BAW R&D, 2006-07-18

52



HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# BAW Stopband Filter

## WiMax 2.3GHz SDARS Stopband Filter for WiMax (2)

Δf=300kHz for ΔT60K ⇒ TCF = -2 ppm/K

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 128 of 129

TRIQ00-18048



simplified cross-sections, not to scale   54

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Thank you for your attention!
## Acknowledgements

**TQFL BAW Team**

**Robert Aigner** (Director of Acoustic R&D)

**Alexandre Volatier** (R&D engineer)

**Fabien Dumont** (R&D engineer)

**TQTX BAW Team**

**Sam Roadman** (Process Lead)

**Mike McClure** (Metals & Trim)

**Steve Faraboni** (Etch & Clean-up)

**Darrell Lupo** (Etch & Metrology)

**Yanghua He** (CMP & Grind)

**Howie Yang** (Litho & WLP)

**Sean Hamamoto** (RF-probe)

**Mohammed Islam** (Process Technician)

**Cory Lafoy** (Process Technician)

**Donna Mortensen** (Program Manager)

Gernot G. Fattinger, BAW R&D, 2008-07-18

Case 2:09-cv-01531-JAT   Document 389-9   Filed 10/28/11   Page 129 of 129

55

TRIQ0018049

# EXHIBIT 234



**Lunch & Learn**   **2008-12-05**

*BAW Technology at TriQuint*

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585240



**BAW vs. SAW**
Principles

**SAW**

**Surface Acoustic Wave**
Acoustic wave is excited in
piezoelectric crystal and propagates
in lateral direction

finger width ≈ λ/4
$v ≈ 4000$ m/s

Q-values typically ~700

**BAW**

**Bulk Acoustic Wave**
Acoustic wave is excited and
in thin-film piezolayer and
propagates in vertical direction

layer thickness ≈ λ/2
$v ≈ 10000$ m/s

Q-values up to 2700

Gernot G. Fattinger, BAW R&D, 2008-07-18

2

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIO2585241

## BAW Technology
### Value Proposition

- BAW devices show lower losses, better power-handling and better robustness than SAW.

- In wireless applications BAW is needed for duplexers with the most demanding specifications. Choose wisely: regardless of the wafer size a BAW-chip is more expensive to manufacture than a SAW.

- For filters above 2.5GHz BAW is the only solution. BAW will play an important role in integrated RF modules for Networks business.

- BAW can serve a wide range of high-end applications.



Gernot G. Fattinger, BAW R&D, 2008-07-18

3-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY
TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT
TRIQ2585242



## TriQuint's BAW Activities
### Locations

Bend, OR
BAW military fab
(formerly TRF)

Orlando, FL
Acoustic Techn. R&D
and SAW wafer fab

Richardson, TX
GaAs and
BAW wafer fab (NEW)

Costa Rica
Assembly fab

*Texas BAW line in ramp-up*

- BAW volume wafer fab is located in TQTX
- Equipment and materials optimized for BAW, less restrictions than in a CMOS fab
- Capacity is currently 170 WSPM
- Gradual upgrade to 1200 WSPM by Q3'09 in progress
- 5 dedicated BAW PEs, and 2 dedicated technicians
- ~2 more PEs to be hired next year

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585243

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Duplexer
### Process Characteristics

**Some Key Figures of the current TQS BAW Process:**

- ❑ 15000 PCS die per wafer (unyielded)
- ❑ Wafer cost is ~ ████
- ❑ Average lot turnaround time ~60 days
- ❑ Capacity is ████
- ❑ Current run rate about ████
- ❑ 270+ process steps
- ❑ 15 lithography layers
  (+1 for SU8-wall vs. +3 for full-WLP)
- ❑ 3..4 trim steps througout the process
- ❑ 7 RF-probe steps
  (last one is a 100% test)
- ❑ 58 metrology steps
  (50% of which are mass measurements)

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585244

# BAW Device Basics

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585245



## BAW Resonator Types
### FBAR vs. SMR

**Film Bulk Acoustic Resonator**

stress field of acoustic wave

top electrode
piezo layer
bottom el.
support layer

bottom cavity

substrate

**Surface Mount Resonator**

stress field of acoustic wave

99.98%

top electrode
piezo layer
bottom electr.

low impedance
high impedance
low impedance
high impedance
low impedance
high impedance

substrate

- 😊 Relatively easy to get High Q
- 😊 Slightly higher $k^2_{eff}$ (theoretically)
- ⚫ Hard to manufacture
- ⚫ Robustness
- ⚫ Spurious mode suppression difficult
- ⚫ Advanced device topologies hard to implement
- ⚫ Large intrinsic TCF (~26ppm/K)

- 😊 Better Powerhandling
- 😊 Effective spurious mode suppression
- 😊 Advanced device topologies straightforward to implement
- 😊 Low intrinsic TCF (-17ppm/K)
- 😊 Mechanically very robust
- ⚫ More layers
- ⚫ Somewhat harder to get high Q and $k^2_{eff}$

Gernot G. Fattinger, BAW R&D, 2008-07-16

7

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585246

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585247

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



**BAW Filters**
Ladder Filter Topology

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585248

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

**BAW Filters**
Ladder Filter Layout (Example: US-PCS TX)

Gernot G. Fattinger, BAW R&D, 2006-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585248

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585250



## BAW Filters
### Other Topologies

**Lattice Filter:**

IN+     OUT+

-IN-     OUT-

**CRF (Coupled Resonator Filter):**

**SCF (Stacked Crystal Filter):**

Gernot G. Fattinger, BAW R&D, 2005-07-18

-12-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585251

## Crucial Performance Parameters

Gernot G. Fattinger, BAW R&D, 2008-07-18

13

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585252

## BAW Resonators
### Crucial Performance Parameters

- Sufficient coupling coefficient
  - bandwidth (BW) of the filter
- High Q-values and low series resistance
  - BW, insertion loss (IL), transition band steepness
- Spurious resonance free operation
  - IL, ripple (in the pass band)
- Accurate resonance frequency
- Additionally:
  - Low TCF
  - Powerhandling



Swp Max 2.1GHz

Swp Min 0.1GHz

Gernot G. Fattinger, BAW R&D, 2008-07-18

14.

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585253



## Filter Performance
### Effect of degraded $k^2_{eff}$

Bandwidth (BW) and/or Return Loss (RL) specs define lower limit of k2eff

Gernot G. Fattinger, BAW R&D, 2008-07-16

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585254



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585255



## Filter Performance
### Effect increased series resistance



Rs = 0.5 ohm
(per resonator)
Q = 1300

Meeting specs
with margins

Rs = 1 ohm
(per resonator)
Q = 1300

Meeting specs
NO margins

Gernot G. Fattinger, BAW R&D, 2008-07-18

-17-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585256

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Filter Performance
### Effect of spurious resonances

Spurious modes go along with enhanced losses in filters and they create severe problems to meet ripple specs.

Gernot G. Fattinger, BAW R&D, 2008-07-18

- 18 -

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585257

## Measured Resonator Performance

Gernot G. Fattinger, BAW R&D, 2006-07-18

-19-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585258



# Recently measured piezoelectric coupling figures at TriQuint:

**State-of-the-art coupling values improves BAW filter production margins tremendously!!!**

*In terms of filter bandwidth:*
~65 MHz or 3.7 % rel. BW for a US-PCS duplexer TX filter
~79 MHz or 4.2% rel. BW for a GSM 1800 filter

Gernot G. Fattinger, BAW R&D, 2008-07-18 20



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585260

# Layer Stack Design

Gernot G. Fattinger, BAW R&D, 2008-07-18

22

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585261



# BAW Layer Stack
## Design Considerations

Additional considerations:

- TCF considerations
- suppression of unwanted passbands
- device parasitics

Gernot G. Fattinger, BAW R&D, 2008-07-18

23

## The TriQuint BAW Process

Gernot G. Fattinger, BAW R&D, 2008-07-18

24-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585263

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## The TriQuint BAW Process
### Focus on Key Processes

- *Planarization*
- *AlN deposition*
- *Frequency Trimming*
- *Wafer Level Package*

- 25 -

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585264

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Planarization
## Acoustic Reflector and Bottom Electrode

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585265

## *Planarization*
### Acoustic Reflector (1)



- High resistivity Si substrate (≥ 500 Ω·cm)
- Deposition of reflector layer pair (SiO2/W)
- Deposition of cap layers (AlN/SiO2)
- W, SiO2 uniformity: ≤ 4 % minmax
  minmax = (max-min)/mean
  (not standard deviation) edge exclusion of 5 mm;
- AlN seed layers: ≤ 10 % minmax

Gernot G. Fattinger, BAW R&D, 2008-07-16

27

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585266



## Planarization
### Acoustic Reflector (2)

- Reflector layer stack R2 is structured using alternating SF6 and Cl based dry etching steps
- Lithography (RA) alignment to flat
- Etch has to be stopped on lowest AlN seed layer (R2-S)

$SiO_2$
AlN
W
AlCu
Al
AL™-poly
$Si_3N_4$
UBM

active region    outside region    active region    lead    pad

Gernot G. Fattinger, BAW R&D, 2008-07-18

28.

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585267



### Planarization
#### Acoustic Reflector (3)

- Deposition of planarization oxide, slightly thicker than step-height
- Step coverage difficult, slanted edges are beneficial
- Uniformity is crucial: ≤ 3% minmax

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585268



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585288

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Planarization
### Acoustic Reflector (5)

- Oxide CMP removes fences
- High selectivity to W needed
- Remaining topology ~200 A
- Surface roughness ~20 A (RMS)

Gernot G. Fattinger, BAW R&D, 2006-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585270



# Planarization

## Acoustic Reflector (6)

- Deposition of R3 reflector oxide layer
- Deposition and planarization of R4 reflector stack (similar to R2 route)
- Deposition of R5 reflector oxide layer

Gernot G. Fattinger, BAW R&D, 2008-07-18

32

## *Planarization*
### Bottom Electrode

- Dep. and planarization of bottom electrode stack similar to reflector
- High selectivity to tungsten and short CMP time needed to avoid dishing
- Sensitivity of W is ~3 MHz / nm for a 2 GHz device
- Dishing of more than 0.5 nm over the active region screws up resonator performance beyond repair
- Surface roughness <20 A

→ Enough CMP to <u>smoothen surface</u>, but at the same time as little as possible to <u>avoid dishing</u> …!





before CMP    before CMP    after CMP

active region    outside region    active region    lead    pad

Gernot G. Fattinger, BAW R&D, 2008-07-18    33

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585272

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

**Piezo-Deposition**
*Aluminum Nitride PVD*

Gernot G. Fattinger, BAW R&D, 2008-07-18

34

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585273



## Piezo-Deposition
### General Requirements

- Deposition of AlN piezoelectric (*pulsed-DC magnetron sputtering*)
- AlN uniformity: $\leq 2\%$ minmax
- Quality of piezomaterial (orientation and polarity of crystallites, thickness of quasi-amorphous layer) crucial to resonator performance
- Besides process parameters most influenced by quality (especially roughness) of underlayer
- Bottom electrode roughness of $\Delta t_{RMS} \sim 20A$ needed

☐ SiO₂
☐ AlN
☐ W
☐ AlCu
☐ Al
☐ AlᵀᴹM-poly
☐ Si₃N₄
☐ UBM

active region        outside region        active region        lead        pad

Gernot G. Fattinger, BAW R&D, 2008-07-18                                                    35

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585274

## *Piezo-Deposition*
### Layer Stress Control (1)

Piezo-electric coupling is a function of the **local layer stress**:



- ➢ Main process parameter to adjust layer stress level is the **RF-bias** power
- ➢ Magnetron rpm and magnet position used to tweak stress uniformity
- ➢ Relationship of stress vs. RF-bias:
  - changes over target lifetime
  - conductivity of substrate and underlayers
  - surface material
- ➢ Same parameters used to control stress also influence thickness uniformity!

Gernot G. Fattinger, BAW R&D, 2006-07-18

36-

TRIQ2585275

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Piezo-Deposition
## Layer Stress Control (2)

➡ **Piezo-electric coupling needs to be closely monitored!**

Control loop established using weekly "baseline-lots" (simplified process flow):

**Layer stress too low:**

- Too little piezo-electric coupling
  ➔ too little filter bandwidth
  *"There is a rigid lower coupling limit to yield any good die."*

**Layer stress too high:**

- Layer delamination
- Cracks in piezo-layer
- Excessive wafer-bow (show stopper e.g. in stepper)

Gernot G. Fattinger, BAW R&D, 2008-07-18 37

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY TRIQ2585276
TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

DTX-0034 - p. 134 of 195

## *Piezo-Deposition*
### Roughness and topology of underlayer

Effect of excessive topology prior to AlN deposition step:



- deposition of subsequent metal layers into crack, causing shorts
- leakage path for chemicals down to bottom electrode
- regions with different stress than bulk of AlN layer
- potential for acoustic scattering and energy loss
- ...

Effect of underlayer roughness:



Lower limit for coupling, e.g. to cover US-PCS band, is 0.0645 ...

Gernot G. Fattinger, BAW R&D, 2008-07-18

38

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies. Ltd.. et al.
09-CV-1531-PHX-JAT

TRIO2585277

## *Remainder of the process*
### Detuning the two resonator types

## Remainder of the process
### *Creating a functional device*

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585276

**Remainder of the process**
Detuning the two resonator types

| | |
|---|---|
| ▦ | SiO₂ |
| ☐ | AlN |
| ▦ | W |
| ☐ | AlCu |
| ▦ | Al |
| ▦ | AL™-poly |
| ▦ | Si₃N₄ |
| ▦ | UBM |

- Deposition of the so called "Detune-layers" to offset the resonance frequency of specific resonators
- Selective removal of the detune layer on the resonators which are supposed to be higher in frequency

active region "series" resonator    outside region    active region "shunt" resonator    lead    pad

Gernot G. Fattinger, BAW R&D, 2008-07-18

40

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585276



## *Remainder of the process*
### Detuning the two resonator types

- Deposition of the remaining layers of the top electrode stack: border ring stack (W,AlCu) for spurious mode suppression, and AlCu for improved conductivity
- Deposition of **silicon nitride** passivation layer
- Under-bump metallization on pads (Ti/Pt/Au)

→ *15 photo mask layers overall!*

Gernot G. Fattinger, BAW R&D, 2008-07-16

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY                                    TRIQ2585280

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# Frequency Trimming
## Ion-Beam-Etching

Gernot G. Fattinger, BAW R&D, 2008-07-18

42

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585281

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## *Frequency Trimming*
### Why do we need frequency trimming?

Frequency vs. thickness sensitivity table for series resonator:
(values based on a typical US-PCS layer stack)

| Layer | Material | Thickness [nm] | Sensitivity [MHz/nm] | Sensitivity [MHz/%thickness] |
|-------|----------|----------------|----------------------|------------------------------|
| PA | SiN | 80 | -0.48 | -0.38 |
| M2B | AlCu | 120 | -0.40 | -0.48 |
| M2A | W | 110 | -2.76 | -3.04 |
| P1 | AlN | 1300 | -0.73 | |
| M1B | W | 170 | -1.66 | -2.82 |
| M1A | AlCu | 200 | -0.32 | -0.64 |
| R5 | SiO2 | 890 | -0.26 | -2.31 |
| R4 | W | 570 | -0.04 | -0.23 |
| R3 | SiO2 | 550 | -0.01 | -0.06 |
| R2 | W | 820 | 0.00 | 0.00 |
| R1 | SiO2 | 700 | 0.00 | 0.00 |



active region
"series" resonator

- SiO₂
- AlN
- W
- AlCu
- Al
- Al™-poly
- Si₃N₄
- UBM

Challenges
- run-to-run variations of each layer
- wafer-uniformity of each layer
- short-range frequency pattern on wafers
  caused by:
  - CVD chuck pattern, Etch-tool chuck pattern
  - local pattern density variations and CMP
- "within resonator" thickness changes
  caused by:
  - CVD/PVD growth rate variations close to edges
  - CMP dishing
  - change of material parameters or mechanical stress across a resonator

Even a (hypothetical) *1% range (min/max)* in all layer depositions would result in *way too much frequency variation* to manufacture any practical device with reasonable yields!

Gernot G. Fattinger, BAW R&D, 2008-07-18

43

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585282

## *Frequency Trimming*
### What layer should be trimmed?

**On the first glance, the obvious choice seems the passivation layer:**

- Frequency variations due to all layers can be measured & compensated
- Low sensitivity allows for accurate positioning on target frequency

**However, there are other limitations to the passivation SiN thickness:**

- Reliability: >80nm
- Coupling degradation & process time: <100nm

| Layer | Material | Thickness [nm] | Sensitivity [MHz/nm] | Sensitivity [MHz/%thickness] |
|-------|----------|----------------|----------------------|------------------------------|
| PA | SiN | 80 | -0.49 | -0.38 |
| M2B | AlCu | 120 | -0.40 | -0.48 |
| M2A | W | 110 | -2.76 | -3.04 |
| P1 | AlN | 1300 | -0.73 | |
| M1B | W | 170 | -1.66 | -2.82 |
| M1A | AlCu | 200 | -0.32 | -0.64 |
| R5 | SiO2 | 890 | -0.26 | -2.31 |
| R4 | W | 570 | -0.04 | -0.23 |
| R3 | SiO2 | 550 | -0.01 | -0.05 |
| R2 | W | 820 | 0.00 | 0.00 |
| R1 | SiO2 | 700 | 0.00 | 0.00 |

 A typical before-trim frequency distribution range of ~50 MHz would require a final SiN range of ~100nm for a flat frequency profile.

 Passivation can only be used for final fine-adjustments. Another **coarse trim step** is needed before that.

Gernot G. Fattinger, BAW R&D, 2008-07-18

44

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585283

# *Frequency Trimming*
## Coarse trimming - W

 Trim top electrode W

**But: constant target frequency not possible!**

**Because:** Thickness variation in already deposited layers + trimmed W layer causes variation of sensitivity to future layers.

**Trim process sequence:**

1. RF-probe to create frequency map of wafer.

2. Fit **electro-acoustic model** to electrical response for each measurement site.

3. Calculate optimal W, so that the <u>**final resonator**</u> (including all layers to be deposited in the future) ends up at the desired frequency.

4. Remove the desired amount of W.

5. Re-map the frequency distribution on the wafer to evaluate success.

resonator to be trimmed

simulated final resonator

Gernot G. Fattinger, BAW R&D, 2008-07-16

45

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585284

# Frequency Trimming
## IBE - Ion Beam Etching (2)

*Sketch of principle:*



*Image of ion-source:*



*Active ion-beam:*



*Image of open process chamber:*



Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585285



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585298

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## *Frequency Trimming*
### Fine Trimming - SiN

Trim process sequence:

1. RF-probe to create frequency map of wafer before SiN deposition. (usually on filters)

2. RF-probe to create frequency map of wafer after SiN deposition.

3. Calculate sensitivity for each site and derive desired SiN thickness profile for target frequency map.

4. [Optional] Coverage of one resonator type with photo resist allows for selective trimming of left or right passband shoulder.

5. Remove the desired amount of SiN.

6. Re-map the frequency distribution.





 Complex IT infrastructure required to handle the necessary metrology data to feed simulations!

Gernot G. Fattinger, BAW R&D, 2008-07-18

48

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585287

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



# Frequency Trimming

## Fine Trimming - SiN

**Final frequency non-uniformity deviation smaller than 1.5 MHz (min/max - not sigma!)**

Gernot G. Fattinger, BAW R&D, 2005-07-18

40

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585288

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

**Wafer Level Package**
*Current and Future Variants*

Gernot G. Fattinger, BAW R&D, 2008-07-16

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585289

## Wafer Level Package
### Already Available "Si-lid" WLP



BAW device wafer

Photo-epoxy SU8 layer creates sidewalls of air cavities

Sawing

Pick&place + wirebond — Laminate

Pick&place "Si-lid" — Si-lid / Epoxy film glue   0.36 mm

Over-mold

Before Si-lid placement

After Si-lid placement

Gernot G. Fattinger, BAW R&D, 2008-07-15

51

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585290



## Wafer Level Package
### Future "full" WLP

BAW device wafer

SU8 layer 1, depth selective UV exposure

Ultrasonic development step, wash out unexposed SU8

Overcoat step SU8 layer 2

Sawing

Conventional assembly process (identical to GaAs)

0.25 mm

**Benefits over "Si-lid" approach:**
- Streamline assembly process
  - Eliminate Si-lid sub-con step
  - Replace specialized reverse bonding
- Enable Flip-Chip
- Reduce package height

Gernot G. Fattinger, BAW R&D, 2008-07-18

52

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585291

## Current Products (1)
### US-PCS Duplexer

Gernot G. Fattinger, BAW R&D, 2008-07-18

53

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585292



## BAW Filters
### Ladder Filter Topology

**Duplexer schematic:**



**TX die:**



**RX die:**



- both filters are 4 stage ladder designs
- no external inductors necessary (besides matching)
- size for both die is about 1.3 x 0.8 mm²

Gernot G. Fattinger, BAW R&D, 2008-07-18

54

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585293

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Filters
### Ladder Filter Topology

**BAW Filter Technology:**





**FEM overview:**



- SMR BAW technology used
- typical Qs ~ 1000, Qp ~ 2000
- typical $k^2_{eff}$ ~ 6.6%
- passivated device surface
- polymer frame on die, capped by silicon lid to provide mold cavity
- die wirebonded to module laminate

**BAW filter in FEM cross-section:**



Gernot G. Fattinger, BAW R&D, 2008-07-18

55

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585294

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# BAW US-PCS Duplexer
## Application in PA-Duplexer Module (1)

**Block-level schematic:**



**TX BAW Die:**



**Micrograph of Duplexer Portion:**



**RX BAW Die:**



Gernot G. Fattinger, BAW R&D, 2006-07-18

S5

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585285

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

### BAW US-PCS Duplexer
#### Application in PA-Duplexer Module (1) - Pass Band Overview



- **RX-ANT** rejection in TX band **~52 dB** (TX signal at ANT leaking into LNA!)
- **TX-ANT** rejection in RX band **~50 dB**
- **TX-RX** rejection in RX band **~52 dB** (transceiver noise leaking into LNA, decreasing sensitivity!)

Gernot G. Fattinger, BAW R&D, 2008-07-18

· 57 ·

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies. Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585296



### BAW US-PCS Duplexer
### Application in PA-Duplexer Module (2) - Insertion Loss

- TX insertion loss better than **2.3 dB** over passband at ambient
- Gain flatness in module better than 1.5 dB (1dB caused by interstage filter)
- **RX** insertion loss better than **2.7 dB**

Gernot G. Fattinger, BAW R&D, 2008-07-18

58

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585297



## BAW US-PCS Duplexer
### Application in PA-Duplexer Module (3) – Matching

- **Excellent TX matching with tight locus close to 50 Ohm point**
- **RX port locus similar to TX port in size, slightly capacitive**
- **ANT port similar in RL level, centered at 50 Ohm**

Gernot G. Fattinger, BAW R&D, 2006-07-18                                                                 59

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585298



## BAW US-PCS Duplexer
### Application in PA-Duplexer Module (4) – Wide Band



- TX 2nd harmonic rejection better 30 dB, 3rd harmonic better than 15 dB
- GPS and ISM rejection better than 45dB

Gernot G. Fattinger, BAW R&D, 2006-07-18

60

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585288

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

# BAW US-PCS Duplexer
## Standalone Duplexer Laminate

**Response overview:**



**Rejection and Isolation:**



**Comparison: rejection in FEM**



- **TX-ANT rejection in RX band** much better than in module measurements with RF-probes
- Isolation of RF-probes
- Improved evaluation board layout

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585300

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

**Current Products (1)**
*Stopband Filter for WiMax (Temperature Comp.)*

Gernot G. Fattinger, BAW R&D, 2006-07-18

62

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585301

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## BAW Stopband Filter
### WiMax 2.3GHz SDARS Stopband Filter for WiMax (1)

**Required Insertion Loss Spec:**



- Very Steep Skirts
  (~3dB...-12dB within 5 MHz)
- Extremly accurate Frequency Position

Young's modulus of SiO2 decreases with temperature
→ **compensating effect for TCF**



Gernot G. Fattinger, BAW R&D, 2006-07-18

63

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585302

## BAW Stopband Filter
### WiMax 2.3GHz SDARS Stopband Filter for WiMax (2)





lower skirt

0.4 dB

< 300kHz

1MHz/div



upper skirt

0.5 dB

< 300kHz

1MHz/div

$\Delta f = 300\text{kHz}$ for $\Delta T60\text{K}$  ➡  TCF = -2 ppm/K

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585303

# Coupled Resonator BAW Filters

Gernot G. Fattinger, BAW R&D, 2008-07-18

—65—

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585304



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585305

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Coupled Resonator BAW Filter
### Stack Combinations

1-stack        2-stack              4-stack

Gernot G. Fattinger, BAW R&D, 2006-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY
TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585306



## Coupled Resonator BAW Filter
### Single-ended / Balanced, Impedance Transformation

Gernot G. Fattinger, BAW R&D, 2006-07-18

68

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585307

# Wideband BAW Filters

Gernot G. Fattinger, BAW R&D, 2008-07-18

69

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585308

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



# Wideband BAW Filters

## CRF with Inductor Matching - WiMax 3.5GHz

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585309

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## Wideband BAW Filters
### SCF with Inductor Matching (1)

Structure is a SCF (stacked crystal filter) with 2 acoustically coupled piezolayers and a grounded center electrode. The center electrode is layered and designed to provide frequency selective acoustic coupling. Both ports have to be single ended. With the trick described below a large impedance transformation ratio can be accomplished with no extra losses. Actually the almost identical stacks and areas can be use in both cases.



"Classical" 50ohm to 50ohm with shunt match



proposed 5ohm to 50ohm

➔ The same trick can be applied to a CRF (coupled resonator filter), which will largely enhance the impedance transformation ratio.

Gernot G. Fattinger, BAW R&D, 2008-07-16                                                                71

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585310



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585311

# Powerhandling & Linearity

Gernot G. Fattinger, BAW R&D, 2008-07-18

73

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585312



## Powerhandling
### Tests and Failure Mechanisms (1)

Calculate power dissipation in filters and power density in resonators:

 

Slam-test (4 sec. sine burst at "worst" frequency) and compare failure mechanism with model:

 

74

Gernot G. Fattinger, BAW R&D, 2006-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585313



## Powerhandling
### Tests and Failure Mechanisms (2)

- **HTOL Specs:**
  - Input Power: 29dBm ± 0.25dB
  - Duration: 1000h at 85 °C
    - Measurements: 0h, 168h, 500h, 1000h
- **Accelerated Aging:**
  - +10 °C = 2x aging
  - Equivalent Duration 125h @ 115 °C
    - Measurements: 0h, 10h, 62h, 125h

Identify failure fingerprint

Gernot G. Fattinger, BAW R&D, 2008-07-18

75

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585314

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Powerhandling
### Methods for Improvement

- "Double-up" resonators to decrease power density:

 

Slam-Test Handling
Capability improved from
**34 dBm to 39.5 dBm!**

Price to pay:
→ Slight increase in IL

- Use different electrode metals (W, Mo, etc.) …

Gernot G. Fattinger, BAW R&D, 2008-07-18

76

TRIQ2585315

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



# Non-Linearity
## Characterization and Modelling

**Resonator harmonics generation measurements:**

**Non-linear resonator model**

**Non-linear filter model:**

**Filter harmonics generation measurement:**

Gernot G. Fattinger, BAW R&D, 2008-07-18

77

# BAW Roadmap

Gernot G. Fattinger, BAW R&D, 2008-07-18

-78-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585317

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585318

# New Designs

Gernot G. Fattinger, BAW R&D, 2006-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585316



# Resonator Model
# The modified Butterworth van Dyke model (mBVD)

**Schematic:**

**Parameters:**

| C<<1.6e-12<br>fs<<1900e6<br>k2e<<0.065<br>Qe<<1400<br>qp<<0 | Rs<<0.8<br>Cox<<0.4e-12<br>Csub<<0<br>Rsub<<10e6 | imac<<0<br>asp<<1<br>Qlim<<1500<br>qdeg<<1 |
|---|---|---|

Design paramelers (limits defined by technology)
Technology defined paramelers

**Resonator symbols:**

**Ladder filter:**

Gernot G. Fattinger, BAW R&D, 2008-07-16

-81-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585320

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## New Designs (1)
### Flow-chart for considering new BAW designs



### Available Technology / Design-Kit
Example:
f = 1800 ... 2000 MHz
$k_a^2$ = 6.55 +/- 0.1%
Q = 1600 +/- 200
TCF = -17 ppm/K +/- 1.5 ppm/K
Available Topologies: Ladder, Lattice

### Technology Derivates
Example (I):
f = 1700 ... 1800 MHz
other parameters remain the same
Example (II):
ke2 = 5.5 +/- 0.1%
other parameters remain the same

### New Technologies
Examples (I):
f = 800 MHz
other parameters remain the same
Examples (II):
Available Topologies: CRF
other parameters remain the same

Rainer G. Pittinger, BAW R&D, 2010-07-16

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ258532?

62

## Design Example
### Design Process using an available Technology / Design-Kit



### Available Technology / Design-Kit

f = 2300 ... 2600 MHz
$k_a^2$ = 6.6 +/- 0.1%
Q = 1600 +/- 200
TCF = -17 ppm/K +/- 1.5 ppm/K
Available Topologies: Ladder, Lattice

### Filter Requirements:

IL (2400-2500 MHz, T=-40...+80degC) > -3dB

IL (2200-2370 MHz) < -25dB
IL (2530-2700 MHz) < -25dB

RL (2400-2500 MHz, T=-40...+80degC) < -10dB

Single-ended / single-ended
no WLP required

 *Example in AWR ...*

Gernot G. Fattinger, BAW R&D, 2006-07-19

83

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al
09-CV-1531-PHX-JAT

TRIQ2585322



### Design Example
#### Important Layers

top electrode (TE)

bottom electrode (TE)

lower reflector (RA)

top electrode (TE)          bottom electrode (TE)          lower reflector (RA)

Gernot G. Fattinger, BAW R&D, 2008-07-18                                    84

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY                          TRIQ2585323

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## Spurious Modes (Lamb Modes)
### The Border Ring Concept

Gernot G. Fattinger, BAW R&D, 2008-07-18

-85-

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585324



## Spurious Modes
### Definition and Origin

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585325



HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585328

## Spurious Mode Suppression
### Merrits and Trade-Offs of the Border Ring Concept

Gernot G. Fattinger, BAW R&D, 2008-07-18

88

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585327



## Border Ring
### Merrits and Trade-Offs (1)

Gernot G. Fattinger, BAW R&D, 2008-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585328



### Border Ring
#### Merrits and Trade-Offs (1)

Gernot G. Fattinger, BAW R&D, 2008-07-18

90

TRIQ2585329

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies. Ltd., et al.
09-CV-1531-PHX-JAT



## Border-Ring – Merrits and Trade-Offs (3)

➔ Choice of BO parameters is a compromise based on application of a particular resonator
➔ There's no "ideal" Border Ring even within one device

**Important:** $\frac{A_{BO}}{A_{ACTIVE}}$

Gernot G. Fattinger, BAW R&D, 2005-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2565330

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

## Parasitic Capacitances

Gernot G. Fattinger, BAW R&D, 2006-07-18

92

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585331



## Parasitic Capacitances
### What to be aware of when creating interconnects

Gernot G. Fattinger, BAW R&D, 2005-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585332

## Combined EM and Acoustic Simulation

Gernot G. Fattinger, BAW R&D, 2008-07-18

94

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585333

## *Combined EM & Acoustic Simulation*
### Filter Die only (1) - Simulation Details

**EM-simulator (HFSS):**

RX





EM-ports between electrodes

**Linear Circuit Simulator:**



$R_A$

$L_A$   $C_0$

$C_A$

TX



- EM simulation is performed with full die models
- Each resonator contains an EM-port between top- and bottom electrode
- Result is a n-port s-parameter file which can be used in any linear circuit simulator
- Partial BVD model is added in circuit simulator
- Adjust **fs, k2e, Q** to fit to measured filter response



$R_A$

$L_A$

$C_A$

Gernot G. Fattinger, BAW R&D, 2008-07-15

95

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TRIQ2585334

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT



## Combined EM & Acoustic Simulation
Filter Die only (2) - Measurement vs. Simulation

- Very accurate **reproduction of performances** for both filters

- Visible deviations caused by **nature of mBVD model**: Only main resonances are described!

Gernot G. Fattinger, BAW R&D, 2008-07-18

96.

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585335



*Gernot G. Fattinger, BAW R&D, 2008-07-18*

97

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
09-CV-1531-PHX-JAT

TRIQ2585336



## Combined EM & Acoustic Simulation
### Full Duplexer - Measurement vs. Simulation (*no re-optimization*)

- **Filter parameters copied 1:1 from EM-acoustic filter-only simulation**

- no additional tweaking of bond wire inductances

- no additional tweaking of matching parameter values

- Excellent reproduction of TX and RX rejection

- Left TX-ANT insertion loss shoulder off

- **Wideband** response off, especially ground ind. resonances

Gernot G. Fattinger, BAW R&D, 2003-07-18

HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY

TriQuint Semiconductor, Inc. v. Avago Technologies, Ltd., et al.
08-CV-1531-PHX-JAT

TRIQ2585337