# EXHIBIT 2

REQUEST FOR JUDICIAL NOTICE
EXHIBIT 2

| Alleged Trade Secrets / Topics | Plaintiff's Source of Alleged Trade Secrets | DTX-34 (Aigner Decl.) Page Nos. | Explanation |
|---|---|---|---|
| **Background** | | | |
| 0.1. FBAR v. SMR | | 47 | |
| 0.2 Head-Start Theory | | 45 | |
| **Group 2: Qorvo's 0BAW filter and resonator designs** | | | |
| 2.1 Research into the relationship between resonator shape and performance | TX-008 at Page 4 (PDX6.29) | 115, 182-188 | These Qorvo slides discuss spurious mode for BAW filters, i.e., the ripple effect, and its suppression that are shown in TX-008 at Page 4. |
| 2.3 Expected circuit layout, schematic, and simulations | TX-009 at Page 11, 14 (PDX6.30) | 50, 151, 185-186 | These Qorvo slides show circuit layouts and schematics of BAW filters. |
| 2.4 Filter trimming, parameters, and analysis | TX-009 at page 19 (PDX6.30) | 58-59, 78-85 | These Qorvo slides show Qorvo's trimming sensitivity, parameters, and process for BAW filters. |
| 2.7 Simulation results, including the effects of adding in parasitics | TX-009 at Page 11 (PDX6.30) | 189-195 | These Qorvo slides disclose simulation results (*see, e.g.*, Slide 192) and parasitics for BAW filters. |
| 2.8 Innovation vectors for Qorvo's acoustic technology | TX-010 at Page 4 (PDX6.32) | 52-57, 120 | These Qorvo slides on "Crucial Performance Parameters" and "Design Considerations" disclose the performance innovation vectors for its acoustic technology as shown in TX-010 at Page 4 (PDX6.32), such as low insertion loss (or "IL"), high bandwidth (or "BW"), high Q values and coupling, high selectivity, high temperature stability (i.e., "Low TCF" and "Powerhandling") and high frequency. |
| 2.12 CRF size reduction for a Band 34/39 2-in-1 filter | TX-10 at pages 23-24 (PDX6.35) | 28, 51, 162-165, 167, 176 | These Qorvo slides shows CRF (couple Resonator Filter), its simulation data, test schematic, and circuit layout. |
| 2.13 CRF simulation data for Band 34/39/41 triplexer | TX-10 at pages 23-24 (PDX6.35) | 28, 51, 162-165, 167, 176 | These Qorvo slides shows CRF (couple Resonator Filter), its simulation data, test schematic, and circuit layout. |
| 2.14 uBAW approach for reducing die size | TX-010 at Page 29 (PDX6.35) | 173 | This slide shows the concept of Qorvo's so-called micro-BAW, in which the resonators within a filter is "double[d]-up" in number and space inbetween reduced such that the filter size is reduced. |
| **Group 3: Qorvo's trimming method and procedures** | | | |
| 3.1 Qorvo's process for calculating the amount of silicon nitride ("SiN") removal | TX-011 at Page 16-18 (PDX6.50-6.52) | 58, 59, 79-85, 139-146 | These Qorvo slides show Qorvo's trimming sensitivity, parameters, and process for BAW filters. |
| 3.2 Qorvo's fixed frequency trim scheme | TX-011 at Page 16-18 (PDX6.50-6.52) | 58, 59, 79-85, 139-146 | These Qorvo slides show Qorvo's trimming sensitivity, parameters, and process for BAW filters. |
| 3.3 Qorvo's frequency trade-off trim scheme | TX-011 at Page 16-18 (PDX6.50-6.52) | 58, 59, 79-85, 139-146 | These Qorvo slides show Qorvo's trimming sensitivity, parameters, and process for BAW filters. |
| **Group 5: Qorvo's product development process and testing procedures** | | | |

REQUEST FOR JUDICIAL NOTICE
EXHIBIT 2

| Alleged Trade Secrets / Topics | Plaintiff's Source of Alleged Trade Secrets | DTX-34 (Aigner Decl.) Page Nos. | Explanation |
|---|---|---|---|
| 5.1      Qorvo's technology and product development processes and procedures | TX-032 & TX-006 (PDX6.79) | 25, 27, 33, 179-180 | These Qorvo slides show Qorvo's stage gates and process development flow charts. |
| 5.2      The phases of the development process, including interim gates and the information | TX-032 & TX-006 (PDX6.79) | 25, 27, 33, 179-180 | These Qorvo slides show Qorvo's stage gates and process development flow charts. |
| **Group 6: Qorvo's systems, processes, and procedures for testing reliability and mean-time-to-failure of parts** | | | |
| 6.1      Testing systems and processes to ensure efficiency, repeatability, consistency, and accuracy in RF Power Life and Reliability testing | TX-014 at Page 4, 24 (PDX6.101) | 18, 93-94, 171-174, 176 | Slides 171-174 show Qorvo's reliablity "test and failure mechanism" for BAW filters and related test diagrams and data.<br><br>Slide 18 shows a type of reliability testing, HTOL (High-Temperature Operating Life) and its test specifications, steps, and data.<br><br>Slides 93-94 and 176 shows TCF (Temperature Co-efficient of Frequency), which is a thermal stability parameter for reliability testing indicating frequency drifts with changing temperature, including change as a result of self-heating. |
| 6.2      The configuration of testing stations and equipment used in Qorvo's RF power testing | TX-014 at Page 5, 7 (PDX6.102) | 18, 93-94, 171-174, 176 | Slide 174, for example, shows Qorvo's realiblity testing station and test schematic. |
| 6.3      Models for self-heating of particular devices | TX-014 at Page 15 (PDX6.103) | 18, 32, 93-94, 171-174, | Slides 171-174 show Qorvo's reliablity "test and failure mechanism" for BAW filters and related test diagrams and data.<br><br>Slide 18 shows a type of reliability testing, HTOL (High-Temperature Operating Life) and its test specifications, steps, and data.<br><br>Slides 93-94 and 176 shows TCF (Temperature Co-efficienct of Frequency), which is a thermal stability parameter for reliability testing indicating frequency drifts with changing temperature, including change as a result of self-heating. |

**REQUEST FOR JUDICIAL NOTICE**
**EXHIBIT 2**

| Alleged Trade Secrets / Topics | Plaintiff's Source of Alleged Trade Secrets | DTX-34 (Aigner Decl.) Page Nos. | Explanation |
|---|---|---|---|
| 6.4  Test process whereby temperature is measured indirectly based on a frequency shift resulting from the additional heat | TX-014 at Page 23 (PDX6.104) | 18, 32, 93-94 (160-61), 1 | Slides 171-174 show Qorvo's reliablity "test and failure mechanism" for BAW filters and related test diagrams and data.<br><br>Slide 18 shows a type of reliability testing, HTOL (High-Temperature Operating Life) and its test specifications, steps, and data.<br><br>Slides 93-94 and 176 shows TCF (Temperature Co-efficient of Frequency), which is a thermal stability parameter for reliability testing indicating frequency drifts with changing temperature, including change as a result of self-heating. |
| 6.5  Specific configuration of test equipment and components to perform the testing accurately and effectively | | 18, 32, 93-94 (160-61), 1 | Slides 171-174 show Qorvo's reliablity "test and failure mechanism" for BAW filters and related test diagrams and data.<br><br>Slide 18 shows a type of reliability testing, HTOL (High-Temperature Operating Life) and its test specifications, steps, and data.<br><br>Slides 93-94 and 176 shows TCF (Temperature Co-efficient of Frequency), which is a thermal stability parameter for reliability testing indicating frequency drifts with changing temperature, including change as a result of self-heating. |
| 6.6  Proprietary methods of determining internal filter temperature | | 18, 32, 93-94, 171-174, | Slides 171-174 show Qorvo's reliablity "test and failure mechanism" for BAW filters and related test diagrams and data.<br><br>Slide 18 shows a type of reliability testing, HTOL (High-Temperature Operating Life) and its test specifications, steps, and data.<br><br>Slides 93-94 and 176 shows TCF (Temperature Co-efficienct of Frequency), which is a thermal stability parameter for reliability testing indicating frequency drifts with changing temperature, including change as a result of self-heating. |