# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 1:21-cv-01417-JPM |
| v. ) | |
| ) | |
| AKOUSTIS TECHNOLOGIES, INC., and ) | |
| AKOUSTIS, INC., ) | |
| ) | |
| Defendants. | |

### ORDER ON OBJECTIONS TO GIOVAN'S TESTIMONY BY DEPOSITION

The following objections to Parties' Designations on the Transcript of Leah Giovan's September 29, 2023, Deposition Testimony are **SUSTAINED**:

- Defendants' Objection to 28:18-29:4.
- Defendants' Objection to 29:13-30:11.
- Defendants' Objection to 85:22-86:14.
- Defendants' Objection to 98:4-99:5.

The following objections to Parties' Designations on the Transcript of Leah Giovan's September 29, 2023, Deposition Testimony are **SUSTAINED IN PART**:

- Defendants' Objection to 28:2-28:14 is **SUSTAINED** as to 28:7-28:14 and **OVERRULED** as to 28:2-28:6.
- Plaintiff's Objection to 46:3-46:23 is **SUSTAINED** as to 46:6-46:23 and **OVERRULED** as to 46:3-46:5.

The remaining objections are **OVERRULED**.

**IT IS SO ORDERED**, this 13th day of May, 2024.

      /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE