IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1417 (JPM) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) **DEMAND FOR JURY TRIAL** ) ) |
| Defendants. | ) |

**PLAINTIFF QORVO, INC.'S BENCH MEMORANDUM REGARDING**
**FINAL JURY INSTRUCTION REGARDING CIVIL CONSPIRACY**

OF COUNSEL:

Robert M. Masters
Jonathan R. DeFosse
Timothy P. Cremen
Roy D. Jung
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC  20006-6801
(202) 747-1900

Zachary Alper
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA  92130-4092
(858) 720-8900

Kazim A. Naqvi
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA  90067
(310) 228-3700

Jennifer Klein Ayers
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
(469) 391-7400

May 14, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

Qorvo respectfully submits this bench memorandum in opposition to Akoustis's request to remove from the final jury instructions the instruction related to civil conspiracy. Akoustis argues that "because no alleged co-conspirators were named as defendants in this action, submitting this claim to the jury would be confusing and prejudicial to Akoustis." (Stanford 5/13/24 e-mail).

Conspiracy may exist between parties or between a party and a non-party. All that is required is that one member of the conspiracy be a party to the action. *See Burton v. Dixon*, 259 N.C. 473, 476 (1963) ("If a conspiracy is formed and an overt act, causing damage, is committed by any one or more of the conspirators in furtherance of the conspiracy, all of the conspirators are liable. All may be joined as parties defendant in an action for damages caused by the wrongful act, but it is not necessary that all be joined; **an action may be maintained against only one**. The liability of the conspirators is joint and several.") (emphasis added); *Stillwagon v. Innsbrook Golf & Marina, LLC*, Civil Action No. 2:11-cv-1338, 2013 U.S. Dist. LEXIS 38387, at *45 (W.D. Pa. Mar. 20, 2013) (same). "Because each member of a civil conspiracy is jointly and severally liable for damages caused by the conspiracy, it is not necessary to join all co-conspirators." *Jacobs Vehicle Sys., Inc. v. Yang*, No. 1:12cv00181, 2013 U.S. Dist. LEXIS 128689, at *33 (M.D.N.C. Sep. 10, 2013) (the plaintiff asserted civil conspiracy claim against only one defendant under North Carolina law, and the alleged co-conspirator was not named as a defendant).

Qorvo has provided evidence throughout trial that Akoustis engaged in a civil conspiracy with certain individuals to misappropriate Qorvo's trade secrets before they became employed by Akoustis, including but not limited to Mr. Rohan Houlden. *See, e.g.*, TX-22 (PTX-718). Pursuant to the above authorities, Qorvo is not required to name Mr. Houlden, or any of the other alleged co-conspirators, as defendants in this case.

Indeed, North Carolina even has a pattern jury instruction titled "AGENCY ISSUE – CIVIL CONSPIRACY (ONE DEFENDANT)". *See* Exhibit A attached.

For these reasons, Akoustis's request to strike the final jury instruction related to civil conspiracy should be denied.

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Robert M. Masters<br>Jonathan R. DeFosse<br>Timothy P. Cremen<br>Roy D. Jung<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC  20006-6801<br>(202) 747-1900 | */s/ Jeremy A. Tigan*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>araucci@morrisnichols.com |
| Zachary Alper<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>12275 El Camino Real, Suite 100<br>San Diego, CA  92130-4092<br>(858) 720-8900 | *Attorneys for Plaintiff Qorvo, Inc.* |
| Kazim A. Naqvi<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>1901 Avenue of the Stars, 16th Floor<br>Los Angeles, CA  90067<br>(310) 228-3700 | |
| Jennifer Klein Ayers<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>2200 Ross Avenue, 20th Floor<br>Dallas, TX 75201<br>(469) 391-7400 | |

May 14, 2024