IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 1:21-cv-01417-JPM ) ) |
| AKOUSTIS TECHNOLOGIES, INC., and AKOUSTIS, INC., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action having come before the Court for a trial by jury, the issues having been tried and the jury duly rendered its verdict on May 17, 2024 (ECF No. 601),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict for Qorvo, Inc.:

Claims 1 and 12 of U.S. Patent No. 7,522,018 are found to be **INFRINGED** by Akoustis Technologies, Inc. and Akoustis, Inc.

Claims 9 and 10 of U.S. Patent No. 9,735,755 are found to be **INFRINGED** by Akoustis Technologies, Inc. and Akoustis, Inc.

Akoustis Technologies, Inc. and Akoustis, Inc. were unjustly enriched by misappropriating thirty-seven (37) trade secrets from Qorvo, Inc. The misappropriation was willful and malicious.

A Judgment is entered against Akoustis, Technologies, Inc. in the amount of $38,595,023 for damages caused by Akoustis Technologies, Inc.'s and Akoustis, Inc.'s infringement and misappropriation. Of these, unjust enrichment damages for misappropriation of trade secrets constitute $31,315,215.00, exemplary damages constitute $7,000,000.00, and damages for infringement constitute $279,808.00.

**APPROVED:**

 /s/ Jon P. McCalla 
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

 May 20, 2024 
Date