IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
|             Plaintiff, | ) ) ) |
| v. | )    C.A. No. 21-1417 (JPM) ) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | )    **DEMAND FOR JURY TRIAL** ) ) |
|             Defendants. | ) |

## STIPULATED ORDER

WHEREAS, this action came before the Court for a trial by jury, and the jury duly rendered its verdict on May 17, 2024 (D.I. 601);

WHEREAS, the Court entered the judgment on May 20, 2024;

WHEREAS, the parties intend to file post-trial motions for the Court's consideration;

WHEREAS, Plaintiff currently intends to file a motion for entry of a permanent injunction and/or an ongoing royalty, and any other equitable relief that may be just and proper; a motion for pre-judgment and post-judgment interest; a motion for enhanced damages; a motion for attorneys' fees and costs; and a motion to amend or alter the judgment with respect to the unfair competition claim;

WHEREAS, Defendants currently intend to file motions under Fed. R. Civ. P. 50(b) and 59;

IT IS HEREBY ORDERED, subject to the approval and order of the Court, that post-trial briefing shall proceed on the following schedule:

| | |
|---|---|
| Opening Briefs: | On or before Monday, June 17, 2024 |
| Answering Briefs: | On or before Thursday, July 25, 2024 |
| Reply Briefs: | On or before Thursday, August 8, 2024 |

SO STIPULATED.

<table>
<tr><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

OF COUNSEL:

Robert M. Masters
Jonathan R. DeFosse
Timothy P. Cremen
Roy D. Jung
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
(202) 747-1900

Jennifer Klein Ayers
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
(469) 391-7400

Zachary Alper
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130
(858) 720-8900

Kazim A. Naqvi
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90067
(310) 228-3700

*Attorneys for Plaintiff Qorvo, Inc.*

May 31, 2024

</td><td>

BAYARD, P.A.

*/s/ Ronald P. Golden III*

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE 19801
sbaureman@bayardlaw.com
rgolden@bayardlaw.com

OF COUNSEL:

Ronald S. Lemieux
David S. Elkins
Victoria Q. Smith
SQUIRE PATTON BOGGS (US) LLP
1841 Page Mill Road, Suite 150
Palo Alto, California 94304
(650) 856-6500

Rachael A. Harris
Matthew A. Stanford
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

Xiaomei Cai
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, AZ 85016
(602) 528-4000

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*

</td></tr>
</table>

SO ORDERED this 7th day of June, 2024.

*/s/ Jon P. McCalla*
_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE