**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF DELAWARE**

| | |
|---|---|
| QORVO, INC. | |
| Plaintiff, | C.A. No. 21-1417 (JPM) |
| v. | |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC. | **JURY TRIAL DEMANDED** |
| Defendants. | |

## PROPOSED ORDER

The Court having considered the Akoustis Defendants' Motion for a New Trial or In The Alternative Remittitur (the "Motion")

IT IS HEREBY ORDERED this _____ day of _____ 2024, that the foregoing Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE