IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
|           Plaintiff, | ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) |
|           Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit public versions of the briefing in support of their post-trial motions filed on June 17, 2024, including forthcoming answering and reply briefs, is extended to August 15, 2024 (seven days after completion of post-trial briefing).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Anthony D. Raucci*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Qorvo, Inc.*

BAYARD, P.A.

/s/ *Ronald P. Golden III*

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants
Akoustis Technologies, Inc. and Akoustis, Inc.*

June 24, 2024

        SO ORDERED this _____ day of June, 2024.

_____
United States District Court Judge