**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC.<br><br>        Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>        Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED** |

**OMNIBUS REPLY DECLARATION OF DAVID S. ELKINS**
**IN SUPPORT OF AKOUSTIS' POST-TRIAL MOTIONS**

I, DAVID S. ELKINS, declare as follows:

1. I am a Partner with the law firm of Squire Patton Boggs (US) LLP and am one of the counsel of record for Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively "Akoustis") in this matter. I make this declaration in support of the Akoustis Defendants' concurrently filed reply memoranda in support of Akoustis' post-trial motions. I have personal knowledge of and, if need be, I could and would testify competently to the facts stated below.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the May 10, 2024, and May 15, 2024 Transcripts of the trial in this matter.

3. Attached as **Exhibit B** is a true and correct copy of U.S. Patent No. 7,522,018 B2, admitted at trial as TX-229.

4. Attached as **Exhibit C** is a true and correct copy of U.S. Patent No. 9,735,755 B2, admitted at trial as TX-42.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2024.

                                                                    /s/ *David S. Elkins*
                                                                    David S. Elkins