IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC. | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civ. No. 1:21-01417-JPM |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. | ) |
| ET AL. | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER SETTING MOTION CONFERENCE FOR PERMANENT INJUNCTION**

1. A video motion conference on ECF No. 608 is set for **Thursday, August 29, 2024 at 10:00 A.M. (CT)/ 11:00 A.M. (ET).** Email invitations will be sent at least one day prior to the conference.

2. The parties should refer to the Northern District of California or the Western District of Tennessee Patent Rules.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at jeffrey_sample@tnwd.uscourts.gov.

August 13, 2024                                                                           s/Jon Phipps McCalla
Date                                                                                             United States District Judge