███████████████████████████████

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QORVO, INC. | ) |
| Plaintiff, | ) **PUBLIC VERSION** |
| | ) Case No. 21-1417-JPM |
| v. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC. | ) ████████████████ |
| Defendants. | ) |
| | ) **Confidential Version Filed: June 17, 2024** |
| | ) **Public Version Filed: August 15, 2024** |
| | ) |

## DECLARATION OF MELISSA BENNIS IN SUPPORT OF QORVO'S MOTION TO AMEND THE JUDGMENT TO INCLUDE INTEREST

1.     I, Melissa A. Bennis, have been retained in this matter on behalf of Plaintiff Qorvo, Inc. ("Qorvo"). I previously issued an expert report identifying my qualifications, experience, and detailed opinions concerning damages on November 21, 2023 ("Report"). I provided deposition testimony on January 23, 2024, and testified at trial on May 13, 2024.

2.     On May 17, 2024, the jury returned a verdict in favor of Qorvo and awarded Qorvo:

    a.     $31,315,215 in compensatory damages for Defendants' unjust enrichment;

    b.     $7,000,000 in exemplary damages for Defendants' willful and malicious misappropriation; and

    c.     $279,808 for Defendants' infringement of the '018 and '755 Patent.

3.     On May 20, 2024, Judge McCalla entered judgment against Defendants in the amount of $38,595,023.

4.     I have been asked to calculate pre-judgment and post-judgment interest on this award.

5.      For purposes of my pre-judgment interest calculations, I use the date that Qorvo filed the Complaint (October 4, 2021) for my calculations. I also use the date the Court entered judgment on the jury's verdict (May 20, 2024) as the end date for my calculations. Additionally, I excluded the jury's award of $7,000,000 in exemplary damages from my pre-judgment interest calculations.

6.      If the Court applies the United States prime rate, compounded quarterly, to Qorvo's compensatory damages for both misappropriation of trade secrets and patent infringement ($31,595,023), then the amount of prejudgment interest is $5,847,067.[1]

7.      If the Court applies the United States prime rate, compounded quarterly, to Qorvo's compensatory damages for patent infringement ($279,808), but applies the statutory rate in North Carolina of 8% per annum, compounded quarterly, to Qorvo's compensatory damages for misappropriation of trade secrets ($31,315,215), then the prejudgment interest is $7,304,448.[2]

8.      The schedules attached to this declaration as **Exhibit 1** outline these calculations.

9.      I understand that post-judgment interest "shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a).

10.     For the calendar week preceding the May 20, 2024 judgment date (the week ending May 17, 2024), the weekly average 1-year constant maturity treasury rate was 5.138%, or 0.0141% on a daily basis (5.138% / 365 = 0.0141%).[3]

---

[1] See Appendix A, Schedule 1 and Schedule 2.  Calculated as $51,782 + $5,795,285.
[2] See Appendix A, Schedule 1 and Schedule 3.  Calculated as $51,782 + $7,252,666.
[3] https://fred.stlouisfed.org/series/DGS1.

████████████████████████████

11.      Applying the daily rate of 0.0141% to the jury's damages award results in a daily post-judgment interest amount of $5,441.90 per day ($38,595,023 * 0.0141%).

12.      Applying the daily rate of 0.0141% to the pre-judgment interest calculation set forth in ¶ 6 (above) results in a daily post-judgment interest amount of $824.44 ($5,847,067 * 0.0141%).

13.      Applying the daily rate of 0.0141% to the pre-judgment interest calculation set forth in ¶ 7 (above) results in a daily post-judgment interest amount of $1,029.93 ($7,304,448 * 0.0141%).

14.      Applying the daily rate of 0.0141% to the $12,116,123.33 in attorneys' fees that Qorvo seeks to recover in connection with its misappropriation of trade secrets claim results in a daily post-judgment interest amount of $1,708.37.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17, 2024.

_Melissa A. Bennis_
Melissa A. Bennis

**Qorvo, Inc. v. Akoustis Technologies, Inc. and Akoustis, Inc.**                    Exhibit 1
**Calculation of Prejudgment Interest at Prime Rate Compounded Quarterly - Patent Infringement**    Schedule 1

| Interest Start Date | Interest End Date | Annual Rate [A], [1] | Quarterly Rate | Damages | Cumulative Royalty and Interest | Interest Earned in Period [2] | Cumulative Interest |
|---|---|---|---|---|---|---|---|
| 10/04/2021 | 12/31/2021 | 3.25% | 0.81% | $ 279,808 | $ 279,808 | $ 2,199 | $ 2,199 |
| 01/01/2022 | 03/31/2022 | 3.29% | 0.82% | | 282,007 | 2,320 | 4,519 |
| 04/01/2022 | 06/30/2022 | 3.93% | 0.98% | | 284,327 | 2,794 | 7,312 |
| 07/01/2022 | 09/30/2022 | 5.37% | 1.34% | | 287,120 | 3,855 | 11,167 |
| 10/01/2022 | 12/31/2022 | 6.82% | 1.71% | | 290,975 | 4,961 | 16,128 |
| 01/01/2023 | 03/31/2023 | 7.69% | 1.92% | | 295,936 | 5,689 | 21,817 |
| 04/01/2023 | 06/30/2023 | 8.16% | 2.04% | | 301,625 | 6,153 | 27,971 |
| 07/01/2023 | 09/30/2023 | 8.43% | 2.11% | | 307,779 | 6,486 | 34,457 |
| 10/01/2023 | 12/31/2023 | 8.50% | 2.13% | | 314,265 | 6,678 | 41,135 |
| 01/01/2024 | 03/31/2024 | 8.50% | 2.13% | | 320,943 | 6,820 | 47,955 |
| 04/01/2024 | 05/20/2024 | 8.50% | 2.13% | | 327,763 | 3,827 | 51,782 |
| | | | Total | $ 279,808 | $ 331,590 | $ 51,782 | |

Source:
[A] https://fred.stlouisfed.org/series/DPRIME.

Notes:
[1] The Annual Rate represents the quarterly average prime rate as reported by the Federal Reserve Bank of St. Louis (see https://fred.stlouisfed.org/series/DPRIME).
[2] Interest Earned in Period for the periods October 4, 2021 through December 31, 2021 and April 1, 2024 through May 20, 2024 have been prorated by factors of (89 / 92) and (50 / 91), respectively.

**Qorvo, Inc. v. Akoustis Technologies, Inc. and Akoustis, Inc.**                              Exhibit 1
**Calculation of Prejudgment Interest at Prime Rate Compounded Quarterly - Unjust Enrichment**        Schedule 2

| Interest Start Date | Interest End Date | Annual Rate [A], [1] | Quarterly Rate | Damages | Cumulative Royalty and Interest | Interest Earned in Period [2] | Cumulative Interest |
|---|---|---|---|---|---|---|---|
| 10/04/2021 | 12/31/2021 | 3.25% | 0.81% | $ 31,315,215 | $ 31,315,215 | $ 246,139 | $ 246,139 |
| 01/01/2022 | 03/31/2022 | 3.29% | 0.82% | | 31,561,354 | 259,592 | 505,731 |
| 04/01/2022 | 06/30/2022 | 3.93% | 0.98% | | 31,820,946 | 312,641 | 818,372 |
| 07/01/2022 | 09/30/2022 | 5.37% | 1.34% | | 32,133,587 | 431,393 | 1,249,766 |
| 10/01/2022 | 12/31/2022 | 6.82% | 1.71% | | 32,564,981 | 555,233 | 1,804,999 |
| 01/01/2023 | 03/31/2023 | 7.69% | 1.92% | | 33,120,214 | 636,736 | 2,441,735 |
| 04/01/2023 | 06/30/2023 | 8.16% | 2.04% | | 33,756,950 | 688,642 | 3,130,376 |
| 07/01/2023 | 09/30/2023 | 8.43% | 2.11% | | 34,445,591 | 725,941 | 3,856,317 |
| 10/01/2023 | 12/31/2023 | 8.50% | 2.13% | | 35,171,532 | 747,395 | 4,603,712 |
| 01/01/2024 | 03/31/2024 | 8.50% | 2.13% | | 35,918,927 | 763,277 | 5,366,990 |
| 04/01/2024 | 05/20/2024 | 8.50% | 2.13% | | 36,682,205 | 428,295 | 5,795,285 |
| | | | Total | $ 31,315,215 | $ 37,110,500 | $ 5,795,285 | |

Source:
[A] https://fred.stlouisfed.org/series/DPRIME.

Notes:
[1] The Annual Rate represents the quarterly average prime rate as reported by the Federal Reserve Bank of St. Louis (see https://fred.stlouisfed.org/series/DPRIME).
[2] Interest Earned in Period for the periods October 4, 2021 through December 31, 2021 and April 1, 2024 through May 20, 2024 have been prorated by factors of (89 / 92) and (50 / 91), respectively.

**Qorvo, Inc. v. Akoustis Technologies, Inc. and Akoustis, Inc.**  Exhibit 1
**Calculation of Prejudgment Interest at 8% per Annum, Compounded Quarterly - Unjust Enrichment**  Schedule 3

| Interest Start Date | Interest End Date | Annual Rate [1] | Quarterly Rate | Damages | Cumulative Royalty and Interest | Interest Earned in Period [2] | Cumulative Interest |
|---|---|---|---|---|---|---|---|
| 10/04/2021 | 12/31/2021 | 8.00% | 2.00% | $ 31,315,215 | $ 31,315,215 | $ 605,881 | $ 605,881 |
| 01/01/2022 | 03/31/2022 | 8.00% | 2.00% | | 31,921,096 | 638,422 | 1,244,303 |
| 04/01/2022 | 06/30/2022 | 8.00% | 2.00% | | 32,559,518 | 651,190 | 1,895,494 |
| 07/01/2022 | 09/30/2022 | 8.00% | 2.00% | | 33,210,709 | 664,214 | 2,559,708 |
| 10/01/2022 | 12/31/2022 | 8.00% | 2.00% | | 33,874,923 | 677,498 | 3,237,206 |
| 01/01/2023 | 03/31/2023 | 8.00% | 2.00% | | 34,552,421 | 691,048 | 3,928,255 |
| 04/01/2023 | 06/30/2023 | 8.00% | 2.00% | | 35,243,470 | 704,869 | 4,633,124 |
| 07/01/2023 | 09/30/2023 | 8.00% | 2.00% | | 35,948,339 | 718,967 | 5,352,091 |
| 10/01/2023 | 12/31/2023 | 8.00% | 2.00% | | 36,667,306 | 733,346 | 6,085,437 |
| 01/01/2024 | 03/31/2024 | 8.00% | 2.00% | | 37,400,652 | 748,013 | 6,833,450 |
| 04/01/2024 | 05/20/2024 | 8.00% | 2.00% | | 38,148,665 | 419,216 | 7,252,666 |
| | | | Total | $ 31,315,215 | $ 38,567,881 | $ 7,252,666 | |

Notes:

[1] I understand that the statutory rate in North Carolina is 8% per annum (N.C. Stat. § 24-1).

[2] Interest Earned in Period for the periods October 4, 2021 through December 31, 2021 and April 1, 2024 through May 20, 2024 have been prorated by factors of (89 / 92) and (50 / 91), respectively.

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 17, 2024, upon the following in the manner indicated:

Stephen B. Brauerman, Esquire                    *VIA ELECTRONIC MAIL*
Ronald P. Golden III, Esquire
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE  19801
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Ronald S. Lemieux, Esquire                       *VIA ELECTRONIC MAIL*
David S. Elkins, Esquire
Victoria Q. Smith, Esquire
SQUIRE PATTON BOGGS (US) LLP
1841 Page Mill Road, Suite 150
Palo Alto, CA  94304-1216
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Xiaomei Cai, Esquire                             *VIA ELECTRONIC MAIL*
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, AZ  85016
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

Rachael A. Harris, Esquire                       *VIA ELECTRONIC MAIL*
Matthew A. Stanford, Esquire
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC  20037
*Attorneys for Defendants Akoustis*
*Technologies, Inc. and Akoustis, Inc.*

*/s/ Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)