# EXHIBITS 1-2
# (Redacted in Their Entirety)