IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., <br><br> Defendants. | **PUBLIC VERSION** <br><br> C.A. No. 21-1417 (JPM) <br><br> **DEMAND FOR JURY TRIAL** <br><br> **Confidential Version Filed: July 25, 2024** <br> **Public Version Filed: August 15, 2024** |

**DECLARATION OF JENNIFER KLEIN AYERS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

I, Jennifer Klein Ayers, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar of the State of Texas and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so. I provide this Declaration in support of plaintiff's opposition to defendants' renewed motion for judgment as a matter of law.

2. Attached as **Exhibit A** is a true and correct copy of relevant excerpts of JASON LAWS, ESSENTIAL OF FINANCIAL MGMT. (2018).

3. Attached as **Exhibit B** is a true and correct copy of relevant excerpts of CHRISTIAN SZYLAR, RISK MGMT. UNDER UCITS III/IV: NEW CHALLENGES FOR THE FUND INDUS. (2010).

4. Attached as **Exhibit C** is a true and correct copy of Mohammad Rahman, *Time Value of Money: A Case Study on Its Concept and Its Application in Real Life Problems*, 1-1 *Int'l J. of Rsch. In Finance and Mgmt.* (2018).

-2-

     5.     Attached as **Exhibit D** is a true and correct copy of Catherine Cote, *Time Value of Money (TVM): A Primer*, Harv. Bus. Sch. Online (June 16, 2022), https://online.hbs.edu/blog/post/time-value-of-money (last visited Apr. 4, 2024).

     6.     Attached as **Exhibit E** is a true and correct copy of relevant excerpts from the expert report Dr. Stanley Shanfield, dated November 21, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 25, 2024.

                                                    */s/ Jennifer Klein Ayers*
                                                    Jennifer Klein Ayers

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 25, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA 94304-1216<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Xiaomei Cai, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>2325 E. Camelback Road, Suite 700<br>Phoenix, AZ 85016<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Rachael A. Harris, Esquire<br>Matthew A. Stanford, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>*Attorneys for Defendants Akoustis*<br>*Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)