# Exhibit A

# ESSENTIALS OF FINANCIAL MANAGEMENT



## JASON LAWS

This content downloaded from
38.142.39.195 on Thu, 04 Apr 2024 15:32:22 +00:00
All use subject to https://about.jstor.org/terms

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 3 of 64 PageID #: 32037

# Essentials of Financial Management

## Jason Laws

This content downloaded from
38.142.39.195 on Thu, 04 Apr 2024 15:32:22 +00:00
All use subject to https://about.jstor.org/terms

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 4 of 64 PageID #: 32038

First published 2018 by

Liverpool University Press
4 Cambridge Street
Liverpool L69 7ZU

Copyright © Jason Laws 2018

The right of Jason Laws to be identified as the author of this book has been asserted by him in accordance with the Copyright, Designs and Patents Act 1988.

All rights reserved. This e-textbook is published under a Creative Commons Attribution-NonCommercial-NoDerivs (CC-BY-NC-ND) licence by Liverpool University Press in partnership with University of Liverpool Library with financial support from Jisc.

Cover image: Stocks and Shares (ID 84352497) © Wavebreakmedia Ltd | Dreamstime

ISBN 9781786949646 ebook

Typeset by Carnegie Publishing Ltd, Lancaster

This content downloaded from
38.142.39.195 on Thu, 04 Apr 2024 15:32:22 +00:00
All use subject to https://about.jstor.org/terms

# 3
# The time value of money, the dividend discount model and dividend policy

## 3.1 The time value of money

Ask your friends how much money they would need to be offered in one year's time to make them indifferent between that amount and a guaranteed £1,000 now. The answer will vary from individual to individual, and will also vary geographically.

Any rational individual will prefer certain money now rather than uncertain money in the future. This is known as the "time value of money". Even though you do not realise it, when answering the question above, you are implicitly thinking about important concepts such as opportunity cost, inflation and risk. For example, by how much are prices rising, how much satisfaction you would gain from spending the money now and what is the likelihood of the future payment not occurring? In order to determine the future amount that will make us indifferent, an investor will require compensation for these three elements.

The eagerness to spend the £1,000 now is the most difficult to quantify, but for inflation and risk it is easy to assign numerical values. Assume that inflation is 5% p.a. and we attach an amount of 3% to the eagerness to consume. In order to reward an investor for these two factors the required return would need to be:

This content downloaded from
38.142.39.195 on Thu, 04 Apr 2024 15:30:27 +00:00
All use subject to https://about.jstor.org/terms

ESSENTIALS OF FINANCIAL MANAGEMENT

$(1 + 0.05) \times (1 + 0.03) - 1 = 8.15\%$

The closest investment we have that simply rewards investors for loss of consumption and inflation, with no risk, is a short-term government security. In Chapter 2 we referred to such an asset as the risk-free rate.

However, physical investments such as building an office block or manufacturing a new product, and financial investments such as buying shares or bonds, carry with them a degree of risk. Investors therefore demand a "risk premium" beyond the risk-free rate when making investments with uncertain outcomes. We have already seen in section 2.7 that when determining the expected return on an asset we use the security market line:

$$E(R_i) = R_f + \beta_i\big[E(R_m) - R_f\big]$$

More generally we can write:

required return = risk-free rate + risk premium

Therefore, when we are attempting to compare different amounts of money at different points in time, we need to take into consideration the eagerness to spend, inflation and risk.

## 3.2 Present values

Many topics in finance, including investment appraisal/NPV analysis, bond pricing and the dividend discount model, to take three examples, have the time value of money at their very heart.

In order to compare like with like, it is important to value cash flows at the same point in time, which might be the current time period or some time period in the future. In order to measure cash flows at a particular point in time we use a tool called "discounted cash flow". In section 3.1, we assumed a risk-free rate of 8.15%. If the risk premium was a further 10%, then the future value of £1,000 could be calculated as follows:

£1000 x $(1 + 0.0815)^1$ = £1,081.5

Given these assumptions, a rational investor would be indifferent between £1,000 now and £1,081.50 in the future. Here, we have found the future value of an amount P (here £1,000) at a discount rate of r, in t years' time.

future value = P x $(1 + r)^t$

It is more common to consider a future cash flow, $CF_t$ (e.g. a dividend payment or a coupon from a bond), and find its present value:

52

This content downloaded from
38.142.39.195 on Thu, 04 Apr 2024 15:30:27 +00:00
All use subject to https://about.jstor.org/terms

THE TIME VALUE OF MONEY, THE DIVIDEND DISCOUNT MODEL AND DIVIDEND POLICY

$$Present\ Value = \frac{CF_t}{(1+r)^t}$$

Here, we are said to have taken some future cash flow and discounted it back to time zero.

More formally, in order to find the present value of some future cash flow, we multiply the cash flow by the discount factor:

$$DF = \frac{1}{(1+r)^t}$$

$$PV = DF \times C_t = \frac{C_t}{(1+r)^t}$$

where $C_t$ is the cash flow received in time period t, and r is the required return/time value of money.

Present values (PV) can be added together to evaluate multiple cash flows:

$$PV = \frac{C_1}{(1+r)^1} + \frac{C_2}{(1+r)^2} + \frac{C_3}{(1+r)^3} + \cdots$$

Each individual cash flow is measured in "year zero" money and therefore can be added together, which is the additive property of discount cash flow. It is evident from the equation above that the greater r is, the higher the denominator, hence the lower the discount factor and consequently the lower the PV. In addition, the further into the future is the cash flow, the higher the denominator, the lower the discount factor and the lower the PV.

*Example*

    i.   What is the PV of a cash flow of $100 received in one year's time at discount rate of 5%?

    ii.   What is the PV of a cash flow of $100 received in 10 years' time at discount rate of 5%?

    iii.  What is the PV of a cash flow of $100 received in 10 years' time at discount rate of 20%?

(i)   $PV = \frac{\$100}{(1+0.05)^1} = \$95.24$

(ii)  $PV = \frac{\$100}{(1+0.05)^{10}} = \$61.39$

(iii) $PV = \frac{\$100}{(1+0.20)^{10}} = \$16.15$

53

This content downloaded from
38.142.39.195 on Thu, 04 Apr 2024 15:30:27 +00:00
All use subject to https://about.jstor.org/terms

The table below shows how the PV of $100 varies with r and t.

| CF | $100 | | | | | | |
|---|---|---|---|---|---|---|---|
| **T/r** | **1%** | **2%** | **5%** | **10%** | **15%** | **20%** | **50%** |
| **1** | $99.01 | $98.04 | $95.24 | $90.91 | $86.96 | $83.33 | $66.67 |
| **2** | $98.03 | $96.12 | $90.70 | $82.64 | $75.61 | $69.44 | $44.44 |
| **3** | $97.06 | $94.23 | $86.38 | $75.13 | $65.75 | $57.87 | $29.63 |
| **4** | $96.10 | $92.38 | $82.27 | $68.30 | $57.18 | $48.23 | $19.75 |
| **5** | $95.15 | $90.57 | $78.35 | $62.09 | $49.72 | $40.19 | $13.17 |
| **6** | $94.20 | $88.80 | $74.62 | $56.45 | $43.23 | $33.49 | $8.78 |
| **7** | $93.27 | $87.06 | $71.07 | $51.32 | $37.59 | $27.91 | $5.85 |
| **8** | $92.35 | $85.35 | $67.68 | $46.65 | $32.69 | $23.26 | $3.90 |
| **9** | $91.43 | $83.68 | $64.46 | $42.41 | $28.43 | $19.38 | $2.60 |
| **10** | $90.53 | $82.03 | $61.39 | $38.55 | $24.72 | $16.15 | $1.73 |

From the above you can see that at a rate of interest of 50% p.a., the present value of $100 received in 10 years' time is just $1.73.

## 3.3 Perpetuities and annuities

Perpetuities and annuities are two special cases that we must consider. An annuity is an investment that pays a fixed sum each year for a specified number of years. In contrast, a perpetuity is a financial concept in which a cash flow is theoretically received forever. In Chapter 1 you were introduced to preference shares, a type of share that pays a fixed dividend forever.

The value of a perpetuity can be found by:

$$Present\ Value\ of\ a\ Perpetuty = \frac{Cash\ Flow}{discount\ rate}$$

For example, the value of an asset that promises to pay $100 forever, where the required return is 5% p.a., is:

$$\text{PV of Cash Flow} = \frac{\$100}{0.05} = \$2000$$

This asset could be, for example, a preference share. If the preference share paid a fixed dividend of $100 per annum, and the market viewed the risk of these cash flows to be 5% p.a.,

This content downloaded from
38.142.39.195 on Thu, 04 Apr 2024 15:30:27 +00:00
All use subject to https://about.jstor.org/terms

# Exhibit B

Risk Management under UCITS III/IV

# Risk Management under UCITS III/IV

*New Challenges for the Fund Industry*

Christian Szylar





10.1002/9781118557709.fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.fmatter, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

10.1002/9781118557709.fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.fmatter, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

First published 2010 in Great Britain and the United States by ISTE Ltd and John Wiley & Sons, Inc.

Apart from any fair dealing for the purposes of research or private study, or criticism or review, as permitted under the Copyright, Designs and Patents Act 1988, this publication may only be reproduced, stored or transmitted, in any form or by any means, with the prior permission in writing of the publishers, or in the case of reprographic reproduction in accordance with the terms and licenses issued by the CLA. Enquiries concerning reproduction outside these terms should be sent to the publishers at the undermentioned address:

ISTE Ltd
27-37 St George's Road
London SW19 4EU
UK

John Wiley & Sons, Inc.
111 River Street
Hoboken, NJ 07030
USA

www.iste.co.uk

www.wiley.com

© ISTE Ltd 2010

The rights of Christian Szylar to be identified as the author of this work have been asserted by him in accordance with the Copyright, Designs and Patents Act 1988.

Library of Congress Cataloging-in-Publication Data

Szylar, Christian.
  Risk management under UCITS III/IV : new challenges for the fund industry / Christian Szylar.
    p. cm.
  Includes bibliographical references and index.
  ISBN 978-1-84821-210-7
  1. Swaps (Finance) 2. Derivative securities. 3. Risk management. I. Title.
  HG6024.A3S98 2010
  332.64'5--dc22

                                                                                    2010005723

British Library Cataloguing-in-Publication Data
A CIP record for this book is available from the British Library
ISBN 978-1-84821-210-7

Printed and bound in Great Britain by CPI Antony Rowe, Chippenham and Eastbourne.



FSC
Mixed Sources
Product group from well-managed
forests and other controlled sources
Cert no. SGS-COC-2953
www.fsc.org
© 1996 Forest Stewardship Council

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 13 of 64 PageID #: 32047

# Table of Contents

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xi

**Acknowledgements** . . . . . . . . . . . . . . . . . . . . . . . . . . . . xv

**PART I. WHAT YOU HAVE TO KNOW ABOUT UCITS TO UCITS III** . . . . . 1

**Chapter 1. UCITS to UCITS III** . . . . . . . . . . . . . . . . . . . . . . 3

   1.1. UCITS primer and market size . . . . . . . . . . . . . . . . . . . . . 3
     1.1.1. UCITS: a brand relying on investor protection . . . . . . . . . . . 3
   1.2. UCITS – a success story: from UCITS to UCITS III/IV . . . . . . . . . 8
     1.2.1. From UCITS to UCITS III/IV . . . . . . . . . . . . . . . . . . . . 8
     1.2.2. Management Directive – EU Directive 2001/107/EC . . . . . . . . 12
     1.2.3. The Product Directive – EU Directive 2001/108/EC . . . . . . . . 14
     1.2.4. Types of eligible assets: CESR advice and the EU Directive
     on eligible assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
     1.2.5. UCITS authorized investment strategies and interest in
     alternative strategies . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   1.3. Conclusion – focus on risk management . . . . . . . . . . . . . . . . 26

**Chapter 2. Risk Management History: From Banks to the Asset
Management Industry** . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

   2.1. Insight on risk management . . . . . . . . . . . . . . . . . . . . . . 33
     2.1.1. What is risk management? . . . . . . . . . . . . . . . . . . . . . 34
     2.1.2. The need for sound risk management has never been so
     important as today . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
   2.2. A Brief History of Risk Management . . . . . . . . . . . . . . . . . 39
     2.2.1. A short history of risk management: 1900-2009 . . . . . . . . . . . 39
     2.2.2. Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
   2.3. From Risk Management to Value-at-Risk . . . . . . . . . . . . . . . . 49

10.1002/9781118557706.fmatter. Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557706.fmatter. Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

10.1002/9781118557709.fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.fmatter, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

vi    Risk Management Under UCITS III/IV

2.3.1. Diverse mathematics . . . . . . . . . . . . . . . . . . . . . . . . . . . .    49
2.3.2. Actuarial works . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    52
2.3.3. Political economy . . . . . . . . . . . . . . . . . . . . . . . . . . . .    56
2.3.4. 1930s England . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    57
2.3.5. Financial theory . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    58
2.3.6. Finance as a community of practice . . . . . . . . . . . . . . . . .    59
2.4. From Portfolio Theory and Capital Requirements to UCITS . . . . . .    60

**Chapter 3. Definition of the Value-at-Risk** . . . . . . . . . . . . . . . . . . . .    63

3.1. VaR calculation models  . . . . . . . . . . . . . . . . . . . . . . . . . .    65
3.1.1. Variance-covariance or delta-normal  . . . . . . . . . . . . . . . .    66
3.1.2. Easy VaR calculation with variance-covariance . . . . . . . . . . .    71
3.1.3. Historical simulation . . . . . . . . . . . . . . . . . . . . . . . . . .    77
3.2. Monte Carlo simulation . . . . . . . . . . . . . . . . . . . . . . . . . . .    83
3.2.1. Monte Carlo simulation: VaR calculation with PMS . . . . . . . . .    84
3.3. Conclusion  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    92
3.3.1. Mapping of complex instruments  . . . . . . . . . . . . . . . . . . .    93

**PART II. UCITS RISK MANAGEMENT** . . . . . . . . . . . . . . . . . . . . . .    95

**Chapter 4. UCITS III Risk Management Process and Taxonomy
of Risks** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    97

4.1. Risk manager's role and responsibilities . . . . . . . . . . . . . . . . .    97
4.2. Taxonomy of risks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    98
4.2.1. Market risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    98
4.2.2. Liquidity risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    98
4.2.3. Counterparty risk . . . . . . . . . . . . . . . . . . . . . . . . . . . .    99
4.2.4. Concentration risk . . . . . . . . . . . . . . . . . . . . . . . . . . . .    100
4.2.5. Credit risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    100
4.2.6. Currency risk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    100
4.2.7. Derivative risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    101
4.2.8. Interest rate risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    101
4.2.9. Valuation risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    102

**Chapter 5. Risk Management Organization** . . . . . . . . . . . . . . . . . . .    103

5.1. Risk standards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    104
5.1.1. Appropriate board and management company oversight . . . . . . .    108
5.1.2. Procedure and control . . . . . . . . . . . . . . . . . . . . . . . . . .    109
5.1.3. New products and activities . . . . . . . . . . . . . . . . . . . . . . .    110
5.1.4. Systems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    111
5.1.5. Compliance  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    111
5.1.6. Scenario generation . . . . . . . . . . . . . . . . . . . . . . . . . . .    112

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 15 of 64 PageID #: 32049

5.1.7. Reporting. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     112
5.1.8. Treatment of financial derivatives . . . . . . . . . . . . . . . . . .     112
5.1.9. Internal control review. . . . . . . . . . . . . . . . . . . . . . . .     113
5.1.10. Reporting to the supervisory authorities. . . . . . . . . . . . . .     113
5.2. Description of the risk management process (RMP). . . . . . . . . . .     113
5.2.1. CESR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     114
5.3. UCITS risk management process . . . . . . . . . . . . . . . . . . . . . .     117
5.3.1. Overview of the UCITS . . . . . . . . . . . . . . . . . . . . . . . .     118
5.3.2. Global exposure and leverage  . . . . . . . . . . . . . . . . . . . .     120
5.3.3. Counterparty risk exposure . . . . . . . . . . . . . . . . . . . . . .     121
5.3.4. Reporting requirements . . . . . . . . . . . . . . . . . . . . . . . .     121
5.4. Disclosure requirements  . . . . . . . . . . . . . . . . . . . . . . . . .     122
5.4.1. Prospectus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     122
5.5. CSSF 07/308 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     124
5.5.1. Implementation of a risk management process  . . . . . . . . . . .     124
5.5.2. Determination and monitoring of global exposure  . . . . . . . . .     124
5.5.3. Determination and monitoring of counterparty risk associated
with OTC derivative financial instruments. . . . . . . . . . . . . . . . . .     125
5.5.4. Determination and/or monitoring concentration risk . . . . . . . .     126
5.5.5. Valuation of the OTC derivative financial instruments. . . . . . . .     126
5.5.6. Monitoring and control of coverage rules. . . . . . . . . . . . . . .     126

**Chapter 6. Financial Derivative Instruments and UCITS** . . . . . . . . . .     127

6.1. Swap. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     127
6.1.1. General definition. . . . . . . . . . . . . . . . . . . . . . . . . . . .     127
6.1.2. Different types of swaps. . . . . . . . . . . . . . . . . . . . . . . . .     129
6.1.3. Some other credit derivatives . . . . . . . . . . . . . . . . . . . . .     132
6.2. Contracts for difference. . . . . . . . . . . . . . . . . . . . . . . . . .     137
6.2.1. General definition and general risks . . . . . . . . . . . . . . . . . .     137
6.3. The forward contract . . . . . . . . . . . . . . . . . . . . . . . . . . .     138
6.3.1. General definition. . . . . . . . . . . . . . . . . . . . . . . . . . . .     138
6.4. The futures contract . . . . . . . . . . . . . . . . . . . . . . . . . . . .     139
6.4.1. General definition. . . . . . . . . . . . . . . . . . . . . . . . . . . .     139
6.4.2. Different types of futures . . . . . . . . . . . . . . . . . . . . . . . .     140
6.5. Options  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     141
6.5.1. General definition. . . . . . . . . . . . . . . . . . . . . . . . . . . .     141
6.5.2. Different types of options . . . . . . . . . . . . . . . . . . . . . . . .     142
6.6. Warrant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     143
6.6.1. General definition. . . . . . . . . . . . . . . . . . . . . . . . . . . .     143
6.6.2. Different types of warrants . . . . . . . . . . . . . . . . . . . . . . .     144

10.1002/9781118557709.fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.fmatter, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 1:21-cv-01417-JPM Document 653-1 Filed 08/15/24 Page 16 of 64 PageID #: 32050

**Chapter 7. Global Exposure and Leverage** . . . . . . . . . . . . . . . . . . . . . 145

7.1. Global exposure – overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
7.2. Sophisticated and non-sophisticated UCITS: is there a distinction?. . . 148
   7.2.1. Sophisticated funds. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 149
   7.2.2. Non-sophisticated funds . . . . . . . . . . . . . . . . . . . . . . . . . . . 150
7.3. Sophisticated and non-sophisticated UCITS: how to assess market
risk/global exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 150
   7.3.1. Calculation of global exposure for a non-sophisticated fund –
   commitment approach . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
   7.3.2. Calculation of global exposure for sophisticated funds – VaR . . . 157

**Chapter 8. Stress Testing**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163

8.1. Definition and overview of stress testing . . . . . . . . . . . . . . . . . . . 163
8.2. Main approaches. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 166
   8.2.1. Piecewise approach. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 166
   8.2.2. Integrated approach. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 167
8.3. Types of scenarios . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 167
   8.3.1. Designing and calibrating a stress test. . . . . . . . . . . . . . . . . . 169
   8.3.2. Assessing vulnerability to specific risk factors . . . . . . . . . . . . 170
   8.3.3. Integrating the analysis of market and credit risks . . . . . . . . . . 170
   8.3.4. Aggregation and interpretation of results . . . . . . . . . . . . . . . . 171
   8.3.5. Feedback effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 171
8.4. Stress test scenarios . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 171
   8.4.1. Some example of stress test scenarios. . . . . . . . . . . . . . . . . . 172
8.5. Scenario management/stress testing with PMS . . . . . . . . . . . . . . . . 174
   8.5.1. Interest scenarios . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 174
   8.5.2. Stock-index scenarios . . . . . . . . . . . . . . . . . . . . . . . . . . . . 175
   8.5.3. Progression scenarios . . . . . . . . . . . . . . . . . . . . . . . . . . . . 176

**Chapter 9. Backtesting** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 177

9.1. Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 177
   9.1.1. Test of frequency of tail losses or Kupiec test . . . . . . . . . . . . . 181
   9.1.2. Conditional coverage of frequency and independence of tail
   losses (Christoffersen test) . . . . . . . . . . . . . . . . . . . . . . . . . . 181
9.2. Back-testing may also reveal important limitations of VaR . . . . . . . . 183
   9.2.1. VaR is not always an accurate measure . . . . . . . . . . . . . . . . . 183
   9.2.2. Sub-optimal decisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . 185
9.3. Back testing with PMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 186
   9.3.1. Observation of the business development (success record) . . . . . 186
   9.3.2. Instrument calculation methods . . . . . . . . . . . . . . . . . . . . . . 187

10.1002/9781118557709.fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.fmatter, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 17 of 64 PageID #: 32051

**Chapter 10. Counterparty and Issuer Risk, Concentration Limits and Appropriate Cover** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  191

    10.1. Counterparty risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  191
        10.1.1. Method of calculation  . . . . . . . . . . . . . . . . . . . . . . . .  191
        10.1.2. Counterparty requirements . . . . . . . . . . . . . . . . . . . . . .  194
        10.1.3. Netting requirements . . . . . . . . . . . . . . . . . . . . . . . . .  194
        10.1.4. Collateral requirements . . . . . . . . . . . . . . . . . . . . . . . .  194
    10.2. Issuer risk and concentration limits . . . . . . . . . . . . . . . . . . . . . .  196
        10.2.1. Index-based derivatives  . . . . . . . . . . . . . . . . . . . . . . .  196
    10.3. Appropriate cover in the absence of cash-settlement . . . . . . . . . . .  196

**Chapter 11. Liquidity Risk** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  199

    11.1. Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  199
    11.2. Assessing liquidity constraints . . . . . . . . . . . . . . . . . . . . . . . . .  201
    11.3. Estimation of portfolio liquidity based on historical market data  . . .  201
        11.3.1. Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  202
        11.3.2. Example with bond . . . . . . . . . . . . . . . . . . . . . . . . . .  202
    11.4. LVaR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  206

**Chapter 12. Other Risk Indicators that can be used in the Risk Management Process** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  209

    12.1. Market risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  209
        12.1.1. Key investment statistics . . . . . . . . . . . . . . . . . . . . . . .  209
    12.2. Interest rate risk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  213
        12.2.1. Duration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  213
        12.2.2. Duration calculations . . . . . . . . . . . . . . . . . . . . . . . . .  215
        12.2.3. Convexity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  217
    12.3. The case of Greeks for the options  . . . . . . . . . . . . . . . . . . . . . .  218
        12.3.1. The Greeks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  218
        12.3.2. The four major Greeks . . . . . . . . . . . . . . . . . . . . . . . .  220
    12.4. Conclusion  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  223

**Conclusion** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  225

**Appendices** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  233

    Appendix 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  235
    Appendix 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  263

**Bibliography** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  265

**Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  271

10.1002/9781118557709.fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.fmatter, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

10.1002/9781118557709.fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.fmatter, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Introduction

# Gaining the Advantage of UCITS Power

As investment management continues to face a rapid growth in assets, managers are facing significant challenges related to regulatory transparency and increased demands from investors for sophisticated products. In this context, investment managers are reinforcing their risk management to protect investors, to safeguard their firm's reputation and also to improve operational efficiency. Effective risk management requires that the risk manager recognize and understand the source of the returns UCITS (Undertakings for Collective Investment in Transferable Securities) is earning and the associated risks.

UCITS III can be referred to as two separate directives: the product directive and the management directive. The objective is to create a level playing field among management companies and other service providers by introducing a European passport for management companies and extending their scope of activities. The extended use of financial derivative instruments is explained by the fact that they provide implementation flexibility, reduce risks and provide yield enhancement. However, they involve issues such as counterparty risk, valuation risk, and liquidity risk. They may, if markets move in unexpected ways, increase the fund's investment losses. UCITS is now permitted to use derivatives as part of its general investment policies as well as for hedging.

One of the key features of UCITS III is the emphasis on risk management as an integral requirement for any fund seeking sophisticated status. The increased regulatory requirements reflect the importance placed on being able to effectively calculate and measure the global exposure of a portfolio. Competence in investment risk management is set to be a key determinant of competitive success in an UCITS III environment. With alternative strategies now available for traditional managers,

10.1002/9781118557709.fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.fmatter, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

xii    Risk Management Under UCITS III/IV

the hedge and long-only worlds will collide and the winners will be those who can combine alpha generation with sound risk controls.

While alpha generation is amenable to human judgment, risk control requires smart risk measurement systems that meet the needs of fund managers, investors and regulators. Under UCITS III world-regulated firms can design a much wider range of investment products to meet client needs. Derivatives can be used to gear up, to reduce risk and to manufacture returns uncorrelated to security markets.

Long-short equity, one of the most popular hedge fund strategies, is now feasible in a regulated environment. Relative value (long-short bonds) offers traditional fixed income fund managers a means of generating superior returns in a flat or rising yield market. Absolute returns will soon be available at a fund supermarket near you.

Consequently, UCITS III has transformed the European asset management industry since its European directives have been implemented. Regardless of the manager's background, a key challenge will be the successful and cost-effective implementation of the regulatory requirement of a formal "risk management process".

UCITS must establish an extensive system of risk management in order to ensure that the risks involved in using derivatives are properly managed, measured and monitored on an ongoing basis. This involves:

– designing, implementing and documenting a comprehensive risk management process in order to meet the key requirement of investor protection;

– extending disclosure duties;

– defining rule of conduct to ensure that companies act in the best interests of the UCITS, their investors and the integrity of the market.

Seen in the light of the financial crisis resulting from subprime lending in the United States, it is convenient to assume that the risk management function and its extension from banks to the asset management industry due to UCITS III requirements has gained further attention and recognition as a strategic discipline.

**Before we get started**

UCITS is a European brand and as such all EU countries can domicile UCITS funds:

– France;

– Germany;

10.1002/9781118557709.fmatter. Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.fmatter, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 20 of 64 PageID #: 32054

– Ireland;

– Luxembourg;

– Spain;

– UK;

– etc.

Even if the European directives about UCITS should in theory be the same for all EU countries, some differences still remain in the way EU countries have translated the EU directives into their national laws. The differences are obviously not huge but they do exist. To avoid a summary of each UCITS specific criteria for each country, we decided to focus on Luxembourg domiciled UCITS funds as Luxembourg is the first country in Europe in terms of UCITS funds' domiciliation and therefore constitutes a major hub. The Luxembourg Laws as well as the Commission de Surveillance du Secteur Financier (CSSF) Circulars will be predominantly referenced in this book.

UCITS can also be formed under different legal structures. This book considers the view of UCITS being used by a management company and not according to the self-managed SICAV (Société d'Investissement À Capital Variable – Variable Capital Investment Company). Although of course the requirements that apply to them remain the same in terms of risk management.)

A book on risk management without risk figures would be quite unrealistic. Risk management cannot be conceived without the usage of an appropriate risk engine to compute all UCITS III requirements. In order to demonstrate that it is possible to generate all risk outputs as requested under UCITS III, we voluntarily adopted the risk engine installed at Kinetic Partners LLP London, which is our tailored portfolio and management system (PMS) conjointly developed with the vendor Much.Net AG Bonn.

**Focus of the book**

The purpose of this book is to present how asset managers, fund (independent) directors, management companies and risk departments can satisfy financial regulators in Europe that they have adequate risk monitoring procedures in place for the funds they manage or administer. The book will explain all the requirements for risk management under the new UCITS III regime as well as the universe of financial instruments that can be used by portfolio managers for their associated risks. The book can be used as a supportive document for portfolio managers and especially those hedge fund managers currently interested in launching UCITS

xiv    Risk Management Under UCITS III/IV

products, fund administrators, board members, auditors, risk specialists, investors, lawyers, regulators, management companies and students in their endeavor to understand and comply with UCITS III requirements.

10.1002/9781118557706.fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557706.fmatter, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 22 of 64 PageID #: 32056

# Acknowledgements

My sincere thanks to all of the asset managers who have questioned me over the last few years about UCITS (Undertakings in Collective Investments in Transferable Securities) requirements for risk management and finally gave me the inspiration to write a book to summarize all of my replies.

My sincere thanks to the instrumental people who have helped me make this book happen, among them my editor and Clement Ménascé in particular, who despite his young age supported me in all the stages of this book's development. His help has been extremely motivating.

Sincere thanks to Erika Dietrich from Much.Net who gave me the chance to work with an efficient risk engine and to investigate all of the possible UCITS risk management strategies and determine its future challenges.

Sincere thanks to Kinetic Partners LLP founding members Raymond O'Neill, Julian Korek and David Butler, who gave me a fantastic working opportunity to apply risk management in an alternative investment community.

10.1002/9781118557709.fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.fmatter, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

APPENDICES

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Appendix 1

# Risk Glossary

**Accrued Interest**

Interest that has accumulated since the principal investment or since the previous interest payment, if there has been one already. For a financial instrument, such as a bond, interest is calculated and paid in set intervals.

**Active return**

The difference between a portfolio return and a benchmark return is known as the active return. It is the component of a portfolio's performance that arises from the fact that the portfolio is actively managed.

**Add-on factor**

This is supposed to represent the maximum potential future change in the value of the deal when evaluating derivative instruments.

**Alpha**

Measures the fund's value added relative to a benchmark. It is the Y intercept of the regression line.

**Alternative modified Jensen**

This follows from the modified Jensen that a logical alternative would be defined as the ratio between Jensen's alpha over the systematic risk: $\alpha/\sigma_s$.

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 25 of 64 PageID #: 32059

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Arithmetic excess return**

This is the arithmetic return in excess of the risk-free rate or in excess of a market measure, such as an index fund.

**Attribution allocation effect**

The allocation effect in attribution analysis is the portion of active management that is contributable to asset allocation. The overweighting of a security that has a higher return than the total benchmark return will have a positive allocation effect. Under-weighting a security that has higher return than the total benchmark return will have a negative allocation effect.

**Attribution currency effect**

This involves measures of the impact of overweighting or underweighting currency exposures in the portfolio relative to the benchmark. The currency effect has two components: *currency management effect* (the results of managing currency surprise) and the *forward premium effect*.

**Attribution income effect**

The income effect is the change in an investor's income and how that change will impact the quantity demanded of a good or service.

**Attribution interaction effect**

The interaction effect in attribution analysis is the portion of active management that is contributable to the interaction between the allocation and selection effects. The interaction effect is commonly misunderstood when explaining attribution results.

**Attribution selection effect**

The selection effect in attribution analysis is the portion of active management that is contributable to the stock selection (for sector level attribution) or to the timing (for stock level attribution). In sector level attribution, the selection reflects the manager's stock selection skills. For stock level attribution, the selection effect reflects the manager's skills in timing the market (buy at higher price and sell at lower price than market close price).

**Attribution spread effect**

This is the component of price changes that results from the changes in spread rates and the sensitivity of the investment to changes in spreads.

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 26 of 64 PageID #: 32060

**Attribution treasury effect**

This is the component of price changes that results from the changes in treasury rates and the sensitivity of the investment to the change in rates.

**Autocorrelation**

This is a mathematical representation of the degree of similarity between a given time series and a lagged version of itself over successive time intervals. It is the same as calculating the correlation between two different time series, except that the same time series is used twice.

**Average drawdown**

The average drawdown is the arithmetic mean of all drawdowns detected in the period (from flexible start to end date).

**Average life**

Average return measures an estimate of the number of terms to maturity, taking the possibility of early payments into account. Average life is calculated using the weighted average time to the receipt of all future cash flows.

**Average return**

This is simple average that is calculated by summing the returns for each period, and dividing the total by the number of periods. The simple average return does not consider the compounding effect of returns.

**BAI performance**

The US Bank Administration Institute proposed an approach that essentially links simple internal rates of return. This is, however, not a popular method and is virtually unknown outside the US.

**Basis point value (BPV)**

This is a method that is used to measure interest rate risk. It is a unit of measure used to describe the percentage change in the value or rate of an instrument with respect to changes in yield.

**Basel capital requirements**

This measures the capital requirements of a fund, in order to comply with the Basel II legislation.

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

238    Risk Management Under UCITS III/IV

**Bear beta**

Bear beta is a measure of the sensitivity of a fund's return to negative changes in its benchmark's return.

**Beta**

Beta represents the slope of the regression line. Beta measures a fund's risk relative to the market as a whole (i.e. the "market" can be any index or investment). Beta describes the fund's sensitivity to broad market movements. For example, for equities, the stock market is the independent variable and has a beta of 1. A fund with a beta of 0.5 will participate in broad market moves, but only half as much as the market overall.

**Beta timing ratio**

Ideally, we would prefer a portfolio manager with a beta greater than 1 in rising markets and less than 1 in falling markets. Hence, the beta timing ratio is defined as the ratio between the bull beta and the bear beta.

**Bull beta**

This is a measure of the sensitivity of a fund's return to positive changes in its benchmark's return.

**Burke ratio**

The Burke ratio is a relative of the Calmar ratio, and is often encountered in hedge fund contexts. It is calculated as the excess return divided by the square root of the sum of the squared $n$ largest drawdown. Using squared drawdown figures introduces an implicit weighting scheme that gives more weight to larger drawdown values.

**Calmar ratio**

This is a return/risk ratio. The return (numerator) is defined as the annual compound return over the last three years, and the risk (denominator) is defined as the maximum drawdown (in absolute terms) over the last three years. If there is not three years' worth of data, the available data is used.

**CDS (*spread curve shifts*)**

Parallel shifts in the CDS spread curve.

Case 1:21-cv-01417-JPM Document 653-1 Filed 08/15/24 Page 28 of 64 PageID #: 32062

**Clean present value**

The present value of a position/fund excluding any interest that has accrued for the position/fund since the most recent interest payment.

**Clean price**

The price of a bond excluding any interest that has accrued since it was issued or excluding the most recent coupon payment. This is to be compared with the dirty price, which is the price of a bond including the interest accrued. Clean prices are more stable over time.

**Component expected shortfall**

This measures the contribution of a risk factor to the portfolio's expected shortfall. It is the contribution of each asset's position to the expected shortfall.

**Component value-at-risk**

This is a position's contribution to the portfolio VaR. If the position was eliminated, portfolio VaR would drop by the component VaR. Two key things to remember about component VaR are the component VaRs are the sum of the portfolio VaR, and the component VaR is estimated with marginal VaR. It is therefore an estimate.

**Concentration risk**

Concentration risk denotes the overall spread of a bank's outstanding accounts over the number or variety of debtors to whom the bank has lent money. It is calculated using a "concentration ratio" that explains what percentage of the outstanding accounts each bank loan represents.

**Conditional value-at-risk**

This is a risk assessment technique often used to reduce the probability a portfolio will incur large losses. This is performed by assessing the likelihood (at a specific confidence level) that a specific loss will exceed the value at risk.

**Convexity**

This is a measure of the sensitivity of bond duration to changes in interest rates. Convexity and sensitivity have an inverse relationship – in general, the higher the convexity, the less sensitive the bond price is to interest rate shifts; the lower the convexity, the more sensitive the bond price.

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

240   Risk Management Under UCITS III/IV

**Correlation**

A statistical measure of how two securities move in relation to each other. Correlations are used in advanced portfolio management.

**Counterparty risk**

This is the risk to each party in a contract that the counterparty will not be able to meet its contractual obligations. Counterparty risk is a risk to both parties. It is also known as "default risk".

**Covariance**

This is a measure of the degree to which returns on two risky assets move in tandem. A positive covariance means that asset returns move together. A negative covariance means returns move inversely.

**Credit exposure**

This measures the risk to a lender of a borrower defaulting.

**Credit spread**

This is the yield spread or difference in yield between two securities due to different credit quality. The credit spread reflects the additional net yield an investor can earn from a security with more credit risk relative to a security with less credit risk.

**Credit spread shifts**

Shifts in the credit spread of a bond.

**Cumulative distribution of default**

This measures the cumulative probability of default ratings for companies rated in the markets, and their probability of defaulting.

**Currency shifts**

These are shifts in the foreign exchange markets (or currency trades) that will have consequences on the portfolio value.

**D Ratio**

This measures the ratio of the total value of downside returns (less than 0), compared with the total value of upside returns (greater than 0). It will have values

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 30 of 64 PageID #: 32064

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

between 0 and $\infty$ and can be used to rank the performance of portfolios. The lower the d ratio, the better the performance.

**Days to liquidate**

This is how many days it would take for a portfolio manager to liquidate the positions in his or her portfolio.

**Delta**

Delta is the ratio of the change in price of an option to the change in price of the underlying asset. Delta is also called the "hedge ratio".

**Delta equivalent**

The delta equivalent refers to the quantity needed to buy in a given asset to have an overall neutral delta position. Current market practice is to delta hedge with futures, forwards or spot assets.

**Derivatives exposure**

This is the amount of the portfolio invested in derivatives, usually expressed as a percentage of total portfolio holdings. Thus, it is the amount an investor has at risk.

**Differential return**

Differential return measures the difference between the return of a portfolio, say $F$, and the return on a benchmark portfolio, say $B$. Then the differential return $d$ is defined as $d = Rf - Rb$.

**Dirty present value**

This is the net present value of a position/fund, including all future cash flows, plus any interest accrued.

**Dirty price**

This is the price of a bond including all future coupon cash flows plus any interest accrued from the last coupon payment date to the next coupon payment date.

**Distribution range**

The range of a distribution is the difference between the maximum value and the minimum value (or the two extreme points on the distribution curve).

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 31 of 64 PageID #: 32065

**Downside deviation**

Downside deviation is a value representing the potential loss that may arise from risk as measured against a minimum acceptable return. It aims to isolate the negative portion of volatility. It is similar to the loss standard deviation, except that it only considers returns that fall below a defined minimum acceptable return, rather than the arithmetic mean.

**Drawdown peak date**

The drawdown peak date is the date at which the drawdown phase of a drawdown starts.

**Drawdown recovery date**

This is the date in a recovery from a drawdown measured from the lowest point of the drawdown to a new peak.

**Drawdown recovery proportion**

This tells us how fast the recovery from a drawdown was in relation to the total time to recovery. If the recovery proportion is small, then the performance took a relatively long time to go down (until the valley date), but then recovered quite quickly.

**Drawdown valley date**

This is the date where the performance has reached its lowest level. It is the end of the drawdown phase and the beginning of the recovery phase.

**Duration**

Duration is a measurement of how long, in years, it takes for the price of a bond to be repaid by its internal cash flows. It is an important measure for investors to consider, as bonds with higher durations carry more risk and have higher price volatility than bonds with lower durations.

**Equity expected shortfall**

This measures the expected shortfall of the equities present in a portfolio in which we want to evaluate the market or credit risk.

**Equity exposure**

Equity exposure is the amount of the portfolio invested in equity, usually expressed as a percentage of total portfolio holdings. Thus, it is the amount of equities an investor has at risk.

10.1002/9781118557709.app3, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app3, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 32 of 64 PageID #: 32066

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Equity shifts**

Shifts in prices of an equity that will affect the total value of the portfolio.

**Equity value-at-risk**

This is the contribution of equities in the calculation of the value-at-risk for a portfolio.

**Excess return**

This measures the difference between the monthly return of an instrument, and the return on that same month of the index the instrument is listed on. For example, end-of-month share price: $42.56. Beginning-of-month share price: $39.78. Monthly return: (42.56/39.78) -1 x 100% = 6.988%. Excess return would simply be the difference to your index. Let's say that month the S&P index returned 4.668%. The excess return would be 6.988 – 4.668 = 2.32%.

**Excess return distribution**

The distribution followed by the excess return of a position/fund.

**Expected loss**

This is the expected value of losses due to random events over a specified horizon given the exposure and historical performance of a portfolio/position.

**Expected prepayment**

If payments on an underlying collateral are faster than expected when purchased, the principal retires earlier than expected. Hence, the term "expected prepayment" is used to describe the expected date of the prepayments.

**Expected shortfall**

This is a measure to evaluate the market risk or credit risk of a portfolio. It is an alternative to value-at-risk that is more sensitive to the shape of the loss distribution in the tail of the distribution. Expected shortfall is also called "conditional value-at-risk" (CVaR).

**Ex-post tracking error**

Historical measure of how closely a portfolio follows the index to which it is benchmarked. The most common measure is the root-mean-square of the difference between the portfolio and index returns.

Case 1:21-cv-01417-JPM Document 653-1 Filed 08/15/24 Page 33 of 64 PageID #: 32067

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Fair price**

For futures, the fair price is the price at which the demand for a certain type of futures contract matches the availability of such contracts. For other financial instruments, please refer to *Fair value*.

**Fair value**

This is the value of an asset in an arm's-length transaction between unrelated willing and knowledgeable parties.

**Fama diversification**

This is the difference between the return that should have been earned according to the CML (capital market line), and the return that should have been earned according to the SML (security market line). If the portfolio is perfectly diversified, this will be equal to 0.

**Fama net selectivity**

Fama's decomposes excess return into two main components: risk and selectivity. He describes net selectivity as the ability to select stocks as part of the selectivity risk premium.

**Fama selectivity**

This is defined as the portion of the excess return that is not explained by the portfolio beta and the market risk premium. Since it cannot be explained by risk, it must be due to superior security selection. Fama's selectivity is made up of two components: diversification and net selectivity.

**Fama systematic risk**

This is the risk associated with overall aggregate market returns. It is the risk of security that cannot be reduced through diversification. It should not be confused with systemic risk, which is the risk that the entire financial system will collapse as a result of some catastrophic event.

**FX expected shortfall**

This measures the contribution of a foreign exchange to the portfolio's expected shortfall.

**FX exposure**

FX exposure is the amount of the portfolio invested in a foreign exchange instrument, usually expressed as a percentage of total holdings of a portfolio.

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 34 of 64 PageID #: 32068

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

### FX value-at-risk

This measures the value-at-risk of the foreign exchange instrument in a portfolio.

### Gamma

Gamma is a measure of how fast the delta changes, i.e. gamma is a mathematical measurement of how fast the price of an option contract changes for each unit of change in the price of the underlying asset.

### GARCH volatility

A GARCH (generalized autoregressive conditional heteroscedasticity) model incorporates the assumption that today's volatility depends upon three factors: a constant, yesterday's "news" about volatility, and yesterday's forecast variance. This specification parallels, in an informal sense, an environment wherein a dealer or trader typically tries to assess today's volatility in the context of a longer-term baseline or average value, where yesterday's volatility was expected to be, and where yesterday's volatility actually turned out to be.

### Geometric excess return

This is the profit in excess of a notional or benchmark fund expressed as a percentage of the final value of the notional or benchmark fund.

### GIPS

GIPS (global investment performance standards) are ethical guidelines establishing a formal and standardized method for investment firms to calculate and report investment results and performance. Full disclosure and fair representation of performance results can be ensured for prospective clients of a fund. The standards also help to avoid misrepresentation to potential clients, and create a standard that all managers are held to.

### Greek sensitivities

The Greeks are the quantities representing the sensitivities of derivatives, such as options, to a change in underlying parameters on which the value of an instrument or portfolio of financial instruments is dependent. The name is used because the most common of these sensitivities are often denoted by Greek letters.

### Gross exposure

Gross exposure is calculated by adding the percentage of the fund's equity invested in short sales to the percentage of its equity used for long positions. In both

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 35 of 64 PageID #: 32069

cases, the exposures often exceed 10% because they do not account for the use of leverage.

**Gross leverage**

The use of credit or borrowed funds to improve a fund's speculative capacity and increase the rate of return from an investment.

**High watermark**

The highest peak in value that an investment fund/account has reached. This term is often used in the context of fund manager compensation, which is performance based.

**Historical value-at-risk (HVaR)**

The historical method of calculating value-at-risk that simply re-organizes actual historical returns, putting them in order from worst to best. It then assumes that history will repeat itself from a risk perspective.

**Hull-White expected loss**

This is the expected loss under the Hull-White model of valuing assets.

**Hurst index**

The Hurst index is a useful statistic for detecting whether a portfolio managers' returns are mean-reverting (anti-persistent), totally random or persistent. An index between 0 and 0.5 would suggest the series of returns are mean-reverting. An index of 0.5 would suggest the series of returns was totally random.

**Implied volatility**

Implied volatility is the volatility of a futures contract, security or other financial instrument, as implied by the prices of an option on that instrument, calculated using an options pricing model.

**Incremental expected shortfall**

This provides information on the sensitivity of portfolio risk to changes in the position holding sizes in the portfolio. The sum of the incremental expected shortfall of the positions in a portfolio equals the total expected shortfall of the portfolio.

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Incremental value-at-risk**

This provides information on the sensitivity of portfolio risk to changes in the position holding sizes in the portfolio. The sum of the incremental risks of the positions in a portfolio equals the total risk of the portfolio.

**Information ratio**

The information ratio (IR) is very similar to the Sharpe ratio except that, instead of absolute return, we have excess return, and instead of absolute risk, we have the tracking error, hence the alternative name of modified Sharpe ratio.

IR = annual excess return/annual tracking error.

**Inner reserves**

The cash or funding reserves available for a fund/portfolio.

**Internal rate of return (IRR)**

This is a rate of return used to measure and compare the profitability of investments. It is the annual effective compounded return rate that can be earned on the invested capital.

**Jensen alpha**

Measures the extent to which a fund has added value relative to a benchmark. The Jensen alpha is equal to a fund's average return in excess of the risk-free rate, minus the beta times the benchmark's average return in excess of the risk-free rate.

**Kappa 3**

This measure was introduced by Kaplan and Knowles (2004). It is like a performance measure known and required by some hedge fund managers. It involves lower partial moments of return distributions and a hurdle return.

**Key rate deltas**

These show the sensitivity of the present value with respect to small changes in the key rates.

**Key rate duration**

This calculates the spot durations of each of the 11 "key" maturities along a spot rate curve. These 11 key maturities are at the three-month and one-, two-, three-, five-, seven-, 10-, 15-, 25- and 30-year portions of the curve. In essence, key-rate duration, while holding the yield for all other maturities constant, allows the

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

248   Risk Management Under UCITS III/IV

duration of a portfolio to be calculated for a one-base-point change in interest rates. Here is the formula:

$$\frac{\text{Price of security after a 1\% decrease in yield } - \text{ price of security after a 1\% increase in yield}}{2 \times (\text{initial price of security}) \times 1}$$

**Kurtosis**

This measure characterizes the relative peakedness or flatness of a distribution compared with the normal distribution. Positive kurtosis indicates a relatively peaked distribution. Negative kurtosis indicates a relatively flat distribution.

**Lambda**

Lambda is the ratio of the change in the option price to a small change in the option volatility. It is the partial derivative of the option price with respect to option volatility.

**Liquidity metrics**

Liquidity metrics measure a firm's abilities to meet its maturing short-term payment obligations.

**Liquidity spread**

This is the difference between the locked-in yield of bonds and short-term interest rates. The "normal" state of affairs is that as the time to bond maturity lengthens, the return rate increases and this is illustrated by a yield curve that slopes upwards.

**Long exposure**

The extent to which a hedge fund is vulnerable to changes in a given financial market.

**Long-term value-at-risk**

The value-at-risk of a portfolio/position with a horizon of more than 10 months.

**Long-term volatility**

The standard deviation in the monthly volatility of a stock measured for the trailing 12 months.

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Marginal expected shortfall**

This is a measure to evaluate the marginal expected shortfall of a position with respect to a portfolio. It can be thought of as the amount of expected shortfall the position is adding to the portfolio. It can be formally defined as the difference between the expected shortfall of the total portfolio and the expected shortfall of the portfolio without the position.

**Marginal value-at-risk (MVaR)**

The MVaR of a position with respect to a portfolio can be thought of as the amount of risk that the position is adding to the portfolio. It can be formally defined as the difference between the VaR of the total portfolio and the VaR of the portfolio without the position.

**Maximum drawdown**

Measures the loss in any losing period during a fund's investment record. It is defined as the percent retrenchment from a fund's peak value to the fund's valley value. The drawdown is in effect from the time the fund's retrenchment begins until a new fund high is reached. The maximum drawdown encompasses both the period from the fund's peak to the fund's valley (length), and the time from the fund's valley to a new fund high (recovery). It measures the largest percentage drawdown that has occurred in any fund's data record.

**Mean absolute deviation**

This is the expected value of the average of the differences of each return from the average return.

**Mean arithmetic excess return**

This is the average arithmetic return in excess of the risk-free rate or in excess of a market measure, such as an index fund.

**Mean geometric excess return**

This is the average profit in excess of a notional or benchmark fund expressed as a percentage of the final value of the notional or benchmark fund.

**Medium-term volatility**

The medium-term volatility corresponds to the volatility of a position/fund between a few weeks and a few months.

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

250   Risk Management Under UCITS III/IV

**Mispricing**

Mispricing refers to a market anomaly (or inefficiency) that affects the price and/or return of a financial instrument.

**Modified Dietz**

The Modified Dietz Method is a calculation used to determine the performance of an investment portfolio based on time-weighted cash flow.

In the absence of daily portfolio valuations, the modified Dietz method weights individual cash flows by the amount of time that those cash flows are held (or absent) from the portfolio.

The formula for modified Dietz is as follows:

$$R_{MDietz} = \frac{EMV - BMV - CF}{BMV + \sum_{i=1}^{n} Wi \times CF_i}$$

where:

EMV = ending market value;

BMV = beginning market value;

CF = the net cash flow for the period (contributions to a portfolio are entered as positive cash flows while withdrawals are entered as negative cash flows); and

$\sum_{i=1}^{n} Wi \times CF_i$ = the sum of each cash flow, $CF_i$, multiplied by its weight, $W_i$

The weight ($W_i$) is the proportion of the total number of days in the period that the cash flow $CF_i$ is in (or out) of the portfolio. $W_i$ can be calculated as:

$$W_t = \frac{CD - D_i}{CD}$$

where:

CD = the number of calendar days during the return period being calculated

$D_i$ = The day in the return period on which the cash flow ($CF_i$) occurred.

**Modified duration**

This measures the price sensitivity of bonds to changes in yield.

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 40 of 64 PageID #: 32074

**Modified Jensen**

Similar to the appraisal ratio, Jensen's alpha is divided by systematic risk rather than specific risk: modified Jensen = alpha/beta. It measures the systematic risk-adjusted return per unit of systematic risk.

**Modified Treynor ratio**

A logical alternative form of the Treynor ratio might use systematic risk $\sigma_s$ in the denominator, which is more consistent with the Treynor ratio.

**Modigliani beta**

Modigliani can be calculated for systematic risk instead of total risk.

**Modigliani excess return**

The excess return of a portfolio over a benchmark calculated with the Modigliani ratio.

**Modigliani ratio**

This is a variant of the Sharpe ratio. It focuses on total volatility but the risk-adjusted return is a differential return relative to the benchmark returns. The measures take the fund's average returns into account and determines what it would have been if the fund had the same degree of total risk as the market portfolio.

**Modigliani return**

The intercept with the Sharpe ratio line of a portfolio would give the return of the portfolio with the same Sharpe ratio but at the risk of the benchmark. This return is called the Modigliani return, and is represented by $M^2$.

**Modigliani Sortino**

The Modigliani measure can be calculated for downside risk instead of total risk, or systematic risk, but this time using the Sortino ratio instead of the total risk of the portfolio.

**Money weighted return (MWR)**

This is an important measure for comparing the performance of investments over time, regardless of the size of the investment (for example, the internal rate of return).

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 41 of 64 PageID #: 32075

10.1002/9781118357709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118357709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Monte Carlo value-at-risk**

This is the VaR of a portfolio/instruments, calculated through a mathematical technique (Monte Carlo simulation) used to model the price characteristics of an investment structure based on random simulations of the assets or variables that affect the price of the investment.

**Net exposure**

Net exposure takes the benefits of offsetting long and short positions into account and is calculated by subtracting the percentage of the fund's equity capital invested in short sales from the percentage of its equity capital used for long positions. For example, if a fund is 125% long and 50% short, its net exposure would be 75%.

**Net leverage**

This is defined as the net exposure (long exposure minus short exposure) divided by the equity capital (of a fund).

**Net present value (NPV)**

This is defined as the total present value of a time series of future cash flows. It measures the excess or shortfall of cash flows, in present value terms.

**Omega excess return**

Similar to differential return, the downside risk-adjusted benchmark return is calculated by multiplying the downside variance of the style benchmark by three times the style beta. The three is arbitrary. The style beta adjusts for the downside risk taken by the portfolio manager by taking the ratio of the downside risk of the portfolio divided by the downside risk of the style benchmark.

**Option adjusted spread (OAS)**

This is the flat spread over the treasury yield curve required to discount a security payment to match its market price. This concept can be applied to mortgage-backed securities, options, bonds, and any other interest-rate derivative instruments.

**Option delta**

This is the sensitivity of an option price to moves in the price of the underlying asset.

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 42 of 64 PageID #: 32076

**Option gamma**

Option gamma measures the rate of change in the delta with respect to changes in the underlying price. It corrects for the convexity of value.

**Option theta**

This measures the sensitivity of the value of an option to the passage of time. Theta is always negative for long calls and puts, and positive for short calls and puts.

**Option value**

Option value is the amount per share that an option buyer pays to the seller. It is usually calculated through different models such as Black-Scholes, binomial, trinomial, etc.

**Option vega**

Option vega measures the sensitivity to volatility. It is the derivative of the option value with respect to the volatility of the underlying. It is typically expressed as the amount of money, per underlying share, the option's value will gain or lose as volatility rises or falls by 1%.

**Parametric value-at-risk**

This is one of the approaches by which to calculate VaR. It is based on a mark-to-market evaluation of specific positions and the respective cash flows. This means that they are mapped onto a grid of volatile factors that correlate with one another. Volatilities and correlations available on the grid serve as a data basis for the risk calculation.

**Performance contribution**

This measures the contribution of certain portfolio constituents to overall portfolio performance.

**Premium sum**

The amount at which something is valued above its par or nominal value, such as money or securities.

**Prepayment risk**

The risk associated with early unscheduled return of principal on a fixed-income security. Some fixed-income securities, such as mortgage-backed securities, have embedded call options that may be exercised by the issuer, or the borrower.

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Present value**

The current value of a future sum of money or stream of cash flows, given a specified rate of return. Future cash flows are discounted at the discount rate, and the higher the discount rate, the lower the present value of the future cash flows.

**Price performance month-to-date**

The performance of the price of a position from the last month to the present date.

**Price performance week-to-date**

This is the performance of the price of a position from the last week to the present date.

**Price performance year-to-date**

The performance of the price of a position from the last year to the present date.

**Price value of a basis point**

A measure used to describe how a base point change in yield affects the price of a bond.

**Proceeds**

The income or profits arising from the sale of financial instruments after commissions are deducted.

**Profit and loss (P&L)**

A financial statement that summarizes the revenues, costs and expenses incurred during a specific period of time – usually a fiscal quarter or year. These records provide information that shows the ability of a company to generate profit by increasing revenue and reducing costs.

***R squared (*$R^2$*)***

It is the proportion of variance in fund returns that is related to the variance of benchmark returns. The closer $R^2$ is to 1, the more portfolio variance is explained by benchmark variance. A low $R^2$ indicates a less reliable line of best fit.

**RAROC**

This is the Risk-Adjusted Return-On-Capital. It is a financial measurement that allows analysts to take into account the effect of risk when comparing profitability

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 44 of 64 PageID #: 32078

and performance. It is calculated by dividing the risk = adjusted return (net income − expected loss + income from capital) by the economic capital.

**Realized loss**

A loss recognized when assets are sold for a price lower than the original purchase price.

**Realized profit**

Profit resulting from the sale of a security.

**Recovery rate**

This is the amount that a creditor would receive in final satisfaction of the claims on a defaulted credit.

**Regression alpha**

This is the intercept of the regression equation (the formula of the return of a portfolio), with the vertical axis.

**Regression beta**

The regression beta is the slope or gradient of the regression equation.

**Residual volatility**

It reflects a portion of the equity asset's total volatility that is not correlated with the manager's benchmark. It tells of the volatility that is attributable to a particular manager's stock choices.

**Return distribution**

This is the distribution of the returns of a portfolio.

**Rho**

The dollar amount by which the price of an option or other derivative changes for every 100 base points the risk-free interest rate changes.

**Risk contribution**

This is the measurable portion of the total portfolio risk that can be attributed to a name, region or any other group.

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 1:21-cv-01417-JPM Document 653-1 Filed 08/15/24 Page 45 of 64 PageID #: 32079

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Risk curve base point value**

Analogously to the base point value, we can obtain the risk curve base point value by shifting the "risk curve" by 1 base point and looking at the fair value delta. The risk curve is the credit spread curve or credit risk curve or CDS premium curve.

**Second worst drawdown**

Also called the "second highest drawdown". This represents the second highest drawdown after the maximum drawdown.

**Security exposure**

The amount of the portfolio invested in securities, usually expressed as a percentage of total portfolio holdings. Thus, it is the amount an investor has at risk.

**Semi standard deviation**

This is simply the square-root of the semi-variance (standard deviation).

**Shortfall probability**

It is the probability of a return falling short of a certain threshold.

**Short-term tracking error**

This measures of the unexplained portion of an investment performance relative to a benchmark. The short-term tracking error will be expected to have a time span of less than 1 month, or 21 market days.

**Short-term volatility**

Short-term volatility is the standard deviation of the price movement of a stock over the trailing month or 21 market days.

**Skewness**

This measure characterizes the degree of asymmetry of a distribution around its mean. Positive skewness indicates a distribution with an asymmetric tail extending towards more positive values. Negative skewness indicates a distribution with an asymmetric tail extending towards more negative values.

**Sortino ratio**

A return/risk ratio. The return (numerator) is defined as the incremental compound-average period return over a minimum acceptable return (MAR). The risk (denominator) is defined as the downside deviation below the MAR.

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 46 of 64 PageID #: 32080

**Specific risk**

This is a risk that affects a very small number of assets. An example would be news that is specific to either one stock or a group of companies, such as the loss of a patent, or a major natural disaster affecting the company's operation. Specific risk can be diversified away by holding a portfolio of several securities.

**Standard deviation**

For analysis purposes, it is more convenient to use the square root of the variance (i.e. the standard deviation). A higher standard deviation would indicate greater uncertainty, or risk.

**Sterling ratio**

A return/risk ratio. The return (numerator) is defined as the compound annualized return over the last three years, and the risk (denominator) is defined as the average yearly maximum drawdown over the last three years, less an arbitrary 10%. To calculate the average yearly drawdown, the latest three-year returns (36 months) are divided into three separate 12-month periods, and the maximum drawdown is calculated for each. These three drawdowns are then averaged to produce the average yearly maximum drawdown for the three-year period. If there are not three years of data, the available data are used.

**Systematic risk**

This is the risk associated with overall aggregate market returns. It is the risk of security that cannot be reduced through diversification. It should not be confused with systemic risk, which is the risk that the entire financial system will collapse as a result of some catastrophic event.

**Theta**

Theta is the sensitivity of an option's market value relative to a change in the time to expiration. It is a measure of time decay and tends to grow larger as an option approaches expiration.

**Theoretical profit/loss**

This is the profit and loss that would have been realized on the portfolio upon which the VaR calculation is made.

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 47 of 64 PageID #: 32081

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Time to maturity**

The amount of time that must elapse before a contract expires. The time to maturity can greatly affect the price of an option or futures contract. It is also called time to expiration.

**Time-weighted return (TWR)**

This methodology uses the fund's market value before each cash flow takes place, in order to calculate returns.

**Tracking error**

This measures the unexplained portion of an investment performance relative to a benchmark. Annual tracking error is measured by taking the square root of the average of the squared deviations between the investment's returns and the benchmark's returns, then multiplying the result by the square root of 12**.**

**Tracking error MAD**

We can define the tracking error as the mean absolute deviation (MAD) between active portfolio and benchmark returns.

**Treynor ratio**

This measure is similar to the Sharpe ratio, but it uses beta as the volatility measure rather than standard deviation. The return (numerator) is defined as the incremental average return of a fund over the risk-free rate. The risk (denominator) is defined as a fund's beta relative to a benchmark. The larger the ratio the better.

**Ulcer index**

This is an indicator used to measure the riskiness of investments such as securities, commodities, indexes and mutual funds. It is created by factoring in the depth and duration of drawdown from recent peaks. A large ulcer index indicates that the security represents undue risk and an investor who holds it will likely need to wait longer for the investment's price to climb back to its recent highs.

**Underlying present value**

This is the present value of future cash flows of an underlying asset from a derivative.

**Unexpected loss**

A risk metric related to the second moment of a portfolio's losses due to default over a specified horizon.

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 48 of 64 PageID #: 32082

**Unrealized loss**

A loss that has been made but not yet realized through a transaction, such as a stock that has fallen in value but is still being held.

**Unrealized profit**

Profit that has been made but not yet realized through a transaction, such as a stock that has risen in value but is still being held.

**Unwind expected loss**

This measures the expected loss of selling/closing out positions that an investor thinks will fall in value.

**Upside potential ratio**

the upside potential ratio is a measure of a return of an investment asset relative to the minimal acceptable return. The measurement allows a firm or individual to choose strategies with growth that is as stable as possible for a given minimum return.

**Value-at-risk (VaR)**

VaR is a widely used risk measure of the risk of loss on a specific portfolio of financial assets. For a given portfolio, probability and time horizon, VaR is defined as a threshold value such that the probability that the mark-to-market loss on the portfolio over the given time horizon exceeds this value is the given probability level.

**Value of a base point**

This is often used to measure the interest rate risk associated with swap trading books, bond trading portfolios and money market books. It will tell us how much money the positions will gain or lose for a 0.01% parallel movement in the yield curve. It quantifies the interest rate risk for small changes in interest rates.

**Variance**

Variance is a statistical measure of the variability of measured data from the average value of the set of data. A high variance, indicating relatively large variability, also indicates that the average is of minimal use in projecting future values for the data. It is used to weigh investment risk.

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Vega**

In the Black-Scholes model, vega is the amount of change to the price of an option contract as a result of a 1% change to the implied volatility of the underlying.

**Volatility skewness**

This is a graphical characteristic of the implied volatility of options of the same underlying asset across different strikes forming a right-skewed curve. It shows that implied volatility is higher as the options move increasingly to in-the-money, forming a right-skewed curve.

**Volatility**

Volatility is a measure of risk based on the standard deviation of the asset return. It is a measure of a security's stability. It is an important measure in quantifying risk, for example a security with a volatility of 50% is considered very high risk because it has the potential to increase or decrease up to half its value.

**Volatility shifts**

Structural breaks in volatility that can cause the mean level of volatility to shift up and down

**Weighted average life**

This is the average number of years for which each dollar of unpaid principal on a loan or mortgage remains outstanding. Once calculated, it tells us how many years it will take to pay half of the outstanding principal.

**Yield**

Yield is the income return on an investment. This refers to the interest or a dividend received from a security and is usually expressed annually as a percentage based on the investment's cost, its current market value, or its face value.

**Yield spread**

This is the difference between the quoted rates of return on two different investments, usually of credit quality. It is an indication of the risk premium for investing in one investment product over another.

**Yield to call**

Yield to call is the yield of a bond or note if you were to buy and hold the security until the call date. This yield is only valid if the security is called prior to

Case 1:21-cv-01417-JPM   Document 653-1   Filed 08/15/24   Page 50 of 64 PageID #: 32084

maturity. The calculation of yield to call is based on the coupon rate, the length of time to the call date and the market price.

**Yield to maturity (YTM)**

The rate of return anticipated on a bond if it is held until the maturity date. YTM is considered to be a long-term bond yield expressed as an annual rate. The calculation of YTM takes into account the current market price, par value, coupon interest rate and time to maturity. It is also assumed that all coupons are reinvested at the same rate.

**Yield to put**

This is the same as the yield to call, but when the bond holder has the option to sell the bond back to the issuer at a fixed price on specified date.

**Yield to worst**

Yield to worst is the lowest potential yield that can be received on a bond without the issuer actually defaulting. The yield to worst is calculated by making worst-case scenario assumptions on the issue by calculating the returns that would be received if provisions, including prepayment, call or sinking fund, are used by the issuer.

10.1002/9781118557709.app1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118557709.app1, Wiley Online Library on [03/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

# Exhibit C

International Journal of Research in Finance and Management 2018; 1(1): 18-23



**International Journal of Research in Finance and Management**

P-ISSN: 2617-5754
E-ISSN: 2617-5762
IJRFM 2018; 1(1): 18-23
Received: 10-11-2017
Accepted: 12-12-2017

**Mohammad Rahman**
Institute of Business
Administration, Jahangirnagar
University, Bangladesh

# Time value of money: A case study on its concept and its application in real life problems

## Mohammad Rahman

**Abstract**
Purpose of this case study is to understand the concept of time value of money. Way to calculate future value and to use it real life situations.
It is the concept that the value of a rupee to be received in coming future is less than the value of rupee today. Time value of Money is a theory advantage of having money today then latter. The time value of money is a concept, which states money available now has worth more than the same amount of money in future due to its earning capacity.
I have studied advantages / significance of TVM and various reasons which lead to requirement of TVM. Major reason behind time value of money is inflation, risk and rate of return; which lead to reduction in value of same money in future period.
I have tried to find solution to four real life problems through this case study. Problem includes loan repayment problem, investment problem, asset replacement problem, growth rate of profit earned in various years and implicit return on investment.

**Keywords:** Time value of money (TVM), present value future value rate of return, number of periods, annuity value

## Introduction
It is the concept that the value of a rupee to be received in coming future is less than the value of rupee today.
I.   Time value of Money is a theory advantage of having money today then latter.
II.  The time value of money is a concept, which states money available now has worth more than the same amount of money in future due to its earning capacity.

## Objectives
1.  To understand the concept of Time value of money
2.  How we can calculate present value/ future value for profiled cash flows?
3.  How time of money can helps us to solve our real life problems?

## There are various reasons behind this concept
1.  Investment: Money can be invested for generating more money, so money received today has greater value.
2.  Interest Earning: Value of rupee currently is more than its future value, as it is expected that it can be A rupee today is worth     more today than in future because of its opportunity cost of lost earnings.
3.  Inflation: It is expected to increase in price of commodities in coming future due to inflation, which lead to decline in value of today's money. "Positive rate of Inflation reduce the purchasing power of rupee with passage of time".
4.  Risk: When someone lends money, there is a risk involved in not paying back the money. Because of that risk interest is charged on the money, which reduces value of money.

## Terms attached with Time Value of Money are
1.  Present Value is a series of future payment or future value discounted at a rate of interest up to the current date to reflect the time value of money and result is called present value.

**Correspondence**
**Mohammad Rahman**
Institute of Business
Administration, Jahangirnagar
University, Bangladesh

International Journal of Research in Finance and Management

2. Future Value is amount that is calculated by increasing present value or series of payment at the given rate of interest and result is future value.
3. Rate of Interest is a charge against use to inflate/discount present value / future value to achieve desire result.
4. Time Value of Money Principle: It is used to compare two different cash flow statements of two different companies or projects for investment. Purpose is to state return provided by them if we make investment now.
5. Number of Periods: it represent the time period to which value or payment series discounted / inflated to calculate appropriate return.

**Significance of Time Value of Money**
It is mostly used concept in Finance world; based on this, decisions are made to maximize return on investments. It helps shareholders to invest their fund wisely. Its concept contributes to this aspect to much extent. Its significance are as follows:
1. Investment Decision is decision to make investment of funds for long term purpose. TVM help us to identify long term cash flow statements which will occur at different point of time. So, if investor have two projects to invest its money in, those two projects can be compared with this technique even if their cash flow statement time period doesn't matches with each other by providing present value of their future cash flow. Its concept is mostly used in equity or debt securities investment by using valuation models while doing investments.
2. Financing Decision is decision to make to optimize capital structure of the organization. Raising fund for equity, debt or from any other source. TVM helps in this decision by comparing cost to company through usage of effective rate of interest of each source of finance. And then present value of costs of two alternatives is compared against each other to decide on appropriate source of financing.
3. Operational Decision: This concept is also used in evaluating creditor cycle and debtors' cycle in managing cash collection under current assets management.

**Tvm Formula**
$FV = PV * [1 + (i/n)]^{(n*t)}$
FV = Future value of money
PV = Present value of money
i = Interest rate
t = number of years taken into consideration
n = number of compounding periods of interest per year

Example:
PV = Rs. 10,000
i = 10%
t = 10 years
n = 1 p.a.
FV =?

Scenario 1: n changes from 1 to 4 in case 1
Scenario 2: i changes from 10% to 11% in case 1
Scenario 3: t changes from 1 to 4 in case 1

Let see 3 different scenarios; with change in single input how it leads to change in results:

| Senario 1 | Case 1 | Case 2 | Unit |
|---|---|---|---|
| Present Value | 10,000 | 10,000 | Rupees |
| i | 10% | 10% | % |
| t | 10 | 10 | years |
| n | 4 | 1 | # |
| Future Value | 26,851 | 25,937 | Rupees |

| Scenario 2 | Case 1 | Case 2 | Unit |
|---|---|---|---|
| Present Value | 10,000 | 10,000 | Rupees |
| i | 11% | 10% | % |
| t | 10 | 10 | years |
| n | 1 | 1 | # |
| Future Value | 28,394 | 25,937 | Rupees |

| Scenario 3 | Case 1 | Case 2 | Unit |
|---|---|---|---|
| Present Value | 10,000 | 10,000 | Rupees |
| i | 10% | 10% | % |
| t | 11 | 10 | years |
| n | 1 | 1 | # |
| Future Value | 28,531 | 25,937 | Rupees |

In all three scenarios with increase in any of these inputs leads to increase in future value in all the scenarios and vice versa.

**Applications of Time Value of Money in Real Life Problems**
**Asset Replacement Problem**
A Manager has to find out accumulated sum of money in future date to replace it with existing assets.
Example: ABC Ltd has Rs. 100,000 of Debentures (5%). Company want set up a replacement of existing assets after 10 years. This replacement asset earns 8% per year. Required investment will be as follows:
Outcome: So ABC Ltd should invest Rs. 46,319.35 now to get Rs. 100,000 as replacement at 10 years.

*i = 8%*
*t = 10*
*n = 1*
*FV = 100,000*
*PV = Rs. 100,000 / [1 + (0.080/1)] ^ (1 * 10)*
*PV = Rs. 46,319.35*

**Investment Problem (Rate of Return)**
Manage wants to calculate implicit rate of return over an investment.
Example: Company offering to pay Rs. 201,475 at the end of 10 years with deposit of Rs. 15,000 p.a. How much implicate rate of return ABC ltd is offering to its customers?
Outcome: Company is offering 5.3% of annual return.

International Journal of Research in Finance and Management

| | Yearly Investment | Yearly Sum (with Interest) | Rate of Interest |
|---|---|---|---|
| Start of 1st year | 15000 | 15,000.00 | |
| End of 1st year | 15000 | 30,795.04 | 5.30% |
| End of 2nd year | 15000 | 47,427.26 | 5.30% |
| End of 3rd year | 15000 | 64,941.04 | 5.30% |
| End of 4th year | 15000 | 83,383.09 | 5.30% |
| End of 5th year | 15000 | 102,802.62 | 5.30% |
| End of 6th year | 15000 | 123,251.44 | 5.30% |
| End of 7th year | 15000 | 144,784.10 | 5.30% |
| End of 8th year | 15000 | 167,458.05 | 5.30% |
| End of 9th year | 15000 | 191,333.79 | 5.30% |
| End of 10th year | 0 | 201,475.00 | 5.30% |

Result can be achieved through hit and trial method of through goal seek option in excel.

**Loan Repayment Problem**
A manager pay loan in fixed period of time through equal installments.
Example: ABC Ltd has a loan of Rs. 100,000 from a Bank at a rate of 9% p.a. Company want to pay back money in 10 equal installments.
Outcome: So company should pay Rs. 23,674 annual to redeem loan in next 10 years.

$i = 9\%$
$t = 10$
$n = 1$
$FV = 100,000 + interest$

| | Amount | Rate of Interest |
|---|---|---|
| Starting of First Year | 100,000 | |
| End of First Year | 109,000 | 9% |
| End of Second Year | 118,810 | 9% |
| End of Third Year | 129,503 | 9% |
| End of Fourth Year | 141,158 | 9% |
| End of Fifth Year | 153,862 | 9% |
| End of Sixth Year | 167,710 | 9% |
| End of Seventh Year | 182,804 | 9% |
| End of Eighth Year | 199,256 | 9% |
| End of Nineth Year | 217,189 | 9% |
| End of Tenth Year | 236,736 | 9% |
| 10 Equal Instalments | 23,674 | |

**Profit Problem (Growth Rate of Return)**
Manager wants to calculate compounded growth rate over an investment in specified period of time.
Example: ABC Ltd. wants to calculate compounded growth rate over its profit and company is getting annual profit % as follows.
Outcome: Company has achieved 10.66% of rate of return p.a. to achieve its target of profit Rs. 75 lacs.

| Years | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Profit (Rs. Lacs) | 50 | 55 | 57 | 65 | 75 |
| Profit % | | | 10% | 4% | 14% | 15% |

By hit and trial method I found out that compounding annual growth rate is 10.66%. However it can be calculate through goal seek option in excel application.

**Valuation Problem**
TVM help us to solve problem of valuation for investment in equity, bonds, debentures, fixed deposits, recurring deposits etc.

**Conclusion and Recommendation**
As per my analysis, TVM is a very vibrant concept in finance world. It helps us to calculate approximate future value of current investment or present value of future returns. It helps us to in making decision where to invest and which not to consider. As discussed in this case study there are various real life problems which can be solved through this technique.
So my recommendation is to always consider this technique before making any investment in any financial instrument like equity, debts, bonds, insurance and various other instruments.

**References**
1. Ackerman RW. Influence of integration and diversity on the investment process. Administrative Science Quarterly. 1970; 15(3):341-351. (JSTOR link).
2. Adams SJ, GE Whittenburg. How the energy tax act affects capital budgeting. Management Accounting (November). 1981; 34-35(52):38-39.
3. Ahadiat N, RI Brueggemann. Evaluating an investment proposal. Journal of Accounting Education. 1990; 8(2):299-310.
4. Al-Ajmi J, N Al-Saleh, HA Hussain. Investment appraisal practices: A comparative study of conventional and Islamic financial institutions. Advances in Accounting: Incorporating Advances in International Accounting. 2011; 27(1):111-124.
5. Allen CB. Evaluation of capital projects - An application of the investor's method. N.A.A. Bulletin (January): 45-54. (The cash rate of return or investor's method of calculating the return on investment, 1961.
6. Anctil RM. Capital budgeting using residual income maximization. Review of Accounting Studies. 1996; 1(1):9-34.

International Journal of Research in Finance and Management

7.  Anderson CM. Motivation - The essential in budgeting. N.A.A. Bulletin 1963, 46.
8.  Anderson CM. The capital budgeting process. Management Accounting (September). 1972; 30-32:42.
9.  Anderson DR. Justifying plant investments. N.A.C.A Bulletin. 1934, 1036-1048.
10. Anderson HR, RP Schwartz. The capital facility decision. Management Accounting. 1971, 28-32.
11. Anderson LP, VV Miller. Capital budgeting: A modified approach to capital allocation. Management Accounting, 1969, 28-32.
12. Ang NP, KT Trotman. The utilization of quantitative and qualitative information in groups' capital investment decisions. Behavioral Research In Accounting. 2015; 27(1):1-24.
13. Ansari S. The Capital Budgeting Process. McGraw-Hill/Irwin, 2000.
14. Anthony RN. Equity interest - Its time has come. Journal of Accountancy, 1982, 76-93.
15. Arya A, J Glover. Option value to waiting created by a control problem. Journal of Accounting Research, 2001, 405-415. (JSTOR link).
16. Baker JC. Capital budgeting in American and European companies. Mid Atlantic Journal of Business (Summer), 1984, 15-28.
17. Balachandran KR, RA Maschmeyer, JL Livingstone. Product warranty period: A Markovian approach to estimation and analysis of repair and replacement costs. The Accounting Review, 1981, 115-124. (JSTOR link).
18. Balakrishnan R. The role of budgets and variances in repeated investment decisions. Contemporary Accounting Research. 1990 7(1):105-122.
19. Balakrishnan R. The value of communication in resource allocation decisions. Contemporary Accounting Research. 1992; 8(2):353-373.
20. Baldenius T, S Dutta, S Reichelstein. Cost allocation for capital budgeting decisions. The Accounting Review (July): 837-867. (JSTOR link), 2007.
21. Barenbaum L, T Monahan. Utilizing terminal values in teaching time value analysis. Journal of Accounting Education. 1983; 1(2):79-88.
22. Barisa LA. A pattern for profitable automotive fleet transportation. N.A.A. Bulletin (February): 56-64. (Purchase, lease, or reimburse employees who own them), 1965.
23. Bartley JW. A NPV model modified for inflation. Management Accounting (December), 1980, 49-52.
24. Barton D, M Wiseman. Focusing capital on the long term. Harvard Business Review 2014, 44-51.
25. Bisgay L. NAA publishes new MAP statement. Management Accounting, 1984, 67-68.
26. Bishop AN, Practical budgeting of capital expenditures. N.A.C.A. Bulletin 1956, 534-544.
27. Blackadar CG. Dynamic capitalization: An income approach in real dollars at real interest, part two: Making it work for you. Appraisal Journal 1986, 325-355.
28. Cannaday RE, PF Colwell, H Paley. Relevant and irrelevant internal rates of return. Engineering Economist (Fall), 1986, 17-38.
29. Carr C, K Kolehmainen, F Mitchell. Strategic investment decision making practices: A contextual approach. Management Accounting Research (September), 2010, 167-184.
30. Carroll JJ, GD Newbould. NPV vs. IRR: With capital budgeting, which do you choose? Healthcare Financial Management (November), 1986; 66 (68):62-64.
31. Carson AB. An investment-recovery-first concept of taxable profit. The Accounting Review, 1951, 456-467. (JSTOR link).
32. Casler GL, BL Anderson, RD Aplin. Capital Investment Analysis: Using Discounted Cash Flows. 3rd ed. New York: John Wiley, 1984,
33. Caughron RE. How we follow up capital expenditures. N.A.A. Bulletin, 1965, 47-52.
34. Chalos P, MCC Poon. Participation and performance in capital budgeting teams. Behavioral Research In Accounting. 2000; (12):199-230.
35. Chambers JC, SK Mullick. Investment decision-making in a multinational enterprise. Management Accounting, 1971, 13-20.
36. Champion RR, RG Glaser. Sugar cane irrigation: A case study in capital budgeting. Management Science (August): B781-B796. (JSTOR link), 1967.
37. Chang EC. Risk and inflation. Journal of Financial And Quantitative Analysis, 1987, 89-99.
38. Dargenidou C, S McLeay, I Raonic. Expected earnings growth and the cost of capital: An analysis of accounting regime change in the European financial market. Abacus. 2006; 42(3-4):388-414.
39. Davidson I, Y Shinozawa, M Tippett. Capital project analysis when cash flows evolve as a continuous time branching process. Abacus. 2009; 45(1):44-65.
40. Day JE. A screening model for investment proposals. Management Accounting (January):. (Indexed discounted payback), 1975, 48-52
41. Dayananda D, R Irons, S Harrison, J Herbohn, P Rowland. Capital Budgeting: Financial Appraisal of Investment Projects. Cambridge University Press, 2002.
42. Deakin EB. A class project for risk analysis in capital budgeting. The Accounting Review (January): 146-149. (JSTOR link), 1974.
43. Dean J. Capital Budgeting. New York: Columbia University Press, 1951.
44. Dean J. Measurement of profits for executive decisions. The Accounting Review (April): 185-196. (JSTOR link), 1951.
45. Dean J. Measuring the productivity of capital. Harvard Business Review (January-February), 1954, 120-130.
46. Deekens AVK. Did we realize on that capital outlay? N.A.A. Bulletin, 1959, 86-88.
47. Del Rio CA, MW Ray. Economics for expanding operations. N.A.A. Bulletin, 1965, 38-44.
48. De Moville W. Capital budgeting in municipalities. Management Accounting, 1977, 17-20.
49. Dempsey SJ. On the benefits of a mathematical solutions approach to time value of money instruction: Arguments and evidence. Journal of Accounting Education, 2003; 21(3):239-260.
50. Denison CA. Real options and escalation of commitment: A behavioral analysis of capital investment decisions. The Accounting Review, 2009, 133-155.
51. Denison CA, AM Farrell, KE Jackson. Managers'

International Journal of Research in Finance and Management

incorporation of the value of real options into their long-term investment decisions: An experimental investigation. Contemporary Accounting Research. 2012; 29(2):590-620.

52. Esposito EF. The cost of capital for middle-market companies: Using middle-market finance theory and Pepperdine Private Capital Markets Project. The CPA Journal, 2013, 53-56.

53. Ettredge M, Y Huang, W Zhang. Earnings restatements and differential timeliness of accounting conservatism. Journal of Accounting and Economics, 2012, 489-503.

54. Ezzamel MA. Estimating the cost of capital for a division of a firm and the allocation problem in accounting: A comment. Journal of Business Finance & Accounting. 1980; 7(1):65-73.

55. Ezzell JR, WA Kelley. APV analysis of capital budgeting under inflation. Financial Management (Autumn), 1984, 49-54.

56. Fairchild KM D Bline. Capital investment analysis: The index method. Issues in Accounting Education (Spring), 1988, 72-78.

57. Farragher EJ. Capital budgeting practices of Non-industrial firms. Engineering Economist (Summer), 1986, 293-302.

58. Felix WL. Estimating the relationship between technical change and reported performance. The Accounting Review, 1972, 52-63. (JSTOR link).

59. Fellers CI. Problems of capital expenditure budgeting. NACA. Bulletin, 1955, 1208-1217.

60. Fellingham JC, RA Young. Special allocations, investment decisions, and transactions costs in partnerships. Journal of Accounting Research (Autumn), 1989, 179-200. (JSTOR link).

61. Fera N. Using shareholder value to evaluate strategic choices. Management Accounting (November): 47-51. (Summary), 1997.

62. Ferrara WL. Should investment and financing decisions be separated? The Accounting Review, 1966, 106-114. (JSTOR link).

63. Ferrara WL. Capital budgeting and financing or leasing decisions. Management Accounting, 1968, 55-63.

64. Ferreira N, J Kar, L Trigeorgis. Option games. Harvard Business Review (March): 101-107. (Option games is a valuation tool combining real options with game theory to help managers make rational investment decisions), 2009.

65. Finerty JJ. Product pricing and investment analysis. Management Accounting (December), 1971, 15-18.

66. Finn FJ. Integer programming, linear programming and capital budgeting. Abacus. 1973; 9(2):180-192.

67. Gaver DP. Models for appraising investments yielding stochastic returns. Management Science. 1965, 815-830. (JSTOR link).

68. Gebhardt WR, CMC Lee, B Swaminathan. Toward an implied cost of capital. Journal of Accounting Research, 2001, 135-176. (JSTOR link).

69. Geiler LE. Analysis of uncertainty in capital expenditures. Management Accounting, 1970, 32-36.

70. Ghosh D. Throwing good money after bad. Management Accounting, (How to avoid the escalation phenomenon or pouring money into losing projects), 1995, 51-54.

71. Gigler F. Discussion of centralization, delegation, and shared responsibility in the assignment of capital investment decision rights. Journal of Accounting Research (Studies on Managerial Accounting), 1995, 165-175. (JSTOR link).

72. Gillett JB. A funded reserve for major removals. Management Accounting, 1978, 30-34.

73. Gilroy WM. Investment control in fixed price defense contracting. Management Accounting, 1967, 38-42.

74. Glahn GL, KT Fields, JE Trapnell. How to evaluate mixed risks capital projects. Management Accounting, 1980; 43:34-38.

75. Glahn GL, KT Fields, JE Trapnell. Capital budgeting for mixed risk projects. Managerial Planning. 1984; 21-27:31.

76. Glover J. Discussion of: "Controlling investment decisions: Depreciation and capital charges". Review of Accounting Studies. 2002; 7(2-3):283-287.

77. Gode D, P Mohanram. Inferring the cost of capital using the Ohlson-Juettner model. Review of Accounting Studies. 2003; 8(4):399-431.

78. Goetz BE. A problem in discounted cash flow. The Accounting Review, 1971, 162-164. (JSTOR link).

79. Gold B. The shaky foundations of capital budgeting. California Management Review (Winter) (Summary), 1976, 51-60.

80. Golden CW, MR Golden. Beyond 'what if': A risk-oriented capital budgeting model. Journal of Information Systems (Spring), 1987, 53-64.

81. Goodnight IO. Making replacement decisions to reduce costs. NACA. Bulletin, 1955, 1643-1653.

82. Gordon LA. The return on investment and the cost of capital. Management Accounting, 1976, 37-40.

83. Gordon LA, MD Myers. Postauditing capital projects. Management Accounting, 1991, 39-42.

84. Hawawini G, C Viallet. Finance for Executives: Managing for Value Creation, 2e. South-Western Educational Publishing, 2002.

85. Hayes RH, WJ. Abernathy. Managing our way to economic decline. Harvard Business Review, 1980, 67-77.

86. Hayes RH, WJ Abernathy. Managing our way to economic decline. Harvard Business Review (July-August): 138-149. (This is a reprint of their 1980 article with a retrospect by Hayes on page 141). (Summary), 2007.

87. Hayes RM, R Lundholm. Segment reporting to the capital market in the presence of a competitor. Journal of Accounting Research (Autumn): 261-279. (JSTOR link), 1996.

88. Hinton TL. Capital investment: International Paper fights back. Management Accounting, 1983, 41-44.

89. Hirst MK, JA Baxter. A capital budgeting case study: An analysis of a choice process and roles of information. Behavioral Research In Accounting, 1993; (5):187-210.

90. Hou K, MA van Dijk, Y Zhang. The implied cost of capital: A new approach. Journal of Accounting and Economics, 2012, 504-526.

91. Houck RG. Budgetary review of plant additions in a public utility. NACA. Bulletin, 1948, 251-256.

92. House WC Jr. The usefulness of sensitivity analysis in

International Journal of Research in Finance and Management

capital investment decisions. Management Accounting, 1966, 22-29.

93. Hughes J, J Liu, J Liu. On the relation between returns and implied cost of capital. Review of Accounting Studies. 2009; 14(2-3):246-259.

94. Hughes JS, J Liu, J Liu. Information asymmetry, diversification, and cost of capital. The Accounting Review, 2007, 705-729. (JSTOR link).

95. Ijiri Y. On the convergence of periodic reinvestments by an amount equal to depreciation. Management Science, 1967, 321-335. (JSTOR link).

96. Ilett F Jr. Cost of capital in hospital financing. Management Accounting, 1976, 46-48.

97. Imhof MJ, SE Seavey, DB Smith. Comparability and cost of equity capital. Accounting Horizons, 2017, 125-138.

98. Ismail TH, M Cline. Investment appraisal under conditions of continuous and discrete cash flows and discounting. Managerial Auditing Journal. 2005; 20(1):30-35.

99. Iyer G, D McBride, P Reckers. The effect of a decision aid on risk aversion in capital investment decisions. Advances in Accounting: Incorporating Advances in International Accounting. 2012; 28(1):64-74.

# Exhibit D

# Business Insights

Harvard Business School Online's Business Insights Blog provides the career insights you need to achieve your goals and gain confidence in your business skills.

## TIME VALUE OF MONEY (TVM): A PRIMER



**16 JUN 2022**

### Catherine Cote  | 👤 Staff

◇ Accounting, Finance, Financial Accounting

Email    Print    Share

Would you rather receive $1,000 today or the promise that you'll receive it one year from now? At first glance, this may seem like a trick question; in both instances, you receive the same amount of money.

Yet, if you answered the former, you made the correct choice. Why does receiving $1,000 now provide more value than in the future?

This concept is called the time value of money (TVM), and it's central to financial accounting and business decision-making. Here's a primer on what TVM is, how to calculate it, and why it matters.

---

### FREE E-BOOK: A MANAGER'S GUIDE TO FINANCE & ACCOUNTING

Access your free e-book today.

**DOWNLOAD NOW  ❯**

---

## WHAT IS THE TIME VALUE OF MONEY?

The **time value of money (TVM)** is a <u>core financial principle</u> that states a sum of money is worth more now than in the future.

In the online course Financial Accounting, Harvard Business School Professor V.G. Narayanan presents three reasons why this is true:

1. **Opportunity cost:** Money you have today can be invested and accrue interest, increasing its value.
2. **Inflation:** Your money may buy less in the future than it does today.
3. **Uncertainty:** Something could happen to the money before you're scheduled to receive it. Until you have it, it's not a given.

Essentially, a sum of money's value depends on how long you must wait to use it; the sooner you can use it, the more valuable it is.

When time is the only differentiating factor, the money you receive sooner will always be more valuable. Yet, sometimes, there are other factors at play. For instance, what's more valuable: $1,000 today or $2,000 one year from now?

TVM calculations "translate" all future cash to its present value. This way, you can directly compare its values and make financially informed decisions.

"Cash flows expressed in different time periods are analogous to cash flows expressed in different currencies," Narayanan says in Financial Accounting. "To add or subtract cash flows of different currencies, we first have to convert them to the same currency. Likewise, cash flows of different time periods can be added and subtracted only if we convert them first into the same period."

*Related:* 8 Financial Accounting Skills for Business Success

## HOW TO CALCULATE TVM

How you calculate TVM depends on which value you have and which you want to solve for. If you know the money's present value (for instance, the amount you deposited into your savings account today), you can use the following formula to find its future value after accruing interest:

$$FV = PV \times [ 1 + (i / n) ]^{(n \times t)}$$

Alternatively, if you know the money's future value (for instance, a sum that's expected three years from now), you can use the following version of the formula to solve for its present value:

$$PV = FV / [ 1 + (i / n) ]^{(n \times t)}$$

In the TVM formula:

- **FV** = cash's future value
- **PV** = cash's present value
- **i** = interest rate (when calculating future value) or discount rate (when calculating present value)
- **n** = number of compounding periods per year
- **t** = number of years

**Calculating TVM Manually: An Example**

Imagine you're a key decision-maker in your organization and two projects are proposed:

- Project A is predicted to bring in $2 million in one year.
- Project B is predicted to bring in $2 million in two years.

Before running the calculation, you know that the time value of money states the $2 million brought in by Project A is worth more than the $2 million brought in by Project B, simply because Project A's earnings are predicted to happen sooner.

To prove it, here's the calculation to compare the present value of both projects' predicted earnings, using an assumed four percent discount rate:

**Project A:**

$$PV = FV / [ 1 + (i / n) ]^{(n \times t)}$$

$$PV = 2,000,000 / [ 1 + (.04 / 1) ]^{(1 \times 1)}$$

$$PV = 2,000,000 / [ 1 + .04 ]^{1}$$

$$PV = 2,000,000 / 1.04$$

$$PV = \$1,923,076.92$$

**Project B:**

$$PV = FV / [ 1 + (i / n) ]^{(n \times t)}$$

$$PV = 2,000,000 / [ 1 + (.04 / 1) ]^{(1 \times 2)}$$

$$PV = 2,000,000 / [ 1 + .04 ]^{2}$$

$$PV = 2,000,000 / 1.04^{2}$$

$$PV = 2,000,000 / 1.0816$$

$$PV = \$1,849,112.43$$

In this example, the present value of Project A's returns is greater than Project B's because Project A's will be received one year sooner. In that year, you could invest the $2 million in other revenue-generating activities, put it into a savings account to accrue interest, or pay expenses without risk.

Now, imagine there's a third project to consider: Project C, which is predicted to bring in $3 million in two years. This adds another variable into the mix: When sums of money aren't the same, how much weight does timeliness carry?

**Project C:**

$$PV = FV / [ 1 + (i / n) ]^{(n \times t)}$$

$$PV = 3,000,000 / [ 1 + (.04 / 1) ]^{(1 \times 2)}$$

$$PV = 3,000,000 / [ 1 + .04 ]^{2}$$

$$PV = 3,000,000 / 1.04^{2}$$

$$PV = 3,000,000 / 1.0816$$

$$PV = \$2,773,668.64$$

In this case, Project C's present value is greater than Project A's, despite Project C having a longer timeline. In this case, you'd be wise to choose Project C.

**Calculating TVM in Excel**

While the aforementioned example was calculated manually, you can use a formula in Microsoft Excel, Google Sheets, or other data processing software to calculate TVM. Use the following formula to calculate a future sum's present value:

**=PV(rate,nper,pmt,FV,type)**

- **Rate** refers to the interest rate or discount rate for the period. This is "i" in the manual formula.
- **Nper** refers to the number of payment periods for a given cash flow. This is "t" in the manual formula.
- **Pmt or FV** refers to the payment or cash flow to be discounted. This is "FV" in the manual formula. You don't need to include values for both pmt and FV.
- **Type** refers to when the payment is received. If it's received at the beginning of the period, use 0. If it's received at the end of the period, use 1.

It's important to note that this formula assumes payments are equal over the total number of periods (nper).

Here's the calculation for Project A's present value using Excel:



## WHY IS TVM IMPORTANT?

Even if you don't need to use the TVM formula in your daily work, understanding it can help guide decisions about which projects or initiatives to pursue.

"Applying the concept of time value of money to projections of free cash flows provides us with a way of determining what the value of a specific project or business really is," Narayanan says in Financial Accounting.

As in the previous examples, you can use the TVM formula to calculate predicted returns' present values for multiple projects. Those present values can then be compared to determine which will provide the most value to your organization.

Additionally, investors use TVM to assess businesses' present values based on projected future returns, which helps them decide which investment opportunities to prioritize and pursue. If you're an entrepreneur seeking venture capital funding, keep this in mind. The quicker you provide returns to investors, the higher cash's present value, and the higher the likelihood they'll choose to invest in your company over others.



You now know the basics of TVM and can use it to make financially informed decisions. If this piqued your interest, consider taking an online course like Financial Accounting to build your skills and learn more about TVM and other financial levers that impact an organization's financial health.

***Do you want to take your career to the next level? Explore Financial Accounting—one of three online courses comprising our Credential of Readiness (CORe) program—which can teach you the key financial topics you need to understand business performance and potential. Not sure which course is right for you? Download our free flowchart.***

**About the Author**

*Catherine Cote is a marketing coordinator at Harvard Business School Online. Prior to joining HBS Online, she worked at an early-stage SaaS startup where she found her passion for writing content, and at a digital consulting agency, where she specialized in SEO. Catherine holds a B.A. from Holy Cross, where she studied psychology, education, and Mandarin Chinese. When not at work, you can find her hiking, performing or watching theatre, or hunting for the best burger in Boston.*

# Exhibit E
# (Redacted in Its Entirety)