IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., <br><br> Defendants. | ) <br> ) **PUBLIC VERSION** <br> ) <br> ) <br> ) C.A. No. 21-1417 (JPM) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) **Confidential Version Filed: August 8, 2024** <br> ) **Public Version Filed: August 15, 2024** <br> ) |

### DECLARATION OF JENNIFER KLEIN AYERS IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES AND PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PREJUDGMENT AND POST-JUDGMENT INTEREST

I, Jennifer Klein Ayers, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar of the State of Texas and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge, including upon information provided to me by personnel working under my supervision in this case and information obtained through an examination of case and my firm's business records. Each and every statement of fact contained in this Declaration is true and correct, and I would testify competently to the matters herein if called to do so. I provide this Declaration in support of Plaintiff's Reply in Support of its Motion for Attorneys' Fees and Plaintiff's Reply in Support of its Motion for Prejudgment and Post-Judgment Interest.

2. Akoustis had produced more than 12,000 documents before November 1, 2022. In total, Akoustis produced more than 200,000 documents in this case.

3. The parties were still taking fact depositions in November 2023, and Akoustis did not produce certain of the computers subject to the forensic inspection until November 10, 2023.

4. Below is a chart identifying deposition witnesses, the dates the depositions were taken, the attorney for each side that either took the deposition or presented the witness, and any other outside counsel for either Qorvo or Akoustis that attended the depositions.

| Elkins Ex. 20 | Deposition Date | Witness | Qorvo Counsel (Examining / Defending) | Qorvo Counsel Attendee | Akoustis Counsel (Examining / Defending) | Akoustis Counsel Attendee | Akoustis Counsel Attendee |
|---|---|---|---|---|---|---|---|
| | 8/10/22 | Nguyen, Clark | Cremen, Timothy | Quist, Trevor | Fuhrer, Robert | | |
| | 8/12/22 | Bravman, John | Quist, Trevor | Jung, Roy | Fuhrer, Robert | | |
| | 10/13/22 | Ortiz, Michael | Quist, Trevor | | Roozen, Theresa | Sweeney, Diane | |
| | 11/11/22 | Cowan, Adam | Quist, Trevor | | Roozen, Theresa | Sweeney, Diane | |
| * | 7/11/23 | Hodge, Michael | DeFosse, Jonathan | Gill, Eric | Jakopin, David | Roozen, Theresa | |
| * | 7/12/23 | Shen, Ya Annia | Gill, Eric | DeFosse, Jonathan | Jakopin, David | Roozen, Theresa | |
| * | 8/29/23 | Houlden, Rohan | DeFosse, Jonathan | Masters, Robert | Jakopin, David | Sweeney, Diane | Roozen, Theresa |
| * | 8/30/23 | Dry, Robert | DeFosse, Jonathan | Masters, Robert | Sweeney, Diane | Jakopin, David | Roozen, Theresa |
| * | 9/12/23 | Bender, Todd | Gill, Eric | Alper, Zachary | Rivaux, Shani | | |
| * | 9/12/23 | Winters, May | Cremen, Timothy | Jung, Roy | Jakopin, David | | |
| * | 9/13/23 | Vetury, Ramakrishna | Cremen, Timothy | Jung, Roy | Jakopin, David | | |
| * | 9/15/23 | Aichele, David | DeFosse, Jonathan | Jung. Roy | Jakopin, David | | |
| | 9/28/23 | Testa, Anthony | Masters, Robert | | Jakopin, David | | |
| | 9/29/23 | Giovan, Leah | Naqvi, Kazim | | Jakopin, David | | |
| * | 10/10/23 | Hunt, Colin | Gill, Eric | Alper, Zachary | Stanton, David | | |
| * | 10/20/23 | Kwon, Joonbum | Jung, Roy | Cremen, Timothy | Macchiaroli, Ric | | |
| | 10/25/23 | Fattinger, Gernot | Masters, Robert | | Jakopin, David | | |

| Elkins Ex. 20 | Deposition Date | Witness | Qorvo Counsel (Examining / Defending) | Qorvo Counsel Attendee | Akoustis Counsel (Examining / Defending) | Akoustis Counsel Attendee | Akoustis Counsel Attendee |
|---|---|---|---|---|---|---|---|
|  | 10/31/23 | Boyd, Michael | Masters, Robert |  | Stanton, David |  |  |
|  | 11/8/23 | Aigner, Robert | Masters, Robert |  | Jakopin, David |  |  |
| * | 11/9/23 | Johnson, Holly | Alper, Zachary | DeFosse, Jonathan | Elkins, David |  |  |
| * | 11/9/23 | Nixon, Anthony | Alper, Zachary | DeFosse, Jonathan | Elkins, David |  |  |
| * | 11/10/23 | Aichele, David (30(b)(6)) | DeFosse, Jonathan | Alper, Zachary | Elkins, David |  |  |
|  | 11/14/23 | Testa, Anthony (30(b)(6)) | Masters, Robert |  | Stanton, David |  |  |
| * | 11/15/23 | Kim, Daeho | Cremen, Timothy | Jung, Roy | Elkins, David |  |  |
| * | 11/15/23 | Shealy, Jeffrey | DeFosse, Jonathan | Masters, Robert | Lemieux, Ronald |  |  |
|  | 1/18/24 | Darveaux, Robert | DeFosse, Jonathan | Jung, Roy | Smith, Victoria | Cai, Xiaomei |  |
|  | 1/18/24 | Nguyen, Clark | Cremen, Timothy |  | Lemieux, Ronald |  |  |
|  | 1/19/24 | Faulkner, Kevin | Naqvi, Kazim |  | Cai, Xiaomei |  |  |
|  | 1/23/24 | Bennis, Melissa | Masters, Robert |  | Elkins, David |  |  |
|  | 1/24/24 | Robinson, Cuyler | Naqvi, Kazim |  | Smith, Victoria |  |  |
|  | 1/25/24 | Bravman, John | Cremen, Timothy |  | Lemieux, Ronald | **Stanford, Matthew** |  |
|  | 1/26/24 | Heinrich, Helge | Cremen, Timothy |  | Stanford, Matthew |  |  |
|  | 1/26/24 | Irwin, Carlyn | Ayers, Jennifer Klein |  | Elkins, David |  |  |
|  | 1/26/24 | Shanfield, Stanley | DeFosse, Jonathan | Jung, Roy | Lemieux, Ronald | **Cai, Xiaomei** |  |
|  | 1/31/24 | Lebby, Michael | DeFosse, Jonathan |  | Smith, Victoria | **Lemieux, Ronald** |  |

5. The parties used 735 exhibits during the deposition examinations of the witnesses identified in Elkins Exhibit 20 (D.I. 628). Although Akoustis examined certain of the witnesses with a small number of these 735 exhibits, the vast majority were used by Qorvo during Qorvo's deposition examinations of the witnesses.

6. I referred to Sheppard Mullin's timekeeping records set forth in Exhibits 2-34 of the DeFosse Declaration (D.I. 621). From September 2, 2021 to March 30, 2023, Sheppard Mullin billed Qorvo $4,591,828.80. Qorvo's Motion for Attorneys' Fees and Exhibit 1 to the DeFosse Declaration seeks to recover only $3,272,558.18 of those fees. The fees Qorvo seeks to recover for this time period are reflected in the "INCLUDED" and "PARTIALLY INCLUDED" time entries identified in Exhibit 1 to the DeFosse Declaration. Of the $4,591,828.80 that Sheppard Mullin billed Qorvo for work performed from September 2, 2021 to March 30, 2023, $1,027,011.60 relates to "PARTIALLY INCLUDED" (*i.e.*., block billed) entries. As explained in the DeFosse Declaration ¶ 6, for "PARTIALLY INCLUDED" time entries, the "Billed Hrs." column of DeFosse Exhibit 1 reflects the amount of time that Sheppard Mullin Partners involved in this case determined to be relevant to proving Qorvo's misappropriation case. Qorvo's Motion for Attorneys' Fees seeks to recover only $493,311.38 of the $1,027,011.60 that Sheppard Mullin billed Qorvo for "PARTIALLY INCLUDED WORK" from September 2, 2021 to March 30, 2023.

7. Attached as **Exhibit A** is a true and correct copy of exhibit number 99.1 from Akoustis Technologies Inc.'s form 8-K filed with the United States Securities and Exchange Commission on May 22, 2024.

8. Attached as **Exhibit B** is a true and correct copy of an Akoustis press release entitled "Akoustis Secures $8 Million in Volume XBAW® Orders with Tier-1 Customer" issued

on July 9, 2024 and available at https://ir.akoustis.com/news-events/press-releases/detail/359/akoustis-secures-8-million-in-volume-xbaw-orders-with.

9. Attached as **Exhibit C** is a true and correct copy of an Akoustis press release entitled "Akoustis Receives $2 Million in Volume Orders for Wi-Fi 7 Program from Tier-1 Carrier" issued on June 27, 2024 and available at https://ir.akoustis.com/news-events/press-releases/detail/358/akoustis-receives-2-million-in-volume-orders-for-wi-fi-7.

10. Attached as **Exhibit D** is a true and correct copy of an Akoustis press release entitled "Akoustis Announces $10 Million Registered Direct Offering Priced At-The-Market Under Nasdaq Rules" issued on May 22, 2024 and available at https://ir.akoustis.com/news-events/press-releases/detail/357/akoustis-announces-10-million-registered-direct-offering.

11. Attached as **Exhibit E** is a true and correct copy of relevant excerpts of the Expert Report of Dr. Stanley Shanfield – Misappropriation of Trade Secrets, dated November 21, 2023.

12. Attached as **Exhibit F** is a true and correct copy of relevant excerpts of the deposition transcripts of Michael Hodge, Annia Shen, Rohan Houlden, Robert Dry, Todd Bender, Mary Winters, Ramakrishna Vetury, Dave Aichele (30(b)(1) and 30(b)(6)), Colin Hunt, Joonbum Kwon, Holly Johnson, Anthony Nixon, Jeffrey Shealy, Daeho Kim, Melissa Bennis, John Bravman, Adam Cowan, Robert Darveaux, Michael Lebby, Michael Ortiz, Stanley Shanfield.

13. Attached as **Exhibit G** is a true and correct copy of David S. Almeling et al., Disputed Issues in Awarding Unjust Enrichment Damages in Trade Secret Cases, 19 Sedona Conf. J. 667 (2018).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 8, 2024.

*/s/ Jennifer Klein Ayers*
Jennifer Klein Ayers

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 8, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA  94304-1216<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Xiaomei Cai, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>2325 E. Camelback Road, Suite 700<br>Phoenix, AZ  85016<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Rachael A. Harris, Esquire<br>Matthew A. Stanford, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>2550 M Street, NW<br>Washington, DC  20037<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)