# EXHIBIT A

EX-99.1 2 ea020669601ex99-1_akoustis.htm PRESS RELEASE DATED MAY 22, 2024

**Exhibit 99.1**

**Akoustis Completes Rollout of its XBAW® Design Updates**

Charlotte, N.C., May 22, 2024 (GLOBE NEWSWIRE) -- Akoustis Technologies, Inc. (NASDAQ: AKTS) ("Akoustis" or the "Company"), an integrated device manufacturer (IDM) of patented bulk acoustic wave (BAW) high-band RF filters for mobile and other wireless applications, has announced the final release to manufacturing of design updates across its product portfolio.

Akoustis developed the updates to its XBAW® manufacturing process to remove any patented features claimed by Qorvo, Inc. (NASDAQ: QRVO) in U.S. Patent Nos. 7,522,018 and 9,735,755. Qorvo asserted the patents against certain XBAW® RF filters in *Qorvo, Inc. vs. Akoustis Technologies, Inc.*, No. 1:21-cv-01417-JPM (D. Del.). These updates have been incorporated into both new XBAW® RF filters and many earlier XBAW® filter designs since the Fall of 2022. Effective immediately, the Company has released these design updates to manufacturing for the remainder of its filter products that remain in production and distribution as needed to remove any potential infringement.

"While Akoustis is disappointed with the jury's verdict, the Company prepared well in advance for all potential outcomes," commented Dave Aichele, Executive Vice President of Business Development. "Based on our testing and qualification over the last two years, the design updates to these earlier XBAW® filters do not have any form, fit or function impact to the performance and reliability, as the Qorvo patented claims were not design features of the XBAW® process. Akoustis is well-prepared to move forward notwithstanding any injunction Qorvo may seek against the accused legacy versions of our products."

Management does not expect the verdict will affect its ability to market its product portfolio to existing and future customers.

**About Akoustis Technologies, Inc.**

Akoustis® (http://www.akoustis.com/) is a high-tech BAW RF filter solutions company that is pioneering next-generation materials science and MEMS wafer manufacturing to address the market requirements for improved RF filters — targeting higher bandwidth, higher operating frequencies and higher output power compared to legacy polycrystalline BAW technology. The Company utilizes its proprietary and patented XBAW® manufacturing process to produce bulk acoustic wave RF filters for mobile and other wireless markets, which facilitate signal acquisition and accelerate band performance between the antenna and digital back end. Superior performance is driven by the significant advances of poly-crystal, single-crystal, and other high purity piezoelectric materials and the resonator-filter process technology which enables optimal trade-offs between critical power, frequency and bandwidth performance specifications.

Akoustis plans to service the fast growing multi-billion-dollar RF filter market using its integrated device manufacturer (IDM) business model. The Company owns and operates a 125,000 sq. ft. ISO-9001:2015 registered commercial wafer-manufacturing facility located in Canandaigua, NY, which includes a class 100 / class 1000 cleanroom facility — tooled for 150-mm diameter wafers — for the design, development, fabrication and packaging of RF filters, MEMS and other semiconductor devices. Akoustis Technologies, Inc. is headquartered in the Piedmont technology corridor near Charlotte, North Carolina.

**Forward-Looking Statements**

This document includes "forward-looking statements" within the meaning of Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act of 1934, each as amended, that are intended to be covered by the "safe harbor" created by those sections. These forward-looking statements include, but are not limited to, statements about our estimates, expectations, beliefs, intentions, plans or strategies for the future (including our possible future results of operations, profitability, business strategies, competitive position, potential growth opportunities, potential market opportunities and the effects of competition), and the assumptions underlying such statements. Forward-looking statements include all statements that are not historical facts and typically are identified by use of terms such as "may," "might," "would," "will," "should," "could," "project," "expect," "plan," "strategy," "anticipate," "attempt," "develop," "help," "believe," "think," "estimate," "predict," "intend," "forecast," "seek," "potential," "possible," "continue," "future," and similar words (including the negative of any of the foregoing), although some forward-looking statements are expressed differently. Forward-looking statements are neither historical facts nor assurances of future results, performance, events or circumstances. Instead, these forward-looking statements are based on management's current beliefs, expectations and assumptions, and are subject to risks and uncertainties. Factors that could cause actual results to differ materially from those currently anticipated include, without limitation, risks relating to our limited operating history; our inability to generate revenues or achieve profitability; the failure of our common stock to meet the minimum requirements for continued listing on the Nasdaq Capital Market, the impact of a pandemic or epidemic or natural disaster, including the COVID-19 pandemic, the Russian-Ukrainian and Middle East conflicts and other sources of volatility on our operations, financial condition and the worldwide economy, including our ability to access the capital markets; increases in prices for raw materials, labor, and fuel caused by rising inflation; our inability to obtain adequate financing and sustain our status as a going concern; the results of our research and development activities; our inability to achieve acceptance of our products in the market; general economic conditions, including upturns and downturns in the industry; existing or increased competition; our inability to successfully scale our New York wafer fabrication facility and related operations while maintaining quality control and assurance and avoiding delays in output; contracting with customers and other parties with greater bargaining power and agreeing to terms and conditions that may adversely affect our business; the possibility that the anticipated benefits from business acquisitions will not be realized in full or at all or may take longer to realize than expected; the possibility that costs or difficulties related to the integration of acquired businesses' operations will be greater than expected and the possibility of disruptions to our business during integration efforts and strain on management time and resources; risks related to doing business in foreign countries, including rising tensions between the United States and China;  any cybersecurity breaches or other disruptions compromising our proprietary information and exposing us to liability; our limited number of patents; failure to obtain, maintain, and enforce our intellectual property rights; claims of infringement, misappropriation or misuse of third party intellectual property, including the lawsuit filed by Qorvo, Inc. in October 2021, has resulted in significant expense; our inability to attract and retain qualified personnel; the outcome of current and any future litigation; our reliance on third parties to complete certain processes in connection with the manufacture of our products; product quality and defects; our inability to successfully manufacture, market and sell products based on our technologies; our ability to meet the required specifications of customers and achieve qualification of our products for commercial manufacturing in a timely manner; our failure to innovate or adapt to new or emerging technologies, including in relation to our competitors; our failure to comply with regulatory requirements; stock volatility and illiquidity; our failure to implement our business plans or strategies; our failure to maintain effective internal control over financial reporting; our failure to obtain or maintain a Trusted Foundry accreditation or our New York fabrication facility; and shortages in supplies needed to manufacture our products, or needed by our customers to manufacture devices incorporating our products. These and other risks and uncertainties are described in more detail in the Risk Factors and Management's Discussion and Analysis of Financial Condition and Results of Operations sections of the Company's most recent Annual Report on Form 10-K and in subsequently filed Quarterly Reports on Form 10-Q. Considering these risks, uncertainties and assumptions, the forward-looking statements regarding future events and circumstances discussed in this document may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. You should not rely upon forward-looking statements as predictions of future events. The forward-looking statements included in this document speak only as of the date hereof and, except as required by law, we undertake no obligation to update publicly or privately any forward-looking statements, whether written or oral, for any reason after the date of this document to conform these statements to new information, actual results or to changes in our expectations.

**Contact:**

COMPANY:
Kenneth Boller
Akoustis Technologies
Chief Financial Officer
(704) 274-3598
kboller@akoustis.com

# EXHIBIT B

July 9, 2024



# Akoustis Secures $8 Million in Volume XBAW® Orders with Tier-1 Customer

- **Tier-1 Customer to Utilize Multiple XBAW® Filters for Wi-Fi 6E and 7 Access Points**
- **Volume Orders to Satisfy Customer's Demand Through Fiscal Year 2025**

Charlotte, N.C., July 09, 2024 (GLOBE NEWSWIRE) -- Akoustis Technologies, Inc. (NASDAQ: AKTS) ("Akoustis" or the "Company"), an integrated device manufacturer (IDM) of patented bulk acoustic wave (BAW) high-band RF filters for mobile and other wireless applications, announced today that the Company has received $8M in new orders from a Tier-1 customer to satisfy the customer's demand for four Wi-Fi Access Points (AP), which are either currently in production or ramping into production in the second half of calendar year 2024.

The purchase orders provide a significant backlog, and the Company plans to deliver millions of parts over the next six months to support the new demand for two Wi-Fi 6E APs that have been in production over the past year and two new Wi-Fi 7 programs ramping into production. Pursuant to the purchaser orders, Akoustis will be delivering a total of ten unique narrowband and wideband XBAW® filters, four of which are previous generation and six of which are next-generation designs focused on providing improved performance in a smaller form factor, demonstrating an overall lower cost platform.

The collaboration highlights the robust relationship with this Wi-Fi 7 customer. The customer's architecture heavily relies on Akoustis' high-performance BAW solutions and advanced filter capabilities. The Company is committed to providing solutions to support its growth and market success in the Wi-Fi market.

**About Akoustis Technologies, Inc.**

Akoustis® ([http://www.akoustis.com/](http://www.akoustis.com/)) is a high-tech BAW RF filter solutions company that is pioneering next-generation materials science and MEMS wafer manufacturing to address the market requirements for improved RF filters — targeting higher bandwidth, higher operating frequencies and higher output power compared to legacy polycrystalline BAW technology. The Company utilizes its proprietary and patented XBAW® manufacturing process to produce bulk acoustic wave RF filters for mobile and other wireless markets, which facilitate signal acquisition and accelerate band performance between the antenna and digital back end. Superior performance is driven by the significant advances of poly-crystal, single-crystal, and other high purity piezoelectric materials and the resonator-filter process technology which enables optimal trade-offs between critical power, frequency and bandwidth performance specifications.

Akoustis owns and operates a 125,000 sq. ft. ISO-9001:2015 registered commercial wafer-manufacturing facility located in Canandaigua, NY, which includes a class 100 / class 1000

cleanroom facility — tooled for 150-mm diameter wafers — for the design, development, fabrication and packaging of RF filters, MEMS and other semiconductor devices. Akoustis Technologies, Inc. is headquartered in the Piedmont technology corridor near Charlotte, North Carolina.

**Forward-Looking Statements**

This document includes "forward-looking statements" within the meaning of Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act of 1934, each as amended, that are intended to be covered by the "safe harbor" created by those sections. These forward-looking statements include, but are not limited to, statements about our estimates, expectations, beliefs, intentions, plans or strategies for the future (including our possible future results of operations, profitability, business strategies, competitive position, potential growth opportunities, potential market opportunities and the effects of competition), and the assumptions underlying such statements. Forward-looking statements include all statements that are not historical facts and typically are identified by use of terms such as "may," "might," "would," "will," "should," "could," "project," "expect," "plan," "strategy," "anticipate," "attempt," "develop," "help," "believe," "think," "estimate," "predict," "intend," "forecast," "seek," "potential," "possible," "continue," "future," and similar words (including the negative of any of the foregoing), although some forward-looking statements are expressed differently. Forward-looking statements are neither historical facts nor assurances of future results, performance, events or circumstances. Instead, these forward-looking statements are based on management's current beliefs, expectations and assumptions, and are subject to risks and uncertainties. Factors that could cause actual results to differ materially from those currently anticipated include, without limitation, risks relating to our limited operating history; our inability to generate revenues or achieve profitability; the failure of our common stock to meet the minimum requirements for continued listing on the Nasdaq Capital Market, the impact of a pandemic or epidemic or natural disaster, including the COVID-19 pandemic, the Russian-Ukrainian and Middle East conflicts and other sources of volatility on our operations, financial condition and the worldwide economy, including our ability to access the capital markets; increases in prices for raw materials, labor, and fuel caused by rising inflation; our inability to obtain adequate financing and sustain our status as a going concern; the results of our research and development activities; our inability to achieve acceptance of our products in the market; general economic conditions, including upturns and downturns in the industry; existing or increased competition; our inability to successfully scale our New York wafer fabrication facility and related operations while maintaining quality control and assurance and avoiding delays in output; contracting with customers and other parties with greater bargaining power and agreeing to terms and conditions that may adversely affect our business; the possibility that the anticipated benefits from business acquisitions will not be realized in full or at all or may take longer to realize than expected; the possibility that costs or difficulties related to the integration of acquired businesses' operations will be greater than expected and the possibility of disruptions to our business during integration efforts and strain on management time and resources; risks related to doing business in foreign countries, including rising tensions between the United States and China;  any cybersecurity breaches or other disruptions compromising our proprietary information and exposing us to liability; our limited number of patents; failure to obtain, maintain, and enforce our intellectual property rights; claims of infringement, misappropriation or misuse of third party intellectual property, including the lawsuit filed by Qorvo, Inc. in October 2021, that, regardless of merit, has resulted in significant

expense and a large jury award in favor of Qorvo; our inability to attract and retain qualified personnel; the outcome of current and any future litigation; our reliance on third parties to complete certain processes in connection with the manufacture of our products; product quality and defects; our inability to successfully manufacture, market and sell products based on our technologies; our ability to meet the required specifications of customers and achieve qualification of our products for commercial manufacturing in a timely manner; our failure to innovate or adapt to new or emerging technologies, including in relation to our competitors; our failure to comply with regulatory requirements; stock volatility and illiquidity; our failure to implement our business plans or strategies; our failure to maintain effective internal control over financial reporting; our failure to obtain or maintain a Trusted Foundry accreditation or our New York fabrication facility; and shortages in supplies needed to manufacture our products, or needed by our customers to manufacture devices incorporating our products. These and other risks and uncertainties are described in more detail in the Risk Factors and Management's Discussion and Analysis of Financial Condition and Results of Operations sections of the Company's most recent Annual Report on Form 10-K and in subsequently filed Quarterly Reports on Form 10-Q. Considering these risks, uncertainties and assumptions, the forward-looking statements regarding future events and circumstances discussed in this document may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. You should not rely upon forward-looking statements as predictions of future events. The forward-looking statements included in this document speak only as of the date hereof and, except as required by law, we undertake no obligation to update publicly or privately any forward-looking statements, whether written or oral, for any reason after the date of this document to conform these statements to new information, actual results or to changes in our expectations.

```
Contact:

COMPANY:
Kenneth Boller
Akoustis Technologies
Chief Financial Officer
(704) 274-3598
kboller@akoustis.com
```



Source: Akoustis, Inc.

EXHIBIT C

June 27, 2024



# Akoustis Receives $2 Million in Volume Orders for Wi-Fi 7 Program from Tier-1 Carrier

- **Tier-1 Customer to Use Akoustis' Next-Generation 5.5 and 6.5 GHz Wi-Fi XBAW$^{®}$ Filters in Tri-Band 4x4 MIMO Router**
- **Secured Wi-Fi 7 Filter Orders to Support Production Beginning in July 2024 Through March 2025**

Charlotte, N.C., June 27, 2024 (GLOBE NEWSWIRE) -- Akoustis Technologies, Inc. (NASDAQ: AKTS) ("Akoustis" or the "Company"), an integrated device manufacturer (IDM) of patented bulk acoustic wave (BAW) high-band RF filters for mobile and other wireless applications, announced today that the company has received $2M in production orders from Tier-1 carrier customer to satisfy demand for two of its industry-leading XBAW$^{®}$ filters integrated into a Wi-Fi 7 platform.

Wi-Fi technology continues to advance to enable higher data transfer rates and greater density per transmission. With the integration of multiple Akoustis XBAW$^{®}$ filters, the filters support the 5 and 6 GHz Wi-Fi bands with Multi-Link Operation (MLO) and higher throughput, lower latency, and 10 Gbps. The customer's router caters to residential, small, and medium-sized businesses. The Company supported the initial ramp in first half of calendar year 2024 and received the recent volume orders to support production through the end of March 2025.

Dave Aichele, Executive Vice President of Business Development of Akoustis, stated, "Akoustis is currently securing strong backlog in Wi-Fi 6E and new Wi-Fi 7 programs, which we expect to achieve record revenue in the September quarter." Mr. Aichele continued, "As the demand for high-speed connectivity continues to rise, we are proud to provide compact, high-performance solutions that allow our customers to meet and exceed these expectations."

Akoustis maintains its momentum in advanced Wi-Fi and expects to announce additional and larger production orders in the coming weeks.

**About Akoustis Technologies, Inc.**

Akoustis$^{®}$ ([http://www.akoustis.com/](http://www.akoustis.com/)) is a high-tech BAW RF filter solutions company that is pioneering next-generation materials science and MEMS wafer manufacturing to address the market requirements for improved RF filters — targeting higher bandwidth, higher operating frequencies and higher output power compared to legacy polycrystalline BAW technology. The Company utilizes its proprietary and patented XBAW$^{®}$ [manufacturing process](#) to produce bulk acoustic wave RF filters for mobile and other wireless markets, which facilitate signal acquisition and accelerate band performance between the antenna

and digital back end. Superior performance is driven by the significant advances of poly-crystal, single-crystal, and other high purity piezoelectric materials and the resonator-filter process technology which enables optimal trade-offs between critical power, frequency and bandwidth performance specifications.

Akoustis plans to service the fast growing multi-billion-dollar RF filter market using its integrated device manufacturer (IDM) business model. The Company owns and operates a 125,000 sq. ft. ISO-9001:2015 registered commercial wafer-manufacturing facility located in Canandaigua, NY, which includes a class 100 / class 1000 cleanroom facility — tooled for 150-mm diameter wafers — for the design, development, fabrication and packaging of RF filters, MEMS and other semiconductor devices. Akoustis Technologies, Inc. is headquartered in the Piedmont technology corridor near Charlotte, North Carolina.

## Forward-Looking Statements

This document includes "forward-looking statements" within the meaning of Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act of 1934, each as amended, that are intended to be covered by the "safe harbor" created by those sections. These forward-looking statements include, but are not limited to, statements about our estimates, expectations, beliefs, intentions, plans or strategies for the future (including our possible future results of operations, profitability, business strategies, competitive position, potential growth opportunities, potential market opportunities and the effects of competition), and the assumptions underlying such statements. Forward-looking statements include all statements that are not historical facts and typically are identified by use of terms such as "may," "might," "would," "will," "should," "could," "project," "expect," "plan," "strategy," "anticipate," "attempt," "develop," "help," "believe," "think," "estimate," "predict," "intend," "forecast," "seek," "potential," "possible," "continue," "future," and similar words (including the negative of any of the foregoing), although some forward-looking statements are expressed differently. Forward-looking statements are neither historical facts nor assurances of future results, performance, events or circumstances. Instead, these forward-looking statements are based on management's current beliefs, expectations and assumptions, and are subject to risks and uncertainties. Factors that could cause actual results to differ materially from those currently anticipated include, without limitation, risks relating to our limited operating history; our inability to generate revenues or achieve profitability; the failure of our common stock to meet the minimum requirements for continued listing on the Nasdaq Capital Market, the impact of a pandemic or epidemic or natural disaster, including the COVID-19 pandemic, the Russian-Ukrainian and Middle East conflicts and other sources of volatility on our operations, financial condition and the worldwide economy, including our ability to access the capital markets; increases in prices for raw materials, labor, and fuel caused by rising inflation; our inability to obtain adequate financing and sustain our status as a going concern; the results of our research and development activities; our inability to achieve acceptance of our products in the market; general economic conditions, including upturns and downturns in the industry; existing or increased competition; our inability to successfully scale our New York wafer fabrication facility and related operations while maintaining quality control and assurance and avoiding delays in output; contracting with customers and other parties with greater bargaining power and agreeing to terms and conditions that may adversely affect our business; the possibility that the anticipated benefits from business acquisitions will not be realized in full or at all or may take longer to realize than expected; the possibility that costs or difficulties related to the integration of acquired

businesses' operations will be greater than expected and the possibility of disruptions to our business during integration efforts and strain on management time and resources; risks related to doing business in foreign countries, including rising tensions between the United States and China;   any cybersecurity breaches or other disruptions compromising our proprietary information and exposing us to liability; our limited number of patents; failure to obtain, maintain, and enforce our intellectual property rights; claims of infringement, misappropriation or misuse of third party intellectual property, including the lawsuit filed by Qorvo, Inc. in October 2021, that, regardless of merit, has resulted in significant expense; our inability to attract and retain qualified personnel; the outcome of current and any future litigation; our reliance on third parties to complete certain processes in connection with the manufacture of our products; product quality and defects; our inability to successfully manufacture, market and sell products based on our technologies; our ability to meet the required specifications of customers and achieve qualification of our products for commercial manufacturing in a timely manner; our failure to innovate or adapt to new or emerging technologies, including in relation to our competitors; our failure to comply with regulatory requirements; stock volatility and illiquidity; our failure to implement our business plans or strategies; our failure to maintain effective internal control over financial reporting; our failure to obtain or maintain a Trusted Foundry accreditation or our New York fabrication facility; and shortages in supplies needed to manufacture our products, or needed by our customers to manufacture devices incorporating our products. These and other risks and uncertainties are described in more detail in the Risk Factors and Management's Discussion and Analysis of Financial Condition and Results of Operations sections of the Company's most recent Annual Report on Form 10-K and in subsequently filed Quarterly Reports on Form 10-Q. Considering these risks, uncertainties and assumptions, the forward-looking statements regarding future events and circumstances discussed in this document may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. You should not rely upon forward-looking statements as predictions of future events. The forward-looking statements included in this document speak only as of the date hereof and, except as required by law, we undertake no obligation to update publicly or privately any forward-looking statements, whether written or oral, for any reason after the date of this document to conform these statements to new information, actual results or to changes in our expectations.

```
Contact:

COMPANY:
Kenneth Boller
Akoustis Technologies
Chief Financial Officer
(704) 274-3598
kboller@akoustis.com
```



Source: Akoustis, Inc.

# EXHIBIT D

May 22, 2024



# Akoustis Announces $10 Million Registered Direct Offering Priced At-The-Market Under Nasdaq Rules

Charlotte, N.C., May 22, 2024 (GLOBE NEWSWIRE) -- Akoustis Technologies, Inc. (Nasdaq: AKTS) ("Akoustis" or the "Company"), an integrated device manufacturer (IDM) of patented bulk acoustic wave (BAW) high-band RF filters for mobile and other wireless applications, announced today that it has entered into definitive securities purchase agreements for the purchase and sale of an aggregate of 50,000,000 shares of the Company's common stock (or common stock equivalents) at a purchase price of $0.20 per share of common stock (or common stock equivalent) in a registered direct offering priced at-the-market under Nasdaq rules. The offering is expected to close on or about May 24, 2024 subject to the satisfaction of customary closing conditions.

Roth Capital Partners is acting as the exclusive placement agent for the offering.

Akoustis expects the gross proceeds from the offering to be approximately $10,000,000 million, before deducting the placement agent's fees and other estimated offering expenses payable by Akoustis. Akoustis intends to use the net proceeds from the proposed offering for working capital and to fund operations.

A shelf registration statement on Form S-3 (File No. 333-262540) relating to the shares of common stock (and common stock equivalents) to be issued in the offering was previously filed with the Securities and Exchange Commission (the "SEC") and is currently effective. The offering is being made only by means of a prospectus, including a prospectus supplement, forming a part of the effective registration statement, relating to the offering that will be filed with the SEC. Electronic copies of the final prospectus supplement and accompanying prospectus may be obtained, when available, on the SEC's website at http://www.sec.gov or by contacting Roth Capital Partners, LLC at 888 San Clemente Drive, Newport Beach CA 92660, by phone at (800) 678-9147 or by email at rothecm@roth.com.

This press release does not constitute an offer to sell, or the solicitation of an offer to buy, the shares of common stock (or common stock equivalents), nor will there be any sale of the shares of common stock (or common stock equivalents) in any state or other jurisdiction in which such offer, solicitation or sale is not permitted.

**About Akoustis Technologies, Inc.**

Akoustis® (http://www.akoustis.com) is a high-tech BAW RF filter solutions company that is pioneering next-generation materials science and MEMS wafer manufacturing to address the market requirements for improved RF filters – targeting higher bandwidth, higher operating frequencies and higher output power compared to legacy polycrystalline BAW technology. The Company utilizes its proprietary and patented XBAW® manufacturing process to produce bulk acoustic wave RF filters for mobile and other wireless markets,

which facilitate signal acquisition and accelerate band performance between the antenna and digital back end. Superior performance is driven by the significant advances of poly-crystal, single-crystal, and other high purity piezoelectric materials and the resonator-filter process technology which enables optimal trade-offs between critical power, frequency and bandwidth performance specifications.

Akoustis plans to service the fast growing multi-billion-dollar RF filter market using its integrated device manufacturer (IDM) business model. The Company owns and operates a 125,000 sq. ft. ISO-9001:2015 registered commercial wafer-manufacturing facility located in Canandaigua, NY, which includes a class 100 / class 1000 cleanroom facility — tooled for 150 mm diameter wafers – for the design, development, fabrication and packaging of RF filters, MEMS and other semiconductor devices. Akoustis Technologies, Inc. is headquartered in the Piedmont technology corridor near Charlotte, North Carolina.

**Forward-Looking Statements**

This document includes "forward-looking statements" within the meaning of Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act of 1934, each as amended, that are intended to be covered by the "safe harbor" created by those sections. These forward-looking statements include, but are not limited to, statements regarding the public offering of common stock and the intended use of the net proceeds of such public offering. Forward-looking statements include all statements that are not historical facts and typically are identified by use of terms such as "may," "might," "would," "will," "should," "could," "project," "expect," "plan," "strategy," "anticipate," "attempt," "develop," "help," "believe," "think," "estimate," "predict," "intend," "forecast," "seek," "potential," "possible," "continue," "future," and similar words (including the negative of any of the foregoing), although some forward-looking statements are expressed differently. Forward-looking statements are neither historical facts nor assurances of future results, performance, events or circumstances. Instead, these forward-looking statements are based on management's current beliefs, expectations and assumptions, and are subject to risks and uncertainties. Factors that could cause actual results to differ materially from those currently anticipated include, without limitation, risks relating to our inability to obtain adequate financing and sustain our status as a going concern; our limited operating history; our inability to generate revenues or achieve profitability; the results of our research and development activities; our inability to achieve acceptance of our products in the market; the failure of our common stock to meet the minimum requirements for continued listing on the Nasdaq Capital Market; the possibility that the anticipated benefits from business acquisitions will not be realized in full or at all or may take longer to realize than expected; the possibility that costs or difficulties related to the integration of acquired businesses' operations will be greater than expected and the possibility of disruptions to our business during integration efforts and strain on management time and resources; the impact of a pandemic or epidemic or a natural disaster, including the COVID-19 pandemic, the Russian-Ukrainian and Middle East conflicts and other sources of volatility on our operations, financial condition and the worldwide economy, including its impact on our ability to access the capital markets; increases in prices for raw materials, labor, and fuel caused by rising inflation; general economic conditions, including upturns and downturns in the industry; shortages in supplies needed to manufacture our products, or needed by our customers to manufacture devices incorporating our products; our limited number of patents; failure to obtain, maintain, and enforce our intellectual property rights; claims of infringement, misappropriation or misuse of

third party intellectual property, including the lawsuit filed by Qorvo, Inc. in October 2021, that, regardless of merit, has resulted in significant expense and a judgment against us for approximately $38.6 million; our inability to attract and retain qualified personnel; our reliance on third parties to complete certain processes in connection with the manufacture of our products; product quality and defects; existing or increased competition; our ability to successfully manufacture, market and sell products based on our technologies; our ability to meet the required specifications of customers and achieve qualification of our products for commercial manufacturing in a timely manner; our inability to successfully scale our New York wafer fabrication facility and related operations while maintaining quality control and assurance and avoiding delays in output; the rate and degree of market acceptance of any of our products; our ability to achieve design wins from current and future customers; contracting with customers and other parties with greater bargaining power and agreeing to terms and conditions that may adversely affect our business; risks related to doing business in foreign countries, including China; any security breaches, cyber-attacks or other disruptions compromising our proprietary information and exposing us to liability; our failure to innovate or adapt to new or emerging technologies, including in relation to our competitors; our failure to comply with regulatory requirements; results of any arbitration or litigation that may arise; stock volatility and illiquidity; dilution caused by any future issuance of common stock or securities that are convertible into or exercisable for common stock; our failure to implement our business plans or strategies; and our ability to maintain effective internal control over financial reporting. These and other risks and uncertainties are described in more detail in the Risk Factors and Management's Discussion and Analysis of Financial Condition and Results of Operations sections of the Company's most recent Annual Report on Form 10-K for the year ended June 30, 2023, and in subsequently filed Quarterly Reports on Form 10-Q. Considering these risks, uncertainties and assumptions, the forward-looking statements regarding future events and circumstances discussed in this document may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. You should not rely upon forward-looking statements as predictions of future events. The forward-looking statements included in this document speak only as of the date hereof and, except as required by law, we undertake no obligation to update publicly or privately any forward-looking statements, whether written or oral, for any reason after the date of this document to conform these statements to new information, actual results or to changes in our expectations.


Contact:

Kenneth Boller
Akoustis Technologies
Chief Financial Officer
(704) 274-3598
kboller@akoustis.com



Source: Akoustis, Inc.

# EXHIBIT E
# (Redacted in Its Entirety)

# EXHIBIT F



# Transcript of Michael Hodge, II

**Date:** July 11, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1          UNITED STATES DISTRICT COURT

2                    For the

3             DISTRICT OF DELAWARE

4

5    QORVO, INC.,

6        Plaintiff,            Case No.

7    V.                        1:21-cv-01417-JPM

8    AKOUSTIS TECHNOLOGIES, INC.

9    And AKOUSTIS,

10       Defendants.

11   _____/

12

13       **  ███████████████████████  **

14

15            The deposition of MICHAEL HODGE, II, taken

16   at the instance of the Defendants pursuant to stipulations

17   contained herein; the reading and signing of the deposition

18   reserved before Tamika Burnette, Certified Court Reporter,

19   at 9:00 a.m., on July 11, 2023, at 10130 Perimeter Parkway,

20   Suite 200, Charlotte, North Carolina  28216.

21

22

23

24

25

```
 1                        APPEARANCE PAGE

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4    SHEPPARD MULLIN RICHTER & HAMPTON, LLP

 5    BY:  Mr. Jonathan DeFosse, Esquire

 6         2099 Pennsylvania Avenue, Northwest

 7         Suite 100

 8         Washington, DC  20006

 9         (202) 747-1900

10         Jdefosse@sheppardmullin.com

11

12    SHEPPARD MULLIN RICHTER & HAMPTON, LLP

13    BY:  Mr. Eric K. Gill, Esquire

14         12275 El Camino Real

15         Suite 200

16         San Diego, California  92130

17         (858) 720-8900

18         Egill@sheppardmullin.com

19

20

21

22

23

24

25
```

Transcript of Michael Hodge, II
Conducted on July 11, 2023                                    3

```
1                   APPEARANCE PAGE CONTINUED

2

3    ON BEHALF OF THE DEFENDANT:

4    PILLSBURY WINTHROP SHAW PITTMAN, LLP

5    BY:  Mr. David A. Jakopin, Esquire

6         2550 Hanover Street

7         Palo Alto, California  94304

8         (650) 233-4790

9         David.jakopin@pillsburylaw.com

10

11   PILLSBURY WINTHROP SHAW PITTMAN, LLP

12   BY:  Ms. Theresa A. Roozen, Esquire

13        1200 Seventeenth Street, Northwest

14        Washington, DC  20036

15        (202) 663-8185

16        Theresa.roozen@pillsburylaw.com

17

18   ALSO PRESENT:

19   Melody Adair, Videographer

20

21

22

23

24

25
```

Transcript of Michael Hodge, II
Conducted on July 11, 2023                                    4

```
1                        INDEX PAGE

2

3   WITNESS                                    PAGE

4   MICHAEL HODGE, II

5            EXAMINATION BY MR. DEFOSSE         8

6            EXAMINATION BY MR. JAKOPIN        170

7            EXAMINATION BY MR. DEFOSSE        216

8            EXAMINATION BY MY. JAKOPIN        229

9

10                        EXHIBITS

11

12   EXHIBIT                DESCRIPTION        PAGE

13   EXHIBIT NO. 1          DEPOSITION TRANSCRIPT    11

14   EXHIBIT NO. 2          NOTICE             19

15   EXHIBIT NO. 3          LETTER             21

16   EXHIBIT NO. 4          LETTER             81

17   EXHIBIT NO. 5          QORVO FILTER DESIGN    85

18   EXHIBIT NO. 6          COMPOSITE EXHIBIT      90

19   EXHIBIT NO. 7          COMPOSITE EXHIBIT      90

20   EXHIBIT NO. 8          MEETING REQUEST        91

21   EXHIBIT NO. 9          AUTOMATED TEST PLAN    95

22   EXHIBIT NO. 10         SPREADSHEET        108

23   EXHIBIT NO. 11         A10252             110

24   EXHIBIT NO. 12         PRODUCT OVERVIEW   113

25   EXHIBIT NO. 13         TEAM CHAT DIALOGUE 126
```

Transcript of Michael Hodge, II
Conducted on July 11, 2023                           5

```
 1               INDEX PAGE CONTINUED:

 2

 3    EXHIBIT              DESCRIPTION              PAGE

 4    EXHIBIT NO. 14       E-MAIL CHAIN             132

 5    EXHIBIT NO. 15       E-MAIL CHAIN             136

 6    EXHIBIT NO. 16       2018 TEAMS CHAT          141

 7    EXHIBIT NO. 17       E-MAIL CHAIN             154

 8    EXHIBIT NO. 18       TESTING PROCEDURES       156

 9    EXHIBIT NO. 19       RESUME                   171

10    EXHIBIT NO. 20       NDA AGREEMENT            171

11    EXHIBIT NO. 21       FORM AGREEMENT           172

12    EXHIBIT NO. 22       BATES 427862             172

13    EXHIBIT NO. 23       E-MAIL CHAIN             174

14    EXHIBIT NO. 24       E-MAIL CHAIN             174

15    EXHIBIT NO. 25       E-MAIL CHAIN             176

16    EXHIBIT NO. 26       PUBLICATION              177

17    EXHIBIT NO. 27       BATES 110963             179

18    EXHIBIT NO. 28       E-MAIL CHAIN             181

19    EXHIBIT NO. 29       E-MAIL CHAIN             183

20    EXHIBIT NO. 30       E-MAIL CHAIN             184

21    EXHIBIT NO. 31       PUBLICATION              184

22    EXHIBIT NO. 32       PUBLICATION              186

23    EXHIBIT NO. 33       PATENT                   187

24    EXHIBIT NO. 34       PATENT                   188

25    EXHIBIT NO. 35       PATENT                   189
```

Transcript of Michael Hodge, II
Conducted on July 11, 2023                              6

```
 1                    INDEX PAGE CONTINUED:

 2

 3    EXHIBIT              DESCRIPTION              PAGE

 4    EXHIBIT NO. 36       PATENT                   190

 5    EXHIBIT NO. 37       PATENT APPLICATION       190

 6    EXHIBIT NO. 38       PATENT APPLICATION       192

 7    EXHIBIT NO. 39       SLIDES                   193

 8    EXHIBIT NO. 40       E-MAIL CHAIN             193

 9    EXHIBIT NO. 41       E-MAIL CHAIN             195

10    EXHIBIT NO. 42       E-MAIL CHAIN             196

11    EXHIBIT NO. 43       E-MAIL CHAIN             197

12    EXHIBIT NO. 44       TRIM PLAN                200

13    EXHIBIT NO. 45       1252 VERSION             202

14    EXHIBIT NO. 46       E-MAIL CHAIN             204

15    EXHIBIT NO. 47       E-MAIL CHAIN             208

16    EXHIBIT NO. 48       E-MAIL CHAIN             209

17    EXHIBIT NO. 49       E-MAIL CHAIN             212

18    EXHIBIT NO. 50       E-MAIL CHAIN             213

19    EXHIBIT NO. 51       PRESENTATION             214

20    EXHIBIT NO. 52       E-MAIL CHAIN             214

21

22

23

24

25
```



# Transcript of Ya Annia Shen

**Date:** July 12, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1                  UNITED STATES DISTRICT COURT

2                            For the

3                  DISTRICT OF DELAWARE

4

5    QORVO, INC.,

6         Plaintiff,              Case No.

7    V.                          1:21-cv-01417-JPM

8    AKOUSTIS TECHNOLOGIES, INC.

9    And AKOUSTIS,

10        Defendants.

11   _____/

12

13                    **  ██████████████  **

14

15              The deposition of YA ANNIA SHEN, taken

16   at the instance of the Defendants pursuant to

17   stipulations contained herein; the reading and

18   signing of the deposition reserved before Tamika

19   Burnette, Certified Court Reporter, at 9:00 a.m., on

20   July 12, 2023, at 10130 Perimeter Parkway, Suite 200,

21   Charlotte, North Carolina  28216.

22

23

24

25

Transcript of Ya Annia Shen
Conducted on July 12, 2023                                    2

```
1                    APPEARANCE PAGE

2

3    ON BEHALF OF THE PLAINTIFF:

4    SHEPPARD MULLIN RICHTER & HAMPTON, LLP

5    BY:  Mr. Jonathan DeFosse, Esquire

6         2099 Pennsylvania Avenue, Northwest

7         Suite 100

8         Washington, DC  20006

9         (202) 747-1900

10        Jdefosse@sheppardmullin.com

11

12   SHEPPARD MULLIN RICHTER & HAMPTON, LLP

13   BY:  Mr. Eric K. Gill, Esquire

14        12275 El Camino Real

15        Suite 200

16        San Diego, California  92130

17        (858) 720-8900

18        Egill@sheppardmullin.com

19

20

21

22

23

24

25
```

Transcript of Ya Annia Shen
Conducted on July 12, 2023                                    3

```
1               APPEARANCE PAGE CONTINUED

2

3    ON BEHALF OF THE DEFENDANT:

4    PILLSBURY WINTHROP SHAW PITTMAN, LLP

5    BY:  Mr. David A. Jakopin, Esquire

6         Mr. Brian Cordova, Esquire

7         2550 Hanover Street

8         Palo Alto, California  94304

9         (650) 233-4790

10        David.jakopin@pillsburylaw.com

11

12   PILLSBURY WINTHROP SHAW PITTMAN, LLP

13   BY:  Ms. Theresa A. Roozen, Esquire

14        1200 Seventeenth Street, Northwest

15        Washington, DC  20036

16        (202) 663-8185

17        Theresa.roozen@pillsburylaw.com

18

19   ON BEHALF OF THE WITNESS:

20   BY:  Mr. Joshua R. Van Kampen, Esquire

21        315 East Worthington Avenue

22        Charlotte, NC  28203

23        (704) 749-2638

24        josh@vankampenlaw.com
     ALSO PRESENT:
25   Melody Adair, Videographer
```

Transcript of Ya Annia Shen
Conducted on July 12, 2023                      4

```
1
2                      INDEX PAGE
3
4    WITNESS                            PAGE
5    YA ANNIA SHEN
6
7              EXAMINATION BY MR. GILL          7
8              EXAMINATION BY MR. JAKOPIN       93
9              EXAMINATION BY MR. GILL          148
10             EXAMINATION BY MY. JAKOPIN       152
11
12                      EXHIBITS
13
14   EXHIBIT              DESCRIPTION          PAGE
15   EXHIBIT NO. 53       SUBPOENA             10
16   EXHIBIT NO. 54       COMPLAINT            15
17   EXHIBIT NO. 55       AMENDED COMPLAINT    18
18   EXHIBIT NO. 56       E-MAIL CHAIN         65
19   EXHIBIT NO. 57       E-MAIL CHAIN         72
20   EXHIBIT NO. 58       E-MAIL CHAIN         79
21   EXHIBIT NO. 59       E-MAIL CHAIN         81
22   EXHIBIT NO. 60       E-MAIL CHAIN         91
23   EXHIBIT NO. 61       DISSERTATION         94
24   EXHIBIT NO. 62       CONFIDENTIAL INQUIRY 95
25   EXHIBIT NO. 63       RESUME               96
```

Conducted on July 12, 2023                                    5

```
                    INDEX PAGE CONTINUED:


EXHIBIT                 DESCRIPTION              PAGE

EXHIBIT NO. 64          QORVO583-586              103

EXHIBIT NO. 65          ARTICLE                   107

EXHIBIT NO. 66          QORVO24031-24034          105

EXHIBIT NO. 67          BATES27688-27689          105

EXHIBIT NO. 68          PATENT APPLICATION       108

EXHIBIT NO. 69          U.S. PATENT 11689186     108

EXHIBIT NO. 70          E-MAIL CHAIN             109

EXHIBIT NO. 71          AKOUSTIS439096            132

EXHIBIT NO. 72          AKOUSTIS439118            132

EXHIBIT NO. 73          AKOUSTIS439085            133

EXHIBIT NO. 74          AKOUSTIS137448            139

EXHIBIT NO. 75          E-MAIL CHAIN             143
```



**Planet Depos**
We Make It *Happen*™



# Transcript of Rohan Houlden

**Date:** August 29, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF DELAWARE

3    C.A. No. 21-1417 (JPM)

4    QORVO, INC.,

5       Plaintiff,

6    v.

7    AKOUSTIS TECHNOLOGIES, INC. and
     AKOUSTIS, INC.,

8

9       Defendants.

10   ----------------------------------X

11

12           *███████████████████*

13              Tuesday, August 29, 2023

14            VIDEOTAPED DEPOSITION

15              OF ROHAN HOULDEN

16

17

18   Reported By:

19   Randi J. Garcia, RPR

20   Job No.:  502525

21

22

23

24

25

Transcript of Rohan Houlden
Conducted on August 29, 2023                                    2

1

2

3

4          Transcript of the deposition of

5    ROHAN HOULDEN, called for Oral Examination in

6    the above-captioned matter, said Deposition

7    being taken pursuant to Federal Rules of

8    Civil Procedure by and before RANDI J.

9    GARCIA, Registered Professional Reporter, and

10   Notary Public, held at Regus Charlotte,

11   University Executive Park, 301 McCullough

12   Drive, Suite 400, Charlotte, North Carolina,

13   held on Tuesday, August 29, 2023, commencing

14   at approximately 9:18 a.m.

15

16

17

18

19

20

21

22

23

24

25

```
 1     A P P E A R A N C E S:

 2

       For Plaintiff Qorvo, Inc.
 3     BY:  JONATHAN DEFOSSE, ESQ.
       ROBERT MASTERS, ESQ.
 4     Sheppard, Mullin, Richter & Hampton LLP
       2099 Pennsylvania Ave., NW,
 5     Suite 100
       Washington, DC 20006-6801
 6

 7

 8     For Defendant Akoustis Technologies, Inc.
       BY: DAVID A. JAKOPIN, ESQ.
 9     DIANNE L. SWEENEY,  ESQ.
       Pillsbury Winthrop Shaw Pittman
10     2550 Hanover Street
       Palo Alto, CA 94304-1115 USA
11

12     and....

13     Pillsbury Winthrop Shaw Pittman
       BY: THERESA ROOZEN, ESQ
14     1200 Seventeenth Street, NW
       Washington, DC 20036 USA
15

16     Also Present:

17     Melody Adair, Videographer

18

19

20

21

22

23

24

25
```

Transcript of Rohan Houlden
Conducted on August 29, 2023                          4

1                          I N D E X

2

3              WITNESS: ROHAN HOULDEN

4

5       EXAMINATION                              PAGE

6

7   By Mr. DeFosse ................................13

8   By Mr. Jakopin: ..............................345

9   By Mr. DeFosse: ..............................351

10

11

12                       *  *  *

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Rohan Houlden
Conducted on August 29, 2023                                    5

```
1                    INDEX TO EXHIBITS

2

3     EXHIBIT         DESCRIPTION              PAGE

4

5    Exhibit  76   subpoena                    14

6    Exhibit  77   Qorvo_00012287              45

7    Exhibit  78   AKTS_00204965               49

8    Exhibit  79   AKTS_00075127               53

9    Exhibit  80   AKTS_00210274               60

10   Exhibit  81   AKTS_00210830               62

11   Exhibit  82   AKTS_00210842               63

12   Exhibit  83   AKTS_00210845               68

13   Exhibit  84   AKTS_00210811               70

14   Exhibit  85   AKTS_00210812               72

15   Exhibit  86   AKTS_00211968               78

16   Exhibit  87   AKTS_00211969               80

17   Exhibit  88   Excel spreadsheet           81

18   Exhibit  89   AKTS_00211973               84

19   Exhibit  90   AKTS_00117498               86

20   Exhibit  91   attachment to e-mail to     89

21   Exhibit  92   printed out versions        89
                   characterization test plan
22
     Exhibit  93   printed out versions        89
23                 qualitifcation test plan

24

25
```

Transcript of Rohan Houlden
Conducted on August 29, 2023                                6

| | | | |
|---|---|---|---|
| 1 | (Continued) | | |
| 2 | Exhibit 94 | AKTS_00117499 | 93 |
| 3 | Exhibit 95 | AKTS_00117503 | 94 |
| 4 | Exhibit 96 | AKTS_00117507 | 95 |
| 5 | Exhibit 97 | AKTS_00155718 | 97 |
| 6 | Exhibit 98 | AKTS_00126348 | 106 |
| 7 | Exhibit 99 | AKTS_00126349 | 106 |
| 8 | Exhibit 100 | AKTS_00126386 | 109 |
| 9 | Exhibit 101 | AKTS_00126387 | 109 |
| 10 | Exhibit 102 | AKTS_00126424 | 112 |
| 11 | Exhibit 103 | AKTS_00126425 | 113 |
| 12 | Exhibit 104 | AKTS_00126569 | 116 |
| 13 | Exhibit 105 | AKTS_00126570 | 116 |
| 14 | Exhibit 106 | AKTS_00137354 | 118 |
| 15 | Exhibit 107 | AKTS_00137355 | 118 |
| 16 | Exhibit 108 | AKTS_00137343 | 121 |
| 17 | Exhibit 109 | AKTS_00137350 | 121 |
| 18 | Exhibit 92 | AKTS_00117519 | 124 |
| 19 | Exhibit 93 | AKTS_00117520 | 124 |
| 20 | Exhibit 110 | AKTS_00145340 | 124 |
| 21 | Exhibit 111 | AKTS_00145341 | 127 |
| 22 | Exhibit 112 | printout of a Excel spreadsheet | 127 |
| 23 | | | |
| | Exhibit 113 | AKTS_00348448 | 133 |
| 24 | | | |
| | Exhibit 114 | AKTS_00348449 | 135 |
| 25 | | | |

Transcript of Rohan Houlden
Conducted on August 29, 2023                        7

```
1        (Continued)
2
    Exhibit  115   AKTS_00109482              139
3
    Exhibit  116   AKTS_00109483              139
4
    Exhibit  117   AKTS_00348540              145
5
    Exhibit  118   metadata                   148
6
    Exhibit  119   AKTS_00162120              150
7
    Exhibit  120   AKTS_00162128              154
8
    Exhibit  121   AKTS_00156270              158
9
    Exhibit  122   AKTS_00156271              158
10
    Exhibit  123   AKTS_00156275              158
11
    Exhibit  124   AKTS_00156279              158
12
    Exhibit  125   AKTS_00156280              158
13
    Exhibit  126   AKTS00196501              168
14
    Exhibit  127   AKTS00197071              172
15
    Exhibit  128   AKTS00203690              174
16
    Exhibit  129   AKTS00205076              175
17
    Exhibit  130   AKTS00206497              178
18
    Exhibit  131   AKTS00205039              179
19
    Exhibit  132   AKTS00205062              181
20
    Exhibit  133   AKTS00224641              182
21
    Exhibit  134   AKTS00234959              185
22
    Exhibit  135   AKTS00202599              189
23
    Exhibit  136   AKTS00203493              190
24
    Exhibit  137   AKTS00274307              192
25
```

Transcript of Rohan Houlden
Conducted on August 29, 2023                    8

```
1      (Continued)

2
       Exhibit  138   AKTS00274308              192
3
       Exhibit  139   AKTS00274309              192
4
       Exhibit  140   AKTS00151319              199
5
       Exhibit  141   AKTS00151320              199
6
       Exhibit  142   AKS00160224              213
7
       Exhibit  143   AKTS00160225             213
8
9      Exhibit  144   AKTS00197279             216

10     Exhibit  145   AKTS_00198478            220

11     Exhibit  146   AKTS_00198854            221

12     Exhibit  147   AKTS_00204214            222

13     Exhibit  148   AKTS_00205066            223

14     Exhibit  149   AKTS_00204845            226

15     Exhibit  150   printout of the metadata  227

16     Exhibit  151   AKTS_00138229            234

17     Exhibit  152   AKTS_00138230            235

18     Exhibit  153   AKTS_00138236            239

19     Exhibit  154   AKTS_00138271            240

20     Exhibit  155   AKTS_00138272            240

21     Exhibit  156   AKTS_00202000            245

22     Exhibit  157   AKTS_00135701            249

23     Exhibit  158   AKTS_00135702            254

24     Exhibit  159   AKTS_00141631            255

25
```

Transcript of Rohan Houlden
Conducted on August 29, 2023                    9

| | | | |
|---|---|---|---|
| 1 | (Continued) | | |
| 2 | Exhibit 160 | AKTS_00141632 | 255 |
| 3 | Exhibit 161 | AKTS_00198736 | 260 |
| 4 | Exhibit 162 | AKTS_00198836 | 261 |
| 5 | Exhibit 163 | AKTS_000076365 | 264 |
| 6 | Exhibit 164 | AKTS_00076366 | 264 |
| 7 | Exhibit 165 | AKTS-00139271 | 269 |
| 8 | Exhibit 166 | AKTS-00139272 | 269 |
| 9 | Exhibit 167 | text messages | 271 |
| 10 | Exhibit 168 | AKTS_00284707 | 274 |
| 11 | Exhibit 169 | AKTS_002285186 | 275 |
| 12 | Exhibit 170 | AKTS_00424083 | 275 |
| 13 | Exhibit 171 | text exchange | 280 |
| 14 | Exhibit 172 | AKTS_00207259 | 282 |
| 15 | Exhibit 173 | AKTS_00207260 | 282 |
| 16 | Exhibit 174 | AKTS_00116274 | 288 |
| 17 | Exhibit 175 | AKTS_00209274 | 298 |
| 18 | Exhibit 176 | AKTS_00209275 | 298 |
| 19 | Exhibit 177 | AKTS_00021232 | 300 |
| 20 | Exhibit 178 | AKTS_00266338 | 303 |
| 21 | Exhibit 179 | AKTS_00422451 | 307 |
| 22 | Exhibit 180 | AKTS_0007614 | 309 |
| 23 | Exhibit 181 | AKTS_00014828 | 311 |
| 24 | Exhibit 182 | AKTS_00370379 | 314 |
| 25 | | | |

Transcript of Rohan Houlden
Conducted on August 29, 2023                                    10

1      (Continued)

2

       Exhibit  183   AKTS_00014900                318
3
       Exhibit  184   AKTS_00015988                321
4
       Exhibit  185   AKTS_00088751                323
5
       Exhibit  186   AKTS_00021266                326
6
       Exhibit  187   AKTS_00015166                327
7
       Exhibit  188   AKTS_00422246                329
8
       Exhibit  189   AKTS_00015237                334
9
       Exhibit  190   AKTS_00015419                336
10
       Exhibit  191   AKTS_00015553                336
11
       Exhibit  192   AKTS_00015659                338
12
       Exhibit  193   AKTS_00015704                338
13
       Exhibit  194   AKTS_00015765                339
14
       Exhibit  195   AKTS_00015985                340
15
       Exhibit  196   AKTS_00024455                341
16
       Exhibit  197   AKTS_000016105               342
17
       Exhibit  198   Qorvo 643138 through 643215  348
18
       Exhibit  199   Qorvo 664990 through 664998  350
19

20

21

22

23

24

25



## Transcript of Robert Charles Dry

**Date:** August 30, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF DELAWARE

3

4     - - - - - - - - - - - - - - - - - -x

5     QORVO, INC.,                        :

6                    Plaintiff,           :

7        vs.                              : C.A. No.

8     AKOUSTIS TECHNOLOGIES, INC., and    : 21-1417 JPM

9     AKOUSTIS, INC.,                     :

10                   Defendants.          :

11    - - - - - - - - - - - - - - - - - - x

12

13

14                    * *  ███████████

15          ███████████████████████████

16

17      VIDEOTAPED DEPOSITION OF ROBERT CHARLES DRY

18              Charlotte, North Carolina

19            Wednesday, August 30th, 2023

20                    9:06 a.m.

21

22

23    Job No.: 504313

24    Pages: 1 - 248

25    Reported by:  Amy A. Brauser, RPR, RMR, CRR

1          Deposition of ROBERT CHARLES DRY, held at the

2     office of:

3

4

5

6               At Regus/Charlotte - University Executive Park

7               301 McCullough Drive, Suite 400

8               Charlotte, North Carolina 28262

9               704-090-2700

10

11

12

13        Pursuant to agreement, before Amy A. Brauser, RPR

14    RMR CRR, Notary Public in and for the State of North

15    Carolina.

16

17

18

19

20

21

22

23

24

25

Transcript of Robert Charles Dry
Conducted on August 30, 2023                          3

```
 1          A P P E A R A N C E S

 2   ON BEHALF OF THE PLAINTIFF QORVO, INC.:

 3        JONATHAN R. DEFOSSE, Esquire

 4        ROBERT M. MASTERS, Esquire

 5        Sheppard, Mullin, Richter & Hampton LLP

 6        2099 Pennsylvania Avenue, NW, Suite 100

 7        Washington, D.C. 20006

 8        (202) 747-1900

 9        jdefosse@sheppardmullin.com

10        rmasters@sheppardmullin.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        ON BEHALF OF THE DEFENDANT AKOUSTIS TECHNOLOGIES,
 2   INC. and AKOUSTIS, INC.:
 3           DIANNE L. SWEENEY, Esquire
 4           DAVID A. JAKOPIN, Esquire
 5           Pillsbury Winthrop Shaw Pittman, LLP
 6           2550 Hanover Street
 7           Palo Alto, California 94304
 8           (650) 233-4046
 9           dianne@pillsburylaw.com
10           david.jakopin@pillsburylaw.com
11              (and)
12           THERESA ROOZEN, Esquire
13           Pillsbury Winthrop Shaw Pittman, LLP
14           1200 Seventeenth Street, NW
15           Washington, D.C. 20036
16           (202) 663-8185
17           theresa.roozen@pillsburylaw.com
18
19
20        ALSO PRESENT:
21           Melody Adair, Video Technician
22
23
24
25
```

Transcript of Robert Charles Dry
Conducted on August 30, 2023                         5

1                    INDEX OF EXAMINATIONS

2    By Mr. DeFosse . . . . . . . . . . . . . . . Page 11

3

4                     INDEX OF EXHIBITS

5    NUMBER         DESCRIPTION           MARKED/IDENTIFIED

6    Exhibit 200  E-mail, Bates AKTS_00210570        74

7    Exhibit 201  Document produced in native,       74
                  Bates AKTS_00210571
8
     Exhibit 202  Package Options, Bates             74
9                 AKTS_00210572 to 580

10   Exhibit 203  E-mail, AKTS_00075335              84

11   Exhibit 204  E-mail, Bates AKTS_00210654        87

12   Exhibit 205  Open tool drawing, Bates           87
                  AKTS_00210655
13
     Exhibit 206  E-mail string, Bates               89
14                AKTS_00075333 to 334

15   Exhibit 207  E-mail string, Bates               90
                  AKTS_00210706 to 707
16
     Exhibit 208  E-mail string, Bates               91
17                AKTS_00075346 to 347

18   Exhibit 209  E-mail string, Bates               94
                  AKTS_00210817 to 819
19
     Exhibit 210  E-mail string, Bates               95
20                AKTS_00117610

21   Exhibit 211  MIL-STD-883G, Bates AKTS_00117611  96
                  to 626
22
     Exhibit 212  E-mail string, Bates               98
23                AKTS_00212543

24   Exhibit 213  E-mail string, Bates              105
                  AKTS_00221700
25

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Robert Charles Dry
Conducted on August 30, 2023                    6

```
1                    INDEX OF EXHIBITS   (con't)

2    Exhibit 214   E-mail string, Bates          107
                   AKTS_00214765 to 766
3
     Exhibit 215   E-mail string, Bates          112
4                  AKTS_00135666

5    Exhibit 216   E-mail, Bates AKTS_00143236    115

6    Exhibit 217   Branding Diagram, Bates        115
                   AKTS_00143237
7
     Exhibit 218   Assembly Instructions, Bates   115
8                  AKTS_00143238 to 244

9    Exhibit 219   Marking Diagram, Bates         115
                   AKTS_00143245
10
     Exhibit 220   Bates AKTS_00143246 to 248     115
11
     Exhibit 221   E-mail, Bates AKTS_00144075    125
12
     Exhibit 222   General Brand Requirements and 125
13                 Guidelines for Qorvo, Bates
                   00144076 to 090
14
     Exhibit 223   General Product Inspection     125
15                 Procedure, Bates AKTS_00144091
                   to 109
16
     Exhibit 224   E-mail string, Bates           136
17                 AKTS_00144227 to 228

18   Exhibit 225   Final Visual Qualification     136
                   Control Inspection, Bates
19                 AKTS_0144229 to 291

20   Exhibit 226   General Branding Requirements and 136
                   Guidelines for Akoustis, Bates
21                 AKTS_00144277 to 291

22   Exhibit 227   E-mail, Bates AKTS_000090572   146

23   Exhibit 228   Final Visual Quality Control   146
                   Inspection, Bates AKTS_000090573
24                 to 619

25
```

Transcript of Robert Charles Dry
Conducted on August 30, 2023                    7

```
1                    INDEX OF EXHIBITS   (con't)

2    Exhibit 229   E-mail, Bates AKTS_00144175        151

3    Exhibit 230   Final Visual Quality Control       151
                   Inspection, Bates AKTS_00144176
4                  to 223

5    Exhibit 231   E-mail string, Bates               153
                   AKTS_00144764 to 765
6

7    Exhibit 232   Final Visual Quality Control       153
                   Inspection, Bates AKTS_00144766
8                  to 813

9    Exhibit 233   E-mail string, Bates               165
                   AKTS_00053077 to 078

10   Exhibit 234   Target Datasheet, Bates            165
                   AKTS_00053079 to 085
11

12   Exhibit 235   E-mail string, Bates               173
                   AKTS_000278600 to 601

13   Exhibit 236   Test plan and code review          173
                   checklists, Bates AKTS_000278602
14                 to 610

15   Exhibit 237   E-mail string, Bates               182
                   AKTS_00146872 to 874
16

17   Exhibit 238   Procedure for Final Testing of     182
                   Package Parts, Bates
18                 AKTS_00146875 to 876

19   Exhibit 239   E-mail string, Bates               190
                   AKTS_00146925 to 930

20   Exhibit 240   E-mail string, Bates               194
                   AKTS_00148966 to 967
21

22   Exhibit 241   Material Lot Hold Procedure,       194
                   Bates AKTS_00148968 to 969

23   Exhibit 242   Test Plan and Code Review          194
                   Checklists, Bates AKTS_00148970
24                 to 978

25
```

Transcript of Robert Charles Dry
Conducted on August 30, 2023                              8

```
 1                    INDEX OF EXHIBITS  (con't)

 2      Exhibit 243   Document produced in native,      194
                      Bates AKTS_00148979
 3
        Exhibit 244   Prototype Test Plan Procedure,    194
 4                    Bates AKTS_00148980 to 981

 5      Exhibit 245   Procedure for Final Testing of     194
                      Package Parts, Bates
 6                    AKTS_00148982 to 983

 7      Exhibit 246   Production Correlation - Akoustis  194
                      Test Development, Bates
 8                    AKTS_00148984 to 991

 9      Exhibit 247   E-mail, Bates AKTS_0001640        204

10      Exhibit 248   E-mail, Bates AKTS_00149378       207

11      Exhibit 249   Implementation Requirements for    207
                      1x Reflow Preconditioning, Bates
12                    AKTS_00149379 to 383

13      Exhibit 250   E-mail string, Bates             211
                      AKTS_00149384 to 385
14
        Exhibit 251   Customer Requirement 1x Reflow or  211
15                    5TC Preconditioning POL-000021
                      Rev K, Bates AKTS_00149386 to 391
16
        Exhibit 252   Package Qualification Data, Bates  213
17                    AKTS_00407943

18      Exhibit 253   Package Qualification Data, Bates  218
                      AKTS_00407943 to 969
19
        Exhibit 254   E-mail string with attached        220
20                    photos, Bates AKTS_00147152
                      to 153
21
        Exhibit 255   E-mail, Bates AKTS_00282314       224
22
        Exhibit 256   E-mail string, Bates             225
23                    AKTS_00152836 to 839

24      Exhibit 257   E-mail string, Bates             229
                      AKTS_00105336 to 339
25
```

Transcript of Robert Charles Dry
Conducted on August 30, 2023                           9

```
 1                  INDEX OF EXHIBITS  (con't)

 2    Exhibit 258  E-mail, Bates AKTS_00144328        235

 3    Exhibit 259  E-mail string, Bates               236
                   AKTS_00399447 to 454
 4
      Exhibit 260  Record produced as native file,    236
 5                 Bates AKTS_00399455

 6    Exhibit 261  E-mail string, Bates               238
                   AKTS_00277908
 7
      Exhibit 262  Laminate Rules, Bates              238
 8                 AKTS_00277909 to 910

 9    Exhibit 263  Laminate & Package Design          238
                   Guidelines, August 2018, Bates
10                 AKTS_00277911 to 915

11    Exhibit 264  E-mail string, Bates               240
                   AKTS_00362238 to 242
12
      Exhibit 265  E-mail string, Bates               241
13                 AKTS_00209708

14    Exhibit 266  Packaging Options, October 2015,   241
                   Bates AKTS_00209709 to 30
15
      Exhibit 267  E-mail string, Bates               242
16                 AKTS_00269926 to 928

17

18

19

20

21

22

23

24

25
```





# Transcript of Todd R. Bender

**Date:** September 12, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
2

3    -------------------------------
     QORVO, INC.,                    )
4                                    )
                     Plaintiff,      )
5                                    ) CIVIL ACTION FILE
              vs.                    )
6                                    ) NO: 21-1417-JPM
     AKOUSTIS TECHNOLOGIES, INC.,    )
7    AND AKOUSTIS, INC.,             )
                                     )
8                    Defendants.     )
     -------------------------------

9

10

11

12                    **  ████████████

13          ███████████████████████████

14

15

16

17       VIDEOTAPED DEPOSITION OF TODD R. BENDER

18          CHARLOTTE, NORTH CAROLINA

19          TUESDAY, SEPTEMBER 12, 2023

20

21

22

23   REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                   CCR-B-1790
24

25   FILE NO.  505392

Transcript of Todd R. Bender
Conducted on September 12, 2023                    2

1                  September 12, 2023

2                   9:17 a.m. EST

3

4          Videotaped stenographic deposition

5    of TODD R. BENDER, held at Regus Business

6    Center, 3117 Whiting Avenue, Charlotte,

7    North Carolina before Tanya L. Verhoven-Page,

8    Certified Court Reporter (GA), Licensed

9    Court Reporter (TN) and Certified

10   Shorthand Reporter (TX).

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Todd R. Bender
Conducted on September 12, 2023                                    3

```
1                    APPEARANCES OF COUNSEL

2

    On behalf of the Plaintiff:
3
            SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
4           12275 El Camino Real
            Suite 200
5           San Diego, California 92130-2006
            (858) 720-8900
6           BY:  ERIC K. GILL, ESQ.
                 e-mail: egill@sheppardmullin.com
7           BY:  ZACHARY ALPER, ESQ.
                 e-mail: zalper@sheppardmullin.com
8

9

10

11  On behalf of the Defendants:

12          PILLSBURY WINTHROP SHAW PITTMAN, LLP
            600 Brickell Avenue
13          Suite 3100
            Miami, Florida 33131
14          (786) 913-4880
            BY:  SHANI RIVAUX, ESQ.
15               e-mail: shani.rivaux@pillsburylaw.com

16

17

18

19  ALSO PRESENT:

20      Jack Dunn, Videographer

21

22               -      -      -

23

24

25
```

Transcript of Todd R. Bender
Conducted on September 12, 2023                    4

```
 1                    I N D E X

 2

 3             WITNESS: TODD R. BENDER

 4

 5     Examination                          Page

 6   BY MR. GILL                            12

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      EXHIBITS INDEX:

 2      Bender
        Deposition
 3        Exhibit          Description          Page

 4
        Exhibit 268    Notice of Deposition       15
 5
        Exhibit 269    E-mail bearing Bates
 6                     number AKTS_00121819       35

 7      Exhibit 270    Multipage document
                       that starts with Bates
 8                     number AKTS_00121820       36

 9      Exhibit 271    E-mail bearing Bates
                       number AKTS_00084575       39
10
        Exhibit 272    Multipage document
11                     with Bates number
                       AKTS_00084576             41
12
        Exhibit 273    Attachment bearing
13                     Bates number
                       AKTS_00084592             41
14
        Exhibit 274    Document bearing
15                     Bates number
                       AKTS_00084592             44
16
        Exhibit 275    Multipage document
17                     that starts with
                       Bates number
18                     AKTS_00084584             45

19      Exhibit 276    E-mail bearing
                       Bates number
20                     AKTS_00132271             47

21      Exhibit 278    Multipage document
                       starting with
22                     Bates number
                       AKTS_00132275             49
23
        Exhibit 279    E-mail starting
24                     with Bates number
                       AKTS_00122693             50
25
```

```
1                    EXHIBITS INDEX:

2      Bender
    Deposition
3      Exhibit          Description           Page

4

5   Exhibit 280     Multipage document
                    starting with
6                   Bates number
                    AKTS_00122735              57

7   Exhibit 281     Excel spreadsheet
                    bearing Bates
8                   number AKTS_122700         62

9   Exhibit 282     E-mail bearing
                    Bates number
10                  AKTS_00238453             65

11  Exhibit 283     Spreadsheet with
                    Bates number
12                  AKTS_00238454            66

13  Exhibit 284     E-mail bearing
                    Bates number
14                  AKTS_240176             73

15  Exhibit 285     Narrative file
                    attached to e-mail;
16                  file name Narrative
                    Tax From
17                  Flowcharts.docx          75

18  Exhibit 286     Attachment:  File
                    name POL-000103
19                  REV(A) Funds
                    Disbursement.docx        80
20
    Exhibit 287     Multipage document
21                  starting with Bates
                    number AKTS_00122705     83
22
    Exhibit 288     E-mail with Bates
23                  number AKTS_131828       87

24

25
```

```
 1                    EXHIBITS INDEX:

 2       Bender
         Deposition
 3       Exhibit          Description            Page

 4

         Exhibit 289      Spreadsheet:  File
 5                        name Tax Controls
                          Akoustis 10.31.2018.xlsx    88
 6
         Exhibit 290      E-mail with Bates
 7                        number AKTS_245502           91

 8       Exhibit 291      Multipage document
                          with Bates number
 9                        AKTS_245503                  92

10       Exhibit 292      E-mail with Bates
                          number AKTS_223008           94
11
         Exhibit 293      Document bearing
12                        Bates number
                          AKTS_223009                  95
13
         Exhibit 294      Spreadsheet with
14                        Bates number
                          AKTS_223010                  99
15
         Exhibit 295      E-mail bearing
16                        Bates number
                          AKTS_00223012               101
17
         Exhibit 296      Excerpt of Excel
18                        spreadsheet:  file
                          name Qorvo Q1 2017
19                        Provision Model
                          7-28-16 TRB-July
20                        Estimate For JE V2
                          Guarantor Work.xlxm         101
21
         Exhibit 297      Spreadsheet bearing
22                        Bates number
                          AKTS_223014                 103
23

24

25
```

Transcript of Todd R. Bender
Conducted on September 12, 2023                    8

```
1                      EXHIBITS INDEX:

2     Bender
      Deposition
3       Exhibit            Description              Page

4

5     Exhibit 298      Spreadsheet bearing
                       Bates number
6                      AKTS_223015                  104

7     Exhibit 299      Spreadsheet bearing
                       Bates numbers
8                      AKTS_00223016                105

9     Exhibit 300      E-mail bearing Bates
                       number AKTS_00225927         106
10
      Exhibit 301      Excerpt of an
11                     Attachment:  Summary
                       of Uncertain Tax
12                     Positions, FY15
                       Q3.6.xlsx                    108
13
      Exhibit 302      Spreadsheet bearing
14                     Bates number
                       AKTS_00225928                109
15
      Exhibit 303      E-mail bearing
16                     Bates number
                       AKTS_00245517                111
17
      Exhibit 304      Multipage document
18                     starting with Bates
                       number AKTS_00245518         112
19
      Exhibit 305      E-mail bearing
20                     Bates number
                       AKTS_00238458                115
21
      Exhibit 306      Attachment to e-mail:
22                     File name is SOX
                       Controls Matrix-Tax
23                     Provision (Revised OCT
                       2016 Black Line Version)
24                     V3.docxSpreadsheet          115

25
```

Transcript of Todd R. Bender
Conducted on September 12, 2023                    9

```
 1                    EXHIBITS INDEX:

 2      Bender
      Deposition
 3       Exhibit          Description              Page

 4

 5    Exhibit 307      E-mail bearing
                       Bates number
 6                     AKTS_00238513             119

 7    Exhibit 308      Attachment to e-mail:
                       file name Tax 1.02
                       Cost Sharing Analysis
 8                     12-27-2016.pdf            120

 9    Exhibit 309      E-mail bearing
                       Bates number
10                     AKTS_00251003             121

11    Exhibit 310      Attachment to e-mail:
                       file name Tax Matrix
12                     for New PO Tax Codes
                       for Prototype
13                     Planners-SEPT12 2017.xlsx 122

14    Exhibit 311      E-mail bearing
                       Bates number
15                     AKTS_00251005             124

16    Exhibit 312      Excerpt of document
                       attached to e-mail:
17                     file name Tax Matrix
                       for New PO Codes
18                     SEP 14, 2017.xlsx         125

19    Exhibit 313      E-mail starting with
                       Bates number
20                     AKTS_00391563             125

21    Exhibit 314      Document bearing
                       Bates number
22                     AKTS_00426444             127

23    Exhibit 315      Multipage document
                       starting with Bates
24                     number AKTS_00391590      128

25
```

```
1                      EXHIBITS INDEX:

2      Bender
    Deposition
3      Exhibit          Description           Page

4

    Exhibit 316      Document starting with
5                     Bates number
                      AKTS_00130403             132
6
    Exhibit 317      Multipage document
7                     bearing Bates number
                      AKTS_00132295             134
8
    Exhibit 318      Attachment to e-mail:
9                     file name Treasury-Cash
                      Disbursement Narrative
10                    10.24.2018.docx           135

11

12

13

14

15       (Bender Deposition Exhibit No. 277 was not

16   marked for the record.)

17

18

19

20

21

22

23

24

25
```





# Transcript of Mary Winters

**Date:** September 12, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF DELAWARE

3    - - - - - - - - - - - - -x

4    QORVO, INC.,                    :

5              Plaintiff,            :

6       v.                          :     Civil Action No.

7    AKOUSTIS TECHNOLOGIES, INC.   :     21-1417-JPM

8    AND AKOUSTIS, INC.,            :

9              Defendants.          :

10   - - - - - - - - - - - - -x

11

12   ███████████████████████████

13

14       Videotaped Deposition of MARY WINTERS

15           Regus Business Center

16         Charlotte, North Carolina

17         Tuesday, September 12, 2023

18               9:15 a.m.

19

20   Job No.:  505391

21   Pages:  1 - 144

22   Reported By:  Cindy A. Hayden, RMR, CRR

23

24

25

Transcript of Mary Winters
Conducted on September 12, 2023                              2

```
1          Deposition of MARY WINTERS, held at the

2    offices of:

3

4          Regus - Charlotte/University Executive Park

5          301 McCullough Drive, Suite 400

6          Charlotte, North Carolina  28262

7

8

9

10

11

12          Pursuant to notice, before Cindy A. Hayden,

13   Notary Public in and for the State of North

14   Carolina.

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Mary Winters
Conducted on September 12, 2023                                    3

```
 1                    A P P E A R A N C E S

 2

 3    ON BEHALF OF PLAINTIFF:

 4          TIMOTHY P. CREMEN, ESQUIRE

 5          ROY D. JUNG, ESQUIRE

 6          SHEPPARD MULLIN RICHTER & HAMPTON LLP

 7          2099 Pennsylvania Avenue, NW, Suite 100

 8          Washington, D.C.  20006-6801

 9          202.747.1900

10          tcremen@sheppardmullin.com

11          rjung@sheppardmullin.com

12

13    ON BEHALF OF DEFENDANTS:

14          DAVID A. JAKOPIN, ESQUIRE

15          PILLSBURY WINTHROP SHAW PITTMAN LLP

16          2475 Hanover Street

17          Palo Alto, California  94304-1114

18          650.233.4790

19          david.jakopin@pillsburylaw.com

20

21    ALSO PRESENT:  Len Harris, Videographer

22                   Drew Wright, General Counsel,

23                   Akoustis Technologies

24

25
```

Transcript of Mary Winters
Conducted on September 12, 2023                    4

```
 1                    I N D E X

 2                                              PAGE

 3   EXAMINATION BY MR. CREMEN                    10

 4

 5              PREVIOUSLY MARKED EXHIBITS

 6
     NUMBER              DESCRIPTION            PAGE
 7
     EXHIBIT 227  Microsoft Teams Meeting invite  131
 8                for 1/28/20, Bates
                  AKTS_00090572
 9
     EXHIBIT 228  Document titled Final Visual    132
10                Quality Control Inspection,
                  Bates AKTS_00090573-620
11
     EXHIBIT 229  Email dated 1/20/20, Subject:   133
12                Wafer Inspection Document
                  Review, Bates AKTS_00144175
13
     EXHIBIT 230  Document titled Final Visual    134
14                Quality Control Inspection,
                  Bates AKTS_00144176-223
15

16
                NEWLY MARKED EXHIBITS
17
     NUMBER              DESCRIPTION            PAGE
18
     EXHIBIT 401  Plaintiff's Notice of           13
19                Deposition of Mary Winters
20                Pursuant to Fed. R. Civ. P.
                  30(b)(1)
21
     EXHIBIT 402  Akoustis screenshot Filter      38
22                Applications:  All Products

23   EXHIBIT 403  Document titled Akoustis        38
                  Revolutionizing the RF
24                Industry 2023 Product Catalog

25
```

Transcript of Mary Winters
Conducted on September 12, 2023                        5

| | | | |
|---|---|---|---|
| EXHIBIT 404 | XB1 Design Manual, Bates AKTS_00000120-137 | | 43 |
| EXHIBIT 405 | Design Review, ASML092-XB1, Bates AKTS_00193999-007 | | 45 |
| EXHIBIT 406 | Design Review, ASML039-XB1, Bates AKTS_00194008-020 | | 45 |
| EXHIBIT 407 | Native Document, Bates AKTS_00021881 | | 67 |
| EXHIBIT 408 | Native Document, Bates AKTS_00021923 | | 67 |
| EXHIBIT 409 | Native Document, Wafer Process Parameters Form, Bates AKTS_00406521 | | 68 |
| EXHIBIT 410 | Native Document, Wafer Process Parameters Form, Bates AKTS_00406536 | | 68 |
| EXHIBIT 411 | Email dated 3/28/17, Subject: Joonbum Kwon for Akoustis - BAW Device/Process Engineer, Bates ATKS_00022463 | | 73 |
| EXHIBIT 412 | Resume of JB Kwon, Ph.D., Bates AKTS_00022464-466 | | 73 |
| EXHIBIT 413 | Email dated 4/22/17, Subject: JB Kwon Resume, Bates AKTS_00022472 | | 74 |
| EXHIBIT 414 | Résumé of JB Kwon, Ph.D., Bates AKTS_00022473-75 | | 74 |
| EXHIBIT 415 | Emails dated 7/28/17, Subject: GoToMeeting Invitation - Handler Wafer/Trim Weekly Meeting, Bates AKTS_00076529-531 | | 78 |
| EXHIBIT 416 | Emails dated 8/3/17, Subject: Mass metrology tool, Bates AKTS_00118995 | | 84 |

Transcript of Mary Winters
Conducted on September 12, 2023                              6

```
 1    EXHIBIT 417   Akoustis document titled        84
                    Proposed Trimming Options,
 2                  Trim Tool inputs i.e.
                    Freq-to-thickness, Bates
 3                  AKTS_00118996-98

 4    EXHIBIT 418   Akoustis document titled        85
                    Proposed Trimming Options,
 5                  Trim Tool inputs i.e.
                    Freq-to-thickness, Bates
 6                  AKTS_00118999-001

 7    EXHIBIT 419   Akoustis document titled        85
                    Proposed Trimming Options,
 8                  Trim Tool inputs i.e.
                    Freq-to-thickness, Bates
 9                  AKTS_00119002-004

10    EXHIBIT 420   Emails dated 8/16/17, Subject:   89
                    Trim experiment, Bates
11                  AKTS_00076656-57

12    EXHIBIT 421   Document titled Trim            89
                    Calculation SiN Trims, Bates
13                  AKTS_00076658-662

14    EXHIBIT 422   Email dated 8/22/17, Subject:    96
                    Technology Update
15                  8.22.17.pptx, Bates
                    AKTS_00215083
16
      EXHIBIT 423   Akoustis document first page     96
17                  titled Device - 2.6GHz -
                    Mobile, Bates
18                  AKTS_00215084-102

19    EXHIBIT 424   Native document, Chart, Bates    97
                    AKTS_00215103
20
      EXHIBIT 425   Chart, Bates AKTS_00215104       97
21
      EXHIBIT 426   Chart, Bates AKTS_00215105       97
22
      EXHIBIT 427   Native document, Chart, Bates    97
23                  AKTS_00215106

24    EXHIBIT 428   Native document, Chart, Bates    97
                    AKTS_00215107
25
```

Transcript of Mary Winters
Conducted on September 12, 2023                      7

```
1    EXHIBIT 429   Emails dated 9/16/17, Subject:    102
              Pls review summary technology
2             PPT, Bates AKTS_00119216-217

3    EXHIBIT 430   Photograph of whiteboard,          102
              Bates AKTS_00119218
4
     EXHIBIT 431   Emails dated 9/16/17 and           106
5             9/17/17, Subject:  Pls review
              summary technology PPT, Bates
6             AKTS_00076761-763

7    EXHIBIT 432   Emails dated 9/16/17 and           108
              9/17/17, Subject:  Pls review
8             summary technology PPT, Bates
              AKTS_00036639-40
9
     EXHIBIT 433   Akoustis document first page       109
10            titled Technology Development
              for WiFi Revenue, Bates
11            AKTS_00036641-44

12   EXHIBIT 434   Emails, top one dated 9/22/17,     113
              Subject:  Akoustis in NY:
13            Technical information on Scia
              Trim 200, Bates
14            AKTS_00215507-515

15   EXHIBIT 435   Email dated 10/25/17, Subject:     115
              New Trim Tool Evaluation Plan
16            PPT, Bates AKTS_00037311

17   EXHIBIT 436   Akoustis document titled Trim      115
              System Evaluation Plan, JB
18            Kwon, Bates AKTS_00037312-323

19   EXHIBIT 437   Email dated 10/26/17, Subject:     119
              Trim Work Center Update PPT,
20            Bates AKTS_00037338

21   EXHIBIT 438   Akoustis document titled Trim      119
              Work Center Update, Bates
22            AKTS_00037339-351

23   EXHIBIT 439   Email dated 11/8/17, Subject:      120
              Trim Target Example, Bates
24            AKTS_00119669

25
```

Transcript of Mary Winters
Conducted on September 12, 2023                                    8

| | | | |
|---|---|---|---|
| 1 | EXHIBIT 440 | Native document, Chart, Bates AKTS_00119670 | 120 |
| 2 | | | |
| 3 | EXHIBIT 441 | GoToMeeting Invite dated 11/13/17, Bates AKTS_00037581 | 121 |
| 4 | EXHIBIT 442 | Slides for Board of Directors Meeting, November 2017, Bates AKTS_00037582-615 | 122 |
| 5 | | | |
| 6 | EXHIBIT 443 | Emails dated 5/9/18 and 5/10/18, Subject:  Test ?, Bates AKTS_00079444-445 | 125 |
| 7 | | | |
| 8 | EXHIBIT 444 | Email dated 2/22/18, Subject: Photo Tools, Bates AKTS_00220953 | 126 |
| 9 | | | |
| 10 | EXHIBIT 445 | Emails dated 5/14/18, Subject: Files for call, Bates AKTS_00124048 | 126 |
| 11 | | | |
| 12 | EXHIBIT 446 | Email dated 5/14/18, Subject: Files for call, Bates AKTS_00224130 | 126 |
| 13 | | | |
| 14 | EXHIBIT 447 | Native document, Chart, Bates AKTS_00224131 | 126 |
| 15 | | | |
| 16 | EXHIBIT 448 | Native document, Chart, Bates AKTS_00224132 | 126 |
| 17 | EXHIBIT 449 | Document received 7/18/19, Bates AKTS_00261444 | 131 |
| 18 | | | |
| 19 | EXHIBIT 450 | Email dated 3/30/20, Subject: Q mtg notes, Bates AKTS_00279197 | 138 |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |





# Transcript of Ramakrishna Vetury

**Date:** September 13, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1        IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF DELAWARE

3  - - - - - - - - - - - - -x

4  QORVO, INC.,            :

5         Plaintiff,      :

6    v.              :    Civil Action No.

7  AKOUSTIS TECHNOLOGIES, INC.  :  21-1417-JPM

8  AND AKOUSTIS, INC.,      :

9         Defendants.     :

10  - - - - - - - - - - - - -x

11

12           █████████████████████

13

14    Videotaped Deposition of RAMAKRISHNA VETURY

15         Regus Business Center

16       Charlotte, North Carolina

17      Wednesday, September 13, 2023

18           9:03 a.m.

19

20  Job No.:  505393

21  Pages:  1 - 112

22  Reported By:  Cindy A. Hayden, RMR, CRR

23

24

25

1          Deposition of RAMAKRISHNA VETURY, held at

2     the offices of:

3

4               Regus Business Center

5               3117 Whiting Avenue

6               Charlotte, North Carolina  28205

7

8

9

10

11

12          Pursuant to notice, before Cindy A. Hayden,

13     Notary Public in and for the State of North

14     Carolina.

15

16

17

18

19

20

21

22

23

24

25

Transcript of Ramakrishna Vetury
Conducted on September 13, 2023                              3

```
 1                A P P E A R A N C E S

 2

 3    ON BEHALF OF PLAINTIFF:

 4          TIMOTHY P. CREMEN, ESQUIRE

 5          ROY D. JUNG, ESQUIRE

 6          SHEPPARD MULLIN RICHTER & HAMPTON LLP

 7          2099 Pennsylvania Avenue, NW, Suite 100

 8          Washington, D.C.  20006-6801

 9          202.747.1900

10          tcremen@sheppardmullin.com

11          rjung@sheppardmullin.com

12

13    ON BEHALF OF DEFENDANTS:

14          DAVID A. JAKOPIN, ESQUIRE

15          PILLSBURY WINTHROP SHAW PITTMAN LLP

16          2550 Hanover Street

17          Palo Alto, California  94304-1114

18          650.233.4790

19          david.jakopin@pillsburylaw.com

20

21    ALSO PRESENT:  Len Harris, Videographer

22                   Drew Wright, General Counsel,

23                   Akoustis Technologies

24

25
```

Transcript of Ramakrishna Vetury
Conducted on September 13, 2023                    4

```
1                      I N D E X

2                                              PAGE

3    EXAMINATION BY MR. CREMEN                    8

4

5              PREVIOUSLY MARKED EXHIBITS

6
     NUMBER              DESCRIPTION           PAGE
7
     EXHIBIT 154   Email dated 5/23/19, Subject:   97
8                  Qorvo C-V2X, Bates
                   AKTS_00138271
9
     EXHIBIT 155   Document titled QPQ2200Q Band   97
10                 47 BAW Co-Ex Filter, Bates
                   AKTS_00138272-74
11
     EXHIBIT 402   Akoustis screenshot Filter      40
12                 Applications:  All Products

13   EXHIBIT 403   Document titled Akoustis         40
                   Revolutionizing the RF
14                 Industry 2023 Product Catalog

15   EXHIBIT 405   Design Review, ASML092-XB1,     70
                   Bates AKTS_00193999-007
16
     EXHIBIT 406   Design Review, ASML039-XB1,     70
17                 Bates AKTS_00194008-020

18   EXHIBIT 407   Native Document, Bates          51
                   AKTS_00021881
19
     EXHIBIT 408   Native Document, Bates          52
20                 AKTS_00021923

21   EXHIBIT 415   Emails dated 7/28/17, Subject:   80
                   GoToMeeting Invitation -
22                 Handler Wafer/Trim Weekly
                   Meeting, Bates
23                 AKTS_00076529-531

24

25
```

Transcript of Ramakrishna Vetury
Conducted on September 13, 2023                    5

1                    NEWLY MARKED EXHIBITS

2

      NUMBER              DESCRIPTION            PAGE
3

      EXHIBIT 451  Plaintiff's Notice of           10
4                  Deposition of Ramakrishna
                   Vetury Pursuant to Fed. R.
5                  Civ. P. 30(b)(1)

6     EXHIBIT 452  Emails dated 7/28/17, Subject:   80
                   GoToMeeting Invitation -
7                  Handler Wafer/Trim Weekly
                   Meeting, Bates
8                  AKTS_00118852-854

9     EXHIBIT 453  Document titled Trim             80
                   Calculation SiN Trims, Bates
10                 AKTS_00118855-59

11    EXHIBIT 454  Emails dated 8/1/17, Subject:    83
                   Trim Discussions Aug
12                 2017.pptx, Bates AKTS_00076553

13    EXHIBIT 455  Akoustis document titled         84
                   Proposed Trimming Options,
14                 Trim Tool inputs i.e.
                   Freq-to-thickness, Bates
15                 AKTS_00076554-556

16    EXHIBIT 456  Emails dated 9/16/17, Subject:   86
                   Pls review summary technology
17                 PPT, Bates AKTS_00119216-17

18    EXHIBIT 457  Photograph of whiteboard,        86
                   Bates AKTS_00119218
19

      EXHIBIT 458  Emails dated 9/16/17 and         86
20                 9/17/17, Subject:  Pls review
                   summary technology PPT, Bates
21                 AKTS_00036639-40

22    EXHIBIT 459  Akoustis document first page     86
                   titled Technology Development
23                 for WiFi Revenue, Bates
                   AKTS_00036641-44
24

25

```
 1    EXHIBIT 460   Emails dated 10/29/15,          93
                    Subject:  New Qorvo BAW
 2                  Advanced Development results,
                    Bates AKTS_00069739-740
 3

 4    EXHIBIT 461   Email dated 5/17/22, Subject:   100
                    RE:  System architectures,
 5                  Bates AKTS_00188852

 6    EXHIBIT 462   Skyworks document titled        100
                    SKY85784-11: 5.9 to 7.1 GHz
 7                  High-Power WLAN Front-End
                    Module, Bates
 8                  AKTS_00188853-865

 9    EXHIBIT 463   Document titled Qorvo,          100
                    Preliminary, QPF4656 Wi-Fi 6
10                  Front End Module, Bates
                    AKTS_00188866-874
11
      EXHIBIT 464   Skyworks document titled        100
12                  Preliminary Data Sheet,
                    SKY85780-11: 6 GHz High-Power
13                  WLAN Front-End Module, Bates
                    AKTS_00188875-887
14
      EXHIBIT 465   Skyworks document titled Data   101
15                  Sheet, SKY85746-11: 5 GHz
                    802.11ax Ultra-Linear WLAN
16                  Front-End Module with
                    Integrated Log Detector, Bates
17                  AKTS_00188888-900

18    EXHIBIT 466   Qorvo document titled           101
                    Preliminary, QPF4526 Wi-Fi 6
19                  Front End Module, Bates
                    AKTS_00188901-908
20
      EXHIBIT 467   Emails, top one dated 3/1/22,   106
21                  Subject:  Akoustis PiezoMEMs
                    Program Update, Bates
22                  AKTS_00177927-960

23

24

25
```





# Transcript of David Aichele

**Date:** September 15, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1              IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF DELAWARE

3    QORVO, INC.,                  ) C.A. No. 21-1417 JPM

4                                  )

5              Plaintiff,          )

6                                  )

7    v.                            )

8                                  )

9    AKOUSTIS TECHNOLOGIES, INC.,  )

10   and AKOUSTIS, INC.,           )

11                                 )

12             Defendants.         )

13   _____ )

14

15        ** CONFIDENTIAL - ATTORNEYS' EYES ONLY **

16

17             VIDEOTAPED DEPOSITION OF

18                  DAVID AICHELE

19           Charlotte, North Carolina

20          Friday, September 15, 2023

21                   8:38 a.m.

22

23   Reported by:  Christine A. Taylor, RPR

24   Job No.: 505394

25

Transcript of David Aichele
Conducted on September 15, 2023                    2

```
1                        APPEARANCES

2

3     For the Plaintiff:

4          SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
           BY: JONATHAN R. DeFOSSE, ESQ.
5              ROY JUNG, ESQ.
               2099 Pennsylvania Avenue, NW, Suite 100
6              Washington, D.C.  20006
               202.747.1900
7              jdefosse@sheppardmullin.com
               rjung@sheppardmullin.com
8

9     For the Defendants:

10         PILLSBURY WINTHROP SHAW PITTMAN, LLP
           BY: DAVID A. JAKOPIN, ESQ.
11             2550 Hanover Street
               Palo Alto, California  94304
12             650.233.4046
               david.jakopin@pillsburylaw.com
13

14

15    Also Present:

16         Drew Wright, Akoustis

17         Len Harris, Videographer

18

19

20

21

22

23

24

25
```

Transcript of David Aichele
Conducted on September 15, 2023                            3

```
 1                    C O N T E N T S

 2                                              PAGE

 3   EXAMINATION BY MR. DeFOSSE                    21

 4

 5

 6                      * * *

 7

 8                E X H I B I T S

 9   EXHIBIT           DESCRIPTION            PAGE

10   Exhibit 468   10/29/2015 E-mails, Subject: RE:   67

11                 New Qorvo BAW Advanced

12                 Development results, Bates

13                 AKTS_00069739 - 69740

14   Exhibit 469   8/25/16 E-mails, Subject: Re:   74

15                 Akoustis, Bates AKTS_00115835 -

16                 115837

17   Exhibit 470   ALEO - 9/2/16 E-mails, Subject:   80

18                 RE: SAW filters from 600 Mhz to

19                 1000 Mhz, Bates AKTS_00471343 -

20                 471347

21   Exhibit 471   AEO - Spreadsheet produced in   83

22                 native - Bates AKTS_00471348

23   Exhibit 472   AEO - 1/7/19 E-mails, Subject:   85

24                 RE: B25Tx Comparison, Bates

25                 AKTS_00244229 - 244230
```

Transcript of David Aichele
Conducted on September 15, 2023                    4

| | | | |
|---|---|---|---|
| 1 | Exhibit 473 | AEO - 2/27/19 E-mail, Subject: | 88 |
| 2 | | The spec of QpQ1298, Bates | |
| 3 | | AKTS_00135693 | |
| 4 | Exhibit 474 | AEO - QPQ1298 Target Data Sheet, | 88 |
| 5 | | Bates AKTS_00135694 - 135700 | |
| 6 | Exhibit 475 | AEO - 9/28/19 E-mails, Subject: | 93 |
| 7 | | Re: Saurabh, Bates AKTS_00135701 | |
| 8 | Exhibit 476 | AEO - QPQ1298 Target Data Sheet, | 93 |
| 9 | | Bates AKTS_00135702 - 135708 | |
| 10 | Exhibit 477 | AEO - 11/13/19 E-mail, Subject: | 96 |
| 11 | | The meeting with CMCC, Bates | |
| 12 | | AKTS_00041092 - 51093 | |
| 13 | Exhibit 478 | QPQ1298 Target Data Sheet, Bates | 96 |
| 14 | | AKTS_00051094 - 51100 | |
| 15 | Exhibit 479 | AEO - 11/13/19 E-mail, Subject: | 99 |
| 16 | | CMCC/Xiaomi/H3, Bates | |
| 17 | | AKTS_00041101 | |
| 18 | Exhibit 480 | QPQ1298 Target Data Sheet, Bates | 99 |
| 19 | | AKTS_00051102 - 51108 | |
| 20 | Exhibit 481 | AEO - 11/26/19 E-mails, Subject: | 102 |
| 21 | | RE: A10249 Simulations, Bates | |
| 22 | | AKTS_00051456 - 51460 | |
| 23 | Exhibit 482 | QPQ1298 Target Data Sheet, Bates | 102 |
| 24 | | AKTS_00051461 - 51467 | |
| 25 | Exhibit 483 | 885136 2437 mhZ BAW Filter, | 102 |

Transcript of David Aichele
Conducted on September 15, 2023                              5

| | | | |
|---|---|---|---|
| 1 | | Bates AKTS_00051468 - 51475 | |
| 2 | Exhibit 484 | AEO - 12/11/19 E-mail, Subject: | 104 |
| 3 | | The meeting summary with Comba | |
| 4 | | 20191212, Bates AKTS_00273641 | |
| 5 | Exhibit 485 | QPQ1298 Target Data Sheet, Bates | 104 |
| 6 | | AKTS_00273642 - 273648 | |
| 7 | Exhibit 486 | AEO - 2/11/20 E-mail, Subject: | 107 |
| 8 | | 2.6G filter summary, Bates | |
| 9 | | AKTS_00090983 | |
| 10 | Exhibit 487 | QPQ1298 Target Data Sheet, Bates | 107 |
| 11 | | AKTS_00090984 - 90990 | |
| 12 | Exhibit 488 | AEO - 2/26/20 E-mail, Subject: | 109 |
| 13 | | B41 Qorvo data sheet, Bates | |
| 14 | | AKTS_00277443 | |
| 15 | Exhibit 489 | QPQ1298 Target Data Sheet, Bates | 109 |
| 16 | | AKTS_00277444 - 277450 | |
| 17 | Exhibit 490 | AEO - Spreadsheets produced in | 109 |
| 18 | | native - Bates AKTS_00277451 | |
| 19 | Exhibit 491 | AEO - 3/6/20 E-mails, Subject: | 112 |
| 20 | | RE: ZTE's question about A10235, | |
| 21 | | Bates AKTS_00277875 - 277876 | |
| 22 | Exhibit 492 | QPQ1298 Target Data Sheet, Bates | 112 |
| 23 | | AKTS_00277877 - 277883 | |
| 24 | Exhibit 493 | AEO - 3/17/20 E-mail, Subject: | 115 |
| 25 | | Re: Taisaw, Bates AKTS_00053077 | |

Transcript of David Aichele
Conducted on September 15, 2023                              6

```
 1                            - 53078

 2   Exhibit 494     QPQ1298 Target Data Sheet, Bates    115

 3                   AKTS_00053079 - 53085

 4   Exhibit 495     AEO - 3/23/20 E-mails, Subject:     118

 5                   Re: B41 footprint, Bates

 6                   AKTS_00092217

 7   Exhibit 496     QPQ1298 Target Data Sheet, Bates    118

 8                   AKTS_000092218 - 92224

 9   Exhibit 497     AEO - 6/8/20 E-mails, Subject:      119

10                   RE: The update of n41 filter,

11                   Bates AKTS_00285678 - 285680

12   Exhibit 498     QPQ1298 Target Data Sheet, Bates    119

13                   AKTS_00285681 - 285687

14   Exhibit 499     AEO - 2/8/21 E-mail, Subject:       120

15                   Qorvo QPQ1298 B41b, Bates

16                   AKTS_00504307

17   Exhibit 500     AEO - QPQ1298 Target Data Sheet,    120

18                   Bates AKTS_00504309 - 504314

19   Exhibit 501     AEO - 2/8/21 E-mail, Subject:       122

20                   Qorvo QPQ1298 B41b, Bates

21                   AKTS_00504315

22   Exhibit 502     AEO - 5/22/19 E-mails, Subject:     124

23                   Re: Quick update on Qorvo, Bates

24                   AKTS_00086734

25   Exhibit 503     AEO - 5/22/19 E-mails, Subject:     128
```

Transcript of David Aichele
Conducted on September 15, 2023                    7

| 1  |              | FW: Quick update on Qorvo, Bates |     |
| 2  |              | AKTS_00138229 |     |
| 3  | Exhibit 504  | AEO - Screenshot - Bates | 128 |
| 4  |              | AKTS_00138230 |     |
| 5  | Exhibit 505  | AEO - 5/23/19 E-mail, Subject: | 132 |
| 6  |              | Qorvo C-V2X, Bates AKTS_00138271 |     |
| 7  | Exhibit 506  | AEO - QPQ2200Q Band 57 BAW Co=Ex | 132 |
| 8  |              | Filter, Bates AKTS_00138272 - |     |
| 9  |              | 139274 |     |
| 10 | Exhibit 507  | AEO - 5/30/19 E-mails, Subject: | 136 |
| 11 |              | Re: Full Presentation material |     |
| 12 |              | Re: Quick update on Qorvo, Bates |     |
| 13 |              | AKTS_00487276 - 487279 |     |
| 14 | Exhibit 508  | AEO - 3/31/20 E-mail, Subject: | 151 |
| 15 |              | Update on Qorvo and WiFi |     |
| 16 |              | application, Bates AKTS_00053286 |     |
| 17 |              | - 53287 |     |
| 18 | Exhibit 509  | AEO - QPQ2200Q Band 47 BAW Co-Ex | 151 |
| 19 |              | Filter, Bates AKTS_00053288 - |     |
| 20 |              | 553291 |     |
| 21 | Exhibit 510  | AEO -11/30/22 E-mail, Subject: | 153 |
| 22 |              | Qorvo cv2x, Bates AKTS_00564564 |     |
| 23 | Exhibit 511  | QPQ2200Q Preliminary, | 153 |
| 24 |              | AKTS_00564565 - 564575 |     |
| 25 | Exhibit 512  | AEO - 5/24/18 E-mail, Subject: | 156 |

| | | | |
|---|---|---|---|
| 1 | | 5/24/18, Subject 5.8 GHz Filter, | |
| 2 | | Bates AKTS_00079705 | |
| 3 | Exhibit 513 | Filtering: Managing Crowded | 156 |
| 4 | | Frequency Spectrum, Bates | |
| 5 | | AKTS_00079706 | |
| 6 | Exhibit 514 | AEO - 10/28/19 E-mails, Subject: | 161 |
| 7 | | FW: Coexistence filter between | |
| 8 | | n79 and WiFi 5G, Bates | |
| 9 | | AKTS_00141631 | |
| 10 | Exhibit 515 | AEO - Qorvo 5G Solution - Bates | 161 |
| 11 | | AKTS_00141632 - 141637 | |
| 12 | Exhibit 516 | AEO - 1/22/20 E-mail, Subject: | 166 |
| 13 | | Qorvo 3.5 GHz 300 MHz BAW | |
| 14 | | filter, Bates AKTS_00275239 | |
| 15 | Exhibit 517 | AEO - 8/6/21 E-mails, Subject: | 171 |
| 16 | | Re: Qorvo Qtrly Earnings Call, | |
| 17 | | Bates AKTS_00512177 - 512178 | |
| 18 | Exhibit 518 | QPQ3500, Bates AKTS_00512179 - | 171 |
| 19 | | 512189 | |
| 20 | Exhibit 519 | AEO - 7/9/20 E-mails, Subject: | 174 |
| 21 | | FW: WiFi filter mkt review, | |
| 22 | | Bates AKTS_01051319 | |
| 23 | Exhibit 520 | AEO - FAE Intelligence Report - | 174 |
| 24 | | WCON Q2, 2020, Bates | |
| 25 | | AKTS_00151329 - 005151347 | |

Transcript of David Aichele
Conducted on September 15, 2023                          9

| | | | |
|---|---|---|---|
| 1 | Exhibit 521 | AEO - 1/7/20 E-mail, Subject: | 181 |
| 2 | | The meeting summary with Tenda | |
| 3 | | 20200107, Bates AKTS_00143669 - | |
| 4 | | 143670 | |
| 5 | Exhibit 522 | AEO - Document Bates | 184 |
| 6 | | AKTS_00143671 | |
| 7 | Exhibit 523 | Document Bates AKTS_00143672 - | 184 |
| 8 | | 143675 | |
| 9 | Exhibit 524 | AEO - E-mail, Subject: Qorvo 6.2 | 188 |
| 10 | | GHz, Bates AKTS_00274307 | |
| 11 | Exhibit 525 | AEO - Document Bates | 188 |
| 12 | | AKTS_00274308 | |
| 13 | Exhibit 526 | AEO - Document Bates | 188 |
| 14 | | AKTS_00274398 - 274312 | |
| 15 | Exhibit 527 | AEO - 4/10/20 E-mails, Subject: | 191 |
| 16 | | RE: Qorvo WiFi BAW filter, Bates | |
| 17 | | AKTS_00146974 | |
| 18 | Exhibit 528 | AEO - QPQ1903, Bates | 191 |
| 19 | | AKTS_00146975 - 146980 | |
| 20 | Exhibit 529 | AEO - QPQ1904, Bates | 191 |
| 21 | | AKTS_00146981 - 146986 | |
| 22 | Exhibit 530 | AEO - 8/9/19 E-mails, Subject: | 196 |
| 23 | | Additional information of | |
| 24 | | Qualcomm, Bates AKTS_00264715 - | |
| 25 | | 264717 | |

Transcript of David Aichele
Conducted on September 15, 2023                    10

| | | | |
|---|---|---|---|
| 1 | Exhibit 531 | AEO - 8/7/20 E-mail, Subject: | 201 |
| 2 | | Qorvo info, Bates AKTS_00496841 | |
| 3 | Exhibit 532 | Qorvo - 2020 IDP Global Sales | 201 |
| 4 | | Conference, Bates AKTS_00496842 | |
| 5 | | - 496870 | |
| 6 | Exhibit 533 | Qorvo - Technical Sales Training | 201 |
| 7 | | April 24, 2020, Bates | |
| 8 | | AKTS_00496871 - 496905 | |
| 9 | Exhibit 534 | Qorvo - HPS Switches, Limiters, | 201 |
| 10 | | Defense and Aerospace GaN and | |
| 11 | | Filters, Bates AKTS_00496906 - | |
| 12 | | 496939 | |
| 13 | Exhibit 535 | MMIC High Power Amplifiers Sales | 201 |
| 14 | | Conference 2020, Bates | |
| 15 | | AKTS_00496940 - 496961 | |
| 16 | Exhibit 536 | Qorvo IDP Virtual Sales | 201 |
| 17 | | Conference 2020, Bates | |
| 18 | | AKTS_00496962 - 496973 | |
| 19 | Exhibit 537 | AEO - 8/7/20 E-mails, Subject: | 207 |
| 20 | | RE: Qorvo info, Bates | |
| 21 | | AKTS_00496974 | |
| 22 | Exhibit 538 | High Performance Solutions 2020 | 207 |
| 23 | | Sales Conference, Bates | |
| 24 | | AKTS_00496975 - 00496987 | |
| 25 | Exhibit 539 | Qorvo IDP 2020 Sales Conference, | 207 |

Transcript of David Aichele
Conducted on September 15, 2023                                    11

| | | | |
|---|---|---|---|
| 1 | | Bates AKTS_00496988 - 497005 | |
| 2 | Exhibit 540 | Automotive Solutions for V2X, | 207 |
| 3 | | Wi-Fi & SDARS, Bates | |
| 4 | | AKTS_00497006 - 497031 | |
| 5 | Exhibit 541 | IDP Sales Conference WCON, Bates | 207 |
| 6 | | AKTS_00497032 - 497055 | |
| 7 | Exhibit 542 | ADO - 8/7/20 E-mails, Subject: | 209 |
| 8 | | RE: Qorvo info, Bates | |
| 9 | | AKTS_00497056 - 497057 | |
| 10 | Exhibit 543 | ActiveCiPS Programmable Power | 209 |
| 11 | | Management, Bates AKTS_00497058 | |
| 12 | | - 497090 | |
| 13 | Exhibit 544 | Qorvo - Spatium, Bates | 209 |
| 14 | | AKTS_00497091 - 497111 | |
| 15 | Exhibit 545 | Qorvo IDP Sales Conference April | 209 |
| 16 | | 2020, Bates AKTS_00497112 - | |
| 17 | | 497139 | |
| 18 | Exhibit 546 | Qorvo Sales Conference 2020, | 209 |
| 19 | | Bates AKTS_00497140 - 497164 | |
| 20 | Exhibit 547 | Qorvo Virtual Sales Conference | 209 |
| 21 | | 2020, Bates AKTS_00497165 - | |
| 22 | | 497189 | |
| 23 | Exhibit 548 | Qorvo WCON End-Node Solutions, | 209 |
| 24 | | Sales Conference 2020, Bates | |
| 25 | | AKTS_00497190 - 497209 | |

Transcript of David Aichele
Conducted on September 15, 2023                    12

| | | | |
|---|---|---|---|
| 1 | Exhibit 549 | Wi-Fi 6 & IoT System Solutions, | 209 |
| 2 | | 2020 Qorvo Virtual Sales | |
| 3 | | Conference, Bates AKTS_00497210 | |
| 4 | | - 497247 | |
| 5 | Exhibit 550 | AEO - 8/7/20 E-mails, Subject: | 212 |
| 6 | | RE: Qorvo info, Bates | |
| 7 | | AKTS_00497248 - 497249 | |
| 8 | Exhibit 551 | Document produced in native, | 213 |
| 9 | | Bates AKTS_00497250 | |
| 10 | Exhibit 552 | AEO - 5/12/21 E-mail, Subject: | 216 |
| 11 | | Qorvo DS, Bates AKTS_00157707 | |
| 12 | Exhibit 553 | QPQ1904, Bates AKTS_00157708 - | 216 |
| 13 | | 157712 | |
| 14 | Exhibit 554 | QPQ1903, Bates AKTS_00157713 - | 216 |
| 15 | | 157717 | |
| 16 | Exhibit 555 | 7/7/21 E-mail, Subject: QPQ1903 | 217 |
| 17 | | & QPQ1904, Bates AKTS_00159391 | |
| 18 | Exhibit 556 | QPQ1903, Bates AKTS_00159392 - | 217 |
| 19 | | 159396 | |
| 20 | Exhibit 557 | QPQ1904, Bates AKTS_00159398 - | 217 |
| 21 | | 159402 | |
| 22 | Exhibit 558 | AEO - 10/6/21 E-mail, Subject: | 220 |
| 23 | | Re: Data sheet for Quervo WiFi | |
| 24 | | Filters, Bates AKTS_00163231 | |
| 25 | Exhibit 559 | QPQ1903 - Bates AKTS_00163232 - | 220 |

Transcript of David Aichele
Conducted on September 15, 2023                    13

| | | | |
|---|---|---|---|
| 1 | | 163236 | |
| 2 | Exhibit 560 | QPQ1904 - Bates AKTS_00163238 - | 220 |
| 3 | | 163242 | |
| 4 | Exhibit 561 | QPQ1903 - Bates AKTS_00163267 - | 221 |
| 5 | | 163271 | |
| 6 | Exhibit 562 | QPQ1904, Bates AKTS_00163273 - | 221 |
| 7 | | 163277 | |
| 8 | Exhibit 563 | AEO - 10/7/21 E-mail, Subject: | 221 |
| 9 | | Qorvo, Bates AKTS_00163266 | |
| 10 | Exhibit 564 | AEO - 8/9/19 E-mails, Subject: | 239 |
| 11 | | FW: Additional information of | |
| 12 | | Qualcomm, Bates AKTS_00264873 - | |
| 13 | | 264875 | |
| 14 | Exhibit 565 | AEO - 2/25/21 E-mails, Subject: | 225 |
| 15 | | RE: WiFi6E Update for mobile | |
| 16 | | 20210222, Bates AKTS_00323714 - | |
| 17 | | 323716 | |
| 18 | Exhibit 566 | QM45392, Bates AKTS_00323718 - | 225 |
| 19 | | 323734 | |
| 20 | Exhibit 567 | AEO - 2/22/21 E-mails, Subject: | 232 |
| 21 | | WiFi6E Update for mobile | |
| 22 | | 20210222, Bates AKTS_00323121 | |
| 23 | Exhibit 568 | AEO - WLAN8201C, Bates | 232 |
| 24 | | AKTS_00323123 | |
| 25 | Exhibit 569 | Wi-Fi Product Roadmap Update, | 232 |

Transcript of David Aichele
Conducted on September 15, 2023                                    14

```
 1                       November 2020 - Bates
 2                       AKTS_00323146
 3      Exhibit 570      AEO 4/14/21 E-mails, Subject:      230
 4                       Re: Trieste P1 AKTS match
 5                       solution verify and finetune,
 6                       Bates AKTS_00157075
 7      Exhibit 571      QPF4656, Bates AKTS_00157083       230
 8      Exhibit 572      This exhibit was not used.         238
 9      Exhibit 573      AEO - 4/14/21 E-mails, Subject:    238
10                       FW: Trieste P1 AKTS match
11                       solution verify and finetune,
12                       Bates AKTS_00328075 - 328083
13      Exhibit 574      QPF4656, Bates AKTS_00328084 -     238
14                       328092
15      Exhibit 575      QPF4526, Bates AKTS_00328093 -     238
16                       328099
17      Exhibit 576      ADO - 2/23/17 E-mail, Subject:     242
18                       AKF-1938 test plans, Bates
19                       AKTS_00117498
20      Exhibit 577      Characterization Test Plan,        242
21                       Bates AKTS_00117499
22      Exhibit 578      Qualification Test Plan, Bate      242
23                       AKTS_0000117503
24      Exhibit 579      Evaluation Board Test Plan,        242
25                       Bates AKTS_00117507
```

Transcript of David Aichele
Conducted on September 15, 2023                              15

| | | | |
|---|---|---|---|
| 1 | Exhibit 580 | Production Test Plan, Bates | 242 |
| 2 | | AKTS_0000117512 | |
| 3 | Exhibit 581 | RFSW8009 Evaluation Board Test | 242 |
| 4 | | Plan, Bates AKTS_0000117516 | |
| 5 | Exhibit 582 | AEO - 8/16/18 E-mail, Subject: | 248 |
| 6 | | FW: Some light reading, Bates | |
| 7 | | AKTS_00126569 | |
| 8 | Exhibit 583 | AEO - SAW & BAW Filter RF Power | 248 |
| 9 | | Life/Reliability Testing, Bates | |
| 10 | | AKTS_00126570 | |
| 11 | Exhibit 584 | AEO - 4/18/19 E-mail, Subject: | 250 |
| 12 | | Light reading, Bates | |
| 13 | | AKTS_00137343 | |
| 14 | Exhibit 585 | AEO - Calculating Reliability | 250 |
| 15 | | using FIT & MTTF: Arrhenius HTOL | |
| 16 | | Model, Bates AKTS_00137344 | |
| 17 | Exhibit 586 | AEO - HTOL testing document, | 250 |
| 18 | | Bates AKTS_00137350 | |
| 19 | Exhibit 587 | AEO - 16.8 Power Handling and | 250 |
| 20 | | Reliability, Bates AKTS_00137352 | |
| 21 | Exhibit 588 | AEO - 4/18/19 E-mail, Subject: | 253 |
| 22 | | RE: Light reading, Bates | |
| 23 | | AKTS_00137354 | |
| 24 | Exhibit 589 | SAW & BAW Filter RF Power | 253 |
| 25 | | Life/Reliability Testing, Sept. | |

Transcript of David Aichele
Conducted on September 15, 2023                        16

| | | | |
|---|---|---|---|
| 1 | | 25, 2015, Bates AKTS_00137355 | |
| 2 | Exhibit 590 | AEO - 9/14/21 E-mails, Subject: | 256 |
| 3 | | RE: WIFI6E specs - attached 11a | |
| 4 | | FEM xls, Bates AKTS_0000162125 | |
| 5 | Exhibit 591 | Document produced in native, | 256 |
| 6 | | Bates AKTS_00162126 | |
| 7 | Exhibit 592 | AEO - 2/4/20 E-mail, Subject: | 257 |
| 8 | | Re: Note, Bates AKTS_00144565 | |
| 9 | Exhibit 593 | AEO - 11/9/21 E-mail, Subject: | 260 |
| 10 | | Re: Cisco Note, Bates | |
| 11 | | AKTS_00166270 | |
| 12 | Exhibit 594 | AEO - 3/21/22 E-mail, Subject: | 261 |
| 13 | | Qorvo BAW Plexer, Bates | |
| 14 | | AKTS_00530075 | |
| 15 | Exhibit 595 | AEO - 8/17/15 E-mails, Subject: | 262 |
| 16 | | Re: New Company Akoustis, Bates | |
| 17 | | AKTS_00069492 - 69495 | |
| 18 | Exhibit 596 | AEO - 5G New Radio Evolution | 271 |
| 19 | | Towards 2020, Bates | |
| 20 | | AKTS_00000997 | |
| 21 | Exhibit 597 | AEO - 7/9/21 E-mail, Subject: | 276 |
| 22 | | Wallpaper Jul R2, Bates | |
| 23 | | AKTS_00021023 | |
| 24 | Exhibit 598 | AEO - Document produced in | 276 |
| 25 | | native, Bates AKTS_00021024 | |

Transcript of David Aichele
Conducted on September 15, 2023                    17

| 1  | Exhibit 599 | AEO - 7/2/18 E-mail, Subject:       | 282 |
|----|-------------|--------------------------------------|-----|
| 2  |             | RE: FedEx Shipment 771870549987      |     |
| 3  |             | Notification, Bates                  |     |
| 4  |             | AKTS_00226431                        |     |
| 5  | Exhibit 600 | AEO - Evaluation results of          | 282 |
| 6  |             | Akoustis BAW filter, Bates           |     |
| 7  |             | AKTS_00226432 - 226441               |     |
| 8  | Exhibit 601 | AEO - 12/14/18 E-mails, Subject:     | 288 |
| 9  |             | Re: Evaluation report, Bates         |     |
| 10 |             | AKTS_0000084938 - 84943              |     |
| 11 | Exhibit 602 | AEO - Akoustis XBAW RF-Filters,      | 288 |
| 12 |             | Bates AKTS_00084944 - 84956          |     |
| 13 | Exhibit 603 | AEO - High Power, Wideband           | 288 |
| 14 |             | Single Crystal XBAW Technology       |     |
| 15 |             | for sub-6 GHz Micro RF Filter        |     |
| 16 |             | Applications, Bates                  |     |
| 17 |             | AKTS_00084957 - 84960                |     |
| 18 | Exhibit 604 | AEO - Akoustis XBAW WiFi 5 GHz       | 288 |
| 19 |             | Coexist Filters, Bates               |     |
| 20 |             | AKTS_00084961                        |     |
| 21 | Exhibit 605 | AEO - 1/24/19 E-mails, Subject:      | 293 |
| 22 |             | RE: AKF1252 High Power Samples,      |     |
| 23 |             | Bates AKTS_00246445 - 246449         |     |
| 24 | Exhibit 606 | AEO - Evaluation Report, Bates       | 293 |
| 25 |             | AKTS_00246450 - 00246460             |     |

```
 1   Exhibit 607   AEO - 4/24/17 E-mails, Subject:    297
 2                 FW: MSET111 filter 093 epi wafer
 3                 2003028-01 compare with previous
 4                 poly wafer, Bates
 5                 AKTS_0000147953 - 00147957
 6   Exhibit 608   AEO - 5/17/20 E-mail, Subject:     300
 7                 FW: An idea official email to
 8                 Mr. SH Yoon and DJ Kim regarding
 9                 on project allocation for
10                 MEST115, Bates AKTS_00147068 -
11                 149069
12   Exhibit 609   AEO - Samsung Update May 20,       300
13                 2020, Bates AKTS_00149070 -
14                 149105
15   Exhibit 610   AEO - 3/29/18 E-mails, Subject:    303
16                 Re: Update, Bates AKTS_00221928
17                 - 221929
18   Exhibit 611   AEO - Preliminary AKF-1252,        303
19                 Bates AKTS_00221930 - 221933
20
21
22
23
24
25
```

Transcript of David Aichele
Conducted on September 15, 2023                    19

```
1                    PREVIOUSLY MARKED EXHIBITS

2

3    Exhibit 92   AEO - Document produced in native,    243

4                 Bates AKTS00117519

5    Exhibit 93   Document produced in native, Bates    243

6                 AKTS_00117520

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```





# Transcript of Colin Hunt

**Date:** October 10, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3    QORVO, INC.,                        )

4                                        )

5              Plaintiff,                )

6                                        )

7         vs.                            ) Case No.

8                                        ) 21-1417 JPM

9    AKOUSTIS TECHNOLOGIES, INC., and    )

10   AKOUSTIS, INC.,                     )

11                                       )

12             Defendants.               )

13   _____)

14

15                    ███████████

16                  ████████████████

17

18                      30(b)(1)

19           VIDEOTAPED DEPOSITION OF COLIN HUNT

20                 SAN DIEGO, CALIFORNIA

21               TUESDAY, OCTOBER 10, 2023

22                      9:03 A.M.

23   Stenographically reported by:

24   Kayla Lotstein

25   California CSR No. 13916, CRR, RPR, CRC

Transcript of Colin Hunt
Conducted on October 10, 2023                           2

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3

4    QORVO, INC.,                    )
                                     )
5              Plaintiff,            )
                                     )
6       vs.                          ) Case No.
                                     ) 21-1417 JPM
7    AKOUSTIS TECHNOLOGIES, INC., and )
     AKOUSTIS, INC.,                 )
8                                    )
               Defendants.           )
9    _____)

10

11

12

13           VIDEOTAPED DEPOSITION OF COLIN HUNT taken on
             behalf of Plaintiff, at 9:03 a.m., Tuesday,
14           October 10, 2023, at 11682 El Camino Real,
             Suite 200, San Diego, California, before Kayla
15           Lotstein, Certified Shorthand Reporter No.
             13916 of the State of California, pursuant to
16           Notice.

17

18

19

20

21

22

23

24

25

Transcript of Colin Hunt
Conducted on October 10, 2023                                    3

```
1    APPEARANCES OF COUNSEL:

2        FOR PLAINTIFF:

3            SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
             BY:  ERIC K. GILL, ESQ.
4            Egill@sheppardmullin.com
             BY:  ZACHARY ALPER, ESQ.
5            Zalper@sheppardmullin.com
             12275 El Camino Real
6            Suite 100
             San Diego, California 92130
7

8        FOR DEFENDANTS:

9            PILLSBURY WINTHROP SHAW PITTMAN, LLP
             BY:  DAVID STANTON, ESQ.
10           725 South Figueroa Street
             36th Floor
11           Los Angeles, California 90017
             David.stanton@pillsburylaw.com
12           (213) 488-7271

13

14       Also Present:

15           Allan Heifetz, Videographer

16

17

18

19

20

21

22

23

24

25
```

Transcript of Colin Hunt
Conducted on October 10, 2023                                    4

```
 1                          INDEX

 2   WITNESS:   COLIN HUNT

 3                       EXAMINATIONS

 4                                                      Page

 5       By Mr. Gill                                     12

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Colin Hunt
Conducted on October 10, 2023                     5

```
1                        EXHIBITS

2    No.              Description                Page

3    612      Plaintiff's Notice of              15
              Deposition of Colin Hunt
4             Pursuant to Federal Rules of
              Civil Procedure 30(b)(1)
5
     613      E-mail correspondence from         24
6             Colin Hunt to Dave Aichele,
              sent 2020-06-10T14:59:25;
7             Marked "Attorneys' Eyes Only"
              - Subject to Protective
8             Order; Bates-stamped
              AKTS__00493639
9
     614      Qorvo Preliminary QPQ1903          24
10            Wi-Fi bandBoost BAW Filter;
              Bates-stamped AKTS__00493641
11
     615      Qorvo Preliminary QPQ1904          24
12            Wi-Fi bandBoost BAW Filter;
              Bates-stamped AKTS__00493647
13
     616      E-mail correspondence from         35
14            Colin Hunt to Dave Aichele,
              sent 2020-07-22T19:04:31;
15            Marked Attorneys' Eyes
              Only-Subject to Protective
16            Order"; Bates-stamped
              AKTS__00496334
17
     617      Qorvo Prelimiary QPQ1903           35
18            Wi-Fi bandBoost BAW Filter;
              Bates-stamped AKTS__00496336
19
     618      Quorvo Preliminary QPQ1904         35
20            Wi-Fi bandBoost BAW Filter;
              Bates-stamped AKTS__0496342
21

22

23

24

25
```

████████████████████

Transcript of Colin Hunt
Conducted on October 10, 2023                           6

```
 1                    EXHIBITS (CONTINUED)

 2      No.              Description              Page

 3      619      E-mail correspondence from        40
                 Colin Hunt to Steven Li, sent
 4               2020-07-24T14:52:17; Marked
                 "Attorneys' Eyes Only-Subject
 5               to Protective Order";
                 Bates-stamped AKTS__00151889
 6
        620      E-mail correspondence from        45
 7               Colin Hunt to Rohan Houlden,
                 sent 2020-07-29T20-45:03;
 8               Marked "Attorneys' Eyes
                 Only-Subject to Protective
 9               Order"; Bates-stamped
                 AKTS__0496664
10
        621      Quorvo Preliminary QPQ1904        45
11               Wi-Fi bandBoost BAW Filter;
                 Bates-stamped AKTS_00496666
12
        622      Qorvo Preliminary QPQ1903         45
13               Wi-Fi bandBoost BAW Filter;
                 Bates-stamped AKTS__00496672
14
        623      E-mail correspondence from        58
15               Dave Aichele to Steven Li,
                 sent 2020-07-31T13:44:40;
16               Marked "Attorneys' Eyes
                 Only-Subject to Protective
17               Order"; Bates-stamped
                 AKTS__00291717
18
        624      E-mail correspondence from        65
19               Colin Hunt to Steven Li sent
                 2020-08-03T10:56:19; Marked
20               "Attorneys' Eyes Only-Subject
                 to Protective Order";
21               Bates-stamped AKTS__00152143

22

23

24

25
```

Transcript of Colin Hunt
Conducted on October 10, 2023                          7

```
 1                    EXHIBITS  (CONTINUED)

 2      No.              Description              Page

 3      625      E-mail correspondence from          69
                 Colin Hunt to Dave Aichele,
 4               sent 2020-08-11T10:51:00;
                 Marked "Attorneys' Eyes
 5               Only-Subject to Protective
                 Order"; Bates-stamped
 6               AKTS__00152442

 7      626      E-mail correspondence from          74
                 Dave Aichele to Colin Hunt,
 8               sent 2021-10-20T14:49:40;
                 Marked "Attorneys' Eyes
 9               Only-Subject to Protective
                 Order"; Bates-stamped
10               AKTS__00518851

11      627      E-mail correspondence from          76
                 Colin Hunt to Steve Takaki,
12               sent 2021-10-20T16:56:41;
                 Marked "Attorneys' Eyes
13               Only-Subject to Protective
                 Order"; Bates-stamped
14               AKTS__00518852

15      628      Correspondence received             78
                 2021-10-20T17:00:18; Marked
16               "Attorneys' Eyes Only-Subject
                 to Protective Order";
17               Bates-stamped AKTS__00362719

18      629      Coding Layout Metadata              79

19      630      Correspondence received             81
                 2021-10-20T18:06:39; Marked
20               "Attorneys' Eyes Only-Subject
                 to Protective Order";
21               Bates-stamped AKTS__00362735

22      631      Coding Layout Metadata              81

23

24

25
```

Transcript of Colin Hunt
Conducted on October 10, 2023                          8

```
1                      EXHIBITS (CONTINUED)

2      No.            Description                    Page

3      632    E-mail correspondence from             84
              Colin Hunt to Hanns-Christoph
4             Bachem, sent
              2021-10-20T18:08:33; Marked
5             "Attorneys' Eyes Only-Subject
              to Protective Order";
6             Bates-stamped AKTS__00518853

7      633    Qorvo Preliminary QPQ2200Q             86
              B47 C-V2X/11p/Wi-Fi/LTE
8             Co-Existence Filter

9      634    Coding Layout Metadata                 86

10     635    E-mail correspondence from             90
              Colin Hunt to Dave Aichele,
11            sent 2021-02-18T14:01:51;
              Marked "Attorneys' Eyes
12            Only-Subject to Protective
              Order"; Bates-stamped
13            AKTS__00103346

14     636    E-mail correspondence from             93
              Steven Li to Colin Hunt, sent
15            2021-11-22T07:10:00; Marked
              "Attorneys' Eyes Only-Subject
16            to Protective Order";
              Bates-stamped AKTS__00167236
17
       637    Qorvo Preliminary QPF4656              93
18            Wi-Fi 6E Front End Module;
              marked "CONFIDENTIAL";
19            Bates-stamped AKTS__00167237

20     638    Qorvo QPF7552 Wi-Fi 6                  93
              bandBoost Integrated Front
21            End Module

22     639    Correspondence from Dave               97
              Aichele to Colin Hunt, sent
23            2022-02-02T16:58:02; Marked
              "Attorneys' Eyes Only-Subject
24            to Protective Order";
              Bates-stamped AKTS__00174400
25
```

████████████████

Transcript of Colin Hunt
Conducted on October 10, 2023                                    9

```
1                    EXHIBITS (CONTINUED)

2     No.            Description                    Page

3     640    Qorvo QPF7552 Wi-Fi 6                   97
             bandBoost integrated
4            Front-End Module; Marked
             "Attorneys' Eyes Only-Subject
5            to Protective Order";
             Bates-stamped AKTS__00174401
6
             641    E-mail correspondence from      101
7            Anand Krishnamachari to Tony
             Espinzoa, sent
8            2021-08-03T12:13:11; Marked
             "Attorneys' Eyes Only-Subject
9            to Protective Order";
             Bates-stamped AKTS__00067806
10
             642    Qorvo QPF4588A Load Pull 5.0    101
11           volts, November 2020; Marked
             "Attorneys' Eyes Only-Subject
12           to Protective Order";
             Bates-stamped AKTS__00067809
13
             643    E-mail correspondence from      102
14           Colin Hunt to SJ Kim, sent
             2020-07-10T09:04:34; Marked
15           "Attorneys' Eyes Only-Subject
             to Protective Order";
16           Bates-stamped AKTS__00288377

17           644    E-mail correspondence from      106
             Shane O'Neal to Colin Hunt,
18           sent 2021-05-13T11:03:20;
             Marked "Attorneys' Eyes
19           Only-Subject to Protective
             Order"; Bates-stamped
20           AKTS__00105898

21

22

23

24

25
```



# Transcript of Joonbum Kwon, Ph.D.

**Date:** October 20, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF DELAWARE

3    - - - - - - - - - - - - - x

4    QORVO, INC.,                    :

5              Plaintiff,            :

6       v.                          : C.A. No. 21-1417-JPM

7    AKOUSTIS TECHNOLOGIES,          :

8    INC. and AKOUSTIS, INC.,        :

9              Defendants.           :

10   - - - - - - - - - - - - - x

11

12

13   ███████████████████████████

14

15

16     Videotaped Deposition of JOONBUM KWON, Ph.D.

17               Fulton, Maryland

18            Friday, October 20, 2023

19                 9:17 a.m.

20

21

22

23   Job No. 511747

24   Pages:  1 - 175

25   Reported by:  Janet A. Hamilton, RDR

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                                  2

```
1              Videotaped Deposition of JOONBUM KWON,

2       Ph.D., held at the offices of:

3

4

5

6              Regus Business Centers

7              8115 Maple Lawn Boulevard

8              Suite 350

9              Fulton, Maryland  20759

10             240.786.4500

11

12

13

14

15

16             Pursuant to Subpoena, before Janet A.

17      Hamilton, Registered Diplomate Reporter and Notary

18      Public in and for the State of Maryland.

19

20

21

22

23

24

25
```

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    3

```
1                  A P P E A R A N C E S
2    ON BEHALF OF THE PLAINTIFF:
3          ROY D. JUNG, ESQUIRE
4          TIMOTHY P. CREMEN, ESQUIRE
5          SHEPPARD MULLIN RICHTER & HAMPTON LLP
6          2099 Pennsylvania Avenue, NW
7          Suite 100
8          Washington, DC  20006
9          202.747.1900
10
11   ON BEHALF OF DEFENDANTS:
12         RIC MACCHIAROLI, ESQUIRE
13         PILLSBURY WINTHROP SHAW PITTMAN
14         1200 Seventeenth Street, NW
15         Washington, DC  20036
16         202.663.8000
17   ALSO PRESENT:
18         ANDREW STROMBERG, Videographer
19         KYONGSOOK KIM, Lead Interpreter
20         YOUSUN CHOI, Check Interpreter
21
22
23
24
25
```

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                           4

```
 1               C O N T E N T S
 2   EXAMINATION OF JOONBUM KWON, Ph.D.        PAGE
 3      By Mr. Jung                             9
 4      By Mr. Macchiaroli                     171
 5
 6
 7
 8               E X H I B I T S
 9           (Attached to the transcript)
10   KWON DEPOSITION
11   Exhibit 645   Subpoena                     14
12   Exhibit 646   Non-Party Joonbum Kwon's     16
13      Objections and Responses to Plaintiff's
14      Subpoena to Testify at a Deposition in a
15      Civil Action
16   Exhibit 647   Employee Confidentiality and 31
17      Invention Assignment Agreement
18      QORVO_008422120 - QORVO_008422121
19   Exhibit 648   Termination Information      32
20      QORVO_00012283 - QORVO_00012286
21   Exhibit 649   E-mail string               49
22      AKTS_00475415 - AKTS_00475416
23   Exhibit 650   Trim Tool/Process -         49
24      Discussions (Akoustis)
25      AKTS_00475417 - AKTS_00475420
```

```
 1        E X H I B I T S   C O N T I N U E D

 2

 3   Exhibit 651   AKF1938 Die to Die/          50

 4      Laminate Date (Akoustis)

 5      AKTS_00475421 - AKTS_00475424

 6   Exhibit 652   E-mail string               80

 7      AKTS_00076532 - AKTS_00076534

 8   Exhibit 653   E-mail from Rama Vetury      94

 9      AKTS_00475922

10   Exhibit 654 Table                         94

11      AKTS_00475923 - AKTS_00475923

12   Exhibit 655   E-mail from JB Kwon         100

13      AKTS_00476299

14   Exhibit 656   Akoustis presentation       100

15      AKTS_00476300 - AKTS_00476309

16   Exhibit 657   Table:  Selective Trimming  105

17      AKTS_00407978 - AKTS_00407978

18   Exhibit 658   The DOE Plan for Selective  111

19      Trim (Akoustis)

20      AKTS_00611530 - AKTS_00611536

21   Exhibit 659   E-mail exchange            116

22      AKTS_00079438

23   Exhibit 660   Abstract: "AIN Film Stress  116

24      and Uniformity for BAW filters on 200mm wafers"

25      AKTS_00079439 - AKTS_00079442
```

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    6

```
 1          E X H I B I T S   C O N T I N U E D

 2

 3   Exhibit 661   E-mail exchange              160

 4      AKTS_00476746

 5   Exhibit 662   Akoustis presentation:       160

 6      Trim Work Center Update

 7      AKTS_00476747 - AKTS_00476759

 8

 9             EXHIBITS PREVIOUSLY MARKED

10   Exhibit 403   Akoustis 2023 Product Catalog

11   Exhibit 420   E-mail exchange

12      AKTS_00076656 - AKTS_00076657

13   Exhibit 421   Trim Calculation SiN Trims

14      AKTS_00076658 - AKTS_00076662

15   Exhibit 435   E-mail

16      AKTS_00037331

17   Exhibit 436   Trim System Evaluation Plan

18      JB Kwon (Akoustis)

19      AKTS_00037312 - AKTS_00037323

20   Exhibit 437   E-mail

21      AKTS_00037338

22   Exhibit 438   Trim Work Center Update

23      (Akoustis)

24      AKTS_00037339 - AKTS_00037351

25
```

Transcript of Joonbum Kwon, Ph.D.
Conducted on October 20, 2023                    7

```
1          EXHIBITS PREVIOUSLY MARKED CONTINUED

2

3   Exhibit 452   E-mail string

4      AKTS_00118852 - AKTS_00118854

5   Exhibit 453   Trim Calculation SiN Trims

6      AKTS_00118855 - AKTS_00118859

7   Exhibit 454   E-mail exchange

8      AKTS_00076553

9   Exhibit 455   Proposed Trimming Options

10     (Akoustis)

11     AKTS_00076554 - AKTS_00076556

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



# Transcript of Holly Johnson, Corporate Designee & Individually

**Date:** November 9, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3       - - - - - - - - - - - - -x

4       QORVO, INC.,                    :

5                   Plaintiff,          :

6            v.                         :    Civil Action No.

7       AKOUSTIS TECHNOLOGIES, INC.     :    21-1417-JPM

8       AND AKOUSTIS, INC.,             :

9                   Defendants.         :

10      - - - - - - - - - - - - -x

11

12                  **  ██████████  **

13

14              Videotaped Deposition of

15      AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.,

16       By and through its Designated Representative,

17                HOLLY H. JOHNSON

18            and in her Individual Capacity

19              Charlotte, North Carolina

20              Thursday, November 9, 2023

21                    9:00 a.m.

22

23      Job No.:  512854

24      Pages:  1 - 121

25      Reported By:  Cindy A. Hayden, RMR, CRR

Transcript of Holly Johnson, Corporate Designee & Individually
Conducted on November 9, 2023                                    2

```
 1          Videotaped Deposition of HOLLY H. JOHNSON,

 2    held at the offices of:

 3

 4          Regus - Charlotte/University Executive Park

 5          301 McCullough Drive, Suite 400

 6          Charlotte, North Carolina  28262

 7

 8

 9

10

11

12          Pursuant to notice, before Cindy A. Hayden,

13    Notary Public in and for the State of North

14    Carolina.

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Holly Johnson, Corporate Designee & Individually
Conducted on November 9, 2023                              3

```
 1                A P P E A R A N C E S

 2    ON BEHALF OF PLAINTIFF:

 3          JONATHAN R. DeFOSSE, ESQUIRE

 4          SHEPPARD MULLIN RICHTER & HAMPTON LLP

 5          2099 Pennsylvania Avenue, NW, Suite 100

 6          Washington, D.C.  20006-6801

 7          202.747.1900

 8          jdefosse@sheppardmullin.com

 9                ~ And ~

10          ZACHARY ALPER, ESQUIRE

11          SHEPPARD MULLIN RICHTER & HAMPTON LLP

12          12275 El Camino Real, Suite 100

13          San Diego, California  92130-4092

14          858.720.7462

15          zalper@sheppardmullin.com

16

17    ON BEHALF OF DEFENDANTS:

18          DAVID S. ELKINS, ESQUIRE

19          SQUIRE PATTON BOGGS (US) LLP

20          1841 Page Mill Road, Suite 150

21          Palo Alto, California  94304

22          650.843.3378

23          david.elkins@squirepb.com

24    ALSO PRESENT:  Melody Adair, Videographer

25                   Drew Wright, General Counsel, Akoustis
```

Transcript of Holly Johnson, Corporate Designee & Individually
Conducted on November 9, 2023                                4

```
 1                        I N D E X

 2                                              PAGE

 3   EXAMINATION BY MR. ALPER ...................   8

 4

 5              PREVIOUSLY MARKED EXHIBITS

 6

 7   NUMBER            DESCRIPTION          PAGE

 8   EXHIBIT 181  Meeting invite for 9/20/17,    89
                  Subject:  Touch base, Bates
 9                AKTS_00014828

10   EXHIBIT 182  Excel spreadsheet with green,  92
                  yellow and red highlighting,
11                Native documents, Bates
                  AKTS_00370379
12

13

14              NEWLY MARKED EXHIBITS

15
     NUMBER            DESCRIPTION          PAGE
16
     EXHIBIT 663  Plaintiff's Notice of         11
17                Deposition of Holly Johnson
                  Pursuant to Fed. R. Civ. P.
18                30(B)(1)

19   EXHIBIT 664  Plaintiff Qorvo Inc.'s        12
                  Amended Notice of Deposition
20                Pursuant to Fed. R. Civ. P.
                  30(B)(6) to Defendants
21                Akoustis Technologies, Inc.
                  and Akoustis Inc.
22
     EXHIBIT 665  Akoustis Technologies, Inc.,  19
23                Code of Ethics and Conduct,
                  Bates AKTS_00434227-231
24

25
```

Transcript of Holly Johnson, Corporate Designee & Individually
Conducted on November 9, 2023                                    5

| | | |
|---|---|---|
| 1 | EXHIBIT 666 | Akoustis Inc., Employee | 22 |
| 2 | | Confidentiality, Proprietary Information and Patent and | |
| 3 | | Invention Assignment Agreement, Bates AKTS_00426604-608 | |
| 4 | | | |
| 5 | EXHIBIT 667 | Annual Compliance Certification, Bates AKTS_00433664 | 27 |
| 6 | | | |
| 7 | EXHIBIT 668 | Email dated 6/4/21 from Holly Johnson to Meghan Allen, Bates AKTS_00822560 | 32 |
| 8 | | | |
| 9 | EXHIBIT 669 | Email dated 5/27/20, Subject: Rohan's comp info, Bates 01110443 | 43 |
| 10 | | | |
| 11 | EXHIBIT 670 | Chart, Native document, Bates AKTS_01110444 | 43 |
| 12 | EXHIBIT 671 | Email dated 8/21/19, Subject: Qorvo 3 yrs ago, Bates AKTS_01110445 | 43 |
| 13 | | | |
| 14 | EXHIBIT 672 | Plaintiff Qorvo Inc.'s Notice of Deposition Pursuant to | 58 |
| 15 | | Fed. R. Civ. P. 30(b)(6) to Defendants Akoustis | |
| 16 | | Technologies, Inc., and Akoustis Inc. | |
| 17 | | | |
| 18 | EXHIBIT 673 | Emails, top one dated 5/26/20, Subject:  AKTS pay scale, Bates AKTS_00812501-03 | 59 |
| 19 | | | |
| 20 | EXHIBIT 674 | Chart, Native document, Bates AKTS_00812504 | 60 |
| 21 | EXHIBIT 675 | Emails dated 6/4/21, Bates AKTS_00822650-652 | 64 |
| 22 | | | |
| 23 | EXHIBIT 676 | Chart, Native document, Bates AKTS_00822653 | 66 |
| 24 | EXHIBIT 677 | Document to Jeff, Bates AKTS_00226788 | 69 |
| 25 | | | |

Transcript of Holly Johnson, Corporate Designee & Individually
Conducted on November 9, 2023                    6

```
1    EXHIBIT 678   Emails dated 5/26/20,          76
                   Subject:  Eric Chen, Bates
2                  AKTS_00812540

3    EXHIBIT 679   Emails dated 3/6/19, Subject:  78
                   Bradford richard, Bates
4                  AKTS_00015756-58

5    EXHIBIT 680   Excel spreadsheet, Native      96
                   document, Bates AKTS_00274035
6

7    EXHIBIT 681   Chart with former Qorvo        98
                   company employees, Bates
8                  AKTS_01200261-262

9    EXHIBIT 682   Spreadsheet of census of all   101
                   employees who have worked at
10                 Akoustis, AKTS_01200287-303

11   EXHIBIT 683   Email dated 5/3/19, Subject:   108
                   Conversation with Meghan
12                 Allen, Bates AKTS_00803993

13

14

15

16

17

18

19

20

21

22

23

24

25
```



# Transcript of Anthony Nixon, Corporate Designee & Individually

**Date:** November 9, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3       - - - - - - - - - - - - -x

4       QORVO, INC.,                    :

5                    Plaintiff,         :

6            v.                         :    Civil Action No.

7       AKOUSTIS TECHNOLOGIES, INC.  :    21-1417-JPM

8       AND AKOUSTIS, INC.,            :

9                    Defendants.        :    (FULL TRANSCRIPT)

10      - - - - - - - - - - - - -x

11

12      **  ███████████████████████████████  **

13

14              Videotaped Deposition of

15      AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.,

16       By and through its Designated Representative,

17                 ANTHONY S. NIXON

18            and in his Individual Capacity

19             Charlotte, North Carolina

20             Thursday, November 9, 2023

21                   1:10 p.m.

22

23      Job No.:  512854

24      Pages:  1 - 85

25      Reported By:  Cindy A. Hayden, RMR, CRR

Transcript of Anthony Nixon, Corporate Designee & Individually
Conducted on November 9, 2023

2

1           Videotaped Deposition of ANTHONY NIXON, held

2      at the offices of:

3

4           Regus - Charlotte/University Executive Park

5           301 McCullough Drive, Suite 400

6           Charlotte, North Carolina  28262

7

8

9

10

11

12          Pursuant to notice, before Cindy A. Hayden,

13     Notary Public in and for the State of North

14     Carolina.

15

16

17

18

19

20

21

22

23

24

25

Transcript of Anthony Nixon, Corporate Designee & Individually
Conducted on November 9, 2023                                              3

```
 1                 A P P E A R A N C E S

 2    ON BEHALF OF PLAINTIFF:

 3          JONATHAN R. DeFOSSE, ESQUIRE

 4          SHEPPARD MULLIN RICHTER & HAMPTON LLP

 5          2099 Pennsylvania Avenue, NW, Suite 100

 6          Washington, D.C.  20006-6801

 7          202.747.1900

 8          jdefosse@sheppardmullin.com

 9                  ~ And ~

10          ZACHARY ALPER, ESQUIRE

11          SHEPPARD MULLIN RICHTER & HAMPTON LLP

12          12275 El Camino Real, Suite 100

13          San Diego, California  92130-4092

14          858.720.7462

15          zalper@sheppardmullin.com

16

17    ON BEHALF OF DEFENDANTS:

18          DAVID S. ELKINS, ESQUIRE

19          SQUIRE PATTON BOGGS (US) LLP

20          1841 Page Mill Road, Suite 150

21          Palo Alto, California  94304

22          650.843.3378

23          david.elkins@squirepb.com

24

25    ALSO PRESENT:  Melody Adair, Videographer
```

Transcript of Anthony Nixon, Corporate Designee & Individually
Conducted on November 9, 2023                                    4

```
1                      I N D E X

2                                              PAGE

3   EXAMINATION BY MR. ALPER ...................   7

4

5              PREVIOUSLY MARKED EXHIBITS

6

7   NUMBER            DESCRIPTION          PAGE

8   EXHIBIT 664  Plaintiff Qorvo Inc.'s        11
                 Amended Notice of Deposition
9                Pursuant to Fed. R. Civ. P.
                 30(B)(6) to Defendants
10               Akoustis Technologies, Inc.
                 and Akoustis Inc.
11

12

13              NEWLY MARKED EXHIBITS

14
    NUMBER            DESCRIPTION          PAGE
15
    EXHIBIT 684  Plaintiff's Notice of         10
16               Deposition of Anthony Nixon
                 Pursuant to Fed. R. Civ. P.
17               30(B)(1)

18  EXHIBIT 685  Defendants Akoustis           23
                 Technologies, Inc., and
19               Akoustis, Inc.'s
                 Identification of Sources of
20               Documents and ESI that May
                 Reasonably be Relevant to the
21               Discovery Topics Identified
                 by Plaintiff Qorvo Inc.
22               Pursuant to Agreement and
                 Order on Document and
23               E-Discovery

24

25
```



# Transcript of David Aichele, Corporate Designee

**Date:** November 10, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF DELAWARE

3      --------------------------------X

4      QORVO, INC.,                    :

5                    Plaintiff,        :
                                       : Case No.: C.A.
6         v.                           :
                                       : No. 21-1417 JPM
7      AKOUSTIS TECHNOLOGIES, INC.,    :

8      and AKOUSTIS, INC.,             :

9                    Defendants.       :

10     --------------------------------X

11

12     ████████████████████████████

13

14          Videotaped Deposition of

15     AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.,

16      By and through its Designated Representative,

17               DAVID AICHELE

18          Charlotte, North Carolina

19          Friday, November 10, 2023

20             9:03 a.m. Eastern

21

22

23     Job No.: 514702

24     Pages 1-338

25     Reported by: Karen Kidwell, RMR, CRR

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023                    2

1

2

3

4

5          Videotaped Deposition of

6    Akoustis Technologies, Inc. and Akoustis, Inc. by

7    DAVID AICHELE, held at:

8

9

10               Regus - Charlotte/University Executive Park

11               302 McCullough Drive, Suite 400

12               Charlotte, North Carolina 28262

13               704.909.2700

14

15

16

17

18          Pursuant to Notice of Deposition, before Karen

19    Kidwell, RMR, CRR, Notary Public in and for the State

20    of North Carolina.

21

22

23

24

25

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023                          3

```
 1        A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFF, QORVO, INC.:

 4   JONATHAN R. DeFOSSE, ESQ.

 5   Sheppard, Mullin, Richter & Hampton, LLP

 6   2099 Pennsylvania Avenue, NW, Suite 100

 7   Washington, D.C.  20006

 8   202.747.1932

 9   jdefosse@sheppardmullin.com

10

11   - and -

12

13   ZACHARY ALPER, ESQ.

14   Sheppard, Mullin, Richter & Hampton, LLP

15   12275 El Camino Real, Suite 100

16   San Diego, CA  92130-4092

17   858.523.6776

18   zalper@sheppardmullin.com

19

20

21

22

23

24

25
```

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023                    4

```
1    APPEARANCES CONTINUED:

2

3           ON BEHALF OF THE DEFENDANT, AKOUSTIS

4       TECHNOLOGIES, INC., AND AKOUSTIS, INC.:

5           DAVID S. ELKINS, ESQUIRE

6           Squire Patton Boggs (US) LLP

7           1841 Page Mill Road, Suite 150

8           Palo Alto, California  94304

9           415.531.6103

10          david.elkins@squirepb.com

11

12

13

14

15

16   Also Present:

17          Drew Wright, Akoustis

18          Melody Adair, Videographer

19

20

21   REPORTER'S NOTE: All quotations from exhibits

22   are reflected in the manner in which they

23   were read into the record and do not

24   necessarily indicate an exact quote from the

25   document.
```

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023                    5

```
1                    I N D E X

2    WITNESS/EXAMINATION                      Page

3    DAVID AICHELE

4      By Mr. DeFosse                          18

5      By Mr. Elkins                          334

6

7

8

9                  E X H I B I T S

10     Number          Description          Page

11   Exhibit 687 Plaintiff Qorvo Inc.'s Amended ....19
                 Notice of Deposition Pursuant
12               to Fed. R. Civ. P. 30(b)(6) to
                 Defendants Akoustis
13               Technologies, Inc. and
                 Akoustis Inc.
14
     Exhibit 688 Native format Excel ...............36
15               spreadsheets Sage shipments
                 revenue, Attorneys Eyes Only -
16               Subject to Protective Order,
                 Bates AKTS_0853177
17
     Exhibit 689 Margin View tab of Sage Excel .....53
18               spreadsheets in Shipments
                 Revenues, Attorneys Eyes Only
19               - Subject to Protective Order,
                 Bates AKTS_00853177, native
20               format placeholder page

21   Exhibit 690 Akoustis 10-K for fiscal year .....92
                 ending June 30, 2021,
22               Attorneys Eyes Only - Subject
                 to Protective Order, Bates
23               AKTS_00347209-263

24   Exhibit 691 Akoustis 10-K for fiscal year ....101
                 ending June 30, 2023
25
```

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023                        6

```
1                    E X H I B I T S (Cont'd)

2       Number              Description              Page

3     Exhibit 692 Excel spreadsheets Akoustis ......105
                  15- to 18-month forecast of
4                 the Akoustis products and
                  services, produced in native
5                 format, Attorneys Eyes Only -
                  Subject to Protective Order,
6                 Bates AKTS_01200304

7     Exhibit 693 Excel spreadsheet of .............125
                  customers, Attorneys Eyes Only
8                 - Subject to Protective Order

9     Exhibit 694 Akoustis Investor ................147
                  Presentation, August 2018,
10                Attorneys Eyes Only - Subject
                  to Protective Order, Bates
11                AKTS_000000885-911

12    Exhibit 695 2018-08-17 E-mail, Subject: ......164
                  Epi vs. Poly Power
13                Handling.pptx, with
                  attachment, Attorneys Eyes
14                Only - Subject to Protective
                  Order, Bates AKTS_00080880-884
15
      Exhibit 696 E-mail chain, top e-mail ........166
16                2018-08-19, Subject: Re: Epi
                  vs. Poly Power Handling.pptx,
17                Attorneys Eyes Only - Subject
                  to Protective Order, Bates
18                AKTS_00080931-932

19    Exhibit 697 Akoustis Investor Presentation ...168
                  September 2018, Attorneys Eyes
20                Only - Subject to Protective
                  Order, Bates AKTS_00000422-443
21
      Exhibit 698 2018-10-03 E-mail, Subject: ......172
22                1252 poly vs. Epi IIP3, with
                  spreadsheet attachment,
23                Attorneys Eyes Only - Subject
                  to Protective Order, Bates
24                AKTS_00082545-546

25
```

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023                    7

```
 1                    E X H I B I T S (Cont'd)

 2     Number           Description              Page

 3   Exhibit 699 E-mail chain, top e-mail .........174
                 2018-10-03, Subject RE: 1252
 4               poly Vs. Epi IIP3, Attorneys
                 Eyes Only - Subject to
 5               Protective Order, Bates
                 AKTS_00082547
 6
     Exhibit 700 Akoustis Investor Presentation ...183
 7               February 2019, Attorneys Eyes
                 Only - Subject to Protective
 8               Order, Bates AKTS_00000193-214

 9   Exhibit 701 Akoustis Investor Presentation ...189
                 November 2019, Attorneys Eyes
10               Only - Subject to Protective
                 Order, Bates
11               AKTS_00001199-1221

12   Exhibit 702 Akoustis Investor Presentation ...193
                 December 2019, Attorneys Eyes
13               Only - Subject to Protective
                 Order, Bates
14               AKTS_00002597-2623

15   Exhibit 703 E-mail chain, top e-mail .........195
                 2021-07-20, Subject: Re: Quick
16               question, Attorneys Eyes Only
                 - Subject to Protective Order,
17               Bates AKTS_00159811-812

18   Exhibit 704 2020-10-20 document, Attorneys ...198
                 Eyes Only - Subject to
19               Protective Order, Bates
                 AKTS_00306375
20
     Exhibit 705 2020-10-20 document, .............201
21               Importance/Received, Attorneys
                 Eyes Only - Subject to
22               Protective Order, Bates
                 AKTS_00306383
23

24

25
```

```
 1              E X H I B I T S (Cont'd)

 2     Number              Description                    Page

 3   Exhibit 706 E-mail chain, top e-mail .........202
               2018-09-26, Subject: FW: First
 4             WiFi Customer V4, Attorneys
               Eyes Only - Subject to
 5             Protective Order, Bates
               AKTS_00128311-312
 6
     Exhibit 707 E-mail chain, top e-mail .........209
 7             2020-05-05, Subject: Re:
               Impact Video Outline,
 8             Attorneys Eyes Only - Subject
               to Protective Order, Bates
 9             AKTS_00092976-977

10   Exhibit 708 Trademark/Service Mark ...........212
               Application, Principal
11             Register, 10/30/2018,
               Attorneys Eyes Only - Subject
12             to Protective Order, Bates
               QORVO_00058617-621
13
     Exhibit 709 Trademark/Service Mark ...........213
14             Application, Principal
               Register, 10/15/2018,
15             Attorneys Eyes Only - Subject
               to Protective Order, Bates
16             QORVO_00058622-626

17   Exhibit 710 License Agreement Between ........215
               Akoustis Technologies, Inc.
18             and Cornell University,
               Attorneys Eyes Only - Subject
19             to Protective Order, Bates
               AKTS_00021983-22005
20
     Exhibit 711 Option Agreement between The .....219
21             Regents of the University of
               California and Akoustis
22             Technologies for UC Case No.
               2006-178, Attorneys Eyes Only
23             - Subject to Protective Order,
               Bates AKTS_00021961-980
24

25
```

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023                    9

```
1                    E X H I B I T S (Cont'd)

2       Number             Description              Page

3    Exhibit 712 Agreement No. 1 to Option ........221
                 Agreement, Attorneys Eyes Only
4                - Subject to Protective Order,
                 Bates AKTS_00021955-956
5
     Exhibit 713 Agreement No. 2 to Option .......221
6                Agreement, Attorneys Eyes Only
                 - Subject to Protective Order,
7                Bates AKTS_00021953-954

8    Exhibit 714 11/3/2021 Letter of Intent to ....221
                 Akoustis, Attorneys Eyes Only
9                - Subject to Protective Order,
                 Bates AKTS_00021957-960
10
     Exhibit 715 Qorvo presentation, Grow IDP .....223
11               CPE Wi-Fi revenue in FY2017,
                 James Klein, last updated
12               5/19/2016, Attorneys Eyes Only
                 - Subject to Protective Order,
13               Bates AKTS_00205135-140

14   Exhibit 716 Qorvo presentation, Grow IDP .....223
                 CPE Wi-Fi revenue in FY2017,
15               James Klein, last updated
                 6/24/2016, Attorneys Eyes Only
16               - Subject to Protective Order,
                 Bates AKTS_00205507-513
17
     Exhibit 717 Qorvo Statement of Work, 5GHz ....231
18               Unii2C-3 Wi-Fi BAW Filter,
                 Confidential, Bates
19               AKTS_00206520-531

20   Exhibit 718 2016-09-08 E-mail, Subject: ......233
                 wifi Uni 2-3 filter, with
21               Statement of Work
                 attachment,Attorneys Eyes Only
22               - Subject to Protective Order,
                 Bates AKTS_00115974-5986
23

24

25
```

```
1                     E X H I B I T S (Cont'd)

2        Number              Description              Page

3     Exhibit 719 2018-03-08 E-mail, Subject .......241
                  5GHz filters rev c.pptx, with
4                 attachment, Attorneys Eyes
                  Only - Subject to Protective
5                 Order, Bates AKTS_00122538-548

6     Exhibit 720 Presentation Qorvo, Acoustic .....246
                  Technology update 2019,
7                 Attorneys Eyes Only - Subject
                  to Protective Order, Bates
8                 AKTS_00413593-647

9     Exhibit 721 E-mail chain, top e-mail ........254
                  2017-10-29, Subject: RE:
10                Request for Presentations,
                  with Trim Work Center Update
11                2017 attachment, Attorneys
                  Eyes Only - Subject to
12                Protective Order, Bates
                  AKTS_00216207-226
13
      Exhibit 722 E-mail chain, top e-mail ........261
14                2016-11-24, Subject: Re: 32
                  mil stack, Attorneys Eyes Only
15                - Subject to Protective Order,
                  Bates AKTS_00210249-250
16
      Exhibit 723 E-mail chain, top e-mail ........264
17                2016-11-24, Subject: 32 mil
                  stack, Attorneys Eyes Only -
18                Subject to Protective Order,
                  Bates AKTS_00210253-254
19
      Exhibit 724 E-mail chain, top e-mail ........267
20                2016-11-25, Subject: Fwd: 32
                  mil stack, Attorneys Eyes Only
21                - Subject to Protective Order,
                  Bates AKTS_00210257-258
22
      Exhibit 725 E-mail chain, top e-mail ........268
23                2016-11-25, Subject: Hulk
                  board, Attorneys Eyes Only -
24                Subject to Protective Order,
                  Bates AKTS_01003589-590
25
```

████████

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023                                    11

```
1              E X H I B I T S (Cont'd)

2     Number          Description              Page

3   Exhibit 726 2016-12-14 E-mail, Subject: ......270
                evb stack, Attorneys Eyes Only
4               - Subject to Protective Order,
                Bates AKTS_00210680
5
    Exhibit 727 RFMD drawings, Confidential, .....271
6               Bates AKTS_00211989-2003

7   Exhibit 728 RFMD drawings, Attorneys Eyes ....273
                Only - Subject to Protective
8               Order, Bates AKTS_01007443-449

9   Exhibit 729 E-mail chain, top e-mail ........275
                2016-11-22, Subject Re:
10              drawing, Confidential, Bates
                AKTS_00210242
11
    Exhibit 730 2018-04-06 E-mail, Subject: 32 ...278
12              mil flat tab connector,
                Attorneys Eyes Only - Subject
13              to Protective Order, Bates
                AKTS_00078844-845
14
    Exhibit 731 2018-03-08 Email, Subject: .......280
15              Amphenol, Attorneys Eyes Only
                - Subject to Protective Order,
16              Bates AKTS_01015253

17  Exhibit 732 Akoustis AKF1141 Evaluation ......282
                PCBA BOM, 5/3/2017, Attorneys
18              Eyes Only - Subject to
                Protective Order, Bates
19              AKTS_01005704

20  Exhibit 733 E-mail chain, top e-mail ........285
                2020-02-25, Subject: 132417,
21              Attorneys Eyes Only - Subject
                to Protective Order, Bates
22              AKTS_00052803

23

24

25
```

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023                    12

```
 1                 E X H I B I T S (Cont'd)

 2     Number            Description              Page

 3   Exhibit 734 Summary Text Messages Rohan ......287
                 Houlden and 17863345098
 4               Instant Messages, Attorneys
                 Eyes Only - Subject to
 5               Protective Order, Bates
                 EXEC-TEK_00018643-645
 6
     Exhibit 735 RFMD New Technology ..............290
 7               Development, Confidential,
                 Bates AKTS_00888329-338
 8
     Exhibit 736 RFMD Approved Supplier ...........294
 9               Program, Confidential, Bates
                 AKTS_00870896-906
10
     Exhibit 737 RFMD Business Manual, RF-02-1 ....295
11               Revision AC, Confidential,
                 Bates AKTS_01056319-330
12
     Exhibit 738 List of engineering documents, ...296
13               Attorneys Eyes Only - Subject
                 to Protective Order, Bates
14               AKTS_01004741-747

15   Exhibit 739 Qorvo Technology and Product .....298
                 Development Process document,
16               Attorneys Eyes Only - Subject
                 to Protective Order, Bates
17               AKTS_01027713-721

18   Exhibit 740 Qorvo Packaging Technology .......301
                 Development (TD) IDP Process,
19               Attorneys Eyes Only - Subject
                 to Protective Order, Bates
20               AKTS_00416926-938

21   Exhibit 741 2023-04-04 E-mail, Subject: ......303
                 2-PM-PD-0002 Rev A Product
22               Development Process, with
                 attachment, Attorneys Eyes
23               Only - Subject to Protective
                 Order, Bates AKTS_00676128-150
24

25
```

```
 1              E X H I B I T S (Cont'd)

 2    Number          Description              Page

 3    Exhibit 742 Akoustis Technology ..............305
                   Development Process document,
 4                 Rev A, Attorneys Eyes Only -
                   Subject to Protective Order,
 5                 Bates AKTS_01017118-123

 6    Exhibit 743 Akoustis Technology ..............306
                   Development Process document
 7                 Rev B, Attorneys Eyes Only -
                   Subject to Protective Order,
 8                 Bates AKTS_01034971-977

 9    Exhibit 744 E-mail chain, top e-mail .........306
                   2022-05-03, Subject: Re:
10                 Initiation for LMS, SQA
                   self-assessment, thanks, with
11                 attachments, Attorneys Eyes
                   Only - Subject to Protective
12                 Order, Bates AKTS_00396639-805

13    Exhibit 745 E-mail chain, top e-mail .........312
                   2022-05-03, Subject:
14                 initiation for LMS, SQA
                   selfassessment, thanks, with
15                 attachments, Attorneys Eyes
                   Only - Subject to Protective
16                 Order, Bates
                   AKTS_00396847-7096
17
      Exhibit 746 E-mail chain, top e-mail .........314
18                 2022-05-03, Subject: Re:
                   initiation for LMS, SQA
19                 self-assessment, thanks,
                   Attorneys Eyes Only - Subject
20                 to Protective Order, Bates
                   AKTS_00397196-329
21
      Exhibit 747 RFMD Process/Product Change ......316
22                 Notification (PCN),
                   Confidential, Bates
23                 AKTS_00986941-953

24

25
```

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023                                    14

```
 1                    E X H I B I T S (Cont'd)

 2      Number              Description                    Page

 3    Exhibit 748 Qorvo, Process/Product Change ....317
                  Notification (PCN),
 4                Confidential, Bates
                  AKTS_01013589-601
 5
      Exhibit 749 AKQ-0001 Evaluation Board Test ...318
 6                Plan, Attorneys Eyes Only -
                  Subject to Protective Order,
 7                Bates AKTS_01005936-5938

 8    Exhibit 750 2021-01-12 E-mail, Subject: ......323
                  Fwd: Info with attachments,
 9                Attorneys Eyes Only - Subject
                  to Protective Order, Bates
10                AKTS_00316309-332

11    Exhibit 751 Qorvo Subcontractor Assembly .....325
                  Specification for QFN,
12                Attorneys Eyes Only - Subject
                  to Protective Order, Bates
13                AKTS_00409963-983

14    Exhibit 752 Qorvo Subcontractor Assembly .....326
                  Specification for Modules,
15                Confidential, Bates
                  AKTS_00996435-464
16
      Exhibit 753 2020-09-04 E-mail, Subject: ......326
17                Qorvo QPQ1904 and QPQ1903
                  Temperature Data, Attorneys
18                Eyes Only - Subject to
                  Protective Order, Bates
19                AKTS_00153399

20    Exhibit 754 2022-05-06 E-mail, Subject: ......330
                  System architecture and FEMS,
21                with attachments, Attorneys
                  Eyes Only - Subject to
22                Protective Order, Bates
                  AKTS_00398038-095
23

24

25
```

```
 1                    E X H I B I T S (Cont'd)

 2      Number            Description                  Page

 3    Exhibit 755 2019-05-23 E-mail, Subject: ......332
                  FW: Filter (foreign language)
 4                QPQ2200Q.PDF, Attorneys Eyes
                  Only - Subject to Protective
 5                Order, Bates, AKTS_01106659

 6    Exhibit 756 E-mail chain, top e-mail ........333
                  2019-05-30, Subject: Full
 7                presentation material Re:
                  Quick update on Qorvo, with
 8                attachments, Attorneys Eyes
                  Only - Subject to Protective
 9                Order, Bates AKTS_01106750-829

10

11

12          PREVIOUSLY MARKED EXHIBITS REFERENCED

13       No.              Description                  Page

14    Exhibit 5   Presentation, Qorvo, EG5877 ......243
                  QPQ1901Q, 802.11P V2X, Final
15                Circuit layout and Tile,
                  Attorneys Eyes Only - Subject
16                to Protective Order, Bates
                  HODGE_000212-243
17
      Exhibit 79  E-mail chain, top e-mail ........266
18                2016-11-24, Subject: Hulk
                  board, Attorneys Eyes Only -
19                Subject to Protective Order,
                  Bates AKTS_00075127-128
20
      Exhibit 97  E-mail chain, top e-mail ........319
21                2021-01-12, Subject: RE; EVB
                  Docs, Attorneys Eyes Only -
22                Subject to Protective Order,
                  Bates AKTS_00155718-720
23
      Exhibit 127 Qorvo, IDP Market Segment ........230
24                Analysis June 2015,
                  Confidential, Bates
25                AKTS_00197071-082
```

Transcript of David Aichele, Corporate Designee
Conducted on November 10, 2023                    16

```
 1    PREVIOUSLY MARKED EXHIBITS REFERENCED (Continued)

 2       No.            Description              Page

 3   Exhibit 128 Qorvo CPE Wi-Fi E Strategy .......230
                 Review, Feb 2016, Attorneys
 4               Eyes Only - Subject to
                 Protective Order, Bates
 5               AKTS_00203690-715

 6   Exhibit 149 Presentation, Qorvo, EG5877 ......245
                 QPQ1901Q, 802.11P V2X, Final
 7               Circuit layout and Tile,
                 Attorneys Eyes Only - Subject
 8               to Protective Order, Bates
                 AKTS_00204845-876
 9
     Exhibit 437 2017-10-26 E-mail, Subject: ......248
10               Trim Work Center Update PPT,
                 Attorneys Eyes Only - Subject
11               to Protective Order, Bates
                 AKTS_00037338
12
     Exhibit 438 Trim Work Center Update, .........248
13               Akoustis, Attorneys Eyes Only
                 - Subject to Protective Order,
14               Bates AKTS_00037339-351

15   Exhibit 605 E-mail chain, top e-mail .........179
                 2019-01-24, Subject: RE: AKF
16               1252 High Power Samples,
                 Attorneys Eyes Only - Subject
17               to Protective Order, Bates
                 AKTS_00246445-449
18
     Exhibit 606 Evaluation report, 25 Jan. .......179
19               2019, Sample ID: AKF-1252 EVB
                 #252, 331 (Akoustis),
20               Attorneys Eyes Only - Subject
                 to Protective Order, Bates
21               AKTS_00246450-460

22   Exhibit 624 E-mail chain, top e-mail .........328
                 2020-08-03, Subject: Re: The
23               EVB of 1903 and 1904,
                 Attorneys Eyes Only - Subject
24               to Protective Order, Bates
                 AKTS_00152143
25
```



# Transcript of Jeffrey Shealy, Ph.D.

**Date:** November 15, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3


4

QORVO, INC.,

5           Plaintiff,

6   vs.                        CASE NO:  21-1417 JPM

7   AKOUSTIS TECHNOLOGIES, INC.,
    and AKOUSTIS, INC.,

8

            Defendants.

9

10                  * * * * * * *

11

12   ██████████████████████████

13


14    VIDEOTAPED DEPOSITION OF JEFFREY SHEALY, Ph.D.

15             Charlotte, North Carolina

16             Wednesday, November, 2023

17                  9:16 a.m. EDT.

18

19

20

21

22   Job No.: 511228

23   Pages: 1 - 300

24   Reported by: Jillian Doctor, RPR,

25

Transcript of Jeffrey Shealy, Ph.D.
Conducted on November 15, 2023                    2

```
 1                    A P P E A R A N C E S

 2     FOR THE PLAINTIFF:

 3             SHEPPARD, MULLIN, RICHTER & HAMPTON,
          LLP
 4          2099 Pennsylvania Avenue, NW, Suite 100
          Washington, D.C.  20006
 5          BY:  Jonathan R. DeFosse, Esquire
                 Robert M. Masters, Esquire
 6           Jdefosse@sheppardmullin.com
             Rmasters@sheppardmullin.com
 7

 8     FOR THE DEFENDANTS:

 9             SQUIRE PATTON BOGGS, LLP
          1841 Page Mill Road, Suite 150
10          Palo Alto, California 94304
          BY:  Ronald S. Lemieux, Esquire
11               Ronald.lemieux@squirepb.com

12          - and -

13
          AKOUSTIS TECHNOLOGIES
14          9805-A Northcross Center Ct.
          Huntersville, North Carolina  28078
15          BY:  Drew Wright, Esquire
                 Dwright@akoustis.com
16

17

18

19

20     VIDEOGRAPHER:

21             Merinda Evans

22

23

24          JILLIAN DOCTOR, RPR, CRR
          COURT REPORTER
25
```

```
 1                    I N D E X

 2   EXAMINATION                              PAGE

 3   By Mr. DeFosse                              9

 4

 5                    * * * * * *

 6   EXHIBITS

 7   Deposition Exhibit 757                     10

 8     Plaintiff's Notice of Deposition

 9   Deposition Exhibit 758                     11

10     Videotaped deposition transcript of Mr. Shealy

11   Deposition Exhibit 759                     34

12     Bates AKTS_00981942 through AKTS_00981948

13   Deposition Exhibit 760                     50

14     Qorvo_00012270 through Qorvo_00012278

15   Deposition Exhibit 761                     65

16     AKTS_01062283 through AKTS_01062660

17   Deposition Exhibit 762                     82

18     AKTS_00595118 through AKTS_00595190

19   Deposition Exhibit 763                     86

20     AKTS_00594153 through AKTS_00594239

21   Deposition Exhibit 764                     93

22     Patent application for Wafer Scale Packaging

23   Deposition Exhibit 765                     94

24     AKTS_00442307 through AKTS_00442371

25
```

Transcript of Jeffrey Shealy, Ph.D.
Conducted on November 15, 2023                        4

```
1    EXHIBITS CONTINUED

2    Deposition Exhibit 766                        95

3      AKTS_00594567 through AKTS_00594673

4    Deposition Exhibit 767                        96

5      AKTS_01050041 through AKTS_01050093

6    Deposition Exhibit 768                        105

7      AKTS_00683474 through AKTS_00683490

8    Deposition Exhibit 769                        117

9      AKTS_00110239 through AKTS_00110252

10   Deposition Exhibit 770                        121

11     AKTS_00069844 through AKTS_00069864

12   Deposition Exhibit 771                        125

13     AKTS_00028554 through AKTS_00028577

14   Deposition Exhibit 772                        131

15     AKTS_00686236 through AKTS_00686292

16   Deposition Exhibit 773                        136

17     AKTS_00207645 through AKTS_00207649

18   Deposition Exhibit 774

19     Skipped in Numbering

20   Deposition Exhibit 775

21     Skipped in Numbering

22   Deposition Exhibit 776

23     Skipped in Numbering

24   Deposition Exhibit 777

25     Skipped in Numbering
```

Transcript of Jeffrey Shealy, Ph.D.
Conducted on November 15, 2023                              5

```
1    EXHIBITS CONTINUED

2    Deposition Exhibit 778

3      Skipped in Numbering

4    Deposition Exhibit 779                    142

5      AKTS_00209147 through AKTS_00209159

6    Deposition Exhibit 780                    157

7      AKTS_00209803 through AKTS_00209807

8    Deposition Exhibit 781                    161

9      AKTS_00209896 through AKTS_00209903

10   Deposition Exhibit 782                    168

11     AKTS_00876580

12   Deposition Exhibit 783                    169

13     AKTS_00876579

14   Deposition Exhibit 784                    172

15     AKTS_00756796 through AKTS_00756817

16   Deposition Exhibit 785                    177

17     AKTS_00888149 through AKTS_00888158

18   Deposition Exhibit 786                    179

19     AKTS_01068302 through AKTS_01068311

20   Deposition Exhibit 787                    183

21     AKTS_01068314 through AKTS_01068323

22   Deposition Exhibit 788                    187

23     AKTS_01003958 through AKTS_01003990

24   Deposition Exhibit 789                    256

25     AKTS_00016450 through AKTS_00016451
```

Transcript of Jeffrey Shealy, Ph.D.
Conducted on November 15, 2023                    6

```
 1   EXHIBITS CONTINUED

 2   Deposition Exhibit 790                    265

 3     AKTS_00080811 through AKTS_00080813

 4   Deposition Exhibit 791                    275

 5     AKTS_00024320 through AKTS_00024329

 6   Deposition Exhibit 792                    278

 7     AKTS_00126728 through AKTS_00126729

 8   Deposition Exhibit 793                    282

 9     AKTS_00439044

10   Deposition Exhibit 794                    290

11     November 10th, 2023 Press Release

12   PREVIOUSLY MARKED EXHIBITS

13

14   Deposition Exhibit Number 460            164

15

16   Deposition Exhibit Number 174            188

17

18   Deposition Exhibit Number 119            204

19

20   Deposition Exhibit Number 120            204

21

22   Deposition Exhibit Number 564            215

23

24   Deposition Exhibit Number 137            231

25
```

Transcript of Jeffrey Shealy, Ph.D.
Conducted on November 15, 2023                    7

```
1    PREVIOUSLY MARKED EXHIBITS CONTINUED

2    Deposition Exhibit Number 138            231

3

4    Deposition Exhibit Number 139            231

5

6    Deposition Exhibit Number 159            234

7

8    Deposition Exhibit Number 160            234

9

10   Deposition Exhibit Number 502            239

11

12   Deposition Exhibit Number 151            241

13

14   Deposition Exhibit Number 152            241

15

16   Deposition Exhibit Number 154            246

17

18   Deposition Exhibit Number 155            246

19

20   Deposition Exhibit Number 140            253

21

22

23

24

25
```



# Transcript of Daeho Kim, Ph.D., Corporate Designee & Individually

**Date:** November 15, 2023
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3      --------------------------------X

4      QORVO, INC.,                    :

5                      Plaintiff,      :
                                        Case No.: C.A.
6           v.                        :
                                        No. 21-1417 JPM
7      AKOUSTIS TECHNOLOGIES, INC., and :

8      AKOUSTIS, INC.,                 :

9                      Defendants.     :

10     --------------------------------X

11

12     ███████████████████████████

13

14         Videotaped Rule 30(b)(6) Deposition of

15     Akoustis Technologies, Inc. and Akoustis, Inc.

16              by DAEHO KIM, PH.D.

17           and in his personal capacity

18            Charlotte, North Carolina

19          Wednesday, November 15, 2023

20               9:05 a.m. Eastern

21

22

23     Job No.: 512855

24     Pages 1-217

25     Reported by: Karen Kidwell, RMR, CRR

Transcript of Daeho Kim, Ph.D., Corporate Designee & Individually
Conducted on November 15, 2023                                   2

1

2

3

4

5          Videotaped Rule 30(b)(6) Deposition of

6     Akoustis Technologies, Inc. and Akoustis, Inc. by

7     DAEHO KIM, PH.D., held at:

8

9

10          Regus Business Center

11          3117 Whiting Avenue

12          Charlotte, North Carolina  28205

13

14

15

16

17          Pursuant to Notice of Deposition, before Karen

18     Kidwell, RMR, CRR, Notary Public in and for the State

19     of North Carolina.

20

21

22

23

24

25

Transcript of Daeho Kim, Ph.D., Corporate Designee & Individually
Conducted on November 15, 2023                                    3

```
 1        A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFF, QORVO, INC.:

 4   TIMOTHY P. CREMEN, ESQ.

 5   Sheppard, Mullin, Richter & Hampton, LLP

 6   2099 Pennsylvania Avenue, NW, Suite 100

 7   Washington, D.C.  20006

 8   202.747.1854

 9   tcremen@sheppardmullin.com

10

11   - and -

12

13   ROY D. JUNG, ESQ.

14   Sheppard, Mullin, Richter & Hampton, LLP

15   30 Rockefeller Plaza

16   New York, NY  10112

17   202.747.2181

18   rjung@sheppardmullin.com

19

20

21

22

23

24

25
```

Transcript of Daeho Kim, Ph.D., Corporate Designee & Individually
Conducted on November 15, 2023                4

```
 1    APPEARANCES CONTINUED:

 2

 3          ON BEHALF OF THE DEFENDANT, AKOUSTIS

 4       TECHNOLOGIES, INC., AND AKOUSTIS, INC.:

 5          DAVID S. ELKINS, ESQUIRE

 6          Squire Patton Boggs (US) LLP

 7          1841 Page Mill Road, Suite 150

 8          Palo Alto, California  94304

 9          415.531.6103

10          david.elkins@squirepb.com

11

12

13

14

15

16    Also Present:

17          Melody Adair, Videographer

18

19

20

21

22

23

24

25
```

Transcript of Daeho Kim, Ph.D., Corporate Designee & Individually
Conducted on November 15, 2023                              5

```
1                        I N D E X

2   WITNESS/EXAMINATION                          Page

3   DAEHO KIM, PH.D.

4     By Mr. Cremen                                11

5

6

7

8                      E X H I B I T S

9     Number           Description            Page

10  Exhibit 850 Plaintiff Qorvo Inc.'s Second .....13
                Amended Notice of Deposition
11              Pursuant to Federal Rules of
                Civic  Procedure 30(b)(6) to
12              Defendants Akoustis
                Technologies, Inc. and
13              Akoustis Inc.

14  Exhibit 851 Plaintiff's Notice of ............13
                Deposition of Daeho Kim
15              Pursuant to Federal Rules of
                Civil Procedure 30(b)(1)
16

17  Exhibit 852 Documents produced in native, .....78
                Attorneys Eyes Only - Subject
18              to Protective Order, Bates
                AKTS_00853177

19  Exhibit 853 XB1 Process Overview based on .....85
                MSET090, Akoustis, Attorneys
20              Eyes Only - Subject to
                Protective Order, Bates
21              AKTS_00815578-598

22  Exhibit 854 Akoustis, XB1 Design Rule ........105
                Manual, Attorneys Eyes Only -
23              Subject to Protective Order,
                Bates AKTS_00756221-248
24

25
```

1                    E X H I B I T S (Cont'd)

2     Number              Description                Page

3   Exhibit 855 Mask set document, ASML022, ......107
                A10149, Highly Confidential -
4               Attorneys Eyes Only, Bates
                AKTS_00194169-177
5
    Exhibit 856 Mask set document for ...........137
6               ASML049-XB1, A10155, Highly
                Confidential - Attorneys Eyes
7               Only, Bates AKTS_00194088-096

8   Exhibit 857 Mask set document ASML049-XB1, ...140
                A10156, Highly Confidential -
9               Attorneys Eyes Only, Bates
                AKTS_00194152-160
10
    Exhibit 858 Mast set document of .............141
11              ASML060-XB1, A10165, Highly
                Confidential - Attorneys' Eyes
12              Only, Bates AKTS_00194113-119

13  Exhibit 859 Mask set document for ...........144
                ASML019-XB1, 10235, Highly
14              Confidential - Attorneys' Eyes
                Only, Bates AKTS_00194161-168
15
    Exhibit 860 Mask set document for ...........146
16              ASML044-XB1, A10252, Highly
                Confidential - Attorneys' Eyes
17              Only, Bates AKTS_00194121-131

18  Exhibit 861 Mask set for ASML008-XB1, ........150
                10256, Highly Confidential -
19              Attorneys' Eyes Only, Bates
                AKTS_00194097-112
20
    Exhibit 862 Mask set document for ...........156
21              ASML003-XB1, A10335, Highly
                Confidential - Attorneys' Eyes
22              Only, Bates AKTS_00193922-930

23  Exhibit 863 Excel printout of Mason model ....157
                document, Attorneys Eyes Only
24              - Subject to Protective Order,
                Bates AKTS_00021886, 45 pages
25

████████████

Transcript of Daeho Kim, Ph.D., Corporate Designee & Individually
Conducted on November 15, 2023                    7

```
1                      E X H I B I T S (Cont'd)

2      Number            Description              Page

3   Exhibit 864 Mask set document, ...............160
                ASML050-XB1, Product 1252,
4               Highly Confidential -
                Attorneys' Eyes Only, Bates
5               AKTS_00193982-991

6   Exhibit 865 Mask set document for ...........163
                ASML002-XB1, 1336, Highly
7               Confidential - Attorneys' Eyes
                Only, Bates AKTS_00194132-141
8
    Exhibit 866 Mask set document for ...........164
9               ASML023-XB1, AKF1938, Highly
                Confidential - Attorneys' Eyes
10              Only, Bates AKTS_00194142-151

11  Exhibit 867 Akoustis, AKTS-01 Design .........169
                Manual, SCAR-Single Crystal
12              Acoustic Resonator Design,
                7/5/2017, Attorneys Eyes Only
13              - Subject to Protective Order,
                Bates AKTS-00009697-709
14
    Exhibit 868 Produced natively, details of ....172
15              Akoustis product, Attorneys
                Eyes Only - Subject to
16              Protective Order, Bates
                AKTS_00253245
17
    Exhibit 869 Produced natively, details of ....172
18              Akoustis product, Attorneys
                Eyes Only - Subject to
19              Protective Order, Bates
                AKTS_00277473
20
    Exhibit 870 Produced natively, details of ....172
21              Akoustis product, Attorneys
                Eyes Only - Subject to
22              Protective Order, Bates
                AKTS_00316549
23
    Exhibit 871 Produced natively, details of ....172
24              Akoustis product, Attorneys
                Eyes Only - Subject to
25              Protective Order, Bates
                AKTS_00385031
```

```
1                    E X H I B I T S (Cont'd)

2      Number              Description              Page

3    Exhibit 872 Defendant's Akoustis .............181
                 Technologies, Inc. and
4                Akoustis, Inc.'s Corrected
                 Third Supplemental Objections
5                and Responses to Plaintiff's
                 First Set of Interrogatories
6                (Nos. 1-10)

7    Exhibit 873 Alternative Designs, .............181
                 Confidential, Bates
8                AKTS_00022006-007

9    Exhibit 874 Alternative Designs, Attorneys ...181
                 Eyes Only - Subject to
10               Protective Order, Bates
                 AKTS_00439078-083
11
     Exhibit 875 FNL SiO2 Etch, 5/17/2023, ........181
12               Attorneys Eyes Only - Subject
                 to Protective Order, Bates
13               AKTS_00439072-076

14   Exhibit 876 Defendants Akoustis ..............200
                 Technologies, Inc. and
15               Akoustis, Inc.'s Fifth
                 Supplemental Objections and
16               Responses to Plaintiff's First
                 Set of Interrogatories (Nos.
17               1-10)

18   Exhibit 877 Rosebud stack; A10156; ...........200
                 ASML139k Resonator and filter
19               evaluation, Attorneys Eyes
                 Only - Subject to Protective
20               Order, Bates AKTS_00780833-836

21   Exhibit 878 Produced natively document, ......200
                 Chart, Module Process Step,
22               6/6/2023, Attorneys Eyes Only
                 - Subject to Protective Order,
23               Bates AKTS_00679991

24

25
```

Transcript of Daeho Kim, Ph.D., Corporate Designee & Individually
Conducted on November 15, 2023                              9

```
 1              PREVIOUSLY MARKED EXHIBITS REFERENCED

 2         No.              Description              Page

 3    Exhibit 402 Akoustis screenshot Filter ........78
                  Applications:  All Products
 4
      Exhibit 403 Presentation Akoustis .............78
 5                Revolutionizing the RF
                  Industry 2023 Product Catalog
 6
      Exhibit 404 XB1 Design Manual, Attorneys ......85
 7                Eyes Only - Subject to
                  Protective Order, Bates
 8                AKTS_00000120-137

 9    Exhibit 405 Mask set document, ...............154
                  ASML092-XB1, A10266, Highly
10                Confidential - Attorneys Eyes
                  Only, Bates AKTS_00193999-007
11
      Exhibit 406 MSet document, ASML039-XB1, ......162
12                AKF1246, Highly Confidential -
                  Attorney Eyes Only Bates
13                AKTS_00194008-020

14

15

16

17

18

19

20    REPORTER'S NOTE: All quotations from exhibits

21    are reflected in the manner in which they

22    were read into the record and do not

23    necessarily indicate an exact quote from the

24    document.

25
```

1                IN THE UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF DELAWARE
3
4       QORVO, INC.                        )
                                           )
5                  Plaintiff,              )
                                           )
6       vs.                                ) No. 21-1417 (JPM)
                                           )
7       AKOUSTIS TECHNOLOGIES, INC.        )
        And AKOUSTIC, INC.,                )
8                                          )
                   Defendants.             )
9
10               REMOTE VIDEOTAPED DEPOSITION
11                      Via ZOOM of
12                     MELISSA BENNIS
13                   January 23, 2024
14                      9:00 A.M.
15
16       ███████████
         ███████████████
         █████████████████████
19
20
21
22
23      STENOGRAPHICALLY REPORTED BY:
        JO ANN LOSOYA, CSR, RPR, CRR
24      LICENSE #:  084-002437
25

                                              Page 1

```
 1                    APPEARANCES
            (All participants appearing remotely)
 2
 3        SHEPPARD MULLIN LLP
          ROBERT MASTERS
 4        2099 Pennsylvania Ave NW
          Suite 100
 5        Washington DC 20006
          (202) 747-2312
 6        rmasters@sheppardmullen.com
                  Appeared on behalf of Plaintiffs.
 7
 8        SQUIRE PATTON BOGGS
          DAVID S. ELKINS
 9        CHANEL O'NEILL
          1841 Page Mill Road
10        Suite 150
          Palo Alto, California 94304
11        (650) 843-3378
          david.elkins@squirepb.com
12
                  Appeared on behalf of Defendants.
13
14
15
16
     VIDEOGRAPHER: Kevin Duncan
17
     CONCIERGE TECH: Mitch Reisbord
18
19
20
21
22
23
24
25
                                          Page  2
```

```
 1                      EXAMINATION
 2    Witness                          Page   Line
 3    MELISSA BENNIS
 4     By Mr. Elkins                     5     10
 5
 6                   * * * * * * * * * * * * * * *
 7                   INDEX OF EXHIBITS
 8    EXHIBIT              DESCRIPTION            PAGE
 9    Exhibit 1     Expert Report of Melissa A.     8
10                  Bennis
11    Exhibit 2     Expert Rebuttal Report of      11
12                  Carlyn Irwin
13    Exhibit 3     Expert Report of Dr.           30
14                  Stanley Shanfield
15    Exhibit 4     Sedona Commentary on           65
16                  Monetary Remedies in Trade
17                  Secret Litigation
18    Exhibit 5     Sedona Disputed Issues in      65
19                  Awarding Unjust Enrichment
20                  Damages in Trade Secret
21                  Cases
22
23
24
25
                                            Page  3
```

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3    ---------------------------------

4    QORVO, INC.,                    )

5              Plaintiff,            )

6    v.                             )    C.A. NO. 21-1417

7    AKOUSTIS TECHNOLOGIES, INC.    )

8    and AKOUSTIS, INC.,            )

9              Defendants.          )

10   ---------------------------------

11

12

13

14

15        Videotaped Videoconference Deposition of

16             JOHN C. BRAVMAN, Ph.D.

17               Washington, D.C.

18           Thursday, January 25, 2024

19                 9:42 a.m.

20               Pages 1 - 112

21

22

23

24        Reported by:  Penny C. Wile, RMR-CRR

25

                                      Page 1

1              Videotaped Videoconference Deposition of JOHN C.

2    BRAVMAN, Ph.D. taken pursuant to Notice before Penny C.

3    Wile, Registered Merit Reporter, Certified Realtime

4    Reporter, and E-Notary Public for the Commonwealth of

5    Virginia.

6                       -    -    -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page  2

```
 1              A P P E A R A N C E S

 2

 3      ON BEHALF OF THE PLAINTIFF:

 4          TIMOTHY P. CREMEN, ESQUIRE

 5          SHEPPARD MULLIN

 6          (Via Videoconference)

 7          2099 Pennsylvania Avenue, N.W., Suite 100

 8          Washington, DC 20006-6801

 9          (202)747-1900

10          tcremen@sheppardmullin.com

11

12      ON BEHALF OF THE DEFENDANTS:

13          RONALD S. LEMIEUX, ESQUIRE

14          SQUIRE PATTEN BOGGS, LLP

15          (Via Videoconference)

16          1841 Page Mill Road, Suite 150

17          Palo Alto, CA 94304

18          (650)856-6500

19          ronald.lemieux@squirepb.com

20

21

22

23

24

25
                                          Page  3
```

```
1              A P P E A R A N C E S

2

3     ON BEHALF OF THE DEFENDANTS:

4         MATTHEW STANFORD, ESQUIRE

5         SQUIRE PATTEN BOGGS, LLP

6         (Via Videoconference)

7         2550 M Street NW

8         Washington, D.C. 20037

9         (202)457-7520

10        matthew.stanford@squirepb.com

11

12

13

14        Also present:  Gordon Thomas, Video Specialist

15

16

17

18

19

20

21

22

23

24

25

                                        Page  4
```

1                      C O N T E N T S

2

3    EXAMINATION OF JOHN C. BRAVMAN, Ph.D.        PAGE

4         By Mr. Lemieux                            7

5

6

7

8

9

10                    E X H I B I T S

11            (Attached to the transcript)

12    NO.           DESCRIPTION               PAGE

13    Exhibit 1    Bravman expert report         24

14    Exhibit 2    Patent '018                   40

15    Exhibit 3    Patent '755                   86

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
 2                    CASE NO.  21-1417(JPM)

 3

 4    QORVO, INC.,

 5              Plaintiff(s),

 6         vs.

 7    AKOUSTIS TECHNOLOGIES, INC., and
      AKOUSTIS, INC.,
 8
                Defendant(s).
 9

10    _____

11         DEPOSITION UNDER ORAL EXAMINATION OF

12                    ADAM COWAN

13      30(b)(6) for Advanced Technology Search, Inc.

14              DATE: November 11, 2022

15         REPORTED BY:  MICHAEL FRIEDMAN, CCR

16
                 ********************************
17               *                              *
                 *                              *
                 *                              *
                 ********************************
19

20

21

22
              ESQUIRE DEPOSITION SOLUTIONS, LLC
23             1384 Broadway - 22nd Floor
              New York, New York  10018
24                  (212) 687-2010

25    JOB # J 8829055
```



1              TRANSCRIPT of the deposition of the

2     witness, called for Oral Examination in the

3     above-captioned matter, said deposition being taken

4     by and before MICHAEL FRIEDMAN, a Notary Public and

5     Certified Court Reporter of the State of New Jersey,

6     at ZOOM VTC, ALL PARTIES REMOTE, on November 11,

7     2022, commencing at approximately 12:00 in the

8     afternoon.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
1   A P P E A R A N C E S:

2

    SHEPPARD, MULLIN, RICHTER & HAMPTON
3   2099 Pennsylvania Avenue NW
    Washington, DC  20006
4   BY:   TREVOR J. QUIST, ESQ.
    Attorneys for Plaintiff
5

6

7   PILLSBURY, WINTHROP, SHAW & PITMAN
    1200 17th Street NW
8   Washington, DC  20036
    BY:   THERESA ROOZEN, ESQ.
9         DIANA SWEENEY, ESQ.
    Attorneys for Defendants
10

11

    FREIREICH LLC
12  23 Vreeland Road
    Florham Park, NJ  07932
13  BY:   JAY FREIREICH, ESQ.
    Attorneys for deponent
14
    ALSO PRESENT:   MATTHEW GRILLO
15

16

17

18

19

20

21

22

23

24

25
```



```
 1                    I N D E X

 2   WITNESS NAME                          PAGE

 3   ADAM COWAN

 4           By Mr. Quist                     9

 5           By Ms. Roozen                  101

 6

 7

 8

 9

10                  E X H I B I T S

11   EXHIBIT NO.                          PAGE

12   1              . . . . . . . . . .      17

13   2              . . . . . . . . . .      59

14   3              . . . . . . . . . .      92

15

16

17

18

19

20

21

22

23

24

25
```





# Transcript of Robert Darveaux, Ph.D.

**Date:** January 18, 2024
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF DELAWARE

 3

 4      - - - - - - - - - - - - x

 5    QORVO, INC.,                :

 6           Plaintiff,           :

 7       v.                       :

 8                                :   C.A. NO. 21-1417 JPM

 9    AKOUSTIS TECHNOLGIES,       :

10    INC., et al.,               :

11           Defendants.          :

12      - - - - - - - - - - - - x

13    *█████████████████████████████████████

14

15            Deposition of ROBERT DARVEAUX, PhD

16                  Conducted Virtually

17               Thursday, January 18, 2024

18                    11:04 a.m. EST

19

20

21    Job No.:  521333

22    Pages: 1 - 259

23    Reported By: Karen Klerekoper, CSR-4250, RPR

24

25
```

1        Deposition of ROBERT DARVEAUX, PhD, conducted

2    virtually:

3

4

5

6

7

8

9        Pursuant to Notice, before Karen Klerekoper,

10   Notary Public in and for the State of Michigan.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                  A P P E A R A N C E S

2

3    ON BEHALF OF THE PLAINTIFF:

4         JONATHAN R. DeFOSSE, ESQUIRE

5         ROY JUNG, ESQUIRE

6         SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

7         2099 Pennsylvania Avenue, NW, Suite 100

8         Washington, D.C.  20006

9         202.747.1900

10

11   ON BEHALF OF THE DEFENDANTS:

12        VICTORIA Q. SMITH, ESQUIRE

13        XIAOMEI CAI, ESQUIRE

14        SQUIRE PATTON BOGGS

15        1841 Page Mill Road, Suite 150

16        Palo Alto, California  94304

17        650.856.6500

18

19

20

21

22

23

24

25
```

Transcript of Robert Darveaux, Ph.D.
Conducted on January 18, 2024                    4

```
1                          INDEX

2

3   WITNESS:                                    PAGE:

4

5    ROBERT DARVEAUX, PhD

6               EXAMINATION BY MR. DeFOSSE:        6

7

8                        *****

9   EXHIBIT:                                    PAGE:

10

11  (Exhibits attached to transcript.)

12   Exhibit 879, Darveaux Deposition Notice      16

13   Exhibit 880, 23-12-20 Darveaux rebuttal expert  16

14   report

15   Exhibit 881, 24-01-16 corrected Darveaux rebuttal  22

16   Exhibit 882, expert report of Dr. Stanley Shanfield  28

17   Exhibit 78, AKTS_00204965-4970, 2016 presentation  45

18   Exhibit 883, AKTS_01204609-4612, paper by Link  55

19   Exhibit 884, AKTS_01204591-4596, Gernot Fattinger  56

20   paper

21   Exhibit 149, AKTS_00204845-4876, Qorvo presentations  84

22

23  (Index continued on following page.)

24

25
```

Transcript of Robert Darveaux, Ph.D.
Conducted on January 18, 2024                                    5

```
 1    (Index continued.)

 2

 3    Exhibit 720, AKTS_00413593-3647, acoustic technology     127

 4    update 2019

 5    Exhibit 885,  Hashimoto 2017                              154

 6    Exhibit 886, Akiyama 2009                                 157

 7    Exhibit 887, Moreira paper                                160

 8    Exhibit 888, Matloub research article                     160

 9    Exhibit 453, Qorvo trim process                           173

10    Exhibit 438, AKTS_00037339-7351, comparison between       184

11    Qorvo and Akoustis frequency trim.

12    Exhibit 889, Akoustis' trim process PowerPoint            186

13    presentation

14    Exhibit 890, AKTS_00641897, Excel spreadsheet             191

15    Exhibit 891, AKTS_00021881, Excel spreadsheet             200

16    Exhibit 892, Skyworks press release                       226

17    Exhibit 893, 2006 annual report of Skyworks               230

18    Exhibit 894, "Money Today" article                        234

19    Exhibit 895, U.S. Patent Number 7,579,926                 236

20    Exhibit 896, AKTS_01134464, Chapter 16, Robert            240

21    Aigner.

22

23                            *****

24

25
```



# Transcript of Dr. Michael Lebby

**Date:** January 31, 2024
**Case:** Qorvo, Inc. -v- Akoustis Technologies, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3

4   QORVO, INC.,                    )
                                    )
5           Plaintiff,              )
                                    )
6       VS.                         )   NO. 21-1417 JPM
                                    )
7   AKOUSTIS TECHNOLOGIES, INC., )
    AKOUSTIS, INC.,                 )
8                                   )
            Defendants.             )
9   _____)

10

11

12

13

14        --  ████████████████████████

15            ████████████████████

16           IN-PERSON DEPOSITION OF
               DR. MICHAEL LEBBY
17       WEDNESDAY, JANUARY 31, 2024

18

19

20

21

22

23

24   STENOGRAPHIC REPORTER:  CHRISTA YAN, CSR NO. 14316, RPR
                                              _____
25

Transcript of Dr. Michael Lebby
Conducted on January 31, 2024                          2

```
 1   IN-PERSON APPEARANCES:

 2   FOR PLAINTIFF:
         SHEPPARD MULLIN RICHTER & HAMPTON LLP
 3       BY:  JONATHAN DEFOSSE, ATTORNEY-AT-LAW
         2099 Pennsylvania Avenue, NW, Suite 100
 4       Washington, D.C. 20006
         (202) 747-1932
 5       tcremen@sheppardmullin.com

 6   FOR DEFENDANT:
         SQUIRE PATTON BOGGS, LLP
 7       BY:  VICTORIA SMITH, ATTORNEY-AT-LAW
         1841 Page Mill Road, Suite 150
 8       Palo Alto, California 94304
         (650) 843-3237
 9       ronald.lemieux@squirepb.com
         victoria.smith@squirepb.com
10

11

12

13

14

15   This in-person deposition was not videotaped.

16

17

18

19                       --oOo--

20

21

22

23

24

25
```

Transcript of Dr. Michael Lebby
Conducted on January 31, 2024                    3

```
1                    INDEX OF EXAMINATIONS

2                                              PAGE

3    MR. DEFOSSE                               5

4    MS. SMITH                                 240

5

6

7

8

9

10                       --oOo--

11

12

13

14

15   Witness's Changes or Corrections          245

16   Reporter's Certificate                    247

17

18

19

20

21                       --oOo--

22

23

24

25
```

███████████████

Transcript of Dr. Michael Lebby
Conducted on January 31, 2024                    4

```
 1                    E X H I B I T S

 2   EXHIBIT       FOR IDENTIFICATION              PAGE

 3   Exhibit 965 - Rebuttal Report of Dr. Michael  12

 4                 Lebby Regarding Trade Secrets

 5                 December 20, 2023, Binder

 6   Exhibit 966 - Reverse Costing Analysis        123

 7                 Qorvo TQF6405 High Band FEM

 8                 SMR-BAW Filter iPhone 6s Plus

 9                 AKTS_01210570

10   Exhibit 967 - System Plus Consulting Reverse  126

11                 Costing, Structural, Process

12                 and Cost Report AKTS_01039458

13   Exhibit 968 - Expert Report of R. Cuyler      215

14                 Robinson November 21, 2023

15

16

17

18

19

20                    --oOo--

21

22

23

24

25
```



800.211.DEPO (3376)
EsquireSolutions.com

1          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
2

3

4   QORVO, INC.,                    )
                                    )
5            Plaintiff,             )
                                    )
6            v.                     ) C.A. NO.  21-1417-JPM
                                    )
7   AKOUSTIS TECHNOLOGIES, INC. )
    and AKOUSTIS, INC.              )
8                                   )
             Defendants.            )
9   _____)

10

11   ██████████████████████████████████████

12

13        VIDEOCONFERENCE 30(b)6 DEPOSITION OF

14              MICHAEL ORTIZ

15               ON BEHALF OF

16          EXEC-TEK SOLUTIONS, INC.

17             October 13, 2022

18              11:06 a.m.

19

20              Doral, Florida

21

22

23        Jade Miserendino-Espinoza

24            Digital Reporter

25        Notary Commission No. HH 30966



```
1                    APPEARANCES OF COUNSEL

2    On behalf of the Plaintiff, Qorvo, Inc.:

3         TREVOR J. QUIST, ESQ.
          SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
4         1540 El Camino Real
          Suite 120
5         Menlo Park, California 94025
          650.815.2600
6         650.815.2601 FAX
          tquist@sheppardmullin.com
7

8    On behalf of the Defendants, Akoustis Technologies,
     Inc., and Akoustis, Inc.:
9
          THERESA A. ROOZEN, ESQ.
10        PILLSBURY WINTHROP SHAW PITTMAN LLP
          600 Brickell Avenue
11        Suite 3100
          Miami, Florida 33131
12        786.913.4900
          786.913.4901 FAX
13        theresa.roozen@pillsburylaw.com

14        DIANNE L. SWEENEY, ESQ.
          PILLSBURY WINTHROP SHAW PITTMAN LLP
15        2550 Hanover Street
          Palo Alto, California 94304-1115
16        650.233.4500
          650.233.4545 FAX
17        dianne@pillsburylaw.com

18

19

20

21

22

23

24

25
```



```
 1              INDEX OF EXAMINATION

 2    EXAMINATION:                           PAGE

 3    Direct Examination by Mr. Quist          6

 4    Cross-Examination by Ms. Roozen        130

 5    Redirect Examination by Mr. Quist      135

 6    Certificate of Digital Reporter        141

 7    Certificate of Transcriptionist        142

 8    Errata Pages                           143

 9
                 INDEX TO EXHIBITS
10
      PLAINTIFF'S        DESCRIPTION          PAGE
11
      Exhibit 1     Notice of Taking Deposition   13
12
      Exhibit 2     Email Communication (3/20/18)  52
13
      Exhibit 3     Email Communication (3/6/18)   62
14
      Exhibit 4     Email Communication (1/24/19)  70
15
      Exhibit 5     Presentation RF test position  73
16
      Exhibit 6     Email Communication (11/21/19) 88
17
      Exhibit 7     Exec-Tek Position Ad          92
18
      Exhibit 8     Email Communication (8/30/18) 98
19
      Exhibit 9     Messenger Communication       78
20
      Exhibit 10    Email Communication (6/21)   103
21
      Exhibit 11    Email Re RF Test Engineer    105
22
      Exhibit 12    Email Communication (6/25/21) 112
23
      (Original exhibits retained by counsel for the
24    Plaintiff.)

25
```



```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF DELAWARE

 3

 4   - - - - - - - - - - - - - - -+

 5   QORVO, INC.,                    |

 6              Plaintiff,           | Case Number:

 7     vs.                          | 1:21-cv-01417-JPM

 8   AKOUSTIS TECHNOLOGIES,          |

 9   INC., and AKOUSTIS, INC.,       |

10              Defendants.          |

11   - - - - - - - - - - - - - - -+

12

13         CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15               Videotaped Deposition of

16               STANLEY SHANFIELD, Ph.D.

17               Friday, January 26, 2024

18                    9:15 a.m.

19

20

21   Reported by:

22   Laurie Donovan, RPR, CRR, CLR

23   Veritext Job No. 6391961

24

25   PAGES 1 - 256
```

                                          Page 1

```
 1                              January 26, 2024
 2                              9:15 a.m.
 3
 4          Confidential - Attorneys' Eyes Only -
 5      video deposition of STANLEY SHANFIELD, Ph.D.,
 6      held fully in person, with the witness and
 7      all parties participating in person, pursuant
 8      to the Rules of the United States District
 9      Court for the District of Delaware, subject
10      to such stipulations as may be recited herein
11      or attached hereto, before Laurie Donovan, a
12      Registered Professional Reporter and notary
13      public of the District of Columbia, who
14      officiated in administering the oath to the
15      witness.
16
17
18
19
20
21
22
23
24
25
```

Page 2

```
 1                 A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4             Sheppard Mullin Richter & Hampton LLP

 5             2099 Pennsylvania Avenue, NW

 6             Suite 100

 7             Washington, D.C. 20006

 8             (202)747-1900

 9             By:  Jonathan R. DeFosse, Esq.

10                  jdefosse@sheppardmullin.com

11                  Roy Jung, Esq.

12

13    ON BEHALF OF THE DEFENDANTS:

14             Squire Patton Boggs (US)LLP

15             2550 M Street, NW

16             Washington, D.C. 20037

17             (202)457-7520

18             By:  Ronald Lemieux, Esq.

19                  ronald.lemieux@squirepb.com

20                  Matthew A. Stanford, Esq.

21                  matthew.stanford@squirepb.com

22

23    ALSO PRESENT:

24             Gordon Thomas, videographer

25             Xiaomei Cai (remote)
```

Page 3

```
 1              EXAMINATION INDEX

 2                                          PAGE

 3    EXAMINATION BY MR. LEMIEUX  . . . . . . . . .    8

 4    EXAMINATION BY MR. DEFOSSE  . . . . . . . . .  250

 5    FURTHER EXAM BY MR. LEMIEUX . . . . . . . . .  252

 6

 7

 8

 9                E X H I B I T S

10    EXHIBIT     DESCRIPTION                      PAGE

11

12    Exhibit 1   Plaintiff's document entitled

13                "Identification of Trade Secrets

14                it Currently Expects to Present

15                at Trial" . . . . . . . . . . . .  135

16

17    Exhibit 2   Email from James Nelson to Shawn

18                Gibb and others, June 12, 2020,

19                Bates QORVO-00062161  . . . . . .  209

20

21    Exhibit 3   Expert Report and Disclosure of

22                Melissa A. Bennis, November 21,

23                2023. . . . . . . . . . . . . . .  222

24

25    Exhibit 4   U.S. Patent Number 7,522,018  . .   40
```

Page 4

```
 1                  EXHIBITS CONTINUED

 2      EXHIBIT     DESCRIPTION                       PAGE

 3

 4      Exhibit 5   U.S. Patent Number 9,735,755  . .  118

 5

 6      Exhibit 6   Expert Report of Stanley

 7                  Shanfield, Ph.D. regarding

 8                  infringement, November 21, 2023 .  115

 9

10      Exhibit 7   Supplemental Expert Report of

11                  Stanley Shanfield, Ph.D.,

12                  January 22, 2024  . . . . . . . .  215

13

14      Exhibit 8   Expert Report of Stanley

15                  Shanfield, Ph.D. - Misappropriation

16                  of Trade Secrets, November 21,

17                  2023  . . . . . . . . . . . . . .  158

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

# EXHIBIT G

# The Sedona Conference Journal

Volume 19 | Number 2      2018

# Disputed Issues in Awarding Unjust Enrichment Damages in Trade Secret Cases

David S. Almeling, Walter Bratic, Monte Cooper, Alan Cox & P. Anthony Sammi

**Exhibit**
**0005**
1/23/2024
**BENNIS**



Recommended Citation:

David S. Almeling et al., Disputed Issues in Awarding Unjust Enrichment Damages in Trade Secret Cases, 19 Sedona Conf. J. 667 (2018).

For this and additional publications see: https://thesedonaconference.org/publications



QORVO v. AKOUSTIS

**DTX-0698**

C.A. No. 21-1417 (JPM)

The Sedona Conference Journal® (ISSN 1530-4981) is published on an annual or semi-annual basis, containing selections from the preceding year's conferences and Working Group efforts. The Journal is available on a complimentary basis to courthouses and public law libraries. Additionally, each issue is available for purchase ($45; $30 for Working Group Series members). Send us an email (info@sedonaconference.org) or call (1-602-258-4910) to order or for further information. Check our website for further information about our conferences, Working Groups, and publications: www.thesedonaconference.org.

Comments (strongly encouraged) and requests to reproduce all or portions of this issue should be directed to:
The Sedona Conference,
301 East Bethany Home Road, Suite C-297, Phoenix, AZ 85012 or info@sedonaconference.org or call 1-602-258-4910.

The Sedona Conference Journal® designed by MargoBDesignLLC at www.margobdesign.com.

Cite items in this volume to "19 Sedona Conf. J. _____ (2018)."

Copyright 2018, The Sedona Conference.
All Rights Reserved.

DISPUTED ISSUES IN AWARDING UNJUST ENRICHMENT
DAMAGES IN TRADE SECRET CASES

*David S. Almeling, Walter Bratic, Monte Cooper,
Alan Cox & P. Anthony Sammi\**

## I.  INTRODUCTION

There are three primary forms of compensatory damages in trade secret cases: unjust enrichment, actual loss, and a reasonable royalty. This article addresses unjust enrichment damages.

In civil cases involving trade secret misappropriation, a successful plaintiff can recover a defendant's unjust enrichment that was caused by the misappropriation. Both state law and federal law use similar language in permitting unjust enrichment damages:

- Federal Defend Trade Secrets Act ("DTSA"): "damages for any unjust enrichment caused by the misappropriation of the trade secret that is not addressed in computing damages for actual loss"[1]

---

\*  David Almeling is a partner with O'Melveny & Myers LLP in San Francisco; he was the primary author of Sections I and III. Walter Bratic is a Managing Director of OverMont Consulting, a division of Whitley Penn LLC, in Houston; he was the primary author of Section VI. Monte Cooper is Of Counsel with Orrick, Herrington & Sutcliffe in Menlo Park; he was the primary author of Section IV. Alan Cox is Chair of the Global Intellectual Property Practice of NERA Economic Consulting in San Francisco; he was the primary author of Section V. P. Anthony Sammi is a partner with Skadden, Arps, Slate, Meagher & Flom LLP in New York; he was the primary author of Section II. The opinions expressed in this article are those of the authors and do not necessarily reflect the views of the firms or clients.

1.  18 U.S.C. § 1836(b)(3)(B)(i)(II).