UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>      Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>      Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED**<br><br>█████████ |

**DECLARATION OF JERRY BUI IN SUPPORT OF
THE AKOUSTIS DEFENDANTS' OPPOSITION TO
QORVO'S MOTION FOR PERMANENT INJUNCTIVE RELIEF**

I, Jerry Bui, declare as follows:

1. I am a Managing Director for FTI Consulting, Inc d/b/a FTI Consulting Technology LLC (collectively, "FTI Consulting"). I make this declaration in support of the Akoustis Defendants' Brief in Opposition to Plaintiff's Motion for Permanent Injunctive Relief.

2. I make this declaration on my own personal knowledge or, where indicated, on information and belief formed after reasonable inquiry under the circumstances. If called to testify under oath in court, I could and would testify competently to the facts stated herein.

3. In June 2023, FTI Consulting was retained by Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") as an e-Discovery consultant to perform the preservation of devices and other data sources for key Akoustis custodians. The scope of work also included collaboration with Akoustis' then outside counsel at Pillsbury Winthrop Shaw Pittman, LLP to identify and, once authorized, perform a forensic deletion of materials related to Qorvo. I understand and believe that effort was paused in light of Qorvo's demand for a forensic inspection of certain of Akoustis' electronic data. I further understand and believe that the Court later entered

an order providing for the forensic inspection.

4. FTI Consulting received from Akoustis a list of key data custodians and other data custodians, including employees with previous employment history with the Qorvo and/or its predecessor companies RF Micro Devices/RFMD and TriQuint. This list of data custodians included:

> **Key Custodians** – David Aichele, Todd Bender, Jeffrey Shealy, and Mary Winters.
>
> **Other Custodians** – Tanveer Ahmad, Mushal Alhabori, Kaushik Annam, Atul Batra, David Breton, Larry Carastro, Kamran Cheema, Sean Cheema, Eric Chen, Kathy Davis, Robert Dry, David Dyer, Tony Espinoza, Daniel Godsiff, David Hodge, Brook Hosse, Rohan Houlden, Colin Hunt, JB Kwon, Kindra Lane, Paul Makowenskyj, Trent Mayberry, Guillermo Moreno, Joel Morgan, Luiz Martinez Quintero, Clark Ragan, Brian Schmid, Greg Seymour, Ken Sigmon, Jonathan Soto, Pinal Patel, Rama Vetury, and Wendy Wright.

5. On March 26, 2024, FTI Consulting was engaged by Akoustis to resume its work identifying and then permanently deleting in a forensic manner all electronically stored information containing information that Qorvo has identified as constituting or containing its confidential and proprietary information and/or trade secrets.

6. On April 17, 2024, FTI Consulting, Akoustis, and Akoustis' outside counsel, Squire Patton Boggs (US) LLP ("SPB") held a meeting to outline the project scope and objectives, including sequestering, searching using keyword search terms, and permanently deleting all electronically stored information containing information that Qorvo has identified as constituting or containing its confidential and proprietary information and/or trade secrets from Akoustis's IT and computer systems.

7. For purposes of FTI's engagement, FTI Consulting received from Akoustis credentials providing it with full administrative access to Akoustis's IT and computer systems, including file and email servers, including individual and central repositories, and full access to the Microsoft Office 365, OneDrive, and Gmail systems and accounts of Akoustis and its employees, as well as access to individual laptops.

8. On April 20, 2024, FTI Consulting collected and processed initial data sets from Akoustis's IT and computer systems and individual laptops of Akoustis employees.

9. FTI Consulting, working in conjunction with Akoustis' General Counsel and its outside counsel SPB, prepared a list of keywords to be used for searching all of Akoustis's IT and computer systems for the key data custodians and other data custodians. On April 29, 2024, FTI Consulting completed performing keyword searches of all of Akoustis's IT and computer systems using the list of keywords. The list of keywords included: Qorvo, RFMD, Triquint, ▉▉▉▉▉▉▉▉▉▉, ▉▉▉▉▉▉▉▉▉▉, Nicol, Robbins, SW8009, QPQ1903, QPQ1904, QPQ1093, QPQ1094, QPF4656, QPF7250, QPF4551, QPQ19XX, QPQ1901, QPQ2200, QPQ1298, and QM45392.

10. On May 3, 2024, FTI Consulting completed email mailbox preparation for the key data custodians and other data custodians, and successfully performed email remediation for key data custodians.

11. On May 6, 2024, FTI Consulting coordinated with Akoustis's IT Department to ensure custodian laptops were ready for local script processing, such as sequestering and disconnection of the laptops, and provided to Akoustis scripts to be executed before and after data sequestration to remove the litigation hold functions. Thereafter, FTI Consulting received command outputs from Akoustis's IT Department as a result of the executed scripts.

12.     On May 7, 2024, FTI Consulting executed scripts on Akoustis's IT and computer systems to obtain mailbox folder IDs to perform targeted deletion.

13.     FTI Consulting provided Akoustis with a list of files to be used for manually deleting files from Mac computers of Akoustis, which could not be performed directly by FTI Consulting due to compatibility issues.  FTI Consulting monitored, in real-time, Akoustis's IT Department deleting the files via remote screen-sharing sessions.

14.     On May 17, 2024, FTI Consulting reviewed and flagged additional documents for sequestration.  To date, significant progress on remediation tasks has been completed, including the completion of SharePoint and Gmail remediation and substantial progress of OneDrive remediation.

15.     On May 29, 2024, FTI Consulting completed the deletion of all targeted files and emails from the Gmail and Microsoft Office 365 accounts of the key data custodians and other data custodians.

16.     As of June 15, 2014, FTI Consulting completed remediation efforts on OneDrive and individual laptops of the key data custodians and other data custodians.

17.     To date, all documents and emails related to this litigation have been sequestered, searched, and permanently deleted from the key data custodians and other data custodians.

18.     FTI Consulting is in the process of cross-referencing all data removed in the custodian-targeted searches, with data still existing in Akoustis's systems, such as OneDrive, regardless of any custodian relationship.  Any files identified by the cross-referencing will also be permanently removed by FTI Consulting, which includes non-custodian employees which do not have previous employment history with the Qorvo, such as Daeho Kim.  FTI Consulting will permanently delete any files identified by the cross-referencing.  FTI Consulting anticipates this

cross-referencing and deleting to be complete by early August.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 25, 2024.

Jerry Bui

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 25, 2024, copies of the attached document were served via electronic mail on all counsel of record.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman