# EXHIBIT 14

| | |
|---|---|
| **From:** | Elodie Currier <Elodie_Currier@tnwd.uscourts.gov> |
| **Sent:** | Sunday, May 5, 2024 10:19 AM |
| **To:** | Blumenfeld, Jack; Anthony David Raucci; Eric Gill; jayers@sheppardmullin.com; Tigan, Jeremy A.; Jonathan DeFosse; Robert Masters; Roy Jung; Zachary Alper; Timothy Cremen; Elkins, David S.; Ronald P. Golden III; Lemieux, Ronald S.; sbrauerman_bayardlaw.com; Smith, Victoria; Stanford, Matthew A.; Cai, Xiaomei |
| **Cc:** | Jon McCalla; Jeff Sample |
| **Subject:** | [EXT] Draft Verdict Form (21-1417) |
| **Attachments:** | 21-1417 - Special Verdict Form 5.5 DRAFT.pdf |

Please review the attached draft special verdict form. Written objections and/or comments should be submitted no later than 12:00 noon on Monday, May 6, 2024.

1

5.5.2024 10:30 AM DRAFT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:21-cv-01417-JPM |
| | ) |
| AKOUSTIS TECHNOLOGIES, INC. and | ) |
| AKOUSTIS, INC., | ) |
| | ) |
| Defendants. | ) |

## **SPECIAL VERDICT FORM**

5.5.2024 10:30 AM DRAFT

# **INSTRUCTIONS**

When answering the following questions and completing this Verdict Form, please follow the directions provided on each page that follows and the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used in this Verdict Form:

1. "Plaintiff" and "Qorvo" both refer to Plaintiff Qorvo, Inc.

2. "Defendants" and "Akoustis" both collectively refer to defendants Akoustis Technologies, Inc. and Akoustis, Inc.

3. "Asserted Patents" refers collectively to U.S. Patent No. 7,522,018 and U.S. Patent No. 9,735,755.

4. "'018 Patent" refers to U.S. Patent No. 7,522,018.

5. "'755 Patent" refers to U.S. Patent No. 9,735,755.

5.5.2024 10:30 AM DRAFT

## QUESTIONS AND ANSWERS

We, the jury, unanimously find as follows:

### TRADE SECRET MISAPPROPRIATION UNDER THE DEFEND TRADE SECRETS ACT AND THE NORTH CAROLINA TRADE SECRET ACT

**For each of the ALLEGED TRADE SECRETS that Plaintiff Qorvo presented at trial, please answer the following questions as instructed in this section:**

**Question No. 1(a):**

**As to each asserted trade secret listed below, has Akoustis established by the greater weight or preponderance of the evidence that Plaintiff's/Qorvo's claim is barred by the applicable statute of limitations?**
*Please write "YES" or "NO" in each column of the table below.*

| ALLEGED TRADE SECRET | VERDICT |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | |
|---|---|
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 65 | |
| 66 | |
| 67 | |
| 68 | |
| 69 | |
| 70 | |

5.5.2024 10:30 AM DRAFT

| | |
|---|---|
| 71 | |
| 72 | |
| 73 | |
| 74 | |
| 75 | |
| 76 | |
| 77 | |
| 78 | |
| 79 | |
| 80 | |
| 81 | |
| 82 | |
| 83 | |
| 84 | |
| 85 | |
| 86 | |
| 87 | |
| 88 | |
| 89 | |
| 90 | |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | |
| 96 | |
| 97 | |
| 98 | |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | |
| 104 | |

*IF YOU ANSWERED "NO" TO QUESTION 1(a) FOR A PARTICULAR TRADE SECRET, ANSWER QUESTION 1(b) BELOW FOR THAT TRADE SECRET.  IF YOU ANSWERED "YES" TO QUESTION 1(a) FOR A PARTICULAR ALLEGED TRADE SECRET, WRITE "N/A" (NOT APPLICABLE) IN BOTH COLUMNS IN QUESTION 1(b) FOR THAT ALLEGED TRADE SECRET.*

5.5.2024 10:30 AM DRAFT

**Question No. 1(b):**

*Please write "YES," "NO," or "N/A" in each column of the table below.*

| ALLEGED TRADE SECRET | Has Qorvo established by the greater weight or preponderance of the evidence that Akoustis is liable for trade secret misappropriation for this trade secret? | Has Qorvo established by a greater weight or preponderance of the evidence that Akoustis was unjustly enriched by misappropriating this trade secret? |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

| | | |
|---|---|---|
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |
| 41 | | |
| 42 | | |
| 43 | | |
| 44 | | |
| 45 | | |
| 46 | | |
| 47 | | |
| 48 | | |
| 49 | | |
| 50 | | |
| 51 | | |
| 52 | | |
| 53 | | |
| 54 | | |
| 55 | | |
| 56 | | |
| 57 | | |
| 58 | | |
| 59 | | |
| 60 | | |
| 61 | | |
| 62 | | |
| 63 | | |
| 64 | | |
| 65 | | |
| 66 | | |
| 67 | | |
| 68 | | |
| 69 | | |
| 70 | | |
| 71 | | |
| 72 | | |
| 73 | | |
| 74 | | |
| 75 | | |
| 76 | | |
| 77 | | |
| 78 | | |
| 79 | | |

5.5.2024 10:30 AM DRAFT

| | | |
|---|---|---|
| 80 | | |
| 81 | | |
| 82 | | |
| 83 | | |
| 84 | | |
| 85 | | |
| 86 | | |
| 87 | | |
| 88 | | |
| 89 | | |
| 90 | | |
| 91 | | |
| 92 | | |
| 93 | | |
| 94 | | |
| 95 | | |
| 96 | | |
| 97 | | |
| 98 | | |
| 99 | | |
| 100 | | |
| 101 | | |
| 102 | | |
| 103 | | |
| 104 | | |

***IF YOU ANSWERED "YES" IN BOTH COLUMNS FOR ANY ALLEGED TRADE SECRET IN QUESTION 1(b), THEN ANSWER QUESTIONS 1(c) AND 1(d) BELOW.  IF YOU DID NOT ANSWER "YES" IN BOTH COLUMNS FOR ANY ALLEGED TRADE SECRET IN QUESTION 1(b), WRITE "N/A" IN QUESTION 1(c) AND 1(d) AND MOVE ON TO QUESTION 2.***

**Question No. 1(c):**

State the amount Akoustis was unjustly enriched by misappropriating Qorvo's trade secrets as to which you have answered "Yes" and "Yes" in Question 1(b) above.

$_____

**Question No. 1(d)**

Was Akoustis's misappropriation of any of Qorvo's trade secrets as to which you answered "Yes" and "Yes" in Question 1(b) above willful and malicious? *Please write "YES," "NO," or "N/A" on the line below.*

_____

***IF YOU ANSWERED "YES" TO QUESTION 1(d), ANSWER QUESTION 1(e) BELOW.  IF YOU ANSWERED "NO" OR "N/A" TO QUESTION 1(d), WRITE "N/A" ON QUESTION 1(e) AND MOVE ON TO QUESTION 2.***

**Question No. 1(e)**

What amount of exemplary damages, if any, do you award to Qorvo against Akoustis?

$_____

5.5.2024 10:30 AM DRAFT

# CIVIL CONSPIRACY

**Question No. 2(a):**
Has Qorvo proven by a preponderance of the evidence its Civil Conspiracy claim against Akoustis?
*Please write "YES" or "NO" on the line below.*

_____

*ANSWER QUESTION 2(b) ONLY IF YOU ANSWERED "YES" TO QUESTION 2(a). OTHERWISE, DO NOT ANSWER AND MOVE ON TO QUESTION 3.*

**Question No. 2(b):**
Do you find that Qorvo has proven by a preponderance of the evidence that actual damage to Qorvo was caused by the conspiracy?
*Please write "YES" or "NO" on the line below.*

_____

*ANSWER QUESTIONS 2(c) ONLY IF YOU ANSWERED "YES" TO QUESTION 2(b). OTHERWISE, DO NOT ANSWER AND MOVE ON TO QUESTION 3.*

**Question No. 2(c):**
Do you find that Akoustis has proven by a preponderance of the evidence that Qorvo knew or with reasonable diligence should have been known the facts underlying Qorvo's civil conspiracy claim or before October 3, 2018?
*Please write "YES" or "NO" on the line below.*

_____

*ANSWER QUESTIONS 2(d) ONLY IF YOU ANSWERED "YES" TO QUESTION 2(b) AND "NO" TO QUESTION 2(c). OTHERWISE, DO NOT ANSWER AND MOVE ON TO QUESTION 3.*

**Question No. 2(d):**
What amount of damages for actual loss, if any, were caused by Akoustis' action and thus you award to Qorvo against Akoustis?

$_____

5.5.2024 10:30 AM DRAFT

# FALSE ADVERTISING UNDER THE LANHAM ACT

**Question No. 3(a):**
Has Qorvo proven by a preponderance of the evidence each of the elements of its False Advertising claim against Akoustis?  *Please write "YES" or "NO" on the line below.*

_____

***ANSWER QUESTION 3(b) ONLY IF YOU ANSWERED "YES" TO QUESTION 3(a). OTHERWISE, DO NOT ANSWER AND MOVE ON TO QUESTION 4.***

**Question No. 3(b):**
What damages, if any, did Qorvo prove by a preponderance of the evidence it is entitled to for Akoustis' false advertising under the Lanham Act?

$_____

5.5.2024 10:30 AM DRAFT

**UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER NORTH CAROLINA LAW**

**Question No. 4(a):**
Has Qorvo proven by a preponderance of the evidence its Unfair and Deceptive Trade Practices Act claim against Akoustis?
*Please write "YES" or "NO" on the line below.*

_____

***ANSWER QUESTION 4(b) ONLY IF YOU ANSWERED "YES" TO QUESTION 4(a). OTHERWISE, DO NOT ANSWER AND MOVE ON TO QUESTION 5.***

**Question No. 4(b):**
Do you find that Akoustis has proven by a preponderance of the evidence that Qorvo knew or with reasonable diligence should have been known the facts underlying Qorvo's unfair and deceptive trade practices claim on or before October 3, 2017?
*Please write "YES" or "NO" on the line below.*

_____

***ANSWER QUESTION 4(c) ONLY IF YOU ANSWERED "YES" TO QUESTION 4(a) AND "NO" TO QUESTION 4(b). OTHERWISE, DO NOT ANSWER AND MOVE ON TO QUESTION 5.***

**Question No. 4(c):**
Did Qorvo prove by a preponderance of the evidence damages caused by Akoustis' action(s) for the alleged unfair and deceptive practices?
*Please write "YES" or "NO" on the line below.*

_____

***ANSWER QUESTION 4(d) ONLY IF YOU ANSWERED "YES" TO QUESTION 4(c). OTHERWISE, DO NOT ANSWER AND MOVE ON TO QUESTION 5.***

**Question No. 4(c):**
What damages, if any, did Qorvo prove by a preponderance of the evidence it is entitled to for Akoustis' unfair and deceptive trade practices?

$_____

5.5.2024 10:30 AM DRAFT

# PATENT INFRINGEMENT

**Question No. 5(a):**
Do you find that Qorvo has proven by a preponderance of the evidence that the claims of the '018 or the '755 Patents have been infringed? *Please write "YES" or "NO" in each box below.*

| PATENT CLAIM | VERDICT |
|---|---|
| '018 Patent, Claim 1 | |
| '018 Patent, Claim 12 | |
| '755 Patent, Claim 9 | |
| '755 Patent, Claim 10 | |

***ONLY ANSWER THE FOLLOWING QUESTION 5(b) AND 5(c) IF YOU ANSWERED "YES" TO ANY PART OF QUESTION 5(a). OTHERWISE, DO NOT ANSWER QUESTION 5(b) OR 5(c) AND MOVE DIRECTLY TO THE UNANIMOUS VERDICT PAGE.***

**Question No. 5(b) (damages)**

What do you find is the amount of damages, if any, that should be paid to Qorvo for the infringement of each Asserted Patent, to compensate for the damages caused by Akoustis' infringement?

'018 Patent: $_____

'755 Patent: $_____

**Question No. 5(c):**
Did Qorvo prove by a preponderance of the evidence that Akoustis' infringement of the '018 or '755 patent was willful? *Please write "YES" or "NO" in each box below.*

| PATENT CLAIM | VERDICT |
|---|---|
| '018 Patent, Claim 1 | |
| '018 Patent, Claim 12 | |
| '755 Patent, Claim 9 | |
| '755 Patent, Claim 10 | |

5.5.2024 10:30 AM DRAFT

## **UNANIMOUS VERDICT**

*Upon reaching a unanimous verdict on each question above, the presiding juror must sign and each juror must sign below.* We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

_____
Date:

_____
Presiding Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror