# EXHIBIT 16

Summary | News | Chart | Community | Statistics | Historical Data | Profile | Financials | Analysis | Options | Holders | Sustainability

NasdaqCM · Nasdaq Real Time Price · USD

# Akoustis Technologies, Inc. (AKTS)   ☆ Follow   ⌁ Compare

**0.1253** +0.0053 (+4.42%)
At close: July 22 at 4:00 PM EDT

**0.1287** +0.00 (+2.71%)
After hours: July 22 at 7:58 PM EDT ☾

**Key Events** ⛰ Mountain ⌄ ⤢ ⚙

| 1D | 5D | 3M | 6M | YTD | 1Y | 5Y | All |

| | | |
|---|---|---|
| Previous Close | **0.1200** | |
| Open | **0.1201** | |
| Bid | **0.1277 x 2400** | |
| Ask | **0.1311 x 800** | |
| Day's Range | **0.1200 - 0.1348** | |
| 52 Week Range | **0.1120 - 2.4900** | |
| Volume | **3,264,520** | |
| Avg. Volume | **15,329,192** | |

| | |
|---|---|
| Market Cap (intraday) | **13.679M** |
| Beta (5Y Monthly) | **1.60** |
| PE Ratio (TTM) | **--** |
| EPS (TTM) | **-1.0000** |
| Earnings Date | **Sep 4, 2024 - Sep 9, 2024** |
| Forward Dividend & Yield | **--** |
| Ex-Dividend Date | **--** |
| 1y Target Est | **0.75** |

## ⌃ Akoustis Technologies, Inc. Overview

Akoustis Technologies, Inc., through its subsidiary, Akoustis, Inc., designs, develops, manufactures, and sells radio frequency (RF) filter products for the mobile wireless device industry in the United States, Asia, Europe, and internationally. It operates through Foundry Fabrication Services and RF Filters segments. The Foundry Fabrication Services segment provides engineering review and backend packaging services. Its RF Filters segment sells amplifier and filter products. It offers RF filters for mobile wireless devices, such as smartphones and tablets, cellular infrastructure equipment, Wi-Fi customer premise equipment, and military and defense applications. The company was founded in 2013 and is headquartered in...

**www.akoustis.com**

**222**
Full Time Employees

**June 30**
Fiscal Year Ends

**Technology**
Sector

**Communication Equipment**
Industry

More about Akoustis Technologies, Inc.

# Recent News: AKTS

**All**      News      Press Releases      SEC Filings ⌄

---

**Akoustis Secures $8 Million in Volume XBAW® Orders with Tier-1 Customer**
GlobeNewswire  •  13 days ago



---

**Akoustis Receives $2 Million in Volume Orders for Wi-Fi 7 Program from Tier-1 Carrier**
GlobeNewswire  •  25 days ago



---

**Zacks Industry Outlook Highlights RF Industries and Akoustis**
Zacks  •  28 days ago



---

**2 Radio Frequency Stocks to Watch in a Challenging Industry**
Zacks  •  last month



---

**7 F-Rated Stocks to Avoid at All Costs in June**
InvestorPlace  •  last month



---

**3 Penny Stocks That Could Turn Your $1 Into a Windfall**
InvestorPlace  •  last month



---

**Akoustis Announces $10 Million Registered Direct Offering Priced At-The-Market Under Nasdaq Rules**
GlobeNewswire  •  last month



---

**Akoustis Completes Rollout of its XBAW® Design Updates**
GlobeNewswire  •  last month



---

**Akoustis Technologies Third Quarter 2024 Earnings: Misses Expectations**
Simply Wall St.  •  2 months ago

---

**Akoustis Technologies Inc (AKTS) Q3 2024 Earnings Call Transcript Highlights: Navigating ...**
GuruFocus.com  •  2 months ago

Q3 2024 Akoustis Technologies Inc Earnings Call
Thomson Reuters StreetEvents · 2 hours ago

**AI Bot Flips Wall Street on Its Head: Turns $1K into $50K in Record 30 Days**
Designed for beginners, it achieved a staggering 30,750% gain over five months. Amid 8,000 downloads and booming user profits, what comes next for this AI Robot remains a thrilling question...

Ad · FX Market Insights

**View More →**

## Performance Overview: AKTS

Trailing total returns as of 7/22/2024, which may include dividends or other distributions. Benchmark is <u>S&P 500</u>.



| YTD Return | | 1-Year Return | |
|---|---|---|---|
| AKTS | **- 84.98%** | AKTS | **- 94.93%** |
| S&P 500 | **+ 16.66%** | S&P 500 | **+ 22.66%** |

| 3-Year Return | | 5-Year Return | |
|---|---|---|---|
| AKTS | **- 98.71%** | AKTS | **- 97.73%** |
| S&P 500 | **+ 27.66%** | S&P 500 | **+ 86.94%** |

## Compare To: AKTS

[ Compare ]

Select to analyze similar companies using key performance metrics; select up to 4 stocks.



| AKTS ✓ | ASNS + | SYTA + | MITQ + | SONM + | AIRG + |
|---|---|---|---|---|---|
| Akoustis Technologie... | Actelis Networks, Inc. | Siyata Mobile Inc. | Moving iMage Techno... | Sonim Technologies, I... | Airgain, Inc. |
| **0.1253** +4.42% | **1.5800** +1.28% | **0.5025** -13.06% | **0.6966** -0.46% | **3.3900** -2.31% | **6.91** +0.29% |
| Mkt Cap 13.679M | Mkt Cap 7.914M | Mkt Cap 708,253 | Mkt Cap 7.095M | Mkt Cap 15.837M | Mkt Cap |
| Industry Communication Equipm... | Industry Communication Equipm... | Industry Communication Equipm... | Industry Communication Equipm... | Industry Communication Equipm... | Industry Communication... |

## Statistics: AKTS



### Valuation Measures

**Current**    Quarterly    Annual 🔒

| | As of 7/22/2024 |
|---|---|
| Market Cap | **13.68M** |
| Enterprise Value | **42.99M** |
| Trailing P/E | **--** |
| Forward P/E | **--** |
| PEG Ratio (5yr expected) | **--** |
| Price/Sales (ttm) | **0.32** |
| Price/Book (mrq) | **0.33** |
| Enterprise Value/Revenue | **1.44** |
| Enterprise Value/EBITDA | **--** |

### Financial Highlights

**Profitability and Income Statement**

| | |
|---|---|
| Profit Margin | **-257.56%** |
| Return on Assets (ttm) | **-37.01%** |
| Return on Equity (ttm) | **-108.05%** |
| Revenue (ttm) | **29.86M** |
| Net Income Avi to Common (ttm) | **-76.91M** |



| | |
|---|---|
| Diluted EPS (ttm) | -1.0000 |
| **Balance Sheet and Cash Flow** | |
| Total Cash (mrq) | 15.2M |
| Total Debt/Equity (mrq) | 106.23% |
| Levered Free Cash Flow (ttm) | -31.32M |

**View More →**

## Research Analysis: AKTS

### Earnings Per Share

-0.11 Estimate

| Q2 23 | Q3 23 | Q4 23 | Q1 24 | Q2 24 |
|---|---|---|---|---|
| Missed | Missed | Missed | Missed | — |
| -$0.04 | -$0.08 | -$0.01 | -$0.02 | Sep 04 |



### Analyst Recommendations



| | Strong Buy |
| | Buy |
| | Hold |
| | Underperform |
| | Sell |

Apr 2 / May 5 / Jun 3 / Jul 3

### Analyst Price Targets



0.25 ... 0.1253 Current ... 0.75 Average ... 1.00 High

**View More →**

## Company Insights: AKTS

### Fair Value

🔒

0.1253 Current

### Dividend Score



| 0 Low | AKTS · Sector Avg. | 100 High |

### Hiring Score



| 0 Low | AKTS · Sector Avg. | 100 High |

### Insider Sentiment Score



| 0 | | 100 |
|---|---|---|
| Low | | High |



Sector Avg.

---

## People Also Watch

| SPRO | ATOM | DTIL | INSG | AIRG | MRAM | MTSI | BNED |
|------|------|------|------|------|------|------|------|
| Spero Therapeutics, Inc. | Atomera Incorporated | Precision BioSciences,... | Inseego Corp. | Airgain, Inc. | Everspin Technologies,... | MACOM Technology S... | Barnes & Noble Educat... |
| **1.3950** -0.36% | **3.8600** +2.39% | **9.96** +0.81% | **9.90** 0.00% | **6.91** +0.29% | **6.23** +2.13% | **106.72** +2.35% | **9.77** -2.30% |

  

**yahoo!finance**

Copyright © 2024 Yahoo.
All rights reserved.

**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Biden Economy
Financial News

**ABOUT**
Data Disclaimer
Help
Feedback
Sitemap
What's New
Premium Plans