# EXHIBIT 22

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended March 30, 2024**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from \_\_\_\_\_ to \_\_\_\_\_**

**Commission File Number 001-36801**

# qorvo.

## Qorvo, Inc.
(Exact name of registrant as specified in its charter)

| Delaware | 46-5288992 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **7628 Thorndike Road** | |
| **Greensboro, North Carolina** | **27409-9421** |
| (Address of principal executive offices) | (Zip Code) |

**(336) 664-1233**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, $0.0001 par value | QRVO | The Nasdaq Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:**
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or

*Connectivity and Sensors Group*

| (In thousands, except percentages) | Fiscal 2024 | Fiscal 2023 | Dollar Change | Percentage Change |
|---|---|---|---|---|
| Revenue | $ 434,537 | $ 474,364 | $ (39,827) | (8.4)% |
| Operating loss | (88,649) | (72,080) | (16,569) | (23.0) |
| Operating loss as a % of revenue | (20.4)% | (15.2)% | | |

The $39.8 million decrease in CSG revenue was attributable to a $43.0 million decrease in our connectivity components revenue. Challenges in the global macroeconomic environment negatively impacted demand for our connectivity components in the first half of fiscal 2024. In the second half of fiscal 2024, channel inventory levels improved and shipments of our connectivity components increased.

The increase in CSG operating loss was due to lower revenue and an increase in operating expenses of $6.2 million. The increase in operating expenses was driven by employee-related costs (including salaries and benefits, as well as incentive-based cash compensation).

*Advanced Cellular Group*

| (In thousands, except percentages) | Fiscal 2024 | Fiscal 2023 | Dollar Change | Percentage Change |
|---|---|---|---|---|
| Revenue | $ 2,762,016 | $ 2,367,848 | $ 394,168 | 16.6 % |
| Operating income | 727,906 | 627,708 | 100,198 | 16.0 |
| Operating income as a % of revenue | 26.4 % | 26.5 % | | |

The $394.2 million increase in ACG revenue was driven by content gains at our largest end customer. Challenges in the global macroeconomic environment negatively impacted demand for our advanced cellular products for mass market smartphones in the first half of fiscal 2024. Over the course of fiscal 2024, channel inventory levels improved, and in the second half of fiscal 2024 shipments of our advanced cellular products for mass market smartphones increased to more closely align with end market demand.

The increase in ACG operating income was driven by higher revenue as described above. In fiscal 2024, ACG incurred additional product development costs and employee-related costs as a result of increased investment in developing new technologies and products; however, operating expenses as a percentage of revenue decreased by 1.5%.

Refer to Note 18 of the Notes to Consolidated Financial Statements for a reconciliation of segment operating income to the consolidated operating income for fiscal years 2024, 2023 and 2022.

INTEREST, OTHER INCOME AND INCOME TAXES

| (In thousands) | Fiscal Year 2024 | Fiscal Year 2023 |
|---|---|---|
| Interest expense | $ (69,245) | $ (68,463) |
| Other income, net | 51,104 | 9,924 |
| Income tax expense | (143,882) | (21,477) |

*Interest expense*

During fiscal years 2024 and 2023, we recorded interest expense primarily related to the 4.375% senior notes due 2029 (the "2029 Notes"), the 3.375% senior notes due 2031 (the "2031 Notes") and the 2024 Notes. Interest expense in the preceding table for fiscal years 2024 and 2023 is net of capitalized interest of $2.9 million and $3.9 million, respectively.

Qorvo, Inc. and Subsidiaries
Consolidated Balance Sheets
(In thousands, except per share data)

|  | March 30, 2024 | April 1, 2023 |
|---|---:|---:|
| **ASSETS** | | |
| Current assets: | | |
|   Cash and cash equivalents | $ 1,029,258 | $ 808,757 |
|   Accounts receivable, net of allowance of $313 and $369 as of March 30, 2024 and April 1, 2023, respectively | 412,960 | 304,519 |
|   Inventories | 710,555 | 796,596 |
|   Prepaid expenses | 40,563 | 46,684 |
|   Other receivables | 14,427 | 26,535 |
|   Other current assets | 78,993 | 46,703 |
|   Assets of disposal group held for sale | 159,278 | — |
| Total current assets | 2,446,034 | 2,029,794 |
| Property and equipment, net | 870,982 | 1,149,806 |
| Goodwill | 2,534,601 | 2,760,813 |
| Intangible assets, net | 509,383 | 537,703 |
| Long-term investments | 23,252 | 20,406 |
| Other non-current assets | 170,383 | 193,381 |
| Total assets | $ 6,554,635 | $ 6,691,903 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
|   Accounts payable | $ 252,993 | $ 210,701 |
|   Accrued liabilities | 336,767 | 222,463 |
|   Current portion of long-term debt | 438,740 | 310 |
|   Other current liabilities | 113,215 | 122,289 |
|   Liabilities of disposal group held for sale | 88,372 | — |
| Total current liabilities | 1,230,087 | 555,763 |
| Long-term debt | 1,549,272 | 2,048,073 |
| Other long-term liabilities | 218,904 | 185,273 |
| Total liabilities | 2,998,263 | 2,789,109 |
| Commitments and contingent liabilities *(Note 12)* | | |
| Stockholders' equity: | | |
|   Preferred stock, $.0001 par value; 5,000 shares authorized; no shares issued and outstanding | — | — |
|   Common stock and additional paid-in capital, $.0001 par value; 405,000 shares authorized; 95,798 and 98,649 shares issued and outstanding at March 30, 2024 and April 1, 2023, respectively | 3,651,067 | 3,821,474 |
|   Accumulated other comprehensive loss | (5,097) | (3,175) |
|   (Accumulated deficit) retained earnings | (89,598) | 84,495 |
| Total stockholders' equity | 3,556,372 | 3,902,794 |
| Total liabilities and stockholders' equity | $ 6,554,635 | $ 6,691,903 |

*See accompanying notes.*

49