# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Case No. 1:21-cv-01417-JPM

_____

QORVO, INC.,

Plaintiff,

v.

AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.

Defendants.

_____

EXPERT REPORT AND DISCLOSURE OF

MELISSA A. BENNIS

Submitted November 21, 2023

United States District Court for the District of Delaware
Case No. 1:21-cv-01417-JPM

Qorvo, Inc. v. Akoustis Technologies, Inc. and Akoustis, Inc.

## Table of Contents

I. Background and Experience ...................................................................................................1

II. Scope of Retention .................................................................................................................2

III. Information Relied Upon ........................................................................................................3

IV. Background Information ........................................................................................................6
    A. Relevant Parties .................................................................................................................6
        i. Qorvo ............................................................................................................................6
        ii. Akoustis .......................................................................................................................7
    B. Other Background Information ..........................................................................................8
        i. Technology Background ..............................................................................................8
        ii. Industry Background .................................................................................................13
        iii. The Patents-in-Suit ....................................................................................................18
        iv. The Accused Products ...............................................................................................20
        v. The Misappropriated Information ..............................................................................21
        vi. Akoustis' Unfair Competition ...................................................................................28

V. Summary of Opinions ...........................................................................................................35

VI. Basis and Reasoning for Damages Opinions .......................................................................36
    A. Basis and Reasoning for Trade Secret Misappropriation Damages Opinion ....................36
    B. Basis and Reasoning for Unfair Competition Damages Opinion .....................................41
        i. Cost of Corrective Advertising ..................................................................................43
        ii. Cost of Employee Poaching ......................................................................................46
    C. Basis and Reasoning for Patent Infringement Damages Opinion .....................................50
        i. Date of and parties to the hypothetical negotiation ...................................................51
        ii. Damages Period .........................................................................................................53
        iii. Royalty Structure ......................................................................................................53
        iv. Royalty Amount ........................................................................................................53

VII. Conclusion ..........................................................................................................................90

United States District Court for the District of Delaware
Case No. 1:21-cv-01417-JPM

Qorvo, Inc. v. Akoustis Technologies, Inc. and Akoustis, Inc.

Prejudgment Interest

I understand that the decision to award prejudgment interest is a matter for the Court to determine. However, unless otherwise instructed, I would ordinarily expect to calculate prejudgment interest at the average annual prime rate, compounded annually. I typically calculate prejudgment interest at the prime rate based upon my understanding that the prime rate is often chosen by federal judges in patent infringement matters.

\*\*\*\*\*\*\*\*\*\*\*

My report, with supporting exhibits, is contained herein, and presents a summary of my opinion and the bases and reasons therefor as of this date. To the extent any additional information is produced by the parties or their experts, I will be prepared to incorporate any such additional information into my report, or otherwise to amend or supplement my report as appropriate.

This report is to be used only for the purpose of this litigation and may not be published or used for any other purpose without prior written consent.

By:

*/s/ Melissa A. Bennis*

Melissa A. Bennis
November 21, 2023