# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.<br><br>       Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC.<br><br>       Defendants. | C.A. No. 21-1417 (JPM)<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF DAVID S. ELKINS IN SUPPORT OF THE AKOUSTIS DEFENDANTS' RESPONSE TO QORVO, INC.'S SUPPLEMENTAL OPPOSITION (D.I. 674)

I, David S. Elkins, declare as follows:

1.     I am a Partner with the law firm of Squire Patton Boggs (US) LLP and am one of the counsel of record for Defendants Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") in this matter. I make this declaration in support of the Akoustis Defendants' Response to Qorvo's Supplemental Opposition to the Akoustis' (1) Renewed Motion for Judgment as a Matter of Law, and (2) Motion for a New Trial or in the Alternative Remittitur. I make this declaration on my own personal knowledge or, where indicated, on information and belief formed after reasonable inquiry under the circumstances. If called to testify under oath in court, I could and would testify competently to the facts stated herein.

2.     Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Trial Transcripts in this trial dated May 10, 2024 and May 14, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2024.

　　　　　_/s/ David S. Elkins_　　　　
David S. Elkins
