# EXHIBIT A

```
16:32:18  1   universities, but he's a colleague and alumni of mine, so
16:32:23  2   I respect him for that.
16:32:25  3        Dr. Bravman, would you agree that the structures for
16:32:30  4   SMRs and FBARs are different?
16:32:32  5   A.   They have different structural aspects of films, as
16:32:36  6   I've described.  FBAR, of course, has a cavity, has a
16:32:40  7   reflecting device for acoustic energy, whereas SMRs have a
16:32:44  8   stack of films, often called a Bragg reflector.
16:32:49  9   Q.   Would it also be correct to say that the
16:32:51 10   manufacturing process flows used to create and manufacture
16:32:56 11   SMRs are different than the ones used to make FBARs?
16:33:00 12   A.   Because you said "processing flows," yes.  The
16:33:03 13   details to build structures, you have to describe each and
16:33:08 14   every step.  So an SMR doesn't have a void underneath it
16:33:14 15   and an FBAR doesn't have a set of Bragg reflectors.  The
16:33:18 16   films, the types of materials used, the thicknesses, the
16:33:22 17   processing tools, the inspection techniques, those are in
16:33:25 18   common.
16:33:25 19   Q.   But the recipes to make them would be different,
16:33:28 20   right?
16:33:28 21   A.   In part, sure.
16:33:32 22   Q.   Now, earlier --
16:33:37 23             MR. LEMIEUX:  If we could bring up -- I guess
16:33:40 24   it's Exhibit 238, PTX-0404.  And if we turn to Page 7,
16:33:54 25   please.
```

```
09:04:28   1    A.      No.
09:04:29   2    Q.      Did they express to you why they were wanting you to
09:04:32   3    get BAW filters from an outside vendor at that frequency
09:04:38   4    range?
09:04:38   5    A.      Because we did not have what they needed internally.
09:04:41   6    Q.      Okay.  Are you familiar with the term "SMR"?
09:04:46   7    A.      I have heard the term, yes.
09:04:47   8    Q.      What's your understanding of it?
09:04:49   9    A.      It is a process for making filters.
09:04:51  10    Q.      Are you familiar with the term "FBAR"?
09:04:59  11    A.      Yes.
09:05:00  12    Q.      What's your understanding of that?
09:05:03  13    A.      It is a process for making filters.
09:05:05  14    Q.      Is it a process for making filters that's different
09:05:09  15    than the SMR process?
09:05:12  16    A.      Yes.
09:05:13  17    Q.      Do you have an understanding that Qorvo makes SMR
09:05:16  18    filters?
09:05:16  19    A.      Yes.
09:05:16  20    Q.      Do you have an understanding of other companies that
09:05:18  21    make FBAR filters?
09:05:21  22    A.      I understand that other companies make FBAR filters,
09:05:24  23    yes.
09:05:25  24    Q.      Do you have an understanding of any -- which ones of
09:05:27  25    those other companies make FBAR filters?
```

```
09:05:31   1    A.    Yes.
09:05:34   2    Q.    What companies are those?
09:05:36   3    A.    RF360, which is now Qualcomm.
09:05:42   4    Q.    Anyone else?
09:05:44   5    A.    No.
09:05:46   6    Q.    Do you know what kind of filters Broadcom makes?
09:05:53   7    A.    FBAR.
09:05:55   8    Q.    Do you know what kind of filters Akoustis makes?
09:05:57   9    A.    No.
09:05:59  10    Q.    Do you recognize that?
09:06:03  11    A.    Yes.
09:06:06  12    Q.    What do you recognize about it?
09:06:10  13    A.    It is an e-mail that I sent to Tony.
09:06:18  14    Q.    Relating to?
09:06:20  15    A.    Relating to samples.  Relating to Akoustis samples to
09:06:32  16    be evaluated.
09:06:36  17    Q.    Who is Brian Balut?
09:06:43  18    A.    Brian Balut was the engineering manager for IDP.
09:06:50  19    Q.    And Bob Baeten?
09:06:55  20    A.    Bob Baeten was an engineering manager in Cees Links'
09:07:03  21    group.
09:07:03  22    Q.    And Alex Zajac?
09:07:08  23    A.    Alex is an engineer in Apopka.  I don't know his
09:07:12  24    position.
09:07:13  25    Q.    And by "Apopka", you mean Apopka, Florida?
```