IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **PUBLIC VERSION** |
| | ) | |
| v. | ) | C.A. No. 21-1417 (JPM) |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| | ) | Confidential Version Filed: August 23, 2024 |
| Defendants. | ) | Public Version Filed: August 30, 2024 |

**DECLARATION OF JONATHAN DEFOSSE IN SUPPORT OF QORVO, INC.'S SUPPLEMENTAL BRIEF IN OPPOSITION TO THE AKOUSTIS DEFENDANTS' (1) RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW (D.I. 607); AND (2) MOTION FOR A NEW TRIAL OR IN THE ALTERNATIVE REMITTITUR (D.I. 613)**

I, Jonathan DeFosse, declare as follows:

1. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP and counsel for Plaintiff in this matter. I am an active member of the Bar for the District of Columbia and admitted *pro hac vice* to practice in the District of Delaware. I make this Declaration based on personal knowledge and would testify competently to the matters herein if called to do so. I provide this Declaration in support of Plaintiff Qorvo, Inc.'s Supplemental Brief in Opposition to the Akoustis Defendants' (1) Renewed Motion for Judgment as a Matter of Law (D.I. 607); and (2) Motion for a New Trial or in the Alternative Remittitur (D.I. 613).

2. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Dr. Stanley Shanfield regarding misappropriation of trade secrets, served on November 21, 2023.

3. Attached as **Exhibit B** is a true and correct copy of the Expert Report of Dr. Stanley Shanfield regarding infringement, served on November 21, 2023.

4.      Attached as **Exhibit C** is a true and correct copy of the Supplemental Expert Report of Dr. Stanley Shanfield regarding misappropriation of trade secrets, served on January 22, 2024.

5.      Attached as **Exhibit D** are true and correct copies of the demonstrative exhibits used during the testimony of Dr. Stanley Shanfield during the May 2024 trial in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 23, 2024.

*/s/ Jonathan R. DeFosse*
Jonathan DeFosse

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 23, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Ronald S. Lemieux, Esquire<br>David S. Elkins, Esquire<br>Victoria Q. Smith, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA  94304-1216<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Xiaomei Cai, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>2325 E. Camelback Road, Suite 700<br>Phoenix, AZ  85016<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |
| Rachael A. Harris, Esquire<br>Matthew A. Stanford, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>2550 M Street, NW<br>Washington, DC  20037<br>*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)