IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1417 (JPM) |
| AKOUSTIS TECHNOLOGIES, INC. and AKOUSTIS, INC., | ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, the parties are discussing potential redactions to the trial transcripts (D.I. 691-698, 701, and 703) but request additional time to try to reach agreement,

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit any motions to redact the trial transcripts is extended to October 8, 2024.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
| */s/ Anthony D. Raucci* | */s/ Ronald P. Golden III* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>araucci@morrisnichols.com | Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Defendants*<br>*Akoustis Technologies, Inc. and Akoustis, Inc.* |

*Attorneys for Plaintiff Qorvo, Inc.*

September 30, 2024

SO ORDERED this _____ day of _____, 2024.

_____
United States District Court Judge