**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 21-1417 (JPM) |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. | ) | |
| and AKOUSTIS, INC | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO EXTEND TIME

Before the Court is the parties' Stipulation and Order to Extend Time, filed September 30, 2024.  (ECF No. 705.)  The parties "are discussing potential redactions to the trial transcripts ([ECF Nos.] 691–98, 701, 703) but request additional time to try to reach agreement . . .."  (Id. at PageID 37292.)

The parties' request for additional time is **GRANTED**. The deadline for the parties to submit any motions to redact the trial transcripts is extended to **October 8, 2024**.

**SO ORDERED**, this 1st of October, 2024.

/s/ Jon P. McCalla
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE