# Trial Exhibit No. 003

Message

**From:**        John Anderton [John.Anderton@qorvo.com]
**Sent:**        9/26/2019 1:24:16 PM
**To:**          Wayne Polonio [Wayne.Polonio@qorvo.com]
**CC:**          Tony Testa [Tony.Testa@qorvo.com]; Eid Alsabbagh [Eid.Alsabbagh@Qorvo.com]
**Subject:**     FW: Akoustis
**Attachments:** AKF-1252-5.2GHz-DS[1].pdf; QPQ1903_vs_AKF-1252_20190918.pptx


Hi Wayne

Can you start working on the positioning collateral and marcom (press) releases on this? Let's get Michael active on this.
Probably CES is the best intersect.

Tony – do you agree?

Thanks
John


**From:** Cees Links <Cees.Links@qorvo.com>
**Sent:** Thursday, September 19, 2019 13:56
**To:** Tony Testa <Tony.Testa@qorvo.com>; John Anderton <John.Anderton@qorvo.com>
**Cc:** Wilco Van Hoogstraeten <Wilco.Van.Hoogstraeten@qorvo.com>
**Subject:** FW: Akoustis

FYI – we should critically looking into this.
The costing is interesting, but most interesting is the marketing/positioning.
Rgds., Cees

----------------

**Cees Links**
**E** clinks@qorvo.com
**M** +31 65 312 3917

**From:** Bob Bruggeworth <Bob.Bruggeworth@qorvo.com>
**Sent:** Thursday, 19 September, 2019 06:23
**To:** Gernot Fattinger <Gernot.Fattinger@Qorvo.com>
**Cc:** Mark Murphy <Mark.Murphy@qorvo.com>; Paul Fego <Paul.Fego@qorvo.com>; Eric Creviston
<Eric.Creviston@qorvo.com>; James Klein <James.Klein@Qorvo.com>; Cees Links <Cees.Links@qorvo.com>; Todd
Gillenwater <Todd.Gillenwater@qorvo.com>
**Subject:** Re: Akoustis

Wow great to hear!

Sent from my mobile device

On Sep 19, 2019, at 12:01 AM, Gernot Fattinger <Gernot.Fattinger@qorvo.com> wrote:

        Hi Bob,



**TRX-003**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

EXHIBIT  1125
WIT: Fattinger
DATE: 10-25-23
DAWN A. HILLIER, RMR, CRR

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065107

**QORVO v. AKOUSTIS**
**DTX-0116**
C.A. No. 21-1417 (JPM)

About cost:

Akoustis' process flow is - other than the single-crystal AIN - somewhat similar to Broadcom's flow. Thus I'd expect a similar cost structure. ██████████████████████████
████████████████████████ As the consensus seems to be with Broadcom.
Now, they do (supposedly) single-crystal AIN. ████████████████████████████████
████████████████████████ Thus there is a cost penalty for Akoustis.
Not sure if they still use the Bosch DRIE process to remove the substrate from under their resonators. If they do, that process is also slow and quite expensive.
Furthermore, if they do things like ███████████████████████
█████████████████████████████████████████████████

Lastly, they don't have any parts in HVM, and we know how hard it is to trim with good yield, and have really stable process. Getting to where we are, takes tons of resources, time, and know-how.

Based on all the above, ████████████████████████████████████████
███████████████████████████████████████████████████
███████████

BR,
Gernot

---

**From:** Bob Bruggeworth <Bob.Bruggeworth@qorvo.com>
**Sent:** Wednesday, September 18, 2019 10:42:05 PM
**To:** Gernot Fattinger <Gernot.Fattinger@Qorvo.com>
**Cc:** Mark Murphy <Mark.Murphy@qorvo.com>; Paul Fego <Paul.Fego@qorvo.com>; Eric Creviston <Eric.Creviston@qorvo.com>; James Klein <James.Klein@Qorvo.com>; Cees Links <Cees.Links@qorvo.com>; Todd Gillenwater <Todd.Gillenwater@qorvo.com>
**Subject:** Re: Akoustis

Thank you!

Slide 11 show they are not as good as Qorvo and that's good.

However:

Is there cost structure better than Qorvo?

If their cost is better is there a part of the market where they are good enough?

Thks, bob

Sent from my mobile device

On Sep 18, 2019, at 10:22 PM, Gernot Fattinger <Gernot.Fattinger@qorvo.com> wrote:

All,

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065108

Paul asked me to provide you with data and talking points to fend off claims from Akoustis. Please find attached a a PPT with a side-by-side comparison of 5.2GHz filters, Qorvo vs. Akoustis. Note, that the Akoustis traces have been taken from a recently (May) published preliminary datasheet from Akoustis (also attached), so nothing outdated. Main message in slide 6-7.

They have published somewhat better traces in the past. But publishing an actual datasheet has forced them to walk back some of the questionable practices we have seen from them in the past (like over de-embedding losses). Even with that, based on their traces, their IL spec is still hopelessly optimistic (see slide 9) …

Summary table of talking points supported by data on slide 11.

BR,
Gernot

<AKF-1252-5.2GHz-DS[1].pdf>
<QPQ1903_vs_AKF-1252_20190918.pptx>

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065109

PRELIMINARY AKF-1252



## 5.2 GHz WiFi Coexistence BAW Filter          **AKF-1252**

### Description

Akoustis' AKF-1252 is a high performance, ultra-small passband BAW RF Filter for use in 5.2GHz WiFi applications covering U-NII 1 plus 2A bands. The AKF-1252 utilizes Akoustis' patented, XBAW technology which provides leading RF filter performance. This BAW RF filter provides low insertion loss and meets the stringent rejection requirements enabling coexistence with U-NII 2C and 3. This device exhibits high-power handling capabilities necessary for demanding power requirements of the latest WiFi standards. The AKF-1252 uses standard laminate packaging and is compatible with high volume, lead-free SMT soldering processes.



### Features

- Ultra small form factor 2mm x 2.5mm x 0.9mm
- Single ended Tx/Rx ports.
- High rejection enables coexistance with adjacent WiFi UNII bands
- High power rating, maximum +30dBm
- Low insertion loss passband filter
- Performance over -40 C to +85C
- RoHS compliant, Pb-free package

### Applications

- WiFi tri band routers, integrated cable modem
- WiFi tri band access points
- LTE/LAA small cells

### Functional Block Diagram



### Ordering Information

| Part Number | Description |
|---|---|
| AKF-1252EVB | Evaluation board |
| AKF-1252SP | (5) Loose pcs |
| AKF-1252SR | (100) Short Reel |
| AKF-1252TR1 | (1000) Tape & Reel |
| AKF-1252TR2 | (2500) Tape & Reel |

Prelim Datasheet: Rev 05072019
Pat. 10,256,786

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER                    QORVO_00065110

PRELIMINARY

## Absolute Maximum Ratings

| Parameter | Rating |
|---|---|
| Storage Temperature | -40 to 125 °C |
| Input Power (CW) | +31 dBm |

## Nominal Operating Parameters

| Parameter | Units | Min. | Typ. | Max. |
|---|---|---|---|---|
| Center Frequency (Fc) | MHz | | 5250 | |
| Pass bandwidth | MHz | | 5170 - 5330 | |
| Insertion Loss | | | | |
| 5170 – 5330 MHz | dB | | 1.7 [1] | 2.5 |
| Amplitude Variation | | | | |
| 5170 – 5330 MHz | dB | | 0.8 | 1.2 |
| Attenuation | | | | |
| 30 – 2700 MHz | dB | 34 | 40 | |
| 3300-3700 MHz | dB | 35 | 38 | |
| 5490 - 5850 MHz | dB | 50 | 52 | |
| 5900 - 11000 MHz | dB | 29 | 33 | |
| Return Loss | | | | |
| 5170 – 5330MHz | | 12 | 20 [1] | |
| Operating Temperature | C | -40 | | 85 |
| Load Impedence | Ohm | | 50 | |
| Power Handling | dBm | | | 30 |

Note:

1. S-parameter averaged over specified pass band frequency at room

## Schematic



## Bill of Materials

| Reference Des. | Value | Description | Manufacturer | Part Number |
|---|---|---|---|---|
| PCB | N/A | 3 layer | Multiple | |
| U1 | N/A | 5.2GHz Wi-Fi Filter | Akoustis | AKF-1252 |
| L1 | 1.2nH | Chip inductor, 0201, ±2% | Murata | |
| L2 | 1.2nH | Chip inductor, 0201, ±2% | Murata | |
| SMA | N/A | SMA connector | | |

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065111

PRELIMINARY



## Performance Plots









Page | 3    Akoustis Technologies, Inc.
9805-A Northcross Center Court, Huntersville, NC 28078

Prelim Datasheet: Rev 05072019

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065112

PRELIMINARY

**AKOUSTIS**
TECHNOLOGIES

## Performance Plots (continued)









ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065113

PRELIMINARY



## Package Drawing & Pin Description



Notes:
- Terminations:
  -- Au: 0.10 um min.
  -- Pd: 0.10 um min.
  -- Ni: 2-5 um
- Lid Markings:
  -- First line: Akoustis Part #
  -- Second line: Lot Code

| Pin# | Description |
|------|-------------|
| 1 | Input, Chamfered |
| 2 | Ground |
| 3 | Ground |
| 4 | Ground |
| 5 | Ground |
| 6 | Ground |
| 7 | Output |
| 8 | Ground |

## PCB Mounting Pattern



Page | 5    Akoustis Technologies, Inc.
9805-A Northcross Center Court, Huntersville, NC 28078

Prelim Datasheet: Rev 05072019

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065114

PRELIMINARY



## Reel Dimension



| Item | Parameters | | Method | Min | Max |
|------|------------|--|--------|-----|-----|
| 1 | ø A | (180mm + 0 / - 2.0) | Caliper | 178.96 | 179.00 |
| 2 | B | (1.5mm Min) | Caliper | 2.33 | 2.36 |
| 3 | ø C | (13.0mm + 0.5 / - 0.2) | Caliper | 13.26 | 13.29 |
| 4 | W1 | (8.40mm + 1.5 / - 0) | Caliper | 9.24 | 9.27 |
| 5 | Surface Resistivity | ($10^{11}$ Max) ohms / sq | S.R meter | $10^9$ | $10^{10}$ |
| 6 | Visual | | | PASS | |

## Tape Dimension

Ao : 2.25
Bo : 2.70
Ko : 1.20



Page | 6     Akoustis Technologies, Inc.                          Prelim Datasheet: Rev 05072019
9805-A Northcross Center Court, Huntersville, NC 28078

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065115

PRELIMINARY



## Recommended Solder Profile

| Parameter | Eutectic Sn/Pb | Pb Free |
|---|---|---|
| Max Ramp Up Rate | 6 Deg C/Second | 6 Deg C/Second |
| Soak Temp Time $T_s$(min) - $T_s$ (max) | 135 - 155 Deg C | 150-200 Deg C |
| Max Soak Time $T_s$ | 2 minutes | 3 minutes |
| Liquidous Temp $T_L$ | 163 Deg C | 220 Deg C |
| Max Time Above $T_L$ | 150 Seconds | 150 Seconds |
| Max Peak Temperature $T_P$ | 225 Deg C | 260 Deg C |
| Max Time at Peak $T_P$ | 30 Seconds | 30 Seconds |
| Max Ramp Down Rate | 10 Deg C/Second | 10 Deg C/Second |



## Product Compliance Information

### ESD Sensitivity Ratings

Human Body Model (HBM) Test
Rating: 500V
Standard: ANSI/ESDA/JEDEC JS-001-2017

Charged Device Model (CDM)
Rating: 250V
Standard: ANSI/ESDA/JEDEC JS-002-2014

### MSL Rating

MSL3

## Contact Information

All contents specified in datasheet are subject to change. Please contact Akoustis for the latest on our products and company information.

Email: sales@akoustis.com

Website: www.akoustis.com

Telephone: +1 704.997.5735

Fax: +1 704.997.5734

Prelim Datasheet: Rev 05072019

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065116



5.2 GHz Wifi Filters
**QPQ1903 vs. AKF-1252**
(Qorvo vs. Akoustis)
BAW R&D, 2019-09-18

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065117



Datasheets



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065119



# Akoustis AKF-1252
## Preliminary Datasheet (released: May 2019)

Nominal Operating Parameters

| Parameter | Units | Min. | Typ. | Max |
|---|---|---|---|---|
| Center Frequency (Fc) | MHz | | 5260 | |
| Pass bandwidth | MHz | | 5170 - 5330 | |
| **Insertion Loss** | | | | |
| 5170 – 5330 MHz | dB | | 1.7 | 2.5 |
| **Amplitude Variation** | | | | |
| 5170 – 5330 MHz | dB | | 0.8 | 1.2 |
| **Attenuation** | | | | |
| 30 – 2700 MHz | dB | 34 | 40 | |
| 3300-3700 MHz | dB | 35 | 38 | |
| 5490 - 5850 MHz | dB | 30 | 32 | |
| 5900 - 10000 MHz | dB | 29 | 31 | |
| **Return Loss** | | | | |
| 5170 – 5330 MHz | dB | 12 | 16 | |
| Operating Temperature | C | -40 | | 85 |
| Load Impedance | Ohm | | 50 | |
| Power Handling | dBm | | | 30 |

Package Drawing & Pin Description

Features

- Ultra small form factor 2mm x 2.5mm x 0.9mm
- Single-ended Tx/Rx ports
- High rejection enables coexistence with adjacent WiFi UNII bands
- High power rating, maximum +30dBm
- Low insertion loss passband filter
- Performance over -40 C to +85C
- RoHS compliant, Pb-free package

© Qorvo, Inc.
For Qorvo® Internal Use Only, Qorvo® Confidential & Proprietary Information

qorvo

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065120



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065121



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065122

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065123



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065124



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER                    QORVO_00065125



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00065126



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER                    QORVO_00065127



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER    QORVO_00065128

# Trial Exhibit No. 052

**To:**       Dave Hodge[dhodge@akoustis.com]
**From:**     Hannah Stalvey
**Sent:**     2015-12-14T14:26:02-05:00
**Importance:**       Normal
**Subject:**  Emailing: wallprint1, wallprint2, wallprint3, wallprint4, SCAR_Mask_5
**Received:**         2015-12-14T14:26:05-05:00
wallprint1.pptx
wallprint2.pptx
wallprint3.pptx
wallprint4.pptx
SCAR_Mask_5.jpg


Your message is ready to be sent with the following file or link
attachments:

wallprint1
wallprint2
wallprint3
wallprint4
SCAR_Mask_5


Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments.  Check your e-mail
security settings to determine how attachments are handled.



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER





AKTS_00201045

DTX-0675 - p. 1 of 2



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00201054

# Trial Exhibit No. 106

# David Dyer

## Summary of Qualifications

- Over a year of experience with RF applications
- Excellent troubleshooting with digital electronics
- Experience with spectrum analyzers, power meters, network analyzers, generators, and power supplies.
- Strong knowledge of Auto Test
- Experience with computer hardware assembly and maintenance

## Experience

Nov 2015 to Present

**Qorvo**
Electronic Technician

- Build/Test/Package eval boards for customers
- Tune Eval/Reference/System boards
- Make presentations for boards
- Create test plans

Jan 2011 to Nov 2015

**Colonial LLC.**
Sewing Operator

- Run a single needle and double needle machine
- Sew multiple types of material from cloth to leather
- Help cut materials

Aug 2010 to Dec 2010

**Toys R Us**
Night Stocker

- Unloaded boxes off of the truck
- Lifted over 50lbs
- Assisted customers
- Stocked the isles before store opening

April 2009 to July 2010

**Industrial Opportunities INC.**

Sewing Operator

- Ran a single needle, double needle, and tacker machine
- Worked on machinery
- Made military equipment



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER



**TRX-106**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

AKTS_00209275

**PTX-0176**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0176, Page 1**

## David Dyer

### Education

May 2015

**AAS, Electronic Engineering Tech. Guilford Technical Community College. Greensboro, NC**

- 3.5 GPA

Sep 2007

**GED, Tri County Community College. Murphy, NC**

### Honors

- Phi Theta Kappa Honors Society
- Honors list

### Clubs and Associations

- Amateur Radio (President)
- Chess (Member)
- IEEE (Member)

### Professional Skills

- Strong knowledge of Microsoft Word, Power point, Excel, and Access
- Strong knowledge of Auto test
- Experience with SMD soldering
- Strong experience with creating test plans
- Install software and repair computers during free time

### References

AKTS_00209276

# Trial Exhibit No. 135

**To:**        Jeffrey Shealy[jshealy@akoustis.com]; Rohan Houlden[rhoulden@akoustis.com]
**From:**      Dave Aichele
**Sent:**      2019-05-22T11:16:15-04:00
**Importance:**        Normal
**Subject:**   FW: Quick update on Qorvo
**Received:**          2019-05-22T11:16:22-04:00
Qorvo.PDF

FYI.

**From:** SJ Kim <sjkim@akoustis.com>
**Date:** Wednesday, May 22, 2019 at 8:28 AM
**To:** Dave Aichele <daichele@akoustis.com>
**Subject:** Quick update on Qorvo

Hi Dave

As we guess Qorvo is developing WiFi coexistence filters for 5.2GHz and 5.6GHz as we have
done. In addition they are also developing V2X filter for automotive market as well. Please
refer to captured presentation material of Qorvo.

I will keep monitor the market and share the results.

Thanks.

Best Regards
SJ Kim
Country Manager - Sales Director
M : 82-10-8937-7832



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER



TRX-135
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

AKTS_00138229



PTX-0151
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0151, Page 1**

# Trial Exhibit No. 137

**To:**      Dave Aichele[daichele@akoustis.com]; Rohan Houlden[rhoulden@akoustis.com]
**From:**    Jeffrey Shealy
**Sent:**    2019-05-22T13:58:56-04:00
**Importance:**    Normal
**Subject:**    Re: Quick update on Qorvo
**Received:**    2019-05-22T13:58:57-04:00

Interesting to note: their slide says '███████████████', so their plan is to ████████████████.

**From:** Dave Aichele <daichele@akoustis.com>
**Date:** Wednesday, May 22, 2019 at 11:19 AM
**To:** Jeffrey Shealy <jshealy@akoustis.com>, Rohan Houlden <rhoulden@akoustis.com>
**Subject:** Re: Quick update on Qorvo

The picture right below is V2X simulation (or measured) plot. Asked SJ if he got screen shot of that one as well. Looks like IL is close to ███.

**From:** Dave Aichele <daichele@akoustis.com>
**Date:** Wednesday, May 22, 2019 at 11:15 AM
**To:** Jeff Shealy <jshealy@akoustis.com>, Rohan Houlden <rhoulden@akoustis.com>
**Subject:** FW: Quick update on Qorvo

FYI.

**From:** SJ Kim <sjkim@akoustis.com>
**Date:** Wednesday, May 22, 2019 at 8:28 AM
**To:** Dave Aichele <daichele@akoustis.com>
**Subject:** Quick update on Qorvo

Hi Dave

As we guess Qorvo is developing WiFi coexistence filters for 5.2GHz and 5.6GHz as we have done. In addition they are also developing V2X filter for automotive market as well. Please refer to captured presentation material of Qorvo.

███████████████████████████████████████████████
███████████████████████████████

I will keep monitor the market and share the results.

Thanks.

Best Regards
SJ Kim
Country Manager - Sales Director
M : 82-10-8937-7832



EXHIBIT
PENGAD 800-631-6989
50 L
Aichele 9/5/23

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

**TRX-137**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

AKTS_00086734

**PTX-0502**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

# Trial Exhibit No. 138

**To:**       SJ Kim[sjkim@akoustis.com]
**From:**     Dave Aichele
**Sent:**     2019-05-23T11:14:35-04:00
**Importance:**    Normal
**Subject:**  Re: Quick update on Qorvo
**Received:**         2019-05-23T11:14:35-04:00

Thanks SJ.  We are working on the C-V2X filter and this simulation will be very helpful!

**From:** SJ Kim <sjkim@akoustis.com>
**Date:** Thursday, May 23, 2019 at 6:58 AM
**To:** Dave Aichele <daichele@akoustis.com>
**Subject:** Re: Quick update on Qorvo

Hi Dave

Here is scanned data of QPQ2200Q as attached file herewith. Please refer to the data for your reference. I may get full version of the presentation materials in hardcopy sometime in next week and will share with you.

Thanks.

Best Regards.

**SJ Kim**

Country Manager – Sales Director
Akoustis Technologies, Inc.
9805-A Northcross Center Ct.
Huntersville, NC  28078
C +82-10-8937-7832
sjkim@akoustis.com | www.akoustis.com



The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc. and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

보낸 사람: SJ Kim <sjkim@akoustis.com>
날짜: 2019년 5월 23일 목요일 오전 3:53
받는 사람: Dave Aichele <daichele@akoustis.com>
주제: Re: Quick update on Qorvo

Hi Dave



TRX-138

*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER



**PTX-1062**

*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

AKTS_00487241

Unfortunately I couldn't get it, but will try.

Thanks.

Best Regards
SJ Kim
Country Manager - Sales Director
M : 82-10-8937-7832

---

**From:** Dave Aichele
**Sent:** Thursday, May 23, 2019 12:18:26 AM
**To:** SJ Kim
**Subject:** Re: Quick update on Qorvo

Did you get a screen shot of the QPQ2200Q right below the shot you took?  Interested in seeing full plot.

Thanks,
Dave

**From:** Dave Aichele <daichele@akoustis.com>
**Date:** Wednesday, May 22, 2019 at 11:15 AM
**To:** SJ Kim <sjkim@akoustis.com>
**Subject:** Re: Quick update on Qorvo

Hey SJ,

Yes, my latest update is that they will received V2X filters out of fab this week and start evaluation.  The 5.2GHz design is in fab but continues to be delayed and the 5.6GHz is far behind.

Interesting on the GaN PA & switch share.

Thanks,
Dave

**From:** SJ Kim <sjkim@akoustis.com>
**Date:** Wednesday, May 22, 2019 at 8:28 AM
**To:** Dave Aichele <daichele@akoustis.com>
**Subject:** Quick update on Qorvo

Hi Dave

As we guess Qorvo is developing WiFi coexistence filters for 5.2GHz and 5.6GHz as we have done. In addition they are also developing V2X filter for automotive market as well. Please refer to captured presentation material of Qorvo.

I will keep monitor the market and share the results.

Thanks.

Best Regards

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00487242

SJ Kim
Country Manager - Sales Director
M : 82-10-8937-7832

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00487243

**PTX-1062, Page 3**

# Trial Exhibit No. 139

**To:**        Dave Aichele[daichele@akoustis.com]
**From:**      SJ Kim
**Sent:**      2019-05-23T06:58:41-04:00
**Importance:**        Normal
**Subject:**   Re: Quick update on Qorvo
**Received:**          2019-05-23T06:58:41-04:00
Qorvo QPQ2200Q.pdf

Hi Dave

Here is scanned data of QPQ2200Q as attached file herewith. Please refer to the data for your reference. I may get full version of the presentation materials in hardcopy sometime in next week and will share with you.

Thanks.

Best Regards.

**SJ Kim**

Country Manager – Sales Director
Akoustis Technologies, Inc.
9805-A Northcross Center Ct.
Huntersville, NC  28078
C +82-10-8937-7832
sjkim@akoustis.com | www.akoustis.com



The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc. and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

---

**보낸 사람:** SJ Kim <sjkim@akoustis.com>
**날짜:** 2019년 5월 23일 목요일 오전 3:53
**받는 사람:** Dave Aichele <daichele@akoustis.com>
**주제:** Re: Quick update on Qorvo

Hi Dave

Unfortunately I couldn't get it, but will try.

Thanks.

Best Regards
SJ Kim
Country Manager - Sales Director
M : 82-10-8937-7832



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

**PTX-1100**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

AKTS_01106739

**From:** Dave Aichele
**Sent:** Thursday, May 23, 2019 12:18:26 AM
**To:** SJ Kim
**Subject:** Re: Quick update on Qorvo

Did you get a screen shot of the QPQ2200Q right below the shot you took?  Interested in seeing full plot.

Thanks,
Dave

---

**From:** Dave Aichele <daichele@akoustis.com>
**Date:** Wednesday, May 22, 2019 at 11:15 AM
**To:** SJ Kim <sjkim@akoustis.com>
**Subject:** Re: Quick update on Qorvo

Hey SJ,

Yes, my latest update is that they will received V2X filters out of fab this week and start evaluation.  The 5.2GHz design is in fab but continues to be delayed and the 5.6GHz is far behind.

Interesting on the GaN PA & switch share.

Thanks,
Dave

---

**From:** SJ Kim <sjkim@akoustis.com>
**Date:** Wednesday, May 22, 2019 at 8:28 AM
**To:** Dave Aichele <daichele@akoustis.com>
**Subject:** Quick update on Qorvo

Hi Dave

As we guess Qorvo is developing WiFi coexistence filters for 5.2GHz and 5.6GHz as we have done. In addition they are also developing V2X filter for automotive market as well. Please refer to captured presentation material of Qorvo.



I will keep monitor the market and share the results.

Thanks.

Best Regards
SJ Kim
Country Manager - Sales Director
M : 82-10-8937-7832

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_01106740

The page appears to be essentially blank (black) with only the header navigation visible.

# Trial Exhibit No. 203

**To:** Mary Winters[mwinters@akoustis.com]
**From:** Jeffrey Shealy
**Sent:** 2018-08-16T09:10:21-04:00
**Importance:** Normal
**Subject:** Fwd: Tech Comm slides due 9am this Friday
**Received:** 2018-08-16T09:10:22-04:00

Hi and welcome back!
Please see my "Logical Question" below. You (and we, as well) need to hold Sales/Engineering accountable to any statement that Poly is NOT good enough for 1252. That goes for all products.

I would like to migrate quickly to a dedicated lot start meeting which I sit it to listen to logic. Poly should be default until Customer says "No". Wipsaw of Fab is major distraction and waste of resources. What format do you want for this meeting? Start next week?

I am in office after 230pm today if you want live discussion.

Thanks!
JEFF

Begin forwarded message:

**From:** Jeffrey Shealy <jshealy@akoustis.com>
**Date:** August 16, 2018 at 6:01:28 AM PDT
**To:** Rohan Houlden <rhoulden@akoustis.com>
**Cc:** Dave Aichele <daichele@akoustis.com>
**Subject: Re: Tech Comm slides due 9am this Friday**

Rohan,

Reviewed.

I believe slides are fine (other than minor typos: change Ghz to GHz). I think you need to add "statement" slide (upfront) regarding power claim (epi vs poly) including performance data. This supports where you think we are headed. If this slide is elsewhere in presentation, then it better show up ahead of your presentation. Let's see when we get full deck assembled.



Thanks,



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00080811

DEPOSITION EXHIBIT
790
PENGAD 800-631-0989

**TRX-203**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0790**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0790, Page 1**

JEFF

On Aug 15, 2018, at 3:14 PM, Rohan Houlden
<rhoulden@akoustis.com> wrote:

Jeff,

Pls review my product launch slides, particularly highlight sections on pg4-7.

-----Original Message-----

From: Jeffrey Shealy

Sent: Tuesday, August 14, 2018 7:49 PM

To: Rohan Houlden <rhoulden@akoustis.com>; Joel Morgan <jmorgan@akoustis.com>; Shawn Gibb <sgibb@akoustis.com>; Mary Winters <mwinters@akoustis.com>

Cc: Pauline Petrillo <ppetrillo@akoustis.com>

Subject: Tech Comm slides due 9am this Friday

All

Please do not be late...I have to review draft with Tech Comm Chair at 11am Friday.

Joel,

Please share with anyone else who has actions on the agenda

Thanks to all,

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00080812

JEFF

<3.0 Product Launch - Gantt & roadmaps rev c.pdf>

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00080813

# Trial Exhibit No. 211



# Trim System Evaluation Plan

## JB Kwon



INNOVATION IN SINGLE CRYSTAL BULK ACOUSTIC WAVE TECHNOLOGY



DEPOSITION CH
EXHIBIT
436
Win Krs 9.12.23

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037312



**TRX-211**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0436**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)



 **Agenda**

1. Trials for NEW Trim Tool Evaluation – Dielectrics

2. Trials for NEW Trim Tool Evaluation – Metal

3. Trials for NEW Trim Tool Evaluation – Thickness Trim & Frequency Trim

4. Appendix

2

INNOVATION IN SINGLE CRYSTAL BULK
ACOUSTIC WAVE TECHNOLOGY

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037313

**PTX-0436, Page 2**





## Trials for NEW Trim Tool Evaluation - Dielectrics

❑ Dielectrics for Simulation & Blanket Trim

➢ SiN, SiO2, AlN
➢ Timeline
  • Dielectric-on-Si wafers in week of Oct 23rd 2017 – need **duplicates** for 2 tool vendors – (JB to follow up with exact quantity and thicknesses of samples)
  • Topology Map send to Trim Vendor (from **F50**) in week of Oct 30th, 2017 (JB)
  • Simulations from Trim Tool Vendor by Nov 10th (*Board Mtg. Nov 16th*) (MB & Scia)
  • Trim Trials on-site at Trim Tool Vendor in week of Nov 27th 2017 (JB & Rama)
➢ Plan:
  • 1) dep **SiN & SiO2** on dummy Si wafers and **AlN** on SiC wafer (Cindy & Dave): Prepare total 12 wafers (4 wafers on each material)
  • 2) measure 161 pt thickness map using F50 (JB)
  • 3) provide **thickness map** to Trim Tool Vendor and **Target thickness** for each material, provide **detailed request to enable evaluation** (JB to follow up with details)
  • 4) evaluate simulation results from each vendor, (*evaluation criteria: Avg. Thickness, Std, Uniformity, and Uniformity improvement factor*) (JB)
  • 5) provide same dielectric-on-Si wafers, provide to Trim Tool Vendor for actual trim trials in Nov 27th week (JB to follow up with Vendor regarding shipping dates)
  • 6) measure via F50 post trim (JB)
  • 7) compare actual results to simulation results (JB)

3

INNOVATION IN SINGLE CRYSTAL BULK
ACOUSTIC WAVE TECHNOLOGY

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037314

**PTX-0436, Page 3**





## Trials for NEW Trim Tool Evaluation - Metal

❑ **Metals for Simulation & Blanket Trim**

➢ Mo, AlCu (after NDA in place from MB)

➢ Timeline
- Metal-on-Si wafers in week of Oct 23rd 2017 – need **duplicates** for 2 tool vendors – (JB to follow up with exact quantity and thicknesses of samples)
- *Topology Map send to Trim Vendor (from Rudolf Tool) in week of Oct 30th, 2017* (Shawn) – **When would a Rudolf Tool be ready for measurement?**
- Simulations from Trim Tool Vendor by Nov 10th (*Board Mtg. Nov 16th*) (MB & Scia)
- Trim Trials on-site at Trim Tool Vendor in week of Nov 27th 2017 (JB & Rama)

➢ Plan:
- 1) dep **Mo & AlCu** on dummy Si wafers (Cindy & Dave) : Prepare total 8 wafers (4 wafers on each material)
- 2) measure 161 pt thickness map using Rudolf (Shawn & JB)
- 3) provide **thickness map** to Trim Tool Vendor and **Target thickness** for each material, provide **detailed request to enable evaluation** (JB to follow up with details)
- 4) evaluate simulation results from each vendor, *(evaluation criteria: Avg. Thickness, Std, Uniformity, and Uniformity improvement factor)* *(JB)*
- 5) provide same Metal-on-Si wafers, provide to Trim Tool Vendor for actual trim trials in Nov 27th week (JB to follow up with Vendor regarding shipping dates)
- 6) measure via Rudolf tool post trim (Shawn & JB)
- 7) compare actual results to simulation results (JB)

4

INNOVATION IN SINGLE CRYSTAL BULK ACOUSTIC WAVE TECHNOLOGY

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037315



 **Trials for NEW Trim Tool Evaluation – Thickness Trim & Frequency Trim**

❏ Plan for Thickness Trim & Frequency Trim

| Trim Type | Candidate Material | Candidate Layer for Trim | Requirements for Trim |
|---|---|---|---|
| Thickness Trim | AlN | PZ | Metrology: Filmetrics F50 |
| | Mo | FS Mo | 1. Metrology: Rudolf Tool (need to get to know vendor schedule for tool qual)<br>2. Process Development: Photo + Resist Strip |
| | SiN | FS SiN (Global) | Metrology: 1. Filmetrics F40 (manual measure, limited # of measure). Need automatic system in the future.<br>2. Rudolf, need test with transducer structure (thin metal onto dielectric) |
| | | FS SiN (Selective) | 1. Metrology: Filmetrics F40 (manual measure, limited # of measure), Need automatic system in the future.<br>2. Process Development: Photo + Resist Strip (team working on) |
| Frequency Trim | Mo | FS Mo (?) | 1. RF Test<br>2. Need to figure out how to run Freq Trim on-site (waiting for example from MB & Scia)<br>3. Process Development: Photo + Resist Strip ▮▮ |
| | SiN | FS SiN (Global) | 1. RF Test<br>2. Need to figure out how to run Freq Trim on-site (waiting for example from MB & Scia) |
| | | FS SiN (Selective) | 1. RF Test<br>2. Process Development: Photo + Resist Strip (team working on)<br>3. Need to figure out how to run Freq Trim on-site (waiting for example from MB & Scia) |

5

INNOVATION IN SINGLE CRYSTAL BULK
ACOUSTIC WAVE TECHNOLOGY

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037316





# Appendix

1. Update on Selective Trim Test

2. QORVO Trim Process Flow

3. TOOL Impacts on Trim Processes

4. System Overview (AMS vs. SCIA vs. MB)

5. Good & Bad (AMS vs. SCIA vs. MB)

6

INNOVATION IN SINGLE CRYSTAL BULK
ACOUSTIC WAVE TECHNOLOGY

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037317



# Update on Selective Trim Test



- Team discussed the test plan on Oct 13th
- Members: Maria, Tiffany, Carlos, and JB
- Plan
  - : 1) Prepare AK5261 (5 wfrs, 6um thick Positive PR) and AK5262 (5 wfrs, 4um thick Negative PR)
  - 2) Trim each wafer from above lots with 90W, 60W, and 40W recipes.
  - 3) Run 180descum recipe on Ulvac for 2min (descum ash)
  - 4) Run EKC
  - 5) Run 180NoHal recipe on Ulvac for 2min (descum ash)

| Lot | AK5261 (Positive PR) | | AK5262 (Negative PR) |
|---|---|---|---|
| Trim Power (W) | 90 | 60 | 90 |
| Results | | | |
| After 180descum | Ulvac can't sense the wafer due to severe reticulation on resist surface | No change | No change |
| After EKC | Skip process | Burnt Residue + Residues across wafer | Clean |
| After 180NoHal | Skip process | Burnt residue across wafer | Clean |

7

INNOVATION IN SINGLE CRYSTAL BULK ACOUSTIC WAVE TECHNOLOGY

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037318



## QORVO Trim Process Flow



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037319



 **Tools Impact on Trim Process**

| Trim Vendors | Trim Processes | |
|---|---|---|
| | **Blanket AlN Trim** | **Trim-Test-Trim (SiN, SiO2)** |
| AMS | To hit the target thickness, mostly need to run twice (**longer cycle time & Low Throughput**) <br><br> Note: Trim performance depends on a power curve from each material. No consider beam profile ➔ **relatively low trim resolution** | No He Backside cooling, which might cause the **resist burning issue**, so that only low power could be used for trim. |
| SCIA | Only one run could hit the target thickness. <br><br> Note: Trim performance depends on beam profile, beam dwell time map across wafer, and axis speed map across wafer ➔ **Much better trim resolution** | **No resist burning issues expected**, since He backside cooling for efficient thermal contact and Water cooling on a chuck body. Multi pass scanning would be helpful for preventing resist burning, when high trim removal needed. |
| MB | | |

9

INNOVATION IN SINGLE CRYSTAL BULK
ACOUSTIC WAVE TECHNOLOGY

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037320

# System Overview

AKOUSTIS TECHNOLOGIES

| | AMS | SCIA | MB |
|---|---|---|---|
| Chuck | 1. No clamps or clips used<br>2. No He backside cooling<br>3. No water cooling on chuck body | 1. Mechanical clamping with **1.5mm** edge exclusion<br>2. He backside cooling for efficient thermal contact and Water cooling on chuck body | 1. Mechanical clamping with **5mm** edge exclusion<br>2. Same as SCIA |
| Axis System | X-Y axis movement for raster scan | 1. X-Y axis: for raster scan<br>2. Z axis: for focal distance adjustment<br>3. φ axis: for wafer tilt and ion beam incident angle adjustment | Same as SCIA |
| Neutralizer | NO (might cause surface charge issue) | YES: Filament Neutralizer for positive charge control on wafer surface | Same as SCIA |
| Ion Source | Max beam current: 50 mA<br>Ion energy: 0 – 1500eV | Max beam current: 160 mA (with larger source)<br>25-45mA (typical in production)<br>Nominal: 4-60mA<br>Ion energy: 100-1800eV | Max beam current: 100 mA (with larger source)<br>Ion energy: 300 – 2000eV |
| Ion Beam Diameter | 8mm | 5-6mm | Same as SCIA |
| Wafer Pre-Alignment & Wafer ID Reader | YES (Optional) | YES | Same as SCIA |
| Vacuum System | vacuum performance at process chamber: 1E-6mbar<br>Turbo pump speed: 250 l/sec | vacuum performance at process chamber: 1E-6Torr<br>Turbo pump speed: 2650 l/sec | Vacuum performance: same as SCIA<br>Turbo pump speed: ? |
| Possibility of monitoring beam stability in real time | NO | YES | Same as SCIA |

10

INNOVATION IN SINGLE CRYSTAL BULK
ACOUSTIC WAVE TECHNOLOGY

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037321

**PTX-0436, Page 10**

# Good vs. Bad



| | AMS | SCIA | MB |
|---|---|---|---|
| Good | 1. Easy user interface for operation<br>2. Easy tool qualification<br>3. Relatively low cost tool<br>4. Relatively easy maintenance and low cost for maintenance | 1. Uniform wafer thermal contact<br>2. No surface charge issue<br>3. Multiple pass scanning (preventing resist burning during high removal process)<br>4. Good etch rate correction performance<br>5. Regularly automatic checking for ion beam stability<br>6. Real time monitoring and recording for all process parameters<br>7. Zero Base Etch (ZBE), which avoids unnecessary removal and allows continuous trim rate regulation down to zero (possible to achieve 1-2nm removal) | 1-6. Same as SCIA<br>7. No Zero Base Etch (ZBE) feature<br>→ Not possible to achieve 1-2nm removal. |
| Bad | 1. Trimmed materials would be directly deposited onto the shields and cathodes, which might cause arcing.<br>2. No He backside cooling, which might cause overheating issue.<br>3. No neutralizer, which might cause surface charges issue.<br>4. Constant chuck speed and limited power range would limit increase of throughput.<br>5. Relatively long tool qual time (depending on # of materials to be trimmed)<br>6. Limit on etch rate correction (to run this function, all wafers within a lot should come from same deposition system and amount of removal is within 30% on all wafers.<br>7. No process param recorded for past lots | 1. Relatively short source cup life time (when RF power is going closely to 300W, need to replace a source cup).<br>Need to run seasoning wafers between metal trimming lots, to reduce RF power and prolong source cup lifetime.<br>2. Relatively high cost for maintenance | 1-2. Same as SCIA |

11

INNOVATION IN SINGLE CRYSTAL BULK ACOUSTIC WAVE TECHNOLOGY

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037322

**PTX-0436, Page 11**

Notes Summary:

No speaker notes are contained in this presentation.

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00037323

# Trial Exhibit No. 215

| To: | Joonbum Kwon[jkwon@akoustis.com]; Daeho Kim[dkim@akoustis.com] |
|---|---|
| Cc: | Pat Lewis[plewis@akoustis.com]; Mary Winters[mwinters@akoustis.com] |
| From: | Rama Vetury |
| Sent: | 2017-07-28T14:03:11-04:00 |
| Importance: | Normal |
| Subject: | RE: GoToMeeting Invitation - Handler Wafer/Trim Weekly Meeting |
| Received: | 2017-07-28T14:03:13-04:00 |

Thanks JB! This is helpful. I will send you the plan we promised you on Monday.
Rama

---

**From:** Joonbum Kwon
**Sent:** Friday, July 28, 2017 2:01 PM
**To:** Rama Vetury <rvetury@akoustis.com>; Daeho Kim <dkim@akoustis.com>
**Cc:** Pat Lewis <plewis@akoustis.com>; Mary Winters <mwinters@akoustis.com>
**Subject:** RE: GoToMeeting Invitation - Handler Wafer/Trim Weekly Meeting

Hi Rama, Daeho,

The enclosed is what I understand about how QORVO get trim sensitivity data, SiN thickness data, and
trim removal amount for SiN Trims.
Hope this will be helpful for trim plan.

Regards, JB

### JB Kwon
Senior Process Engineer, Ph.D << File: Trim Calc-SiN Trims.pptx >>
Akoustis Technologies, Inc.
5450 Campus Drive | Canandaigua, NY
P +1 585.919.3063
jkwon@akoustis.com | www.akoustis.com
<< OLE Object: Picture (Device Independent Bitmap) >>

The contents of this e-mail message and any attachments are the property of Akoustis
Technologies, Inc. and its subsidiaries, and are intended solely for the addressee(s) listed. The
information may be confidential or legally privileged. This transmission is sent in trust for the
sole purpose of delivery to the intended recipient(s). If you have received this transmission in
error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are
not the intended recipient, please immediately notify the sender by reply e-mail or phone and
delete this message and its attachments, if any.

---

**From:** Rama Vetury
**Sent:** Tuesday, July 25, 2017 3:20 PM
**To:** Mary Winters <mwinters@akoustis.com>; Joonbum Kwon <jkwon@akoustis.com>; Daeho Kim

EXHIBIT 602
WIT: _____
DATE: _____
JANET A. HAMILTON, RDR

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00076532



**TRX-215**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0652**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0652, Page 1**

<dkim@akoustis.com>; Pat Lewis <plewis@akoustis.com>; Rohan Houlden <rhoulden@akoustis.com>;
Ken Fallon <kfallon@akoustis.com>; Joseph Jech <jjech@akoustis.com>; Evan Grundman
<egrundman@akoustis.com>
**Subject:** RE: GoToMeeting Invitation - Handler Wafer/Trim Weekly Meeting

Hi All
Actions from mtg:



Hi Ken
Clearly, I didnt understand the Handler Wafer Plan as well as I should, if there is a slide outlining the
approach, appreciate if you can forward.

Thanks, Rama

-----Original Appointment-----
**From:** Mary Winters
**Sent:** Tuesday, July 18, 2017 3:13 PM
**To:** Mary Winters; Joonbum Kwon; Daeho Kim; Rama Vetury; Pat Lewis; Rohan Houlden; Ken Fallon;
Joseph Jech; Evan Grundman
**Subject:** GoToMeeting Invitation - Handler Wafer/Trim Weekly Meeting
**When:** Tuesday, July 25, 2017 1:30 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Blessington Conference Room

Handler Wafer/Trim Weekly Meeting

Please join my meeting from your computer, tablet or smartphone.
https://global.gotomeeting.com/join/780831781

You can also dial in using your phone.

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00076533

United States: +1 (312) 757-3121

Access Code: 780-831-781

First GoToMeeting? Try a test session: https://care.citrixonline.com/g2m/getready

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00076534

**PTX-0652, Page 3**

# Trial Exhibit No. 221

**To:**      rohan houlden[rhoulden16@gmail.com]
**From:**    Jaime Carter
**Sent:**    2016-11-22T20:09:59-05:00
**Importance:**      Normal
**Subject:**   Re: drawing
**Received:**        2016-11-22T20:10:00-05:00

I make sure they are the same deminsions. So many different variations of the same
connector.
I'll check in the morning and let you know.

On Tuesday, November 22, 2016 7:59 PM, rohan houlden <rhoulden16@gmail.com> wrote:

Thx.
If the 62 mil connector dimensions are the same as the 32 mil except for the 32/62, I
can use the dimensions from the 62 mil drawing.

Thx

On Tuesday, November 22, 2016, Jaime Carter <itsmejaimec@yahoo.com> wrote:
> Are you looking for this type of connector? This one is similar to one we typically use.
> Only difference is it will fit up to 62mils PCB.
> I think part number ████████ is not available for general market and thats why it is
not listed on there web sight.  I'll look into it tomorrow.
>
> ████████
>
> SMA End Launch PCB Jack, 50 Ohm
> DETAILS
>
> Add to Part List
> Compare Products
>
> On Tuesday, November 22, 2016 6:18 PM, rohan houlden <rhoulden16@gmail.com>
wrote:
>
>
> Can u pls send the drawing for the ████████ connector ████████.
> no IP concerns since just a connector, but wanted to use your yahoo and my gmail
account to make u feel more comfortable
> thx for all



TRX-221
Qorvo, Inc. v. Akoustis Techs., Inc.
C.A. No. 21-1417 (JPM) (D. Del.)

AKTS_00210242



PTX-0729
Qorvo, Inc. v. Akoustis Techs., Inc.
C.A. No. 21-1417 (JPM) (D. Del.)

# Trial Exhibit No. 222

**From:**     Rohan Houlden <rhoulden@akoustis.com>
**To:**       Dave Hodge <dhodge@akoustis.com>, David Dyer <ddyer@akoustis.com>
**Subject:**  Amphenol
**Sent:**     2018-03-08T11:36:16-05:00

Bob Gleaver 203 796 2072, Robert Glazer rglazer@amphenolrf.com, primary for SMA's.  Or Ron Orban 203 796 2168
RFMD custom 32mil sma edge connector – ████████, AKTS number is 901-10567
Std 42 mil sma edge connector – 132414
Viper connector – 901 10425, amphenol asia
18GHz Viper is 901-10380

Local Amphenol rep,
**Dave Winner I SACS Inc** |  o# 704-525-0510  |  m# 704-904-6856

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT
731

AKTS_01015253



**TRX-222**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0731**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0731, Page 1**

# Trial Exhibit No. 223

**To:**        ahmad0912@gmail.com[ahmad0912@gmail.com]
**From:**      Rohan Houlden
**Sent:**      2020-02-25T14:50:52-05:00
**Importance:**     Normal
**Subject:**   132417
**Received:**          2020-02-25T14:50:00-05:00

I also found a similar amphenol connector, not sure if it was 417
I asked their tech expert Chris, he said stay with ████████████████
U may want to follow up with Chris

Chris Mullaly      cmullaly@amphenolrf.com;      347-419-4836

-----Original Message-----
From: ahmad0912@gmail.com <ahmad0912@gmail.com>
Sent: Tuesday, February 25, 2020 2:28 PM
To: Rohan Houlden <rhoulden@akoustis.com>
Subject: RE: 32 mil flat tab 901-10567

[External]

Hi Rohan

I have been looking for other SMA connectors and I came across this connector which is the same as the
Viper connector that was used by Qorvo incase you are interested in buying it.  This connector is
available from Amphenol and can work with different board thickness and goes up to 18GHz.

https://www.amphenolrf.com/132417.html


Thanks
Ahmad


-----Original Message-----
From: Rohan Houlden <rhoulden@akoustis.com>
Sent: Friday, December 20, 2019 8:01 AM
To: Ahmad <ahmad0912@gmail.com>
Subject: 32 mil flat tab 901-10567

Sorry, saw your text while driving, then forgot about it when I got to the office Not sure why I just
remembered just now, must be the coffee



EXHIBIT
733

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00052803

**TRX-223**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0733**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0733, Page 1**

# Trial Exhibit No. 225

**To:**      Jerry Gray[jgray@akoustis.com]
**From:**    Jerry Gray
**Sent:**    2021-01-12T15:58:28-05:00
**Importance:**    Normal
**Subject:**  Fwd: Info
**Received:**        2021-01-12T15:59:00-05:00
FM4552-440(5).xlsx
QPF7200_BOM_03102016.xlsx
qpf4506b-q010[1] Rev(1).docx
QPF4506B-200 Rev(A).pdf
qpf4506b-220 Rev(D).pdf
qpf4506b-250 Rev(B).pdf
qpf4506b-255 Rev(A).pdf
qpf4506b-300 Rev(A).pdf

Sent from my iPhone

Begin forwarded message:

**From:** ahmad0912@gmail.com
**Date:** January 7, 2021 at 11:59:06 AM EST
**To:** jgrayajm@gmail.com
**Subject: Info**

?
Hi Jerry

Attached is files that you requested and more.  Since they went to BOM builder I don't
have latest Bom format but I put couple of the old ones

More in a 2nd e – mail



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00316309

**TRX-225**
Qorvo, Inc. v. Akoustis Techs., Inc.
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-0750**
Qorvo, Inc. v. Akoustis Techs., Inc.
C.A. No. 21-1417 (JPM) (D. Del.)

Document Produced In Native

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00316313

Document Produced In Native

AKTS_00316314

# Trial Exhibit No. 227

**To:**    Rohan Houlden[rhoulden@akoustis.com]
**From:**    Rama Vetury
**Sent:**    2021-06-11T19:58:22-04:00
**Importance:**    Normal
**Subject:**    FW: s2p for Qorvo compare
**Received:**    2021-06-11T19:58:39-04:00
AKF1256TR2_WO10448_A4023#AA2#MAP_J02.s2p
QPQ1904_2_high_band.s2p

I got the Qorvo s2p from Marvins measurements on the Qorvo EVB

**From:** Marvin Ibro <mibro@akoustis.com>
**Sent:** Wednesday, August 12, 2020 1:26 PM
**To:** Rama Vetury <rvetury@akoustis.com>
**Subject:** RE: s2p for Qorvo compare

See attached spar files.

**From:** Rama Vetury <rvetury@akoustis.com>
**Sent:** Wednesday, August 12, 2020 1:15 PM
**To:** Marvin Ibro <mibro@akoustis.com>
**Subject:** RE: s2p for Qorvo compare

Hi Marvin
Pls send me the s2p of Qorvo part and 1256 part.
I'd like to compare all 3 parts.
Thank you - Rama

**From:** Marvin Ibro <mibro@akoustis.com>
**Sent:** Wednesday, August 12, 2020 12:16 PM
**To:** Rama Vetury <rvetury@akoustis.com>
**Subject:** RE: s2p for Qorvo compare

Hey,

I used part "3035w1_WH_R7C3"

**From:** Rama Vetury <rvetury@akoustis.com>
**Sent:** Wednesday, August 12, 2020 12:15 PM
**To:** Marvin Ibro <mibro@akoustis.com>
**Subject:** RE: s2p for Qorvo compare

Thanks Marvin, looks good, which exact s2p part did you use ?

**From:** Marvin Ibro <mibro@akoustis.com>
**Sent:** Wednesday, August 12, 2020 12:03 PM
**To:** Rama Vetury <rvetury@akoustis.com>
**Subject:** RE: s2p for Qorvo compare

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

TRX-227
Qorvo, Inc. v. Akoustis Techs., Inc.
C.A. No. 21-1417 (JPM) (D. Del.)



PTX-1013
Qorvo, Inc. v. Akoustis Techs., Inc.
C.A. No. 21-1417 (JPM) (D. Del.)

AKTS_00106849

Hey Rama,

See attached comparison, please let me know if we need to fix anything before I send it out.

Thanks,
Marvin

**From:** Rama Vetury <rvetury@akoustis.com>
**Sent:** Wednesday, August 12, 2020 10:56 AM
**To:** Marvin Ibro <mibro@akoustis.com>
**Cc:** Dave Aichele <daichele@akoustis.com>
**Subject:** RE: s2p for Qorvo compare

Hi Marvin
Pls let me know how the different 10256 EVB s2p compare - before you send out.

Also I wanted to share below screenshot with you – I suggest showing a comparison using these freq axis is a good way to show how the parts compare
- because we only care - within the spec frequencies and margin to the spec.
- in each graph below, the x-axis is the PB, RB edges and with +/- 15MHz on either side.

So my suggestion is in addition to the graphs you created, graphs with these axis below i.e. overall shapes plus zoom in.
- also, if it makes sense to you  pls use the y-axis, only if it make sense, it may not make sense for IRL/ORL, but for IL and OOBR, maybe it does.

Thanks, Rama

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

**PTX-1013, Page 2**



**From:** Rama Vetury
**Sent:** Wednesday, August 12, 2020 9:46 AM
**To:** Marvin Ibro <mibro@akoustis.com>
**Subject:** s2p for Qorvo compare

Hi Marvin,

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00106851

I keep hero part s2p as in below pic – there are only 3 wafers measured to date – and so only 6 s2p files to compare.
My suggestions are

- R3C3_C1 and R8C2-PR in 4025w1
- any of 3035w1 – there are 4 parts

- 3035w**2** is likely *not* as good as other 2 wafers.

Maybe you or Aichele can pick what looks best to show.
Thank you! Rama



# Trial Exhibit No. 293

**To:** Mary Winters[mwinters@akoustis.com]
**From:** Joonbum Kwon
**Sent:** 2018-05-10T10:11:59-04:00
**Importance:** Normal
**Subject:** RE: Test ?
**Received:** 2018-05-10T10:12:00-04:00

Sorry. I do not remember.

JB Kwon
Senior Process Engineer, Ph.D
Akoustis Technologies, Inc.
5450 Campus Drive | Canandaigua, NY
P +1 585.919.3063
jkwon@akoustis.com | www.akoustis.com

The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc.
and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be
confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the
intended recipient(s). If you have received this transmission in error, any use, reproduction or
dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please
immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if
any.

-----Original Message-----
From: Mary Winters
Sent: Wednesday, May 9, 2018 11:16 PM
To: Joonbum Kwon <jkwon@akoustis.com>
Subject: RE: Test ?

Thanks JB. Any chance you know what type of test equipment they use?

-----Original Message-----
From: Joonbum Kwon
Sent: Wednesday, May 9, 2018 9:11 PM
To: Mary Winters <mwinters@akoustis.com>
Subject: RE: Test ?

Hi Mary,

I do not know exact numbers. I think there are at least more than ▮ probers in QORVO. This is just my
guess.

The attachment is a reference explaining about surface roughness and trim process.

Thanks, JB

JB Kwon
Senior Process Engineer, Ph.D
Akoustis Technologies, Inc.
5450 Campus Drive | Canandaigua, NY
P +1 585.919.3063
jkwon@akoustis.com | www.akoustis.com

The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc.
and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

**TRX-293**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

DEPOSITION *CH*
EXHIBIT
443
Winters 9·12·23
PENGAD 800-631-6989

AKTS_00079444

**PTX-0443**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

-----Original Message-----
From: Mary Winters
Sent: Wednesday, May 9, 2018 6:09 PM
To: Joonbum Kwon <jkwon@akoustis.com>
Subject: Test ?

Hi JB,
  Do you know roughly how many tester Qorvo has?

Thanks,

Mary

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00079445

**PTX-0443, Page 2**

# Trial Exhibit No. 300



# AK5467.01-02 Trim Table Inputs

2018-04-21 Evan Grundman



INNOVATION IN SINGLE CRYSTAL BULK ACOUSTIC WAVE TECHNOLOGY

1

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER



**TRX-300**
Qorvo, Inc. v. Akoustis Techs., Inc.
C.A. No. 21-1417 (JPM) (D. Del.)

**PTX-1068**
Qorvo, Inc. v. Akoustis Techs., Inc.
C.A. No. 21-1417 (JPM) (D. Del.)

AKTS_00616185

PTX-1068, Page 1



 **Trim Table Inputs**



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER                                AKTS_00616186

**PTX-1068, Page 2**



# Actual Removal Amounts





AKOUSTIS

3

INNOVATION IN SINGLE CRYSTAL BULK
ACOUSTIC WAVE TECHNOLOGY

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00616187

Notes Summary:

No speaker notes are contained in this presentation.

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER                                                                          AKTS_00616188

**PTX-1068, Page 4**

# Trial Exhibit No. 308

**To:** Kenneth Boller[kboller@akoustis.com]; Holly Johnson[hjohnson@akoustis.com]; Robert Dry[rdry@akoustis.com]
**Cc:** Jeffrey Shealy[jshealy@akoustis.com]
**From:** Rohan Houlden
**Sent:** 2020-05-26T06:29:04-04:00
**Importance:** Normal
**Subject:** RE: AKTS pay scale
**Received:** 2020-05-26T06:29:09-04:00
image001.png
AKTS pay scale rev g.xlsx

Good morning Ken,

Any update from the board mtg?

I spoke with a Snr Mgr from Qorvo on Sun. Their Snr Mgr/Principal Eng level is ▮▮▮▮▮▮. They do not have a Snr Principal, so we are aligned.

The advantage of Snr Principal is our staff eng level is more junior level and a great recruiting tool for getting prized DE's with 6 yrs exp

Rohan

**From:** Kenneth Boller <kboller@akoustis.com>
**Sent:** Wednesday, April 22, 2020 12:29 PM
**To:** Rohan Houlden <rhoulden@akoustis.com>; Holly Johnson <hjohnson@akoustis.com>; Robert Dry <rdry@akoustis.com>
**Subject:** RE: AKTS pay scale

I understand and may be needed in the interim. HR will be seeking board input and use of outside sources at this comp committee meeting for them to develop an official pay study and project timeline. We will seek exec input on the end product when we get though the preliminary data

**Ken Boller**
Interim CFO and Corporate Controller
Akoustis Technologies, Inc.
9805-A Northcross Center Court | Huntersville, NC
P +1 704.274.3598
kboller@akoustis.com | www.akoustis.com



The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc. and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

**From:** Rohan Houlden <rhoulden@akoustis.com>
**Sent:** Wednesday, April 22, 2020 12:11 PM
**To:** Kenneth Boller <kboller@akoustis.com>; Holly Johnson <hjohnson@akoustis.com>; Robert Dry <rdry@akoustis.com>
**Subject:** RE: AKTS pay scale





ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00812501



Ken,

Per the subject, it is regarding pay scale not total compensation
Pay scale details titles with yrs of experience and base salaries across all department in the organization.
It is important that an Eng Mgr in my group has similar exp to an Eng Mgr in Rob's group
Rob and I will work with Holly and Heather to come up with a pay scale for akts

**From:** Kenneth Boller <kboller@akoustis.com>
**Sent:** Wednesday, April 22, 2020 8:28 AM
**To:** Holly Johnson <hjohnson@akoustis.com>; Robert Dry <rdry@akoustis.com>
**Cc:** Rohan Houlden <rhoulden@akoustis.com>
**Subject:** RE: AKTS pay scale

All - I am not sure what this is regarding, but total compensation at Akoustis is a factor of many things including salary, but a big factor being stock compensation. A compensation review process will be discussed at our upcoming Board compensation committee meeting and if the board wants to commit the funds to undertake a professional study at this time.

**Ken Boller**
Interim CFO and Corporate Controller
Akoustis Technologies, Inc.
9805-A Northcross Center Court | Huntersville, NC
P +1 704.274.3598
kboller@akoustis.com | www.akoustis.com



The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc. and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

**From:** Holly Johnson <hjohnson@akoustis.com>
**Sent:** Wednesday, April 22, 2020 7:43 AM
**To:** Robert Dry <rdry@akoustis.com>
**Cc:** Rohan Houlden <rhoulden@akoustis.com>; Kenneth Boller <kboller@akoustis.com>
**Subject:** Re: AKTS pay scale

Rob -

That is not our official internal pay scale - to be clear. We have a comp chart that we use for all positions. Our comp ranges need to be updated - it's a project that will take some time and research. While it's important, it has not been a priority as we have had other priorities. It is on HR's list and we will revise our comp chart - hopefully we can begin working on it soon. It will take money and resources if we are going to do it right.

I will say that the company guidelines we have in place are good. There are some
Levels that are probably too low and there are new levels that need to be added in - but overall it's not "broken".

Please let me know if you have any questions. Thanks,

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

Holly

Sent from my iPhone

On Apr 22, 2020, at 7:16 AM, Robert Dry <rdry@akoustis.com> wrote:

? Thanks Rohan

**Robert C Dry**
VP Assembly and Test Operations
Akoustis Technologies, Inc.
9805-A Northcross Center Court | Huntersville, NC28078
M: 336 740 1153
Email rdry@akoustis.com | www.akoustis.com



The contents of this e-mail message and any attachments are the property of Akoustis Technologies, Inc.
and its subsidiaries, and are intended solely for the addressee(s) listed. The information may be
confidential or legally privileged. This transmission is sent in trust for the sole purpose of delivery to the
intended recipient(s). If you have received this transmission in error, any use, reproduction or
dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please
immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if
any.

On Apr 22, 2020, at 6:49 AM, Rohan Houlden <rhoulden@akoustis.com> wrote:

?
<AKTS pay scale rev g.xlsx>

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

# Trial Exhibit No. 312

**To:**    Dave Aichele[daichele@akoustis.com]; Rohan Houlden[rhoulden@akoustis.com]
**From:**    Jeffrey Shealy
**Sent:**    2018-10-02T11:54:45-04:00
**Importance:**    Normal
**Subject:**    FW: [External Email] Akoustis_ WCON Spec.pptx
**Received:**    2018-10-02T11:54:48-04:00
Akoustis_ WCON Spec.pptx

FYI. Two WiFi Specs.
JEFF

---

**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Date:** Tuesday, October 2, 2018 at 11:42 AM
**To:** Jeffrey Shealy <jshealy@akoustis.com>
**Cc:** Todd Gillenwater <Todd.Gillenwater@qorvo.com>
**Subject:** [External Email] Akoustis_ WCON Spec.pptx

Jeff,

Thanks again for taking the time to meet with Todd and me yesterday – and for the open dialog.

As discussed, I'm forwarding a couple of Wi-Fi specs here for your review and to determine if you might have something close to initiate discussions. Please see attached and advise if you have any questions.

With best regards,
Leah

**Leah Giovan**
Director, Advanced Sourcing
 Final Manufacturing Operations
 7914 Piedmont Triad Parkway
Greensboro, NC  27409
**E** leah.giovan@qorvo.com
**W** +1 336-678-5189    **M** +1 336-389-2154

*A point of view can be a dangerous luxury when substituted for insight and understanding.*
  • Marshall McLuhan

Core technologies for everything that connects the world at qorvo.com
⬛ ⬛ ⬛



*This email and any files transmitted with it are confidential, privileged, proprietary, or otherwise legally exempt from disclosure and intended solely for the use of the individual or entity to whom they are addressed. Unless explicitly and conspicuously designated as "E-Contract Intended", this e-mail does not constitute a contract offer, a contract amendment,*



TRX-312

*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

82511



QORVO v. AKOUSTIS

**DTX-0056**

C.A. No. 21-1417 (JPM)

*or acceptance of a contract offer. If you have received this email in error, you should delete this message and any attachments and please notify leah.giovan@qorvo.com immediately. Thank you for your cooperation.*

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00082512

# Trial Exhibit No. 315

Message

---

| | |
|---|---|
| **From:** | Leah Giovan [Leah.Giovan@qorvo.com] |
| **Sent:** | 11/28/2017 3:54:19 AM |
| **To:** | Todd Gillenwater [Todd.Gillenwater@qorvo.com]; Brian Balut [Brian.Balut@Qorvo.com]; Alex Zajac [Alex.Zajac@Qorvo.com]; Eric Creviston [Eric.Creviston@qorvo.com]; James Klein [James.Klein@Qorvo.com] |
| **CC:** | Jim Stilson [Jim.Stilson@qorvo.com]; Lee Hudgins [Lee.Hudgins@qorvo.com]; Mark Murphy [Mark.Murphy@qorvo.com]; Steve Grant [Steve.Grant@Qorvo.com]; Hans Schwarz [Hans.Schwarz@qorvo.com]; Bob Bruggeworth [Bob.Bruggeworth@qorvo.com] |
| **Subject:** | Akoustis 5GHz Filter Update |

All,

Results from Akoustis for improved performance 5GHz filter:



They have new lots in fab and targeting mid-December to provide better parts.

Best regards,

Leah

Sent from my iPhone



EXHIBIT 1075
WIT: Giovan
DATE: 9-29-23
K. KIDWELL, RMR, CRR, CRC

**TRX-315**
Qorvo, Inc. v. Akoustis Techs., Inc.
C.A. No. 21-1417 (JPM) (D. Del.)

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00314111

**QORVO v. AKOUSTIS**
**DTX-0167**
C.A. No. 21-1417 (JPM)

# Trial Exhibit No. 316

**To:**       Leah Giovan[Leah.Giovan@qorvo.com]
**From:**     Dave Aichele
**Sent:**     2017-12-08T11:34:28-05:00
**Importance:**       Normal
**Subject:**  Re: Rev B & Rev C?
**Received:**         2017-12-08T11:34:28-05:00
AKF_1252revB_B7_PLID_EVB.S2P
AKF-1252revC_Simulated.s2p

Hi Leah,

Attached are two spar files:

1. Measured Spar for AKF-1252revB sample (not de-embedded)
2. Simulation Spar for AKF-1252revC new design

Are you planning on attending CES next month? I am going to send Todd an email to see if he is attending and interested in meeting.
Thanks,
Dave

**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Date:** Thursday, December 7, 2017 at 4:01 PM
**To:** Dave Aichele <daichele@akoustis.com>
**Subject:** Re: Rev B & Rev C?

Hi Dave,

Can you please provide me with a S-para file, or at least a graph from the Oct (?) 5GHz sample that you sent to us? Thank you.

Best regards,

Leah

**From:** Dave Aichele <daichele@akoustis.com>
**Date:** Monday, November 27, 2017 at 10:05 PM
**To:** Leah Giovan <Leah.Giovan@qorvo.com>
**Subject:** Re: Rev B & Rev C?

Hi Leah,

Quick update on tested samples:



EXHIBIT _1076_
WIT: _Giovan_
DATE: _8-29-23_
K. KIDWELL, RMR, CRR, CRC

**TRX-316**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00120745

**QORVO v. AKOUSTIS**
**DTX-0168**
C.A. No. 21-1417 (JPM)



We have new lots in fab and targeting mid-December to provide better parts.

Thanks,
Dave

**From:** Dave Aichele <daichele@akoustis.com>
**Date:** Monday, November 13, 2017 at 8:50 PM
**To:** Leah Giovan <Leah.Giovan@qorvo.com>
**Subject:** Re: Rev B & Rev C?

Morning Leah.  We will have new design parts built this week and tested.  Will target providing revC sample summary by the end of the week.

Thanks,
Dave

**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Date:** Monday, November 13, 2017 at 6:09 AM
**To:** Dave Aichele <daichele@akoustis.com>
**Subject:** Rev B & Rev C?

Good Morning Dave,

Checking in to see what the schedule is now for your  5.2 GHz Rev B or Rev C parts?

With thanks and best regards,

Leah

**Leah Giovan**
Director, Global Category Management
7914 Piedmont Triad Parkway
Greensboro, NC  27409
**E** leah.giovan@qorvo.com
**W** +1 336-678-5189     **M** +1 336-389-2154

*A point of view can be a dangerous luxury when substituted for insight and understanding.*

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00120746

- Marshall McLuhan

Core technologies for everything that connects the world at gorvo.com





*This email and any files transmitted with it are confidential, privileged, proprietary, or otherwise legally exempt from disclosure and intended solely for the use of the individual or entity to whom they are addressed. Unless explicitly and conspicuously designated as "E-Contract Intended", this e-mail does not constitute a contract offer, a contract amendment, or acceptance of a contract offer. If you have received this email in error, you should delete this message and any attachments and please notify leah.giovan@qorvo.com immediately. Thank you for your cooperation.*

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00120747

RECORD PRODUCED AS NATIVE FILE

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER    AKTS_00120748

RECORD PRODUCED AS NATIVE FILE

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00120749

# Trial Exhibit No. 318

To:        Leah Giovan[Leah.Giovan@qorvo.com]
From:      Dave Aichele
Sent:      2017-12-12T11:22:16-05:00
Importance:        Normal
Subject:   Re: Rev B & Rev C?
Received:          2017-12-12T11:22:16-05:00

You are Welcome.

Little longer delay than originally planned - new target for AKF-1252C is early February. Main reason for the delay is that we recently modified the process which requires redesign, new mask and new lot start. The modified process address volume manufacturing requirements as we close on locking down process and start qualification.

Apologize for the delay. Touch base if you need further information.

Thanks,
Dave

---

**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Date:** Tuesday, December 12, 2017 at 6:21 AM
**To:** Dave Aichele <daichele@akoustis.com>
**Subject:** Re: Rev B & Rev C?

Thanks very much Dave. I have forwarded the 3.6GHz info to Qorvo BU and TP.

Do you know when you'll have measured data for AKF-1252revC new design?

Best regards,

Leah

---

**From:** Dave Aichele <daichele@akoustis.com>
**Date:** Monday, December 11, 2017 at 4:45 PM
**To:** Leah Giovan <Leah.Giovan@qorvo.com>
**Subject:** Re: Rev B & Rev C?

Thanks Leah.

We have completed design spin and released mask for 3.6GHz part (targeting CBRS 3.55-3.7GHz). Expect to have initial results for evaluation by end of January. Attached is short summary on the AKF-1336 CBRS part in development – expect it to take several iterations to meet design specs.

Thanks
Dave



EXHIBIT _1078_
WIT: _Giovan_
DATE: _9-29-23_
K. KIDWELL, RMR, CRR, CRC

**TRX-318**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00077488

**QORVO v. AKOUSTIS**
**DTX-0170**
C.A. No. 21-1417 (JPM)

**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Date:** Monday, December 11, 2017 at 1:46 PM
**To:** Dave Aichele <daichele@akoustis.com>
**Subject:** Re: Rev B & Rev C?

Hi Dave,

Thanks for the files.

No, I am not going to CES. Not sure if Todd will attend or not.

Can you also tell me where you are on the 3.6MHz part? Thank you.

Best regards,

Leah

**From:** Dave Aichele <daichele@akoustis.com>
**Date:** Friday, December 8, 2017 at 11:34 AM
**To:** Leah Giovan <Leah.Giovan@qorvo.com>
**Subject:** Re: Rev B & Rev C?

Hi Leah,

Attached are two spar files:

1. Measured Spar for AKF-1252revB sample (not de-embedded)
2. Simulation Spar for AKF-1252revC new design

Are you planning on attending CES next month? I am going to send Todd an email to
see if he is attending and interested in meeting.
Thanks,
Dave

**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Date:** Thursday, December 7, 2017 at 4:01 PM
**To:** Dave Aichele <daichele@akoustis.com>
**Subject:** Re: Rev B & Rev C?

Hi Dave,

Can you please provide me with a S-para file, or at least a graph from the Oct (?) 5GHz sample that

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00077489

you sent to us?  Thank you.

Best regards,

Leah

**From:** Dave Aichele <daichele@akoustis.com>
**Date:** Monday, November 27, 2017 at 10:05 PM
**To:** Leah Giovan <Leah.Giovan@qorvo.com>
**Subject:** Re: Rev B & Rev C?

Hi Leah,

Quick update on tested samples:



We have new lots in fab and targeting mid-December to provide better parts.

Thanks,
Dave

**From:** Dave Aichele <daichele@akoustis.com>
**Date:** Monday, November 13, 2017 at 8:50 PM
**To:** Leah Giovan <Leah.Giovan@qorvo.com>
**Subject:** Re: Rev B & Rev C?

Morning Leah.  We will have new design parts built this week and tested.  Will target
providing revC sample summary by the end of the week.

Thanks,
Dave

**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Date:** Monday, November 13, 2017 at 6:09 AM
**To:** Dave Aichele <daichele@akoustis.com>

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00077490

**Subject:** Rev B & Rev C?

Good Morning Dave,

Checking in to see what the schedule is now for your 5.2 GHz Rev B or Rev C parts?

With thanks and best regards,

Leah

**Leah Giovan**
Director, Global Category Management
7914 Piedmont Triad Parkway
Greensboro, NC 27409
**E** leah.giovan@qorvo.com
**W** +1 336-678-5189      **M** +1 336-389-2154

*A point of view can be a dangerous luxury when substituted for insight and understanding.*
- Marshall McLuhan

Core technologies for everything that connects the world at qorvo.com


all around you

*This email and any files transmitted with it are confidential, privileged, proprietary, or otherwise legally exempt from disclosure and intended solely for the use of the individual or entity to whom they are addressed. Unless explicitly and conspicuously designated as "E-Contract Intended", this e-mail does not constitute a contract offer, a contract amendment, or acceptance of a contract offer. If you have received this email in error, you should delete this message and any attachments and please notify leah.giovan@qorvo.com immediately. Thank you for your cooperation.*

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

AKTS_00077491

# Trial Exhibit No. 319

| | |
|---|---|
| **To:** | leah.giovan@qorvo.com[leah.giovan@qorvo.com] |
| **Cc:** | Rohan Houlden[rhoulden@akoustis.com] |
| **From:** | Dave Aichele |
| **Sent:** | 2017-07-24T15:30:06-04:00 |
| **Importance:** | Normal |
| **Subject:** | NDA |
| **Received:** | 2017-07-24T15:30:06-04:00 |

Qorvo Akoustis Signed NDA May '15.pdf

Hi Leah,

Hope all is well.

Rohan mentioned that there might be further interest in reviewing specs / evaluating samples and that you would like to get NDA in place. Attached is copy of mutual NDA put in place May '15 that covered our past discussions with Mike F, Robert A and Todd G. Looks like the NDA is good til May '18.

Are you okay with this NDA or would you like to get new one in place?

Thanks,
Dave

**Dave Aichele**
VP of Business Development
Akoustis Technologies, Inc.
9805-H Northcross Center Court | Huntersville NC 28078
P +1 704.274.3600
M +1 704.236.9321
daichele@akoustis.com | www.akoustis.com





EXHIBIT 1079
WIT: Giovan
DATE: 8-29-23
K. KIDWELL, RMR, CRR, CRC



TRX-319
Qorvo, Inc. v. Akoustis Techs., Inc.
C.A. No. 21-1417 (JPM) (D. Del.)

AKTS_00214690



QORVO v. AKOUSTIS
**DTX-0171**
C.A. No. 21-1417 (JPM)

# Trial Exhibit No. 336

Message

| From: | Alex Zajac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DC37DE5F414BF9A265EDB6C71277DB-ZAJAC, ALEX] |
|---|---|
| Sent: | 11/26/2019 6:17:41 PM |
| To: | Tony Testa [Tony.Testa@qorvo.com]; Eid Alsabbagh [Eid.Alsabbagh@Qorvo.com]; Wayne Polonio [Wayne.Polonio@qorvo.com]; John Anderton [John.Anderton@qorvo.com] |
| CC: | Cees Links [Cees.Links@qorvo.com]; Jeff Mink [Jeff.Mink@Qorvo.com] |
| Subject: | FW: RFW34 HPS PL Weekly Report |
| Attachments: | QPQ1903_vs_AKF-1252_20190918.pptx; QPQ1904_vs_AKF-1256_20190919.pptx |

FYI, BAW 5GHz comparison between Qorvo and Akoustis: big claims, not so good performance.

Alex

**Alex Zajac** 
Director of Engineering
1818 South Orange Blossom Trail
Apopka, FL 32703    USA
E alex.zajac@qorvo.com
W +1 407.884.3435  M +1 407.719.1025


all around you

 

**From:** Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
**Sent:** Tuesday, November 26, 2019 12:42 PM
**To:** Dean White <Dean.White@Qorvo.com>; Leah Giovan <Leah.Giovan@qorvo.com>; Roger Hall <roger.hall@qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Cc:** Alex Zajac <Alex.Zajac@Qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

We have collected samples from Akoustis in the past for 5.2, 5.6 GHz WiFi solutions. Attached are comparison with our WCON filters vs. the Akoustis XBAW, courtesy of Gernot's team. Overall die size @ 5GHz may be comparable but AKTS ███████████████████████████████████████, resulting in a smaller packaged footprint as highlighted. In addition ███████████████████████████████████████████████████.

For L-band for the Elta opportunity, I think it's just a proposal from Akoustis with their XBAW. I'm not aware of any released Akoustis filter below 3.8 GHz.  Alex has commented back ████████████████████████████ ███████████████████████████.

Tuan

**From:** Dean White <Dean.White@Qorvo.com>
**Sent:** Tuesday, November 26, 2019 6:20 AM
**To:** Leah Giovan <Leah.Giovan@qorvo.com>; Roger Hall <roger.hall@qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>

**TRX-336**
Qorvo, Inc. v. Akoustis Techs., Inc.
C.A. No. 21-1417 (JPM) (D. Del.)

**QORVO v. AKOUSTIS**
**DTX-0194**
C.A. No. 21-1417 (JPM)

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

**Cc:** Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

Tuan

From their website they only offer three different XBAW filters. They are touting a design win a LM but I don't know the specifics. Doug probably knows a lot more than I do.

I'll let you and your team specify the filter your team wants to test since they will want to do a direct comparison with our existing filter capability.

Dean

**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Sent:** Tuesday, November 26, 2019 8:07 AM
**To:** Roger Hall <roger.hall@qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Cc:** Dean White <Dean.White@Qorvo.com>; Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

Tuan/Dean,

Will you please advise specifically what you want (frequency, on test board, qty, etc) from Akoustis and I will make the request.

Thank you

Leah

**From:** Roger Hall <roger.hall@qorvo.com>
**Sent:** Tuesday, November 26, 2019 9:03 AM
**To:** Leah Giovan <Leah.Giovan@qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Cc:** Dean White <Dean.White@Qorvo.com>; Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

Leah,
Is it possible to get some samples of Akoustis filters for evaluation?

Doug,
Suggest you have the Bend engineering/ops team do the evaluation as this is a real threat to them given their very high costs at that location and that they are targeting customers that want a broad and higher frequency range of filters.

Thanks,

**Roger Hall**
General Manager High Performance Solutions
1201 E Campbell Road
Richardson, TX 75081
E roger.hall@qorvo.com
W +1 972.994.8289  M +1 972.974.6747
Core technologies for everything that connects the world at qorvo.com

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER                QORVO_00121250



**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Sent:** Monday, November 25, 2019 8:31 AM
**To:** Dean White <Dean.White@Qorvo.com>
**Cc:** Doug Bostrom <Doug.Bostrom@qorvo.com>; Roger Hall <roger.hall@qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

Dean,

Heads up to please do your own independent investigation and not buy into rumored internal evaluation of Akoustis' capabilities. It is quite emotional. I keep hearing how crappy their filters are and keep seeing places that they are winning.

Thank you.

Leah

**From:** Dean White <Dean.White@Qorvo.com>
**Sent:** Monday, November 25, 2019 9:23 AM
**To:** Roger Hall <roger.hall@qorvo.com>; Tuan Nguyen <Tuan.Nguyen@Qorvo.com>; James Nelson <James.Nelson@Qorvo.com>; Leah Giovan <Leah.Giovan@Qorvo.com>; Jeff Gengler <Jeff.Gengler@Qorvo.com>
**Cc:** Bree Blakely <Bree.Blakely@Qorvo.com>; Douglas Cole <Douglas.Cole@Qorvo.com>; Elisabeth Marley <Elisabeth.Marley@Qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

Roger

See my response below in red.

Dean

**From:** Roger Hall <roger.hall@qorvo.com>
**Sent:** Sunday, November 24, 2019 8:21 AM
**To:** Tuan Nguyen <Tuan.Nguyen@Qorvo.com>; James Nelson <James.Nelson@Qorvo.com>; Leah Giovan <Leah.Giovan@qorvo.com>; Jeff Gengler <Jeff.Gengler@Qorvo.com>; Dean White <Dean.White@Qorvo.com>
**Cc:** Bree Blakely <Bree.Blakely@Qorvo.com>; Douglas Cole <Douglas.Cole@Qorvo.com>; Elisabeth Marley <Elisabeth.Marley@Qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00121251



Dean/Tuan,

What do we know about Akoustis ability at these frequencies? they just started production in September with a very limited number of XBAW filters. If you believe their marketing hype they appear to be much small then traditional BAW filters and have better performance above 5 GHz. Tuan – can you have someone on the BAW design side validate their claims on performance and size? I can send you their investor slide deck or you can see their datasheets on-line. I imagine they will be aggressive on pricing and have no idea of the market issues, costs or targets. What is the plan to dean with is? We need to evaluate any size and performance advantages and we need to change our approach to export classification. They are claiming all their filters are essentially EAR99. Are we seeing them anywhere else in D&A? I heard they have been at Elta and have design wins at LM.

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00121252

# Trial Exhibit No. 337

Message

| | |
|---|---|
| **From**: | Jeff Mink [Jeff.Mink@Qorvo.com] |
| **Sent**: | 12/5/2019 2:30:18 PM |
| **To**: | Matt Chun [Matt.Chun@qorvo.com]; Shawn Gibb [Shawn.Gibb@qorvo.com] |
| **CC**: | Alex Zajac [Alex.Zajac@Qorvo.com] |
| **Subject**: | FW: RFW34 HPS PL Weekly Report |

Hi Matt,
Can you create a couple of images to help explain? ██████████████████████████
██████████████████████  Perhaps you can explain better.

Hi Shawn,

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
███████████████████████  ███████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
███████████████

Thanks,
Jeff

**From:** Shawn Gibb <Shawn.Gibb@qorvo.com>
**Sent:** Thursday, December 5, 2019 11:13 AM
**To:** Jeff Mink <Jeff.Mink@Qorvo.com>
**Cc:** Alex Zajac <Alex.Zajac@Qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

Hi Jeff,
Can you give me a hand pulling together some information for Roger on ███████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████████

Thanks,
Shawn

**From:** Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
**Sent:** Friday, November 29, 2019 8:39 AM
**To:** Shawn Gibb <Shawn.Gibb@qorvo.com>
**Cc:** Jeff Mink <Jeff.Mink@Qorvo.com>; Alex Zajac <Alex.Zajac@Qorvo.com>
**Subject:** FW: RFW34 HPS PL Weekly Report

Hi Shawn,

Can you help answer the following questions from Roger? I remember that ████████████
████████████

Thanks,

EXHIBIT 1104
WIT: Giovan
DATE: 9-29-23
K. KIDWELL, RMR, CRR, CRC

**TRX-337**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00626270

**QORVO v. AKOUSTIS**

**DTX-0195**
C.A. No. 21-1417 (JPM)

Tuan

**From:** Roger Hall <roger.hall@qorvo.com>
**Sent:** Thursday, November 28, 2019 7:02 AM
**To:** Tuan Nguyen <Tuan.Nguyen@Qorvo.com>; Dean White <Dean.White@Qorvo.com>; Leah Giovan <Leah.Giovan@qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Cc:** Alex Zajac <Alex.Zajac@Qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

Tuan,
This is interesting however 

. For what LM and Elta
are wanting what filters would Qorvo be offering and how would the performance, size and cost compare?

Thanks,

**Roger Hall**
General Manager High Performance Solutions
1201 E Campbell Road
Richardson, TX 75081
**E** roger.hall@qorvo.com
**W** +1 972.994.8289  **M** +1 972.974.6747
Core technologies for everything that connects the world at qorvo.com

# QOrVO.
## all around you

**From:** Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
**Sent:** Tuesday, November 26, 2019 11:42 AM
**To:** Dean White <Dean.White@Qorvo.com>; Leah Giovan <Leah.Giovan@qorvo.com>; Roger Hall <roger.hall@qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Cc:** Alex Zajac <Alex.Zajac@Qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

We have collected samples from Akoustis in the past for 5.2, 5.6 GHz WiFi solutions. Attached are comparison with our WCON filters vs. the Akoustis XBAW, courtesy of Gernot's team. Overall die size @ 5GHz may be comparable but AKTS , resulting in a smaller packaged footprint as
highlighted. In addition

For L-band for the Elta opportunity, I think it's just a proposal from Akoustis with their XBAW. I'm not aware of any released Akoustis filter below 3.8 GHz. Alex has commented back that

Tuan

**From:** Dean White <Dean.White@Qorvo.com>
**Sent:** Tuesday, November 26, 2019 6:20 AM
**To:** Leah Giovan <Leah.Giovan@qorvo.com>; Roger Hall <roger.hall@qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Cc:** Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00626271

Tuan

From their website they only offer three different XBAW filters. They are touting a design win a LM but I don't know the specifics. Doug probably knows a lot more than I do.

I'll let you and your team specify the filter your team wants to test since they will want to do a direct comparison with our existing filter capability.

Dean

**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Sent:** Tuesday, November 26, 2019 8:07 AM
**To:** Roger Hall <roger.hall@qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Cc:** Dean White <Dean.White@Qorvo.com>; Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

Tuan/Dean,

Will you please advise specifically what you want (frequency, on test board, qty, etc) from Akoustis and I will make the request.

Thank you

Leah

**From:** Roger Hall <roger.hall@qorvo.com>
**Sent:** Tuesday, November 26, 2019 9:03 AM
**To:** Leah Giovan <Leah.Giovan@qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Cc:** Dean White <Dean.White@Qorvo.com>; Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

Leah,
Is it possible to get some samples of Akoustis filters for evaluation?

Doug,
Suggest you have the Bend engineering/ops team do the evaluation as this is a real threat to them given their very high costs at that location and that they are targeting customers that want a broad and higher frequency range of filters.

Thanks,

**Roger Hall**
General Manager High Performance Solutions
1201 E Campbell Road
Richardson, TX 75081
E roger.hall@qorvo.com
W +1 972.994.8289  M +1 972.974.6747
Core technologies for everything that connects the world at qorvo.com



all around you

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER                    QORVO_00626272

**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Sent:** Monday, November 25, 2019 8:31 AM
**To:** Dean White <Dean.White@Qorvo.com>
**Cc:** Doug Bostrom <Doug.Bostrom@qorvo.com>; Roger Hall <roger.hall@qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

Dean,

Heads up to please do your own independent investigation and not buy into rumored internal evaluation of Akoustis' capabilities. It is quite emotional. I keep hearing how crappy their filters are and keep seeing places that are winning.

Thank you.

Leah

**From:** Dean White <Dean.White@Qorvo.com>
**Sent:** Monday, November 25, 2019 9:23 AM
**To:** Roger Hall <roger.hall@qorvo.com>; Tuan Nguyen <Tuan.Nguyen@Qorvo.com>; James Nelson <James.Nelson@Qorvo.com>; Leah Giovan <Leah.Giovan@qorvo.com>; Jeff Gengler <Jeff.Gengler@Qorvo.com>
**Cc:** Bree Blakely <Bree.Blakely@Qorvo.com>; Douglas Cole <Douglas.Cole@Qorvo.com>; Elisabeth Marley <Elisabeth.Marley@Qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report

Roger

See my response below in red.

Dean

**From:** Roger Hall <roger.hall@qorvo.com>
**Sent:** Sunday, November 24, 2019 8:21 AM
**To:** Tuan Nguyen <Tuan.Nguyen@Qorvo.com>; James Nelson <James.Nelson@Qorvo.com>; Leah Giovan <Leah.Giovan@qorvo.com>; Jeff Gengler <Jeff.Gengler@Qorvo.com>; Dean White <Dean.White@Qorvo.com>
**Cc:** Bree Blakely <Bree.Blakely@Qorvo.com>; Douglas Cole <Douglas.Cole@Qorvo.com>; Elisabeth Marley <Elisabeth.Marley@Qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>
**Subject:** RE: RFW34 HPS PL Weekly Report



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00626273



Dean/Tuan,

What do we know about Akoustis ability at these frequencies? they just started production in September with a very limited number of XBAW filters. If you believe their marketing hype they appear to be much small then traditional BAW filters and have better performance above 5 GHz. Tuan – can you have someone on the BAW design side validate their claims on performance and size? I can send you their investor slide deck or you can see their datasheets on-line. I imagine they will be aggressive on pricing and have no idea of the market issues, costs or targets. What is the plan to dean with is? We need to evaluate any size and performance advantages and we need to change our approach to export classification. They are claiming all their filters are essentially EAR99. Are we seeing them anywhere else in D&A? I heard they have been at Elta and have design wins at LM.

- o   In process of responding back to RFQ from Elta for an L-Band switched filter bank covering 1.2-1.4 GHz (4 or 8 filters). Akoustis also competing for this socket with BAW.



ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00626274

# Trial Exhibit No. 338

Message

| | |
|---|---|
| **From:** | Tuan Nguyen [Tuan.Nguyen@Qorvo.com] |
| **Sent:** | 1/13/2020 12:49:39 PM |
| **To:** | Shawn Gibb [Shawn.Gibb@qorvo.com] |
| **Subject:** | FW: Akoustis Receives First 5G Network Infrastructure Filter Order for a Tier-1 Customer for 5G Small Cell Architecture - Akoustis Technologies, Inc. (AKTS) |

Hi Shawn,

Please see below. Could to take the lead with putting together a white paper w/ Gernot to focus on Qorvo's SMR BAW capabilities and advantages while perhaps throwing shade at market statements made? I don't have the Oppenheimer report but saw the comments below about *"AKTS single crystal piezo design enables 2.3x reduced power consumption vs. competing poly crystal BAW designs allowing for wider signal range."* I will also discuss further with Gangadhar later this week.

Thanks,
Tuan

**From:** Gangadhar Burra <Gangadhar.Burra@qorvo.com>
**Sent:** Sunday, January 12, 2020 9:20 AM
**To:** Roger Hall <roger.hall@qorvo.com>; Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
**Cc:** Doug Bostrom <Doug.Bostrom@qorvo.com>; Gernot Fattinger <Gernot.Fattinger@Qorvo.com>; James Nelson <James.Nelson@Qorvo.com>; Leah Giovan <Leah.Giovan@qorvo.com>
**Subject:** RE: Akoustis Receives First 5G Network Infrastructure Filter Order for a Tier-1 Customer for 5G Small Cell Architecture - Akoustis Technologies, Inc. (AKTS)

Tuan and I will try to flesh some points out and look to Gernot and his team to populate. We will work off-line and come back in a few days

**From:** Roger Hall <roger.hall@qorvo.com>
**Sent:** Saturday, January 11, 2020 9:59 PM
**To:** Gangadhar Burra <Gangadhar.Burra@qorvo.com>; Tuan Nguyen <Tuan.Nguyen@Qorvo.com>
**Cc:** Doug Bostrom <Doug.Bostrom@qorvo.com>; Gernot Fattinger <Gernot.Fattinger@Qorvo.com>; James Nelson <James.Nelson@Qorvo.com>; Leah Giovan <Leah.Giovan@qorvo.com>
**Subject:** Re: Akoustis Receives First 5G Network Infrastructure Filter Order for a Tier-1 Customer for 5G Small Cell Architecture - Akoustis Technologies, Inc. (AKTS)

Tuan/GB,
Suggest you prepare an outline of what/need we want in a while paper. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I'm not a fan of directly calling out competitors names but do the comparison on technology (measured and calculated) and then everyone can draw the proper conclusions with facts. I'm open to other ideas.

Thanks,

**Roger Hall**
General Manager High Performance Solutions
1201 E Campbell Road
Richardson, TX 75081
**E** roger.hall@qorvo.com
**W** +1 972.994.8289  **M** +1 972.974.6747

EXHIBIT 1105
WIT: Giovan
DATE: 9-29-23
K. KIDWELL, RMR, CRR, CRC

**TRX-338**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00625905

**QORVO v. AKOUSTIS**
**DTX-0196**
C.A. No. 21-1417 (JPM)

Core technologies for everything that connects the world atqorvo.com

On Jan 12, 2020, at 12:24 PM, Gernot Fattinger <Gernot.Fattinger@qorvo.com> wrote:

Hi Roger,

I would like to grab a sentence from the Oppenheimer report, and use it as an example to illustrate their credibility:

"AKTS single crystal piezo design enables 2.3x reduced power consumption vs. competing poly crystal BAW designs"

If their filter are enables a 2.3x reduction in power consumption (and assuming a roughly constant PA efficiency) it means that they need to have 2.3x less power loss in it. This is equivalent to 3.6dB better IL.

Our 5.2GHz filter has                                                                                                                    .:

If their filter is 3.6dB better than our ▇▇▇ ... well, I'm almost embarrassed to spell it out ... but then they have 1.8dB *gain*.

In a passive device.

They either just resolved the world's energy problems, or they are lying.

To your other question, about what we can do:
Somebody from legal should be able to help with how we can effectively defend ourselves against AKTS publishing lies that hurt our business.
Maybe go to Oppenheimer (and every other important analyst for that matter), show the side-by-side comparison of measured filter data, and point out how our superior poly-crystal filter technology beats the single-crystal competition in every single way ...?

BR,
Gernot

**From:** Roger Hall <roger.hall@qorvo.com>
**Sent:** Saturday, January 11, 2020 03:18
**To:** Gernot Fattinger
**Cc:** Gangadhar Burra; Todd Gillenwater; Doug Bostrom; Leah Giovan; James Klein; Paul Fego; Tuan Nguyen

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER                                    QORVO_00625906

**Subject:** Re: Akoustis Receives First 5G Network Infrastructure Filter Order for a Tier-1 Customer for 5G Small Cell Architecture - Akoustis Technologies, Inc. (AKTS)

Gernot,

Do you believe this is marketing hype on AKTS performance? I think a white paper on Qorvo's SMR vs Akoustis single crystal and AVGO's FBAR would provide customer clarity. Thoughts on how to make that happen?

Thanks,

**Roger Hall**
General Manager High Performance Solutions
1201 E Campbell Road
Richardson, TX 75081
**E** roger.hall@qorvo.com
**W** +1 972.994.8289  **M** +1 972.974.6747

Core technologies for everything that connects the world at qorvo.com



On Jan 10, 2020, at 10:43 PM, Doug Delieto <Doug.Delieto@qorvo.com> wrote:

Hello all.  Please see attached a research report from Oppenheimer analyst Rick Schafer about a conversation with AKTS at CES.

Excerpted from the report:

- We had the opportunity to sit down with AKTS Corporate Development head Tom Sepenzis this week at CES. Tone of the meeting was bullish as Mr. Sepenzis highlighted opportunities in infrastructure, WiFi, and smartphone.

- During CES, AKTS announced shipments of its 5.2/5.6GHz tandem coexistence filters to a fifth potential customer, a tier-1 OEM. We see this industry first tandem solution well positioned to address 5G-related interference issues as new n79 band and C-V2X/WiFi are designed in. AKTS XBAW solves coexistence between WiFi/5G with 23x smaller size than incumbent dielectric "brick" resonators (DR).

- AKTS single crystal piezo design enables 2.3x reduced power consumption vs. competing poly crystal BAW designs allowing for wider signal range. This has led to engagements with two key 5G equipment OEMs. One is engaged for massive-MIMO, which carries up to 128 filters per BTS and targets the Korean market. The other is for small cells targeting regional China.

- We believe AKTS power levels beat AVGO/QRVO, which has spurred engagements from other network equipment OEMs.

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00625907

-----Original Message-----
From: Gangadhar Burra <Gangadhar.Burra@qorvo.com>
Sent: Wednesday, December 4, 2019 8:08 PM
To: Roger Hall <roger.hall@qorvo.com>; Bob Bruggeworth <Bob.Bruggeworth@qorvo.com>
Cc: James Klein <James.Klein@Qorvo.com>; Mark Murphy <Mark.Murphy@qorvo.com>; Doug Delieto <Doug.Delieto@qorvo.com>; Paul Fego <Paul.Fego@qorvo.com>; Todd Gillenwater <Todd.Gillenwater@qorvo.com>; Eric Creviston <Eric.Creviston@qorvo.com>; Gernot Fattinger <Gernot.Fattinger@Qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>; Leah Giovan <Leah.Giovan@qorvo.com>
Subject: RE: Akoustis Receives First 5G Network Infrastructure Filter Order for a Tier-1 Customer for 5G Small Cell Architecture - Akoustis Technologies, Inc. (AKTS)

Roger, all - ███████████████████████████████████████

That said, the point was to get the BAW development done ████████████
████████████████████████████████████████████████████████████████.

The take-away from that discussion was that ██████████████████████████
██████████████████ let Gernot and team get to work on them.

Thanks,
Gangadhar

-----Original Message-----
From: Roger Hall <roger.hall@qorvo.com>
Sent: Wednesday, December 4, 2019 3:23 PM
To: Bob Bruggeworth <Bob.Bruggeworth@qorvo.com>
Cc: James Klein <James.Klein@Qorvo.com>; Mark Murphy <Mark.Murphy@qorvo.com>; Doug Delieto <Doug.Delieto@qorvo.com>; Paul Fego <Paul.Fego@qorvo.com>; Todd Gillenwater <Todd.Gillenwater@qorvo.com>; Eric Creviston <Eric.Creviston@Qorvo.com>; Gangadhar Burra <Gangadhar.Burra@qorvo.com>; Doug Bostrom <Doug.Bostrom@qorvo.com>; Leah Giovan <Leah.Giovan@qorvo.com>
Subject: RE: Akoustis Receives First 5G Network Infrastructure Filter Order for a Tier-1 Customer for 5G Small Cell Architecture - Akoustis Technologies, Inc. (AKTS)

Bob,

████████████████████████████████████████. For Wi-Fi 5GHz bands the products are in process. I talked to Gernot today and he is going to quickly look at the processes we have and the gaps to need. We will then need to look at the best approach to support the market.

Thanks,

Roger Hall
General Manager High Performance Solutions
1201 E Campbell Road
Richardson, TX 75081
E roger.hall@qorvo.com

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00625908

W +1 972.994.8289  M +1 972.974.6747
Core technologies for everything that connects the world at qorvo.com

-----Original Message-----
From: Bob Bruggeworth <Bob.Bruggeworth@qorvo.com>
Sent: Wednesday, December 4, 2019 3:24 PM
To: Roger Hall <roger.hall@qorvo.com>
Cc: James Klein <James.Klein@Qorvo.com>; Mark Murphy
<Mark.Murphy@qorvo.com>; Doug Delieto <Doug.Delieto@qorvo.com>; Paul Fego
<Paul.Fego@qorvo.com>; Todd Gillenwater <Todd.Gillenwater@qorvo.com>; Eric
Creviston <Eric.Creviston@qorvo.com>
Subject: Re: Akoustis Receives First 5G Network Infrastructure Filter Order for a Tier-1
Customer for 5G Small Cell Architecture - Akoustis Technologies, Inc. (AKTS)
Importance: High

When will Qorvo have product!

Sent from my mobile device

On Dec 4, 2019, at 3:43 PM, Roger Hall <roger.hall@qorvo.com> wrote:

Yes we are hearing that from customers.

Thanks,

Roger Hall

General Manager High Performance Solutions

1201 E Campbell Road

Richardson, TX 75081

E roger.hall@qorvo.com

W +1 972.994.8289  M +1 972.974.6747

Core technologies for everything that connects the world at qorvo.com

-----Original Message-----

From: Bob Bruggeworth <Bob.Bruggeworth@qorvo.com>

Sent: Wednesday, December 4, 2019 2:25 PM

To: James Klein <James.Klein@Qorvo.com>; Roger Hall
<roger.hall@qorvo.com>

Cc: Mark Murphy <Mark.Murphy@qorvo.com>; Doug Delieto
<Doug.Delieto@qorvo.com>; Paul Fego <Paul.Fego@qorvo.com>; Todd
Gillenwater <Todd.Gillenwater@qorvo.com>; Eric Creviston
<Eric.Creviston@qorvo.com>

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER                    QORVO_00625909

Subject: Akoustis Receives First 5G Network Infrastructure Filter Order for a Tier-1 Customer for 5G Small Cell Architecture - Akoustis Technologies, Inc. (AKTS)

Importance: High


Are these guys really beating Qorvo in this market?


https://ir.akoustis.com/press-releases/detail/154/akoustis-receives-first-5g-network-infrastructure-filter


Sent from my mobile device

<Oppenheimer on AKTS 011020.pdf>

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00625910

# Trial Exhibit No. 339

Message
_____

**From:**        Leah Giovan [Leah.Giovan@qorvo.com]
**Sent:**        5/5/2020 12:28:24 PM
**To:**          James Klein [James.Klein@Qorvo.com]; Cees Links [Cees.Links@qorvo.com]; Doug Bostrom
                 [Doug.Bostrom@qorvo.com]; Tony Testa [Tony.Testa@qorvo.com]
**CC:**          Paul Fego [Paul.Fego@qorvo.com]
**Subject:**     FW: More happy problems
**Attachments:** 2020-05-04_Akoustis_Announces_First_Tri_Band_WiFi_CPE_Design__175.pdf

Classification | PRIVATE

re Akoustis WiFi Filters, fyi.

Leah

**From:** Leah Giovan
**Sent:** Friday, April 24, 2020 9:29 AM
**To:** Cees Links <Cees.Links@qorvo.com>
**Subject:** RE: More happy problems

Classified | PRIVATE

Hi Cees,

Thanks for the heads up on ████████████

████████████████████████████████████████████████████████████████████████████

You may already be aware but in case not, I heard last night that Akoustis won a new slug of business from ████ It was touted as a big win design win for Akoustis, not sure if it impacts us but wanted to let you know what I'd heard.

Thank you

Leah

**From:** Cees Links <Cees.Links@qorvo.com>
**Sent:** Friday, April 24, 2020 9:01 AM
**To:** Leah Giovan <Leah.Giovan@qorvo.com>
**Subject:** RE: More happy problems

Hi Leah – Thx.

EXHIBIT 1107
WIT: Giovan
DATE: 9-29-23
K. KIDWELL, RMR, CRR, CRC

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

**TRX-339**
*Qorvo, Inc. v. Akoustis Techs., Inc.*
C.A. No. 21-1417 (JPM) (D. Del.)

ATTORNEYS EYES ONLY – SUBJECT TO PROTECTIVE ORDER                QORVO_00031052


QORVO v. AKOUSTIS
DTX-0198
C.A. No. 21-1417 (JPM)

████████████

Rgds., Cees

----------------

**Cees Links**
E clinks@qorvo.com
M +31 65 312 3917

**From:** Leah Giovan <Leah.Giovan@qorvo.com>
**Sent:** Friday, 24 April, 2020 13:56
**To:** Cees Links <Cees.Links@qorvo.com>
**Subject:** FW: More happy problems

Classified | PRIVATE

Hi Cees,

A couple of follow ups from our discussion yesterday –



Thank you

Leah

For Qorvo Internal Use Only. Qorvo Confidential & Proprietary Information.

ATTORNEYS EYES ONLY – SUBJECT TO PROTECTIVE ORDER                    QORVO_00031053

May 4, 2020



# Akoustis Announces First Tri-Band WiFi CPE Design Win and Filter Orders with Tier-1 OEM

*– Second Commercial Design Win for XBAW Filters in Past 30 Days –*
*– Two Bands, Multiple XBAW Filters per WiFi CPE Supporting up to 4x4 MU-MIMO –*
*– Three High Volume Purchase Orders In-House for 5.2 and 5.6 GHz High Band Filters*
*–*
*– OEM Validates XBAW Technology with Shipment Ramp Beginning Late June Quarter –*

*Charlotte, N.C., May 04, 2020 (GLOBE NEWSWIRE)* -- Akoustis Technologies, Inc. (NASDAQ: <u>AKTS</u>) ("Akoustis" or the "Company"), an integrated device manufacturer (IDM) of patented bulk acoustic wave (BAW) high-band RF filters for mobile and other wireless applications, announced today it has received its first XBAW$^{TM}$ design win for the WiFi market from a tier-1 OEM and expects to ramp shipments beginning in the June quarter.

This is the second commercial design win the Company has announced in the past month. In early April, Akoustis announced its first <u>5G network infrastructure design win</u> with a tier-1 OEM.

The WiFi customer is a leading consumer-focused OEM that is developing its first tri-band CPE product using multiple Akoustis 5.2 and 5.6 GHz XBAW$^{TM}$ filters. The new consumer-focused product supports up to 4x4 multi-user multiple-in-multiple-out (MU-MIMO) radio architectures and is expected to be commercially available in the second half of calendar 2020. Akoustis has received its first 3 high volume purchase orders to support this customer's tri-band WiFi CPE product.

Jeff Shealy, founder and CEO of Akoustis, stated, "We are excited to announce this major milestone with our first design win in WiFi CPE incorporating our 5.2 and 5.6 GHz coexistence filters in a consumer product. WiFi presents a significant market opportunity for Akoustis as tri-band, MU-MIMO and mesh system architectures are creating significant content growth in RF filters." Mr. Shealy continued, "Furthermore, with recent FCC announcements, we expect the WiFi market will continue to expand as WiFi 6E emerges and tri-band systems become a greater percentage of the market over the coming years, which will require coexistence filters where high frequency, wide bandwidth and high-power handling capabilities in small form factor are paramount."

Currently, Akoustis is working with multiple customers in its sales funnel that expect to launch WiFi CPE products in calendar 2020 and beyond. Separately, the Company is

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00031054

developing its first WiFi 6E filters and expects to announce its first product and delivery of initial samples later in the June quarter.

The 5.2 GHz and 5.6 GHz WiFi filters are manufactured using the Company's proprietary and patented XBAW<sup>TM</sup> process housed within the Company's Si-MEMS Wafer Fab located in Canandaigua, NY.

Akoustis has added twelve filters to its product catalog including a 5.6 GHz filter, a 5.2 GHz WiFi filter, two small cell network infrastructure filters including a 4.9 GHz band n79 filter, a 3.8 GHz filter and five S-Band filters for defense phased-array radar applications, a 3.6 GHz filter for the CBRS infrastructure market and a C-Band filter for the unmanned aircraft systems (UAS) market. The Company is also developing several new filters for the sub-7 GHz bands targeting 5G mobile device, network infrastructure, WiFi CPE and defense markets.

**About Akoustis Technologies, Inc.**

Akoustis® (www.akoustis.com) is a high-tech BAW RF filter solutions company that is pioneering next-generation materials science and MEMS wafer manufacturing to address the market requirements for improved RF filters - targeting higher bandwidth, higher operating frequencies and higher output power compared to incumbent polycrystalline BAW technology deployed today. The Company utilizes its proprietary XBAW manufacturing process to produce bulk acoustic wave RF filters for mobile and other wireless markets, which facilitate signal acquisition and accelerate band performance between the antenna and digital back end. Superior performance is driven by the significant advances of high-purity, single-crystal and associated piezoelectric materials and the resonator-filter process technology which drives electro-mechanical coupling and translates to wide filter bandwidth.

Akoustis plans to service the fast growing multi-billion-dollar RF filter market using its integrated device manufacturer (IDM) business model. The Company owns and operates a 120,000 sq. ft. ISO-9001:2015 certified commercial wafer-manufacturing facility located in Canandaigua, NY, which includes a class 100 / class 1000 cleanroom facility - tooled for 150-mm diameter wafers - for the design, development, fabrication and packaging of RF filters, MEMS and other semiconductor devices. Akoustis Technologies, Inc. is headquartered in the Piedmont technology corridor near Charlotte, North Carolina.

**Forward-Looking Statements**

This document includes "forward-looking statements" within the meaning of Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, that are intended to be covered by the "safe harbor" created by those sections. These forward-looking statements include, but are not limited to, statements about our estimates, expectations, beliefs, intentions, plans or strategies for the future (including our possible future results of operations, business strategies, competitive position, potential growth opportunities, potential market opportunities and the effects of competition), and the assumptions underlying such statements. Forward-looking statements include all statements that are not historical facts and typically are identified by use of terms such as "may," "will," "should," "could," "expect," "plan," "anticipate," "believe," "estimate," "predict," "intend," "forecast," "seek," "potential," "continue" and similar words, although some forward-looking statements are expressed differently. Forward-looking statements are neither historical facts

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00031055

nor assurances of future performance. Instead, these forward-looking statements are based on management's current beliefs, expectations and assumptions and are subject to risks and uncertainties. Factors that could cause actual results to differ materially from those currently anticipated include, without limitation, risks relating to the results of our research and development activities, including uncertainties relating to semiconductor process manufacturing; the development of our XBAW$^{TM}$ technology and products presently under development and the anticipated timing of such development; our ability to protect our intellectual property rights that are valuable to our business, including patent and other intellectual property rights; our ability to successfully manufacture, market and sell products based on our technologies; the ability to achieve qualification of our products for commercial manufacturing in a timely manner and the size and growth of the potential markets for any products so qualified; the rate and degree of market acceptance of any of our products; our ability to achieve design wins from current and future customers; our ability to raise funding to support operations and the continued development and qualification of our products and the technologies underlying them; our ability to service our outstanding indebtedness; and the effects of a pandemic or epidemic or a natural disaster, including the Covid-19 pandemic. These and other risks and uncertainties are described in more detail in the Risk Factors and Management's Discussion and Analysis of Financial Condition and Results of Operations sections of the Company's most recent Annual Report on Form 10-K and in subsequently filed Quarterly Reports on Form 10-Q. Considering these risks, uncertainties and assumptions, the forward-looking statements regarding future events and circumstances discussed in this document may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. You should not rely upon forward-looking statements as predictions of future events. The forward-looking statements included in this document speak only as of the date hereof and, except as required by law, we undertake no obligation to update publicly or privately any forward-looking statements, whether written or oral, for any reason after the date of this document to conform these statements to new information, actual results or to changes in our expectations.

Contact:

COMPANY:
Tom Sepenzis
Akoustis Technologies
VP of Corporate Development & IR
(980) 689-4961
tsepenzis@akoustis.com

The Del Mar Consulting Group, Inc.
Robert B. Prag, President
(858) 794-9500
bprag@delmarconsulting.com



Source: Akoustis, Inc.

ATTORNEYS EYES ONLY - SUBJECT TO PROTECTIVE ORDER

QORVO_00031056