## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AKOUSTIS TECHNOLOGIES, INC., and AKOUSTIS, INC.,<br><br>    Defendants. | C.A. No. 21-1417-JPM |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Steven L. Caponi of K&L Gates LLP in the above-captioned proceedings as counsel for Defendants Akoustis Technologies, Inc., and Akoustis, Inc..

Dated: November 29, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*