# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QORVO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AKOUSTIS TECHNOLOGIES, INC., and AKOUSTIS, INC.,<br><br>Defendants. | C.A. No. 21-1417-JPM |

## NOTICE OF APPEAL

Defendants Akoustis Technologies, Inc., and Akoustis, Inc., hereby serve notice that they are appealing to the United States Court of Appeals for the Federal Circuit from the following (without limitation): the judgment dated May 20, 2024 (Doc. No. 602); the order on attorneys' fees dated September 9, 2024 (Doc. No. 690); the order on pre- and post-judgment interest dated September 10, 2024 (Doc. No. 699); permanent injunction dated October 15, 2024 (Doc. No. 710); the order denying defendants' post-trial motions dated October 31, 2024 (Doc. No. 715); the amended final judgment dated November 21, 2024 (Doc. No. 717); and all subsidiary and related orders.

Dated: November 29, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com

*Attorneys for Defendants Akoustis Technologies, Inc. and Akoustis, Inc.*