# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QORVO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-1417 (JPM) |
| | ) | |
| v. | ) | |
| | ) | |
| AKOUSTIS TECHNOLOGIES, INC. and | ) | |
| AKOUSTIS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING HEARING FOR WITHDRAWAL MOTION

Before the Court is Plaintiff Qorvo, Inc.'s ("Plaintiff's" or "Qorvo's") letter providing notice of Plaintiff's Motion to Withdraw the Reference with Respect to the Bidding Procedures and Sale Motion ("Withdrawal Motion") in the United States Bankruptcy Court for the District of Delaware.

Due to the timeline of the case, the Court **ORDERS** an oral argument on the matter, set for **January 31, 2025**, at **11AM CST**. Defendants shall have through **January 20, 2025**, to file their Response to Plaintiff's Motion. See L.R. 7.2(a)(2).

**SO ORDERED** this 9th day of January, 2025.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE